1          IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE DISTRICT OF COLORADO
2    IN RE:                    )
                               )
3                              )         Chapter 11
     SKLAR EXPLORATION         )
4    COMPANY, LLC, et al.,     )
                               )         Case No. 20-12377-EEB
5        Debtors.             )
                               )         (Jointly Administered)
6          *************************************
     VIDEOCONFERENCED AND VIDEOTAPED 2004 EXAMINATION OF
7      SKLAR EXPLORATION COMPANY, LLC AND SKLARCO, LLC
          BY AND THROUGH JAMES KATCHADURIAN
8                  NOVEMBER 24, 2020
                  (Reported remotely)
9          *************************************

10

11      VIDEOCONFERENCED AND VIDEOTAPED 2004 EXAMINATION OF

12   SKLAR EXPLORATION COMPANY, LLC AND SKLARCO, LLC BY AND

13   THROUGH JAMES KATCHADURIAN, produced as a witness at the

14   instance of THE OFFICIAL COMMITTEE OF UNSECURED

15   CREDITORS, and duly sworn, was taken in the above-styled

16   and numbered cause on November 24, 2020, from 10:34 a.m.

17   until 2:49 p.m., before Denise Ganz Byers, CSR, RPR,

18   CRR, RMR, in and for the State of Texas, reported

19   remotely by machine shorthand, with the witness located

20   in Westchester County, New York, pursuant to the Federal

21   Rules of Bankruptcy Procedure, the 29th Emergency Order

22   Regarding the COVID-19 State of Disaster, and the

23   provisions stated on the record or attached hereto.

24

25                                        EXHIBIT B

James Katchadurian                                                    Pages 2

```
 1              A P P E A R A N C E S

 2

    FOR THE OFFICIAL COMMITTEE OF
 3  UNSECURED CREDITORS:
         Ross Parker
 4       Grant Matthew Beiner
         Chris Johnson
 5       MUNSCH HARDT KOPF & HARR, PC
         700 Milam Street, Suite 2700
 6       Houston, Texas 77002
         713-222-1489
 7       713-222-1475 (fax)
         gbeiner@munsch.com:
 8       rparker@munsch.com
         cjohnson@munsch.com
 9

10  FOR HOWARD SKLAR:
         Adam Hirsch
11       David Holman
         DAVIS GRAHAM & STUBBS LLP
12       1550 17th Street, Suite 500
         Denver, Colorado 80202
13       303.892.7466
         adam.hirsch@dgslaw.com
14       david.holman@dgslaw.com

15
    FOR SKLAR EXPLORATION COMPANY,
16  LLC AND SKLARCO, LLC:
         Keri L. Riley
17       Jeffrey S. Brinen
         KUTNER BRINEN, P.C.
18       1660 Lincoln St., Suite 1850
         Denver, Colorado 80202
19       303-832-2400
         303-832-1510 (fax)
20       klr@kutnerlaw.com
         jsb@kutnerlaw.com
21

22

23

24

25
```

LEXITAS

```
 1                    A P P E A R A N C E S

 2
      FOR TCP COTTONWOOD, LP:
 3        Eric Lockridge
          KEAN MILLER, LP
 4        400 Convention St., Suite 700
          Baton Rouge, Louisiana 70802
 5        225-387-0999
          225-388-9133 (fax)
 6        eric.lockridge@keanmiller.cTa

 7
      FOR AD HOC COMMITTEE OF WORKING
 8    INTEREST HOLDERS OF SKLAR EXPLORATION
      COMPANY, LLC AND SKLARCO, LLC:
 9        Timothy M. Swanson
          MOYE WHITE
10        1400 16th St., 6th Floor
          Denver, Colorado 80202
11        303-292-2900
          303-292-4510 (fax)
12        tim.swanson@moyewhite.com

13
      FOR LUCAS PETROLEUM GROUP:
14        Duane Brescia
          CLARK HILL STRASBURGER
15        720 Brazos, Suite 700
          Austin, Texas 78701
16        512-499-3647
          512-499-3660 (fax)
17        dbrescia@clarkhill.com

18
      FOR EAST WEST BANK:
19        Bryce Suzuki
          BRYAN CAVE LEIGHTON PAISNER
20        Suite 2200
          Two North Central Avenue
21        Phoenix, Arizona 85004-4406
          602-364-7285
22        602-364-7070 (fax)
          bryce.suzuki@bclplaw.com
23

24

25
```

```
 1              A P P E A R A N C E S

 2   FOR STRAGO PETROLEUM AND MERITAGE ENERGY LTD.:
          Robert L. Paddock
 3        BUCK KEENAN
          2229 San Felipe, Suite 1000
 4        Houston, Texas 77019
          713-546-2447
 5        rpaddock@buckkeenan.com

 6
     FOR JF HOWELL INTERESTS, LP:
 7        David R. Taggart
          BRADLEY MURCHISON KELLY & SHEA
 8        401 Edwards Street, Suite 1000
          Shreveport, Louisiana 71101
 9        318-227-1131
          318-227-1141 (fax)
10        dtaggart@bradleyfirm.com

11
     FOR THE DEBTORS:
12        Duane A. Graham
          Ben Ford
13        ARMBRECHT JACKSON
          RSA Tower, 27th Floor
14        11 North Water Street
          Mobile, Alabama 36602
15        P.O. Box 290
          Mobile, Alabama 36601
16        251-405-1300 (Main)
          251-432-6843 (Fax)
17        dag@ajlaw.com
          byf@ajlaw.com
18

19   ALSO PRESENT:
          Howard Sklar
20        Louis Goza
          John Aubrey
21        Jack Crooks

22
     VIDEOGRAPHER:
23        Robert Pierce

24

25
```

```
 1                              INDEX
         VIDEOCONFERENCED AND VIDEOTAPED 2004 EXAMINATION OF
 2         SKLAR EXPLORATION COMPANY, LLC AND SKLARCO, LLC
               BY AND THROUGH JAMES KATCHADURIAN
 3                       NOVEMBER 24, 2020
```

```
 4                                                        PAGE
       Examination by Mr. Parker                          10
 5     Examination by Mr. Taggart                         128
       Examination by Mr. Paddock                         142
 6     Appearances                                        2
       Changes and Signature                              155
 7     Certificate                                        157
```

```
 8

                             EXHIBITS
 9
       EXHIBIT NUMBER       DESCRIPTION                   PAGE
10
       Exhibit Number 1     Ex Parte Motion               12
11
       Exhibit Number 2     Schedule H:  Your             28
12                          Codebotors

13     Exhibit Number 3     Statement of Financial        47
                            Affairs for Non-
14                          Individuals Filing
                            for Bankruptcy for
15                          Sklarco, LLC

16     Exhibit Number 4     5/1/19 letter to              60
                            Mr. Nenninger from
17                          Flexjet Contracts
                            Department
18
       Exhibit Number 5     Global Notes and              51
19                          Statement of Limitations

20     Exhibit Number 6     Series of email ending        70
                            with 11/19/20 email to
21                          Ross Parker from
                            Grant Beiner
22
       Exhibit Number 7     Statement of Financial        65
23                          Affairs for Non-
                            Individuals Filing
24                          for Bankruptcy for
                            Sklar Exploration
25                          Company, LLC
```

```
 1                         INDEX
        VIDEOCONFERENCED AND VIDEOTAPED 2004 EXAMINATION OF
 2        SKLAR EXPLORATION COMPANY, LLC AND SKLARCO, LLC
               BY AND THROUGH JAMES KATCHADURIAN
 3                    NOVEMBER 24, 2020

 4


 5
                         EXHIBITS
 6
      EXHIBIT NUMBER        DESCRIPTION               PAGE
 7
      Exhibit Number 8     5/13/20 email to           77
 8                         Marshall Jones
                           from Maevlo
 9                         Production, LP

10    Exhibit Number 9     8/13/20 email to           79
                           John Strausser
11                         from Marshall Jones

12    Exhibit Number 11    Series of emails           94
                           ending with 5/22/19
13                         email to Marshall
                           Jones from Tristan
14                         Farel

15    Exhibit Number 13    5/5/20 email to            115
                           Marshall Jones
16                         from Howard Sklar

17    Exhibit Number 14    4/25/20 email to           118
                           Marshall Jones,
18                         John Strausser,
                           Geoff Nenninger
19                         from Howard Sklar

20    Exhibit Number 19    10/23/20 email to          123
                           Bobbie Gore, Julie
21                         Smith, Howard Sklar,
                           and Holmes Gwin
22                         from John Strausser

23

24

25
```

```
 1                           INDEX
        VIDEOCONFERENCED AND VIDEOTAPED 2004 EXAMINATION OF
 2         SKLAR EXPLORATION COMPANY, LLC AND SKLARCO, LLC
              BY AND THROUGH JAMES KATCHADURIAN
 3                      NOVEMBER 24, 2020


 4


 5
                            EXHIBITS
 6
       EXHIBIT NUMBER        DESCRIPTION              PAGE
 7
       Exhibit Number 22   6/30/19 email to          108
 8                         Bobbie Gore from
                           Tristan Farel
 9
       Exhibit Number 23   Series of email           109
10                         ending with 7/24/19
                           email to Tristan
11                         Farel from Anita
                           Belousov
12


13
       REPORTER'S NOTE:
14     All quotations from exhibits are reflected in the manner
       in which they were read into the record and do not
15     necessarily denote an exact quote from the document.

16

17

18

19

20

21

22

23

24

25
```

1              THE VIDEOGRAPHER:  Going on the record.

2    Today's date is November the 24th, 2020.  The time is

3    10:34 a.m. Central Standard Time.

4              This is the beginning of Media Number 1 in

10:34  5    the 2004 -- Rule 2004 Examination of James Katchadurian.

6              If counsel would please state their

7    appearances for the record.

8              MR. PARKER:  My name is Ross Parker.  I'm

9    here on behalf of the Official Committee of Unsecured

10:34 10   Creditors, and with me is Grant Beiner.

11             MS. RILEY:  Good morning.  This is Keri

12   Riley appearing on behalf the companies Sklar

13   Exploration Company, LLC and Sklarco, LLC.

14             With us on the line today, we also have

10:34 15   Jeffrey Brinen and I believe that Duane Graham and Ben

16   Ford are appearing as well.

17             MR. TAGGART:  Good morning.  This is David

18   Taggart.  I'm counsel for J.F. Howell Interests, LP.

19             MR. SUZUKI:  Good morning.  It's Bryce

10:35 20   Suzuki with the law firm Bryan Cave Leighton Paisner on

21   behalf of East West Bank.

22             MR. SWANSON:  Good morning.  Tim Swanson

23   on behalf of the Ad Hoc Committee of Working Interest

24   Owners of the Debtors.

10:35 25             MR. PADDOCK:  This is Robert Paddock on

LEXITAS

```
  1   behalf of Strago Group.

  2              Also appearing are client representatives

  3   John Aubrey and Louis Goza.

  4              MR. BRESCIA:  This is Duane Brescia for

10:35  5   Lucas Petroleum Group.

  6              MR. CROOKS:  This is Jack Crooks, client

  7   rep for TCP Cottonwood in its capacity as a member of

  8   the Unsecured Creditors Committee.

  9              THE REPORTER:  Is that everyone?

10:36 10           MR. HOLMAN:  Dave Holman -- I'm sorry.

 11   (Audio distortion)  That's my --

 12              Sorry about that.  Dave Holman for Howard

 13   Sklar, and joining me on the line are Adam Hirsch and

 14   with me is Mr. Sklar.

10:36 15           MR. LOCKRIDGE:  This is Eric Lockridge at

 16   Kean Miller LLP on behalf of TCP Cottonwood, LP.  Thank

 17   you.

 18              THE REPORTER:  I guess that is everyone?

 19              (No response.)

 20              THE REPORTER:  This deposition is being

 21   conducted remotely by LegalView.  My name is Denise

 22   Byers.

 23              The witness has stated his location as

 24   Westchester County, New York.

 25
```

```
 1                    JAMES KATCHADURIAN

 2  was called as a witness by Official Committee of

 3  Unsecured Creditors and, having been first duly sworn,

 4  was examined and testified as follows:

 5                    EXAMINATION

 6  BY MR. PARKER:

 7      Q.   Mr. Katchadurian, can you hear me okay?

 8      A.   I can.

 9      Q.   Can you see me okay?

10:38 10    A.   I can.

11      Q.   Excellent.  My name is Ross Parker.  I am

12  counsel for the Official Committee of Unsecured

13  Creditors and I'm going to be asking you some questions

14  today.

10:38 15             I assume you're familiar by now with how

16  things work over Zoom.

17      A.   Yes, generally so, although I've never done a

18  deposition on Zoom.

19      Q.   Well, the ground rules are pretty much the same

10:38 20  but they're even more important so I'll go over them

21  real briefly.

22             The most important one is doing our best

23  to not to talk over each other.  So I'll commit to do my

24  best to allow you to answer my question before I ask

10:38 25  another one if you'll allow me to finish my question
```

LEXITAS

1  before you answer it.

2              Do we have that agreement?

3      A.   Absolutely.

4      Q.   There is always this unfortunate lag time that

10:38  5  we experience with Zoom, so the importance of not

6  talking over each other gets a -- is, like I mentioned

7  more heightened.  So if we could do our very best to

8  avoid that it will make Denise's life a lot easier

9  today.

10:39  10             Are you on any medication today that would

11  inhibit your ability to understand or answer my

12  questions?

13     A.   No.

14     Q.   Do you have any conditions, medical conditions,

10:39  15  that would inhibit your ability to understand or answer

16  my questions?

17     A.   No.

18     Q.   And before we went on the record, I asked you

19  about the potential deposition exhibits that you should

10:39  20  have received and you indicated you do have those;

21  correct?

22     A.   Yes.  I received them about half an hour ago.

23     Q.   So throughout the course of this deposition my

24  intent is to refer to the exhibits by the exhibit

10:39  25  numbers that was in the email you received.  But if at



1    any time there is any confusion about what document I'm

2    talking about, please feel free to let me know and we'll

3    clarify.  Okay?

4         A.   Will do.

10:40  5    Q.   If you need a break today, let me know and I'm

6    happy to take one.  I'll just ask that we don't take a

7    break if there's a question that's pending.

8              Does that work for you?

9         A.   That's fine.  So the first document I want to

10:40 10  talk about this morning is Exhibit 1.  Let me know when

11   you've pulled that up, sir.

12              (Exhibit Number 1 was referenced.)

13        Q.   (By Mr. Parker)  And it's entitled "Ex Parte

14   Motion for Examination of Debtors Pursuant to

10:40 15  Fed.R.Bankr.P.2004."

16              Do you see that?

17        A.   I do.

18        Q.   Okay.  Have you seen this document before?

19        A.   I have.

10:40 20   Q.   Okay.  There's an exhibit attached to this

21   document.  It's Exhibit A.  It's Page 5.  Let me know

22   when you're there.

23        A.   I am.

24        Q.   And then Page 13 is entitled "Requests for

10:41 25  Production."  Do you see that?



1      A.   I do.

2      Q.   Have you seen these "Requests for Production"

3   before?

4      A.   I have.

10:41  5      Q.   What was your role, Mr. Katchadurian, on behalf

6   of the debtors to compile the responsive documents to

7   these "Requests for Production"?

8      A.   I instructed both my team and the debtors'

9   staff to compile the documents requested in this

10:41 10   Exhibit 1.

11      Q.   Who was on your team?

12      A.   I have several people.  Todd Bearup is a

13   director with CR3 Partners as is Avery Alcorn.  The both

14   of them were instrumental in directing the company to

10:41 15   pull the documents as requested.

16      Q.   Did either you or somebody on your team

17   interact with Howard Sklar personally to compile any

18   responsive documents he might have to these requests?

19      A.   I believe that Mr. Bearup would have done so,

10:42 20   yes.

21      Q.   You said you believe.  Do you know if he did?

22      A.   I'm almost certain he did, yes.

23      Q.   Did you instruct him to do so?

24      A.   I did.

10:42 25      Q.   And who would know what steps were taken to

1   ensure that Mr. Sklar produced all responsive materials

2   that were in his possession?

3        A.   I think that -- I mean, I certainly would know.

4   Again, I instructed the team to create document requests

10:42  5   as indicated.

6                In terms of the email requests, we created

7   a bunch of search terms and had a third party go out and

8   search the email archives of the company.  So I'm highly

9   confident we pulled what we could in relation to these

10:43 10  document requests.

11       Q.   Do you know what email addresses Mr. Sklar

12  would have used, say, from April 1st, 2016 to the

13  current to conduct any company business?

14       A.   I -- the two email addresses I have for

10:43 15  Mr. Sklar are -- one is a gmail address and one is a

16  company domain address.

17       Q.   And I believe you mentioned earlier that a

18  third party was retained to employ search terms and

19  search the company servers; is that right?

10:43 20       A.   Correct.  It's cloud-based mail, so it was

21  difficult for the company's personnel to do that.  It

22  was technical in nature.  So we -- to make sure we got

23  it right, we had a third party do the searches.

24       Q.   What's the name of that third party?

10:44 25       A.   I'm going to have to look for it.  It's the IT



1    consultant that we use on a -- on a contract basis to

2    assist the company with their IT needs.

3        Q.   Did that same third-party IT company conduct a

4    search of Mr. Sklar's gmail account?

10:44  5        A.   I believe they did, yes.

6        Q.   And, again, you say you believe.  I'm not

7    trying to be difficult.  But do you know they did or do

8    you just think they did?

9        A.   No.  I know they did.

10:44  10       Q.   And how do you know that?

11       A.   Well, we instructed them to do that and we

12    reviewed the output.

13       Q.   And besides Mr. Sklar's gmail account and the

14    one that he had at the debtors, are you aware of any

10:44  15    other email accounts Mr. Sklar may have used?

16       A.   No.

17       Q.   How about text messaging?  Was any effort

18    undertaken to ensure that any relevant text messages

19    were compiled in response to these requests?

10:45  20       A.   I -- I do not think that we were able to pull

21    any text messages, no.

22       Q.   Was any attempt made to compile text messages?

23       A.   I -- I don't recall, to be honest.

24       Q.   And do you recall instructing any third party

10:45  25    or any employee of the debtors to compile responsive



```
        1   text messages?
        2       A.   We spoke about it.  I'm not sure.  I think --
        3   the company has -- doesn't have any internal IT sources,
        4   so we did what we could with the resources we had to
10:45   5   pull everything we could possibly pull that was
        6   responsive.  I don't recall what we ended up deciding
        7   with regards to text messages.
        8       Q.   Who would know what ultimately was decided with
        9   regards to compiling text messages?
10:46  10       A.   I'd have to go back to my notes.
       11       Q.   Do you have those notes with you?
       12       A.   They're on the computer.
       13       Q.   Do you know if Mr. Sklar used text messages to
       14   conduct company business?
10:46  15       A.   I don't.
       16       Q.   Mr. Katchadurian, you were appointed CRO of the
       17   debtors on June 15th, 2020.  Does that sound correct?
       18       A.   Yes.  Effective May, late May, but yes.
       19       Q.   May 21st, 2020.  Does that sound correct?
10:46  20       A.   That sounds correct.
       21       Q.   When did you first meet Howard Sklar?
       22       A.   In person?
       23       Q.   In person.
       24       A.   It would have been after that June date.
10:46  25   Probably in late June.
```

1        Q.    Prior to meeting him in person in late June,

2   had you spoken with him?

3        A.    Yes.

4        Q.    And when is the first time you spoke with him?

10:47  5        A.    Probably sometime in May.

6        Q.    Prior to speaking with him some time in May,

7   had you ever spoken with the man before?

8        A.    No.

9        Q.    Had you ever heard of Howard Sklar before

10:47 10   May of 2020?

11        A.    No.

12        Q.    And you work for a company called CR3; is that

13   correct?

14        A.    That's correct.

10:47 15        Q.    Do you have any knowledge of whether or not CR3

16   had ever done any work for Mr. Sklar prior to this

17   occasion?

18        A.    No, we had not.

19        Q.    When you spoke to Mr. Sklar in May, what was

10:47 20   the substance of that conversation?

21        A.    At that point we were -- we were discussing

22   being retained as CRO.  As you may know, the company had

23   filed bankruptcy earlier than that and there was a

24   pending -- there was pending dispute and there was a

10:48 25   request to retain a CRO.  So we were talking to the

1    company about acting in that capacity.

2        Q.   And you mentioned that the company had filed

3    bankruptcy April 1st, 2020.  Does that sound correct as

4    the petition date?

10:48  5        A.   Yes.

6        Q.   And what is your role as CRO of both SEC and

7    Sklarco?

8        A.   My role is to be the responsible officer for

9    both entities to conduct business operations.  And

10:48 10  usually as a CRO we were asked to come in and lead an

11   exit strategy for the company, one of the driving

12   principles we work on, manage cash, do everything that a

13   CEO of a normal company would do.

14       Q.   And when you came in as CRO effective as of

10:49 15  May 21st, what was Mr. Sklar's role at the company at

16   that time?

17       A.   The way I interacted with Mr. Sklar was to seek

18   advice on his geological and the property level

19   expertise.  That -- that was an area where he had a lot

10:49 20  of information.  And I certainly spoke with him about

21   the various properties that -- that encompass the

22   portfolio of assets within the debtors.

23       Q.   Do you view your job as CRO as being the

24   ultimate decision-maker for the debtors right now?

10:49 25       A.   I do.



1    Q.   And are you?

2    A.   I am.

3    Q.   And prior to your effective date of being the

4  CRO, who was playing the role as the ultimate

10:50  5  decision-maker for the debtors?

6    A.   I believe Mr. Sklar was in conjunction with his

7  management team.

8    Q.   You say you believe.  So why do you believe

9  that?

10:50 10    A.   Well, it predates me, first.  But as the CEO of

11  the company at that point in time, that suggests to me

12  that he would have been the decision-maker with his

13  chief operating officer and his CFO.

14    Q.   So, Mr. Katchadurian, you said it predates you.

10:50 15  Is that what you said?

16    A.   Yes.

17    Q.   So prior to your effective date of May 21st,

18  2020 as being CRO of the debtors, you don't know who was

19  the ultimate decision-maker, do you?

10:50 20    A.   Again, I believe it to be Mr. Sklar and his

21  management team.

22    Q.   Do you have any firsthand knowledge of that?

23    A.   Certainly when I was talking to the debtors

24  about being retained as CRO, that was the group of

10:51 25  people I was speaking to, and my interactions were --



1  they had represented at that point that they were, you

2  know, driving the company.

3      Q.   And who else besides Mr. Sklar was on that

4  management team you referenced?

10:51  5      A.   Marshall Jones was the chief operating officer

6  and John Strausser was the CFO.

7      Q.   And did you view Marshall Jones and

8  Mr. Strausser and Mr. Sklar all sharing responsibility

9  for decision-making?

10:51  10     A.   I think that each one has their own sort of

11  given task, just as in any management team.  The CFO

12  handles the financial side of the business and the COO

13  manages operations and the like.

14      Q.   So when you came in as CRO in May of 2020, did

10:52  15  you replace Mr. Sklar and Mr. Strausser and Mr. Jones, I

16  believe you mentioned, as the decision-maker, or do they

17  all still have roles in making decisions on behalf of

18  the company?

19      A.   I replaced them as the ultimate decision-maker.

10:52  20  We put -- we put certain financial controls in place to

21  control cash.  We had East West Bank change the

22  signatories on the bank accounts to include us.  We had

23  my team interface and give payment approvals.  We

24  stepped into the decision-making role generally of the

10:52  25  company.

         1      Q.   Are there occasions when employees of the

         2   debtors are asking other folks on the management team to

         3   make a decision and you or somebody from CR3 is not

         4   included in that request to assist in making that

10:53    5   decision?

         6      A.   I mean, any material decision we're -- we're

         7   involved with for sure.  If there's a -- you know, an

         8   operational decision in a field, you know, we may or may

         9   not be involved in that decision-making process.

10:53   10              Generally speaking, we're involved in

        11   anything that's material.  Certainly any financial

        12   decisions we're involved in.

        13      Q.   Do you have any understanding of how the

        14   debtors' employees administered to Mr. Sklar's personal

10:53   15   financial affairs prior to you becoming the CRO

        16   effective as of May 2020?

        17      A.   Just anecdotal.  I don't have --

        18      Q.   And --

        19      A.   -- personal knowledge of that.

10:53   20      Q.   -- explain to me your anecdotal understanding

        21   of how those employees handle Mr. Sklar's personal

        22   financial affairs.

        23      A.   I do believe that employees of the company

        24   would facilitate payments on behalf of Mr. Sklar and in

10:54   25   relation to managing the accounting records around the

LEXITAS

1    various trusts that exist.

2        Q.    Who would have done that?

3        A.    People under the -- staff accountants under the

4    direction of Mr. Strausser.

10:54 5        Q.    Can you provide the names of those staff

6    accountants?

7        A.    Not particular, no.  There was a staff

8    accountant who left us some three months ago that was --

9    she was replaced.  It was Anita -- I'd have to get the

10:54 10   name to you.  And then right now it's Holmes Gwin who is

11   the controller who manages the accounting group.

12   There's accountants in both Boulder and in Shreveport

13   that manage those forms.

14       Q.    Do you think Mr. Strausser would know those

10:55 15   various names?

16       A.    I believe he would, and I can certainly get

17   them for you.

18       Q.    Thank you.

19              You also mentioned that they would

10:55 20   administer to the trusts.  What do you mean when you say

21   "the trusts"?

22       A.    Every -- in relation to oil and gas -- (audio

23   distortion) --

24       Q.    Okay.  Mr. Katchadurian, I'm going to cut you

10:55 25   off.  I'm sorry.  I'm going to cut you off for one



1    second.  We're losing you a little bit.  So you're

2    freezing on the screen.  You may be back.  Are you back

3    with us?

4         A.   I'm here.

10:55 5        Q.   Okay.

6         A.   Can you see me?

7         Q.   I can see you.  Let's start -- if you wouldn't

8    mind answering that question one more time for me, sir.

9    I ask you about, what were the trusts?

10:55 10       A.   So in terms of oil and gas accounting, when you

11   spend any dollar -- (audio distortion) -- at the well,

12   those -- those dollars get charged to a joint account.

13             And then based on the ownership

14   percentages in that given field, those -- those

10:56 15   expenditures are then distributed to each of the working

16   interest owners, including Sklarco.  So that accounting

17   gets done by the team every single time.

18             THE REPORTER:  (Indicating.)

19             MR. PARKER:  Denise --

20        A.   And by extension --

21        Q.   (By Mr. Parker)  James, stop for one second.

22             MR. PARKER:  Denise, can you -- are you

23   getting this?

24             THE REPORTER:  I'm having difficulty.

25   Words are fading in and out.  I'm kind of being in the

1   position of thinking I'm hearing what he's saying but

2   I'm not really being definitive in what he's saying.  So

3   it is getting scrambled, so to speak?

4                   THE VIDEOGRAPHER:  Shall I pause?

10:56  5            MR. PARKER:  Well, clearly, you're the

6   most important person here, Denise, so if we don't get a

7   good record we're all wasting our time.

8                   So I would ask, Denise, if at any time you

9   need to interrupt either the witness or me, please feel

10:57 10  free to do so.  Because if we're not getting a record,

11  we're spinning our wheels.

12       Q.   (By Mr. Parker)  James, are you back with us?

13       A.   I'm here.

14       Q.   Okay.

15                  THE REPORTER:  Is there maybe a way you

16  can get closer to the computer?  I don't know if -- I

17  don't think it's really the volume.  I think it's the

18  transmission more.

19                  THE WITNESS:  Do you want me dial into the

20  Zoom call instead of using computer audio?

21                  THE REPORTER:  That would help.

22                  THE VIDEOGRAPHER:  That typically helps

23  when WiFi is an issue.

24                  THE WITNESS:  Yes.  My WiFi tends to be

10:57 25  strong, but I'm happy to dial in if you want to pause

1  for a moment.

2          THE VIDEOGRAPHER:  Do we want to pause and

3  try that?

4          MR. PARKER:  Yeah.  Want to take a

10:57  5  five-minute break?

6          THE VIDEOGRAPHER:  Going off the record.

7  The time is 10:57 a.m.

8          (Recess from 10:57 until 11:01.)

9          THE VIDEOGRAPHER:  Going back on the

11:01 10  record.  The time is 11:01 a.m.

11     Q.   (By Mr. Parker)  Mr. Katchadurian, before that

12  quick break, I had asked you a question about certain

13  trusts that were administered to by the employees of the

14  debtors, and you were explaining what you meant by that

11:01 15  and we had to take a break.

16          So can you go back and once again just

17  explain for me the trusts you recall that the debtors'

18  employees dealing with.

19     A.   Sure.  So in oil and gas accounting, if you

11:02 20  have any expenditure whatsoever in relation to a given

21  property, that prop -- that expenditure gets distributed

22  to the working interest owners.

23          So if you spend $100 on a vendor, that

24  $100 goes to the joint account, and that joint account

11:02 25  is then distributed based on the working interests of

1   each of the particular owners in that property.

2            So say it's Sklarco owns 15 percent, other

3   people own the balance of 200 percent.  The Sklarco

4   percentage, since Sklarco is owned by the Howard Trust,

11:02 5   that then gets distributed further down to the Howard

6   Trust so that the books and records are clear as to what

7   the operator, SEC, Sklar Exploration, expends on behalf

8   of its working interest owners, Sklarco and others.  And

9   in the case of Sklarco, it goes -- gets distributed down

11:03 10   to the ultimate beneficial owner of Sklarco, which is

11   the Howard Trust.

12       Q.   Do you have any understanding of what the

13   debtors' employees would do with regards to

14   administering Mr. Sklar's other family trusts?

11:03 15       A.   I don't.  I believe there's an agency services

16   agreement which distributed certain administrative

17   expenses of SEC down further to the different trusts,

18   sort of a sharing agreement, call it, for -- but that

19   agreement stands on its own.

11:03 20            But in terms of other than that, in

21   relation to oil and gas accounting, that would be the

22   extent of their management of those different trusts.

23       Q.   In your capacity as CRO, have you undertaken

24   any analysis to determine the amount of funds that were

11:04 25   distributed by either Sklarco or SEC to Mr. Sklar's

1  personal trust or his family's trust?

2      A.   So in the what we call the CORO report, as

3  mandated in our retention order, we undertook a review

4  of all payments made within six months of the petition

11:04  5  date.

6           So within the scope of that analysis we

7  looked at payments going to everybody, you know, all

8  cash coming in, all cash going out.

9      Q.   Was any analysis done to go back four years

11:04 10  prior to the petition date?

11      A.   No.

12      Q.   Who -- who currently owns SKC company?

13      A.   I believe it to be the Howard Trust.

14      Q.   And if I call Sklar Exploration Company "SEC"

11:05 15  you'll know what I mean; right?

16      A.   Yes, sir.

17      Q.   For how long has the Howard Trust had

18  100 percent ownership of SEC?

19      A.   In my investigation, I found that since its

11:05 20  inception they owned 100 percent, SEC was 100 percent

21  owned by the Howard Sklar Trust.

22      Q.   You say "since the inception." What is the

23  inception date of SEC?

24      A.   I don't recall off the top of my head.

11:05 25      Q.   But you do know that as far as going back to



```
     1  April 1st, 2016 to the current date the Howard Sklar

     2  Trust owns 100 percent of SEC?

     3      A.   As far as I'm aware, yes.

     4      Q.   And how about Sklarco?  Who is the owner of

11:06 5  Sklarco?

     6      A.   The Howard Trust.

     7      Q.   And did the Howard Trust enjoy 100 percent

     8  ownership of Sklarco since April 1st, 2016?

     9      A.   Yes, I believe so.

11:06 10     Q.   I'm going to look at Exhibit 2 and let me know

    11  when you're there.

    12              (Exhibit Number 2 was referenced.)

    13      A.   I'm here.

    14      Q.   (By Mr. Parker)  This is SEC's Amended

11:06 15 Schedule H.  It's Docket Number 365.

    16          Have you seen this document before?

    17      A.   I have.

    18      Q.   So this is a list of all co-debtors, the people

    19  or entities who are also liable for any debts listed by

11:07 20 the debtor, which is SEC on this document.

    21          Do you see that?

    22      A.   I do.

    23      Q.   And I want to walk through the names on the

    24  left side, which is Column 1.  The first one is Sklarco

11:07 25 Do you see that?
```



1        A.    I do.

2        Q.    Do you know if Sklarco, LLC is responsible for

3   all the debts of SEC or just a portion of them?

4        A.    It is not.  It is not.  It is only -- it's only

11:07  5   responsible for the debts of SEC that derive through its

6   working interest in properties, to the extent of its

7   working interest in properties that are operated by SEC.

8        Q.    And how did you --

9              Well, let me ask you this question:  Did

11:07 10   you undertake an analysis to determine which debts

11   Sklarco was or was not responsible for?

12        A.    That's not the point -- (audio distortion) --

13   I'm speaking to.  I'm really speaking to the fact that

14   Sklarco is jointly liable for the East West Bank debt.

11:08 15   That's what the co-debtor means on -- on the schedule.

16        Q.    So this is only with regard to the debt --

17   indebtedness from East West Bank you're saying; right?

18        A.    That's correct.  If you look at the third

19   column, the "Name" column --

11:08 20        Q.    Right.  The Column 2?

21              (Crosstalk.)

22        A.    Yeah, 3.  Whatever.  From the left, the third

23   column.  The "Name" column.

24        Q.    Yeah.  The "Creditor" column?

11:08 25        A.    Sure, yeah.



1       Q.   I just want to make sure we're talking about

2   the same thing.  I'm not trying to be difficult with

3   you.

4       A.   That's fine.  I had scrolled down, Counsel,

11:09  5   but, yeah, the header.

6       Q.   Okay.  So just to clarify, Sklarco is

7   responsible for certain debts of SEC with regard to East

8   West Bank; correct?

9       A.   Correct.

11:09 10       Q.   But not all of the debts, just the ones you

11   mentioned earlier; right?

12       A.   Correct.  Sklarco is not responsible for all

13   the debts of SEC.

14       Q.   And then we have "Alan Sklar Trust" as the

11:09 15   second name on the left side.  Do you see that?

16       A.   Uh-huh.  Yes.

17       Q.   On the right side, it says "Howard Sklar

18   Trust."  Do you see that?

19       A.   Correct.

11:09 20       Q.   Was there any analysis undertaken to determine

21   what the Alan Sklar Trust was and was not liable for

22   with regard to SEC's debts?

23       A.   No.

24       Q.   And then I'll ask you the same question with

11:09 25   the Jacob Sklar Trust, which is the Item 2.3 as the



```
 1   credit -- as a co-debtor -- I'm sorry -- and then on the

 2   right side of the column, under the "Creditor" column it

 3   says the "Howard Sklar Trust."

 4              Do you see that?

 5      A.   Yes.

 6      Q.   Was any analysis undertaken to determine what

 7   the Jacob Sklar Trust's responsibility was for SEC's

 8   indebtedness to the Howard Sklar Trust?

 9      A.   No.

10      Q.   Same question with the Miriam Sklar, LLC.  Was

11   any analysis undertaken to determine the indebtedness of

12   it to the Howard Sklar Trust in relation to SEC?

13      A.   No.

14      Q.   And on the second page we have "Sklarco, LLC,"

15   on the top, 2.5.

16              Do you see that?

17      A.   I do.

18      Q.   And the creditor there is 5395 Pearl Parkway.

19              Do you see that?

20      A.   Yes.

21      Q.   What is 5395 Pearl Parkway, LLC?

22      A.   I believe it's the landlord in Boulder.

23      Q.   Does Mr. Sklar or any of his interests own the

24   property?

25      A.   No, not that I'm aware of.  We've been talking
```

11:10  5
11:10 10
11:10 15
11:10 20
11:11 25

1   to a third-party landlord, so I don't know.

2       Q.   And was any analysis undertaken to determine

3   the amount of liability that Sklarco, LLC has as a

4   co-debtor to SEC with regard to a 5395 Pearl Parkway?

11:11  5     A.   No.   The claims analysis is still ongoing so we

6   haven't come to that level of granularity in relation to

7   that lease.

8       Q.   Same question for the -- for 2.6.   Sklarco, LLC

9   is the co-debtor.   The creditor being the Howard Sklar

11:11 10  Trust.   Any analysis taken with regard to that one?

11      A.   Not specifically.

12      Q.   How about generally?

13      A.   Well, to the right of that in the "Creditor"

14  box, the G is filled in in the 2.7.   I believe the 2.7

11:12 15  re -- refers to what's known as the agency services

16  agreement.

17      Q.   Okay.   And how does that impact your analysis

18  that you've undertaken?

19      A.   So I just have a general understanding of that

11:12 20  agreement and what it does.   What it does is that it

21  apportions certain G&A down to the -- to the different

22  trusts you just mentioned.   That agreement stands on its

23  own, obviously.

24      Q.   And just to close the loop, the last item is

11:12 25  the "Succession of the Miriam Mandel Sklar."   That's all



```
        1    it says.  It says "Succession of Miriam Mandel Sklar" on

        2    the left column as the co-debtor and "Howard Sklar

        3    Trust" on the right as creditor.

        4              Do you see that?

11:13   5    A.   Yes.

        6    Q.   Any analysis undertaken to determine the amount

        7    of indebtedness owed to SEC as a co-debtor?

        8    A.   No, not specifically.  No.

        9    Q.   So of this list we just went through on

11:13  10    Exhibit 2, I believe you mentioned the only real

       11    analysis that was undertaken was with regard to 2.1,

       12    which is the first item.

       13    A.   Yes.

       14    Q.   And, once again, walk me through the results of

11:13  15    that analysis.  Explain to me what Sklarco is and is not

       16    liable for with regard to SEC, in the context of East

       17    West Bank Treasury Department being the creditor.

       18    A.   So the East West Bank is a secured creditor in

       19    this case, and they -- their loan agreement has, I

11:13  20    believe, co-obligors of both SEC and Sklarco.

       21    Q.   But not for the entirety of the East West Bank

       22    indebtedness?

       23    A.   If you look at the loan agreement for East West

       24    Bank, both Sklarco and SEC are listed as borrowers.

11:14  25    Q.   So they're both liable for the entirety of the
```



```
 1  indebtedness; correct?

 2       A.   I'm -- I would say yes.  I don't know if it's

 3  a -- I assume it's a joint and several obligation.

 4       Q.   You say you assume.  But you don't know as you

 5  sit here today?

 6       A.   I believe it to be a joint and several

 7  obligation.  I don't have the loan agreement in front of

 8  me.

 9       Q.   We talked earlier about who was managing SEC,

10  and you mentioned Mr. Sklar, Mr. Marshall and

11  Mr. Strausser, prior to your appointment as CRO; is that

12  correct?

13       A.   Yeah.  Mr. -- it's Marshall Jones, so

14  Mr. Jones.

15       Q.   Mr. Jones.  Okay.

16            And after your appointment as CRO, was

17  Mr. Sklar asked to step out of his management role?

18       A.   Yes.

19       Q.   And who asked him to do that?

20       A.   By -- by virtue of the appointment of a CRO, it

21  was -- it was presumed and we had a specific

22  conversation about that.

23       Q.   You and he did?

24       A.   Yes.

25       Q.   And what did you tell him at that specific
```

11:14  5
11:15 10
11:15 15
11:15 20
11:15 25

1  conversation?

2      A.   I think he fully understood that I was in

3  charge of the enterprise at that time.

4      Q.   So it's fair to say that as of May 21st, 2020

11:16  5  you were fully in charge of the debtors; is that

6  correct?

7      A.   Yeah.  I mean, we were retained as of

8  June 15th, or whatever the earlier date you mentioned

9  was, but it was not on -- to the 21st of May, I believe.

11:16  10      Q.   And is that -- is that what has happened?  Has

11  Mr. Sklar not been managing the debtors?

12      A.   He has not been, no.

13      Q.   Besides by virtue of the court order that

14  appointed you as a CRO, were there other factors that

11:16  15  militated in favor of Mr. Sklar no longer managing the

16  debtors?

17      A.   Could you repeat the question?

18      Q.   Absolutely.  You mentioned that there was a

19  court order that appointed you as CRO; correct?

11:17  20      A.   Yes.

21      Q.   And that court order was an nunc pro tunc

22  making the employment retroactive to May 21st, 2020;

23  right?

24      A.   That's correct.

11:17  25      Q.   Besides the issuance of that court order, were



```
  1  there other factors that militated in favor of removing

  2  Mr. Sklar as the decision-maker of the debtors?

  3      A.   Not from my perspective.  As the CRO, we were

  4  appointed to -- to -- and our retentions were very

11:17 5  specific.

  6           They were to take control of cash

  7  management, day-to-day operations, and other things in

  8  relation to the debtors.  And we did so in accordance

  9  with the court order.

11:17 10     Q.   So my question was a little bit different.

  11          It was, besides that court order, were

  12  there other reasons why Mr. Sklar was asked to step back

  13  from a management role?

  14     A.   I think predating our appointment there was a

11:18 15  lot of the discussion in open court relating to

  16  Mr. Sklar and his role.  I can't speak to that.

  17     Q.   Is that because you just don't know the facts

  18  of that prior to your employment?

  19     A.   Exactly.

11:18 20     Q.   You don't have any personal knowledge?  You

  21  weren't there; right?

  22     A.   I was not there.  I was not part of those

  23  hearings and I was not there.

  24     Q.   Since becoming the CRO of the debtors, have you

11:18 25  heard any employees raise issues of how Mr. Sklar was
```

1    managing the company?

2         A.   No.

3         Q.   I want to turn to the corporate governance

4    structure of SEC.

11:18 5              Are you familiar with how that structure

6    existed as of April 1st, 2016 through the current date?

7         A.   2016?

8         Q.   Yes.  April 1st, 2016 through the current date.

9              Can you speak to the corporate governance

11:19 10   structure of the debtors -- or, excuse me -- of SEC

11   during that time?

12        A.   I really can't, no.

13        Q.   If you had to give me a date when you would

14   first have become aware of the corporate governance

11:19 15   structure, if any, at SEC, what would that date be?

16        A.   Certainly, you know, after our appointment.

17   I'm aware that there were certain -- there were -- there

18   was a different president and COO back in 2016, a

19   different controller than currently exists, and I

11:19 20   believe Mr. Sklar was still the CEO.

21        Q.   Who do you believe the prior president of SEC

22   to have been on or about April 1st, 2016?

23        A.   David Barlow.

24        Q.   And how about the COO?

11:20 25        A.   The president and COO would have been Barlow,

LEXITAS

```
       1  yes.
       2      Q.   Okay.  So Mr. Barlow served both roles?
       3      A.   I believe he -- Mr. -- Mr. Jones stepped into
       4  his shoes.  So, yes, Mr. Jones is currently the
11:20  5  president and COO, I believe.
       6      Q.   Who was the controller back in April 2016?
       7      A.   There were actually two Farrell/Farels, a Chris
       8  Farrell and a -- I'm forgetting the other Farel's first
       9  name, but there was -- Chris Farrell was the controller
11:20 10  and then there was an interim controller before
      11  Mr. Strausser was hired.  And I believe --
      12              (Crosstalk.)
      13      Q.   (By Mr. Parker)  Tristan Farel?
      14      A.   Tristan Farel.  Thank you.
11:20 15      Q.   And I apologize.  I cut you off, sir.  You were
      16  mentioning something else.
      17      A.   No.  I was just saying between Tristan Farel
      18  and Mr. Strausser, I believe there was a period -- a gap
      19  of time.
11:21 20      Q.   So we have the president and COO was David
      21  Barlow, the controller was both Mr. Chris Farrell and
      22  Tristan Farel.
      23              Any other officers, directors that you're
      24  aware of back in April of 2016?
11:21 25      A.   Stephen Hatcher, I believe, was also part of
```



```
        1   the management team.

        2      Q.   And what was --

        3               (Crosstalk.)

        4      A.   I'm --

11:21   5      Q.   (By Mr. Parker)  -- Mr. Hatcher's role?

        6      A.   I believe he was general counsel or something.

        7      Q.   And, of course, Mr. Sklar should be in that

        8   list; right?

        9      A.   Yes.

11:21  10      Q.   And what was his position?

       11      A.   I believe he was the CEO.

       12      Q.   So we have Mr. Barlow, Chris Farrell, Tristan

       13   Farel, Stephen Hatcher, and Mr. Sklar.

       14               Is that the complete list of directors and

11:22  15   officers of the company on or about April 2016?

       16      A.   Yeah.  I mean, I believe that to be the case.

       17   We can go back to the statement of financial affairs

       18   which listed two years back, which I think is maybe

       19   helpful.

11:22  20      Q.   Well, let me ask you this:  At some point in

       21   time there was some transition between some of these

       22   folks; right?

       23      A.   I would assume so.

       24      Q.   Who replaced Mr. Barlow?

11:22  25      A.   Mr. Jones.
```

LEXITAS

1      Q.   And when did that occur?

2      A.   I -- I don't recall off the top of my head.   I

3   believe it's in the statement of financial affairs.

4      Q.   And then we talked about Chris and Tristan

11:22  5   Farel as the controller.   Were they replaced with

6   somebody?

7      A.   Yes.   There was a gap of time, and I believe

8   Mr. Strausser replaced them as CFO.

9      Q.   And how about Mr. Hatcher, the GC, was he

11:23 10   replaced?

11      A.   I don't believe he was replaced.   There's no

12   current GC.

13      Q.   And Mr. Sklar, what is his title currently?

14      A.   I -- I don't know if we formally removed him as

11:23 15   CEO, but from a practical perspective he's got no

16   management responsibility right now.

17      Q.   Was there a formal board of directors of SEC?

18      A.   I do not believe there is, no.

19      Q.   I'm sorry.   You said you do not believe there

11:23 20   is?

21      A.   I -- I don't believe there is, no.

22      Q.   Was there ever one that you know about?

23      A.   I don't.   I'm not aware.   I'm not aware either

24   way.

11:24 25      Q.   Who would know?   Who would be aware if there

LEXITAS

1   was or wasn't?

2       A.   Perhaps Mr. Sklar would know.

3       Q.   Do you know if there were formal board meetings

4   that occurred for SEC?

11:24  5    A.   I'm not aware either way.

6       Q.   Again, I guess you would not be aware if those

7   meetings were recorded, would you?

8       A.   I don't know if meetings exist --

9       Q.   Okay.

11:24 10   A.   -- and I certainly don't know if they were

11  recorded.

12      Q.   Was there a formal accounting committee or

13  compensation committee for SEC?

14      A.   Not that I'm aware of.  I know the accounting

11:24 15 was done very precisely between SEC and Sklarco.

16      Q.   But you're not aware if there was an accounting

17  committee or compensation committee for SEC?

18      A.   No.  I'm not aware of the -- either way, no.

19      Q.   And, again, who would know that?

11:25 20   A.   I believe Mr. Sklar would certainly know.

21      Q.   Was there a different management team between

22  SEC and Sklarco?

23      A.   There was not.

24      Q.   So the same names we just walked through,

11:25 25 Mr. Barlow, Mr. Jones, Chris Farrell, Tristan Farel,



1  Mr. Strausser, Mr. Hatcher, and then Howard Sklar, they

2  all were the managers of both SEC and Sklarco until your

3  appointment as CRO?

4      A.   Actually, I'm not sure about the titles of each

11:26  5  individual at the various companies.  I don't think I

6  ever looked at them.

7      Q.   But you do know that there was not a different

8  management team between SEC and Sklarco and they were

9  being run by the same folks; isn't that correct?

11:26 10     A.   No, not necessarily.  Just because there was a

11  group of people who were managing SEC doesn't mean that

12  all of them have equivalent -- (audio distortion) --

13          THE REPORTER:  I'm sorry?

14     Q.   (By Mr. Parker)  So explain to me the different

11:26 15  roles, for instance, that Mr. Barlow had as the

16  president and COO of SEC in or about April 2016 as

17  compared to the president and COO of Sklarco?

18     A.   I mean, that predates me by several years.  I

19  don't know.

11:26 20     Q.   And you mentioned it's now Mr. Marshall Jones

21  who's the current president and COO; right?

22     A.   Yes.

23     Q.   And he was the president and COO of both SEC

24  and Sklarco when you were appointed CRO; is that

11:27 25  correct?



1      A.   I certainly know that he was president and COO

2   of Sklar Exploration.  I don't know what his specific

3   title was at Sklarco.

4      Q.   Well, let's walk through that then.  We walked

11:27  5   through that exercise with regard to the management team

6   at SEC.

7           Let's do that with Sklarco.  Who was the

8   president and COO of Sklarco in or about April of 2016?

9      A.   I don't know.

11:27 10   Q.   Who was it when you became CRO in May of 2020?

11      A.   I -- I -- the only officer position I was aware

12   of at Sklarco was Mr. Sklar being CEO.  I was not aware

13   of Mr. Jones having an officer or position at Sklarco.

14      Q.   Is there --

11:28 15   A.   Again --

16           (Crosstalk.)

17      A.   If I could finish.  What I was concerned about

18   was -- upon being appointed, was taking control of both

19   entities.  At that point, my historical vantage was --

11:28 20   was to look forward, not back.

21      Q.   Was there a controller or CFO of Sklarco in

22   May of 2020?

23      A.   I'm not sure what Mr. Strausser's title would

24   have been at Sklarco.

11:28 25   Q.   Was there a GC at Sklarco?

LEXITAS

1          A.    No.

2          Q.    Mr. Sklar was, in fact, though, the CEO of

3    Sklarco; is that correct?

4          A.    Yes, I believe that's right.

11:29  5   Q.    And he was also the CEO of SEC; right?

6          A.    I believe that's correct, yes.

7          Q.    Did both SEC and Sklarco have the same

8    accounting department?

9          A.    Yes, they did.

11:29 10   Q.    Were there different employees between SEC and

11   Sklarco, or did they share the same employee pool?

12         A.    Well, you broke up there for a moment.

13         Q.    Sure.  Were there different employees as

14   between SEC and Sklarco or did they share the same

11:29 15   employee pool?

16         A.    I believe they shared the -- (audio

17   distortion) -- same employee pool.

18         Q.    And I'm sorry.  You broke up.

19               I think your testimony was they shared the

11:29 20   same employee pool; is that correct?

21         A.    That's correct.

22         Q.    Were the decision-makers for SEC the same

23   decision-makers for Sklarco?

24         A.    I don't know that to be the case.  I know --

11:30 25   Q.    Explain --



1                    (Crosstalk.)

2        Q.    (By Mr. Parker)   Continue sir.   I'm sorry.

3        A.    No.   That's all right.

4              I believe Mr. Sklar was the CEO of both

11:30  5   entities.

6        Q.    So you said you don't believe that to be the

7   case with regard to my question about the same

8   decision-makers.   So explain to me why that is not the

9   case.

11:30  10       A.    No.   I qualified my answer by saying that

11   Mr. Sklar was the CEO for both entities.

12       Q.    So Mr. Sklar made the decisions for both SEC

13   and Sklarco; is that correct?

14       A.    Prior to my arrival?

11:30  15       Q.    Yes.

16       A.    I believe that to be the -- (audio

17   distortion) -- case, yes.

18       Q.    And I'm sorry.   You said, "I believe that to be

19   the case"; right?

11:31  20       A.    Right.

21       Q.    Were there management agreements between SEC

22   and Sklarco that set forth how various employees were

23   being managed?

24       A.    I do not believe so, but I've never -- I've

11:31  25   never been -- (audio distortion) --

1          THE REPORTER:  I'm sorry.  "I've never

2    been" --

3          A.   I don't believe that to be the case.  I

4    don't -- I'm not aware of any agreements.

11:31 5    Q.   (By Mr. Parker)  And without me just saying for

6    any agreements between SEC and Sklarco that define the

7    roles of various employees.

8          A.   I'm not aware of any such agreements.

9          Q.   Did you undertake any analysis to determine

11:32 10   whether or not those agreements existed?

11         A.   We did a general review of the agreements, you

12   know, as part of our -- and didn't come across any.

13         Q.   I asked you earlier if there were regular board

14   meetings of SEC.  Do you recall me asking that question?

11:32 15   A.   I do.

16         Q.   I want to ask you the same question for

17   Sklarco.  Were there regular board meetings of Sklarco?

18         A.   I'm not aware of any, but I don't know either

19   way.

11:32 20   Q.   I'd like to look at Exhibit 3 --

21         A.   Okay.

22         Q.   -- and we're going to go to the last page of

23   that exhibit.

24         A.   Page 144.

11:33 25   Q.   Yes.

1                    (Exhibit Number 3 was referenced.)

2          Q.    (By Mr. Parker)  Actually, let's look -- let's

3    look at Page 7 first while we're on the document.  It's

4    Part 11.

11:33  5    A.    Page 7 of the .pdf?

6          Q.    Yes, sir.  Let me know when you're there.

7          A.    I'm here.

8          Q.    Excellent.  I'm looking at Part 11.  It says,

9    "Property the debtor holds or controls the debtor does

11:34 10   not own."

11                    Do you see that?

12         A.    Uh-huh.

13         Q.    And then 21 says "Property held for another."

14                    Do you see that?

11:34 15   A.    I do.

16         Q.    So I want to ask you about these various

17   interests that are listed in the lower right-hand corner

18   of Page 7.

19                    First of all, it says, "Debtor is holding

11:34 20   legal title to the following business interests."

21                    Do you see that?

22         A.    I do.

23         Q.    What is Fugasity Co.?

24         A.    I have no idea.  I would assume that it's one

11:34 25   of the various nonoperated interests that Sklarco holds.

1      Q.   How about 2116 Commerce Park, LP?

2      A.   Same answer.  I believe it to be listed here,

3    then it is most probably a nonoperated interest that

4    Sklarco holds for Howard Sklar Trust.

11:35  5      Q.   How about Trout Creek Adventures, do you

6    know -- I'm sorry -- Trout Creek Ventures?

7      A.   Same answer.

8      Q.   And LTP Opportunity Fund, LP?

9      A.   Same answer.

11:35 10      Q.   And West Arcadia Pipeline?

11      A.   Same answer.

12      Q.   Okay.  How about the 1908 Brand Bylaws?

13      A.   Same answer.

14      Q.   Have you undertaken any analysis as CRO to

11:35 15    determine the value of these interests?

16      A.   No.  They're all -- I believe they're all

17    private partnerships.

18      Q.   And so if they're all private partnerships they

19    wouldn't -- they wouldn't affect the debtors' value and

11:36 20    the debtors' interest in these?

21      A.   I didn't say that.

22      Q.   Okay.  So explain to me why it's important

23    they're all private partnerships.

24      A.   Well, if they were public partnerships you

11:36 25    could go to the marketplace and get a value.  There's a

1   part -- private -- (audio distortion) -- get a value.

2            THE REPORTER:  I'm sorry.  Can you repeat

3   the answer?

4       A.   I believe the number listed there quotes

11:36  5   values.

6       Q.   (By Mr. Parker)  And let's go to the next Page.

7   It's Page 8.

8            On the left side, there's a -- it says

9   "Owner's name and address:  Jacob Sklar Grantor Trust."

11:37 10            Do you see that?

11      A.   Yes.

12      Q.   Okay.  And then on the right side where it's

13   describing the property, I'm looking and we see Fugasity

14   again.  We've talked about that.  We've talked about the

11:37 15   LT Opportunity Fund and we've talked about 1908 Brand

16   Bylaws.

17            But what is Boulders on Fern?  Do you know

18   what that is?

19      A.   I believe that's another LP partnership.

11:37 20      Q.   And how about the LTP TimberQuest Fund, LP.  Do

21   you know what that is?

22      A.   I think it's the same.  It's another limited

23   partnership.

24      Q.   Was there ever an occasion where it was

11:37 25   determined that the -- these interests were actually

1    assets of the debtor and not of these various trusts?

2        A.   So if you look at the lead notes for the -- for

3    the schedules and statements of financial affairs, we

4    describe there the process we undertook and the

11:38  5    determination that we made in relation to what was an

6    asset for the purposes of presentation, for the purposes

7    in relation to both monthly operating reports as well as

8    the schedules.

9        Q.   Okay.  But my question was a little bit

11:38 10    different.

11              Was there ever an occasion where it was

12    determined that these -- these were actually assets of

13    the debtor?

14        A.   I answered that question.  We undertook a

11:38 15    review of each one of these investments in terms of both

16    their operating agreements and the K-1s that were

17    generated from them, and that process is described in

18    the global notes and in the monthly operating reports.

19        Q.   So the answer is a yes, that these are now

11:38 20    properties -- all these assets are now assets of the

21    debtor?

22        A.   No, that's not what I said.

23        Q.   Are any of these assets -- I'm sorry -- any of

24    these interests assets of the debtor?

11:39 25        A.   I don't -- there's -- there's several



1   nonoperated limited partnerships that are held as agent

2   nominee.  I don't remember exactly which ones are in or

3   out.  But it's --

4        Q.   If --

11:39  5        A.   -- (audio distortion) --

6                THE REPORTER:  I'm sorry.  I didn't get

7   the end of that.  "But it's" --

8        A.   Yeah.  It's described in the lead notes, in the

9   schedules and statements.

11:39  10        Q.   (By Mr. Parker)  When you say the "lead notes,"

11   you're talking about the global notes in the "Statement

12   of Limitations" document?  Okay.

13        A.   Yes.

14        Q.   Why don't you look at Exhibit 5.  Open

11:39  15   Exhibit 5.

16                (Exhibit Number 5 was referenced.)

17        A.   When you want to take a break, I wouldn't mind

18   taking a bio break.

19        Q.   (By Mr. Parker)  Sure.  We can take a break.

11:40  20                THE VIDEOGRAPHER:  Going off the record.

21   The time is 11:39 p.m.

22                (Recess from 11:39 until 11:44.)

23                THE VIDEOGRAPHER:  Going back on the

24   record.  The time is 11:44 a.m.

11:44  25        Q.   (By Mr. Parker)  Mr. Katchadurian, before the

1    break you were referencing some "Global Notes and

2    Statement of Limitations" with regard to answering some

3    of my questions, so I've asked you to open Exhibit 5

4    which is that document you were referencing.  Correct?

11:45   5      A.   Yes.

6      Q.   Okay.  So in some of your responses you were

7    saying that this potential re-characterization of what

8    was and was not an asset of the debtor is explained in

9    these notes.

11:45  10           Could you walk me through what you meant

11   by that?

12      A.   Sure.  If you go to Page 5, Number -- Point 1.

13      Q.   Yes, sir, I'm there.

14      A.   So I think that paragraph should explain what

11:45  15   we're talking about.  So we undertook a review which

16   looked to the operating agreements and the K-1 and

17   determined what was a Sklarco asset as opposed to an

18   asset of the trust.

19      Q.   And so if these were actually assets of

11:46  20   Sklarco, any proceeds from these interests would also be

21   assets of Sklarco; correct?

22      A.   That's correct.

23      Q.   Was an analysis undertaken to determine what

24   proceeds were generated by these interests, let's say,

11:46  25   from April 1st, 2016 to the current date?



1       A.    So, again, I'll go back to the CRO report.  We

2    did an analysis of all cash inflows and outflows out

3    of -- out of the debtor.  So it should have been

4    reflected in there.

11:46 5             Again, we didn't go back to '16.  The

6    scope of that report was dictated to be six months prior

7    to the petition date.

8       Q.    But the same analysis regarding to any proceeds

9    generated by these interests prior to six months from

11:47 10   the petition date would still mean that they were

11   proceeds owned by the debtor; right?

12      A.    Yes.  If it was determined that a specific

13   investment.  Again, we took a very conservative

14   approach.  If the -- if the legal documentation showed

11:47 15   that the -- for example, the K-1 was issued to Sklarco

16   or to SEC, then we -- we have been accounting for those

17   assets in terms of that hierarchy.

18      Q.    So the interests that are listed in

19   Paragraph 21 on Page 5 of Exhibit 5, is that a

11:47 20   comprehensive list or could there be others?

21      A.    I believe there was a -- I haven't looked at

22   this in several -- but I believe there's a reference

23   to --

24      Q.    THP?

11:48 25      A.    -- THP's --

1              No, sir.  The ones that were listed.  I'd

2    have to go back through it real quick.

3         Q.   Well, let me point you to Paragraph 16 on

4    Page 4.

11:48  5         A.   Okay.

6         Q.   And this is talking about THP Partners.

7              Do you see that?

8         A.   Yes.  Exactly.  That's part of what I'm

9    looking -- I was looking for.

11:48 10         Q.   So we would add THP Partners to the list that

11    is set forth in Paragraph 21 as assets that were owned

12    by the debtors; right?

13         A.   Yeah.  I looked at Paragraph 17, sir.  Because

14    I think it further explains it.

11:49 15         Q.   Okay.  So we would now add the interest set

16    forth in Paragraph 17 to our list of those assets owned

17    by the debtors; right?

18         A.   Again, I think that the documentation is such

19    that the K-1 gets -- to Sklarco or SEC is applicable.  I

11:49 20    didn't do a further analysis to determine what -- if

21    there was a -- some sort of transfer or any sort of

22    assignment down to the trusts.

23         Q.   So on Exhibit 3, I just have a question.  It's

24    on Page 20 of that .pdf.

11:50 25         A.   I'm sorry, sir.  You said Exhibit 3?



1    Q.   Yes, sir.

2    A.   Okay.  20 of the .pdf?

3    Q.   It's Part Number 4, Item 14.

4    A.   Part Number 4, Item 14.  Yes, sir, I'm there.

11:50  5    Q.   It says 1908 Brands.  Do you see that?

6    A.   1908 Brands.  Yes, I do.

7    Q.   Okay.  So if you go back to Page 7 of that same

8    document --

9    A.   All right.

11:50 10    Q.   -- in that list in the lower right-hand corner

11   that we looked at earlier --

12   A.   Yeah.

13   Q.   -- it says "1908 Brand Bylaws."

14        Do you see that?

11:50 15   A.   Yes.

16   Q.   Is that the same entity?  Maybe it's a typo.

17   Do you know?

18   A.   It's probably the same.  Whoever created the

19   schedules and statements, they're -- they're really

11:51 20   clunky documents and they can be very complicated

21   sometimes.

22   Q.   And, again, do you know -- let's just call it

23   1908 Brands.  Do you know what that is?

24   A.   It's a limited partnership, I believe.

11:51 25   Q.   That does what?



1      A.   No idea.

2      Q.   Who would know that?

3      A.   I think the documents that reflect what that

4   particular limited partnership is were produced and I'm

11:51  5   sure they speak for themselves.

6      Q.   Well, let's go back --

7      A.   Most of these --

8      Q.   -- to page --

9           (Crosstalk.)

11:51 10     Q.   (By Mr. Parker)  I'm sorry.  You said "most of

11   these," and I cut you off, sir.

12     A.   I'm trying to keep to your rules.

13          1908, I believe, is one of the various

14   limited partnerships that -- there are different

11:52 15   investment vehicles.  Some are real estate trusts,

16   some -- some -- you know, it's really it varies --

17   (audio distortion) -- indicate what their underlying

18   investments are.

19          THE REPORTER:  You cut out after "It

20   varies" -- "underlying investments" --

21     A.   Yeah.  What I said was, it varies as to each

22   investment, and that each underlying investment's

23   documents would indicate what the asset each one holds

24   is.

11:52 25     Q.   (By Mr. Parker)  So as we talked about earlier,

LEXITAS

1    these assets that are set forth, for instance, on Page 7

2    of Exhibit 3 and the ones we just looked at in

3    Exhibit 5 --

4         A.    Uh-huh.

11:53  5         Q.    -- are property of the debtors; right?

6         A.    I think what the -- the way the schedules work

7    is that if -- if it's an investment that's held by the

8    debtor, the subsequent question refers to property held

9    for another.

11:53 10              It's saying that Sklarco in that example

11   holds an asset and then, in the further question, it

12   indicates that it's holding it for another, i.e., the

13   Howard Sklar Trust in that case.

14        Q.    Right.  But the proceeds of these investments

11:53 15  are property of the debtor; right?

16              MR. BRINEN:  I'm going to object to the

17   form of the question.

18        Q.    (By Mr. Parker)  You can answer, sir.

19        A.    I'd -- I'd have to go back to the notes and

11:53 20  determine whether 1908 was one of the ones we determined

21   to be a Sklarco investment.

22        Q.    And you're talking about the notes in

23   Exhibit 5?

24        A.    No.

11:54 25        Q.    Well, let's just make it easier.  We looked at



1    certain paragraphs of Exhibit 5 that set forth a

2    specific list of interests that were determined to be

3    the debtors' interests; right?

4        A.   Correct.  And 1908 is not one of them.

11:54  5        Q.   Okay.

6        A.   It's not listed there.

7        Q.   So if we're only looking --

8             Well, hang on.  Let's look at

9    Paragraph 21, Part 13 --

11:54 10             (Crosstalk.)

11       A.   No.

12       Q.   (By Mr. Parker)  -- 25 --

13       A.   It's the first letter.  It's the first line --

14       Q.   Right.

11:54 15       A.   -- I'm sorry -- 1908.

16       Q.   1908 Brands is listed, as is all these others

17   in Paragraph 21 of Exhibit 5; right?

18       A.   Yes.

19       Q.   And as is THP Partners is listed in

11:54 20   Paragraph 16 of Exhibit 5; right?

21       A.   Yes.  (Audio distortion)  That's the properties

22   of the debtor, that's correct.

23       Q.   Right.  Any endeavors that you've undertaken to

24   try to get those proceeds back for the debtor?

11:55 25       A.   The proceeds of those -- what proceeds?

LEXITAS

1      Q.    Whatever money they have generated over the

2  years when they thought those proceeds should go into a

3  trust and not to the debtor.  If they generate --

4            (Crosstalk.)

11:55  5      A.   No.  We --

6      Q.   -- proceeds.

7      A.    Yeah.  If they generate proceeds, no.  We have

8  not undertaken that exercise.  That's not something that

9  typically an operating -- (audio distortion) -- under a

11:55 10  Chapter 11 does at this juncture in the case.  It's

11  typically left to the creditors committee.

12      Q.    Are you familiar with a company named Sklar

13  Transport, LLC?

14      A.    Yeah, that one.

11:56 15      Q.    And what is your understanding of what Sklar

16  Transport does?

17      A.    I believe it's an entity that had -- at one

18  point owned a private jet and then leased a fractional

19  piece of a private jet from Flexjet.

11:56 20      Q.    When did it own a private jet?

21      A.    Way before I got involved.  I believe that jet

22  was sold and the proceeds reinvested in the business.

23      Q.    When would that sale have occurred?  Do you

24  know?

11:56 25      A.    No.  The Flexjet contract, which would be --

1  (audio distortion) --

2              THE REPORTER:  I didn't get that answer.

3  It garbled.  "The Flexjet contract" --

4              THE WITNESS:  Flexjet, F-L-E-X Jet.

11:57  5              THE REPORTER:  And I didn't get the rest

6  of the answer.  All I got was "The Flexjet contract,"

7  and then it garbled.

8      Q.   (By Mr. Parker)  Let me ask a different

9  question.  If you look at Exhibit 4, Mr. Katchadurian --

11:57 10      A.   Exhibit -- I'm sorry.  4?

11      Q.   Sure.

12      A.   I'm just asking which exhibit you want me to

13  look at.

14      Q.   Exhibit 4.

11:57 15      A.   Thank you.  Got it.

16              (Exhibit Number 4 was referenced.)

17      Q.   (By Mr. Parker)  Okay.  This is a May 1st, 2019

18  letter and agreement from Flexjet to Sklar Transport,

19  LLC.

11:57 20              Do you see that?

21      A.   I do.

22      Q.   So is it your understanding that some time

23  prior to May 1st, 2019 Sklar Transport, LLC owned its

24  own jet?

11:58 25      A.   I believe that to be the case, yes.

       1        Q.   And do you know when Sklar Transport, LLC sold

       2   the jet it owned?

       3        A.   I don't.

       4        Q.   Do you know how much Sklar Transport sold that

11:58  5   jet for?

       6        A.   I do not.

       7        Q.   Do you know where the proceeds from that sale

       8   went?

       9        A.   I believe those went into Sklar Exploration.

11:58 10        Q.   You believe or you know?

      11        A.   I believe.  I don't have firsthand knowledge.

      12   This predates me.

      13        Q.   So on May 1st, 2019, Sklar Transport signs an

      14   agreement with Flexjet for a fractional interest in a

11:58 15   new jet; is that correct?

      16        A.   I'm not sure if it's new or old, but the jet

      17   that's described here.

      18        Q.   Fair enough.  I meant new to -- new to Sklar

      19   Transport.

11:59 20        A.   I'm sorry?

      21        Q.   Sklar Transport entered into an agreement for a

      22   fractional interest in a jet with Flexjet on or about

      23   May 1st, 2019; is that correct?

      24        A.   That's what it seems to be, yes.

11:59 25        Q.   Is Sklar Transport still in operation?



```
 1        A.    I believe it's dormant.

 2        Q.    Why do you believe that?

 3        A.    Certainly it has no way of funding itself and

 4   we have not been making payments and I believe Flexjet

11:59 5   has filed a claim in these Chapter 11 cases.

 6        Q.    How was Sklar Transport funded previously?

 7        A.    It would have been funded through SEC.

 8        Q.    And have you undertaken an analysis to

 9   determine if there were certain protocols in place that

12:00 10   governed the funding of Sklar Transport by SEC?

11        A.    I'm not sure what you mean by "protocols."

12        Q.    Was there any formal written agreement between

13   Sklar Transport, LLC and SEC?

14        A.    Not that I'm aware of.

12:00 15        Q.    How would Sklar Transport receive funds from

16   SEC?

17        A.    I believe that when Sklar Transport incurred an

18   expense through, for example, through Flexjet for

19   private jet services that were business related, then

12:00 20   appropriate accounting records were created to pay that

21   business portion of the Sklar Transport bill in

22   relation --

23        Q.    Again --

24              (Crosstalk.)

12:01 25        A.    -- to -- (audio distortion) --
```

1     Q.    And you say you believe, or -- I mean, do you

2   know, or is this what you just think happened?

3     A.    I know.   That was in the purview of our

4   analysis.

12:01  5     Q.    And you also mentioned business travel in your

6   answer.   What about Mr. Sklar's personal travel?   How

7   would that get paid for?

8     A.    Again, SEC would pay -- expend the cash in

9   relation to that personal travel and Mr. Sklar would

12:01 10   then have a payable to SEC for those amounts.

11     Q.    Would SEC issue a formal written payable to

12   Howard Sklar personally to reimburse it for expenses it

13   had paid for his personal travel?

14     A.    Well, Mr. Sklar's account at SEC was -- was

12:01 15   broad.   100 percent of its revenue attributable to its

16   Sklarco interests were deposited with SEC and its JIBs

17   and cash calls were paid out of that amount.   And any

18   expenditures for Flexjet or anything else of a personal

19   nature would be charged against those -- that asset that

12:02 20   SEC held on behalf of Mr. Sklar.

21     Q.    So are you talking about Mr. Sklar's personal

22   working interest ownership when you say "account"?

23     A.    Yeah.   It's common industry practice for a

24   situation like this where there's SEC as the operator

12:02 25   and Sklarco as the asset owner to -- to have the cash

1    come in -- cash would come in from -- from the revenue

2    payable as in any working interest owners -- they would

3    come into Sklar Exploration and then get distributed to

4    the various working interest owners, or it was accounted

12:03  5    appropriately in terms of Sklarco's books and Sklarex's

6    books, but the cash for the -- (audio distortion) --

7    Sedeon's [phonetic] estate was left at Sklar Exploration

8    in order to have working capital at Sklarex and to pay

9    for the Sklarco JIBs and cash calls that existed.

12:03 10    Q.   My question, though, was with regard to

11    Mr. Sklar getting billed for his personal use of the

12    Flexjet.

13         Are you aware that that did happen, was

14    accounted for correctly, and Mr. Sklar repaid SEC for

12:03 15    whatever moneys it funded for his personal travel?

16         MR. BRINEN:  Objection to form.

17    Q.   (By Mr. Parker)  You can answer the question,

18    sir, if you understood it.  If not, I'm happy to

19    rephrase it.

12:03 20    A.   Yeah.  Please rephrase it.

21    Q.   (By Mr. Parker)  Sure.  Do you know as the CRO

22    of this company that Mr. Sklar has reimbursed SEC for

23    all expenses related to his personal travel?

24    A.   I'm aware that when Sklar Transport was used --

12:04 25    where his Flexjet was used for personal travel that an



1   entry was made to reflect the fact that that would be a

2   personal expense, again, cash that Mr. Sklar held at SEC

3   to pay his bill.  If you point to a specific bill, then

4   we can talk about that specifically.  But in

12:04  5   generalities, that was the process that was undertaken.

6        Q.   Okay.  So that was the process.  But do you

7   know if those moneys were actually paid back by

8   Mr. Sklar?

9        A.   So we did an analysis of Mr. Sklar's inflows

12:04 10   and outflows, the revenue that he would have had come

11   into SEC versus the cash calls and JIBs and other

12   expenses, and Mr. Sklar was in the positive in that end

13   process.  So my presumption is that, yes, he would have

14   paid his bills.

12:05 15              (Exhibit Number 7 was referenced.)

16        Q.   (By Mr. Parker)  Let's look at Exhibit 7 real

17   quickly, please.

18        A.   Okay.

19        Q.   We'll look at Page 11.  This is Docket 324 of

12:05 20   the bankruptcy filings.  Let me know when you're on

21   Page 11.

22        A.   Okay.

23        Q.   I'm looking at Item 30.  It says, "Payments,

24   distributions, or withdrawals credited or given to

12:06 25   insiders."



1                    Do you see that?

2       A.   I do.

3       Q.   And there's an Item 30.1.  It says "Name and

4   address of recipient."  It's Flexjet.

12:06  5                    The "Amount of money or description and

6   value of property" is 503,000 dollars and change.

7                    And the dates are "2019-2020."

8                    And it says the "Reason for providing the

9   value" is "Amounts paid attributed to personal travel

12:06 10   expenses of Howard Sklar."

11                    Do you see that?

12      A.   I do.

13      Q.   And is it your testimony that that entire

14   amount of $503,173.35 was repaid by Mr. Sklar to the

12:06 15   debtors?

16      A.   What I do know is that, A, Item 30 is a

17   disclosure; B, when you look at Mr. Sklar's cash inflows

18   and outflows from SEC that he's in the top.  I don't

19   know if this specific liability was paid or not.

12:07 20                    But I do know in the aggregate that the

21   amount of money that he contributed into Sklar

22   Exploration exceeded the amount of expense and JIBs and

23   cash calls, et cetera, that he would have withdrawn,

24   including any distributions to Mr. Sklar.

12:07 25      Q.   So what you're saying, Mr. Katchadurian, if I



1   understand you correctly is, on a macro level, the money

2   that Mr. Sklar put in is less than the money he took

3   out?

4        A.   No.  The other way.  The money in, attributable

12:07  5   to his revenue, investment income and the rest, would

6   have been greater than the amount that he took out on a

7   macro basis.

8        Q.   But when it comes to a specific line item like

9   this $503,000 for personal travel, as you sit here

12:08 10   today, you don't know if that specific line item was

11   repaid by Mr. Sklar; is that true?

12              MR. BRINEN:  Objection to form.

13        Q.   (By Mr. Parker)  Was that a yes, sir?

14        A.   Yes.

12:08 15        Q.   So the airplane usage by SEC was both business

16   and personal for Mr. Sklar; right?

17        A.   So I understand, yes.

18        Q.   Do you know how the company would book trips or

19   usage on its fractional interest of the jet?

12:08 20        A.   I'm not sure what you mean.

21        Q.   What was the process like?  How did it work?

22   Do you know?

23        A.   I don't.

24        Q.   Was there any protocols at the company -- when

12:09 25   I say "the company," I mean SEC -- to determine whether

1   or not a trip was for personal or business use?

2       A.   I don't know.

3       Q.   When you became CRO on or about May of 2020,

4   May 21st of 2020, did you take -- undertake any analysis

12:09  5   to determine if these expenses were going to be

6   segregated for business or personal usage on -- with

7   regard to the Flexjet?

8       A.   Well, post-filing there was no usage of a

9   personal jet, so there was no need to do that.

12:09  10       Q.   Was there any usage of the jet at all

11   post-filing?

12       A.   No, not that I'm aware.

13       Q.   Did you undertake any analysis to determine how

14   it had been working prior to your appointment as CRO?

12:10  15       A.   No.

16       Q.   If there was going to be a personal trip solely

17   for Mr. Sklar's benefit, did any practices exist to make

18   sure that SEC got paid back for that usage?

19       A.   I don't know.

12:10  20       Q.   Who would know that?

21       A.   Probably the accounting team that was in place

22   at that time.

23            Again, generally speaking, Mr. Sklar's

24   expenses were -- were in a joint account for Mr. Sklar

12:11  25   that was -- what was paid from revenue that came in on

LEXITAS

1    behalf of his working interests.  So on a macro basis,

2    he paid his bills over -- over time.

3         Q.   Were individual working interest owners ever

4    billed for a portion of the Flexjet usage?

12:11  5         A.   Not that I'm aware of.

6         Q.   Did you ever undertake any analysis to

7    determine if the working interest owners were billed for

8    any of the Netjet [sic] usage?

9         A.   No.

12:11 10         Q.   Have you heard any complaints by the working

11   interest owners that they were unfairly billed for usage

12   of this Netjet -- of the Flexjet?  Excuse me.

13         A.   No.

14         Q.   What THP Partners and THP Partners II?  Do you

12:12 15   know what those entities do?

16         A.   I do not.

17         Q.   And do you recall us looking earlier at

18   Exhibit 5 with regard to THP Partners?

19         A.   I do.

12:12 20         Q.   And specifically we looked at Paragraph 16

21   regarding THP Partners.  Do you recall that?

22         A.   I'm just rereading it.  One moment.

23         Q.   Sure.  It's Exhibit 5, Page 16, Page 4.

24         A.   I've got it.  Yeah.

12:12 25         Q.   But as you sit here today, you don't know what



```
 1   THP Partners does?

 2       A.   No.

 3       Q.   How about THP Partners II?  Do you know what

 4   that entity does?

12:13 5  A.   No.

 6       Q.   Do you know what the relationship is between

 7   either THP Partners or THP Partners II and the debtors?

 8       A.   I -- I believe that the disclosure says SEC's

 9   ownership in TPH Partners.  So it would seem to me that,

12:13 10 reading Paragraph 16, that SEC has an ownership interest

11   in THP Partners.

12       Q.   But besides that ownership interest, you have

13   no knowledge as you sit here today regarding what THP

14   Partners does?

12:13 15     A.   That's correct.

16       Q.   Do you have any knowledge of -- as to whether

17   or not any contracts or agreements exist between either

18   a THP and THP Partners II and the debtors?

19       A.   I would assume that there is a -- some sort of

12:14 20 agreement that's associated with the ownership of the

21   partnership interest.  I believe those documents were

22   produced.

23       Q.   Let's look at Exhibit Number 6, please.

24       A.   Okay.

12:14 25          (Exhibit Number 6 was referenced.)
```



1      Q.   (By Mr. Parker)  It's an email string.

2      A.   Okay.

3      Q.   The oldest email in the string is dated

4   Thursday, October 15th, 2020 at 11:32 a.m. from Todd

12:14  5   Bearup.

6            Do you see that?

7      A.   Yes.

8      Q.   Okay.  Who is Mr. Bearup?

9      A.   He's a director with THP Partners.

12:15 10     Q.   Am I pronouncing his name correctly?

11     A.   I -- yes.

12     Q.   Okay.  He sends -- Mr. Bearup sends Geoff

13   Nenninger this email and he cc's Marshall Jones and John

14   Strausser.

12:15 15           Do you see that?

16     A.   I do.

17     Q.   And what he says -- what Todd says to Geoff is,

18   "Geoff, Can you do a quick check on something for me?

19   Can you run a spreadsheet that shows me over the last

12:15 20   four years how much and when disbursements have been

21   received from THP Partners II?"

22            Do you see that?

23     A.   I do.

24     Q.   And the response from Mr. Strausser on that

12:15 25   same day is, "I'll run and send.  It's lumpy because

```
 1   it's timber harvesting/sales."

 2               Do you see that?

 3       A.   I do.

 4       Q.   Do you know what that means, "It's lumpy"?

 5       A.   I would presume that it means that the cash

 6   flows are uneven.

 7       Q.   And Todd responds, "Okay.  Thanks, John."

 8               And then John does respond again later

 9   that day, "It looks like the last time we got any money

10   from THP Partners II was the end of 2017," and it was

11   45,821.30.

12               Do you see that?

13       A.   Yes.

14       Q.   And John goes on to say, "I looked at all the

15   ledgers:  SEC, SKC, HOW, ALA and SAM."

16               Do you see that?

17       A.   I do.

18       Q.   And did I read that correctly?

19       A.   You did.

20       Q.   SEC, that stands for Sklar Exploration Company;

21   right?

22       A.   Right.

23       Q.   SKC, is that Sklarco?

24       A.   It is.

25       Q.   What is HOW?
```

12:15 5
12:16 10
12:16 15
12:16 20
12:16 25



          1        A.    It's the Howard Trust.

          2        Q.    And what is ALA?

          3        A.    The Alan Trust.

          4        Q.    And what is SAM?

12:16     5        A.    It's the Sam Trust or Sam's -- I think that's

          6   two names.  Jacob and Sam are the same person.

          7        Q.    Could you say that one more time, sir?  I'm

          8   sorry.  You cut out on me.  Just the last part.

          9        A.    Yes.  SAM means -- I believes it's officially

12:17    10   the Jacob, Alan -- I'm sorry -- the Jacob -- one of the

         11   trusts had two names.  Like Jacob or Alan, I believe, is

         12   the same trust as Sam.  It's either his first or his

         13   last name -- first or his middle name.  I'm sorry.

         14        Q.    Do you know why Mr. Strausser would be

12:17    15   reviewing the ledgers for Howard Sklar Trust, and the

         16   Alan Trust or Jacob Trust, or the Sam Trust, with regard

         17   to revenues generated by THP Partners II?

         18        A.    I believe that for sake of completeness, he's

         19   looking everywhere there could possibly be an entry in

12:18    20   relation to THP.

         21        Q.    Was there ever an occasion that you're aware of

         22   where funds from an interest owned by the debtor would

         23   go into -- directly into one of these trusts?

         24        A.    So, again, back to our analysis.  We talked in

12:18    25   our analysis based on the facts we had at hand,

1    including K-1s and other relevant documents.

2              The trusts -- the debtors, I believe

3    Sklarco in particular, trusts and assignment documents

4    that were held for the benefit of the Howard, Alan and

12:18  5    Sam Trusts, you know, we took a very conservative

6    approach.

7              If the K-1 was issued in the name of

8    Sklarco, then we booked it -- that asset to Sklarco.  We

9    did not want any dispute as to that point.  But that

12:19 10    Sklarco could hold assets as -- (audio

11    distortion) itcomic [phonetic] -- for the trust was not

12    something we undertook at that point in time.  It's

13    described in the footnote.

14       Q.   Has Mr. Bearup or anyone else from CR3 reviewed

12:19 15    the SEC -- strike that.  I'm sorry.

16              Has Mr. Bearup or anybody else from CR3

17    reviewed the ledgers for the Howard Sklar Trust or the

18    Alan Trust or the Sam Trust to determine the source of

19    all of the proceeds that were transferred into those

12:20 20    trusts?

21       A.   I'm sorry.  You broke up after "proceeds."

22       Q.   Sure.  So the question is this:  Obviously CR3

23    has access to the ledgers for these trusts; right?

24       A.   Yes.

12:20 25       Q.   And where are the ledgers kept?  Are they on

LEXITAS

1   the company's servers?

2        A.    They are.

3        Q.    And how --

4              (Crosstalk.)

12:20  5        A.    I --

6        Q.    (By Mr. Parker)  Continue.  I'm sorry.

7        A.    I'm sorry.  I believe the ledgers for those

8   four years back were produced as part of this document

9   production.

12:20  10        Q.    So the ledgers for all three of these trusts

11   back to April 1st, 2016 you're saying have been

12   produced; right?

13              Has Mr. Strausser or Mr. Bearup or

14   somebody from CR3 conducted any analysis of the three

12:21  15   trusts -- the Howard Sklar Trust, the Alan Trust and the

16   Sam Trust -- to see if any other moneys have been put in

17   those trusts that otherwise should not have because

18   they're property of the debtors?

19        A.    No.  As I described, we took a conservative

12:21  20   approach.  We -- we -- for the benefit -- where Sklarco

21   was the agent nominee for the various trusts, we didn't

22   go beyond the debtor to look to where the assets were

23   booked.  We believed that the con -- (audio distortion)

24   hopefully was noncontroversial in terms of --

12:21  25              THE REPORTER:  I -- (Indicating.)

```
  1        A.    -- looking past the agent nominee, but I think

  2   that's -- that's really for further determination in

  3   time here, whether those assignments are appropriate or

  4   not.

  5              MR. PARKER:  Denise, I saw you shaking

  6   your head up there.

  7              THE REPORTER:  I kind of didn't understand

  8   something in the middle, but I kind of picked up at the

  9   end.  So I was trying to catch him before he went on.

12:22 10        MR. PARKER:  Okay.

 11        Q.   (By Mr. Parker)  Mr. Katchadurian, are you good

 12   or do you want to a break?

 13        A.   I'm fine.

 14        Q.   Okay.  Do you know what Maevlo Production, LP

12:22 15   is?

 16        A.   I -- (audio distortion) --

 17        Q.   I'm sorry.  I didn't hear your response.

 18        A.   I do.

 19        Q.   Okay.  What is Maevlo Production?

12:22 20        A.   It's another limited partnership of the

 21   debtors.

 22        Q.   What's its purpose?  What does it do?

 23        A.   I believe it has a broad charter to acquire

 24   assets on behalf of the partnership, and then I believed

12:22 25   it has also a sub-mandate to acquire royalty interests.
```

1      Q.    Do the debtors still have any interests in

2  Maevlo?

3      A.    That's actually a good -- the debtors have not

4  made their cash calls to Maevlo post-filing and I

12:23  5  believe there's a notice of default from Maevlo to the

6  debtors in relation to that.  So it's a little bit up in

7  the air of what the status of their equity interest in

8  Maevlo is at the moment.

9      Q.    Let's look at Exhibit 8.

12:23 10      A.    Okay.

11            (Exhibit Number 8 was referenced.)

12      Q.    So this is a May 13th, 2020 letter.

13            Do you see that?

14      A.    I do.

12:24 15      Q.    Have you ever corresponded or dealt with

16  anybody at Maevlo?

17      A.    I have not, no.

18      Q.    I'm looking at the second paragraph.  It says,

19  "Of Sklar's $500,000 capital commitment to Maevlo,

12:24 20  $125,000 has been funded."

21            Do you see that?

22      A.    I do.

23      Q.    So is this what you were talking about earlier

24  with the cash call, that Sklar Exploration Company still

12:24 25  owes company for its capital commitment to Maevlo, and

LEXITAS

1    has Maevlo sent a default notice because SEC didn't

2    provide the rest of that funding?

3        A.   Yes.

4        Q.   What analysis, if any, have you undertaken as

12:25  5    the current CEO to determine whether or not this asset

6    of the debtor is going to be protected or you're going

7    to work to figure it out because it has value?  Have you

8    done any of that?

9        A.   We've done a cursory -- a cursory analysis and

12:25  10    determined that -- that we would not continue capital

11    commitments to Maevlo.

12        Q.   Why?  Why was that conclusion reached?

13        A.   We didn't feel like it was a valid use of cash

14    collateral, and it would certainly have to go to the

12:25  15    court to get approval, and to the bank, and we didn't

16    feel that was appropriate given the financial condition

17    of Sklar Exploration.

18        Q.   Do you know why SEC first started dealing with

19    Maevlo regarding its potential investment?

12:26  20        A.   What -- I'm sorry.  I don't understand the

21    question.

22        Q.   Sure.  What was SEC's attraction to Maevlo?

23    Why did it want to invest in it?

24        A.   Well, SEC is a money-making enterprise.  I

12:26  25    think the general consensus is that -- that SEC was

James  Katchadurian

```
      1  trying to -- to earn a return on its capital.

      2      Q.   But what made Maevlo attractive to SEC?

      3      A.   I don't know.  It predates me.

      4      Q.   In Exhibit 8, the second paragraph, there's a
12:26 5  reference to 60 Creek Tech, LLC.

      6             Do you see that?

      7      A.   I do.

      8      Q.   Do you know what 60 Creek Tech, LLC is?

      9      A.   I believe that's the entity within the Maevlo
12:27 10 partnership that -- that was to acquire royalties.

      11     Q.   Do you know anything about another investment

      12 by Maevlo called the Moondance Opportunity?

      13     A.   I don't.

      14     Q.   And if you turn to Exhibit 9, this is a letter
12:27 15 dated --

      16             (Crosstalk.)

      17     A.   There's --

      18     Q.   (By Mr. Parker)  -- dated July --

      19     A.   I'm sorry.  There's a 9 and a 9.1.  Do you want
12:27 20 the 9?

      21     Q.   Yeah.  9 is -- yeah.  Open 9 first.

      22             (Exhibit Number 9 was referenced.)

      23     Q.   (By Mr. Parker)  Do you see, that's just an

      24 email?  It's from Matthew Montgomery to Marshall Jones.
12:28 25             Do you see that?
```

1      A.   I do.

2      Q.   It says, "Please see attached."

3           Then 9.1, if you open that, is the

4   attachment.

12:28  5      A.   Got it.  Okay.

6      Q.   So this is a letter dated July 24th, 2020.  Do

7   you see that?

8      A.   I do.

9      Q.   And is this the "Defaulting Partner Notice" you

12:28 10  referenced earlier?

11     A.   It is.

12     Q.   And I believe your testimony was that the

13  determination has been made that the debtors are going

14  to not proceed and I guess just -- whatever investment

12:28 15  they might have could potentially go away, but you're

16  not really sure about what's going to happen with that?

17     A.   That's correct.  I think it's still up for

18  debate.

19     Q.   We talked earlier about SEC and Sklarco and

12:29 20  some common management and employees.

21           Do you recall that discussion?

22     A.   I do.

23     Q.   Was SEC in the practice of loaning money to

24  Sklarco?

12:29 25     A.   SEC --

James  Katchadurian

1        Q.    Was it customary for SEC to loan money to

2   Sklarco?

3        A.    No.

4        Q.    How about vice versa, was it customary for

12:29  5   Sklarco to loan money to SEC?

6        A.    Loan money?

7        Q.    Well, an actual loan, a documented loan.

8        A.    No.

9        Q.    In your capacity as CRO in the analysis you've

12:30 10   undertaken, have you found any evidence that there were

11   written loan agreements between SEC and Sklarco?

12       A.    No.  I've never seen anything like that.

13       Q.    With regard to payroll, did SEC and Sklarco

14   have the same accounting staff?

12:30 15       A.    Yes.

16       Q.    And so an employee of Sklarco, who are they

17   paid by?

18       A.    They were paid by --

19             (Crosstalk.)

12:30 20       Q.    (By Mr. Parker)  What --

21       A.    I'm sorry.

22       Q.    What entity paid Sklarco employees' payroll?

23       A.    SEC.

24       Q.    And what entity paid SEC's employees' payroll

12:30 25   check?

LEXITAS

1    A.   SEC.

2    Q.   I want to look at Exhibit 7, please.  We're

3    going to Pages 30 and 31.  This is Docket 324.  Let me

4    know when you're there, sir.

12:31  5    A.   I'm here.

6    Q.   Okay.  And so just so we understand what we're

7    talking about here, if you look at these two pages,

8    Page 30 and 31, you'll see in the upper left-hand corner

9    it says "Funds into Sklarco."

12:32 10         Do you see that?

11    A.   I do.  I'm just going back to see what the

12    header of the exhibit is.

13    Q.   Sure.

14    A.   Give me one second.

12:32 15    Q.   Take your time.  Let me know when you're done.

16    A.   (Reviewing document.)

17    Q.   So you'll see Docket 324 is a SOFA for SEC.

18    A.   Yeah.  So the first part seems to be the 90-day

19    payment history, and then that's been knocked up to

12:32 20    Page 27.  And then another schedule starts, the

21    "Payments to Insiders," Page 28.  And then you want to

22    go to Page 30.  Okay.  Got it.

23    Q.   All right.  So the upper left-hand corner of

24    Page 30 says "Funds into Sklarco."

12:33 25         Do you see that?



         1        A.    I do.

         2        Q.    Okay.  And then it's broken down by month.  You

         3   have May, June, July, August, September, October,

         4   November, and the second sheet has December and January.

12:33    5              Do you see that?

         6        A.    I do.

         7        Q.    Okay.  So the "Funds Into Sklarco," that's

         8   self-explanatory; right?

         9              This is money going into Sklarco; right?

12:33   10        A.    That's what it says.

        11        Q.    Okay.  And there's two deposits.  One is

        12   "Deposits - Non-SEC" and one is "Deposits from SEC."

        13              Do you see that?

        14        A.    I do.

12:33   15        Q.    What would the "Deposits from non-SEC" be

        16   comprised of?

        17        A.    I'm not sure what the specific 544,342 is, but

        18   my educated guess would be it would be nonoperated funds

        19   coming into Sklarco, so --

12:34   20        Q.    And --

        21              (Crosstalk.)

        22        A.    -- (audio distortion) --

        23        Q.    I'm sorry.  Just so we're clear, I'm not asking

        24   you to recall as you sit here today every line item that

12:34   25   comprised his number.  I'm saying generally.

James Katchadurian

1           What would the source of non-SEC funds

2   going to Sklarco be comprised of?

3           A.   It would be nonoperat -- (audio distortion) --

4   of Sklarco.

12:34  5    Q.   And the deposits from SEC would be -- what

6   source are those funds, would those be?

7           A.   That would be revenue that would come into SEC

8   and then get sent to Sklarco.

9           Q.   Has CR3 undertaken any analysis to go back

12:35 10   through these deposits from non-SEC -- excuse me --

11   non-SEC sources and determine exactly what the source of

12   these funds are?

13          A.   We have done an analysis of the non-operated

14   interests and we -- as part of our determination of --

12:35 15   and creation of projections on a go-forward basis.  So,

16   yes.

17          Q.   And the deposits from SEC into Sklarco, was it

18   the custom on a monthly basis for SEC to deposit money

19   into Sklarco?

12:35 20    A.   Yes.

21          Q.   And why?

22          A.   Because SEC received 100 percent of Sklarco's

23   revenue from oil and gas properties that were operated

24   by SEC.

12:36 25    Q.   And the source of those funds -- let's take

LEXITAS

1   May, for instance, May of 2019, the $225,000, deposits

2   from SEC, what was the source of those funds?

3       A.   It should have been from revenue received by

4   SEC on behalf of Sklarco as one of its working interest

12:36  5   owners.

6       Q.   Could that money be sourced from any other

7   location?  Not location.  Any other source?

8       A.   SEC had -- its only revenue was -- was

9   primarily from oil and gas revenue.

12:36 10       Q.   Now, you said "primarily," though.  Was there

11   another source potentially?

12       A.   Yeah.  It could have been some small non-op

13   interests from SEC, not -- most of those were held at

14   Sklarco.

12:37 15       Q.   Was there ever an occasion where funds went

16   from a Sklarco into SEC?

17       A.   Every month.

18       Q.   And why would that happen?  Why would Sklarco

19   put money into SEC?

12:37 20       A.   Well, so, we'll go over this again.

21            So Sklarco's revenue was funded into SEC

22   by the oil and gas -- through the oil and gas revenue

23   contracts, just like it was funded for any of the other

24   interest holders in any of the operated properties.

12:37 25            So every month there was a contribution



1  from a revenue source from the oil and gas sales into

2  SEC on behalf of Sklarco.  So every month there would be

3  a contribution from Sklarco into SEC.

4      Q.   And every month there would be a contribution

12:38  5  from SEC to Sklarco; right?

6      A.   Correct.  Yeah.  I would say on most months.

7      Q.   I'm about to switch to a different topic.  This

8  is probably a good time for a five-minute break.

9      A.   Okay.

12:38 10      Q.   Okay.

11           THE VIDEOGRAPHER:  Going off the record.

12  The time is 12:38 p.m.

13           (Recess from 12:38 until 12:47.)

14           THE VIDEOGRAPHER:  Going back on the

12:47 15  record.  The time is 12:47 p.m.

16      Q.   (By Mr. Parker)  Mr. Katchadurian, what entity,

17  SEC or Sklarco, was the holding company for the working

18  interest owners?

19      A.   What do you mean by "holding company"?

12:48 20      Q.   So which entity did the working interest owners

21  have a relationship with?

22      A.   SEC.

23      Q.   And describe for me that relationship.

24      A.   So as the operator of certain assets, each

12:48 25  working interest owner would have a -- a relationship

1    with SEC through a joint operating agreement or a unit

2    operating agreement, depending on the type of property.

3        Q.   And if a working interest owner paid a JIB, a

4    joint interest billing, into what entity would that JIB

12:48  5    be paid?

6        A.   SEC.

7        Q.   And from which debtor entity were the working

8    interest owners' royalties paid?

9        A.   SEC, I believe.

12:49 10        Q.   These JIB payments, when they were billed to

11    the working interest owners, were they for a specific

12    well or project?

13        A.   I'm sorry.  Say that one more time.

14        Q.   Sure.  When a working interest owner would

12:49 15    receive a call for payment under a joint interest bill,

16    that money was earmarked for a specific project; right?

17        A.   Right.  It would be a specific AFE, which would

18    relate to a specific JIB for a noted project.

19        Q.   And walk me through the process.  How would a

12:49 20    working interest owner receive a request for a payment

21    on a specific project or well?

22        A.   It depends.  If it's -- each JOA is a little

23    bit different but just generalities.

24             If you have an expenditure under a certain

12:50 25    dollar amount it runs through the joint account and,



James  Katchadurian

 1  therefore, is JIBed out to working interest owners;

 2  where if it's over a certain dollar threshold, there's

 3  a -- a presentation made, an AFE made to working

 4  interest owners which -- which there's a vote mechanism

12:50  5  under the JOA which causes working interest owners to

 6  vote for or against that project.  And if it's accepted,

 7  then the cash call demand goes out.

 8      Q.  And when that cash call demand goes out and the

 9  working interest owner pays for that cash call, they

12:50 10  know that money is supposed to go to the specific JIB

 11  that was requested, right, the specific project or well?

 12      A.  Who is "they"?

 13      Q.  "They," the working interest owner.

 14      A.  Yeah.  In -- it's held in the -- in the JIB, in

12:51 15  the statement that goes out every month to each working

 16  interest owner, because many working interest owners

 17  have interests in a variety of properties that are

 18  operated by SEC.  Each one is detailed in their

 19  statement and they're -- they -- they should pay it.  A

12:51 20  lot of people don't these days, but they should pay

 21  their JIBs.

 22      Q.  Was there any process in place to make sure

 23  that the funds received from a working interest owner as

 24  a result of these cash calls actually went to pay for

12:51 25  the project the funds were supposed to?



1      A.    What do you mean by "process"?

2      Q.    Was -- were there internal protocols to ensure

3    that the funds were applied correctly?

4      A.    Well, cash is fungible, so, you know, there's

12:52  5    no 99.99 percent of JOAs, because I can't -- I can never

6    speak in totality.  But most JOAs don't create a trust

7    relationship when you pay on a JIB that it gets put

8    aside and then puts -- get paid to -- on a specific

9    project.

12:52 10            The cash is fungible.  Cash comes in.

11    And, you know, there's always timing issues with vendors

12    and the like.

13            So, yeah, the company undertakes a certain

14    number of projects and they either JIB or cash call for

12:52 15    it and those -- those vendors are paid and the joint

16    account charged.

17            MR. TAGGART:  This is David Taggart on

18    behalf of JF Howell Interests.  I object to the

19    responsiveness of the answer.

12:53 20      Q.    (By Mr. Parker)  So let me ask the question a

21    little differently, Mr. Katchadurian.

22            Were -- was there ever an occasion where a

23    working interest owner paid for its cash call and no

24    money was applied to that project at all?

12:53 25      A.    Yes.

James  Katchadurian

1      Q.    And how often did that occur?

2      A.    How often did that occur?  I mean, from the

3   postpetition period, it never occurred.  On a

4   prepetition basis, we know it occurred fairly

12:53   5   infrequently, but we -- we believe that there is some

6   $5.8 million of cash call advances where working

7   interest owners paid in dollars that were -- where the

8   projects were not -- were not completed.

9      Q.    Where did that money go if it didn't go to pay

12:54  10   for the project?

11      A.    So if you go back to the CRO analysis, it lays

12   out specifically where every dollar in and every dollar

13   out went over the six months prior to the petition.

14      Q.    Did some of that money go into Mr. Sklar's or

12:54  15   his family's trusts?

16      A.    It's hard to say, because cash is fungible.

17   Bills were paid and expenses were dealt with.  You can

18   draw your own conclusions from the CRO analysis.  But

19   they overspent CapEx by some $16 million during the

12:54  20   period.

21      Q.    Have -- have you, as the CRO or anybody under

22   your direction, undertaken any analysis -- any analysis

23   to determine if some of that $5.8 million went into

24   Mr. Sklar's or his family's trusts?

12:55  25      A.    We did an analysis going back several years and



1  determined that the net inflows from Sklarco's revenue

2  exceeded the amount of the cash calls, JIBs and

3  distributions to Mr. Sklar.

4            So again, on a macro basis, the money in

12:55  5  from Sklarco on its working interest percentage exceeded

6  the amount out to Mr. Sklar and -- and its other

7  obligations.

8      Q.   Let me ask the question a little differently.

9            Of this $5.8 million that you just

12:55  10  testified that was received by SEC from cash calls for

11  working interest owners and was not used to fund

12  projects, did any of that $5.8 million find its way into

13  Mr. Sklar's trust or his family's trust?

14            MR. BRINEN:  Objection; asked and

12:56  15  answered.

16      Q.   (By Mr. Parker)  You can answer.

17      A.   I just did.  I answered it twice.

18      Q.   You mentioned that you could read the CRO

19  report and the draw your own conclusions about that

12:56  20  issue.

21            What was your conclusion about that issue?

22      A.   My conclusion was that they overspent on CapEx

23  and they had three dry holes in the period of time that

24  we did the analysis and they -- they overspent -- they

12:56  25  spent too much on capital expenditures and exploration.



         1        Q.   Was there ever an occasion where a working

         2   interest owner paid for its cash call for a specific

         3   project and that money did not go to pay for work,

         4   labor, or materials on the project and a lien was filed?

12:57    5        A.   I -- I think so.  Yeah.  I can think of at

         6   least one instance of that.

         7        Q.   And just so we're clear, SEC had the money from

         8   the receipt of the cash call; right?  Mr. Katchadurian?

         9        A.   Yeah.

12:57   10        Q.   So they would have the funds --

        11             (Crosstalk.)

        12        A.   (Audio distortion.)

        13        Q.   (By Mr. Parker)  I'm sorry.  Let me start again

        14   because my question was this:  SEC would make the cash

12:57   15   call and it would receive the funds from their working

        16   interest owner; right?

        17        A.   Okay.

        18        Q.   Those funds were then supposed to go to pay for

        19   specific work on a specific project; correct?

12:57   20        A.   Correct.

        21        Q.   And there were occasions --

        22        A.   Or to pay for a specific expense.

        23             THE REPORTER:  I'm sorry.

        24        A.   Or to pay for a specific expense.

12:58   25        Q.   (By Mr. Parker)  Right.  And there were



1    occasions where those funds, although received by SEC

2    and earmarked for a specific purpose, did not go to pay

3    for that purpose and a vendor had to file a lien because

4    they never got paid; right?

12:58  5                  MR. BRINEN:  Objection to form.

6         Q.   (By Mr. Parker)  Is that correct, sir?

7         A.   It's correct that cash call moneys were paid in

8    and certain vendors were not satisfied and had to file

9    liens, yes.

12:58 10        Q.   Was there an uptick in the number of cash calls

11    between November of 2019 and March of 2020?

12        A.   I don't know specifically if there was an

13    uptick.  As compared to what period of time?

14        Q.   Well, let me ask you this:  Did you undertake

12:59 15   any analysis to understand from a historical perspective

16    if there was a gradual increase or decrease or no change

17    at all in the number of cash calls being made by SEC to

18    its working interest owners?

19        A.   We did an analysis through the CRO report of

12:59 20   cash inflows and outflows.  There was -- cash calls are

21    directly attributable to work being done on capital

22    projects.

23                  So, you know, if there was a -- an

24    increase on the number of capital projects, it would be

12:59 25   logical to assume that the number of cash calls would,

```
      1   therefore, increase.

      2              I don't know if there's a general

      3   correlation you could draw between some historical trend

      4   line.  It makes no difference.  It's how much work are

01:00 5   you doing and how much is being -- (audio distortion) --

      6   paid is the driver.

      7        Q.   Let's take a look at Exhibit Number 11, please.

      8        A.   11.1 or 11?

      9        Q.   11-point -- 11.  I'm sorry.  Just 11.  Not

01:00 10  11.1.

     11        A.   Okay.

     12              (Exhibit Number 11 was referenced.)

     13        Q.   (By Mr. Parker)  So it's an email dated on the

     14   bottom of that document from Bobbie Gore to Tristan

01:00 15  Farel on May 22nd, 2019.

     16              Do you see that?

     17        A.   I do.

     18        Q.   Do you know who Bobbie Gore is?

     19        A.   I do.

01:00 20       Q.   And who is Bobbie?

     21        A.   She's the accounts payable person.

     22        Q.   And Tristan Farel, what role did he or she play

     23   back in May of 2019?

     24        A.   He would have been the CFO.

01:01 25       Q.   So Bobbie says to Tristan, "1.035 million.
```

1  Yikes."

2             Do you see that?

3      A.   I do.

4      Q.   "Also, please note that" -- I believe that's sp

01:01  5  -- that's pronounced "Rapad" -- "will more than likely

6  be calling any day now about the $558,000 invoice from

7  4-1-2019, so I'll need to have something to tell them in

8  regards to that."

9             Do you have any understanding of the

01:01 10  debtors' financial situation in May of 2019?

11      A.   I don't.

12      Q.   That predates you; right?

13      A.   It does.

14      Q.   In your capacity as CRO, have you undertaken an

01:01 15  analysis to go back, you know, a year or so prior to the

16  petition date to understand the debtors' financial

17  affairs back at that point?

18      A.   No.

19      Q.   Let's go to the email above that.  It's from

01:02 20  Tristan to Marshall Jones.  It's Wednesday, May 22nd,

21  2019.  It's also Exhibit 11.

22             Do you see that?

23      A.   I do.

24      Q.   "Please have a look.  Rapad is not included in

01:02 25  this check run.  It's going to be a tight month this

```
 1   month.  How far out can we push Rapad?  They have a

 2   $558,000 invoice out there dated 04-01, so I" need --

 3   "so I know it needs to be paid sooner rather than

 4   later."
```

01:02   5              Do you see that?

```
 6       A.  I do.

 7       Q.  If a company like -- or companies like the

 8   debtors were in a dire financial situation, one way they

 9   could raise revenue is by making cash calls; right?
```

01:02  10       A.  Are you suggesting that they -- (audio

```
11   distortion) -- fabricate work to create a cash call?

12              THE REPORTER:  I'm sorry.  I didn't

13   understand that.

14       A.  I said, are you suggesting that they fabricate
```

01:03  15   capital projects to create a cash call?

```
16       Q.  (By Mr. Parker)  I'm asking, as a general

17   matter, one way for SEC to generate revenue would be to

18   make a cash call on a working interest owner; right?

19       A.  You don't just wake up one day and -- you don't
```

01:03  20   just wake up one day and decide you're going to cash

```
21   call your working interest owners.  There's got to be a

22   plan and a -- and a capital -- you know, you've got to

23   decide how you're going to deploy capital, what you're

24   going to do, what that's going to cost.
```

01:03  25              It's -- it's -- you don't turn on a dime

James Katchadurian

1   and decide to cash call your working interest owners

2   without having -- (audio distortion) -- the relative

3   backup in relation to that cash call.

4       Q.   Have you, as CRO, undertaken any analysis to

01:04  5   ensure that one mechanism that the debtors may have

6   employed to get them through -- get themselves through a

7   tight month would be to make cash calls on working

8   interest owners?

9       A.   I think that's very unlikely.

01:04 10      Q.   But we do know that cash calls were made and

11  some of that money did not go to pay for the projects

12  that it was supposed to go to; correct?

13              MR. BRINEN:  Objection to form.

14      A.   Could you rephrase?

01:04 15      Q.   (By Mr. Parker)  Sure.  Part of your

16  analysis -- analysis that you have conducted has allowed

17  you to conclude that moneys received from cash calls by

18  SEC did not go to the project for which those funds were

19  earmarked; is that correct?

01:05 20      A.   That's correct.  To the tune of about

21  $5.8 million.  That's also set out in the CRO report

22  that we -- we published.

23      Q.   Did SEC ever make a cash call to Sklarco?

24      A.   Yes.

01:05 25      Q.   And were those cash calls to Sklarco treated in

LEXITAS

1    the same manner as cash calls to any other working

2    interest owner?

3        A.    Absolutely.

4        Q.    How can you be so sure?

01:05  5        A.    Because we've done the analysis.

6        Q.    So it's your testimony that the funds would

7    have been requested in the same manner from Sklarco by

8    SEC?

9        A.    Yes.

01:06  10        Q.    And would have been applied in the same manner

11   by -- by SEC of any other -- as any other working

12   interest owner?

13        A.    Yeah.  I mean, yes.  Absolutely.

14              And, further, Sklarco provided SEC with

01:06  15   working capital.  Not only did it contribute its cash

16   call amount and JIB amount, it -- it allowed for SEC to

17   have additional working capital above and beyond those

18   amounts for it to operate efficiently.

19        Q.    Did Howard Sklar have any personal working

01:06  20   interests that he owned personally?

21        A.    I believe everything was owned through the

22   trust.

23        Q.    So if a working interest was owned by the

24   Howard Sklar Trust, would SEC have serviced those Howard

01:07  25   Sklar Trust-owned working interests the same way that it

James  Katchadurian

1  would have serviced any other working interest?

2      A.   Right.  Sklarco would have been the agent

3  nominee and Sklarco the working interest owner and the

4  underlying beneficial owner would have been the trust.

01:07  5  So, yes.

6      Q.   (By Mr. Parker)  Treated the same way; right?

7  Is that your testimony?

8      A.   Yes.

9      Q.   Would the Howard Sklar Trust have paid

01:07 10  compensation to SEC or Sklarco for the provision of

11  those services?

12      A.   Yes, just like any other working interest

13  owner.

14      Q.   At the same rate?

01:08 15      A.   At the same rate.

16      Q.   Were those -- the fees related to that, those

17  services, are they adjusted on a periodic basis based on

18  market?

19      A.   There's a -- do you know what COPAS is?

01:08 20  There's a reimbursement mechanism that defines -- that

21  dictates the owner reimbursement that goes to each

22  working interest owner.  So that's charged against the

23  joint account and then apportioned by each working

24  interest in the decimal back.

01:08 25                So it doesn't discriminate whether it's



01:08

01:09

01:09

01:10

01:10

1    Sklarco or anybody else.  Each working interest owner

2    would have paid the same expense.

3         Q.   And that amount of compensation is set by a

4    schedule you mentioned.  So it's the same for all?

5         A.   Yes.

6         Q.   Do you know anything about the Alabama gas

7    plant?

8         A.   A little bit.

9         Q.   Describe for me the purpose of that gas plant.

10        A.   The gas plant is meant to process gas that

11   comes from the Brooklyn fields.

12        Q.   Who owns that gas plant?

13        A.   I believe it's distributable through the JOA.

14   I'm not sure to be perfectly honest.  I haven't looked

15   at that issue.  That's the next set of depositions.

16        Q.   Do you know if any of the debtors' insiders own

17   any interest or equity in the gas plant?

18        A.   Directly?

19        Q.   Directly or indirectly.

20        A.   Not directly.

21        Q.   Okay.  Do they own it indirectly?

22        A.   I believe -- I'm not --

23        Q.   You're not sure.  Okay.  What is the

24   relationship of the gas plant then to the debtors?

25   What -- what does it provide?



1       A.    The gas plant provides processing of gas to the

2   working owners, and revenue is distributed to the

3   working owners from the gas plant.   So field --

4       Q.    Is it --

01:10  5              (Crosstalk.)

6       A.    -- services gas is processed -- gas is

7   processed on behalf of working interest owners, revenue

8   is distributed to them, it's -- in their proportion.

9       Q.    (By Mr. Parker)  Is it -- from an org chart

01:11  10  standpoint, is it a subsidiary of SEC or Sklarco or is

11  it a totally separate entity?

12      A.    I don't know.

13      Q.    Does the Alabama gas plant have employees?

14      A.    Yes.

01:11  15      Q.    Approximately how many?

16      A.    Well, I don't know.

17      Q.    What entity pays the payroll obligations of

18  those employees of the Alabama gas plant?

19      A.    So there's a third-party operator that does the

01:11  20  administrative part.

21      Q.    And who is that?

22      A.    I knew you were going to ask that.  It's an

23  unrelated third party whose name will come to me

24  momentarily.  Exigent.

01:12  25      Q.    Are they --

1        A.    Sorry.

2        Q.    Are they just like a payroll processor?

3        A.    No.   They operate the gas plants, so they have

4    expenses.

01:12  5        Q.    But ultimately what entity is the source of the

6    funds that pays for the -- the payroll of the employees

7    at the gas plant?

8        A.    SEC does not pay for them.   Neither does

9    Sklarco.   Exigent operates the plant, payroll and other

01:12 10   operating expenses and then remits -- remits funds to

11   SEC as operator.

12        Q.    Is there a management team at the gas plant?

13        A.    It's a -- it's a third-party outsource

14   agreement with Exigent.   I assume they have somebody to

01:12 15   manage the gas plant.

16        Q.    And you're saying Exigent; is that right?

17        A.    E-X-I-G-E-N-T, I believe, is the --

18        Q.    Okay.   Have you in your role as CRO or -- made

19   or directed anyone at CR3 to undertake an analysis of

01:13 20   whether or not Mr. Sklar personally contributed capital

21   to either SEC or Sklarco?

22        A.    Yes.   I mean, we've looked at all cash inflows

23   and outflows for SEC and Sklarco for six months --

24   (audio distortion) -- prior to the petition date.

01:13 25        Q.    And did Mr. Sklar personally contribute capital

1  to SEC or Sklarco?

2     A.   Yes.

3     Q.   How much?

4     A.   You'd have to go back to the CRO and what

01:13  5  predates that.  Remember, this has been an ongoing

6  business for years and he's contributed significant

7  amounts of capital over the last five-plus years.

8     Q.   Has Mr. Sklar ever loaned money to either SEC

9  or Sklarco?

01:14  10    A.   I'm not aware of that --

11    Q.   Talking about --

12             (Crosstalk.)

13    A.   -- except for the DIP -- (audio distortion) --

14  petition.

01:14  15             THE REPORTER:  I'm sorry.  I didn't get

16  the answer.

17    Q.   (By Mr. Parker)  Could you repeat that answer,

18  sir?

19    A.   I said, no, I don't believe he loaned the

01:14  20  debtors any money besides the DIP, the D-I-P, loan that

21  was put in post bankruptcy filing.

22    Q.   How about Howard Sklar's trust, did it loan any

23  money to either SEC or Sklarco?

24    A.   You know what?  I misspoke.  The DIP was in the

01:14  25  name of the trust, wasn't it?  Yes, the trust was the

1    lender under the DIP facility --

2        Q.   So --

3        A.   -- the three trusts.

4        Q.   -- besides --

01:15  5     A.   Howard, Alan and Sam Trust was the lender under

6    the DIP facility.

7        Q.   Besides those loans that comprise the DIP

8    facility, did you see any other evidence that trusts,

9    either the Howard Sklar Trust or the Jacob Sklar Trust

01:15  10   or the Sam Trust, loaned any money to SEC or Sklarco?

11       A.   I mean, define "loans."

12       Q.   A formal written loan agreement with loan

13   terms, duration, schedules, things of that nature, where

14   the trust was loaning money to either of the debtors and

01:15  15   expected to be paid back for it.

16       A.   Not that I'm aware of.

17       Q.   And what about vice versa?  Did either SEC or

18   Sklarco loan money to either Howard Sklar's trust or any

19   of his family's trusts?

01:16  20   A.   Not that I'm aware of.

21       Q.   Was there a compensation committee at either

22   SEC or Sklarco from April 1, 2016 to the current date?

23       A.   I believe you asked that already, and the

24   answer is still no.

01:16  25   Q.   I'm sorry.  I may have asked it.  I apologize



1    if I did.  I don't mean to ask the same question twice.

2              And there isn't one now, I assume; right?

3        A.   No, there's no formal committee.

4        Q.   How was Howard Sklar's compensation set?

01:17  5        A.   I don't know the exact methodology.  I think

6    you probably need to ask him.

7        Q.   Do you know which entity paid Mr. Sklar?

8        A.   I don't.  I know SEC currently pays him, but

9    that's on a postpetition basis.

01:17 10        Q.   Do you know if Mr. Sklar had a set monthly

11   salary?

12        A.   I'm -- I am not aware of one.  I believe there

13   was some sort of standard.

14        Q.   Did Mr. Sklar have an employment agreement with

01:17 15   either SEC or Sklarco?

16        A.   Not that I'm aware of.

17        Q.   Do you know if there was any agreement between

18   SEC and Sklarco regarding how Mr. Sklar would be

19   compensated?

01:18 20        A.   Not that I'm aware.

21        Q.   I'd like to go back to Exhibit 3, please.

22        A.   Okay.

23        Q.   And I want to look at Page 11.

24        A.   Okay.

01:18 25        Q.   And so we're looking at Docket 166-2.  It's the

```
 1    SOFA for Sklarco.  And I want to take a look at the

 2    amount of money paid to Mr. Sklar within one year before

 3    filing the case.

 4              The first line item I see on Page 11 is

01:19  5    $357,654.  Do you see that?

 6              Let me know when you're there, sir.

 7       A.   Yes.

 8       Q.   Okay, great.

 9       A.   I'm there.

01:19 10       Q.   And if you look back to Page 15 of this same

11    document --

12       A.   15.  Okay.

13       Q.   -- you'll see it says "Howard F. Sklar

14    Personal."

01:19 15              Do you see that?

16       A.   I do.

17       Q.   And on the right side it says

18    "Salary/Distribution."

19              Do you see that?

01:19 20       A.   I do.

21       Q.   And so what we see is on June 20th of 2019

22    Mr. Sklar was paid $130,000; then on July the 5th of

23    2019, he was paid $30,000; and then on July 24th,

24    there's two line items totaling $197,654.

01:20 25              Do you see that?
```

1        A.    I do.

2        Q.    And that adds up to the $357,654 number;

3   correct?

4        A.    Your math is as good as mine.

01:20  5        Q.    Okay.  Do you know why these payments were all

6   made within 30 days of each other?

7        A.    I don't.  It sounds like from the schedule that

8   they were salary or distribution to Mr. Sklar.

9        Q.    But this predates you; right?

01:20 10        A.    It does.

11        Q.    So you really don't know one way or the other;

12   is that correct?

13        A.    Not beyond what I can read on the page.

14        Q.    And let's go back to Page Number 11 of that

01:21 15   same document, Exhibit 3.  I'm looking at Item 30.2

16   which shows a distribution of about $1.6 million to the

17   Howard F. Sklar Trust.

18              Do you see that?

19        A.    I do.

01:21 20        Q.    And then if you'll flip back to Page 15, you'll

21   see a breakdown of this amount from January 3rd --

22   excuse me -- from April 1st, 2019 to January 3rd, 2020.

23              Do you see that?

24        A.    I do.

01:21 25        Q.    And that totals this $1.6 million number?



```
    1        A.    Yeah.

    2        Q.    And these all predate you becoming CRO;

    3   correct?

    4        A.    That's correct.

01:22  5        Q.    So as you sit here today, do you know why

    6   Mr. Sklar received distributions of $1.6 million into

    7   his trust?

    8        A.    I don't.  It's just his salary and distribution

    9   as it says on the page.

01:22 10        Q.    But you don't know that; right?  You don't know

   11   the reason, do you?

   12        A.    The reason he got a salary?

   13        Q.    The reason why he received almost $2 million in

   14   distributions either to himself or to his trust from

01:22 15   January 3rd -- excuse me -- from April 1st, 2019 to

   16   January 3rd, 2020.

   17        A.    It looks like it's on the schedule, the

   18   disclosure that's in the SOFA that this is his salary

   19   and distribution for the period.

01:22 20        Q.    Let me go -- let's go to Exhibit 22, please.

   21             (Exhibit Number 22 was referenced.)

   22        A.    Okay.  Okay.

   23        Q.    (By Mr. Parker)  All right.  So we see an email

   24   from Tristan Farel to Bobbie Gore dated June 20th, 2019.

01:23 25   Are you with me?
```



1      A.   Yes.

2      Q.   And it says, "Bobbie, Can you wire $130,000 to

3  Howard personal out of SKC, please?  Code it to account

4  0660."

01:23  5            Do you see that?

6      A.   I do.

7      Q.   Do you know what "account 0660" means?

8      A.   It looks like a general ledger code.  I haven't

9  memorized the general ledger of Sklarco.

01:24 10      Q.   But if we looked at the general ledger code

11  list we could figure out exactly what account that is;

12  right?

13      A.   Sure.  My guess would be it's probably --

14  (audio distortion) -- distribution.

01:24 15      Q.   I'm sorry, sir, you cut out.  Repeat that.

16      A.   My guess would be it's either a salary or

17  distribution.  General ledger code.

18      Q.   Let's go to Exhibit 23.

19            (Exhibit Number 23 was referenced.)

01:24 20      A.   Okay.  All right.

21      Q.   (By Mr. Parker)  So the email dated Wednesday,

22  July 24th, 2019, at 10:45 a.m. from Tristan Farel to

23  Marie Gardner.

24            Do you see that?

01:25 25      A.   I do.

```
 1      Q.    It says, "Disregard my earlier email.

 2            "I set up two wires for Howard; (1) is a

 3  reimbursement and (2) is monthly pay."

 4            Do you see that?

 5      A.    Yes.

 6      Q.    And then above we have Anita Belousov emailing

 7  Mr. Farel.  And she says, "I'm a little confused on how

 8  to record the two wires for HFS."

 9            Do you see that?

10      A.    I do.

11      Q.    "HFS," is that Howard Sklar?

12      A.    I believe --

13      Q.    So it says, "The 130 is his salary ..."

14            Let me ask you:  Do you know if Mr. Sklar

15  received a monthly salary of $130,000?

16      A.    I believe that his salary was around about

17  that, yes.  But it varied.  And part of this confusion,

18  to cut to the chase here, was that I understand by

19  looking back at the books, because it was -- because of

20  being just in salary amounts for Mr. Sklar, that there

21  was, you know, depending on the accounting in place at

22  the time, they determined for tax purposes what was

23  salary versus distribution, because they're accounted

24  for differently.  And I think that's part of this --

25  this sort of underlying tone of this discussion.
```

01:25  5
01:25 10
01:25 15
01:26 20
01:26 25

1      Q.    Okay.   But regardless of that, it's your belief

2   that Mr. Sklar's monthly salary was about $130,000; is

3   that correct?

4      A.    I think something in that neighborhood.

01:26  5      Q.    The rest of this line in this email says,

6   "... but we record the salary on Howard books ..."

7                Do you know what that means, "on Howard

8   books"?

9      A.    I assume that means the Howard Sklar Trust

01:27 10   books.

11      Q.    The ledger we talked about earlier?

12      A.    Right.

13      Q.    "... but this was a transfer to HFS personal

14   account.   So how do I go about that?

01:27 15                "I can record the 130 on SKC books as

16   salary, but then if we ever need to go back and audit

17   Howard's salary we will have to remember that one of the

18   entries is sitting on SKC books."

19                Is that what you're referring to by

01:27 20   distribution versus salary?

21      A.    Yeah.   I'm not sure actually what they're doing

22   in this entry.   I wasn't there.

23                But if I can -- I know that the very --

24   we -- when we looked back at Howard's salary over time

01:27 25   it was an inconsistent amount and it struck us as

James  Katchadurian                                              Pages 112

1   being -- you know, usually you get a fixed salary unless

2   there's some other formulaic method of coming up with

3   your compensation.  I think the accounting team tried to

4   determine the best way to do that.

01:28  5                    And, yes, it was $130,000 for a period of

6   time but I don't know if that's consistent over the long

7   haul.

8        Q.   Did you find any evidence that there was a

9   formulaic methodology to determining Mr. Sklar's salary?

01:28  10       A.   No.

11       Q.   So I want to look -- continue to look at

12  Exhibit 23, the paragraph that says, "And how should I

13  record the reimbursement for the Jet on SKC books?  To

14  0345 (intercompany)?  Except we do not have intercompany

01:28  15  subaccount for Howard personal, just Howard Trust."

16                   So is that 0345, that's another ledger

17  code?

18       A.   Yes.  And she's telling you what it is, it's

19  the intercompany account code.

01:29  20       Q.   Right.  Did you as CRO or have you directed

21  anyone to conduct any analysis to go back and review to

22  make sure that the reimbursement that Howard may have

23  paid for the jet was on the correct set of books?

24       A.   No.  We haven't -- we have not -- (audio

01:29  25  distortion) -- prepetition books of the company beyond

LEXITAS

1   the CRO report, for the most part.

2       Q.   Let's look at Exhibit 7.  This is Docket 32,

3   the SOFA for SEC.  We looked at this document earlier.

4   Specifically we were looking at Pages 30 and 31, and I

01:30  5   want to look at them again with you.  And let me know

6   when you're there.

7       A.   I am.

8       Q.   So if you recall, earlier I asked you some

9   questions about the left side of the column, the "Funds

01:30  10   into SKLARCO."  I now want to look at the right side of

11   the page, the "Transfers/Payments Out of Sklarco."

12            Do you see that?

13       A.   I do.

14       Q.   So let's just start with May of 2019.  We see

01:30  15   transfers to the Howard Sklar -- Howard Trust $355,000

16   and transfers to the Jacob Trust of 32,900 dollars and

17   change.

18            Do you see that?

19       A.   I do.

01:30  20       Q.   Do you have any understanding how Sklarco would

21   determine what amounts it would transfer out to various

22   trusts back in May of 2019?

23       A.   Again, it predates me, but my assumption would

24   be that Sklarco would determine, you know, what was --

01:31  25   which assets were assigned to each of the trusts --

1    (audio distortion) -- trust level according --

2                THE REPORTER:  I'm sorry.  It kind of got

3    garbled there.  "... which assets were assigned to each

4    of the trusts" --

01:31 5    A.    So what I said was, Sklarco would determine

6    which assets were beneficially owned by the Howard and,

7    in this case, Jacob Trust and make transfers

8    accordingly.

9    Q.    (By Mr. Parker)  And you said that's your

01:31 10   assumption; right?

11   A.    Yes, because this predates me by almost a year.

12   Q.    And, in fact, if you look at Page 30 to 31 of

13   this exhibit --

14   A.    Right.

01:32 15   Q.    -- the most recent one is on January 2020, and

16   that also predates you becoming CRO; right?

17   A.    It does.

18   Q.    And so any questions I ask you about the

19   protocol or the methodology for determining how much and

01:32 20   why funds would be transferred from Sklarco to the

21   trusts, you wouldn't know those answers, they'd just be

22   your assumption; right?

23   A.    Correct.

24   Q.    Who would know those answers?

01:32 25   A.    Probably the accounting people who were in

         1   place at that time.

         2       Q.   And do you --

         3            (Crosstalk.)

         4       A.   (Audio distortion.)

01:32    5       Q.   (By Mr. Parker)  -- do you know who that would

         6   be?

         7       A.   I think the staff accountant, Anita Belousov,

         8   who's no longer with the company; perhaps John Strausser

         9   as the CFO.

01:32   10       Q.   Let's take a look at Exhibit 13.

        11            (Exhibit Number 13 was referenced.)

        12       A.   13.1 or 13?

        13       Q.   (By Mr. Parker)  13, please.  It's an email.

        14   It's from Howard Sklar to Marshall Jones.

01:33   15            Do you see that?

        16       A.   I do.

        17       Q.   Now, it says "Sent:  Tuesday, May 5, 2020," but

        18   if you look below he's forwarding a message that was

        19   originally from July 27th of 2012.

01:33   20            Do you see that?

        21       A.   Right.  From -- from Howard Sklar to David

        22   Barlow -- (audio distortion) -- to Rob Salter.

        23       Q.   Correct.  I just want to have the -- I want you

        24   to understand the timing.  The original email was from

01:33   25   July 27, 2012.  It was then reforwarded by Mr. Sklar on

1   May 5th, 2020.

2             Do you see that?

3      A.   I do.

4      Q.   Okay.  And whether the email was from

01:34  5   July 27th, 2012 or May 5th, 2020, it still predates you

6   in your capacity as CRO of the debtors; right?

7      A.   It does.

8      Q.   So now let's look at 13.1.  And this is a

9   document entitled, "Howard's Friday Report."

01:34  10            And I'm sorry for the size of the print,

11   but it's the best I could do with it.

12      A.   Okay.

13      Q.   And this is dated July 27, 2012.  Do you see

14   that?

01:34  15      A.   I do.

16      Q.   In your review of the company's materials in

17   your capacity as CRO, have you come across a document

18   that looks like this before when reviewing the

19   accounting records?

01:34  20      A.   Various forms of a similar -- whatever this is

21   called -- play sheet.

22      Q.   A play sheet.  Right.  I want to look at the

23   right column, it says "Howard F. Sklar Personal."

24             Do you see that?

01:35  25      A.   I do.

LEXITAS

1     Q.   And so is it your understanding that everything

2   listed in this box on the right side of this -- the page

3   entitled "Howard F. Sklar Personal" are personal

4   expenses of Mr. Sklar?

01:35  5     A.   That would seem to be the case, yes.

6     Q.   Do you have any idea what time frame this is

7   representing?  We see that it's --

8     A.   No.

9     Q.   -- dated July 27th, 2012, but do we know what

01:35 10   duration it covers, for instance?

11     A.   No.  I do not.

12     Q.   In your review of the company's books and

13   records and accounting affairs, financial affairs, does

14   it surprise you that Mr. Sklar's personal expenses over

01:36 15   this period of time were $790,000?

16            MR. BRINEN:  Objection to form.

17     A.   You can't tell what time period this is.  So it

18   could be ten years.  You just don't know.

19     Q.   (By Mr. Parker)  Well, let's look at

01:36 20   "Professional Fees - Legal," for instance.  It's only

21   $250; right?

22     A.   Right.

23     Q.   I mean, you'd presume that Mr. Sklar had more

24   than $250 of legal expenses over a period of ten years,

01:36 25   wouldn't you?



1      A.   On a personal basis?

2      Q.   Yes.

3      A.   I don't know.  I have no idea of knowing that.

4      Q.   Have you found any evidence that Mr. Sklar was

01:36  5  running personal expenses through either SEC or Sklarco?

6      A.   No, absolutely none.

7      Q.   So, for instance, dog expenses of almost

8  $50,000, they're on this sheet produced by the debtors,

9  but you have no evidence that Mr. Sklar was seeking to

01:37 10  pay for dog expenses of almost $50,000 through the

11  debtor companies?

12     A.   No.  No.  My experience has been that he would

13  take a distribution and then pay his expenses from his

14  own personal funds.

01:37 15    Q.   Let's look at Exhibit 14.  And not 14.1, but

16  14.

17               (Exhibit Number 14 was referenced.)

18     A.   Okay.

19     Q.   (By Mr. Parker)  And so I'm looking at the

01:37 20  email from Howard Sklar to Marshall dated Saturday,

21  April 25th, 2020, at 6:37 p.m.

22               Do you see that?

23     A.   At 6:37 p.m., yes.

24     Q.   "Hi John and Marshall.  Just a heads up to show

01:38 25  you our play sheet from earlier 2014.  You might note

1 that we" have "'fully funded' our revenue account by

2 borrowing $14 million from our rbl to invest in stocks."

3          Do you know what "rbl" means?

4     A.   Usually it's reserve-based loan.

01:38  5     Q.   Are you familiar with the debtors borrowing

6 $14 million from a reserve based -- from the

7 reserve-based loan to invest in stocks?

8     A.   No.

9     Q.   Do you know if Mr. Sklar did that personally?

01:38 10     A.   This is from 2014; right?

11     Q.   Well, no.  I mean, the email I'm referring to

12 is April 25th, 2020.

13     A.   Yeah, but the first -- end of the first line

14 says that it's from 2014.

01:39 15     Q.   Sure.

16          (Crosstalk.)

17     Q.   (By Mr. Parker)  So you're -- good point, sir.

18          You're saying -- I think you're saying you

19 wouldn't know because if it occurred in 2014 it predates

01:39 20 you by six years.  Is that what you're saying?

21     A.   Exactly.  It is.

22     Q.   If you look at 14.1 --

23     A.   14.1.  Okay.

24     Q.   -- we have this "Sklar Playsheet" dated

01:39 25 February 14th, 2014.

LEXITAS

James  Katchadurian                                            Pages 120

```
           1              Do you see that?
           2        A.   Yeah.
           3        Q.   And it's similar to a document we just looked
           4   at in Exhibit 13; right?  But, once again --
  01:39    5        A.   Similar --
           6        Q.   Similar, right.  But, once again, we don't --
           7   we can't determine the time frame for these expenses;
           8   right?  They could have been in one month, they could
           9   have been over the entirety of 2014 for all we know;
  01:40   10   correct?
          11        A.   Correct.
          12        Q.   On the bottom on the right we see it says
          13   "Howard F. Sklar Personal and Monthly Average 92,122."
          14              Do you see that?
  01:40   15        A.   Yes.
          16        Q.   So this is telling us that, my understanding --
          17   and disagree with -- you disagree with me if you think
          18   I'm wrong -- but the monthly average for Mr. Sklar's
          19   personal expenses in 2014 were $92,000; right?
  01:40   20        A.   That's what it says.
          21        Q.   And this was a document produced by the debtors
          22   in response to the Request for Production.  So
          23   presumably this was in the debtors' books and records;
          24   right?
  01:40   25        A.   I have no idea of knowing that.
```

1     Q.    Okay.  Well, earlier we talked about the

2  process by which responsive documents were compiled.

3            Do you remember me asking those questions?

4     A.    I do.

01:41  5     Q.    And so this is one of those documents that

6  would have been compiled in response to Request for

7  Production; right?

8     A.    That's right.

9     Q.    And the debtor was -- the debtors were

01:41 10  responding to those requests; correct?

11     A.    Correct.

12     Q.    So as you look at this document, do you have

13  any knowledge whether or not back in 2014 Mr. Sklar was

14  averaging personal expenses of $92,000 that he was

01:41 15  running through either SEC or Sklarco?

16     A.    I don't beyond what's on this page.

17     Q.    Okay.

18     A.    I cannot verify on this page.  It predates --

19  (audio distortion) --

01:41 20     Q.    Have you undertaken any analysis to determine

21  whether or not any payments Mr. Sklar is obligated to

22  make as a result of his divorce were being made by

23  either SEC or Sklarco?

24     A.    I have seen no evidence for that postpetition

01:42 25  and in the look-back period of the CRO report.



1      Q.    And that look-back period is when, how long?

2      A.    Six months from the petition date.

3      Q.    But you did undertake that analysis to reach

4  the conclusion you just discussed; right?

01:42  5      A.    I'm sorry.  You broke up there.

6      Q.    Sure.  You said you've seen no evidence of that

7  so you must have done some analysis to look and see if

8  there was evidence of that; is that correct?

9      A.    Yeah.  We analyzed all payments in and out of

01:42  10  SEC for the period.

11      Q.    Would that include an analysis of any payments

12  made by either SEC or Sklarco for Mr. Sklar's automobile

13  racing?

14      A.    Yes.

01:43  15      Q.    And what was your conclusion when you analyzed

16  whether or not SEC or Sklarco was paying for Mr. Sklar's

17  automobile racing?

18      A.    We saw payments that were made on behalf of

19  Mr. Sklar and then reimbursed from his personal account

01:43  20  in relation to auto racing.

21      Q.    And which debtor entity made those payments?

22      A.    SEC.

23      Q.    And which debtor entity would receive the

24  reimbursement?

01:43  25      A.    SEC.



1        Q.    And --

2        A.    I believe.

3        Q.    When you conducted your analysis, did you

4   conclude that all the moneys paid by SEC for Mr. Sklar's

01:43  5   auto racing was in fact paid back by Mr. Sklar?

6        A.    Yeah, we did.  And on a macro basis we went

7   back several years and looked at gross inflows and

8   outflows.  Mr. Sklar came out in the positive during

9   that period of time.

01:44  10             MR. PARKER:  This would be a good time for

11   a five-minute break.

12             THE VIDEOGRAPHER:  Going off the record.

13   The time is 1:44 p.m.

14             (Recess from 1:44 until 1:59.)

01:59  15             THE VIDEOGRAPHER:  Going back on the

16   record.  The time is 1:59 p.m.

17        Q.    (By Mr. Parker)  Mr. Katchadurian, can you

18   please turn to Exhibit Number 19?  And let me know when

19   you're there.

02:00  20        A.    I'm here.

21             (Exhibit Number was 19 referenced.)

22        Q.    (By Mr. Parker)  Okay.  This is an email we're

23   looking at from John Strausser to a whole bunch of folks

24   at Sklar Exploration.  We've got Bobbie Gore, Julie

02:00  25   Smith, Howard Sklar and Holmes Gwin and then copying



1    Marshall Jones, Joe [sic] Strausser and Joe Dodson.

2              Do you see that?

3         A.   I do.

4         Q.   It's dated --

02:00  5              (Crosstalk.)

6         A.   (Audio distortion.

7         Q.   -- Oct -- it's dated October 23rd, 2020.

8              As of October 23rd, 2020, you were the CRO

9    of the debtors; right?

02:00 10       A.   Yes.

11        Q.   And I know that neither you nor anybody from

12   CR3 is copied on email.

13             Do you know what Plante Moran is?

14        A.   Yes.  They're the companies' and Mr. Sklar's

02:00 15  tax accountant.

16        Q.   And so it says "Subject:  Schwab transfers and

17   HOW, ALA and SAM Plante Moran bills."

18             Do you see that?

19        A.   I --

02:01 20       Q.   On the regarding line, the Subject line.

21        A.   I'm sorry.  I'm just reading.

22        Q.   Sure.

23        A.   Yeah, okay.

24        Q.   It says, "All, I just initiated check requests

02:01 25  from each of HOW, ALA and SAM's Schwab accounts."

1                    Those are the trusts we talked about

2    earlier; right?  The Alan Trust, the Howard Trust and a

3    Jacob Trust.

4        A.    Correct.

02:01  5        Q.    So Mr. Strausser has initiated check requests

6    from each of those Schwab accounts to pay their

7    outstanding Plante Moran invoices.

8                    "The checks will be mailed to the

9    Shreveport office and should be deposited to the

02:01 10    respective HOW, ALA and SAM EWB accounts."

11                    Do you have any knowledge of whether or

12    not it was common for Mr. Strausser and other SEC

13    employees to make payments for either Howard's trust or

14    Alan's trust or Jacob's trust from SEC?

02:02 15        A.    Yeah.  I -- I don't know.  It seems here that

16    they are -- Mr. Strausser is facilitating the

17    reimbursement of the Plante Moran invoices.

18        Q.    And is there any reason that CR3 or you

19    wouldn't be copied on this email?

02:02 20        A.    No.  It's -- I mean, it's a nondebtor issue.

21        Q.    Why do you say that?  Why is it a nondebtor

22    issue?

23        A.    Because Howard, Alan and Sam accounts are

24    personal accounts of those three entities.  And if they

02:03 25    incurred an expense with Plante Moran, that would --



1  that's -- that's outside of the purview of the debtor.

2     Q.   So these funds aren't being paid from SEC's

3  accounts or Sklarco's accounts.  They're being paid by

4  the personal accounts, you're saying, of either -- of

02:03  5  Howard Sklar or Alan Sklar or Jacob Sklar?

6     A.   Correct.  That's the Schwab accounts.  The

7  debtor doesn't have Schwab accounts.

8     Q.   Okay.  But these -- these debtors' employees

9  are tending to this issue; right?

02:03 10     A.   I'm sorry.  You broke up at the first part of

11  that.

12     Q.   Sure.  I said the debtors' employees are

13  administering to this issue; right?

14     A.   It seems to be, yes.

02:03 15     Q.   Do you know if it continues to be common

16  practice for the debtors' employees to administer to

17  personal business for Howard and Jacob and Alan Sklar?

18     A.    If they're doing it, they're doing it on their

19  own time, or -- you know, you can't watch an employee

02:04 20  all the time.

21     Q.   Mr. Katchadurian, thank you for your time.

22  I've got no further questions for you right now.

23          MR. PARKER:  I'll pass the witness.

24     A.   Yeah.  I have one clarification on Exigent if

02:04 25  you want to go back to them.



1        Q.    (By Mr. Parker)  Sure.  I don't pass the

2    witness anymore.  Let's hear what you have to say.

3        A.    I don't want to be passed.

4               So I had -- I had a chance on the break to

02:04  5    have a quick look at my notes.  So Exigent provides

6    settlement account services.  It's actually the -- the

7    ex-Plains employees who are now employed by SEC that

8    operate the gas plant.  So I just want to correct myself

9    there.

02:05 10        Q.    I'm sorry.  Say that -- for the ex-claims

11    employees?

12        A.    Plains.  P-L-A-I-N-S.

13               So in May of this year, the gas plant

14    transferred from Plains to SEC as -- under that --

02:05 15    that -- I believe it's the Escambia JOA.  And so there

16    was basically an earn-out which transferred the gas

17    plant from a third party, complete third-party operator

18    to SEC to operate on behalf of working interest owners.

19               Exigent provides the gas plant accounting,

02:05 20    measurement services related to the gas plant.  The

21    actual employees, they don't run through the main

22    payroll of SEC.  They run through a gas plant payroll.

23    But that's actually paid out and dealt with by Exigent

24    and managed by SEC.

02:06 25        Q.    Who at SEC manages that?

1      A.   I believe the operations team.

2      Q.   All right.  Thank you for that clarification.

3              MR. PARKER:  And I do pass the witness.

4              MR. SUZUKI:  Mr. Taggart, do you want to

02:06  5   go ahead?  The bank is not going to have any questions

6   at this point.  We'll have no questions.

7              MR. TAGGART:  Okay.  I don't think I'll

8   have many -- many questions.  So, yeah, I'll be happy

9   to.

02:06 10              EXAMINATION

11   BY MR. TAGGART:

12      Q.   This is David Taggart, Bradley Murchison Kelly

13   & Shea, counsel for JF Howell Interests.

14              Mr. Katchadurian, can you hear me okay?

02:06 15      A.   I can.

16      Q.   A couple of things that I just wanted to

17   clarify.  And I know that you came on the scene in

18   June of 2020, but I also know that you have talked to

19   Mr. Sklar and, as you've testified, you have talked to

02:07 20   other members of the management team and you've looked

21   at various records.  So you have some knowledge that

22   predates your physical presence as the CRO on the scene.

23              So can you tell me what the -- what

24   offices that Sklar Exploration has that it operates out

02:07 25   of now?

1        A.   It has a Shreveport office, it has a Boulder

2   office, and I believe there's one other small rep office

3   in Louisiana as well.

4        Q.   All right.  Does Sklar Exploration have

02:07  5   employees in each of those offices?

6        A.   I believe it does, yes.

7        Q.   And does Sklar Explora -- I'm sorry -- Sklarco

8   have offices in those same three locations?

9        A.   Well, I believe Sklar Exploration, SEC, as the

02:08 10   operator has -- has employees in those three locations.

11             I'm not 100 percent clear, frankly, on --

12   on -- if, for example, Mr. Jones also has a position at

13   Sklarco or is it just Mr. Sklar.

14        Q.   So do you know whether Sklarco has employees at

02:08 15   any of those three offices?

16        A.   I don't believe that in the Shreveport and the

17   other Louisiana office that Sklarco would necessarily

18   have employees.  I believe that's SEC it's operating

19   under.

02:09 20        Q.   All right.  In terms of the trusts that you

21   have testified to earlier today -- the Howard Trust, the

22   Alan Trust, and the Jacob or Sam Trust -- do those

23   entities have separate offices or are they -- do they

24   have offices coextensive with where Sklar Exploration

02:09 25   has its offices?

LEXITAS

1          A.    I don't believe that they have separate

2     offices.  I'm not aware that they have offices at all.

3          Q.    All right.  Do you know whether the mail, for

4     example, for the three trusts is -- comes to and is

02:09  5     retained at the offices of Sklar Exploration?

6          A.    I don't.

7          Q.    Do you know what the add -- the agent for

8     service of process or the address for any of those

9     trusts are?

02:10 10          A.    I don't.

11          Q.    Do you know where the files of those entities

12     are housed, such as the Schwab account and the

13     individual bills that you talked about?  Are they housed

14     in the Sklar Exploration offices?

02:10 15          A.    I'm not -- I don't know.

16          Q.    Do you know whether the bank accounts that

17     pertain to the three trusts are -- the bank statements

18     for those accounts, whether they come to the Sklar

19     Exploration offices?

02:10 20          A.    I don't know.

21          Q.    Do you know whether the bank accounts for those

22     entities are reconciled by employees of Sklar

23     Exploration?

24          A.    I don't know that either.

02:10 25          Q.    Do you know whether the Sklar Exploration



1    employees have authority to request funds to be drawn on

2    the accounts of those three entities?

3        A.   It would seem to me based on the last set of

4    questions that, yes, they do.

02:11  5        Q.   And then do I understand your testimony that

6    you do not know whether books and records of those three

7    entities are physically located within the confines of

8    the SEC offices?

9        A.   Yeah.  I mean, I think they're kept in the same

02:11 10    computer system.  If that means they're located in the

11    same confines as the SEC offices, I think that's as far

12    as I know.  I don't know where their mail goes or who

13    reconciles those accounts or anything like that.

14        Q.   So in your time as the CRO for Sklar

02:12 15    Exploration and Sklarco in these bankruptcy proceedings,

16    you have not gathered an understanding of whether the

17    people under your direct supervision and control for

18    Sklar Exploration are performing services on behalf of

19    these other entities?  Is that your testimony?

02:12 20        A.   No.  I believe that certain -- certain

21    accounting services are provided by SEC employees for

22    the benefit of the trusts.

23        Q.   Do those SEC employees receive funds that are

24    then by those employees deposited into the accounts in

02:12 25    the names of those three trusts?



1        A.    I didn't understand that, Mr. Taggart.

2        Q.    Yes.   In laymen's terms, do they make deposits

3   into the accounts of the trusts?

4        A.    I -- I would assume so, based on some of the

02:13  5   correspondence we've looked at together today.

6        Q.    All right.   So they make the deposits.   We know

7   that they also can initiate bill payment.   I appreciate

8   your testimony about the ledgers residing on the

9   servers.

02:13  10              But in my experience -- and maybe this is

11   just me -- but in my experience there are also paper

12   that is generated in connection with varying bank

13   transactions, investment accounts or otherwise.   And I

14   was trying to determine whether in addition to just the

02:13  15   electronic files residing on the a server if in the

16   confines of the SEC offices the paper records

17   attributable to those trusts are also housed and

18   retained.

19        A.    Yeah.   I'm not aware of that.   I really don't,

02:13  20   to be perfectly honest, pay much attention to where the

21   mail goes.   I'm more concerned with the substantive

22   issues around the case.

23        Q.    I would respectfully disagree that this is not

24   a substantive issue, at least to me, in terms of what is

02:14  25   being done in the offices of Sklar Exploration.



1             So with that, can you tell me which one of

2    your employees is involved with handling the affairs of

3    any of these three Howard trusts?

4        A.   You want to know which of the employees gets

02:14 5  involved with these sorts of things?  It seems that

6    Mr. Strausser gets involved.  I assume there's a

7    bookkeeper that also gets involved.

8        Q.   What is the bookkeeper's name, if you know?

9        A.   I don't know.

02:14 10     Q.   Who -- who would you go to to find out within

11   the people under your supervision and control?

12       A.   I would probably go to Mr. Strausser.

13       Q.   Do you know whether Mr. Strausser maintains

14   records of the time that is spent by the SEC employees

02:15 15 on these trusts or Mr. Sklar's personal business?

16       A.   I'm not aware of that, no.

17       Q.   Have you looked into whether those costs are

18   allocated?

19       A.   I've looked into whether or not there was a

02:15 20 significant amount of time being expended and determined

21   that it's inconsequential.

22       Q.   So the answer to my question is that you have

23   not made that determination of whether it's allocated?

24       A.   That's not what I said.  I said, I've

02:15 25 determined that the cost of creating an allocation for

1   these costs -- or for these specific services isn't

2   worth the burden of the costs themselves.  There's a

3   cost benefit to everything, Mr. Taggart.

4       Q.   Well, Mr. Katchadurian, my question is, I

02:16  5   think, straightforward, and that is:  To the extent that

6   Sklar Exploration employees are performing services for

7   Mr. Sklar or each of these three trusts, have you

8   determined whether and to what extent that amount of

9   time is being charged to those third-party entities?

02:16 10             MR. BRINEN:  Objection; asked and

11   answered.

12             MR. TAGGART:  I asked, yes.  Not answered.

13             MR. BRINEN:  I disagree.

14             MR. TAGGART:  Thank you.

02:16 15             MR. BRINEN:  My objection stands.

16       Q.   (By Mr. Taggart)  I'm still waiting for your

17   response, Mr. Katchadurian, on whether you made that

18   assessment.

19       A.   I've answered the question, Mr. Taggart.

02:17 20       Q.   Let me make sure I understand your answer.

21             Your answer was that you made a decision

22   that it was not a beneficial cost benefit analysis to

23   determine the extent to which your employees were

24   performing services for non-SEC entities; is that

02:17 25   correct?



           1          A.   My determination was that the time it would

           2    take to record and allocate time wasn't worth the effort

           3    given the de minimis amount of time being spent by SEC

           4    employees on tasks associated with Mr. Sklar personally

02:17      5    or the trusts.

           6          Q.   Are the -- okay.

           7               Does Mr. Sklar's trust have an office in

           8    the SEC offices?  Not -- you know, you've got -- I know

           9    you lease like a floor in Boulder and there's some -- a

02:18     10    portion of a floor in Shreveport.

          11               Does Mr. Sklar have a personal office and

          12    does his trust have an office in those spaces?

          13               MR. BRINEN:  Objection to form.

          14          A.   Mr. Sklar has an office that he utilizes to

02:18     15    perform his duties for the debtors.

          16          Q.   (By Mr. Taggart)  Okay.  Let me ask you just a

          17    couple of clarifying questions from some testimony that

          18    you gave earlier.

          19               You indicated -- and I think the question

02:19     20    had to do with how SEC as the operator processed some of

          21    the cash calls on some of the prospects, and you gave

          22    some testimony about $5.8 million prepetition.

          23               Do you recall that testimony?

          24          A.   I do.

02:19     25          Q.   All right.  Under the unit operating agreements

LEXITAS

1  or the JOAs, are you familiar enough to be able to

2  answer a question on whether SEC is supposed to pay

3  expenses that it incurs in the operations prior to

4  issuing the JIBs to the working interest owners?

02:19 5     A.   Are you -- are you -- is the question should

6  SEC expend cash before JIBing out those expenses?

7     Q.   No.  The question is:  Under the governing

8  agreements between the working interest owners and SEC

9  as operator, do you know whether SEC is committed and

02:20 10 obligated to pay the expenses prior to issuing the JIBs

11 for reimbursement to the working interest owners?

12    A.   Yeah.  I don't know.

13    Q.   Currently in the operations postpetition in

14 which you have been involved, does SEC pay the bills

02:20 15 that are incurred in the operations prior to issuing the

16 JIBs for reimbursement or does it delay payment of the

17 bills until it receives payment from the working

18 interest owners?

19    A.   I don't know.  I know we paid -- SEC pays its

02:21 20 bills within its terms.  I don't know -- I would think

21 given the fact that many working interest owners are not

22 paying their JIBs I think that SEC is probably paying

23 ahead of receipt of funds in relation to postpetition

24 JIBs.

02:21 25    Q.   Well, I don't want to talk about other working

1   interest owners, but let's talk about JF Howell.  Do you

2   agree with me that JF Howell is current on all of its

3   JIBs?

4        A.   I'm not -- I don't have the current AR report

02:21  5   in front of me.  I can't tell you that for sure.

6        Q.   You don't have any reason to disagree me if

7   I -- disagree with me if I tell you that to the best of

8   my knowledge, information and belief JF Howell is

9   present and current on all of its JIBs, do you?

02:21 10        A.   I have no personal proof of that, but I'll take

11   your word for it, Mr. Taggart.

12        Q.   All right.  Would you agree with me that

13   JF Howell has paid, in prior JIBs, many of those liens

14   that have been filed because SEC failed to pay the bills

02:22 15   when they became due?

16              MR. BRINEN:  Objection to form.

17        Q.   (By Mr. Taggart)  Do you understand the

18   question?

19        A.   Not really.  But are you saying that JF Howell

02:22 20   paid liens?

21        Q.   JF Howell received JIBs from SEC for amounts

22   that were allegedly incurred by SEC, Howell paid its

23   JIBs, including those amounts, and then SEC failed to

24   pay those bills resulting in liens that have been filed

02:22 25   against the wells, the leases, and the working interests

1    of JF Howell.

2       A.   I'm not -- I'm not familiar with how, you know,

3    working interests and which properties it's part of to

4    understand that.

02:23  5       Q.   Okay.  All right.  We'll reserve that for a

6    later deposition then and we'll get into that

7    specifically at that point.

8              Let me ask you a little bit about the gas

9    plant that -- the Alabama gas plant that you talked

02:23 10   about.  Where is it situated, if you know, with regard

11   to the Brooklyn oil units?

12      A.   I believe it's adjacent.  I'm not 100 percent

13   familiar on the geography of it all.

14      Q.   In close proximity?

02:23 15      A.   That would be logical, yeah.

16      Q.   But you don't know?  I mean, I'm not --

17      A.   No.

18      Q.   -- not being cute.

19              Okay.

02:23 20      A.   (Audio distortion.)

21              THE REPORTER:  I'm sorry?

22      Q.   (By Mr. Taggart)  Right.  Are you aware of any

23   contractual agreements between SEC as the operator and

24   the Alabama gas plant pursuant to which the production

02:24 25   from the Brooklyn oil units, the southeast and



1   southwest, are received by and treated and processed at

2   the Alabama gas plant?

3        A.   I have an understanding there's an Escambia JOA

4   that governs that arrangement.

02:24  5        Q.   All right.  Does the gas plant -- are those --

6   have those agreements been provided as part of the

7   Request for Production?

8        A.   I -- I'm not sure specifically, but, yes, we

9   provided all kinds of different agreements, and that

02:24  10   should have been one of them.

11        Q.   Okay.  Has SEC made a profit from the operation

12   of the gas plant?

13        A.   Over -- over what period of time, Mr. Taggart.

14        Q.   Whatever period of time you're familiar with,

02:25  15   Mr. Katchadurian.

16        A.   I believe there is a small profit from the gas

17   plant, yes.

18        Q.   So are the revenues accounted for by SEC

19   employees from the gas plant operations?

02:25  20        A.   I mean, the settlement statement comes from

21   Exigent, and I think the accounting team probably takes

22   that and makes the appropriate journal entries to record

23   revenues and expenses against the gas plant.

24        Q.   Okay.  You -- I'm not trying to be difficult.

02:25  25   But if I understood your testimony, you said that the



1    gas plant has recently been acquired by SEC, that there

2    is a contract operator named Exigent that operates the

3    plant, and so --

4                 Is that --

02:26  5          (Crosstalk.)

6    A.    Mr. Taggart --

7    Q.    (By Mr. Taggart)  -- not correct?

8    A.    No.

9    Q.    Straighten me out.

02:26 10   A.    At the beginning of this session we talked

11   about that.  Maybe you missed it.  But Exigent is -- is

12   a settlement accounting firm.  Employees of SEC run the

13   gas plant.

14   Q.    Okay.  So Exigent is just a third-party

02:26 15   accounting service; right?

16   A.    Correct.  They provide settlement accounting

17   and they allocate the volumes, the revenues, and costs

18   back to the wells.

19   Q.    All right.  And so SEC then bills the working

02:26 20   interest owners under the JOA for the costs incurred in

21   operating the plant; is that correct?

22   A.    That would -- that would be correct, I believe.

23   Q.    And does it charge a profit component of above

24   and beyond the actual cost of the operation of the

02:27 25   plant?

LEXITAS

1      A.   No, it doesn't.  What it does is it -- much

2  like a COPAS reimbursement, it tries to calculate the

3  historical run rate of -- under Plains of what their

4  expenses were and as a proxy charges that back to the

02:27  5  gas plant in terms of an expense ratio.

6            It has the ability to adjust that under

7  the terms of the JOA over time so that it -- if -- if

8  expenses are running higher or lower, than retroactively

9  it -- retrospectively, not retroactively --

02:27 10  retrospectively it can look back and say, "Expenses

11  were X and now they're Y."  And that can either be

12  higher or lower based on the actual experience of

13  operating the gas plant.

14      Q.   And correct me if I'm wrong, but if I'm hearing

02:28 15  you correctly, that sounds like simply the operation of

16  the plant at cost and it's not a profit or a revenue

17  generator for SEC and the other working interest owners

18  of the plant; is that correct?

19      A.   I'm not familiar enough with that JOA

02:28 20  specifically to answer that question.

21      Q.   Okay.  I think most of my other questions we'll

22  probably get to on the next 2004, Mr. Katchadurian, that

23  is more specific to the Alabama properties.

24            MR. TAGGART:  So I'll pass the witness at

02:29 25  this point.

```
 1              EXAMINATION

 2  BY MR. PADDOCK:

 3      Q.    This is Robert Paddock on behalf of Strago

 4  Group.

 5              Good afternoon, Mr. Katchadurian.  I

 6  wanted to follow up --

 7      A.    Good afternoon.

 8      Q.    -- on some of your -- some of your testimony

 9  earlier.

10              So SEC -- the only operations that SEC has

11  as -- is as an operator of the various wells it's

12  designated as the operator on; correct?

13      A.    Yes.

14      Q.    And as I understand your testimony, one way

15  that SEC operate its business was utilizing

16  contributions, financial contributions from Sklarco; is

17  that correct?

18      A.    So as part of an integrated group, Sklarco's

19  revenue would get paid into SEC and, unlike other

20  working interest owners, wouldn't get distributed to

21  Sklarco in the normal monthly check run.

22              That working capital would remain at the

23  SEC level and get used as part of the working capital to

24  benefit the operator and all of the working interest

25  owners, frankly.  They didn't have to do that, but they
```

02:29  5
02:29 10
02:29 15
02:30 20
02:30 25

James  Katchadurian

1   did that to create working capital for the operator.

2       Q.    To create working capital for SEC; right?

3       A.    Correct.

4       Q.    Okay.  And, otherwise, the working -- if SEC

02:30  5   didn't have this money from Sklarco, it would have to go

6   out and, what, borrow money on its own to get working

7   capital?

8       A.    Yeah.  I mean, there were various sources it

9   can go get working capital.

02:31  10           We have a situation right now where we've

11   got something like over a million dollars in past-due

12   JIBs.  That money is -- is, you know, owed to SEC and we

13   have to pay our bills postpetition as you know.

14           We're paying our bills.  And that -- that

02:31  15   deficient cash flow has to come from somewhere to

16   satisfy those obligations.  That's coming out of

17   Sklarco's pocket right now, out of cash collateral.

18       Q.    Right.  And I guess to be clear, I was asking

19   my questions, on a prepetition basis that was the

02:31  20   situation as well; correct?  Sklarco was contributing

21   money that SEC was using for working capital?

22       A.    That's correct.  And postpetition we actually

23   pay Sklarco for its revenue and then pay its JIBs and

24   actually move cash, as opposed to prepetition when they

02:32  25   didn't do that, for the sake of expediency.  But

LEXITAS

1    postpetition we're actually moving cash so that Sklarco

2    gets its revenue and then pays SEC for its cash calls

3    and its JIBs.

4        Q.   One thing I thought I heard or I wrote down

02:32 5   from your testimony was one of the financial hardships

6    that led up to this bankruptcy you said were three dry

7    holes and overspending on CapEx.

8            Did I understand that testimony correctly?

9        A.   The question was in relation to the conclusions

02:32 10  from the CRO report what was -- what was the conclusion

11   that I had.

12           And, you know, if you look at the cash

13   expenditures during the six-month period prior to the

14   filing of the bankruptcy petition, there was the

02:33 15  $16 million spent on CapEx related to several prospects

16   that didn't pay out.

17       Q.   So when you talk about, you know, the overspend

18   on CapEx, are you talking about Sklarco overspending on

19   CapEx?

02:33 20      A.   No.   SEC.

21       Q.   Now, that's what I thought I heard you say.

22           Explain to me how SEC as just an operator

23   can overspend on CapEx if the working interest owners

24   are paid their share?

02:33 25      A.   Well, I think the first premise is they're not;

LEXITAS

```
 1  and, secondly, the point is cash is fungible.  There's

 2  always a time difference between cash coming in and cash

 3  going out.

 4             And we looked at a snapshot in time as
```
02:33 `5  defined by the Court as the CRO report and we went back`
```
 6  for six months and looked as cash inflows and outflows.

 7  And during that window, we felt like there was too much

 8  money spent on CapEx relating to moneys in the door.

 9     Q.   And I guess I'm trying to understand.  When you
```
02:34 `10 say "too much money spent on CapEx."`
```
11             From an SEC perspective, SEC is either

12  cash calling or sending out JIBs to pay for defined

13  operations; correct?

14     A.   Uh-huh.
```
02:34 `15    Q.   And so --`
```
16     A.   Yeah.

17     Q.   And it's going to receive that money and use

18  that money to pay its bills -- pay SEC's operating

19  costs; right?
```
02:34 `20    A.   Correct.`
```
21     Q.   And if SEC is to -- or if the costs were

22  excessive with JIBs, for example, then SEC can go back

23  to its working interest owners, has a right to, to go

24  collect any additional costs; correct?
```
02:35 `25    A.   Yeah.  In accordance with the operating`



1   agreement, I think that's probably right.

2       Q.   So in terms of this overspend on CapEx, is that

3   really -- so you're saying -- is that because of just

4   the timing issue from SEC, that working interest owners

02:35  5   weren't paid or weren't paid timely, was that the cause

6   of SEC being -- not having sufficient funds?

7       A.   All I'm saying is that during the six-month

8   window prior to the Chapter 11 filings, if you look at

9   the CRO report -- I'm happy to talk about that -- you

02:35 10   know, cash inflows came in from working interest owners

11   and from revenue and other places and -- and there was

12   $16 million spent on capital projects in that -- in that

13   window of time.

14           That's not an absolute period of time.

02:36 15   This is a, you know, multi-year ongoing operation where,

16   you know, ebbs and flows of the market are applicable.

17   So it's just -- it was my personal observation during

18   that window of time.  It seemed like the level of

19   capital expenditures spent was a big number.

02:36 20       Q.   Did you look to see whether or not during that

21   period of time SEC asked Sklarco for additional funds to

22   cover this shortfall?

23       A.   We didn't look at that specifically, but this

24   dynamic of Sklarco leaving its revenue in SEC as working

02:36 25   capital continued during that period, as well as we

1    looked for a period of -- a look-back period of a couple

2    of years and looked to see what Sklarco contributed to

3    SEC as opposed to what it took out, and including the

4    distributions to Mr. Sklar, and the Sklarco revenue

02:37  5    exceeded the expenditures during that window of time.

6         Q.   When the transfers from the working capital to

7    SEC were used of Sklarco, how was that reflected on the

8    books?

9         A.   I'm sorry.  Were they on the books?

02:37 10        Q.   Yeah, on the books and records.  Was it a loan,

11   was it intercompany transfer, or how was it treated?

12        A.   It's intercompany.

13        Q.   You talked about from a -- on these cash call

14   advances, I think your testimony was from what you saw

02:37 15   SEC treated Sklarco just like all of the other working

16   interest owners with respect to cash call advances.

17        A.   Correct.

18        Q.   Did SEC ever declare Sklarco in default for

19   failing to pay a cash call advance?

02:38 20        A.   Not to my knowledge, but SE -- but Sklarco has

21   always had more cash sitting at Sklar -- at SEC than it

22   ever owed to SEC.

23             In other words, the cash that was

24   sitting -- Sklarco's cash, which was its working

02:38 25   interest percentage of revenue, it would have



James Katchadurian

```
 1  exceeded -- (audio distortion) -- in relation to its

 2  obligations.

 3              THE REPORTER:  I'm sorry.  You cut out

 4  when you said, "it would have exceeded" and then you

 5  said "in relation to its obligations," but there was a

 6  little snippet in there that got cut out.

 7       A.   Yeah.  I think the point I'm trying to make is

 8  that since Sklarco contributed its revenue to SEC that

 9  at any point in time its -- its -- it couldn't be in

10  default because it had more money sitting at SEC than it

11  ever owed SEC, at least during the look-back period that

12  we reviewed.

13       Q.   Well, so are you -- if we talk about a specific

14  well -- and this is reflected in the cash call

15  accounting -- if it's in the data room it's -- (audio

16  distortion) -- you're grouping those changes performed

17  by the debtor and it shows on a cash call accounting

18  each of the particular wells.

19              And I think almost all of them it shows

20  what parties had contributed.  On the Sklarco line,

21  Sklarco had not contributed its cash call advance.  You

22  don't recall seeing that document?

23       A.   No.

24       Q.   I'm sorry.  I didn't hear if that was a yes or

25  a no.
```

02:39 10
02:39 15
02:39 20
02:40 25

LEXITAS

1    A.   No.  No.  I do not recall that.

2    Q.   Okay.

3    A.   Remember, from a cash perspective, if you look,

4  for example, at the CRO report, right, prepetition

02:40  5  Sklarco didn't -- didn't pay cash JIBs because the cash

6  was already sitting at SEC.

7              So if it owed $100 in a given month, that

8  cash was sitting at SEC.  It didn't have to pay it

9  because SEC had position -- possession of its -- of

02:40  10  Sklarco cash enough to satisfy its working interest JIBs

11  and cash calls.

12    Q.   So you're saying SEC -- even if the books had

13  indicated that Sklarco had not paid a cash call advance,

14  your records reflected that, number one, there was

02:40  15  sufficient cash in there to pay any payables from

16  Sklarco to SEC; is that correct?

17              MR. BRINEN:  I'm going to object to the

18  form --

19    A.   Yeah.

02:41  20              MR. BRINEN:  -- of the question.

21    A.   I'm not sure what document you're referring to,

22  but depending on the basis of that document.

23              If it was an accounting document, it would

24  have reflected the payment of Sklarco JIBs.  If it was a

02:41  25  cash flow document, prepetition cash didn't move to



1    cover JIBs because SEC already had cash sufficient to

2    pay the JIBs.

3        Q.   (By Mr. Paddock)  And I think that's just what

4    I'm confirming.  Assume with me -- I understand you

02:41  5    maybe haven't seen it, but assume with me that the

6    records that the debtor produced indicates there's a

7    cash call accounting and it identifies each well and

8    what the prepayments were on each well.  And on most if

9    not all of them it shows Sklarco not having paid its

02:42 10   cash call advance.

11            But your findings are that, regardless of

12   what that accounting entry, that spreadsheet I'm

13   referring to may say, there was sufficient cash at

14   Sklarco in the combined accounts to cover any of

02:42 15   Sklarco's debts as of the petition date?

16       A.   As -- as in relation to SEC, yes.

17       Q.   And that's what I mean, in relation to SEC.

18            So from a prepetition basis, SEC had

19   access to any of that Sklarco cash that it deemed

02:42 20   necessary to utilize in SEC's business; correct?

21       A.   No.  Look.  In terms of integrated companies

22   that we've all seen, you know, there's -- there's -- you

23   know, cash management is -- is -- tends to be

24   centralized, even though you have separate corporate

02:43 25   existence for the different entities.



1           So revenue was paid in on the 20th of the

2    month for oil and by the end of the month for gas.

3    Sklarco's revenue remained at SEC.  Instead of --

4    instead of wiring the money to Sklarco just to come back

02:43 5    to satisfy its JIBs and cash calls, it left its cash

6    sitting at SEC to be able to service its obligations at

7    SEC and then periodically it would wire money to Sklarco

8    to deal with other things that Sklarco had to deal with.

9       Q.   I understand.

02:44 10          Did -- in your investigation in putting

11   your CRO report together, did you have any discussions

12   with people at Sklarco as to why cash call advances

13   wouldn't have been put into a segregated account

14   designated on a well-by-well basis?

02:44 15     A.   Yeah.  It's not required under the JOAs, number

16   one.  I think we've confirmed that.  And -- and, you

17   know, it's very cumbersome.  The number of operated

18   properties here is significant.  And cash management is

19   such that, you know, you want a unified pool of cash as

02:44 20   the operator to pay your bills.

21          Imagine that a particular vendor did work

22   on ten different wells.  You've just expanded the number

23   of payments you need to make if you segregate cash and

24   then have to pay out ten different payments as opposed

02:45 25   to satisfying one vendor.



1            It's bad enough that on a -- that an

2    expense hits the joint out and then gets distributed

3    down through the decimal dec to each of the various

4    working interest owners.  If you did that on the cash

02:45  5    side you'd need an accounting team twice the size of the

6    one you have if not bigger.

7            MR. PADDOCK:  Object as nonresponsive.

8    Q.  (By Mr. Paddock)  My question was:  Did you

9    have conversations in your investigation with anybody at

02:45  10   Sklar or Sklarco about segregating whether to do it or

11   not to do it and the reasons not to do it with respect

12   to -- simply just with respect to the cash call basis?

13   A.   Well, those -- those discussions wouldn't have

14   been at Sklarco to start with.  It would have been at

02:45  15   SEC as the operator.

16           But if I had those conversations, the

17   conversation I had was what was our legal obligation

18   under the joint operating agreement to segregate cash or

19   not.  And that's the way -- I just answered that

02:46  20   question.

21   Q.   No.  I'm not asking whether you had or you

22   think you did.  I'm asking whether you had those

23   conversations or not.

24   A.   I had conversations with counsel in relation to

02:46  25   what our obligations were.

1                       And then I'm familiar enough with the oil

2      and gas industry to understand what best practices are

3      in relation to segregating funds.  It's typically not

4      done.

02:46  5      Q.    So I guess the answer is, no, you didn't talk

6      to anybody at SEC about any practice relative to

7      segregating a cash call basis?

8                       MR. BRINEN:  Objection; asked and

9      answered.

02:47 10      Q.    (By Mr. Paddock)  You can answer the question.

11                      Mr. Katchadurian, I'm just asking whether

12     talked to be anybody at SEC.  You've told me you talked

13     to their counsel, you've told me you were told about the

14     legal obligations by their counsel, and you were told --

02:47 15     you understand what best practices to be.

16      A.    I don't recall it.  I don't recall having a

17     discussion with anybody about that topic outside of

18     counsel; and my general knowledge of the industry, that

19     being best practice or industry practice not no

02:47 20     segregate cash call funds.

21      Q.    Based upon your review and report, if all of

22     the working interest owners -- I guess, is it your

23     belief that if all of the working interest owners had

24     paid their JIBs and cash call advances timely, would

02:48 25     there have been need for SEC to file for bankruptcy?



1          MR. BRINEN:  Objection to form.

2      A.   I'm not sure I can come to that determination.

3      Q.   (By Mr. Paddock)  I just --

4           (Crosstalk.)

02:48  5      A.   It certainly couldn't hurt to have cash flow

6  from working interest owners to pay the bills on a --

7  and there was a significant dollar amount in past-due

8  JIBs and there continues to be a significant dollar

9  amount of past-due JIBs that inhibit SEC's ability to

02:48 10  option.

11           MR. PADDOCK:  I'll pass the witness.

12           THE VIDEOGRAPHER:  Anybody else?

13           (No response.)

14           THE VIDEOGRAPHER:  Going off the record,

02:49 15  ending Media Number 3.  The time is 2:49 p.m.

16           (Examination concluded at 2:49 p.m.)

17

18

19

20

21

22

23

24

25

```
 1                    CHANGES AND SIGNATURE

 2            JAMES KATCHADURIAN -  NOVEMBER 24, 2020

 3   PAGE LINE CHANGE                        REASON

 4   _____

 5   _____

 6   _____

 7   _____

 8   _____

 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____
```

CHANGES AND SIGNATURE

JAMES KATCHADURIAN – NOVEMBER 24, 2020

PAGE LINE CHANGE                          REASON

_____

_____

_____

_____

_____

_____

_____

    I declare under penalty of perjury that the

foregoing is true and correct.


        _____

          JAMES KATCHADURIAN

 1  THE STATE OF TEXAS:

 2  COUNTY  OF  HARRIS:

 3          I, Denise Ganz Byers, Certified Shorthand

 4  Reporter in and for the State of Texas, do hereby

 5  certify that the facts stated by me in the caption

 6  hereto are true; that the foregoing VIDEOCONFERENCED AND

 7  VIDEOTAPED 2004 EXAMINATION OF SKLAR EXPLORATION

 8  COMPANY, LLC AND SKLARCO, LLC BY AND THROUGH JAMES

 9  KATCHADURIAN, the witness hereinbefore named, was taken

10  by me in machine shorthand, the said witness having been

11  by me first duly cautioned and sworn to tell the truth,

12  the whole truth and nothing but the truth, and later

13  transcribed from machine shorthand to typewritten form

14  by me.

15          I further certify that the above and

16  foregoing 2004 Examination, as set forth in typewriting,

17  is a full, true and correct transcript of the

18  proceedings had at the time of taking said 2004

19  Examination.

20          I further certify that I am neither

21  attorney or counsel for, nor related to or employed

22  by any of the parties to the action in which this 2004

23  Examination is taken, and further that I am not a

24  relative or employee of any attorney or counsel

25  employed by the parties hereto, or financially



1  interested in the action.

2          I further certify that charges for the

3  preparation of the foregoing completed 2004 Examination

4  were $_____ for the original thereof, charged to

5  Attorney(s) for THE OFFICIAL COMMITTEE OF UNSECURED

6  CREDITORS.

7          GIVEN under my hand and seal of office on

8  this, the 27th day of November, 2020.

9

10

11  _____

12  Denise Ganz Byers, CSR, RPR, RMR, CRR
    Texas CSR No. 2037
13  Expiration Date: 12/31/20
    Lexitas - Firm Registration No. 95
14  13101 Northwest Freeway, Suite 210
    Houston, Texas 77040
15  281.469.5580

16

17

18

19

20

21

22

23

24

25

## Exhibits

**Katchadurian 001** 5:10
12:10,12 13:10

**Katchadurian 002** 5:11
28:10,12 33:10

**Katchadurian 003** 5:13
46:20 47:1 54:23,25 57:2
105:21 107:15

**Katchadurian 004** 5:16
60:9,14,16

**Katchadurian 005** 5:18
51:14,15,16 52:3 53:19
57:3,23 58:1,17,20 69:18,
23

**Katchadurian 006** 5:20
70:23,25

**Katchadurian 007** 5:22
65:15,16 82:2 113:2

**Katchadurian 008** 6:7
77:9,11 79:4

**Katchadurian 009** 6:10
79:14,22

**Katchadurian 011** 6:12
94:7,12 95:21

**Katchadurian 013** 6:15
115:10,11 120:4

**Katchadurian 014** 6:17
118:15,17

**Katchadurian 019** 6:20
123:18

**Katchadurian 022** 7:7
108:20,21

**Katchadurian 023** 7:9
109:18,19 112:12

## $

**$1.6** 107:16,25 108:6

**$100** 25:23,24 149:7

**$125,000** 77:20

**$130,000** 106:22 109:2
110:15 111:2 112:5

**$14** 119:2,6

**$16** 90:19 144:15 146:12

**$197,654** 106:24

**$2** 108:13

**$225,000** 85:1

**$250** 117:21,24

**$30,000** 106:23

**$355,000** 113:15

**$357,654** 106:5 107:2

**$5.8** 90:6,23 91:9,12 97:21
135:22

**$50,000** 118:8,10

**$500,000** 77:19

**$503,000** 67:9

**$503,173.35** 66:14

**$558,000** 95:6 96:2

**$790,000** 117:15

**$92,000** 120:19 121:14

## (

**(1)** 110:2

**(2)** 110:3

## 0

**0345** 112:14,16

**04-01** 96:2

**0660** 109:4,7

## 1

**1** 8:4 12:10,12 13:10 28:24

**52:12** 104:22

**1.035** 94:25

**100** 27:18,20 28:2,7 63:15
84:22 129:11 138:12

**10:34** 8:3

**10:45** 109:22

**10:57** 25:7,8

**11** 47:4,8 59:10 62:5
65:19,21 94:7,8,9,12
95:21 105:23 106:4
107:14 146:8

**11-point** 94:9

**11.1** 94:8,10

**11:01** 25:8,10

**11:32** 71:4

**11:39** 51:21,22

**11:44** 51:22,24

**12:38** 86:12,13

**12:47** 86:13,15

**13** 12:24 58:9 115:10,11,
12,13 120:4

**13.1** 115:12 116:8

**130** 110:13 111:15

**13th** 77:12

**14** 55:3,4 118:15,16,17

**14.1** 118:15 119:22,23

**144** 46:24

**14th** 119:25

**15** 26:2 106:10,12 107:20

**15th** 16:17 35:8 71:4

**16** 53:5 54:3 58:20 69:20,
23 70:10

**166-2** 105:25

**17** 54:13,16

**19** 123:18,21



**1908**  48:12 49:15 55:5,6,
13,23 56:13 57:20 58:4,
15,16

**1:44**  123:13,14

**1:59**  123:14,16

**1st**  14:12 18:3 28:1,8
37:6,8,22 52:25 60:17,23
61:13,23 75:11 107:22
108:15

### 2

**2**  28:10,12 29:20 33:10

**2.1**  33:11

**2.3**  30:25

**2.5**  31:15

**2.6**  32:8

**2.7**  32:14

**20**  54:24 55:2

**200**  26:3

**2004**  8:5 141:22

**2012**  115:19,25 116:5,13
117:9

**2014**  118:25 119:10,14,19,
25 120:9,19 121:13

**2016**  14:12 28:1,8 37:6,7,
8,18,22 38:6,24 39:15
42:16 43:8 52:25 75:11
104:22

**2017**  72:10

**2019**  60:17,23 61:13,23
85:1 93:11 94:15,23
95:10,21 106:21,23
107:22 108:15,24 109:22
113:14,22

**2019-2020**  66:7

**2020**  8:2 16:17,19 17:10
18:3 19:18 20:14 21:16
35:4,22 43:10,22 68:3,4

**71**:4 77:12 80:6 93:11
107:22 108:16 114:15
115:17 116:1,5 118:21
119:12 124:7,8 128:18

**20th**  106:21 108:24 151:1

**21**  47:13 53:19 54:11 58:9,
17

**2116**  48:1

**21st**  16:19 18:15 19:17
35:4,9,22 68:4

**22**  108:20,21

**22nd**  94:15 95:20

**23**  109:18,19 112:12

**23rd**  124:7,8

**24th**  8:2 80:6 106:23
109:22

**25**  58:12

**25th**  118:21 119:12

**27**  82:20 115:25 116:13

**27th**  115:19 116:5 117:9

**28**  82:21

**2:49**  154:15,16

### 3

**3**  29:22 46:20 47:1 54:23,
25 57:2 105:21 107:15
154:15

**30**  65:23 66:16 82:3,8,22,
24 107:6 113:4 114:12

**30.1**  66:3

**30.2**  107:15

**31**  82:3,8 113:4 114:12

**32**  113:2

**32,900**  113:16

**324**  65:19 82:3,17

**365**  28:15

**3rd**  107:21,22 108:15,16

### 4

**4**  54:4 55:3,4 60:9,10,14,
16 69:23

**4-1-2019**  95:7

**45,821.30**  72:11

### 5

**5**  12:21 51:14,15,16 52:3,
12 53:19 57:3,23 58:1,17,
20 69:18,23 115:17

**503,000**  66:6

**5395**  31:18,21 32:4

**544,342**  83:17

**5th**  106:22 116:1,5

### 6

**6**  70:23,25

**60**  79:5,8

**6:37**  118:21,23

### 7

**7**  47:3,5,18 55:7 57:1
65:15,16 82:2 113:2

### 8

**8**  49:7 77:9,11 79:4

### 9

**9**  79:14,19,20,21,22

**9.1**  79:19 80:3

**90-day**  82:18

**92,122**  120:13

LEXITAS

**99.99** 89:5

---

# A

**a.m.** 8:3 25:7,10 51:24 71:4 109:22

**ability** 11:11,15 141:6 154:9

**absolute** 146:14

**absolutely** 11:3 35:18 98:3,13 118:6

**accepted** 88:6

**access** 74:23 150:19

**accordance** 36:8 145:25

**account** 15:4,13 23:12 25:24 63:14,22 68:24 87:25 89:16 99:23 109:3, 7,11 111:14 112:19 119:1 122:19 127:6 130:12 151:13

**accountant** 22:8 115:7 124:15

**accountants** 22:3,6,12

**accounted** 64:4,14 110:23 139:18

**accounting** 21:25 22:11 23:10,16 25:19 26:21 41:12,14,16 44:8 53:16 62:20 68:21 81:14 110:21 112:3 114:25 116:19 117:13 127:19 131:21 139:21 140:12,15,16 148:15,17 149:23 150:7, 12 152:5

**accounts** 15:15 20:22 94:21 124:25 125:6,10, 23,24 126:3,4,6,7 130:16, 18,21 131:2,13,24 132:3, 13 150:14

**acquire** 76:23,25 79:10

**acquired** 140:1

**acting** 18:1

**actual** 81:7 127:21 140:24 141:12

**Ad** 8:23

**Adam** 9:13

**add** 54:10,15 130:7

**addition** 132:14

**additional** 98:17 145:24 146:21

**address** 14:15,16 49:9 66:4 130:8

**addresses** 14:11,14

**adds** 107:2

**adjacent** 138:12

**adjust** 141:6

**adjusted** 99:17

**administer** 22:20 126:16

**administered** 21:14 25:13

**administering** 26:14 126:13

**administrative** 26:16 101:20

**advance** 147:19 148:21 149:13 150:10

**advances** 90:6 147:14,16 151:12 153:24

**Adventures** 48:5

**advice** 18:18

**AFE** 87:17 88:3

**affairs** 21:15,22 39:17 40:3 50:3 95:17 117:13 133:2

**affect** 48:19

**afternoon** 142:5,7

**agency** 26:15 32:15

**agent** 51:1 75:21 76:1

99:2 130:7

**aggregate** 66:20

**agree** 137:2,12

**agreement** 11:2 26:16,18, 19 32:16,20,22 33:19,23 34:7 60:18 61:14,21 62:12 70:20 87:1,2 102:14 104:12 105:14,17 146:1 152:18

**agreements** 45:21 46:4,6, 8,10,11 50:16 52:16 70:17 81:11 135:25 136:8 138:23 139:6,9

**ahead** 128:5 136:23

**air** 77:7

**airplane** 67:15

**ALA** 72:15 73:2 124:17,25 125:10

**Alabama** 100:6 101:13,18 138:9,24 139:2 141:23

**Alan** 30:14,21 73:3,10,11, 16 74:4,18 75:15 104:5 125:2,23 126:5,17 129:22

**Alan's** 125:14

**Alcorn** 13:13

**allegedly** 137:22

**allocate** 135:2 140:17

**allocated** 133:18,23

**allocation** 133:25

**allowed** 97:16 98:16

**Amended** 28:14

**amount** 26:24 32:3 33:6 63:17 66:5,14,21,22 67:6 87:25 91:2,6 98:16 100:3 106:2 107:21 111:25 133:20 134:8 135:3 154:7,9

**amounts** 63:10 66:9 98:18 103:7 110:20 113:21



137:21,23

**analysis**  26:24 27:6,9
29:10 30:20 31:6,11 32:2,
5,10,17 33:6,11,15 46:9
48:14 52:23 53:2,8 54:20
62:8 63:4 65:9 68:4,13
69:6 73:24,25 75:14 78:4,
9 81:9 84:9,13 90:11,18,
22,25 91:24 93:15,19
95:15 97:4,16 98:5
102:19 112:21 121:20
122:3,7,11 123:3 134:22

**analyzed**  122:9,15

**anecdotal**  21:17,20

**Anita**  22:9 110:6 115:7

**answering**  23:8 52:2

**answers**  114:21,24

**anymore**  127:2

**apologize**  38:15 104:25

**appearances**  8:7

**appearing**  8:12,16 9:2

**applicable**  54:19 146:16

**applied**  89:3,24 98:10

**appointed**  16:16 35:14,19
36:4 42:24 43:18

**appointment**  34:11,16,20
36:14 37:16 42:3 68:14

**apportioned**  99:23

**apportions**  32:21

**approach**  53:14 74:6
75:20

**appropriately**  64:5

**approval**  78:15

**approvals**  20:23

**Approximately**  101:15

**April**  14:12 18:3 28:1,8
37:6,8,22 38:6,24 39:15
42:16 43:8 52:25 75:11

104:22 107:22 108:15
118:21 119:12

**AR**  137:4

**Arcadia**  48:10

**archives**  14:8

**area**  18:19

**arrangement**  139:4

**arrival**  45:14

**assessment**  134:18

**asset**  50:6 52:8,17,18
56:23 57:11 63:19,25
74:8 78:5

**assets**  18:22 50:1,12,20,
23,24 52:19,21 53:17
54:11,16 57:1 74:10
75:22 76:24 86:24 113:25
114:3,6

**assigned**  113:25 114:3

**assignment**  54:22 74:3

**assignments**  76:3

**assist**  15:2 21:4

**assume**  10:15 34:3,4
39:23 47:24 70:19 93:25
102:14 105:2 111:9 132:4
133:6 150:4,5

**assumption**  113:23
114:10,22

**attached**  12:20 80:2

**attachment**  80:4

**attempt**  15:22

**attention**  132:20

**attraction**  78:22

**attractive**  79:2

**attributable**  63:15 67:4
93:21 132:17

**attributed**  66:9

**Aubrey**  9:3

**audio**  9:11 22:22 23:11
24:20 29:12 42:12 44:16
45:16,25 49:1 51:5 56:17
58:21 59:9 60:1 62:25
64:6 74:10 75:23 76:16
83:22 84:3 92:12 94:5
96:10 97:2 102:24 103:13
109:14 112:24 114:1
115:4,22 121:19 124:6
138:20 148:1,15

**audit**  111:16

**August**  83:3

**authority**  131:1

**auto**  122:20 123:5

**automobile**  122:12,17

**average**  120:13,18

**averaging**  121:14

**Avery**  13:13

**avoid**  11:8

**aware**  15:14 28:3 31:25
37:14,17 38:24 40:23,25
41:5,6,14,16,18 43:11,12
46:4,8,18 62:14 64:13,24
68:12 69:5 73:21 103:10
104:16,20 105:12,16,20
130:2 132:19 133:16
138:22

---

**B**

---

**back**  16:10 23:2 24:12
25:9,16 27:9,25 36:12
37:18 38:6,24 39:17,18
43:20 51:23 53:1,5 54:2
55:7 56:6 57:19 58:24
65:7 68:18 73:24 75:8,11
82:11 84:9 86:14 90:11,
25 94:23 95:15,17 99:24
103:4 104:15 105:21
106:10 107:14,20 110:19
111:16,24 112:21 113:22
121:13 123:5,7,15 126:25
140:18 141:4,10 145:5,22



151:4

**backup** 97:3

**bad** 152:1

**balance** 26:3

**bank** 8:21 20:21,22 29:14,
17 30:8 33:17,18,21,24
78:15 128:5 130:16,17,21
132:12

**bankruptcy** 17:23 18:3
65:20 103:21 131:15
144:6,14 153:25

**Barlow** 37:23,25 38:2,21
39:12,24 41:25 42:15
115:22

**based** 23:13 25:25 73:25
99:17 119:6 131:3 132:4
141:12 153:21

**basically** 127:16

**basis** 15:1 67:7 69:1
84:15,18 90:4 91:4 99:17
105:9 118:1 123:6 143:19
149:22 150:18 151:14
152:12 153:7

**Bearup** 13:12,19 71:5,8,
12 74:14,16 75:13

**beginning** 8:4 140:10

**behalf** 8:9,12,21,23 9:1,16
13:5 20:17 21:24 26:7
63:20 69:1 76:24 85:4
86:2 89:18 101:7 122:18
127:18 131:18 142:3

**Beiner** 8:10

**belief** 111:1 137:8 153:23

**believed** 75:23 76:24

**believes** 73:9

**Belousov** 110:6 115:7

**Ben** 8:15

**beneficial** 26:10 99:4
134:22

**beneficially** 114:6

**benefit** 68:17 74:4 75:20
131:22 134:3,22 142:24

**big** 146:19

**bigger** 152:6

**bill** 62:21 65:3 87:15
132:7

**billed** 64:11 69:4,7,11
87:10

**billing** 87:4

**bills** 65:14 69:2 90:17
124:17 130:13 136:14,17,
20 137:14,24 140:19
143:13,14 145:18 151:20
154:6

**bio** 51:18

**bit** 23:1 36:10 50:9 77:6
87:23 100:8 138:8

**board** 40:17 41:3 46:13,17

**Bobbie** 94:14,18,20,25
108:24 109:2 123:24

**book** 67:18

**booked** 74:8 75:23

**bookkeeper** 133:7

**bookkeeper's** 133:8

**books** 26:6 64:5,6 110:19
111:6,8,10,15,18 112:13,
23,25 117:12 120:23
131:6 147:8,9,10 149:12

**borrow** 143:6

**borrowers** 33:24

**borrowing** 119:2,5

**bottom** 94:14 120:12

**Boulder** 22:12 31:22
129:1 135:9

**Boulders** 49:17

**box** 32:14 117:2

**Bradley** 128:12

**Brand** 48:12 49:15 55:13

**Brands** 55:5,6,23 58:16

**break** 12:5,7 25:5,12,15
51:17,18,19 52:1 76:12
86:8 123:11 127:4

**breakdown** 107:21

**Brescia** 9:4

**briefly** 10:21

**Brinen** 8:15 57:16 64:16
67:12 91:14 93:5 97:13
117:16 134:10,13,15
135:13 137:16 149:17,20
153:8 154:1

**broad** 63:15 76:23

**broke** 44:12,18 74:21
122:5 126:10

**broken** 83:2

**Brooklyn** 100:11 138:11,
25

**Bryan** 8:20

**Bryce** 8:19

**bunch** 14:7 123:23

**burden** 134:2

**business** 14:13 16:14
18:9 20:12 47:20 59:22
62:19,21 63:5 67:15 68:1,
6 103:6 126:17 133:15
142:15 150:20

**Byers** 9:22

**Bylaws** 48:12 49:16 55:13

---

**C**

---

**calculate** 141:2

**call** 24:20 26:18 27:2,14
55:22 77:24 87:15 88:7,8,
9 89:14,23 90:6 92:2,8,15
93:7 96:11,15,18,21 97:1,



3,23 98:16 147:13,16,19
148:14,17,21 149:13
150:7,10 151:12 152:12
153:7,20,24

**called** 10:2 17:12 79:12
116:21

**calling** 95:6 145:12

**calls** 63:17 64:9 65:11
66:23 77:4 88:24 91:2,10
93:10,17,20,25 96:9 97:7,
10,17,25 98:1 135:21
144:2 149:11 151:5

**capacity** 9:7 18:1 26:23
81:9 95:14 116:6,17

**Capex** 90:19 91:22 144:7,
15,18,19,23 145:8,10
146:2

**capital** 64:8 77:19,25
78:10 79:1 91:25 93:21,
24 96:15,22,23 98:15,17
102:20,25 103:7 142:22,
23 143:1,2,7,9,21 146:12,
19,25 147:6

**case** 26:9 33:19 39:16
44:24 45:7,9,17,19 46:3
57:13 59:10 60:25 106:3
114:7 117:5 132:22

**cases** 62:5

**cash** 18:12 20:21 27:8
36:6 53:2 63:8,17,25
64:1,6,9 65:2,11 66:17,23
72:5 77:4,24 78:13 88:7,
8,9,24 89:4,10,14,23
90:6,16 91:2,10 92:2,8,14
93:7,10,17,20,25 96:9,11,
15,18,20 97:1,3,7,10,17,
23,25 98:1,15 102:22
135:21 136:6 143:15,17,
24 144:1,2,12 145:1,2,6,
12 146:10 147:13,16,19,
21,23,24 148:14,17,21
149:3,5,8,10,11,13,15,25
150:1,7,10,13,19,23

151:5,12,18,19,23 152:4,
12,18 153:7,20,24 154:5

**catch** 76:9

**Cave** 8:20

**cc's** 71:13

**Central** 8:3

**centralized** 150:24

**CEO** 18:13 19:10 37:20
39:11 40:15 43:12 44:2,5
45:4,11 78:5

**cetera** 66:23

**CFO** 19:13 20:6,11 40:8
43:21 94:24 115:9

**chance** 127:4

**change** 20:21 66:6 93:16
113:17

**Chapter** 59:10 62:5 146:8

**charge** 35:3,5 140:23

**charged** 23:12 63:19
89:16 99:22 134:9

**charges** 141:4

**chart** 101:9

**charter** 76:23

**chase** 110:18

**check** 71:18 81:25 95:25
124:24 125:5 142:21

**checks** 125:8

**chief** 19:13 20:5

**Chris** 38:7,9,21 39:12
40:4 41:25

**claim** 62:5

**claims** 32:5

**clarification** 126:24 128:2

**clarify** 12:3 30:6 128:17

**clarifying** 135:17

**clear** 26:6 83:23 92:7

129:11 143:18

**client** 9:2,6

**close** 32:24 138:14

**closer** 24:16

**cloud-based** 14:20

**clunky** 55:20

**co-debtor** 29:15 31:1
32:4,9 33:2,7

**co-debtors** 28:18

**co-obligors** 33:20

**code** 109:3,8,10,17
112:17,19

**coextensive** 129:24

**collateral** 78:14 143:17

**collect** 145:24

**column** 28:24 29:19,20,
23,24 31:2 33:2 113:9
116:23

**combined** 150:14

**Commerce** 48:1

**commit** 10:23

**commitment** 77:19,25

**commitments** 78:11

**committed** 136:9

**committee** 8:9,23 9:8
10:2,12 41:12,13,17
59:11 104:21 105:3

**common** 63:23 80:20
125:12 126:15

**companies** 8:12 42:5 96:7
118:11 150:21

**companies'** 124:14

**company** 8:13 13:14 14:8,
13,16,19 15:2,3 16:3,14
17:12,22 18:1,2,11,13,15
19:11 20:2,18,25 21:23
27:12,14 37:1 39:15



59:12 64:22 67:18,24,25
72:20 77:24,25 86:17,19
89:13 96:7 112:25 115:8

**company's** 14:21 75:1
116:16 117:12

**compared** 42:17 93:13

**compensated** 105:19

**compensation** 41:13,17
99:10 100:3 104:21 105:4
112:3

**compile** 13:6,9,17 15:22,
25

**compiled** 15:19 121:2,6

**compiling** 16:9

**complaints** 69:10

**complete** 39:14 127:17

**completed** 90:8

**completeness** 73:18

**complicated** 55:20

**component** 140:23

**comprehensive** 53:20

**comprise** 104:7

**comprised** 83:16,25 84:2

**computer** 16:12 24:16,20
131:10

**con** 75:23

**concerned** 43:17 132:21

**conclude** 97:17 123:4

**concluded** 154:16

**conclusion** 78:12 91:21,
22 122:4,15 144:10

**conclusions** 90:18 91:19
144:9

**condition** 78:16

**conditions** 11:14

**conduct** 14:13 15:3 16:14

18:9 112:21

**conducted** 9:21 75:14
97:16 123:3

**confident** 14:9

**confines** 131:7,11 132:16

**confirmed** 151:16

**confirming** 150:4

**confused** 110:7

**confusion** 12:1 110:17

**conjunction** 19:6

**connection** 132:12

**consensus** 78:25

**conservative** 53:13 74:5
75:19

**consistent** 112:6

**consultant** 15:1

**context** 33:16

**continue** 45:2 75:6 78:10
112:11

**continued** 146:25

**continues** 126:15 154:8

**contract** 15:1 59:25 60:3,
6 140:2

**contracts** 70:17 85:23

**contractual** 138:23

**contribute** 98:15 102:25

**contributed** 66:21 102:20
103:6 147:2 148:8,20,21

**contributing** 143:20

**contribution** 85:25 86:3,4

**contributions** 142:16

**control** 20:21 36:6 43:18
131:17 133:11

**controller** 22:11 37:19
38:6,9,10,21 40:5 43:21

**controls** 20:20 47:9

**conversation** 17:20 34:22
35:1 152:17

**conversations** 152:9,16,
23,24

**COO** 20:12 37:18,24,25
38:5,20 42:16,17,21,23
43:1,8

**COPAS** 99:19 141:2

**copied** 124:12 125:19

**copying** 123:25

**corner** 47:17 55:10 82:8,
23

**CORO** 27:2

**corporate** 37:3,9,14
150:24

**correct** 11:21 14:20
16:17,19,20 17:13,14
18:3 29:18 30:8,9,12,19
34:1,12 35:6,19,24 42:9,
25 44:3,6,20,21 45:13
52:4,21,22 58:4,22 61:15,
23 70:15 80:17 86:6
92:19,20 93:6,7 97:12,19,
20 107:3,12 108:3,4
111:3 112:23 114:23
115:23 120:10,11 121:10,
11 122:8 125:4 126:6
127:8 134:25 140:7,16,
21,22 141:14,18 142:12,
17 143:3,20,22 145:13,
20,24 147:17 149:16
150:20

**correctly** 64:14 67:1
71:10 72:18 89:3 141:15
144:8

**correlation** 94:3

**corresponded** 77:15

**correspondence** 132:5

**cost** 96:24 133:25 134:3,
22 140:24 141:16



**costs** 133:17 134:1,2
140:17,20 145:19,21,24

**Cottonwood** 9:7,16

**counsel** 8:6,18 10:12 30:4
39:6 128:13 152:24
153:13,14,18

**County** 9:24

**couple** 128:16 135:17
147:1

**court** 35:13,19,21,25 36:9,
11,15 78:15 145:5

**cover** 146:22 150:1,14

**covers** 117:10

**CR3** 13:13 17:12,15 21:3
74:14,16,22 75:14 84:9
102:19 124:12 125:18

**create** 14:4 89:6 96:11,15
143:1,2

**created** 14:6 55:18 62:20

**creating** 133:25

**creation** 84:15

**credit** 31:1

**credited** 65:24

**creditor** 29:24 31:2,18
32:9,13 33:3,17,18

**creditors** 8:10 9:8 10:3,13
59:11

**Creek** 48:5,6 79:5,8

**CRO** 16:16 17:22,25 18:6,
10,14,23 19:4,18,24
20:14 21:15 26:23 34:11,
16,20 35:14,19 36:3,24
42:3,24 43:10 48:14 53:1
64:21 68:3,14 81:9 90:11,
18,21 91:18 93:19 95:14
97:4,21 102:18 103:4
108:2 112:20 113:1
114:16 116:6,17 121:25
124:8 128:22 131:14
144:10 145:5 146:9 149:4

151:11

**Crooks** 9:6

**Crosstalk** 29:21 38:12
39:3 43:16 45:1 56:9
58:10 59:4 62:24 75:4
79:16 81:19 83:21 92:11
101:5 103:12 115:3
119:16 124:5 140:5 154:4

**cumbersome** 151:17

**current** 14:13 28:1 37:6,8
40:12 42:21 52:25 78:5
104:22 137:2,4,9

**cursory** 78:9

**custom** 84:18

**customary** 81:1,4

**cut** 22:24,25 38:15 56:11,
19 73:8 109:15 110:18
148:3,6

**cute** 138:18

---

## D

**D-I-P** 103:20

**data** 148:15

**date** 8:2 16:24 18:4 19:3,
17 27:5,10,23 28:1 35:8
37:6,8,13,15 52:25 53:7,
10 95:16 102:24 104:22
122:2 150:15

**dated** 71:3 79:15,18 80:6
94:13 96:2 108:24 109:21
116:13 117:9 118:20
119:24 124:4,7

**dates** 66:7

**Dave** 9:10,12

**David** 8:17 37:23 38:20
89:17 115:21 128:12

**day** 71:25 72:9 95:6
96:19,20

**day-to-day** 36:7

**days** 88:20 107:6

**de** 135:3

**deal** 151:8

**dealing** 25:18 78:18

**dealt** 77:15 90:17 127:23

**debate** 80:18

**debt** 29:14,16

**debtor** 28:20 47:9,19
50:1,13,21,24 52:8 53:3,
11 57:8,15 58:22,24 59:3
73:22 75:22 78:6 87:7
118:11 121:9 122:21,23
126:1,7 148:17 150:6

**debtors** 8:24 12:14 13:6
15:14,25 16:17 18:22,24
19:5,18,23 21:2 25:14
35:5,11,16 36:2,8,24
37:10 54:12,17 57:5
66:15 70:7,18 74:2 75:18
76:21 77:1,3,6 80:13 96:8
97:5 100:24 103:20
104:14 116:6 118:8 119:5
120:21 121:9 124:9
135:15

**debtors'** 13:8 21:14 25:17
26:13 48:19,20 58:3
95:10,16 100:16 120:23
126:8,12,16

**debts** 28:19 29:3,5,10
30:7,10,13,22 150:15

**dec** 152:3

**December** 83:4

**decide** 96:20,23 97:1

**decided** 16:8

**deciding** 16:6

**decimal** 99:24 152:3

**decision** 21:3,5,6,8
134:21

LEXITAS

**decision-maker** 18:24
19:5,12,19 20:16,19 36:2

**decision-makers** 44:22,
23 45:8

**decision-making** 20:9,24
21:9

**decisions** 20:17 21:12
45:12

**declare** 147:18

**decrease** 93:16

**deemed** 150:19

**default** 77:5 78:1 147:18
148:10

**Defaulting** 80:9

**deficient** 143:15

**define** 46:6 104:11

**defined** 145:5,12

**defines** 99:20

**definitive** 24:2

**delay** 136:16

**demand** 88:7,8

**Denise** 9:21 23:19,22
24:6,8 76:5

**Denise's** 11:8

**department** 33:17 44:8

**depending** 87:2 110:21
149:22

**depends** 87:22

**deploy** 96:23

**deposit** 84:18

**deposited** 63:16 125:9
131:24

**deposition** 9:20 10:18
11:19,23 138:6

**depositions** 100:15

**deposits** 83:11,12,15

84:5,10,17 85:1 132:2,6

**derive** 29:5

**describe** 50:4 86:23 100:9

**describing** 49:13

**description** 66:5

**designated** 142:12 151:14

**detailed** 88:18

**determination** 50:5 76:2
80:13 84:14 133:23 135:1
154:2

**determine** 26:24 29:10
30:20 31:6,11 32:2 33:6
46:9 48:15 52:23 54:20
57:20 62:9 67:25 68:5,13
69:7 74:18 78:5 84:11
90:23 112:4 113:21,24
114:5 120:7 121:20
132:14 134:23

**determined** 49:25 50:12
52:17 53:12 57:20 58:2
78:10 91:1 110:22
133:20,25 134:8

**determining** 112:9 114:19

**dial** 24:19,25

**dictated** 53:6

**dictates** 99:21

**difference** 94:4 145:2

**differently** 89:21 91:8
110:24

**difficult** 14:21 15:7 30:2
139:24

**difficulty** 23:24

**dime** 96:25

**DIP** 103:13,20,24 104:1,6,
7

**dire** 96:8

**direct** 131:17

**directed** 102:19 112:20

**directing** 13:14

**direction** 22:4 90:22

**directly** 73:23 93:21
100:18,19,20

**director** 13:13 71:9

**directors** 38:23 39:14
40:17

**disagree** 120:17 132:23
134:13 137:6,7

**disbursements** 71:20

**disclosure** 66:17 70:8
108:18

**discriminate** 99:25

**discussed** 122:4

**discussing** 17:21

**discussion** 36:15 80:21
110:25 153:17

**discussions** 151:11
152:13

**dispute** 17:24 74:9

**Disregard** 110:1

**distortion** 9:11 22:23
23:11 29:12 42:12 44:17
45:17,25 49:1 51:5 56:17
58:21 59:9 60:1 62:25
64:6 74:11 75:23 76:16
83:22 84:3 92:12 94:5
96:11 97:2 102:24 103:13
109:14 112:25 114:1
115:4,22 121:19 124:6
138:20 148:1,16

**distributable** 100:13

**distributed** 23:15 25:21,
25 26:5,9,16,25 64:3
101:2,8 142:20 152:2

**distribution** 107:8,16
108:8,19 109:14,17
110:23 111:20 118:13

**distributions** 65:24 66:24



91:3 108:6,14 147:4

**divorce** 121:22

**Docket** 28:15 65:19 82:3,
17 105:25 113:2

**document** 12:1,9,18,21
14:4,10 28:16,20 47:3
51:12 52:4 55:8 75:8
82:16 94:14 106:11
107:15 113:3 116:9,17
120:3,21 121:12 148:22
149:21,22,23,25

**documentation** 53:14
54:18

**documented** 81:7

**documents** 13:6,9,15,18
55:20 56:3,23 70:21 74:1,
3 121:2,5

**Dodson** 124:1

**dog** 118:7,10

**dollar** 23:11 87:25 88:2
90:12 154:7,8

**dollars** 23:12 66:6 90:7
113:16 143:11

**domain** 14:16

**door** 145:8

**dormant** 62:1

**draw** 90:18 91:19 94:3

**drawn** 131:1

**driver** 94:6

**driving** 18:11 20:2

**dry** 91:23 144:6

**Duane** 8:15 9:4

**due** 137:15

**duly** 10:3

**duration** 104:13 117:10

**duties** 135:15

**dynamic** 146:24

# E

**E-X-I-G-E-N-T** 102:17

**earlier** 14:17 17:23 30:11
34:9 35:8 46:13 55:11
56:25 69:17 77:23 80:10,
19 110:1 111:11 113:3,8
118:25 121:1 125:2
129:21 135:18 142:9

**earmarked** 87:16 93:2
97:19

**earn** 79:1

**earn-out** 127:16

**easier** 11:8 57:25

**East** 8:21 20:21 29:14,17
30:7 33:16,18,21,23

**ebbs** 146:16

**educated** 83:18

**effective** 16:18 18:14
19:3,17 21:16

**efficiently** 98:18

**effort** 15:17 135:2

**electronic** 132:15

**email** 11:25 14:6,8,11,14
15:15 71:1,3,13 79:24
94:13 95:19 108:23
109:21 110:1 111:5
115:13,24 116:4 118:20
119:11 123:22 124:12
125:19

**emailing** 110:6

**employ** 14:18

**employed** 97:6 127:7

**employee** 15:25 44:11,15,
17,20 81:16 126:19

**employees** 21:1,14,21,23
25:13,18 26:13 36:25
44:10,13 45:22 46:7
80:20 101:13,18 102:6

125:13 126:8,12,16
127:7,11,21 129:5,10,14,
18 130:22 131:1,21,23,24
133:2,4,14 134:6,23
135:4 139:19 140:12

**employees'** 81:22,24

**employment** 35:22 36:18
105:14

**encompass** 18:21

**end** 51:7 65:12 72:10 76:9
119:13 151:2

**endeavors** 58:23

**ended** 16:6

**ending** 154:15

**enjoy** 28:7

**ensure** 14:1 15:18 89:2
97:5

**entered** 61:21

**enterprise** 35:3 78:24

**entire** 66:13

**entirety** 33:21,25 120:9

**entities** 18:9 28:19 43:19
45:5,11 69:15 125:24
129:23 130:11,22 131:2,
7,19 134:9,24 150:25

**entitled** 12:13,24 116:9
117:3

**entity** 55:16 59:17 70:4
79:9 81:22,24 86:16,20
87:4,7 101:11,17 102:5
105:7 122:21,23

**entries** 111:18 139:22

**entry** 65:1 73:19 111:22
150:12

**equity** 77:7 100:17

**equivalent** 42:12

**Eric** 9:15

**Escambia** 127:15 139:3



estate 56:15 64:7

evidence 81:10 104:8
112:8 118:4,9 121:24
122:6,8

EWB 125:10

ex-claims 127:10

ex-plains 127:7

exact 105:5

examination 8:5 10:5
12:14 128:10 142:1
154:16

examined 10:4

exceeded 66:22 91:2,5
147:5 148:1,4

Excellent 10:11 47:8

excessive 145:22

excuse 37:10 69:12 84:10
107:22 108:15

exercise 43:5 59:8

exhibit 11:24 12:10,12,20,
21 13:10 28:10,12 33:10
46:20,23 47:1 51:14,15,
16 52:3 53:19 54:23,25
57:2,3,23 58:1,17,20
60:9,10,12,14,16 65:15,
16 69:18,23 70:23,25
77:9,11 79:4,14,22 82:2,
12 94:7,12 95:21 105:21
107:15 108:20,21 109:18,
19 112:12 113:2 114:13
115:10,11 118:15,17
120:4 123:18,21

exhibits 11:19,24

Exigent 101:24 102:9,14,
16 126:24 127:5,19,23
139:21 140:2,11,14

exist 22:1 41:8 68:17
70:17

existed 37:6 46:10 64:9

existence 150:25

exists 37:19

exit 18:11

expanded 151:22

expected 104:15

expediency 143:25

expend 63:8 136:6

expended 133:20

expenditure 25:20,21
87:24

expenditures 23:15 63:18
91:25 144:13 146:19
147:5

expends 26:7

expense 62:18 65:2 66:22
92:22,24 100:2 125:25
141:5 152:2

expenses 26:17 63:12
64:23 65:12 66:10 68:5,
24 90:17 102:4,10 117:4,
14,24 118:5,7,10,13
120:7,19 121:14 136:3,6,
10 139:23 141:4,8,10

experience 11:5 118:12
132:10,11 141:12

expertise 18:19

explain 21:20 25:17 33:15
42:14 44:25 45:8 48:22
52:14 144:22

explained 52:8

explaining 25:14

explains 54:14

Explora 129:7

exploration 8:13 26:7
27:14 43:2 61:9 64:3,7
66:22 72:20 77:24 78:17
91:25 123:24 128:24
129:4,9,24 130:5,14,19,
23,25 131:15,18 132:25

134:6

extension 23:20

extent 26:22 29:6 134:5,8,
23

---

### F

F-L-E-X 60:4

fabricate 96:11,14

facilitate 21:24

facilitating 125:16

facility 104:1,6,8

fact 29:13 44:2 65:1
114:12 123:5 136:21

factors 35:14 36:1

facts 36:17 73:25

fading 23:25

failed 137:14,23

failing 147:19

fair 35:4 61:18

fairly 90:4

familiar 10:15 37:5 59:12
119:5 136:1 138:2,13
139:14 141:19 153:1

family 26:14

family's 27:1 90:15,24
91:13 104:19

Farel 38:13,14,17,22
39:13 40:5 41:25 94:15,
22 108:24 109:22 110:7

Farel's 38:8

Farrell 38:8,9,21 39:12
41:25

Farrell/farels 38:7

favor 35:15 36:1

February 119:25

Fed.r.bankr.p.2004. 12:15



feel 12:2 24:9 78:13,16

fees 99:16 117:20

felt 145:7

Fern 49:17

field 21:8 23:14 101:3

fields 100:11

figure 78:7 109:11

file 93:3,8 153:25

filed 17:23 18:2 62:5 92:4 137:14,24

files 130:11 132:15

filing 103:21 106:3 144:14

filings 65:20 146:8

filled 32:14

financial 20:12,20 21:11, 15,22 39:17 40:3 50:3 78:16 95:10,16 96:8 117:13 142:16 144:5

find 91:12 112:8 133:10

findings 150:11

fine 12:9 30:4 76:13

finish 10:25 43:17

firm 8:20 140:12

firsthand 19:22 61:11

five-minute 25:5 86:8 123:11

five-plus 103:7

fixed 112:1

Flexjet 59:19,25 60:3,4,6, 18 61:14,22 62:4,18 63:18 64:12,25 66:4 68:7 69:4,12

flip 107:20

floor 135:9,10

flow 143:15 149:25 154:5

flows 72:6 146:16

folks 21:2 39:22 42:9 123:23

follow 142:6

footnote 74:13

Ford 8:16

forgetting 38:8

form 57:17 64:16 67:12 93:5 97:13 117:16 135:13 137:16 149:18 154:1

formal 40:17 41:3,12 62:12 63:11 104:12 105:3

formally 40:14

forms 22:13 116:20

formulaic 112:2,9

forward 43:20

forwarding 115:18

found 27:19 81:10 118:4

fractional 59:18 61:14,22 67:19

frame 117:6 120:7

frankly 129:11 142:25

free 12:2 24:10

freezing 23:2

Friday 116:9

front 34:7 137:5

Fugasity 47:23 49:13

fully 35:2,5 119:1

fund 48:8 49:15,20 91:11

funded 62:6,7 64:15 77:20 85:21,23

funded' 119:1

funding 62:3,10 78:2

funds 26:24 62:15 73:22 82:9,24 83:7,18 84:1,6, 12,25 85:2,15 88:23,25 89:3 92:10,15,18 93:1

97:18 98:6 102:6,10 113:9 114:20 118:14 126:2 131:1,23 136:23 146:6,21 153:3,20

fungible 89:4,10 90:16 145:1

## G

G&a 32:21

gap 38:18 40:7

garbled 60:3,7 114:3

Gardner 109:23

gas 22:22 23:10 25:19 26:21 84:23 85:9,22 86:1 100:6,9,10,12,17,24 101:1,3,6,13,18 102:3,7, 12,15 127:8,13,16,19,20, 22 138:8,9,24 139:2,5,12, 16,19,23 140:1,13 141:5, 13 151:2 153:2

gathered 131:16

gave 135:18,21

GC 40:9,12 43:25

general 32:19 39:6 46:11 78:25 94:2 96:16 109:8,9, 10,17 153:18

generalities 65:5 87:23

generally 10:17 20:24 21:10 32:12 68:23 83:25

generate 59:3,7 96:17

generated 50:17 52:24 53:9 59:1 73:17 132:12

generator 141:17

Geoff 71:12,17,18

geography 138:13

geological 18:18

give 20:23 37:13 82:14

global 50:18 51:11 52:1



gmail  14:15 15:4,13

go-forward  84:15

good  8:11,17,19,22 24:7
76:11 77:3 86:8 107:4
119:17 123:10 142:5,7

Gore  94:14,18 108:24
123:24

governance  37:3,9,14

governed  62:10

governing  136:7

governs  139:4

Goza  9:3

gradual  93:16

Graham  8:15

Grant  8:10

Grantor  49:9

granularity  32:6

great  106:8

greater  67:6

gross  123:7

ground  10:19

group  9:1,5 19:24 22:11
42:11 142:4,18

grouping  148:16

guess  9:18 41:6 80:14
83:18 109:13,16 143:18
145:9 153:5,22

Gwin  22:10 123:25

---

**H**

half  11:22

hand  73:25

handle  21:21

handles  20:12

handling  133:2

hang  58:8

happen  64:13 80:16 85:18

happened  35:10 63:2

happy  12:6 24:25 64:18
128:8 146:9

hard  90:16

hardships  144:5

harvesting/sales  72:1

Hatcher  38:25 39:13 40:9
42:1

Hatcher's  39:5

haul  112:7

head  27:24 40:2 76:6

header  30:5 82:12

heads  118:24

hear  10:7 76:17 127:2
128:14 148:24

heard  17:9 36:25 69:10
144:4,21

hearing  24:1 141:14

hearings  36:23

heightened  11:7

held  47:13 51:1 57:7,8
63:20 65:2 74:4 85:13
88:14

helpful  39:19

helps  24:22

HFS  110:8,11 111:13

hierarchy  53:17

higher  141:8,12

highly  14:8

hired  38:11

Hirsch  9:13

historical  43:19 93:15
94:3 141:3

history  82:19

hits  152:2

Hoc  8:23

hold  74:10

holders  85:24

holding  47:19 57:12
86:17,19

holds  47:9,25 48:4 56:23
57:11

holes  91:23 144:7

Holman  9:10,12

Holmes  22:10 123:25

honest  15:23 100:14
132:20

hour  11:22

housed  130:12,13 132:17

Howard  9:12 13:17 16:21
17:9 26:4,5,11 27:13,17,
21 28:1,6,7 30:17 31:3,8,
12 32:9 33:2 42:1 48:4
57:13 63:12 66:10 73:1,
15 74:4,17 75:15 98:19,
24 99:9 103:22 104:5,9,
18 105:4 106:13 107:17
109:3 110:2,11 111:6,7,9
112:15,22 113:15 114:6
115:14,21 116:23 117:3
118:20 120:13 123:25
125:2,23 126:5,17 129:21
133:3

Howard's  111:17,24
116:9 125:13

Howell  8:18 89:18 128:13
137:1,2,8,13,19,21,22
138:1

hurt  154:5

---

**I**

i.e.  57:12



**idea** 47:24 56:1 117:6
118:3 120:25

**identifies** 150:7

**II** 69:14 70:3,7,18 71:21
72:10 73:17

**Imagine** 151:21

**impact** 32:17

**importance** 11:5

**important** 10:20,22 24:6
48:22

**inception** 27:20,22,23

**include** 20:22 122:11

**included** 21:4 95:24

**including** 23:16 66:24
74:1 137:23 147:3

**income** 67:5

**inconsequential** 133:21

**inconsistent** 111:25

**increase** 93:16,24 94:1

**incurred** 62:17 125:25
136:15 137:22 140:20

**incurs** 136:3

**indebtedness** 29:17 31:8,
11 33:7,22 34:1

**Indicating** 23:18 75:25

**indirectly** 100:19,21

**individual** 42:5 69:3
130:13

**industry** 63:23 153:2,18,
19

**inflows** 53:2 65:9 66:17
91:1 93:20 102:22 123:7
145:6 146:10

**information** 18:20 137:8

**infrequently** 90:5

**inhibit** 11:11,15 154:9

**initiate** 132:7

**initiated** 124:24 125:5

**insiders** 65:25 82:21
100:16

**instance** 42:15 57:1 85:1
92:6 117:10,20 118:7

**instruct** 13:23

**instructed** 13:8 14:4
15:11

**instructing** 15:24

**instrumental** 13:14

**integrated** 142:18 150:21

**intent** 11:24

**interact** 13:17

**interacted** 18:17

**interactions** 19:25

**intercompany** 112:14,19
147:11,12

**interest** 8:23 23:16 25:22
26:8 29:6,7 48:3,20 54:15
61:14,22 63:22 64:2,4
67:19 69:3,7,11 70:10,12,
21 73:22 77:7 85:4,24
86:18,20,25 87:3,4,8,11,
14,15,20 88:1,4,5,9,13,
16,23 89:23 90:7 91:5,11
92:2,16 93:18 96:18,21
97:1,8 98:2,12,23 99:1,3,
12,22,24 100:1,17 101:7
127:18 136:4,8,11,18,21
137:1 140:20 141:17
142:20,24 144:23 145:23
146:4,10 147:16,25
149:10 152:4 153:22,23
154:6

**interests** 8:18 25:25 31:23
47:17,20,25 48:15 49:25
50:24 52:20,24 53:9,18
58:2,3 63:16 69:1 76:25
77:1 84:14 85:13 88:17
89:18 98:20,25 128:13

**interface** 20:23

**interim** 38:10

**internal** 16:3 89:2

**interrupt** 24:9

**invest** 78:23 119:2,7

**investigation** 27:19
151:10 152:9

**investment** 53:13 56:15,
22 57:7,21 67:5 78:19
79:11 80:14 132:13

**investment's** 56:22

**investments** 50:15 56:18,
20 57:14

**invoice** 95:6 96:2

**invoices** 125:7,17

**involved** 21:7,9,10,12
59:21 133:2,5,6,7 136:14

**issuance** 35:25

**issue** 24:23 63:11 91:20,
21 100:15 125:20,22
126:9,13 132:24 146:4

**issued** 53:15 74:7

**issues** 36:25 89:11
132:22

**issuing** 136:4,10,15

**itcomic** 74:11

**item** 30:25 32:24 33:12
55:3,4 65:23 66:3,16
67:8,10 83:24 106:4
107:15

**items** 106:24

137:25 138:3

---

**J**
---

**J.F.** 8:18

**Jack** 9:6



**Jacob** 30:25 31:7 49:9
73:6,10,11,16 104:9
113:16 114:7 125:3
126:5,17 129:22

**Jacob's** 125:14

**James** 8:5 10:1 23:21
24:12

**January** 83:4 107:21,22
108:15,16 114:15

**Jeffrey** 8:15

**jet** 59:18,19,20,21 60:4,24
61:2,5,15,16,22 62:19
67:19 68:9,10 112:13,23

**JF** 89:18 128:13 137:1,2,
8,13,19,21 138:1

**JIB** 87:3,4,10,18 88:10,14
89:7,14 98:16

**JIBED** 88:1

**JIBING** 136:6

**JIBS** 63:16 64:9 65:11
66:22 88:21 91:2 136:4,
10,16,22,24 137:3,9,13,
21,23 143:12,23 144:3
145:12,22 149:5,10,24
150:1,2 151:5 153:24
154:8,9

**JOA** 87:22 88:5 100:13
127:15 139:3 140:20
141:7,19

**JOAS** 89:5,6 136:1 151:15

**job** 18:23

**Joe** 124:1

**John** 9:3 20:6 71:13 72:7,
8,14 115:8 118:24 123:23

**joining** 9:13

**joint** 23:12 25:24 34:3,6
68:24 87:1,4,15,25 89:15
99:23 152:2,18

**jointly** 29:14

**Jones** 20:5,7,15 34:13,14,
15 38:3,4 39:25 41:25
42:20 43:13 71:13 79:24
95:20 115:14 124:1
129:12

**journal** 139:22

**Julie** 123:24

**July** 79:18 80:6 83:3
106:22,23 109:22 115:19,
25 116:5,13 117:9

**juncture** 59:10

**June** 16:17,24,25 17:1
35:8 83:3 106:21 108:24
128:18

## K

**K-1** 52:16 53:15 54:19
74:7

**K-1S** 50:16 74:1

**Katchadurian** 8:5 10:1,7
13:5 16:16 19:14 22:24
25:11 51:25 60:9 66:25
76:11 86:16 89:21 92:8
123:17 126:21 128:14
134:4,17 139:15 141:22
142:5 153:11

**Kean** 9:16

**Kelly** 128:12

**Keri** 8:11

**kind** 23:25 76:7,8 114:2

**kinds** 139:9

**knew** 101:22

**knocked** 82:19

**knowing** 118:3 120:25

**knowledge** 17:15 19:22
21:19 36:20 61:11 70:13,
16 121:13 125:11 128:21
137:8 147:20 153:18

## L

**labor** 92:4

**lag** 11:4

**landlord** 31:22 32:1

**late** 16:18,25 17:1

**law** 8:20

**laymen's** 132:2

**lays** 90:11

**lead** 18:10 50:2 51:8,10

**lease** 32:7 135:9

**leased** 59:18

**leases** 137:25

**leaving** 146:24

**led** 144:6

**ledger** 109:8,9,10,17
111:11 112:16

**ledgers** 72:15 73:15
74:17,23,25 75:7,10
132:8

**left** 22:8 28:24 29:22
30:15 33:2 49:8 59:11
64:7 113:9 151:5

**left-hand** 82:8,23

**legal** 47:20 53:14 117:20,
24 152:17 153:14

**Legalview** 9:21

**Leighton** 8:20

**lender** 104:1,5

**letter** 58:13 60:18 77:12
79:14 80:6

**level** 18:18 32:6 67:1
114:1 142:23 146:18

**liability** 32:3 66:19

**liable** 28:19 29:14 30:21
33:16,25



**lien** 92:4 93:3

**liens** 93:9 137:13,20,24

**life** 11:8

**Limitations** 51:12 52:2

**limited** 49:22 51:1 55:24 56:4,14 76:20

**list** 28:18 33:9 39:8,14 53:20 54:10,16 55:10 58:2 109:11

**listed** 28:19 33:24 39:18 47:17 48:2 49:4 53:18 54:1 58:6,16,19 117:2

**LLC** 8:13 29:2 31:10,14,21 32:3,8 59:13 60:19,23 61:1 62:13 79:5,8

**LLP** 9:16

**loan** 33:19,23 34:7 81:1,5, 6,7,11 103:20,22 104:12, 18 119:4,7 147:10

**loaned** 103:8,19 104:10

**loaning** 80:23 104:14

**loans** 104:7,11

**located** 131:7,10

**location** 9:23 85:7

**locations** 129:8,10

**Lockridge** 9:15

**logical** 93:25 138:15

**long** 27:17 112:6 122:1

**longer** 35:15 115:8

**look-back** 121:25 122:1 147:1 148:11

**looked** 27:7 42:6 52:16 53:21 54:13 55:11 57:2, 25 69:20 72:14 100:14 102:22 109:10 111:24 113:3 120:3 123:7 128:20 132:5 133:17,19 145:4,6 147:1,2

**loop** 32:24

**losing** 23:1

**lot** 11:8 18:19 36:15 88:20

**Louis** 9:3

**Louisiana** 129:3,17

**lower** 47:17 55:10 141:8, 12

**LP** 8:18 9:16 48:1,8 49:19, 20 76:14

**LT** 49:15

**LTP** 48:8 49:20

**Lucas** 9:5

**lumpy** 71:25 72:4

---

**M**

**macro** 67:1,7 69:1 91:4 123:6

**made** 15:22 27:4 45:12 50:5 65:1 77:4 79:2 80:13 88:3 93:17 97:10 102:18 107:6 121:22 122:12,18, 21 133:23 134:17,21 139:11

**Maevlo** 76:14,19 77:2,4,5, 8,16,19,25 78:1,11,19,22 79:2,9,12

**mail** 14:20 130:3 131:12 132:21

**mailed** 125:8

**main** 127:21

**maintains** 133:13

**make** 11:8 14:22 21:3 30:1 57:25 68:17 88:22 92:14 96:18 97:7,23 112:22 114:7 121:22 125:13 132:2,6 134:20 148:7 151:23

**makes** 94:4 139:22

**making** 20:17 21:4 35:22 62:4 96:9

**man** 17:7

**manage** 18:12 22:13 102:15

**managed** 45:23 127:24

**management** 19:7,21 20:4,11 21:2 26:22 34:17 36:7,13 39:1 40:16 41:21 42:8 43:5 45:21 80:20 102:12 128:20 150:23 151:18

**managers** 42:2

**manages** 20:13 22:11 127:25

**managing** 21:25 34:9 35:11,15 37:1 42:11

**mandated** 27:3

**Mandel** 32:25 33:1

**manner** 98:1,7,10

**March** 93:11

**Marie** 109:23

**market** 99:18 146:16

**marketplace** 48:25

**Marshall** 20:5,7 34:10,13 42:20 71:13 79:24 95:20 115:14 118:20,24 124:1

**material** 21:6,11

**materials** 14:1 92:4 116:16

**math** 107:4

**matter** 96:17

**Matthew** 79:24

**means** 29:15 72:4,5 73:9 109:7 111:7,9 119:3 131:10

**meant** 25:14 52:10 61:18 100:10



**measurement** 127:20

**mechanism** 88:4 97:5
  99:20

**Media** 8:4 154:15

**medical** 11:14

**medication** 11:10

**meet** 16:21

**meeting** 17:1

**meetings** 41:3,7,8 46:14,
  17

**member** 9:7

**members** 128:20

**memorized** 109:9

**mentioned** 11:6 14:17
  18:2 20:16 22:19 30:11
  32:22 33:10 34:10 35:8,
  18 42:20 63:5 91:18
  100:4

**mentioning** 38:16

**message** 115:18

**messages** 15:18,21,22
  16:1,7,9,13

**messaging** 15:17

**method** 112:2

**methodology** 105:5 112:9
  114:19

**middle** 73:13 76:8

**militated** 35:15 36:1

**Miller** 9:16

**million** 90:6,19,23 91:9,12
  94:25 97:21 107:16,25
  108:6,13 119:2,6 135:22
  143:11 144:15 146:12

**mind** 23:8 51:17

**mine** 107:4

**minimis** 135:3

**Miriam** 31:10 32:25 33:1

**missed** 140:11

**misspoke** 103:24

**moment** 25:1 44:12 69:22
  77:8

**momentarily** 101:24

**money** 59:1 66:5,21 67:1,
  2,4 72:9 80:23 81:1,5,6
  83:9 84:18 85:6,19 87:16
  88:10 89:24 90:9,14 91:4
  92:3,7 97:11 103:8,20,23
  104:10,14,18 106:2
  143:5,6,12,21 145:8,10,
  17,18 148:10 151:4,7

**money-making** 78:24

**moneys** 64:15 65:7 75:16
  93:7 97:17 123:4 145:8

**Montgomery** 79:24

**month** 83:2 85:17,25 86:2,
  4 88:15 95:25 96:1 97:7
  120:8 149:7 151:2

**monthly** 50:7,18 84:18
  105:10 110:3,15 111:2
  120:13,18 142:21

**months** 22:8 27:4 53:6,9
  86:6 90:13 102:23 122:2
  145:6

**Moondance** 79:12

**Moran** 124:13,17 125:7,
  17,25

**morning** 8:11,17,19,22
  12:10

**Motion** 12:14

**move** 143:24 149:25

**moving** 144:1

**multi-year** 146:15

**Murchison** 128:12

## N

**named** 59:12 140:2

**names** 22:5,15 28:23
  41:24 73:6,11 131:25

**nature** 14:22 63:19 104:13

**necessarily** 42:10 129:17

**neighborhood** 111:4

**Nenninger** 71:13

**net** 91:1

**Netjet** 69:8,12

**nominee** 51:2 75:21 76:1
  99:3

**non-op** 85:12

**non-operated** 84:13

**non-sec** 83:12,15 84:1,10,
  11 134:24

**noncontroversial** 75:24

**nondebtor** 125:20,21

**nonoperat** 84:3

**nonoperated** 47:25 48:3
  51:1 83:18

**nonresponsive** 152:7

**normal** 18:13 142:21

**note** 95:4 118:25

**noted** 87:18

**notes** 16:10,11 50:2,18
  51:8,10,11 52:1,9 57:19,
  22 127:5

**notice** 77:5 78:1 80:9

**November** 8:2 83:4 93:11

**number** 8:4 12:12 28:12,
  15 47:1 49:4 51:16 52:12
  55:3,4 60:16 65:15 70:23,
  25 77:11 79:22 83:25
  89:14 93:10,17,24,25
  94:7,12 107:2,14,25

108:21 109:19 115:11
118:17 123:18,21 146:19
149:14 151:15,17,22
154:15

**numbers** 11:25

**nunc** 35:21

---

### O

**object** 57:16 89:18 149:17
152:7

**objection** 64:16 67:12
91:14 93:5 97:13 117:16
134:10,15 135:13 137:16
153:8 154:1

**obligated** 121:21 136:10

**obligation** 34:3,7 152:17

**obligations** 91:7 101:17
143:16 148:2,5 151:6
152:25 153:14

**observation** 146:17

**occasion** 17:17 49:24
50:11 73:21 85:15 89:22
92:1

**occasions** 21:1 92:21
93:1

**occur** 40:1 90:1,2

**occurred** 41:4 59:23 90:3,
4 119:19

**Oct** 124:7

**October** 71:3 83:3 124:7,8

**office** 125:9 129:1,2,17
135:7,11,12,14

**officer** 18:8 19:13 20:5
43:11,13

**officers** 38:23 39:15

**offices** 128:24 129:5,8,15,
23,24,25 130:2,5,14,19
131:8,11 132:16,25 135:8

**Official** 8:9 10:2,12

**officially** 73:9

**oil** 22:22 23:10 25:19
26:21 84:23 85:9,22 86:1
138:11,25 151:2 153:1

**oldest** 71:3

**ongoing** 32:5 103:5
146:15

**open** 36:15 51:14 52:3
79:21 80:3

**operate** 98:18 102:3
127:8,18 142:15

**operated** 29:7 84:23
85:24 88:18 151:17

**operates** 102:9 128:24
140:2

**operating** 19:13 20:5
50:7,16,18 52:16 59:9
87:1,2 102:10 129:18
135:25 140:21 141:13
145:18,25 152:18

**operation** 61:25 139:11
140:24 141:15 146:15

**operational** 21:8

**operations** 18:9 20:13
36:7 128:1 136:3,13,15
139:19 142:10 145:13

**operator** 26:7 63:24 86:24
101:19 102:11 127:17
129:10 135:20 136:9
138:23 140:2 142:11,12,
24 143:1 144:22 151:20
152:15

**Opportunity** 48:8 49:15
79:12

**opposed** 52:17 143:24
147:3 151:24

**option** 154:10

**order** 27:3 35:13,19,21,25
36:9,11 64:8

**org** 101:9

**original** 115:24

**originally** 115:19

**outflows** 53:2 65:10 66:18
93:20 102:23 123:8 145:6

**output** 15:12

**outsource** 102:13

**outstanding** 125:7

**overspend** 144:17,23
146:2

**overspending** 144:7,18

**overspent** 90:19 91:22,24

**owed** 33:7 143:12 147:22
148:11 149:7

**owes** 77:25

**owned** 26:4 27:20,21
53:11 54:11,16 59:18
60:23 61:2 73:22 98:20,
21,23 114:6

**owner** 26:10 28:4 63:25
86:25 87:3,14,20 88:9,13,
16,23 89:23 92:2,16
96:18 98:2,12 99:3,4,13,
21,22 100:1

**Owner's** 49:9

**owners** 8:24 23:16 25:22
26:1,8 64:2,4 69:3,7,11
85:5 86:18,20 87:11 88:1,
4,5,16 90:7 91:11 93:18
96:21 97:1,8 101:2,3,7
127:18 136:4,8,11,18,21
137:1 140:20 141:17
142:20,25 144:23 145:23
146:4,10 147:16 152:4
153:22,23 154:6

**owners'** 87:8

**ownership** 23:13 27:18
28:8 63:22 70:9,10,12,20

**owns** 26:2 27:12 28:2
100:12



## P

**P-L-A-I-N-S** 127:12

**p.m.** 51:21 86:12,15
118:21,23 123:13,16
154:15,16

**Paddock** 8:25 142:2,3
150:3 152:7,8 153:10
154:3,11

**pages** 82:3,7 113:4

**paid** 63:7,13,17 65:7,14
66:9,19 68:18,25 69:2
81:17,18,22,24 87:3,5,8
89:8,15,23 90:7,17 92:2
93:4,7 94:6 96:3 99:9
100:2 104:15 105:7
106:2,22,23 112:23
123:4,5 126:2,3 127:23
136:19 137:13,20,22
142:19 144:24 146:5
149:13 150:9 151:1
153:24

**Paisner** 8:20

**paper** 132:11,16

**paragraph** 52:14 53:19
54:3,11,13,16 58:9,17,20
69:20 70:10 77:18 79:4
112:12

**paragraphs** 58:1

**Park** 48:1

**Parker** 8:8 10:6,11 12:13
23:19,21,22 24:5,12 25:4,
11 28:14 38:13 39:5
42:14 45:2 46:5 47:2 49:6
51:10,19,25 56:10,25
57:18 58:12 60:8,17
64:17,21 65:16 67:13
71:1 75:6 76:5,10,11
79:18,23 81:20 86:16
89:20 91:16 92:13,25
93:6 94:13 96:16 97:15
99:6 101:9 103:17 108:23

**Parkway** 31:18,21 32:4

**part** 36:22 38:25 46:12
47:4,8 49:1 54:8 55:3,4
58:9 73:8 75:8 82:18
84:14 97:15 101:20
110:17,24 113:1 126:10
138:3 139:6 142:18,23

**Parte** 12:13

**parties** 148:20

**Partner** 80:9

**Partners** 13:13 54:6,10
58:19 69:14,18,21 70:1,3,
7,9,11,14,18 71:9,21
72:10 73:17

**partnership** 49:19,23
55:24 56:4 70:21 76:20,
24 79:10

**partnerships** 48:17,18,23,
24 51:1 56:14

**party** 14:7,18,23,24 15:24
101:23 127:17

**pass** 126:23 127:1 128:3
141:24 154:11

**passed** 127:3

**past** 76:1

**past-due** 143:11 154:7,9

**pause** 24:4,25 25:2

**pay** 62:20 63:8 64:8 65:3
88:19,20,24 89:7 90:9
92:3,18,22,24 93:2 97:11
102:8 110:3 118:10,13
125:6 132:20 136:2,10,14
137:14,24 143:13,23
144:16 145:12,18 147:19
149:5,8,15 150:2 151:20,
24 154:6

**payable** 63:10,11 64:2
94:21

**payables** 149:15

**paying** 122:16 136:22
143:14

**payment** 20:23 82:19
87:15,20 132:7 136:16,17
149:24

**payments** 21:24 27:4,7
62:4 65:23 82:21 87:10
107:5 121:21 122:9,11,
18,21 125:13 151:23,24

**payroll** 81:13,22,24
101:17 102:2,6,9 127:22

**pays** 88:9 101:17 102:6
105:8 136:19 144:2

**pdf** 47:5 54:24 55:2

**Pearl** 31:18,21 32:4

**pending** 12:7 17:24

**people** 13:12 19:25 22:3
26:3 28:18 42:11 88:20
114:25 131:17 133:11
151:12

**percent** 26:2,3 27:18,20
28:2,7 63:15 84:22 89:5
129:11 138:12

**percentage** 26:4 91:5
147:25

**percentages** 23:14

**perfectly** 100:14 132:20

**perform** 135:15

**performed** 148:16

**performing** 131:18 134:6,
24

**period** 38:18 90:3,20
91:23 93:13 108:19 112:5
117:15,17,24 121:25
122:1,10 123:9 139:13,14
144:13 146:14,21,25
147:1 148:11



**periodic**  99:17

**periodically**  151:7

**person**  16:22,23 17:1 24:6
73:6 94:21

**personal**  21:14,19,21 27:1
36:20 63:6,9,13,18,21
64:11,15,23,25 65:2 66:9
67:9,16 68:1,6,9,16 98:19
106:14 109:3 111:13
112:15 116:23 117:3,14
118:1,5,14 120:13,19
121:14 122:19 125:24
126:4,17 133:15 135:11
137:10 146:17

**personally**  13:17 63:12
98:20 102:20,25 119:9
135:4

**personnel**  14:21

**perspective**  36:3 40:15
93:15 145:11 149:3

**pertain**  130:17

**petition**  18:4 27:4,10 53:7,
10 90:13 95:16 102:24
103:14 122:2 144:14
150:15

**Petroleum**  9:5

**phonetic**  64:7 74:11

**physical**  128:22

**physically**  131:7

**picked**  76:8

**piece**  59:19

**Pipeline**  48:10

**place**  20:20 62:9 68:21
88:22 110:21 115:1

**places**  146:11

**Plains**  127:12,14 141:3

**plan**  96:22

**plant**  100:7,9,10,12,17,24
101:1,3,13,18 102:7,9,12,

15 127:8,13,17,19,20,22
138:9,24 139:2,5,12,17,
19,23 140:1,3,13,21,25
141:5,13,16,18

**Plante**  124:13,17 125:7,
17,25

**plants**  102:3

**play**  94:22 116:21,22
118:25

**playing**  19:4

**Playsheet**  119:24

**pocket**  143:17

**point**  17:21 19:11 20:1
29:12 39:20 43:19 52:12
54:3 59:18 65:3 74:9,12
95:17 119:17 128:6 138:7
141:25 145:1 148:7,9

**pool**  44:11,15,17,20
151:19

**portfolio**  18:22

**portion**  29:3 62:21 69:4
135:10

**position**  24:1 39:10 43:11,
13 129:12 149:9

**positive**  65:12 123:8

**possession**  14:2 149:9

**possibly**  16:5 73:19

**post**  103:21

**post-filing**  68:8,11 77:4

**postpetition**  90:3 105:9
121:24 136:13,23 143:13,
22 144:1

**potential**  11:19 52:7 78:19

**potentially**  80:15 85:11

**practical**  40:15

**practice**  63:23 80:23
126:16 153:6,19

**practices**  68:17 153:2,15

**precisely**  41:15

**predate**  108:2

**predates**  19:10,14 42:18
61:12 79:3 95:12 103:5
107:9 113:23 114:11,16
116:5 119:19 121:18
128:22

**predating**  36:14

**premise**  144:25

**prepayments**  150:8

**prepetition**  90:4 112:25
135:22 143:19,24 149:4,
25 150:18

**presence**  128:22

**present**  137:9

**presentation**  50:6 88:3

**president**  37:18,21,25
38:5,20 42:16,17,21,23
43:1,8

**presume**  72:5 117:23

**presumed**  34:21

**presumption**  65:13

**pretty**  10:19

**previously**  62:6

**primarily**  85:9,10

**principles**  18:12

**print**  116:10

**prior**  17:1,6,16 19:3,17
21:15 27:10 34:11 36:18
37:21 45:14 53:6,9 60:23
68:14 90:13 95:15 102:24
136:3,10,15 137:13
144:13 146:8

**private**  48:17,18,23 49:1
59:18,19,20 62:19

**pro**  35:21

**proceed**  80:14



**proceedings** 131:15

**proceeds** 52:20,24 53:8, 11 57:14 58:24,25 59:2,6, 7,22 61:7 74:19,21

**process** 21:9 50:4,17 65:5,6,13 67:21 87:19 88:22 89:1 100:10 121:2 130:8

**processed** 101:6,7 135:20 139:1

**processing** 101:1

**processor** 102:2

**produced** 14:1 56:4 70:22 75:8,12 118:8 120:21 150:6

**production** 12:25 13:2,7 75:9 76:14,19 120:22 121:7 138:24 139:7

**Professional** 117:20

**profit** 139:11,16 140:23 141:16

**project** 87:12,16,18,21 88:6,11,25 89:9,24 90:10 92:3,4,19 97:18

**projections** 84:15

**projects** 89:14 90:8 91:12 93:22,24 96:15 97:11 146:12

**pronounced** 95:5

**pronouncing** 71:10

**proof** 137:10

**prop** 25:21

**properties** 18:21 29:6,7 50:20 58:21 84:23 85:24 88:17 138:3 141:23 151:18

**property** 18:18 25:21 26:1 31:24 47:9,13 49:13 57:5, 8,15 66:6 75:18 87:2

**proportion** 101:8

**prospects** 135:21 144:15

**protected** 78:6

**protocol** 114:19

**protocols** 62:9,11 67:24 89:2

**provide** 22:5 78:2 100:25 140:16

**provided** 98:14 131:21 139:6,9

**providing** 66:8

**provision** 99:10

**proximity** 138:14

**proxy** 141:4

**public** 48:24

**published** 97:22

**pull** 13:15 15:20 16:5

**pulled** 12:11 14:9

**purpose** 76:22 93:2,3 100:9

**purposes** 50:6 110:22

**pursuant** 12:14 138:24

**purview** 63:3 126:1

**push** 96:1

**put** 20:20 67:2 75:16 85:19 89:7 103:21 151:13

**puts** 89:8

**putting** 151:10

## Q

**qualified** 45:10

**question** 10:24,25 12:7 23:8 25:12 29:9 30:24 31:10 32:8 35:17 36:10 45:7 46:14,16 50:9,14 54:23 57:8,11,17 60:9

64:10,17 74:22 78:21 89:20 91:8 92:14 105:1 133:22 134:4,19 135:19 136:2,5,7 137:18 141:20 144:9 149:20 152:8,20 153:10

**questions** 10:13 11:12,16 52:3 113:9 114:18 121:3 126:22 128:5,6,8 131:4 135:17 141:21 143:19

**quick** 25:12 54:2 71:18 127:5

**quickly** 65:17

**quotes** 49:4

## R

**racing** 122:13,17,20 123:5

**raise** 36:25 96:9

**Rapad** 95:5,24 96:1

**rate** 99:14,15 141:3

**ratio** 141:5

**rbl** 119:2,3

**re-characterization** 52:7

**reach** 122:3

**reached** 78:12

**read** 72:18 91:18 107:13

**reading** 70:10 124:21

**real** 10:21 33:10 54:2 56:15 65:16

**reason** 66:8 108:11,12,13 125:18 137:6

**reasons** 36:12 152:11

**recall** 15:23,24 16:6 25:17 27:24 40:2 46:14 69:17, 21 80:21 83:24 113:8 135:23 148:22 149:1 153:16

**receipt** 92:8 136:23



James Katchadurian

**receive** 62:15 87:15,20 92:15 122:23 131:23 145:17

**received** 11:20,22,25 71:21 84:22 85:3 88:23 91:10 93:1 97:17 108:6, 13 110:15 137:21 139:1

**receives** 136:17

**recent** 114:15

**recently** 140:1

**recess** 25:8 51:22 86:13 123:14

**recipient** 66:4

**reconciled** 130:22

**reconciles** 131:13

**record** 8:1,7 11:18 24:7, 10 25:6,10 51:20,24 86:11,15 110:8 111:6,15 112:13 123:12,16 135:2 139:22 154:14

**recorded** 41:7,11

**records** 21:25 26:6 62:20 116:19 117:13 120:23 128:21 131:6 132:16 133:14 147:10 149:14 150:6

**refer** 11:24

**reference** 53:22 79:5

**referenced** 12:12 20:4 28:12 47:1 51:16 60:16 65:15 70:25 77:11 79:22 80:10 94:12 108:21 109:19 115:11 118:17 123:21

**referencing** 52:1,4

**referring** 111:19 119:11 149:21 150:13

**refers** 32:15 57:8

**reflect** 56:3 65:1

**reflected** 53:4 147:7 148:14 149:14,24

**reforwarded** 115:25

**regard** 29:16 30:7,22 32:4,10 33:11,16 43:5 45:7 52:2 64:10 68:7 69:18 73:16 81:13 138:10

**regular** 46:13,17

**reimburse** 63:12

**reimbursed** 64:22 122:19

**reimbursement** 99:20,21 110:3 112:13,22 122:24 125:17 136:11,16 141:2

**reinvested** 59:22

**relate** 87:18

**related** 62:19 64:23 99:16 127:20 144:15

**relating** 36:15 145:8

**relation** 14:9 21:25 22:22 25:20 26:21 31:12 32:6 36:8 50:5,7 62:22 63:9 73:20 77:6 97:3 122:20 136:23 144:9 148:1,5 150:16,17 152:24 153:3

**relationship** 70:6 86:21, 23,25 89:7 100:24

**relative** 97:2 153:6

**relevant** 15:18 74:1

**remain** 142:22

**remained** 151:3

**remember** 51:2 103:5 111:17 121:3 149:3

**remits** 102:10

**remotely** 9:21

**removed** 40:14

**removing** 36:1

**rep** 9:7 129:2

**repaid** 64:14 66:14 67:11

**repeat** 35:17 49:2 103:17 109:15

**rephrase** 64:19,20 97:14

**replace** 20:15

**replaced** 20:19 22:9 39:24 40:5,8,10,11

**report** 27:2 53:1,6 91:19 93:19 97:21 113:1 116:9 121:25 137:4 144:10 145:5 146:9 149:4 151:11 153:21

**REPORTER** 9:9,18,20 23:18,24 24:15,21 42:13 46:1 49:2 51:6 56:19 60:2,5 75:25 76:7 92:23 96:12 103:15 114:2 138:21 148:3

**reports** 50:7,18

**representatives** 9:2

**represented** 20:1

**representing** 117:7

**request** 17:25 21:4 87:20 120:22 121:6 131:1 139:7

**requested** 13:9,15 88:11 98:7

**requests** 12:24 13:2,7,18 14:4,6,10 15:19 121:10 124:24 125:5

**required** 151:15

**rereading** 69:22

**reserve** 119:6 138:5

**reserve-based** 119:4,7

**residing** 132:8,15

**resources** 16:4

**respect** 147:16 152:11,12

**respectfully** 132:23

**respective** 125:10



respond 72:8

responding 121:10

responds 72:7

response 9:19 15:19 71:24 76:17 120:22 121:6 134:17 154:13

responses 52:6

responsibility 20:8 31:7 40:16

responsible 18:8 29:2,5, 11 30:7,12

responsive 13:6,18 14:1 15:25 16:6 121:2

responsiveness 89:19

rest 60:5 67:5 78:2 111:5

result 88:24 121:22

resulting 137:24

results 33:14

retain 17:25

retained 14:18 17:22 19:24 35:7 130:5 132:18

retention 27:3

retentions 36:4

retroactive 35:22

retroactively 141:8,9

retrospectively 141:9,10

return 79:1

revenue 63:15 64:1 65:10 67:5 68:25 84:7,23 85:3, 8,9,21,22 86:1 91:1 96:9, 17 101:2,7 119:1 141:16 142:19 143:23 144:2 146:11,24 147:4,25 148:8 151:1,3

revenues 73:17 139:18,23 140:17

review 27:3 46:11 50:15 52:15 112:21 116:16

117:12 153:21

reviewed 15:12 74:14,17 148:12

reviewing 73:15 82:16 116:18

right-hand 47:17 55:10

Riley 8:11,12

Rob 115:22

Robert 8:25 142:3

role 13:5 18:6,8,15 19:4 20:24 34:17 36:13,16 39:5 94:22 102:18

roles 20:17 38:2 42:15 46:7

room 148:15

Ross 8:8 10:11

royalties 79:10 87:8

royalty 76:25

Rule 8:5

rules 10:19 56:12

run 42:9 71:19,25 95:25 127:21,22 140:12 141:3 142:21

running 118:5 121:15 141:8

runs 87:25

S

sake 73:18 143:25

salary 105:11 107:8 108:8,12,18 109:16 110:13,15,16,20,23 111:2,6,16,17,20,24 112:1,9

Salary/distribution 106:18

sale 59:23 61:7

sales 86:1

Salter 115:22

Sam 72:15 73:4,5,6,9,12, 16 74:5,18 75:16 104:5, 10 124:17 125:10,23 129:22

SAM's 73:5 124:25

satisfied 93:8

satisfy 143:16 149:10 151:5

satisfying 151:25

Saturday 118:20

scene 128:17,22

schedule 28:15 29:15 82:20 100:4 107:7 108:17

schedules 50:3,8 51:9 55:19 57:6 104:13

Schwab 124:16,25 125:6 126:6,7 130:12

scope 27:6 53:6

scrambled 24:3

screen 23:2

scrolled 30:4

search 14:7,8,18,19 15:4

searches 14:23

SEC 18:6 26:7,17,25 27:14,18,20,23 28:2,20 29:3,5,7 30:7,13 31:12 32:4 33:7,16,20,24 34:9 37:4,10,15,21 40:17 41:4, 13,15,17,22 42:2,8,11,16, 23 43:6 44:5,7,10,14,22 45:12,21 46:6,14 53:16 54:19 62:7,10,13,16 63:8, 10,11,14,16,20,24 64:14, 22 65:2,11 66:18 67:15, 25 68:18 70:10 72:15,20 74:15 78:1,18,24,25 79:2 80:19,23,25 81:1,5,11,13, 23 82:1,17 83:12 84:5,7,



17,18,22,24 85:2,4,8,13,
16,19,21 86:2,3,5,17,22
87:1,6,9 88:18 91:10
92:7,14 93:1,17 96:17
97:18,23 98:8,11,14,16,
24 99:10 101:10 102:8,
11,21,23 103:1,8,23
104:10,17,22 105:8,15,18
113:3 118:5 121:15,23
122:10,12,16,22,25 123:4
125:12,14 127:7,14,18,
22,24,25 129:9,18 131:8,
11,21,23 132:16 133:14
135:3,8,20 136:2,6,8,9,
14,19,22 137:14,21,22,23
138:23 139:11,18 140:1,
12,19 141:17 142:10,15,
19,23 143:2,4,12,21
144:2,20,22 145:11,21,22
146:4,6,21,24 147:3,7,15,
18,21,22 148:8,10,11
149:6,8,9,12,16 150:1,16,
17,18 151:3,6,7 152:15
153:6,12,25

**SEC's** 28:14 30:22 31:7
70:8 78:22 81:24 126:2
145:18 150:20 154:9

**secured** 33:18

**Sedeon's** 64:7

**seek** 18:17

**seeking** 118:9

**segregate** 151:23 152:18
153:20

**segregated** 68:6 151:13

**segregating** 152:10
153:3,7

**self-explanatory** 83:8

**send** 71:25

**sending** 145:12

**sends** 71:12

**separate** 101:11 129:23
130:1 150:24

**September** 83:3

**served** 38:2

**server** 132:15

**servers** 14:19 75:1 132:9

**service** 130:8 140:15
151:6

**serviced** 98:24 99:1

**services** 26:15 32:15
62:19 99:11,17 101:6
127:6,20 131:18,21
134:1,6,24

**session** 140:10

**set** 45:22 54:11,15 57:1
58:1 97:21 100:3,15
105:4,10 110:2 112:23
131:3

**settlement** 127:6 139:20
140:12,16

**shaking** 76:5

**share** 44:11,14 144:24

**shared** 44:16,19

**sharing** 20:8 26:18

**Shea** 128:13

**sheet** 83:4 116:21,22
118:8,25

**shoes** 38:4

**shortfall** 146:22

**show** 118:24

**showed** 53:14

**shows** 71:19 107:16
148:17,19 150:9

**Shreveport** 22:12 125:9
129:1,16 135:10

**sic** 69:8 124:1

**side** 20:12 28:24 30:15,17
31:2 49:8,12 106:17
113:9,10 117:2 152:5

**signatories** 20:22

**significant** 103:6 133:20
151:18 154:7,8

**signs** 61:13

**similar** 116:20 120:3,5,6

**simply** 141:15 152:12

**single** 23:17

**sir** 12:11 23:8 27:16 38:15
45:2 47:6 52:13 54:1,13,
25 55:1,4 56:11 57:18
64:18 67:13 73:7 82:4
93:6 103:18 106:6 109:15
119:17

**sit** 34:5 67:9 69:25 70:13
83:24 108:5

**sitting** 111:18 147:21,24
148:10 149:6,8 151:6

**situated** 138:10

**situation** 63:24 95:10 96:8
143:10,20

**six-month** 144:13 146:7

**size** 116:10 152:5

**SKC** 27:12 72:15,23 109:3
111:15,18 112:13

**Sklar** 8:12 9:13,14 13:17
14:1,11,15 15:15 16:13,
21 17:9,16,19 18:17 19:6,
20 20:3,8,15 21:24 26:7
27:14,21 28:1 30:14,17,
21,25 31:3,7,8,10,12,23
32:9,25 33:1,2 34:10,17
35:11,15 36:2,12,16,25
37:20 39:7,13 40:13 41:2,
20 42:1 43:2,12 44:2
45:4,11,12 48:4 49:9
57:13 59:12,15 60:18,23
61:1,4,9,13,18,21,25
62:6,10,13,15,17,21 63:9,
12,20 64:3,7,11,14,22,24
65:2,8,12 66:10,14,21,24
67:2,11,16 68:24 72:20



73:15 74:17 75:15 77:24
78:17 91:3,6 98:19,24,25
99:9 102:20,25 103:8
104:9 105:7,10,14,18
106:2,13,22 107:8,17
108:6 110:11,14,20 111:9
113:15 115:14,21,25
116:23 117:3,4,23 118:4,
9,20 119:9,24 120:13
121:13,21 122:19 123:5,
8,24,25 126:5,17 128:19,
24 129:4,7,9,13,24 130:5,
14,18,22,25 131:14,18
132:25 134:6,7 135:4,11,
14 147:4,21 152:10

**Sklar's** 15:4,13 18:15
21:14,21 26:14,25 63:6,
14,21 65:9 66:17 68:17,
23 77:19 90:14,24 91:13
103:22 104:18 105:4
111:2 112:9 117:14
120:18 122:12,16 123:4
124:14 133:15 135:7

**Sklarco** 8:13 18:7 23:16
26:2,3,4,8,9,10,25 28:4,5,
8,24 29:2,11,14 30:6,12
31:14 32:3,8 33:15,20,24
41:15,22 42:2,8,17,24
43:3,7,8,12,13,21,24,25
44:3,7,11,14,23 45:13,22
46:6,17 47:25 48:4 52:17,
20,21 53:15 54:19 57:10,
21 63:16,25 64:9 72:23
74:3,8,10 75:20 80:19,24
81:2,5,11,13,16,22 82:9,
24 83:7,9,19 84:2,4,8,17,
19 85:4,14,16,18 86:2,3,
5,17 91:5 97:23,25 98:7,
14 99:2,3,10 100:1
101:10 102:9,21,23
103:1,9,23 104:10,18,22
105:15,18 106:1 109:9
113:10,11,20,24 114:5,20
118:5 121:15,23 122:12,
16 129:7,13,14,17 131:15
142:16,21 143:5,20,23

144:1,18 146:21,24
147:2,4,7,15,18,20 148:8,
20,21 149:5,10,13,16,24
150:9,14,19 151:4,7,8,12
152:10,14

**Sklarco's** 64:5 84:22
85:21 91:1 126:3 142:18
143:17 147:24 150:15
151:3

**Sklarex** 64:8

**Sklarex's** 64:5

**small** 85:12 129:2 139:16

**Smith** 123:25

**snapshot** 145:4

**snippet** 148:6

**SOFA** 82:17 106:1 108:18
113:3

**sold** 59:22 61:1,4

**solely** 68:16

**sooner** 96:3

**sort** 20:10 26:18 54:21
70:19 105:13 110:25

**sorts** 133:5

**sound** 16:17,19 18:3

**sounds** 16:20 107:7
141:15

**source** 74:18 84:1,6,11,25
85:2,7,11 86:1 102:5

**sourced** 85:6

**sources** 16:3 84:11 143:8

**southeast** 138:25

**southwest** 139:1

**sp** 95:4

**spaces** 135:12

**speak** 24:3 36:16 37:9
56:5 89:6

**speaking** 17:6 19:25

21:10 29:13 68:23

**specific** 34:21,25 36:5
43:2 53:12 58:2 65:3
66:19 67:8,10 83:17
87:11,16,17,18,21 88:10,
11 89:8 92:2,19,22,24
93:2 134:1 141:23 148:13

**specifically** 32:11 33:8
65:4 69:20 90:12 93:12
113:4 138:7 139:8 141:20
146:23

**spend** 23:11 25:23

**spent** 91:25 133:14 135:3
144:15 145:8,10 146:12,
19

**spinning** 24:11

**spoke** 16:2 17:4,19 18:20

**spoken** 17:2,7

**spreadsheet** 71:19
150:12

**staff** 13:9 22:3,5,7 81:14
115:7

**standard** 8:3 105:13

**standpoint** 101:10

**stands** 26:19 32:22 72:20
134:15

**start** 23:7 92:13 113:14
152:14

**started** 78:18

**starts** 82:20

**state** 8:6

**stated** 9:23

**statement** 39:17 40:3
51:11 52:2 88:15,19
139:20

**statements** 50:3 51:9
55:19 130:17

**status** 77:7

LEXITAS

James Katchadurian                                                          s Index: step..Timberquest

**step** 34:17 36:12

**Stephen** 38:25 39:13

**stepped** 20:24 38:3

**steps** 13:25

**stocks** 119:2,7

**stop** 23:21

**Strago** 9:1 142:3

**Straighten** 140:9

**straightforward** 134:5

**strategy** 18:11

**Strausser** 20:6,8,15 22:4,
  14 34:11 38:11,18 40:8
  42:1 71:14,24 73:14
  75:13 115:8 123:23 124:1
  125:5,12,16 133:6,12,13

**Strausser's** 43:23

**strike** 74:15

**string** 71:1,3

**strong** 24:25

**struck** 111:25

**structure** 37:4,5,10,15

**sub-mandate** 76:25

**subaccount** 112:15

**Subject** 124:16,20

**subsequent** 57:8

**subsidiary** 101:10

**substance** 17:20

**substantive** 132:21,24

**Succession** 32:25 33:1

**sufficient** 146:6 149:15
  150:1,13

**suggesting** 96:10,14

**suggests** 19:11

**supervision** 131:17
  133:11

**supposed** 88:10,25 92:18
  97:12 136:2

**surprise** 117:14

**Suzuki** 8:19,20 128:4

**Swanson** 8:22

**switch** 86:7

**sworn** 10:3

**system** 131:10

---

### T

**Taggart** 8:17,18 89:17
  128:4,7,11,12 132:1
  134:3,12,14,16,19 135:16
  137:11,17 138:22 139:13
  140:6,7 141:24

**takes** 139:21

**taking** 43:18 51:18

**talk** 10:23 12:10 65:4
  136:25 137:1 144:17
  146:9 148:13 153:5

**talked** 34:9 40:4 49:14,15
  56:25 73:24 80:19 111:11
  121:1 125:1 128:18,19
  130:13 138:9 140:10
  147:13 153:12

**talking** 11:6 12:2 17:25
  19:23 30:1 31:25 51:11
  52:15 54:6 57:22 63:21
  77:23 82:7 103:11 144:18

**task** 20:11

**tasks** 135:4

**tax** 110:22 124:15

**TCP** 9:7,16

**team** 13:8,11,16 14:4
  19:7,21 20:4,11,23 21:2
  23:17 39:1 41:21 42:8
  43:5 68:21 102:12 112:3
  128:1,20 139:21 152:5

**Tech** 79:5,8

**technical** 14:22

**telling** 112:18 120:16

**ten** 117:18,24 151:22,24

**tending** 126:9

**terms** 14:6,7,18 23:10
  26:20 50:15 53:17 64:5
  75:24 104:13 129:20
  132:2,24 136:20 141:5,7
  146:2 150:21

**testified** 10:4 91:10
  128:19 129:21

**testimony** 44:19 66:13
  80:12 98:6 99:7 131:5,19
  132:8 135:17,22,23
  139:25 142:8,14 144:5,8
  147:14

**text** 15:17,18,21,22 16:1,
  7,9,13

**thing** 30:2 144:4

**things** 10:16 36:7 104:13
  128:16 133:5 151:8

**thinking** 24:1

**third-party** 15:3 32:1
  101:19 102:13 127:17
  134:9 140:14

**thought** 59:2 144:4,21

**THP** 53:24 54:6,10 58:19
  69:14,18,21 70:1,3,7,11,
  13,18 71:9,21 72:10
  73:17,20

**THP's** 53:25

**threshold** 88:2

**Thursday** 71:4

**tight** 95:25 97:7

**Tim** 8:22

**timber** 72:1

**Timberquest** 49:20

---



James Katchadurian                                                                    s Index: time..understood

**time** 8:2,3 11:4 12:1 17:4,
6 18:16 19:11 23:8,17
24:7,8 25:7,10 35:3 37:11
38:19 39:21 40:7 51:21,
24 60:22 68:22 69:2 72:9
73:7 74:12 76:3 82:15
86:8,12,15 87:13 91:23
93:13 110:22 111:24
112:6 115:1 117:6,15,17
120:7 123:9,10,13,16
126:19,20,21 131:14
133:14,20 134:9 135:1,2,
3 139:13,14 141:7 145:2,
4 146:13,14,18,21 147:5
148:9 154:15

**timely** 146:5 153:24

**timing** 89:11 115:24 146:4

**title** 40:13 43:3,23 47:20

**titles** 42:4

**today** 8:14 10:14 11:9,10
12:5 34:5 67:10 69:25
70:13 83:24 108:5 129:21
132:5

**Today's** 8:2

**Todd** 13:12 71:4,17 72:7

**told** 153:12,13,14

**tone** 110:25

**top** 27:24 31:15 40:2
66:18

**topic** 86:7 153:17

**totaling** 106:24

**totality** 89:6

**totally** 101:11

**totals** 107:25

**TPH** 70:9

**transactions** 132:13

**transfer** 54:21 111:13
113:21 147:11

**transferred** 74:19 114:20

127:14,16

**transfers** 113:15,16 114:7
124:16 147:6

**Transfers/payments**
113:11

**transition** 39:21

**transmission** 24:18

**Transport** 59:13,16 60:18,
23 61:1,4,13,19,21,25
62:6,10,13,15,17,21
64:24

**travel** 63:5,6,9,13 64:15,
23,25 66:9 67:9

**Treasury** 33:17

**treated** 97:25 99:6 139:1
147:11,15

**trend** 94:3

**trip** 68:1,16

**trips** 67:18

**Tristan** 38:13,14,17,22
39:12 40:4 41:25 94:14,
22,25 95:20 108:24
109:22

**Trout** 48:5,6

**true** 67:11

**trust** 26:4,6,11 27:1,13,17,
21 28:2,6,7 30:14,18,21,
25 31:3,8,12 32:10 33:3
48:4 49:9 52:18 57:13
59:3 73:1,3,5,12,15,16
74:11,17,18 75:15,16
89:6 91:13 98:22,24 99:4,
9 103:22,25 104:5,9,10,
14,18 107:17 108:7,14
111:9 112:15 113:15,16
114:1,7 125:2,3,13,14
129:21,22 135:7,12

**Trust's** 31:7

**Trust-owned** 98:25

**trusts** 22:1,20,21 23:9
25:13,17 26:14,17,22
32:22 50:1 54:22 56:15
73:11,23 74:2,3,5,20,23
75:10,15,17,21 90:15,24
104:3,8,19 113:22,25
114:4,21 125:1 129:20
130:4,9,17 131:22,25
132:3,17 133:3,15 134:7
135:5

**Tuesday** 115:17

**tunc** 35:21

**tune** 97:20

**turn** 37:3 79:14 96:25
123:18

**type** 87:2

**typically** 24:22 59:9,11
153:3

**typo** 55:16

---

## U

**Uh-huh** 30:16 47:12 57:4
145:14

**ultimate** 18:24 19:4,19
20:19 26:10

**ultimately** 16:8 102:5

**underlying** 56:17,20,22
99:4 110:25

**understand** 11:11,15
67:1,17 76:7 78:20 82:6
93:15 95:16 96:13 110:18
115:24 131:5 132:1
134:20 137:17 138:4
142:14 144:8 145:9 150:4
151:9 153:2,15

**understanding** 21:13,20
26:12 32:19 59:15 60:22
95:9 113:20 117:1 120:16
131:16 139:3

**understood** 35:2 64:18
139:25



James Katchadurian s Index: undertake..wrote

**undertake** 29:10 46:9 68:4,13 69:6 93:14 102:19 122:3

**undertaken** 15:18 26:23 30:20 31:6,11 32:2,18 33:6,11 48:14 52:23 58:23 59:8 62:8 65:5 78:4 81:10 84:9 90:22 95:14 97:4 121:20

**undertakes** 89:13

**undertook** 27:3 50:4,14 52:15 74:12

**uneven** 72:6

**unfairly** 69:11

**unfortunate** 11:4

**unified** 151:19

**unit** 87:1 135:25

**units** 138:11,25

**unlike** 142:19

**unrelated** 101:23

**Unsecured** 8:9 9:8 10:3, 12

**upper** 82:8,23

**uptick** 93:10,13

**usage** 67:15,19 68:6,8,10, 18 69:4,8,11

**utilize** 150:20

**utilizes** 135:14

**utilizing** 142:15

---

**V**

**valid** 78:13

**values** 49:5

**vantage** 43:19

**varied** 110:17

**varies** 56:16,20,21

**variety** 88:17

**varying** 132:12

**vehicles** 56:15

**vendor** 25:23 93:3 151:21, 25

**vendors** 89:11,15 93:8

**Ventures** 48:6

**verify** 121:18

**versa** 81:4 104:17

**versus** 65:11 110:23 111:20

**vice** 81:4 104:17

**view** 18:23 20:7

**virtue** 34:20 35:13

**volume** 24:17

**volumes** 140:17

**vote** 88:4,6

---

**W**

**waiting** 134:16

**wake** 96:19,20

**walk** 28:23 33:14 43:4 52:10 87:19

**walked** 41:24 43:4

**wanted** 128:16 142:6

**wasting** 24:7

**watch** 126:19

**Wednesday** 95:20 109:21

**well-by-well** 151:14

**wells** 137:25 140:18 142:11 148:18 151:22

**West** 8:21 20:21 29:14,17 30:8 33:17,18,21,23 48:10

**Westchester** 9:24

**whatsoever** 25:20

**wheels** 24:11

**Wifi** 24:23,24

**window** 145:7 146:8,13, 18 147:5

**wire** 109:2 151:7

**wires** 110:2,8

**wiring** 151:4

**withdrawals** 65:24

**withdrawn** 66:23

**word** 137:11

**words** 23:25 147:23

**work** 10:16 12:8 17:12,16 18:12 57:6 67:21 78:7 92:3,19 93:21 94:4 96:11 151:21

**working** 8:23 23:15 25:22, 25 26:8 29:6,7 63:22 64:2,4,8 68:14 69:1,3,7, 10 85:4 86:17,20,25 87:3, 7,11,14,20 88:1,3,5,9,13, 15,16,23 89:23 90:6 91:5, 11 92:1,15 93:18 96:18, 21 97:1,7 98:1,11,15,17, 19,23,25 99:1,3,12,22,23 100:1 101:2,3,7 127:18 136:4,8,11,17,21,25 137:25 138:3 140:19 141:17 142:20,22,23,24 143:1,2,4,6,9,21 144:23 145:23 146:4,10,24 147:6,15,24 149:10 152:4 153:22,23 154:6

**worth** 134:2 135:2

**written** 62:12 63:11 81:11 104:12

**wrong** 120:18 141:14

**wrote** 144:4

LEXITAS

## Y

**year**  95:15 106:2 114:11
  127:13

**years**  27:9 39:18 42:18
  59:2 71:20 75:8 90:25
  103:6,7 117:18,24 119:20
  123:7 147:2

**Yikes**  95:1

**York**  9:24

## Z

**Zoom**  10:16,18 11:5 24:20



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| | § | |
| SKLAR EXPLORATION COMPANY, | § | |
| LLC, *et al.*,[1] | § | Case No. 20-12377-EEB |
| | § | |
| | § | |
| Debtors. | § | (Jointly Administered) |

## *EX PARTE* MOTION FOR EXAMINATION OF DEBTORS PURSUANT TO
## FED. R. BANKR. P. 2004 AND LOCAL BANKR. R. 2004-1

The Official Committee of Unsecured Creditors (the "Committee") of Sklar Exploration Company, LLC, ("SEC"), appointed in the above-captioned, jointly-administered bankruptcy cases (the "Cases"), of SEC and Sklarco, LLC ("Sklarco", and collectively with SEC, the "Debtors"), files this *Ex Parte Motion for Examination of Debtors Pursuant to Fed. R. Bankr. P. 2004 and Local Bankr. R. 2004-1* (the "2004 Motion") and respectfully requests entry of an order authorizing the Committee to examine the Debtors' assets, liabilities, financial affairs, as well as its pre-petition operations, accounting methods, intercompany transactions, transfers and transactions with any insider, including with Howard Sklar or any insider connected to Howard Sklar.

## BACKGROUND

1. On April 1, 2020, each of the Debtors filed a voluntary petition under Chapter 11 of the Bankruptcy Code with this Court, and by order of this Court, their corresponding bankruptcy Cases are jointly administered under Chapter 11 Case No. 20-12377. [Dkt. No. 8].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

1

EXHIBIT 1

2.      On April 16, 2020, the undersigned counsel was retained by the Committee. Since the Committee's retention, the Committee has been in extensive discussion with counsel for the Debtors regarding, among other things, the use of cash collateral, plans of reorganization, and investigation of potential claims.

3.      The Committee has made informal document requests on counsel for the Debtors, and, although the Committee has received some information, the Committee has not yet received responsive documents to all of its requests, including potential transfers to insiders, pre-petition operations, accounting methods, transactions with Sklarco, transactions with Howard Sklar, and with any insider connected to Howard Sklar and the various trusts.

4.      Accordingly, the Committee respectfully requests authority to examine the Debtors with respect to the Debtors' prepetition operations, assets, and liabilities, intercompany transaction with both debtor and non-debtor affiliates, as well as any transactions with Howard Sklar, any insider connected to Howard Sklar, and the various trusts, and in conjunction with the same, serve the request for documents substantially in the form attached hereto as **Exhibit A**.

**BASIS FOR RELIEF**

5.      Federal Rule of Bankruptcy Procedure 2004 and Local Rule of Bankruptcy Procedure 2004-1 permit the examination of any entity with respect to "discovering assets examining transactions, and determining whether wrongdoing has occurred." Fed. R. Bankr. P. 2004; L.R.B.P. 2004-1. "The purpose of a Rule 2004 examination is to determine the condition, extent, and location of the debtor's estate in order to maximize distribution to unsecured creditors." *In re Lufkin*, 255 B.R. 204, 208 (Bankr. E.D. Tenn. 2000).

6.      A party in interest therefore "may use Rule 2004 to determine the nature and extent of a bankruptcy estate and to ascertain whether wrongdoing has occurred." *In re Hilsen*, 2008 WL 2945996, at *4 (Bankr. S.D.N.Y. Jul. 25, 2008); *In re Recoton Corp.*, 307 B.R. 751, 755 (Bankr.

2

EXHIBIT 1

S.D.N.Y. 2004) ("The purpose of a Rule 2004 examination is to assist a party in interest in determining the nature and extent of the bankruptcy estate, revealing assets, examining transactions and assessing whether wrongdoing has occurred."). "Any third party who has a relationship with a debtor may be made subject to a Rule 2004 investigation." *In re Recoton Corp.*, 307 B.R. 751, 755 (Bankr. S.D.N.Y. 2004).

7. The scope of a Rule 2004 examination is "extremely broad," and has even been likened by some courts to a "lawful 'fishing expedition.'" *Id.* (*quoting Bank One, Columbus, N.A. v. Hammond (In re Hammond)*, 140 B.R. 197, 201 (S.D. Ohio 1992)). "The scope of a [ ] Rule 2004 examination is 'unfettered and broad.' Its purpose is to facilitate the discovery of assets and the unearthing of frauds and has been likened to a quick 'fishing expedition' into general matters and issues regarding the administration of the bankruptcy case." *In re Bakalis*, 199 B.R. 443, 447 (Bankr. E.D.N.Y. 1996) (quoting *In re GHR Energy Corp.*, 33 B.R. 451, 453 (Bankr. D. Mass. 1983). The standard for granting a Rule 2004 examination is whether the movant has established "good cause." *In re Hammond*, 140 B.R. 197, 201 (S.D. Ohio 1992).

8. Rule 2004 examinations are an appropriate tool for investigating fraudulent transfer claims in particular. *See Rhodes v. Litig. Trust of the Rhodes Cos., LLC (In re Rhodes Cos., LLC)*, 475 B.R. 733 (D. Nev. 2012) ("the subpoenas were an appropriate method of investigating potential fraudulent transfer claims"); *Kirschner v. Agoglia (In re Refco Inc.)*, 461 B.R. 181, 187 (Bankr. S.D.N.Y. 2011) (listing rule 2004 as one of the "several sections of the Bankruptcy Code … [that] govern the trustee or debtor in possession's unique role in investigating … fraudulent transfer claims ….").

## **RESERVATION OF RIGHTS**

9. The Committee reserves the right to seek additional discovery as appropriate.

3

EXHIBIT 1

## PRAYER

10.     For the reasons set forth herein, the Committee respectfully requests that this Court

enter an order authorizing the production of documents identified in Exhibit A and the examination

of the Debtors on the requested documents and issues raised therein and related to this case on no

less than 14 days-notice.


Respectfully submitted this 1st day of October, 2020

**MUNSCH HARDT KOPF & HARR, P.C.**

By:   */s/ Christopher D. Johnson*  _____
Christopher D. Johnson
Texas Bar No. 24012913
John D. Cornwell
Texas Bar No. 24050450
Grant M. Beiner
Texas Bar No. 24116090
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone: (713) 222-1470
Facsimile: (713) 222-1475
cjohnson@munsch.com
jcornwell@munsch.com
gbeiner@munsch.com

**COUNSEL FOR
THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by
electronic transmission to all registered ECF users appearing in the case on October 1, 2020.

 */s/ Grant M. Beiner*  _____
Grant M. Beiner

EXHIBIT 1

**EXHIBIT A**

5

EXHIBIT 1

## <u>DEFINITIONS</u>

1.     The terms "all," "any," and "each" shall each be construed as encompassing any and all.

2.     The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

3.     The term "Bankruptcy Code" means title 11 of the United States Code, 11 U.S.C. §§ 101 et seq.

4.     The term "Document" or "Documents" has the meaning ascribed to it in Rule 34 of the Federal Rules of Civil Procedure, as incorporated by Rule 7034 and 9014 of the Bankruptcy Rules, as applicable, or meeting the definition of "writings and recordings" set forth in Rule 1001 of the Federal Rules of Evidence, and includes each and every form of communication and includes without limitation all written, printed, typed, recorded, or graphic matter of any kind, type, nature, or description, in whatever form (e.g., final and draft versions) that is or has been in Your actual or constructive possession, custody, or control, including, but not limited to, all printed and electronic copies of electronic mail, notes, correspondence, memoranda, tapes, stenographic or handwritten notes, written forms of any kind, charts, blueprints, drawings, sketches, graphs, plans, articles, specifications, diaries, letters, telegrams, photographs, minutes, contracts, agreements, reports, surveys, computer printouts, data compilations of any kind, teletypes, telexes, facsimiles, invoices, order forms, checks, drafts, statements, credit memos, reports, summaries, books, ledgers, notebooks, schedules, transparencies, recordings, catalogs, advertisements, promotional materials, films, video tapes, audio tapes, brochures, pamphlets, or any written or recorded materials of any other kind, however stored (whether in tangible or electronic form), recorded, produced, or reproduced, including backup tapes. The term "document" shall include not only

6

EXHIBIT 1

originals, but also any copies or reproductions of all such written, printed, typed, recorded or graphic matter upon which any notations, comments, or markings of any kind have been made that do not appear on the original documents or that are otherwise not identical to the original documents. Any document with marks such as initials, comments or notations of any kind is not deemed to be identical to one without such marks and is to be produced as a separate document.

5. The term "Communication" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise) in any manner or means whatsoever.

6. The term "Concerning" means relating to, referring to, describing, evidencing, or constituting.

7. The term "Electronically Stored Information" or "ESI" means the following: (i) information that is generated, received, processed and recorded electronically, including electronic mail, instant messages or any other electronic messages, word-processing documents, spreadsheets, database files, charts, graphs, outlines and images; (ii) voicemail, audio recordings, video recordings, or any multimedia files; (iii) any storage path names identifying the electronic location of ESI; (iv) any containers and labels appended to, or relating to, any physical storage device associated with each original or copy of all ESI requested herein. ESI includes all such information regardless of the location where it is stored, included, without limitation: (a) any stationary or portable computer or network drives, hard disks, floppy disks, optical discs or drives, flash memory drives, magnetic tape, microfiche, copy machine memory, PDA, BlackBerry, iPhone, Palm Pilot, Android or other smart phone, or similar devices or on any other media used for data storage or transmittal; and (b) any remotely maintained and accessed repositories, such as internet email, websites, "cloud-based" storage or any other off-site data storage facility.

EXHIBIT 1

8. The term "identify" (with respect to persons) means to give, to the extent known, the person's full name, present or last known address, and additionally, when referring to a natural person, the present or last known place of employment. Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

9. The term "identify" (with respect to documents) means to give, to the extent known, the (i) type of document; (ii) general subject matter; (iii) date of the document; and (iv) author(s), addressee(s) and recipient(s). In the alternative, the responding party may produce the documents, together with identifying information sufficient to satisfy Federal Rule of Civil Procedure 33(d).

10. The term "includes" or "including" means "includes, but not limited to" or "including, but not limited to."

11. The term "Person" means any natural person or any legal entity, including, without limitation, any business or governmental entity or association.

12. The term "Petition Date" means April 1, 2020

13. The term "SEC" means Sklar Exploration Company, LLC

14. The term "Sklarco" means Sklarco, LLC

15. The Term "Sklar Trust" means Howard Sklar Trust, Alan Sklar Trust, Maren Sklar Trust, Jacob Sklar Trust, and any other trust known or unknown, receiving or benefiting directly or indirectly from Howard Sklar, SEC, Sklarco, or any affiliates of the same or related thereto.

16. The term "Related Persons" means, collectively, whether past or present, all such Person's officers, directors, agents, servants, employees, affiliates, accountants, consultants, and attorneys, all other Persons acting or purporting to act on its behalf, and every entity that is owned, controlled, operated by, or that is under common ownership, control or operation with such person.

8

EXHIBIT 1

17.     The term "Schedules of Assets and Liabilities" refers to the schedules of assets and liabilities that debtors are required to file under section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

18.     The term "Statements of Financial Affairs" refers to the statements of financial affairs that debtors are required to file under section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

19.     The terms "You" and "Your," regardless of capitalization, refer to the Debtors and their Related Persons.

20.     The use of the singular form of any word includes the plural and vice versa.

21.     Terms defined herein retain their definition regardless of capitalization.

## **<u>INSTRUCTIONS</u>**

1.     In responding to these requests for production, you shall produce all responsive documents that are in your possession, custody, or control or in the possession, custody, or control of your predecessors, successors, parents, subsidiaries, divisions, or affiliates, or any of your respective directors, officers, managing agents, agents, employees, attorneys, accountants, financial advisors, restructuring advisors or other representatives. A document shall be deemed to be within your control if you have the right to secure the document or a copy of the document from another person having possession or custody of the document.

2.     Unless otherwise specified in any Request, You shall produce responsive documents and communications dated April 1, 2016 to the present (and continuing beyond the date of these Requests per Your responsibility to supplement responses hereto).

3.     If You object to any Request, state the objection in the manner prescribed by the Federal Rules of Civil Procedure, but nevertheless answer the Request subject to the objection that You have stated.

9

EXHIBIT 1

4.      If you are unable to answer any request for production in full, after exercising due diligence to secure the requested information, so state, and explain why the request for production cannot be answered in full.

5.      These Requests are continuing in nature. Accordingly, to the extent You cannot now answer a Request because documents responsive to such Request do not yet exist, You must supplement Your responses to these Requests when such documents exist. Supplemental answers are to be served as soon as reasonably possible after receipt of such information.

6.      The documents requested include all attachments and enclosures. If any portion of a document is responsive to a request, produce the entire document, including all attachments, enclosures, "post-it" – type notes, and any other matter physically attached to the document, whether by paper clip or any other manner. If documents responsive to this request are normally kept in a file or folder, also produce that file or folder with any labels attached thereto and indicate the company, division, department, and/or individual from whose files the document is being produced. If responsive documents are segregated or separated from other documents, whether by inclusion in binders, files, sub-files, or by use of dividers, tabs or any other method, produce such documents in that form.

7.      If any document is currently not available and is in the possession of another party, provide the name and address of the person or persons from whom the document may be obtained.

8.      If any document which forms a part of or the entire basis for any response to this request has been destroyed or lost, for each such document state when it was destroyed or lost, identify the person who destroyed or lost the document, and the person who directed that it be destroyed. In addition, detail the reasons for the destruction, describe the nature of the document,

10

EXHIBIT 1

identify the person(s) who created, sent and received the document, state the date of the document, and state in as much detail as possible the contents of the document.

9.      Pursuant to Rule 34(b)(2)(E) of the Federal Rules of Civil Procedure, the Petitioning Creditors should produce responsive documents as they have been kept in the usual course of business or shall organize and label them to correspond to the enumerated requests of this demand. If there are no documents responsive to any particular category, you shall so state in writing. Documents that, in their original condition, were stapled, clipped, or otherwise fastened together shall be produced in such form.

10.      If any requested documents are maintained in digital, electronic, and/or imaged form, production of a copy of the electronically stored information ("ESI") in digital, electronic, and/or imaged form is hereby requested, along with any information needed to access, search or sort electronic data or documents.

11.      ESI, e-mails and hard copy produced pursuant to this request shall be produced in single page tiff format with an opt.image cross reference file and a delimited database load file (i.e., dat) that contains the metadata fields identified.

12.      Excel files should be produced in native format with a slip-sheet and a corresponding native file named according to the bates number it has been assigned.

13.      If you have reason to believe there are responsive e-mails created during this period that have not been retained, state the name and address of the e-mail provider (e.g., Microsoft, Yahoo!, Thunderbird, Gmail, Bloomberg or AOL) or program used by you during the period and what efforts you have made to retrieve the requested information.

14.      Unless otherwise agreed to between You and the Committee, if You contend that any Request calls for any information that is subject to the attorney-client privilege, work-product

EXHIBIT 1

protection, or any other legal privilege or protection, identify the nature of the privilege which is

being claimed and provide in writing at the time of Your response the following information:

> a. For documents: (i) the type of document, e.g., letter or memorandum; (ii) the general subject matter of the document; (iii) the date of the document; and (iv) the author of the document, the addressees of the document, and any other recipients, and, where not apparent, the relationship of the author, addressees, and recipients to each other;

> b. For oral communications: (i) the name of the person making the communication and the names of persons present while the communication was made and, where not apparent, the relationship of the persons present to the person making the communication; (ii) the date and place of communication; and (iii) the general subject matter of the communication

12

EXHIBIT 1

# REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1**:  Copies of all Documents evidencing any transactions made by either of the Debtors to, for, or on behalf of the Howard Sklar Trust, including payments to or from outside investments, payments made for the benefit of the Howard Sklar Trust outside of ordinary operating and Joint Interest Billing Expenses, and distributions or other compensation.

**REQUEST FOR PRODUCTION NO. 2:** Copies of all Documents evidencing any transactions made by either of the Debtors to, for, or on behalf of the Jacob Sklar Trust, including payments to or from outside investments, payments made for the benefit of the Jacob Sklar Trust outside of ordinary operating and Joint Interest Billing Expenses, and distributions or other compensation.

**REQUEST FOR PRODUCTION NO. 3:** Copies of all Documents evidencing any transactions made by either of the to, for, or on behalf of the Alan Sklar Trust, including payments to or from outside investments, payments made for the benefit of the Alan Sklar Trust outside of ordinary operating and Joint Interest Billing Expenses, and distributions or other compensation from either Debtor.

**REQUEST FOR PRODUCTION NO. 4:** Copies of all Documents evidencing any transactions made by either of the Debtor to, for, or on behalf of the Miriam Sklar Trust, including payments made for the benefit of the Miriam Sklar Trust outside of ordinary operating and Joint Interest Billing Expenses, and distributions or other compensation from either Debtor.

**REQUEST FOR PRODUCTION NO. 5:** Copies of all Documents evidencing any transactions made by either of the Debtors to, for, or on behalf of Sklar Transportation, LLC, including payments and distributions or other compensation.

**REQUEST FOR PRODUCTION NO. 6:** Copies of all Documents evidencing any transactions made by the either of the Debtors, to, for, or on behalf of Flexjet.

**REQUEST FOR PRODUCTION NO. 7:** Copies of all Documents evidencing any transactions made by the either of the Debtors, to, for, or on behalf of THP Partner II, LP, including distributions to either of the Debtors from THP Partners.

**REQUEST FOR PRODUCTION NO. 8:** Copies of all Documents evidencing any transactions made by the either of the Debtors, to, for, or on behalf of Maevlo Production LP.

**REQUEST FOR PRODUCTION NO. 9**: Copies of all Documents relating to direct or indirect ownership or interest of any Debtor, affiliate or other entity of the following:

    (i)     Sklar Transport, LLC

    (ii)    THP Partners II, LP

    (iii)   Maevlo Production LP

4836-5497-6971v.5

EXHIBIT 1

**REQUEST FOR PRODUCTION NO. 11**:  Copies of all Documents and correspondence evidencing financial agreements, contracts, or other  transactions between the Debtors outside of general well operations, Joint Operating Agreements, Unit Participation Agreements, and similar agreements.

**REQUEST FOR PRODUCTION NO. 12**: Copies of all Documents and correspondence between either of the Debtors and East West Bank relating to Debtors' default under the East West Bank loan.

**REQUEST FOR PRODUCTION NO. 13**: Copies of all Documents evidencing any transactions between either of the Debtors and Howard Sklar, including  payments for the benefits of Howard Sklar outside of ordinary operating and Joint Interest Billing Expenses, and distributions or other compensation from either Debtor to, for, or on behalf of Howard Sklar.

**REQUEST FOR PRODUCTION NO. 14**: Copies of all Documents evidencing any transactions with the Debtors including payments and distributions or other compensation to, for, or on behalf of any of Howard Sklar's automobile racing interests.

**REQUEST FOR PRODUCTION NO. 15**: Copies of all Documents evidencing outside investments held by SEC and Sklarco, including, but not limited to, the nature, amount, and nature of ownership of such investments, and distributions from such investments for the four years prior to the Petition Date.

14

EXHIBIT 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | § |
| | §    Chapter 11 |
| | § |
| SKLAR EXPLORATION COMPANY, | § |
| LLC, *et al.*,[2] | §    Case No. 20-12377-EEB |
| | § |
| | § |
| Debtors. | §    (Jointly Administered) |

## ORDER GRANTING EX PARTE MOTION FOR EXAMINATION OF DEBTORS PURSUANT TO FED. R. BANKR. P. 2004 AND LOCAL BANKR. R. 2004-1

Having considered the Ex Parte Motion for Examination of Debtors (the "2004 Motion")

filed by the Official Committee of Unsecured Creditors (the "Committee") and the record of the

case, and pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule

2004-1, and having found good and just cause shown for the relief requested in the 2004 Motion,

the Court

HEREBY ORDERS that the Committee's 2004 Motion is GRANTED; and it is further

ORDERED that the Committee is authorized to serve the requests identified on Exhibit A

to the 2004 Motion pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule of

Bankruptcy Procedure 2004-1 and the Debtors are ordered to comply with the same no later than

October 20, 2020; and it is further

ORDERED that the Committee is authorized to examine the Debtors pursuant to Federal

Rule of Bankruptcy Procedure 2004 and Local Rule of Bankruptcy Procedure 2004-1 with respect

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

15

EXHIBIT 1

to the documents identified on Exhibit A to the Rule 2004 Motion and issues raised therein and related to this case at a date no earlier than seven (7) days from the date of production of documents.

Dated this _____ day of _____, 2020

BY THE COURT:

_____
Elizabeth E. Brown
United States Bankruptcy Judge

4836-5497-6971v.5

EXHIBIT 1

(COB 245 vo2004Exam)(02/11)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado ,
HONORABLE Elizabeth E. Brown

In re:

      Sklar Exploration Company, LLC
      Sklarco, LLC

Debtor(s)

| | |
|---|---|
| Case No.: | 20–12377–EEB |
| Chapter: | 11 |

## ORDER GRANTING MOTION FOR 2004 EXAMINATION

On October 2, 2020 , The Official Committee of Unsecured Creditors ("Movant") filed a motion for examination under Rule 2004 ("Motion"). This court, having considered the Motion, hereby

ORDERS that the Movant is authorized to conduct an examination of Corporate Representatives pursuant to Fed.R.Bankr.P 2004 and L.B.R. 2004–1; and

FURTHER ORDERS that Movant may compel the attendance of witnesses and production of documents in the manner prescribed by Fed.R.BankrP. 2004(c) and 9016.

Dated:  10/6/20

                                BY THE COURT:
                                s/ Elizabeth E. Brown
                                United States Bankruptcy Judge

# EXHIBIT 1.1

**Fill in this information to identify the case:**

Debtor name **Sklar Exploration Company, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **20-12377-EEB**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**    Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Sklarco, LLC | 5395 Pearl Parkway Suite 200 Boulder, CO 80301 | East West Bank Treasury Department | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.2 | Alan Sklar Trust | 5395 Pearl Parkway Suite 200 Boulder, CO 80301 | Howard F. Sklar Trust | ☐ D ____ ☐ E/F ____ ■ G __2.7__ |
| 2.3 | Jacob Sklar Trust | 5395 Pearl Parkway Suite 200 Boulder, CO 80301 | Howard F. Sklar Trust | ☐ D ____ ☐ E/F ____ ■ G __2.7__ |
| 2.4 | Miriam Sklar, LLC | | Howard F. Sklar Trust | ☐ D ____ ☐ E/F ____ ■ G __2.7__ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 2

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.5 | **Sklarco, LLC**  277 Pearl Parkway Suite 200 Boulder, CO 80301 | **5395 Pearl Parkway, LLC** | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.6 | **Sklarco, LLC**  5395 Pearl Parkway Suite 200 Boulder, CO 80301 | **Howard F. Sklar Trust** | ☐ D ____ ☐ E/F ____ ■ G __2.7__ |
| 2.7 | **Succession of Miriam Mandel Sklar** | **Howard F. Sklar Trust** | ☐ D ____ ☐ E/F ____ ■ G __2.7__ |

Note: In row 2.5 the address reads "5395 Pearl Parkway Suite 200 Boulder, CO 80301"

EXHIBIT 2

**Fill in this information to identify the case:**

Debtor name **Sklarco, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ☐ Operating a business<br>■ Other **Revenue from Interests** | **$1,909,873.37** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>☐ Other **Revenue from Interests** | **$15,780,254.00** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other **Revenue from Interests** | **$19,022,035.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

EXHIBIT 3

Debtor  **Sklarco, LLC**                                                                 Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Bruce Howard** | 01/22/2020 1,225.00 02/27/2020 8,900.00 03/25/2020 1,600.00 | $11,725.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. **Cecil Earl Moran as Trustee of GST** | 1/10/20 | $22,700.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. **Maevlo Production LP** | 1/2/20 - $65,000 1/30/20 - $60,000 | $125,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. **Par Minerals Corporation** 701 Texas Street Shreveport, LA 71101 | 01/22/2020 15,518.54 02/07/2020 12,525.00 02/20/2020 22,949.76 | $47,993.30 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. **Pruet Production Co** PO Box 11407 Birmingham, AL 35246-1129 | 01/22/2020 1,219.02 01/30/2020 42,519.24 | $43,738.26 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

---

EXHIBIT 3

Debtor   Sklarco, LLC                                                          Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Sklar Exploration, LLC 5395 Pearl Parkway Suite 200 Boulder, CO 80301 Related Entity/Operating Entity** | **06/27/2019 320,000.00 Sklar Exploration Co., L.L.C. 09/24/2019 300,000.00 Sklar Exploration Co., L.L.C. 09/25/2019 10,000.00 Sklar Exploration Co., L.L.C. 11/05/2019 20,000.00 Sklar Exploration Co., L.L.C. 01/16/2020 160,000.00 Sklar Exploration Co., L.L.C.** | **$810,000.00** | **Transfer of Funds to Operating Entity to be Used in Ongoing Operations** |

5.  **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

EXHIBIT 3

Debtor  **Sklarco, LLC**                                                    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **NOTICE OF VIOLATION CONCERNING CASTLEBERRY FIELD AREA 1, FACILTIY NO. 103-0021 AND CASTLEBERRY FIELD AREA 2, FACILITY NO. 103-0026** | **Alleged violation of air permits issued by the Alabama Dept. of Environmental Management due to leaking pressure relief safety valves on well production equipment** | **Alabama Department of Environmental Management 1400 Coliseum Blvd. Montgomery, AL 36130** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Petition for Refund of Severance Taxes** | **Petition by Sklar Exploration Company and Sklarco for the refund of $493,777.91 in excess oil and gas severance taxes paid to the Alabama Department of Revenue concerning the Fishpond Oil Unit in Escambia County, Alabama.** | **Alabama Department of Revenue Business and License Tax Division Severance and License Section P.O. Box 327550 Montgomery, AL 36132** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **BHP BILLITON PETROLEUM PROPERTIES (N.A.), L.P. ET AL. V. EARNEST H. TURNER, III, ET AL Docket No. 145651** | **Concursus proceeding concerning dispute over ownership of minerals along the Red River, Bossier Parish, Louisiana.** | **26th Judicial District Court Bossier Parish Louisiana** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **KHCD PROPERTIES, LLC, ET AL., V. BPX PROPERTIES (N.A.), L.P., ET AL. Docket No. C-1609212** | **Dispute over mineral ownership in tracts along the Red River, Bossier Parish, Louisiana.** | **26th Judicial District Court Bossier Parish Louisiana** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **SWEPI, LP AND ENCANA OIL & GAS (USA) INC. V. M&M ALMOND, LLC, ET AL Docket No. 611710** | **Dispute over ownership of minerals in Coushatta Bayou, Red River Parish, Louisiana.** | **19th Judicial District Court East Baton Rouge Parish Louisiana** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 3

Debtor  **Sklarco, LLC**                                    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **LISBON UNITED METHODIST CHURCH, ET AL., V. KINDER MORGAN, INC., ET AL.**<br>Docket No. 40301 | **Pollution and contamination suit (legacy lawsuit) concerning certain lands located in Claiborne Parish, Louisiana.** | 2nd Judicial District Court<br>Claiborne Parish<br>Louisiana | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

EXHIBIT 3

Debtor  **Sklarco, LLC**                                  Case number *(if known)* _____

---

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**  **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:**  **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**  **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

  **Social Security Numbers and Tax ID Numbers**

  Does the debtor have a privacy policy about that information?
  ☐ No
  ■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 3

| Debtor | Sklarco, LLC | Case number *(if known)* | |
|---|---|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Howard F. Sklar Trust<br>5395 Pearl Parkway, Suite 200<br>Boulder, CO 80301 | | Debtor is holding legal title to the following business interests:<br>Fugasity Co.<br>21/16 Commerce Park LP<br>Trout Creek Ventures<br>LTP Opportunity Fund, LP<br>West Arcadia Pipeline<br>1908 Brand Bylaws<br><br>Debtor is agent nominee; equitable and benefial interests are owned exclusively by the Howard Sklar Trust | $803,072.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 3

Debtor **Sklarco, LLC** _____ Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Howard F. Sklar Trust**<br>**5395 Pearl Parkway**<br>**Suite 200**<br>**Boulder, CO 80301** | **Debtor's East West Bank Account** | **Debtor is holding approximately $200,000 as payment from Trout Creek Ventures; funds are owned exclusively by Howard F. Sklar Trust** | **$233,000.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Jacob Sklar Grantor Trust**<br>**5395 Pearl Parkway**<br>**Suite 200**<br>**Boulder, CO 80301** | | **Debtor is holding legal title to the following business interests:**<br>**Fugasity Co.**<br>**LTP Opportunity Fund, LP**<br>**1908 Brand Bylaws**<br>**Bolders on Fern**<br>**LTP Timberquest Fund, LP**<br><br>**Debtor is agent nominee; equitable and benefial interests are owned exclusively by the Jacob Sklar Grantor Trust** | **$353,419.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Alan Sklar Grantor Trust**<br>**5395 Pearl Parkway, Suite 200**<br>**Boulder, CO 80301** | | **Debtor is holding legal title to the following business interests:**<br>**Fugasity Co.**<br>**LTP Opportunity Fund, LP**<br>**1908 Brand Bylaws**<br>**Bolders on Fern**<br>**LTP Timberquest Fund, LP**<br><br>**Debtor is agent nominee; equitable and benefial interests are owned exclusively by the Alan Sklar Grantor Trust** | **$353,419.40** |

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No.
☑ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

EXHIBIT 3

Debtor   Sklarco, LLC _____   Case number *(if known)* _____

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Lisbon United Methodist Church, et al., v. Kinder Morgan, Inc., et al.<br>Docket No. 40301 | 2nd Judicial District Court,<br>Claiborne Parish, Louisiana | Pollution and contamination suit (legacy lawsuit) concerning certain lands located in Claiborne Parish, Louisiana. | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   Maevlo Production LP<br>7495 S. Gartrell Rd<br>Aurora, CO 80016 | | EIN:   84-3282799<br><br>From-To |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   Exigent Information Solutions, LLC<br>8310 South Valley Highway, Suite 300<br>Englewood, CO 80112 | March 2020-Current |
| 26a.2.   Plant Moran<br>8181 East Tufts Avenue, Suite 600<br>Denver, CO 80237 | 2018-Current |
| 26a.3.   EKS&H<br>8181 East Tufts Avenue, Suite 600<br>Denver, CO 80237 | 2018 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

EXHIBIT 3

Debtor **Sklarco, LLC** _____     Case number *(if known)* _____

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Exigent Information Solutions, LLC** **8310 South Valley Highway, Suite 300** **Englewood, CO 80112** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **EKS&H** **8181 East Tufts Avenue, Suite 600** **Denver, CO 80237** | **Acquired by Plant Moran** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3. **Plant Moran** **8181 East Tufts Avenue, Suite 600** **Denver, CO 80237** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Exigent Information Solutions, LLC** **8310 South Valley Highway, Suite 300** **Englewood, CO 80112** | |
| 26c.2. **EKS&H** **8181 East Tufts Avenue, Suite 600** **Denver, CO 80237** | |
| 26c.3. **Plant Moran** **8181 East Tufts Avenue, Suite 600** **Denver, CO 80237** | |
| 26c.4. **Sklarco, LLC** **5395 Pearl Parkway** **Suite 200** **Boulder, CO 80301** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **C&J Energy Services** **3990 Rogerdale** **Houston, TX 77042** |
| 26d.2. **East West Bank Treasury Department** **135 N. Los Robles Ave, Ste 600** **Pasadena, CA 91101** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

---

EXHIBIT 3

Debtor  **Sklarco, LLC**                                                      Case number *(if known)*  _____

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Howard F. Sklar Trust** | **5395 Pearl Parkway Suite 200 Boulder, CO 80301** | **Equity Holder** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Howard F. Sklar, Individually** | **5395 Pearl Parkway Suite 200 Boulder, CO 80301** | **Manager** | **0%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Howard F. Sklar 5395 Pearl Parkway Suite 200 Boulder, CO 80301** | **$357,654.00** | **See Attached** | **Distributions** |
| | **Relationship to debtor Manager** | | | |
| 30.2. | **Howard F. Sklar Trust 5395 Pearl Parkway Suite 200 Boulder, CO 80301** | **$1,626,200.00** | **See Attached** | **Distributions** |
| | **Relationship to debtor Equity Holder** | | | |
| 30.3. | **Alan Sklar Grantor Trust 5395 Pearl Parkway, Suite 200 Boulder, CO 80301** | **$339,278.75** | **See Attached** | |
| | **Relationship to debtor Non-Statutory Insider** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

EXHIBIT 3

Debtor  **Sklarco, LLC** _____  Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | **Maren Trust** | **$3,000** | **July 15, 2019** | |
| | Relationship to debtor<br>**Non-Statutory Insider** | | | |
| 30.5. | **Miriam Sklar, LLC** | **$1,502.23** | **2/21/20** | |
| | Relationship to debtor<br>**Statutory Insider** | | | |
| 30.6. | **Jacob Sklar Grantor Trust**<br>**5395 Pearl Parkway**<br>**Suite 200**<br>**Boulder, CO 80301** | **$320,312.47** | **See Attached** | |
| | Relationship to debtor<br>**Statutory Insider** | | | |
| 30.7. | **Succession of Miriam Mandel**<br>**Sklar** | **12/12/2019  8,680.00**<br>**01/13/2020  16,000.00** | | |
| | Relationship to debtor<br>**Statutory Insider** | | | |
| 30.8. | **JJS Working Interests, LLC** | **09/30/2019  1,791.77**<br>**10/31/2019  1,476.06** | | |
| | Relationship to debtor<br>**Statutory Insider** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

EXHIBIT 3

Debtor  **Sklarco, LLC**                                                Case number *(if known)* _____

---

**Signature and Declaration**

      **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

      I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 17, 2020**

**/s/ Howard Sklar**                                    **Howard Sklar**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
�■ No
☐ Yes

EXHIBIT 3

Sklarco, LLC
Payments to Insiders in Year Prior to Filing

| Date | Amount | Payee | Notes† |
|------|--------|-------|--------|
| 08/22/2019 | 24,311.19 | Alan Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 08/31/2019 | 15,832.62 | ALAN Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 09/30/2019 | 11,290.42 | ALAN Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 11/30/2019 | 13,635.99 | ALAN Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 12/31/2019 | 8,446.28 | ALAN Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 01/31/2020 | 5,585.06 | ALAN Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 02/29/2020 | 17,366.00 | ALAN Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 04/25/2019 | 66,741.97 | Alan Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 05/22/2019 | 37,546.69 | Alan Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 07/11/2019 | 38,310.19 | Alan Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 08/20/2019 | 50,375.09 | Alan Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 10/21/2019 | 1,620.75 | Alan Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 11/13/2019 | 26,967.00 | Alan Trust | Payment of Investment Income; Debtor is agent nominee for investments |

EXHIBIT 3

Sklarco, LLC

Payments to Insiders in Year Prior to Filing

| Date | Amount | Payee | Notest |
|------|--------|-------|--------|
| 01/23/2020 | 21,249.50 | Alan Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| **Total** | **339,278.75** | | |
| 07/24/2019 | 130,000.00 | Howard F. Sklar Personal | Salary/Distributions |
| 07/24/2019 | 67,654.00 | Howard F. Sklar Personal | Salary/Distributions |
| 07/05/2019 | 30,000.00 | Howard F. Sklar Personal | Salary/Distributions |
| 06/20/2019 | 130,000.00 | Howard Sklar | Salary/Distributions |
| **Total** | **357,654.00** | | |
| 04/01/2019 | 130,000.00 | Howard Trust | Salary/Distributions |
| 04/26/2019 | 40,000.00 | Howard Trust | Salary/Distributions |
| 05/01/2019 | 225,000.00 | Howard Trust | Salary/Distributions |
| 05/24/2019 | 130,000.00 | Howard Trust | Salary/Distributions |
| 07/09/2019 | 50,000.00 | Howard Trust | Salary/Distributions |
| 07/03/2019 | 30,000.00 | Howard Trust | Salary/Distributions |
| 08/22/2019 | 130,000.00 | Howard Trust | Salary/Distributions |
| 08/29/2019 | 10,000.00 | Howard Trust | Salary/Distributions |
| 09/03/2019 | 200,000.00 | Howard Trust | Salary/Distributions |
| 09/10/2019 | 30,000.00 | Howard Trust | Salary/Distributions |
| 10/02/2019 | 190,000.00 | Howard Trust | Salary/Distributions |
| 10/29/2019 | 11,200.00 | Howard Trust | Salary/Distributions |
| 11/01/2019 | 100,000.00 | Howard Trust | Salary/Distributions |
| 11/27/2019 | 20,000.00 | Howard Trust | Salary/Distributions |
| 12/04/2019 | 180,000.00 | Howard Trust | Salary/Distributions |
| 12/31/2019 | 25,000.00 | Howard Trust | Salary/Distributions |
| 01/03/2020 | 125,000.00 | Howard Trust | Salary/Distributions |
| **Total** | **1,626,200.00** | | |

EXHIBIT 3

Sklarco, LLC
Payments to Insiders in Year Prior to Filing

| Date | Amount | Payee | Notest |
|---|---|---|---|
| 08/31/2019 | 13,727.97 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 09/30/2019 | 11,943.48 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 11/30/2019 | 10,091.25 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 12/31/2019 | 6,078.50 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 01/31/2020 | 3,393.38 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 02/29/2020 | 14,089.60 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 04/25/2019 | 48,585.14 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 05/22/2019 | 32,966.51 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 07/11/2019 | 28,466.38 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 08/20/2019 | 46,181.84 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 08/22/2019 | 24,311.18 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 10/21/2019 | 1,620.74 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 11/13/2019 | 26,967.00 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 11/27/2019 | 8,240.00 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |

EXHIBIT 3

Sklarco, LLC

Payments to Insiders in Year Prior to Filing

| Date | Amount | Payee | Notest |
|---|---|---|---|
| 12/30/2019 | 4,400.00 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 01/23/2020 | 21,249.50 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 02/27/2020 | 10,000.00 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| 03/05/2020 | 8,000.00 | Jacob Grantor Trust | Payment of Investment Income; Debtor is agent nominee for investments |
| **Total** | **320,312.47** | | |

EXHIBIT 3

Fill in this information to identify the case:

Debtor name __**Sklarco, LLC**__

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $    **75,422,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $    **45,490,640.15**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $    **120,912,640.15**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $    **22,350,000.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$    **386,687.08**

4.  **Total liabilities** ...........................................................................................................
Lines 2 + 3a + 3b
    $    **22,736,687.08**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

EXHIBIT 3

**Fill in this information to identify the case:**

Debtor name __Sklarco, LLC__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property
<span style="float:right">12/15</span>

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **East West Bank** | **Checking** | | **$836,774.15** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $836,774.15 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| | | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|---|
| | 11b. Over 90 days old: | **516,519.88** | - | **516,519.88** | =.... | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

EXHIBIT 3

| Debtor | **Sklarco, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 12. | **Total of Part 3.** | | $0.00 |
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.

☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| 14.1. | **1908 Brands, Inc. - Debtor is agent nominee and does not hold equitable or beneficial interest; equitable and beneficial held by Howard Sklar Trust** | **Book Value** | $0.00 |

| | | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | | |
| | Name of entity: | | | |
| 15.1. | **9.7 Conroe Joint Venture; Debtor is agent nominee and does not hold equitable or beneficial interest; equitable and beneficial held by Howard Sklar Trust** | % | **Book Value** | $0.00 |
| 15.2. | **Boulders on Fern, LLC; Debtor is agent nominee and does not hold equitable or beneficial interest; equitable and beneficial held by Sons' Trusts** | % | | $0.00 |
| 15.3. | **LTP Opportunity Fund I, LP; Debtor is agent nominee and does not hold equitable or beneficial interest; equitable and beneficial held by Howard Sklar Trust and/or Sons' Trusts** | % | **Book Value** | $0.00 |
| 15.4. | **LTP TimberQuest Fund, LP; Debtor is agent nominee and does not hold equitable or beneficial interest; equitable and beneficial held by Howard Sklar Trust and/or Sons' Trusts** | 0 % | **Book Value** | $0.00 |
| 15.5. | **Sanus Pharmaceuticals LLC; Debtor is agent nominee and does not hold equitable or beneficial interest; equitable and beneficial held by Howard Sklar Trust and/or Sons' Trusts** | % | **Book Value** | $0.00 |
| 15.6. | **Trout Creek Ventures, LP; Debtor is agent nominee and does not hold equitable or beneficial interest; equitable and beneficial held by Howard Sklar Trust** | 0 % | **Book Value** | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 3

| Debtor | **Sklarco, LLC** | Case number *(If known)* | |
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 15.7. | **West Arcadia Pipeline, LLC; Debtor is agent nominee and does not hold equitable or beneficial interest; equitable and beneficial held by Howard Sklar Trust** | % | | $0.00 |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| | | | |
|---|---|---|---|
| 16.1. | **Hedging Agreements** | | Unknown |

17. **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

$0.00

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☐ Yes Fill in the information below.

| General description | Net book value of | Valuation method used | Current value of |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | debtor's interest (Where available) | for current value | debtor's interest |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Well Equipment** | $0.00 | | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     

EXHIBIT 3

| Debtor | Sklarco, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Machinery, Fixtures, and Equipment on Wells; summary by well attached; full listing available upon request | $44,653,866.00 | Book Value | $44,653,866.00 |
|---|---|---|---|

**51.** **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | $44,653,866.00 |
|---|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Undivided Interest in Oil and Gas Leases - See Attached; additional information including full legal descriptions available upon request from Debtor's counsel; Value based on April 1, 2020 Reserve Report at $31.96/bbl** | **Mineral Lease; Debtor is working interest holder** | **Unknown** | | **$75,422,000.00** |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | $75,422,000.00 |
|---|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 3

Debtor **Sklarco, LLC**
Name

Case number *(If known)* _____

59. **Does the debtor have any interests in intangibles or intellectual property?**

�■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
| --- | --- | --- |
| 71. | **Notes receivable** Description (include name of obligor) |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) |  |
| 73. | **Interests in insurance policies or annuities** |  |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76. | **Trusts, equitable or future interests in property** |  |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership **Overriding and Working Interests in Sklar Exploration Operated Properties - See Attached** | Unknown |
|  | **Overriding and Working Interests in Non-Sklar Exploration Operated Properties; See attached** | Unknown |
| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | $0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 3

Debtor **Sklarco, LLC**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $836,774.15 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $44,653,866.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $75,422,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $45,490,640.15 | + 91b. $75,422,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $120,912,640.15 |

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                 page 6

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

EXHIBIT 3

# Oil and Gas Leases

| Lease Prospect Name | Lessor Name | Lease State | Lease County | Lease Effective Date | Well Name |
|---|---|---|---|---|---|
| West Arcadia Prospect | Philemon J. Whatley, Deceased | Louisiana | Bienville | 02/20/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Philemon J. Whatley, Deceased | Louisiana | Bienville | 02/20/2004 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Cindy Lou Cloyd | Louisiana | Bienville | 03/03/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Daniel Read Living Trust | Louisiana | Bienville | 03/03/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | The Hassell 1989 Trust Louise S. Hassell, Trustee | Louisiana | Bienville | 03/15/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Elizabeth Ann Hassell Turner | Louisiana | Bienville | 03/15/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Joan Marie Simpson | Louisiana | Bienville | 03/15/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | John Clinton Merritt | Louisiana | Bienville | 04/15/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Judy K. Merritt Carter | Louisiana | Bienville | 04/19/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Janet Ann Merritt Robinson | Louisiana | Bienville | 04/19/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Mary Lane Day | Louisiana | Bienville | 04/23/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | William Jefferson Day | Louisiana | Bienville | 04/19/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Haynesville Mercantile Company | Louisiana | Bienville | 03/02/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Gloria Oates Living Trust c/o William W. Oates, Trustee | Louisiana | Bienville | 06/14/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Meredith Lynn Noel Day | Louisiana | Bienville | 07/08/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Harry L. Plaster | Louisiana | Bienville | 08/03/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Beverly Lynn Gantt Mazza | Louisiana | Bienville | 08/05/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | James Keith Baker II, Deceased | Louisiana | Bienville | 08/18/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Carol Elaine Koschak | Louisiana | Bienville | 08/05/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | John Forest Baker | Louisiana | Bienville | 08/18/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Red Barn Land Company L.P. Mary Frances Sutton Merritt, | Louisiana | Bienville | 09/29/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Haynesville Mercantile Company | Louisiana | Bienville | 01/08/2005 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Timothy H. Atkins | Louisiana | Bienville | 10/08/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Elizabeth Lynn Noel Mathews | Louisiana | Bienville | 11/01/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Veronica Landry Harris | Louisiana | Bienville | 11/10/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Mary Elizabeth Holley | Louisiana | Bienville | 03/15/2005 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | The Kansas City Southern Attn:  Real Estate Dept. | Louisiana | Bienville | 07/15/2005 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | H. Preston Holley, Jr. | Louisiana | Bienville | 08/09/2005 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Terry Lynn Holley | Louisiana | Bienville | 03/15/2005 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Gloria Oates Living Trust c/o William W. Oates, Trustee | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Gloria Oates Living Trust c/o William W. Oates, Trustee | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Gloria Oates Living Trust c/o William W. Oates, Trustee | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Gloria Oates Living Trust c/o William W. Oates, Trustee | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Janet Ann Merritt Robinson | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Janet Ann Merritt Robinson | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Janet Ann Merritt Robinson | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Janet Ann Merritt Robinson | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Meredith Lynn Noel Day | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Meredith Lynn Noel Day | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Meredith Lynn Noel Day | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Meredith Lynn Noel Day | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Jerry T. Carter | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Jerry T. Carter | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Jerry T. Carter | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Jerry T. Carter | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | John Clinton Merritt | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | John Clinton Merritt | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | John Clinton Merritt | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | John Clinton Merritt | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Judy K. Merritt Carter | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| West Arcadia Prospect | Judy K. Merritt Carter | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Judy K. Merritt Carter | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Judy K. Merritt Carter | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Beverly Lynn Gantt Mazza | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Beverly Lynn Gantt Mazza | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Beverly Lynn Gantt Mazza | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Beverly Lynn Gantt Mazza | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Mary Lane Day | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Mary Lane Day | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Mary Lane Day | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Mary Lane Day | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Carol Elaine Koschak | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Carol Elaine Koschak | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Carol Elaine Koschak | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Carol Elaine Koschak | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Veronica Landry Harris | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Veronica Landry Harris | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Veronica Landry Harris | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Veronica Landry Harris | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Andre Toliver | Louisiana | Bienville | 01/31/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Andre Toliver | Louisiana | Bienville | 01/31/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Clinton Holland, Sr. | Louisiana | Bienville | 01/31/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Clinton Holland, Sr. | Louisiana | Bienville | 01/31/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | William Jefferson Day | Louisiana | Bienville | 01/24/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | William Jefferson Day | Louisiana | Bienville | 01/24/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | William Jefferson Day | Louisiana | Bienville | 01/24/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | William Jefferson Day | Louisiana | Bienville | 01/24/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Terry Lynn Holley | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Terry Lynn Holley | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Terry Lynn Holley | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Terry Lynn Holley | Louisiana | Bienville | 11/10/2005 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | John Douglas Bryant, Jr. | Louisiana | Bienville | 03/21/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | John Douglas Bryant, Jr. | Louisiana | Bienville | 03/21/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Terri Holland c/o Estella Smith | Louisiana | Bienville | 01/31/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Terri Holland c/o Estella Smith | Louisiana | Bienville | 01/31/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Elizabeth Lynn Noel Mathews | Louisiana | Bienville | 04/17/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Elizabeth Lynn Noel Mathews | Louisiana | Bienville | 04/17/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Elizabeth Lynn Noel Mathews | Louisiana | Bienville | 04/17/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Elizabeth Lynn Noel Mathews | Louisiana | Bienville | 04/17/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Lawrence E. Holland | Louisiana | Bienville | 01/31/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Lawrence E. Holland | Louisiana | Bienville | 01/31/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Weyerhaeuser NR Company | Louisiana | Bienville | 03/28/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Willie R. Holland | Louisiana | Bienville | 01/31/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Willie R. Holland | Louisiana | Bienville | 01/31/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Mary Elizabeth Holley | Louisiana | Bienville | 05/03/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Mary Elizabeth Holley | Louisiana | Bienville | 05/03/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Mary Elizabeth Holley | Louisiana | Bienville | 05/03/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Mary Elizabeth Holley | Louisiana | Bienville | 05/03/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | George Bryant | Louisiana | Bienville | 03/21/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | George Bryant | Louisiana | Bienville | 03/21/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Wanda Ann Holland, et al | Louisiana | Bienville | 07/11/2006 | JC Merritt #1; L HOSS RA SUC |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| West Arcadia Prospect | Wanda Ann Holland, et al | Louisiana | Bienville | 07/11/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Charlie Bryant, Jr., Deceased | Louisiana | Bienville | 04/17/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Charlie Bryant, Jr., Deceased | Louisiana | Bienville | 04/17/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Monica L. Elder | Louisiana | Bienville | 02/03/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Monica L. Elder | Louisiana | Bienville | 02/03/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Floyd Bryant, Deceased | Louisiana | Bienville | 08/14/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Floyd Bryant, Deceased | Louisiana | Bienville | 08/14/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Monique Bryant | Louisiana | Bienville | 08/14/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Monique Bryant | Louisiana | Bienville | 08/14/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | John Douglas Bryant, III | Louisiana | Bienville | 08/14/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | John Douglas Bryant, III | Louisiana | Bienville | 08/14/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Sarah Ruth Pate | Louisiana | Claiborne | 01/22/2007 | |
| West Arcadia Prospect | Ora Annette Hays Davis, Deceased | Louisiana | Claiborne | 01/22/2007 | R D Moak #1 |
| West Arcadia Prospect | Ross DeLane Moak & Sarah Ann Moak | Louisiana | Claiborne | 01/22/2007 | R D Moak #1 |
| West Arcadia Prospect | Ross DeLane Moak & Sarah Ann Moak | Louisiana | Claiborne | 01/22/2007 | R D Moak #1 |
| West Arcadia Prospect | Leo Lawrence Bryant | Louisiana | Bienville | 11/20/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Leo Lawrence Bryant | Louisiana | Bienville | 11/20/2006 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Susan S. Stroud | Louisiana | Bienville | 02/16/2007 | Weyerhaeuser #1 |
| West Arcadia Prospect | Louisiana Minerals, Ltd. | Louisiana | Bienville | 04/04/2007 | |
| West Arcadia Prospect | Louisiana Minerals, Ltd. | Louisiana | Bienville | 04/04/2007 | Weyerhaeuser #1 |
| West Arcadia Prospect | The Kansas City Southern Attn:  Real Estate Dept. | Louisiana | Bienville | 04/16/2007 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | H. Preston Holley, Jr. | Louisiana | Bienville | 03/29/2007 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | H. Preston Holley, Jr. | Louisiana | Bienville | 03/29/2007 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | H. Preston Holley, Jr. | Louisiana | Bienville | 03/29/2007 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | H. Preston Holley, Jr. | Louisiana | Bienville | 03/29/2007 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Weyerhaeuser NR Company | Louisiana | Bienville | 04/13/2007 | |
| West Arcadia Prospect | Weyerhaeuser NR Company | Louisiana | Bienville | 04/13/2007 | Weyerhaeuser #1 |
| West Arcadia Prospect | Weyerhaeuser NR Company | Louisiana | Bienville | 04/13/2007 | Weyerhaeuser #1 |
| West Arcadia Prospect | Weyerhaeuser NR Company | Louisiana | Bienville | 04/13/2007 | Weyerhaeuser #1 |
| West Arcadia Prospect | Weyerhaeuser NR Company | Louisiana | Bienville | 04/13/2007 | Weyerhaeuser #1 |
| West Arcadia Prospect | Weyerhaeuser NR Company | Louisiana | Bienville | 11/08/2007 | Weyerhaeuser #1 |
| West Arcadia Prospect | Weyerhaeuser NR Company | Louisiana | Bienville | 11/08/2007 | Weyerhaeuser #1 |
| West Arcadia Prospect | Weyerhaeuser NR Company | Louisiana | Bienville | 11/08/2007 | Weyerhaeuser #1 |
| West Arcadia Prospect | Weyerhaeuser NR Company | Louisiana | Bienville | 11/08/2007 | Weyerhaeuser #1 |
| West Arcadia Prospect | Nora Elizabeth Mason Sanders | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Jeannet Sanders Dewil | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Dorothy Jean Moore | Louisiana | Claiborne | 05/15/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Patricia Joann Sanders Pascarella & Joseph F. Pascarella | Louisiana | Claiborne | 05/15/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Shirley Ann Matteson & Wes Matteson | Louisiana | Claiborne | 05/15/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Troy W. Moore & Gracie Illardo Moore | Louisiana | Claiborne | 05/15/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | M.L. Towns & Kathy T. Towns | Louisiana | Claiborne | 01/23/2008 | R D Moak #1 |
| West Arcadia Prospect | Towns Company LLC | Louisiana | Claiborne | 04/20/2007 | R D Moak #1 |
| West Arcadia Prospect | Towns Company LLC | Louisiana | Claiborne | 04/20/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | DSK Ltd | Louisiana | Claiborne | 09/04/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | M. L. Towns Enterprises Inc. | Louisiana | Claiborne | 04/20/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | M. L. Towns Enterprises Inc. | Louisiana | Claiborne | 04/20/2007 | |
| West Arcadia Prospect | Frances Elouise Sanders | Louisiana | Claiborne | 04/23/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Era Onita Sanders Methvin | Louisiana | Claiborne | 10/02/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Era Onita Sanders Methvin | Louisiana | Claiborne | 10/02/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Era Onita Sanders Methvin | Louisiana | Claiborne | 10/02/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Era Onita Sanders Methvin | Louisiana | Claiborne | 10/02/2007 | CS Shaffer 34 #1 |

EXHIBIT 3

| West Arcadia Prospect | Era Onita Sanders Methvin | Louisiana | Claiborne | 10/02/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Era Onita Sanders Methvin | Louisiana | Claiborne | 10/02/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Joseph C. Sanders & Wilma Sanders | Louisiana | Claiborne | 04/23/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Alvin Curtis Jordan, Deceased | Louisiana | Claiborne | 05/10/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Nancy Gail Jordan Bond | Louisiana | Claiborne | 05/11/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Nancy Gail Jordan Bond | Louisiana | Claiborne | 05/11/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Kimberly Tomlinson Lay | Louisiana | Claiborne | 05/18/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Kimberly Tomlinson Lay | Louisiana | Claiborne | 05/18/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Betty Shaffer Minor | Louisiana | Claiborne | 05/10/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Betty Shaffer Minor | Louisiana | Claiborne | 05/10/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Mary Virginia Shaffer Hudson | Louisiana | Claiborne | 05/10/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Mary Virginia Shaffer Hudson | Louisiana | Claiborne | 05/10/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Jesse W. Shaffer | Louisiana | Claiborne | 05/10/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Jesse W. Shaffer | Louisiana | Claiborne | 05/10/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Jo Ann Harmon Geary | Louisiana | Claiborne | 05/11/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Jo Ann Harmon Geary | Louisiana | Claiborne | 05/11/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Emmett W. Averett | Louisiana | Claiborne | 05/04/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Emmett W. Averett | Louisiana | Claiborne | 05/04/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Marion Janell Shanta | Louisiana | Claiborne | 08/27/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Marion Janell Shanta | Louisiana | Claiborne | 08/27/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Rick S. Ewing | Louisiana | Claiborne | 05/10/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Rick S. Ewing | Louisiana | Claiborne | 05/10/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Analisa Ewing Murray | Louisiana | Claiborne | 05/10/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Analisa Ewing Murray | Louisiana | Claiborne | 05/10/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Thelma Hope Roach | Louisiana | Claiborne | 05/11/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Thelma Hope Roach | Louisiana | Claiborne | 05/11/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Claud Timothy Roach | Louisiana | Claiborne | 05/11/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Claud Timothy Roach | Louisiana | Claiborne | 05/11/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Ronald L. Roach | Louisiana | Claiborne | 05/11/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Ronald L. Roach | Louisiana | Claiborne | 05/11/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Therman Royce Bridges | Louisiana | Claiborne | 11/07/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Therman Royce Bridges | Louisiana | Claiborne | 11/07/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Joyce Annette Bridges Baxley | Louisiana | Claiborne | 11/07/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Joyce Annette Bridges Baxley | Louisiana | Claiborne | 11/07/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | John A. Bridges | Louisiana | Claiborne | 11/07/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | John A. Bridges | Louisiana | Claiborne | 11/07/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Amy Blunschi | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Amy Blunschi | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Diane James Futch | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Diane James Futch | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Larry A. James | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Larry A. James | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Betty Virginia Purdy | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Betty Virginia Purdy | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Celeste Holder Mazarakes | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Celeste Holder Mazarakes | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Hubie James | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Edna James Gantt | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Edna James Gantt | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Willie James | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Willie James | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| West Arcadia Prospect | Norvis James Burton | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Norvis James Burton | Louisiana | Claiborne | 05/01/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Marion Jeanette Jordan Keen | Louisiana | Bienville | 05/18/2007 | |
| West Arcadia Prospect | Marion Jeanette Jordan Keen | Louisiana | Bienville | 05/18/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Marion Jeanette Jordan Keen | Louisiana | Bienville | 05/18/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Mary Will Griffin | Louisiana | Bienville | 05/18/2007 | |
| West Arcadia Prospect | Mary Will Griffin | Louisiana | Bienville | 05/18/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Mary Will Griffin | Louisiana | Bienville | 05/18/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Drew Bridges, Deceased | Louisiana | Claiborne | 01/04/2008 | |
| West Arcadia Prospect | Drew Bridges, Deceased | Louisiana | Claiborne | 01/04/2008 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Drew Bridges, Deceased | Louisiana | Claiborne | 01/04/2008 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Nancy Gail Jordan Bond | Louisiana | Claiborne | 05/11/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Estate of John W. Sanders | Louisiana | Claiborne | 04/23/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Estate of John W. Sanders | Louisiana | Claiborne | 04/23/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Candice Howard Shaughnessy | Louisiana | Claiborne | 04/26/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Monika Lemoine Locke | Louisiana | Claiborne | 04/26/2007 | CS Shaffer 34 #1 |
| West Arcadia Prospect | Royce Henley Trust c/o Jewel Elmer Johnson as trustee | Louisiana | Claiborne | 12/04/2007 | |
| West Arcadia Prospect | Juan R. Baker | Louisiana | Bienville | 09/07/2007 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Juan R. Baker | Louisiana | Bienville | 09/07/2007 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | James Keith Baker II, Deceased | Louisiana | Bienville | 09/07/2007 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | James Keith Baker II, Deceased | Louisiana | Bienville | 09/07/2007 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | John Forest Baker | Louisiana | Bienville | 09/07/2007 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | John Forest Baker | Louisiana | Bienville | 09/07/2007 | JC Merritt #1; L HOSS RA SUC |
| West Arcadia Prospect | Teddy Arthur Fincher & Nelly Burns Fincher | Louisiana | Claiborne | 04/16/2007 | |
| West Arcadia Prospect | Teddy Arthur Fincher & Nelly Burns Fincher | Louisiana | Claiborne | 04/16/2007 | |
| West Arcadia Prospect | Cleo  Hornsby Bagwell | Louisiana | Claiborne | 04/16/2007 | |
| West Arcadia Prospect | Cleo  Hornsby Bagwell | Louisiana | Claiborne | 04/16/2007 | |
| West Arcadia Prospect | Donald Wayne Corbin & Patricia Ann Corbin | Louisiana | Claiborne | 10/02/2007 | |
| West Arcadia Prospect | Sallie Powell Penix | Louisiana | Claiborne | 10/10/2007 | |
| West Arcadia Prospect | Mary Lou Powell McCants | Louisiana | Claiborne | 04/05/2007 | |
| West Arcadia Prospect | Ina Powell Collins | Louisiana | Claiborne | 04/05/2007 | |
| West Arcadia Prospect | Mertie Lucille Powell, Deceased | Louisiana | Claiborne | 04/05/2007 | |
| West Arcadia Prospect | Claudine Guthrie Powell | Louisiana | Claiborne | 04/05/2007 | |
| West Arcadia Prospect | Thaddeus Truly Pardue | Louisiana | Claiborne | 01/30/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Robert Clayton Bond | Louisiana | Claiborne | 05/29/2007 | |
| West Arcadia Prospect | Robert Clayton Bond | Louisiana | Claiborne | 05/29/2007 | |
| West Arcadia Prospect | Nancy Gail Jordan Bond | Louisiana | Claiborne | 05/07/2007 | |
| West Arcadia Prospect | Nancy Gail Jordan Bond | Louisiana | Claiborne | 05/07/2007 | |
| West Arcadia Prospect | Nancy Gail Jordan Bond | Louisiana | Claiborne | 05/07/2007 | |
| West Arcadia Prospect | Kimberly Tomlinson Lay | Louisiana | Claiborne | 08/06/2007 | |
| West Arcadia Prospect | Rodney Trammel | Louisiana | Claiborne | 06/01/2007 | |
| West Arcadia Prospect | Mary Frances Nelson Joyner | Louisiana | Claiborne | 04/16/2007 | |
| West Arcadia Prospect | Dorothy Ann Shaffer Cathey & Al G. Cathey | Louisiana | Claiborne | 04/03/2007 | |
| West Arcadia Prospect | Dorothy Ann Shaffer Cathey & Al G. Cathey | Louisiana | Claiborne | 04/03/2007 | |
| West Arcadia Prospect | Dorothy Ann Shaffer Cathey & Al G. Cathey | Louisiana | Claiborne | 04/03/2007 | |
| West Arcadia Prospect | Dorothy Ann Shaffer Cathey & Al G. Cathey | Louisiana | Claiborne | 04/03/2007 | |
| West Arcadia Prospect | Lonnie Yvonne Shaffer Teutsch | Louisiana | Claiborne | 04/03/2007 | |
| West Arcadia Prospect | Lonnie Yvonne Shaffer Teutsch | Louisiana | Claiborne | 04/03/2007 | |
| West Arcadia Prospect | Lonnie Yvonne Shaffer Teutsch | Louisiana | Claiborne | 04/03/2007 | |
| West Arcadia Prospect | Donia Beth Shaffer Groff | Louisiana | Claiborne | 04/03/2007 | |
| West Arcadia Prospect | Donia Beth Shaffer Groff | Louisiana | Claiborne | 04/03/2007 | |

EXHIBIT 3

Case:20-12377-MER   Doc#:166-2   Filed:04/23/20   Entered:04/23/20 22:39:39   Page144

| West Arcadia Prospect | Donia Beth Shaffer Groff | Louisiana | Claiborne | 04/03/2007 | |
| West Arcadia Prospect | Cynthia Leigh Shaffer Barry | Louisiana | Claiborne | 04/03/2007 | |
| West Arcadia Prospect | Cynthia Leigh Shaffer Barry | Louisiana | Claiborne | 04/03/2007 | |
| West Arcadia Prospect | Cynthia Leigh Shaffer Barry | Louisiana | Claiborne | 04/03/2007 | |
| West Arcadia Prospect | Cheryl Lynn Shaffer Sessions | Louisiana | Claiborne | 04/03/2007 | |
| West Arcadia Prospect | Cheryl Lynn Shaffer Sessions | Louisiana | Claiborne | 04/03/2007 | |
| West Arcadia Prospect | Cheryl Lynn Shaffer Sessions | Louisiana | Claiborne | 04/03/2007 | |
| West Arcadia Prospect | James Ruffin Shaffer | Louisiana | Claiborne | 04/03/2007 | |
| West Arcadia Prospect | James Ruffin Shaffer | Louisiana | Claiborne | 04/03/2007 | |
| West Arcadia Prospect | James Ruffin Shaffer | Louisiana | Claiborne | 04/03/2007 | |
| West Arcadia Prospect | Therman Royce Bridges | Louisiana | Claiborne | 11/07/2007 | Kimberly Lay 33 #1 |
| West Arcadia Prospect | Therman Royce Bridges | Louisiana | Claiborne | 11/07/2007 | |
| West Arcadia Prospect | Joyce Annette Bridges Baxley | Louisiana | Claiborne | 11/07/2007 | Kimberly Lay 33 #1 |
| West Arcadia Prospect | Joyce Annette Bridges Baxley | Louisiana | Claiborne | 11/07/2007 | |
| West Arcadia Prospect | The Bridges Family Trust | Louisiana | Claiborne | 11/07/2007 | Kimberly Lay 33 #1 |
| West Arcadia Prospect | The Bridges Family Trust | Louisiana | Claiborne | 11/07/2007 | |
| West Arcadia Prospect | Rogers Family Trust | Louisiana | Claiborne | 03/27/2007 | |
| West Arcadia Prospect | James O. Cox, Deceased | Louisiana | Claiborne | 02/18/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | James O. Cox, Deceased | Louisiana | Claiborne | 02/18/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Opal Cox Wells | Louisiana | Claiborne | 02/18/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Eva Cox Hammons | Louisiana | Claiborne | 02/18/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Judy Delaine Murphy | Louisiana | Claiborne | 01/02/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Judy Delaine Murphy | Louisiana | Claiborne | 01/02/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Gaynell C. Methvin | Louisiana | Claiborne | 01/16/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Gaynell C. Methvin | Louisiana | Claiborne | 01/16/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Gareth E. Methvin | Louisiana | Claiborne | 01/02/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Gareth E. Methvin | Louisiana | Claiborne | 01/02/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Ross DeLane Moak & Sarah Ann Moak | Louisiana | Claiborne | 12/17/2007 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Ross DeLane Moak & Sarah Ann Moak | Louisiana | Claiborne | 12/17/2007 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Tony Martin Powell & Celeste Hymel Powell | Louisiana | Claiborne | 04/02/2007 | |
| West Arcadia Prospect | Tony Martin Powell & Celeste Hymel Powell | Louisiana | Claiborne | 04/02/2007 | |
| West Arcadia Prospect | William Ronald Hays | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Herbert Giles Casey, Jr. | Louisiana | Claiborne | 01/30/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Ora Annette Hays Davis, Deceased | Louisiana | Claiborne | 01/30/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Elinor D. Turner | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Peggy Sims Reese | Louisiana | Claiborne | 01/30/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Ross D. Moak Jr. & Dana Price Moak | Louisiana | Claiborne | 12/19/2007 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Sarah Ruth Pate | Louisiana | Claiborne | 12/19/2007 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Joanna Hunter Beaird Carson | Louisiana | Claiborne | 12/19/2007 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Sarah Ellen Colvin Brown | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Sarah Ellen Colvin Brown | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Sarah Ellen Colvin Brown | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Sarah Ellen Colvin Brown | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Sarah Ellen Colvin Brown | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Naomi Rose Colvin Burrow | Louisiana | Claiborne | 01/03/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Naomi Rose Colvin Burrow | Louisiana | Claiborne | 01/03/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Naomi Rose Colvin Burrow | Louisiana | Claiborne | 01/03/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Naomi Rose Colvin Burrow | Louisiana | Claiborne | 01/03/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Nancy Ruth Colvin Roark | Louisiana | Claiborne | 01/03/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Nancy Ruth Colvin Roark | Louisiana | Claiborne | 01/03/2008 | Sarah Pate 26 #1 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| West Arcadia Prospect | Nancy Ruth Colvin Roark | Louisiana | Claiborne | 01/03/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Nancy Ruth Colvin Roark | Louisiana | Claiborne | 01/03/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Nancy Ruth Colvin Roark | Louisiana | Claiborne | 01/03/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | James Phillip Colvin | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | James Phillip Colvin | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | James Phillip Colvin | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | James Phillip Colvin | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | James Phillip Colvin | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Paul Rodney Colvin | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Paul Rodney Colvin | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Paul Rodney Colvin | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Paul Rodney Colvin | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Paul Rodney Colvin | Louisiana | Claiborne | 01/22/2008 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Marjorie Beard, Deceased | Louisiana | Claiborne | 12/17/2007 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Ruth Beard Hanby | Louisiana | Claiborne | 12/17/2007 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Mattie Lillian Murphey | Louisiana | Claiborne | 12/17/2007 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Elise E. Hindman | Louisiana | Claiborne | 12/17/2007 | Sarah Pate 26 #1 |
| West Arcadia Prospect | James Michael Beard | Louisiana | Claiborne | 01/17/2007 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Patricia Lynn B. Stewart | Louisiana | Claiborne | 12/17/2007 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Marcelene Mask Dillard | Louisiana | Claiborne | 04/16/2007 | R D Moak #1 |
| West Arcadia Prospect | Robert Golson Bond & Nancy Gail Jordan Bond | Louisiana | Claiborne | 05/11/2007 | R D Moak #1 |
| West Arcadia Prospect | Robert Golson Bond & Nancy Gail Jordan Bond | Louisiana | Claiborne | 05/11/2007 | R D Moak #1 |
| West Arcadia Prospect | Rebecca Ann Henry Games | Louisiana | Claiborne | 08/28/2007 | R D Moak #1 |
| West Arcadia Prospect | Vicki Waynette Henry Harris | Louisiana | Claiborne | 08/28/2007 | R D Moak #1 |
| West Arcadia Prospect | Barry Wayne Henry | Louisiana | Claiborne | 08/28/2007 | R D Moak #1 |
| West Arcadia Prospect | Shirley Gay Henry Lykins | Louisiana | Claiborne | 08/28/2007 | R D Moak #1 |
| West Arcadia Prospect | Jimmy Marvin Henry | Louisiana | Claiborne | 08/28/2007 | R D Moak #1 |
| West Arcadia Prospect | Sallie Powell Penix | Louisiana | Claiborne | 10/10/2007 | R D Moak #1 |
| West Arcadia Prospect | Sallie Powell Penix | Louisiana | Claiborne | 10/10/2007 | R D Moak #1 |
| West Arcadia Prospect | Jeffrey Todd Penix | Louisiana | Claiborne | 10/10/2007 | R D Moak #1 |
| West Arcadia Prospect | Marcia B. Woodard | Louisiana | Claiborne | 04/11/2007 | R D Moak #1 |
| West Arcadia Prospect | Carrol L. Johnson Mark Alan Johnson, Agent & Att-in-Fact | Louisiana | Claiborne | 04/12/2007 | R D Moak #1 |
| West Arcadia Prospect | Carrol L. Johnson Mark Alan Johnson, Agent & Att-in-Fact | Louisiana | Claiborne | 04/12/2007 | R D Moak #1 |
| West Arcadia Prospect | Robert Golson Bond & Nancy Gail Jordan Bond | Louisiana | Claiborne | 05/07/2007 | R D Moak #1 |
| West Arcadia Prospect | Kristi B. Huffstetler | Louisiana | Claiborne | 08/10/2007 | R D Moak #1 |
| West Arcadia Prospect | Carrol L. Johnson Mark Alan Johnson, Agent & Att-in-Fact | Louisiana | Claiborne | 04/10/2007 | R D Moak #1 |
| West Arcadia Prospect | Robby Joe Byrd & wife, Betty Johnson Byrd | Louisiana | Claiborne | 04/10/2007 | R D Moak #1 |
| West Arcadia Prospect | Carrol L. Johnson Mark Alan Johnson, Agent & Att-in-Fact | Louisiana | Claiborne | 04/10/2007 | R D Moak #1 |
| West Arcadia Prospect | Mark Johnson | Louisiana | Claiborne | 04/10/2007 | R D Moak #1 |
| West Arcadia Prospect | The Orval Dwane Sanders Test. Trust Andre L. Sanders, Andre L. Sanders, | Louisiana | Claiborne | 06/13/2007 | R D Moak #1 |
| West Arcadia Prospect | Herbert Giles Casey, Jr. | Louisiana | Claiborne | 06/13/2007 | R D Moak #1 |
| West Arcadia Prospect | Cynthia Casey Rogers | Louisiana | Claiborne | 08/30/2007 | R D Moak #1 |
| West Arcadia Prospect | Herbert Giles Casey III | Louisiana | Claiborne | 08/30/2007 | R D Moak #1 |
| West Arcadia Prospect | Jo Lynn Bellew & Donald A. Bellew | Louisiana | Claiborne | 08/30/2007 | R D Moak #1 |
| West Arcadia Prospect | Jo Lynn Bellew & Donald A. Bellew | Louisiana | Claiborne | 04/16/2007 | R D Moak #1 |
| West Arcadia Prospect | Howard Scott Powell | Louisiana | Claiborne | 04/16/2007 | R D Moak #1 |
| West Arcadia Prospect | Juan R. Baker | Louisiana | Bienville | 09/05/2007 | R D Moak #1 |
| West Arcadia Prospect | Vernon Lavoe Davidson | Louisiana | Claiborne | 08/18/2004 | Cindy Lou Cloyd #1; U HOSS SUK |
| West Arcadia Prospect | Mt. Mariah United Methodist Church, Inc. | Louisiana | Claiborne | 11/17/2004 | Sarah Pate 26 #1 |
| West Arcadia Prospect | Holston C. Fleming, et ux. Sunshine Fleming | Louisiana | Bienville | 01/28/2003 | CS Shaffer 34 #1 |
| West Arcadia Prospect | | Louisiana | Bienville | 04/15/1989 | |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| West Arcadia Prospect | Holston C. Fleming, et ux. Sunshine Fleming | Louisiana | Bienville | 04/15/1989 |
| West Arcadia Prospect | Betty Jean McGee | Louisiana | Bienville | 08/11/1989 |
| West Arcadia Prospect | Betty Jean McGee | Louisiana | Bienville | 08/11/1989 |
| West Arcadia Prospect | Dewey Stovall Kendrick, Jr. | Louisiana | Bienville | 08/22/1989 |
| West Arcadia Prospect | Dewey Stovall Kendrick, Jr. | Louisiana | Bienville | 08/22/1989 |
| West Arcadia Prospect | Elbin Lamar Greer, et ux. | Louisiana | Bienville | 07/21/1989 |
| West Arcadia Prospect | Lottie Jo Greer Ward, et ux. | Louisiana | Bienville | 08/03/1989 |
| West Arcadia Prospect | Charles Bryan Trust Premier Bank, N.A. Trustee | Louisiana | Bienville | 10/05/1989 |
| West Arcadia Prospect | Caleb Joseph (C.J.) Greer c/o Mrs. Branda Greer Jennings | Louisiana | Bienville | 08/07/1989 |
| West Arcadia Prospect | John D. Williams, Jr. | Louisiana | Bienville | 08/03/1989 |
| West Arcadia Prospect | Joan Ruth Williams King | Louisiana | Bienville | 08/03/1989 |
| West Arcadia Prospect | Billy D. Bryan | Louisiana | Bienville | 08/16/1989 |
| West Arcadia Prospect | Gary L. Greer, et al. | Louisiana | Bienville | 07/21/1989 |
| West Arcadia Prospect | Vernon L. Speer, et ux. | Louisiana | Bienville | 04/13/1989 |
| West Arcadia Prospect | Ann Jones Sisson Tejada | Louisiana | Bienville | 01/15/1990 |
| West Arcadia Prospect | Grover A. Jones, et ux. | Louisiana | Bienville | 07/20/1989 |
| West Arcadia Prospect | Grover A. Jones, et ux. | Louisiana | Bienville | 01/15/1990 |
| West Arcadia Prospect | Celia Ann Jones | Louisiana | Bienville | 01/31/1990 |
| West Arcadia Prospect | Lucille B. Jones | Louisiana | Bienville | 02/08/1990 |
| West Arcadia Prospect | Janis Louise Jones Grigsby | Louisiana | Bienville | 02/08/1990 |
| West Arcadia Prospect | Bette Jeanette Jones Krack | Louisiana | Bienville | 01/15/1990 |
| West Arcadia Prospect | Paulette A. Beavers | Louisiana | Claiborne | 05/28/2006 |
| West Arcadia Prospect | Paulette A. Beavers | Louisiana | Claiborne | 05/28/2006 Sarah Pate 26 #1 |
| North Beach Prospect | Gillis E. Ralls, Sr. | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Gillis E. Ralls, Sr. | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Gillis E. Ralls, Sr. | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Grady Lynn Ralls & Willodean Ralls, et ux | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Grady Lynn Ralls & Willodean Ralls, et ux | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Grady Lynn Ralls & Willodean Ralls, et ux | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Grady Lynn Ralls & Willodean Ralls, et ux | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Grady Lynn Ralls & Willodean Ralls, et ux | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Grady Lynn Ralls & Willodean Ralls, et ux | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Grady Lynn Ralls & Willodean Ralls, et ux | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Grady Lynn Ralls & Willodean Ralls, et ux | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Grady Lynn Ralls & Willodean Ralls, et ux | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Grady Lynn Ralls & Willodean Ralls, et ux | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Grady Lynn Ralls & Willodean Ralls, et ux | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Grady Lynn Ralls & Willodean Ralls, et ux | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Juanita Ralls | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Juanita Ralls | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Juanita Ralls | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Juanita Ralls | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Juanita Ralls | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Juanita Ralls | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Juanita Ralls | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Juanita Ralls | Alabama | Conecuh | 02/23/2004 |
| North Beach Prospect | Juanita Ralls | Alabama | Conecuh | 02/23/2004 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| North Beach Prospect | Grady Ralls Family Trust Grady Lynn Ralls, Co-Trustee | Alabama | Conecuh | 02/23/2004 | |
| North Beach Prospect | Grady Ralls Family Trust Grady Lynn Ralls, Co-Trustee | Alabama | Conecuh | 02/23/2004 | |
| North Beach Prospect | Grady Ralls Family Trust Grady Lynn Ralls, Co-Trustee | Alabama | Conecuh | 02/23/2004 | |
| North Beach Prospect | Grady Ralls Family Trust Grady Lynn Ralls, Co-Trustee | Alabama | Conecuh | 02/23/2004 | |
| North Beach Prospect | Grady Ralls Family Trust Grady Lynn Ralls, Co-Trustee | Alabama | Conecuh | 02/23/2004 | |
| North Beach Prospect | Grady Ralls Family Trust Grady Lynn Ralls, Co-Trustee | Alabama | Conecuh | 02/23/2004 | |
| North Beach Prospect | Grady Ralls Family Trust Grady Lynn Ralls, Co-Trustee | Alabama | Conecuh | 02/23/2004 | |
| North Beach Prospect | Grady Ralls Family Trust Grady Lynn Ralls, Co-Trustee | Alabama | Conecuh | 02/23/2004 | |
| North Beach Prospect | Grady Ralls Family Trust Grady Lynn Ralls, Co-Trustee | Alabama | Conecuh | 02/23/2004 | |
| North Beach Prospect | Grady Ralls Family Trust Grady Lynn Ralls, Co-Trustee | Alabama | Conecuh | 02/23/2004 | |
| North Beach Prospect | Grady Ralls Family Trust Grady Lynn Ralls, Co-Trustee | Alabama | Conecuh | 02/23/2004 | |
| North Beach Prospect | Grady Ralls Family Trust Grady Lynn Ralls, Co-Trustee | Alabama | Conecuh | 02/23/2004 | |
| North Beach Prospect | Grady Ralls Family Trust Grady Lynn Ralls, Co-Trustee | Alabama | Conecuh | 02/23/2004 | |
| North Beach Prospect | Mary Horton Mack Estate | Alabama | Conecuh | 04/28/2004 | |
| North Beach Prospect | Mary Horton Mack Estate | Alabama | Conecuh | 04/28/2004 | |
| North Beach Prospect | Mary Horton Mack Estate | Alabama | Conecuh | 04/28/2004 | |
| North Beach Prospect | Mary Horton Mack Estate | Alabama | Conecuh | 04/28/2004 | |
| North Beach Prospect | Mary Horton Mack Estate | Alabama | Conecuh | 04/28/2004 | |
| North Beach Prospect | Mary Horton Mack Estate | Alabama | Conecuh | 04/28/2004 | |
| North Beach Prospect | Mary Horton Mack Estate | Alabama | Conecuh | 04/28/2004 | |
| North Beach Prospect | Rosa Horton Holley | Alabama | Conecuh | 04/28/2004 | |
| North Beach Prospect | Rosa Horton Holley | Alabama | Conecuh | 04/28/2004 | |
| North Beach Prospect | Clinton O. Hyde, Jr., Deceased | Alabama | Conecuh | 05/24/2004 | |
| North Beach Prospect | Willa Hyde Cox | Alabama | Conecuh | 05/24/2004 | |
| North Beach Prospect | Ruby Nell Taylor | Alabama | Conecuh | 05/24/2004 | Craft Mack 17-2 #1 |
| North Beach Prospect | Ruby Nell Taylor | Alabama | Conecuh | 05/24/2004 | |
| North Beach Prospect | Edgar McCreary & Annie Ruth McCreary | Alabama | Conecuh | 05/20/2004 | Craft Mack 17-2 #1 |
| North Beach Prospect | Edgar McCreary & Annie Ruth McCreary | Alabama | Conecuh | 05/20/2004 | |
| North Beach Prospect | Edgar McCreary & Annie Ruth McCreary | Alabama | Conecuh | 05/20/2004 | |
| North Beach Prospect | Edgar McCreary & Annie Ruth McCreary | Alabama | Conecuh | 05/20/2004 | |
| North Beach Prospect | Edgar McCreary & Annie Ruth McCreary | Alabama | Conecuh | 05/20/2004 | |
| North Beach Prospect | Mary Jo Hyde Thompson | Alabama | Conecuh | 05/24/2004 | |
| North Beach Prospect | Beaven-Jackson Lumber & Vaneer Co. | Alabama | Conecuh | 06/10/2009 | |
| North Beach Prospect | M. Steven Moehle & Betty Linda Moehle | Alabama | Conecuh | 06/11/2004 | |
| North Beach Prospect | Maudis M. Fry & Herbert Fry | Alabama | Conecuh | 06/01/2004 | |
| North Beach Prospect | Maudis M. Fry & Herbert Fry | Alabama | Conecuh | 06/01/2004 | |
| North Beach Prospect | Jason L. Pate & Sharon Pate | Alabama | Conecuh | 06/18/2009 | |
| North Beach Prospect | William T. Pate | Alabama | Conecuh | 06/18/2009 | |
| North Beach Prospect | William T. Pate | Alabama | Conecuh | 06/18/2009 | |
| North Beach Prospect | Jennifer Lynn Travis & Charles Lee Travis | Alabama | Conecuh | 06/08/2004 | |
| North Beach Prospect | Willie F. McClain & Wanda T. McClain | Alabama | Conecuh | 06/08/2009 | |
| North Beach Prospect | Lewis E. Meeks, Sr. | Alabama | Conecuh | 06/17/2009 | |
| North Beach Prospect | Lewis E. Meeks, Sr. | Alabama | Conecuh | 06/17/2009 | |
| North Beach Prospect | Lewis E. Meeks, Sr. | Alabama | Conecuh | 06/17/2009 | |
| North Beach Prospect | Lewis E. Meeks, Sr. | Alabama | Conecuh | 06/17/2009 | |
| North Beach Prospect | Willard L. Meeks, Sr. | Alabama | Conecuh | 06/17/2009 | |
| North Beach Prospect | Willard L. Meeks, Sr. | Alabama | Conecuh | 06/17/2009 | |
| North Beach Prospect | Lillie R. Meeks | Alabama | Conecuh | 06/17/2009 | |
| North Beach Prospect | Lillie R. Meeks | Alabama | Conecuh | 06/17/2009 | |
| North Beach Prospect | Artense M. Brown | Alabama | Conecuh | 06/17/2009 | |
| North Beach Prospect | Artense M. Brown | Alabama | Conecuh | 06/17/2009 | |

EXHIBIT 3

Case:20-12377-EEB   Doc#:1716-2   Filed:04/23/20   144   Entered:04/23/20 22:39:39   Page

| | | | | |
|---|---|---|---|---|
| North Beach Prospect | Robert Earl Meeks, Sr. | Alabama | Conecuh | 06/17/2009 |
| North Beach Prospect | Robert Earl Meeks, Sr. | Alabama | Conecuh | 06/17/2009 |
| North Beach Prospect | Robert Earl Meeks, Sr. | Alabama | Conecuh | 06/17/2009 |
| North Beach Prospect | Scott Ellis Matthews & Charlotte S. Matthews, et ux | Alabama | Conecuh | 05/21/2004 |
| North Beach Prospect | Scott Ellis Matthews & Charlotte S. Matthews, et ux | Alabama | Conecuh | 05/21/2004 |
| North Beach Prospect | Scott Ellis Matthews & Charlotte S. Matthews, et ux | Alabama | Conecuh | 05/21/2004 |
| North Beach Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/10/2012 |
| North Beach Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/10/2012 |
| North Beach Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/10/2012 |
| North Beach Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/10/2012 |
| North Beach Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/10/2012 |
| North Beach Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/10/2012 |
| North Beach Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/10/2012 |
| North Beach Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/10/2012 |
| North Beach Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/10/2012 |
| North Beach Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/10/2012 |
| North Beach Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/10/2012 |
| North Beach Prospect | Lillie Harvey | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Lillie Harvey | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | K. C. Brye | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | K. C. Brye | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Arnetta Crawford | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Arnetta Crawford | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Eulis Brye | Alabama | Conecuh | 06/18/2009 |
| North Beach Prospect | Charlie Mae Wilson | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Charlie Mae Wilson | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Mary Brye | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Mary Brye | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Eugene Brye | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Eugene Brye | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Elois Boykin | Alabama | Conecuh | 07/09/2004 |
| North Beach Prospect | Elois Boykin | Alabama | Conecuh | 07/09/2004 |
| North Beach Prospect | Helen Hampton | Alabama | Conecuh | 07/09/2004 |
| North Beach Prospect | Helen Hampton | Alabama | Conecuh | 07/09/2004 |
| North Beach Prospect | Robert L. Drakeford | Alabama | Conecuh | 07/09/2004 |
| North Beach Prospect | Robert L. Drakeford | Alabama | Conecuh | 07/09/2004 |
| North Beach Prospect | Fred L. Drakeford & Vanessa Drakeford | Alabama | Conecuh | 07/09/2004 |
| North Beach Prospect | Fred L. Drakeford & Vanessa Drakeford | Alabama | Conecuh | 07/09/2004 |
| North Beach Prospect | Fred L. Drakeford & Vanessa Drakeford | Alabama | Conecuh | 06/19/2004 |
| North Beach Prospect | Fred L. Drakeford & Vanessa Drakeford | Alabama | Conecuh | 06/19/2004 |
| North Beach Prospect | Lawrence Brye | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Lawrence Brye | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Katherine Holmes Straughn | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Katherine Holmes Straughn | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Richard D. Holmes | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Richard D. Holmes | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Richard D. Holmes | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Gerald Ira Padgett | Alabama | Conecuh | 06/24/2009 |
| North Beach Prospect | Gerald Ira Padgett | Alabama | Conecuh | 06/24/2009 |
| North Beach Prospect | Gerald Ira Padgett | Alabama | Conecuh | 06/24/2009 |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| North Beach Prospect | Gerald Ira Padgett | Alabama | Conecuh | 06/24/2009 |
| North Beach Prospect | Gerald Ira Padgett | Alabama | Conecuh | 06/24/2009 |
| North Beach Prospect | Daniel Ira Padgett | Alabama | Conecuh | 06/24/2009 |
| North Beach Prospect | Daniel Ira Padgett | Alabama | Conecuh | 06/24/2009 |
| North Beach Prospect | Daniel Ira Padgett | Alabama | Conecuh | 06/24/2009 |
| North Beach Prospect | Daniel Ira Padgett | Alabama | Conecuh | 06/24/2009 |
| North Beach Prospect | Daniel Ira Padgett | Alabama | Conecuh | 06/24/2009 |
| North Beach Prospect | Gerald Ira Padgett | Alabama | Conecuh | 06/24/2009 |
| North Beach Prospect | Gerald Ira Padgett | Alabama | Conecuh | 06/24/2009 |
| North Beach Prospect | Gerald Ira Padgett | Alabama | Conecuh | 06/24/2009 |
| North Beach Prospect | Gerald Ira Padgett | Alabama | Conecuh | 06/24/2009 |
| North Beach Prospect | Gerald Ira Padgett | Alabama | Conecuh | 06/24/2009 |
| North Beach Prospect | Lee Nard Meeks | Alabama | Conecuh | 06/18/2009 |
| North Beach Prospect | Lee Nard Meeks | Alabama | Conecuh | 06/18/2009 |
| North Beach Prospect | Martha Drakeford | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Martha Drakeford | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Tiffannie Richardson | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Tiffannie Richardson | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | J. T. Covington | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | J. T. Covington | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Willie Brye | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Willie Brye | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Nero Brye, Deceased | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Nero Brye, Deceased | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Mary Covington | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Mary Covington | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Christine Covington | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Christine Covington | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Alice Margaret Holmes Woods | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Alice Margaret Holmes Woods | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Ella Ruth Holmes Gant | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Ella Ruth Holmes Gant | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Lizzie Mae Holmes Richburg | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Lizzie Mae Holmes Richburg | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Daisy L. Holmes | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Daisy L. Holmes | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Constance M. Holmes Hale | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Constance M. Holmes Hale | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Veronica R. Holmes | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Veronica R. Holmes | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Claudie M. Holmes Modley | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Claudie M. Holmes Modley | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Lillie Pearl Taliaferro, Deceased | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Lillie Pearl Taliaferro, Deceased | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Sylvester Covington | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Sylvester Covington | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Leotis Hardie | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Leotis Hardie | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Dorothy B. Byrd | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Dorothy B. Byrd | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Minnie Pearl Merrill | Alabama | Conecuh | 06/18/2004 |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| North Beach Prospect | Minnie Pearl Merrill | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Nero Brye, Deceased | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Nero Brye, Deceased | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Beulah Jones | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Beulah Jones | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Estate of Ossie L. Rogers | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Estate of Ossie L. Rogers | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Willie Horton & Novella B. Horton | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Willie Horton & Novella B. Horton | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Willie Horton & Novella B. Horton | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Willie Horton & Novella B. Horton | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Willie Horton & Novella B. Horton | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | John L. Henry & Carrie I. Henry | Alabama | Conecuh | 08/24/2004 |
| North Beach Prospect | John L. Henry & Carrie I. Henry | Alabama | Conecuh | 08/24/2004 |
| North Beach Prospect | Hattie Mae Holmes Ball | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Hattie Mae Holmes Ball | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Joel R. Jackson | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Joel R. Jackson | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Reelice Holmes | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Reelice Holmes | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Buice Lee Holmes Hooks | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Buice Lee Holmes Hooks | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Pamela D. Holmes Banks | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Pamela D. Holmes Banks | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Soterra, LLC c/o Regions Bank Natural Resources Dpt | Alabama | Conecuh | 11/12/2007 |
| North Beach Prospect | George Henry White | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | George Henry White | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Clarence White | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Clarence White | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Agnes Tolbert | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Agnes Tolbert | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Bertha Thompson | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Bertha Thompson | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Nell Smith | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Nell Smith | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | James P. Prindle | Alabama | Conecuh | 07/16/2015 |
| North Beach Prospect | Sarah Nell McEwen | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Sarah Nell McEwen | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Lois Brye Hawthorne | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Lois Brye Hawthorne | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Janie B. Harding | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Janie B. Harding | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Mary Ann Furguson | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Mary Ann Furguson | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Inez Culliver | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Inez Culliver | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Mary Helen Crittenden | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Mary Helen Crittenden | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Minnie Carter | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Minnie Carter | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Huzell Brye | Alabama | Conecuh | 06/18/2004 |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| North Beach Prospect | Huzell Brye | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Grady Brye % Agnes Tolbert | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Grady Brye % Agnes Tolbert | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Virgie Brooks | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Virgie Brooks | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Beaman Williams | Alabama | Conecuh | 12/22/2009 |
| North Beach Prospect | Beaman Williams | Alabama | Conecuh | 12/22/2009 |
| North Beach Prospect | Beaman Williams | Alabama | Conecuh | 12/22/2009 |
| North Beach Prospect | Beaman Williams | Alabama | Conecuh | 12/22/2009 |
| North Beach Prospect | Beaman Williams | Alabama | Conecuh | 12/22/2009 |
| North Beach Prospect | Beaman Williams | Alabama | Conecuh | 12/22/2009 |
| North Beach Prospect | Beaman Williams | Alabama | Conecuh | 12/22/2009 |
| North Beach Prospect | Chiquita L. Jackson Stratford | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Chiquita L. Jackson Stratford | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Johnnie Mae Holmes Ellington | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Johnnie Mae Holmes Ellington | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Felita Fay Hill | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Felita Fay Hill | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Derwin Brye | Alabama | Conecuh | 12/21/2004 |
| North Beach Prospect | Derwin Brye | Alabama | Conecuh | 12/21/2004 |
| North Beach Prospect | Rosa Lee Jackson | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Rosa Lee Jackson | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Betty Jenkins | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Betty Jenkins | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Kelsey Anne Green Trust George, Jr. & William Green | Alabama | Conecuh | 12/04/2007 |
| North Beach Prospect | Kelsey Anne Green Trust George, Jr. & William Green | Alabama | Conecuh | 12/04/2007 |
| North Beach Prospect | Kelsey Anne Green Trust George, Jr. & William Green | Alabama | Conecuh | 12/04/2007 |
| North Beach Prospect | William Trimble Green | Alabama | Conecuh | 11/17/2007 |
| North Beach Prospect | William Trimble Green | Alabama | Conecuh | 11/17/2007 |
| North Beach Prospect | William Trimble Green | Alabama | Conecuh | 11/17/2007 |
| North Beach Prospect | George Gardiner Green, Jr. | Alabama | Conecuh | 11/17/2007 |
| North Beach Prospect | George Gardiner Green, Jr. | Alabama | Conecuh | 11/17/2007 |
| North Beach Prospect | George Gardiner Green, Jr. | Alabama | Conecuh | 11/17/2007 |
| North Beach Prospect | Irene Brye | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Irene Brye | Alabama | Conecuh | 06/18/2004 |
| North Beach Prospect | Church of Christ of the Primitive Faith and Order at | Alabama | Conecuh | 12/22/2004 |
| North Beach Prospect | Larry Wright | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Larry Wright | Alabama | Conecuh | 07/13/2004 |
| North Beach Prospect | Wayne Bryer | Alabama | Conecuh | 03/01/2005 |
| North Beach Prospect | Wayne Bryer | Alabama | Conecuh | 03/01/2005 |
| North Beach Prospect | Johnita Hall | Alabama | Conecuh | 03/01/2005 |
| North Beach Prospect | Johnita Hall | Alabama | Conecuh | 03/01/2005 |
| North Beach Prospect | Annie Lee Brye, Deceased | Alabama | Conecuh | 03/01/2005 |
| North Beach Prospect | Annie Lee Brye, Deceased | Alabama | Conecuh | 03/01/2005 |
| North Beach Prospect | Sandra Bryer | Alabama | Conecuh | 03/01/2005 |
| North Beach Prospect | Sandra Bryer | Alabama | Conecuh | 03/01/2005 |
| North Beach Prospect | John Greel Ralls, Sr. | Alabama | Conecuh | 09/13/2005 |
| North Beach Prospect | John Greel Ralls, Sr. | Alabama | Conecuh | 09/13/2005 |
| North Beach Prospect | John Greel Ralls, Sr. | Alabama | Conecuh | 09/13/2005 |
| North Beach Prospect | Patricia Ann Davis | Alabama | Conecuh | 08/19/2005 |
| North Beach Prospect | Patricia Ann Davis | Alabama | Conecuh | 08/19/2005 |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| North Beach Prospect | Geraldine White | Alabama | Conecuh | 08/19/2005 |
| North Beach Prospect | Geraldine White | Alabama | Conecuh | 08/19/2005 |
| North Beach Prospect | Sara P. Nettles | Alabama | Conecuh | 05/22/2005 |
| North Beach Prospect | Sara P. Nettles | Alabama | Conecuh | 05/22/2005 |
| North Beach Prospect | Norma G. Grandison | Alabama | Conecuh | 05/22/2005 |
| North Beach Prospect | Norma G. Grandison | Alabama | Conecuh | 05/22/2005 |
| North Beach Prospect | Donna E. Johnson | Alabama | Conecuh | 05/22/2005 |
| North Beach Prospect | Donna E. Johnson | Alabama | Conecuh | 05/22/2005 |
| North Beach Prospect | Vincent C. Brye | Alabama | Conecuh | 05/22/2005 |
| North Beach Prospect | Vincent C. Brye | Alabama | Conecuh | 05/22/2005 |
| North Beach Prospect | Willie Mae Huntley | Alabama | Conecuh | 12/19/2005 |
| North Beach Prospect | Eva McCreary | Alabama | Conecuh | 12/19/2005 |
| North Beach Prospect | Irene McCreary, Deceased | Alabama | Conecuh | 12/19/2005 |
| North Beach Prospect | Robert Floyd, Jr. | Alabama | Conecuh | 12/19/2005 |
| North Beach Prospect | Clarence Lee Howard | Alabama | Conecuh | 12/19/2005 |
| North Beach Prospect | McKinzell Floyd | Alabama | Conecuh | 12/19/2005 |
| North Beach Prospect | Willie Drakeford, Deceased | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Willie Drakeford, Deceased | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | King E. Drakeford | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | King E. Drakeford | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Mary L. Green | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Mary L. Green | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Johnny Drakeford, Jr. | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Johnny Drakeford, Jr. | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Mary D. Jones | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Mary D. Jones | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Martha A. Perkins | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Martha A. Perkins | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Minnie Drakeford | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Minnie Drakeford | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Albert C. Drakeford | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Albert C. Drakeford | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Howard J. Drakeford | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Howard J. Drakeford | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Harris L. Drakeford & Laurine W. Drakeford | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Harris L. Drakeford & Laurine W. Drakeford | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | Harris L. Drakeford & Laurine W. Drakeford | Alabama | Conecuh | 10/11/2004 |
| North Beach Prospect | McKinley Floyd and wife, Juanita Hayes Floyd | Alabama | Conecuh | 03/04/2006 |
| North Beach Prospect | McKinley Floyd and wife, Juanita Hayes Floyd | Alabama | Conecuh | 03/04/2006 |
| North Beach Prospect | Rosemary Ralls Harper | Alabama | Conecuh | 03/08/2006 |
| North Beach Prospect | Carol Ralls Pate | Alabama | Conecuh | 03/08/2006 |
| North Beach Prospect | Loretta Wiggins | Alabama | Conecuh | 08/19/2005 |
| North Beach Prospect | Loretta Wiggins | Alabama | Conecuh | 08/19/2005 |
| North Beach Prospect | Sharon Brye Scott | Alabama | Conecuh | 08/19/2005 |
| North Beach Prospect | Sharon Brye Scott | Alabama | Conecuh | 08/19/2005 |
| North Beach Prospect | Latasha Scott | Alabama | Conecuh | 03/28/2006 |
| North Beach Prospect | Latasha Scott | Alabama | Conecuh | 03/28/2006 |
| North Beach Prospect | Lashawna Scott | Alabama | Conecuh | 03/28/2006 |
| North Beach Prospect | Lashawna Scott | Alabama | Conecuh | 03/28/2006 |
| North Beach Prospect | Anita Lawson | Alabama | Conecuh | 03/28/2006 |
| North Beach Prospect | Anita Lawson | Alabama | Conecuh | 03/28/2006 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| North Beach Prospect | Giselle Malone | Alabama | Conecuh | 03/28/2006 | |
| North Beach Prospect | Giselle Malone | Alabama | Conecuh | 03/28/2006 | |
| North Beach Prospect | Eleanor Malone | Alabama | Conecuh | 03/28/2006 | |
| North Beach Prospect | Eleanor Malone | Alabama | Conecuh | 03/28/2006 | |
| North Beach Prospect | Wanda Malone | Alabama | Conecuh | 03/28/2006 | |
| North Beach Prospect | Wanda Malone | Alabama | Conecuh | 03/28/2006 | |
| North Beach Prospect | Tiffany Malone | Alabama | Conecuh | 03/28/2006 | |
| North Beach Prospect | Tiffany Malone | Alabama | Conecuh | 03/28/2006 | |
| North Beach Prospect | Eartha Mae White Willis | Alabama | Conecuh | 02/27/2007 | |
| North Beach Prospect | Eartha Mae White Willis | Alabama | Conecuh | 02/27/2007 | |
| North Beach Prospect | Abbie Morris, Deceased | Alabama | Conecuh | 02/27/2007 | |
| North Beach Prospect | Abbie Morris, Deceased | Alabama | Conecuh | 02/27/2007 | |
| North Beach Prospect | Denoy Brye | Alabama | Conecuh | 02/27/2007 | |
| North Beach Prospect | Denoy Brye | Alabama | Conecuh | 02/27/2007 | |
| North Beach Prospect | Lorenzo Brye | Alabama | Conecuh | 02/27/2007 | |
| North Beach Prospect | Lorenzo Brye | Alabama | Conecuh | 02/27/2007 | |
| North Beach Prospect | Jeannette Anderson | Alabama | Conecuh | 02/27/2007 | |
| North Beach Prospect | Jeannette Anderson | Alabama | Conecuh | 02/27/2007 | |
| North Beach Prospect | Smurfit-Stone Container Enterprises, Inc | Alabama | Conecuh | 05/27/2008 | |
| North Beach Prospect | Smurfit-Stone Container Enterprises, Inc | Alabama | Conecuh | 05/27/2008 | |
| North Beach Prospect | Smurfit-Stone Container Enterprises, Inc | Alabama | Conecuh | 05/27/2008 | |
| North Beach Prospect | Smurfit-Stone Container Enterprises, Inc | Alabama | Conecuh | 05/27/2008 | |
| North Beach Prospect | Smurfit-Stone Container Enterprises, Inc | Alabama | Conecuh | 05/27/2008 | |
| North Beach Prospect | Smurfit-Stone Container Enterprises, Inc | Alabama | Conecuh | 05/27/2008 | |
| North Beach Prospect | Charlene Malone | Alabama | Conecuh | 08/20/2008 | |
| North Beach Prospect | Charlene Malone | Alabama | Conecuh | 08/20/2008 | |
| North Beach Prospect | Mary Ann Mack | Alabama | Conecuh | 04/28/2014 | Craig Mack 17-4 #1 |
| North Beach Prospect | Mary Ann Mack | Alabama | Conecuh | 04/28/2014 | |
| North Beach Prospect | Blackstone Natraul Resources I, L.P. | Alabama | Conecuh | 06/04/2014 | |
| North Beach Prospect | John Greel Ralls, Sr. | Alabama | Escambia | 08/10/2013 | |
| Bear Creek West | UNKNOWN / OTHERS | Alabama | Monroe | 02/12/2011 | |
| Bear Creek West | UNKNOWN / OTHERS | Alabama | Monroe | 02/12/2011 | |
| Bear Creek West | UNKNOWN / OTHERS | Alabama | Monroe | 02/12/2011 | |
| Bear Creek West | Agee S. Broughton, III | Alabama | Monroe | 02/12/2011 | |
| Bear Creek West | Agee S. Broughton, III | Alabama | Monroe | 02/12/2011 | |
| Bear Creek West | Agee S. Broughton, III | Alabama | Monroe | 02/12/2011 | |
| Bear Creek West | Ann B. Magee | Alabama | Monroe | 02/12/2011 | |
| Bear Creek West | Ann B. Magee | Alabama | Monroe | 02/12/2011 | |
| Bear Creek West | Ann B. Magee | Alabama | Monroe | 02/12/2011 | |
| Bear Creek West | James J. McWilliams, III | Alabama | Monroe | 02/12/2011 | |
| Bear Creek West | James J. McWilliams, III | Alabama | Monroe | 02/12/2011 | |
| Bear Creek West | James J. McWilliams, III | Alabama | Monroe | 02/12/2011 | |
| Bear Creek West | Renaei McWilliams | Alabama | Monroe | 02/12/2011 | |
| Bear Creek West | Renaei McWilliams | Alabama | Monroe | 02/12/2011 | |
| Bear Creek West | Renaei McWilliams | Alabama | Monroe | 02/12/2011 | |
| Bear Creek West | Jade McWilliams Freeman | Alabama | Monroe | 02/12/2011 | |
| Bear Creek West | Jade McWilliams Freeman | Alabama | Monroe | 02/12/2011 | |
| Bear Creek West | Jade McWilliams Freeman | Alabama | Monroe | 02/12/2011 | |
| Bear Creek West | Mark Tapia Augusta Tapia | Alabama | Monroe | 03/19/2011 | |
| Bear Creek West | Ersell Beck | Alabama | Monroe | 03/19/2011 | |
| Bear Creek West | Willie Thames | Alabama | Monroe | 02/23/2011 | |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| Bear Creek West | Willie Thames | Alabama | Monroe | 02/23/2011 |
| Bear Creek West | Annette Jeffers | Alabama | Monroe | 02/23/2011 |
| Bear Creek West | Teresa Davis | Alabama | Monroe | 02/23/2011 |
| Bear Creek West | Alex Thames | Alabama | Monroe | 02/23/2011 |
| Bear Creek West | John Thames | Alabama | Monroe | 02/23/2011 |
| Bear Creek West | Pamela Thames | Alabama | Monroe | 02/28/2011 |
| Bear Creek West | Michael Thames | Alabama | Monroe | 02/23/2011 |
| Bear Creek West | Eugene Thomas | Alabama | Monroe | 04/03/2011 |
| Bear Creek West | Hazel T Nero | Alabama | Monroe | 04/03/2011 |
| Bear Creek West | Helen T Lyons | Alabama | Monroe | 04/03/2011 |
| Bear Creek West | Theodore Thames | Alabama | Monroe | 04/22/2013 |
| Bear Creek West | Loretta Mc Cants | Alabama | Monroe | 04/22/2013 |
| Bear Creek West | Shirley Thames | Alabama | Monroe | 04/22/2013 |
| Bear Creek West | Minnie E Stallworth | Alabama | Monroe | 04/22/2013 |
| Bear Creek West | Earnestine King | Alabama | Monroe | 04/22/2013 |
| Bear Creek West | Evelyn Murray | Alabama | Monroe | 04/22/2013 |
| Bethany Longstreet Prospect | Marian Bass Farris | Louisiana | | 07/24/2006 |
| Bethany Longstreet Prospect | Marian Bass Farris | Louisiana | | 07/24/2006 |
| Bethany Longstreet Prospect | Robert P. Bass | Louisiana | Caddo | 07/24/2006 |
| Bethany Longstreet Prospect | Robert P. Bass | Louisiana | Caddo | 07/24/2006 |
| Bethany Longstreet Prospect | J. Howard Bass | Louisiana | Caddo | 07/24/2006 |
| Bethany Longstreet Prospect | J. Howard Bass | Louisiana | Caddo | 07/24/2006 |
| Bovina Field | Tormin, Inc. | | | 03/03/2002 |
| Bovina Field | Anderson-Tully Company | | | 03/06/2001 |
| Bovina Field | Velma R. Jones | Mississippi | Warren | 03/15/2002 |
| Bovina Field | Aubrey Leroy Amos Heirs C/O Chancery Clerk #2003-153 | Mississippi | Warren | 07/08/2003 |
| Bovina Field | Lucille A. Brown | Mississippi | Warren | 05/28/2002 |
| Bovina Field | Berdie C. Amos | Mississippi | Warren | 05/28/2002 |
| Bovina Field | Simon Amos | Mississippi | Warren | 05/28/2002 |
| Bovina Field | Mary Lee A. Robbins | Mississippi | Warren | 06/25/2002 |
| Bovina Field | Cassandra A. Norwood | Mississippi | Warren | 06/25/2002 |
| Bovina Field | Josie B. Amos | Mississippi | Warren | 06/25/2002 |
| Bovina Field | H. O. Tidwell | Mississippi | Warren | 02/20/2001 |
| Bovina Field | Charles Schaeffer & Ruby Schaeffer | Mississippi | Warren | 07/09/2002 |
| Bovina Field | John E. Bell | Mississippi | Warren | 01/31/2002 |
| Bovina Field | Rosie D. Marsh | Mississippi | Warren | 07/07/2002 |
| Bovina Field | Willie M. Spencer & Louis Spencer | Mississippi | Warren | 05/01/2002 |
| Bovina Field | Willie M. Spencer & Louis Spencer | Mississippi | Warren | 05/01/2002 |
| Bovina Field | Charles Scott & Joyce Scott | Mississippi | Warren | 03/02/2003 |
| Bovina Field | Gwyndolyn S. Prater | Mississippi | Warren | 05/01/2002 |
| Bovina Field | Gwyndolyn S. Prater | Mississippi | Warren | 05/01/2002 |
| Bovina Field | Marie K. Phelps | Mississippi | Warren | 06/11/2002 |
| Bovina Field | Marie K. Phelps | Mississippi | Warren | 06/11/2002 |
| Bovina Field | Federal Land BankofNew Orleans | Mississippi | Warren | 05/24/1976 |
| Bovina Field | Federal Land BankofNew Orleans | Mississippi | Warren | 05/24/1976 |
| Bovina Field | Anderson-Tully Company | Mississippi | Warren | 08/01/1974 |
| Bovina Field | Anderson-Tully Company | Mississippi | Warren | 08/01/1974 |
| Bovina Field | Joseph A. Farrar | Mississippi | Warren | 06/10/1981 |
| Bovina Field | Howard T. Ettinger | Mississippi | Warren | 12/22/1980 |
| Bovina Field | Henry W. Harrel | Mississippi | Warren | 09/10/1981 |
| Bovina Field | Nathaniel Summerfield | Mississippi | Warren | 02/02/1982 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Bovina Field | Nathaniel Summerfield | Mississippi | Warren | 02/02/1982 | |
| Bovina Field | Dorothy Moss Blanton | Mississippi | Warren | 02/02/1982 | |
| Bovina Field | Dorothy Moss Blanton | Mississippi | Warren | 02/02/1982 | |
| Bovina Field | Bobbie J. Nevels | Mississippi | Warren | 10/09/1980 | |
| Bovina Field | Bobbie J. Nevels | Mississippi | Warren | 10/09/1980 | |
| Bovina Field | James E. Wood & Joyce Wood | Mississippi | Warren | 11/13/1980 | |
| Bovina Field | Willaim Kirk Stevens & Janice Stevens | Mississippi | Warren | 12/23/1980 | |
| Bovina Field | Oswald Jones & Linda Jones | Mississippi | Warren | 11/14/1980 | |
| Bovina Field | Malcolm G. Anding & Wilhelmina Anding | Mississippi | Warren | 12/24/1980 | |
| Bovina Field | Frances H. Wilson Sheffield | Mississippi | Warren | 12/24/1980 | |
| Bovina Field | Paul Anthony Taccarino | Mississippi | Warren | 11/19/1980 | |
| Bovina Field | James B Howard & Doris Shaw Howard | Mississippi | Warren | 12/24/1980 | |
| Bovina Field | James B Howard & Doris Shaw Howard | Mississippi | Warren | 12/24/1980 | |
| Bovina Field | James B Howard & Doris Shaw Howard | Mississippi | Warren | 12/24/1980 | |
| Bovina Field | James B Howard & Doris Shaw Howard | Mississippi | Warren | 12/24/1980 | |
| Bovina Field | James B Howard & Doris Shaw Howard | Mississippi | Warren | 12/24/1980 | |
| Bovina Field | Lignum Oil Company | Mississippi | Warren | 11/20/1980 | |
| Bovina Field | Lignum Oil Company | Mississippi | Warren | 11/20/1980 | |
| Bovina Field | Lignum Oil Company | Mississippi | Warren | 11/20/1980 | |
| Bovina Field | Lignum Oil Company | Mississippi | Warren | 11/20/1980 | |
| Bovina Field | Lignum Oil Company | Mississippi | Warren | 11/20/1980 | |
| Bovina Field | Lignum Oil Company | Mississippi | Warren | 11/20/1980 | |
| Bovina Field | Lignum Oil Company | Mississippi | Warren | 11/20/1980 | |
| Bovina Field | Lignum Oil Company | Mississippi | Warren | 11/20/1980 | |
| Bovina Field | Lignum Oil Company | Mississippi | Warren | 11/20/1980 | |
| Bovina Field | Federal Land BankofNew Orleans | Mississippi | Warren | 05/28/1981 | |
| Bovina Field | Federal Land BankofNew Orleans | Mississippi | Warren | 05/28/1981 | |
| Bovina Field | Federal Land BankofNew Orleans | Mississippi | Warren | 05/28/1981 | |
| Bovina Field | Federal Land BankofNew Orleans | Mississippi | Warren | 05/28/1981 | |
| Bovina Field | Federal Land BankofNew Orleans | Mississippi | Warren | 05/28/1981 | |
| Bovina Field | Federal Land BankofNew Orleans | Mississippi | Warren | 05/28/1981 | |
| Bovina Field | Federal Land BankofNew Orleans | Mississippi | Warren | 05/28/1981 | |
| Bovina Field | Federal Land BankofNew Orleans | Mississippi | Warren | 05/28/1981 | |
| Bovina Field | Federal Land BankofNew Orleans | Mississippi | Warren | 05/28/1981 | |
| West Bryceland Saddle | Brenda Joyce Hill Ware | Louisiana | Bienville | 12/03/2013 | John D Bryant #1 |
| West Bryceland Saddle | Brenda Joyce Hill Ware | Louisiana | Bienville | 12/03/2013 | John D Bryant #1 |
| West Bryceland Saddle | Brenda Joyce Hill Ware | Louisiana | Bienville | 12/03/2013 | John D Bryant #1 |
| West Bryceland Saddle | Delores Hill Powell | Louisiana | Bienville | 12/03/2013 | John D Bryant #1 |
| West Bryceland Saddle | Delores Hill Powell | Louisiana | Bienville | 12/03/2013 | John D Bryant #1 |
| West Bryceland Saddle | Delores Hill Powell | Louisiana | Bienville | 12/03/2013 | John D Bryant #1 |
| West Bryceland Saddle | Delaune Radin | Louisiana | Bienville | 07/24/2013 | John D Bryant #1 |
| West Bryceland Saddle | Delaune Radin | Louisiana | Bienville | 07/24/2013 | John D Bryant #1 |
| West Bryceland Saddle | Delaune Radin | Louisiana | Bienville | 07/24/2013 | John D Bryant #1 |
| West Bryceland Saddle | Ronald Hill | Louisiana | Bienville | 05/30/2012 | John D Bryant #1 |
| West Bryceland Saddle | Ronald Hill | Louisiana | Bienville | 05/30/2012 | John D Bryant #1 |
| West Bryceland Saddle | Ronald Hill | Louisiana | Bienville | 05/30/2012 | John D Bryant #1 |
| West Bryceland Saddle | Robert Hill | Louisiana | Bienville | 05/30/2012 | John D Bryant #1 |
| West Bryceland Saddle | Robert Hill | Louisiana | Bienville | 05/30/2012 | John D Bryant #1 |
| West Bryceland Saddle | Robert Hill | Louisiana | Bienville | 05/30/2012 | John D Bryant #1 |

EXHIBIT 3

Case:20-12377-EEB   Doc#:166-2   Filed:04/23/20   144...  39:39   Page

| | | | | | |
|---|---|---|---|---|---|
| West Bryceland Saddle | Dorothy M Harris | Louisiana | Bienville | 05/30/2013 | John D Bryant #1 |
| West Bryceland Saddle | Dorothy M Harris | Louisiana | Bienville | 05/30/2013 | John D Bryant #1 |
| West Bryceland Saddle | Dorothy M Harris | Louisiana | Bienville | 05/30/2013 | John D Bryant #1 |
| West Bryceland Saddle | Curtis Judgeware | Louisiana | Bienville | 05/30/2013 | John D Bryant #1 |
| West Bryceland Saddle | Curtis Judgeware | Louisiana | Bienville | 05/30/2013 | John D Bryant #1 |
| West Bryceland Saddle | Curtis Judgeware | Louisiana | Bienville | 05/30/2013 | John D Bryant #1 |
| West Bryceland Saddle | Adrianne Judgeware | Louisiana | Bienville | 05/30/0212 | John D Bryant #1 |
| West Bryceland Saddle | Adrianne Judgeware | Louisiana | Bienville | 05/30/0212 | John D Bryant #1 |
| West Bryceland Saddle | Adrianne Judgeware | Louisiana | Bienville | 05/30/0212 | John D Bryant #1 |
| West Bryceland Saddle | Verna C Foster | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Verna C Foster | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Verna C Foster | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Olden Michael Wright | Louisiana | Bienville | 11/26/2013 | John D Bryant #1 |
| West Bryceland Saddle | Olden Michael Wright | Louisiana | Bienville | 11/26/2013 | John D Bryant #1 |
| West Bryceland Saddle | Olden Michael Wright | Louisiana | Bienville | 11/26/2013 | John D Bryant #1 |
| West Bryceland Saddle | Keisha Wright Johnson | Louisiana | Bienville | 11/26/2013 | John D Bryant #1 |
| West Bryceland Saddle | Keisha Wright Johnson | Louisiana | Bienville | 11/26/2013 | John D Bryant #1 |
| West Bryceland Saddle | Keisha Wright Johnson | Louisiana | Bienville | 11/26/2013 | John D Bryant #1 |
| West Bryceland Saddle | Carol Hill Scott | Louisiana | Bienville | 11/26/2013 | John D Bryant #1 |
| West Bryceland Saddle | Carol Hill Scott | Louisiana | Bienville | 11/26/2013 | John D Bryant #1 |
| West Bryceland Saddle | Carol Hill Scott | Louisiana | Bienville | 11/26/2013 | John D Bryant #1 |
| West Bryceland Saddle | Curtis Murphy | Louisiana | Bienville | 03/01/2012 | John D Bryant #1 |
| West Bryceland Saddle | Curtis Murphy | Louisiana | Bienville | 03/01/2012 | John D Bryant #1 |
| West Bryceland Saddle | Curtis Murphy | Louisiana | Bienville | 03/01/2012 | John D Bryant #1 |
| West Bryceland Saddle | Roy Clark | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Roy Clark | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Roy Clark | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Rolie Murphy | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Rolie Murphy | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Rolie Murphy | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Mary F. Harris | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Mary F. Harris | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Mary F. Harris | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Lillian Clark | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Lillian Clark | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Lillian Clark | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Earnestine Brackens | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Earnestine Brackens | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Earnestine Brackens | Louisiana | Bienville | 02/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Crystal Hill | Louisiana | Bienville | 02/13/2012 | John D Bryant #1 |
| West Bryceland Saddle | Crystal Hill | Louisiana | Bienville | 02/13/2012 | John D Bryant #1 |
| West Bryceland Saddle | Crystal Hill | Louisiana | Bienville | 02/13/2012 | John D Bryant #1 |
| West Bryceland Saddle | Patricia Hill | Louisiana | Bienville | 02/02/2012 | John D Bryant #1 |
| West Bryceland Saddle | Patricia Hill | Louisiana | Bienville | 02/02/2012 | John D Bryant #1 |
| West Bryceland Saddle | Patricia Hill | Louisiana | Bienville | 02/02/2012 | John D Bryant #1 |
| West Bryceland Saddle | Peter Hill | Louisiana | Bienville | 02/01/2012 | John D Bryant #1 |
| West Bryceland Saddle | Peter Hill | Louisiana | Bienville | 02/01/2012 | John D Bryant #1 |
| West Bryceland Saddle | Peter Hill | Louisiana | Bienville | 02/01/2012 | John D Bryant #1 |
| West Bryceland Saddle | Brian Radin | Louisiana | Bienville | 02/01/2012 | John D Bryant #1 |
| West Bryceland Saddle | Brian Radin | Louisiana | Bienville | 02/01/2012 | John D Bryant #1 |
| West Bryceland Saddle | Brian Radin | Louisiana | Bienville | 02/01/2012 | John D Bryant #1 |

EXHIBIT 3

| West Bryceland Saddle | Lesie A Shaw | Louisiana | Bienville | 01/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Lesie A Shaw | Louisiana | Bienville | 01/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Lesie A Shaw | Louisiana | Bienville | 01/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Patsy R Champion | Louisiana | Bienville | 01/25/2012 | John D Bryant #1 |
| West Bryceland Saddle | Patsy R Champion | Louisiana | Bienville | 01/25/2012 | John D Bryant #1 |
| West Bryceland Saddle | Patsy R Champion | Louisiana | Bienville | 01/25/2012 | John D Bryant #1 |
| West Bryceland Saddle | Faydria Murphy | Louisiana | Bienville | 01/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Faydria Murphy | Louisiana | Bienville | 01/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Faydria Murphy | Louisiana | Bienville | 01/27/2012 | John D Bryant #1 |
| West Bryceland Saddle | Linda Hill Sneed | Louisiana | Bienville | 01/25/2012 | John D Bryant #1 |
| West Bryceland Saddle | Linda Hill Sneed | Louisiana | Bienville | 01/25/2012 | John D Bryant #1 |
| West Bryceland Saddle | Linda Hill Sneed | Louisiana | Bienville | 01/25/2012 | John D Bryant #1 |
| West Bryceland Saddle | Judge Hill, 111 | Louisiana | Bienville | 01/25/2012 | John D Bryant #1 |
| West Bryceland Saddle | Judge Hill, 111 | Louisiana | Bienville | 01/25/2012 | John D Bryant #1 |
| West Bryceland Saddle | Judge Hill, 111 | Louisiana | Bienville | 01/25/2012 | John D Bryant #1 |
| West Bryceland Saddle | Gloria Hill Stells | Louisiana | Bienville | 01/25/2012 | John D Bryant #1 |
| West Bryceland Saddle | Gloria Hill Stells | Louisiana | Bienville | 01/25/2012 | John D Bryant #1 |
| West Bryceland Saddle | Gloria Hill Stells | Louisiana | Bienville | 01/25/2012 | John D Bryant #1 |
| West Bryceland Saddle | Bobby J Hill | Louisiana | Bienville | 01/25/2012 | John D Bryant #1 |
| West Bryceland Saddle | Bobby J Hill | Louisiana | Bienville | 01/25/2012 | John D Bryant #1 |
| West Bryceland Saddle | Bobby J Hill | Louisiana | Bienville | 01/25/2012 | John D Bryant #1 |
| West Bryceland Saddle | Martha Ruth Johnson | Louisiana | Bienville | 01/17/2012 | John D Bryant #1 |
| West Bryceland Saddle | Martha Ruth Johnson | Louisiana | Bienville | 01/17/2012 | John D Bryant #1 |
| West Bryceland Saddle | Martha Ruth Johnson | Louisiana | Bienville | 01/17/2012 | John D Bryant #1 |
| West Bryceland Saddle | Lisa G. Johnson | Louisiana | Bienville | 01/17/2012 | John D Bryant #1 |
| West Bryceland Saddle | Lisa G. Johnson | Louisiana | Bienville | 01/17/2012 | John D Bryant #1 |
| West Bryceland Saddle | Lisa G. Johnson | Louisiana | Bienville | 01/17/2012 | John D Bryant #1 |
| West Bryceland Saddle | Lee Radin Moore | Louisiana | Bienville | 01/17/2012 | John D Bryant #1 |
| West Bryceland Saddle | Lee Radin Moore | Louisiana | Bienville | 01/17/2012 | John D Bryant #1 |
| West Bryceland Saddle | Lee Radin Moore | Louisiana | Bienville | 01/17/2012 | John D Bryant #1 |
| West Bryceland Saddle | Gracie Frazier | Louisiana | Bienville | 01/17/2012 | John D Bryant #1 |
| West Bryceland Saddle | Gracie Frazier | Louisiana | Bienville | 01/17/2012 | John D Bryant #1 |
| West Bryceland Saddle | Gracie Frazier | Louisiana | Bienville | 01/17/2012 | John D Bryant #1 |
| West Bryceland Saddle | Betty Otems | Louisiana | Bienville | 01/17/2012 | John D Bryant #1 |
| West Bryceland Saddle | Betty Otems | Louisiana | Bienville | 01/17/2012 | John D Bryant #1 |
| West Bryceland Saddle | Betty Otems | Louisiana | Bienville | 01/17/2012 | John D Bryant #1 |
| West Bryceland Saddle | Monica L. Elder | Louisiana | Bienville | 03/01/2012 | John D Bryant #1 |
| West Bryceland Saddle | Monica L. Elder | Louisiana | Bienville | 03/01/2012 | John D Bryant #1 |
| West Bryceland Saddle | Monica L. Elder | Louisiana | Bienville | 03/01/2012 | John D Bryant #1 |
| West Bryceland Saddle | Leo Lawrence Bryant | Louisiana | Bienville | 07/30/2013 | John D Bryant #1 |
| West Bryceland Saddle | Leo Lawrence Bryant | Louisiana | Bienville | 07/30/2013 | John D Bryant #1 |
| West Bryceland Saddle | Leo Lawrence Bryant | Louisiana | Bienville | 07/30/2013 | John D Bryant #1 |
| West Bryceland Saddle | George Bryant | Louisiana | Bienville | 01/11/2012 | John D Bryant #1 |
| West Bryceland Saddle | George Bryant | Louisiana | Bienville | 01/11/2012 | John D Bryant #1 |
| West Bryceland Saddle | George Bryant | Louisiana | Bienville | 01/11/2012 | John D Bryant #1 |
| West Bryceland Saddle | John Douglas Bryant, Jr. | Louisiana | Bienville | 08/11/2011 | John D Bryant #1 |
| West Bryceland Saddle | John Douglas Bryant, Jr. | Louisiana | Bienville | 08/11/2011 | John D Bryant #1 |
| West Bryceland Saddle | John Douglas Bryant, Jr. | Louisiana | Bienville | 08/11/2011 | John D Bryant #1 |
| West Bryceland Saddle | Monique Bryant | Louisiana | Bienville | 08/05/2011 | John D Bryant #1 |
| West Bryceland Saddle | Monique Bryant | Louisiana | Bienville | 08/05/2011 | John D Bryant #1 |
| West Bryceland Saddle | Monique Bryant | Louisiana | Bienville | 08/05/2011 | John D Bryant #1 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| West Bryceland Saddle | John Douglas Bryant, III | Louisiana | Bienville | 08/05/2011 | John D Bryant #1 |
| West Bryceland Saddle | John Douglas Bryant, III | Louisiana | Bienville | 08/05/2011 | John D Bryant #1 |
| West Bryceland Saddle | John Douglas Bryant, III | Louisiana | Bienville | 08/05/2011 | John D Bryant #1 |
| West Bryceland Saddle | Floyd Bryant, Deceased | Louisiana | Bienville | 08/31/2011 | John D Bryant #1 |
| West Bryceland Saddle | Floyd Bryant, Deceased | Louisiana | Bienville | 08/31/2011 | John D Bryant #1 |
| West Bryceland Saddle | Floyd Bryant, Deceased | Louisiana | Bienville | 08/31/2011 | John D Bryant #1 |
| West Bryceland Saddle | Floyd Bryant, Deceased | Louisiana | Bienville | 08/31/2011 | John D Bryant #1 |
| West Bryceland Saddle | Phillip Keith Bryant | Louisiana | Bienville | 08/23/2011 | John D Bryant #1 |
| West Bryceland Saddle | Phillip Keith Bryant | Louisiana | Bienville | 08/23/2011 | John D Bryant #1 |
| West Bryceland Saddle | Phillip Keith Bryant | Louisiana | Bienville | 08/23/2011 | John D Bryant #1 |
| West Bryceland Saddle | Phillip Keith Bryant | Louisiana | Bienville | 08/23/2011 | John D Bryant #1 |
| West Bryceland Saddle | Chanyel Bryant Burriss | Louisiana | Bienville | 08/23/2011 | John D Bryant #1 |
| West Bryceland Saddle | Chanyel Bryant Burriss | Louisiana | Bienville | 08/23/2011 | John D Bryant #1 |
| West Bryceland Saddle | Chanyel Bryant Burriss | Louisiana | Bienville | 08/23/2011 | John D Bryant #1 |
| West Bryceland Saddle | Chanyel Bryant Burriss | Louisiana | Bienville | 08/23/2011 | John D Bryant #1 |
| West Bryceland Saddle | Kenneth Barnard Bryant | Louisiana | Bienville | 08/23/2011 | John D Bryant #1 |
| West Bryceland Saddle | Kenneth Barnard Bryant | Louisiana | Bienville | 08/23/2011 | John D Bryant #1 |
| West Bryceland Saddle | Kenneth Barnard Bryant | Louisiana | Bienville | 08/23/2011 | John D Bryant #1 |
| West Bryceland Saddle | Kenneth Barnard Bryant | Louisiana | Bienville | 08/23/2011 | John D Bryant #1 |
| West Bryceland Saddle | Kenneth Jerome Pugh | Louisiana | Bienville | 07/28/2011 | John D Bryant #1 |
| West Bryceland Saddle | Barbara Ann Peoples-Smith | Louisiana | Bienville | 08/08/2011 | John D Bryant #1 |
| West Bryceland Saddle | Polly Pugh | Louisiana | Bienville | 07/28/2011 | John D Bryant #1 |
| West Bryceland Saddle | Robert Holland | Louisiana | Bienville | 01/11/2012 | John D Bryant #1 |
| West Bryceland Saddle | Andre Toliver | Louisiana | Bienville | 01/22/2012 | John D Bryant #1 |
| West Bryceland Saddle | William Holland | Louisiana | Bienville | 08/23/2011 | John D Bryant #1 |
| West Bryceland Saddle | Mary A Simpson | Louisiana | Bienville | 07/26/2011 | John D Bryant #1 |
| West Bryceland Saddle | Mary A Simpson | Louisiana | Bienville | 07/26/2011 | John D Bryant #1 |
| West Bryceland Saddle | Tajuania Titus | Louisiana | Bienville | 07/26/2011 | John D Bryant #1 |
| West Bryceland Saddle | Tajuania Titus | Louisiana | Bienville | 07/26/2011 | John D Bryant #1 |
| West Bryceland Saddle | Jimmie Lee Green | Louisiana | Bienville | 07/26/2011 | John D Bryant #1 |
| West Bryceland Saddle | Jimmie Lee Green | Louisiana | Bienville | 07/26/2011 | John D Bryant #1 |
| West Bryceland Saddle | Bruce E. Bryant | Louisiana | Bienville | 07/26/2011 | John D Bryant #1 |
| West Bryceland Saddle | Bruce E. Bryant | Louisiana | Bienville | 07/26/2011 | John D Bryant #1 |
| West Bryceland Saddle | John D. Pugh, Jr | Louisiana | Bienville | 07/26/2011 | John D Bryant #1 |
| West Bryceland Saddle | John D. Pugh, Jr | Louisiana | Bienville | 07/26/2011 | John D Bryant #1 |
| West Bryceland Saddle | Thomas Family Land, LLC | Louisiana | Bienville | 08/05/2011 | John D Bryant #1 |
| West Bryceland Saddle | Thomas Family Land, LLC | Louisiana | Bienville | 08/05/2011 | John D Bryant #1 |
| West Bryceland Saddle | Ida Faye Williams | Louisiana | Bienville | 08/03/2011 | John D Bryant #1 |
| West Bryceland Saddle | Leo Williams, Sr and Ida Fay Williams | Louisiana | Bienville | 08/03/2011 | John D Bryant #1 |
| West Bryceland Saddle | Baker Forests, LP | Louisiana | Bienville | 08/05/2011 | John D Bryant #1 |
| West Bryceland Saddle | Louisiana Minerals, LTD | Louisiana | Bienville | 07/27/2011 | John D Bryant #1 |
| West Bryceland Saddle | E.W. Merritt Land & Timber Co., Inc. | Louisiana | Bienville | 09/22/2012 | John D Bryant #1 |
| East Castor | Weyerhaeuser Company | Louisiana | Bienville | 05/27/2014 | |
| East Castor | Weyerhaeuser Company | Louisiana | Bienville | 05/27/2014 | |
| East Castor | Weyerhaeuser Company | Louisiana | Bienville | 05/27/2014 | Echo Papa 10-10 #1 |
| East Castor | Weyerhaeuser Company | Louisiana | Bienville | 05/27/2014 | Evans 11-4 #1 |
| East Castor | Weyerhaeuser Company | Louisiana | Bienville | 05/27/2014 | |
| East Castor | Weyerhaeuser Company | Louisiana | Bienville | 05/27/2014 | |
| East Castor | Sandra Bogan Bell | Louisiana | Bienville | 07/23/2014 | Echo Papa 10-10 #1 |
| East Castor | Sandra Bogan Bell | Louisiana | Bienville | 07/23/2014 | Echo Papa 10-10 #1 |
| East Castor | Iris Jean Thrasher Cotton | Louisiana | Bienville | 05/16/2014 | Evans 11-4 #1 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| East Castor | Darrie Dianne Bogan Coleman | Louisiana | Bienville | 07/23/2014 | Echo Papa 10-10 #1 |
| East Castor | Darrie Dianne Bogan Coleman | Louisiana | Bienville | 07/23/2014 | Echo Papa 10-10 #1 |
| East Castor | Patricia Thrasher Busher | Louisiana | Bienville | 06/23/2014 | Evans 11-4 #1 |
| East Castor | Roy David Deroche, et ux | Louisiana | Bienville | 06/20/2014 | Echo Papa 10-10 #1 |
| East Castor | Echo Papa LLC | Louisiana | Bienville | 07/23/2014 | Echo Papa 10-10 #1 |
| East Castor | Evans Land Management, LLC | Louisiana | Bienville | 06/03/2014 | Echo Papa 10-10 #1 |
| East Castor | Teresa Haddox | Louisiana | Bienville | 05/07/2014 | Echo Papa 10-10 #1 |
| East Castor | Max Evans and Daisy Broussard Evans | Louisiana | Bienville | 06/03/2014 | |
| East Castor | Max Evans and Daisy Broussard Evans | Louisiana | Bienville | 06/03/2014 | Echo Papa 10-10 #1 |
| East Castor | Max Evans and Daisy Broussard Evans | Louisiana | Bienville | 06/03/2014 | Evans 11-4 #1 |
| East Castor | Bruce Roy Humphrey | Louisiana | Bienville | 05/14/2014 | Echo Papa 10-10 #1 |
| East Castor | Zachariah Hagin | Louisiana | Bienville | 06/03/2014 | Evans 11-4 #1 |
| East Castor | Joe Bruce Evans | Louisiana | Bienville | 06/03/2014 | Echo Papa 10-10 #1 |
| East Castor | Joe Bruce Evans | Louisiana | Bienville | 06/03/2014 | Evans 11-4 #1 |
| East Castor | Joe Bruce Evans | Louisiana | Bienville | 06/03/2014 | Evans 11-4 #1 |
| East Castor | Joe Bruce Evans | Louisiana | Bienville | 06/03/2014 | Evans 11-4 #1 |
| East Castor | Joe Bruce Evans | Louisiana | Bienville | 06/03/2014 | |
| East Castor | Janis Evans Leach | Louisiana | Bienville | 06/11/2014 | Echo Papa 10-10 #1 |
| East Castor | Francis Guy Kelley & Joan Evans Kelley Liiving Trust | Louisiana | Bienville | 06/03/2014 | |
| East Castor | Francis Guy Kelley & Joan Evans Kelley Liiving Trust | Louisiana | Bienville | 06/03/2014 | Echo Papa 10-10 #1 |
| East Castor | Francis Guy Kelley & Joan Evans Kelley Liiving Trust | Louisiana | Bienville | 06/03/2014 | Echo Papa 10-10 #1 |
| East Castor | Francis Guy Kelley & Joan Evans Kelley Liiving Trust | Louisiana | Bienville | 06/03/2014 | Evans 11-4 #1 |
| East Castor | Kevin Lane Johnson, et ux | Louisiana | Bienville | 05/07/2014 | Echo Papa 10-10 #1 |
| East Castor | Louisiana Minerals, LTD | Louisiana | Bienville | 04/07/2014 | |
| East Castor | Louisiana Minerals, LTD | Louisiana | Bienville | 04/07/2014 | Evans 11-4 #1 |
| East Castor | Pavillion Land Developement, LLC | Louisiana | Bienville | 06/01/2014 | Echo Papa 10-10 #1 |
| East Castor | Pavillion Land Developement, LLC | Louisiana | Bienville | 06/01/2014 | |
| East Castor | Pavillion Land Developement, LLC | Louisiana | Bienville | 06/01/2014 | |
| East Castor | Zachary T. Thrasher | Louisiana | Bienville | 06/23/2014 | Evans 11-4 #1 |
| East Castor | Regina Watts Thrasher | Louisiana | Bienville | 07/07/2014 | Evans 11-4 #1 |
| East Castor | Maurice S. Thrasher | Louisiana | Bienville | 05/16/2014 | Evans 11-4 #1 |
| East Castor | Connie Thrasher Wilson | Louisiana | Bienville | 06/16/2014 | Evans 11-4 #1 |
| East Castor | XH, LLC | Louisiana | Bienville | 07/01/2014 | Echo Papa 10-10 #1 |
| East Castor | XH, LLC | Louisiana | Bienville | 07/01/2014 | Echo Papa 10-10 #1 |
| East Castor | XH, LLC | Louisiana | Bienville | 07/01/2014 | Echo Papa 10-10 #1 |
| East Castor | Britney Shae Thrasher | Louisiana | Bienville | 06/23/2014 | Evans 11-4 #1 |
| East Castor | Danita Thrasher | Louisiana | Bienville | 05/16/2014 | Evans 11-4 #1 |
| East Castor | Danita Thrasher | Louisiana | Bienville | 05/16/2014 | Evans 11-4 #1 |
| East Castor | Derrell Glen Thrasher | Louisiana | Bienville | 05/16/2014 | Evans 11-4 #1 |
| East Castor | Derrell Glen Thrasher | Louisiana | Bienville | 05/16/2014 | Evans 11-4 #1 |
| East Castor | Florian J. Thomala, et al | Louisiana | Bienville | 06/20/2014 | Echo Papa 10-10 #1 |
| East Castor | Michael Jerome Thomala, et al | Louisiana | Bienville | 06/20/2014 | Echo Papa 10-10 #1 |
| East Castor | Michael Jerome Thomala, et al | Louisiana | Bienville | 06/20/2014 | Echo Papa 10-10 #1 |
| East Castor | Ray L Southern | Louisiana | Bienville | 05/08/2014 | Echo Papa 10-10 #1 |
| East Castor | Sherry M. Hall Taylor | Louisiana | Bienville | 05/14/2014 | Echo Papa 10-10 #1 |
| East Castor | JFKELLEY Clan, LLC | Louisiana | Bienville | 06/03/2014 | Echo Papa 10-10 #1 |
| East Castor | Barbara Evans Rogers | Louisiana | Bienville | 06/04/2014 | Echo Papa 10-10 #1 |
| East Castor | Frederick R Bogan | Louisiana | Bienville | 07/23/2014 | Echo Papa 10-10 #1 |
| East Castor | Frederick R Bogan | Louisiana | Bienville | 07/23/2014 | Echo Papa 10-10 #1 |
| East Castor | Jerry Lane Sullivan | Louisiana | Bienville | 09/24/2014 | Echo Papa 10-10 #1 |
| East Castor | LTD Hunters, LLC | Louisiana | Bienville | 09/02/2014 | Echo Papa 10-10 #1 |

EXHIBIT 3

| East Castor | Petro-Hunt, LLC | Louisiana | Bienville | 09/11/2014 | Echo Papa 10-10 #1 |
|---|---|---|---|---|---|
| East Castor | Petro-Hunt, LLC | Louisiana | Bienville | 09/11/2014 | Echo Papa 10-10 #1 |
| East Castor | Petro-Hunt, LLC | Louisiana | Bienville | 09/11/2014 | Echo Papa 10-10 #1 |
| East Castor | Kingfisher Resources, Inc. | Louisiana | Bienville | 08/04/2014 | Echo Papa 10-10 #1 |
| East Castor | Kingfisher Resources, Inc. | Louisiana | Bienville | 08/04/2014 | Echo Papa 10-10 #1 |
| East Castor | Kingfisher Resources, Inc. | Louisiana | Bienville | 08/04/2014 | Echo Papa 10-10 #1 |
| East Castor | Larry and Carolyn Carr | Louisiana | Bienville | 08/21/2014 | Evans 11-4 #1 |
| East Castor | Gordon Byron May | Louisiana | Bienville | 07/13/2016 | Echo Papa 10-10 #1 |
| East Castor | Gordon Byron May | Louisiana | Bienville | 07/13/2016 | Echo Papa 10-10 #1 |
| East Castor | Patricia Elaine Carey | Louisiana | Bienville | 07/13/2016 | Echo Papa 10-10 #1 |
| East Castor | Patricia Elaine Carey | Louisiana | Bienville | 07/13/2016 | Echo Papa 10-10 #1 |
| East Castor | Debra Jo Hejtmanek | Louisiana | Bienville | 07/13/2016 | Echo Papa 10-10 #1 |
| East Castor | Debra Jo Hejtmanek | Louisiana | Bienville | 07/13/2016 | Echo Papa 10-10 #1 |
| East Castor | John Allen Merritt, Sr. and Donna Sue Merrit, H&W | Louisiana | Bienville | 09/23/2016 | Echo Papa 10-10 #1 |
| East Castor | Red River Louisiana TRS LP f/k/a Timberstar Louisiana TRS | Louisiana | Bienville | 12/01/2016 | Evans 11-4 #1 |
| East Castor | Red River Louisiana TRS LP f/k/a Timberstar Louisiana TRS | Louisiana | Bienville | 12/01/2016 | Evans 11-4 #1 |
| East Castor | Red River Louisiana TRS LP f/k/a Timberstar Louisiana TRS | Louisiana | Bienville | 12/01/2016 | Evans 11-4 #1 |
| East Castor | Red River Louisiana TRS LP f/k/a Timberstar Louisiana TRS | Louisiana | Bienville | 12/01/2016 | |
| East Castor | Red River Louisiana TRS LP f/k/a Timberstar Louisiana TRS | Louisiana | Bienville | 12/01/2016 | |
| East Castor | Red River Louisiana TRS LP f/k/a Timberstar Louisiana TRS | Louisiana | Bienville | 12/01/2016 | |
| East Castor | Red River Louisiana TRS LP f/k/a Timberstar Louisiana TRS | Louisiana | Bienville | 12/01/2016 | |
| East Castor | Sabine Uplift Mineral Corporation represented by R.H. | Louisiana | Bienville | 03/01/2017 | Evans 11-4 #1 |
| East Castor | Sabine Uplift Mineral Corporation represented by R.H. | Louisiana | Bienville | 03/01/2017 | Evans 11-4 #1 |
| East Castor | Billy J. Nolan | Louisiana | Bienville | 03/28/2017 | Evans 11-4 #1 |
| East Castor | James M. Humphrey | Louisiana | Bienville | 03/28/2017 | Evans 11-4 #1 |
| East Castor | Pine Grove Church | Louisiana | Bienville | 03/06/2017 | Evans 11-4 #1 |
| East Castor | Jacob W. Branch and Megan T. Branch | Louisiana | Bienville | 02/23/2017 | Evans 11-4 #1 |
| East Castor | Paul A. Thomas and Lisa D. Thomas | Louisiana | Bienville | 02/23/2017 | Evans 11-4 #1 |
| East Castor | Bobbie L. Halbert | Louisiana | Bienville | 03/28/2017 | Evans 11-4 #1 |
| East Castor | Curtis and Lottie Dison | Louisiana | Bienville | 01/30/2017 | Evans 11-4 #1 |
| East Castor | Dwight Shane Lewter | Louisiana | Bienville | 05/02/2017 | Evans 11-4 #1 |
| East Castor | Sandra Thrasher Marson | Louisiana | Bienville | 05/02/2017 | Evans 11-4 #1 |
| East Castor | Carol A. Daniel | Louisiana | Bienville | 03/28/2017 | Evans 11-4 #1 |
| East Castor | Linda F. Lawrence | Louisiana | Bienville | 03/28/2017 | Evans 11-4 #1 |
| Clapps Creek Prospect | Debbie Sue Betts Williams | Texas | Leon | 06/01/2003 | VK Hill #1 |
| Clapps Creek Prospect | Debbie Sue Betts Williams | Texas | Leon | 06/01/2003 | |
| Clapps Creek Prospect | Beverly Dianne Betts Boyd | Texas | Leon | 06/01/2003 | VK Hill #1 |
| Clapps Creek Prospect | Beverly Dianne Betts Boyd | Texas | Leon | 06/01/2003 | |
| Clapps Creek Prospect | Houston Ed Betts | Texas | Leon | 06/01/2003 | VK Hill #1 |
| Clapps Creek Prospect | Houston Ed Betts | Texas | Leon | 06/01/2003 | |
| Clapps Creek Prospect | Doris M. Betts, Deceased | Texas | Leon | 06/04/2003 | VK Hill #1 |
| Clapps Creek Prospect | Michael J. Betts | Texas | Leon | 06/04/2003 | VK Hill #1 |
| Clapps Creek Prospect | John K. Wade | Texas | Leon | 06/04/2003 | VK Hill #1 |
| Clapps Creek Prospect | Chris R. Wade | Texas | Leon | 06/04/2003 | VK Hill #1 |
| Clapps Creek Prospect | Jane White Carpenter | Texas | Leon | 06/04/2003 | VK Hill #1 |
| Clapps Creek Prospect | Jane White Carpenter | Texas | Leon | 06/04/2003 | VK Hill #1 |
| Clapps Creek Prospect | Don Michael Keisler | Texas | Leon | 06/04/2003 | VK Hill #1 |
| Clapps Creek Prospect | Don Michael Keisler | Texas | Leon | 06/04/2003 | VK Hill #1 |
| Clapps Creek Prospect | Virginia Keisler Hill | Texas | Leon | 06/04/2003 | VK Hill #1 |
| Clapps Creek Prospect | Virginia Keisler Hill | Texas | Leon | 06/04/2003 | VK Hill #1 |
| Clapps Creek Prospect | Ann Ward Sadler | Texas | Leon | 06/04/2003 | VK Hill #1 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Clapps Creek Prospect | Ann Ward Sadler | Texas | Leon | 06/04/2003 | VK Hill #1 |
| Clapps Creek Prospect | Robert L. King Estate Trust Robert L. King Trust-Grace A. | Texas | Leon | 07/30/2003 | VK Hill #1 |
| Clapps Creek Prospect | Robert L. King Estate Trust Robert L. King Trust-Grace A. | Texas | Leon | 07/30/2003 | |
| Clapps Creek Prospect | Robert L. King, III Trust Grace A. Towery, Trustee | Texas | Leon | 07/30/2003 | VK Hill #1 |
| Clapps Creek Prospect | Robert L. King, III Trust Grace A. Towery, Trustee | Texas | Leon | 07/30/2003 | |
| Clapps Creek Prospect | King's Club, Inc. | Texas | Leon | 07/30/2003 | VK Hill #1 |
| Clapps Creek Prospect | King's Club, Inc. | Texas | Leon | 07/30/2003 | |
| Clapps Creek Prospect | Robert L. King Estate Trust Robert L. King Trust-Grace A. | Texas | Leon | 07/30/2003 | VK Hill #1 |
| Clapps Creek Prospect | Robert L. King Estate Trust Robert L. King Trust-Grace A. | Texas | Leon | 07/30/2003 | |
| Clapps Creek Prospect | Kelly A. Wade Estate Cause No. 5346 in Leon County | Texas | Leon | 08/26/2003 | VK Hill #1 |
| Clapps Creek Prospect | Lisa A. Wade Estate Cause No. 5346 in Leon County Court, | Texas | Leon | 08/26/2003 | VK Hill #1 |
| Clapps Creek Prospect | SEGB, Inc. | Texas | Leon | 04/01/2001 | VK Hill #1 |
| Escambia Prospect | Mary Katherine Jones Brundage | Alabama | Conecuh | 12/28/2010 | Hanmer 32-3 #1 |
| Escambia Prospect | Mary Katherine Jones Brundage | Alabama | Conecuh | 12/28/2010 | Hanmer 32-3 #1 |
| Escambia Prospect | Mary Katherine Jones Brundage | Alabama | Conecuh | 12/28/2010 | Johnston-Stewart 32-12 #1 |
| Escambia Prospect | Mary Katherine Jones Brundage | Alabama | Conecuh | 12/28/2010 | Hanmer 32-3 #1 |
| Escambia Prospect | Mary Katherine Jones Brundage | Alabama | Conecuh | 12/28/2010 | Hanmer 32-3 #1 |
| Escambia Prospect | Tully Logan & Annie Lee Logan, et ux | Alabama | Escambia | 01/09/2006 | Logan 5-7 #1 |
| Escambia Prospect | Jack D. Logan & Margaret Logan, et ux | Alabama | Escambia | 01/09/2006 | Logan 5-7 #1 |
| Escambia Prospect | Kenneth Allen Baker | Alabama | Conecuh | 01/09/2006 | Hanmer 32-3 #1 |
| Escambia Prospect | Raymond B. Logan & Billie Joyce Logan | Alabama | Escambia | 01/09/2006 | Logan 5-7 #1 |
| Escambia Prospect | James W. Logan, Deceased Nell Marie Logan, Deceased | Alabama | Escambia | 01/09/2006 | Logan 5-7 #1 |
| Escambia Prospect | Bertie T. Hassell & Juanita T. Hassell, Deceased | Alabama | Escambia | 01/09/2006 | Logan 5-7 #1 |
| Escambia Prospect | R. Wyatt Feagin | Alabama | Escambia | 02/13/2006 | Logan 5-7 #1 |
| Escambia Prospect | Nanette Feagin Beck | Alabama | Escambia | 02/13/2006 | Logan 5-7 #1 |
| Escambia Prospect | Noel E. Lindholm & Gloria H. Lindholm | Alabama | Conecuh | 03/10/2006 | Salter 29-13 #1 |
| Escambia Prospect | William E. Older | Alabama | Conecuh | 03/03/2006 | Salter 29-13 #1 |
| Escambia Prospect | Juanita C. Waters | Alabama | Conecuh | 03/09/2011 | |
| Escambia Prospect | Juanita C. Waters | Alabama | Conecuh | 03/09/2011 | |
| Escambia Prospect | Juanita C. Waters | Alabama | Conecuh | 03/09/2011 | |
| Escambia Prospect | Alva Nann Cary Taylor | Alabama | Conecuh | 03/09/2016 | |
| Escambia Prospect | Alva Nann Cary Taylor | Alabama | Conecuh | 03/09/2016 | |
| Escambia Prospect | Jo Ann Langham | Alabama | Conecuh | 03/09/2016 | |
| Escambia Prospect | Jo Ann Langham | Alabama | Conecuh | 03/09/2016 | |
| Escambia Prospect | Robert Cary and Judy Cary | Alabama | Conecuh | 03/09/2016 | |
| Escambia Prospect | Robert Cary and Judy Cary | Alabama | Conecuh | 03/09/2016 | |
| Escambia Prospect | Stephen Jeter | Alabama | Escambia | 03/20/2011 | |
| Escambia Prospect | Stephen Jeter | Alabama | Escambia | 03/20/2011 | |
| Escambia Prospect | Stephen Jeter | Alabama | Escambia | 03/20/2011 | |
| Escambia Prospect | Stephen Jeter | Alabama | Escambia | 03/20/2011 | |
| Escambia Prospect | John R. Jeter, III | Alabama | Escambia | 03/20/2011 | |
| Escambia Prospect | John R. Jeter, III | Alabama | Escambia | 03/20/2011 | |
| Escambia Prospect | John R. Jeter, III | Alabama | Escambia | 03/20/2011 | |
| Escambia Prospect | Sally Jeter Hammond 523 Poplar St. | Alabama | Conecuh | 03/20/2011 | |
| Escambia Prospect | Sally Jeter Hammond 523 Poplar St. | Alabama | Conecuh | 03/20/2011 | |
| Escambia Prospect | Sally Jeter Hammond 523 Poplar St. | Alabama | Conecuh | 03/20/2011 | |
| Escambia Prospect | David Edwin Logan & Karen F. Logan, et ux | Alabama | Conecuh | 04/02/2006 | Logan 5-7 #1 |
| Escambia Prospect | David Edwin Logan & Karen F. Logan, et ux | Alabama | Conecuh | 04/02/2006 | Logan 5-7 #1 |
| Escambia Prospect | David Edwin Logan & Karen F. Logan, et ux | Alabama | Conecuh | 04/02/2006 | Logan 5-7 #1 |
| Escambia Prospect | William E. Older | Alabama | Conecuh | 05/12/2006 | Mary Mack 30-15 #1 (Pruet) |
| Escambia Prospect | Frank Steadman and Beverly Steadman | Alabama | Conecuh | 06/06/2006 | Cedar Creek L&T 31-12 #1 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Escambia Prospect | Frank Steadman and Beverly Steadman | Alabama | Conecuh | 06/06/2006 | Mary Mack 31-2 #1 (SEC) |
| Escambia Prospect | Frank Steadman and Beverly Steadman | Alabama | Conecuh | 06/06/2006 | Mary Mack 31-2 #1 (SEC) |
| Escambia Prospect | Elizabeth R. Epstein | Alabama | Escambia | 11/20/2006 | Logan 5-7 #1 |
| Escambia Prospect | Elizabeth R. Epstein | Alabama | Escambia | 11/20/2006 | |
| Escambia Prospect | Elizabeth R. Epstein | Alabama | Escambia | 11/20/2006 | |
| Escambia Prospect | Elizabeth R. Epstein | Alabama | Escambia | 11/20/2006 | |
| Escambia Prospect | Elizabeth R. Epstein | Alabama | Escambia | 11/20/2006 | Logan 5-7 #1 |
| Escambia Prospect | Edgar McCreary & Annie Ruth McCreary | Alabama | Escambia | 11/10/2006 | Logan 5-7 #1 |
| Escambia Prospect | Edgar McCreary & Annie Ruth McCreary | Alabama | Escambia | 11/10/2006 | Logan 5-7 #1 |
| Escambia Prospect | Edgar McCreary & Annie Ruth McCreary | Alabama | Escambia | 11/10/2006 | Logan 5-7 #1 |
| Escambia Prospect | Edgar McCreary & Annie Ruth McCreary | Alabama | Escambia | 11/10/2006 | Logan 5-7 #1 |
| Escambia Prospect | Marjorie Rabun Woodell | Alabama | Escambia | 06/28/2007 | Logan 5-7 #1 |
| Escambia Prospect | Estate of Alex W. Feagin | Alabama | Escambia | 05/16/2007 | Logan 5-7 #1 |
| Escambia Prospect | Estate of Alex W. Feagin | Alabama | Escambia | 05/16/2007 | Logan 5-7 #1 |
| Escambia Prospect | George M. Findley Estate Larry Findley, Executor | Alabama | Escambia | 05/14/2007 | Logan 5-7 #1 |
| Escambia Prospect | Ronice Cook Thames, Ind. & Trustee The Lanoy Thames & | Alabama | Escambia | 07/16/2007 | Logan 5-7 #1 |
| Escambia Prospect | Ronice Cook Thames, Ind. & Trustee The Lanoy Thames & | Alabama | Escambia | 07/16/2007 | Logan 5-7 #1 |
| Escambia Prospect | Syble LaJune White | Alabama | Escambia | 01/17/2019 | |
| Escambia Prospect | Mary H. Strain Family Trust Jane S. Blount, Trustee | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Mary H. Strain Family Trust Jane S. Blount, Trustee | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Mary H. Strain Family Trust Jane S. Blount, Trustee | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Mary H. Strain Family Trust Jane S. Blount, Trustee | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Mary H. Strain Family Trust Jane S. Blount, Trustee | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Mary H. Strain Family Trust Jane S. Blount, Trustee | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Mary H. Strain Family Trust Jane S. Blount, Trustee | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Caroline Frances O'Neal | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Caroline Frances O'Neal | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Caroline Frances O'Neal | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Caroline Frances O'Neal | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Caroline Frances O'Neal | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Caroline Frances O'Neal | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Caroline Frances O'Neal | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Robert H. O'Neal | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Robert H. O'Neal | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Robert H. O'Neal | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Robert H. O'Neal | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Robert H. O'Neal | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Robert H. O'Neal | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Robert H. O'Neal | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Carol Roberts | Alabama | Escambia | 01/17/2019 | |
| Escambia Prospect | John Robert Roby | Alabama | Escambia | 01/17/2019 | |
| Escambia Prospect | Janice Smith | Alabama | Escambia | 01/17/2019 | |
| Escambia Prospect | Sandra Ellis | Alabama | Escambia | 01/16/2019 | |
| Escambia Prospect | Foster F. Fountain, III | Alabama | Escambia | 01/17/2019 | |
| Escambia Prospect | Karen A. Fulford | Alabama | Escambia | 01/17/2019 | |
| Escambia Prospect | Carse Casey Jackson, Jr. | Alabama | Escambia | 02/22/2016 | |
| Escambia Prospect | Sarah Russell Tate | Alabama | Escambia | 01/17/2019 | |
| Escambia Prospect | Kelley Alford | Alabama | Escambia | 02/15/2019 | |
| Escambia Prospect | Estate of Alex W. Feagin | Alabama | Conecuh | 06/24/2010 | |
| Escambia Prospect | Steven D. Graves | Alabama | Conecuh | 06/11/2008 | Mary Mack 31-2 #1 (SEC) |
| Escambia Prospect | Sara M. Lanier | Alabama | Conecuh | 01/04/2017 | Southeast Brooklyn Oil Unit |

EXHIBIT 3

| Escambia Prospect | Sara M. Lanier | Alabama | Conecuh | 01/04/2017 | |
| Escambia Prospect | Harold E. Hamiter Trust Loree R. Hamiter, James E. | Alabama | Conecuh | 01/24/2006 | Hamiter 32-3 #1 |
| Escambia Prospect | John Greel Ralls, Sr. | Alabama | Conecuh | 08/11/2011 | Salter 29-13 #1 |
| Escambia Prospect | John Greel Ralls, Sr. | Alabama | Conecuh | 08/11/2011 | Mary Mack 30-15 #1 (Pruet) |
| Escambia Prospect | Angela D. Short | Alabama | Conecuh | 12/19/2008 | Mary Mack 31-2 #1 (SEC) |
| Escambia Prospect | Janie M. Johnston | Alabama | Conecuh | 08/23/2008 | Southeast Brooklyn Oil Unit |
| Escambia Prospect | Janie M. Johnston | Alabama | Conecuh | 08/23/2008 | Hamiter 32-3 #1 |
| Escambia Prospect | Barbara S. Johnston | Alabama | Conecuh | 02/11/2009 | Jones 34-4 #1 |
| Escambia Prospect | Barbara S. Johnston | Alabama | Conecuh | 02/11/2009 | Graddy 34-8 #1 |
| Escambia Prospect | Barbara S. Johnston | Alabama | Conecuh | 02/11/2009 | Jones 34-4 #1 |
| Escambia Prospect | Barbara S. Johnston | Alabama | Conecuh | 02/11/2009 | Graddy 34-8 #1 |
| Escambia Prospect | Carolyn C. Kennedy | Alabama | Conecuh | 03/13/2019 | |
| Escambia Prospect | Carolyn C. Kennedy | Alabama | Conecuh | 03/13/2019 | |
| Escambia Prospect | Carolyn C. Kennedy | Alabama | Conecuh | 03/13/2019 | |
| Escambia Prospect | Carolyn C. Kennedy | Alabama | Conecuh | 03/13/2019 | |
| Escambia Prospect | Carolyn C. Kennedy | Alabama | Conecuh | 03/13/2019 | |
| Escambia Prospect | Carolyn C. Kennedy | Alabama | Conecuh | 03/13/2019 | |
| Escambia Prospect | Carolyn C. Kennedy | Alabama | Conecuh | 03/13/2019 | |
| Escambia Prospect | Robert Earl Warr & Mary Louise B. Warr | Alabama | Conecuh | 01/02/2013 | |
| Escambia Prospect | Robert Earl Warr & Mary Louise B. Warr | Alabama | Conecuh | 01/02/2013 | |
| Escambia Prospect | Robert Earl Warr & Mary Louise B. Warr | Alabama | Conecuh | 01/02/2013 | Graddy 34-8 #1 |
| Escambia Prospect | Robert Earl Warr & Mary Louise B. Warr | Alabama | Conecuh | 01/02/2013 | |
| Escambia Prospect | Robert Earl Warr & Mary Louise B. Warr | Alabama | Conecuh | 01/02/2013 | |
| Escambia Prospect | Robert Earl Warr & Mary Louise B. Warr | Alabama | Conecuh | 01/02/2013 | |
| Escambia Prospect | Robert Earl Warr & Mary Louise B. Warr | Alabama | Conecuh | 01/02/2013 | |
| Escambia Prospect | Jeff D. Johnston Testamentary Trust Mabel Moorer Evans, | Alabama | Conecuh | 03/04/2009 | Graddy 34-10 #1 |
| Escambia Prospect | Robert E. Cary | Alabama | Conecuh | 04/02/2009 | |
| Escambia Prospect | Robert E. Cary | Alabama | Conecuh | 04/02/2009 | Cedar Creek L&T 35-10 #1 |
| Escambia Prospect | Robert E. Cary | Alabama | Conecuh | 04/02/2009 | |
| Escambia Prospect | Robert E. Cary | Alabama | Conecuh | 04/02/2009 | |
| Escambia Prospect | Robert E. Cary | Alabama | Conecuh | 04/02/2009 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 09/21/2009 | Cedar Creek L&T 33-6 #1 |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 09/21/2009 | Cedar Creek L&T 33-2 #1 |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 09/21/2009 | Cedar Creek L&T 33-12 #1 |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 09/21/2009 | Cedar Creek L&T 33-10 #1 |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 09/21/2009 | Cedar Creek L&T 34-14 #1 |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 09/21/2009 | Graddy 34-10 #1 |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 09/21/2009 | Cedar Creek L&T 35-10 #1 |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 09/21/2009 | Cedar Creek L&T 35-11 #1 |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 09/21/2009 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 09/21/2009 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 09/21/2009 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 09/21/2009 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 09/21/2009 | |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 09/21/2009 | |
| Escambia Prospect | Ray Weeks, Jr. | Alabama | Conecuh | 02/05/2010 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Ray Weeks, Jr. | Alabama | Conecuh | 02/05/2010 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Betty Weeks Spurlock | Alabama | Conecuh | 05/12/2010 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Betty Weeks Spurlock | Alabama | Conecuh | 05/12/2010 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Cedar Creek Land and Timber | Alabama | Escambia | 12/01/2016 | |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Escambia Prospect | Cedar Creek Land and Timber | Alabama | Escambia | 12/01/2016 | |
| Escambia Prospect | Cedar Creek Land and Timber | Alabama | Escambia | 12/01/2016 | |
| Escambia Prospect | Cedar Creek Land and Timber | Alabama | Escambia | 12/01/2016 | |
| Escambia Prospect | Cedar Creek Land and Timber | Alabama | Escambia | 12/01/2016 | |
| Escambia Prospect | Cedar Creek Land and Timber | Alabama | Escambia | 12/01/2016 | |
| Escambia Prospect | Cedar Creek Land and Timber | Alabama | Escambia | 12/01/2016 | |
| Escambia Prospect | Cedar Creek Land and Timber | Alabama | Escambia | 12/01/2016 | |
| Escambia Prospect | Cedar Creek Land and Timber | Alabama | Escambia | 12/01/2016 | |
| Escambia Prospect | Cedar Creek Land and Timber | Alabama | Escambia | 12/01/2016 | |
| Escambia Prospect | Cedar Creek Land and Timber | Alabama | Escambia | 12/01/2016 | |
| Escambia Prospect | Cedar Creek Land and Timber | Alabama | Escambia | 12/01/2016 | |
| Escambia Prospect | Jerry Parker Watson | Alabama | Conecuh | 12/20/2010 | |
| Escambia Prospect | Edd Fuqua Jr. | Alabama | Conecuh | 12/22/2010 | Hanmer 32-3 #1 |
| Escambia Prospect | Martin A. Fuqua | Alabama | Conecuh | 12/22/2010 | Hanmer 32-3 #1 |
| Escambia Prospect | Daniel J. Fuqua | Alabama | Conecuh | 12/22/2010 | Hanmer 32-3 #1 |
| Escambia Prospect | Cathy Tomlin | Alabama | Conecuh | 12/28/2010 | Hanmer 32-3 #1 |
| Escambia Prospect | Robert Terrell McLendon | Alabama | Conecuh | 12/28/2010 | Hanmer 32-3 #1 |
| Escambia Prospect | Lucy Claie McClendon | Alabama | Conecuh | 12/28/2010 | Hanmer 32-3 #1 |
| Escambia Prospect | Kenneth Baker | Alabama | Conecuh | 12/28/2010 | Hanmer 32-3 #1 |
| Escambia Prospect | Sarah Lanier, Trustee of Sarah Lanier Tr Irrev. for Glenn E. | Alabama | Conecuh | 01/04/2011 | Hanmer 32-3 #1 |
| Escambia Prospect | Sarah Lanier, Trustee of Sarah Lanier Irr Trust for Sarah L. | Alabama | Conecuh | 01/04/2011 | Hanmer 32-3 #1 |
| Escambia Prospect | Clifford Williams | Alabama | Conecuh | 04/11/2011 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Clifford Williams | Alabama | Conecuh | 04/11/2011 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/09/2018 | |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/09/2018 | |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/09/2018 | |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/09/2018 | |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/09/2018 | |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/09/2018 | |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/09/2018 | |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Conecuh | 05/09/2018 | |
| Escambia Prospect | Sarah Lanier, Trustee of Sarah Lanier Irr Trust for Sarah L. | Alabama | Conecuh | 03/20/2017 | Southeast Brooklyn Oil Unit |
| Escambia Prospect | Sarah Lanier, Trustee of Sarah Lanier Irr Trust for Sarah L. | Alabama | Conecuh | 03/20/2017 | Southeast Brooklyn Oil Unit |
| Escambia Prospect | Sarah Lanier, Trustee of the Sarah Lanier Irrev. Trust for | Alabama | Conecuh | 03/20/2017 | Southeast Brooklyn Oil Unit |
| Escambia Prospect | Sarah Lanier, Trustee of the Sarah Lanier Irrev. Trust for | Alabama | Conecuh | 03/20/2017 | Southeast Brooklyn Oil Unit |
| Escambia Prospect | Sarah Lanier, Trustee of Sarah Lanier Tr Irrev. for Glenn E. | Alabama | Conecuh | 03/20/2017 | Southeast Brooklyn Oil Unit |
| Escambia Prospect | Sarah Lanier, Trustee of Sarah Lanier Tr Irrev. for Glenn E. | Alabama | Conecuh | 03/20/2017 | |
| Escambia Prospect | Blackstone Natrual Resources I, L.P. | Alabama | Conecuh | 03/01/2011 | Boone & Casey 29-6 #1 |
| Escambia Prospect | Blackstone Natrual Resources I, L.P. | Alabama | Conecuh | 03/01/2011 | Ralls 30-8 #1 |
| Escambia Prospect | Blackstone Natrual Resources I, L.P. | Alabama | Conecuh | 03/01/2011 | Boone & Casey 29-6 #1 |
| Escambia Prospect | Blackstone Natrual Resources I, L.P. | Alabama | Conecuh | 03/01/2011 | Boone & Casey 29-8 #1 |
| Escambia Prospect | Blackstone Natrual Resources I, L.P. | Alabama | Conecuh | 03/01/2011 | Boone & Casey 29-6 #1 |
| Escambia Prospect | Quinta Baldwin | Alabama | Conecuh | 05/28/2011 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Quinta Baldwin | Alabama | Conecuh | 05/28/2011 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Ulyssess McCreary | Alabama | Conecuh | 05/23/2016 | Anderson-Johnson 11-9 #1 |
| Escambia Prospect | Charles McCreary | Alabama | Conecuh | 05/23/2011 | |
| Escambia Prospect | Charles McCreary | Alabama | Conecuh | 05/23/2011 | |
| Escambia Prospect | Charles McCreary | Alabama | Conecuh | 05/23/2011 | Anderson-Johnson 11-9 #1 |
| Escambia Prospect | Mary Lee Bonham | Alabama | Conecuh | 05/23/2019 | Anderson-Johnson 11-9 #1 |
| Escambia Prospect | James McCreary | Alabama | Conecuh | 05/23/2019 | Anderson-Johnson 11-9 #1 |
| Escambia Prospect | Gladys Trawick | Alabama | Conecuh | 05/23/2019 | Anderson-Johnson 11-9 #1 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Escambia Prospect | Cather Lee Sturdivant | Alabama | Conecuh | 05/23/2019 | Anderson-Johnson 11-9 #1 |
| Escambia Prospect | Shirley Williams | Alabama | Conecuh | 05/28/2011 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | John Ray Burks | Alabama | Conecuh | 06/04/2011 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Vera Williams Mims | Alabama | Conecuh | 05/22/2011 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Barbara Burks | Alabama | Conecuh | 06/04/2011 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | Ronisha Chana Crosby | Alabama | Conecuh | 08/04/2011 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | Sheila Shannon | Alabama | Conecuh | 08/04/2011 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | James Walker, Jr. | Alabama | Conecuh | 08/09/2011 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | Tyrone Walker | Alabama | Conecuh | 08/22/2011 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | UNKNOWN / OTHERS | Alabama | Conecuh | 08/22/2011 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | Darrell Walker | Alabama | Conecuh | 07/14/2011 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | John S Cook | Alabama | Conecuh | 10/01/2011 | Boothe & Casey 29-6 #1 |
| Escambia Prospect | Anne T Cook | Alabama | Conecuh | 10/01/2011 | Boothe & Casey 29-6 #1 |
| Escambia Prospect | Gretchen Walker Hyler | Alabama | Conecuh | 08/22/2011 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | Harold W. Hamiter | Alabama | Conecuh | 09/27/2011 | Boothe & Casey 29-6 #1 |
| Escambia Prospect | Susie Kirksey by AIF Lillie Brown | Alabama | Conecuh | 10/05/2011 | Boothe & Casey 29-6 #1 |
| Escambia Prospect | Edward Smith | Alabama | Conecuh | 09/28/2011 | Boothe & Casey 29-6 #1 |
| Escambia Prospect | Tom Malloy | Alabama | Conecuh | 09/28/2011 | Boothe & Casey 29-6 #1 |
| Escambia Prospect | Earnestine Raines, by AIF Fred Raines | Alabama | Conecuh | 10/05/2011 | Boothe & Casey 29-6 #1 |
| Escambia Prospect | Evelyn Lanier | Alabama | Conecuh | 09/28/2011 | Boothe & Casey 29-6 #1 |
| Escambia Prospect | Kathleen H. Adams | Alabama | Conecuh | 09/28/2011 | Boothe & Casey 29-6 #1 |
| Escambia Prospect | Kathy Owens Sanders | Alabama | Conecuh | 09/28/2011 | Boothe & Casey 29-6 #1 |
| Escambia Prospect | C. Kelly Johnson | Alabama | Conecuh | 09/23/2011 | Boothe & Casey 29-6 #1 |
| Escambia Prospect | Virginia Owens Bell | Alabama | Conecuh | 09/28/2011 | Boothe & Casey 29-6 #1 |
| Escambia Prospect | Charlotte Malloy | Alabama | Conecuh | 09/28/2011 | Boothe & Casey 29-6 #1 |
| Escambia Prospect | Sheila Shannon, Conservator for Ranika Rontae Crosby | Alabama | Conecuh | 08/04/2011 | Cedar Creek L&T 35-8 #2 |
| Escambia Prospect | Katherine Samuel | Alabama | Conecuh | 04/24/2012 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | Stacey Samuel, Jr. by Barbara Highsmith | Alabama | Conecuh | 04/24/2012 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | Travod Samuel | Alabama | Conecuh | 04/24/2012 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | Maurice Seals by Mattie Samuel | Alabama | Conecuh | 04/24/2012 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | Majinice Seals by Mattie Samuel | Alabama | Conecuh | 04/24/2012 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | Mattie Samuel | Alabama | Conecuh | 04/24/2012 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | Willie J. Samuel, Jr. | Alabama | Conecuh | 03/24/2012 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | VENTURA SAMUEL | Alabama | Conecuh | 04/24/2012 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | Alexis Samuel | Alabama | Conecuh | 04/24/2012 | Cedar Creek L&T 35-5 #1 |
| Escambia Prospect | Hermine M. Downing | Alabama | Escambia | 02/14/2018 | |
| Escambia Prospect | Stella Livingston Hawkins | Alabama | Escambia | 02/14/2018 | |
| Escambia Prospect | Adrian C. Allen | Alabama | Escambia | 02/14/2018 | |
| Escambia Prospect | Anna L. Downing | Alabama | Escambia | 02/14/2018 | |
| Escambia Prospect | Wiley W. Downing, III | Alabama | Escambia | 02/14/2018 | |
| Escambia Prospect | Adrienne P. Watkins | Alabama | Escambia | 02/14/2018 | |
| Escambia Prospect | Dan M. Downing | Alabama | Escambia | 02/14/2018 | |
| Escambia Prospect | Jane Downing Dunaway | Alabama | Escambia | 02/14/2018 | |
| Escambia Prospect | Lisa Downing Heaton | Alabama | Escambia | 02/14/2018 | |
| Escambia Prospect | Richard Lombard | Alabama | Escambia | 01/17/2019 | |
| Escambia Prospect | Ben Kelly Strain | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Ben Kelly Strain | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Ben Kelly Strain | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Ben Kelly Strain | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Ben Kelly Strain | Alabama | Escambia | 02/15/2013 | |
| Escambia Prospect | Ben Kelly Strain | Alabama | Escambia | 02/15/2013 | |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| Escambia Prospect | Ben Kelly Strain | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | John Robert Roby | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | John Robert Roby | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Susan Lombard Wilkinson | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Susan Lombard Wilkinson | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Sandra Ellis | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Sandra Ellis | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Kelley Alford | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Kelley Alford | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Edwin Sanford, III | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Edwin Sanford, III | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Edwin Sanford, III | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Edwin Sanford, III | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Edwin Sanford, III | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Edwin Sanford, III | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Edwin Sanford, III | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Gordon Kelly O'Neal | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Gordon Kelly O'Neal | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Gordon Kelly O'Neal | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Gordon Kelly O'Neal | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Gordon Kelly O'Neal | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Gordon Kelly O'Neal | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Gordon Kelly O'Neal | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Katherine Dufrain | Alabama | Escambia | 04/24/2013 |
| Escambia Prospect | Katherine Dufrain | Alabama | Escambia | 04/24/2013 |
| Escambia Prospect | Carol Roberts | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Carol Roberts | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Sarah Russell Tate | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Sarah Russell Tate | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Steve Francis O'Neal | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Steve Francis O'Neal | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Steve Francis O'Neal | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Steve Francis O'Neal | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Steve Francis O'Neal | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Steve Francis O'Neal | Alabama | Escambia | 02/15/2013 |
| Escambia Prospect | Foster F. Fountain, III | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Foster F. Fountain, III | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Richard Lombard | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Richard Lombard | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Janice Smith | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Janice Smith | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | James C. Roby | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | James C. Roby | Alabama | Escambia | 03/19/2013 |
| Escambia Prospect | Janie M. Johnston | Alabama | Conecuh | 10/19/2013 |
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 |
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 |
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 |
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 |
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 |
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 | Marshall 11-11 #1 |
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The I's of Texas Family Partnership L.P. | Alabama | Conecuh | 04/18/2020 | Anderson-Johnson 11-9 #1 |
| Escambia Prospect | The Second Artyce, L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The Second Artyce, L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The Second Artyce, L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The Second Artyce, L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The Second Artyce, L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The Second Artyce, L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The Second Artyce, L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The Second Artyce, L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The Second Artyce, L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The Second Artyce, L.P. | Alabama | Conecuh | 04/18/2020 | Marshall 11-11 #1 |
| Escambia Prospect | The Second Artyce, L.P. | Alabama | Conecuh | 04/18/2020 | |
| Escambia Prospect | The Second Artyce, L.P. | Alabama | Conecuh | 04/18/2020 | Anderson-Johnson 11-9 #1 |
| Escambia Prospect | Carse Casey Jackson, Jr. | Alabama | Escambia | 06/16/2014 | |
| Escambia Prospect | Carse Casey Jackson, Jr. | Alabama | Escambia | 06/16/2014 | |
| Escambia Prospect | James Timothy Calvert | Alabama | Escambia | 06/23/2014 | |
| Escambia Prospect | James Timothy Calvert | Alabama | Escambia | 06/23/2014 | |
| Escambia Prospect | Samuel Alto Jackson, Jr | Alabama | Escambia | 06/24/2014 | |
| Escambia Prospect | Samuel Alto Jackson, Jr | Alabama | Escambia | 06/24/2014 | |
| Escambia Prospect | Cindy Hayes | Alabama | Escambia | 01/21/2014 | |
| Escambia Prospect | Cindy Hayes | Alabama | Escambia | 01/21/2014 | |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 07/31/2014 | |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 07/31/2014 | |
| Escambia Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 07/31/2014 | |
| Escambia Prospect | Stephen L. Tolbert | Alabama | Escambia | 06/24/2014 | |
| Escambia Prospect | Stephen L. Tolbert | Alabama | Escambia | 06/24/2014 | |
| Escambia Prospect | Lovelace Properties, LLC | Alabama | Escambia | 06/27/2014 | |
| Escambia Prospect | Lovelace Properties, LLC | Alabama | Escambia | 06/27/2014 | |
| Escambia Prospect | Patricia Ann Worrell | Alabama | Escambia | 09/25/2017 | Southwest Brooklyn Oil Unit |
| Escambia Prospect | Patricia Ann Worrell | Alabama | Escambia | 09/25/2017 | |
| Escambia Prospect | Fletcher Mayhew Lucas | Alabama | Escambia | 10/02/2017 | Southwest Brooklyn Oil Unit |
| Escambia Prospect | Fletcher Mayhew Lucas | Alabama | Escambia | 10/02/2017 | |
| Escambia Prospect | Neileen Rivers | Alabama | Escambia | 12/30/2017 | Southwest Brooklyn Oil Unit |
| Escambia Prospect | Stephen L. Tolbert | Alabama | Escambia | 01/05/2018 | |
| Escambia Prospect | Janice Matthews Lee | Alabama | Escambia | 01/15/2018 | |
| Escambia Prospect | Janice Matthews Lee | Alabama | Escambia | 01/15/2018 | |
| Escambia Prospect | Janice Matthews Lee | Alabama | Escambia | 01/15/2018 | |
| Escambia Prospect | Janice Matthews Lee | Alabama | Escambia | 01/15/2018 | |
| Escambia Prospect | Harvey Boyette | Alabama | Escambia | 01/21/2018 | |
| Escambia Prospect | Harvey Boyette | Alabama | Escambia | 01/21/2018 | |

EXHIBIT 3

Case:20-12377-EEB   Doc#:166-2   Filed:04/23/20   144   Entered:04/23/20 22:39:39   Page

| | | | | | |
|---|---|---|---|---|---|
| Escambia Prospect | Harvey Boyette | Alabama | Escambia | 01/21/2018 | |
| Escambia Prospect | Harvey Boyette | Alabama | Escambia | 01/21/2018 | |
| Escambia Prospect | Carol V. Harris | Alabama | Escambia | 01/27/2018 | |
| Escambia Prospect | Carol V. Harris | Alabama | Escambia | 01/27/2018 | |
| Escambia Prospect | Carol V. Harris | Alabama | Escambia | 01/27/2018 | |
| Escambia Prospect | Carol V. Harris | Alabama | Escambia | 01/27/2018 | |
| Escambia Prospect | Ted Gibson, Jr. | Alabama | Escambia | 01/27/2018 | |
| Escambia Prospect | Ted Gibson, Jr. | Alabama | Escambia | 01/27/2018 | |
| Escambia Prospect | Ted Gibson, Jr. | Alabama | Escambia | 01/27/2018 | |
| Escambia Prospect | Ted Gibson, Jr. | Alabama | Escambia | 01/27/2018 | |
| Escambia Prospect | Marjorie Warsing | Alabama | Escambia | 01/30/2018 | |
| Escambia Prospect | Marjorie Warsing | Alabama | Escambia | 01/30/2018 | |
| Escambia Prospect | Marjorie Warsing | Alabama | Escambia | 01/30/2018 | |
| Escambia Prospect | Marjorie Warsing | Alabama | Escambia | 01/30/2018 | |
| Escambia Prospect | Johnny Terrell | Alabama | Escambia | 02/03/2018 | |
| Escambia Prospect | Johnny Terrell | Alabama | Escambia | 02/03/2018 | |
| Escambia Prospect | Johnny Terrell | Alabama | Escambia | 02/03/2018 | |
| Escambia Prospect | Johnny Terrell | Alabama | Escambia | 02/03/2018 | |
| Escambia Prospect | Patricia G. Ware | Alabama | Escambia | 01/21/2018 | |
| Escambia Prospect | Patricia G. Ware | Alabama | Escambia | 01/21/2018 | |
| Escambia Prospect | Patricia G. Ware | Alabama | Escambia | 01/21/2018 | |
| Escambia Prospect | Patricia G. Ware | Alabama | Escambia | 01/21/2018 | |
| Escambia Prospect | H.L.  McClain | Alabama | Escambia | 01/30/2018 | |
| Escambia Prospect | H.L.  McClain | Alabama | Escambia | 01/30/2018 | |
| Escambia Prospect | H.L.  McClain | Alabama | Escambia | 01/30/2018 | |
| Escambia Prospect | H.L.  McClain | Alabama | Escambia | 01/30/2018 | |
| Escambia Prospect | Elaine Hastings | Alabama | Escambia | 01/21/2018 | |
| Escambia Prospect | Elaine Hastings | Alabama | Escambia | 01/21/2018 | |
| Escambia Prospect | Elaine Hastings | Alabama | Escambia | 01/21/2018 | |
| Escambia Prospect | Elaine Hastings | Alabama | Escambia | 01/21/2018 | |
| Escambia Prospect | Jimmie K. Mullins | Alabama | Escambia | 02/18/2018 | |
| Escambia Prospect | Linda K. Howland | Alabama | Escambia | 02/18/2018 | |
| Escambia Prospect | U. L. Gibson | Alabama | Escambia | 01/28/2018 | |
| Escambia Prospect | U. L. Gibson | Alabama | Escambia | 01/28/2018 | |
| Escambia Prospect | U. L. Gibson | Alabama | Escambia | 01/28/2018 | |
| Escambia Prospect | U. L. Gibson | Alabama | Escambia | 01/28/2018 | |
| Escambia Prospect | U. L. Gibson | Alabama | Escambia | 01/28/2018 | |
| Escambia Prospect | U. L. Gibson | Alabama | Escambia | 01/28/2018 | |
| Escambia Prospect | Deborah Jean Shaffer | Alabama | Escambia | 02/14/2018 | |
| Escambia Prospect | Ann S. Roby | Alabama | Escambia | 01/17/2019 | |
| Escambia Prospect | James S. Roby | Alabama | Escambia | 01/17/2019 | |
| Fin Deep | Robert M Rushing | Louisiana | Natchitoches | 01/31/2013 | Rushing et al #2 |
| Fin Deep | Pavillion Land Development | Louisiana | Natchitoches | 12/01/2013 | |
| Fin Deep | Pavillion Land Development | Louisiana | Natchitoches | 12/01/2013 | Rushing et al #2 |
| Fin Deep | Pavillion Land Development | Louisiana | Natchitoches | 12/01/2013 | Rushing et al #2 |
| Fin Deep | Pavillion Land Development | Louisiana | Natchitoches | 12/01/2013 | |
| Fin Deep | Bobby Jerald Watts, Sr and Edna Faye Knotts Watts | Louisiana | Natchitoches | 02/20/2014 | Rushing et al #2 |
| Fin Deep | Emmette Wayne Stiles and Anita Louise Hickman Stiles | Louisiana | Natchitoches | 12/20/2013 | Rushing et al #2 |
| Fin Deep | Robert M Rushing | Louisiana | Natchitoches | 08/29/2013 | Rushing et al #2 |
| Fin Deep | Nesbitt Investments G. G. Nesbitt, Managing Partner | Louisiana | Natchitoches | 08/23/2013 | Rushing et al #2 |
| Fin Deep | Sam Craig Pullig | Louisiana | Natchitoches | 02/13/2014 | Rushing et al #2 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Fin Deep | Bobby Jerald Watts, Sr and Edna Faye Knotts Watts | Louisiana | Natchitoches | 02/20/2014 | |
| Fin Deep | Bobby Jerald Watts, Sr and Edna Faye Knotts Watts | Louisiana | Natchitoches | 02/20/2014 | Rushing et al #2 |
| Fin Deep | June R Foster | Louisiana | Natchitoches | 01/09/2014 | |
| Fin Deep | June R Foster | Louisiana | Natchitoches | 01/09/2014 | |
| Fin Deep | June R Foster | Louisiana | Natchitoches | 01/09/2014 | Rushing et al #2 |
| Fin Deep | June R Foster | Louisiana | Natchitoches | 01/09/2014 | Rushing et al #2 |
| Fin Deep | June R Foster | Louisiana | Natchitoches | 01/09/2014 | Rushing et al #2 |
| Fin Deep | Bethard et al | Louisiana | Natchitoches | 02/12/2014 | Rushing et al #2 |
| Fin Deep | Brian Lane Taylor and Hannah B, Taylor | Louisiana | Natchitoches | 09/26/2014 | Rushing et al #2 |
| Fin Deep | Woodrow Brown & Mary E Brown Family Trust | Louisiana | Natchitoches | 09/26/2014 | Rushing et al #2 |
| Fin Deep | Kenneth E. Warren and JoAnne B. Warren | Louisiana | Natchitoches | 02/15/2016 | Rushing et al #2 |
| Glade Bayou | Margaret R. Goodfellow | Louisiana | Tensas | 08/06/2012 | |
| Glade Bayou | Sharon R. Lanius | Louisiana | Tensas | 08/06/2012 | |
| Glade Bayou | Martha R. Singer | Louisiana | Tensas | 08/06/2012 | |
| Glade Bayou | Donna R. Goldich | Louisiana | Tensas | 08/06/2012 | |
| South Harmony Prospect | James Jason Belcher and Cynthia P. Belcher | Mississippi | Clarke | 11/17/2016 | Fleming et al 30-15 #1 |
| South Harmony Prospect | Dorothy McLeod Bell | Mississippi | Clarke | 01/11/2017 | McLeod etal 30-11 #1 |
| South Harmony Prospect | Dorothy McLeod Bell | Mississippi | Clarke | 01/11/2017 | McLeod etal 30-11 #1 |
| South Harmony Prospect | Dorothy McLeod Bell | Mississippi | Clarke | 01/11/2017 | McLeod etal 30-11 #1 |
| South Harmony Prospect | Dorothy McLeod Bell | Mississippi | Clarke | 01/11/2017 | McLeod etal 30-11 #1 |
| South Harmony Prospect | Dorothy McLeod Bell | Mississippi | Clarke | 01/11/2017 | McLeod etal 30-11 #1 |
| South Harmony Prospect | Dorothy McLeod Bell | Mississippi | Clarke | 01/11/2017 | McLeod etal 30-11 #1 |
| South Harmony Prospect | Dorothy McLeod Bell | Mississippi | Clarke | 01/11/2017 | Fleming et al 30-15 #1 |
| South Harmony Prospect | Dorothy McLeod Bell | Mississippi | Clarke | 01/11/2017 | McLeod etal 30-11 #1 |
| South Harmony Prospect | Joe T. Blair et ux | Mississippi | Clarke | 02/02/2017 | Fleming et al 30-15 #1 |
| South Harmony Prospect | Charles Larry Boney | Mississippi | Clarke | 09/22/2016 | McLeod etal 30-11 #1 |
| South Harmony Prospect | Charles Larry Boney | Mississippi | Clarke | 09/22/2016 | McLeod etal 30-11 #1 |
| South Harmony Prospect | Charles Larry Boney | Mississippi | Clarke | 09/22/2016 | McLeod etal 30-11 #1 |
| South Harmony Prospect | Chris D. Boney and Robyn Boney | Mississippi | Clarke | 09/14/2016 | McLeod etal 30-11 #1 |
| South Harmony Prospect | James A. Boney | Mississippi | Clarke | 09/20/2016 | McLeod etal 30-11 #1 |
| South Harmony Prospect | James A. Boney | Mississippi | Clarke | 09/20/2016 | McLeod etal 30-11 #1 |
| East Holly Field | Old Farm, LLC John F. Trickett | Louisiana | De Soto | 08/29/2007 | |
| East Holly Field | Cornelia S. Morgan | Louisiana | De Soto | 08/29/2007 | |
| East Holly Field | Sandra Elizabeth Townson Phillips | Louisiana | De Soto | 06/28/2005 | |
| East Holly Field | Sandra Elizabeth Townson Phillips | Louisiana | De Soto | 06/28/2005 | |
| East Holly Field | Sandra Elizabeth Townson Phillips | Louisiana | De Soto | 06/28/2005 | |
| East Holly Field | Mona R. Williams Lewing | Louisiana | De Soto | 06/20/2005 | |
| East Holly Field | Janice Neil Gill | Louisiana | De Soto | 06/20/2005 | |
| East Holly Field | Herbert Marshall Juergens | Louisiana | De Soto | 03/17/2008 | |
| East Holly Field | Mary Ann Edwards Griffith | Louisiana | De Soto | 05/15/2007 | |
| East Holly Field | Mary Ann Edwards Griffith | Louisiana | De Soto | 05/15/2007 | |
| East Holly Field | Mary Ann Edwards Griffith | Louisiana | De Soto | 05/15/2007 | |
| East Holly Field | Michael Derrick Burford, Jr. | Louisiana | De Soto | 05/15/2007 | |
| East Holly Field | Michael Derrick Burford, Jr. | Louisiana | De Soto | 05/15/2007 | |
| East Holly Field | Michael Derrick Burford, Jr. | Louisiana | De Soto | 05/15/2007 | |
| East Holly Field | Michael Derrick Burford, Jr. | Louisiana | De Soto | 05/15/2007 | |
| East Holly Field | Christopher Burgess | Louisiana | De Soto | 05/15/2007 | |
| East Holly Field | Christopher Burgess | Louisiana | De Soto | 05/15/2007 | |
| East Holly Field | Christopher Burgess | Louisiana | De Soto | 05/15/2007 | |
| East Holly Field | Christopher Burgess | Louisiana | De Soto | 05/15/2007 | |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| East Holly Field | Franklin Farms, LLC | Louisiana | De Soto | 08/20/2007 |
| East Holly Field | William Jefferson Cole | Louisiana | De Soto | 08/20/2007 |
| East Holly Field | Sybil G. Clarke | Louisiana | De Soto | 05/15/2007 |
| East Holly Field | Old Farm, LLC John F. Trickett | Louisiana | De Soto | 08/07/2007 |
| East Holly Field | Cornelia S. Morgan | Louisiana | De Soto | 08/07/2007 |
| East Holly Field | Carolyn Griffith Moffett | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Carolyn Griffith Moffett | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Carolyn Griffith Moffett | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Carolyn Griffith Moffett | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Barbara Griffith Couch | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Barbara Griffith Couch | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Barbara Griffith Couch | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Barbara Griffith Couch | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Lena Griffith Savarese | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Lena Griffith Savarese | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Lena Griffith Savarese | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Lena Griffith Savarese | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Dana Griffith | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Dana Griffith | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Dana Griffith | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Dana Griffith | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Janis G Figueroa | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Janis G Figueroa | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Janis G Figueroa | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Janis G Figueroa | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Mary Ann Edwards Griffith | Louisiana | De Soto | 03/06/2008 |
| East Holly Field | Mary Ann Edwards Griffith | Louisiana | De Soto | 03/06/2008 |
| East Holly Field | Mary Ann Edwards Griffith | Louisiana | De Soto | 03/06/2008 |
| East Holly Field | Mary Ann Edwards Griffith | Louisiana | De Soto | 03/06/2008 |
| East Holly Field | Carolyn Lowrey | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Carolyn Lowrey | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Carolyn Lowrey | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Carolyn Lowrey | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | John Perry Lowrey | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | John Perry Lowrey | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | John Perry Lowrey | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | John Perry Lowrey | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Luther M. Upchurch | Louisiana | De Soto | 07/25/2009 |
| East Holly Field | Luther M. Upchurch | Louisiana | De Soto | 07/25/2009 |
| East Holly Field | George McGovern, Jr. | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Patrick K. McGovern | Louisiana | De Soto | 02/01/2008 |
| East Holly Field | Elsa Rocquin Mims Jack R Mims | Louisiana | De Soto | 02/26/2008 |
| East Holly Field | Charles T Odum, Jr. | Louisiana | De Soto | 08/16/2005 |
| East Holly Field | Desert Partners II, L.P. | Louisiana | De Soto | 03/14/2008 |
| East Holly Field | Desert Partners II, L.P. | Louisiana | De Soto | 03/14/2008 |
| East Holly Field | Desert Partners II, L.P. | Louisiana | De Soto | 03/14/2008 |
| East Holly Field | Desert Partners II, L.P. | Louisiana | De Soto | 03/14/2008 |
| East Holly Field | Carolyn Griffith Moffett | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Carolyn Griffith Moffett | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Carolyn Griffith Moffett | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Carolyn Griffith Moffett | Louisiana | De Soto | 07/11/2005 |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| East Holly Field | Barbara Griffith Couch | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Barbara Griffith Couch | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Barbara Griffith Couch | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Barbara Griffith Couch | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Lena Griffith Savarese | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Lena Griffith Savarese | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Lena Griffith Savarese | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Lena Griffith Savarese | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Dana Griffith | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Dana Griffith | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Dana Griffith | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Dana Griffith | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Janis G Figueroa | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Janis G Figueroa | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Janis G Figueroa | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Janis G Figueroa | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Mary Ann Edwards Griffith | Louisiana | De Soto | 08/19/2005 |
| East Holly Field | Mary Ann Edwards Griffith | Louisiana | De Soto | 08/19/2005 |
| East Holly Field | Mary Ann Edwards Griffith | Louisiana | De Soto | 08/19/2005 |
| East Holly Field | Mary Ann Edwards Griffith | Louisiana | De Soto | 08/19/2005 |
| East Holly Field | Carolyn Lowrey | Louisiana | De Soto | 07/22/2005 |
| East Holly Field | Carolyn Lowrey | Louisiana | De Soto | 07/22/2005 |
| East Holly Field | Carolyn Lowrey | Louisiana | De Soto | 07/22/2005 |
| East Holly Field | Carolyn Lowrey | Louisiana | De Soto | 07/22/2005 |
| East Holly Field | John Perry Lowrey | Louisiana | De Soto | 07/22/2005 |
| East Holly Field | John Perry Lowrey | Louisiana | De Soto | 07/22/2005 |
| East Holly Field | John Perry Lowrey | Louisiana | De Soto | 07/22/2005 |
| East Holly Field | John Perry Lowrey | Louisiana | De Soto | 07/22/2005 |
| East Holly Field | Waylan R Nattin, Sr. | Louisiana | De Soto | 06/16/2005 |
| East Holly Field | Waylan R Nattin, Sr. | Louisiana | De Soto | 06/16/2005 |
| East Holly Field | Waylan R Nattin, Sr. | Louisiana | De Soto | 06/16/2005 |
| East Holly Field | Waylan R Nattin, Sr. | Louisiana | De Soto | 06/16/2005 |
| East Holly Field | Leslie Brent Moseley | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Leslie Brent Moseley | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Leslie Brent Moseley | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Leslie Brent Moseley | Louisiana | De Soto | 07/11/2005 |
| East Holly Field | Betty Carole Edwards | Louisiana | De Soto | 10/15/2007 |
| East Holly Field | Robert Dale Jones Sharon Hildebrand Jones | Louisiana | De Soto | 11/30/2007 |
| East Holly Field | William Jefferson Cole | Louisiana | De Soto | 10/12/2007 |
| East Holly Field | Cody Hislope | Louisiana | De Soto | 03/03/2008 |
| East Holly Field | Terry Cole, Jr | Louisiana | De Soto | 03/04/2008 |
| East Holly Field | Martin Dwayne Lingle Janice Burr Lingle | Louisiana | De Soto | 03/04/2008 |
| East Holly Field | Hilliard Acquisitions II LLC | Louisiana | De Soto | 03/14/2008 |
| East Holly Field | Hilliard Acquisitions II LLC | Louisiana | De Soto | 03/14/2008 |
| East Holly Field | Hilliard Acquisitions II LLC | Louisiana | De Soto | 03/14/2008 |
| East Holly Field | Hilliard Acquisitions II LLC | Louisiana | De Soto | 03/14/2008 |
| East Holly Field | Simeon K Horton James V Horton | Louisiana | De Soto | 03/14/2008 |
| East Holly Field | Simeon K Horton James V Horton | Louisiana | De Soto | 03/14/2008 |
| East Holly Field | Simeon K Horton James V Horton | Louisiana | De Soto | 03/14/2008 |
| East Holly Field | Simeon K Horton James V Horton | Louisiana | De Soto | 03/14/2008 |
| Jacksonville Prospect | John N. Foscue | Texas | Cherokee | 06/14/2005 |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| Jacksonville Prospect | John N. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | John N. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | John N. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | John N. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | John N. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | John N. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | John N. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | John N. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | John N. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | John N. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | John N. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | Joseph A. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | Joseph A. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | Joseph A. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | Joseph A. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | Joseph A. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | Joseph A. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | Joseph A. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | Joseph A. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | Joseph A. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | Joseph A. Foscue | Texas | Cherokee | 06/14/2005 |
| Jacksonville Prospect | Joseph A. Foscue | Texas | Cherokee | 06/14/2005 |
| Kings Dome Prospect | Chuck Wong | Mississippi | Warren | 02/14/1996 |
| Kings Dome Prospect | Chuck Wong | Mississippi | Warren | 02/14/1996 |
| Kings Dome Prospect | Chuck Wong | Mississippi | Warren | 02/14/1996 |
| Kings Dome Prospect | Chuck Wong | Mississippi | Warren | 02/14/1996 |
| Kings Dome Prospect | Chuck Wong | Mississippi | Warren | 02/14/1996 |
| Kings Dome Prospect | Chuck Wong | Mississippi | Warren | 02/14/1996 |
| Kings Dome Prospect | Wong Fong Mai | Mississippi | Warren | 02/07/1996 |
| Kings Dome Prospect | Wong Fong Mai | Mississippi | Warren | 02/07/1996 |
| Kings Dome Prospect | Wong Fong Mai | Mississippi | Warren | 02/07/1996 |
| Kings Dome Prospect | Wong Fong Mai | Mississippi | Warren | 02/07/1996 |
| Kings Dome Prospect | Wong Fong Mai | Mississippi | Warren | 02/07/1996 |
| Kings Dome Prospect | Wong Fong Mai | Mississippi | Warren | 02/07/1996 |
| Kings Dome Prospect | Estate of C.H. Murphy, Jr. c/o R. Madison Murphy, Co- | Mississippi | Warren | 08/25/1995 |
| Kings Dome Prospect | Estate of C.H. Murphy, Jr. c/o R. Madison Murphy, Co- | Mississippi | Warren | 08/25/1995 |
| Kings Dome Prospect | Allstate Oil Development Co. | Mississippi | Warren | 10/17/1997 |
| Kings Dome Prospect | Ralph V. St. John | Mississippi | Warren | 11/17/1996 |
| Kings Dome Prospect | Walter C. Dunn, Jr. | Mississippi | Warren | 09/11/2008 |
| South Kings Dome Prospect | Katrina Lynn LaComb | Mississippi | Warren | 02/10/2000 |
| South Kings Dome Prospect | Katrina Lynn LaComb | Mississippi | Warren | 02/10/2000 |
| South Kings Dome Prospect | Katrina Lynn LaComb | Mississippi | Warren | 02/10/2000 |
| South Kings Dome Prospect | Hilbun Minerals, L.L.C. | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Hilbun Minerals, L.L.C. | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Estate of Herman Deas | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Estate of Herman Deas | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Anthony H. Oglesby | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Anthony H. Oglesby | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | John R. Gilbert | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | John R. Gilbert | Mississippi | Warren | 05/23/2001 |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| South Kings Dome Prospect | Sam F. Gilbert | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Sam F. Gilbert | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Larry Lee Wozencraft | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Larry Lee Wozencraft | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Ralph V. St. John | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Ralph V. St. John | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Geoffrey G. Hambach | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Geoffrey G. Hambach | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Billy R. Powell | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Billy R. Powell | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | EMVCO, Inc. | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | EMVCO, Inc. | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | W. Baldwin Lloyd & Anna Rae Lloyd Revocable Trust | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | W. Baldwin Lloyd & Anna Rae Lloyd Revocable Trust | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | W.B. Dickerson, Jr. | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | W.B. Dickerson, Jr. | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Jeffrey D. Miller | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | Jeffrey D. Miller | Mississippi | Warren | 05/23/2001 |
| South Kings Dome Prospect | James Edward Wiltcher | Mississippi | Warren | 02/14/2000 |
| South Kings Dome Prospect | Ernest A. Smith, Sr. & Nettie L. Smith | Mississippi | Warren | 02/16/2000 |
| South Kings Dome Prospect | Mark James Lowe & Leangela Lowe | Mississippi | Warren | 02/16/2000 |
| South Kings Dome Prospect | Shirley Martin Mayhall | Mississippi | Warren | 02/10/2000 |
| South Kings Dome Prospect | Shirley Martin Mayhall | Mississippi | Warren | 02/10/2000 |
| South Kings Dome Prospect | Otto C. King, Jr. & Cynthia King | Mississippi | Warren | 02/23/2000 |
| South Kings Dome Prospect | Openwood Plantation, Inc. Attn: Jacquelyn Jabour, | Mississippi | Warren | 02/25/2000 |
| South Kings Dome Prospect | Openwood Plantation, Inc. Attn: Jacquelyn Jabour, | Mississippi | Warren | 02/25/2000 |
| South Kings Dome Prospect | Marie L. Hernandez | Mississippi | Warren | 03/08/2000 |
| South Kings Dome Prospect | Johnny Jabour, Indiviually and as President of Kings Club, I | Mississippi | Warren | 02/28/2000 |
| South Kings Dome Prospect | Openwood Homeowners Association, Inc. | Mississippi | Warren | 07/07/2000 |
| South Kings Dome Prospect | Mary Paul Duval Ross | Mississippi | Warren | 09/27/1996 |
| South Kings Dome Prospect | Mary Paul Duval Ross | Mississippi | Warren | 09/27/1996 |
| South Kings Dome Prospect | Mary Paul Duval Ross | Mississippi | Warren | 09/27/1996 |
| South Kings Dome Prospect | Mary Paul Duval Ross | Mississippi | Warren | 09/27/1996 |
| South Kings Dome Prospect | Joseph Jeffrey Bragg | Mississippi | Warren | 07/27/2001 |
| South Kings Dome Prospect | Joseph Jeffrey Bragg | Mississippi | Warren | 07/27/2001 |
| South Kings Dome Prospect | Joseph Jeffrey Bragg | Mississippi | Warren | 07/27/2001 |
| South Kings Dome Prospect | Joseph Jeffrey Bragg | Mississippi | Warren | 07/27/2001 |
| South Kings Dome Prospect | Ridgway Energy, Inc. | Mississippi | Warren | 06/21/2001 |
| South Kings Dome Prospect | Ridgway Energy, Inc. | Mississippi | Warren | 06/21/2001 |
| South Kings Dome Prospect | Ridgway Energy, Inc. | Mississippi | Warren | 06/21/2001 |
| South Kings Dome Prospect | Frances Dorchester Harrell | Mississippi | Warren | 06/22/2001 |
| South Kings Dome Prospect | Frances Dorchester Harrell | Mississippi | Warren | 06/22/2001 |
| South Kings Dome Prospect | Frances Dorchester Harrell | Mississippi | Warren | 06/22/2001 |
| South Kings Dome Prospect | Morrissey Heirs Trust AmSouth Bank, Trustee | Mississippi | Warren | 07/17/2001 |
| South Kings Dome Prospect | Morrissey Heirs Trust AmSouth Bank, Trustee | Mississippi | Warren | 07/17/2001 |
| South Kings Dome Prospect | Morrissey Heirs Trust AmSouth Bank, Trustee | Mississippi | Warren | 07/17/2001 |
| South Kings Dome Prospect | Anne M. Ballantyne | Mississippi | Warren | 08/08/2007 |
| South Kings Dome Prospect | Anne M. Ballantyne | Mississippi | Warren | 08/08/2007 |
| South Kings Dome Prospect | Anne M. Ballantyne | Mississippi | Warren | 08/08/2007 |
| South Kings Dome Prospect | Dorchester Royalty Corp. Attn: Mary M. Campbell | Mississippi | Warren | 08/08/2007 |
| South Kings Dome Prospect | Dorchester Royalty Corp. Attn: Mary M. Campbell | Mississippi | Warren | 08/08/2007 |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| South Kings Dome Prospect | Dorchester Royalty Corp. Attn: Mary M. Campbell | Mississippi | Warren | 08/08/2007 |
| South Kings Dome Prospect | Glenn G. Mortimer, III | Mississippi | Warren | 08/08/2007 |
| South Kings Dome Prospect | Glenn G. Mortimer, III | Mississippi | Warren | 08/08/2007 |
| South Kings Dome Prospect | Glenn G. Mortimer, III | Mississippi | Warren | 08/08/2007 |
| South Kings Dome Prospect | Joe Ray Swann | Mississippi | Warren | 03/01/2008 |
| South Kings Dome Prospect | Mildred Everett | Mississippi | Warren | 03/01/2008 |
| South Kings Dome Prospect | Mary Catherine Swann | Mississippi | Warren | 03/01/2008 |
| South Kings Dome Prospect | Ronald Eugene Elliott | Mississippi | Warren | 03/01/2008 |
| South Kings Dome Prospect | Betty E. Griggs | Mississippi | Warren | 03/01/2008 |
| South Kings Dome Prospect | Jay Elliott | Mississippi | Warren | 03/01/2008 |
| South Kings Dome Prospect | Donald Edward Conrad | Mississippi | Warren | 03/01/2008 |
| South Kings Dome Prospect | James Russell Conrad | Mississippi | Warren | 03/01/2008 |
| South Kings Dome Prospect | Cynthia Kay Conrad Cox | Mississippi | Warren | 03/01/2008 |
| South Kings Dome Prospect | Evelyn Louise Conrad King | Mississippi | Warren | 03/01/2008 |
| South Kings Dome Prospect | Amber Conrad Whitehead | Mississippi | Warren | 03/01/2008 |
| South Kings Dome Prospect | Claudia M. England Conrad | Mississippi | Warren | 03/01/2008 |
| South Kings Dome Prospect | Spence E. Conrad | Mississippi | Warren | 03/01/2008 |
| South Kings Dome Prospect | Ralph Edwin Burton | Mississippi | Warren | 03/01/2008 |
| South Kings Dome Prospect | April Conrad Helms | Mississippi | Warren | 03/01/2008 |
| South Kings Dome Prospect | Shelly R. Conrad Roach | Mississippi | Warren | 03/01/2008 |
| Latham Prospect | George G. Womack | Alabama | Baldwin | 01/22/2014 Nelson et al 35 #1 |
| Latham Prospect | George G. Womack | Alabama | Baldwin | 01/22/2014 |
| Latham Prospect | George G. Womack | Alabama | Baldwin | 01/22/2014 |
| Latham Prospect | Roy Jack McCarroll | Alabama | Baldwin | 01/24/2014 Nelson et al 35 #1 |
| Latham Prospect | Roy Jack McCarroll | Alabama | Baldwin | 01/24/2014 |
| Latham Prospect | Roy Jack McCarroll | Alabama | Baldwin | 01/24/2014 |
| Latham Prospect | Corrina McCullough Whitfield Allen | Alabama | Baldwin | 12/21/2013 Nelson et al 35 #1 |
| Latham Prospect | Corrina McCullough Whitfield Allen | Alabama | Baldwin | 12/21/2013 |
| Latham Prospect | Corrina McCullough Whitfield Allen | Alabama | Baldwin | 12/21/2013 |
| Latham Prospect | Larry McCarroll | Alabama | Baldwin | 01/24/2014 Nelson et al 35 #1 |
| Latham Prospect | Larry McCarroll | Alabama | Baldwin | 01/24/2014 |
| Latham Prospect | Larry McCarroll | Alabama | Baldwin | 01/24/2014 |
| Latham Prospect | The Curtain Family LLC C. Cody White, Jr., Manager | Alabama | Baldwin | 04/04/2014 Nelson et al 35 #1 |
| Latham Prospect | The Curtain Family LLC C. Cody White, Jr., Manager | Alabama | Baldwin | 04/04/2014 |
| Latham Prospect | The Curtain Family LLC C. Cody White, Jr., Manager | Alabama | Baldwin | 04/04/2014 |
| Latham Prospect | Lon R. Williams Individual Retirement Ac Barry L. | Alabama | Baldwin | 04/09/2008 Nelson et al 35 #1 |
| Latham Prospect | Lon R. Williams Individual Retirement Ac Barry L. | Alabama | Baldwin | 04/09/2008 |
| Latham Prospect | Brent S. Womack, Sr. | Alabama | Baldwin | 04/15/2014 Nelson et al 35 #1 |
| Latham Prospect | Brent S. Womack, Sr. | Alabama | Baldwin | 04/15/2014 |
| Latham Prospect | Brent S. Womack, Sr. | Alabama | Baldwin | 04/15/2014 |
| Latham Prospect | Oakland Agency Account | Alabama | Baldwin | 01/25/2014 Nelson et al 35 #1 |
| Latham Prospect | Oakland Agency Account | Alabama | Baldwin | 01/25/2014 |
| Latham Prospect | Sammo, LLC Bobbie C. Hicks, Managing Partner | Alabama | Baldwin | 08/25/2011 Nelson et al 35 #1 |
| Latham Prospect | Sammo, LLC Bobbie C. Hicks, Managing Partner | Alabama | Baldwin | 08/25/2011 |
| Latham Prospect | Reba E. Nelson | Alabama | Baldwin | 02/01/2014 Nelson et al 35 #1 |
| Latham Prospect | Reba E. Nelson | Alabama | Baldwin | 02/01/2014 |
| Latham Prospect | Reba E. Nelson | Alabama | Baldwin | 02/01/2014 |
| Latham Prospect | Florence W. Stewart | Alabama | Baldwin | 02/01/2014 Nelson et al 35 #1 |
| Latham Prospect | Florence W. Stewart | Alabama | Baldwin | 02/01/2014 |
| Latham Prospect | Florence W. Stewart | Alabama | Baldwin | 02/01/2014 |
| Latham Prospect | John M. Coghlan | Alabama | Baldwin | 11/26/2007 Nelson et al 35 #1 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Latham Prospect | Betty Nelson McCutchen | Alabama | Baldwin | 11/21/2007 | Nelson et al 35 #1 |
| Latham Prospect | M. Wayne Nelson C/O Betty Nelson McCutchen | Alabama | Baldwin | 11/21/2007 | Nelson et al 35 #1 |
| Latham Prospect | Frances Nelson Shipp | Alabama | Baldwin | 11/08/2007 | Nelson et al 35 #1 |
| Latham Prospect | Betty C. Gonzales | Alabama | Baldwin | 11/08/2007 | Nelson et al 35 #1 |
| Latham Prospect | Sandra Berry Nelson | Alabama | Baldwin | 11/20/2007 | Nelson et al 35 #1 |
| Latham Prospect | Shamred Associates, Inc. Herbert D. Anderson, President | Alabama | Baldwin | 11/27/2007 | Nelson et al 35 #1 |
| Latham Prospect | Jacquelyn Layton Stuart | Alabama | Baldwin | 11/29/2010 | Nelson et al 35 #1 |
| Latham Prospect | Donna Elizabeth Laskey Newton | Alabama | Baldwin | 09/10/2012 | Nelson et al 35 #1 |
| Latham Prospect | Donna Elizabeth Laskey Newton | Alabama | Baldwin | 09/10/2012 | |
| Latham Prospect | Donna Elizabeth Laskey Newton | Alabama | Baldwin | 09/10/2012 | |
| Latham Prospect | Phillip Mark Dufour | Alabama | Baldwin | 09/09/2013 | Nelson et al 35 #1 |
| Latham Prospect | Phillip Mark Dufour | Alabama | Baldwin | 09/09/2013 | |
| Latham Prospect | Phillip Mark Dufour | Alabama | Baldwin | 09/09/2013 | |
| Latham Prospect | Joseph H. Womack | Alabama | Baldwin | 09/28/2012 | Nelson et al 35 #1 |
| Latham Prospect | Joseph H. Womack | Alabama | Baldwin | 09/28/2012 | |
| Latham Prospect | Joseph H. Womack | Alabama | Baldwin | 09/28/2012 | |
| Latham Prospect | Brandon Ross | Alabama | Baldwin | 09/29/2012 | Nelson et al 35 #1 |
| Latham Prospect | Brandon Ross | Alabama | Baldwin | 09/29/2012 | |
| Latham Prospect | Brandon Ross | Alabama | Baldwin | 09/29/2012 | |
| Latham Prospect | Fort Worth Royalty Company | Alabama | Baldwin | 10/26/2012 | Nelson et al 35 #1 |
| Latham Prospect | Fort Worth Royalty Company | Alabama | Baldwin | 10/26/2012 | |
| Latham Prospect | Fort Worth Royalty Company | Alabama | Baldwin | 10/26/2012 | |
| Latham Prospect | DPR Enterprises | Alabama | Baldwin | 10/26/2012 | Nelson et al 35 #1 |
| Latham Prospect | DPR Enterprises | Alabama | Baldwin | 10/26/2012 | |
| Latham Prospect | DPR Enterprises | Alabama | Baldwin | 10/26/2012 | |
| Latham Prospect | Plains Exploration & Production Company POGO | Alabama | Baldwin | 02/15/2014 | Nelson et al 35 #1 |
| Latham Prospect | Plains Exploration & Production Company POGO | Alabama | Baldwin | 02/15/2014 | |
| Latham Prospect | Plains Exploration & Production Company POGO | Alabama | Baldwin | 02/15/2014 | |
| Latham Prospect | Emil Mosbacher Oil & Gas LLC | Alabama | Baldwin | 10/29/2013 | Nelson et al 35 #1 |
| Latham Prospect | Emil Mosbacher Oil & Gas LLC | Alabama | Baldwin | 10/29/2013 | |
| Latham Prospect | Emil Mosbacher Oil & Gas LLC | Alabama | Baldwin | 10/29/2013 | |
| Latham Prospect | Robert E. King Family LLC | Alabama | Baldwin | 09/10/2013 | Nelson et al 35 #1 |
| Latham Prospect | Robert E. King Family LLC | Alabama | Baldwin | 09/10/2013 | |
| Latham Prospect | Robert E. King Family LLC | Alabama | Baldwin | 09/10/2013 | |
| Latham Prospect | Shannon Ross Starnes | Alabama | Baldwin | 09/29/2012 | Nelson et al 35 #1 |
| Latham Prospect | Shannon Ross Starnes | Alabama | Baldwin | 09/29/2012 | |
| Latham Prospect | Shannon Ross Starnes | Alabama | Baldwin | 09/29/2012 | |
| Latham Prospect | James Warren McGregor | Alabama | Escambia | 09/25/2013 | Nelson et al 35 #1 |
| Latham Prospect | James Warren McGregor | Alabama | Escambia | 09/25/2013 | |
| Latham Prospect | James Warren McGregor | Alabama | Escambia | 09/25/2013 | |
| South Morton Prospect | United States Dept of the Interior Bureau of Land | Mississippi | Smith | 02/01/1996 | |
| South Morton Prospect | United States Dept of the Interior Bureau of Land | Mississippi | Smith | 02/01/1996 | |
| South Morton Prospect | United States Dept of the Interior Bureau of Land | Mississippi | Smith | 06/01/1996 | |
| South Morton Prospect | United States Dept of the Interior Bureau of Land | Mississippi | Smith | 02/01/1996 | |
| South Morton Prospect | United States Dept of the Interior Bureau of Land | Mississippi | Smith | 02/01/1996 | |
| South Morton Prospect | United States Dept of the Interior Bureau of Land | Mississippi | Smith | 02/01/1996 | |
| South Morton Prospect | United States Dept of the Interior Bureau of Land | Mississippi | Smith | 02/01/1996 | |
| South Morton Prospect | United States Dept of the Interior Bureau of Land | Mississippi | Smith | 02/01/1996 | |
| South Morton Prospect | United States Dept of the Interior Bureau of Land | Mississippi | Smith | 02/01/1996 | |
| South Morton Prospect | United States Dept of the Interior Bureau of Land | Mississippi | Smith | 02/01/1996 | |
| South Morton Prospect | United States Dept of the Interior Bureau of Land | Mississippi | Smith | 02/01/1996 | |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| South Morton Prospect | United States Dept of the Interior Bureau of Land | Mississippi | Smith | 02/01/1996 | |
| South Morton Prospect | United States Dept of the Interior Bureau of Land | Mississippi | Smith | 06/01/1996 | |
| South Morton Prospect | United States Dept of the Interior Bureau of Land | Mississippi | Smith | 06/01/1996 | |
| Mt. Carmel | Billy Garfield Scott | Florida | Santa Rosa | 09/08/2016 | Bates 2-2 #1 |
| Mt. Carmel | Billy Garfield Scott | Florida | Santa Rosa | 09/08/2016 | |
| Mt. Carmel | Opal Annette Scott Hendricks | Florida | Santa Rosa | 09/08/2016 | Bates 2-2 #1 |
| Mt. Carmel | Opal Annette Scott Hendricks | Florida | Santa Rosa | 09/08/2016 | |
| Mt. Carmel | David P. Jeffreys | Florida | Santa Rosa | 10/19/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | David P. Jeffreys | Florida | Santa Rosa | 10/19/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | David P. Jeffreys | Florida | Santa Rosa | 10/19/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | David P. Jeffreys | Florida | Santa Rosa | 10/19/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | David P. Jeffreys | Florida | Santa Rosa | 10/19/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | David P. Jeffreys | Florida | Santa Rosa | 10/19/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | David P. Jeffreys | Florida | Santa Rosa | 10/19/2016 | |
| Mt. Carmel | Glenn Bates as Trustee of The Glenn Davis Bates Living | Florida | Santa Rosa | 12/31/2016 | Bates 2-2 #1 |
| Mt. Carmel | Glenn Bates as Trustee of The Glenn Davis Bates Living | Florida | Santa Rosa | 12/31/2016 | |
| Mt. Carmel | James Milton Bates as Trustee of The James Milton Bates | Florida | Santa Rosa | 12/31/2016 | Bates 2-2 #1 |
| Mt. Carmel | James Milton Bates as Trustee of The James Milton Bates | Florida | Santa Rosa | 12/31/2016 | |
| Mt. Carmel | Minnie Love | Florida | Santa Rosa | 11/29/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Minnie Love | Florida | Santa Rosa | 11/29/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | William Polk et al | Florida | Santa Rosa | 01/12/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | William Polk et al | Florida | Santa Rosa | 01/12/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | William Polk et al | Florida | Santa Rosa | 01/12/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | William Polk et al | Florida | Santa Rosa | 01/12/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | William Polk et al | Florida | Santa Rosa | 01/12/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | William Polk et al | Florida | Santa Rosa | 01/12/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | William Polk et al | Florida | Santa Rosa | 01/12/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Durlyn Farish and Ralph Stevens Farish | Florida | Santa Rosa | 01/26/2017 | Pitman Limited 16-3 #1 |
| Mt. Carmel | Elvia Louise Jordan | Florida | Santa Rosa | 01/12/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Aurelia Debord | Florida | Santa Rosa | 11/29/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Aurelia Debord | Florida | Santa Rosa | 11/29/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Eric Hall | Florida | Santa Rosa | 02/01/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Catherine Olden Wohner et al | Florida | Santa Rosa | 10/20/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Catherine Olden Wohner et al | Florida | Santa Rosa | 10/20/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Catherine Olden Wohner et al | Florida | Santa Rosa | 10/20/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Catherine Olden Wohner et al | Florida | Santa Rosa | 10/20/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Catherine Olden Wohner et al | Florida | Santa Rosa | 10/20/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Catherine Olden Wohner et al | Florida | Santa Rosa | 10/20/2016 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Catherine Olden Wohner et al | Florida | Santa Rosa | 10/20/2016 | |
| Mt. Carmel | Betty Joyce Scott Burkhead | Florida | Santa Rosa | 09/28/2016 | Bates 2-2 #1 |
| Mt. Carmel | Betty Joyce Scott Burkhead | Florida | Santa Rosa | 09/28/2016 | |
| Mt. Carmel | Brenda Diann Scott | Florida | Santa Rosa | 09/08/2016 | Bates 2-2 #1 |
| Mt. Carmel | Brenda Diann Scott | Florida | Santa Rosa | 09/08/2016 | |
| Mt. Carmel | TRM Woodlands, Inc. | Florida | Santa Rosa | 01/06/2017 | |
| Mt. Carmel | TRM Woodlands, Inc. | Florida | Santa Rosa | 01/06/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | TRM Woodlands, Inc. | Florida | Santa Rosa | 01/06/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | TRM Woodlands, Inc. | Florida | Santa Rosa | 01/06/2017 | |
| Mt. Carmel | TRM Woodlands, Inc. | Florida | Santa Rosa | 01/06/2017 | |
| Mt. Carmel | TRM Woodlands, Inc. | Florida | Santa Rosa | 01/06/2017 | |
| Mt. Carmel | State Line Oil Trust | Florida | Santa Rosa | 04/07/2017 | |
| Mt. Carmel | State Line Oil Trust | Florida | Santa Rosa | 04/07/2017 | Polk Estate Et Al 13-10 #1 |

EXHIBIT 3

| Mt. Carmel | State Line Oil Trust | Florida | Santa Rosa | 04/07/2017 | Polk Estate Et Al 13-10 #1 |
|---|---|---|---|---|---|
| Mt. Carmel | State Line Oil Trust | Florida | Santa Rosa | 04/07/2017 | |
| Mt. Carmel | State Line Oil Trust | Florida | Santa Rosa | 04/07/2017 | |
| Mt. Carmel | State Line Oil Trust | Florida | Santa Rosa | 04/07/2017 | |
| Mt. Carmel | Thomas B. Henry | Florida | Santa Rosa | 04/29/2015 | |
| Mt. Carmel | Thomas B. Henry | Florida | Santa Rosa | 04/29/2015 | |
| Mt. Carmel | Thomas B. Henry | Florida | Santa Rosa | 04/29/2015 | |
| Mt. Carmel | Thomas B. Henry | Florida | Santa Rosa | 04/29/2015 | |
| Mt. Carmel | Thomas B. Henry | Florida | Santa Rosa | 04/29/2015 | |
| Mt. Carmel | Thomas B. Henry | Florida | Santa Rosa | 04/29/2015 | |
| Mt. Carmel | Thomas B. Henry | Florida | Santa Rosa | 04/29/2015 | |
| Mt. Carmel | Thomas B. Henry | Florida | Santa Rosa | 04/29/2015 | Pitney Limited 16-3 #1 |
| Mt. Carmel | Thomas B. Henry | Florida | Santa Rosa | 04/29/2015 | |
| Mt. Carmel | Kenneth David Jordan and Teresa Lynn Jordan | Florida | Santa Rosa | 09/22/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Kenneth David Jordan and Teresa Lynn Jordan | Florida | Santa Rosa | 09/22/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Shaena Saxton AKA Shaena J. Godwin | Florida | Santa Rosa | 09/22/2017 | |
| Mt. Carmel | Shaena Saxton AKA Shaena J. Godwin | Florida | Santa Rosa | 09/22/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Finlay et al | Florida | Santa Rosa | 10/20/2017 | |
| Mt. Carmel | Finlay et al | Florida | Santa Rosa | 10/20/2017 | |
| Mt. Carmel | Finlay et al | Florida | Santa Rosa | 10/20/2017 | Bates 2-2 #1 |
| Mt. Carmel | Mary P. Mahoney | Florida | Santa Rosa | 09/28/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | James Dyer | Florida | Santa Rosa | 12/07/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | James Dyer | Florida | Santa Rosa | 12/07/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Melissa Ann Dyer | Florida | Santa Rosa | 12/07/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Melissa Ann Dyer | Florida | Santa Rosa | 12/07/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Gladys K. Munoz | Florida | Santa Rosa | 12/07/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Gladys K. Munoz | Florida | Santa Rosa | 12/07/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Edker Lee Dyer | Florida | Santa Rosa | 01/05/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Edker Lee Dyer | Florida | Santa Rosa | 01/05/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Wanda D. Castro | Florida | Santa Rosa | 12/07/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Wanda D. Castro | Florida | Santa Rosa | 12/07/2017 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Winnie G. Williams | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Winnie G. Williams | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Winnie G. Williams | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Samuel Maldonado | Florida | Santa Rosa | 08/06/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Samuel Maldonado | Florida | Santa Rosa | 08/06/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Samuel Maldonado | Florida | Santa Rosa | 08/06/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Jane Kay Volpe | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Jane Kay Volpe | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Jane Kay Volpe | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Jesse Robert Summerlin | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Jesse Robert Summerlin | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Jesse Robert Summerlin | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Terry Maldonado | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Terry Maldonado | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Terry Maldonado | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Penny Lee Summerlin | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Penny Lee Summerlin | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | Penny Lee Summerlin | Florida | Santa Rosa | 07/02/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | David Maldonado | Florida | Santa Rosa | 08/06/2018 | Polk Estate Et Al 13-10 #1 |
| Mt. Carmel | David Maldonado | Florida | Santa Rosa | 08/06/2018 | Polk Estate Et Al 13-10 #1 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Mt. Carmel | David Maldonado | Florida | Santa Rosa | 08/06/2018 | Polk Estate Et Al 13-10 #1 |
| Oakhay Creek North Prospect | Thomas M. Alewine, Jr. | Mississippi | Smith | 04/12/2010 | |
| Oakhay Creek North Prospect | Thomas M. Alewine, Jr. | Mississippi | Smith | 04/12/2010 | |
| Oakhay Creek North Prospect | Jamie Dixon Kilgore | Mississippi | Smith | 05/19/2013 | |
| Oakhay Creek North Prospect | Jamie Dixon Kilgore | Mississippi | Smith | 05/19/2013 | |
| Oakhay Creek North Prospect | Donald Martin McDonald | Mississippi | Smith | 05/08/2013 | |
| Oakhay Creek North Prospect | Tommie Lee Harris | Mississippi | Smith | 11/07/2008 | |
| Oakhay Creek North Prospect | Tommie Lee Harris | Mississippi | Smith | 11/07/2008 | |
| Oakhay Creek South Prospect | Jean Lewis Lindsey Sandra Bateman | Mississippi | Smith | 05/30/2013 | |
| Oakhay Creek South Prospect | Jean Lewis Lindsey Sandra Bateman | Mississippi | Smith | 05/30/2013 | Jamie Dixon Kilgore 21-7 #1 |
| Oakhay Creek South Prospect | Jean Lewis Lindsey Sandra Bateman | Mississippi | Smith | 05/30/2013 | |
| Oakhay Creek South Prospect | Thomas M. Alewine, Jr. | Mississippi | Smith | 04/12/2010 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Donald Martin McDonald | Mississippi | Smith | 05/08/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Kenneth Ray McDaniel | Mississippi | Smith | 04/27/2010 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Brenda Jo Sullivan Adcox | Mississippi | Smith | 09/19/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Michael C. Sullivan | Mississippi | Smith | 09/19/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Michael C. Sullivan | Mississippi | Smith | 09/19/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Jeanette S. Cole | Mississippi | Smith | 09/19/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Carol Blackwell Slack | Mississippi | Smith | 11/01/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Carol Blackwell Slack | Mississippi | Smith | 11/01/2013 | |
| Oakhay Creek South Prospect | Carol Blackwell Slack | Mississippi | Smith | 11/01/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Mary Jo Clements-Balas | Mississippi | Smith | 11/01/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Mary Jo Clements-Balas | Mississippi | Smith | 11/01/2013 | |
| Oakhay Creek South Prospect | Mary Jo Clements-Balas | Mississippi | Smith | 11/01/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | J. Ruth Blackwell | Mississippi | Smith | 11/01/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | J. Ruth Blackwell | Mississippi | Smith | 11/01/2013 | |
| Oakhay Creek South Prospect | J. Ruth Blackwell | Mississippi | Smith | 11/01/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Tommie Lee Harris | Mississippi | Smith | 11/07/2008 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Anne S Byland | Mississippi | Smith | 11/01/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Anne S Byland | Mississippi | Smith | 11/01/2013 | |
| Oakhay Creek South Prospect | Anne S Byland | Mississippi | Smith | 11/01/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Peggy Ann Reid Rahaim | Mississippi | Smith | 12/04/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Charles Cole Jeanette Sullivan Cole | Mississippi | Smith | 09/19/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Rebecca Ann Sullivan Wallace | Mississippi | Smith | 09/19/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Angela Van Zandt | Mississippi | Smith | 11/01/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Angela Van Zandt | Mississippi | Smith | 11/01/2013 | |
| Oakhay Creek South Prospect | Angela Van Zandt | Mississippi | Smith | 11/01/2013 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Melanie Bradford | Mississippi | Smith | 09/30/2009 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Melanie Bradford | Mississippi | Smith | 09/30/2009 | |
| Oakhay Creek South Prospect | Melanie Bradford | Mississippi | Smith | 09/30/2009 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Virginia V Roberts | Mississippi | Smith | 10/27/2009 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Virginia V Roberts | Mississippi | Smith | 10/27/2009 | |
| Oakhay Creek South Prospect | Virginia V Roberts | Mississippi | Smith | 10/27/2009 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Barbara Mallia | Mississippi | Smith | 10/21/2009 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Barbara Mallia | Mississippi | Smith | 10/21/2009 | |
| Oakhay Creek South Prospect | Barbara Mallia | Mississippi | Smith | 10/21/2009 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | R P Van Zandt | Mississippi | Smith | 10/21/2009 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | R P Van Zandt | Mississippi | Smith | 10/21/2009 | |
| Oakhay Creek South Prospect | R P Van Zandt | Mississippi | Smith | 10/21/2009 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Walter S. Skipper | Mississippi | Smith | 11/09/2009 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Valeria Van Zandt Tarantino | Mississippi | Smith | 09/30/2009 | Jeanette S Cole 21-11 #1 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Oakhay Creek South Prospect | Valeria Van Zandt Tarantino | Mississippi | Smith | 09/30/2009 | |
| Oakhay Creek South Prospect | Valeria Van Zandt Tarantino | Mississippi | Smith | 09/30/2009 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Don Sullivan and Sue Ellen Sullivan | Mississippi | Smith | 06/05/2014 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Don Sullivan and Sue Ellen Sullivan | Mississippi | Smith | 06/05/2014 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Don Sullivan and Sue Ellen Sullivan | Mississippi | Smith | 06/05/2014 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Don Sullivan and Sue Ellen Sullivan | Mississippi | Smith | 06/05/2014 | |
| Oakhay Creek South Prospect | Don Sullivan and Sue Ellen Sullivan | Mississippi | Smith | 06/05/2014 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Glenda Faye Sullivan Lowery | Mississippi | Smith | 06/05/2014 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Glenda Faye Sullivan Lowery | Mississippi | Smith | 06/05/2014 | Jeanette S Cole 21-11 #1 |
| Oakhay Creek South Prospect | Glenda Faye Sullivan Lowery | Mississippi | Smith | 06/05/2014 | |
| Oakhay Creek South Prospect | Glenda Faye Sullivan Lowery | Mississippi | Smith | 06/05/2014 | Jeanette S Cole 21-11 #1 |
| Red River Prospect | Dutton Family, L.L.C. | Louisiana | Bossier | 11/09/2005 | |
| Red River Prospect | Dutton Family, L.L.C. | Louisiana | Bossier | 11/09/2005 | |
| Red River Prospect | Sorensen-Naylor, Ltd | Louisiana | Bossier | 11/09/2005 | |
| Red River Prospect | Sorensen-Naylor, Ltd | Louisiana | Bossier | 11/09/2005 | |
| Red River Prospect | UNKNOWN / OTHERS | Louisiana | Bossier | 12/12/2005 | |
| Red River Prospect | UNKNOWN / OTHERS | Louisiana | Bossier | 12/12/2005 | |
| Red River Prospect | UNKNOWN / OTHERS | Louisiana | Bossier | 12/12/2005 | |
| Red River Prospect | Locke Properties, Inc. | Louisiana | Bossier | 12/19/2005 | |
| Red River Prospect | Locke Properties, Inc. | Louisiana | Bossier | 12/19/2005 | |
| Red River Prospect | Succession of Sam Boatner Grayson a/k/a Sam B. Grayson | Louisiana | Bossier | 06/29/2006 | |
| Red River Prospect | Succession of Sam Boatner Grayson a/k/a Sam B. Grayson | Louisiana | Bossier | 06/29/2006 | |
| Red River Prospect | Succession of Sam Boatner Grayson a/k/a Sam B. Grayson | Louisiana | Bossier | 06/29/2006 | |
| Red River Prospect | Succession of Sam Boatner Grayson a/k/a Sam B. Grayson | Louisiana | Bossier | 06/29/2006 | |
| Red River Prospect | Succession of Sam Boatner Grayson a/k/a Sam B. Grayson | Louisiana | Bossier | 06/29/2006 | |
| Red River Prospect | Succession of Sam Boatner Grayson a/k/a Sam B. Grayson | Louisiana | Bossier | 06/29/2006 | |
| Red River Prospect | Succession of Sam Boatner Grayson a/k/a Sam B. Grayson | Louisiana | Bossier | 06/29/2006 | |
| Red River Prospect | Succession of Sam Boatner Grayson a/k/a Sam B. Grayson | Louisiana | Bossier | 06/29/2006 | |
| Red River Prospect | Mark A. Roberts | Louisiana | Caddo | 08/01/2006 | |
| Red River Prospect | Mark A. Roberts | Louisiana | Caddo | 08/01/2006 | |
| Red River Prospect | Mark A. Roberts | Louisiana | Caddo | 08/01/2006 | |
| Red River Prospect | Mark A. Roberts | Louisiana | Caddo | 08/01/2006 | |
| Red River Prospect | Mark A. Roberts | Louisiana | Caddo | 08/01/2006 | |
| Red River Prospect | Mark A. Roberts | Louisiana | Caddo | 08/01/2006 | |
| Red River Prospect | Mark A. Roberts | Louisiana | Caddo | 08/01/2006 | |
| Red River Prospect | Mark A. Roberts | Louisiana | Caddo | 08/01/2006 | |
| Red River Prospect | Sheri Lynn Cowley Soulie | Louisiana | Caddo | 11/07/2006 | |
| Red River Prospect | Sheri Lynn Cowley Soulie | Louisiana | Caddo | 11/07/2006 | |
| Red River Prospect | Sheri Lynn Cowley Soulie | Louisiana | Caddo | 11/07/2006 | |
| Red River Prospect | Sheri Lynn Cowley Soulie | Louisiana | Caddo | 11/07/2006 | |
| Red River Prospect | City Of Shreveport | Louisiana | Caddo | 08/13/2004 | |
| Red River Prospect | City Of Shreveport | Louisiana | Caddo | 08/13/2004 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |

EXHIBIT 3

| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
|---|---|---|---|---|---|
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 Cedar Creek Land & Timber 13-15 #1 ST |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 Cedar Creek Land & Timber 13-11 #1 |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 Cedar Creek Land & Timber 24-1 #1 |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 Cedar Creek Land & Timber 18-13 #1 |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |

EXHIBIT 3

Case:20-12377-EEB   Doc#:166-2   Filed:04/23/20   Entered:04/23/20 22:39:39   Page
1440

| | | | | | |
|---|---|---|---|---|---|
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Shipps Creek Prospect | Cedar Creek Land & Timber, Inc. | Alabama | Escambia | 08/21/2019 | |
| Steeles Creek Prospect | Crain Family Trust Catherine C. Crain | Texas | Limestone | 07/17/2001 | Regan Estate #3 |
| Steeles Creek Prospect | Crain Family Trust Catherine C. Crain | Texas | Limestone | 07/17/2001 | Reagan #1 |
| Steeles Creek Prospect | Culbertson Living Trust Donley Earl Culbertson | Texas | Limestone | 08/16/2000 | Reagan Estate #3 |
| Steeles Creek Prospect | Culbertson Living Trust Donley Earl Culbertson | Texas | Limestone | 08/16/2000 | Reagan #1 |
| Steeles Creek Prospect | Richard E. Culbertson c/o Jhenii Barnett, Attorney-in-Fact | Texas | Limestone | 05/11/2000 | Reagan Estate #3 |
| Steeles Creek Prospect | Richard E. Culbertson c/o Jhenii Barnett, Attorney-in-Fact | Texas | Limestone | 05/11/2000 | Reagan #1 |
| Steeles Creek Prospect | Lillian Margaret Culbertson | Texas | Limestone | 05/11/2000 | Reagan Estate #3 |
| Steeles Creek Prospect | Lillian Margaret Culbertson | Texas | Limestone | 05/11/2000 | Reagan #1 |
| Steeles Creek Prospect | Weldon Ray Culbertson c/o Jhenii Barnett, Attorney-in- | Texas | Limestone | 05/11/2000 | Reagan Estate #3 |
| Steeles Creek Prospect | Weldon Ray Culbertson c/o Jhenii Barnett, Attorney-in- | Texas | Limestone | 05/11/2000 | Reagan #1 |
| Steeles Creek Prospect | Thomas Lawrence Culbertson c/o Jhenii Barnett, Attorney- | Texas | Limestone | 05/11/2000 | Reagan Estate #3 |
| Steeles Creek Prospect | Thomas Lawrence Culbertson c/o Jhenii Barnett, Attorney- | Texas | Limestone | 05/11/2000 | Reagan #1 |
| Steeles Creek Prospect | Lorene Williams Culbertson c/o Jhenii Barnett, Attorney-in- | Texas | Limestone | 05/11/2000 | Reagan Estate #3 |
| Steeles Creek Prospect | Lorene Williams Culbertson c/o Jhenii Barnett, Attorney-in- | Texas | Limestone | 05/11/2000 | Reagan #1 |
| Steeles Creek Prospect | Charles Robert Culbertson c/o Jhenii Barnett, Attorney-in- | Texas | Limestone | 05/11/2000 | Reagan Estate #3 |
| Steeles Creek Prospect | Charles Robert Culbertson c/o Jhenii Barnett, Attorney-in- | Texas | Limestone | 05/11/2000 | Reagan #1 |
| Steeles Creek Prospect | Lawrence Andrew Culbertson c/o Jhenii Barnett, Attorney- | Texas | Limestone | 05/11/2000 | Reagan Estate #3 |
| Steeles Creek Prospect | Lawrence Andrew Culbertson c/o Jhenii Barnett, Attorney- | Texas | Limestone | 05/11/2000 | Reagan #1 |
| Steeles Creek Prospect | Velma L. Culbertson c/o Jhenii Barnett, Attorney-in-Fact | Texas | Limestone | 05/11/2000 | Reagan Estate #3 |
| Steeles Creek Prospect | Velma L. Culbertson c/o Jhenii Barnett, Attorney-in-Fact | Texas | Limestone | 05/11/2000 | Reagan #1 |
| Steeles Creek Prospect | Lillian Marie Culbertson | Texas | Limestone | 05/11/2000 | Reagan Estate #3 |
| Steeles Creek Prospect | Lillian Marie Culbertson | Texas | Limestone | 05/11/2000 | Reagan #1 |
| Steeles Creek Prospect | Stephen O. Smith | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | Stephen O. Smith | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | Stephen O. Smith | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | Stephen O. Smith | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | Stephen O. Smith | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | Stephen O. Smith | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | Stephen O. Smith | Texas | Limestone | 05/06/1998 | Jackson 2-3 |
| Steeles Creek Prospect | Stephen O. Smith | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | John Stark Turner | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | John Stark Turner | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | John Stark Turner | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | John Stark Turner | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | John Stark Turner | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | John Stark Turner | Texas | Limestone | 05/06/1998 | Jackson 2-3 |
| Steeles Creek Prospect | John Stark Turner | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | Estate of John C. Miles, Jr. Renee L. Miles, Executrix | Texas | Limestone | 09/29/1998 | |
| Steeles Creek Prospect | Estate of John C. Miles, Jr. Renee L. Miles, Executrix | Texas | Limestone | 09/29/1998 | |
| Steeles Creek Prospect | Estate of John C. Miles, Jr. Renee L. Miles, Executrix | Texas | Limestone | 09/29/1998 | |
| Steeles Creek Prospect | Estate of John C. Miles, Jr. Renee L. Miles, Executrix | Texas | Limestone | 09/29/1998 | |
| Steeles Creek Prospect | Estate of John C. Miles, Jr. Renee L. Miles, Executrix | Texas | Limestone | 09/29/1998 | |
| Steeles Creek Prospect | Estate of John C. Miles, Jr. Renee L. Miles, Executrix | Texas | Limestone | 09/29/1998 | |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Steeles Creek Prospect | Estate of John C. Miles, Jr. Renee L. Miles, Executrix | Texas | Limestone | 09/29/1998 | Jackson 2-3 |
| Steeles Creek Prospect | Estate of John C. Miles, Jr. Renee L. Miles, Executrix | Texas | Limestone | 09/29/1998 | |
| Steeles Creek Prospect | David A. Robinson Carolyn Ann Robinson | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | David A. Robinson Carolyn Ann Robinson | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | David A. Robinson Carolyn Ann Robinson | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | David A. Robinson Carolyn Ann Robinson | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | David A. Robinson Carolyn Ann Robinson | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | David A. Robinson Carolyn Ann Robinson | Texas | Limestone | 05/06/1998 | Jackson 2-3 |
| Steeles Creek Prospect | David A. Robinson Carolyn Ann Robinson | Texas | Limestone | 05/06/1998 | |
| Steeles Creek Prospect | Louise Seamans Jackson | Texas | Limestone | 08/27/1997 | |
| Steeles Creek Prospect | Louise Seamans Jackson | Texas | Limestone | 08/27/1997 | Jackson #2-1 |
| Steeles Creek Prospect | Louise Seamans Jackson | Texas | Limestone | 08/27/1997 | Louise #1-2 |
| Steeles Creek Prospect | Louise Seamans Jackson | Texas | Limestone | 08/27/1997 | Jackson Gas Unit #2 Well #2 |
| Steeles Creek Prospect | Louise Seamans Jackson | Texas | Limestone | 08/27/1997 | |
| Steeles Creek Prospect | Louise Seamans Jackson | Texas | Limestone | 08/27/1997 | |
| Steeles Creek Prospect | Louise Seamans Jackson | Texas | Limestone | 08/27/1997 | |
| Steeles Creek Prospect | Edith Foy Leveron | Texas | Limestone | 08/16/2000 | Reagan Estate #3 |
| Steeles Creek Prospect | Edith Foy Leveron | Texas | Limestone | 08/16/2000 | Reagan #1 |
| Steeles Creek Prospect | Edith Foy Leveron | Texas | Limestone | 08/16/2000 | Reagan Estate #3 |
| Steeles Creek Prospect | Edith Foy Leveron | Texas | Limestone | 08/16/2000 | Reagan #1 |
| Steeles Creek Prospect | Edith Foy Leveron | Texas | Limestone | 08/16/2000 | Reagan Estate #3 |
| Steeles Creek Prospect | Edith Foy Leveron | Texas | Limestone | 08/16/2000 | Reagan #1 |
| Steeles Creek Prospect | Pamela O'Neal Browne | Texas | Limestone | 08/16/2000 | Reagan Estate #3 |
| Steeles Creek Prospect | Pamela O'Neal Browne | Texas | Limestone | 08/16/2000 | Reagan #1 |
| Steeles Creek Prospect | Pamela O'Neal Browne | Texas | Limestone | 08/16/2000 | Reagan Estate #3 |
| Steeles Creek Prospect | Pamela O'Neal Browne | Texas | Limestone | 08/16/2000 | Reagan #1 |
| Steeles Creek Prospect | Pamela O'Neal Browne | Texas | Limestone | 08/16/2000 | Reagan Estate #3 |
| Steeles Creek Prospect | Pamela O'Neal Browne | Texas | Limestone | 08/16/2000 | Reagan #1 |
| Steeles Creek Prospect | Peggy Banner Crews | Texas | Limestone | 08/27/1999 | |
| Steeles Creek Prospect | Peggy Banner Crews | Texas | Limestone | 08/27/1999 | |
| Steeles Creek Prospect | Peggy Banner Crews | Texas | Limestone | 08/27/1999 | Reagan Estate #3 |
| Steeles Creek Prospect | Peggy Banner Crews | Texas | Limestone | 08/27/1999 | Reagan #1 |
| Steeles Creek Prospect | Susan Crews Bailey | Texas | Limestone | 08/27/1999 | Reagan Estate #3 |
| Steeles Creek Prospect | Susan Crews Bailey | Texas | Limestone | 08/27/1999 | Reagan #1 |
| Steeles Creek Prospect | Sandra Ann Crews | Texas | Limestone | 08/27/1999 | |
| Steeles Creek Prospect | Sandra Ann Crews | Texas | Limestone | 08/27/1999 | |
| Steeles Creek Prospect | Sandra Ann Crews | Texas | Limestone | 08/27/1999 | Reagan Estate #3 |
| Steeles Creek Prospect | Sandra Ann Crews | Texas | Limestone | 08/27/1999 | Reagan #1 |
| Steeles Creek Prospect | Baird Allen Banner | Texas | Limestone | 08/27/1999 | |
| Steeles Creek Prospect | Baird Allen Banner | Texas | Limestone | 08/27/1999 | |
| Steeles Creek Prospect | Baird Allen Banner | Texas | Limestone | 08/27/1999 | Reagan Estate #3 |
| Steeles Creek Prospect | Baird Allen Banner | Texas | Limestone | 08/27/1999 | Reagan #1 |
| Steeles Creek Prospect | Charles Moore Banner | Texas | Limestone | 08/27/1999 | |
| Steeles Creek Prospect | Charles Moore Banner | Texas | Limestone | 08/27/1999 | |
| Steeles Creek Prospect | Charles Moore Banner | Texas | Limestone | 08/27/1999 | Reagan Estate #3 |
| Steeles Creek Prospect | Charles Moore Banner | Texas | Limestone | 08/27/1999 | Reagan #1 |
| Steeles Creek Prospect | Bob Banner | Texas | Limestone | 08/27/1999 | |
| Steeles Creek Prospect | Bob Banner | Texas | Limestone | 08/27/1999 | |
| Steeles Creek Prospect | Bob Banner | Texas | Limestone | 08/27/1999 | Reagan Estate #3 |
| Steeles Creek Prospect | Bob Banner | Texas | Limestone | 08/27/1999 | Reagan #1 |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| Steeles Creek Prospect | J. Burns Brown Trust c/o David B. Brown | Texas | Limestone | 08/06/1999 |
| Steeles Creek Prospect | J. Burns Brown Trust c/o David B. Brown | Texas | Limestone | 08/06/1999 |
| Steeles Creek Prospect | Robert Hitzelberger | Texas | Limestone | 12/01/1999 |
| Steeles Creek Prospect | Robert Hitzelberger | Texas | Limestone | 12/01/1999 |
| Steeles Creek Prospect | Hitzelberger-Lomax Family | Texas | Limestone | 12/01/1999 |
| Steeles Creek Prospect | Hitzelberger-Lomax Family | Texas | Limestone | 12/01/1999 |
| Steeles Creek Prospect | Howell-Lomax Family Limited Partnership | Texas | Limestone | 12/01/1999 |
| Steeles Creek Prospect | Howell-Lomax Family Limited Partnership | Texas | Limestone | 12/01/1999 |
| Steeles Creek Prospect | Linda Lomax Whitten | Texas | Limestone | 12/01/1999 |
| Steeles Creek Prospect | Linda Lomax Whitten | Texas | Limestone | 12/01/1999 |
| Steeles Creek Prospect | Presley T. Lomax | Texas | Limestone | 12/01/1999 |
| Steeles Creek Prospect | Presley T. Lomax | Texas | Limestone | 12/01/1999 |
| Steeles Creek Prospect | William Henry Hitzelber III | Texas | Limestone | 12/01/1999 |
| Steeles Creek Prospect | James Lee Hitzelberger | Texas | Limestone | 12/01/1999 |
| Steeles Creek Prospect | George Henry Woodworth Mary Ellen Woodworth | Texas | Limestone | 10/28/1997 |
| Steeles Creek Prospect | George Henry Woodworth Mary Ellen Woodworth | Texas | Limestone | 10/28/1997 |
| Steeles Creek Prospect | George Henry Woodworth Mary Ellen Woodworth | Texas | Limestone | 10/28/1997 |
| Steeles Creek Prospect | George Henry Woodworth Mary Ellen Woodworth | Texas | Limestone | 10/28/1997 |
| Steeles Creek Prospect | Mary June Nobles, Deceased | Texas | Limestone | 10/24/1997 |
| Steeles Creek Prospect | Mary June Nobles, Deceased | Texas | Limestone | 10/24/1997 |
| Steeles Creek Prospect | Mary June Nobles, Deceased | Texas | Limestone | 10/24/1997 |
| Steeles Creek Prospect | Mary June Nobles, Deceased | Texas | Limestone | 10/24/1997 |
| Steeles Creek Prospect | Kenneth Wayne Hunter | Texas | Limestone | 10/25/1997 |
| Steeles Creek Prospect | Kenneth Wayne Hunter | Texas | Limestone | 10/25/1997 |
| Steeles Creek Prospect | Kenneth Wayne Hunter | Texas | Limestone | 10/25/1997 |
| Steeles Creek Prospect | Kenneth Wayne Hunter | Texas | Limestone | 10/25/1997 |
| Steeles Creek Prospect | JAMES L. BRADLEY, JR | Texas | Limestone | 10/30/1997 |
| Steeles Creek Prospect | JAMES L. BRADLEY, JR | Texas | Limestone | 10/30/1997 |
| Steeles Creek Prospect | JAMES L. BRADLEY, JR | Texas | Limestone | 10/30/1997 |
| Steeles Creek Prospect | Bryan Lee Bradley | Texas | Limestone | 10/30/1997 |
| Steeles Creek Prospect | Bryan Lee Bradley | Texas | Limestone | 10/30/1997 |
| Steeles Creek Prospect | Bryan Lee Bradley | Texas | Limestone | 10/30/1997 |
| Steeles Creek Prospect | Christopher R. Bradley | Texas | Limestone | 10/30/1997 |
| Steeles Creek Prospect | Christopher R. Bradley | Texas | Limestone | 10/30/1997 |
| Steeles Creek Prospect | Christopher R. Bradley | Texas | Limestone | 10/30/1997 |
| Steeles Creek Prospect | Beulah Geren | Texas | Limestone | 11/04/1997 |
| Steeles Creek Prospect | Beulah Geren | Texas | Limestone | 11/04/1997 |
| Steeles Creek Prospect | Beulah Geren | Texas | Limestone | 11/04/1997 |
| Steeles Creek Prospect | Barbara Sue Langston | Texas | Limestone | 11/10/1997 |
| Steeles Creek Prospect | Barbara Sue Langston | Texas | Limestone | 11/10/1997 |
| Steeles Creek Prospect | Barbara Sue Langston | Texas | Limestone | 11/10/1997 |
| Steeles Creek Prospect | Janie Ruth Philmon | Texas | Limestone | 11/10/1997 |
| Steeles Creek Prospect | Janie Ruth Philmon | Texas | Limestone | 11/10/1997 |
| Steeles Creek Prospect | Janie Ruth Philmon | Texas | Limestone | 11/10/1997 |
| Steeles Creek Prospect | Estate of Joe E. Hunter | Texas | Limestone | 11/17/1997 |
| Steeles Creek Prospect | Estate of Joe E. Hunter | Texas | Limestone | 11/17/1997 |
| Steeles Creek Prospect | Estate of Joe E. Hunter | Texas | Limestone | 11/17/1997 |
| Steeles Creek Prospect | Dale Funderburk | Texas | Limestone | 12/03/1997 |
| Steeles Creek Prospect | Dale Funderburk | Texas | Limestone | 12/03/1997 |
| Steeles Creek Prospect | Dale Funderburk | Texas | Limestone | 12/03/1997 |
| Steeles Creek Prospect | Robbie Funderburk Pettigrew | Texas | Limestone | 12/05/1997 |

EXHIBIT 3

| Prospect | Owner | State | County | Date | Unit |
|---|---|---|---|---|---|
| Steeles Creek Prospect | Robbie Funderburk Pettigrew | Texas | Limestone | 12/05/1997 | |
| Steeles Creek Prospect | Robbie Funderburk Pettigrew | Texas | Limestone | 12/05/1997 | |
| Steeles Creek Prospect | Ronald Darwin Funderburk | Texas | Limestone | 12/05/1997 | |
| Steeles Creek Prospect | Ronald Darwin Funderburk | Texas | Limestone | 12/05/1997 | |
| Steeles Creek Prospect | Ronald Darwin Funderburk | Texas | Limestone | 12/05/1997 | |
| Steeles Creek Prospect | Randy Lynn Funderburk | Texas | Limestone | 05/19/1998 | |
| Steeles Creek Prospect | Randy Lynn Funderburk | Texas | Limestone | 05/19/1998 | |
| Steeles Creek Prospect | Randy Lynn Funderburk | Texas | Limestone | 05/19/1998 | |
| Steeles Creek Prospect | Jack Hall Walthall Beverly Ann Walthall | Texas | Limestone | 12/22/1997 | |
| Steeles Creek Prospect | Jack Hall Walthall Beverly Ann Walthall | Texas | Limestone | 12/22/1997 | |
| Steeles Creek Prospect | Jack Hall Walthall Beverly Ann Walthall | Texas | Limestone | 12/22/1997 | |
| Steeles Creek Prospect | James L. Bradley, Sr. Diana Bradley | Texas | Limestone | 10/30/1997 | |
| Steeles Creek Prospect | James L. Bradley, Sr. Diana Bradley | Texas | Limestone | 10/30/1997 | |
| Steeles Creek Prospect | James L. Bradley, Sr. Diana Bradley | Texas | Limestone | 10/30/1997 | |
| Steeles Creek Prospect | James L. Bradley, Sr. Diana Bradley | Texas | Limestone | 10/30/1997 | |
| Steeles Creek Prospect | James L. Bradley, Sr. Diana Bradley | Texas | Limestone | 10/30/1997 | |
| Steeles Creek Prospect | Jack Hall Walthall Beverly Ann Walthall | Texas | Limestone | 11/03/2000 | |
| Steeles Creek Prospect | Harold L. Seamans Billie B. Seamans | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Harold L. Seamans Billie B. Seamans | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Harold L. Seamans Billie B. Seamans | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Harold L. Seamans Billie B. Seamans | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Harold L. Seamans Billie B. Seamans | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Joye Lynelle Mitchell | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Joye Lynelle Mitchell | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Joye Lynelle Mitchell | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Joye Lynelle Mitchell | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Walter C. Graeber Mary Graeber | Texas | Limestone | 08/26/1997 | |
| Steeles Creek Prospect | M.L. Parker | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | M.L. Parker | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Frances McKinnon | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Roger H. Herod, Jr. & Nadalie Herod et ux | Texas | Limestone | 10/31/1997 | Jackson #1 |
| Steeles Creek Prospect | Peggy Barber Marion J. Barber | Texas | Limestone | 11/24/1997 | Jackson #1 |
| Steeles Creek Prospect | Sue Edwards | Texas | Limestone | 11/24/1997 | Jackson #1 |
| Steeles Creek Prospect | Margie L. Estes | Texas | Limestone | 11/24/1997 | Jackson #1 |
| Steeles Creek Prospect | Thora Fendley | Texas | Limestone | 11/24/1997 | Jackson #1 |
| Steeles Creek Prospect | Bettye Ann Gunn Groves | Texas | Limestone | 11/24/1997 | Jackson #1 |
| Steeles Creek Prospect | Ardath G. Gunn | Texas | Limestone | 08/16/1999 | Jackson #1 |
| Steeles Creek Prospect | Bobby W. Gunn | Texas | Limestone | 11/24/1997 | Jackson #1 |
| Steeles Creek Prospect | Danny Dean Gunn, Sr, | Texas | Limestone | 11/24/1997 | Jackson #1 |
| Steeles Creek Prospect | Willie D. Gunn | Texas | Limestone | 11/24/1997 | Jackson #1 |
| Steeles Creek Prospect | Dorothy Gunn Parker | Texas | Limestone | 11/24/1997 | Jackson #1 |
| Steeles Creek Prospect | Edna Earl Price | Texas | Limestone | 11/24/1997 | Jackson #1 |
| Steeles Creek Prospect | Dorothy E. Scroggins | Texas | Limestone | 11/24/1997 | Jackson #1 |
| Steeles Creek Prospect | Bernice Strickland c/o Margie L. Estes | Texas | Limestone | 11/24/1997 | Jackson #1 |
| Steeles Creek Prospect | Bessie Tisdale | Texas | Limestone | 11/24/1997 | Jackson #1 |
| Steeles Creek Prospect | Brady Lewis Parker | Texas | Limestone | 11/18/1997 | Parker #1 |
| Steeles Creek Prospect | Brady Lewis Parker | Texas | Limestone | 11/18/1997 | |
| Steeles Creek Prospect | Brady Lewis Parker | Texas | Limestone | 11/18/1997 | |
| Steeles Creek Prospect | Brady Lewis Parker | Texas | Limestone | 11/18/1997 | |
| Steeles Creek Prospect | Brady Lewis Parker | Texas | Limestone | 11/18/1997 | |
| Steeles Creek Prospect | Brady Lewis Parker | Texas | Limestone | 11/18/1997 | |

EXHIBIT 3

Case:20-12377-EEB   Doc#:166-2   Filed:03/20   22:39:39   Page

| | | | | | |
|---|---|---|---|---|---|
| Steeles Creek Prospect | Brady Lewis Parker | Texas | Limestone | 11/18/1997 | Parker GU #1-2 |
| Steeles Creek Prospect | Cardell Gunn | Texas | Limestone | 11/28/1997 | Jackson #1 |
| Steeles Creek Prospect | Dorothy Gunn, Deceased | Texas | Limestone | 11/28/1997 | Jackson #1 |
| Steeles Creek Prospect | Johnie Carl Gunn | Texas | Limestone | 11/28/1997 | Jackson #1 |
| Steeles Creek Prospect | Clyde W. Pringle Juanita Pringle | Texas | Limestone | 11/28/1997 | Jackson #1 |
| Steeles Creek Prospect | L. Ray Gunn | Texas | Limestone | 12/11/1997 | Jackson #1 |
| Steeles Creek Prospect | Edith W. Gist, Life Estate | Texas | Limestone | 12/08/1997 | Jackson #1 |
| Steeles Creek Prospect | Burnery Walker | Texas | Limestone | 01/16/1998 | Jackson #1 |
| Steeles Creek Prospect | Kasey Frederick | Texas | Limestone | 06/22/1998 | Jackson #1 |
| Steeles Creek Prospect | Jayne Baker Solomon | Texas | Limestone | 06/22/1998 | Jackson #1 |
| Steeles Creek Prospect | Michael B. Copeland | Texas | Limestone | 06/22/1998 | Jackson #1 |
| Steeles Creek Prospect | Kevin D. Copeland | Texas | Limestone | 06/22/1998 | Jackson #1 |
| Steeles Creek Prospect | Bradley K. Milstead Brenda L. Milstead | Texas | Limestone | 12/08/1997 | Parker #1 |
| Steeles Creek Prospect | Bradley K. Milstead Brenda L. Milstead | Texas | Limestone | 12/08/1997 | |
| Steeles Creek Prospect | Bradley K. Milstead Brenda L. Milstead | Texas | Limestone | 12/08/1997 | |
| Steeles Creek Prospect | Bradley K. Milstead Brenda L. Milstead | Texas | Limestone | 12/08/1997 | |
| Steeles Creek Prospect | Bradley K. Milstead Brenda L. Milstead | Texas | Limestone | 12/08/1997 | |
| Steeles Creek Prospect | Bradley K. Milstead Brenda L. Milstead | Texas | Limestone | 12/08/1997 | |
| Steeles Creek Prospect | Bradley K. Milstead Brenda L. Milstead | Texas | Limestone | 12/08/1997 | Parker GU #1-2 |
| Steeles Creek Prospect | Betty Sue Murray | Texas | Limestone | 08/31/1999 | Jackson #1 |
| Steeles Creek Prospect | Audra Mae Donald | Texas | Limestone | 08/31/1999 | Jackson #1 |
| Steeles Creek Prospect | Harvie Lee Parrish | Texas | Limestone | 08/31/1999 | Jackson #1 |
| Steeles Creek Prospect | Vernon P. Martin & Ernestine C. Martin, et ux | Texas | Limestone | 10/12/1999 | Jackson #1 |
| Steeles Creek Prospect | Ada Parker | Texas | Limestone | 10/24/1997 | Parker #1 |
| Steeles Creek Prospect | Ada Parker | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Ada Parker | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Ada Parker | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Ada Parker | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Ada Parker | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Ada Parker | Texas | Limestone | 10/24/1997 | Parker GU #1-2 |
| Steeles Creek Prospect | Brady Lewis Parker | Texas | Limestone | 11/07/1997 | Parker #1 |
| Steeles Creek Prospect | Brady Lewis Parker | Texas | Limestone | 11/07/1997 | |
| Steeles Creek Prospect | Brady Lewis Parker | Texas | Limestone | 11/07/1997 | |
| Steeles Creek Prospect | Brady Lewis Parker | Texas | Limestone | 11/07/1997 | |
| Steeles Creek Prospect | Brady Lewis Parker | Texas | Limestone | 11/07/1997 | |
| Steeles Creek Prospect | Brady Lewis Parker | Texas | Limestone | 11/07/1997 | |
| Steeles Creek Prospect | Brady Lewis Parker | Texas | Limestone | 11/07/1997 | Parker GU #1-2 |
| Steeles Creek Prospect | Dorothy Parker Worl | Texas | Limestone | 05/26/1998 | Parker #1 |
| Steeles Creek Prospect | Dorothy Parker Worl | Texas | Limestone | 05/26/1998 | |
| Steeles Creek Prospect | Dorothy Parker Worl | Texas | Limestone | 05/26/1998 | |
| Steeles Creek Prospect | Dorothy Parker Worl | Texas | Limestone | 05/26/1998 | |
| Steeles Creek Prospect | Dorothy Parker Worl | Texas | Limestone | 05/26/1998 | |
| Steeles Creek Prospect | Dorothy Parker Worl | Texas | Limestone | 05/26/1998 | |
| Steeles Creek Prospect | Dorothy Parker Worl | Texas | Limestone | 05/26/1998 | Parker GU #1-2 |
| Steeles Creek Prospect | Nell Parker | Texas | Limestone | 10/24/1997 | Parker #1 |
| Steeles Creek Prospect | Nell Parker | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Nell Parker | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Nell Parker | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Nell Parker | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Nell Parker | Texas | Limestone | 10/24/1997 | |

EXHIBIT 3

Case:20-12377-MER Doc#:166-2 Filed:04/23/20 1444 Entered:04/23/20 22:39:39 Page

| | | | | | |
|---|---|---|---|---|---|
| Steeles Creek Prospect | Nell Parker | Texas | Limestone | 10/24/1997 | Parker GU #1-2 |
| Steeles Creek Prospect | Bonnie Dell Scogin Rochester | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Bonnie Dell Scogin Rochester | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Bonnie Dell Scogin Rochester | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Bonnie Dell Scogin Rochester | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Jack Scogin | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Jack Scogin | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Jack Scogin | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Jack Scogin | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Mary Jo Scogin Clinger | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Mary Jo Scogin Clinger | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Mary Jo Scogin Clinger | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Mary Jo Scogin Clinger | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Estate of Billie Ray Scogin, Deceased Emaleen Jennings | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Estate of Billie Ray Scogin, Deceased Emaleen Jennings | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Estate of Billie Ray Scogin, Deceased Emaleen Jennings | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Estate of Billie Ray Scogin, Deceased Emaleen Jennings | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Betty John Scogin Hornbarger | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Betty John Scogin Hornbarger | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Betty John Scogin Hornbarger | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Betty John Scogin Hornbarger | Texas | Limestone | 11/11/1997 | |
| Steeles Creek Prospect | Harriet Ellerbee Wise | Texas | Limestone | 10/31/1997 | Parker #1 |
| Steeles Creek Prospect | Harriet Ellerbee Wise | Texas | Limestone | 10/31/1997 | |
| Steeles Creek Prospect | Harriet Ellerbee Wise | Texas | Limestone | 10/31/1997 | |
| Steeles Creek Prospect | Harriet Ellerbee Wise | Texas | Limestone | 10/31/1997 | |
| Steeles Creek Prospect | Harriet Ellerbee Wise | Texas | Limestone | 10/31/1997 | |
| Steeles Creek Prospect | Harriet Ellerbee Wise | Texas | Limestone | 10/31/1997 | |
| Steeles Creek Prospect | Harriet Ellerbee Wise | Texas | Limestone | 10/31/1997 | |
| Steeles Creek Prospect | Harriet Ellerbee Wise | Texas | Limestone | 10/31/1997 | Parker GU #1-2 |
| Steeles Creek Prospect | Geneace H. Caddell | Texas | Limestone | 12/04/1997 | Parker #1 |
| Steeles Creek Prospect | Geneace H. Caddell | Texas | Limestone | 12/04/1997 | |
| Steeles Creek Prospect | Geneace H. Caddell | Texas | Limestone | 12/04/1997 | |
| Steeles Creek Prospect | Geneace H. Caddell | Texas | Limestone | 12/04/1997 | |
| Steeles Creek Prospect | Geneace H. Caddell | Texas | Limestone | 12/04/1997 | |
| Steeles Creek Prospect | Geneace H. Caddell | Texas | Limestone | 12/04/1997 | |
| Steeles Creek Prospect | Geneace H. Caddell | Texas | Limestone | 12/04/1997 | |
| Steeles Creek Prospect | Geneace H. Caddell | Texas | Limestone | 12/04/1997 | Parker GU #1-2 |
| Steeles Creek Prospect | Jimmie Parker Rees | Texas | Limestone | 07/31/1998 | Parker #1 |
| Steeles Creek Prospect | Jimmie Parker Rees | Texas | Limestone | 07/31/1998 | |
| Steeles Creek Prospect | Jimmie Parker Rees | Texas | Limestone | 07/31/1998 | |
| Steeles Creek Prospect | Jimmie Parker Rees | Texas | Limestone | 07/31/1998 | |
| Steeles Creek Prospect | Jimmie Parker Rees | Texas | Limestone | 07/31/1998 | |
| Steeles Creek Prospect | Jimmie Parker Rees | Texas | Limestone | 07/31/1998 | |
| Steeles Creek Prospect | Jimmie Parker Rees | Texas | Limestone | 07/31/1998 | |
| Steeles Creek Prospect | Jimmie Parker Rees | Texas | Limestone | 07/31/1998 | Parker GU #1-2 |
| Steeles Creek Prospect | William A Parks | Texas | Limestone | 12/17/1997 | Parker #1 |
| Steeles Creek Prospect | William A Parks | Texas | Limestone | 12/17/1997 | |
| Steeles Creek Prospect | William A Parks | Texas | Limestone | 12/17/1997 | |
| Steeles Creek Prospect | William A Parks | Texas | Limestone | 12/17/1997 | |
| Steeles Creek Prospect | William A Parks | Texas | Limestone | 12/17/1997 | |
| Steeles Creek Prospect | William A Parks | Texas | Limestone | 12/17/1997 | |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Steeles Creek Prospect | William A Parks | Texas | Limestone | 12/17/1997 | |
| Steeles Creek Prospect | William A Parks | Texas | Limestone | 12/17/1997 | Parker GU #1-2 |
| Steeles Creek Prospect | Paul Ray Wimberly | Texas | Limestone | 11/24/1997 | Parker #1 |
| Steeles Creek Prospect | Paul Ray Wimberly | Texas | Limestone | 11/24/1997 | |
| Steeles Creek Prospect | Paul Ray Wimberly | Texas | Limestone | 11/24/1997 | |
| Steeles Creek Prospect | Paul Ray Wimberly | Texas | Limestone | 11/24/1997 | |
| Steeles Creek Prospect | Paul Ray Wimberly | Texas | Limestone | 11/24/1997 | |
| Steeles Creek Prospect | Paul Ray Wimberly | Texas | Limestone | 11/24/1997 | Parker GU #1-2 |
| Steeles Creek Prospect | Thelma Jean Jackson Sharpe | Texas | Limestone | 11/06/1997 | |
| Steeles Creek Prospect | N E Jones, Foley Receivership Attn: Carol Jenkins, Dist. Clk | Texas | Limestone | 01/07/2000 | |
| Steeles Creek Prospect | Billy Ray Scogin | Texas | Limestone | 11/30/2000 | Parker #1 |
| Steeles Creek Prospect | Billy Ray Scogin | Texas | Limestone | 11/30/2000 | |
| Steeles Creek Prospect | Billy Ray Scogin | Texas | Limestone | 11/30/2000 | |
| Steeles Creek Prospect | Billy Ray Scogin | Texas | Limestone | 11/30/2000 | Parker GU #1-2 |
| Steeles Creek Prospect | Betty John Scogin Hornbarger | Texas | Limestone | 11/30/2000 | Parker #1 |
| Steeles Creek Prospect | Betty John Scogin Hornbarger | Texas | Limestone | 11/30/2000 | |
| Steeles Creek Prospect | Betty John Scogin Hornbarger | Texas | Limestone | 11/30/2000 | Parker GU #1-2 |
| Steeles Creek Prospect | Mary Jo Scogin Clinger | Texas | Limestone | 11/30/2000 | Parker #1 |
| Steeles Creek Prospect | Mary Jo Scogin Clinger | Texas | Limestone | 11/30/2000 | |
| Steeles Creek Prospect | Mary Jo Scogin Clinger | Texas | Limestone | 11/30/2000 | Parker GU #1-2 |
| Steeles Creek Prospect | Jack Scogin | Texas | Limestone | 11/30/2000 | Parker #1 |
| Steeles Creek Prospect | Jack Scogin | Texas | Limestone | 11/30/2000 | |
| Steeles Creek Prospect | Jack Scogin | Texas | Limestone | 11/30/2000 | Parker GU #1-2 |
| Steeles Creek Prospect | Bonnie Dell Scogin Rochester | Texas | Limestone | 11/30/2000 | Parker #1 |
| Steeles Creek Prospect | Bonnie Dell Scogin Rochester | Texas | Limestone | 11/30/2000 | |
| Steeles Creek Prospect | Bonnie Dell Scogin Rochester | Texas | Limestone | 11/30/2000 | Parker GU #1-2 |
| Steeles Creek Prospect | William B Goodman | Texas | Limestone | 11/03/1997 | |
| Steeles Creek Prospect | William B Goodman | Texas | Limestone | 11/03/1997 | |
| Steeles Creek Prospect | William B Goodman | Texas | Limestone | 11/03/1997 | |
| Steeles Creek Prospect | William B Goodman | Texas | Limestone | 11/03/1997 | |
| Steeles Creek Prospect | William Edward Roberts | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | William Edward Roberts | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Doris P Traub Carol Traub Palmer | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Doris P Traub Carol Traub Palmer | Texas | Limestone | 10/24/1997 | |
| Steeles Creek Prospect | Burton Peetluk | Texas | Limestone | 11/28/1997 | |
| Steeles Creek Prospect | Burton Peetluk | Texas | Limestone | 11/28/1997 | |
| Steeles Creek Prospect | Burton Peetluk | Texas | Limestone | 11/28/1997 | |
| Steeles Creek Prospect | Burton Peetluk | Texas | Limestone | 11/28/1997 | |
| Steeles Creek Prospect | Louise Frankel | Texas | Limestone | 11/17/1997 | |
| Steeles Creek Prospect | Louise Frankel | Texas | Limestone | 11/17/1997 | |
| Steeles Creek Prospect | Louise Frankel | Texas | Limestone | 11/17/1997 | |
| Steeles Creek Prospect | Louise Frankel | Texas | Limestone | 11/17/1997 | |
| Steeles Creek Prospect | T.J. McKenna Maria McKenna | Texas | Limestone | 11/03/1997 | |
| Steeles Creek Prospect | Jack Hall Walthall Beverly Ann Walthall | Texas | Limestone | 01/14/1998 | |
| Steeles Creek Prospect | Emma Lou Wilson | Texas | Limestone | 10/31/1997 | |
| Steeles Creek Prospect | Emma Lou Wilson | Texas | Limestone | 10/31/1997 | |
| Steeles Creek Prospect | Emma Lou Wilson | Texas | Limestone | 10/31/1997 | |
| Steeles Creek Prospect | Emma Lou Wilson | Texas | Limestone | 10/31/1997 | |
| Steeles Creek Prospect | Emma Lou Wilson | Texas | Limestone | 10/31/1997 | |
| Steeles Creek Prospect | Woodcastle, Ltd. Benjie Reed, President | Texas | Limestone | 11/28/1997 | |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| Steeles Creek Prospect | Woodcastle, Ltd. Benjie Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Woodcastle, Ltd. Benjie Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Woodcastle, Ltd. Benjie Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Woodcastle, Ltd. Benjie Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Woodcastle, Ltd. Benjie Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Woodcastle, Ltd. Benjie Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Woodcastle, Ltd. Benjie Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Cottonwood, Ltd. Bobby Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Cottonwood, Ltd. Bobby Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Cottonwood, Ltd. Bobby Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Cottonwood, Ltd. Bobby Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Cottonwood, Ltd. Bobby Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Cottonwood, Ltd. Bobby Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Cottonwood, Ltd. Bobby Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Cottonwood, Ltd. Bobby Reed, President | Texas | Limestone | 11/28/1997 |
| Steeles Creek Prospect | Cleon P. Carraway Margaret L. Carraway | Texas | Limestone | 01/02/1998 |
| Steeles Creek Prospect | Jon B. Holloway Melanie Holloway | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Jon B. Holloway Melanie Holloway | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Jon B. Holloway Melanie Holloway | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Jon B. Holloway Melanie Holloway | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Jon B. Holloway Melanie Holloway | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Charles W. Welch Dorothy Welch | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Charles W. Welch Dorothy Welch | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Charles W. Welch Dorothy Welch | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Charles W. Welch Dorothy Welch | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Charles W. Welch Dorothy Welch | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Jack Mauldin, Jr. Patricia A. Mauldin | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Jack Mauldin, Jr. Patricia A. Mauldin | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Jack Mauldin, Jr. Patricia A. Mauldin | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Jack Mauldin, Jr. Patricia A. Mauldin | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Jack Mauldin, Jr. Patricia A. Mauldin | Texas | Limestone | 04/16/1998 |
| Steeles Creek Prospect | Oliver K. Ross Joan A. Ross | Texas | Limestone | 07/12/1999 |
| Steeles Creek Prospect | Clarence Ollis Carraway Sylvia Carraway | Texas | Limestone | 10/25/1997 |
| Steeles Creek Prospect | Clarence Ollis Carraway Sylvia Carraway | Texas | Limestone | 10/25/1997 |
| Steeles Creek Prospect | Reuben Terrell | Texas | Limestone | 10/25/1997 |
| Steeles Creek Prospect | Wayne Terrell | Texas | Limestone | 10/25/1997 |
| Steeles Creek Prospect | Reuben Terrell | Texas | Limestone | 10/25/1997 |
| Steeles Creek Prospect | Billie Bob Gunter Seamans | Texas | Limestone | 12/15/1997 |
| Steeles Creek Prospect | Morgan Family Trust Glenda Morgan Trustee | Texas | Limestone | 01/05/1998 |
| Steeles Creek Prospect | Jean Greenough | Texas | Limestone | 01/05/1998 |
| Steeles Creek Prospect | Lois Gidden Baker, Deceased | Texas | Limestone | 01/05/1998 |
| Steeles Creek Prospect | Bradley K. Milstead Brenda L. Milstead | Texas | Limestone | 08/07/1997 |
| Steeles Creek Prospect | Marcus Milton Higgins | Texas | Limestone | 01/16/2001 |
| Steeles Creek Prospect | Bradley K. Milstead Brenda L. Milstead | Texas | Limestone | 01/11/2001 |
| Steeles Creek Prospect | Bradley K. Milstead Brenda L. Milstead | Texas | Limestone | 01/11/2001 |
| Steeles Creek Prospect | Estate of Belle Gunter, Deceased Billie Bob Seamans, Ind. | Texas | Limestone | 03/28/2001 |
| Steeles Creek Prospect | Estate of Belle Gunter, Deceased Billie Bob Seamans, Ind. | Texas | Limestone | 03/28/2001 |
| Steeles Creek Prospect | Estate of Belle Gunter, Deceased Billie Bob Seamans, Ind. | Texas | Limestone | 03/28/2001 |
| Steeles Creek Prospect | Estate of Belle Gunter, Deceased Billie Bob Seamans, Ind. | Texas | Limestone | 03/28/2001 |
| Steeles Creek Prospect | Horral I. Jones, Jr. | Texas | Limestone | 02/20/2001 |
| Steeles Creek Prospect | Horral I. Jones, Jr. | Texas | Limestone | 02/20/2001 |

EXHIBIT 3

| Steeles Creek Prospect | Horral I. Jones, Jr. | Texas | Limestone | 02/20/2001 |
| Steeles Creek Prospect | Horral I. Jones, Jr. | Texas | Limestone | 02/20/2001 |
| Steeles Creek Prospect | Horral I. Jones, Jr. | Texas | Limestone | 02/20/2001 |
| Steeles Creek Prospect | Clarence B. Shields Dora Shields | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Clarence B. Shields Dora Shields | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Clarence B. Shields Dora Shields | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Clarence B. Shields Dora Shields | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Clarence B. Shields Dora Shields | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Clarence B. Shields Dora Shields | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Jones L. Simmons, Deceased Jeannette Lightner Simmons | Texas | Limestone | 03/16/2001 |
| Steeles Creek Prospect | Jones L. Simmons, Deceased Jeannette Lightner Simmons | Texas | Limestone | 03/16/2001 |
| Steeles Creek Prospect | Jones L. Simmons, Deceased Jeannette Lightner Simmons | Texas | Limestone | 03/16/2001 |
| Steeles Creek Prospect | Jones L. Simmons, Deceased Jeannette Lightner Simmons | Texas | Limestone | 03/16/2001 |
| Steeles Creek Prospect | Jones L. Simmons, Deceased Jeannette Lightner Simmons | Texas | Limestone | 03/16/2001 |
| Steeles Creek Prospect | Jones L. Simmons, Deceased Jeannette Lightner Simmons | Texas | Limestone | 03/16/2001 |
| Steeles Creek Prospect | Tom Gidden | Texas | Limestone | 05/17/2001 |
| Steeles Creek Prospect | Tom Gidden | Texas | Limestone | 05/17/2001 |
| Steeles Creek Prospect | Velma Gidden, Deceased widow of L.D. Gidden, Life Est | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | Velma Gidden, Deceased widow of L.D. Gidden, Life Est | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | Phoebe G. Carter | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | Phoebe G. Carter | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | Donnie Gidden | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | Donnie Gidden | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | Ralph Adams | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | Ralph Adams | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | W. T. Adams | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | W. T. Adams | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | Margaret Adams Dickson | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | Margaret Adams Dickson | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | Dan Adams | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | Dan Adams | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | Nathan Adams | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | Nathan Adams | Texas | Limestone | 04/17/2001 |
| Steeles Creek Prospect | Fronda Hale | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Fronda Hale | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Fronda Hale | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Fronda Hale | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Fronda Hale | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Fronda Hale | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Vicki E. Russell | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Vicki E. Russell | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Vicki E. Russell | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Vicki E. Russell | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Vicki E. Russell | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | Vicki E. Russell | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | William H. Vickery | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | William H. Vickery | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | William H. Vickery | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | William H. Vickery | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | William H. Vickery | Texas | Limestone | 05/03/2001 |
| Steeles Creek Prospect | William H. Vickery | Texas | Limestone | 05/03/2001 |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| Steeles Creek Prospect | James W. Jackson, Jr., Deceased Helen Joyce Jackson | Texas | Limestone | 10/24/1997 |
| Steeles Creek Prospect | James W. Jackson, Jr., Deceased Helen Joyce Jackson | Texas | Limestone | 10/24/1997 |
| Steeles Creek Prospect | James W. Jackson, Jr., Deceased Helen Joyce Jackson | Texas | Limestone | 10/24/1997 |
| Steeles Creek Prospect | James W. Jackson, Jr., Deceased Helen Joyce Jackson | Texas | Limestone | 10/24/1997 |
| Steeles Creek Prospect | James W. Jackson, Jr., Deceased Helen Joyce Jackson | Texas | Limestone | 10/24/1997 |
| Steeles Creek Prospect | James W. Jackson, Jr., Deceased Helen Joyce Jackson | Texas | Limestone | 10/24/1997 |
| Steeles Creek Prospect | L.E. Wilkinson | Texas | Limestone | 11/24/1997 Jackson #1 |
| Steeles Creek Prospect | Bob Banner 111 | Texas | Limestone | 08/27/1999 Regan Estate #3 |
| Steeles Creek Prospect | Bob Banner 111 | Texas | Limestone | 08/27/1999 Reagan #1 |
| Steeles Creek Prospect | Julia Jones | Texas | Limestone | 10/10/2000 Regan Estate #3 |
| Steeles Creek Prospect | Julia Jones | Texas | Limestone | 10/10/2000 Reagan #1 |
| Steeles Creek Prospect | Julia Jones | Texas | Limestone | 10/10/2000 Regan Estate #3 |
| Steeles Creek Prospect | Julia Jones | Texas | Limestone | 10/10/2000 Reagan #1 |
| Steeles Creek Prospect | Julia Jones | Texas | Limestone | 10/10/2000 Regan Estate #3 |
| Steeles Creek Prospect | Julia Jones | Texas | Limestone | 10/10/2000 Reagan #1 |
| Steeles Creek Prospect | Steger Energy Corp | Texas | Limestone | 03/10/1998 Regan Estate #3 |
| Steeles Creek Prospect | Steger Energy Corp | Texas | Limestone | 03/10/1998 Reagan #1 |
| Steeles Creek Prospect | Steger Energy Corp | Texas | Limestone | 03/10/1998 Regan Estate #3 |
| Steeles Creek Prospect | Steger Energy Corp | Texas | Limestone | 03/10/1998 Reagan #1 |
| Steeles Creek Prospect | Steger Energy Corp | Texas | Limestone | 03/10/1998 Regan Estate #3 |
| Steeles Creek Prospect | Steger Energy Corp | Texas | Limestone | 03/10/1998 Reagan #1 |
| Steeles Creek Prospect | Steger Energy Corp | Texas | Limestone | 03/10/1998 Regan Estate #3 |
| Steeles Creek Prospect | Steger Energy Corp | Texas | Limestone | 03/10/1998 Reagan #1 |
| Steeles Creek Prospect | Wilma Perry et al | Texas | Limestone | 03/06/1998 Regan Estate #3 |
| Steeles Creek Prospect | Wilma Perry et al | Texas | Limestone | 03/06/1998 Reagan #1 |
| Steeles Creek Prospect | Wilma Perry et al | Texas | Limestone | 03/06/1998 Regan Estate #3 |
| Steeles Creek Prospect | Wilma Perry et al | Texas | Limestone | 03/06/1998 Reagan #1 |
| Steeles Creek Prospect | Wilma Perry et al | Texas | Limestone | 03/06/1998 Regan Estate #3 |
| Steeles Creek Prospect | Wilma Perry et al | Texas | Limestone | 03/06/1998 Reagan #1 |
| Steeles Creek Prospect | Kenneth Don Peery | Texas | Limestone | 03/06/1998 Regan Estate #3 |
| Steeles Creek Prospect | Kenneth Don Peery | Texas | Limestone | 03/06/1998 Reagan #1 |
| Steeles Creek Prospect | Kenneth Don Peery | Texas | Limestone | 03/06/1998 Regan Estate #3 |
| Steeles Creek Prospect | Kenneth Don Peery | Texas | Limestone | 03/06/1998 Reagan #1 |
| Steeles Creek Prospect | Kenneth Don Peery | Texas | Limestone | 03/06/1998 Regan Estate #3 |
| Steeles Creek Prospect | Kenneth Don Peery | Texas | Limestone | 03/06/1998 Reagan #1 |
| Steeles Creek Prospect | Mark Jones | Texas | Limestone | 10/10/2000 Regan Estate #3 |
| Steeles Creek Prospect | Mark Jones | Texas | Limestone | 10/10/2000 Reagan #1 |
| Steeles Creek Prospect | Mark Jones | Texas | Limestone | 10/10/2000 Regan Estate #3 |
| Steeles Creek Prospect | Mark Jones | Texas | Limestone | 10/10/2000 Reagan #1 |
| Steeles Creek Prospect | Mark Jones | Texas | Limestone | 10/10/2000 Regan Estate #3 |
| Steeles Creek Prospect | Mark Jones | Texas | Limestone | 10/10/2000 Reagan #1 |
| Steeles Creek Prospect | Aubrey J Newman | Texas | Limestone | 03/06/1998 Regan Estate #3 |
| Steeles Creek Prospect | Aubrey J Newman | Texas | Limestone | 03/06/1998 Reagan #1 |
| Steeles Creek Prospect | Aubrey J Newman | Texas | Limestone | 03/06/1998 Regan Estate #3 |
| Steeles Creek Prospect | Aubrey J Newman | Texas | Limestone | 03/06/1998 Reagan #1 |
| Steeles Creek Prospect | Aubrey J Newman | Texas | Limestone | 03/06/1998 Regan Estate #3 |
| Steeles Creek Prospect | Aubrey J Newman | Texas | Limestone | 03/06/1998 Reagan #1 |
| Steeles Creek Prospect | Curtis Ray Peery | Texas | Limestone | 03/06/1998 Regan Estate #3 |
| Steeles Creek Prospect | Curtis Ray Peery | Texas | Limestone | 03/06/1998 Reagan #1 |
| Steeles Creek Prospect | Curtis Ray Peery | Texas | Limestone | 03/06/1998 Regan Estate #3 |
| Steeles Creek Prospect | Curtis Ray Peery | Texas | Limestone | 03/06/1998 Reagan #1 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Steeles Creek Prospect | Curtis Ray Peery | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Curtis Ray Peery | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Joe Wayne Peery | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Joe Wayne Peery | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Joe Wayne Peery | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Joe Wayne Peery | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Joe Wayne Peery | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Joe Wayne Peery | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Mary Jean Parchman | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Mary Jean Parchman | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Mary Jean Parchman | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Mary Jean Parchman | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Mary Jean Parchman | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Mary Jean Parchman | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Jesse Foy Peery | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Jesse Foy Peery | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Jesse Foy Peery | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Jesse Foy Peery | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Jesse Foy Peery | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Jesse Foy Peery | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Charlene Pearcy | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Charlene Pearcy | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Charlene Pearcy | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Charlene Pearcy | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Charlene Pearcy | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Charlene Pearcy | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Charlsie martin Pogue | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Charlsie martin Pogue | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Charlsie martin Pogue | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Charlsie martin Pogue | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Charlsie martin Pogue | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Charlsie martin Pogue | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Charles Martin | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Charles Martin | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Charles Martin | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Charles Martin | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Charles Martin | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Charles Martin | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Lura Faye Sanders | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Lura Faye Sanders | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Lura Faye Sanders | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Lura Faye Sanders | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Lura Faye Sanders | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Lura Faye Sanders | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Jacque Wyllie | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Jacque Wyllie | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Jacque Wyllie | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Jacque Wyllie | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Jacque Wyllie | Texas | Limestone | 03/06/1998 | Regan Estate #3 |
| Steeles Creek Prospect | Jacque Wyllie | Texas | Limestone | 03/06/1998 | Reagan #1 |
| Steeles Creek Prospect | Janice A Baggett | Texas | Limestone | 10/10/2000 | Regan Estate #3 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Steeles Creek Prospect | Janice A Baggett | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Steeles Creek Prospect | Janice A Baggett | Texas | Limestone | 10/10/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Janice A Baggett | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Steeles Creek Prospect | Janice A Baggett | Texas | Limestone | 10/10/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Janice A Baggett | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Steeles Creek Prospect | William J JOnes | Texas | Limestone | 10/10/2000 | Regan Estate #3 |
| Steeles Creek Prospect | William J JOnes | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Steeles Creek Prospect | William J JOnes | Texas | Limestone | 10/10/2000 | Regan Estate #3 |
| Steeles Creek Prospect | William J JOnes | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Steeles Creek Prospect | William J JOnes | Texas | Limestone | 10/10/2000 | Regan Estate #3 |
| Steeles Creek Prospect | William J JOnes | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Steeles Creek Prospect | Tommie Stanley | Texas | Limestone | 10/10/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Tommie Stanley | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Steeles Creek Prospect | Tommie Stanley | Texas | Limestone | 10/10/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Tommie Stanley | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Steeles Creek Prospect | Tommie Stanley | Texas | Limestone | 10/10/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Tommie Stanley | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Steeles Creek Prospect | Severin J Strickland | Texas | Limestone | 10/10/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Severin J Strickland | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Steeles Creek Prospect | Severin J Strickland | Texas | Limestone | 10/10/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Severin J Strickland | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Steeles Creek Prospect | Severin J Strickland | Texas | Limestone | 10/10/2000 | Regan Estate #3 |
| Steeles Creek Prospect | Severin J Strickland | Texas | Limestone | 10/10/2000 | Reagan #1 |
| Three Creeks Prospect | Rankin Land & Timber Co. Inc. | Arkansas | Union | 04/12/2002 | |
| Three Creeks Prospect | Rankin Land & Timber Co. Inc. | Arkansas | Union | 04/12/2002 | |
| Three Creeks Prospect | Sara Miller Richardson | Arkansas | Union | 04/29/2003 | |
| Three Creeks Prospect | John D'Arezzo Marsh & Anne Marsh | Arkansas | Union | 04/30/2003 | |
| Three Creeks Prospect | Lilly Ann Gregory | Arkansas | Union | 05/07/2003 | |
| Three Creeks Prospect | Lilly Ann Gregory | Arkansas | Union | 05/07/2003 | |
| Three Creeks Prospect | Mary Jane Gregory | Arkansas | Union | 04/30/2003 | |
| Three Creeks Prospect | Mary Jane Gregory | Arkansas | Union | 04/30/2003 | |
| Three Creeks Prospect | James Y Cameron Janice F Cameron | Arkansas | Union | 04/19/2002 | |
| Three Creeks Prospect | James Y Cameron Janice F Cameron | Arkansas | Union | 04/19/2002 | |
| Three Creeks Prospect | Robin Robirds Lawrence c/o First Trust Financial Services, | Arkansas | Union | 04/23/2002 | |
| Three Creeks Prospect | Sara Miller Richardson | Arkansas | Union | 09/11/2001 | |
| Three Creeks Prospect | Anne Robirds Marsh | Arkansas | Union | 09/11/2001 | |
| Three Creeks Prospect | Robin Robirds Lawrence c/o First Trust Financial Services, | Arkansas | Union | 09/11/2001 | |
| Three Creeks Prospect | James Y Cameron Janice F Cameron | Arkansas | Union | 09/11/2001 | |
| Three Creeks Prospect | Lilly Ann Gregory | Arkansas | Union | 12/04/2001 | |
| Three Creeks Prospect | Mary Jane Gregory | Arkansas | Union | 10/16/2001 | |
| Three Creeks Prospect | EB Wheat, Case #CV2003-0397-6 Cheryl Cochran-Wilson | Arkansas | Union | 11/06/2003 | |
| Three Creeks Prospect | Margaret Sharp Bradley Southwell | Arkansas | Union | 09/29/2003 | |
| Three Creeks Prospect | Margaret Sharp Bradley Southwell | Arkansas | Union | 09/29/2003 | |
| West Uriah Prospect | David Middleton | Alabama | Monroe | 10/25/2010 | |
| West Uriah Prospect | David Middleton | Alabama | Monroe | 10/25/2010 | |
| West Uriah Prospect | David Middleton | Alabama | Monroe | 10/25/2010 | |
| West Uriah Prospect | David Middleton | Alabama | Monroe | 10/25/2010 | |
| West Uriah Prospect | I.N. HICKOX | Alabama | Monroe | 10/28/2010 | |
| West Uriah Prospect | I.N. HICKOX | Alabama | Monroe | 10/28/2010 | |
| West Uriah Prospect | I.N. HICKOX | Alabama | Monroe | 10/28/2010 | |
| West Uriah Prospect | I.N. HICKOX | Alabama | Monroe | 10/28/2010 | |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| West Uriah Prospect | Susannah E. Middleton | Alabama | Monroe | 10/22/2010 |
| West Uriah Prospect | Susannah E. Middleton | Alabama | Monroe | 10/22/2010 |
| West Uriah Prospect | Susannah E. Middleton | Alabama | Monroe | 10/22/2010 |
| West Uriah Prospect | Susannah E. Middleton | Alabama | Monroe | 10/22/2010 |
| West Uriah Prospect | The Estate of Overton Pratt Turner Sr., Rep. by Swain | Alabama | Monroe | 10/25/2010 |
| West Uriah Prospect | The Estate of Overton Pratt Turner Sr., Rep. by Swain | Alabama | Monroe | 10/25/2010 |
| West Uriah Prospect | The Estate of Overton Pratt Turner Sr., Rep. by Swain | Alabama | Monroe | 10/25/2010 |
| West Uriah Prospect | The Estate of Overton Pratt Turner Sr., Rep. by Swain | Alabama | Monroe | 10/25/2010 |
| West Uriah Prospect | Anne Grant Pickens | Alabama | Monroe | 09/29/2010 |
| West Uriah Prospect | UNKNOWN / OTHERS | Alabama | Monroe | 09/23/2010 |
| West Uriah Prospect | UNKNOWN / OTHERS | Alabama | Monroe | 09/23/2010 |
| West Uriah Prospect | Nell P. Hadley | Alabama | Monroe | 12/07/2010 |
| West Uriah Prospect | Nell P. Hadley | Alabama | Monroe | 12/07/2010 |
| West Uriah Prospect | Nell P. Hadley | Alabama | Monroe | 12/07/2010 |
| West Uriah Prospect | Nell P. Hadley | Alabama | Monroe | 12/07/2010 |
| West Uriah Prospect | Nell P. Hadley | Alabama | Monroe | 12/07/2010 |
| West Uriah Prospect | Nell P. Hadley | Alabama | Monroe | 12/07/2010 |
| West Uriah Prospect | JEWEL D. CAYLOR | Alabama | Monroe | 09/30/2010 |
| West Uriah Prospect | Halma S. Coley | Alabama | Monroe | 11/17/2010 |
| West Uriah Prospect | Halma S. Coley | Alabama | Monroe | 11/17/2010 |
| West Uriah Prospect | Halma S. Coley | Alabama | Monroe | 11/17/2010 |
| West Uriah Prospect | Halma S. Coley | Alabama | Monroe | 11/17/2010 |
| West Uriah Prospect | Suzanne Vereen | Alabama | Monroe | 12/16/2010 |
| West Uriah Prospect | Suzanne Vereen | Alabama | Monroe | 12/16/2010 |
| West Uriah Prospect | Suzanne Vereen | Alabama | Monroe | 12/16/2010 |
| West Uriah Prospect | Suzanne Vereen | Alabama | Monroe | 12/16/2010 |
| West Uriah Prospect | Thomas F. and Betty D. Mason | Alabama | Monroe | 11/30/2010 |
| West Uriah Prospect | Thomas F. and Betty D. Mason | Alabama | Monroe | 11/30/2010 |
| West Uriah Prospect | Thomas F. and Betty D. Mason | Alabama | Monroe | 11/30/2010 |
| West Uriah Prospect | Thomas F. and Betty D. Mason | Alabama | Monroe | 11/30/2010 |
| West Uriah Prospect | Thomas F. and Betty D. Mason | Alabama | Monroe | 11/30/2010 |
| West Uriah Prospect | Thomas F. and Betty D. Mason | Alabama | Monroe | 11/30/2010 |
| West Uriah Prospect | Thomas F. and Betty D. Mason | Alabama | Monroe | 11/30/2010 |
| West Uriah Prospect | Willie E. Scheffield | Alabama | Monroe | 12/14/2010 |
| West Uriah Prospect | Willie E. Scheffield | Alabama | Monroe | 12/14/2010 |
| West Uriah Prospect | Willie E. Scheffield | Alabama | Monroe | 12/14/2010 |
| West Uriah Prospect | Willie E. Scheffield | Alabama | Monroe | 12/14/2010 |
| West Uriah Prospect | Ray Jones | Alabama | Monroe | 01/04/2011 |
| West Uriah Prospect | Ray Jones | Alabama | Monroe | 01/04/2011 |
| West Uriah Prospect | Ray Jones | Alabama | Monroe | 01/04/2011 |
| West Uriah Prospect | Ray Jones | Alabama | Monroe | 01/04/2011 |
| West Uriah Prospect | Margaret Horton Moss | Alabama | Monroe | 01/04/2011 |
| West Uriah Prospect | Margaret Horton Moss | Alabama | Monroe | 01/04/2011 |
| West Uriah Prospect | Margaret Horton Moss | Alabama | Monroe | 01/04/2011 |
| West Uriah Prospect | Margaret Horton Moss | Alabama | Monroe | 01/04/2011 |
| West Uriah Prospect | Arthur Levan Luker & June Weaver Luker | Alabama | Monroe | 01/12/2011 |
| West Uriah Prospect | Arthur Levan Luker & June Weaver Luker | Alabama | Monroe | 01/12/2011 |
| West Uriah Prospect | Annie Laurie Vereen | Alabama | Monroe | 01/03/2011 |
| West Uriah Prospect | Annie Laurie Vereen | Alabama | Monroe | 01/03/2011 |
| West Uriah Prospect | Annie Laurie Vereen | Alabama | Monroe | 01/03/2011 |

EXHIBIT 3

| West Uriah Prospect | Annie Laurie Vereen | Alabama | Monroe | 01/03/2011 |
| West Uriah Prospect | FLC Heirs, LLC | Alabama | Monroe | 12/16/2010 |
| West Uriah Prospect | FLC Heirs, LLC | Alabama | Monroe | 12/16/2010 |
| West Uriah Prospect | FLC Heirs, LLC | Alabama | Monroe | 12/16/2010 |
| West Uriah Prospect | FLC Heirs, LLC | Alabama | Monroe | 12/16/2010 |
| West Uriah Prospect | FLC Heirs, LLC | Alabama | Monroe | 12/16/2010 |
| West Uriah Prospect | The Estate Of R. Lamar Moore, Rep. by Mary Ann Blank | Alabama | Monroe | 01/07/2011 |
| West Uriah Prospect | The Estate Of R. Lamar Moore, Rep. by Mary Ann Blank | Alabama | Monroe | 01/07/2011 |
| West Uriah Prospect | The Estate Of R. Lamar Moore, Rep. by Mary Ann Blank | Alabama | Monroe | 01/07/2011 |
| West Uriah Prospect | The Estate Of R. Lamar Moore, Rep. by Mary Ann Blank | Alabama | Monroe | 01/07/2011 |
| West Uriah Prospect | John M. Kirchharr and Sonya Kirchharr, married | Alabama | Monroe | 10/03/2010 |
| West Uriah Prospect | John M. Kirchharr and Sonya Kirchharr, married | Alabama | Monroe | 10/03/2010 |
| West Uriah Prospect | John M. Kirchharr and Sonya Kirchharr, married | Alabama | Monroe | 10/03/2010 |
| West Uriah Prospect | George Edward Snow, Jr., & Hollie Snow married | Alabama | Monroe | 11/09/2010 |
| West Uriah Prospect | George Edward Snow, Jr., & Hollie Snow married | Alabama | Monroe | 11/09/2010 |
| West Uriah Prospect | Maribell Kadel, rep by Clint Kadel, AIF | Alabama | Monroe | 01/24/2011 |
| West Uriah Prospect | Maribell Kadel, rep by Clint Kadel, AIF | Alabama | Monroe | 01/24/2011 |
| West Uriah Prospect | Maribell Kadel, rep by Clint Kadel, AIF | Alabama | Monroe | 01/24/2011 |
| West Uriah Prospect | Maribell Kadel, rep by Clint Kadel, AIF | Alabama | Monroe | 01/24/2011 |
| West Uriah Prospect | James U. Blacksher | Alabama | Monroe | 04/24/2011 |
| West Uriah Prospect | James U. Blacksher | Alabama | Monroe | 04/24/2011 |
| West Uriah Prospect | James U. Blacksher | Alabama | Monroe | 04/24/2011 |
| West Uriah Prospect | James U. Blacksher | Alabama | Monroe | 04/24/2011 |
| West Uriah Prospect | James U. Blacksher | Alabama | Monroe | 04/24/2011 |
| West Uriah Prospect | James U. Blacksher | Alabama | Monroe | 04/24/2011 |
| West Uriah Prospect | John L. Blacksher Trust | Alabama | Monroe | 03/24/2011 |
| West Uriah Prospect | John L. Blacksher Trust | Alabama | Monroe | 03/24/2011 |
| West Uriah Prospect | John L. Blacksher Trust | Alabama | Monroe | 03/24/2011 |
| West Uriah Prospect | John L. Blacksher Trust | Alabama | Monroe | 03/24/2011 |
| West Uriah Prospect | John L. Blacksher Trust | Alabama | Monroe | 03/24/2011 |
| West Uriah Prospect | John L. Blacksher Trust | Alabama | Monroe | 03/24/2011 |
| West Uriah Prospect | Uriah Land Company | Alabama | Monroe | 03/24/2011 |
| West Uriah Prospect | Uriah Land Company | Alabama | Monroe | 03/24/2011 |
| West Uriah Prospect | Uriah Land Company | Alabama | Monroe | 03/24/2011 |
| West Uriah Prospect | Uriah Land Company | Alabama | Monroe | 03/24/2011 |
| West Uriah Prospect | Uriah Land Company | Alabama | Monroe | 03/24/2011 |
| West Uriah Prospect | Uriah Land Company | Alabama | Monroe | 03/24/2011 |
| West Uriah Prospect | Steven G. Luker | Alabama | Monroe | 10/13/2011 |
| West Uriah Prospect | Diane Luker | Alabama | Monroe | 10/13/2011 |
| West Uriah Prospect | Patricia Luker Morris | Alabama | Monroe | 10/13/2011 |
| West Uriah Prospect | Cindy Luker Barnes | Alabama | Monroe | 10/13/2011 |
| West Uriah Prospect | Brandon Luker | Alabama | Monroe | 10/13/2011 |
| West Uriah Prospect | Thomas Luker | Alabama | Monroe | 10/13/2011 |
| West Uriah Prospect | Bobby Pickron | Alabama | Monroe | 11/30/2011 |
| West Uriah Prospect | William H Moore | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | William H Moore | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | William H Moore | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | William H Moore | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | Russell L Moore Jr. | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | Russell L Moore Jr. | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | Russell L Moore Jr. | Alabama | Monroe | 12/01/2011 |

EXHIBIT 3

| | | | | |
|---|---|---|---|---|
| West Uriah Prospect | Russell L Moore Jr. | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | Robert A. Moore | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | Robert A. Moore | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | Robert A. Moore | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | Robert A. Moore | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | Mary Ann Blank | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | Mary Ann Blank | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | Mary Ann Blank | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | Mary Ann Blank | Alabama | Monroe | 12/01/2011 |
| West Uriah Prospect | Overton Pratt Turner Jr. | Alabama | Monroe | 10/25/2011 |
| West Uriah Prospect | Overton Pratt Turner Jr. | Alabama | Monroe | 10/25/2011 |
| West Uriah Prospect | Overton Pratt Turner Jr. | Alabama | Monroe | 10/25/2011 |
| West Uriah Prospect | Overton Pratt Turner Jr. | Alabama | Monroe | 10/25/2011 |
| West Uriah Prospect | Swain Turner Byrd | Alabama | Monroe | 10/25/2011 |
| West Uriah Prospect | Swain Turner Byrd | Alabama | Monroe | 10/25/2011 |
| West Uriah Prospect | Swain Turner Byrd | Alabama | Monroe | 10/25/2011 |
| West Uriah Prospect | Swain Turner Byrd | Alabama | Monroe | 10/25/2011 |
| West Uriah Prospect | Marie Louise Turner Cunningham | Alabama | Monroe | 10/25/2011 |
| West Uriah Prospect | Marie Louise Turner Cunningham | Alabama | Monroe | 10/25/2011 |
| West Uriah Prospect | Marie Louise Turner Cunningham | Alabama | Monroe | 10/25/2011 |
| West Uriah Prospect | Marie Louise Turner Cunningham | Alabama | Monroe | 10/25/2011 |
| West Uriah Prospect | Elena Mosley | Alabama | Escambia | 01/04/2011 |
| West Uriah Prospect | Elena Mosley | Alabama | Escambia | 01/04/2011 |
| West Uriah Prospect | Elena Mosley | Alabama | Escambia | 01/04/2011 |
| West Uriah Prospect | Elena Mosley | Alabama | Escambia | 01/04/2011 |
| Willow Springs Prospect | First Securities Co. of Longview, Texas | Texas | Gregg | 03/19/1952 |
| Willow Springs Prospect | First Securities Co. of Longview, Texas | Texas | Gregg | 03/19/1952 |
| Willow Springs Prospect | Joseph B. Bramlette Testamentary Trust Account No. | Texas | Gregg | 11/12/1951 |
| Willow Springs Prospect | Joseph B. Bramlette Testamentary Trust Account No. | Texas | Gregg | 11/12/1951 |
| Willow Springs Prospect | Joseph B. Bramlette Testamentary Trust Account No. | Texas | Gregg | 11/12/1951 |
| Willow Springs Prospect | Joseph B. Bramlette Testamentary Trust Account No. | Texas | Gregg | 11/12/1951 |
| Willow Springs Prospect | Joseph B. Bramlette Testamentary Trust Account No. | Texas | Gregg | 11/12/1951 |
| Willow Springs Prospect | Joseph B. Bramlette Testamentary Trust Account No. | Texas | Gregg | 11/12/1951 |
| Willow Springs Prospect | Joseph B. Bramlette Testamentary Trust Account No. | Texas | Gregg | 11/12/1951 |
| Willow Springs Prospect | Joseph B. Bramlette Testamentary Trust Account No. | Texas | Gregg | 11/12/1951 |
| Willow Springs Prospect | Mabelle Hardy and Harmon C. Hardy, et ux | Texas | Gregg | 03/28/1952 |
| Willow Springs Prospect | Peggy Joyce Nichols | Texas | Gregg | 04/08/1952 |
| Willow Springs Prospect | Emory P. Boring, Sr. | Texas | Gregg | 11/13/1951 |
| Willow Springs Prospect | B. E. Mitchell and Mary Mitchell, et ux | Texas | Gregg | 11/29/1951 |
| Willow Springs Prospect | B. E. Mitchell and Mary Mitchell, et ux | Texas | Gregg | 11/29/1951 |
| Willow Springs Prospect | B. E. Mitchell and Mary Mitchell, et ux | Texas | Gregg | 11/29/1951 |
| Willow Springs Prospect | Bonnie Pliler and Effie Pliler, et ux | Texas | Gregg | 05/28/1951 |
| Willow Springs Prospect | Bonnie Pliler and Effie Pliler, et ux | Texas | Gregg | 05/28/1951 |
| Willow Springs Prospect | Bonnie Pliler and Effie Pliler, et ux | Texas | Gregg | 05/28/1951 |
| Willow Springs Prospect | <No Owners> | Texas | Gregg | 05/31/1951 |
| Willow Springs Prospect | <No Owners> | Texas | Gregg | 05/31/1951 |
| Willow Springs Prospect | <No Owners> | Texas | Gregg | 05/31/1951 |
| Willow Springs Prospect | <No Owners> | Texas | Gregg | 05/31/1951 |
| Willow Springs Prospect | S. R. Thrasher, Sr. and M. B. Thrasher, et ux | Texas | Gregg | 07/23/1951 |
| Willow Springs Prospect | S. R. Thrasher, Sr. and M. B. Thrasher, et ux | Texas | Gregg | 07/23/1951 |
| Willow Springs Prospect | D. R. Thrasher | Texas | Gregg | 07/23/1951 |
| Willow Springs Prospect | D. R. Thrasher | Texas | Gregg | 07/23/1951 |

EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Willow Springs Prospect | Lois Thrasher Heflin and W. F. Heflin, et ux | Texas | Gregg | 07/23/1951 | |
| Willow Springs Prospect | Lois Thrasher Heflin and W. F. Heflin, et ux | Texas | Gregg | 07/23/1951 | |
| South Woodlawn | Martha L Hartford | Texas | Marion | 07/03/2013 | Albert Key et al |
| South Woodlawn | Martha L Hartford | Texas | Marion | 07/03/2013 | |
| South Woodlawn | John Armistead | Texas | Marion | 07/10/2008 | Albert Key et al |
| South Woodlawn | John Armistead | Texas | Marion | 07/10/2008 | |
| South Woodlawn | Charles Wise Bypass Trust, | Texas | Marion | 07/10/2008 | Albert Key et al |
| South Woodlawn | Charles Wise Bypass Trust, | Texas | Marion | 07/10/2008 | |
| South Woodlawn | Dawson Rev Living Trust | Texas | Marion | 07/03/2013 | Albert Key et al |
| South Woodlawn | Dawson Rev Living Trust | Texas | Marion | 07/03/2013 | |
| PROSPECT RED01 | Sheri Lynn Cowley Soulie | Louisiana | Caddo | 11/07/2006 | |
| PROSPECT RED01 | Sheri Lynn Cowley Soulie | Louisiana | Caddo | 11/07/2006 | |
| PROSPECT RED01 | Sheri Lynn Cowley Soulie | Louisiana | Caddo | 11/07/2006 | |
| PROSPECT RED01 | Sheri Lynn Cowley Soulie | Louisiana | Caddo | 11/07/2006 | |

EXHIBIT 3

# Oil and Gas Leases (Con't)

| Legal Description | Effective Date | Expiration Date | Gross Acres | Net Acres | Lessor Name | State | Prospect Name |
|---|---|---|---|---|---|---|---|
| 1ADA03-2N-4W-26-01 | 08/18/2102 | 08/18/2105 | 207.70000000 | 43.27083264 | Helen Young Trust of 1996 | Mississippi | Adams-Millbrook B |
| 1ADA03-2N-4W-25-01 | 11/05/2102 | 11/05/2105 | 475.24000000 | 14.85125000 | Ridgeway Management | Mississippi | Adams-Millbrook B |
| 1ASH02-01N-02W-10-01 | 08/15/2103 | 08/15/2106 | 590.90000000 | 0.19175125 | Davenport Plantation LLC | Mississippi | Ashwood |
|  | 05/28/2019 | 05/28/2022 | 121.00000000 | 3.46279978 | Bernice Lee | Alabama | North Beach Prospect |
|  | 05/28/2019 | 05/28/2022 | 121.00000000 | 3.46279978 | Gary Ann Perryman | Alabama | North Beach Prospect |
|  | 05/25/2019 | 05/25/2022 | 122.00000000 | 0.81999982 | Earline Samuel | Alabama | North Beach Prospect |
| 182.25 net | 07/01/2018 | 07/01/2021 | 551.00000000 | 353.00000000 | Olen Paul Padgett & Kimberly F. Padgett | Alabama | North Beach Prospect |
| T5N, R13E, Sec. 32 N2SWSW; T4N, R13E, Sec. 6 | 01/08/2019 | 01/08/2022 | 29.00000000 | 25.00000000 | Verna W. Coleman | Alabama | North Beach Prospect |
| Sections 22 & 23, T4N, R13E | 07/10/2017 | 07/10/2020 | 80.00000000 | 18.10000000 | Joseph T. Saiter, Jr., & Cheryl P. Saiter | Alabama | North Beach Prospect |
| T5N R13E Sec. 32: N2SE, NESW and 2 acres lying East of the road in the NWSW, less one acre | 03/07/2019 | 03/07/2022 | 121.00000000 | 3.02500000 | Jessie B. Samuel | Alabama | North Beach Prospect |
|  | 11/25/2019 | 11/25/2022 | 157.00000000 | 39.02500000 | Robert L. Bradley & Dorothy Samuel Bradley | Alabama | North Beach Prospect |
|  | 05/28/2019 | 05/28/2022 | 121.00000000 | 3.45939000 | Zola M. Bryant | Alabama | North Beach Prospect |
| 1 acre Beg where N/ LE of NW/4 of SW/4 int E/ LE of Bull Slough Rd. then run S/ alg rd. 462' t | 11/25/2019 | 11/25/2022 | 122.00000000 | 0.85400000 | Jackie Royster | Alabama | North Beach Prospect |
| 121 acres N2 SE/4, NE/4 SW/4 and 2 acres lying East of Road NW/4 SW/4 less and except 1 a | 05/17/2019 | 05/17/2022 | 121.00000000 | 3.46279978 | Calvin Taliaferro & Ola Bell Taliaferro | Alabama | North Beach Prospect |
| 1 acre Beg where N/ LE of NW/4 of SW/4 int E/ LE of Bull Slough Rd. then run S/ alg rd. 462' t | 11/25/2019 | 11/25/2022 | 122.00000000 | 0.85400000 | Phyllis Doss | Alabama | North Beach Prospect |
| 121 acres N2 SE/4, NE/4 SW/4 and 2 acres lying East of Road NW/4 SW/4 less and except 1 a | 04/24/2019 | 04/24/2022 | 121.00000000 | 0.69000000 | VENTURA SAMUEL | Alabama | North Beach Prospect |
| 121 acres N/2 SE/4, NE/4 SW/4 and 2 acres lying East of Road NW/4 SW/4 less and except 1 a | 11/25/2019 | 11/25/2022 | 122.00000000 | 7.62500000 | Vernita Wilks | Alabama | North Beach Prospect |
| T5N, R13E Sec. 32: N2SWSW, 22 acres, more or less, in Escambia County, Alabama | 05/30/2019 | 05/30/2022 | 22.00000000 | 5.00000000 | James and Cathy Grantham | Alabama | North Beach Prospect |
| Township 5 North, Range 13 East, Section 29, S2SENE; the SWNE; | 07/22/2018 | 07/22/2021 | 180.00000000 | 180.00000000 | Mary Ann Mack | Alabama | North Beach Prospect |
| Section 6, T2N, R10E, NW 1/4 SE 1/4; NE 1/4 SW 1/4, 93 acres, more or less, in Escambia Cou | 11/30/2016 | 11/30/2021 | 93.00000000 | 7.20800000 | Diane J. Lehr | Alabama | Brewton |
| Section 6, T2N, R10E, NW 1/4 SE 1/4; NE 1/4 SW 1/4, commence at the Southeast corner of | 11/30/2016 | 11/30/2021 | 93.00000000 | 7.20800000 | Marilou Polkinghorne | Alabama | Brewton |
| Section 6, T2N, R10E, containing 93 acres, more or less: NW 1/4 SE 1/4; NE 1/4 SW 1/4; comm | 11/30/2016 | 11/30/2021 | 93.00000000 | 7.20800000 | Kathleen Lloyd | Alabama | Brewton |
| Section 32, T3N, R10E, SW 1/4 of SW 1/4. | 12/09/2019 | 12/09/2022 | 375.20000000 | 187.60000000 | Cecil Earl Moran as Trustee of The GST Exempt Trust Esta | Alabama | Brewton |
| Section 32, T3N, R10E, 39.18 acres, more or less, in Escambia County, Alabama | 01/25/2017 | 01/25/2020 | 39.18000000 | 19.68000000 | Gloria Nell Clifton | Alabama | Brewton |
| Section 4, T2N, R10E, SE 1/4 NW 1/4, containing 40 acres, more or less, in Escambia County, / | 01/23/2017 | 01/23/2020 | 40.00000000 | 5.00000000 | Harvey White | Alabama | Brewton |
| Section 27 & 32, T3N, R10E, 28.99 acres, more or less, in Escambia County, Alabama | 01/25/2017 | 01/25/2020 | 28.99000000 | 11.48000000 | Evelyn Stowers | Alabama | Brewton |
| Section 8, T2N, R10E, NW 1/4 of NE 1/4, 5.12 acres, more or less, in Escambia County, | 01/26/2017 | 01/26/2020 | 5.12000000 | 5.12000000 | Freida Jean Blanton | Alabama | Brewton |
| Section 8, T2N, R10E, NE 1/4 of the NE 1/4, 3 acres, more or less, in Escambia County, | 01/19/2017 | 01/19/2020 | 3.00000000 | 3.00000000 | Gregory O Carter | Alabama | Brewton |
| Section 8, T2N, R10E, NE 1/4 of NE1/4, 8 acres, more or less, in Escambia County, Alabama | 01/23/2017 | 01/23/2020 | 8.40000000 | 7.90000000 | Charlotte Marie Mosley | Alabama | Brewton |
| Section 32, T3N, R10E: E 1/2 of SE 1/4 of SW 1/4 and NE 1/4 of SW 1/4, 60 acres, more or les | 01/23/2017 | 01/23/2020 | 60.00000000 | 14.90250000 | David Deon Price | Alabama | Brewton |
| Section 8, T2N, R10E, NE 1/4 of NE 1/4, 1 acres, more or less, in Escambia County, | 01/30/2017 | 01/30/2020 | 1.00000000 | 0.50000000 | Sylvia Annette Hendrix | Alabama | Brewton |
| Section 8, T2N, R10E, NE 1/4 of NE 1/4 and SE 1/4 of NE 1/4, 4.3 acres, more or less, ir | 01/30/2017 | 01/30/2020 | 4.30000000 | 4.30000000 | Sylvia Annette Hendrix and Alvin Hendrix | Alabama | Brewton |
| Section 8, T2N, R10E, NE 1/4 of NE 1/4, 0.2 acres, more or less, in Escambia County, | 01/30/2017 | 01/30/2020 | 0.20000000 | 0.00000000 | Alvin Hendrix | Alabama | Brewton |
| Section 27, T3N, R10E: E 1/2 of SW 1/4 of NW 1/4;W 1/2 of W 1/2 of S 1/2 of SE 1/4 of NW | 01/18/2017 | 01/18/2020 | 142.75000000 | 5.45490000 | Jamie Austin | Alabama | Brewton |
| Section 27, T3N, R10E: E/2 SW /4 NW/4; W/2 W/2 S/2 SE/4 NW/4 | 01/18/2017 | 01/18/2020 | 142.75000000 | 5.45490000 | Barbara Jean Frank | Alabama | Brewton |
| Section 27, T3N, R10E: E/2 SW /4 NW /4; W/2 W/2 S/2 SE/4 NW/4. | 01/18/2017 | 01/18/2020 | 142.75000000 | 0.94554000 | Robert Lathrop | Alabama | Brewton |
| Section 4, T2N, R10E: All of NE 1/4 of SW 1/4, 26.67 acres, more or less, in Escambia County, | 01/11/2017 | 01/11/2020 | 26.67000000 | 13.34000000 | Larry R. Crosby | Alabama | Brewton |
| Sections 3 & 4, T2N, R10E, 6.38 acres, more or less, in Escambia County, Alabama. | 01/31/2017 | 01/31/2020 | 6.38000000 | 6.38000000 | Lester Jordan Cooper | Alabama | Brewton |
| Section 4, T2N, R10E, SW 1/4 of NE 1/4, 40 acres, more or less, in Escambia County, Alabama | 01/12/2017 | 01/12/2020 | 40.00000000 | 3.33300000 | First United Methodist Church of Pensacola, Florida | Alabama | Brewton |
| Section 3, T2N, R10E, 38.69 acres, more or less, in Escambia County, Alabama | 02/03/2017 | 02/03/2020 | 38.69000000 | 31.16000000 | Lucille Duval | Alabama | Brewton |
| Section 34, T3N, R10E, 24.5 acres, more or less, in Escambia County, Alabama | 02/07/2017 | 02/07/2020 | 24.50000000 | 31.20000000 | Ann Huff Bryant | Alabama | Brewton |
| Section 4, T2N, R10E, SE/4 SE/4, 3 acres, more or less, in Escambia County, Alabam | 02/07/2017 | 02/07/2020 | 3.00000000 | 3.00000000 | Jack Jackson | Alabama | Brewton |
| Section 32, T3N, R10E, SE/4 Se/4 SE/4, 10 acres, more or less, in Escambia County, Alabama | 01/19/2017 | 01/19/2020 | 10.00000000 | 10.00000000 | Barbara Gayle Racine | Alabama | Brewton |
| 154 acres, more or less, in Escambia County, Alabama | 01/18/2017 | 01/18/2020 | 142.75000000 | 0.94274000 | Larry S. Lathrop | Alabama | Brewton |
| Section 34, T3N, R10E, 8.7 acres, more or less, in Escambia County, Alabama | 01/23/2017 | 01/23/2020 | 8.70000000 | 2.17500000 | Karen G. Roberson | Alabama | Brewton |
| Section 34, T3N, R10E, 7.5 acres, more or less, in Escambia County, Alabama | 01/17/2017 | 01/17/2020 | 7.50000000 | 7.50000000 | Leslie P. Blackburn | Alabama | Brewton |
| Section 32, T3N, R10E, SW SW/4 SE/4, 10 acres, more or less, in Escambia County, Alabama | 01/19/2017 | 01/19/2020 | 10.00000000 | 10.00000000 | Verdelle Robbins | Alabama | Brewton |
| Section 4, T2N, R10E, 2.5 acres, more or less, in Escambia County, Alabama | 01/31/2017 | 01/31/2020 | 2.50000000 | 2.50000000 | Broox G. Garrett, JR. | Alabama | Brewton |
| Section 4, T2N, R10E, N 1/2 of the NE 1/4 and SE 1/4 of the NE 1/4, 120 acres, more or less, in | 02/02/2017 | 02/02/2020 | 120.00000000 | 20.00000000 | Catherine F. Fountain | Alabama | Brewton |
| Section 4, T2N, R10E, N 1/2 of the NE 1/4 and SE 1/4 of the NE 1/4, 120 acres, more or less, | 02/02/2017 | 02/02/2020 | 120.00000000 | 20.00000000 | Mary F. Martin, Trustee of the Mary F. Martin Revocable Trus | Alabama | Brewton |
| Section 8, T2N, R10E: NW 1/4 of the NE 1/4, 5.12 acres, more or less, in Escambia County, Al | 01/26/2017 | 01/26/2020 | 5.12000000 | 5.12000000 | Mavis Joanna Donald | Alabama | Brewton |
| Section 4, T2N, R10E, N 1/2 of the NE 1/4, 154 acres, more or less, in Escambia County | 01/18/2017 | 01/18/2020 | 142.75000000 | 0.94274000 | Wendy A. Sprabery | Alabama | Brewton |
| Section 32, T3N, R10E: S 1/2 of NE 1/4 of SW 1/4 and NW 1/4, 5 acres, more or less, in Escan | 01/17/2017 | 01/17/2020 | 5.00000000 | 2.50000000 | Raymond F. Lynn, Jr. and David W. Lynn | Alabama | Brewton |
| Section 32, T3N, R10E: E 1/2 of SE 1/4 of SW 1/4 and NW 1/2 of the SE 1/4, 60 acres, more or | 02/17/2017 | 02/17/2020 | 60.00000000 | 1.87500000 | Gloria Linda Crane | Alabama | Brewton |
| Sections 27, 32 and 34, T3N, R10E, 154 acres, more or less, in Escambia County, Alabama. | 01/18/2017 | 01/18/2020 | 142.75000000 | 0.94554000 | Christopher Lathrop | Alabama | Brewton |
| Section 4, T2N, R10E and Section 27, T3N, R10E, 23.8 acres, more or less, in Escambia County | 02/24/2017 | 02/24/2020 | 23.80000000 | 6.10000000 | Jack W. Hines | Alabama | Brewton |
| Section 32, T3N, R10E:16.7 acres, more or less, in Escambia County, Alabama | 02/14/2017 | 02/14/2020 | 16.70000000 | 14.82500000 | C. Scott Huff | Alabama | Brewton |
| Section 32, T3N, R10E, NW 1/4 SW 1/4 SE1/4,10 acres, more or less, in Escambia County, Alal | 01/19/2017 | 01/19/2020 | 10.00000000 | 10.00000000 | Elton A. McGaha | Alabama | Brewton |
| Section 4, T2N, R10E, 13.7 acres, more or less, in Escambia County, Alabama | 03/07/2017 | 03/07/2020 | 13.70000000 | 5.89500000 | John A. Downing | Alabama | Brewton |
| Section 32, T3N, R10E: E 1/2 of SW 1/4 of SW 1/4 of SE 1/4 of SW 1/4, 60 acres, more or less | 02/17/2017 | 02/17/2020 | 60.00000000 | 1.87500000 | Susan Carole Marder represented by Robert J. Marder, | Alabama | Brewton |
| Section 4, T2N, R10E: S 1/2 SW 1/4 SE 1/4 containing 17.50 acres more or less and Section 27 | 03/07/2017 | 03/07/2020 | 117.50000000 | 0.47500000 | Steve Francis O'Neal | Alabama | Brewton |
| Section 34, T3N, R10E, S 1/2 of SW 1/4 of SW 1/4, 28.8 acres, more or less, in Escambia Count | 02/14/2017 | 02/14/2020 | 18.80000000 | 2.44400000 | Leah Huff Harrington | Alabama | Brewton |
| Section 34, T3N, R10E, S 1/2 of SW 1/4 of SW 1/4, 28.8 acres, more or less, in Escambia Count | 02/14/2017 | 02/14/2020 | 18.80000000 | 2.44400000 | Autumn Breann Huff | Alabama | Brewton |
| Section 32, T3N, R10E, NW Corner of SW 1/4 of SW 1/4, 39.5 acres, more or less, in Escambia | 03/03/2017 | 03/03/2020 | 39.50000000 | 14.77500000 | Van Don Huff, II | Alabama | Brewton |
| Section 4, T2N, R10E, 18.48 acres, more or less, in Escambia County, Alabama | 03/01/2017 | 03/01/2020 | 18.48000000 | 11.25100000 | George Leroy Weaver and Wanda Weaver | Alabama | Brewton |
| Section 4, T2N, R10E, 33.43 acres, more or less, in Escambia County, Alabama | 03/01/2017 | 03/01/2020 | 33.43000000 | 15.20100000 | Clarence Higdon and Lizze Kate Higdon | Alabama | Brewton |
| Section 4, T2N, R10E, 10.8 acres, more or less, in Escambia County, Alabama | 03/01/2017 | 03/01/2020 | 10.80000000 | 3.57100000 | Nell W. Ellis | Alabama | Brewton |
| Section 4, T2N, R10E, SE 1/4 of the NW 1/4, 3.81 acres more or less in Escambia County, Alal | 03/07/2017 | 03/07/2020 | 3.81000000 | 1.95500000 | Charles R. Reid, Jr. and Judy M. Reid | Alabama | Brewton |
| Section 8, T2N, R10E, beginning at NW corner of SW 1/4 of NE 1/4, running South 89 1/3rd ya | 03/07/2017 | 03/07/2020 | 3.20000000 | 3.20000000 | Sherri Carol Russell and Tammy Kay Odom | Alabama | Brewton |
| Section 32, T3N, R10E, SW 1/4 of NE 1/4 and N 1/2 of NE 1/4 of SW 1/4 of NW 1/4, 45 acres, | 03/16/2017 | 03/16/2020 | 45.00000000 | 4.50000000 | Jerry Wayne Steele | Alabama | Brewton |
| Section 34, T3N, R10E, commencing at SW corner of SW 1/4 of SW 1/4,  thence run in a | 03/09/2017 | 03/09/2020 | 2.68000000 | 2.68000000 | Catherine Ann Beasley and Joseph Russell Beasley | Alabama | Brewton |
| Section 4, T2N, R10E, 5.7 acres, more or less, in Escambia County, Alabama. | 03/07/2017 | 03/07/2020 | 5.70000000 | 5.00000000 | Freddie J. McMillan and Lisa T. McMillan | Alabama | Brewton |

EXHIBIT 3

| Description | Date 1 | Date 2 | Value | Value | Name | State | County |
|---|---|---|---|---|---|---|---|
| Section 32, T3N, R10E, NE 1/4 SW 1/4 SE 1/4, containing10 acres, more or less, in Escambia C | 03/13/2017 | 03/13/2020 | 10.00000000 | 10.00000000 | Kenneth R. McGaha | Alabama | Brewton |
| Sections 31 and 32, T3N, R10E, 20 acres, more or less, in Escambia County, Alabama. | 03/01/2017 | 03/01/2020 | 20.00000000 | 10.00000000 | Ralph Ellis, Jr. and Wanda Rae Ellis | Alabama | Brewton |
| Section 32, T3N, R10E, commencing at the NW corner of E 1/2 SE 1/4 SW 1/4, running South | 03/07/2017 | 03/07/2020 | 0.50000000 | 0.25000000 | Terrence Mark Avary and Janette Avary | Alabama | Brewton |
| Section 4, T2N, R10E, 12.03 acres, more or less, in Escambia County, Alabama | 03/07/2017 | 03/07/2020 | 12.03000000 | 5.06000000 | Linda M. Weeks and Jerry L. Weeks | Alabama | Brewton |
| Sections 27 and 28, T3N, R10E, 100 acres, more or less, in Escambia County, Alabama. | 03/01/2017 | 03/01/2020 | 100.00000000 | 50.00000000 | Black Stone Minerals Company, L.P. | Alabama | Brewton |
| Section 32, T3N, R10E, SW 1/4 of NW 1/4 and N 1/2 of SE 1/4 of NW 1/4, 59.88 acres, more or | 02/22/2017 | 02/22/2020 | 59.88000000 | 2.49500000 | Elizabeth Lovelace Moss | Alabama | Brewton |
| Section 32, T3N, R10E, SW 1/4 of NW 1/4 and N 1/2 of SE 1/4 of NW 1/4, 59.88 acres, more or | 02/22/2017 | 02/22/2020 | 59.88000000 | 0.62390000 | Susan Johnston Hamrick | Alabama | Brewton |
| Section 32, T3N, R10E, SE 1/4 SW 1/4 SE 1/4, containing10 acres, more or less, in Escambia C | 03/07/2017 | 03/07/2020 | 10.00000000 | 2.50000000 | Robert Douglas McGaha | Alabama | Brewton |
| Section 4, T2N, R10E, SW 1/4 of NE 1/4, 40 acres, more or less, in Escambia County, Alabama | 02/22/2017 | 02/22/2020 | 40.00000000 | 16.66700000 | John S. Gifford | Alabama | Brewton |
| Section 34, T3N, R10E, containing 6.6 acres, more or less, Escambia County, AL | 03/16/2017 | 03/16/2020 | 6.60000000 | 3.30000000 | Charles N. Broadhead and Judy R. Broadhead | Alabama | Brewton |
| Section 2, T2N, R10E, 1.72 acres, more or less, in Escambia County, Alabam: | 03/07/2017 | 03/07/2020 | 1.72000000 | 0.86000000 | James H. Hildreth, Jr., and Madeline W. Hildreth | Alabama | Brewton |
| Section 32, T3N, R10E, 2.7 acres, more or less, in Escambia County, Alabam: | 03/31/2017 | 03/31/2020 | 2.70000000 | 2.70000000 | Troy Hart and Michelle Hart | Alabama | Brewton |
| Section 4, T2N, R10E, SE 1/4 of NW 1/4, 40 acres, more or less, in Escambia County, Alabama. | 03/23/2017 | 03/23/2020 | 240.00000000 | 39.16700000 | ALOG, LLC | Alabama | Brewton |
| Section 32, T3N, R10E, 7.4 acres, more or less, in Escambia County, Alabam: | 01/25/2017 | 01/25/2020 | 7.40000000 | 7.40000000 | Gregory W. Allen and Leisha D. Allen | Alabama | Brewton |
| Sections 33 & 34, T3N, R10E, W 1/2 of NW 1/4 of SW 1/4. | 03/02/2017 | 03/02/2020 | 78.87300000 | 5.22285130 | Gary Medley as Trustee of the Robert W. Austin Living Trust | Alabama | Brewton |
| Section 32, T3N, R10E, SW 1/4 of NE 1/4 and N 1/2 of NE 1/4 of SE 1/4 of NW 1/4, 45 acres, r | 03/27/2017 | 03/27/2020 | 45.00000000 | 2.25000000 | Nolan Lamar Steele | Alabama | Brewton |
| Section 32, T3N, R10E, SW 1/4 of NE 1/4 and N 1/2 of NE 1/4 of SE 1/4 of NW 1/4 | 03/23/2017 | 03/23/2020 | 100.00000000 | 1.56300000 | BJ Biddle | Alabama | Brewton |
| Section 4, T2N, R10E, 11.73 acres, more or less, in Escambia County, Alabam: | 03/01/2017 | 03/01/2020 | 11.73000000 | 4.37600000 | Faye W. Long and James N. Long | Alabama | Brewton |
| Section 32, T3N, R10E, SW 1/4 of NE 1/4 and N 1/2 of NE 1/4 of SE 1/4 of NW 1/4, 45 acres, r | 03/16/2017 | 03/16/2020 | 45.00000000 | 4.50000000 | Mary Lois Jackson | Alabama | Brewton |
| Section 6, T2N, R10E, 257 acres, more or less, in Escambia County, Alabama | 04/24/2017 | 04/24/2020 | 217.00000000 | 34.63000000 | Broox G. Garrett, JR. | Alabama | Brewton |
| Section 6, T2N, R10E, 45 acres, more or less, in Escambia County, Alabama | 04/24/2017 | 04/24/2020 | 45.00000000 | 11.25000000 | Broox G. Garrett, JR. | Alabama | Brewton |
| Section 6, T2N, R10E, 34.63 net acres, more or less, in Escambia County, Alabam: | 04/24/2017 | 04/24/2020 | 217.00000000 | 34.63000000 | Lida G. McDowell | Alabama | Brewton |
| Section 6, T2N, R10E, 34.63 acres, more or less, in Escambia County, Alabam: | 04/24/2017 | 04/24/2020 | 217.00000000 | 34.63000000 | Linda G. Cone | Alabama | Brewton |
| Section 6, T2N, R10E, NE 1/4, 57.5 acres, more or less, in Escambia County, Alabama | 04/20/2017 | 04/20/2020 | 57.50000000 | 19.16700000 | James Henderson | Alabama | Brewton |
| Section 6, T2N, R10E, NE 1/4, 57.5 acres, more or less, in Escambia County, Alabama | 04/20/2017 | 04/20/2020 | 57.50000000 | 28.75000000 | Willneila Henderson | Alabama | Brewton |
| Section 33, T3N, R10E, NE/4 NW/4, NW/4 NE/4 and N/2 SE/4 NW/4, 100 acres, more or less, | 03/23/2017 | 03/23/2020 | 100.00000000 | 1.56300000 | Florance Madden | Alabama | Brewton |
| Section 33, T3N, R10E, NE/4 NW/4, NW/4 NE/4 and N/2 SE/4 NW/4, 100 acres, more or less, | 03/23/2017 | 03/23/2020 | 100.00000000 | 1.56300000 | Jaime Salter Patton | Alabama | Brewton |
| Section 33, T3N, R10E, NE/4 NW/4, NW/4 NE/4 and N/2 SE/4 NW/4, 100 acres, more or less, | 03/23/2017 | 03/23/2020 | 100.00000000 | 6.25000000 | Florance Madden | Alabama | Brewton |
| Section 6, T2N, R10E, 57.5 acres, more or less, in Escambia County, Alabama | 04/20/2017 | 04/20/2020 | 57.50000000 | 9.58352500 | Zela Marie Henderson | Alabama | Brewton |
| Section 32, T3N, R10E; SE/4 SW/4 SE/4, 10 acres, more or less, in Escambia County, Alabam: | 03/22/2017 | 03/22/2020 | 10.00000000 | 2.50000000 | John McGaha | Alabama | Brewton |
| Section 6, Township 2 North, Range 10 East: All that part of the SW/4 of the NE/4 which lies | 01/25/2017 | 01/25/2020 | 179.00000000 | 179.00000000 | Huxford Properties, Ltd. | Alabama | Brewton |
| Section 6, Township 2 North, Range 10 East, all that part of the S/2 S/2 NE/4 lying East of Bur | 01/25/2017 | 01/25/2020 | 25.65000000 | 25.65000000 | Huxford heirs et al | Alabama | Brewton |
| Section 34, T3N, R10E, SE corner of NW/4 of SW/4, 1 acres, more or less, in Escambia County | 04/21/2017 | 04/21/2020 | 1.00000000 | 0.50000000 | Judy G. Riddle | Alabama | Brewton |
| Section 27, T3N, R10E and Section 34, T3N, R10E, 94 acres, more or less, in Escambia County, | 05/10/2017 | 05/10/2020 | 71.17000000 | 4.32953000 | Louie W. Brannan, Jr. Trust | Alabama | Brewton |
| Section 27, T3N, R10E and Section 34, T3N, R10E, 94 acres, more or less, in Escambia County, | 05/10/2017 | 05/10/2020 | 73.17000000 | 3.11407000 | Annie Sue Brannan Walker | Alabama | Brewton |
| Section 6, T2N, R10E, 2.4 acres, more or less, in Escambia County, Alabama | 05/11/2017 | 05/11/2020 | 2.40000000 | 2.40000000 | Kermit McCollum and Carolyn McCollum | Alabama | Brewton |
| Section 27, T3N, R10E, commencing at the SE corner of W/2 of SW/4 of NE/4, 10 acres, more | 04/11/2017 | 04/11/2020 | 10.00000000 | 10.00000000 | James Matthew Barnes | Alabama | Brewton |
| Section 27, T3N, R10E, W/2 SW/4 SW/4 NE/4; 5.7 acres, more or less, in Escambia County, Al | 04/11/2017 | 04/11/2020 | 5.70000000 | 5.70000000 | Frank F. Barnes and Barbara Barnes | Alabama | Brewton |
| Section 6, T2N, R10E, 4.69 acres, more or less, in Escambia County, Alabama | 05/11/2017 | 05/11/2020 | 4.69000000 | 4.69000000 | Alisha Hammack | Alabama | Brewton |
| Section 8, T2N, R10E, NE/4 NW/4 less one acre, 39 acres, more or less, in Escambia County, A | 06/23/2015 | 06/23/2020 | 39.00000000 | 19.50000000 | Emma Ruth Britton | Alabama | Brewton |
| Section 8, T2N, R10E, NE/4 NW/4, less one acre, 39 acres, more or less, in Escambia County, / | 06/23/2015 | 06/23/2020 | 39.00000000 | 19.50000000 | Frederick Lee Downing | Alabama | Brewton |
| Section 3, T2N, R10E, SW/4 NW/4 and N/2 of SE/4 NW/4, 59.88 acres, more or less, in Escam | 05/04/2015 | 05/04/2020 | 59.88000000 | 1.24730040 | Linda Johnston | Alabama | Brewton |
| Section 4, T2N, R10E and Section 34, T3N, R10E, 4.27 acres, more or less, Escambia County, A | 06/08/2017 | 06/08/2020 | 1.80000000 | 0.58120000 | Carolyn Olivia Harvey | Alabama | Brewton |
| Section 4, T2N, R10E and Section 34, T3N, R10E, 4.27 acres, more or less, Escambia County, A | 06/08/2017 | 06/08/2020 | 1.80000000 | 0.58120000 | Hope Danielle Martin Hazlett Daw | Alabama | Brewton |
| Section 32, T3N, R10E, 23.38 acres, more or less, in Escambia County, Alabama | 01/20/2017 | 01/20/2020 | 23.38000000 | 21.58000000 | Patricia E. Dobransky and Dennis Dobransky | Alabama | Brewton |
| Section 4, T2N, R10E, SE/4 of NW/4, 40 acres, more or less, in Escambia County, Alabama | 05/31/2017 | 05/31/2020 | 40.00000000 | 5.00000000 | Kurt H. Nahrgang | Alabama | Brewton |
| Section 4, T2N, R10E, 4.25 acres, more or less, in Escambia County, Alabama | 04/26/2017 | 04/26/2020 | 4.25000000 | 3.39000000 | Scott Loftis and Kathleen Loftis | Alabama | Brewton |
| Section 27, T3N-R10E, W/2 SW/4 NW/4 and Section 28, T3N-R10E, SE/4 NE/4, 39.2 acres, mo | 06/28/2017 | 06/28/2020 | 39.20000000 | 9.80000000 | Mack W. Smith and Mildred R. Smith | Alabama | Brewton |
| Section 6, T2N-R10E and Section 32, T3N-R10E, 6 acres, more or less, in Escambia County, Ala | 06/20/2017 | 06/20/2020 | 6.00000000 | 6.00000000 | Judy Ann B. Dixon | Alabama | Brewton |
| Section 34, T3N-R10E, NW/4 of SW/4, 1 acres, more or less, in Escambia County, Alabama | 06/26/2017 | 06/26/2020 | 1.00000000 | 0.15000000 | Brenda Gail Loftin | Alabama | Brewton |
| Section 34, T3N-R10E, S/2 NE/4 SE/4 NW/4, 5 acres, more or less, in Escambia County, Alabar | 06/26/2017 | 06/26/2020 | 5.00000000 | 1.25000000 | Michael James McElwain | Alabama | Brewton |
| Section 34, T3N-R10E, NW/4 of SW/4, 1 acres, more or less, in Escambia County, Alabama | 05/17/2017 | 05/17/2020 | 1.00000000 | 0.15000000 | Edgar West | Alabama | Brewton |
| Section 34, T3N-R10E, NW/4 of SW/4, 1 acres, more or less, in Escambia County, Alabama | 05/17/2017 | 05/17/2020 | 1.00000000 | 0.15000000 | Gladys Fuqua | Alabama | Brewton |
| Section 32, T3N-R10E, NW/4, 5 acres, more or less, in Escambia County, Alabam: | 07/11/2017 | 07/11/2020 | 5.00000000 | 1.25000000 | Marvin Lee McElwain | Alabama | Brewton |
| Section 4, T2N-R10E, SE/4 of NW/4, 40 acres, more or less, in Escambia County, Alabam: | 07/25/2017 | 07/25/2020 | 40.00000000 | 5.00000000 | William F. Nahrgang | Alabama | Brewton |
| Section 34, T3N-R10E, SW/4, 5.37 acres, more or less, in Escambia County, Alabama | 07/11/2017 | 07/11/2020 | 5.37000000 | 3.42750000 | Sonya F. Hadaway | Alabama | Brewton |
| Section 27, T3N-R10E SW NW; Section 28, T3N-R10E, SE NE, 39.2 acres, more or less, in Esca | 07/17/2017 | 07/17/2020 | 39.20000000 | 1.17600000 | Vickie Roberts | Alabama | Brewton |
| Section 4, T2N-R10E, SE SE; Section 8, T2N-R10E, N/2, 50.5 acres, more or less, in Escambia C | 03/23/2017 | 03/23/2020 | 50.50000000 | 0.60000000 | Edith M. Dunn | Alabama | Brewton |
| Sections 27 & 28, T3N-R10E, 6.62 acres, more or less, in Escambia County, Alabama | 07/10/2017 | 07/10/2020 | 6.62000000 | 1.65500000 | Bob Pryor | Alabama | Brewton |
| Sections 27 & 28, T3N-R10E, 6.62 acres, more or less, in Escambia County, Alabama | 07/10/2017 | 07/10/2020 | 6.62000000 | 1.65500000 | Catherine Washington | Alabama | Brewton |
| Section 27, T3N-R10E, SW NW and Section 28, T3N-R10E, SE NE, 39.2 acres, more or less, in E | 07/17/2017 | 07/17/2020 | 39.20000000 | 2.35000000 | Shelia F. Aldredge | Alabama | Brewton |
| Section 34, T3N-R10E, NW SW, 1 acres, more or less, in Escambia County, Alabama | 07/18/2017 | 07/18/2020 | 1.00000000 | 0.07500000 | Thomas Edwin Murph | Alabama | Brewton |
| Section 3, T2N-R10E, NW/4, 2.02 acres, more or less, in Escambia County, Alabam: | 06/22/2017 | 06/22/2020 | 2.02000000 | 1.01000000 | Robert J. McWilliams and Barbara McWilliams | Alabama | Brewton |
| Section 34, T3N-R10E, SW/4, Escambia County, Alabam: | 06/22/2017 | 06/22/2020 | 7.17000000 | 3.58500000 | Brewton Area Properties LLC | Alabama | Brewton |
| Section 34, T3N-R10E, NW SW, 1 acres, more or less, in Escambia County, Alabam: | 07/18/2017 | 07/18/2020 | 1.00000000 | 0.07500000 | Debra Palmer | Alabama | Brewton |
| Section 27, T3N-R10E, lot with road in NW/4, 6 acres, more or less, in Escambia County, Alab: | 08/01/2017 | 08/01/2020 | 6.00000000 | 1.50000000 | Jackie Ann Brown | Alabama | Brewton |
| Section 34, T3N-R10E, SW/4, 9.7 acres, more or less, in Escambia County, Alabam: | 06/22/2017 | 06/22/2020 | 9.70000000 | 5.58750000 | Robert C. McMillan and Candy M. McMillan | Alabama | Brewton |
| Section 27, T3N-R10E SW NW and Section 28, T3N-R10E, SE NE, 39.2 acres, more or less, in E | 07/12/2017 | 07/12/2020 | 39.20000000 | 1.18000000 | Gail Marsengill | Alabama | Brewton |
| 110.75 acres, more or less, in Escambia County, Alabama | 08/11/2017 | 08/11/2020 | 110.75000000 | 7.35400000 | Thomas P. Liles, Jr. | Alabama | Brewton |
| Section 34, T3N, R10E, 11 acres, more or less, in Escambia County, Alabama | 08/11/2017 | 08/11/2020 | 110.75000000 | 3.44290000 | Beverly Gail Liles | Alabama | Brewton |
| Section 6, T2N-R10E, NW/4 of SE/4 and NE/4 of SW/4, 93 acres, more or less, in Escambia Co | 01/09/2017 | 01/09/2020 | 93.00000000 | 1.93080000 | James Jesse Cates | Alabama | Brewton |
| Section 6, T2N, R10E, part of S/2, 110.75 acres, more or less, in Escambia County, Alabama | 08/14/2017 | 08/14/2020 | 110.75000000 | 7.45300000 | Susan Gardner | Alabama | Brewton |
| Section 27, T3N, R10E SW NW; Section 28, T3N-R10E, SE NE, 39.2 acres, more or less, in Esca | 08/09/2017 | 08/09/2020 | 39.20000000 | 0.39200000 | William R. Findley | Alabama | Brewton |
| Section 27, T3N-R10E, lot in NW, W/rd, 5.5 acres, more or less, in Escambia County, Alabam: | 08/20/2017 | 08/20/2020 | 5.50000000 | 1.37500000 | Estelle Lee Etheridge | Alabama | Brewton |
| Section 27, T3N-R10E, SE SE, 3.66 acres, more or less, in Escambia County, Alabama | 03/23/2017 | 03/23/2020 | 3.66000000 | 3.66000000 | Owen L. and Victoria B. Milligan | Alabama | Brewton |
| Section 27, T3N-R10E, SE NW, and SE NE, 39.2 acres, more or less, in Escambia County, Alaba | 08/08/2017 | 08/08/2020 | 39.20000000 | 2.35200000 | Hazel Marie Findley by Sherrie Jo M. Deas, AIF | Alabama | Brewton |

EXHIBIT 3

| Description | Date 1 | Date 2 | Acres | Amount | Name | State | Prospect |
|---|---|---|---|---|---|---|---|
| Section 6, T2N-R10E, S/2, 110.75 acres, more or less, in Escambia County, Alabama | 08/16/2017 | 08/16/2020 | 110.75000000 | 7.35400000 | Duncan Liles Sowell | Alabama | Brewton |
| Section 6, T2N-R10E, S/2, 110.75 acres, more or less, in Escambia County, Alabama | 08/15/2017 | 08/15/2020 | 110.75000000 | 0.91900000 | Molly Liles Carter | Alabama | Brewton |
| Section 27, T3N-R10E, SW NW and Section 28, T2N-R10E, SE NE, 39.2 acres, more or less, in E | 08/21/2017 | 08/21/2020 | 39.20000000 | 1.17600000 | James Findley | Alabama | Brewton |
| Section 27, T3N-R10E, part NW/4, 59 acres, more or less, in Escambia County, Alabama | 08/17/2017 | 08/17/2020 | 59.00000000 | 29.50000000 | Thomas M. Wilson and Francis K. Wilson | Alabama | Brewton |
| Section 6, T2N-R10E, NE NE and Section 32, T2N-R10E, SW SW, 19.13 acres, more or less, in E | 08/04/2017 | 08/04/2020 | 19.13000000 | 12.98000000 | James Michael Roberson and Deborah W. Roberson | Alabama | Brewton |
| Section 4, T2N-R10E, SE SE, 9.3 acres, more or less, in Escambia County, Alabama | 03/23/2017 | 03/23/2020 | 9.30000000 | 4.65000000 | Dwight Milligan and Betty Lynn Milligan | Alabama | Brewton |
| Section 3, T2N-R10E, NW/4, 1 acre, more or less, in Escambia County, Alabama | 08/25/2017 | 08/25/2020 | 1.00000000 | 0.50000000 | Iris Crutchfield | Alabama | Brewton |
| Section 6, T2N-R10E, NE NE, 13.3 acres, more or less, in Escambia County, Alabama | 08/04/2017 | 08/04/2020 | 13.30000000 | 6.15000000 | David Roy Wood | Alabama | Brewton |
| Section 4, T2N-R10E and Section 34, T3N, R10E, 4.27 acres, more or less, in Escambia County, | 07/10/2017 | 07/10/2020 | 1.80000000 | 0.58612000 | Beverly Amber Hart Atkins | Alabama | Brewton |
| 110.75 acres, more or less, in Escambia County, Alabama | 08/28/2017 | 08/28/2020 | 110.75000000 | 11.03100000 | Duncan P. Liles, Jr. Family Trust, Molly Liles Carter, trust | Alabama | Brewton |
| Section 3, T2N, R10E, 1 acres, more or less, in Escambia County, Alabama | 08/25/2017 | 08/25/2020 | 1.00000000 | 0.50000000 | Ingrid Jackson | Alabama | Brewton |
| Section 27, T3N-R10E, S/2 NW/4; Section 34 T3N-R10E, SW; 94 acres, more or less, in Escamb | 08/10/2017 | 08/10/2020 | 77.65000000 | 0.69310500 | Jean F. Hodges | Alabama | Brewton |
| Section 27, T3N-R10E, S/2 NW/4; Section 34 T3N-R10E, SW; 94 acres, more or less, in Escamb | 08/10/2017 | 08/10/2020 | 71.17000000 | 0.65422500 | Charles Faircloth | Alabama | Brewton |
| Section 3, T2N-R10E, NW/4, 5.2 acres, more or less, in Escambia County, Alabama | 09/13/2017 | 09/13/2020 | 5.20000000 | 5.20000000 | Charles Jeffrey Cooper and Sherri Cooper | Alabama | Brewton |
| Section 28, T2N-R10E, SW cornder of SE/4 NE/4, 13.8 acres, more or less, in Escambia County | 07/11/2017 | 07/11/2020 | 13.80000000 | 6.90000000 | D.W. McMillan Trust | Alabama | Brewton |
| Section 3, T2N-R10E, NW/4, 0.68 acres, more or less, in Escambia County, Alabama | 09/25/2017 | 09/25/2020 | 0.68000000 | 0.13600000 | Lester Jordan Cooper | Alabama | Brewton |
| Section 3, T2N-R10E, NW/4, 0.68 acres, more or less, in Escambia County, Alabama | 09/25/2017 | 09/25/2020 | 0.68000000 | 0.13600000 | Ruby F. Wells | Alabama | Brewton |
| Section 3, T2N-R10E, NW/4, 0.68 acres, more or less, in Escambia County, Alabama | 09/25/2017 | 09/25/2020 | 0.68000000 | 0.13600000 | Anita Stuckey | Alabama | Brewton |
| Section 3, T2N-R10E, NW/4, 0.68 acres, more or less, in Escambia County, Alabama | 09/25/2017 | 09/25/2020 | 0.68000000 | 0.13600000 | Juanita Ward | Alabama | Brewton |
| Section 3, T2N-R10E, NW/4, 0.68 acres, more or less, in Escambia County, Alabama | 09/25/2017 | 09/25/2020 | 0.68000000 | 0.04533560 | Charles Jeffrey Cooper and Sherri Cooper | Alabama | Brewton |
| Section 3, T2N-R10E, NW/4, in Escambia County, Alabama | 09/25/2017 | 09/25/2020 | 2.30000000 | 0.14950000 | Deborah Fant | Alabama | Brewton |
| Section 3, T2N-R10E, NW/4, 2.3 acres, more or less, in Escambia County, Alabama | 09/25/2017 | 09/25/2020 | 2.30000000 | 0.20700000 | Gertrude Sowell | Alabama | Brewton |
| Section 6, T2N, R10E, All of he S/2 SW/4 lying South of centerline of Sevin Mile Creek, 110.75 | 08/16/2017 | 08/16/2020 | 110.75000000 | 7.35000000 | Mark Sanford Sowell, Jr. and Patricia A. Sowell, Co-Trustees | Alabama | Brewton |
| Section 3, T2N-R10E, NW/4, 0.68 acres, more or less, in Escambia County, Alabama | 09/25/2017 | 09/25/2020 | 0.68000000 | 0.04533560 | Melanie Lindsey | Alabama | Brewton |
| Section 3, T2N-R10E, NW/4, 2.3 acres, more or less, in Escambia County, Alabama | 09/25/2017 | 09/25/2020 | 2.30000000 | 0.04533560 | Teresa Fuqua | Alabama | Brewton |
| Section 3, T2N-R10E, lots 4, 5, 6, 7 and 8 in Block A of the L.T. Phillips Subdivision, a portion o | 09/26/2017 | 09/26/2020 | 2.30000000 | 0.35650000 | Wanda S. Lee | Alabama | Brewton |
| Section 34, T3N-R10E, SW/4, 2.1 acres, more or less, in Escambia County, Alabama | 10/16/2017 | 10/16/2020 | 2.10000000 | 0.52500000 | Steven Monie | Alabama | Brewton |
| Section 34, T3N-R10E, SW/4, 2.1 acres, more or less, in Escambia County, Alabama | 10/16/2017 | 10/16/2020 | 2.10000000 | 0.52500000 | William Monie | Alabama | Brewton |
| Section 34, T3N-R10E, SW/4, 2.1 acres, more or less, in Escambia County, Alabama | 10/16/2017 | 10/16/2020 | 2.10000000 | 0.52500000 | Susie Norris | Alabama | Brewton |
| Section 6, T2N-R10E, S/2, 110.75 acres, more or less, in Escambia County, Alabama | 10/06/2017 | 10/06/2020 | 110.75000000 | 0.91900000 | Margaret Knight | Alabama | Brewton |
| Section 6, T2N-R10E, S/2, 110.75 acres, more or less, in Escambia County, Alabama | 09/06/2017 | 09/06/2020 | 110.75000000 | 0.91900000 | Lee B. Liles | Alabama | Brewton |
| Section 34, T2N-R10E and Section 27, T2N-R10E, 94 acres, more or less, in Escambia County, | 08/10/2017 | 08/10/2020 | 71.17000000 | 0.62134500 | Ron Eddings | Alabama | Brewton |
| Section 6, T2N-R10E, All of the S/2 SW/4 lying South of the centerline of Seven Mile Creek as | 09/13/2017 | 09/13/2020 | 110.75000000 | 0.91900000 | D.P. Liles, III Estate | Alabama | Brewton |
| Section 4, T3N-R10E, Sections 27, 32 and 34, T3N-R10E168 acres, more or less, in Escambia C | 11/13/2017 | 11/13/2020 | 153.75000000 | 2.31055000 | Allred Mineral Company LLC | Alabama | Brewton |
| Section 4, T2N-R10E, SE/4, 2 acres, more or less, in Escambia County, Alabama | 11/14/2017 | 11/14/2020 | 2.00000000 | 1.00000000 | Lester Jordan Cooper | Alabama | Brewton |
| Section 4, T2N-R10E, SE/4, 0.91 acres, more or less, in Escambia County, Alabama | 11/28/2017 | 11/28/2020 | 0.91000000 | 0.91000000 | Jimmy Wayne Blankenship & Terry A. Blankenship | Alabama | Brewton |
| Section 8, T2N-R10E, N/2, 6.42 acres, more or less, in Escambia County, Alabama | 11/28/2017 | 11/28/2020 | 6.42000000 | 3.21000000 | Louise J. Smith | Alabama | Brewton |
| Section 34, T3N-R10E, SW/4, 1 acres, more or less, in Escambia County, Alabama | 12/06/2017 | 12/06/2020 | 1.02000000 | 0.76551000 | Mary Joyce Cumbie | Alabama | Brewton |
| Section 3, T2N-R10E, NW/4, 6.6 acres, more or less, in Escambia County, Alabama | 11/17/2017 | 11/17/2020 | 6.60000000 | 5.45000000 | Jerry McRae and Margaret McRae | Alabama | Brewton |
| Section 34, T3N-R10E, SW/4, 1 acres, more or less, in Escambia County, Alabama | 12/01/2017 | 12/01/2020 | 1.00000000 | 1.00000000 | Christopher William McNeal & Keela McNeal | Alabama | Brewton |
| Section 4, T2N-R10E, SE/4, 1 acres, more or less, in Escambia County, Alabama | 12/07/2017 | 12/07/2020 | 1.00000000 | 1.00000000 | Robert J. Jackson | Alabama | Brewton |
| Section 34, T3N-R10E, SW, 1 acres, more or less, in Escambia County, Alabama | 12/07/2017 | 12/07/2020 | 1.00000000 | 0.75000000 | Serefin Alvarez | Alabama | Brewton |
| Begin at NW of SW of Sec 34 T3N R10E thence run S along E line of said quarter section for 49 | 08/28/2017 | 08/28/2020 | 1.00000000 | 0.15000000 | Doris Lynett Blair Sutton | Alabama | Brewton |
| Lots 4, 5, 6, 7 & 8 in block A of the L.T Phillips subdivision, a portion of the NE /4 NW/4 of said | 12/07/2017 | 12/07/2020 | 2.30000000 | 0.21850000 | Louise Gaylord | Alabama | Brewton |
| Lots 4, 5, 6, 7 & 8 in block A of the L.T Phillips subdivision, a portion of the NE /4 NW/4 of said | 12/07/2017 | 12/07/2020 | 2.30000000 | 0.06900000 | Linda Williams | Alabama | Brewton |
| Township 38 North, Range 62West | 01/01/2011 | 01/01/2011 | 1,923.94000000 | 1,923.94000000 | Office of Natural Resources Revenue | Wyoming | Bridge Creek Prospect |
| Township 38 North, Range 61 West | 04/01/2015 | 04/01/2015 | 1,836.94000000 | 1,836.94000000 | Office of Natural Resources Revenue | Wyoming | Bridge Creek Prospect |
| 1908.28 acres, more or less, in Niobrara County, Wyoming | 04/01/2015 | 04/01/2015 | 1,908.28000000 | 1,908.28000000 | Office of Natural Resources Revenue | Wyoming | Bridge Creek Prospect |
| Township 39 North, Range 61 West | 10/01/2013 | 10/01/2013 | 720.00000000 | 720.00000000 | Office of Natural Resources Revenue | Wyoming | Bridge Creek Prospect |
| Township 39 North, Range 61 West | 02/09/2015 | 02/09/2015 | 200.00000000 | 100.00000000 | Stanley O. Swanson | Wyoming | Bridge Creek Prospect |
| 2106.15 acres, more or less, in Niobrara County, Wyoming | 10/01/2015 | 10/01/2015 | 2,106.15000000 | 2,106.15000000 | Office of Natural Resources Revenue | Wyoming | Bridge Creek Prospect |
| 320 acres, more or less, in Niobrara County, Wyoming | 08/26/2016 | 08/26/2021 | 320.00000000 | 0.00000000 | Kent E. Burress | Wyoming | Bridge Creek Prospect |
| 320 acres, more or less, in Niobrara County, Wyoming | 07/12/2016 | 07/12/2021 | 320.00000000 | 0.00000000 | Almena State Bank successor in title to Farmers State Ba | Wyoming | Bridge Creek Prospect |
| 320 acres, more or less, in Niobrara County, Wyoming | 07/19/2016 | 07/19/2021 | 320.00000000 | 0.00000000 | Paul James Burress | Wyoming | Bridge Creek Prospect |
| 320 acres, more or less, in Niobrara County, Wyoming | 08/05/2016 | 08/05/2021 | 320.00000000 | 0.00000000 | James A. Burress | Wyoming | Bridge Creek Prospect |
| 320 acres, more or less, in Niobrara County, Wyoming | 08/12/2016 | 08/12/2021 | 320.00000000 | 0.00000000 | Andrew P. Burress | Wyoming | Bridge Creek Prospect |
| 1CAS01-04N-10E-36-01 | 06/12/2018 | 06/12/2018 | 750.80000000 | 710.80000000 | Cedar Creek Land and Timber, Inc. | Alabama | CASTLEBERRY PROSPECT |
| 80 acres, more or less, in T4n, r10e, sec 36, in Escambia County, Alabama | 06/10/2019 | 06/10/2022 | 80.00000000 | 10.83810000 | Chester Hix | Alabama | CASTLEBERRY PROSPECT |
| 80 acres, more or less, in 4n, 10e, sec 34, in Escambia County, Alabama | 06/10/2019 | 06/10/2022 | 80.00000000 | 2.50000000 | Escon Inc. | Alabama | CASTLEBERRY PROSPECT |
| 80 acres, more or less, in T4n,r10e, sec 36, in Escambia County, Alabama | 06/18/2019 | 06/18/2022 | 80.00000000 | 1.66666640 | Broox G. Garrett, JR. | Alabama | CASTLEBERRY PROSPECT |
| 80 acres, more or less, in T4n, r10e, sec 36, in Escambia County, Alabama | 06/10/2019 | 06/10/2022 | 80.00000000 | 1.66666640 | Sally Jane Spencer | Alabama | CASTLEBERRY PROSPECT |
| 80 acres, more or less, in T4N, R10E, SEC 36, in Escambia County, Alabama | 06/10/2019 | 06/10/2022 | 80.00000000 | 0.83333360 | Kathryn A. Till | Alabama | CASTLEBERRY PROSPECT |
| 80 acres, more or less, in T4N, R10E, SEC 36, in Escambia County, Alabama | 05/21/2019 | 05/21/2022 | 80.00000000 | 0.83333360 | Robert R. Smith Family Trust, by Beverly G. Smith and Bob Tr | Alabama | CASTLEBERRY PROSPECT |
| 80 acres, more or less, in 4N, 10E, SEC 36, in Escambia County, Alabama | 06/10/2019 | 06/10/2022 | 80.00000000 | 1.66666640 | David Coker et ux | Alabama | CASTLEBERRY PROSPECT |
| 160 acres, more or less, in 4N, 10E, SEC 36, in Escambia County, Alabama | 04/10/2017 | 04/10/2020 | 160.00000000 | 53.33333360 | Richard A. Baggett | Alabama | CASTLEBERRY PROSPECT |
| 160 acres, more or less, in 4N,10E, SEC 36, in Escambia County, Alabama | 04/10/2017 | 04/10/2020 | 160.00000000 | 53.33333200 | Craig A. Baggett | Alabama | CASTLEBERRY PROSPECT |
| 198 acres, more or less, in 4N, 11E, SEC 32 (2 tRACTS), in Escambia County, Alabama | 04/12/2017 | 04/12/2020 | 198.00000000 | 148.00000000 | Daniel B. Reed | Alabama | CASTLEBERRY PROSPECT |
| 8 acres, more or less, in T4N, R11E, SEC 32, in Escambia County, Alabama | 06/14/2017 | 06/14/2020 | 8.00000000 | 4.00000000 | Elsie Dyess | Alabama | CASTLEBERRY PROSPECT |
| 10.3 acres, more or less, in T4N, R11E, SEC 32, in Escambia County, Alabama | 06/14/2017 | 06/14/2020 | 10.30000000 | 5.15000000 | Elsie Jane | Alabama | CASTLEBERRY PROSPECT |
| 8.43 acres, more or less, in 4N, 11E, SEC 32, in Escambia County, Alabama | 06/14/2017 | 06/14/2020 | 8.43000000 | 4.21500000 | Elsie J. Dyess , and Michael T. Dyess (remainderman) | Alabama | CASTLEBERRY PROSPECT |
| 86 acres, more or less, in T4N, R11E,SEC 32, in Conecuh County, Alabama | 08/08/2017 | 08/08/2020 | 86.00000000 | 3.58000000 | Dee Ann Bray Matheson | Alabama | CASTLEBERRY PROSPECT |
| 166 acres, more or less, in T4N, 11E, SEC 32, in Escambia County, Alabama | 08/08/2017 | 08/08/2020 | 166.00000000 | 4.58333362 | George Michael Bray | Alabama | CASTLEBERRY PROSPECT |
| 80 acres, more or less, in T4N, R11E, SEC 36, in Escambia County, Alabama | 06/10/2019 | 06/10/2022 | 80.00000000 | 2.50000000 | George Pritchett | Alabama | CASTLEBERRY PROSPECT |
| 29 acres, more or less, in T4N, 11E, SEC 32, in Escambia County, Alabama | 06/12/2018 | 06/12/2021 | 29.00000000 | 13.98214700 | Myrtice W. Ellis | Alabama | CASTLEBERRY PROSPECT |
| 160 acres, more or less, in T4N, R 10E, SEC 36, in Escambia County, Alabama | 04/10/2017 | 04/10/2020 | 160.00000000 | 53.33333360 | James A. Baggett | Alabama | CASTLEBERRY PROSPECT |
| 1.87 acres, more or less, in T4N, R 11E, SEC 32, in Escambia County, Alabama | 06/14/2017 | 06/14/2020 | 1.87000000 | 0.93500000 | Micheal T. Dyess | Alabama | CASTLEBERRY PROSPECT |

EXHIBIT 3

| Description | Date 1 | Date 2 | Acres | Value / Name | State | Prospect |
|---|---|---|---|---|---|---|
| 3.04 acres, more or less, in T4n, r11e, sec 32, in Conecuh County, Alabama | 06/14/2017 | 06/14/2020 | 3.04000000 | 1.52000000 Elsie Jane and William Dyess | Alabama | CASTLEBERRY PROSPECT |
| 32.5 acres, more or less, in Conecuh County, Alabama | 06/12/2018 | 06/12/2021 | 32.50000000 | 32.50000000 Freddie J. McMillan and Lisa T. McMillan | Alabama | CASTLEBERRY PROSPECT |
| 26 acres, more or less, in Conecuh County, Alabama | 06/12/2018 | 06/12/2021 | 29.00000000 | 4.66030000 William J. Ellis, II | Alabama | CASTLEBERRY PROSPECT |
| Township 4 North, Range 10 East, Sec. 36 SESW, lying North and West of Murder Creek, 29 ac | 05/15/2018 | 05/15/2021 | 29.00000000 | 0.04315490 Kaye Bethune | Alabama | CASTLEBERRY PROSPECT |
| Township 4 North, Range 10 East, Sec. 36 SESW, lying North and West of Murder Creek, 29 ac | 05/15/2018 | 05/15/2021 | 29.00000000 | 0.05751657 William Patrick Andrews | Alabama | CASTLEBERRY PROSPECT |
| Township 4 North, Range 10 East, Sec. 36 SESW, lying North and West of Murder Creek, 29 ac | 05/15/2018 | 05/15/2021 | 29.00000000 | 0.08630951 Michael Todd Bethune | Alabama | CASTLEBERRY PROSPECT |
| Township 4 North, Range 10 East, Sec. 36 SESW, lying North and West of Murder Creek, 29 ac | 05/15/2018 | 05/15/2021 | 29.00000000 | 0.05751657 Joseph Oliver Andrews | Alabama | CASTLEBERRY PROSPECT |
| Township 4 North, Range 10 East, Sec. 36 SESW, lying North and West of Murder Creek, 29 ac | 05/15/2018 | 05/15/2021 | 29.00000000 | 0.51785706 Margaret H. Williams | Alabama | CASTLEBERRY PROSPECT |
| Township 4 North, Range 10 East, Sec. 36 SESW, lying North and West of Murder Creek, 29 ac | 05/15/2018 | 05/15/2021 | 29.00000000 | 0.08630951 Linda Kaye Bethune Citchen | Alabama | CASTLEBERRY PROSPECT |
| Township 4 North, Range 10 East, Sec. 36 SESW, lying North and West of Murder Creek, 29 ac | 05/15/2018 | 05/15/2021 | 29.00000000 | 0.05751657 James Donald Andrews | Alabama | CASTLEBERRY PROSPECT |
| Township 4 North, Range 10 East, Sec. 36 SESW, lying North and West of Murder Creek, 29 ac | 05/25/2018 | 05/25/2021 | 29.00000000 | 2.21531000 Nicki Ellis | Alabama | CASTLEBERRY PROSPECT |
| Township 4 North, Range 10 East, Sec. 36 SESW, lying North and West of Murder Creek, 29 ac | 05/25/2018 | 05/25/2021 | 29.00000000 | 0.51997000 Emmaline N. Ellis | Alabama | CASTLEBERRY PROSPECT |
| Township 4 North, Range 10 East, Sec. 36 SESW, lying North and West of Murder Creek, 29 ac | 05/25/2018 | 05/25/2021 | 29.00000000 | 0.51997000 Nicholas S. Ellis | Alabama | CASTLEBERRY PROSPECT |
| Township 4 North, Range 10 East, Sec. 36 SESW, lying North and West of Murder Creek, 29 ac | 05/25/2018 | 05/25/2021 | 29.00000000 | 0.52200000 Noah B. Ellis | Alabama | CASTLEBERRY PROSPECT |
| Township 4N, R10E, Section 36, SESW, lying North and West of Murder Creek, 29 acres, more | 06/12/2018 | 06/12/2021 | 29.00000000 | 4.66030000 Mary Evelyn Ellis Pate | Alabama | CASTLEBERRY PROSPECT |
| 26 acres, more or less, in Conecuh County, Alabama | 09/03/2019 | 09/03/2022 | 26.00000000 | 0.02150200 Marybeth Stieferman | Alabama | CASTLEBERRY PROSPECT |
| 26 acres, more or less, in Conecuh County, Alabama | 09/03/2019 | 09/03/2022 | 26.00000000 | 0.08580000 Shirley S. Andrews | Alabama | CASTLEBERRY PROSPECT |
| 26 acres, more or less, in Conecuh County, Alabama | 09/03/2019 | 09/03/2022 | 26.00000000 | 0.02150200 Joyce Eveler | Alabama | CASTLEBERRY PROSPECT |
| 38 acres, more or less, in Conecuh County, Alabama | 09/24/2019 | 09/24/2022 | 38.00000000 | 4.75000000 Nore Lee Patterson | Alabama | CASTLEBERRY PROSPECT |
| 38 acres, more or less, in Conecuh County, Alabama | 09/24/2019 | 09/24/2022 | 38.00000000 | 4.75000000 John David Mosby | Alabama | CASTLEBERRY PROSPECT |
| 38 acres, more or less, in Conecuh County, Alabama | 09/24/2019 | 09/24/2022 | 38.00000000 | 2.37500000 Ellen B. Carter | Alabama | CASTLEBERRY PROSPECT |
| Section 2, T14N, R7W: NE/4, E/2 of NW/4, NW of NW/4 and E/2 of SE/4, 350.77 acres, more | 03/01/2017 | 03/01/2020 | 858.38000000 | 858.38000000 Red River Louisiana TRS LP f/k/a Timberstar Louisiana TR | Louisiana | East Castor |
| Section 11, T14N, R7W, NW corner of SW/4 of SW/4, 3.89 acres, more or less, in Bienville Par | 03/28/2017 | 03/28/2020 | 3.89000000 | 0.32416665 Billy J. Nolan | Louisiana | East Castor |
| Section 11, T14N, R7W, NW corner of SW/4 of SW/4, 3.89 acres, more or less, in Bienville | 03/28/2017 | 03/28/2020 | 3.89000000 | 1.29666665 James M. Humphrey | Louisiana | East Castor |
| Section 11, T14N, R7W, SW corner NW/4 of SE/4, 3 acres, more or less, in Bienville Parish, Lo | 03/06/2017 | 03/06/2020 | 3.00000000 | 3.00000000 Pine Grove Church | Louisiana | East Castor |
| Section 11, T14N, R7W, S 2/3rds of E 3/8ths of SW/4 of SE/4, lying South and East of road, 6.6 | 02/23/2017 | 02/23/2020 | 6.66670000 | 6.66670000 Jacob W. Branch and Megan T. Branch | Louisiana | East Castor |
| Section 11, T14N, R7W, SW/4 of SE/4, L&E the East 13 and 1/3rd acre, lying North and East o | 02/23/2017 | 02/23/2020 | 10.00000000 | 10.00000000 Paul A. Thomas and Lisa D. Thomas | Louisiana | East Castor |
| Section 11, T14N, R7W, NW corner of SW/4 of SW/4, 3.89 acres, more or less, in Bienville Par | 02/23/2017 | 02/23/2020 | 3.89000000 | 0.32420000 Bobbie L. Halbert | Louisiana | East Castor |
| 3.89 acres of land, more or less, described as beginning at the NW corner of the SWSW in Sec | 03/28/2017 | 03/28/2020 | 3.89000000 | 1.29665370 Jerry W. Humphrey, Sr. | Louisiana | East Castor |
| Section 11, T14N-R7W, N 1/3 of E 3/8 of SW/4 of SE/4, lying S and W of Road, and E 2/8 of W | 01/30/2017 | 01/30/2020 | 10.00000000 | 10.00000000 Curtis and Lottie Dison | Louisiana | East Castor |
| Section 11, T14N-R7W, subdivided from 13.33 acre tract of land owned by Sandra T. Marson | 05/02/2017 | 05/02/2020 | 1.01000000 | 1.01000000 Dwight Shane Lewter | Louisiana | East Castor |
| Section 11, T14N-R7W, SW/4 of SE/4, L&E 1.01 tract of land located in SW/4 of SE/4, 12.32 ac | 05/02/2017 | 05/02/2020 | 12.32000000 | 6.16000000 Sandra Thrasher Marson | Louisiana | East Castor |
| Section 11, T14N-R7W, SW/4 of SW/4, 3.89 acres, more or less, in Bienville Parish, Louisian | 03/28/2017 | 03/28/2020 | 3.89000000 | 0.32420000 Carol A. Daniel | Louisiana | East Castor |
| Section 11, T14N, R7W, SE/4 of SW/4, 3.89 acres, more or less, in Bienville Parish, Louisiana | 03/28/2017 | 03/28/2020 | 3.89000000 | 0.32420000 Linda F. Lawrence | Louisiana | East Castor |
| Section 2, T14N-R7W, SW/4 of SW/4, 40 acres, more or less, in Bienville Parish, Louisian | 05/02/2017 | 05/02/2020 | 40.00000000 | 20.00000000 Johnny David Thomas and Magline Kay Thomas | Louisiana | East Castor |
| 1CHE01-13N-05W-07-01 | 03/27/2017 | 03/27/2020 | 20.00000000 | 20.00000000 Evans Land Management, LLC | Louisiana | Chestnut |
| 1CHE01-13N-05W-07-02 | 03/27/2017 | 03/27/2020 | 20.00000000 | 20.00000000 JF Kelley Clan, LLC | Louisiana | Chestnut |
| 1CHE01-13N-05W-06-15 | 03/27/2017 | 03/27/2020 | 180.00000000 | 28.57142820 Max Evans and Daisy Broussard Evans | Louisiana | Chestnut |
| Section 7, T13N, R5W, SE/4 of NW/4 and N/2 of SW/4 of NE/4, 60 acres, more or less, ir | 02/16/2017 | 02/16/2020 | 60.00000000 | 4.44444000 Denis Bartlett et al | Louisiana | Chestnut |
| Section 7, T13N, R5W, SE/4 of NW/4 and N/2 of SW/4 of NE/4, 60 acres, more or less, in Win | 02/23/2017 | 02/23/2020 | 60.00000000 | 13.33200000 Glenda T. Williams | Louisiana | Chestnut |
| The South 19.9 ac of the W/2 of NW/4 lying West of Sepulga River Sec 4 T3N R13E Escambia | 10/27/2018 | 10/27/2021 | 19.90000000 | 19.90000000 J.C. Snowden | Alabama | Escambia Prospect |
| Sec 12, T3N, R12E and Sec 5, T3N, R13E. | 02/28/2019 | 02/28/2023 | 68.00000000 | 2.83330000 Wayne M. Blair & Carolyn Blair, et ux | Alabama | Escambia Prospect |
| Section 5 Township 3 North, Range 13 East:10 acres in the NW/SE, Escambia County, Alabam | 02/28/2019 | 02/28/2023 | 10.00000000 | 0.41667000 Martha B. Robinson | Alabama | Escambia Prospect |
| 54ac SE/4 of NW/4 and 20ac in NE/4 NW/4 being all that part lying and being East of Brookly | 02/28/2019 | 02/28/2023 | 68.00000000 | 2.83333686 Mary B. Andrews and William Patrick Andrews | Alabama | Escambia Prospect |
| Section 31, T4N, R13E, 80.0 acres located in the S/2 of SE/4 of Sec 31 T4N R13E in Conecuh C | 05/30/2019 | 05/30/2023 | 80.00000000 | 10.00000000 John N. Feagin and  Germania W. Feagin | Alabama | Escambia Prospect |
| 40 acres located in the SE/4 of SE/4 of Sec 8 T3N R13E in Escambia Co., AL | 05/24/2017 | 05/24/2020 | 40.00000000 | 20.00000000 Gladys G. Dawkins and Juanita B. Dawkins | Alabama | Escambia Prospect |
| 40 acres located in the SE/4 of SE/4 of Sec 8 T3N R13E in Escambia Co., AL | 05/24/2017 | 05/24/2020 | 40.00000000 | 40.00000000 Carolyn C. Kennedy | Alabama | Escambia Prospect |
| T3N, R13E, Sec. 5, NWSE, 10ac. Also NESE, 42. 7 acres | 01/03/2019 | 01/03/2022 | 53.02000000 | 45.82500000 The Reo Kirkland Trust, by Wendy West and James E. Close, Tr | Alabama | Escambia Prospect |
| SW/4 of SE/4, all that part of SE/4 of SE/4 which lies West of Sepulga River; SW/4 except that | 11/02/2018 | 11/02/2021 | 175.00000000 | 3.50000000 Estate of Marie Mabe Bergman Linda Bergman Webb, Executrix o | Alabama | Escambia Prospect |
| SW/4 of SE/4, all that part of SE/4 of Section 1, T3N-R12E. | 01/17/2019 | 01/17/2022 | 40.00000000 | 0.95238080 Syble LaJune White | Alabama | Escambia Prospect |
| SW/4 of SW/4 of Section 1, T3N-R12E. | 01/17/2019 | 01/17/2022 | 40.00000000 | 0.95240000 Carol Roberts | Alabama | Escambia Prospect |
| SW/4 of SW/4 of Section 1, T3N-R12E. | 01/17/2019 | 01/17/2022 | 40.00000000 | 2.85714000 John Robert Roby | Alabama | Escambia Prospect |
| SW/4 of SW/4 of Section 1, T3N-R12E. | 01/17/2019 | 01/17/2022 | 40.00000000 | 1.42856800 Janice Smith | Alabama | Escambia Prospect |
| SW/4 of SW/4 of Section 1, T3N-R12E. | 01/16/2019 | 01/16/2022 | 40.00000000 | 0.95238080 Sandra Ellis | Alabama | Escambia Prospect |
| SW/4 of SW/4 of Section 1, T3N-R12E. | 01/17/2019 | 01/17/2022 | 40.00000000 | 1.42860000 Foster F. Fountain, III | Alabama | Escambia Prospect |
| SW/4 of SW/4 of Section 1, T3N-R12E. | 01/17/2019 | 01/17/2022 | 40.00000000 | 1.42856800 Karen A. Fulford | Alabama | Escambia Prospect |
| 8 acres in the SW/corner of the SE/4 of Sec 24, T3N-R12E in Escambia Co., AL | 11/01/2018 | 11/01/2021 | 8.00000000 | 8.00000000 Gene Dixon & Jane Dixon | Alabama | Escambia Prospect |
| SW/4 of SW/4 of Section 1, T3N-R12E. | 01/17/2019 | 01/17/2022 | 40.00000000 | 1.42856800 Sarah Russell Tate | Alabama | Escambia Prospect |
| Section 1, Township 3 North, Range 12 East: SW/SW, Escambia County, Alabama | 02/15/2019 | 02/15/2022 | 40.00000000 | 0.55409840 Kelley Alford | Alabama | Escambia Prospect |
| 80.0 acres located in the S/2 of SE/4 of Sec 31 T4N R13E in Conecuh Co., AL | 08/25/2019 | 08/25/2024 | 80.00000000 | 5.00000000 Mae Adele Tait Sharp | Alabama | Escambia Prospect |
| 80 acres , S/2 of SE/4, Sec 31 T4N R13E in Conecuh Co., AL | 08/25/2019 | 08/25/2024 | 80.00000000 | 6.25000000 Charles R. Tait, III | Alabama | Escambia Prospect |
| 80.0 acres located in the S/2 of SE/4 of Sec 31 T4N R13E in Conecuh Co., AL | 08/25/2017 | 08/25/2020 | 80.00000000 | 5.00000000 Charles R. Tait, Jr. | Alabama | Escambia Prospect |
| SW/4 of SE/4, all that part of SE/4 of SE/4 which lies West of Sepulga River; SW/4 except that | 08/27/2017 | 08/27/2020 | 185.40000000 | 92.70000000 Family Trust George Raymond Merritt, as Trustee | Alabama | Escambia Prospect |
| 80.0 ac S/2 of SE/4 Sec 31 T4N R13E Conecuh Co., AL | 08/25/2017 | 08/25/2020 | 80.00000000 | 6.25000000 Darrell Preston Brannon | Alabama | Escambia Prospect |
| 80.0 ac S/2 of SE/4 Sec 31 T4N R13E Conecuh Co., AL | 08/25/2017 | 08/25/2020 | 80.00000000 | 6.25000000 Michael Brian Crookshank | Alabama | Escambia Prospect |
| 80.0 ac S/2 of SE/4 Sec 31 T4N R13E Conecuh Co., AL | 08/25/2017 | 08/25/2020 | 80.00000000 | 5.00000000 Vera Frances Tait | Alabama | Escambia Prospect |
| 30 acres located in the SW/4 of SE/4 of Sec. 36, T4N-R12E in Conecuh Co., AL.;17.50 acres loc | 03/13/2019 | 03/13/2022 | 129.50000000 | 56.83333340 Carolyn C. Kennedy | Alabama | Escambia Prospect |
| Section 31, T4N, R13E, 80 ACRES, THE SOUTH 1/2 OF THE SE/4 SEC 31, TO4, R13I | 05/30/2017 | 05/30/2020 | 80.00000000 | 10.00000000 Olen Paul Padgett & Kimberly F. Padgett | Alabama | Escambia Prospect |
| 80 ACRES S/2 OF THE SE/4 | 05/30/2017 | 05/30/2020 | 80.00000000 | 10.00000000 John N. Feagin, Jr. | Alabama | Escambia Prospect |
| S/2 OF THE SE/4 SEC 31, TO4, R13E | 05/30/2017 | 05/30/2020 | 80.00000000 | 10.00000000 Benjamin C. Feagin | Alabama | Escambia Prospect |
| 113 GA: NW/4 NE/4 Sec 9;  and NW/4 SW/4 and SW/4 NW/4 and 1 acre in NE/c of NW/4 of S | 01/23/2019 | 01/26/2023 | 153.00000000 | 96.50000000 Oscar DePriest Tucker | Alabama | Escambia Prospect |
| 1 acre in NE/4 of SW/4 Sec 10 T3N R13E Conecuh Co., AL #21-34-02-10-0-000-018.00( | 02/15/2017 | 02/15/2020 | 1.00000000 | 1.00000000 Mamie Bradley Estate by Joseph Bradley | Alabama | Escambia Prospect |
| Section 10, T3N, R13E | 02/15/2017 | 02/15/2020 | 4.99000000 | 4.99000000 JAMES L. BRADLEY, JR | Alabama | Escambia Prospect |
| Modified to a 4 year primary term as of July 32, 2014 | 05/09/2018 | 05/09/2021 | 1,080.30000000 | 1,060.30000000 Cedar Creek Land & Timber, Inc. | Alabama | Escambia Prospect |
| Sections 31 and 32, T4N-R13E, Conecuh County, Alabama | 03/20/2017 | 03/20/2020 | 4.00000000 | 4.00000000 Sarah Lanier,Trustee of Sarah Lanier Irr Trust for Sarah | Alabama | Escambia Prospect |
| THIS LEASE WAS COMBINED (PARTIALLY ) WITH LEASE 263! | 03/20/2017 | 03/20/2020 | 40.00000000 | 4.00000000 Sarah Lanier,Trustee of the Sarah Lanier Irrev. Trust for | Alabama | Escambia Prospect |

EXHIBIT 3

| Description | Date 1 | Date 2 | Acres | Amount | Name | State | Prospect |
|---|---|---|---|---|---|---|---|
| THIS LEASE WAS RENEWED AND PARTIALLY COMBINED WITH LEASE 272 | 03/20/2017 | 03/20/2020 | 40.00000000 | 4.00000000 | Sarah Lanier, Trustee of Sarah Lanier Tr Irrev. for Glenn E | Alabama | Escambia Prospect |
| 57 acres in Sec 9 T3N R13E Conecuh Co., Al | 05/05/2017 | 05/05/2020 | 57.00000000 | 2.37500019 | Tempe A. Stancil | Alabama | Escambia Prospect |
| 8.4 ac: 11 T3N-R13E Conecuh Co., Al | 05/23/2019 | 05/23/2022 | 8.40000000 | 1.40000280 | Mary Lee Bonham | Alabama | Escambia Prospect |
| 8.4 ac: in Sec. 11 T3N-R13E Conecuh Co., Al | 05/23/2019 | 05/23/2022 | 8.40000000 | 1.40000280 | James McCreary | Alabama | Escambia Prospect |
| 8.4 ac: in Sec. 11 T3N-R13E Conecuh Co., Al | 05/23/2019 | 05/23/2022 | 8.40000000 | 1.40000280 | Gladys Trawick | Alabama | Escambia Prospect |
| 8.4 ac: in Sec. 11 T3N-R13E Conecuh Co., Al | 05/23/2019 | 05/23/2022 | 8.40000000 | 1.40000280 | Cather Lee Sturdivant | Alabama | Escambia Prospect |
| Section 12, T3N, R12E and Section 5, T3N, R13E, 78 acres more or less, Escambia County, Alal | 06/03/2019 | 06/03/2022 | 72.00000000 | 33.24963200 | Dale B. Blair and Martha R. Blair | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, SENW and 20 acres more or less in NENW.  Section 5, T3N, R13E,  10 a | 06/03/2019 | 06/03/2022 | 78.00000000 | 3.24996060 | Margaret Long | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, SE/4 of NW/4 and 20 acres more or less in NE/4 of NW/4, being all tha | 06/03/2019 | 06/03/2022 | 78.00000000 | 3.24996120 | Ann Edwards | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, SE/4 of NW/4 and 20 acres more or less in NE/4 of NW/4, being all tha | 06/03/2019 | 06/03/2022 | 78.00000000 | 3.24995460 | Howard Blair, Jr | Alabama | Escambia Prospect |
| Section 9, T3N, R13E, SE/4 of NE/4, less ROW and all of E/2 of NE/4, 57 acres, more or less, C | 08/15/2017 | 08/15/2020 | 57.00000000 | 2.37500019 | Augusta McLendon | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, SE/4 of NW/4 and 20 acres more or less in NE/4 of NW/4, being all tha | 06/03/2019 | 06/03/2022 | 68.00000000 | 1.02082280 | Marita B. Snyder | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, SE/4 of NW/4 and 20 acres more or less in NE/4 of NW/4, being all tha | 06/03/2019 | 06/03/2022 | 78.00000000 | 3.24995460 | John Blair | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, SE/4 of NW/4 and 20 acres more or less in NE/4 of NW/4, being all tha | 06/03/2019 | 06/03/2022 | 78.00000000 | 6.87187518 | Julia Blair | Alabama | Escambia Prospect |
| 58 ACRES IN SEC12,T3N, R13E  CONECUH ALABAMA | 06/03/2019 | 06/03/2022 | 78.00000000 | 1.74833346 | Susan Blair | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, SE/4 of NW/4 and 20 acres more or less in NE/4 of NW/4, being all tha | 06/03/2019 | 06/03/2022 | 78.00000000 | 3.24995460 | Elizabeth Blair Johansen | Alabama | Escambia Prospect |
| T3N, R13E:  Section 8, all that part of SE/4 on East side of Sepulga River; Section 9, SE/4 NW/ | 06/15/2016 | 06/15/2021 | 255.00000000 | 31.87500000 | Stanley Schwenden | Alabama | Escambia Prospect |
| T3N, R13E:  Section 8, all that part of SE/4 on East side of Sepulga River; Section 9, SE/4 NW/ | 06/15/2016 | 06/15/2021 | 255.00000000 | 31.87500000 | Eleanor Perry | Alabama | Escambia Prospect |
| T3N, R13E:  Section 8, all that part of SE/4 on East side of Sepulga River; Section 9, SE/4 NW/ | 07/15/2016 | 07/15/2021 | 255.00000000 | 31.88000000 | Marion E. Harlan | Alabama | Escambia Prospect |
| Section 25, T4N, R13E, SW/4 of SW/4; Section 35, E/2 of SE/4 of NE/4; all of the E/2 of the NE | 11/23/2020 | 11/23/2026 | 166.00000000 | 166.00000000 | John T Harper Rosemary Harper | Alabama | Escambia Prospect |
| 1ESC01-380 | 02/14/2018 | 02/14/2021 | 40.00000000 | 1.00000000 | Hermine M. Downing | Alabama | Escambia Prospect |
| NW/4 OF THE NW/4 SEC 4, T03N, R12E: 40 acres, more or less, in Escambia County, Alabam | 02/14/2018 | 02/14/2021 | 40.00000000 | 0.66664000 | Stella Livingston Hawkins | Alabama | Escambia Prospect |
| 40 GA: NW/4 NW/4 Sec 4 T3N R12E Escambia Co., Al | 02/14/2018 | 02/14/2021 | 40.00000000 | 6.00000000 | Adrian C. Allen | Alabama | Escambia Prospect |
| 1ESC01-380 | 02/14/2018 | 02/14/2021 | 40.00000000 | 0.25000000 | Anna L. Downing | Alabama | Escambia Prospect |
| 1ESC01-380 | 02/14/2018 | 02/14/2021 | 40.00000000 | 0.25000000 | Wiley W. Downing, III | Alabama | Escambia Prospect |
| 1ESC01-380 | 02/14/2018 | 02/14/2021 | 40.00000000 | 4.00000000 | Adrienne P. Watkins | Alabama | Escambia Prospect |
| Township 3 North, Range 12 East, Section 4: The NW of the NW, 40 acres, more or less, in Esc | 02/14/2018 | 02/14/2021 | 40.00000000 | 0.25000000 | Dan M. Downing | Alabama | Escambia Prospect |
| 40 GA: NW/4 NW/4 Sec 4 T3N R12E Escambia Co., Al | 02/14/2018 | 02/14/2021 | 40.00000000 | 0.25000000 | Jane Downing Dunaway | Alabama | Escambia Prospect |
| 40 ACRES IN THE NW/4 OF NW/4 SECTION 4 T3N, R12E | 02/14/2018 | 02/14/2021 | 40.00000000 | 0.25000000 | Lisa Downing Heaton | Alabama | Escambia Prospect |
| 1ESC01-322 | 10/03/2101 | 10/03/2104 | 3.40000000 | 0.54400000 | Brenda Gail Wise | Alabama | Escambia Prospect |
| 40 ACRES; SW/4 OF SW/4 SEC 1 | 01/17/2019 | 01/17/2022 | 40.00000000 | 1.42856800 | Richard Lombard | Alabama | Escambia Prospect |
| 5287 acres, more or less, in Escambia County, Alabama | 06/12/2018 | 06/12/2021 | 3,371.30000000 | 3,371.30000000 | Cedar Creek Land & Timber, Inc. | Alabama | Escambia Prospect |
| 364 acres, more or less, in Conecuh County, Alabama | 04/18/2018 | 04/18/2023 | 364.00000000 | 91.00000000 | The I's of Texas Family Partnership L.P. | Alabama | Escambia Prospect |
| 364 acres, more or less, in Conecuh County, Alabama | 04/18/2018 | 04/18/2023 | 364.00000000 | 91.00000000 | The Second Artyce, L.P. | Alabama | Escambia Prospect |
| Section 10, T3N, R13E: 60.00 acres, more or less, being the Northwest Quarter (NW/4) of | 05/21/2017 | 05/21/2020 | 90.40000000 | 52.80000000 | Joshua R. Pate | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, 5 acres of land with width of 110 yards lying along the western edge o | 05/20/2017 | 05/20/2020 | 5.00000000 | 0.04000000 | Grady Lynn Ralls & Willodean Ralls, et ux | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, 5 acres of land with width of 110 yards lying along the western edge o | 05/20/2017 | 05/20/2020 | 5.00000000 | 0.16000000 | William Edward Ralls, Jr. | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, 5 acres of land with width of 110 yards lying hte western edge o | 05/20/2017 | 05/20/2020 | 5.00000000 | 0.83000000 | Loree Hamiter | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, 5 acres of land with width of 110 yards lying along the western edge o | 05/20/2017 | 05/20/2020 | 5.00000000 | 0.83000000 | Harold W. Hamiter | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, 5 acres of land with width of 110 yards, in Conecuh County, Alabam | 05/20/2017 | 05/20/2020 | 5.00000000 | 0.04000000 | Carol Ralls Pate | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, 5 acres of land with width of 110 yards lying along the western edge o | 05/20/2017 | 05/20/2020 | 5.00000000 | 0.41000000 | Kenneth Ralls | Alabama | Escambia Prospect |
| Section 10, T3N, R13E, SW/4 of SW/4 and NW/4 of NW/4, 80 acres more or less, Escambia Co | 06/12/2017 | 06/12/2020 | 80.00000000 | 40.00000000 | Joshua R. Pate | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, 5 acres of land with width of 110 yards lying along the western edge o | 05/20/2017 | 05/20/2020 | 5.00000000 | 0.08330000 | James E. Hamiter | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, 5 acres of land with width of 110 yards lying along the western edge o | 05/20/2017 | 05/20/2020 | 5.00000000 | 0.04166500 | Rosemary Ralls Harper | Alabama | Escambia Prospect |
| Section 12, T3N, R12E, 5 acres of land with width of 110 yards lying along the western edge o | 05/20/2017 | 05/20/2020 | 5.00000000 | 0.16665000 | Kristen Michelle Vint | Alabama | Escambia Prospect |
| Section 12, T3N-R12E, S/2 of SW/4 of SE/4 | 05/20/2017 | 05/20/2020 | 5.00000000 | 0.16665000 | Shane Leigh Carico | Alabama | Escambia Prospect |
| TOWNSHIP 3 NORTH, RANGE 13 EAST | 01/24/2019 | 01/24/2022 | 199.00000000 | 75.25000000 | Grady Ralls Family Trust Grady Lynn Ralls, Co-Trustee | Alabama | Escambia Prospect |
| Section 11, Township 3 North, Range 12 East: E/2 of NW/4, herein more particularly describe | 09/25/2017 | 09/25/2020 | 80.00000000 | 20.00000000 | Patricia Ann Worrell | Alabama | Escambia Prospect |
| Section 11, Township 3N, R12E: E/2 of NW/4 80 acres, more or less in Escambia County, Alat | 10/02/2017 | 10/02/2020 | 80.00000000 | 20.00000000 | Fletcher Mayhew Lucas | Alabama | Escambia Prospect |
| Section 1: E/2 of NE/4 of SW/4, Township 3 North, Range 13 East, 20 acres, more or less, in E | 11/25/2020 | 11/25/2020 | 20.00000000 | 20.00000000 | Sandra B. Rush | Alabama | Escambia Prospect |
| Section 1: 1 acre SE/SW, Township 3 North, Range 12 East, 1 acres, more or less, in Escambia | 12/30/2017 | 12/30/2020 | 1.00000000 | 1.00000000 | Neileen Rivers | Alabama | Escambia Prospect |
| Section 1, Township 3 North, Range 12 East: SW/4 of SW/4, 40 acres, more or less, in Escamb | 01/05/2018 | 01/05/2021 | 40.00000000 | 2.50000000 | Stephen L. Tolbert | Alabama | Escambia Prospect |
| Township 3 North, Range 13 East: Section 12: S/2 NE; Section 14: East 26 acres of NWSE and | 12/09/2014 | 12/09/2020 | 368.00000000 | 10.22219360 | James H. Balcom | Alabama | Escambia Prospect |
| Township 3 North, Range 13 East: Section 12: S/2 of NE/4; Section 14: East 26 acresof NW/4 | 12/09/2014 | 12/09/2020 | 368.00000000 | 10.22219360 | Frank J. Greskovich | Alabama | Escambia Prospect |
| Township 3 North, Range 13 East: Section 12: S/2 of NE/4; Section 14: E 26 2/3 acres of NW/S | 12/09/2014 | 12/09/2020 | 368.00000000 | 10.22219360 | Craig Walter Gillespie | Alabama | Escambia Prospect |
| Township 3 North, Range 13 East: Section 12: S/2 of NE/4; Section 14: East 26 acres of NW/4 | 12/09/2014 | 12/09/2020 | 368.00000000 | 10.22219360 | Joseph T. Saiter, Jr., & Cheryl P. Saiter | Alabama | Escambia Prospect |
| Township 3 North, Range 13 East: Section 12: S/2 of NE/4; Section 14: East 26 2/3 acres of NV | 12/09/2014 | 12/09/2020 | 368.00000000 | 3.40731200 | Kathryn Eckerlein Errington | Alabama | Escambia Prospect |
| Township 3 North, Range 13 East: Section 12: S/2 of NE/4; Section 14: East 26 2/3 acres of NV | 12/09/2014 | 12/09/2020 | 368.00000000 | 10.22219360 | Natalie S. Ciano, Trustee | Alabama | Escambia Prospect |
| Township 3 North, Range 13 East: Section 12: S/2 of NE/4; Section 14: East 26 2/3 acres of | 12/09/2014 | 12/09/2020 | 368.00000000 | 10.22219360 | Henry W. Coe | Alabama | Escambia Prospect |
| Township 3 North, Range 13 East: Section 12: S/2 of NE/4; Section 14: East 26 2/3 acres of NV | 12/09/2014 | 12/09/2020 | 368.00000000 | 3.40731200 | Mary Elizabeth Lazzaro | Alabama | Escambia Prospect |
| Township 3 North, Range 13 East: Section 12: S/2 of NE/4; Section 14: East 26 2/3 acres of NV | 12/09/2014 | 12/09/2020 | 368.00000000 | 10.22219360 | Benjamin L. Stalnaker | Alabama | Escambia Prospect |
| T003N-R012E-01 (1.05 acres)1.05 acres, more or less,  in Escambia County, AL | 01/15/2018 | 01/15/2021 | 4.20000000 | 0.60750001 | Janice Matthews Lee | Alabama | Escambia Prospect |
| T003N-R012E-01 (1.05 acres)1.05 acres, more or less, in Escambia County, AL | 01/21/2018 | 01/21/2021 | 4.20000000 | 0.20500000 | Harvey Boyette | Alabama | Escambia Prospect |
| 4.2 acres, more or less, in Escambia County, Alabama | 01/27/2018 | 01/27/2021 | 4.20000000 | 0.40500002 | Carol V. Harris | Alabama | Escambia Prospect |
| 4.2 acres, more or less, in Escambia County, Alabama | 01/27/2018 | 01/27/2021 | 4.20000000 | 0.40500002 | Ted Gibson, Jr. | Alabama | Escambia Prospect |
| T003N-R012E-01 (1.05 acres)1.05 acres, more or less, in Escambia County, AL | 01/30/2018 | 01/30/2021 | 4.20000000 | 0.30750000 | Marjorie Warsing | Alabama | Escambia Prospect |
| Section 1, Township 3 North, Range 12 East, 4.2 acres more or less, Escambia County, Alabam | 02/03/2018 | 02/03/2021 | 4.20000000 | 0.60750000 | Johnny Terrell | Alabama | Escambia Prospect |
| TOWNSHIP 3 NORTH RANGE 12 EAST Section 1, 4.2 acres, more or less in Escambia County, | 01/21/2018 | 01/21/2021 | 4.20000000 | 0.40500002 | Patricia G. Ware | Alabama | Escambia Prospect |
| T003N-R012E-01 (1.05 acres)1.05 acres, more or less, in Escambia County, AL | 01/30/2018 | 01/30/2021 | 4.20000000 | 0.30750000 | H.L.  McClain | Alabama | Escambia Prospect |
| T003N-R012E-01 (1.05 acres)1.05 acres, more or less, in Escambia County, AL | 01/18/2018 | 01/18/2021 | 4.20000000 | 0.20500000 | Elaine Hastings | Alabama | Escambia Prospect |
| Section 1, Township 3 North, Range 12 East:  SE/SW, 6 acres, more or less, in Escambia Count | 02/18/2018 | 02/18/2021 | 6.00000000 | 3.00000000 | Jimmie H. Mullins | Alabama | Escambia Prospect |
| Section 1, Township 3 North, Range 12 East: SE/SW, 6 acres, more or less, in Escambia Count | 02/18/2018 | 02/18/2021 | 6.00000000 | 3.00000000 | Linda K. Howland | Alabama | Escambia Prospect |
| Section 1, TOWNSHIP 3 NORTH, RANGE 12 EAST 7.2 acres, more or less, in Escambia County, | 01/28/2018 | 01/28/2021 | 7.20000000 | 7.20000000 | J. Gibson | Alabama | Escambia Prospect |
| Section 31, T4N, R13E, NW/4 of SE/4 and SW/4 of NE/4, 80 acres, more or less, in Escambia C | 02/10/2017 | 02/10/2020 | 80.00000000 | 40.00000000 | George Rayford Graves | Alabama | Escambia Prospect |
| Sec 31, T4N, R13E, 2 acres, more or less in Escambia County, Alabama | 02/20/2017 | 02/20/2020 | 2.00000000 | 0.12500000 | Kenneth Baker | Alabama | Escambia Prospect |
| Section 31, T4N, R13E, NW/4 of SE/4 and SW/4 of NE/4, 80 acres, more or less, in Escambia C | 02/10/2017 | 02/10/2020 | 80.00000000 | 40.00000000 | Steven D. Graves | Alabama | Escambia Prospect |

EXHIBIT 3

| Description | Date 1 | Date 2 | Acres | Owner | State | Prospect |
|---|---|---|---|---|---|---|
| Section 31, T4N, R13E, W/2 of NE/4 of NE/4; 6 acres more or less in NW cor. of SE/4 of NE/4, | 02/14/2017 | 02/14/2020 | 26.00000000 | 26.00000000 James A. Rhodes | Alabama | Escambia Prospect |
| Sec 31, T4N, R13E, 6.81 acres, more or less, in Escambia County, Alabama. | 02/14/2017 | 02/14/2020 | 6.81000000 | 6.81000000 Angela D. Short | Alabama | Escambia Prospect |
| Sec 31, T4N, R13E, 21 acres, more or less, in Escambia County, Alabama. | 02/14/2017 | 02/14/2020 | 21.00000000 | 5.25000000 Dorothy Sharon Jones Gates as Trustee of The Dorothy Jones G | Alabama | Escambia Prospect |
| Sec 31, T4N, R13E, 25 acres, more or less, in Escambia County, Alabama. | 02/14/2017 | 02/14/2020 | 25.00000000 | 25.00000000 Frank Steadman and Beverly Steadman | Alabama | Escambia Prospect |
| Sec 31, T4N, R13E, 21 acres, more or less, in Escambia County, Alabama. | 02/14/2017 | 02/14/2020 | 21.00000000 | 5.25000000 Kathy Jones-Turner | Alabama | Escambia Prospect |
| Sec 31, T4N, R13E, 2 acres, more or less, in Escambia County, Alabama. | 02/20/2017 | 02/20/2020 | 2.00000000 | 2.00000000 Lucy Claie McClendon | Alabama | Escambia Prospect |
| Sec 31, T4N, R13E, all North of road in NW/4 of NE/4, 33 acres, more or less, in Escambia | 02/14/2017 | 02/10/2020 | 33.00000000 | 33.00000000 Mary Ann Mack | Alabama | Escambia Prospect |
| Section 31, T4N, R13E, all of NW/4 of NE/4 south of county road 6, 7.76 acres, more or less, in | 02/14/2017 | 02/14/2020 | 7.76000000 | 0.60000000 Charles R. Tait, III | Alabama | Escambia Prospect |
| Sec 31, T4N, R13E, 2 acres, more or less, in Escambia County, Alabama. | 02/20/2017 | 02/20/2020 | 2.00000000 | 0.12500000 Robert Terrell McLendon | Alabama | Escambia Prospect |
| Section 31, T4N, R13E, 2 acres, more or less, in Escambia County, Alabama. | 02/20/2017 | 02/20/2020 | 2.00000000 | 0.25000000 Cathy Tomlin | Alabama | Escambia Prospect |
| Section 31, T4N-R13E, NW/4 of NE/4 lying south of County Road #6; Part of Mary Mack Well; | 02/14/2017 | 02/14/2020 | 7.76000000 | 0.48500000 Charles R. Tait, Jr. | Alabama | Escambia Prospect |
| Section 31, T4N-R13E, NE/4 of NW/4 south of county road #6; part of Mary Mack Well; 7.76 a | 02/14/2017 | 02/14/2020 | 7.76000000 | 0.60628880 Diana Adele Tate Crabtree | Alabama | Escambia Prospect |
| Section 31, T4N-R13E, SE/4 of NE/4; Part of Mary Mack; 2 acres, more or less, in Escamb | 02/20/2017 | 02/20/2020 | 2.00000000 | 0.45000000 Sarah M Lanier | Alabama | Escambia Prospect |
| Section 31, T4N-R13E, SE/4 of NE/4; Part of Mary Mack; 2 acres, more or less, in Escambia Co | 02/20/2017 | 02/20/2020 | 2.00000000 | 0.01660000 Sarah M Lanier, Trustee of the S.M. Lanier Irrev. Trust for | Alabama | Escambia Prospect |
| Section 31, T4N-R13E, SE/4 of NE/4; Part of Mary Mack; 2 acres, more or less, in Escambia Co | 02/20/2017 | 02/20/2020 | 2.00000000 | 0.01660000 Sarah M Lanier, Trustee of Sarah M. Lanier Irrev. Trust for | Alabama | Escambia Prospect |
| Section 31, T4N-R13E, SE/4 of NE/4; Part of Mary Mack; 2 acres, more or less, in Escambia Co | 02/20/2017 | 02/20/2020 | 2.00000000 | 0.01660000 Sarah M. Lanier, Trustee of the S. M. Lanier, Trust for Sa | Alabama | Escambia Prospect |
| Section 31, T4N-R13E, all of the NW/4 of NE/4 lying south of CR 6; part of Mary Mack Well; 7 | 02/14/2017 | 02/14/2020 | 7.76000000 | 0.48500000 Mae Adele Tait Sharp | Alabama | Escambia Prospect |
| Section 31, T4N-R13E, all of the NW/4 of NE/4 lying south of CR 6; part of Mary Mack Well; 7 | 02/14/2017 | 02/14/2020 | 7.76000000 | 0.48500000 Vera Frances Tait | Alabama | Escambia Prospect |
| Section 31, T4N-R13E, NW/4 of NE/4, part of Mary Mack Well, 7.76 acres, more or less, in Esc | 02/14/2017 | 02/14/2020 | 7.76000000 | 0.60628880 Michael Brian Crookshank | Alabama | Escambia Prospect |
| Section 31, T4N-R13E, part of Mary Mack, 7.76 acres, more or less, in Escambia County, Alab | 08/25/2017 | 08/25/2020 | 7.76000000 | 0.60628880 Darrell Preston Brannon | Alabama | Escambia Prospect |
| Section 31, T4N-R13 East, part of Mary Mack, 2 acres, more or less, in Escambia County, Alab | 02/14/2017 | 02/14/2020 | 2.00000000 | 0.50000000 Janie M. Johnston | Alabama | Escambia Prospect |
| Section 1, T3N-R13E, NE/4 of NW/4; Section 14, T3N-R13E, 2 acres North of old tram road in | 09/20/2017 | 09/20/2020 | 76.17000000 | 19.04250000 The Second Artyce, L.P. | Alabama | Escambia Prospect |
| Section 1, T3N-R13E, NE/4 of NW/4; Section 14, T3N-R13E, 2 acres North of old tram road in | 09/20/2017 | 09/20/2020 | 76.17000000 | 19.04250000 The I's of Texas Family Partnership L.P. | Alabama | Escambia Prospect |
| Section 14, T3N-R13E, all that part of land lying and being on the SE side of the Brooklyn and | 02/20/2017 | 02/20/2020 | 2.00000000 | 0.12500000 Randle Bruce Baker | Alabama | Escambia Prospect |
| Section 1, T3N-R13E, W/2 SE/5W, 29 acres, more or less, in Escambia County, Alabam | 12/15/2017 | 12/15/2020 | 29.00000000 | 14.50000000 Beth McCreary & McCreary Management LLC | Alabama | Escambia Prospect |
| Township 3 North, Range 13 East, Section 2, N2N2SWNE, S2NWNE, 32.5 acres, more or less, | 05/18/2018 | 05/18/2021 | 32.50000000 | 32.50000000 John Joseph Gamble, Executor of the Estate of Barbara Ruth F | Alabama | Escambia Prospect |
| Township 3 North, Range 12 East, Section 4: NWNW, 40 acres, more or less, in Escambia Cou | 05/18/2018 | 02/14/2021 | 40.00000000 | 1.00000000 Cynthia S. Rilling | Alabama | Escambia Prospect |
| Township 3 North, Range 13 East, Section 2, N2N2SWNE, S2NWNE, 32.5 acres, more or less, | 05/18/2018 | 05/18/2021 | 32.50000000 | 32.50000000 Ted Langley | Alabama | Escambia Prospect |
| 199.0 acres of land, more or less, in three (3) tracts located in Sections 14 and 15 of | 02/04/2019 | 02/04/2022 | 199.00000000 | 75.25000000 The Baptist Foundation of Alabama | Alabama | Escambia Prospect |
| NW of NW Section 4 T3N R12E 40 acres, more or less, in Escambia County, Alabam | 02/14/2017 | 02/14/2021 | 40.00000000 | 1.00000000 Deborah Jean Shaffer | Alabama | Escambia Prospect |
| T3N, R13E: | 02/06/2019 | 02/06/2022 | 710.00000000 | 710.00000000 Cedar Creek Land & Timber, Inc. | Alabama | Escambia Prospect |
| Township 3 North, Range 12 East, Section 1, SWSW, 40 acres, more or less, in Escambia Coun | 02/14/2017 | 02/14/2021 | 40.00000000 | 0.25000000 Dorothy Jean Cook | Alabama | Escambia Prospect |
| Townships 3 North, Range 12 East, Section 1, SWSW, 40 acres, more or less, in Escambia Cou | 03/01/2018 | 03/01/2021 | 40.00000000 | 0.25000000 Cynthia Grasty | Alabama | Escambia Prospect |
| Township 3 North, Range 12, Section 1, SWSW, 40 acres, more or less, in Escambia County, A | 03/01/2018 | 03/01/2021 | 40.00000000 | 0.12400000 Amy Grasty | Alabama | Escambia Prospect |
| Township 3 North, Range 12, Section 1, SWSW, 40 acres, more or less, in Escambia County, A | 01/05/2018 | 01/05/2021 | 40.00000000 | 0.50000000 Thomas C. Tolbert, Ind. & Trustee, Theodore B. Roby Tru | Alabama | Escambia Prospect |
| Township 3 North, Range 12 East, Sec. 4, NW of the NW, 40 acres, more or less, in Escambia | 02/14/2018 | 02/14/2021 | 40.00000000 | 1.00000000 James Adrian Allen | Alabama | Escambia Prospect |
| Township 3 North, Range 12 East, Section 4, NW of the NW, 40 acres, more or less, in Escamb | 02/14/2017 | 02/14/2021 | 40.00000000 | 12.00000000 Downing Family Properties, LLC | Alabama | Escambia Prospect |
| Township 3 North, Range 12 East, Section 4, the NW of the NW, 40 acres, more or less, in Esc | 02/14/2017 | 02/14/2021 | 40.00000000 | 0.25000000 Downing McDowell Minerals, LLC | Alabama | Escambia Prospect |
| Township 3 North, Range 12 East, Section 4, NW of the NW, 40 acres, more or less, in Escamb | 02/14/2017 | 02/14/2021 | 40.00000000 | 1.00000000 Charles James Shaffer | Alabama | Escambia Prospect |
| T3N, R12E, Sec. 1, SW of the SW, 40 acres, more or less, in Escambia County, Alabam | 03/01/2018 | 03/01/2021 | 40.00000000 | 0.12500000 Glenda T. Ingraham | Alabama | Escambia Prospect |
| Township 3 North, Range 12 East, Section 1, SW of the SW, 40 acres, more or less, in Escambi | 01/05/2018 | 01/05/2021 | 40.00000000 | 0.25000000 Avis D. Tolbert | Alabama | Escambia Prospect |
| Township 3 North, Range 12 East, Sec. 1, SW of the SW, 40 acres, more or less, in Escambia C | 01/17/2019 | 01/17/2022 | 40.00000000 | 0.45000000 Ann S. Roby | Alabama | Escambia Prospect |
| Township 3 North, Range 12 East, Sec. 1, the SW of the SW, 40 acres, more or less, in Escamb | 01/17/2019 | 01/17/2022 | 40.00000000 | 0.45000000 James S. Roby | Alabama | Escambia Prospect |
| Township 3 North, Range 12 East, Section 4, NWNW, 40 acres, more or less, in Escambia Cou | 02/14/2018 | 02/14/2021 | 40.00000000 | 0.66664000 Roabie Downing Johnson | Alabama | Escambia Prospect |
| Township 3 North, Range 12 East, Section 4, NWNW, 40 acres, more or less, in Escambia Cou | 02/14/2018 | 02/14/2021 | 40.00000000 | 1.00000000 Susan M. Winchester | Alabama | Escambia Prospect |
| Township 3 North, Range 12 East, Sec. 4, NWNW, 40 acres, more or less, in Escambia County, | 02/14/2017 | 02/14/2021 | 40.00000000 | 0.12500000 Lisa Downing Nordmeyer | Alabama | Escambia Prospect |
| T3N, R12E, Sec. 4, NWNW, 40 acres, more or less, in Escambia County, Alabama | 02/14/2017 | 02/14/2021 | 40.00000000 | 0.12500000 Wiley W. Downing, IV | Alabama | Escambia Prospect |
| 1FIN02-13N-07W-06-02 | 06/05/2017 | 06/05/2020 | 80.00000000 | 80.00000000 Sam Craig Pullig | Louisiana | Fin Deep |
| 1FIN02-13N-07W-06-03 | 07/24/2017 | 07/24/2020 | 160.00000000 | 160.00000000 Fish Bone Love, LLC | Louisiana | Fin Deep |
| 1FIN02-13N-07W-06-04 | 03/27/2017 | 03/27/2020 | 40.00000000 | 30.00000000 William C. McDaniel | Louisiana | Fin Deep |
| 1FIN02-13N-07W-06-05 | 06/12/2017 | 06/12/2020 | 20.00000000 | 10.00000000 Wandyne McDaniel | Louisiana | Fin Deep |
| Section 29, T2N-R15E, SW/4 SW/4, 23.5 acres, more or less, in Clarke County, Mississippi | 10/05/2016 | 10/05/2021 | 23.50000000 | 7.66666658 Mark Beckman | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, commencing at a point where the South ROW line of State Highway 18 | 11/17/2016 | 11/17/2021 | 5.50000000 | 2.75000000 James Jason Belcher and Cynthia P. Belcher | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, E/2 SW/4 (6 tracts - M&B); Section 31, T2N-T15E, N/2 NW/4, 160 acres | 01/11/2017 | 01/11/2022 | 160.00000000 | 16.00000000 Dorothy McLeod Bell | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, part of NW/4, 31.5 acres, more or less, in Clarke County, Mississippi | 11/02/2016 | 11/02/2021 | 31.50000000 | 3.15000000 Jean Benbrook by Debra Benbrook Brown, AIF | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, N/4 of NW/4, 40 acres, more or less, in Clarke County, Mississippi | 02/02/2017 | 02/02/2022 | 40.00000000 | 20.00000000 Joe T. Blair et ux | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, W/2 SW/4, 60.79 acres, more or less, in Clarke County, Mississippi | 09/22/2016 | 09/22/2021 | 60.79000000 | 3.70496813 Charles Larry Boney | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, lying on East side of NW/4 SW/4 North of Highway 18, 7 acres, more o | 09/14/2016 | 09/14/2021 | 7.00000000 | 1.78301900 Chris D. Boney and Robyn Boney | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, W/2 SW/4, 60.24 acres, more or less, in Clarke County, Mississippi | 09/20/2016 | 09/20/2021 | 60.24000000 | 28.90995912 James A. Boney | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, W/2 SW/4, 14.24 acres, more or less, in Clarke County, Mississippi | 09/20/2016 | 09/20/2021 | 14.24000000 | 6.23000000 James A. Boney, Life Estate | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, W/2 SW/4, 62.5 acres, more or less, in Clarke County, Mississippi | 09/24/2016 | 09/24/2021 | 62.50000000 | 7.43500000 Johnnie Ray Boney | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, lying on the East side of W/2 SW/4, 9.43 acres, more or less, in Clarke | 09/14/2016 | 09/14/2021 | 9.43000000 | 2.09779780 Jefferson D. Boney, Jr. | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, W/2 SW/4, 60.24 acres, more or less, in Clarke County, Mississippi | 09/24/2016 | 09/24/2021 | 60.24000000 | 3.52169666 Roy Stevens Boney | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, W/2 SW/4, 48.26 acres, more or less, in Clarke County, Mississippi | 09/24/2016 | 09/24/2021 | 48.26000000 | 3.91292080 Roy Stevens Boney, Life Estate | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, W/2 SW/4, 60.24 acres, more or less, in Clarke County, MS | 09/20/2016 | 09/20/2021 | 60.24000000 | 8.78500000 Travis Boney | Mississippi | South Harmony Prospect |
| Section 29, T2N-R15E, SW/4 NW/4, 23.5 acres, more or less, in Clarke County, Mississippi | 12/01/2016 | 12/01/2021 | 23.00000000 | 2.55555300 Shirley Y. Brazell | Mississippi | South Harmony Prospect |
| Section 31, T2N-R15E, E/2 SW/4 (6 tracts) and Section 31, T2N-R13E, N/2 NW/4, 160 acres, m | 06/04/2017 | 06/04/2022 | 160.00000000 | 4.00000000 Kimberly Bridges | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, NW/4, 31.5 acres, more or less, in Clarke County, Mississippi | 11/02/2016 | 11/02/2021 | 31.50000000 | 0.26248950 Tracy G. Davis | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, lying on East side of W/2 SW/4, 17.5 acres, more or less, in Clarke Cou | 09/16/2016 | 09/16/2021 | 17.50000000 | 4.15332750 Linda Early | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, NW SE, 5.5 acres, more or less, in Clarke County, Mississippi | 11/16/2016 | 11/16/2021 | 5.50000000 | 2.75000000 James Brandon Hearn et ux | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, E/2 SW/4 and Section 31, T2N-R15E, N/2 NW/4, 160 acres, more or les | 01/06/2017 | 01/06/2022 | 160.00000000 | 8.00000000 Cherie Diane Higdon | Mississippi | South Harmony Prospect |
| Section 32, T2N-R15E, part of NW/4, 31.5 acres, more or less, in Clarke County, Mississippi | 11/02/2016 | 11/02/2021 | 31.50000000 | 0.26248950 John D. Hill, III | Mississippi | South Harmony Prospect |
| Section 32, T2N-R15E, NW NW, NE NW, SE NW, 18.5 acres, more or less, in Clarke County, M | 09/26/2016 | 09/26/2021 | 18.50000000 | 7.40000000 Dan L. Hill | Mississippi | South Harmony Prospect |
| Section 32, T2N-R15E, part of NW/4, 31.5 acres, more or less, in Clarke County, Mississippi | 11/02/2016 | 11/02/2021 | 31.50000000 | 0.26248950 James Doyle Hill | Mississippi | South Harmony Prospect |
| Section 32, T2N-R15E, NE part of NW/4 NW/4, 5 acres, more or less, in Clarke County, Missis | 06/20/2017 | 06/20/2022 | 5.00000000 | 5.00000000 Roger Bruce Hill | Mississippi | South Harmony Prospect |
| Section 31, T2N-R15E, NE/4 NE/4 NE/4 and N/2 NW/4 NW/4, less 5 acres in NE part, 25 acres | 05/24/2017 | 05/24/2022 | 25.00000000 | 25.00000000 Roger Bruce Hill | Mississippi | South Harmony Prospect |

EXHIBIT 3

Case:20-12377-EEB Doc#:166-2 Filed:04/23/20 144 Entered:04/23/20 22:39:39 Page

| Description | Date 1 | Date 2 | Acres | Decimal | Name | State | Prospect |
|---|---|---|---|---|---|---|---|
| Section 32, T2N-R15E, part of NW/4, 31.5 acres, more or less, Clarke County, Mississippi | 11/02/2016 | 11/02/2021 | 31.50000000 | 0.26248950 | Melanie D. Hites | Mississippi | South Harmony Prospect |
| Section 32, T2N-R15E, part of NW/4, 31.5 acres, more or less, Clarke County, Mississippi | 11/02/2016 | 11/02/2021 | 31.50000000 | 0.78750000 | Maribelle S. Hoerster | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, SW/4 SW/4, 23 acres, more or less, in Clarke County, Mississippi | 12/01/2016 | 11/30/2021 | 23.00000000 | 0.63888940 | Jacob Johnson | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, South line to the SW/4 of SE/4 intersects the East line of Kentucky Roa | 12/09/2016 | 12/09/2021 | 1.00000000 | 0.25000000 | Houston K. Ledbetter, Jr. | Mississippi | South Harmony Prospect |
| Section 29, T2N-R15E, SE/4 SW/4, 22 acres, more or less, in Clarke County, Mississippi | 04/11/2017 | 04/11/2022 | 22.00000000 | 2.93332600 | Glenda H. Mathis | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, E/2 E/2 SE/4, 40 acres, more or less, in Clarke County, Mississippi | 01/03/2017 | 01/03/2022 | 40.00000000 | 10.00000000 | Michelle Walters McCammon | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, E/2 E/2 SE/4, 40 acres, more or less, in Clarke County, Mississippi | 01/05/2017 | 01/05/2022 | 40.00000000 | 20.00000000 | Michelle Walters McCammon | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, E/2 SW/4 (6 tracts M&B) and Section 31, T2N-R15E, N/2 NW/4, 160 ac | 01/10/2017 | 01/10/2022 | 160.00000000 | 16.00000000 | McLeod heirs | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, E/2 SW/4 (6 tracts M&B) and Section 31, T2N-R15E, N/2 NW/4, 160 ac | 01/06/2017 | 01/05/2022 | 160.00000000 | 16.00000000 | Jessica McLeod | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, E/2 SW/4 (6 tracts M&B) and Section 31, T2N-R15E, N/2 SW/4, 160 acr | 01/06/2017 | 01/05/2022 | 160.00000000 | 8.00000000 | Joe Innis McLeod | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, E/2 SW/4 (6 tracts M&B) and Section 31, T2N-R15E, N/2 NW/4, 160 ac | 01/30/2017 | 01/29/2022 | 160.00000000 | 16.00000000 | Particia McLeod by AIF Patricia McLeod Jewell | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, E/2 SW/4 and Section 31, T2N-R15E, N/2 NW/4, 160 acres, more or les | 01/17/2017 | 01/16/2022 | 160.00000000 | 16.00000000 | Thomas E. McLeod | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, E/2 SW/4 (6 tracts M&B) and Section 31, T2N-R15E, N/2 NW/4, 160 ac | 01/11/2017 | 01/10/2022 | 160.00000000 | 16.00000000 | Wiley J. McLeod | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, SW/4 SW/4, 11.5 acres, more or less, in Clarke County, Mississippi | 01/11/2017 | 01/10/2022 | 11.50000000 | 3.83333295 | Mary R. Menasco | Mississippi | South Harmony Prospect |
| Section 29, T2N-R15E, SW/4 SW/4, 11.5 acres, more or less, in Clarke County, Mississippi | 11/28/2016 | 11/28/2021 | 11.50000000 | 3.83333295 | Melinda Menasco | Mississippi | South Harmony Prospect |
| Section 32, T2N-R15E, one acre in NW corner of SE/4 of NW/4 and one half acre in SW corner | 11/16/2016 | 11/15/2021 | 1.50000000 | 0.19995000 | Connie Mosley | Mississippi | South Harmony Prospect |
| Section 32, T2N-R15E, three acres in NE corner of S/2 of NW/4 of NW/4, measuring 420 feet | 09/21/2016 | 09/20/2021 | 3.00000000 | 2.40000000 | Kenny Mosley et ux | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, W/2 of E/2, 11 acres, more or less, in Clarke County, Mississippi | 12/27/2016 | 12/26/2021 | 11.00000000 | 3.66630000 | Tommie Gene Parker et ux | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, East side W/2 SW/4, 17.5 acres, more or less, in Clarke County, Mississ | 09/30/2016 | 09/30/2021 | 17.50000000 | 1.51287500 | Leroy D. Patton, III | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, lying on East side W/2 SW/4, 17.5 acres, more or less, in Clarke County | 09/30/2016 | 09/30/2021 | 17.50000000 | 1.51289250 | Jean A. Patton | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, E/2 SW/4 (6 tracts M&B) and Section 31, T2N-R15E, N/2 NW/4, 160 ac | 04/06/2017 | 04/05/2022 | 160.00000000 | 4.00000000 | David Pennington, Jr. | Mississippi | South Harmony Prospect |
| Section 29, T2N-R15E, SW/4 SW/4, 23 acres, more or less, in Clarke County, Mississippi | 12/01/2016 | 11/30/2021 | 23.00000000 | 0.6388940 | Amanda Quinn et al | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, E/2 SE/4, 80 acres, more or less, in Clarke County, Mississippi | 01/05/2017 | 01/04/2022 | 80.00000000 | 20.00000000 | Erin Rahaim | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, E/2 SW/4 (6 tracts M&B) and Section 31, T2N-R15E, N/2 NW/4, 160 ac | 01/10/2017 | 01/09/2022 | 160.00000000 | 16.00000000 | Margaret McLeod Rhodes by Rebecca R. Doughty | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, W/2 E/2 SE/4, 40 acres, more or less, in Clarke County, Mississippi | 01/03/2017 | 01/03/2022 | 40.00000000 | 10.00000000 | Charles V. Robinson et ux | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, W/2 E/2 SE/4, 40 acres, more or less, in Clarke County, Mississippi | 01/05/2017 | 01/05/2022 | 40.00000000 | 20.00000000 | Charles V. Robinson et ux | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, S/2 of NW/4 of NW/4 and SW/4 of NW/4, 27 acres, more or less, in Cla | 09/23/2016 | 09/23/2021 | 27.00000000 | 14.80000000 | George W. Rowell et ux | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, beginning at a point where the South line of the SW/4 of SE/4 intersec | 12/01/2016 | 12/01/2021 | 1.00000000 | 0.25000000 | Mary W. Rustin | Mississippi | South Harmony Prospect |
| Section 32, T2N-R15E, west 10 acres of N/2 of NE/4 of NE/4, 10 acres, more or less, in Clarke | 10/26/2016 | 10/26/2021 | 10.00000000 | 1.25000000 | Curt Schommer | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, west 10 acres of the N/2 of NE/4 of NE/4, 10 acres, more or less, in Cla | 10/26/2016 | 10/26/2021 | 10.00000000 | 2.50000000 | John M. Schommer | Mississippi | South Harmony Prospect |
| Section 32, T2N-R15E, West 10 acres of N/2 of NE/4 of NE/4, 10 acres, more or less, in Clarke | 10/26/2016 | 10/26/2021 | 10.00000000 | 1.25000000 | Kyle Schommer | Mississippi | South Harmony Prospect |
| Section 31, T2N-R15E, S/2 of NE/4 of NE/4 and W/2 of N/2 of NE/4 of NE/4, 30 acres, more o | 01/11/2017 | 01/11/2022 | 30.00000000 | 25.00000000 | Shubuta Creek Properties LLC by Linda Faye Brady | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, lying on East side of W/2 SW/4, 17.5 acres, more or less, in Clarke Cou | 09/24/2016 | 09/24/2021 | 17.50000000 | 1.00698500 | Franklin L. Slay | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, lying on East side W/2 SW/4, 17.5 acres, more or less, in Clarke County | 09/19/2016 | 09/19/2021 | 17.50000000 | 2.07669000 | Dusty Ray Stanwood | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, lying on East side W/2 SW/4, 17.5 acres, more or less, in Clarke Cou | 09/19/2016 | 09/19/2021 | 17.50000000 | 2.07669875 | Michael David Stanwood | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, E/2 SW/4 (6 tracts M&B) and Section 31, T2N-R15E, N/2 NW/4, 160 ac | 01/06/2017 | 01/06/2022 | 160.00000000 | 16.00000000 | Marilyn Rae Taormina et vir | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, SE/4 SW/4, 22 acres, more or less, in Clarke County, Mississippi | 04/09/2017 | 04/09/2022 | 22.00000000 | 2.93330000 | Barbara H. Topper | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, East side W/2 SW/4, 17.5 acres, more or less, Clarke County, Missi | 11/21/2017 | 11/20/2022 | 17.50000000 | 0.33560000 | Paul Keith Davis | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, East side W/2 SW/4, 17.5 acres, more or less, in Clarke County, Missi | 11/21/2017 | 11/20/2022 | 17.50000000 | 0.33560000 | Richard Davis | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, East side W/2 SW/4, 17.5 acres, more or less, in Clarke County, Missi | 11/21/2017 | 11/20/2022 | 17.50000000 | 0.33560000 | Scott Davis | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, East side W/2 SW/4,1.07 acres, more or less, in Clarke County, Missi | 11/21/2017 | 11/20/2022 | 1.07000000 | 0.12739955 | Stephanie M. Mollett | Mississippi | South Harmony Prospect |
| Section 30, T2N-R15E, East side W/2 SW/4, 1.07 acres, more or less, in Clarke County, Missi | 11/21/2017 | 11/20/2022 | 1.07000000 | 0.12739955 | Tracy H. Mollett | Mississippi | South Harmony Prospect |
| T2N R15E Sec. 30: E2SW; T2N R15E Sec. 31: N2NW, 160 acres, more or less, in Clarke County, | 10/04/2016 | 10/04/2021 | 160.00000000 | 8.00000000 | Karen Vickery | Mississippi | South Harmony Prospect |
| T2N R15E Sec. 29 SWSW, 23.5 acres, more or less, in Clarke County, Mississippi | 12/01/2016 | 12/01/2021 | 23.50000000 | 2.61111109 | Laura L. Wright | Mississippi | South Harmony Prospect |
| T2N R15E Sec. 32 NENW , 39.5 acres, more or less, in Clarke County, Mississippi | 04/19/2019 | 04/19/2023 | 39.50000000 | 39.50000000 | Linda Ann Chelette and Herman E. Chelette, Jr. | Mississippi | South Harmony Prospect |
| T2N R15E Sec. 29 SESW, 23 acres, more or less, in Clarke County, Mississippi | 04/12/2018 | 04/12/2022 | 23.00000000 | 16.48330000 | William Howard Hill and Charlotte P. Hil | Mississippi | South Harmony Prospect |
| T2N R15E Sec. 29 SESW, 0.65 acres, more or less, in Clarke County, Mississippi | 04/15/2019 | 04/15/2023 | 0.65000000 | 0.65000000 | Pleasant Ridge Pentecostal Holiness Church | Mississippi | South Harmony Prospect |
| T2N R15E Sec. 32 SENW, NENW, 1.5 acres, more or less, in Clarke County, Mississippi | 04/11/2019 | 04/11/2022 | 1.50000000 | 0.19995000 | Johnny H. Rowell | Mississippi | South Harmony Prospect |
| T2N R15E Sec. 32 SENW, NENW, 1.5 acres, more or less, in Clarke County, Mississippi | 04/11/2019 | 04/11/2022 | 1.50000000 | 0.19995000 | Annette R. Ward | Mississippi | South Harmony Prospect |
| Section 17, T19S-R25W, E/2 NE/4, 80 acres, more or less, in Lafayette County, Arkansas | 02/14/2017 | 02/14/2020 | 80.00000000 | 20.00000000 | Robert C. Tilghman | Arkansas | McCalman Prospect |
| Section 17, T19S-R25W, E/2 NE/4, 80 acres, more or less, in Lafayette County, Arkansas | 02/14/2017 | 02/14/2020 | 80.00000000 | 20.00000000 | Christopher H. Tilghman | Arkansas | McCalman Prospect |
| Section 16, T19S-R25W, SW/NW, 40 acres, more or less, in Lafayette County, Arkansas | 01/23/2017 | 01/23/2020 | 40.00000000 | 10.00000000 | Ruby Marie Rushing | Arkansas | McCalman Prospect |
| Section 16, T19S-R25W, SW/NW, 40 acres, more or less, in Lafayette County, Arkansas | 01/23/2017 | 01/23/2020 | 40.00000000 | 10.00000000 | Carole Elkins | Arkansas | McCalman Prospect |
| Section 16, T19S-R25W, SW/NW, 40 acres, more or less, in Lafayette County, Arkansas | 01/23/2017 | 01/23/2020 | 40.00000000 | 20.00000000 | John E. Russ, et ux | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, W/2 of SW/4, 80 acres, more or less, in Lafayette County, Arkansas | 03/08/2017 | 03/08/2020 | 80.00000000 | 50.00000000 | Travis S. Gore | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, SW/SW, 40 acres, more or less, in Lafayette County, Arkansas | 03/06/2017 | 03/06/2020 | 40.00000000 | 1.11120000 | Helen Johnann Starling | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, SW/SW, 40 acres, more or less, in Lafayette County, Arkansas | 04/25/2017 | 04/25/2020 | 40.00000000 | 0.55520000 | Harry L. Smith, Jr. | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, SW/SW, 40 acres, more or less, in Lafayette County, Arkansas | 05/18/2017 | 05/18/2020 | 40.00000000 | 2.50000000 | James Gayle Garner | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, SW/SW, 40 acres, more or less, in Lafayette County, Arkansas | 03/13/2017 | 03/13/2020 | 40.00000000 | 1.66640000 | Paul McDonald | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, SW/SW, 40 acres, more or less, in Lafayette County, Arkansas | 03/06/2017 | 03/06/2020 | 40.00000000 | 27.76000000 | Anita Shryock Waterston | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, SW/SW, 40 acres, more or less, in Lafayette County, Arkansas | 05/05/2017 | 05/05/2020 | 40.00000000 | 27.76000000 | John Woodford Shryock | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, SE/SW, 33.19 acres, more or less, in Lafayette County, Arkansas | 03/10/2017 | 03/10/2020 | 33.19000000 | 2.07437500 | Jane Elizabeth Bird Joseph | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansas | 03/03/2017 | 03/03/2020 | 33.19000000 | 2.07437500 | John Preston Bird | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansas | 04/06/2017 | 04/06/2020 | 33.19000000 | 1.38302730 | Elizabeth Ann Bird Finkenstaedt | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansas | 03/10/2017 | 03/10/2020 | 33.19000000 | 2.07437500 | Cathy Jean Bird Mitchell | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansas | 03/10/2017 | 03/10/2020 | 33.19000000 | 2.07437500 | Carolyn Bird Romero | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansas | 04/06/2017 | 04/06/2020 | 33.19000000 | 1.38302730 | Charles Richard Bird | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansas | 03/10/2017 | 03/10/2020 | 33.19000000 | 4.14875000 | Kevin M. Bird | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansas | 04/14/2017 | 04/14/2020 | 33.19000000 | 2.07437500 | Lynda Bussey Pickler Trust | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansas | 04/19/2017 | 04/19/2020 | 33.19000000 | 2.07437500 | Sue S. Bird, et al | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansas | 04/14/2017 | 04/14/2020 | 33.19000000 | 2.07437500 | Wayne Edward Bussey Trust | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansas | 04/19/2017 | 04/19/2020 | 33.19000000 | 0.69134770 | Gary H. Bird | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansas | 04/19/2017 | 04/19/2020 | 33.19000000 | 0.69134770 | John Greg Bird | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansas | 04/19/2017 | 04/19/2020 | 33.19000000 | 2.07437500 | Ronnie Eugene LeMay | Arkansas | McCalman Prospect |
| Section 9, T19S-, R25W, 33.19 acres, more or less, in Lafayette County, Arkansas | 04/12/2017 | 04/12/2020 | 33.19000000 | 2.07437500 | Lance R. Stark | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansas | 04/19/2017 | 04/19/2020 | 33.19000000 | 0.69134770 | Kathy Bird Benson | Arkansas | McCalman Prospect |

EXHIBIT 3

Case:20-12377-EEB   Doc#:166-2   Filed:04/23/20   144   Entered:04/23/20 22:39:39   Page

| Description | Date 1 | Date 2 | Acres | Value | Name | State | Prospect |
|---|---|---|---|---|---|---|---|
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansas | 04/18/2017 | 04/18/2020 | 33.19000000 | 0.46100910 | Cari Lyn Bird Bickley | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansas | 04/14/2017 | 04/14/2020 | 33.19000000 | 0.46100910 | Capi Louise Bhon | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansas | 04/27/2017 | 04/27/2020 | 33.19000000 | 0.69134770 | Lynda Lee Wyant | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansas | 04/12/2017 | 04/12/2020 | 33.19000000 | 2.07437500 | Heath Warren Stark | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansas | 04/18/2017 | 04/18/2020 | 33.19000000 | 0.46100910 | Byron Keith Bird | Arkansas | McCalman Prospect |
| Section 17, T19S-R25W, 40 acres, more or less, in Lafayette County, Arkansas | 03/20/2017 | 03/20/2020 | 40.00000000 | 10.00000000 | Christopher H. Tilghman | Arkansas | McCalman Prospect |
| Section 17, T19S-R25W, 33.19 acres, more or less, in Lafayette County, Arkansas | 04/27/2017 | 04/27/2020 | 33.19000000 | 0.69134770 | Terry Ann Wyant | Arkansas | McCalman Prospect |
| Section 17, T19S-R25W, 40acres, more or less, in Lafayette County, Arkansas | 03/20/2017 | 03/20/2020 | 40.00000000 | 10.00000000 | Robert C. Tilghman | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, SE/4 of SW/4, 2.9 acres, more or less, in Lafayette County, Arkansas | 04/13/2017 | 04/13/2020 | 2.90000000 | 2.90000000 | Robert Beaird, et ux | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, SE/4 SW/4, 2.66 acres, more or less, in Lafayette County, Arkansas | 04/11/2017 | 04/11/2020 | 2.66000000 | 1.33000000 | Virginia Ellen Whittington | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, SE/4 of SW/4, 1.25 acres, more or less, in Lafayette County, Arkansas | 04/13/2017 | 04/13/2020 | 1.25000000 | 1.25000000 | Obie Credell Sims, Jr. | Arkansas | McCalman Prospect |
| Section 9, T19S-R25W, 2.66 acres, more or less, in Lafayette County, Arkansas | 04/11/2017 | 04/11/2020 | 2.66000000 | 1.33000000 | Anna Jayne Cassell | Arkansas | McCalman Prospect |
| T001-R013E-27-09 (57.02 acres)57.02 acres, more or less, | 11/26/2015 | 11/26/2020 | 57.02000000 | 57.02000000 | Hayward Daniel Boone | Louisiana | MONROE CREEK |
| T002S-R013E-26-19 (2 acres)2 acres, more or less, | 01/08/2015 | 01/08/2020 | 18.11300000 | 18.11300000 | Willie Edward Harris | Louisiana | MONROE CREEK |
| T002S-R013E-13 (2.143 acres)2.143 acres, more or less,  in Washington Parish, LA | 01/15/2015 | 01/15/2020 | 2.14300000 | 2.14300000 | James Carroll, et ux | Louisiana | MONROE CREEK |
| T001S-R013E-01 (13.68 acres)13.68 acres, more or less,  in Washington Parish, LA | 01/21/2015 | 01/21/2020 | 13.68000000 | 13.68000000 | Steven Armon Lewis | Louisiana | MONROE CREEK |
| T002S-R013E-36 (1.277 acres)1.277 acres, more or less,  in Washington Parish, LA | 01/20/2015 | 01/20/2020 | 3.27700000 | 3.27700000 | KElton Breland, et ux | Louisiana | MONROE CREEK |
| T002S-R013E-26-19 (5 acres)5 acres, more or less,  in Washington Parish, LA | 01/20/2015 | 01/20/2020 | 5.00000000 | 5.00000000 | Harold M. Pierce, et ux | Louisiana | MONROE CREEK |
|  | 01/20/2015 | 01/20/2020 | 20.52000000 | 20.52000000 | Chad L. Boyd | Louisiana | MONROE CREEK |
| T002S-R013E-01 (4.32 acres)4.32 acres, more or less,  in Washington Parish, LA | 01/14/2015 | 01/14/2020 | 34.52500000 | 34.52500000 | Brian K. Crain, et ux | Louisiana | MONROE CREEK |
| T002S-R013E-26-19 (3.342 acres)3.342 acres, more or less,  in Washington Parish, LA | 01/23/2015 | 01/23/2020 | 3.34200000 | 3.34200000 | Charlotte H. Fasola, et vir | Louisiana | MONROE CREEK |
| T001S-R013E-22 (10.3659999 acres)10.3659999 acres, more or less, in Washington Parish, LA | 01/23/2015 | 01/23/2020 | 10.36599990 | 10.36599990 | Willie Edward Harris, et al | Louisiana | MONROE CREEK |
| T002S-R013E-36 (10 acres)10 acres, more or less, in Washington Parish, LA | 01/26/2015 | 01/26/2020 | 10.00000000 | 10.00000000 | Michael L. Seal | Louisiana | MONROE CREEK |
| T001S-R013E 15 (15.53 acres)15.53 acres, more or less, in Washington Parish, LA | 01/23/2015 | 01/23/2020 | 15.53000000 | 15.53000000 | Charlotte Fasola, et al | Louisiana | MONROE CREEK |
| T002S-R013E-37 (6.31 acres)6.31 acres, more or less, in Washington Parish, LA | 02/05/2015 | 02/05/2020 | 21.20300000 | 21.20300000 | John and Paggy Crain | Louisiana | MONROE CREEK |
| T002S-R013E-37 (19.652 acres)19.652 acres, more or less, in Washington Parish, LA | 02/05/2015 | 02/05/2020 | 22.65200000 | 22.65200000 | John D. Crain, Jr | Louisiana | MONROE CREEK |
| T002S-R013E-13 (1 acres)1 acres, more or less, in Washington Parish, LA | 02/03/2015 | 02/03/2020 | 1.00000000 | 1.00000000 | Roland Wade Magee | Louisiana | MONROE CREEK |
| T001S-R013E-12 (27.73 acres)27.73 acres, more or less,  in Washington Parish, LA | 02/03/2015 | 02/03/2020 | 41.44800000 | 41.44800000 | Rogelio Casama, Sr. | Louisiana | MONROE CREEK |
| T001S-R013E-15 (15.529 acres)15.529 acres, more or less, in Washington Parish, LA | 02/12/2015 | 02/12/2020 | 42.65900000 | 42.65900000 | Glenda Keaton | Louisiana | MONROE CREEK |
| T002S-R013E-13 (1.91 acres)1.91 acres, more or less,  in Washington Parish, LA | 02/05/2015 | 02/05/2020 | 1.91000000 | 1.91000000 | Jason R. Hosey | Louisiana | MONROE CREEK |
| T001S-R013E-26-19 (5.04 acres)5.04 acres, more or less, in Washington Parish, LA | 02/11/2015 | 02/11/2020 | 5.04000000 | 5.04000000 | Linda and Vincent Libert, Jr | Louisiana | MONROE CREEK |
| T001S-R013E-36 (4.44 acres)4.44 acres, more or less, in Washington Parish, LA | 02/11/2015 | 02/11/2020 | 4.44000000 | 4.44000000 | Richard Ryan Harris | Louisiana | MONROE CREEK |
| T002S-R013E-24-05 (68 acres)68 acres, more or less, in Washington Parish, LA | 01/29/2015 | 01/29/2020 | 68.00000000 | 68.00000000 | Bessie and Johhny Crain | Louisiana | MONROE CREEK |
|  | 02/19/2015 | 02/19/2020 | 0.95500000 | 0.95500000 | Frank and Dianne Schweggman | Louisiana | MONROE CREEK |
| T001S-R013E-26-19 (1.04 acres)1.04 acres, more or less, in Washington Parish, LA | 02/19/2015 | 02/19/2020 | 1.04000000 | 1.04000000 | Rory Schweggman | Louisiana | MONROE CREEK |
| T001S-R013E-25 (4 acres)4 acres, more or less, in Washington Parish, LA | 02/19/2015 | 02/19/2020 | 4.00000000 | 4.00000000 | Darin Byrd | Louisiana | MONROE CREEK |
| T001S-R013E-26-19 (0.945 acres)0.945 acres, more or less,  in Washington Parish, LA | 02/24/2015 | 02/24/2020 | 0.94500000 | 0.94500000 | Reginald Seal | Louisiana | MONROE CREEK |
| T001S-R013E-27-09 (5 acres)5 acres, more or less,  in Washington Parish, LA | 02/19/2015 | 02/19/2020 | 5.00000000 | 5.00000000 | Joseph H. Cobb | Louisiana | MONROE CREEK |
| T002S-R013E-13 (14.316 acres)14.316 acres, more or less, in Washington Parish, LA | 02/20/2015 | 02/20/2020 | 14.31600000 | 14.31600000 | Alan Kent Mitchell | Louisiana | MONROE CREEK |
| T002S-R013E-27-09 (20.86 acres)20.86 acres, more or less, in Washington Parish, LA | 02/26/2015 | 02/26/2020 | 20.86000000 | 20.86000000 | Earl Rogers | Louisiana | MONROE CREEK |
| T002S-R013E-43-03 (38.26 acres)38.26 acres, more or less, in Washington Parish, LA | 02/24/2015 | 02/24/2020 | 38.26000000 | 38.26000000 | Billy Jack Simmons | Louisiana | MONROE CREEK |
| T001S-R013E-36 (2 acres)2 acres, more or less, in Washington Parish, LA | 02/27/2015 | 02/27/2020 | 2.00000000 | 2.00000000 | Patricia Singletary | Louisiana | MONROE CREEK |
| T002S-R013E-01 (33.299 acres)33.299 acres, more or less, in Washington Parish, LA | 03/03/2015 | 03/03/2020 | 33.29900000 | 33.29900000 | Betty Fornea | Louisiana | MONROE CREEK |
| T002S-R013E-01 (27.015 acres)27.015 acres, more or less, in Washington Parish, LA | 03/06/2015 | 03/06/2020 | 27.01500000 | 27.01500000 | Obye Jo Simmons | Louisiana | MONROE CREEK |
| T001S-R013E-36 (2 acres)2 acres, more or less, in Washington Parish, LA | 03/06/2015 | 03/06/2020 | 2.00000000 | 2.00000000 | Donald Williams | Louisiana | MONROE CREEK |
| T002S-R013E-13 (5 acres)5 acres, more or less, in Washington Parish, LA | 03/11/2015 | 03/11/2020 | 5.00000000 | 5.00000000 | Etta Arata | Louisiana | MONROE CREEK |
| T001S-R013E-36 (2.084 acres)2.084 acres, more or less in Washington Parish, LA | 03/06/2015 | 03/06/2020 | 2.08400000 | 2.08400000 | Dustin Jewel Williams | Louisiana | MONROE CREEK |
| T002S-R013E-13 (1.63 acres)1.63 acres, more or less, in Washington Parish, LA | 03/11/2015 | 03/11/2020 | 1.63000000 | 1.63000000 | Tony Ulvik | Louisiana | MONROE CREEK |
| T001S-R013E-22 (1 acres)1 acres, more or less, in Washington Parish, LA | 03/13/2015 | 03/13/2020 | 1.00000000 | 1.00000000 | Nathan and Myra Nell Williams | Louisiana | MONROE CREEK |
| T002S-R013E-22 (9.86 acres)9.86 acres, more or less, in Washington Parish, LA | 03/13/2015 | 03/13/2020 | 9.86000000 | 9.86000000 | Donald Harrison Williams | Louisiana | MONROE CREEK |
| T002S-R013E-26-19 (1.5 acres)1.5 acres, more or less, in Washington Parish, LA | 03/23/2015 | 03/23/2020 | 1.50000000 | 1.50000000 | Deborah S. Galloway | Louisiana | MONROE CREEK |
| T001S-R013E-24-05 (2.08 acres)2.08 acres, more or less, in Washington Parish, LA | 03/23/2015 | 03/23/2020 | 5.00000000 | 5.00000000 | Christopher Lavon Williams | Louisiana | MONROE CREEK |
| T001S-R013E-35 (2.749 acres)2.749 acres, more or less, in Washington Parish, LA | 03/23/2015 | 03/23/2020 | 2.74900000 | 2.74900000 | Tessie O. Burr | Louisiana | MONROE CREEK |
| T001S-R013E-25 (1.861 acres)1.861 acres, more or less, | 04/07/2015 | 04/07/2020 | 1.86100000 | 1.86100000 | Betty Sumrall | Louisiana | MONROE CREEK |
| T001S-R013E-26-19 (1.786 acres)1.786 acres, more or less, | 03/31/2015 | 03/31/2020 | 1.78600000 | 1.78600000 | Ferrell Hayward Jarrell, etc | Louisiana | MONROE CREEK |
| T001S-R013E-36 (1.4648 acres)1.4648 acres, more or less, | 04/03/2015 | 04/03/2020 | 1.46480000 | 1.46480000 | Walter G. Fornea | Louisiana | MONROE CREEK |
| T001S-R013E-36 (1.84 acres)1.84 acres, more or less, | 04/08/2015 | 04/08/2020 | 1.84000000 | 1.84000000 | Ernest B. Smith Jr. | Louisiana | MONROE CREEK |
| T001S-R013E-36 (2.608 acres)2.608 acres, more or less, | 04/08/2015 | 04/08/2020 | 2.60800000 | 2.60800000 | Lloyd and Liberty Baehr | Louisiana | MONROE CREEK |
| T001S-R013E-36 (0.79 acres)0.79 acres, more or less, | 03/11/2015 | 03/11/2020 | 0.79000000 | 0.79000000 | Howard J. Hebert, Jr. | Louisiana | MONROE CREEK |
| T001S-R013E-24-05 (34.298 acres)34.298 acres, more or less, | 04/21/2015 | 04/21/2020 | 115.07300000 | 115.07300000 | Christopher Lavon Williams | Louisiana | MONROE CREEK |
| T001S-R013E-35 (9.2 acres)9.2 acres, more or less, | 04/14/2015 | 04/14/2020 | 9.20000000 | 9.20000000 | Martha K. Baker, et al | Louisiana | MONROE CREEK |
| Township 5 North, Range 29 West; Section 16: W/2 of S/2 Lot 3 ; Section 25: NW/NE Less and | 09/08/2016 | 09/08/2021 | 108.90000000 | 42.02110000 | Gregory Alan Holloway and Malinda Dawn Holloway, H&W | Florida | Mt. Carmel |
| 55.417 acres, more or less, in Santa Rosa County, Florida | 05/01/2019 | 05/01/2022 | 55.41700000 | 6.15744438 | Annie W. Lord and James L. Lord as trustees of the Lord Ou | Florida | Mt. Carmel |
| Section 16, Township 5 North, Range 29 West: E/2 of N/2 of Lot 2 and the S/2 of W/2 of N/2 o | 09/22/2016 | 09/22/2021 | 30.00000000 | 10.00000000 | Terry Glen Bauldree | Florida | Mt. Carmel |
| Section 16, Township 5 North, Range 29 West: E/2 of N/2 of Lot 2 and S/2 of W/2 of N/2 of Lo | 09/22/2016 | 09/22/2021 | 30.00000000 | 10.00000000 | Mary Christine Bauldree Wright | Florida | Mt. Carmel |
| Section 16, Township 5 North, Range 29 West: W/NE containing 40 acres, more or | 10/24/2016 | 10/24/2021 | 10.00000000 | 10.00000000 | Preston and Kathy L. Blackmon | Florida | Mt. Carmel |
| Section 13, Township 5 North, Range 29 West: NW/NE containing 40 acres, more or less, San | 10/28/2016 | 10/28/2021 | 40.00000000 | 6.6668000 | Lucy M. Gray | Florida | Mt. Carmel |
| Section 13, Township 5 North, Range 29 West: Commence at the SW/SE of Section 13, and ru | 10/12/2016 | 10/12/2021 | 3.75000000 | 3.75000000 | Jason Larue Fewell | Florida | Mt. Carmel |
| Section 13, Township 5 North, Range 29 West: NW/NE, 40 acres more or less in Santa Rosa C | 10/28/2016 | 10/28/2021 | 40.00000000 | 6.6668000 | Lucy Smith Lawrence | Florida | Mt. Carmel |
| Section 13 Township 5 North, Range 29 West: Parcel #13-20.2 and Parcel # 13-20.1, 18 acres, | 10/12/2016 | 10/12/2021 | 18.00000000 | 9.00000000 | Angeline B. Andrews, Individually and as Trustee under the R | Florida | Mt. Carmel |
| Township 5 North, Range 29 West; Section 16: W/2 of S/2 (Lot 3); Section 25: NW/NE. 120 ac | 10/19/2016 | 10/24/2021 | 120.00000000 | 15.00000000 | Minerals Management, Inc. | Florida | Mt. Carmel |
| Township 5 North, Range 29 West; Section 16: W/2 of S/2 (Lot 3); Section 25: NW/NE, 120 ac | 10/19/2016 | 10/19/2021 | 120.00000000 | 22.50000000 | Transamerican Royalties, LLC | Florida | Mt. Carmel |
| Section 13, Township 5 North, Range 29 West: #13-17.1 Pt of W/2 of SW/4 of SE/4, 4.2 acres, | 10/12/2016 | 10/12/2021 | 4.20000000 | 4.20000000 | Rosa Lee Settle | Florida | Mt. Carmel |
| Section 13, Township 5 North, Range 29 West, 18 acres, more or less, in Santa Rosa County, | 10/12/2016 | 10/21/2021 | 18.00000000 | 9.00000000 | Timothy Larry Roberts | Florida | Mt. Carmel |
| Section 13, Township 5 North, Range 29 West: Pt of W/2 of SW/SE, 4.13 acres, more or less, i | 10/12/2016 | 10/12/2021 | 4.13000000 | 4.13000000 | Esther Settle Nut and husband, Charles Nutt | Florida | Mt. Carmel |
| Township 5 North, Range 29 West; Section 16: W/2 of S/2 (Lot 3); Section 25: NW/NE, 120 ac | 10/19/2016 | 10/19/2021 | 120.00000000 | 22.50000000 | Jacaeber Kastor | Florida | Mt. Carmel |

EXHIBIT 3

| Description | Date | Date | Acres | Acres | Name | State | Company |
|---|---|---|---|---|---|---|---|
| Section 13, Township 5 North, Range 29 West: #13-19 Party of W/2 of SW/SE, 3.4 acres, more | 10/12/2016 | 10/12/2021 | 3.40000000 | 3.40000000 | William B. Settle and wife, Alma P. Settle | Florida | Mt. Carmel |
| Section 16, Township 5 North, Range 29 West: E/2 of N/2 of Lot 2; and the S/2 of W/2 of N/2 | 09/22/2016 | 09/22/2021 | 30.00000000 | 10.00000000 | Chiquita Pierce | Florida | Mt. Carmel |
| Section 13, Township 5 North, Range 29 West: #13-18 Part of W/2 of SW/SE, 4.2 acres, more | 10/12/2016 | 10/12/2021 | 4.20000000 | 4.20000000 | Joyce J. Settle | Florida | Mt. Carmel |
| Section 13, T5N, R29W, South 27.5 acres of SW 1/4 of the NE 1/4; North 10 acres of the NW | 10/19/2016 | 10/19/2021 | 85.31000000 | 9.38514135 | David P. Jeffreys | Florida | Mt. Carmel |
| Section 13, T5N, R29W, NW/4 of NE/4 | 10/10/2016 | 10/10/2021 | 40.00000000 | 5.00000000 | Giles Floyd Lewis, Jr. | Florida | Mt. Carmel |
| Section 15: T5N, R29W; NE 1/4 of NW 1/4 | 12/09/2016 | 12/09/2021 | 40.00000000 | 2.18750000 | G.W. Schneider, Jr. | Florida | Mt. Carmel |
| Section 15: T5N, R29W; NE 1/4 of NW 1/4 | 12/05/2016 | 12/05/2021 | 40.00000000 | 1.87500000 | Wells-Blinn Oil and Gas Partnership | Florida | Mt. Carmel |
| Sections 15 & 25, T5N, R29W | 11/22/2016 | 11/22/2021 | 11.30000000 | 5.65000000 | Jeffrey A. Prescott and Marsha R. Prescott | Florida | Mt. Carmel |
| Section 2, T5N, R29W: portion of section 2, beginning at SE corner running West 440 yards | 12/31/2016 | 12/31/2021 | 70.00000000 | 52.50000000 | Glenn Bates as Trustee of The Glenn Davis Bates Living Trust | Florida | Mt. Carmel |
| Section 2, T5N, R29W: portion of section 2 beginning at SE corner running West 440 yards | 12/31/2016 | 12/31/2021 | 70.00000000 | 17.50000000 | James Milton Bates as Trustee of The James Milton Bates Livi | Florida | Mt. Carmel |
| Section 13, T5N, R29W: NW 1/4 of NE 1/4 40 acres | 11/10/2016 | 11/10/2021 | 40.00000000 | 6.67000000 | Anne Langley Luther | Florida | Mt. Carmel |
| Section 2, T5N, R29W, 63 acres, more or less, in Santa Rosa County, Florida | 01/12/2016 | 01/12/2021 | 62.30000000 | 35.46854103 | William Polk et al | Florida | Mt. Carmel |
| Section 16, T6N, R29W: S 1/2 of govt. lot 1 L&E 3 acres in the SW corner of govt. lot 1, togeth | 01/26/2017 | 01/26/2020 | 40.00000000 | 6.66666680 | Durlyn Farish and Ralph Stevens Farish | Florida | Mt. Carmel |
| TR # 13-10: Section 13, T5N, R29W, 0.75 acres in E/2 NW/SE north of road | 01/12/2017 | 01/12/2020 | 0.75000000 | 0.75000000 | Elvia Louise Jordan | Florida | Mt. Carmel |
| TR #13-11; Section 13, T5N, R29W, 1 acre in W/2 NW/SE south of road | 02/01/2017 | 02/01/2020 | 1.00000000 | 1.00000000 | Eric Hall | Florida | Mt. Carmel |
| Section 15, T5N, R29W: NE 1/4 of the NW 1/4, 40 acres, more or less, in Santa Rosa County, F | 12/28/2016 | 12/28/2021 | 40.00000000 | 2.18750000 | Roger Houston Ogden | Florida | Mt. Carmel |
| Sections 16 & 25, T5N, R29W, 26.93 acres, more or less, in Santa Rosa County, Florid: | 12/07/2016 | 12/07/2021 | 26.93000000 | 6.73250000 | Cleatious D. Smith and Katherine M. Smith | Florida | Mt. Carmel |
| Sections 13 & 16, T5N, R29W, 87 acres, more or less, in Santa Rosa County, Florida | 10/28/2016 | 10/28/2021 | 85.31000000 | 8.92941299 | Catherine Olden Wohner et al | Florida | Mt. Carmel |
| Section 14, T1N, R9E, S/2 NW/NW & SE/NW, 30 acres, more or less, in Escambia County, A | 03/01/2017 | 03/01/2020 | 30.00000000 | 15.00000000 | John Martin Hayes, Jr. and Helen Hayes Moran | Alabama | Mt. Carmel |
| Section 14, T1N, R9E, Escambia County, AL, SE/4, W/2 NE/4, SW/NW South of RR, 279 acres, | 03/01/2017 | 03/01/2020 | 279.00000000 | 15.50001240 | Cornelia Derendinger | Alabama | Mt. Carmel |
| Section 2, T5N, R29W, SE corner running 335 yards N to starting point, W 440 yards, N 335 ya | 03/02/2017 | 03/02/2020 | 30.00000000 | 3.33333330 | James Melvin Hendricks and Mary F. Hendricks | Alabama | Mt. Carmel |
| Section 2, T5N, R29W, SE corner running 335 yards N to starting point, W 440 yards, N 335 ya | 03/02/2017 | 03/02/2020 | 30.00000000 | 3.33333330 | Joe O. Campbell and Patricia H. Campbell | Alabama | Mt. Carmel |
| Section 14, T1N, R9E, SE/4, W/2 NE/4, SW/NW, South of RR, 279 acres, more or less, in Escam | 03/02/2017 | 03/01/2020 | 279.00000000 | 3.87500310 | Ruby O'Bannon Wallinger | Alabama | Mt. Carmel |
| Section 2, T5N, R29W, beginning at SE corner, running 335 yards N, 440 yards W, 335 yards N | 03/02/2017 | 03/02/2020 | 30.00000000 | 3.33333330 | Annie W. Lord and James L. Lord as trustees of the Lord | Alabama | Mt. Carmel |
| Section 2, T5N, R29W, beginning at SE corner, running 335 yards N, 440yards W, 335 yards N | 03/02/2017 | 03/02/2020 | 30.00000000 | 3.33333330 | John D. Hendricks | Alabama | Mt. Carmel |
| Section 2, T5N, R29W, SE/corner running 335 yards N, 440 yards W, 335 yards North, 440 yar | 03/02/2017 | 03/02/2020 | 34.51300000 | 5.58983330 | Barnett E. Hendricks and Mary Evelyn Hendricks | Alabama | Mt. Carmel |
| Section 2, T5N, R29W, beginning at SE corner, running 335 yards N, 440 yards W, 335 yards N | 03/02/2017 | 03/02/2020 | 30.00000000 | 3.33333330 | Donald R. Hendricks and Rachel Hendricks | Alabama | Mt. Carmel |
| Section 2, T5N, R29W, beginning in the SE corner, running 335 yards N, 440 yards W, 335 yar | 03/02/2017 | 03/02/2020 | 30.00000000 | 3.33333330 | Mildred Louise Golden and Narvie Lee Golden | Alabama | Mt. Carmel |
| Section 14, T1N, R9E, SE/4, W/2 NE/4, SW/NW, South of RR, 279 acres, more or less in Escan | 03/01/2017 | 03/01/2020 | 279.00000000 | 7.75000620 | Bennie Elizabeth Kothmann | Alabama | Mt. Carmel |
| Section 2, T5N, R29W, beginning at SE corner, running 335 yards N, 440 yards W, 335 yards N | 03/02/2017 | 03/02/2020 | 30.00000000 | 3.33333330 | Flora Mae Cole | Alabama | Mt. Carmel |
| Section 14, T1N, R9E, SE/4, W/2 NE/4, SW/NW, South of RR, 279 acres, more or less, in Escan | 03/01/2017 | 03/01/2020 | 279.00000000 | 7.75000620 | William M. Franklin | Alabama | Mt. Carmel |
| Section 14, T1N, R9E, SE/4, W/2 NE/4, SW/NW South of RR, 279 acres, more or less, in Escam | 03/01/2017 | 03/01/2020 | 279.00000000 | 15.50000000 | Carolyn Martin Wright | Alabama | Mt. Carmel |
| Section 14, T1N, R9E, SE/4, W/2 NE/4, SW/NW, South of RR, 279 acres, more or less, in Escam | 03/01/2017 | 03/01/2020 | 279.00000000 | 3.87500310 | Mary Effie Sumrall | Alabama | Mt. Carmel |
| Section 38, T5N, R29W, SE/4 SE/4; SW4, SE/4; S/2 NE/4 SE/4, 100 acres, more or less, Santa F | 03/01/2017 | 03/01/2020 | 100.00000000 | 15.98000000 | Black Stone Minerals Company, L.P. | Florida | Mt. Carmel |
| Section 15, T5N, R29W: S 1/2 of NW 1/4 of NW 1/4 and all that part of the SW 1/4 of the NW 1 | 03/01/2017 | 03/01/2020 | 30.00000000 | 7.50000000 | Martha Hayes Wood | Florida | Mt. Carmel |
| Section 14, T1N, R9E: SE 1/4, W 1/2 NE 1/4, SW/NW South of RR, 279 acres, more or less, in E | 03/01/2017 | 03/01/2020 | 279.00000000 | 7.75000620 | William Ashton Martin | Alabama | Mt. Carmel |
| Sections 26 and 37, T6N, R29W; Sections 13 and 14, T7N, R29W, 416.875 acres, more or less, | 04/07/2017 | 04/07/2020 | 833.75000000 | 416.87500000 | State Line Oil Trust | Florida | Mt. Carmel |
| Sections 25, 26, 27, 34, 35 and 36, T1N, R9E, 723.315 acres, more or less, in Escambia | 04/07/2017 | 04/07/2020 | 1,446.63000000 | 683.31500000 | State Line Oil Trust | Florida | Mt. Carmel |
| Section 6, T4N, R28W: E2SW4 LESS 100-FT ROW THRU NE4SW4 FOR STATE RD 399 | 03/01/2017 | 03/01/2020 | 1,024.88000000 | 512.44000000 | Black Stone Minerals Company, L.P. | Florida | Mt. Carmel |
| Section 14, T1N, R9E: SE/4, W/2 NE/4, SW/NW South of RR, 279 acres, more or less, in Escam | 03/01/2017 | 03/01/2020 | 279.00000000 | 3.87500000 | Robert Clayton O'Bannon | Alabama | Mt. Carmel |
| Sections 14 & 23, T1N, R9E, 320 acres, more or less, in Escambia County, Alabama. Section 14 | 04/04/2017 | 04/04/2020 | 320.00000000 | 17.77779200 | Jane Strain Blount, Trustee of The Mary Hardegree Strain Fam | Alabama | Mt. Carmel |
| Sections 14 & 23, T1N, R9E, 320 acres, more or less, in Escambia County. Setion 14, | 04/04/2017 | 04/04/2020 | 320.00000000 | 4.44444800 | Gordon Kelly O'Neal | Alabama | Mt. Carmel |
| Sections 14 & 23, T1N, R9E, 320 acres, more or less, in Escambia County, Alabama. Section 14 | 04/04/2017 | 04/04/2020 | 320.00000000 | 4.44444800 | Robert H. O'Neal | Alabama | Mt. Carmel |
| Sections 14 & 23, T1N, R9E, 320 acres, more or less, in Escambia County, Alabama. Section 14 | 04/04/2017 | 04/04/2020 | 320.00000000 | 8.88889600 | Edwin Sanford, III | Alabama | Mt. Carmel |
| Sections 14 & 23, T1N, R9E, 320 acres, more or less, in Escambia County, Alabama. Section 14 | 04/04/2017 | 04/04/2020 | 320.00000000 | 8.88889600 | Lenora Kelly Sanford Alford | Alabama | Mt. Carmel |
| Section 15, 16 & 26, T5N, R29W, 67.81 total net acres in Escambia County, Alabama. Section | 04/20/2015 | 04/20/2022 | 686.00000000 | 67.66075000 | Edmund T. Henry III | Florida | Mt. Carmel |
| Section 15, 16 & 26, T5N, R29W, in Santa Rosa County, Florida. Section 15, SE/4 of NW/4 an | 04/20/2015 | 04/20/2022 | 686.00000000 | 101.49112500 | Mary Brooks Pittman | Florida | Mt. Carmel |
| Section 15, 16 & 26, T5N, R29W, Santa Rosa County, Florida. Section 15, SE/4 of NW/4 and : | 04/20/2015 | 04/20/2022 | 686.00000000 | 101.72025000 | Mary Brooks Pittman POA for Sally Elizabeth Pittman | Florida | Mt. Carmel |
| Sections 15, 16 & 26, T5N, R29W, in Santa Rosa County, Florida. | 04/29/2015 | 04/29/2022 | 686.00000000 | 169.53375000 | John Riley Pittman | Florida | Mt. Carmel |
| Sections 15, 16 & 26, T5N, R29W, Santa Rosa County, Florida. | 04/29/2015 | 04/29/2022 | 686.00000000 | 169.53375000 | Thomas B. Henry | Florida | Mt. Carmel |
| Sections 15, 16 and 26, T5N, R29W, in Santa Rosa County, Florida | 04/29/2015 | 04/20/2022 | 686.00000000 | 67.81350000 | Frances A. Vonk | Florida | Mt. Carmel |
| Section 14, T1N, R9E: SE/4, W/2 NE/4, SW/NW South of RR, 279 acres, more or less, in Escam | 03/01/2017 | 03/01/2020 | 279.00000000 | 92.99999790 | Ethel M. Henderson | Alabama | Mt. Carmel |
| Section 14, T1N, R9E: SE/4, W/2 NE/4, SW/NW South of RR, 279 acres, more or less, in Escam | 03/01/2017 | 03/01/2020 | 279.00000000 | 15.50001240 | Martha Jo Martin represented by AIF Tommy Marti | Alabama | Mt. Carmel |
| Section 15, T5N, R29W, 2 acres, more or less, NW of Section 15, in Santa Rosa County, Florid | 03/08/2017 | 03/08/2020 | 2.00000000 | 2.00000000 | Thomas B. Henry and Darla Renee Henry | Florida | Mt. Carmel |
| Section 14, T1N, R9E: SE/4, W/2 NE/4, SW/NW South of RR; 279 acres, more or less, in Escam | 03/01/2017 | 03/01/2020 | 279.00000000 | 7.75000000 | Jonathan Leon Martin | Alabama | Mt. Carmel |
| Section 14, T1N, R9E: SE/4 and Section 23, T1N, R9E, N/2 of N/2, 320 acres, more or less, in E | 04/04/2017 | 04/04/2020 | 320.00000000 | 4.44444300 | Caroline Frances O'Neal | Alabama | Mt. Carmel |
| Section 14, T1N, R9E, S/2 of NW/4 of NW/4 and all SW/4 of NW/4 North of RR, 30 acres, mor | 03/01/2017 | 03/01/2020 | 30.00000000 | 1.87500000 | William Timmons | Alabama | Mt. Carmel |
| Section 14, T1N, R9E, SW/4 and Section 23, T1N, R9E, N/2 of N/2, 320 acres, more or less, in | 04/04/2017 | 04/04/2020 | 320.00000000 | 4.44444300 | Stephen Francis O'Neal | Alabama | Mt. Carmel |
| Section 15, T5N, R29W, NE/4 of NW/4, less 3 acres, 37 acres, more or less, in Santa Rosa Cou | 03/08/2017 | 03/08/2020 | 37.00000000 | 18.50000000 | Pitnic Limited | Florida | Mt. Carmel |
| Sections 14 & 23, T1N, R9E: N/2 Section 23; SW/4 Section 14; N/2 NE/4 N of center line of riv | 05/28/2017 | 05/28/2020 | 490.00000000 | 63.51821000 | William Yancy Lovelace, Jr. | Alabama | Mt. Carmel |
| Sections 14 & 23, T1N, R9E; N/2 Section 23; SW/4 Section 14; N/2 NE/4 N of center line of riv | 05/28/2017 | 05/28/2020 | 490.00000000 | 63.51821000 | Hester Lovelace Gordon | Alabama | Mt. Carmel |
| Sections 14 & 23, T1N, R9E; N/2 Section 23; SW/4 Section 14; N/2 NE/4 N of center line of riv | 05/28/2017 | 05/28/2020 | 490.00000000 | 63.51821000 | John Cleveland Lovelace | Alabama | Mt. Carmel |
| Sections 14 & 23, T1N, R9E; N/2 Section 23; SW/4 Section 14; N/2 NE/4 N of center line of riv | 05/27/2015 | 05/27/2020 | 490.00000000 | 190.55512000 | Lovelace Properties LLC c/o Barbara L. Burton | Alabama | Mt. Carmel |
| Sections 14 & 23, T1N, R9E: N/2 Section 23; SW/4 Section 14; N/2 NE/4 N of center line of riv | 05/28/2017 | 05/28/2020 | 490.00000000 | 27.22230160 | Ben Kelly Strain Trust, Erin Joann Strain and William Dunc | Alabama | Mt. Carmel |
| Section 27, T1N-R9E, NE/4; Section 14, T1N-R9E, NE/4 of NE/4, 128 acres, more or less, in Esc | 06/30/2017 | 06/30/2020 | 208.00000000 | 128.00000000 | Cedar Creek Land & Timber, Inc. | Alabama | Mt. Carmel |
| Section 14, T1N, R9E, SE/4, W/2 NE/4, SW/NW South of RR, 279 acres, more or less, in Escam | 03/01/2017 | 03/01/2020 | 279.00000000 | 3.87500031 | Rebecca Lynn Priest | Alabama | Mt. Carmel |
| Section 14, T1N, R9E, SE/4, W/2 NE/4: All that part of SW/4 NW/4 South of Louisville & Nashv | 08/18/2015 | 08/18/2020 | 411.00000000 | 232.69920000 | The Martin Fund LLC | Alabama | Mt. Carmel |
| Section 15, T5N-R29W, NE/4 of NW/4, 40 acres, more or less, in Santa Rosa County, Florida | 07/26/2017 | 07/26/2020 | 40.00000000 | 0.81121320 | Cara Virginia Umpleby Lockett Royalty Trust | Florida | Mt. Carmel |
| Section 15, T5N, R29W, NE/4 of NW/4, 40 acres, more or less, in Santa Rosa County, Florid | 07/26/2017 | 07/26/2020 | 40.00000000 | 0.46090640 | Stuart S. Umpleby Marital QTIP Trust FBO Elaine Umpleb | Florida | Mt. Carmel |
| Section 15, T5N-R29W, NE/4 of NW/4, 40 acres, more or less, in Santa Rosa County, Florid: | 07/26/2017 | 07/26/2020 | 40.00000000 | 0.81121320 | Susan G. Umpleby Peasner Trust, Cara Virginia Lockett, | Florida | Mt. Carmel |
| Section 15, T5N-R29W, NE/4 of NW/4, 40 acres, more or less, in Santa Rosa, Florida | 07/10/2017 | 07/10/2020 | 40.00000000 | 0.93750000 | James W. Shepherd, III | Florida | Mt. Carmel |
| Section 1, T4N-R29W, E/2 of NW/4; N/2 of NE/4 and SW/4 of NE/4; Section 6, T4N-R28W, W | 10/17/2017 | 10/17/2020 | 380.00000000 | 190.00000000 | Roland Carlton Floyd and Linda Sue Hagler Floyd | Florida | Mt. Carmel |
| Section 15, T5N-R29W, NE/4 of NW/4, 40 acres, more or less, in Escambia County, Florida | 08/03/2017 | 08/03/2020 | 40.00000000 | 0.46668000 | John C. Mullen | Florida | Mt. Carmel |
| Section 27, T1N-R9E, all that part of the NE/4 which lies South of Conecuh River, 1 acres, mor | 05/18/2017 | 05/18/2020 | 1.00000000 | 0.50000000 | McDavid Miller LLC | Florida | Mt. Carmel |
| Section 27, T1N-R9E, all that part of the NE/4 which lies South of Conecuh River, 1 acres, mor | 05/18/2017 | 05/18/2020 | 1.00000000 | 0.50000000 | McDavid Huxford LLC | Florida | Mt. Carmel |
| Section 15, T3N-R29W, NE/4 of NW/4, 40 acres, more or less, in Escambia County, Alabama | 07/27/2017 | 07/27/2020 | 40.00000000 | 1.04166680 | Connie C. Hinman | Florida | Mt. Carmel |

EXHIBIT 3

Case:20-12377-EEB Doc#:16-2 Filed:04/23/20 144 Entered:04/23/20 22:39:39 Page

| Description | Date | Date | Acres | Amount | Name | State | |
|---|---|---|---|---|---|---|---|
| Section 15, T5N-R29W, NE/4 of NW/4, 40 acres, more or less, in Santa Rosa County, Florida | 07/27/2017 | 07/27/2020 | 40.00000000 | 1.04166680 | Virginia C. Hinman | Florida | Mt. Carmel |
| Section 15, T5N-R29W, NE/4 of NW/4, 40 acres, more or less, in Santa Rosa County, Florida | 08/03/2017 | 08/03/2020 | 40.00000000 | 0.46875000 | Frances M. Fink | Florida | Mt. Carmel |
| Section 15, T5N, R29W, NE/4 of NW/4, 40 acres, more or less, in Santa Rosa County, Florida | 07/27/2017 | 07/27/2020 | 40.00000000 | 1.04166680 | Stuart A. Umpleby | Florida | Mt. Carmel |
| Section 13, T5N-R29W, 1105 sq. feet on East end of TR 13-13 NW/4 of SE/4, , .03 acres, more or less, in Escambia C | 09/22/2017 | 09/22/2020 | 2.06000000 | 0.06000001 | Kenneth David Jordan and Teresa Lynn Jordan | Florida | Mt. Carmel |
| Section 13-T5N-R29W, SW corner NW/SE, 1.01 acres, more or less, in Escambia C | 09/22/2017 | 09/22/2020 | 2.02000000 | 0.73543756 | Shaena Saxton AKA Shaena J. Godwin | Florida | Mt. Carmel |
| Section 13-T5N-R29W, SW corner NW/SE, North 330 yards, East 140 yards, South 70 yards, W | 09/28/2017 | 09/28/2020 | 2.03000000 | 1.00000001 | Mary P. Mahoney | Florida | Mt. Carmel |
| Section 15, T5N-R29W, NE/4 of NW/4, 40 acres, more or less, in Escambia County, Alabama | 07/27/2017 | 07/27/2020 | 40.00000000 | 1.04166680 | James B. Thomas | Florida | Mt. Carmel |
| Section 13, T5N-R29W, SE corner of NW/4 of SE/4, 14 acres, more or less, in Santa Rosa Coun | 12/07/2017 | 12/07/2020 | 13.67000000 | 0.22783338 | James Dyer | Florida | Mt. Carmel |
| Section 13, T5N-R29W E/4 NE/4 SE/4, 14 acres, more or less, in Santa Rosa County, Florida | 12/07/2017 | 12/07/2020 | 13.67000000 | 0.22783338 | Melissa Ann Dyer | Florida | Mt. Carmel |
| Section 13, T5N-R29W, E/2 NW/4 SE/4, 14 acres, more or less, in Santa Rosa County, Florida | 12/07/2017 | 12/07/2020 | 13.67000000 | 0.22783338 | Gladys K. Munoz | Florida | Mt. Carmel |
| Section 13, T5N-R29W, SE corner of NW/4 of SE/4, 14 acres, more or less, in Santa Rosa Coun | 01/05/2018 | 01/05/2021 | 13.67000000 | 0.16116670 | Edker Lee Dyer | Florida | Mt. Carmel |
| Section 13, T5N-R29W, E/2 NW/4 SE/4, 14 acres, more or less, in Santa Rosa County, Florida | 12/07/2017 | 12/07/2020 | 13.67000000 | 0.22783338 | Wanda D. Castro | Florida | Mt. Carmel |
| 366.447 acres, more or less, in Santa Rosa County, Florida | 02/25/2019 | 02/25/2022 | 366.44700000 | 35.04366090 | Raymond Joseph Hood, a married man dealing with his sole and | Florida | Mt. Carmel |
| Township 5 North, Range 29 West, Section 13 NWSE, 14 acres, more or less, in Santa Rosa Co | 07/02/2018 | 07/02/2021 | 14.68000000 | 1.2333328 | Winnie G. Williams | Florida | Mt. Carmel |
| Township 5 North, Range 29 West, Section 13, beginning at the SENWSE, running 330 yards N | 08/06/2018 | 08/06/2021 | 14.68000000 | 0.40777768 | Samuel Maldonado | Florida | Mt. Carmel |
| Township 5 North, Range 29 West, Section 13,  Beginning at the SE corner of the NWSE, runn | 07/02/2018 | 07/02/2021 | 14.68000000 | 0.30583328 | Jane Kay Volpe | Florida | Mt. Carmel |
| Beginning at the SE corner of the NWSE, running 330 yards North and corner, thence West 2 | 07/02/2018 | 07/02/2021 | 14.68000000 | 0.30583328 | Jesse Robert Summerlin | Florida | Mt. Carmel |
| Township 5 North, Range 29 West, Section 13, Beginning at the SW corner of the NWSE, runn | 07/02/2018 | 07/02/2021 | 14.68000000 | 0.40777767 | Terry Maldonado | Florida | Mt. Carmel |
| Beginning at the SE corner of the NWSE, running 330 yards North and corner, thence West 2 | 07/02/2018 | 07/02/2021 | 14.68000000 | 0.30583328 | Penny Lee Summerlin | Florida | Mt. Carmel |
| Beginning at the SE corner of the NWSE, running 330 yards North and corner, thence West 2 | 08/06/2018 | 08/06/2021 | 14.68000000 | 0.40777767 | David Maldonado | Florida | Mt. Carmel |
| 426.447 acres, more or less, in Santa Rosa County, Florida | 02/14/2019 | 02/14/2022 | 426.44700000 | 219.34466698 | John E and Kathryn H Williams Revocable Family Trust Dated | Florida | Mt. Carmel |
| 357.447 acres, more or less, in Santa Rosa County, Florida | 02/25/2019 | 02/25/2022 | 366.44700000 | 35.04364198 | Laura Helen Kalata and husband, George R. Kalata | Florida | Mt. Carmel |
| 357.447 acres, more or less, in Santa Rosa County, Florida | 02/25/2019 | 02/25/2022 | 366.44700000 | 35.04363962 | Bruce Alexander Hood and wife, Elizabeth Ann Stanley | Florida | Mt. Carmel |
| 159 acres, more or less, in Santa Rosa County, Florida | 02/27/2019 | 02/27/2022 | 159.00000000 | 13.24999947 | Donna Marie Atkins and husband, David Fred Atkins | Florida | Mt. Carmel |
| 159 acres, more or less, in Santa Rosa County, Florida | 02/27/2019 | 02/27/2022 | 159.00000000 | 13.24999947 | Margaret D. Howd and husband, James A. Howd, Jr. | Florida | Mt. Carmel |
| 159 acres, more or less, in Santa Rosa County, Florida. | 02/27/2019 | 02/27/2022 | 159.00000000 | 13.24999947 | Amy Kathleen & husband Michael Douglas Murphy | Florida | Mt. Carmel |
| 159 acres, more or less, in Santa Rosa County, Florida | 02/27/2019 | 02/27/2022 | 159.00000000 | 13.24999947 | Deanna R. Fletcher | Florida | Mt. Carmel |
| 142 acres, more or less, in Santa Rosa County, Florida. | 04/01/2019 | 04/01/2022 | 142.00000000 | 11.83333286 | Deanna R. Fletcher | Florida | Mt. Carmel |
| 142 acres, more or less, in Santa Rosa County, Florida. | 04/01/2019 | 04/01/2022 | 142.00000000 | 11.83333286 | Margaret D. Howd and husband, James A. Howd, Jr. | Florida | Mt. Carmel |
| 142 acres, more or less, in Santa Rosa County, Florida | 04/01/2019 | 04/01/2022 | 142.00000000 | 11.83333286 | Amy Kathleen & husband Michael Douglas Murphy | Florida | Mt. Carmel |
| 142 acres, more or less, in Santa Rosa County, Florida | 04/01/2019 | 04/01/2022 | 142.00000000 | 11.83333286 | Donna Marie Atkins and husband, David Fred Atkins | Florida | Mt. Carmel |
| 200 acres, more or less, in Santa Rosa County, Florida | 03/07/2019 | 03/07/2022 | 280.53700000 | 6.24999967 | Bonnie M. Divito, as Guardian of the Person and Property of | Florida | Mt. Carmel |
| 59 acres, more or less, in Santa Rosa County, Florida | 04/24/2019 | 04/24/2022 | 0.00000000 | 0.00000000 | John L. Burkhead, Jr. and wife, Amy Alford Burkhead | Florida | Mt. Carmel |
| 35.5 acres, more or less, in Santa Rosa County, Florida | 04/24/2019 | 04/24/2022 | 35.50000000 | 23.49999997 | Hazel Lucille Blackmon | Florida | Mt. Carmel |
| 57.657 acres, more or less, in Santa Rosa County, Florida | 05/01/2019 | 05/01/2022 | 57.65700000 | 8.39750000 | Barnett E. Hendricks and Mary Evelyn Hendricks | Florida | Mt. Carmel |
| 60.413 acres, more or less, in Santa Rosa County, Florida | 04/25/2019 | 04/25/2022 | 60.41300000 | 22.67110000 | Hendricks Living Trust dtd 9/3/2003 | Florida | Mt. Carmel |
| 55.417 acres, more or less, in Santa Rosa County, Florida | 05/01/2019 | 05/01/2022 | 55.41700000 | 6.15744438 | Flora Mae Cole | Florida | Mt. Carmel |
| 55.417 acres, more or less, in Santa Rosa County, Florida | 05/01/2019 | 05/01/2022 | 55.41700000 | 6.15744438 | James Melvin Hendricks and Mary F. Hendricks | Florida | Mt. Carmel |
| 32 acres, more or less, in Santa Rosa County, Florida | 04/15/2019 | 04/15/2022 | 32.00000000 | 32.00000000 | Opal Annette Scott Hendricks | Florida | Mt. Carmel |
| 1.837 acres, more or less, in Santa Rosa County, Florida | 04/25/2019 | 04/25/2022 | 1.83700000 | 1.83700000 | Opal Annette Scott Hendricks | Florida | Mt. Carmel |
| 55.373 acres, more or less, in Santa Rosa County, Florida | 04/25/2019 | 04/25/2022 | 55.37300000 | 6.15255549 | W.R. Hendricks, trustee and Opal Scott Hendricks, as Trustee | Florida | Mt. Carmel |
| 59.097 acres, more or less, in Santa Rosa County, Florida | 05/01/2019 | 05/01/2022 | 59.09700000 | 9.83750000 | John D. Hendricks | Florida | Mt. Carmel |
| 40.68 acres, more or less, in Santa Rosa County, Florida | 05/21/2019 | 05/21/2022 | 40.68000000 | 1.93710000 | Pat O. Nobley | Florida | Mt. Carmel |
| 40.68 acres, more or less, in Santa Rosa County, Florida | 05/21/2019 | 05/21/2022 | 40.68000000 | 1.93709617 | Eveline R Nobley | Florida | Mt. Carmel |
| 55.417 acres, more or less, in Santa Rosa County, Florida | 06/27/2019 | 06/27/2022 | 55.41700000 | 6.15744438 | Joe O. Campbell and Patricia H. Campbell | Florida | Mt. Carmel |
| 40 acres, more or less, in Santa Rosa County, Florida | 06/18/2019 | 06/18/2022 | 40.00000000 | 4.44444440 | Nicholas Todd Farish | Florida | Mt. Carmel |
| T5NR29W Sec 16: | 08/07/2019 | 08/07/2022 | 40.00000000 | 1.48150000 | Donna L. Fritz | Florida | Mt. Carmel |
| 301 acres, more or less, in Santa Rosa County, Florida | 07/23/2019 | 07/23/2022 | 301.00000000 | 100.33333000 | James Milton Bates, Trustee of the Lillian Louise Hendri | Florida | Mt. Carmel |
| 20.78 acres, more or less, in Santa Rosa County, Florida | 08/05/2019 | 08/05/2022 | 20.78000000 | 8.39595951 | Roderick Carl Wolfe and wife, Vicki Renee Wolfe | Florida | Mt. Carmel |
| 38.26 acres, more or less, in Santa Rosa County, Florida | 08/05/2019 | 08/05/2022 | 38.26000000 | 15.45858570 | Terry L. Wolfe and wife, Diane E. Wolfe | Florida | Mt. Carmel |
| 19.58 acres, more or less, in Santa Rosa County, Florida | 08/05/2019 | 08/05/2022 | 19.58000000 | 7.91111103 | Cynthia L. Maddux and husband, David Don Maddux | Florida | Mt. Carmel |
| 18.63 acres, more or less, in Santa Rosa County, Florida | 08/05/2019 | 08/05/2022 | 18.63000000 | 7.52727265 | Jeffrey L. Wolfe and wife, Cynthia J. Wolfe | Florida | Mt. Carmel |
| 99 acres, more or less, in Santa Rosa County, Florida | 08/19/2019 | 08/19/2022 | 99.00000000 | 24.75000000 | John L. Burkhead, Jr. and wife, Amy Alford Burkhea | Florida | Mt. Carmel |
| 10.67 acres, more or less, in Santa Rosa County, Florida | 08/05/2019 | 08/05/2022 | 10.67000000 | 5.33500000 | Albert Matthew Wolfe and wife, Elizabeth M. Wolfe | Florida | Mt. Carmel |
| 60 acres, more or less, in Santa Rosa County, Florida | 08/13/2019 | 08/13/2022 | 60.00000000 | 15.00000000 | Elizabeth R. Epstein | Florida | Mt. Carmel |
| 99 acres, more or less, in Santa Rosa County, Florida | 08/19/2019 | 08/19/2022 | 99.00000000 | 8.24999670 | Laura McCrory Grissett and husband Ritchie D Grissett | Florida | Mt. Carmel |
| 99 acres, more or less, in Santa Rosa County, Florida | 08/19/2019 | 08/19/2022 | 99.00000000 | 8.24999967 | Renay McCrory Smith | Florida | Mt. Carmel |
| 190 acres, more or less, in Santa Rosa County, Florida | 08/28/2019 | 08/28/2022 | 190.00000000 | 23.75000000 | Susan Lanier McCord Alcorn | Florida | Mt. Carmel |
| 190 acres, more or less, in Santa Rosa County, Florida | 09/24/2019 | 09/24/2022 | 190.00000000 | 23.75000000 | Millard C McCord as trustee of the Millard C McCord Revoc.trus | Florida | Mt. Carmel |
| 159 acres, more or less, in Santa Rosa County, Florida | 10/07/2019 | 10/07/2022 | 159.00000000 | 52.99999947 | The Kathleen Hendricks Parks Revocable Trust U/T/A | Florida | Mt. Carmel |
| 142 acres, more or less, in Santa Rosa County, Florida | 10/07/2019 | 10/07/2022 | 142.00000000 | 47.33330000 | The Kathleen Hendricks Parks Revocable Trust U/T/A | Florida | Mt. Carmel |
| 640 acres, more or less, in Santa Rosa County, Florida | 10/03/2019 | 10/03/2022 | 640.00000000 | 95.00000000 | John Riley Pittman | Florida | Mt. Carmel |
| 99 acres, more or less, in Santa Rosa County, Florida | 10/03/2019 | 10/03/2022 | 99.00000000 | 8.24999967 | Chad Clayton McCrory | Florida | Mt. Carmel |
| 640 acres, more or less, in Santa Rosa County, Florida | 10/02/2019 | 10/02/2022 | 640.00000000 | 57.00000000 | Mary Brooks Pittman | Florida | Mt. Carmel |
| 640 acres, more or less, in Santa Rosa County, Florida | 10/02/2019 | 10/02/2022 | 640.00000000 | 57.00000000 | Mary Brooks Pittman POA for Sally Elizabeth Pittman | Florida | Mt. Carmel |
| 640 acres, more or less, in Santa Rosa County, Florida | 10/03/2019 | 10/03/2022 | 640.00000000 | 95.00000000 | Thomas B. Henry | Florida | Mt. Carmel |
| 9.633 acres, more or less, in Santa Rosa County, Florida | 10/08/2019 | 10/08/2022 | 9.63300000 | 2.40825000 | George Allen Taylor | Florida | Mt. Carmel |
| 9.633 acres, more or less, in Santa Rosa County, Florida | 10/08/2019 | 10/08/2022 | 9.63300000 | 2.40825000 | Mary A. Taylor | Florida | Mt. Carmel |
| 320 acres, more or less, in Santa Rosa County, Florida | 10/01/2019 | 10/01/2022 | 320.00000000 | 1.00000000 | Beverly Bradley Ross | Florida | Mt. Carmel |
| 99 acres, more or less, in Santa Rosa County, Florida | 08/26/2019 | 08/26/2022 | 99.00000000 | 4.75000020 | B. Keith Miller and wife, Gabriela Miller | Florida | Mt. Carmel |
| 640 acres, more or less, in Santa Rosa County, Florida | 10/02/2019 | 10/02/2022 | 640.00000000 | 38.00000000 | Frances A. Vonk | Florida | Mt. Carmel |
| 640 acres, more or less, in Escambia County, Alabama | 10/21/2019 | 10/21/2022 | 640.00000000 | 24.81600000 | George R. Kravis II Trust (BOKF NA as Agent for Henry R.Krav | Alabama | Mt. Carmel |
| 279 acres, more or less, in Escambia County, Alabama | 10/03/2019 | 10/03/2022 | 279.00000000 | 0.73809400 | Thomas Leon Martin | Alabama | Mt. Carmel |
| 279 acres, more or less, in Escambia County, Alabama | 10/03/2019 | 10/03/2022 | 279.00000000 | 0.73809450 | John Robert Martin | Alabama | Mt. Carmel |
| 640 acres, more or less, in Santa Rosa County, Florida | 10/03/2019 | 10/03/2022 | 640.00000000 | 38.00000000 | Edmund T. Henry III | Florida | Mt. Carmel |
| T5N, R29W Sec. 27: SWSW, Sec. 38: NWNW. 80 acres, more or less, in Santa Rosa County, Flo | 11/19/2019 | 11/19/2022 | 80.00000000 | 2.50000000 | Johnny R. Browder | Florida | Mt. Carmel |

EXHIBIT 3

| Description | Date 1 | Date 2 | Acres 1 | Acres 2 | Party | State | Prospect |
|---|---|---|---|---|---|---|---|
| Township 39 North, Range 61 West | 01/08/2015 | 01/08/2020 | 120.00000000 | 45.00000000 | Zela Hellen Nancy Stevenson | Wyoming | Mule Creek Prospect |
| Township 39 North, Range 61 West | 12/01/2010 | 12/01/2020 | 360.00000000 | 360.00000000 | Office of Natural Resources Revenue | Wyoming | Mule Creek Prospect |
| Township 39 North, Range 62 West | 12/01/2010 | 12/01/2020 | 400.00000000 | 400.00000000 | Office of Natural Resources Revenue | Wyoming | Mule Creek Prospect |
| Township 39 North, Range 61 West | 01/01/2011 | 01/01/2021 | 2,045.63000000 | 2,045.63000000 | Office of Natural Resources Revenue | Wyoming | Mule Creek Prospect |
| Township 39 North, Range 62 West | 04/01/2015 | 04/01/2025 | 1,693.20000000 | 1,693.20000000 | Office of Natural Resources Revenue | Wyoming | Mule Creek Prospect |
| Township 39 North, Range 61 West | 10/01/2013 | 10/01/2023 | 40.00000000 | 40.00000000 | Office of Natural Resources Revenue | Wyoming | Mule Creek Prospect |
| Township 39 North, Range 61 West | 10/01/2013 | 10/01/2023 | 690.28000000 | 690.28000000 | Office of Natural Resources Revenue | Wyoming | Mule Creek Prospect |
| Township 39 North, Range 62 West | 10/01/2013 | 10/01/2023 | 775.04000000 | 775.04000000 | Office of Natural Resources Revenue | Wyoming | Mule Creek Prospect |
| Township 39 North, Range 61 West | 02/09/2015 | 02/09/2020 | 520.00000000 | 292.00000000 | Stanley O. Swanson | Wyoming | Mule Creek Prospect |
| 1OAK02N-20-10 | 10/08/2104 | 10/08/2107 | 23.00000000 | 0.81250000 | Troylene Burch | Mississippi | Oakhay Creek North Prospect |
| 1OAK02S-22-05 | 06/03/2015 | 06/03/2018 | 148.00000000 | 0.12846400 | Sandra Masters | Mississippi | Oakhay Creek South Prospect |
|  | 06/03/2015 | 06/03/2020 | 148.00000000 | 0.12846400 | Cynthia Muncher | Mississippi | Oakhay Creek South Prospect |
| 1OAK02S-20-12 | 10/08/2104 | 10/08/2107 | 36.00000000 | 1.12500000 | Troylene Burch | Mississippi | Oakhay Creek South Prospect |
| 1OAK02S-22-05 | 06/03/2015 | 06/03/2018 | 148.00000000 | 0.12846400 | Martha Michelle Matthews | Mississippi | Oakhay Creek South Prospect |
|  | 05/12/2015 | 05/12/2020 | 148.00000000 | 0.12845956 | Sherry Matthews | Mississippi | Oakhay Creek South Prospect |
| Township 2 North, Range 14 East, Section 13: NWNW, SWNW, SENW, NESW, 160 acres, more | 01/04/2019 | 01/04/2022 | 160.00000000 | 6.00000000 | Melton E. Rhodes, Executor U/W of Mary Winona Parker Rhodes, | Mississippi | North Pachuta |
| Township 2 North, Range 15 East, Sec. 18: E2SE; Sec. 19: NENE, 120 acres, more or less, in Cla | 01/10/2019 | 01/10/2022 | 120.00000000 | 3.75000000 | Marvin B. Speed | Mississippi | North Pachuta |
| Township 2 North, Range 14 East, Section 13: N2NW, SENW, 120 acres, more or less, in Clark | 01/08/2019 | 01/08/2022 | 120.00000000 | 15.18744000 | The Termo Company, David E. Combs, President | Mississippi | North Pachuta |
| Township 2 North, Range 15 East, Sec. 19: NENE, 40 acres, more or less, in Clarke County, Mi | 12/04/2018 | 12/04/2021 | 40.00000000 | 0.83333200 | Annette R. Ward | Mississippi | North Pachuta |
| Township 2 North, Range 14 East, Sec. 12: SWNE; W2SE, Sec. 13: N2NE, 200 acres, more or le | 01/14/2019 | 01/14/2022 | 200.00000000 | 45.00000000 | Anadarko E&P Company LP a Delaware Corporation | Mississippi | North Pachuta |
| Township 2 North, Range 14 East, Sec. 1, SENE, 19.11 acres, more or less, in Clarke County, M | 05/05/2019 | 05/05/2022 | 19.11000000 | 5.27750000 | Lisa A. Ivy | Mississippi | North Pachuta |
| Township 2 North, Range 14 East, Sec. 1, SENE, 1.12 acres, more or less, in Clarke County, Mi | 05/05/2019 | 05/05/2022 | 1.12000000 | 0.56000000 | Elizabeth P. Ivy | Mississippi | North Pachuta |
| Township 2 North, Range 14 East, Section 1, SE, 57 acres, more or less, in Clarke County, Miss | 05/02/2019 | 05/02/2022 | 57.00000000 | 28.50000000 | Gay Dawn Horne-Nelson | Mississippi | North Pachuta |
| Township 2 North, Range 14 East, Sec. 13: N2NW, SENW, containing120 acres, more or c | 03/01/2019 | 03/01/2021 | 120.00000000 | 45.00000000 | Burlington Resources Oil & Gas Co. LP | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12: E2NE; NWNE; part of SENW, part of SWNW, containing 135 acres, more c | 02/22/2019 | 02/22/2022 | 135.00000000 | 0.65280006 | Charles W. Gillis | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12: E2NE; NWNE; part of SENW, part of SWNW, containing 135 acres, more c | 02/22/2019 | 02/22/2022 | 135.00000000 | 0.39169994 | Errol L. Gillis | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12: E2NE; NWNE; part of SENW, part of SWNW, containing 135 acres, more c | 02/22/2019 | 02/22/2022 | 135.00000000 | 0.39169994 | Kirk Gillis | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12: E2NE; NWNE; part of SENW, part of SWNW | 02/22/2019 | 02/22/2022 | 135.00000000 | 0.39169994 | Kris K. Gillis | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12: E2NE; NWNE; part of SENW, part of SWNW. 135 acres, more or less, in Cl | 02/22/2019 | 02/22/2022 | 135.00000000 | 1.95830001 | Mary Katie Gillis | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12: E2NE; NWNE; part of SENW, part of SWNW. 135 acres, more or less, in Cl | 02/22/2019 | 02/22/2022 | 135.00000000 | 0.65280006 | Norman B. Gillis, III | Mississippi | North Pachuta |
| T2N, R14E, Sec. 1, SENE, 17.02 acres, more or less, in Clarke County, M | 02/15/2019 | 02/15/2022 | 17.02000000 | 5.50500000 | Virginia Ivy Gilmer and Richmond L. Gilmer | Mississippi | North Pachuta |
| T2N, R14E, Sec. 13, NWNW, SENW, W2SW, SESW, 200 acres, more or less, in Clarke County, N | 02/22/2019 | 02/22/2022 | 200.00000000 | 3.75000000 | Gerald D. Mills | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12: E2NE; NWNE; part of SENW, part of SWNW, 135 acres, more or less, in Cl | 02/22/2019 | 02/22/2022 | 135.00000000 | 0.39169994 | Gail Thompson | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12: E2NE; NWNE; part of SENW, part of SWNW, 135 acres, more or less, in Cl | 02/20/2019 | 02/20/2022 | 135.00000000 | 5.68750005 | Wise Oil Corporation, Gary M. Wise, President | Mississippi | North Pachuta |
| T2N, R14E, Sec 13: W2SW, SESW, 120 acres, more or less, in Clarke County, Mississippi | 03/11/2019 | 03/11/2022 | 120.00000000 | 6.00000000 | Dr. Paul H. Parker, Jr. | Mississippi | North Pachuta |
| T2N, R14E, Section 12, SW, 160.94 acres, more or less, in Clarke County, Mississippi | 03/30/2017 | 03/30/2020 | 160.94000000 | 10.05875000 | Univestors, LLC | Mississippi | North Pachuta |
| T2N, R14E, Section 13, SW, and T2N, R15E Sec. 18: SWNW, 120 acres in Clarke County | 03/14/2017 | 03/14/2020 | 120.00000000 | 3.33324000 | Paul Sullivan | Mississippi | North Pachuta |
| T2N, R14E, Sec. 13: S2NE, and T2N, R15E Sec. 15, SWNW, 120 acres, more or less, iin Clarke C | 03/01/2017 | 03/01/2020 | 120.00000000 | 5.00004000 | Julian Lane Wheless | Mississippi | North Pachuta |
| T2N, R15E, Sec 12: SW, T2N, R14E Sec. 13,:NENW, 161.2 acres, more or less, in Clarke County | 03/28/2017 | 03/14/2020 | 161.20000000 | 10.07500000 | Zebra Properties, LLC | Mississippi | North Pachuta |
| T2N, R14E, Sec 12: SW, 35 acres, more or less, in Clarke County, Mississippi | 04/13/2017 | 04/13/2020 | 35.00000000 | 17.50000000 | William H. Huff, Sr. | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12: SW, 160.94 acres, more or less, in Clarke County, Mississippi | 04/05/2017 | 04/05/2020 | 160.94000000 | 45.76731250 | Elloine M. Clark | Mississippi | North Pachuta |
| T2N, R14E, Sec 13: S2NE; and T2N, R15E Sec 18: SWNW, 120 acres, more or less, in Clarke C | 03/14/2017 | 03/14/2020 | 120.00000000 | 1.66670024 | Celia Franklin Draughn Gargaro | Mississippi | North Pachuta |
| T2N, R14E Sec. 12: SWNE, 3 acres, more or less, in Clarke County, Mississippi | 04/04/2017 | 04/04/2020 | 3.00000000 | 0.75000000 | James T. Blackburn | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12: pt of SENW, 26.55 acres, more or less, in Clarke County, Mississipp | 06/21/2017 | 06/21/2020 | 26.55000000 | 26.20000008 | Black Stone Minerals Co., LP and Matagorda B1, LP | Mississippi | North Pachuta |
| T2N, R14E, Sec. 13: S2NE, T2N, R15E, Sec. 18: SWNW, 120 acres, more or less, in Clarke Coun | 06/21/2017 | 06/21/2020 | 120.00000000 | 60.00000000 | Black Stone Minerals Co., LP and Matagorda B1, LP | Mississippi | North Pachuta |
| T2N, R15E Sec: 19 NENW, NWNE, 61 acres, more or less, in Clarke County, Mississippi | 09/27/2019 | 09/27/2021 | 61.00000000 | 30.50000000 | Charles Larry Boney | Mississippi | North Pachuta |
| T2N, R15E, Sec. 18: NWSW, NESW, 61 acres, more or less, in Clarke County, Mississippi | 10/24/2018 | 10/24/2021 | 61.00000000 | 30.50000000 | Johnnie Ray Boney | Mississippi | North Pachuta |
| T2N, R15E, Sec. 18 SWSW, SESW, T2N, R15E, Sec. 19 NENW, 61 acres, more or less, in Clarke | 09/11/2019 | 09/11/2021 | 61.00000000 | 30.50000000 | Roy Stevens Boney | Mississippi | North Pachuta |
| T2N, R15E, Sec. 18 E2SE, T2N, R15E, Sec. 19 NENE, 120 acres, more or less, in Clarke County, | 09/24/2019 | 09/24/2021 | 120.00000000 | 1.66680000 | Buchanan Company, LLC | Mississippi | North Pachuta |
| T2N, R15E, Sec. 18 E2SE, T2N, R15E, Sec. 19 NENE, 120 acres, more or less, in Clarke County, | 10/04/2018 | 10/04/2021 | 120.00000000 | 7.50000000 | Bettye Gayle Couch | Mississippi | North Pachuta |
| T2N, R14E, Sec. 1 NESE, NWSE, 30 acres, more or less, in Clarke County, Mississippi | 10/09/2018 | 10/09/2021 | 30.00000000 | 12.32142000 | Jonathan M. Cranford | Mississippi | North Pachuta |
| T2N, R15E, Sec. 18 SWNE, NWSE, E2SW, 120 acres, more or less, in Clarke County, Mississippi | 10/15/2018 | 10/15/2021 | 120.00000000 | 3.07700000 | Alfred N. Evans | Mississippi | North Pachuta |
| T2N, R15E, Sec. 18 SWNE, NWSE, E2SW, 120 acres, more or less, in Clarke County, Mississippi | 10/15/2018 | 10/15/2021 | 120.00000000 | 3.07700000 | James K. Evans | Mississippi | North Pachuta |
| T2N, R14E Sec: 13: SE, T2N, R15E, Sec. 18: SWSW, T2N, R15E, Sec. 19 NWNW, 215 acres, more | 10/01/2018 | 10/01/2021 | 215.00000000 | 120.75000000 | Fatherree Family Limited Partnership | Mississippi | North Pachuta |
| T2N R15E Sec. 18: SWNE; NWSE, 80 acres, more or less, in Clarke County, Mississippi | 10/16/2018 | 10/16/2021 | 80.00000000 | 1.25000000 | Robert Bryan Hash Family 2006 GST Exempt Trust Steven Vincent | Mississippi | North Pachuta |
| T2N R15E Sec. 18: SWNE;NWSE, 80 acres, more or less, in Clarke County, Mississippi | 10/16/2018 | 10/16/2021 | 80.00000000 | 1.25000000 | Steven Vincent Hash Family 2006 GST Exempt Trust | Mississippi | North Pachuta |
| T2N R15E Sec. 18: SWNE;NWSE, 80 acres, more or less, in Clarke County, Mississippi | 09/20/2018 | 09/20/2021 | 80.00000000 | 3.33333600 | Deborah A. Hughes | Mississippi | North Pachuta |
| T2N R15E Sec. 18: SWNE;NWSE, 80 acres, more or less, in Clarke County, Mississippi | 09/24/2018 | 09/24/2021 | 80.00000000 | 0.83333360 | Janie E. Hughes | Mississippi | North Pachuta |
| T2N R15E Sec. 18: SWNE; NWSE, 80 acres, more or less, in Clarke County, Mississippi | 09/24/2018 | 09/24/2021 | 80.00000000 | 0.83333360 | Richard F. Hughes | Mississippi | North Pachuta |
| T2N R15E Sec. 18: E2SE, Sec. 19: NENE, 120 acres, more or less, in Clarke County, Mississippi | 10/08/2018 | 10/08/2021 | 120.00000000 | 1.25004000 | Carolynn N. Kirkland | Mississippi | North Pachuta |
| T2N R15E Sec. 18: E2SE, Sec. 19: NENE, 120 acres, more or less, in Clarke County, Mississippi | 10/08/2018 | 10/08/2021 | 120.00000000 | 1.25004000 | Jeremiah S. Kirkland | Mississippi | North Pachuta |
| T2N R15E, Sec. 18 SWNE, NWSE, E2SW, 120 acres, more or less, in Clarke County, M | 10/23/2018 | 10/23/2021 | 120.00000000 | 0.61540000 | Margie Ruth McCoy | Mississippi | North Pachuta |
| T2N, R14E, Sec. 1: N2SE, 77 acres, more or less, in Clarke County, Mississippi | 10/17/2018 | 10/17/2021 | 77.00000000 | 31.62497800 | Robert M. Sanders | Mississippi | North Pachuta |
| T2N, R14E, Sec. 14 S2SE, 77 acres, more or less, in Clarke County, Mississippi | 10/05/2018 | 10/05/2021 | 77.00000000 | 9.62500000 | Deborah Freeman Smith | Mississippi | North Pachuta |
| T2N R15E, Sec. 18 SWNE, NWSE, E2SW, 120 acres, more or less, in Clarke County, Mississippi | 10/15/2018 | 10/15/2021 | 120.00000000 | 3.07700000 | Toye Evans Smith | Mississippi | North Pachuta |
| T2N R15E. Sec. 18: SWNE; NWSE, 80 acres, more or less, in Clarke County, Mississippi | 09/20/2019 | 09/20/2021 | 80.00000000 | 3.33336000 | Jean B. Talbot | Mississippi | North Pachuta |
| T2N R15E Sec. 18: E2SE, Sec. 19: NENE, 120 acres, more or less, in Clarke County, Mississippi | 10/08/2018 | 10/08/2021 | 120.00000000 | 1.25004000 | Michael James Thompson | Mississippi | North Pachuta |
| T2N R15E, Sec. 18 SWNE, NWSE, E2SW, 120 acres, more or less, in Clarke County, Mississippi | 10/15/2018 | 10/15/2021 | 120.00000000 | 3.07700000 | Linda Evans Turner | Mississippi | North Pachuta |
| T2N R15E, Sec. 18 SWNE, NWSE, E2SW, 120 acres, more or less, in Clarke County, Mississippi | 06/15/2018 | 10/15/2021 | 120.00000000 | 6.15400000 | Frances Evans Willemon | Mississippi | North Pachuta |
| T2N R15E, Sec. 18 SWNE, NWSE, E2SW, 120 acres, more or less, in Clarke County, Mississippi | 10/23/2018 | 10/23/2021 | 120.00000000 | 0.61540000 | Mary Gail Williams | Mississippi | North Pachuta |
| T2N R15E Sec. 18: E2SE, Sec. 19: NENE, 120 acres, more or less, in Clarke County, Mississippi | 09/21/2019 | 09/21/2021 | 120.00000000 | 1.66668000 | Robert H. Mullett | Mississippi | North Pachuta |
| T2N R15E Sec. 18: E2SE, Sec. 19: NENE, 120 acres, more or less, in Clarke County, Mississippi | 10/08/2018 | 10/08/2021 | 120.00000000 | 5.00004000 | William Marion Roberson, II | Mississippi | North Pachuta |
| T2N R15E. Sec. 18: SWNE, 120 acres, more or less, in Clarke County, Mississippi | 10/15/2018 | 10/15/2021 | 120.00000000 | 3.07700000 | Joye Evans Combest | Mississippi | North Pachuta |
| T2N, R15E, Sec. 18 SWNE, E2SW, 119 acres, more or less, in Clarke County, Mississippi | 10/15/2018 | 10/15/2021 | 119.00000000 | 9.11540000 | Robert W. Evans | Mississippi | North Pachuta |
| T2N R15E, Sec. 18: SWNE, NWSE, E2SW, 120 acres, more or less, in Clarke County, Mississippi | 10/15/2018 | 10/15/2021 | 120.00000000 | 1.53850000 | Stephen Ray Evans | Mississippi | North Pachuta |
| T2N R15E. Sec. 18: SWNE; NWSE, 80 acres, more or less, in Clarke County, Mississippi | 09/24/2018 | 09/24/2021 | 80.00000000 | 0.83333360 | F. Simpson Hughes | Mississippi | North Pachuta |

EXHIBIT 3

| Description | Date | Date | Acres | Value | Name | State | County |
|---|---|---|---|---|---|---|---|
| T2N, R14E, Sec. 1 N2SE, 83 acres, more or less, in Clarke County, Mississipp | 10/25/2018 | 10/25/2021 | 83.00000000 | 7.41073800 | Katie Sanders Lightsey | Mississippi | North Pachuta |
| T2N R15E Sec. 18: E2SE, Sec. 19: NENE, 120 acres, more or less, in Clarke County, Mississipp | 09/21/2018 | 09/21/2021 | 120.00000000 | 1.66668000 | Ann C. Mullett Revocable Trust, John R. Mullett, Trustee | Mississippi | North Pachuta |
| T2N R15E Sec. 18: E2SE, Sec. 19: NENE, 120 acres, more or less, in Clarke County, Mississipp | 10/08/2018 | 10/08/2021 | 120.00000000 | 1.25004000 | Julie Kirkland Rowell | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12: N2SE, 47 acres, more or less, in Clarke County, Mississipp | 10/12/2018 | 10/12/2021 | 47.00000000 | 19.30355800 | Teresa C. Tullos | Mississippi | North Pachuta |
| T2N R15E, Sec. 18 SWNE, NWSE, E2SW, 120 acres, more or less, in Clarke County, Mississipp | 02/20/2019 | 02/20/2022 | 120.00000000 | 0.61540000 | Edward Lee Williams | Mississippi | North Pachuta |
| T2N R15E, Sec. 18 SWNE, NWSE, E2SW, 120 acres, more or less, in Clarke County, Mississipp | 10/15/2018 | 10/15/2021 | 120.00000000 | 3.07700000 | Carol Diane Evans Wright | Mississippi | North Pachuta |
| T2N, R14E, Sec. 1: NESE, 2 acres, more or less, in Clarke County, Mississipp | 10/23/2018 | 10/23/2021 | 2.00000000 | 1.64285800 | Calvin Adams Sanders | Mississippi | North Pachuta |
| T2N, R14E, Sec. 1: N2SE, 83 acres, more or less, in Clarke County, Mississipp | 10/29/2018 | 10/29/2021 | 83.00000000 | 7.41073800 | James L. Archey | Mississippi | North Pachuta |
| T2N, R14E, Sec. 1: S2SE, less and except 3 acres, 77 acres, more or less, in Clarke County, Mis | 10/05/2018 | 10/05/2021 | 77.00000000 | 9.62500000 | Daniel Michael Freeman | Mississippi | North Pachuta |
| T2N, R14E Sec. 12: N2NE, 80 acres, more or less, in Clarke County, Mississipp | 11/01/2018 | 11/01/2021 | 80.00000000 | 20.00000000 | Raymond L. Heard and Leticia L. Heard RT | Mississippi | North Pachuta |
| T2N, R14E Sec. 1: S2SE, less and except 3 acres, 77 acres, more or less, in Clarke County, Miss | 11/12/2018 | 11/12/2021 | 77.00000000 | 19.25000000 | Virginia D. Herring | Mississippi | North Pachuta |
| T2N R15E, Sec. 18: SWNE, NWSE, E2SW, 120 acres, more or less, in Clarke County, Mississipp | 10/23/2018 | 10/23/2021 | 120.00000000 | 0.61540000 | Charles Darius Knapp | Mississippi | North Pachuta |
| T2N R15E, Sec. 18: SWNE, NWSE, 80 acres, more or less, in Clarke County, Mississipp | 11/05/2018 | 11/05/2021 | 80.00000000 | 0.83333360 | Robert W. Waddell, Jr. | Mississippi | North Pachuta |
| T2N, R14E Sec. 13: SE; T2N R15E Sec. 18: E2SW, 200 acres, more or less, in Clarke County, Mi | 12/15/2018 | 12/15/2021 | 200.00000000 | 94.33340000 | Black Stone Minerals Company, L.P. | Mississippi | North Pachuta |
| T2N R15E Sec. 18: E2SE, 80 acres, more or less, in Clarke County, Mississipp | 12/15/2018 | 12/15/2021 | 80.00000000 | 38.92480000 | Black Stone Minerals Company, L.P. | Mississippi | North Pachuta |
| T2N R15E Sec. 18: NWNW less 2 acres; SWNW, SENW, SWNE, NWSE, SWSE, 238 acres, more | 12/26/2018 | 12/26/2021 | 238.00000000 | 114.00000000 | The Allar Company and EG3, Inc. | Mississippi | North Pachuta |
| T2N R15E Sec. 19: NENE, 40 acres, more or less, in Clarke County, Mississipp | 12/07/2018 | 12/07/2021 | 40.00000000 | 2.00000000 | Ada R. Baker | Mississippi | North Pachuta |
| T2N R14E Sec. 13: W2NW, SENW, NESW, 160 acres, more or less, in Clarke County, Mississipp | 12/18/2018 | 12/18/2021 | 160.00000000 | 20.00000000 | F. L. Clayton Trust, James D. Angero, Trustee | Mississippi | North Pachuta |
| T2N, R14E Sec. 1: SESE, 1.5 acres, more or less, in Clarke County, Mississipp | 11/12/2018 | 11/12/2021 | 1.50000000 | 1.50000000 | Marie Sanders Evans, Life Estate | Mississippi | North Pachuta |
| T2N R15E Sec. 18: E2SE, Sec. 19: NENE, 120 acres, more or less, in Clarke County, Mississipp | 12/20/2018 | 12/20/2021 | 120.00000000 | 15.00000000 | Great Southern Capital Corp. | Mississippi | North Pachuta |
| T2N R15E Sec. 18: SWNE, NWSE, 80 acres, more or less, in Clarke County, Mississipp | 10/16/2018 | 10/16/2021 | 80.00000000 | 0.83333360 | Patricia McGlothlin Hawk Family Trust | Mississippi | North Pachuta |
| T2N R14E Sec. 12: E2SE, Sec. 13: S2NE, T2N R15E, Sec. 18: SWNW, 200 acres, more or less, in | 01/02/2019 | 01/02/2022 | 200.00000000 | 7.50000000 | Hemeter Properties, LLC | Mississippi | North Pachuta |
| T2N R15E Sec. 19: NENE, 40 acres, more or less, in Clarke County, Mississipp | 11/27/2018 | 11/27/2021 | 40.00000000 | 10.00000000 | Cecil M Hill, Jr | Mississippi | North Pachuta |
| T2N R15E Sec. 19: NENE, 40 acres, more or less, in Clarke County, Mississipp | 11/30/2018 | 11/30/2021 | 40.00000000 | 2.50000000 | Dan L. Hill | Mississippi | North Pachuta |
| T2N R15E Sec. 19: NENE, 40 acres, more or less, in Clarke County, Mississipp | 11/30/2018 | 11/30/2021 | 40.00000000 | 2.50000000 | Dianne Hill | Mississippi | North Pachuta |
| T2N R15E Sec. 18: SWNE; NWSE: E2SW, 120 acres, more or less, in Clarke County, Mississipp | 10/23/2018 | 10/23/2021 | 120.00000000 | 0.61540000 | Norma Jo Knapp | Mississippi | North Pachuta |
| T2N, R14E Sec. 1: SESE, 20 acres, more or less, in Clarke County, Mississipp | 02/20/2019 | 02/20/2022 | 20.00000000 | 10.00000000 | Gay Dawn Horne-Nelson | Mississippi | North Pachuta |
| T2N R15E Sec. 18: SWNE, 80 acres, more or less, in Clarke County, Mississipp | 09/24/2018 | 09/24/2021 | 80.00000000 | 0.83333360 | John A. Hughes, Jr. | Mississippi | North Pachuta |
| T2N R15E Sec. 19: NENE, 40 acres, more or less, in Clarke County, Mississipp | 12/04/2018 | 12/04/2021 | 40.00000000 | 0.83333320 | Connie Mosley | Mississippi | North Pachuta |
| T2N R14E Sec. 12: SW, T2N R15E Sec. 18: E2SENE, 176.94 acres, more or less, in Clarke Count | 12/20/2018 | 12/20/2021 | 176.94000000 | 15.30885000 | Parawon Corporation, Earl Hollingshead, President | Mississippi | North Pachuta |
| T2N R14E Sec. 13: NWNW, SWNW, SENW, NESW, 160 acres, more or less, in Clarke County, N | 12/20/2018 | 12/20/2021 | 160.00000000 | 8.00000000 | Dr. Paul H. Parker, Jr. | Mississippi | North Pachuta |
| T2N R14E Sec. 1 NESE, 4 acres, more or less, in Clarke County, Mississipp | 11/13/2018 | 11/13/2021 | 4.00000000 | 3.28571600 | Dustin J. Pritchett, Whitney J. Pritchett, wife | Mississippi | North Pachuta |
| T2N R15E Sec. 19: NENE, 40 acres, more or less, in Clarke County, Mississipp | 12/10/2018 | 12/10/2021 | 40.00000000 | 0.83333200 | Johnny H. Rowell | Mississippi | North Pachuta |
| T2N R14E Sec. 12: E2SE, Sec. 13: S2NE, T2N R15E, Sec. 18: SWNW, 200 acres, more or less, in | 01/02/2019 | 01/02/2022 | 200.00000000 | 7.50000000 | T. R. Clark, LLC, Tena R. Clark, Manager | Mississippi | North Pachuta |
| T2N R14E Sec. 12: E2SE, Sec. 13: S2NE, T2N R15E, Sec. 18: SWNW, 200 acres, more or less, in | 01/02/2019 | 01/02/2022 | 200.00000000 | 7.50000000 | Gardner Clark Family, LLC, Nola Virginia Gardner, Manag | Mississippi | North Pachuta |
| T2N R14E Sec. 13: NWNE, NENW, SENW, 120 acres, more or less, in Clarke County, Mississipp | 01/08/2019 | 01/08/2022 | 120.00000000 | 2.13288000 | Desoto Natural Resources, Inc., David E. Combs, Presiden | Mississippi | North Pachuta |
| T2N R14E Sec. 13: NWNE, NENW, SENW, 120 acres, more or less, in Clarke County, Mississipp | 01/08/2019 | 01/08/2022 | 120.00000000 | 0.91392000 | James R. Embleton FT, Phyllis J. Embleton, Trustee | Mississippi | North Pachuta |
| T2N, R14E, Sec. 13: N2NW, SENW, 120 acres, more or less, in Clarke County, Mississipp | 01/08/2019 | 01/08/2022 | 120.00000000 | 2.13290000 | EFC Minerals, LLC, George M. Murchison, Managing Member | Mississippi | North Pachuta |
| T2N R15E Sec. 18: SWNE, NWSE, 80 acres, more or less, in Clarke County, Mississipp | 11/05/2018 | 11/05/2021 | 80.00000000 | 0.83333800 | Walter John Hillabrant | Mississippi | North Pachuta |
| T2N R15E Sec. 18: E2SE, Sec. 19: NENE, 120 acres, more or less, in Clarke County, Mississipp | 01/10/2019 | 01/10/2022 | 120.00000000 | 7.50000000 | Celia Carter Muths | Mississippi | North Pachuta |
| T2N R14E Sec. 13: NWNE, NENW, SENW, 120 acres, more or less, in Clarke County, Mississipp | 01/08/2019 | 01/08/2022 | 120.00000000 | 2.12880000 | Carolyn C. Norton Trust, Carolyn C. Norton, Trustee | Mississippi | North Pachuta |
| T2N R14E Sec. 12: E2SE, Sec. 13: S2NE, T2N R15E, Sec. 18: SWNW, 200 acres, more or less, in | 01/02/2019 | 01/02/2022 | 200.00000000 | 7.50000000 | Peachtree Properties, LLC, Sherry C. Hamilton, Manager | Mississippi | North Pachuta |
| T2N R15E Sec. 7: SE, 106.3 acres, more or less, in Clarke County, Mississipp | 02/24/2017 | 02/24/2020 | 106.30000000 | 19.36250000 | William T. Davidson, LaVera S. Davidson, Trustees | Mississippi | North Pachuta |
| T2N R14E Sec. 13: NWNE, 40 acres, more or less, in Clarke County, Mississipp | 02/28/2018 | 02/28/2020 | 40.00000000 | 10.00000000 | Jonathan M. Cranford | Mississippi | North Pachuta |
| T2N R14E Sec. 13: S2NENE, NWNE, Sec. 12: W2SE, T2N, R15E Sec. 18: NWNW, 168 acres, mor | 02/28/2017 | 02/28/2020 | 168.00000000 | 89.00000000 | Bruce and Mary Goff Howard | Mississippi | North Pachuta |
| T2N R14E Sec. 12: SW, Sec. 13: NENW, 200.94 acres, more or less, in Clarke County, Mississip | 03/07/2017 | 03/07/2020 | 200.94000000 | 25.11750000 | Maxine Moore Adams | Mississippi | North Pachuta |
| T2N R14E Sec. 12: SW, Sec. 13: NENW, 175.96 acres, more or less, in Clarke County, Mississip | 03/03/2017 | 03/03/2020 | 175.96000000 | 5.66910000 | Beryl Vickers Price Williams | Mississippi | North Pachuta |
| T2N R14E Sec. 12: SW, Sec. 13: NENW, 200.94 acres, more or less, in Clarke County, Mississip | 03/02/2017 | 03/02/2020 | 200.94000000 | 2.82350000 | Russell Meyer | Mississippi | North Pachuta |
| T2N, R14E Sec. 12: SW, Sec. 13: NENW, 200.94 acres, more or less, in Clarke County, Mississip | 03/02/2017 | 03/02/2020 | 200.94000000 | 2.82350000 | William Courtney Mills, Jr. | Mississippi | North Pachuta |
| T2N R15E, Sec. 18: SWNW, 6.14 acres, more or less, in Clarke County, Mississipp | 03/09/2017 | 03/09/2020 | 6.14000000 | 1.53500000 | William P. Duvall | Mississippi | North Pachuta |
| T2N R14E Sec. 12: SW, 160.94 acres, more or less, in Clarke County, Mississipp | 03/02/2017 | 03/02/2020 | 160.94000000 | 20.11750000 | Dr. Rennie W. Culver | Mississippi | North Pachuta |
| T2N R14E Sec. 13: S2NE, T2N R15E Sec. 18: SWNW, 120 acres, more or less, in Clarke County, | 03/07/2017 | 03/07/2020 | 120.00000000 | 50.00000000 | W.P. Bridges, Jr. | Mississippi | North Pachuta |
| T2N R14E Sec. 12: SW, Sec. 13: NENW, 200.94 acres, more or less, in Clarke County, Mississip | 03/02/2017 | 03/02/2020 | 200.94000000 | 2.82350000 | Gerald D. Mills | Mississippi | North Pachuta |
| T2N, R14E Sec. 12: SW, Sec. 13: NENW, 175.96 acres, more or less, in Clarke County, Mississip | 03/03/2017 | 03/03/2020 | 175.96000000 | 5.66910000 | Robert B. Price, III | Mississippi | North Pachuta |
| T2N R15E, Sec. 18: SWNW, 14.4 acres, more or less, in Clarke County, Mississipp | 03/09/2017 | 03/09/2020 | 14.40000000 | 3.60000000 | Barbara W. Price | Mississippi | North Pachuta |
| T2N R15E, Sec. 18: SWNW, 15.5 acres, more or less, in Clarke County, Mississipp | 03/09/2017 | 03/09/2020 | 15.50000000 | 3.87500000 | Sue P. Sexton f/k/a Sue P. Milam | Mississippi | North Pachuta |
| T2N R15E Sec. 18: NWNW, 9 acres, more or less, in Clarke County, Mississipp | 03/09/2017 | 03/09/2020 | 9.00000000 | 2.25000000 | James W. Goff | Mississippi | North Pachuta |
| T2N R14E Sec. 13: S2NE, 80 acres, more or less, in Clarke County, Mississipp | 02/28/2017 | 02/28/2020 | 20.00000000 | 20.00000000 | Fatherree Family Limited Partnership | Mississippi | North Pachuta |
| T2N R14E Sec. 12: NWSE, 2.87 acres, more or less, in Clarke County, Mississipp | 03/08/2017 | 03/08/2020 | 2.87000000 | 0.71750000 | Gary M. Cranford and Monay C. Cranford | Mississippi | North Pachuta |
| T2N R14E Sec. 12: W2SE, 77.13 acres, more or less, in Clarke County, Mississipp | 03/01/2017 | 03/01/2020 | 77.13000000 | 19.28250000 | Elsie S. Cranford, Charles Tenon Cranford, AIF | Mississippi | North Pachuta |
| T2N R14E Sec. 12: SW, 160.94 acres, more or less, in Clarke County, Mississipp | 03/14/2017 | 03/14/2020 | 160.94000000 | 4.90360000 | Robert E. W. Sinclair | Mississippi | North Pachuta |
| T2N R14E Sec. 12: SW, 160.94 acres, more or less, in Clarke County, Mississipp | 03/16/2017 | 03/16/2020 | 160.94000000 | 4.90360000 | Leslie Sinclair Von Wisenberger | Mississippi | North Pachuta |
| T2N R14E Sec. 12: SENW, NENW, 3.02 acres, more or less, in Clarke County, Mississipp | 03/24/2017 | 03/24/2020 | 3.02000000 | 0.37750000 | Jesse Chavez, Jr. and Rita Faye Chavez | Mississippi | North Pachuta |
| T2N R14E Sec. 13: S2NE, T2N R15E Sec. 18: SWNW, 120 acres, more or less, in Clarke County, | 03/17/2017 | 03/17/2020 | 120.00000000 | 3.33324000 | Sandra Draughn Freeman | Mississippi | North Pachuta |
| T2N R14E Sec. 13: NENE, T2N R15E Sec. 18: NWNW, 21 acres, more or less, in Clarke County, | 04/04/2017 | 04/04/2020 | 21.00000000 | 15.50000000 | Bruce and Mary Goff Howard | Mississippi | North Pachuta |
| T2N R14E Sec. 12: SWNE, T2N R15E Sec. 18: SWNW, 49 acres, more or less, in Clarke County, | 04/04/2017 | 04/04/2020 | 49.00000000 | 12.25000000 | Bruce and Mary Goff Howard | Mississippi | North Pachuta |
| T2N R14E Sec. 12: SW, Sec. 13: NENW, 200.94 acres, more or less, in Clarke County, Mississip | 03/03/2017 | 03/03/2020 | 200.94000000 | 2.82350000 | Susan Meyer Jones | Mississippi | North Pachuta |
| T2N R14E Sec. 12 NESW, 6.68 acres, more or less, in Clarke County, Mississippi | 03/23/2017 | 03/23/2020 | 6.68000000 | 0.83500000 | Kevin Wade Lucas and Bobbie Jo Lucas | Mississippi | North Pachuta |
| T2N R14E Sec. 13: S2NE, Sec. 18: SWNW, 120 acres, more or less, in Clarke County, Mississipp | 03/01/2017 | 03/01/2020 | 120.00000000 | 5.00004000 | Debbie W. McGowan | Mississippi | North Pachuta |
| T2N R14E Sec. 12: W2SE, SWNE, Sec. 13: N2NE, 200 acres, more or less, in Clarke County, Mis | 03/24/2017 | 03/24/2020 | 200.00000000 | 5.00000000 | Norman Rikki Roszel, Distributee, Eva Marie Hunter Passer R | Mississippi | North Pachuta |
| T2N R14E Sec. 12: SW, 160.94 acres, more or less, in Clarke County, Mississipp | 03/14/2017 | 03/14/2020 | 160.94000000 | 4.90360000 | Emily Sinclair | Mississippi | North Pachuta |
| T2N R14E Sec. 12: SWNE , 2 acres, more or less, in Clarke County, Mississipp | 03/31/2017 | 03/31/2020 | 2.00000000 | 1.00000000 | Willie Haralson, Jr. and Theresa H. Haralson | Mississippi | North Pachuta |
| T2N R14E Sec. 12: SW, 160.94 acres, more or less, in Clarke County, Mississipp | 03/14/2017 | 03/14/2020 | 160.94000000 | 4.90360000 | Susan Leigh Sinclair | Mississippi | North Pachuta |
| T2N R14E Sec. 12 NESW, 5.7 acres, more or less, in Clarke County, Mississipp | 04/04/2017 | 04/04/2020 | 5.70000000 | 0.71250000 | Franklin Dwayne Turner | Mississippi | North Pachuta |
| T2N R15E, Sec. 7: SESW, Sec. 17: SWNW, NWSW, Sec. 19: SENE, Sec. 20: N2, SE; 640 acres, m | 04/15/2019 | 04/15/2022 | 640.00000000 | 10.27780000 | Buchanan Company, LLC | Mississippi | North Pachuta |
| T2N R14E Sec. 12: E2NE, NWNE, SENE, SENW, SWNW, SWNW, 135 acres, more or less, in Clarke Coun | 02/22/2019 | 02/22/2022 | 135.00000000 | 0.39170000 | Sterling R. Burdette | Mississippi | North Pachuta |

EXHIBIT 3

| Description | Date 1 | Date 2 | Acres | Value | Name | State | Location |
|---|---|---|---|---|---|---|---|
| T2N R14E Sec. 13: W2SW, SESW, 120 acres, more or less, in Clarke County, Mississippi | 05/16/2019 | 05/16/2022 | 120.00000000 | 15.00000000 | F. L. Clayton Trust, James D. Angero, Trustee | Mississippi | North Pachuta |
| T2N R15E, Sec. 19: SWNW, NWSW, Sec. 19: SENE, Sec. 20: N2, SE, 580 acres, more or less, in | 04/16/2019 | 04/16/2022 | 580.00000000 | 36.25000000 | Bettye Gayle Couch | Mississippi | North Pachuta |
| T2N R14E Sec. 13: W2SW, SESW, 120 acres, more or less, in Clarke County, Mississippi | 05/15/2019 | 05/15/2022 | 120.00000000 | 4.26564000 | Desoto Natural Resources, Inc., David E. Combs, President | Mississippi | North Pachuta |
| T2N R14E Sec. 13: W2SW, SESW, 120 acres, more or less, in Clarke County, Mississippi | 05/15/2019 | 05/15/2022 | 120.00000000 | 4.26564000 | EFC Minerals, LLC, George M. Murchison, Managing Member | Mississippi | North Pachuta |
| T2N R14E Sec. 13: W2SW, SESW, 120 acres, more or less, in Clarke County, Mississippi | 05/15/2019 | 05/15/2022 | 120.00000000 | 1.82808000 | James R. Embleton FT, Phyllis J. Embleton, Trustee | Mississippi | North Pachuta |
| T2N, R15E Sec. 17: SWNW, NWSW, Sec. 18: E2SE, E2SENE, Sec. 19: NENE, SENE, Sec. 20: N2, | 05/20/2019 | 05/20/2022 | 720.00000000 | 5.62500000 | Mary Elizabeth R. Flatt | Mississippi | North Pachuta |
| T2N R14E Sec. 12: E2NE, NWNE, SENE, SENW, 135 acres, more or less, in Clarke County, Miss | 02/22/2019 | 02/22/2022 | 135.00000000 | 0.65280000 | Alan A. Gillis | Mississippi | North Pachuta |
| T2N R15E Sec. 17: SWNW, NWSW, Sec. 18: SENE, Sec. 20: N2, SE, 580 acres, more or less, in | 05/15/2019 | 05/15/2022 | 580.00000000 | 72.50000000 | Great Southern Capital Corp. | Mississippi | North Pachuta |
| T2N R15E Sec. 17: SWNW, NWSW, Sec. 18: E2SE, E2SENE, Sec. 19: NENE, SENE, Sec. 20: N2, | 05/20/2019 | 05/20/2022 | 720.00000000 | 11.25000000 | Joel S. Grice | Mississippi | North Pachuta |
| T2N, R15E Sec. 7 SESW, Sec. 17: SWNW, NWSW, Sec. 19 SENE, Sec. 20: N2, SE, 640 acres, mc | 04/22/2019 | 04/22/2022 | 640.00000000 | 7.70850000 | Carolynn N. Kirkland | Mississippi | North Pachuta |
| T2N, R15E Sec. 7 SESW, Sec. 17: SWNW, NWSW, Sec. 19 SENE, Sec. 20: N2, SE, 640 acres, mc | 04/22/2019 | 04/22/2022 | 640.00000000 | 7.70850000 | Jeremiah S. Kirkland | Mississippi | North Pachuta |
| T2N R14E Sec. 13: E2SE, 80 acres, more or less, in Clarke County, Mississippi | 04/25/2019 | 04/25/2022 | 80.00000000 | 10.00000000 | Debbie W. McGowan | Mississippi | North Pachuta |
| T2N R14E Sec. 13: NWNW, SENW, W2SW, SESW, 200 acres, more or less, in Clarke County, N | 03/11/2019 | 03/11/2022 | 200.00000000 | 3.75000000 | Susan Meyer Jones | Mississippi | North Pachuta |
| T2N R14E Sec. 13: NWNW, SENW, W2SW, SESW, 200 acres, more or less, in Clarke County, N | 03/11/2019 | 03/11/2022 | 200.00000000 | 3.75000000 | Russell Meyer | Mississippi | North Pachuta |
| T2N R14E Sec. 13: NWNW, SENW, W2SW, SESW, 200 acres, more or less, in Clarke County, N | 03/11/2019 | 03/11/2022 | 200.00000000 | 3.75000000 | William Courtney Mills, Jr. | Mississippi | North Pachuta |
| T2N, R15E Sec. 7 SESW, Sec. 17: SWNW, NWSW, Sec. 19 SENE, Sec. 20: N2, SE, 640 acres, mc | 04/15/2019 | 04/15/2022 | 640.00000000 | 10.27780000 | Ann C. Mullett Revocable Trust, John R. Mullett, Trustee | Mississippi | North Pachuta |
| T2N, R15E Sec. 7 SESW, Sec. 17: SWNW, NWSW, Sec. 19 SENE, Sec. 20: N2, SE, 640 acres, mc | 04/15/2019 | 04/15/2022 | 640.00000000 | 10.27780000 | Robert H. Mullett | Mississippi | North Pachuta |
| T2N, R15E Sec. 17: SWNW, NWSW, Sec. 19 SENE, Sec. 20: N2, SE, 580 acres, more or less, in | 05/14/2019 | 05/14/2022 | 580.00000000 | 36.25000000 | Celia Carter Muths | Mississippi | North Pachuta |
| T2N R14E Sec. 13: W2SW, SESW, 120 acres, more or less, in Clarke County, Mississippi | 05/15/2019 | 05/15/2022 | 120.00000000 | 4.26564000 | Carolyn C. Norton Trust, Carolyn C. Norton, Trustee | Mississippi | North Pachuta |
| T2N R15E Sec. 17: SWNW, NWSW, Sec. 18: E2SE, E2SENE, Sec. 19: NENE, SENE, Sec. 20: N2, | 05/20/2019 | 05/20/2022 | 760.00000000 | 8.12500000 | Julia L. Parker | Mississippi | North Pachuta |
| T2N R15E Sec. 17: SWNW, NWSW, Sec. 18: E2SE, E2SENE, Sec. 19: NENE, SENE, Sec. 20: N2, | 05/20/2019 | 05/20/2022 | 720.00000000 | 5.62500000 | D. Preston Reeves | Mississippi | North Pachuta |
| T2N R14E Sec. 13: W2SW, SESW, 120 acres, more or less, in Clarke County, Mississippi | 03/11/2019 | 03/11/2022 | 120.00000000 | 4.50000000 | Melton E. Rhodes, Executor U/W of Mary Winona Parker Rhodes | Mississippi | North Pachuta |
| T2N R15E Sec. 17: E2SW, SWSW, 120 acres, more or less, in Clarke County, Mississippi | 05/28/2019 | 05/28/2022 | 120.00000000 | 30.00000000 | Carol S. Ringland | Mississippi | North Pachuta |
| T2N, R15E Sec. 7 SESW, Sec. 17: SWNW, NWSW, Sec. 19 SENE, Sec. 20: N2, SE, 640 acres, mc | 04/17/2019 | 04/17/2022 | 640.00000000 | 30.83330000 | William Marion Roberson, II | Mississippi | North Pachuta |
| T2N, R15E Sec. 7 SESW, Sec. 17: SWNW, NWSW, Sec. 19 SENE, Sec. 20: N2, SE, 640 acres, mc | 04/22/2019 | 04/22/2022 | 640.00000000 | 7.70850000 | Julie Kirkland Rowell | Mississippi | North Pachuta |
| T2N R15E Sec. 17: E2SW, SWSW, 120 acres, more or less, in Clarke County, Mississippi | 05/28/2019 | 05/28/2022 | 120.00000000 | 60.00000000 | Mary Ellen Sharman Trust | Mississippi | North Pachuta |
| T2N, R15E Sec. 7 SESW, 40 acres, more or less, Clarke County, Mississippi | 05/17/2019 | 05/17/2022 | 40.00000000 | 6.00000000 | Southern Lease and Royalty Co. | Mississippi | North Pachuta |
| T2N, R15E Sec. 17: SWNW, NWSW, Sec. 19 SENE, Sec. 20: N2, SE, 580 acres, more or less, in | 05/14/2019 | 05/14/2022 | 580.00000000 | 18.12500000 | Marvin B. Speed | Mississippi | North Pachuta |
| T2N R14E Sec. 13: W2SW, SESW, 120 acres, more or less, in Clarke County, Mississippi | 05/15/2019 | 05/15/2022 | 120.00000000 | 30.37500000 | The Termo Company, David E. Combs, President | Mississippi | North Pachuta |
| T2N, R15E Sec. 7: SWNW, Sec. 17: SWNW, NWSW, Sec. 19 SENE, Sec. 20: N2, SE, 640 acres, m | 04/22/2019 | 04/22/2022 | 640.00000000 | 7.70850000 | Michael James Thompson | Mississippi | North Pachuta |
| T2N R14E Sec. 13: E2SE, 80 acres, more or less, in Clarke County, Mississippi | 04/25/2019 | 04/25/2022 | 80.00000000 | 10.00000000 | Julian Lane Wheless | Mississippi | North Pachuta |
| T2N R15E Sec. 17: SWNW, NWSW, Sec. 18: E2SE, E2SENE, Sec. 19: NENE, SENE, Sec. 20: N2, | 05/20/2019 | 05/20/2022 | 760.00000000 | 8.12500000 | Nancy L. Windham | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12 E2NE, NWNE, pt. SENW, pt. NW, 135 acres, more or less, in Clarke County | 06/15/2019 | 06/15/2022 | 135.00000000 | 0.09796500 | Howard W Alford | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12 E2NE, NWNE, pt. SENW, pt. NW, 135 acres, more or less, in Clarke County | 06/15/2019 | 06/15/2022 | 135.00000000 | 0.09796500 | Prentiss Keith Alford | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12 E2NE, NWNE, SENW, NW, 135 acres, more or less, in Clarke County, Missi | 06/15/2019 | 06/15/2022 | 135.00000000 | 0.09796500 | Zeb Alford | Mississippi | North Pachuta |
| T2N R15E Sec. 17 SWNW, NWSW, Sec. 18, E2SE, Sec. 19, NENE, SENE, Sec. 20, N2, SE, 700 ac | 04/15/2019 | 04/15/2022 | 700.00000000 | 0.22820000 | Dr. John Alan Booth | Mississippi | North Pachuta |
| T2N R14E, Sec. 13, SWNW, T2N, R15E Sec. 18 SWSE, 80 acres, more or less, in Clarke County, | 06/20/2019 | 06/20/2022 | 80.00000000 | 0.41250000 | Stanley Bowman | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12 E2NE, NWNE, SENW, NW, 135 acres, more or less, in Clarke County, Missi | 06/15/2019 | 06/15/2022 | 135.00000000 | 0.35240000 | Jack Butler Brabham | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12 E2NE, NWNE, SENW, NW, 135 acres, more or less, in Clarke County, Missi | 06/15/2019 | 06/15/2022 | 135.00000000 | 0.06528000 | Joe Earl Brabham | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12 E2NE, NWNE, SENW, NW, 135 acres, more or less, in Clarke County, Missi | 06/15/2019 | 06/15/2022 | 135.00000000 | 0.35240000 | Thomas McDowell Brabham | Mississippi | North Pachuta |
| T2N, R15E Sec. 7 SESW, 40 acres, more or less, Clarke County, Mississippi | 06/15/2019 | 06/15/2022 | 40.00000000 | 3.50000000 | Kaye Hunter Bryan | Mississippi | North Pachuta |
| T2N R14E, Sec. 12 W2SESE, W2NESE, 30 acres, more or less, in Clarke County, Mississippi | 05/01/2019 | 05/01/2022 | 30.00000000 | 7.50000000 | Jonathan M. Cranford | Mississippi | North Pachuta |
| T2N R14E Sec. 13, SWNW, T2N, R15E Sec. 18 SWSE, 80 acres, more or less, in Clarke County, | 06/20/2019 | 06/20/2022 | 80.00000000 | 0.41250000 | Jennifer Anne Dansby | Mississippi | North Pachuta |
| T2N R14E Sec. 13, SWNW, T2N, R15E Sec. 18 SWSE, 80 acres, more or less, in Clarke County, | 06/20/2019 | 06/20/2022 | 80.00000000 | 0.41250000 | Christine H. Davis | Mississippi | North Pachuta |
| T2N R15E Sec. 28 N2N2, 160 acres, more or less, in Clarke County, Mississippi | 07/12/2019 | 07/12/2022 | 160.00000000 | 80.00000000 | Delta Legacy, LLC | Mississippi | North Pachuta |
| T2N R15E Sec. 17 SWNW, NWSW, Sec. 18, E2SE, Sec. 19, NENE, SENE, Sec. 20, N2, SE, 700 ac | 04/15/2019 | 04/15/2022 | 700.00000000 | 0.22820000 | Margaret E. Dunnington | Mississippi | North Pachuta |
| T2N, R15E, Sec. 19 SENW, NWSW, 35.5 acres, more or less, in Clarke County, Mississippi | 05/15/2019 | 05/15/2022 | 35.50000000 | 22.62500000 | Janice R. and Dennis Foster | Mississippi | North Pachuta |
| T2N R14E, Sec. 12 E2SE, 80 acres, more or less, in Clarke County, Mississippi | 04/15/2019 | 04/15/2022 | 80.00000000 | 6.66664000 | Sandra Draughn Freeman | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12 E2SE, 80 acres, more or less, in Clarke County, Mississippi | 04/15/2019 | 04/15/2022 | 80.00000000 | 3.29333600 | Celia Franklin Draughn Gargaro | Mississippi | North Pachuta |
| T2N R14E Sec. 12 E2SE, Sec. 13 S2NE, T2N, R15E Sec. 18 SWNW, 200 acres, more or less, in C | 06/15/2019 | 06/15/2022 | 200.00000000 | 5.00000000 | Jonell Gluboke | Mississippi | North Pachuta |
| T2N, R15E, Sec. 7: SWSW, 25 acres, more or less, in Clarke County, Mississippi | 05/01/2019 | 05/01/2022 | 25.00000000 | 9.75000000 | James W. Goff | Mississippi | North Pachuta |
| T2N R14E, Sec. 21 N2SW, less 5 acres in NE5W, 75 acres, more or less, in Clarke County, Miss | 06/01/2019 | 06/01/2022 | 75.00000000 | 4.68750000 | Thomas A. Grantham | Mississippi | North Pachuta |
| T2N R14E Sec. 13, SWNW, T2N, R15E Sec. 18 SWSE, 80 acres, more or less, in Clarke County, | 06/20/2019 | 06/20/2022 | 80.00000000 | 0.41250000 | Laurie Decker Hands | Mississippi | North Pachuta |
| T2N R14E Sec. 13, SWNW, T2N, R15E Sec. 18 SWSE, 80 acres, more or less, in Clarke County, | 06/20/2019 | 06/20/2022 | 80.00000000 | 0.13750000 | Claire Hesse, minor, Shannon S. Hesse, mother | Mississippi | North Pachuta |
| T2N R14E Sec. 13, SWNW, T2N, R15E Sec. 18 SWSE, 80 acres, more or less, in Clarke County, | 06/20/2019 | 06/20/2022 | 80.00000000 | 0.13750000 | Sara E. Hesse, minor, Shannon Hesse, mother | Mississippi | North Pachuta |
| T2N, R15E Sec. 7 SESW, 40 acres, more or less, Clarke County, Mississippi | 06/15/2019 | 06/15/2022 | 40.00000000 | 3.50000000 | Jill Hunter | Mississippi | North Pachuta |
| T2N R14E Sec. 13, SWNW, T2N, R15E Sec. 18 SWSE, 80 acres, more or less, in Clarke County, | 06/20/2019 | 06/20/2022 | 80.00000000 | 0.82500000 | Tonya Lancaster | Mississippi | North Pachuta |
| T2N R14E, Sec. 21 N2SW, less 5 acres in NE5W, 75 acres, more or less, in Clarke County, Miss | 06/01/2019 | 06/01/2022 | 75.00000000 | 4.68750000 | Portia Bailey Little | Mississippi | North Pachuta |
| T2N R14E Sec. 13, SWNW, 40 acres, more or less, in Clarke County, Mississippi | 06/26/2019 | 06/26/2022 | 40.00000000 | 1.25000000 | David Scott Maples | Mississippi | North Pachuta |
| T2N R14E Sec. 13, SWNW, 40 acres, more or less, in Clarke County, Mississippi | 06/26/2019 | 06/26/2022 | 40.00000000 | 1.25000000 | Wesley Tyler Maples | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12 E2NE, NWNE, SENW, NW, 135 acres, more or less, in Clarke County, Missi | 06/15/2019 | 06/15/2022 | 135.00000000 | 0.32640000 | David Penton | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12 E2NE, NWNE, SENW, NW, 135 acres, more or less, in Clarke County, Missi | 06/15/2019 | 06/15/2022 | 135.00000000 | 2.48910000 | Day Nunnally Redhead | Mississippi | North Pachuta |
| T2N, R15E, Sec. 19 SENW, 35.5 acres, more or less, in Clarke County, Mississippi | 05/15/2019 | 05/15/2022 | 35.50000000 | 35.50000000 | J. L. Reece | Mississippi | North Pachuta |
| T2N, R14E, Sec. 12 E2NE, NWNE, SENW, NW, 135 acres, more or less, in Clarke County, Missi | 06/15/2019 | 06/15/2022 | 135.00000000 | 1.79510000 | Debra Penton Richardson | Mississippi | North Pachuta |
| T2N, R15E, Sec. 18 SWSE, T2N, R14E Sec. 13, SWNW, 80 acres, more or less, in Clarke County | 06/28/2019 | 06/28/2022 | 80.00000000 | 5.00000000 | RVS Minerals, LLC | Mississippi | North Pachuta |
| T2N R15E Sec. 17 E2SW, SWSW, 120 acres, more or less, in Clarke County, Mississippi | 05/28/2019 | 05/28/2022 | 120.00000000 | 30.00000000 | Lewis C. Sharman, Jr. | Mississippi | North Pachuta |
| T2N R14E Sec. 13, SWNW, T2N, R15E Sec. 18 SWSE, 80 acres, more or less, in Clarke County | 06/20/2019 | 06/20/2022 | 80.00000000 | 4.26250000 | Lilli Gardner Thomas | Mississippi | North Pachuta |
| T2N, R15E, Sec. 18 W2ESE, 16.6 acres, more or less, in Clarke County, Mississippi | 05/01/2019 | 05/01/2022 | 16.60000000 | 8.30000000 | Claudia Mae and Leroy Tucker | Mississippi | North Pachuta |
| T2N R15E, Sec. 19 SWNE, 29.58 acres, less and except, 5.92 acres in the SW, in Clarke Count | 05/15/2019 | 05/15/2022 | 29.58000000 | 29.58000000 | Dorothy B. Wolfe, Life Tenant | Mississippi | North Pachuta |
| T2N R15E, Sec. 19 SWNE, 5.92 acres, more or less, in Clarke County, Mississippi | 05/15/2019 | 05/15/2022 | 5.92000000 | 5.92000000 | Dorothy B. Wolfe, Life Tenant | Mississippi | North Pachuta |
| T2N, R15E Sec. 7 SWSW, 40 acres, more or less, in Clarke County, Mississippi | 08/01/2019 | 08/01/2022 | 40.00000000 | 20.00000000 | The Allar Company and EG3, Inc. | Mississippi | North Pachuta |
| T2N R14E Sec. 13, W2SW, SESW, 120 acres, more or less, in Clarke County, Mississippi | 08/01/2019 | 08/01/2022 | 120.00000000 | 30.00000000 | The Allar Company and EG3, Inc. | Mississippi | North Pachuta |
| T2N R14E, Sec. 13, SWNW, T2N R15E Sec. 18: SWSE, 80 acres, more or less, in Clarke County | 06/20/2019 | 06/20/2022 | 80.00000000 | 0.82500000 | Alicia Crow | Mississippi | North Pachuta |
| T2N R14E, Sec. 12 E2SESE, pt. NESE, 47.7 acres, more or less, in Clarke County, Mississippi | 08/15/2019 | 08/15/2022 | 47.70000000 | 11.92500000 | Elsie S. Cranford, Charles Tenon Cranford, AIF | Mississippi | North Pachuta |
| T2N R14E Sec. 7: SWSW, 21 acres, more or less, in Clarke County, Mississippi | 05/01/2019 | 05/01/2022 | 21.00000000 | 7.75000000 | Mary Goff Howard | Mississippi | North Pachuta |
| T2N R14E Sec. 13, SWNW, T2N, R15E Sec. 18 E2SENE, SWSE, 100 acres, more or less, in Clark | 08/15/2019 | 08/15/2022 | 100.00000000 | 1.32800000 | Dave Player | Mississippi | North Pachuta |

Case:20-12377-EEB   Doc#:166-2   Filed:04/23/20   144   Entered:04/23/20 22:39:39   Page

EXHIBIT 3

| Description | Date 1 | Date 2 | Acres | Value | Name | State | Prospect |
|---|---|---|---|---|---|---|---|
| T2N, R14E Sec. 13, SWNW, T2N, R15E Sec. 18 E2SENE, SWSE, 100 acres, more or less, in Clark | 08/15/2019 | 08/15/2022 | 100.0000000 | 1.32800000 | Joan Player | Mississippi | North Pachuta |
| T2N, R14E Sec. 13, SWNW, T2N, R15E Sec. 18 E2SENE, SWSE, 100 acres, more or less, in Clark | 08/15/2019 | 08/15/2022 | 100.0000000 | 1.32800000 | John Player, Jr. | Mississippi | North Pachuta |
| T2N, R14E Sec. 13, SWNW, T2N, R15E Sec. 18 E2SENE, SWSE, 100 acres, more or less, in Clark | 08/15/2019 | 08/15/2022 | 100.0000000 | 1.32800000 | Mark Player | Mississippi | North Pachuta |
| T2N, R15E Sec. 18 E2SENE, 20 acres, more or less, in Clarke County, Mississippi | 07/15/2019 | 07/15/2022 | 20.0000000 | 0.62500000 | Patricia Coutant Williams | Mississippi | North Pachuta |
| T2N, R14E, Sec. 13, SWNW; T2N, R15E, Sec. 18, SWSE; 80 acres, more or less, in Clarke County | 06/20/2019 | 06/20/2022 | 80.0000000 | 1.37500000 | Judy Lynn Gardner | Mississippi | North Pachuta |
| T2N, R14E, Sec. 11, E2SE, T2N, R15E Sec. 17, NWSW, Sec. 19, SENE, Sec. 20, N2, SE , 640 acres | 06/05/2019 | 06/05/2022 | 640.0000000 | 350.32340000 | Black Stone Minerals Company, L.P. | Mississippi | North Pachuta |
| T2N R14E Sec. 13, SWNW; T2N, R15E Sec. 18, SWSE; 80 acres, more or less, in Clarke County | 06/20/2019 | 06/20/2022 | 80.0000000 | 0.82500000 | Monica Hayes | Mississippi | North Pachuta |
| T2N, R14E Sec. 13: SWNW; T2N, R15E Sec. 18: SWSE; 80 acres, more or less, in Clarke County, | 06/20/2019 | 06/20/2022 | 80.0000000 | 1.37500000 | Cindy N. Lancaster | Mississippi | North Pachuta |
| T2N, R14E Sec. 13: SWNW; T2N, R15E Sec. 18: SWSE; 80 acres, more or less, in Conecuh County, | 06/20/2019 | 06/20/2022 | 80.0000000 | 0.41250000 | Joel Francis Moore | Mississippi | North Pachuta |
| T2N R14E Sec. 13 ; NW, W2SW, SESW; 280 acres, more or less, in Clarke County, Mississippi | 08/28/2019 | 08/28/2022 | 280.0000000 | 7.00000000 | Charles S. Stack | Mississippi | North Pachuta |
| T2N, R14E Sec. 13, SW, W2NW, SENW: 280 acres, more or less, in Clarke County, Mississippi | 09/06/2019 | 09/06/2022 | 280.0000000 | 3.50000000 | Margaret Diane Stack Ross | Mississippi | North Pachuta |
| T2N, R14E Sec. 13: SW, Sec.13: E2NW, NWNW, W2SW, SESW; 400.94 acres, more or less, in C | 09/18/2019 | 09/18/2022 | 400.9400000 | 26.29410000 | Nygaard Irrevocable Trust | Mississippi | North Pachuta |
| 3000 acres, more or less, in yo momma's butt | 01/01/2018 | 01/01/2038 | 3,000.0000000 | 3,000.00000000 | Joe Blow | Arizona | Enter prospect name here |
|  | 08/21/2019 | 08/21/2021 | 15,582.5000000 | 15,582.50000000 | Cedar Creek Land & Timber, Inc. | Alabama | Shipps Creek Prospect |
| 1SHIP01-3N-10E-10-05 | 08/02/2018 | 08/02/2021 | 1,157.1400000 | 377.32500000 | Edwards Family Trust | Alabama | Shipps Creek Prospect |
| 1SHIP01-3N-10E-10-09 | 08/02/2018 | 08/02/2021 | 1,157.1400000 | 377.32500000 | Edwards Family Trust | Alabama | Shipps Creek Prospect |
| Sec. 30 T4N, R11E SESW, S2NESW, S2NE, SENW, L/E one acre in NW corne | 07/10/2017 | 07/10/2021 | 177.0000000 | 91.75000000 | Ernest W. Dolihite | Alabama | Shipps Creek Prospect |
| Section 30: The SESW; the S2NESW; the S2NE; SENW less and except one acre in the NW cor | 07/10/2017 | 07/10/2021 | 177.0000000 | 22.12500000 | Victoria Dolihite | Alabama | Shipps Creek Prospect |
| 284.15 acres, more or less, in T4N, R 11E, in Escambia County, Alabama | 08/08/2017 | 08/08/2020 | 62.7500000 | 1.78125014 | George M. Bray | Alabama | Shipps Creek Prospect |
| 25.78 ACRES IN SEC 29, T4N, R11E | 06/27/2017 | 06/27/2020 | 25.7800000 | 25.78000000 | Charles D. Sullivan | Alabama | Shipps Creek Prospect |
| Sections 29 & 32, T4N, R11E, 7.26 acres more or less, County of Conecuh, Alabama | 06/14/2017 | 06/14/2020 | 7.2600000 | 7.26000000 | Elsie Jane Dyess | Alabama | Shipps Creek Prospect |
| 30 acres, more or less, in Escambia County, Alabama | 05/31/2019 | 05/31/2022 | 30.0000000 | 30.00000000 | Sharon T. Cook and Jennifer Leigh Taylor, Trustees of the | Alabama | Shipps Creek Prospect |
| Section 25, T4N, R13E, NE/4 of SE/4, 40 acres, more or less, in Conecuh County, Alabam: | 10/28/2018 | 10/28/2022 | 40.0000000 | 20.00000000 | Steven D. Graves | Alabama | Shipps Creek Prospect |
| Section 14 and Section 11, T3N, R10E, 38.1 acres, more or less, in Escambia County, Alabama | 05/05/2018 | 05/05/2021 | 74.2500000 | 16.15000004 | Janice Pettis | Alabama | Shipps Creek Prospect |
| Township 3 North, Range 10 East: Section 11: NW/4 of SW/4; SW/4 of NW/4; W/2 of SE/4 of | 05/10/2018 | 05/01/2021 | 160.0000000 | 11.25000000 | Roy Guffey Oil Company | Alabama | Shipps Creek Prospect |
| Sections 11 and 14, Township 3 North, Range 10 East, 26 acres, more or less, in Escamb | 05/01/2018 | 05/01/2021 | 29.2500000 | 12.56250004 | Sherri L. Crosby | Alabama | Shipps Creek Prospect |
| Section 11, Township 3 North, Range 10 East: NWSW, SWNW, W2SENW, 100 acres, more or I | 05/15/2018 | 05/15/2021 | 100.0000000 | 22.50000000 | Barbara Hill Kimzey | Alabama | Shipps Creek Prospect |
| Section 11, Township 3 North, Range 10 East: NW/SW and W/2 SW/NW, 60 acres, more or le | 07/01/2018 | 07/01/2021 | 80.0000000 | 7.50000000 | Douglas E. Smith | Alabama | Shipps Creek Prospect |
| Section 11, Township 3 North, Range 10 East: NWSW, SWNW, W2NESW, 100 acres, more or I | 05/15/2018 | 05/15/2021 | 100.0000000 | 22.50000000 | Rollin H. Hill | Alabama | Shipps Creek Prospect |
| Section 11, Township 3 North, Range 10 East: NW/SW and W/2 /SW/NW, 60 acres, more or I | 07/01/2018 | 07/01/2021 | 80.0000000 | 7.50000000 | Elaine S. Reid | Alabama | Shipps Creek Prospect |
| Township 4 North, Range 11 East: Section 30: SE/SW; S/2 NE/SW; S/2 NE/4 and the SE/NW le | 07/10/2017 | 07/10/2021 | 177.0000000 | 22.93750000 | Cynthia L. Dolihite | Alabama | Shipps Creek Prospect |
| Township 4 North, Range 11 East: Section 30: SE/SW; and S2NESW; and S2NE; SENW less an | 07/10/2018 | 07/10/2021 | 177.0000000 | 22.93750000 | Pamela J. Davis | Alabama | Shipps Creek Prospect |
| Section 14, Township 3 North, Range 10 East: Beginning at a point 30 chains South of the SW | 08/04/2018 | 08/04/2021 | 24.0000000 | 20.00000008 | Trustmark National Bank as Successor Trustee to Ed Leigh McM | Alabama | Shipps Creek Prospect |
| 1SHIP01-3N-10E-03-01 | 08/24/2018 | 08/24/2021 | 589.0000000 | 589.00000000 | D.W. McMillan Trust | Alabama | Shipps Creek Prospect |
| Township 3 North, Range 10 East: Section 10: S/2 of SE/SE; Section 15: N/2 of NW/NE; 40 acr | 09/15/2018 | 09/15/2021 | 40.0000000 | 0.20833200 | Wendy A. Sprabery | Alabama | Shipps Creek Prospect |
| Township 3 North, Range 10 East: Section 10: S/2 SE/SE; Section 15: N/2 NW/NE; Section 16: | 09/24/2018 | 09/24/2021 | 40.0000000 | 0.83333320 | Jamie Austin | Alabama | Shipps Creek Prospect |
| Section 15, Township 3 North, Range 10 East: SE/NE, 40 acres, more or less, in Escambia | 10/09/2018 | 10/09/2021 | 40.0000000 | 2.85000000 | Lou Jean Petty Heirs | Alabama | Shipps Creek Prospect |
| Section 15, Township 3 North, Range 10 East: SE/NE, 40 acres, more or less, in Escambia Cou | 10/09/2018 | 10/09/2021 | 40.0000000 | 1.40000000 | Rebecca R. Blackburn | Alabama | Shipps Creek Prospect |
| Section 15, Township 3 North, Range 10 East: SE/NE, 40 acres, more or less, in Escambia | 10/09/2018 | 10/09/2021 | 40.0000000 | 0.47600000 | James Ray Weaver | Alabama | Shipps Creek Prospect |
| Section 15, Township 3 North, Range 10 East: SE/NE, 40 acres, more or less, in Escambia | 10/09/2018 | 10/09/2021 | 40.0000000 | 0.70000000 | Chadwick David Scott | Alabama | Shipps Creek Prospect |
| Section 15, Township 3 North, Range 10 East: SE/NE, 40 acres, more or less, in Escambia Cou | 10/09/2018 | 10/09/2021 | 40.0000000 | 0.47600000 | Patricia Weaver Tranum | Alabama | Shipps Creek Prospect |
| Section 15, Township 3 North, Range 10 East: SE/NE, 40 acres, more or less, in Escambia | 10/09/2018 | 10/09/2021 | 40.0000000 | 1.90000000 | Roy H. Weaver | Alabama | Shipps Creek Prospect |
| Section 15, Township 3 North, Range 10 East: SE/NE, 40 acres, more or less, in Escambia | 10/09/2018 | 10/09/2021 | 40.0000000 | 1.14000000 | Lizzie Kate Higdon | Alabama | Shipps Creek Prospect |
| Section 15, Township 3 North, Range 10 East: SE/NE, 40 acres, more or less, in Escambia Cou | 10/09/2018 | 10/09/2021 | 40.0000000 | 1.40000000 | Karen R. Weaver | Alabama | Shipps Creek Prospect |
| Section 15, Township 3 North, Range 10 East: SE/NE, 40 acres, more or less, in Escambia | 10/09/2018 | 10/09/2021 | 40.0000000 | 1.90000000 | Lawrence T. Weaver | Alabama | Shipps Creek Prospect |
| Section 4, Township 3 North, Range 11 East: NE/SE | 09/24/2018 | 09/24/2021 | 268.0000000 | 29.68000000 | Joyce S. Smith | Alabama | Shipps Creek Prospect |
| Section 15, Township 3 North, Range 10 East: SE/NE, 40 acres, more or less, in Escambia Cou | 10/09/2018 | 10/09/2021 | 40.0000000 | 1.40000000 | Samuel H. Rogers | Alabama | Shipps Creek Prospect |
| Township 3 North, Range 10 East: Section 10: S/2 SE/SE; Section 11: SW/SW; Section 14: NW, | 09/29/2018 | 09/29/2021 | 95.0000000 | 0.29687500 | Sam Faircloth, a married man | Alabama | Shipps Creek Prospect |
| Section 15, Township 3 North, Range 10 East: E2/NE/NE, less one acre, 19 acres, more or less | 04/29/2018 | 04/29/2021 | 19.0000000 | 9.50000000 | Otis Clyde Bates | Alabama | Shipps Creek Prospect |
| Section 10, Township 3 North, Range 10 East: S2/NE/NW, 20 acres, more or less, in Escambia | 04/21/2018 | 04/21/2021 | 20.0000000 | 6.66600000 | Mary Joe Crosby | Alabama | Shipps Creek Prospect |
| Section 10, Township 3 North, Range 10 East: S/2 SW/SW, 20 acres, more or less, in Escambi | 08/07/2018 | 08/07/2021 | 20.0000000 | 10.00000000 | Elijah Lavaughn Hart | Alabama | Shipps Creek Prospect |
| Section 10, Township 3 North, Range 10 East: NE/SE, 40 acres, more or less, in Escambia Cou | 04/30/2018 | 04/30/2021 | 40.0000000 | 5.00000000 | Laura H. McCready | Alabama | Shipps Creek Prospect |
| Section 10, Township 3 North, Range 10 East: SE/SW, Escambia County, Alabam: | 04/21/2018 | 04/21/2021 | 40.0000000 | 13.33330000 | Lida G. McDowell | Alabama | Shipps Creek Prospect |
| Section 10, Township 3 North, Range 10 East: S2/NE/NW, 20 acres, more or less, in Escambia | 04/21/2018 | 04/21/2021 | 20.0000000 | 6.66600000 | Alison N. Parish | Alabama | Shipps Creek Prospect |
| Section 10, Township 3 North, Range 10 East: NE/SE, 40 acres, more or less, in Escambia Cou | 04/30/2018 | 04/30/2021 | 40.0000000 | 5.00000000 | Elizabeth F. Polland | Alabama | Shipps Creek Prospect |
| Section 10, Township 3 North, Range 10 East: NE/SE, 40 acres, more or less, in Escambia Cou | 04/30/2018 | 04/30/2021 | 40.0000000 | 10.00000000 | John F. Watson | Alabama | Shipps Creek Prospect |
| Section 35, T3N, R10E, 30 acres, more or less, in Escambia County, Alabama | 03/02/2017 | 03/02/2020 | 30.0000000 | 2.50000000 | The Brewton Church of Christ | Alabama | Shipps Creek Prospect |
| All pof Lessor's property, including such property located within Lessor's railroad corridor, loc | 03/22/2017 | 03/22/2022 | 87.0000000 | 87.00000000 | CSX Transportation, Inc. | Alabama | Shipps Creek Prospect |
| Section 35, T3N, R10E, 40 acres, more or less, in Escambia County, Alabama | 03/06/2017 | 03/06/2020 | 40.0000000 | 3.33320000 | Gary Medley as Trustee of the Robert W. Austin Living Trust | Alabama | Shipps Creek Prospect |
| Section 35, T3N, R10E, NW/4, W/2 of NE/4, NE/4 ofNE/4, 280 acres, more or less, ir | 03/02/2017 | 03/02/2020 | 280.0000000 | 8.75000000 | John L. Jernigan, III, Bradley Ellis Byrne as Co-Trustees und | Alabama | Shipps Creek Prospect |
| Section 35, T3N, R10E, NW/4 , W/2 of NE/4, NE/4 of NE/4, 280 acres, more or less, in Escambi | 03/02/2017 | 03/02/2020 | 280.0000000 | 8.75000000 | Nancy Jernigan Dunlap | Alabama | Shipps Creek Prospect |
| Section 35, T3N, R10E, NW/4 ; W/2 of NE/4; NE/4 of NE/4, 280 acres, more or less, ir | 03/02/2017 | 03/02/2020 | 280.0000000 | 8.75000000 | John L. Jernigan, III, Bradley Ellis Byrne as Co-Trustees und | Alabama | Shipps Creek Prospect |
| Section 26, T3N, R10E, 20.5 acres, more or less, in Escambia County, Alabama | 04/19/2017 | 04/19/2020 | 20.5000000 | 10.50000000 | Stanley B. Johnson and Natalie M. Johnson | Alabama | Shipps Creek Prospect |
| Section 26, T3N, R10E: NW/4 SW/4, commencing at NW corner of NW/4 of SW/4, 1 acre, m | 04/06/2017 | 04/06/2020 | 1.0000000 | 0.25000000 | Lillian Jernigan Sharp | Alabama | Shipps Creek Prospect |
| Section 26, T3N, R10E: NW/4 SW/4, commencing at NW corner of NW/4 of SW/4, 1 acre, m | 04/06/2017 | 04/06/2020 | 1.0000000 | 0.25000000 | Mary Lynn Jernigan Kunkel | Alabama | Shipps Creek Prospect |
| Section 26, T3N, R10E: NW/4 SW/4, commencing at NW corner of NW/4 of SW/4, 1 acre, m | 04/06/2017 | 04/06/2020 | 1.0000000 | 0.25000000 | Thomas Fonde Jernigan, Jr. | Alabama | Shipps Creek Prospect |
| Section 26, T3N, R10E: Commencing at SW corner of SW/4 of SE/4, 0.25 acres, more or less, i | 04/17/2017 | 04/17/2020 | 0.2500000 | 0.25000000 | G.S. Byrne c/o G.S. Byrne III | Alabama | Shipps Creek Prospect |
| Section 26, T3N, R10E: NW/4 SW/4, commencing at NW corner of NW/4 of SW/4, 1.0 acre m | 04/19/2017 | 04/19/2020 | 1.0000000 | 0.00690000 | Marie A. LaButti | Alabama | Shipps Creek Prospect |
| Section 26, T3N, R10E, 2 acres, more or less, in Escambia County, Alabama | 04/17/2017 | 04/17/2020 | 2.0000000 | 0.50000000 | Thomas E. Jernigan | Alabama | Shipps Creek Prospect |
| Section 26, Township 3 North, Range 10 East, NW/4 SW/4, 1 acres, more or less, in Escambia | 04/19/2017 | 04/19/2020 | 1.0000000 | 0.00690000 | Katherine Birch Wilkinson | Alabama | Shipps Creek Prospect |
| Section 26, Township 3 North, Range 10 East, SW/4 SE/4, 2 acres, more or less, in Escambia C | 04/17/2017 | 04/17/2020 | 2.0000000 | 0.50000000 | Patricia J. Parker | Alabama | Shipps Creek Prospect |
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabam: | 07/05/2017 | 07/05/2020 | 1.0000000 | 0.01250000 | Elena A. Cross | Alabama | Shipps Creek Prospect |
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabam: | 07/05/2017 | 07/05/2020 | 1.0000000 | 0.00500000 | Hilton King Wiggins, Sr. | Alabama | Shipps Creek Prospect |
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabam: | 07/05/2017 | 07/05/2020 | 1.0000000 | 0.00500000 | John Cuevas | Alabama | Shipps Creek Prospect |
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabam: | 07/05/2017 | 07/05/2020 | 1.0000000 | 0.02500000 | James F. Hinkle | Alabama | Shipps Creek Prospect |
| Section 26, T1N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabam: | 07/05/2017 | 07/05/2020 | 1.0000000 | 0.00025000 | Mary Ann Raley | Alabama | Shipps Creek Prospect |

EXHIBIT 3

| Description | Date 1 | Date 2 | Amount 1 | Amount 2 | Name | State | Prospect |
|---|---|---|---|---|---|---|---|
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabama | 07/05/2017 | 07/05/2020 | 1.00000000 | 0.00500000 | Cleva Wiggins Usry | Alabama | Shipps Creek Prospect |
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabama | 07/05/2017 | 07/05/2020 | 1.00000000 | 0.00167000 | Gary Elizabeth Edwards | Alabama | Shipps Creek Prospect |
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabama | 07/05/2017 | 07/05/2020 | 1.00000000 | 0.00625000 | Judy Jeanne Cross | Alabama | Shipps Creek Prospect |
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabama | 08/14/2017 | 08/14/2020 | 1.00000000 | 0.00167000 | Laura Jone Borzachini | Alabama | Shipps Creek Prospect |
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabama | 07/05/2017 | 07/05/2020 | 1.00000000 | 0.00167000 | Randall T. Cox | Alabama | Shipps Creek Prospect |
| Section 26, T3N-10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabama | 07/05/2017 | 07/05/2020 | 1.00000000 | 0.00333000 | Pamela Kay Richards | Alabama | Shipps Creek Prospect |
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabama | 08/14/2017 | 08/14/2020 | 1.00000000 | 0.00167000 | Alyson Jones Downs | Alabama | Shipps Creek Prospect |
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabama | 07/05/2017 | 07/05/2020 | 1.00000000 | 0.00333000 | Polly Ann Lemoine | Alabama | Shipps Creek Prospect |
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabama | 07/05/2017 | 07/05/2020 | 1.00000000 | 0.01250000 | Herbert E. Cross | Alabama | Shipps Creek Prospect |
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabama | 08/28/2017 | 08/28/2020 | 1.00000000 | 0.00167000 | Patricia Lancaster Faulkner | Alabama | Shipps Creek Prospect |
| Section 26, T3N-R10E, NW/4 SW/4, 1 acres, more or less, in Escambia County, Alabama | 07/05/2017 | 07/05/2020 | 1.00000000 | 0.00333000 | Kent W. Richards | Alabama | Shipps Creek Prospect |
| Township 3 North, Range 10 East, Sections 10 and 11, 52.75 acres, more or less, in Escambia | 08/22/2018 | 08/22/2018 | 52.75000000 | 12.63125000 | Betty Hardy Harrell | Alabama | Escambia Prospect |
| Township 3 North, Range 10 East, Sections 10 and 11, 52.75 acres, more or less, in Escambia | 05/22/2018 | 05/22/2018 | 52.75000000 | 12.63125000 | Samuel D. Hardy | Alabama | Shipps Creek Prospect |
| SE/4 of SW/4, S/2 of NE/4 of the SW/4, S/2 of NE, SE/4 of NW/4, L/E one acre in the NW | 07/10/2018 | 07/10/2021 | 177.00000000 | 22.12500000 | Amy L. Dolihite | Alabama | Shipps Creek Prospect |
| Township 3 North, Range 10 East, Sections 10 and 11, 52.75 acres, more or less, in Escambia | 05/22/2018 | 05/22/2018 | 52.75000000 | 12.63125000 | Sharon Hardy Pierce | Alabama | Shipps Creek Prospect |
| SW/4 of the NE/4 Section15 T3N R10E  40 acres, more or less, in Escambia County, Alabama | 10/09/2018 | 10/09/2018 | 40.00000000 | 1.90000000 | June W. Martin | Alabama | Shipps Creek Prospect |
| Township 3 North, Range 10 East, Sections 10 and 11, 52.75 acres, more or less, in Escambia | 05/22/2018 | 05/22/2018 | 52.75000000 | 12.63125000 | Carol Dorsey-Phillips | Alabama | Shipps Creek Prospect |
| T3N R10E Sec. 10: S2NENW, 20 acres, more or less, in Escambia County, Alabama | 04/21/2018 | 04/21/2021 | 20.00000000 | 2.22000000 | Elizabeth T. Redditt | Alabama | Shipps Creek Prospect |
| T3N R10E Sec. 10: S2NENW, 20 acres, more or less, in Escambia County, Alabama | 04/21/2018 | 04/21/2021 | 20.00000000 | 2.22000000 | Robin T. Foster | Alabama | Shipps Creek Prospect |
| T3N R10E Sec. 10: S2NENW, 20 acres, more or less, in Escambia County, Alabama | 04/21/2018 | 04/21/2021 | 20.00000000 | 2.22000000 | Jeanne T. Thames | Alabama | Shipps Creek Prospect |
| 58.45 acres, more or less, in Hezekiah George Survey, Abstract 367, Smith County, Texas | 10/26/2015 | 10/26/2021 | 110.09400000 | 4.21360000 | Thelma Hogue, Deceased, Walter Hogue, surviving husband, an | Texas | SILVER CREEK |
| 58.45 acres, more or less, in Hezekiah George Survey, Abstract 367, | 10/29/2015 | 10/29/2021 | 92.45000000 | 1.88625000 | Susie Hurley | Texas | SILVER CREEK |
| 58.45 acres, more or less, in Smith County, Texas | 10/29/2015 | 10/29/2021 | 58.45000000 | 2.92250000 | Delma R. House | Texas | SILVER CREEK |
| 108.61 acres, more or less, in Smith County, Texas | 11/02/2015 | 11/02/2021 | 108.61000000 | 3.99475000 | Marion Smalley Evans | Texas | SILVER CREEK |
| 108.61 acres, more or less, in Smith County, Texas | 11/02/2015 | 11/02/2021 | 108.61000000 | 7.98950000 | Charlotte Draeger | Texas | SILVER CREEK |
| 58.45 acres, more or less, in Smith County, Texas | 10/29/2015 | 10/29/2021 | 58.45000000 | 1.46125000 | Melinda Chilton | Texas | SILVER CREEK |
| 108.61 acres, more or less, in Smith County, Texas | 12/28/2015 | 12/28/2021 | 108.61000000 | 7.98950000 | Lohrey Henderson | Texas | SILVER CREEK |
| 108.61 acres, more or less, in Smith County, Texas | 12/28/2015 | 12/28/2021 | 108.61000000 | 7.98950000 | Holly Materka | Texas | SILVER CREEK |
| 108.61 acres, more or less, in Smith County, Texas | 12/20/2015 | 12/20/2021 | 108.61000000 | 10.65266611 | Joyce House Riggins | Texas | SILVER CREEK |
| 57.43 acres, more or less, in Smith County, Texas | 12/22/2015 | 12/22/2021 | 57.43000000 | 5.38406250 | Wayne McMurty | Texas | SILVER CREEK |
| 57.43 acres, more or less, in Smith County, Texas | 12/22/2015 | 12/22/2021 | 57.43000000 | 5.38406250 | Wanda Lee Lemons | Texas | SILVER CREEK |
| 58.45 acres, more or less, in Smith County, Texas | 01/10/2019 | 01/10/2022 | 92.45000000 | 30.18000000 | Norma Beddingfield and Chad Beddingfield, individually and a | Texas | SILVER CREEK |
| 92.45 acres, more or less, in Smith County, Texas | 01/07/2016 | 01/07/2022 | 92.45000000 | 30.18000000 | Terri L. Beddingfield | Texas | SILVER CREEK |
| 108.61 acres, more or less, in Smith County, Texas | 12/07/2015 | 12/07/2021 | 108.61000000 | 10.65266267 | Jean House Hughes | Texas | SILVER CREEK |
| 108.61 acres, more or less, in Smith County, Texas | 12/28/2015 | 12/28/2021 | 108.61000000 | 7.98950000 | Roy David Hilberg | Texas | SILVER CREEK |
| 108.61 acres, more or less, in Smith County, Texas | 11/21/2015 | 11/21/2021 | 108.61000000 | 14.64741662 | Charles Clay House, JR. | Texas | SILVER CREEK |
| 43.5 acres, more or less, in Smith County, Texas. | 11/12/2015 | 11/12/2021 | 43.50000000 | 2.17500000 | Delma R. House | Texas | SILVER CREEK |
| 36.6 acres, more or less, in Smith County, Texas | 11/02/2016 | 11/02/2021 | 36.60000000 | 9.15000000 | John C. McChristy and wife, Jean E. McChristy | Texas | Spring Lake |
| 36.6 acres, more or less, in Smith County, Texas | 11/08/2016 | 11/08/2021 | 36.60000000 | 9.15000000 | Paul D. Pruitt, Independent Executor of the Estate of Harshie | Texas | Spring Lake |
| 44 acres, more or less, in Smith County, Texas, 13.68 acres more or less is part of the Robert | 01/03/2017 | 01/02/2023 | 44.00000000 | 5.55000000 | Don A. Peek | Texas | Spring Lake |
| 18.3 acres, more or less, in Smith County, Texas, part of the Robert G. Saunders Survey, A-87 | 02/06/2017 | 02/06/2020 | 18.30000000 | 9.15000000 | Temple R. Holt and Sylvia R. Holt | Texas | Spring Lake |
| 44.4 acres, more or less, in Smith County, Texas, 13.64 acres more or less is a part of the Rob | 03/09/2017 | 03/09/2023 | 44.00000000 | 2.77500000 | Michael B. Hatfield | Texas | Spring Lake |
| 2 acres, more or less, in Smith County, Texas, a part of the Robert G. Saunders Survey, A-871 | 03/10/2017 | 03/10/2020 | 2.00000000 | 0.50000000 | Michael E. Rutherford and Lola P. Rutherford | Texas | Spring Lake |
| 44.4 acres, more or less, in Smith County, Texas: 13.64 acres more or less is a part of the Rob | 03/08/2017 | 03/08/2020 | 44.00000000 | 2.46666686 | Shelly D. Brobst | Texas | Spring Lake |
| 44.4 acres, more or less, in Smith County, Texas: 13.64 acres more or less is a part of the Rob | 03/09/2017 | 03/09/2020 | 44.00000000 | 2.77500000 | Keith W. Hatfield | Texas | Spring Lake |
| 18.3 acres, more or less, in Smith County, Texas, part of the Robert G. Saunders Survey A-8 | 03/14/2017 | 03/14/2022 | 18.30000000 | 0.45750000 | Johnnie V. Potts | Texas | Spring Lake |
| 44.4 acres, more or less, in Smith County, Texas: 13.64 acres more or less is a part of the Rob | 03/08/2017 | 03/08/2020 | 44.00000000 | 2.46666667 | Dorothy Stockstill | Texas | Spring Lake |
| 44.4 acres, more or less, in Smith County, Texas: 13.64 acres more or less is a part of the Rob | 03/08/2017 | 03/08/2020 | 44.00000000 | 2.46666667 | Franklin Dale and Jacqueline Ruth Weber Revocable Trust, Fra | Texas | Spring Lake |
| 18.3 acres, more or less, in Smith County, Texas, part of the Robert G. Saunders Survey A-8 | 03/10/2017 | 03/10/2022 | 18.30000000 | 0.45750000 | Doris Martiel Lemons | Texas | Spring Lake |
| 13.64 acres more or less is part of the Robert G. Saunders Survey A-871 and 30.76 acres more | 05/03/2017 | 05/03/2020 | 44.00000000 | 5.55000000 | Ginger H. Foote | Texas | Spring Lake |
| 13.64 acres more or less is part of the Robert G. Saunders Survey A-871 and 30.76 acres more | 04/19/2017 | 04/19/2020 | 44.00000000 | 5.55000000 | Tracey Sheppeard Fleming | Texas | Spring Lake |
| 13.64 acres more or less is part of the Robert G. Saunders Survey A-871 and 30.76 acres more | 05/03/2017 | 05/03/2020 | 44.00000000 | 5.55000000 | William E. Harrison | Texas | Spring Lake |
| A part of the R.G. Saunders Sur., A-871, SCT, 18.3 acres, more or less, in Smith County, Texas | 05/04/2017 | 05/04/2022 | 18.30000000 | 1.83000000 | Don A. Slaughter | Texas | Spring Lake |
| A part of the R.G. Saunders Sur., A-871, SCT, 18.3 acres, more or less, in Smith County, Texas | 05/16/2017 | 05/16/2020 | 18.30000000 | 0.15250012 | Audrea D. Lemons | Texas | Spring Lake |
| A part of the R.G. Saunders Survey A-871, SCT, 18.3 acres, more or less, in Smith County, Texas | 03/10/2017 | 03/10/2022 | 18.30000000 | 0.45750000 | Jimmy Merle Lemons | Texas | Spring Lake |
| A part of the R.G. Saunders Survey A-871 and part of the John Lane Survey, A-557, SCT, 44.4 | 03/08/2017 | 03/08/2020 | 44.00000000 | 9.24999985 | Kenneth Arthur Boelte & Kathleen Marie Boelte, Trustees of B | Texas | Spring Lake |
| A part of the R.G. Saunders Survey, A-871, 18.3 acres, more or less, in Smith County, Texas | 05/16/2017 | 05/16/2020 | 18.30000000 | 0.15249999 | Cynthia Denise Lujan | Texas | Spring Lake |
| A part of the R.G. Saunders Survey A-871,18.3 acres, more or less, in Smith County, Texas | 04/24/2017 | 04/24/2022 | 18.30000000 | 0.91500000 | Joyce E. Campbell | Texas | Spring Lake |
| A part of the R.G. Saunders Sur., A-871, 18.3 acres, more or less, in Smith County, Texas | 04/24/2017 | 04/24/2022 | 18.30000000 | 0.91500000 | Jim Foy Lemons, Jr. and Irene L. Lemons | Texas | Spring Lake |
| 19.608098 acres, more, Robert G. Saunders Survey A-871, TR#871-003 A-1, 8 acres Robert G. Saund | 10/04/2017 | 10/04/2020 | 29.60809800 | 12.28736067 | B&M Commodities, Inc. | Texas | Spring Lake |
| 102 acres of land in the R.G. Saunders Survey A-871 in Smith County, Texas | 01/08/2016 | 01/08/2021 | 102.00000000 | 12.75000000 | Carolyn J. Cottrill | Texas | Spring Lake |
| 102 acres, more or less, in the R.G. Saunders Survey A-871, Smith County, Texas | 12/21/2015 | 12/21/2021 | 102.00000000 | 4.25000034 | Joydel M. Meredith | Texas | Spring Lake |
| 102 acres, more or less, in the R.G. Saunders Survey A-871, Smith County, Texas | 12/10/2015 | 12/10/2021 | 102.00000000 | 12.75000000 | Allen Guillory | Texas | Spring Lake |
| 102 acres, more or less, in the R.G. Saunders Survey A-871, Smith County, Texas | 12/21/2015 | 12/21/2021 | 102.00000000 | 4.25000034 | Marjorie Ann Williamson | Texas | Spring Lake |
| 102 acres, more or less, in the R.G. Saunders Survey A-871, Smith County, Texas | 08/24/2016 | 08/24/2021 | 102.00000000 | 6.37500000 | Cone Travis Wilson | Texas | Spring Lake |
| 102 acres, more or less, in the R.G. Saunders Survey A-871, Smith County, Texas | 08/24/2016 | 08/24/2021 | 102.00000000 | 6.37500000 | Margaret Hazel Caley | Texas | Spring Lake |
| 102 acres, more or less, in the R.G. Saunders Survey A-871, Smith County, Texas | 01/05/2016 | 01/05/2021 | 102.00000000 | 4.25000034 | Lyda Janice Baker Heirs | Texas | Spring Lake |
| 18.3 acres, more or less, a part of the Robert G. Saunders Survey, A-871, in Smith County, Tex | 03/01/2018 | 03/01/2023 | 18.30000000 | 0.15250012 | Sherry Ann Weimer | Texas | Spring Lake |
| 0.692531 acres, more or less, Robert G. Saunders Survey, A-871, TR#871-003-V, in Smith Cou | 03/05/2018 | 03/05/2023 | 0.69253100 | 0.34626550 | Lori A. Flick | Texas | Spring Lake |
| 0.533 acres, more or less, Robert G. Saunders Survey, A-871, TR#871-003-M, in Smith County | 03/09/2018 | 03/09/2021 | 0.53300000 | 0.26650000 | William Adcock | Texas | Spring Lake |
| 0.733 acres, more or less, Robert G. Saunders Survey, A-871, TR#871-003-Q, in Smith County. | 02/28/2018 | 02/28/2021 | 0.73300000 | 0.36650000 | Maximiliano Arzola and wife, Bertha Arzola | Texas | Spring Lake |
| 0.367 acres, more or less, Robert G. Saunders Survey, A-871, TR#871-003-L, in Smith County, | 02/21/2018 | 02/21/2021 | 0.36700000 | 0.18350000 | Bobby Edward Bigham | Texas | Spring Lake |
| 0.404 acres, more or less, Robert G. Saunders Survey, A-871-TR#871-003-G, in Smith County, | 02/16/2018 | 02/16/2021 | 0.40400000 | 0.20200000 | Berlinda G. Lott | Texas | Spring Lake |
| 29.608098 acres, more or less, in the R.G. Saunders Survey, A-871, in Smith County, Texas; Fi | 10/04/2017 | 10/04/2020 | 29.60809800 | 12.30405000 | B&M Commodities, Inc. | Texas | Spring Lake |
| 15.56 acres, more or less, Robert G. Saunders Survey, A-871, TR#871-003-J, in Smith County, | 01/03/2018 | 03/05/2023 | 15.56000000 | 7.78000000 | Jose Campos Valor | Texas | Spring Lake |
| 18.3 acres, more or less,  Robert G. Saunders Survey, A-871, in Smith County, Texas: | 03/05/2018 | 03/05/2023 | 18.30000000 | 0.15249994 | Justin Derrick Lemons | Texas | Spring Lake |

EXHIBIT 3

| | | | | | | |
|---|---|---|---|---|---|---|
| 18.3 acres, more or less, Robert G. Saunders Survey, A-871, in Smith County, Texas | 05/18/2017 | 05/18/2022 | 18.30000000 | 0.15249994 Stacy Diane Owens | Texas | Spring Lake |
| 1.447 acres, more or less, Robert G. Saunders Survey, A-871, in Smith County, Texas | 03/06/2018 | 03/06/2023 | 1.44700000 | 0.72350000 Barbara E. Collins | Texas | Spring Lake |
| | 03/22/2015 | 03/21/2021 | 160.00000000 | 4.00000000 Jean Ardeth Sullivan | Alabama | Tanyard Creek |
| SEC 33: E/2 OF NE/4 | 03/22/2015 | 03/22/2021 | 160.00000000 | 4.00000000 John Isbell | Alabama | Tanyard Creek |
| T011N-R007E-02 (80 acres)80 acres, more or less,  in Franklin Parish, LA | 01/27/2015 | 01/27/2020 | 80.00000000 | 13.33328000 Robert M. Ferrington, Sr. | Louisiana | East Wisner |
| T011N-R007E-02 (2 acres)2 acres, more or less,  in Franklin Parish, LA | 01/27/2015 | 01/27/2020 | 2.00000000 | 2.00000000 Robert M. Ferrington, Sr. | Louisiana | East Wisner |
| T011N-R007E-02 (40 acres)40 acres, more or less,  in Franklin Parish, LA | 02/02/2015 | 02/02/2020 | 40.00000000 | 20.00000000 Ann F. Knipp | Louisiana | East Wisner |
| T011N-R007E-02 (80 acres)80 acres, more or less,  in Franklin Parish, LA | 02/02/2015 | 02/02/2020 | 80.00000000 | 13.33333280 Ann F. Knipp | Louisiana | East Wisner |
| T011N-R007E-02 (80 acres)80 acres, more or less,  in Franklin Parish, LA | 02/12/2015 | 02/15/2020 | 80.00000000 | 13.33328000 Pear K. Ferrington | Louisiana | East Wisner |
| T011N-R007E-02 (80 acres)80 acres, more or less,  in Franklin Parish, LA | 02/24/2015 | 02/24/2020 | 80.00000000 | 40.00000000 Kenneth T. Ferrington, Sr. | Louisiana | East Wisner |

EXHIBIT 3

# Summary of Well Equipment



Summary of Oil & Gas Properties by Prospect
March 31, 2020
*(preliminary/unaudited and subject to adjustment, including those noted below)*

| Description | East Castor | Escambia | Fin Deep | North Beach | Oakhay | Shipps Creek | South King's Dome | Steele's Creek | Summit Extension | Green | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Unproved property** | | | | | | | | | | | | |
| Leasehold costs | - | - | - | - | - | - | - | - | - | - | 1,615,618 | 1,615,618 |
| IDC, ICC and Well Equip | - | - | - | - | - | - | - | - | - | - | 4,160,709 | 4,160,709 |
| Accum. DD&A | - | - | - | - | - | - | - | - | - | - | - | - |
| Accum. Impairment | - | - | - | - | - | - | - | - | - | - | - | - |
| Net book value | - | - | - | - | - | - | - | - | - | - | 5,776,327 | 5,776,327 |
| | | | | | | | | | | | | |
| **Proved property** | | | | | | | | | | | | |
| Leasehold costs | 288,885 | 4,236,999 | 116,682 | 8,018,386 | 357,295 | 3,922,575 | 1,415,256 | 403,373 | 996,290 | 43,255 | 4,637,476 | 24,436,472 |
| Accum. DD&A | (155,116) | (1,827,754) | (35,514) | (5,182,657) | (90,861) | (754,385) | (795,508) | (229,341) | (478,258) | (3,015) | (4,646,534) | (14,198,944) |
| Net book value | 133,769 | 2,409,245 | 81,168 | 2,835,729 | 266,434 | 3,168,189 | 619,748 | 174,032 | 518,031 | 40,240 | (9,057) | 10,237,528 |
| | | | | | | | | | | | | |
| IDC, ICC and Well Equip | 835,239 | 31,928,404 | 772,782 | 19,003,406 | 3,723,758 | 4,584,329 | 6,528,481 | 6,136,673 | 4,805,356 | 1,588,113 | 20,573,646 | 100,480,188 |
| ARO Asset | 22,283 | 577,423 | 4,423 | 401,150 | - | 16,759 | 60,912 | 130,935 | 167,945 | 11,479 | 1,238,506 | 2,631,815 |
| Accum. Impairment | - | - | - | - | - | (793,765) | (2,580,615) | (1,900,957) | (1,002,647) | - | (2,864,465) | (9,142,249) |
| Accum. DD&A | (413,066) | (15,783,596) | (266,025) | (13,090,333) | (933,728) | (1,714,672) | (2,857,619) | (3,767,905) | (2,044,225) | (87,179) | (18,595,067) | (59,553,415) |
| Net book value | 444,456 | 16,722,230 | 511,180 | 6,314,223 | 2,790,030 | 2,092,651 | 1,151,159 | 598,747 | 1,926,429 | 1,512,413 | 352,621 | 34,416,339 |
| | | | | | | | | | | | | |
| **Net book value property** | **578,225** | **19,131,475** | **592,348** | **9,149,952** | **3,056,464** | **5,260,840** | **1,771,107** | **772,779** | **2,444,460** | **1,552,654** | **343,563** | **44,653,866** |

Note:  ARO assets have not yet been estimated for 2019 and 2020 new wells.  In addition, this schedule is subject to DD&A and impairment true-ups that will be recorded when reserve reports are finalized.

EXHIBIT 3

20-12377-EEB  Doc#:166-2  Filed:04/23/20  144  Entered:04/2...

**Summary of Properties and Interests of**
Sklarco, L.L.C.
Effective Date: January 1, 2020

| State | Field | County/Parish | Operator | Well Name | Working Interest | Revenue Interest | Reversion Code |
|-------|-------|---------------|----------|-----------|-----------------|-----------------|----------------|
| Proved Producing Reserves | | | | | | | |
| AL | Brooklyn | Conecuh | Fletcher Petroleum Corp. | Anderson Johnson 11-9 #1 | 0.01285624 | 0.01024482 | |
| | | | | Findley 2-5 | 0.01259887 | 0.00894858 | |
| | | | | Marshall 11-11 #1 | 0.04603492 | 0.03490867 | |
| | | | | Pate 3-9 #1 | 0.06209375 | 0.04843313 | |
| | | | Pruet Production Co. | Northeast Brooklyn Oil Unit | 0.01240584 | 0.00902453 | |
| | | | | Northwest Brooklyn Oil Unit | 0.04602158 | 0.03398948 | |
| | | | Sklar Exploration Co. | Cedar Creek Land & Timber 2-15 #1 | 0.25712500 | 0.19284375 | |
| | | | | | 0.25712500 | 0.17887216 | AVPO |
| | | | | | 0.25683750 | 0.17723154 | AWPO |
| | | Escambia | | Southeast Brooklyn Oil Unit | 0.12114665 | 0.08483665 | |
| | | | | Southwest Brooklyn Oil Unit | 0.19669466 | 0.14003064 | |
| | Fish Pond | Escambia | Sklar Exploration Co. | Fish Pond Unit | 0.24857500 | 0.16082283 | |
| | Kirkland | Escambia | Sklar Exploration Co. | Cedar Creek Land & Timber 13-11 #1 | 0.20125000 | 0.14087500 | |
| | | | | | 0.29462781 | 0.18870911 | APPO |
| | | | | Cedar Creek Land & Timber 13-15 #1 ST | 0.25375000 | 0.17762500 | |
| | | | | | 0.24062500 | 0.16843750 | AAPO |
| | | | | | 0.20000000 | 0.14000000 | AMPO |
| | | | | | 0.29303938 | 0.18989504 | APPO |
| | | | | Cedar Creek Land & Timber 18-13 #1 | 0.30975900 | 0.21696429 | AAPO |
| | | | | | 0.28653204 | 0.20044643 | AAPO |
| | | | | | 0.33859868 | 0.21687246 | ADPO |
| | | | | | 0.24489796 | 0.17142857 | AMPO |
| | | | | | 0.33922562 | 0.21772236 | APPO |
| | | | | Cedar Creek Land & Timber 24-1 #1 | 0.20125000 | 0.14087500 | |
| | | | | | 0.29462781 | 0.18870911 | APPO |
| | Little Cedar Creek | Conecuh | Pruet Production Co. | Hamiter 17-16 | 0.13129527 | 0.09743298 | |
| | | | | Little Cedar Creek Oil Unit I | 0.00186455 | 0.00130812 | |
| | | | Sklar Exploration Co. | Craft-Hamiter 20-11 #1 | 0.14442741 | 0.10837059 | |
| | | | | | 0.15443503 | 0.11085189 | AWPO |
| | | | | | 0.09553429 | 0.06501074 | AWPO2 |
| | | | | Craft-Mack 17-4 #1 | 0.18893701 | 0.13423344 | |

EXHIBIT 3

| State | Field | County/Parish | Operator | Well Name | Working Interest | Revenue Interest | Reversion Code |
|---|---|---|---|---|---|---|---|
| | | | | Little Cedar Creek Oil Unit II | 0.26822255 | 0.18971222 | |
| | | | | Little Cedar Creek Oil Unit II | 0.26247875 | 0.18568289 | ADOPO |
| | | | | Little Cedar Creek Oil Unit IV | 0.25356064 | 0.18470732 | |
| | Murder Creek | Escambia | Sklar Exploration Co. | Edwards Family Trusts 26-6 #1 | 0.37715390 | 0.29785151 | |
| | | | | | 0.37703390 | 0.29779256 | AVPO |
| | | | | | 0.37699739 | 0.29759225 | AWPO |
| | | | | | 0.30843839 | 0.24391852 | AMPO |
| | | | | | 0.34470222 | 0.27216424 | AAPO |
| | | | | | 0.39630556 | 0.28967720 | APPO |
| | | | | | 0.39495749 | 0.28869899 | ADPO |
| | | | | | 0.33382494 | 0.24030504 | ARPO |
| | Sepulga River | Escambia | Fletcher Petroleum Corp. | Hart 17-16 | 0.13956813 | 0.10470610 | |
| | | | | | 0.10450610 | 0.07263985 | AWPO |
| | | | | | 0.09514063 | 0.06461630 | AWPO2 |
| FL | Mt Carmel | Santa Rosa | Sklar Exploration Co. | Bates 2-2 #1 | 0.16076924 | 0.12607438 | |
| | | | | | 0.15935486 | 0.12516001 | AWPO |
| | | | | | 0.13301923 | 0.09643598 | AFPO |
| | | | | | 0.27925043 | 0.21821572 | APPO |
| | | | | | 0.12250822 | 0.09557576 | AWPO2 |
| | | | | | 0.24480557 | 0.19129934 | AWPO3 |
| | | | | Polk Estate etal 13-5 #1 | 0.12115825 | 0.09440692 | |
| | | | | | 0.11761322 | 0.09065657 | AWPO |
| | | | | | 0.08787444 | 0.06773385 | AFPO |
| | | | | | 0.23158917 | 0.17835534 | APPO |
| | | | | | 0.24004897 | 0.18503034 | AWPO2 |
| LA | Arcadia, West | Claiborne | Sklar Exploration Co. | Kimberly Lay 33 #1 | 0.21923258 | 0.16091156 | |
| | | Bienville | TDX Energy | La. Minerals #1-Alt. | 0.19855780 | 0.14768999 | |
| | Ashland | Natchitoches | Sklar Exploration Co. | Fin Deep Pipeline | 0.07000000 | 0.07000000 | |
| | | | | Rushing etal #2 | 0.12733376 | 0.09659207 | |
| | Bryceland, West | Bienville | Sklar Exploration Co. | John D Bryant Jr. etal #1 | 0.32032250 | 0.24023438 | |
| | Castor | Bienville | Sklar Exploration Co. | East Castor Pipeline | 0.07000000 | 0.07000000 | |
| | | | | Echo Papa 10-10 #1 | 0.12559072 | 0.09517703 | |
| | | | | J B Evans 11-4 #1 | 0.19549363 | 0.14957907 | |
| | | | | | 0.18232339 | 0.13960918 | AMPO |

EXHIBIT 3

| State | Field | County/Parish | Operator | Well Name | Working Interest | Revenue Interest | Reversion Code |
|---|---|---|---|---|---|---|---|
| | Cedar Grove | Bossier | Aethon Energy Operating | Grayson 24H #1 | ORRI | 0.00108806 | |
| | | Caddo | | Grayson 25H #1 | ORRI | 0.00343884 | |
| | | Bossier | BP | B & K Exploration 35H #1 | ORRI | 0.00144462 | |
| | | | | B & K Exploration 37 #1 | ORRI | 0.00661022 | |
| | | | | Dickson 37 #1 | ORRI | 0.00246549 | |
| | | Caddo | | Dutton Family etal 27H #1 | ORRI | 0.00035969 | |
| | | | | Red River Bend 22H #1 | ORRI | 0.00030407 | |
| | | | Sklar Exploration Co. | B & K Exploration Inv. #1 | 0.07697290 | 0.06114885 | |
| | | | | Bickham Dickson 37 #1 | 0.07775040 | 0.06209288 | |
| | Gibsland | Bienville | Sklar Exploration Co. | Willamette 21 #1 | 0.22527590 | 0.17172040 | |
| MS | Kings Dome, South | Warren | Sklar Exploration Co. | Feld Heirs #1 | 0.49854195 | 0.40416155 | |
| | | | | | 0.35461162 | 0.29368125 | ARPO |
| | | | | Feld Heirs #3 | 0.48654402 | 0.46989699 | |
| | | | | | 0.43515930 | 0.35081980 | ARPO |
| | | | | | 0.29223718 | 0.23725469 | ARPO2 |
| | Oakhay Creek | Smith | Sklar Exploration Co. | Sandra Bateman 21-9 #1 | 0.25750000 | 0.19312500 | |
| | | | | | 0.36056000 | 0.24878640 | APPO |
| | | | | Jeanette S Cole 21-11 #1 | 0.28825992 | 0.21626884 | |
| | | | | | 0.36993182 | 0.24743430 | APPO |
| | Parker Lake | Pike | Par Minerals | Credit Shelter 22-8 #1 | 0.22763999 | 0.17092935 | |
| | | | | | 0.17037749 | 0.12819701 | APPO |
| | | | | Emileigh 21-16 #1 | 0.22716990 | 0.17037750 | |
| | | | | | 0.17037749 | 0.12778313 | APPO |
| | | | | Hossfeld 29-9 #1 | 0.22716999 | 0.17037750 | |
| | | | | | 0.17037749 | 0.12778313 | APPO |
| | | | | Parker 28-2 #1 | 0.25000000 | 0.18750000 | |
| | | | | | 0.18750000 | 0.14062500 | APPO |
| | | | | Rogers 28-5 #1 | 0.21541657 | 0.16161590 | |
| | | | | | 0.16163743 | 0.12121193 | APPO |
| | | | | Solomon 28-12 #1 | 0.22718999 | 0.17406495 | |
| | | | | | 0.17037749 | 0.13054871 | APPO |
| | | | | Talley 28-3 #1 | 0.22716990 | 0.17509806 | |
| | | | | | 0.15621582 | 0.11716186 | APPO |
| | | | | | 0.20828775 | 0.15621582 | AWPO |

EXHIBIT 3

| State | Field | County/Parish | Operator | Well Name | Working Interest | Revenue Interest | Reversion Code |
|---|---|---|---|---|---|---|---|
| | Summit | Pike | Par Minerals | Adams 23-2 #1 | 0.25000000 | 0.18750000 | |
| | | | | | 0.18750000 | 0.14062500 | APPO |
| TX | Woodlawn | Marion | Sklar Exploration Co. | Albert Key etal #1 | 0.41083997 | 0.31183505 | |
| | | | | | 0.52559748 | 0.37571723 | APPO |
| | | | Tompkins, Kevin D. | Isaac Hervey etal #1 | 0.25627623 | 0.19236629 | |
| | | | | | 0.36387849 | 0.25766030 | APPO |
| | Woodlawn, South | Harrison | Sklar Exploration Co. | John T Favell etal #1 | 0.41041997 | 0.29786624 | |
| | | | | | 0.52559748 | 0.36327030 | APPO |

Proved Non-Producing Reserves

| State | Field | County/Parish | Operator | Well Name | Working Interest | Revenue Interest | Reversion Code |
|---|---|---|---|---|---|---|---|
| AL | Brooklyn | Conecuh | Pruet Production Co. | Northeast Brooklyn Oil Unit | 0.01286584 | 0.00902453 | |
| | | | | Northwest Brooklyn Oil Unit | 0.04662158 | 0.03398948 | |
| | | Escambia | Sklar Exploration Co. | Southeast Brooklyn Oil Unit | 0.12174665 | 0.08483665 | |
| | | | | Southwest Brooklyn Oil Unit | 0.19649466 | 0.14003064 | |
| | Little Cedar Creek | Conecuh | Sklar Exploration Co. | Little Cedar Creek Oil Unit II | 0.26842255 | 0.18971222 | |
| | | | | Little Cedar Creek Oil Unit II | 0.26307875 | 0.18568289 | ADOPO |
| | | | | Little Cedar Creek Oil Unit IV | 0.25273064 | 0.18470732 | |
| FL | Mt Carmel | Santa Rosa | Sklar Exploration Co. | Pitnic Limited 16-3 #1 | 0.14390093 | 0.11398109 | |
| | | | | | 0.11417464 | 0.09051883 | AFPO |
| | | | | | 0.25351253 | 0.20129843 | APPO |
| | | | | | 0.14121713 | 0.11159384 | AWPO |
| | | | | | 0.11233965 | 0.08862121 | AFPO2 |
| | | | | | 0.24888631 | 0.19708890 | APPO2 |
| | | | | | 0.13824773 | 0.10912444 | AWPO2 |
| | | | | | 0.11027523 | 0.08665679 | AFPO3 |
| | | | | | 0.24445766 | 0.19274025 | APPO3 |
| | | | | | 0.13458651 | 0.10616625 | AWPO3 |
| | | | | | 0.10726606 | 0.08421575 | AFPO4 |
| | | | | | 0.23985869 | 0.18857606 | APPO4 |
| MS | Pleasant Ridge, S. | Clarke | Sklar Exploration Co. | Fleming 30-15 #1 | 0.28156250 | 0.21117188 | |
| | | | | | 0.22535000 | 0.16893750 | APPO |
| | | | | | 0.21240000 | 0.15900000 | AWPO |

EXHIBIT 3

| State | Field | County/Parish | Operator | Well Name | Working Interest | Revenue Interest | Reversion Code |
|-------|-------|---------------|----------|-----------|------------------|------------------|----------------|
| | | | | McLeod etal 30-11 #1 | 0.26800000 | 0.20670000 | |
| | | | | | 0.22996610 | 0.16956522 | APPO |
| | | | | | 0.21280000 | 0.15600000 | ARPO |
| | | | | | | | |
| | Proved Behind Pipe Reserves | | | | | | |
| | | | | | | | |
| AL | Brooklyn | Conecuh | Sklar Exploration Co. | Cedar Creek Land & Timber 2-15 #1 | 0.25712500 | 0.19284375 | |
| | | | | | 0.25712500 | 0.17887216 | AVPO |
| | | | | | 0.25493750 | 0.17723154 | AWPO |
| | | Escambia | | Southwest Brooklyn Oil Unit | 0.19659466 | 0.14003064 | |
| | Kirkland | Escambia | Sklar Exploration Co. | Cedar Creek Land & Timber 13-15 #1 ST | 0.25525000 | 0.17762500 | |
| | | | | | 0.24062500 | 0.16843750 | AAPO |
| | | | | | 0.20000000 | 0.14000000 | AMPO |
| | | | | | 0.29697938 | 0.18989504 | APPO |
| | Little Cedar Creek | Conecuh | Sklar Exploration Co. | Little Cedar Creek Oil Unit II | 0.26842255 | 0.18971222 | |
| | | | | Little Cedar Creek Oil Unit II | 0.26317875 | 0.18568289 | ADOPO |
| LA | Ashland | Natchitoches | Sklar Exploration Co. | Rushing etal #2 | 0.12755376 | 0.09659207 | |
| MS | Kings Dome, South | Warren | Sklar Exploration Co. | Feld Heirs #1 | 0.49572195 | 0.40416155 | |
| | | | | | 0.35461162 | 0.29368125 | ARPO |
| | | | | Feld Heirs #3 | 0.58019402 | 0.46989699 | |
| | | | | | 0.43313930 | 0.35081980 | ARPO |
| | | | | | 0.29223718 | 0.23725469 | ARPO2 |
| | Oakhay Creek | Smith | Sklar Exploration Co. | Sandra Bateman 21-9 #1 | 0.25750000 | 0.19312500 | |
| | | | | | 0.36056000 | 0.24878640 | APPO |
| | | | | Jeanette S Cole 21-11 #1 | 0.28825992 | 0.21626884 | |
| | | | | | 0.36983182 | 0.24743430 | APPO |
| | Pleasant Ridge, S. | Clarke | Sklar Exploration Co. | Fleming 30-15 #1 | 0.28156250 | 0.21117188 | |
| | | | | | 0.22525000 | 0.16893750 | APPO |
| | | | | | 0.21200000 | 0.15900000 | AWPO |
| | | | | McLeod etal 30-11 #1 | 0.26800000 | 0.20670000 | |
| | | | | | 0.22996610 | 0.16956522 | APPO |
| | | | | | 0.21280000 | 0.15600000 | ARPO |

EXHIBIT 3

| State | Field | County/Parish | Operator | Well Name | Working Interest | Revenue Interest | Reversion Code |
|-------|-------|---------------|----------|-----------|------------------|------------------|----------------|
| Proved Undeveloped Reserves | | | | | | | |
| TX | Spring Lake Prospect | Smith | Sklar Exploration Co. | Spring Lake #1 | 0.37000000 | 0.27750000 | |
| | | | | | 0.44861299 | 0.33645974 | APPO |
| | | | | | 0.33996753 | 0.25497565 | AMPO |

| | |
|------|---------------------------------|
| AAPO | After BVS et al Assignment Payout |
| ADPO | After Dickson Farmout Payout |
| AFPO | After Mt. Carmel Farmout Payout |
| AMPO | After McCombs Farmout Payout |
| APPO | After Prospect Payout |
| ARPO | After Recompletion Payout |
| AVPO | After Volume Payout |
| AWPO | After Well Payout |

EXHIBIT 3

Case:20-12377-EEB   Doc#:166-2   Filed:04/23/20   Entered:04/23/20 22:39:39   Page 144

**Fill in this information to identify the case:**

Debtor name: **Sklarco, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 East West Bank Treasury Department**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Undivided Interest in Oil and Gas Leases - See Attached; additional information including full legal descriptions available upon request from Debtor's counsel; Value based on April 1, 2020 Reserve Report at $31.96/bbl** | **$22,350,000.00** | **$75,422,000.00** |
| **135 N. Los Robles Ave, Ste 600**<br>**Pasadena, CA 91101**<br>Creditor's mailing address | **Describe the lien** | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ■ No<br>☐ Yes | | |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$22,350,000.00** |

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

EXHIBIT 3

**Fill in this information to identify the case:**

Debtor name **Sklarco, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|-----|-----|-------------|-----------------|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|-----|-----|-----|-----|-----|

**2.1** Priority creditor's name and mailing address
**Alabama Department of Revenue**
**50 North Ripley Street**
**Montgomery, AL 36104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$0.00**    Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2** Priority creditor's name and mailing address
**Colorado Department of Revenue**
**1375 Sherman Street, Room 511**
**Denver, CO 80261**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$0.00**    Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice  Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

EXHIBIT 3

| Debtor | **Sklarco, LLC** | Case number (if known) | |
|--------|------------------|------------------------|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Florida Department of Revenue**
**P. O. Box 6668**
**Tallahassee, FL 32314-6668**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Louisiana Department of Revenue**
**P.O. Box 201**
**Baton Rouge, LA 70821-3440**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

EXHIBIT 3

| Debtor | **Sklarco, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Mississippi Department of Revenue**
P.O. Box 1033
Jackson, MS 39215-1033

| Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Montana Department of Revenue**
PO Box 6577
Helena, MT 59604-6577

| Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Texas Comptroller**
111 East 17th Street
Austin, TX 78701

| Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Wyoming Department of Revenue**
122 West 25th Street, Suite E301
Herschler Building East
Cheyenne, WY 82002

| Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                  **Amount of claim**

EXHIBIT 3

| Debtor | **Sklarco, LLC** | | Case number _(if known)_ | |
|---|---|---|---|---|
| | Name | | | |

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $375.43 |
|---|---|---|---|
| | **Aethon Energy Operating, LLC**<br>PO Box 733448<br>Dallas, TX 75373-3448 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Joint Interest Payments_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $6,326.48 |
|---|---|---|---|
| | **Amplify Energy Operating, LLC**<br>500 Dallas St., STE 1700<br>Houston, TX 77002 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Joint Interest Payments_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $6.52 |
|---|---|---|---|
| | **Atlantis Oil Company, Inc.**<br>727 S. Chilton Ave.,<br>Tyler, TX 75701-1554 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Joint Interest Payments_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $4,137.94 |
|---|---|---|---|
| | **Basa Resources, Inc**<br>14875 Landmark Blvd., 4th Floor<br>Dallas, TX 75254 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Joint Interest Payments_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $706.95 |
|---|---|---|---|
| | **Beebe & Beebe, Inc.**<br>P.O. Box 386<br>El Dorado, AR 71730 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Joint Interest Payments_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $236.25 |
|---|---|---|---|
| | **Benbrook, Jean**<br>2620 County Road 3540<br>Hawkins, TX 75765 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Trade Debt_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|
| | **Berry Petroleum, Inc. Martin Resource Management Corp.**<br>4925 Greenville Ave.<br>Suite 900<br>Dallas, TX 75206 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Notice Purposes Only_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 3

| Debtor | Sklarco, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,370.44 |
|---|---|---|
| **Blackbird Company**<br>900 Pierremont Rd.,Suite 221<br>Shreveport, LA 71106 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Joint Interest Payments | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Bonanza Creek Energy Inc.**<br>410 17th Street, Suite 1400<br>Denver, CO 80202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Purposes Only | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,025.80 |
|---|---|---|
| **BP America Production Co.**<br>P.O. Box 848155<br>Dallas, TX 75284-8155 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Joint Interest Payments | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27.17 |
|---|---|---|
| **BPX Operating Company**<br>501 Westlake Park Blvd<br>Houston, TX 77079 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Joint Interest Payments | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.12 |
|---|---|---|
| **BRP Energy, LLC**<br>P. O. Box 2718<br>San Angelo, TX 76902 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Notice Purposes Only | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,040.09 |
|---|---|---|
| **Camterra Resources, Inc.**<br>2615 East End Blvd South<br>P.O. Box 2069<br>Marshall, TX 75671 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Joint Interest Payments | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,582.28 |
|---|---|---|
| **CCI East Texas Upstream, LLC**<br>**Castleton Commodities Upstream, LLC**<br>811 Main Street, Suite 1500<br>Houston, TX 77002 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Joint Interest Payments | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 3

| Debtor | **Sklarco, LLC** | Case number *(if known)* | |
|--------|------------------|--------------------------|--|
| | Name | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.33 |
|------|--|--|--|

**Chesapeake Energy, Inc.**
**Chesapeak Operating, LLC**
PO Box 207295
Dallas, TX 75320-7295

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Joint Interest Payments

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,229.74 |
|------|--|--|--|

**Cimarex Energy Co.**
**#774023**
4023 Solutions Center
Chicago, IL 60677-4000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Joint Interest Payments

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.40 |
|------|--|--|--|

**Cobra Oil & Gas Corporation**
P.O. Box 8206
Wichita Falls, TX 76307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Joint Interest Payments

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $205.32 |
|------|--|--|--|

**Conoco Phillips (Burlington Resources**
**Oil & Gas Co LP)**
21873 Network Place
Chicago, IL 60673-1218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Joint Interest Payments

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $172.84 |
|------|--|--|--|

**Continental Resources, Inc.**
PO Box 952724
Saint Louis, MO 63195-2724

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Joint Interest Payments

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|------|--|--|--|

**Cranford, Gary M.**
5537 Highway 512
Quitman, MS 39355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--|--|--|

**Culver & Cain Production, LLC RD Account**
PO Box 8085
Tyler, TX 75711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Notice Purposes Only

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

EXHIBIT 3

| Debtor | **Sklarco, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$268.38**
---|---|---|---

**Cypress Operating, Inc.**
**330 Marshall St.**
**Suite 930**
**Shreveport, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$156,703.13**

**Davis Southern Operating Company, LLC**
**1500 McGowen Street, Suite 200**
**Houston, TX 77004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$242.40**

**Denbury Onshore, LLC**
**P.O. Box 972555**
**Dallas, TX 75397-2555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$888.88**

**Derendinger, Cornelia**
**2906 Rayado Court South**
**College Station, TX 77845-7715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,002.35**

**Devon Energy Production Co., LP**
**P O Box 842485**
**Dallas, TX 75284-2485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$218.92**

**Diversified Production, LLC**
**Diversified Gas & Oil Corporation**
**4150 Belden Village St. NW**
**Suite 401**
**Canton, OH 44718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,424.41**

**Dorfman Production Company**
**4925 Greenville Ave, St 900**
**Dallas, TX 75206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 3

| Debtor | **Sklarco, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$393.22** |
|---|---|---|---|

**Endeavor Energy Resources L.P.**
PO Box 679478
Dallas, TX 75267-9478

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$92.11** |
|---|---|---|---|

**Fairway Resources III, LLC**
PO Box 671349
Dallas, TX 75267-1349

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$55.12** |
|---|---|---|---|

**Gallery Petroleum, LLC**
8700 Commerce Park Dr.
Suite 116
Houston, TX 77036

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**Goth, Julie M.**
P.O. Box 105835
Jefferson City, MO 65110

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,418.75** |
|---|---|---|---|

**Grigsby Petroleum Inc.**
333 Texas St.
Suite 2285
Shreveport, LA 71101

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,581.46** |
|---|---|---|---|

**Grizzly Operating, LLC**
Grizzly Energy, LLC
PO Box 46094
Houston, TX 77210-6094

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$219.06** |
|---|---|---|---|

**Hanna Oil and Gas Company**
P.O. Box 1356
Fort Smith, AR 72902-1356

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 3

| Debtor | **Sklarco, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.39 |
|---|---|---|---|

**Harleton Oil & Gas, Inc.**
P.O. Box 345
Tyler, TX 75710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $842.55 |
|---|---|---|---|

**Herman L. Loeb, LLC**
P.O. Box 838
Lawrenceville, IL 62439

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,224.43 |
|---|---|---|---|

**Highmark Energy Operating, LLC**
c/o Oil & Gas Business Solutions, Inc.
4849 Greenville Ave., Ste 1250
Dallas, TX 75206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,648.72 |
|---|---|---|---|

**Hilcorp Energy Company**
Dept. 412
P.O. Box 4346
Houston, TX 77210-4346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Hites, Melanie D.**
719 North County Line Road
Tuttle, OK 73089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Indigo Resources, LLC**
P. O. Box 733183
Dallas, TX 75373-3183

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**J-O'B Operating Company**
P.O. Box 5928
Shreveport, LA 71135-5928

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 3

| Debtor | **Sklarco, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $309.44 |
|---|---|---|---|

**Jeems Bayou Production Corp.**
P.O. Box 639
Oil City, LA 71061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55.81 |
|---|---|---|---|

**John Linder Operating Company, LLC**
100 Independence Place, Suite 307
Tyler, TX 75703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $187.44 |
|---|---|---|---|

**John O. Farmer, Inc.**
P.O. Box 352
370 West Wichita Ave.
Russell, KS 67665

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,213.09 |
|---|---|---|---|

**Kirkpatrick Oil Company, Inc.**
PO Box 248885
Oklahoma City, OK 73124-8885

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.09 |
|---|---|---|---|

**Lance Ruffel Oil & Gas Corp.**
210 Park Avenue
Suite 2150
Oklahoma City, OK 73102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $373.75 |
|---|---|---|---|

**LIS Real Estate & Minerals, LLC**
P.O. Box 906
El Campo, TX 77437

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $709.79 |
|---|---|---|---|

**Magnum Producing, LP Ahuja Holdings, LLP**
500 N. Shoreline, Suite 322
Corpus Christi, TX 78401-0313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 3

| Debtor | Sklarco, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $222.67 |
|---|---|---|---|

**Marathon Oil Co Joint Venture Receipts**
PO Box 732309
Dallas, TX 75373-2309

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $606.67 |
|---|---|---|---|

**Marathon Oil Permian LLC**
PO Box 732309
Dallas, TX 75373-2309

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $444.44 |
|---|---|---|---|

**Martin, William Ashton**
2 Saint James Place
Brooklyn, NY 11205

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Martindale Consultants, Inc.**
4242 N. Meridian Ave.
Oklahoma City, OK 73112-2457

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice Purposes Only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.31 |
|---|---|---|---|

**Maximus Operating, LTD**
PO Box 1706
Longview, TX 75606-1706

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Joint Interest Payments__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Meridian Resources (USA), Inc.**
c/o Excalibur Operating, LLC
2020 W Pinhook, Ste 201
Lafayette, LA 70508

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice Purposes Only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Merit Energy Company**
PO Box 843755
Dallas, TX 75284-3755

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice Purposes Only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 3

| Debtor | **Sklarco, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,913.16 |
|---|---|---|---|

**Mission Creek Resources, LLC**
**25511 Budde Rd, Ste 601**
**Spring, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Joint Interest Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Mrs. Tracy G. Davis**
**1753 Cypress Rapids Drive**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $296.72 |
|---|---|---|---|

**Mustang Fuel Corporation**
**P. O. Box 960006**
**Oklahoma City, OK 73196-0006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Joint Interest Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $970.54 |
|---|---|---|---|

**Nadel & Gussman - Jetta Operating Co**
**15 East 5th Street, Ste 3300**
**Tulsa, OK 74103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Joint Interest Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $222.22 |
|---|---|---|---|

**O'Bannon, Robert Clayton**
**13314 Highway 63**
**Moss Point, MS 39563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,816.52 |
|---|---|---|---|

**Palmer Petroleum Inc.**
**330 Marshall Street**
**Suite 1200**
**Shreveport, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Joint Interest Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,021.71 |
|---|---|---|---|

**Par Minerals Corporation**
**701 Texas Street**
**Shreveport, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Joint Interest Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 3

| Debtor | **Sklarco, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$333.33** |
| | **Paul Sullivan** | | |
| | **Administrator Estate of Terry D. Sulliva** | ☐ Contingent | |
| | **505 East Jackson Street** | ☐ Unliquidated | |
| | **Suite 200** | ☐ Disputed | |
| | **Tampa, FL 33602** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$273.28** |
| | **Petro-Chem Operating Co., Inc.** | | |
| | **PO Box 670** | ☐ Contingent | |
| | **Minden, LA 71058-0670** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Joint Interest Payments** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$179.88** |
| | **Petro-Chem Operating Co., Inc.** | | |
| | **416 Travis Street, Suite 812** | ☐ Contingent | |
| | **Shreveport, LA 71101** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Joint Interest Payments** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,031.26** |
| | **Phillips Energy, Inc** | | |
| | **330 Marshall Street** | ☐ Contingent | |
| | **Suite 300** | ☐ Unliquidated | |
| | **Shreveport, LA 71101** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Joint Interest Payments** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33.04** |
| | **Presidio Petroleum, LLC** | | |
| | **500 W. 7th St., Ste. 803** | ☐ Contingent | |
| | **Fort Worth, TX 76102** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Joint Interest Payments** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$222.22** |
| | **Priest, Rebecca Lynn** | | |
| | **2301 Broken Wagon Drive** | ☐ Contingent | |
| | **Leander, TX 78641** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49.25** |
| | **Prima Exploration, Inc.** | | |
| | **250 Fillmore, Suite #500** | ☐ Contingent | |
| | **Denver, CO 80206** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Joint Interest Payments** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

EXHIBIT 3

| Debtor | **Sklarco, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,596.21** |
|---|---|---|---|

**Pruet Production Co**
**PO Box 11407**
**Birmingham, AL 35246-1129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$177.93** |
|---|---|---|---|

**QEP Energy Company**
**PO Box 204033**
**Dallas, TX 75320-4033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,855.58** |
|---|---|---|---|

**Quanico Oil & Gas, Inc.**
**PO Box 10519**
**El Dorado, AR 71730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,016.52** |
|---|---|---|---|

**Rabalais Oil & Gas, Inc.**
**P.O. Box 1567**
**Fort Worth, TX 76101-1567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22.20** |
|---|---|---|---|

**Redline Energy, LLC**
**P. O. Box 317**
**Dover, OK 73734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Riviera Operating, LLC**
**P. O. Box 671631**
**Dallas, TX 75267-1631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Rockcliff Energy Mgmt., LLC**
**1301 McKinney**
**Suite 1300**
**Houston, TX 77010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

EXHIBIT 3

| Debtor | Sklarco, LLC | Case number (if known) | |
|--------|--------------|------------------------|--|
| | Name | | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $296.41 |

**Roszel, Norman Riki**
321 Granite Blvd.
Marble Falls, TX 78654

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,854.69 |

**S & P Co.**
330 Marshall St.
Suite 300
Shreveport, LA 71101

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.78 |

**S & S Operating Company, Inc.**
P.O. Box 1250
Winnie, TX 77665-1250

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $856.51 |

**Sabine Oil & Gas LLC**
PO Box 206634
Dallas, TX 75320-6634

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Samson Resources Company**
PO Box 972282
Dallas, TX 75397-2282

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,946.36 |

**Shelby Operating Company**
5535 SMU Blvd., Ste. 200
Dallas, TX 75206

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.40 |

**Shuler Drilling Company, Inc.**
3340 West Hillsboro Street
El Dorado, AR 71730-6736

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 3

| Debtor | **Sklarco, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80.47** |
|---|---|---|---|

**Silver Creek Oil & Gas, LLC**
**5525 N. MacArthur Blvd.**
**Ste 775**
**Irving, TX 75038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Joint Interest Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$490.36** |
|---|---|---|---|

**Sinclair, Emily and Robert E.**
**2200 Ross Avenue**
**Suite 420**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.04** |
|---|---|---|---|

**Southwest Operating Inc.**
**727 S. CHILTON**
**Tyler, TX 75701-1554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Joint Interest Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$220.91** |
|---|---|---|---|

**Speller Oil Corporation**
**3535 N.W. 58th Ste, Ste 900**
**Oklahoma City, OK 73112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Joint Interest Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$373.75** |
|---|---|---|---|

**Stovall, Lynn Ann**
**P.O. Box 906**
**El Campo, TX 77437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,084.14** |
|---|---|---|---|

**Stroud Petroleum, Inc.**
**P.O. Box 565**
**Shreveport, LA 71162-0565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Joint Interest Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31.63** |
|---|---|---|---|

**Sugar Creek Producing Co.**
**P.O Box 1756**
**Shreveport, LA 71166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Joint Interest Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 3

| Debtor | **Sklarco, LLC** | Case number (if known) |
|--------|-------------------|------------------------|
| | Name | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $262.73 |
|------|------------------------------------------------|-------------------------------------------------------------------|---------|

**3.92**

Nonpriority creditor's name and mailing address

**Tanos Exploration, LLC**
**PO Box 208222**
**Dallas, TX 75320-8222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ☐ No ☐ Yes

$262.73

---

**3.93**

Nonpriority creditor's name and mailing address

**TDX Energy LLC**
**401 Edwards St, Ste 1510**
**Shreveport, LA 71101-3525**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

$1,050.10

---

**3.94**

Nonpriority creditor's name and mailing address

**Tellurian Operating, LLC**
**1201 Louisiana Street**
**Suite 3100**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ☐ No ☐ Yes

$1,476.13

---

**3.95**

Nonpriority creditor's name and mailing address

**The Long Trusts**
**P.O. Box 3096**
**Kilgore, TX 75663**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ☐ No ☐ Yes

$515.57

---

**3.96**

Nonpriority creditor's name and mailing address

**Titan Rock Exploration & Production, LLC**
**1601 Elm Street, Suite 3500**
**Dallas, TX 75201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ☐ No ☐ Yes

$30.66

---

**3.97**

Nonpriority creditor's name and mailing address

**TO Kimbrell LLC**
**PO Box 11407**
**Dept #5868**
**Birmingham, AL 35246-5868**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

$680.15

---

**3.98**

Nonpriority creditor's name and mailing address

**Toland & Johnston, Inc.**
**P.O. Box 189**
**Edmond, OK 73083-0189**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Joint Interest Payments**

Is the claim subject to offset? ■ No ☐ Yes

$225.59

---

EXHIBIT 3

| Debtor | **Sklarco, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.27 |
|---|---|---|---|

**Trivium Operating, LLC**
**301 Commerce Street**
**Suite 3635**
**Fort Worth, TX 76102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $223.87 |
|---|---|---|---|

**TYGR Operating Company, LLC**
**PO Box 6764**
**Shreveport, LA 71136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.77 |
|---|---|---|---|

**Upshur County**
**215 N Titus**
**Gilmer, TX 75644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,202.16 |
|---|---|---|---|

**Urban Oil & Gas Group, LLC**
**Department #41380**
**P. O. Box 650823**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $216.57 |
|---|---|---|---|

**Vernon E. Faulconer, Inc.**
**P.O. Box 7995**
**Tyler, TX 75711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vine Oil & Gas LP**
**5800 Granite Parkway, Suite 550**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $915.97 |
|---|---|---|---|

**Weiser-Brown Operating, Co.**
**PO Box 500**
**Magnolia, AR 71754-0500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Joint Interest Payments__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 3

| Debtor | **Sklarco, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $444.44 |
|---|---|---|---|

**William Ashton Martin**
**2 Saint James Place**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Joint Interest Payments__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $470.44 |
|---|---|---|---|

**WPX Energy, Inc.**
**WPX Energy Williston, LLC**
**25061 Network Place**
**Chicago, IL 60673-1250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Joint Interest Payments__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $747.28 |
|---|---|---|---|

**XTO Energy, Inc.**
**P.O. Box 840791**
**Dallas, TX 75284-0791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Joint Interest Payments__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $195.48 |
|---|---|---|---|

**Xtreme Energy Company**
**P. O. Box 2326**
**Victoria, TX 77902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Joint Interest Payments__

Is the claim subject to offset? ☑ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service** **Insolvency Unit** **1999 Broadway** **MS 5012 DEN** **Denver, CO 80202-3025** | Line __2.4__ ☐ Not listed. Explain ____ | __ |
| 4.2 | **Internal Revenue Service** **1999 Broadway** **MS 5012 DEN** **Denver, CO 80202-3025** | Line __2.5__ ☐ Not listed. Explain ____ | __ |
| 4.3 | **Louisiana Department of Revenue** **617 North Third Street** **Baton Rouge, LA 70802** | Line __2.6__ ☐ Not listed. Explain ____ | __ |
| 4.4 | **Office of the Attorney General** **State of Colorado** **1300 Broadway** **Denver, CO 80203** | Line __2.2__ ☐ Not listed. Explain ____ | __ |

EXHIBIT 3

| Debtor | **Sklarco, LLC** | | Case number (if known) | |
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Office of the Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Suite 4400**<br>**Washington, DC 20530-0001** | Line __**2.4**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Office of the Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Suite 4400**<br>**Washington, DC 20530-0001** | Line __**2.5**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Office of the US Attorney**<br>**District of Colorado**<br>**1801 California Street, Suite 1600**<br>**Denver, CO 80202-2628** | Line __**2.4**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Office of the US Attorney**<br>**District of Colorado**<br>**1801 California Street, Suite 1600**<br>**Denver, CO 80202-2628** | Line __**2.5**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **State of Colorado**<br>**Division of Securities**<br>**1560 Broadway, Suite 900**<br>**Denver, CO 80202-5150** | Line __**2.2**__<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 386,687.08 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 386,687.08 |

EXHIBIT 3

**Fill in this information to identify the case:**

Debtor name    __Sklarco, LLC__

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **Contracts are more particularly described in the attached list of material contracts to which Sklarco is a party; Sklarco is primarily a working interest holder in accordance with the respective agreements** | |
|    State the term remaining | |
|    List the contract number of any government contract    _____ | **See Attached** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 3

## MATERIAL AGREEMENTS

### (Sklarco, LLC)

1. Participation Agreement dated effective as of January 23, 2015 covering the Brewton Prospect, Escambia County, Alabama, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration LLC, et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1982) dated January 23, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

2. Letter Agreement dated March 6, 2015 amending the Brewton Prospect Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration, LLC, et al., as Participants

3. Second Amendment to Brewton Prospect Participation Agreement and JOA dated effective as of January 23, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration, LLC, et al., as Participants

4. Amended And Restated Participation Agreement dated effective as of April 8, 2015 covering the Mt. Carmel Prospect, Escambia County, AL and Santa Rosa County, FL, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1982) dated April 8, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

5. Participation Sales Agreement covering the North Beach Prospect (Conecuh County, AL) dated effective as of November 15, 2004, by and between Craft Exploration Company L.L.C., Sklar Exploration Company L.L.C. and Sklarco L.L.C., which includes as Exhibit "I" an Operating Agreement (AAPL Form 610-1982) dated November 15, 2004, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C. and Craft Exploration Company L.L.C., as Non-Operators

6. JOA (AAPL 610-1982) dated July 1, 2008, covering NW/4 Section 17, T4N, R13E, Conecuh County, AL (Craft Mack 17-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators

7. Unit Agreement dated March 20, 2014 concerning operation of the Little Cedar Creek Oil Unit II, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

8. Unit Operating Agreement dated March 20, 2014 concerning operation of the Little Cedar Creek Oil Unit II, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

9. Gas Purchase Contract dated September 23, 2014, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Little Cedar Creek Oil Unit II, as Buyer, and the North Beach Prospect Working Interest Owners, as Sellers

EXHIBIT 3

10.     Gas Purchase Contract dated September 23, 2014, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Little Cedar Creek Oil Unit II, as Buyer, and the Escambia Prospect Working Interest Owners, as Sellers

11.     Gas Purchase Contract dated April 6, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Shipps Creek Prospect Working Interest Owners, as Sellers

12.     Unit Agreement dated October 1, 2016 concerning operation of the Little Cedar Creek Oil Unit IV, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

13.     Unit Operating Agreement dated October 1, 2016 concerning operation of the Little Cedar Creek Oil Unit IV, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

14.     Participation Agreement covering the Escambia Prospect (Escambia and Conecuh Counties, AL), by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 1, 2006 covering the Escambia Prospect (Escambia and Conecuh Counties, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

15.     Amendment to Operating Agreement dated effective as of November 1, 2011 covering the Escambia Prospect (Escambia and Conecuh Counties, Alabama), by and between Sklar Exploration Company L.L.C., et al., which Amendment extended the term of the AMI and added additional lands to the Contract Area and AMI

16.     JOA (AAPL 610-1982) dated March 1, 2011, covering NE/4 Section 31, T4N, R13E, Conecuh County, AL (Mary-Mack 31-2 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators

17.     Farmout Agreement dated February 15, 2011, covering the SE/4 Section 29, T4N, R13E, Conecuh County, AL (Thomasson 29-10 #1), by and between Anderson Exploration Energy Company, L.C., et al., as Farmor, and Sklar Exploration Company L.L.C., as Farmee

18.     JOA (AAPL 610-1982) dated February 15, 2011, covering the SE/4 Section 29, T4N, R13E, Conecuh County, AL (Thomasson 29-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators

19.     JOA (AAPL 610-1982) dated May 1, 2011, covering the SE/4 Section 35, T4N, R12E, Conecuh County, AL (CCL&T 35-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators

20.     JOA (AAPL 610-1982) dated July 1, 2011, covering the NE/4 Section 30, T4N, R13E, Conecuh County, AL (Ralls 30-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

EXHIBIT 3

21.    JOA (AAPL 610-1982) dated September 15, 2011, covering the NE/4 Section 30, T4N, R13E, Conecuh County, AL (Ralls 30-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and BSAP I, Inc., et al., as Non-Operators

22.    JOA (AAPL 610-1982) dated December 7, 2011, covering NW/4 Section 29, T4N, R13E, Conecuh County, AL (Boothe & Casey 29-6 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C. and BSAP I, Inc., as Non-Operators

23.    JOA (AAPL 610-1982) dated December 7, 2011, covering NW/4 Section 29, T4N, R13E, Conecuh County, AL (Boothe & Casey 29-6 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., Pruet Production Co., and Midroc Operating Company and others, as Non-Operators

24.    JOA (AAPL 610-1982) dated February 1, 2012, covering NE/4 Section 33, T4N, R12E, Conecuh County, AL (CCL&T 33-2 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

25.    JOA (AAPL 610-1982) dated March 15, 2012, covering NE/4 Section 34, T4N, R12E, Conecuh County, AL (Grady 34-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

26.    JOA (AAPL 610-1982) dated June 1, 2012, covering NW/4 Section 34, T4N, R12E, Conecuh County, AL (Jones 34-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Texar Exploration, LLC, et al., as Non-Operators

27.    JOA (AAPL 610-1982) dated March 15, 2012, covering NW/4 Section 35, T4N, R12E, Conecuh County, AL (CCL&T 35-5 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Avery Producing, LLC, et al., as Non-Operators

28.    JOA (AAPL 610-1982) dated May 1, 2012, covering SE/4 Section 34, T4N, R12E, Conecuh County, AL (Grady 34-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

29.    JOA (AAPL 610-1982) dated July 13, 2012, covering NW/4 Section 4, T3N, R12E, Escambia County, AL (CCL&T 4-3 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

30.    JOA (AAPL 610-1982) dated January 10, 2013, covering SE/4 Section 4, T4N, R13E, Conecuh County, AL (CCL&T 32-9 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

31.    JOA (AAPL 610-1982) dated April 1, 2013, covering SW/4 Section 36, T4N, R12E, Conecuh County, AL (Kennedy 36-12 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

32.    JOA (AAPL 610-1982) dated February 17, 2014, covering SW/4 Section 33, T4N, R13E, Conecuh County, AL (Thomasson 33-12 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

EXHIBIT 3

33.  JOA (AAPL 610-1982) dated August 1, 2014, covering SE/4 Section 2, T3N, R12E, Escambia County, AL (CCL&T 2-9 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Central Petroleum, Inc., et al., as Non-Operators

34.  JOA (AAPL 610-1982) dated September 1, 2014, covering NW/4 Section 3, T3N, R13E, Conecuh County, AL (CCL&T 3-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators

35.  JOA (AAPL 610-1982) dated August 15, 2014, covering NE/4 Section 4, T3N, R13E, Conecuh County, AL (CCL&T 4-1 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators

36.  JOA (AAPL 610-1982) dated February 1, 2011, covering SE/4 Section 30, T4N, R13E, Conecuh County, AL (Mary Mack 30-15 #1), by and between Midroc Operating Company, as Operator, and Sklarco L.L.C., et al.

37.  JOA (AAPL 610-1982) dated March 2, 2011, covering SW/4 Section 29, T4N, R13E, Conecuh County, AL (Salter 29-13 #1), by and between Midroc Operating Company, as Operator, and Sklarco L.L.C., as Agent Nominee for the Sklar Parties, et al.

38.  JOA (AAPL 610-1982) dated July 15, 2011, covering NE/4 Section 29, T4N, R13E, Conecuh County, AL (Boothe & Casey 29-8 #1), by and between Pruet Production Co., as Operator, and Sklarco L.L.C. and BSAP I, Inc., as Non-Operators

39.  JOA (AAPL 610-1982) dated July 15, 2011, covering NE/4 Section 29, T4N, R13E, Conecuh County, AL (Boothe & Casey 29-8 #1), by and between Pruet Production Co., as Operator, and Sklarco L.L.C., as Agent Nominee for the Sklar Parties, et al.

40.  Unit Agreement dated May 11, 2015 concerning operation of the Fishpond Oil Unit, Fishpond Field, Escambia County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

41.  Unit Operating Agreement dated May 11, 2015 concerning operation of the Fishpond Oil Unit, Fishpond Field, Escambia County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

42.  Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the North Beach Prospect Working Interest Owners, as Sellers

43.  Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Escambia Prospect Working Interest Owners, as Sellers

44.  Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Shipps Creek Prospect Working Interest Owners, as Sellers

45.  Participation Agreement covering the Shipps Creek Prospect (Conecuh & Escambia Counties, AL) dated effective as of June 1, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "F" an Operating Agreement

EXHIBIT 3

(A.A.P.L. Model Form 610-1982) dated June 1, 2012 covering the Shipps Creek Prospect (Conecuh & Escambia Counties, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

46.   Agreement to Participate in 3D Seismic Acquisition and To Share Information dated effective as of June 1, 2012, by and between Sklar Exploration Company L.L.C., the Shipps Creek Prospect Participants, the Escambia Prospect Participants and Windancer Operating of Alabama, LLC

47.   Letter Agreement dated August 14, 2015 regarding Extension of Shipps Creek Prospect AMI and Acquisition of Additional Seismic Data, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, as amended by that certain Correction Letter dated August 18, 2015, by and between the same parties

48.   Letter Agreement dated May 23, 2017 regarding Shipps Creek Prospect AMI Extension, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, providing for a 1 year extension of the AMI.

49.   Letter Agreement dated May 16, 2018 regarding Shipps Creek Prospect AMI Extension (Second Extension), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, providing for an additional 1 year extension of the AMI.

50.   Letter Agreement dated April 23, 2019 regarding Shipps Creek Prospect AMI Extension (Third Extension), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, providing for an additional 1 year extension of the AMI.

51.   Participation Agreement covering the Castleberry Prospect (Conecuh County, AL) dated effective as of November 7, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 7, 2012 covering the Castleberry Prospect (Conecuh County, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

52.   Participation Agreement covering the L-Pond Prospect (Conecuh County, AL) dated effective as of November 7, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 7, 2012 covering the L-Pond Prospect (Conecuh County, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

53.   Gas Purchase Contract dated August 7, 2009, by and between Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C., as Seller

          a.   Counterparties:        Southeast Alabama Gas District
                                      715 Dr. MLK Jr. Expressway
                                      Andalusia, Alabama 36420
                                      Attn: Greg Henderson

54.   Pipeline Construction Agreement dated August 7, 2009, by and between Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C., as Seller, concerning the construction of a pipleine from Seller's North Beach Plant to the Castleberry Extension

EXHIBIT 3

      a.   Counterparties:     Southeast Alabama Gas District
                                   715 Dr. MLK Jr. Expressway
                                   Andalusia, Alabama 36420
                                   Attn: Greg Henderson

55.    First Amendment to Gas Purchase Contract dated April 28, 2010, by and between the Southeast Alabama Gas District, as Buyer and Sklar Exploration Company L.L.C., as Seller

      a.   Counterparties:     Southeast Alabama Gas District
                                   715 Dr. MLK Jr. Expressway
                                   Andalusia, Alabama 36420
                                   Attn: Greg Henderson

56.    Gas Purchase Contract (South Field) dated June 1, 2011, by and between Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C., as Seller

      a.   Counterparties:     Southeast Alabama Gas District
                                   715 Dr. MLK Jr. Expressway
                                   Andalusia, Alabama 36420
                                   Attn: Greg Henderson

57.    JOA (AAPL 610-1982) dated August 1, 2015, covering Sections 1 & 2, T13N, R7W, Natchitoches Parish, LA (Rushing Et Al #2), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

58.    JOA (AAPL 610-1982) dated January 1, 2016 (East Castor Prospect), covering certain property in, T14N, R7W, Bienville Parish, LA (Echo Papa 10-10 #1 and JB Evans 11-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

59.    Letter Agreement dated April 29, 2016 regarding Amendment East Castor Prospect JOA, by and between Sklar Exploration Company L.L.C., as Operator, and AEEC II, LLC, et al., as Non-Operators

60.    Partial Termination of Restated Participation Agreement (Bodcaw 3D Project) dated effective as of March 1, 2016, by and between AEEC II, LLC et al.

61.    Termination of Restated Participation Agreement (Bodcaw 3D Project) dated effective as of December 1, 2018, by and between AEEC II, LLC et al.

62.    Participation Agreement covering the Red River Prospect (Caddo & Bossier Parishes, LA) dated effective as of April 1, 2006, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (AAPL Form 610-1982) dated April 1, 2006, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

63.    Partial Sublease of Oil, Gas and Mineral Leases dated effective as of February 1, 2008, by and between Sklarco L.L.C., as Sublessor, and Petrohawk Properties, L.P., as Sublessee, covering rights below the Hosston Formation in certain oil, gas and mineral leases

      a.   Counterparties:     BP America Production Company

EXHIBIT 3

737 N. Eldridge Parkway
Suite 12.157A
Houston,Texas 77079

64.      Letter Agreement dated December 3, 2010, by and between Petrohawk Properties, LP, as Assignor, and Sklarco L.L.C., as Assignee, concerning the assignment of certain Replacement Leases and Additional Leases insofar as the same cover and relate to rights above the Hosston Formation

     a.      Counterparties:      BP America Production Company
737 N. Eldridge Parkway
Suite 12.157A
Houston,Texas 77079

65.      JOA (AAPL 610-1982) dated February 15, 1999, covering S/2 of Section 16 and N/2 of Section 21, T18N, R7W, Bienville Parish, LA (Willamette 21 #1), by and between Brammer Engineering, Inc., as Operator, and Wheless TDL Exploration Company, L.L.C., et al., as Non-Operators

66.      Participation Agreement dated effective as of December 1, 2012 covering the West Bryceland Saddle Prospect, by and between AEEC II, L.L.C., Sklar Exploration Company L.L.C., Sklarco L.L.C., and Marshall-Wuellner, Inc., which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1982) dated December 1, 2012, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

67.      JOA (AAPL 610-1982) dated May 26, 2004, covering Section 28, T18N, R6W, Bienville Parish, LA (Cindy Lou Cloyd 28 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

68.      JOA (AAPL 610-1982) dated February 1, 2008, covering Section 34, T19N, R6W, Bienville & Claiborne Parishes, LA (CS Shaffer 34 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

69.      JOA (AAPL 610-1982) dated August 15, 2007, covering Section 33, T18N, R6W, Bienville Parish, LA (JC Merritt #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

70.      JOA (AAPL 610-1982) dated May 1, 2009, covering Section 33, T19N, R6W, Claiborne Parish, LA (Kimberly Lay 33 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

71.      JOA (AAPL 610-1982) dated March 5, 2003, covering Section 3, T18N, R6W, Bienville Parish, LA (LA Minerals #1 Alt), by and between Cypress Operating, Inc., as Operator, and Sklarco L.L.C., et al., as Non-Operators

72.      Operating Agreement of West Arcadia Pipeline L.L.C. dated effective as of July 20, 2009, by and between Sklarco L.L.C., McCombs Energy, LTD., and Tensas Delta Exploration Company, LLC, as Members of the Company

     a.      Counterparties:      Tensas Delta Exploration Company, LLC
333 Texas Street, Suite 2121
Shreveport, Louisiana 71101

EXHIBIT 3

McCombs Energy LTD
Attn: Gary Woods
750 E. Mulberry Ave. Suite 403
San Antonio, Texas 78212

73.    Assignment And Bill of Sale dated effective as of September 1, 2009, by and between Tensas Delta Exploration Company, LLC and Sklar Exploration Company L.L.C., as Assignors, and West Arcadia Pipeline L.L.C., as Assignee

     a.    Counterparties:       West Arcadia Pipeline L.L.C.
                                          401 Edwards Street, Suite 1601
                                          Shreveport, Louisiana 71101

                                          Tensas Delta Exploration Company, LLC
                                          333 Texas Street, Suite 2121
                                          Shreveport, Louisiana 71101

74.    Assignment And Bill of Sale dated effective as of September 1, 2009, by and between McCombs Energy, LTD. And Sklarco L.L.C., as Assignors, and West Arcadia Pipeline L.L.C., as Assignee

     a.    Counterparties:       West Arcadia Pipeline L.L.C.
                                          401 Edwards Street, Suite 1601
                                        Shreveport, Louisiana 71101

                                          McCombs Energy LTD
                                          Attn: Gary Woods
                                          750 E. Mulberry Ave. Suite 403
                                          San Antonio, Texas 78212

75.    Natural Gas Purchase and Sale Agreement dated September 1, 2009, by and between Texla Energy Management, Inc., as Buyer, and Sklar Exploration Company L.L.C., as Seller

     a.    Counterparties:       Texla Energy Management, Inc.
                                          1100 Louisiana, Suite 4700
                                        Houston, TX 77002

76.    Gas Gathering Agreement dated effective as of October 1, 2009, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

     a.    Counterparties:       West Arcadia Pipeline L.L.C.
                                          401 Edwards Street, Suite 1601
                                        Shreveport, Louisiana 71101
                                          Texla Energy Management, Inc.
                                        1100 Louisiana, Suite 4700
                                        Houston, TX 77002

77.    First Amendment to Gas Gathering Agreement dated December 16, 2009, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

     a.    Counterparties:       West Arcadia Pipeline L.L.C.
                                          401 Edwards Street, Suite 1601

EXHIBIT 3

Shreveport, Louisiana 71101

Texla Energy Management, Inc.
1100 Louisiana, Suite 4700
Houston, TX 77002

78.   Agreement to Distribute Proceeds dated December 16, 2009, by and between West Arcadia Pipeline L.L.C., as Gatherer, Texla Energy Management, Inc., as Buyer, and Sklar Exploration Company L.L.C. and Tensas Delta Exploration Company, LLC, as Sellers

    a.   Counterparties:    West Arcadia Pipeline L.L.C.
        401 Edwards Street, Suite 1601
        Shreveport, Louisiana 71101

        Texla Energy Management, Inc.
        1100 Louisiana, Suite 4700
        Houston, TX 77002

79.   Second Amendment to Gas Gathering Agreement dated November 1, 2010, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

    a.   Counterparties:    West Arcadia Pipeline L.L.C.
        401 Edwards Street, Suite 1601
        Shreveport, Louisiana 71101

        Texla Energy Management, Inc.
        1100 Louisiana, Suite 4700
        Houston, TX 77002

80.   Third Amendment to Gas Gathering Agreement dated June 11, 2014, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

    a.   Counterparties:    West Arcadia Pipeline L.L.C.
        401 Edwards Street, Suite 1601
        Shreveport, Louisiana 71101

        Texla Energy Management, Inc.
        1100 Louisiana, Suite 4700
        Houston, TX 77002

81.   Participation Agreement dated effective as of March 1, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Resource Ventures, LLC, et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

82.   Participation Agreement dated effective as of June 30, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Petro-Chem Operating Co., Inc., et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

EXHIBIT 3

83. Participation Agreement dated effective as of June 30, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Tiembo, LTD., et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

84. JOA dated April 17, 1997, covering Sections 19-22, 25-29 and 36-41, T17N, R4E, and Sections 2-7, T16N, R4E, Warren County, Mississippi (Feld Heirs #1 and Feld Heirs #3), by and between Stroud & Luke Production Company, as Operator, and Robert A. Stroud LLC, et al., as Non-Operators

85. Participation Agreement dated August 27, 2012 covering the Summit Extension Prospect, by and between Par Minerals Corporation, as Operator, and Sklarco L.L.C., as Participant, which includes as Exhibit "A" an Operating Agreement (AAPL Form 610-1989) dated August 27, 2012, by and between Par Minerals Corporation, as Operator, and Sklarco L.L.C., et al., as Non-Operators

86. First Modification of Participation Agreement dated effective as of June 1, 2015 covering the Summit Extension Prospect and Southwest Summit Prospects, by and between Par Minerals Corporation, as Operator, and Sklarco L.L.C., as Participant

87. Participation and Exploration Agreement dated effective as of October 1, 2013 covering the West Tyler 3D Seismic Prospect, Smith County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1989) dated October 1, 2013 covering the Swan Prospect, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

88. Letter Agreement dated January 7, 2014 regarding amendments to West Tyler 3D Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Non-Operators

89. Letter Agreement dated October 30, 2014 regarding amendments to West Tyler 3D Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Non-Operators

90. Participation Agreement dated effective as of March 1, 2013 covering the South Woodlawn Prospect, Marion County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1989) dated March 1, 2013, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

91. Letter Agreement dated May 23, 2013 regarding amendments to Participation Agreement and JOA (South Woodlawn Prospect), Marion County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Non-Operators

92. Farmout Agreement dated January 7, 2014, by and between Penn Virginia Oil & Gas, L.P., as Farmor, and Sklar Exploration Company L.L.C., as Farmee covering certain oil, gas and mineral leases located in Marion County, TX

    a.   Counterparties:       Penn Virginia Oil & Gas, L.P.

EXHIBIT 3

840 Gessner, Suite 800
Houston, Texas 77024

93.     Letter Agreement dated March 14, 2014, by and between Sklar Exploration Company L.L.C., as
        Farmee and Penn Virginia Oil & Gas, L.P., as Farmor, amended certain terms in the Farmout
        Agreement

        a.   Counterparties:        Penn Virginia Oil & Gas, L.P.
                                     840 Gessner, Suite 800
                                     Houston, Texas 77024

94.     JOA (AAPL 610-1982) dated October 20, 1999, covering the Steeles Creek Prospect, Limestone
        County, TX, by and between Sklar-Tex L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-
        Operators

95.     JOA (AAPL 610-1982) dated November 1, 2009, covering the Claude Hayes Unit, Willow Springs
        Field, Gregg County, TX, by and between Sklar Exploration Company L.L.C., as Operator, and
        Sklarco L.L.C., et al., as Non-Operators

96.     Participation Agreement dated effective as of July 1, 2014 covering the Mule Creek and Bridge
        Creek Prospects, Niobrara County, Wyoming, by and between Sklar Exploration Company L.L.C.,
        as Operator, and G&H Production Company, LLC, et al., as Participants, which includes as Exhibit
        "D-1" an Operating Agreement (AAPL Form 610-1989) dated July 1, 2014 covering the Mule
        Creek Prospect and as Exhibit "D-2" an Operating Agreement (AAPL Form 610-1989) covering
        the Bridge Creek Prospect

97.     First Amendment to Participation Agreement (Mule Creek & Bridge Creek Prospects) dated
        effective January 1, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and
        G&H Production Company, LLC, et al., as Participants

98.     Purchase and Sale Agreement dated effective as of March 10, 2015 covering the Mule Creek and
        Bridge Creek Prospects, Niobrara County, Wyoming, by and between Sklarco L.L.C., as Seller,
        and McCombs Energy, LTD., et al., as Buyers

        a.   Counterparties: See Attachment 110

99.     Participation Agreement dated July 1, 2017 covering the South Harmony Prospect, by and between
        Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., as Participant, which includes
        as Exhibit "D" an Operating Agreement (AAPL Form 610-1989) dated July 1, 2017, by and
        between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-
        Operators

100.    Letter Agreement dated June 2, 2016 regarding Farmout Proposal, by and between Sklarco L.L.C,
        as Farmee, and McCombs Energy, Ltd., covering properties in multiple states

        a.   Counterparties:        McCombs Energy LTD
                                     Attn: Gary Woods
                                     750 E. Mulberry Ave. Suite 403
                                     San Antonio, Texas 78212

EXHIBIT 3

101.    Letter Agreement dated June 20, 2016 regarding the purchase of certain rights under Farmout
        Agreements, by and between Sklarco L.L.C., as Seller, and Bundero Investment Company L.L.C.,
        as Purchaser

        a.    Counterparties:        Bundero Investment Company, L.L.C.
                                      Attn: Robert Bowman
                                      401 Edwards Street, Suite 820
                                      Shreveport, Louisiana 71101

102.    Farmout Agreement dated effective as of June 1, 2016, by and between McCombs Energy, Ltd., as
        Farmor, and Sklarco L.L.C., as Farmee, covering a portion of Farmor's interest in the CCL&T 3-7
        #1 Well, Escambia Prospect, Conecuh and Escambia Counties, AL.

        a.    Counterparties:        McCombs Energy LTD
                                      Attn: Gary Woods
                                      750 E. Mulberry Ave. Suite 403
                                      San Antonio, Texas 78212

103.    Farmout Agreement dated effective as of June 1, 2016, by and between McCombs Energy, Ltd., as
        Farmor, and Sklarco L.L.C., as Farmee, covering all of Farmor's interest in the Bodcaw 3D Project,
        Bienville and Natchitoches Parishes, LA.

        a.    Counterparties:        McCombs Energy LTD
                                      Attn: Gary Woods
                                      750 E. Mulberry Ave. Suite 403
                                      San Antonio, Texas 78212

104.    Farmout Agreement dated effective as of July 1, 2016, by and between McCombs Energy, Ltd., as
        Farmor, and Sklarco L.L.C., as Farmee, covering all of Farmor's interest in the Shipps Creek
        Prospect, Conecuh and Escambia Counties, AL, as amended by that certain Amendment to Farmout
        Agreement dated September 1, 2019.

        a.    Counterparties:        McCombs Energy LTD
                                      Attn: Gary Woods
                                      750 E. Mulberry Ave. Suite 403
                                      San Antonio, Texas 78212

105.    Farmout Agreement dated effective as of August 1, 2016, by and between McCombs Energy, Ltd.,
        as Farmor, and Sklarco L.L.C., as Farmee, covering a portion of Farmor's interest in the Mt. Carmel
        Prospect, Escambia County, AL & Santa Rosa County, FL.

        a.    Counterparties:        McCombs Energy LTD
                                      Attn: Gary Woods
                                      750 E. Mulberry Ave. Suite 403
                                      San Antonio, Texas 78212

106.    Farmout Agreement dated effective as of August 1, 2016, by and between McCombs Energy, Ltd.,
        as Farmor, and Sklarco L.L.C., as Farmee, covering a portion of Farmor's interest in the Brewton
        Prospect, Escambia County, AL.

        a.    Counterparties:        McCombs Energy LTD

EXHIBIT 3

Attn: Gary Woods
750 E. Mulberry Ave. Suite 403
San Antonio, Texas 78212

107.   Farmout Agreement dated effective as of July 15, 2016, by and between McCombs Energy, Ltd., as Farmor, and Sklarco L.L.C., as Farmee, covering a portion of Farmor's interest in the Mule Creek Prospect, Niobrara County, WY.

    a.   Counterparties:    McCombs Energy LTD
    Attn: Gary Woods
    750 E. Mulberry Ave. Suite 403
    San Antonio, Texas 78212

108.   Farmout Agreement dated effective as of July 15, 2016, by and between McCombs Energy, Ltd., as Farmor, and Sklarco L.L.C., as Farmee, covering a portion of Farmor's interest in the Bridge Creek Prospect, Niobrara County, WY.

    a.   Counterparties:    McCombs Energy LTD
    Attn: Gary Woods
    750 E. Mulberry Ave. Suite 403
    San Antonio, Texas 78212

109.   Farmout Agreement dated effective as of June 1, 2016, by and between McCombs Energy, Ltd., as Farmor, and Sklarco L.L.C., as Farmee, covering a portion of Farmor's interest in the West Tyler 3D Seismic Prospect, Smith County, TX.

    a.   Counterparties:    McCombs Energy LTD
    Attn: Gary Woods
    750 E. Mulberry Ave. Suite 403
    San Antonio, Texas 78212

110.   Letter Agreement dated April 5, 2017 regarding the purchase of certain rights under Farmout Agreements, by and between Bundero Investment Company L.L.C., as Seller, and Sklarco L.L.C., as Purchaser

    a.   Counterparties:    Bundero Investment Company, L.L.C.
    Attn: Robert Bowman
    401 Edwards Street, Suite 820
    Shreveport, Louisiana 71101

111.   Participation Agreement dated effective as of February 20, 2019 covering the North Pachuta Prospect, Clarke County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (AAPL Form 610-1989) dated February 20, 2019, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

112.   Participation Agreement dated effective as of July 1, 2019 covering the Bowdoin Dome Prospect, Phillips and Valley Counties, Montana, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "A" a Restated

EXHIBIT 3

Farmout Agreement dated effective as of May 21, 2019, by and between Twin Bridges Resources, LLC and Charter Energy Partners, LLC, as Farmees, and Scout Energy Partners II, LP, as Farmor

113. JOA (AAPL 610-1982) dated December 15, 2019, covering the E ½ of Section 35 and W ½ of Section 36 (Castleberry Prospect), Township 4 North, Range 10 East, Conecuh County, Alabama, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

114. Unit Agreement dated November 1, 2018 concerning operation of the Southwest Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

115. Unit Operating Agreement dated November 1, 2018 concerning operation of the Southwest Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

116. Unit Agreement dated November 1, 2018 concerning operation of the Southeast Brooklyn Oil Unit II, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

117. Unit Operating Agreement dated November 1, 2018 concerning operation of the Southeast Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

118. Unit Agreement dated November 1, 2018 concerning operation of the Northwest Brooklyn Oil Unit II, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Pruet Production Co., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

    a. Counterparties:    Pruet Production Co.
    Attn: Stan Kynerd
    217 West Capital Street
    Jackson, MS 39201

119. Unit Operating Agreement dated November 1, 2018 concerning operation of the Northwest Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Pruet Production Co., as Unit Operator, and Sklarco L.L.C., et al., as Non-Operators

    a. Counterparties:    Pruet Production Co.
    Attn: Stan Kynerd
    217 West Capital Street
    Jackson, MS 39201

120. Unit Agreement dated November 1, 2018 concerning operation of the Northeast Brooklyn Oil Unit II, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Pruet Production Co., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

    a. Counterparties:    Pruet Production Co.

EXHIBIT 3

Attn: Stan Kynerd
217 West Capital Street
Jackson, MS 39201

121.  Unit Operating Agreement dated November 1, 2018 concerning operation of the Northeast Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Pruet Production Co., as Unit Operator, and Sklarco L.L.C., et al., as Non-Operators

    a.  Counterparties:    Pruet Production Co.
        Attn: Stan Kynerd
        217 West Capital Street
        Jackson, MS 39201

122.  JOA (AAPL 610-1982) dated May 15, 2018, covering the SE/4 of Section 11 (Anderson Johnson 11-9 #1 well), Township 3 North, Range 13 East, Conecuh County, Alabama, by and between Fletcher Petroleum Corp., as Operator, and Sklarco L.L.C., et al., as Non-Operators

    a.  Counterparties:    Pruet Production Co.
        Attn: Stan Kynerd
        217 West Capital Street
        Jackson, MS 39201

123.  Amended & Restated Agreement of Limited Partnership of Maevlo Production Co., LP, by and between Maevlo Management, LLC, as General Partner, and Sklarco L.L.C., et al., as Limited Partners

    a.  Counterparties:    Maevlo Production, LP
        Attn: Matthew Montgomery
        P.O. Box 287
        6140 S. Gun Club Rd K6
        Aurora, CO 80237

124.  Confidential Employment Separation Agreement dated November 20, 2018, by and between David Barlow, an individual, Daboil Resources, L.C., Ansaben Trust, Sklar Exploration Company L.L.C., Sklarco L.L.C. and Howard F. Sklar, individually.

    a.  Counterparties:    David A. Barlow
        321 Paseo Encinal Street
        San Antonio, Texas 78212

125.  Gas Gathering Agreement dated September 16, 2016, by and between Sklar Exploration Company L.L.C., as Gatherer, Sklarco L.L.C., as Farmor, and McCombs Energy, LTD., as Farmee.

    a.  Counterparties:    McCombs Energy LTD
        Attn: Gary Woods
        750 E. Mulberry Ave. Suite 403
        San Antonio, Texas 78212

126.  Letter Agreement dated September 30, 2019 regarding the Matchbox Prospect, San Jacinto County, Texas, by and between Davis Holdings, LP and Sklarco L.L.C., which includes as Exhibit B an Operating Agreement (AAPL Model Form 610-1982) dated September 30, 2019, by and between

EXHIBIT 3

Davis Southern Operating Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators.

    a.   Counterparties:     Davis Holdings, LP
                                      Attn: Ross Davis
                                      1500 McGowen Street, Suite 200
                                      Houston, TX 77004

127.    General Terms and Conditions Agreement, Lease Agreement, Management Agreement, Dry Lease Exchange Agreement and Side Letter Agreement dated May 1, 2019, by and between Sklar Transport L.L.C. and Flexjet, LLC.

    a.   Counterparties:     Flexjet, LLC
                                        26180 Curtiss Wright Parkway
                                      Cleveland, OH 44143

128.    Amended and Restated JOA (AAPL 610-1982) dated December 15, 2019, covering the E/2 of Section 35 and W/2 of Section 36 (Myrtice Ellis Et Al 35-9 #1 well), Township 4 North, Range 10 East, Conecuh County, Alabama, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

129.    JOA (AAPL 610-1989) dated July 15, 2019, covering the Bowdoin Dome Initial Block, Phillips County, Montana, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

EXHIBIT 3

**Fill in this information to identify the case:**

Debtor name   **Sklarco, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Sklar Exploration** | **5395 Pearl Parkway Suite 200 Boulder, CO 80301** | **East West Bank Treasury Department** | ■ D ___**2.1**___ ☐ E/F _____ ☐ G _____ |

EXHIBIT 3

DocuSign Envelope ID: 6F0F39AA-68B947AB-AF69-1409052DBE7E

EXHIBIT

4

26180 Curtiss Wright Parkway
Cleveland, Ohio 44143
TEL 216-261-3500
FAX 216-750-8790

FLEXJET

May 1, 2019

**Sklar Transport, LLC**
5395 Pearl Parkway, Suite 200
Boulder, CO  80301

Re:     Program Agreements for Lease of 9.375% Interest in Phenom 300

Dear Mr. Nenninger,

Attached are the documents for your review and acceptance. I look forward to assisting with this transaction.

If the documents reflect your understanding of the terms and you are ready to proceed, please sign where applicable. Date fields within the agreements will be completed upon receipt of the documentation and will reflect the closing date.  All executed documents may be returned to me via email below followed by originals using the included return label.

For closing, we will require a set of signed documents along with any funds due wired and confirmed.  Once received, we will close on the transaction and begin processing your account for immediate use.

Included in the attachments is an invoice with Flexjet's wire instructions.  Please remit by wire transfer the amount shown on the Lease Invoice.

Thank you and please let us know of any questions. Your sales representative, Adam Tibbitts, may be reached at (801) 831-4287 or by email at adam.tibbitts@flexjet.com or I may be reached at (216) 797-8119 or by email at cheri.davies@flexjet.com.

We look forward to the opportunity to serve your private travel needs.

Best Regards,

Cheri Davies
Flexjet Contracts Department

Attachments

DocuSign Envelope ID: 6E2E39AA-68B347A5-AF60-1409052DDE7E



# INVOICE

## Sklar Transport, LLC

May 1, 2019

| Lease | | |
|---|---|---|
| **9.375% Interest in Phenom 300; N360FX** | | |
| Security Deposit | $ | 45,000.00 |
| First Month's Fixed Lease Payment | $ | 9,282.00 |
| First Month's Monthly Management Fee | $ | 13,073.00 |
| Occupied Hourly Rate Deposit | $ | 19,181.00 |
| Ohio Sales and Use Tax | $ | 75.00 |
| **Subtotal** | **$** | **86,611.00** |
| | | |
| **Total due to Flexjet at Commencement** | **$** | **86,611.00** |

---

**WIRE INSTRUCTIONS – FLEXJET, LLC**

| | |
|---|---|
| TO: | CIBC Bank USA |
| Bank Address: | 120 South LaSalle<br>Chicago, IL 60603 |
| ABA # | 071-006-486 |
| BENEFICIARY: | Flexjet, LLC |
| **ACCOUNT #:** | **2366208** |
| **Reference:** | **Closing - Sklar Transport, LLC** |



# GENERAL TERMS AND CONDITIONS AGREEMENT

**THIS GENERAL TERMS AND CONDITIONS AGREEMENT** is between **FLEXJET, LLC**, a Delaware limited liability company ("**Flexjet**"), and **Sklar Transport, LLC**, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301 ("**Owner**"). The following definitions, terms, and conditions are applicable generally to all of the Program Agreements (as defined below). To the extent that a provision set forth in this General Terms and Conditions Agreement is in conflict with any provision of a Program Agreement, the applicable provision of the Program Agreement shall control.

The parties therefore agree as follows:

1. **DEFINITIONS.**

"**Accident Suspension**" means the suspension of a pilot, the commercial pilot or airline transport pilot certificate of a flight crew member of Flexjet, or of any FAA certificate held by Flexjet, but only if the suspension results from an accident reportable to the NTSB as an accident under the NTSB's rules and regulations.

"**Additional Interest Owners**" means the owners of interests in the Aircraft other than Owner.

"**Adjusted Exchange Hours**" means the product of (i) Owner's total Owner Occupied Hours in an Exchange Aircraft multiplied by the (ii) Differential Cost Factor for that aircraft.

"**Adjusted Exchange Usage Charge**" has the meaning set forth in the Management Agreement.

"**Affiliates**" means for purposes of the contractual documents among the Fractional Owners and the program manager, entities that share one-hundred percent (100%) common ownership by One Sky Flight, LLC, as identified in Flexjet's management specifications that are on file.

"**Aircraft**" means the aircraft in which Owner is purchasing the Interest, leasing the Interest, or in which the Interest is owned by Owner, as applicable.

"**Allocated Hours**" means the number of hours of Flight Time set forth in Schedule A to the Management Agreement for which Owner is entitled to use of the Aircraft in a specified Year.

"**Annual Adjustment Percentage**" means the greater of (i) the percentage set forth in Schedule A of the Management Agreement and (ii) the percentage change in the Consumer Price Index during the 12-month period ended November 30 of the immediately preceding calendar year.

"**Carry Over Hours**" means unused Allocated Hours in a given Year that Owner is entitled to use at the Occupied Hourly Rate during any other Year of the Term.

"**Commencement**" has the meaning set forth in the Lease Agreement.

"**Closing**" has the meaning set forth in the Purchase Agreement.

"**Consumer Price Index**" means the consumer price index for all Urban Consumers (CPI-U) – U.S. City Average, All Items (1982-84=100), as published by the Bureau of Labor Statistics.

"**Cumulative Ownership**" means the total Fractional Ownership Interest of Owner, an affiliate of Owner, or a party otherwise related to Owner, in Flexjet's fractional ownership program.

"**Differential Cost Factors**" means the factor assigned to an Exchange Aircraft to express the cost of owning, operating, and maintaining the Exchange Aircraft in relation to the cost of owning, operating, and maintaining the aircraft in which Owner has an interest. The Differential Cost Factors for the various makes and models of Exchange Aircraft are set forth on Schedule B to the Dry Lease Exchange Agreement.

"**Discontinuous Trips**" means any Trip that has a break in point-to-point continuity with another such Trip, in any 24 hour period. Flexjet has sole discretion to determine whether Discontinuous Trips require the use of more than one aircraft.

"**Dry Lease Exchange Agreement**" means a Program Agreement entered into among all owners of interests in aircraft operated under the fractional ownership program managed by Flexjet.

"**Excess Hours**" means hours used in excess of Allocated Hours for each Year, up to the Annual Available Hours limit set forth in Schedule A of the Management Agreement.

"**Effective Date**" means the date stated under Flexjet's signature at which the respective Program Agreement will become effective.

"**Exchange Aircraft**" means an aircraft in which Owner does not own or lease an interest, and that is made available to Owner by other Participants in the Exchange Program under the Dry Lease Exchange Agreement.

"**Exchange Program**" means the arrangement set forth in the Dry Lease Exchange Agreement under which owners of interests in specified aircraft make available to each other the aircraft in which they have an interest. Flexjet manages the fractional aircraft owners' interests and schedules aircraft from within the dry-lease exchange pool on behalf of fractional aircraft owners. Aircraft within the Flexjet exchange include aircraft managed by an Affiliate of Flexjet to the extent such aircraft are included in the fractional ownership program managed by the Affiliate and are included in Flexjet's dry-lease exchange agreements. In the event that Participant is operating an aircraft managed by an Affiliate of Flexjet, the flight related responsibilities of Flexjet apply, with respect to that particular flight, to the Affiliate, rather than to Flexjet.

"**European Service Area**" or "**ESA**" means Flexjet's European Region within the International Service Area.

"**FAA**" means the United States Federal Aviation Administration and any successor thereto.

"**FAR**" means the United States Federal Aviation Regulations or any successor laws.

"**Ferry Hours**" means Flight Time plus Taxi Time required to ferry the aircraft between an origination or termination point outside the Primary Service Area and the nearest suitable international airport within the contiguous United States.

"**Flight Segment**" means a continuous takeoff, flight, and landing.

"**Flight Time**" means the time elapsed between a takeoff and landing, accounted for to the nearest $1/10^{th}$ of one hour.

"**Force Majeure**" means an: (i) act of God; (ii) strike or lockout or other labor dispute; (iii) act of the public enemy; (iv) war (declared or undeclared); (v) blockade, revolution, or civil commotion; (vi) lightning, fire, storm, flood, or earthquake; (vii) explosion or act of terrorism, (viii) governmental restraint, (ix) embargo, (x) sudden or unexpected aircraft mechanical failure, (xi) act or occurrence that may compromise the safety of any Flight Segment in the reasonable view of Flexjet, an Affiliate, or any pilot of the Aircraft, (xii) inability to obtain or delay in obtaining governmental approvals, permits, licenses or allocations; and (xiii) any other cause whether of the kind specifically enumerated above or otherwise, provided that any such act or occurrence is not reasonably within the control of Flexjet.

"**Fractional Owner**" means any person owning an interest in a Program Aircraft.

"**Fractional Ownership Interest**" means (i) the ownership interest in a Program Aircraft; (ii) the holding of a multi-year leasehold interest in a Program Aircraft; or (iii) the holding or a multi-year leasehold interest that is convertible into an ownership interest in a Program Aircraft.

"**Governmental Authority**" means any federal, state, local or foreign government or political subdivision thereof, or any agency or instrumentality of such government or political subdivision, or any arbitrator, court or tribunal of competent jurisdiction.

"**Interest**" means the undivided percentage interest in the Aircraft purchased and owned by Owner, or leased by Owner, in accordance with the terms of Program Agreements.

"**International Service Area**" or "**ISA**" means the European, Middle East and Asia Pacific regions, subject to change by Flexjet.

"**International Service Area Provisions**" means the current pricing, terms, and conditions for travel within the particular International Service Area region.

"**Law**" means any statute, law, ordinance, regulation, rule, code, order, constitution, treaty, common law, judgment, decree, or other requirement or rule of law of any Governmental Authority.

"**Lease Agreement**" means the Program Agreement under which Owner is Lessee of the Interest, when Owner holds the Interest under a lease.

"**Lease Invoice**" means the invoice for this lease, if applicable, that is provided to Owner by Flexjet setting forth the amount due for Commencement and Flexjet's wire instructions.

"**Lease Payment**" has the meaning set forth in the Lease Agreement.

"**Lien**" means any lien, claim, security interest, charge or encumbrance.

"**Management Agreement**" means a Program Agreement entered into between Flexjet and Owner for the management by Flexjet of the Interest.

"**Minimum Fractional Ownership Interest**" means, with respect to each type of aircraft, the holding of a Fractional Ownership Interest equal to or greater than 1/16 interest in an aircraft.

"**Minimum Term**" has the meaning set forth in the Purchase Agreement or Lease Agreement, as applicable.

"**MMF**" means the monthly management fee as set forth in the Management Agreement.

"**Multiple Use**" means use of two or more aircraft by Owner for either (i) a Flight Segment, a portion of which takes place at the same time that any portion of another Flight Segment is taking place, or (ii) Discontinuous Trips.

"**NTSB**" means the National Transportation Safety Board, or any successor agency.

"**Occupied Hourly Rate Deposit**" has the meaning set forth in the Management Agreement.

"**Owners**" means Owner and the Additional Interest Owners.

"**Owners Agreement**" means a Program Agreement entered into among all of the owners of the aircraft in which the Interest is owned.

"**Owner Occupied Hours**" equal, for each Flight Segment, the Flight Time plus Taxi Time, subject to adjustment by Flexjet in its reasonable discretion as a result of changes in applicable laws, rules, regulations or operating conditions that have the effect of prolonging the applicable Taxi Time.

"**Original Term**" has the meaning set forth in the Purchase Agreement or Lease Agreement, as applicable.

"**Part 91**" means FAR Part 91, Subpart K.

"**Part 135**" means FAR Part 135.

"**Participant(s)**" has the meaning set forth in the Dry Lease Exchange Agreement.

"**Preferred FBO**" means the fixed base operator whom Flexjet has designated as preferred for supply of fuel, ground handling, maintenance, line services and similar services at such airport.

"**Primary Service Area**" or "**PSA**" means the forty-eight (48) contiguous United States (excludes Alaska and Hawaii), the Bahamas, Mexico north of the twenty-third (23rd) Parallel plus Cabo San Lucas, and any point within two hundred twenty-five (225) statute miles of the outer border of the contiguous United States.

"**Program**" means the FAA-approved program, if any, whereby Flexjet manages the Owners' aircraft, and manages the dry lease exchange between the Participants, in connection with the conduct of fractional ownership program operations under FAR Part 91, Subpart K.  However, when a Fractional Owner is operating a Program Aircraft in a fractional aircraft ownership program managed by an Affiliate of Flexjet, the flight-related responsibilities of the program manager apply, with respect to that particular flight, to Flexjet's Affiliate.

"**Program Agreements**" means the Purchase Agreement, the Lease Agreement, the Management Agreement, the Dry Lease Exchange Agreement, the Owners Agreement, and any other documents that Flexjet and Owner may agree upon, sign, and designate as a Program Agreement.

"**Program Aircraft**" means aircraft that are operated in accordance with the terms of the Program.

"**Proportionate Share**" means an Owner's percentage share of a given amount equal to the Owner's percentage ownership of the Aircraft.

"**Purchase Agreement**" means a Program Agreement entered into between Flexjet and Owner for the purchase of the Interest.

"**Purchase Invoice**" means the invoice for this purchase, if applicable, that is provided to Owner by Flexjet setting forth the amount due for Closing and Flexjet's wire instructions.

"**Qualified Fractional Owner**" means any Fractional Owner that has a Minimum Fractional Ownership Interest in at least one fractional program aircraft managed by the program manager or its Affiliate.

"**Secondary Service Area**" or "**SSA**" means Bermuda, the Greater, Lesser and Netherlands Antilles, Central America, and the balance of Mexico, the Caribbean, and Canada (except where access is restricted) that is not included within the Primary Service Area.

"**Taxes**" means federal, state, local and foreign taxes, charges, imposts, duties and excise taxes, head taxes, departure taxes, foreign fuel taxes and surcharges, and other similar assessments, including associated interest and penalties, but excluding net income or any other similar taxes imposed upon the net income of Flexjet.

"**Taxi Time**" means pre-takeoff or post-landing use of the aircraft. 1/10th of one hour will be added to each takeoff and to each landing for Taxi Time.

"**Trip**" means use by Owner of aircraft pursuant to the Management Agreement for either (a) multiple Flight Segments that are flown in a period of twenty-four (24) consecutive hours and that have point-to-point continuity in the itinerary for those Flight Segments, or (b) a single Flight Segment. For the avoidance of doubt, multiple Flight Segments departing from a common departure point constitute separate Trips (or parts of separate Trips) with a break in point-to-point continuity with one another, as do multiple Flight Segments arriving at a common destination.

"**Usage Charge**" has the meaning set forth in the Management Agreement.

"**Versatility Plus Program**" means a program administered by Flexjet, which allows Owners in Flexjet's fractional ownership program to (i) sell unused Allocated Hours, and (ii) purchase VP Hours for additional Flight Time per Year.

"**VP Hours**" means unused Allocated Hours, in whole hour increments, contributed to the Versatility Plus Program by Owner for purchase by Participants under a Dry Lease Exchange Agreement.

"**Year**" means each 12-month period beginning at 12:01 a.m. Eastern time on the date of the Management Agreement or on any anniversary of the date thereof.

**2.**     **TERMINATION.** Except as otherwise expressly provided in any Program Agreement, each of the Program Agreements shall expire when the Interest has been repurchased or terminated by Flexjet or otherwise assigned by Owner in accordance with the terms of the Purchase Agreement or Lease Agreement.

**3.**     **ENTIRE AGREEMENT.** The Program Agreements, including their respective attachments and schedules, constitute the entire understanding among the parties on the subject matter of said documents, and there are no representations, warranties, rights, obligations, liabilities, conditions, covenants or agreements other than as set forth in the Program Agreements.

**4.**     **SEVERABILITY.** In the event that any one or more of the provisions of any Program Agreement shall for any reason be held invalid, illegal or unenforceable, the remaining provisions thereof shall be unimpaired and the invalid, illegal or unenforceable provision shall be replaced by a mutually acceptable provision that (i) is valid, legal and enforceable and (ii) comes closest to the intention of the parties underlying the provision being replaced.

**5.**     **SUCCESSORS AND ASSIGNS.** Subject to any restrictions on assignment set forth in any Program Agreement, the rights and obligations of the parties under each Program Agreement shall inure to the benefit of and be binding upon the respective successors and assigns of each party. Flexjet shall not assign its right under the Purchase Agreement, Lease Agreement, or the Management Agreement except to an entity qualified to fulfill Flexjet's responsibilities. Owner may not assign its rights under any Program Agreement except in conjunction with an assignment of the Interest permitted under the Purchase Agreement, an assignment of a leasehold interest in the Interest permitted under the Lease Agreement, or an assignment permitted by Flexjet in its discretion.

**6.**     **GOVERNING LAW AND VENUE.** The Program Agreements shall be governed by the laws of the state of Ohio without giving effect to Ohio's principles of conflict of laws, and shall be enforceable exclusively in the federal and state courts sitting in the Northern District of Ohio and in Cuyahoga County, Ohio, respectively. For such purpose, Owner hereby consents and irrevocably submits to the jurisdiction of such courts, agrees that all claims in respect of any Program Agreement may be heard and determined in either of such courts, and waives any objection (on the grounds of each of jurisdiction, forum non conveniens, or otherwise) to the jurisdiction of either such court. THE PARTIES HEREBY IRREVOCABLY WAIVE, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, ANY RIGHT IT MAY HAVE TO A TRIAL BY JURY IN ANY LEGAL PROCEEDING DIRECTLY OR INDIRECTLY ARISING OUT OF OR RELATING TO ANY PROGRAM AGREEMENT OR THE TRANSACTIONS CONTEMPLATED THEREBY (WHETHER BASED ON CONTRACT, TORT OR ANY OTHER THEORY).

**7.**     **INDEMNIFICATION.** Subject to the limitations on liability set forth below or in any Program Agreement, Flexjet and Owner will each indemnify and hold harmless the other party, its owners, managers, directors, officers, agents and employees, from and against any and all loss, cost, damage, injury or expense that may be incurred by reason of any breach by the indemnifying party of any of its representations or obligations set forth in any Program Agreement. A party seeking indemnification hereunder shall promptly give notice to the indemnifying party of the initiation by any third party of an action expected to be covered hereby, and the indemnifying party shall be entitled to participate in the defense of any such action by counsel of its own choosing. Each party will also indemnify and hold harmless the other against any loss sustained or reasonable expense incurred by that other party as the direct result of or arising out of the imposition on the Aircraft, or the Interest, of any federal or other tax lien or the foreclosure thereof by virtue of the failure to pay or underpayment by the indemnifying party of federal or other taxes payable by the indemnifying party, including without limitation any portion of property taxes on the Aircraft that are the responsibility of Owner, as the purchaser and/or owner of the Interest. Notwithstanding anything herein to the contrary, in no event will the aggregate liability of either party under this section 7 exceed the limits of the liability insurance required to be obtained under the Management Agreement, and neither party shall be liable for, or indemnify the other party against, indirect, special or consequential damages suffered by the other party.

**8.**     **LIMITATION OF LIABILITY.** NO PARTY SHALL, IN ANY EVENT, BE LIABLE TO ANY OTHER PARTY TO A PROGRAM AGREEMENT FOR ANY INDIRECT, SPECIAL, CONSEQUENTIAL OR INCIDENTAL DAMAGES, LOST PROFITS OR PUNITIVE DAMAGES OF ANY KIND OR NATURE UNDER ANY CIRCUMSTANCES OR FOR ANY REASON. IN PARTICULAR AND WITHOUT LIMITATION, (A) FLEXJET SHALL NOT BE LIABLE TO OWNER FOR ANY SUCH DAMAGES OF ANY KIND UNDER ANY CIRCUMSTANCES ARISING OUT OF THE PURCHASE OF THE INTEREST OR ANY LACK OR LOSS OF USE OF ANY AIRCRAFT, EQUIPMENT, SPARE PARTS, MAINTENANCE, REPAIR OR SERVICES RENDERED OR DELIVERED IN ACCORDANCE WITH THE PURCHASE AGREEMENT, AND (B) FLEXJET SHALL NOT BE LIABLE TO OWNER FOR ANY SUCH DAMAGES FOR ANY LOSS DUE TO ANY DELAY BY FLEXJET IN FURNISHING OR FAILURE BY FLEXJET TO FURNISH THE AIRCRAFT OR CAUSED OR OCCASIONED BY THE PERFORMANCE OR NON-PERFORMANCE OF ANY SERVICES COVERED BY THE MANAGEMENT AGREEMENT.

9.      **NOTICES.** Notice under any Program Agreement shall be in writing and sufficiently given if personally delivered or sent by registered or certified mail, commercial courier, facsimile or electronic mail to the recipient at its address set forth in the Purchase Agreement, Lease Agreement, or any other applicable Program Agreement, or at such other address as the recipient shall have specified by notice. Notice shall be effective on the earlier of three (3) days following its sending or the time of actual receipt.

10.     **CONSTRUCTION.** For the purposes of each of the Program Agreements, (a) words in the singular include the plural and vice versa and words of one gender include the other gender as the context requires; (b) the terms "hereof," "herein," and "herewith" and words of similar import will, unless otherwise stated, be construed to refer to the agreement as a whole in which they appear (including all of the schedules and exhibits hereto) and not to any particular provision of the agreement, and article, section, paragraph, schedule and attachment references are to the articles, sections, paragraphs, schedules, and attachments to the agreement in which the reference appears unless otherwise specified; (c) the word "including" and words of similar import mean "including without limitation" unless otherwise specified; (d) the word "or" shall not be exclusive, unless the context otherwise requires; (e) all references to any period of days will be to the relevant number of calendar days unless otherwise specified; (f) in the case of interests subject to lease, the term "Owners" as used in the Program Agreements refers to the Lessees of such Interests; and (g) references in the Program Agreements to ownership of interests (whether the Interest or other fractional interests) also refer to the holding of such interests under a lease.

11.     **RELATIONSHIP OF PARTIES**. Nothing contained within the Program Agreements shall be deemed to constitute a partnership, joint venture, or any business organization of any kind among the signatory parties of the Program Agreements.

12.     **ELECTRONIC SIGNATURE.** Owner and Flexjet agree that: (a) receipt of information electronically that the recipient reasonably believes to be authorized by the transmitting party shall constitute the valid signature on behalf of the transmitting party (it being agreed that transmission from an email address identified by Owner as an authorized email address of Owner shall be reasonable to accept); (b) such electronic transmissions shall be deemed to satisfy any federal, state or local laws or regulations requiring that agreements be in writing; (c) neither party shall contest the validity or enforceability of any such electronic transmission; and (d) computer maintained records, when produced in hard copy form, shall constitute business records and shall have the same validity as any other generally recognized business records.

13.     **EFFECTIVENESS: DATE.** Each individual Program Agreement will become effective when all parties have signed it. The date of each Program Agreement will be the date stated under Flexjet's signature.

*[Signature Page Follows]*

The parties have executed the General Terms and Conditions on the date stated under Flexjet's signature. The General Terms and Conditions may be executed by ink, facsimile, or other electronic signature in one or more counterparts, each of which will be deemed an original, but all of which together will constitute one agreement.

**OV**_____ **nsport, LLC**

By _____

A274D5A5ABFD4A7...

Printed Name:  G. Nenninger _____

Title (if applicable): _____

**FLEXJET, LLC**

By _____

F48C711C8DAB460...

Printed Name:  Mike Metera _____

Title:  VP, Admin & Contracts _____

Date:  5/1/2019 _____

DocuSign Envelope ID: 6F9FF37AA-68B847A5-AF69-1469052DBE76



## LEASE AGREEMENT

**THIS LEASE AGREEMENT** (this "**Agreement**") is made by **FLEXJET, LLC**, a Delaware limited liability company, 26180 Curtiss Wright Parkway, Cleveland, Ohio 44143 ("**Flexjet**"), and **Sklar Transport, LLC**, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301 ("**Owner**"). The Owner desires to lease from Flexjet an Interest in the Aircraft set forth in Schedule A. Owner has also retained Flexjet to manage the Interest under the terms of the Management Agreement, and Owner and Flexjet are parties to a Dry Lease Exchange Agreement. Capitalized terms that are not defined in this Agreement have the meanings ascribed to them in the General Terms and Conditions Agreement.

The parties therefore agree as follows:

1. **LEASE OF INTEREST**

1.1    Conveyance of Interest.  The consummation of the lease of the Interest (the "**Commencement**") will take place when all conditions set forth in section 3 have been met. At the Commencement, Owner will lease the Interest from Flexjet for the length of time set forth in Schedule A (the "**Original Term**"). The Original Term will begin on the "**Commencement Date**", and terminate on the "**Termination Date**" (in each case as set forth in Schedule A), or as earlier terminated under the terms of this Agreement or under any Program Agreement.

1.2    Lease Payment. Owner will pay Flexjet the "**Lease Payment**" set forth on Schedule A, payable in advance and due on the first day of each month until the termination of this Lease Agreement, with the first month's Lease Payment being due on the Commencement Date. All payments of the Lease Payment must be by electronic funds transfer ("**EFT**") to Flexjet's bank. At the Commencement, Owner will also pay to Flexjet the "**Security Deposit**" (as set forth in Schedule A) for the Interest, which shall be returned to Owner at the end of this Agreement less any itemized amounts owed first to Flexjet under any Program Agreement. The Security Deposit shall not be used by Owner to pay any portion of payment due under this Lease Agreement. All payments due under this Agreement will be "net to Flexjet" and Owner will be responsible for any sales, use, or similar taxes, and any interest or penalties on such taxes (unless such interest or penalty results from an act or omission of Flexjet not authorized by Owner), payable to any governmental authority on account of Owner's lease of the interest or use of the Aircraft, excluding taxes imposed on Flexjet on account of its net income. Flexjet may charge Owner applicable sales and use tax (set forth in Schedule A) on the lease of the Interest and remit to the applicable taxing authority. Flexjet will promptly provide notice to Owner of any audit, claim, assessment or other procedure that may lead to tax liability of Owner as described above. Owner will pay to Flexjet the amount of any tax assessed against Flexjet with respect to Owner's lease of the Interest or use of the Aircraft, and any related penalties and interest, within ten days after receiving written notice thereof from Flexjet; provided that Owner may at its expense and as permitted by applicable law, contest in good faith Flexjet's obligation to pay any such amounts so long as (a) such proceedings do not, in the reasonable opinion of Flexjet, create any material risk of the sale, forfeiture or loss of the Aircraft or any interest in the Aircraft or impose any additional liability on Flexjet, and (b) Owner fully indemnifies Flexjet with respect to such contested obligations and posts adequate security for such indemnification. If Owner fails to pay any amount payable to Flexjet promptly when due, a 15% per annum late charge will be applied to the late payment amount from the payment due date until Flexjet receives the payment.

1.3    Owner's Inspection Rights.  Owner has the right at its expense to inspect the Aircraft and its log books and other records prior to the Commencement to ascertain the condition of the Aircraft.

2. **REPRESENTATIONS AND WARRANTIES**

2.1    Representations and Warranties of Flexjet. Flexjet represents and warrants to Owner that:

(a)    (i) the Aircraft will be in good working order and repair, have a valid Certificate of Airworthiness with no restrictions or limitations issued by the FAA with all airworthiness directives and required inspections current, and be as described in Schedule A, and (ii) no defaults of Flexjet or conditions which, with the giving of notice or passage of time or both, would constitute defaults of Flexjet under the Program Agreements will exist.

(b)    The Aircraft will have been inspected and maintained within the prior 12 month period (or the period of its existence if the Aircraft is less than 12 months old) in accordance with the provisions of Part 135 or Part 91.409(f)(1) or Part 91.409(f)(3) and all applicable requirements for maintenance and inspection thereunder. Flexjet acknowledges that Owner will rely upon this representation in making a similar representation under the Dry Lease Exchange Agreement.

(c)    Flexjet is duly organized and existing in good standing under the laws of the state of Delaware, and Flexjet has the power and authority to enter into this Agreement and carry out the transaction contemplated hereby.

(d)    Flexjet has title to the Interest (or a leasehold interest therein) for a period no shorter than the Original Term.

(e)    No consent or approval of, notice to, registration with, or taking of any other action in respect of or by, any federal, state or local government authority or agency or other person is required with respect to the execution, delivery and performance by Flexjet of this Lease, or if any such approval, notice, registration or action is required, it has been duly given or obtained.

2.2     Representations and Warranties of Owner. Owner represents and warrants to Flexjet that:

(a)     Owner has the power and authority to enter into and carry out the transaction contemplated by this Agreement.

(b)     Owner will not create any liens on or with respect to the Interest, the Aircraft, any part of the Aircraft, or Flexjet's title to the aircraft.

2.3     Survival. The representations, warranties, and covenants made in this Agreement will survive indefinitely.

**3.     CONDITIONS PRECEDENT TO COMMENCEMENT**

3.1     Conditions to Flexjet's Obligation. Flexjet's obligation to lease the Interest to Owner is subject to Owner's performance of all of its obligations to be performed on or prior to the Commencement, including the following:

(a)     Owner shall have paid to Flexjet the Security Deposit, first month Lease Payment, first month MMF, the Occupied Hourly Rate Deposit, and the applicable sales and use tax.

(b)     Owner shall have executed and delivered to Flexjet the Program Agreements and Attachment A to this Agreement ("**Aircraft Leasehold Interest Acceptance Form**").

3.2     Conditions to Owner's Obligation. Owner's obligation to lease the Interest from Flexjet is subject to Flexjet's performance of all of its obligations to be performed on or prior to the Commencement Date, including the following:

(a)     Flexjet shall have executed and delivered to Owner the Program Agreements, and the Dry Lease Exchange Agreement shall be in full effect as to all other parties.

(b)     Owner shall have satisfied itself, at its expense, as to the condition of the Aircraft and its records and as to policies of insurance that are to be provided under the Management Agreement.

(c)     Flexjet shall have delivered to Owner the certificate of insurance required to be delivered upon execution of the Management Agreement.

**4.     TERMINATION OF THE LEASEHOLD INTEREST.** Upon termination of this Agreement, Owner's rights in the Interest will expire, and Flexjet will be deemed to have accepted the Interest back from Owner. Owner may terminate this Agreement on, or after, the "**Minimum Term**" (set forth in Schedule A), subject to Owner providing Flexjet with 90 days' notice. Owner acknowledges that in the event of termination prior to the Minimum Term: (i) the Lease Payment will be due in ordinary course through the Minimum Term, and (ii) Flexjet will retain the Security Deposit received from Owner. If an event of default by Flexjet under the Management Agreement has occurred and is continuing, Owner will have the right to terminate this Agreement.

**5.     EXCHANGE OF INTEREST IN AIRCRAFT.** Flexjet may substitute the Interest with an interest in another aircraft that provides economic value equal to or greater than that of the Interest (a "**Substitute Interest**"). Flexjet will notify Owner of the substitution and the Substitute Interest will become the Interest for purposes of the Program Agreements. Flexjet will complete the substitution at no cost to Owner and the Program Agreements will be amended to reflect the substitution.

**6.     ASSIGNMENT OF THE INTEREST**. Owner is prohibited from assigning the Interest (including by operation of law) to any other person, or entity, without Flexjet's prior written consent. If Owner is an entity, a change in the ownership of more than 50% of the voting control of Owner following the date of this Agreement (a "**Change of Control**") constitutes an assignment of the Interest for purposes of this section 6. Any purported assignment of the Interest in violation of this section 6 is void. Flexjet will not unreasonably withhold consent to Owner's assignment of the Interest (a) to any affiliate of Owner, (b) to any entity into which Owner is merged or to which Owner assigns all or substantially all of its assets and business, (c) to a non-affiliate (third party) of Owner, or (d) pursuant to a Change of Control, provided in each case that Flexjet may consider at least the following matters in determining whether or not to provide its consent: (w) the assignee (including Owner in a Change of Control) may not be an entity whose sole material purpose is to own the Interest unless such entity engages solely in "dry" leasing activities, (x) the assignee (including Owner in a Change of Control) must be a citizen of the United States (as defined in 49 U.S.C. Section 40102, as amended) or otherwise eligible to register aircraft with the FAA pursuant to FAR Part 47, (y) the assignee's (including Owner in a Change of Control) creditworthiness, geographic location and aircraft usage pattern must be reasonably satisfactory to Flexjet, and (z) the assignee must assume all of Owner's obligations under the Program Agreements. Any assignment of the Interest that requires a repositioning of the Aircraft is subject to a $5,000 assignment fee, paid by Owner to Flexjet, prior to the assignment. No such assignment will relieve Owner of any liabilities accrued prior to such assignment.

**7.     SALE OF ADDITIONAL INTERESTS.** Flexjet reserves the right to sell or lease fractional ownership interests for the portion of the Aircraft not leased by Owner to such other persons, firms or entities as Flexjet, in its sole discretion, deems acceptable, as long as all Additional Interest Owners execute a management agreement similar to the Management Agreement and enter into the Owners Agreement and the Dry Lease Exchange Agreement. Owner's lease of the Interest creates a tenancy-in-common as to the Aircraft among Owner and the Additional Interest Owners, who will own in the aggregate exactly 100% of the Aircraft.

8.     SUBORDINATION.  Owner acknowledges that the Aircraft, or the Interest, is now or may become subject and subordinate to a present or future lease, loan, or other security agreement ("**Security Agreement**") between Flexjet and a bank or other lending institution ("**Lender**").   If Flexjet defaults on its obligations under the Security Agreement, Lender may exercise all of its rights and remedies, available to it at law or in equity, with respect to the Aircraft or the Interest, including terminating this Lease Agreement. Owner will remain obligated to perform all of its obligations under this Lease Agreement unless Lender terminates this Lease Agreement or exercises its other default remedies against the Aircraft. Owner and Flexjet acknowledge that a Lender is a third party beneficiary of the subordination set forth in this Lease Agreement.

9.     LIMITATION OF LIABILITY. EXCEPT AS SET FORTH IN THIS LEASE AGREEMENT, FLEXJET DOES NOT MAKE, GIVE, OR EXTEND ANY WARRANTIES OR REPRESENTATIONS OR ASSUME ANY OBLIGATIONS OR LIABILITIES OF ANY KIND OR NATURE, EXPRESS OR IMPLIED, ARISING BY LAW OR EQUITY, IN CONTRACT, IN TORT OR OTHERWISE, CONCERNING (a) THE AIRCRAFT OR ITS CONDITION, FITNESS FOR A PARTICULAR PURPOSE, AIRWORTHINESS, DESIGN, OPERATION OR MERCHANTABILITY OR (b) ANY OTHER OBLIGATION OR LIABILITY ON THE PART OF FLEXJET TO ANYONE OF ANY NATURE WHATSOEVER BY REASON OF THE DESIGN, MANUFACTURE, SALE, REPAIR, LEASE OR USE OF THE AIRCRAFT OR THE INTEREST AND ANY SERVICES DELIVERED OR RENDERED UNDER THIS AGREEMENT.

The parties have executed this Lease Agreement on the date stated under Flexjet, LLC's signature. This Lease Agreement may be executed by ink, facsimile, or other electronic signature in one or more counterparts, each of which will be deemed an original, but all of which together will constitute one agreement.

OWNER: ____ nsport, LLC

By _____
A274D5A5ABFD4A7...

Printed Name:  G. Nenninger

Title (if applicable): _____


FLEXJET, LLC

By _____
F48C711C8DAB460...

Printed Name:  Mike Metera

Title:  VP, Admin & Contracts

Date:  5/1/2019

## SCHEDULE A
## TO THE LEASE AGREEMENT

Leasehold Interest:

A leasehold interest in an undivided 9.375% interest in the Aircraft. The Aircraft includes (i) the airframe together with all engines, appurtenances, appliances, parts, instruments, accessions, furnishings, log books, equipment manuals and other equipment of whatever nature incorporated in or contained in or attached to the Aircraft and (ii) all assignable manufacturer's warranties.

Aircraft:

| | |
|---|---|
| Aircraft Model: | Phenom 300 |
| Serial Number: | 50500233 |
| FAA Registration: | N360FX |

Term:

| | | |
|---|---|---|
| Commencement Date: | 5/1/2019 | (see section 1.1) |
| Termination Date: | 4/30/2024 | (see section 1.1) |
| Original Term: | 60 | months (see section 1.1) |
| Minimum Term: | 12 | months (see section 4) |

Lease Payment:

| | | |
|---|---|---|
| Monthly Lease Payment: | $9,282.00 | per month (see section 1.2) |

Sums due at Commencement:

| | | |
|---|---|---|
| Monthly Lease Payment: | $9,282.00 | per month (see section 1.2) |
| Security Deposit: | $45,000.00 | (see section 1.2) |
| Ohio Sales and Use Tax: | $75.00 | (see section 1.2) |
| First month's Monthly Management Fee:* | $13,073.00 | (see section 3.1(a)) |
| Occupied Hourly Rate Deposit:* | $19,181.00 | (see section 3.1(a)) |
| **Total Due at Commencement:** | **$86,611.00** | |

*Subject to the terms of the Management Agreement

**ATTACHMENT A**
**TO THE LEASE AGREEMENT**

**AIRCRAFT LEASEHOLD INTEREST ACCEPTANCE FORM**

**Sklar Transport, LLC** ("**Owner**") hereby acknowledges acceptance of a leasehold interest in an undivided 9.375% interest in the Aircraft described below from **FLEXJET, LLC** ("**Flexjet**"), and Flexjet hereby accepts this instrument in the state of _____ on _____.

One Phenom 300 aircraft bearing manufacturer's serial number 50500233, together with two Pratt & Whitney PW 535-E engines and all equipment, parts, instruments, appurtenances, and other property installed in or attached to the Aircraft or engines.

OWNER: Sklar Transport, LLC

By: _____
A274D5A5ABFD4A7...

Printed Name: G. Nenninger

Title (if applicable): _____

FLEXJET, LLC

By: _____
F48C711C8DAB460...

Printed Name: Mike Metera

Title: VP, Admin & Contracts

Date: 5/1/2019

DocuSign Envelope ID: 65CF39AA-68B947A5-AF59-1409052DDE76



# MANAGEMENT AGREEMENT

**THIS MANAGEMENT AGREEMENT** (this "**Agreement**") is between **FLEXJET, LLC**, a Delaware limited liability company, 26180 Curtiss Wright Parkway, Cleveland, Ohio 44143 ("**Flexjet**"), and **Sklar Transport, LLC**, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301 ("**Owner**"). Owner either purchased and owns an Interest under a Purchase Agreement, or leases an Interest under a Lease Agreement, and desires to retain Flexjet to manage the Interest. The Additional Interest Owners have also retained Flexjet to manage their interests in the Aircraft under management agreements. Owners and Flexjet are also parties to a Dry Lease Exchange Agreement, and Owner, if Owner owns the Interest, is a party to an Owners Agreement with the Additional Interest Owners. Capitalized terms that are not defined in this Agreement have the meanings ascribed to them in the General Terms and Conditions Agreement.

The parties therefore agree as follows:

**1.    PROVISION OF MANAGEMENT SERVICES.**

1.1    Engagement of Flexjet. Owner engages Flexjet, and Flexjet agrees, to manage the Interest for the benefit of Owner under the Program Agreements.

1.2    Compliance with Regulations. Flexjet will use, manage, and maintain the Aircraft for the benefit and at the direction of Owner and the Additional Interest Owners upon and subject to the terms and conditions of this Agreement and in compliance with all applicable Laws. During the Term (as defined in section 2) Owner has the option to elect to have its Allocated Hours operated under (1) Part 135 in which case Flexjet will be in operational control, or (ii) Part 91 in which case the Owner will be in operational control. In accordance with FAR section 91.1013, Owner acknowledges that it has read and understands its responsibilities with respect to the operational control of the Aircraft, or Exchange Aircraft, as set forth in Attachment A.

**2.    TERM.** The term of this Agreement commences upon the Closing under the Purchase Agreement or upon the Commencement under the Lease Agreement, as applicable, and will terminate as set forth in the General Terms and Conditions Agreement (the "**Term**").

**3.    SERVICES PROVIDED BY FLEXJET.** Flexjet will, at its sole cost and expense (except as otherwise provided in this Agreement), provide, or cause to be provided, the services described in this section 3. Flexjet has no obligation to perform any service not explicitly set forth in this section 3 or otherwise required of a "**Program Manager**" as defined in Part 91.

3.1    Maintenance of the Aircraft. Flexjet will (a) cause the Aircraft to be used, operated, inspected, maintained, serviced, repaired, overhauled, and tested by duly licensed, competent personnel in accordance with FAA, manufacturer, or other FAA-approved inspection programs, (b) maintain in good standing the airworthiness certification of the Aircraft, and (c) keep the Aircraft in good cosmetic appearance as determined by Flexjet in its reasonable discretion.

3.2    Maintenance of Records; Access. Flexjet will cause all records, logs and other materials required by the FAA to be maintained in respect of the Aircraft and will make all filings necessary to maintain current Aircraft registration with the FAA. Owner may, upon two business days' prior written notice to Flexjet and at Owner's own expense, inspect and copy the Aircraft's records, logs and other materials during Flexjet's normal business hours as long as it does not interfere with Flexjet's daily operations. Owner will cooperate with Flexjet in good faith in connection with the performance of Flexjet's obligations pursuant to this section 3.2. Any manuals used by Flexjet in connection with the services provided under this Agreement are the exclusive property of Flexjet.

3.3    Geographic Operation. Flexjet will not permit the Aircraft to be operated or located in any geographic location excluded from coverage by any insurance required to be maintained pursuant to this Agreement.

3.4    Pilots and Ground Services. Flexjet will provide professionally trained and qualified pilots who are familiar with and licensed to operate the Aircraft. Flexjet will ensure that all recurrent pilot training is completed and provide pilot medical examinations and uniforms, a computerized maintenance program, hangar space when required, general storage space for Aircraft items, tie-down as required, flight planning and weather services, catering per standard menu, fueling, administrative communications and, if possible, aeronautical radio services (or equivalent).

3.5    Flight Arrangements. Flexjet will, on Owner's behalf, make all necessary take-off, flight, and landing arrangements involved in Owner's use of the Aircraft. At Owner's request and expense, Flexjet will also use reasonable efforts to coordinate related ground transportation.

3.6    Insurance.

(a)    Flexjet will obtain (i) customary all-risk hull insurance against any loss, theft, or damage to the Aircraft (including any engines or parts while removed from the Aircraft) for an amount not less than the market value of the Aircraft naming Owner, any lender to Owner that holds a Lien on the Interest (a "**Lender**"), Additional Interest Owners, Flexjet and such other parties as Flexjet reasonably designates as insured parties or loss payees with losses payable in accordance with section 6; and (ii) liability insurance for bodily injury and property damage (which includes a war risk and allied perils endorsement with a minimum of $50 million combined single limits, except where higher limits are required by law) related to the Aircraft and its operation in the amount set forth in Schedule A for liability insurance, naming Owners, Flexjet and such other parties as Flexjet and Owner may reasonably designate as

insured parties. The insurance offered under this Agreement will be at Flexjet's expense, except that Owner must pay its share, based upon Owner's Interest in the Aircraft, of any changes in insurance premiums from this Agreement's Effective Date. Flexjet will apply an additional charge to any Trip to the European Union to cover the required increased insurance coverage, in compliance with Regulation (EC) No. 785/2004 of the European Parliament (the "**EU Trip Charge**" as set forth in Schedule A).

(b)     At Owner's expense and request, Flexjet will reasonably cooperate with Owner's efforts to obtain liability insurance coverage in excess of the amounts Flexjet is required to obtain under this Agreement. The insurance required by this section 3.6 will (i) contain a breach of warranty endorsement in favor of Flexjet, Owner, the Lender, and Additional Interest Owners; (ii) permit the waiver of subrogation set forth in the other Program Agreements; (iii) contain an "additional interest endorsement" assuring that loss payee coverage for the holders of authorized Liens on interests in the Aircraft will not be invalidated by acts or neglect of the named insureds; (iv) contain a policy condition customary for fractionally owned or managed aircraft designating Flexjet as the "first named insured"; and (v) will provide that named insured coverage for the Owners will not be invalidated by acts or neglect of the first named insured. OWNER AGREES THAT IN THE CASE OF AN INSURABLE EVENT THE PROCEEDS OF INSURANCE TO WHICH IT IS ENTITLED WILL BE OWNER'S SOLE RECOURSE AGAINST FLEXJET FOR ALL DAMAGES ARISING IN CONNECTION WITH THAT INSURABLE EVENT, EXCEPT FOR DAMAGES RESULTING FROM FLEXJET'S GROSS NEGLIGENCE OR WILLFUL MISCONDUCT.

3.7     <u>Owner Assistance Services</u>. Flexjet will provide assistance regarding (a) acceptance of Aircraft delivery; (b) FAA and manufacturer correspondence; (c) administration, enforcement and settlement of Aircraft warranty claims and insurance matters; (d) Aircraft parts replacement, services, and maintenance arrangements; and (e) preparation and filing of FAA and Federal Communications Commission mandatory reports and registrations.

3.8     <u>Exchange Services</u>. Flexjet will provide all administrative services required for Owner's participation in the Exchange Program.

3.9     <u>FAA Notices</u>. Owner designates Flexjet to act as Owner's agent to receive and accept service of FAA notices regarding Flexjet's fractional ownership program and authorizes the FAA to send such notices to Flexjet on Owner's behalf. Flexjet and Owner both acknowledge that the FAA may contact Owner directly at its discretion.

**4.     COMPENSATION AND REIMBURSEMENT**. Owner will pay Flexjet the following compensation:

4.1     <u>Monthly Management Fee</u>. The monthly management fee ("**MMF**") set forth in Schedule A is payable in advance on the first day of each month. The first payment is due on the Effective Date of this Agreement. All payments of the MMF must be by electronic funds transfer ("**EFT**") to Flexjet's bank. Owner will authorize Flexjet to initiate MMF payments with an Authorization Agreement for Electronic Funds Transfer in the form of Attachment B. The Authorization Agreement shall provide that it may be cancelled by Owner upon 30 days prior written notice to Flexjet. In the event of any such cancellation, or if any portion of the MMF is not paid by EFT for any other reason, Owner shall pay the MMF or such unpaid portions pursuant to invoices received from Flexjet as contemplated by this section 4.1. No payment to Flexjet under any Program Agreement may be made by credit card.

4.2     <u>Usage Charge</u>. For each Flight Segment, Owner will pay a "**Usage Charge**" equal to the product of (a) the sum of the "**Occupied Hourly Rate**" plus the "**Fuel Component Adjustment**" (in each case as set forth in Schedule A), multiplied by (b) the number of Owner Occupied Hours used for that Flight Segment. Flexjet will invoice owner for Usage Charges at the end of each month, with payment due 15 days from the invoice date.

4.3     <u>Occupied Hourly Rate Deposit</u>. On the Effective Date of this Agreement, Owner will pay Flexjet a deposit equal to the product of (a) 1/12th of the Owner's Allocated Hours for one Year, multiplied by (b) the Occupied Hourly Rate plus the Fuel Component Adjustment on the date set forth in Schedule A. This deposit will not bear interest and will be refunded to Owner following the payment of all amounts due to Flexjet upon termination of this Agreement.

4.4     <u>Annual Adjustments</u>. Flexjet will increase the MMF, applicable Crew Member Expenses, and the Occupied Hourly Rate on January 1st of each calendar year during the Term by the Annual Adjustment Percentage, as defined in the General Terms and Conditions Agreement and set forth in Schedule A.

4.5     <u>Other Fees and Adjustments</u>.

(a)     At the end of the Original Term and at the end of each 24th month thereafter, the MMF and Occupied Hourly Rate will be adjusted to the program rates then in effect for the make, model and year of the Aircraft, and the other terms and conditions of this Agreement will be amended to match the terms and conditions prevailing in Flexjet's standard form of management agreement for aircraft of that make, model and year. Owner will at Flexjet's request execute and return to Flexjet a revised Management Agreement that reflects these changes effective as of the applicable anniversary date.

(b)     If Owner elects to have the Aircraft use a non-Preferred FBO at any airport where there is a fixed base operator that Flexjet has designated as a Preferred FBO, Owner will be charged a service fee equal to 10% of the Usage Charge for the Flight Segments immediately preceding and following that airport visit.

4.6     <u>Taxes and Other Expenses</u>. Owner is responsible for its Proportionate Share (or other reasonable allocation adopted by Flexjet) of all Taxes arising from Owner's acquisition of the Interest and the ownership, operation, maintenance, or use of the Aircraft.

Flexjet will collect from Owner, and remit to the federal government, the federal transportation excise taxes and federal surtaxes on the Usage Charge and MMF, subject to Owner's qualification as a **Qualified Fractional Owner**" under the Federal Aviation Administration Modernization and Reform Act of 2012. Owner will pay all amounts incurred on its flights for use of flight phones and internet on the Aircraft, catering charges in excess of standard menu, all special governmental charges at airports attributable to Owner's flight, all landing permits and fees, immigration, customs, handling, overflight charges, navigation and airspace fees and similar charges. If Flexjet pays fuel taxes for which it later obtains a refund, Owner will not be charged for such taxes and Flexjet will retain the refund.

4.7     Expenses for Wear and Tear. Owner will reimburse Flexjet for any costs incurred by Flexjet resulting from extraordinary wear, tear or damage to the Aircraft caused by Owner or Owner's guests and not covered by insurance.

4.8     FAA Expenses. Owner will pay its Proportionate Share of the cost of complying with airworthiness directives, manufacturer's alert/mandatory service bulletins and manufacturer's recommended service bulletins applicable to the Aircraft. Owner will also pay its Proportionate Share of the cost of complying with any new requirements of the FAR Part under which Flexjet's fractional ownership program is operated. Flexjet will use reasonable efforts to pursue reimbursement for such costs from the appropriate party.

4.9     Late Fee. If Owner fails to pay any amount payable to Flexjet promptly when due, a 15% per annum late charge will be applied to the late payment amount from the payment due date until Flexjet receives the payment.

4.10     Flexjet's Use of the Aircraft. Flexjet has the right to use the Aircraft when the Aircraft is not being used by Owner or under the Dry Lease Exchange Agreement, subject to its compliance with the requirements of all applicable insurance coverage and governmental regulations. Flexjet is responsible for the operating cost incurred for any such use and may retain for its own account any reimbursement or compensation received by Flexjet for such use. While using the Aircraft pursuant to this section 4.10, Flexjet will be deemed the operator of the Aircraft and will reimburse Owner for Taxes actually incurred by Owner that arise from Flexjet's use of the Aircraft.

5.     **AVAILABILITY AND OPERATION OF AIRCRAFT.**

5.1     Available Hours.

(a)     Owner is entitled to use an aircraft each Year for the amount of hours equal to the sum of (i) Allocated Hours, plus (ii) available Excess Hours, plus (iii) available Carry Over Hours, plus (iv) VP Hours, subject to the restrictions set forth in section 5 (the "**Annual Available Hours**" set forth in Schedule A). Any Excess Hours flown in a Year will be charged against Allocated Hours for the following Year.

(b)     If, upon termination of this Agreement, the number of Owner's total Owner Occupied Hours (plus VP Hours sold, if applicable) exceeds the prorated number of Owner's total accrued Allocated Hours, then in addition to applicable Usage Charges, Owner will pay an additional amount equal to the MMF (and Lease Payment, as applicable) that would have been payable if the Term covered a period of time sufficient to generate Allocated Hours equal to Owner's actual Owner Occupied Hours. Owner will forfeit unused Allocated Hours at the termination of this Agreement, subject to the exception set forth below in section 5.1(c).

(c)     If Owner elects to trade in the Interest to cover a portion of the Purchase Price for an interest of equal or larger percentage size in an aircraft that is of greater value or larger cabin class than the Aircraft, up to 10% of the unused or unsold accrued Allocated Hours (the "**Unused Allocated Hours**") will be added to the new management agreement for the first Year, subject to the restrictions set forth in section 5.1. If Owner is purchasing an interest in an aircraft of a make or model different from that of the Aircraft, the Unused Allocated Hours will be subject to the Differential Cost Factor.

5.2     Versatility Plus Program.

(a)     Owner may contribute unused Allocated Hours to the Versatility Plus Program to be sold through Flexjet, subject to the "**VP Hour Contribution Limit**" set forth in Schedule A. Owner's Allocated Hours will be reduced by VP Hours sold, and Owner's account will be credited an amount equal to (i) the number of VP Hours sold multiplied by (ii) Flexjet's then current published rate. All VP Hours contributed to the program will be sold on a first in, first out basis.

(b)     If Owner requires Flight Time in addition to the Annual Available Hours, Owner may purchase VP Hours from the Versatility Plus Program. VP Hours will be purchased at Flexjet's then current published rate, and Owner will incur a usage charge for the specific model aircraft flown. Owner must use purchased VP Hours within 12 months of the purchase date.

(c)     Owner acknowledges that (i) the Versatility Plus Program and VP Hours are subject to change  and availability, (ii) Flexjet may discontinue the Versatility Plus Program, provided Owner receives 180 days notice, (iii) use of VP Hours on Peak Travel Days (as defined in 5.5(b)) is at Flexjet's discretion, (iv) VP Hours will be operated under Part 135, and (v) upon termination of this agreement, all unsold VP Hours will be removed from the Versatility Plus Program and Owner will not be reimbursed for the unsold hours. The use, purchase, and sale of VP Hours are subject to the restrictions set forth in section 5.1.

5.3     Use of Hours.

(a)     Owner's Annual Available Hours will be reduced by all Flight Time plus Taxi Time, including any Flight Time deemed to be used pursuant to this section 5.3(a). Each Flight Segment, including Taxi Time, will be deemed to be a minimum of

one hour's duration, except for (i) two Flight Segments per Year, for every 6.25% increment of the interest owned (or leased), as designated by Owner (the "**Short Leg Exclusions**" as set forth in Schedule A), (ii) any Flight Segment caused solely by maintenance, weather, government regulation, or any fuel stops necessitated by the airport of departure for a specific leg, in which event Owner will be charged for actual Owner Occupied Hours for that Flight Segment, or (iii) any Flight Segment that occurs on a calendar day in which Owner uses the Aircraft for at least four Owner Occupied Hours. Short Leg Exclusions are not valid for trips within the SSA.

(b)      Owner will incur a Usage Charge for all Ferry Hours required for Flight Segments originating or terminating outside the PSA, regardless of whether Flexjet actually ferries the Aircraft between airports, subject to the SSA exception set forth below in section 5.3(d). Ferry Hours will not reduce Allocated Hours, whether or not Owner incurs a Usage Charge. Owner will be charged 70% of (i) the Usage Charge, or (ii) the Adjusted Exchange Usage Charge (as defined below in section 5.3(c)) if an Exchange Aircraft of a different make and model has been requested by Owner. Instead of paying the Usage Charge for Ferry Hours, Owner may keep the Aircraft outside the PSA for a maximum of five days (including, if applicable, any day or portion thereof used to ferry the Aircraft) if Owner elects to do so when the flight is scheduled. If Owner elects to keep the Aircraft outside the PSA, (i) Owner will for purposes of the Usage Charge be deemed to have used the Aircraft for the greater of (A) three Owner Occupied Hours multiplied by the number of days (including partial days) Owner had possession of the Aircraft, or (B) the number of Owner Occupied Hours used during the entire period Owner had possession of the Aircraft, but Owner's Allocated Hours will only be reduced by the number of Owner Occupied Hours used during this period, and (ii) Owner will be surcharged an amount set forth in Schedule A per crew member, for each night the flight crew remains outside the PSA (the "**Crew Member Expenses**").

(c)      Owner may request an "**Aircraft Upgrade**", for a model larger than the Aircraft, or an "**Aircraft Downgrade**", for a model smaller than the Aircraft. Aircraft Upgrade and Aircraft Downgrade requests are subject to availability except as guaranteed for a "**Low Season Day**" or "**Standard Day**", as set forth in Schedule A. Low Season Days are on days which the demand on aircraft in Flexjet's fractional ownership program is anticipated to be light. A Standard Day is any day other than a Peak Travel Day, a day before or after a Peak Travel Day, or a Low Season Day; however, a Standard Day guarantee may be used on a Low Season Day. Aircraft Upgrades and Aircraft Downgrades are subject to the following restrictions: (i) all Flight Segments must be contiguous; (ii) unused guarantees will not carry over to future Years; (iii) 48 hours Minimum Telephonic Notice (as defined in section 5.5(a)) from Owner; and (iv) no requests or guarantees are permitted for flights departing the SSA. If Owner requests and is provided an Exchange Aircraft of a make or model different from that of the Aircraft, (i) Owner's Allocated Hours will be reduced by the number of Adjusted Exchange Hours used by Owner, (ii) Owner will be charged Owner's (x) Occupied Hourly Rate plus Fuel Component Adjustment, multiplied by (y) the number of Adjusted Exchange Hours used in the Exchange Aircraft (the "**Adjusted Exchange Usage Charge**"), and (iii) nothing in the Dry Lease Exchange Agreement will be construed to prohibit Flexjet from charging Fuel Component Adjustment in addition to the Occupied Hourly Rate on the basis of Adjusted Exchange Hours.

(d)      For flights that originate or terminate in the PSA, Owner may use the Aircraft in the SSA as if that area is part of the PSA with no obligation to pay fees in connection with Ferry Hours, subject to the following restrictions: (i) Minimum Telephonic Notice of 48 hours, subject to customs, immigration and handling restrictions; (ii) 96 hour Minimum Telephonic Notice for flights to or from Central America; (iii) Flexjet is entitled to delay or accelerate requested departure times by up to three hours on a Peak Travel Day; (iv) Flexjet may delay Owner's requested departure from the SSA by up to three hours; and (v) based upon the number of passengers, Flexjet may, in its discretion, select any model aircraft within a comparable cabin category necessary to complete the mission for flights departing the SSA. If Owner schedules a flight from the SSA to have more passengers than passengers actually flown, Flexjet may suspend the SSA exception for the current Year and Owner will incur the Usage Charge for Ferry Hours for the remainder of the Year.

(e)      Owner may travel within the ISA through an arrangement with an international operator, which will maintain operational management and control of the aircraft for the benefit of Owner, subject to Owner providing Flexjet with: (i) Minimum Telephonic Notice of 7 business days plus the region's minimum required call out notice for Owner's initial trip date; and (ii) Owner's express agreement to the International Service Area Provisions (the "**International Travel Program**"). All travel within the ISA is subject to availability and change. Owner acknowledges that Flexjet may discontinue the International Travel Program at any time, subject to Flexjet providing Owner with 30 days' notice.

5.4      Alternative Aircraft. Due to Owner's participation in the Exchange Program, Owner may be provided the use of another aircraft in place of the Aircraft at Flexjet's option. Such other aircraft will be at least reasonably comparable to the Aircraft in size and speed or otherwise identified as an Alternative Aircraft in Schedule A (an "**Alternative Aircraft**"). Flexjet will use reasonable efforts to obtain Owner's aircraft model before providing Owner with an Alternative Aircraft. If an Alternative Aircraft is not available under the Dry Lease Exchange Agreement, Flexjet will provide Owner with use of a Non-Exchange Alternative Aircraft operated by a certified air carrier for Part 135 operations (a "**Non-Exchange Alternative Aircraft**"). If Flexjet provides Owner with a Non-Exchange Alternative Aircraft for more than 5% of the greater of either the (i) Allocated Hours or (ii) Owners Occupied Hours for the Year, Flexjet will credit the hours back to Owner's Allocated Hours for the following Year (excluding the final Year), subject to the restrictions set forth in section 5.1 (the "**Replenishment Hours**"). Owner will be billed for use of an Alternative Aircraft as though the flight occurred in the Aircraft, including fuel stops that are not necessary in the Alternative Aircraft if such fuel stops would have been required in the Aircraft and en route delays that do not occur in the Alternative Aircraft if such en route delays would have occurred in the Aircraft. This section 5.4 will not apply if Owner requests and receives an Aircraft Upgrade pursuant to section 5.3(c).

5.5     Scheduling and Availability.

(a)     Prior to each flight, Owner must provide Flexjet with the required "**Minimum Telephonic Notice**" (as set forth in Schedule A), or as otherwise required under the Program Agreements.

(b)     With respect to the "**Peak Travel Days**" set forth in Schedule B: (i) Owner must provide 48 hour Minimum Telephonic Notice prior to 12:01 a.m. Eastern Time of a Peak Travel Day; (ii) Flexjet will be entitled to delay or accelerate requested departure times by up to three hours; (iii) the rules and charges described in section 5.6 applicable to Owner delays will apply, but each reference to 60 minutes will be deemed to be 30 minutes, (iv) if Owner owns two 3.125% interests and each is in a different aircraft type, Owner may not use the interest in the larger aircraft; and (v) if Owner owns a 3.125% interest in one aircraft type and a larger percentage interest in another aircraft type, Owner shall not use the 3.125% interest.

(c)     For flights that originate or terminate outside of the PSA, Owner must provide Flexjet with: (i) 48 hours Minimum Telephonic Notice on a Low Season Day or Standard Day (including days contiguous to Peak Travel Days); or (ii) 96 hours Minimum Telephonic Notice on a Peak Travel Day.

(d)     Owner will provide Flexjet with the following information for each proposed flight: (i) departure point and destination; (ii) date and time of flight; (iii) number of anticipated passengers; (iv) nature and extent of luggage to be carried; (v) date and time of any return flight; (vi) required documentation (passport, visa, U.S. residency card, etc.); and (vii) any other information that may be pertinent or is reasonably requested by Flexjet.

5.6     Owner Delays, Cancellation.

(a)     Once a departure has been scheduled and the deadline for providing Minimum Telephonic Notice has passed, Owner may request a departure delay of up to 60 minutes, and the request will be honored if the delay will not violate applicable duty time restrictions or other legal or regulatory requirements. Departure time may be delayed for more than 60 minutes only at Flexjet's discretion.

(b)     If Owner is more than 60 minutes late for the scheduled departure time of any Flight Segment (regardless of any requested extension), Flexjet may move the Aircraft and cancel the remainder of the Trip. If the Trip is canceled, Owner will pay the amount described in section 5.6(c) or section 5.6(d), as applicable. If the Trip is not canceled, Owner will pay a Usage Charge for actual Owner Occupied Hours plus additional Flight Time equal to the amount of time Owner is late in excess of 60 minutes.

(c)     Owner may cancel Flight Segments departing within the PSA at no charge upon at least four hours' notice prior to the scheduled departure time. If Owner cancels such Flight Segment less than four hours prior to the scheduled departure time, or if the Flight Segment is canceled pursuant to section 5.6(b), Owner will be charged an amount equal to the Usage Charge that would have been payable if the Flight Segment had been flown, not to exceed three Owner Occupied Hours.

(d)     Owner may cancel Flight Segments departing outside the PSA at no charge upon at least 48 hours' notice prior to the scheduled departure time. If Owner cancels such Flight Segment less than 48 hours prior to the scheduled departure time or if the Flight Segment is canceled pursuant to section 5.6(b), Owner will be charged all crew and aircraft prepositioning expenses incurred by Flexjet, not to exceed the estimated cost of the canceled Trip.

(e)     Allocated Hours will not be reduced as a result of a canceled Flight Segment.

5.7     Flexjet Delays. If Flexjet is more than 60 minutes late furnishing the Aircraft to Owner due to any reason other than Force Majeure, Owner will be granted Allocated Hours equal to the length of the delay, up to a maximum of two hours per occurrence. This will be Owner's sole remedy for Flexjet's delay unless recurrent delays lead to a Flexjet Default, in which case Owner will have the rights set forth in section 12. Flexjet will make reasonable efforts to notify Owner of any expected delays.

5.8     Airports. Owner may use the Aircraft at any time during any day of the week at any airport suitable for departures and arrivals in accordance with applicable FAA Regulations and for which Flexjet can obtain a departure or landing slot, as long as the departure or landing at that airport does not violate the terms of applicable insurance coverage, any Law, or Flexjet's procedures. Flexjet must pre-approve private airfields and may reject them for any reason.

5.9     Multiple Use. The number of aircraft available to Owner for Multiple Use in any 24 hour period is set forth in Schedule A. Any change in Owner's percentage ownership of the Aircraft will automatically change Owner's available Multiple Use, and any additional Multiple Use will be provided on an as available basis, at Flexjet's discretion. For each use of an additional aircraft of the same make and model as its Aircraft, Owner will incur the Usage Charge and the number of Owner Occupied Hours will be deducted from Owner's Allocated Hours. If Owner uses an additional aircraft of a make or model different from its Aircraft, (i) Owner's Allocated Hours will be reduced by the number of Adjusted Exchange Hours used by Owner, and (ii) Owner will be charged the Adjusted Exchange Usage Charge. Owner may use aircraft for any number of Flight Segments if there is point-to-point continuity in the itinerary; however any Flight Segment that is scheduled to conclude more than 12 hours after the first of a series of continuous Flight Segments is subject to availability.

5.10     Allocation of Hours. Unless otherwise requested by Owner when a Flight Segment is booked, if Owner owns or leases fractional interests in other aircraft in Flexjet's fractional ownership program of the same make and model as the Aircraft ("**Same-**

**Model Aircraft**"), Owner's usage of Allocated Hours and Excess Hours under Owner's interests in the Aircraft or Same-Model Aircraft will be allocated and charged to such interests first in order of their descending size and second in order of ascending date of purchase, unless otherwise requested by Owner.

5.11    Delegation of Maintenance and Safety. When aircraft are operated by Flexjet under Part 91, Owner is in operational control of any Program flight and is ultimately responsible for safe operations and compliance with all applicable requirements of the FARs, including those related to airworthiness and operations in connection with the Program flight (**"Owner's Responsibilities"**). Owner has delegated to Flexjet the performance of certain tasks associated with carrying out Owner's Responsibilities as set forth in this Agreement, and Owner may rely on Flexjet for aviation expertise and Program management services pursuant to the Program Agreements. Based on this delegation of Owner's Responsibilities, Flexjet and Owner are deemed by the FAA to be jointly and individually responsible for compliance with the FARs. When aircraft are operated by Flexjet under Part 135, Flexjet is deemed to be and is in operational control of all such flights. Notwithstanding anything to the contrary in this Agreement, if Flexjet is conducting operations under Part 91, Flexjet will ensure that the Program conforms to the requirements of Part 91 and no Owner may carry persons or property for compensation or hire on any Flight Segment conducted by Flexjet under the Program.

**6.    LOSS OR DAMAGE TO THE AIRCRAFT**

6.1    Loss or Damage Insurance Proceeds, Alternate Aircraft. In the event of any damage to or loss, theft or destruction of the Aircraft not involving a total loss of the Aircraft, as determined by the insurers that have issued the all-risk hull insurance with respect to the Aircraft (the "**Insurers**"), all applicable aircraft hull insurance proceeds will be paid to Flexjet in trust for the repair and restoration of the Aircraft, and Flexjet will use its good faith efforts to provide Owner with an Alternative Aircraft while the Aircraft is being repaired.

6.2    Replacement Aircraft. In the event of a total loss of the Aircraft, as determined by the Insurers (a "**Total Loss**"), Flexjet will have the option to substitute for the Aircraft an aircraft of the same make and model with a fair market value at least equal to that of the Aircraft immediately preceding the Total Loss (a "**Replacement Aircraft**"). Flexjet may exercise this option by notice to Owner within thirty (30) days after confirmation of a Total Loss. If Flexjet elects to provide a Replacement Aircraft, the Replacement Aircraft will become the Aircraft and all Program Agreements will remain in effect pursuant to their respective terms. Flexjet may use insurance proceeds to purchase the Replacement Aircraft, but any excess insurance proceeds will be shared among the Owners according to their Proportionate Shares. If the insurance proceeds are insufficient to purchase a Replacement Aircraft, Flexjet will fund the difference. If Flexjet elects not to provide a Replacement Aircraft, Owner will be entitled to receive its Proportionate Share of the applicable insurance proceeds, the Interest will cease to exist, and this Agreement and the other Program Agreements will terminate, except to the extent expressly set forth herein or therein. Owner and Flexjet agree to execute all documents necessary to accomplish the foregoing.

**7.    NO LIENS, CLAIMS, CHARGES OR ENCUMBRANCES**. During the Term, neither party will cause or permit any Lien attributable to it to attach to the Interest, other than (a) mechanic's liens to be discharged in the ordinary course of business, (b) the rights of Owners pursuant to the Owners Agreement and (c) in the case of Owner, a lien as permitted under the Owners Agreement. If Owner is a legal entity and places a lien on the Interest under the Owners Agreement, Flexjet may require a third party guarantee in form and substance acceptable to Flexjet for all charges incurred under this Agreement.

**8.    FORCE MAJEURE**. Flexjet will have no liability for delay or failure to furnish any service contemplated by this Agreement if such delay or failure is caused by a Force Majeure event. For the avoidance of doubt, a Force Majeure event will have occurred if, in the reasonable view of Owner, Flexjet, or any pilot of the Aircraft, safety may be compromised, in which case Owner, Flexjet or any pilot of the Aircraft may terminate a Flight Segment, refuse to commence a Flight Segment, or take other action necessitated by safety considerations without liability for loss, injury, damage or delay.

**9.    EVENTS OF DEFAULT BY OWNER.** The occurrence and continuation of any of the following is an "**Owner Default**:" (a) Owner fails to pay any amount required to be paid by Owner under this Agreement or under any other agreement with Flexjet or its affiliates, and does not cure this non-payment within 30 days after the date that payment is due; (b) any Lien, other than a Lien permitted under the Owners Agreement, attaches to the Aircraft or the Interest as a result of Owner's act or failure to act and continues for 10 days after Owner's receipt of written notice from Flexjet; (c) Owner breaches any other material provision of this Agreement or any other agreement with Flexjet, and does not cure this breach within 30 days, or other time period agreed to by Owner and Flexjet, after receipt of written notice from Flexjet; (d) Owner uses any Program Aircraft for illegal or illicit purposes; or (e) Owner (i) makes an assignment for the benefit of its creditors; (ii) consents to, or fails for 30 days to stay the appointment of, a custodian for itself or substantially all of its property; (iii) is adjudicated bankrupt or has an order for relief granted upon a petition in bankruptcy or other Law relating to the relief of debtors; or (iv) files a petition or answer seeking liquidation, reorganization or other substantial relief under any bankruptcy or other Law for the relief of debtors, or files an answer failing to deny the material allegations of a petition filed against it for any such relief.

**10.    REMEDIES FOR DEFAULT BY OWNER.** For as long as an Owner Default continues, Owner must continue to pay the MMF (and Lease Payment if under a Lease Agreement) however, Owner will have no right to use the Aircraft or any other aircraft under the Program Agreements, or receive management services under any Program Agreement, and Owner's Allocated Hours will be reduced by an amount equal to $1/12^{th}$ of the Year's Allocated Hours for each 30 day period (or part thereof) that the Owner Default continues.

DocuSign Envelope ID: 0C6ECF37AA-68B947ABAF6C-14CQ052DBE7E

Any such reduction of Owner's Allocated Hours will be in addition to Flexjet's right to pursue all other remedies available to it at law or in equity.

**11.**     **EVENTS OF DEFAULT BY FLEXJET.** The occurrence and continuation of any of the following is a "**Flexjet Default**": (a) Flexjet fails to maintain the insurance required by this Agreement in full force and effect during the Term; (b) Flexjet furnishes an aircraft to Owner more than 60 minutes late on five or more separate occasions during any Year in connection with the same fractional interest under circumstances that entitle Owner to additional flight time pursuant to section 5.7; subject to Owner providing notice of the Flexjet Default within 60 days after the end of such Year; (c) Flexjet breaches any other material provision of this Agreement or any other agreement with Owner, and does not cure this breach within 30 days, or other time period agreed to by Owner and Flexjet, after receipt of written notice from Owner; (d) Flexjet (i) makes an assignment for the benefit of its creditors; (ii) consents to, or fails for 30 days to stay the appointment of, a custodian for itself or substantially all of its property; (iii) is adjudicated bankrupt or has an order for relief granted upon a petition in bankruptcy or other Law relating to the relief of debtors; or (iv) files a petition or answer seeking liquidation, reorganization or other substantial relief under any bankruptcy or other Law for the relief of debtors, or files an answer failing to deny the material allegations of a petition filed against it for any such relief; or (e) in any Year, aircraft operated by Flexjet are involved in more than three accidents that result in Accident Suspensions, or during the Term, flight crew members of aircraft operated by Flexjet are involved in more than four Accident Suspensions.

**12.**     **REMEDIES FOR DEFAULT BY FLEXJET.** In addition to any other remedies provided by this Agreement or otherwise available to Owner at law or in equity, if a Flexjet Default occurs, Owner may by notice to Flexjet terminate this Agreement and require Flexjet to repurchase the Interest in accordance with the Purchase Agreement, or terminate the leasehold interest in accordance with the Lease Agreement.

**13.**     **THIRD PARTY BENEFICIARIES**. Owner acknowledges that, in consideration of the mutual covenants set forth in this Agreement and the other Program Agreements, the other Owners are third party beneficiaries of this Agreement.

**14.**     **REPRESENTATIONS AND WARRANTIES OF FLEXJET.** Flexjet represents and warrants to Owner that: (a) Flexjet is validly organized and existing in good standing under the laws of the state of Delaware, and Flexjet has the power and authority to enter into this Agreement and to execute, deliver and receive all other instruments and documents executed, delivered, and received in connection with the transactions contemplated hereby; (b) there is no action, suit or proceeding pending against Flexjet before any Governmental Authority that challenges the validity of or seeks to bar Flexjet from performing its obligations under the Program Agreements; (c) the execution and delivery of the Program Agreements by Flexjet and the performance of its obligations thereunder do not violate or conflict with any provision of Flexjet's governing instruments or any Law; (d) the Program Agreements are valid and binding obligations of Flexjet, enforceable in accordance with their terms, except as such enforceability may be affected by Laws of general application affecting creditors' rights, or by judicial discretion, to which equitable remedies are subject; and (e) Flexjet is not subject to any restriction that prohibits, would be violated by, or would be in conflict with, the execution, delivery or performance of the Program Agreements and the transactions contemplated thereby.

**15.**     **REPRESENTATIONS AND WARRANTIES OF OWNER.** Owner represents and warrants to Flexjet that: (a) Owner, if an entity, is duly organized and existing in good standing under the laws of the state of its organization; (b) Owner has the power and the authority to enter into the Program Agreements and to carry out the transactions contemplated thereunder; (c) the execution and delivery of the Program Agreements by Owner and the performance of its obligations thereunder have been duly authorized by all necessary action of Owner and do not violate or conflict with any provision of Owner's governing instruments (if Owner is an entity) or any Law; (d) there is no action, suit or proceeding pending or threatened against Owner before any Governmental Authority that challenges the validity of or seeks to bar Owner from performing its obligations under the Program Agreements; and (e) the Program Agreements are the valid and binding obligations of Owner enforceable in accordance with their terms, except as such enforceability may be affected by Laws of general application affecting creditors' rights, or by judicial discretion, to which equitable remedies are subject.

*[Signature Page Follows]*

The parties have executed this Management Agreement on the date stated under Flexjet, LLC's signature. This Management Agreement may be executed by ink or facsimile signature in one or more counterparts, each of which will be deemed an original, but all of which together will constitute one agreement.

OV_____ nsport, LLC

By _____
A274D5A5ABFD4A7...

Printed Name:  G. Nenninger

Title (if applicable): _____

FLEXJET, LLC

By: _____
F48C711C8DAB460...

Printed Name:  Mike Metera

Title:  VP, Admin & Contracts

Date:  5/1/2019

**SCHEDULE A**
**TO THE MANAGEMENT AGREEMENT**

| | | |
|---|---|---|
| Aircraft Model: | Phenom 300 | |
| Serial Number: | 50500233 | |
| FAA Registration: | N360FX | |
| Interest Percentage: | 9.375% | |
| Monthly Management Fee: | $13,073.00 | per month (*see* section 4.1) (subject to Annual Adjustment Percentage of **2%**)* |
| Liability Insurance: | $300,000,000.00 | combined single limit liability coverage (*see* section 3.6) |
| EU Trip Charge | $1,094.00 | per trip to the European Union (see section 3.6) (subject to change due to any changes in insurance premiums) |
| Occupied Hourly Rate: | $2,095.00 | per Owner Occupied Hour (see section 4.2) (subject to Annual Adjustment Percentage of **2%**)* |
| Occupied Hourly Rate Deposit: | $19,181.00 | (see section 4.3) |
| Base Fuel Price: | $1.80 | per gallon |
| Fuel Component Adjustment: | $974.00 | per Owner Occupied Hour as of May 1, 2019 (as defined below) |
| Minimum Telephonic Notice: | 10 | hours (except as otherwise provided in this Agreement) |
| Allocated Hours: | 75 | hours per Year (see section 5.1(a)) |
| Excess Hours: | 18.75 | hours per Year (see section 5.1(a)) |
| Annual Available Hours: | 93.75 | hours per Year (see section 5.1(a)) |
| Alternative Aircraft: | | Other aircraft which are reasonably comparable to the Aircraft in size and speed, or which are larger and/or faster (see section 5.4) |
| Short Leg Exclusions: | 3 | per Year (*see* section 5.3(a)) |
| VP Hour Contribution Limit: | 18 | hours per Year (*see* section 5.2(a)) |
| Crew Member Expenses: | $576 | per crew member (*see* section 5.3(b)) (subject to Annual Adjustment Percentage of **2%**)* |

*Adjustment - Subject to adjustment as described in section 4.4 of this Agreement.

SCHEDULE A (continued)

<u>Multiple Use</u>

The number of aircraft permitted to be used for Multiple Use (*see* section 5.9) in a period of 24 hours is set forth in the chart below. Multiple Use of aircraft is subject to the following: (i) availability, (ii) 48 hours Minimum Telephonic Notice, (iii) Flexjet's consent for use of additional aircraft originating or terminating outside the PSA, (iv) Flexjet may delay or accelerate the requested departure time by three hours for use of any additional aircraft, (v) Owner is not entitled to Replenishment Hours for the Multiple Use of more than two aircraft in any 24 hour period, (vi) Owner is limited to the use of no more than 5 aircraft in any 24 hour period, regardless of the number of Interests owned, (vii) If using VP Hours, a maximum of two aircraft may be used with only one aircraft using the VP Hours, and (viii) Owner may select the model of aircraft, of which Owner owns an interest, for the first Flight Segment, and Flexjet will determine, at its discretion, the model of aircraft to be provided for the second, and subsequent, Flight Segments, subject to any applicable Adjusted Exchange Usage Charge and Owner's Allocated Hours will be reduced by the number of Adjusted Exchange Hours used by Owner.

| Cumulative Ownership | Uses per Year | # of Aircraft | Peak Travel Days** | Aircraft Upgrades/Downgrades*** |
|---|---|---|---|---|
| Under 12.5% | 2 | 2 | None | None |
| 12.5% to less than 18.75% | Unlimited | 2 | None | None |
| 18.75% to less than 25% | Unlimited | 2 | Available | None |
| 25% to less than 37.5% | Unlimited | 3 | Available | 2 |
| 37.5% to less than 75% | Unlimited | 4 | Available | 2 |
| 75% to 100% | Unlimited | 5 | Available | 2 |

** Refers to a Peak Travel Day and any day contiguous to a Peak Travel Day.

*** The permitted Multiple Use of two aircraft within a period of 24 hours (for Cumulative Ownership greater than 25%) when Owner requests and is provided with an Aircraft Upgrade or Aircraft Downgrade is not available on Peak Travel Days.

<u>Guaranteed Upgrades/Downgrades</u>

| Low Season Day guarantee | <u>1</u> | per Year |
|---|---|---|
| Standard Day guarantee | <u>1</u> | per Year |

<u>Fuel Component Adjustment</u>

The Fuel Component Adjustment varies monthly according to the average price of Jet-A Fuel as issued by Argus Aviation Research Group/U.S., Inc., the company that provides the fuel rates published by Business and Commercial Aviation, for Flexjet, LLC ("**BCA Price**").  Because Flexjet purchases bulk fuel, Flexjet also provides a discount ("**Bulk Fuel Discount**"). The Fuel Component Adjustment is calculated each month as follows: (BCA Price - Bulk Fuel Discount - $1.80) x Fuel Adjustment Factor.  For purposes hereof, the "**Fuel Adjustment Factor**" as of the date hereof, for the following types of aircraft shall be:

| Aircraft | Fuel Adjustment Factor |
|---|---|
| Phenom 300 | 298 |
| Lear 75 | 359 |
| Legacy 450/500 | 453 |
| Challenger 300/350 | 509 |
| Gulfstream 450 | 807 |

The Fuel Adjustment Factor may be adjusted from time to time as determined in Flexjet's reasonable discretion, in response to developments beyond Flexjet's control subsequent to the date hereof.

**SCHEDULE B**
**TO THE MANAGEMENT AGREEMENT**

**PEAK TRAVEL DAYS**

The following is the current listing of Peak Travel Days (*see* section 5.5(b)).  Any changes or additions to the following list will be published and distributed by Flexjet with notice to all Owners.  There will be no more than 10 Peak Travel Days during any calendar year.

<u>**2019**</u>

| | | |
|---|---|---|
| Tuesday | January 1 | New Year's Day |
| Wednesday | January 2 | Day after New Year's Day |
| Friday | February 15 | Friday before Presidents Day |
| Monday | February 18 | Presidents Day |
| Tuesday | February 19 | Day after Presidents Day |
| Wednesday | November 27 | Day before Thanksgiving Day |
| Sunday | December 1 | Sunday after Thanksgiving |
| Monday | December 2 | Monday after Thanksgiving |
| Thursday | December 26 | Day after Christmas |
| Friday | December 27 | Friday after Christmas |

**ATTACHMENT A**
**TO THE MANAGEMENT AGREEMENT**

**Operational Control Acknowledgement**

1. Owner is in operational control of a Flexjet program flight when Owner-

   i.   Has the rights and is subject to the limitations set forth in 14 C.F.R. §§ 91.1003 through 91.1013;
   ii.  Has directed that a program aircraft carry passengers or property; and
   iii. The aircraft is carrying those passengers or property.

2. Owner is not in operational control of a flight in the following circumstances:

   i.   The aircraft is used for a flight for administrative purposes such as demonstration, positioning, ferrying, maintenance, or crew training, and no passengers or property designated by Owner are being carried; or
   ii.  The aircraft is being operated under Part 121 or 135 of the Federal Aviation Regulations.

3. Owner acknowledges and agrees that it is in operational control when using a program aircraft and the flight is conducted under Part 91 of the Federal Aviation Regulations.  When Owner is in operational control its responsibilities will include:

   i.   Responsibility for compliance with the management specifications and all applicable regulations;
   ii.  Enforcement actions for any noncompliance; and
   iii. Liability risk in the event of a flight-related occurrence that causes personal injury or property damage.

4. If Owner has delegated some or all of the tasks associated with operational control to Flexjet, and relies upon Flexjet's aviation expertise as the program manager to fulfill the program management services, Owner and Flexjet are jointly and individually responsible for compliance.

**ACKNOWLEDGED AND AGREED TO:**

OV_____ nsport, LLC

By _____

Printed Name:  G. Nenninger

Title (if applicable): _____

Date:  May 1, 2019

**ATTACHMENT B**
**TO THE MANAGEMENT AGREEMENT**

**AUTHORIZATION AGREEMENT FOR ELECTRONIC FUNDS TRANSFER (EFT)**

**Owner Information:**

Account Name: _____

Federal ID Number: _____

**Depository Financial Institution Information:**

Name: _____     Branch: _____

City: _____     State: _____   Zip Code: _____

Routing Number: _____

Account Number: _____

Type of Account (*check one*):   __ Checking Account     __ Savings Account

**Monthly Deduction Amount – Select One Option**

   __ Option 1 - Amount of Monthly Deduction: $ _____

   __ Option 2 - Total Monthly Invoice Amount

**Authorization:**

I hereby authorize **Flexjet, LLC**, to initiate debit entries to my bank account(s), at the depository financial institution, in the amounts specified, as listed above. The monthly deduction will occur on the due date of the invoice. This authorization is to remain in full force and effect until such time as the Program Agreements are terminated in accordance with the terms thereof. I acknowledge that the origination of EFT transactions to my account must comply with the provisions of U.S. Law.

This written debit authorization shall permit Flexjet, LLC to change the monthly authorized deduction at such time as there is a change to the management fee based on the provisions set forth in the Program Agreements.

Signature: _____     Date: _____

Print Name: _____

**Return Completed Form to:**

        **Flexjet, LLC**
        Attn: Contract Department
        26180 Curtiss Wright Parkway
        Cleveland, Ohio 44143



# DRY LEASE EXCHANGE AGREEMENT

**THIS DRY LEASE EXCHANGE AGREEMENT** (this "**Agreemen**t") is between **FLEXJET, LLC**, a Delaware limited liability company ("**Flexjet**"), and each owner or lessee of an interest in a Flexjet Program Aircraft (collectively referred to as the "**Participants**" and individually as a "**Participant**"). Each Participant owns an interest, or leases an undivided property interest in the aircraft set forth next to Participant's name in Schedule A to this Agreement, and desires to share its aircraft with other Participants and to use Exchange Aircraft in an Exchange Program. Each Participant has also retained Flexjet to manage its interest under the terms of a management agreement. Capitalized terms that are not defined in this Agreement have the meanings ascribed to them in the General Terms and Conditions Agreement.

The parties therefore agree as follows:

**1.** **TERM.** The term of this Agreement commences upon the date when a Participant acquires an Interest in a Flexjet Program Aircraft and continues in effect for so long as Participant continues to own or lease an interest and Flexjet manages such interest. If an interest is assigned, the lease of an interest terminates, or if additional Participants join the Exchange Program, Flexjet will amend Schedule A to reflect the changes. Flexjet may add to or remove from the Exchange Program any Aircraft that is wholly-owned by Flexjet or that is leased to Flexjet. Due to constant changes in the dry lease exchange pool for both Flexjet and Affiliates, the list of dry-lease aircraft is maintained at the office of One Sky Flight, LLC and is available upon request.

**2.** **PARTICIPATION IN EXCHANGE PROGRAM.**

2.1     Each Participant agrees to participate in the Exchange Program and share its Aircraft with all other Participants in good standing under this Agreement. Any Participant using the Aircraft, or an Exchange Aircraft, under Part 91 is in operational control of such aircraft, unless Participant opts to have flights conducted under Part 135, where Flexjet will have operational control of the aircraft. Flexjet will administer the Exchange Program at its expense.

2.2     If an aircraft in which a Participant holds an interest is unavailable for use by its Participant, the Participant is entitled to use an Exchange Aircraft on an equal-time, as-available, first-come, first-served basis, subject to the limitations of the management agreement relating to such Participant. Participant may use an Exchange Aircraft of the same make and model as its Aircraft at no additional charge beyond its Usage Charge. If Participant requests an Exchange Aircraft of a make or model different from its Aircraft, (i) Participant's Allocated Hours will be reduced by the number of Adjusted Exchange Hours used by Participant, and (ii) Participant will be charged the Adjusted Exchange Usage Charge.

2.3     The Differential Cost Factors will be established by Flexjet as if the Exchange Program were governed by FAR 91.501(c)(2). The Differential Cost Factors presently established for the Exchange Aircraft are set forth in Schedule B of this Agreement. Flexjet will revise Schedule B as new makes or models of aircraft are added to the Exchange Program and will deliver a current copy of Schedule B to Participants upon request.

2.4     If a Participant requests an Aircraft Upgrade with a Differential Cost Factor higher than the Differential Cost Factor for Participant's Aircraft, the number of Owner Occupied Hours for which the Participant may use such an Exchange Aircraft per Year may not exceed 15% of the Participant's Allocated Hours. This limit does not apply to Aircraft Downgrades to less costly Exchange Aircraft specifically requested by Participant.

**3.** **MAINTENANCE.** No inspection or necessary periodic or preventive maintenance will be delayed or postponed for the purpose of scheduling any aircraft under the Exchange Program. Each Participant further acknowledges that each Exchange Aircraft has been placed on the Part 135 Operations Specifications for Flexjet, and that each Exchange Aircraft shall be maintained in accordance with one of Flexjet's FAA approved continuing airworthiness maintenance programs.

**4.** **OPERATION OF AIRCRAFT.** Flexjet will engage and provide to each Participant qualified pilots as described in each Participant's Management Agreement for each flight undertaken under this Agreement. Participants may also provide their own pilots. Pilots provided by a Participant or at a Participant's direction are subject to Flexjet's approval. If, in the view of the pilots of the Aircraft, safety may be compromised, the pilots may terminate a flight, refuse to commence a flight, or take other action required by safety considerations without liability for loss or delay except for negligence or misconduct. No Participant will be liable to any other Participant for delay in furnishing or failure to furnish the Aircraft or pilots.

**5.** **REPRESENTATIONS AND WARRANTIES.** Each Participant represents and warrants to Flexjet, the other Participants and all owners and lessees of Exchange Aircraft that: (a) Participant will use Exchange Aircraft only for and on account of Participant's own pleasure or business and will not use any Exchange Aircraft for any illegal purpose or to transport passengers or cargo in air commerce for compensation or hire except in accordance with the provisions of the FARs and in a manner approved by Flexjet; (b) Participant will comply with all Laws and airport orders, rules, and regulations affecting Exchange Aircraft operations, use, or occupancy, or use of airport premises; (c) Participant will not, except as permitted by its Program Agreements, (i) attempt to assign any interest in the Exchange Aircraft, or (ii) take any action to attach to any interest in the Exchange Aircraft any Lien not explicitly permitted under the

Program Agreements; and (d) Participant has contracted with Flexjet to obtain insurance such that all aircraft in the Exchange Program have casualty and liability insurance not less than that specified in Flexjet's customary form of Management Agreement.

**6.**    **DEFAULTS.** Participant may not use any Exchange Aircraft for such period of time as Participant, due to its event of default under the Program Agreements, is not permitted to use any aircraft under the Program Agreements.

**7.**    **WAIVER OF SUBROGATION.** Participants, jointly and severally, and Flexjet hereby waive all claims and causes of action each or any of them may have against any other of them, or any of their respective employees, agents, officers, directors, successors, assigns, members, managers or lessees, or any guest, invitee or other permitted user of any aircraft in the Exchange Program, for claims, losses or damages covered by the insurance which Flexjet is required to maintain on the Aircraft pursuant to the Program Agreements. Such insurance shall permit this waiver of subrogation.

**8.**    **AMENDMENT.** This Agreement may be amended by written action of all the parties hereto. Flexjet may by notice to the Participants amend this Agreement in any manner that serves the purposes of this Agreement and is not materially adverse to any Participant without that Participant's written consent. Any such amendment will take effect 60 days after notice to the Participants, unless a majority in interest of the Participants reject the amendment by notice to Flexjet. The Participants will not unreasonably disapprove any proposed amendment.

**9.**    **TRUTH-IN-LEASING.** In accordance with FAR Section 91.23, it is stated as follows:

9.1    EACH PARTICIPANT'S AIRCRAFT HAS BEEN INSPECTED AND MAINTAINED WITHIN THE 12 MONTH PERIOD PRECEDING THE DATE OF THIS DRY LEASE EXCHANGE AGREEMENT, OR SUCH SHORTER PERIOD TO THE EXTENT THE AIRCRAFT IS LESS THAN 12 MONTHS OLD IN ACCORDANCE WITH THE PROVISIONS OF FAR PARTS 91 AND 135 AND ALL PARTIES TO THIS DRY LEASE EXCHANGE AGREEMENT CERTIFY THAT THE APPLICABLE REQUIREMENTS FOR MAINTENANCE AND INSPECTION HAVE BEEN COMPLIED WITH.

9.2    EACH PARTICIPANT AGREES, CERTIFIES AND KNOWINGLY ACKNOWLEDGES THAT WHEN THEY OPERATE ANY AIRCRAFT UNDER THIS AGREEMENT, THEY WILL BE KNOWN AS, CONSIDERED, AND IN FACT WILL BE THE OPERATOR OF THE AIRCRAFT AS PROVIDED IN THIS DRY LEASE EXCHANGE AGREEMENT AND UNDER THE FARS.

9.3    AN EXPLANATION OF FACTORS BEARING ON OPERATIONAL CONTROL AND PERTINENT FARS CAN BE OBTAINED FROM THE NEAREST FAA FLIGHT STANDARDS DISTRICT OFFICE.  EACH PARTY ACKNOWLEDGES THAT THEY UNDERSTAND AND AGREE TO ABIDE BY THESE REGULATIONS. THE PARTIES CERTIFY THAT A TRUE COPY OF THIS AGREEMENT WILL BE CARRIED ON THE AIRCRAFT AT ALL TIMES, AND WILL BE MADE AVAILABLE FOR INSPECTION UPON REQUEST BY AN APPROPRIATELY CONSTITUTED IDENTIFIED REPRESENTATIVE OF THE ADMINISTRATOR OF THE FAA.

The parties have executed this Dry Lease Exchange Agreement on the date stated under Flexjet, LLC's signature. This Dry Lease Exchange Agreement may be executed by ink, facsimile, or other electronic signature in one or more counterparts, each of which will be deemed an original, but all of which together will constitute one agreement.

PARTICIPANT: ____lar Transport, LLC

By _____
   A274D5A5ABFD4A7...

Printed Name:  G. Nenninger

Title (if applicable): _____

FLEXJET, LLC

By _____
   F48C711C8DAB460...

Printed Name:  Mike Metera

Title:  VP, Admin & Contracts

Date:  5/1/2019

DocuSign Envelope ID: 6F2E39AA-68B947AB-AF60-140D052DBE7E

**SCHEDULE A**
**TO THE DRY LEASE EXCHANGE AGREEMENT**

| Participant's Name: | Interest: | Aircraft of Participant: |
|---|---|---|
| **Sklar Transport, LLC** | 9.375% | Aircraft Model: Phenom 300 |
| | | Serial Number:  50500233 |
| | | FAA Registration:  N360FX |

DocuSign Envelope ID: 6F2E33AA-68B947AB-AF6D-14Q9052DBE7E

## SCHEDULE B
## TO THE DRY LEASE EXCHANGE AGREEMENT

### For Phenom 300

| Differential Cost Factors | | P300 | L45LXi / 75LXi | L450 / 500 | CL300 / 350 | *G450 |
|---|---|---|---|---|---|---|
| **Read across table.** | **P300** | **1.00** | 1.35 | 1.70 | 2.00 | 2.80 |
| | **L45LXi / 75LXi** | 0.90 | **1.00** | 1.55 | 1.75 | 2.40 |
| | **L450 / 500** | 0.85 | 0.95 | **1.00** | 1.50 | 2.10 |
| | **CL300 / 350** | 0.70 | 0.80 | 0.95 | **1.00** | 1.80 |
| | **G450** | 0.55 | 0.60 | 0.70 | 0.85 | **1.00** |

\*   Indicates that the aircraft is not eligible for requested Aircraft Upgrades/Aircraft Downgrades prior to reaching a fleet size sufficient to administer the additional demand of Aircraft Upgrades/Downgrades. (Read across table for Factor applied to Upgrade / Downgrade)

\*\*   Flexjet has established the Differential Cost Factors for the various Exchange Aircraft.  Flexjet reserves the right in its sole discretion to amend the Differential Cost Factors upon thirty (30) days' prior notice to the Participants in the event there is a material change in the differential costs of operating, owning, or maintaining the various Exchange Aircraft.

DocuSign Envelope ID: 65CE39AA-68B347A7-AF60-1409052DBE7E

26180 Curtis Wright Parkway
Cleveland, Ohio 44143

TEL 216-261-3500
FAX 216-750-8790



**Sklar Transport, LLC**
5395 Pearl Parkway, Suite 200 ,
Boulder, CO 80301

RE: Sideletter Agreement - 9.375% Phenom 300 - N360FX

Dear Mr. Nenninger,

This letter ("**Sideletter Agreement**") is designated by the undersigned parties as a Program Agreement as set forth in the General Terms and Conditions Agreement made between **Flexjet, LLC** a Delaware limited liability company, 26180 Curtiss Wright Parkway, Cleveland, Ohio 44143 ("**Flexjet**"), **Flight Options, LLC** a Delaware limited liability company, 26180 Curtiss Wright Parkway, Cleveland, Ohio 44143 and **Sklar Transport, LLC**, 5395 Pearl Parkway, Suite 200 , Boulder, CO 80301 ("**Owner**"), and includes additional agreements and understandings or modifies certain terms and conditions of the Program Agreements, which are incorporated by reference. To the extent that a provision set forth in this Sideletter Agreement is in conflict with any provision of a Program Agreement, the applicable provision of this Sideletter Agreement shall control. Terms and conditions of the Program Agreements not expressly amended by this Sideletter Agreement remain in full force and effect. Capitalized terms that are not defined in this Agreement have the meanings ascribed to them in the General Terms and Conditions Agreement.

**Headings**
The headings in this Sideletter Agreement are for reference only and shall not affect the interpretation of this Sideletter Agreement.

**Management of the Phenom 300 Interest – Flight Options, LLC**
Notwithstanding anything to the contrary in any of the Program Agreements, Flexjet and Owner agree that for all flights on which Owner elects to utilize the Phenom 300 Interest (as described in the Program Agreements), Flexjet has delegated responsibility for the management of the Phenom 300 Interest to Flight Options, LLC ("Flight Options"), an "Affiliate of Manager" (as defined in Part 91), and Flight Options agrees to manage the Phenom 300 Interest for the benefit of Owner under the terms and conditions set forth under the Program Agreements; provided, however, that Flexjet and Flight Options shall be jointly and severally liable for Flight Options acts and omissions under the Program Agreements. Additionally, Owner acknowledges and agrees that if, at any time during the Original Term, the Phenom 300 Interest has been listed on a Part 135 Certificate held by Flexjet, Flexjet will assume full responsibility for the management of the Phenom 300 Interest, as set forth under the Management Agreement.

**Extra Annual Hours**
Flexjet and Owner acknowledge that Schedule A of the Management Agreement sets forth Owner's Allocated Hours. In addition to the Allocated Hours, Owner will be entitled to an additional **5** hours per Year ("**Extra Annual Hours**"). Usage of the Extra Annual Hours will be computed using the same method used for Owner's Allocated Hours, which is set forth in section 5.3(a) of the Management Agreement. Extra Annual Hours will be utilized and accrued in the same manner as Allocated Hours. When using the Extra Annual Hours, Owner will pay Owner's Usage Charge plus applicable taxes. Unused Extra Annual Hours shall carry over to the following Years and will be included in the calculation of Unused Allocated Hours pursuant to section 5.1(c) of the Management Agreement. Under no circumstances shall Owner be entitled to fly more than the Annual Available Hours (as defined in section 5.1(a) of the Management Agreement) in any given Year during the Original Term. If at this Management Agreement's termination, Owner has exceeded the accrued Allocated Hours and accrued Extra Annual Hours to which it is entitled as of the termination date, then Owner must pay a pro rata charge to Flexjet (as set forth in section 5.1(b) of the Management Agreement).

Flexjet and Owner agree that during the course of the Original Term, Owner is entitled to purchase VP Hours. Flexjet agrees that if Owner purchases VP Hours in any given contract Year, Flexjet will automatically increase Owner's Annual Available Hours up to 150% of Owner's Allocated Hours for that Year for the purpose of flying Owner's purchased VP Hours. If Owner purchases VP Hours and such hours are not completely flown by the current Year expiration, Owner is entitled to an increase in their Annual Available Hours for the Year following purchase sufficient to fly such VP Hours, but not to exceed 150% of Owner's Allocated Hours. Owner acknowledges and agrees that pursuant to section 5.2 of the Management Agreement, the purchase and sale of VP Hours will count toward Owner's Annual Available Hours.

**Cumulative Ownership Monthly Management Fee**

Notwithstanding anything to the contrary in any of the Program Agreements, Flexjet and Owner agree that in the event Owner's Cumulative Ownership in the Flexjet Program decreases below 9.375%, the MMF for this Interest will be automatically adjusted based upon a rate of $11,004.00 per 6.25% interest owned (or prorated portion) as escalated according to the Annual Adjustment from the date of Closing. Such adjusted rate shall continue to be subject to the Annual Adjustment as provided for in section 4.4 of the Management Agreement for the remainder of the Original Term, subject to any further reductions in Cumulative Ownership.

**Confidentiality**

Owner agrees that it must not, without the prior written consent of Flexjet, divulge any of the terms of this Sideletter Agreement or any addendum to the Program Agreements. Upon notice to Flexjet, Owner may divulge such information to the extent required by law or legal process.

*[Signature page follows]*

The parties have executed this Sideletter Agreement on the date stated under Flexjet, LLC's signature. This Sideletter Agreement may be executed by ink or facsimile signature in one or more counterparts, each of which will be deemed an original, but all of which together will constitute one agreement.

OV⸺ ⸺nsport, LLC

By _____

Printed Name: G. Nenninger

Title (if applicable): _____

FL⸺

By _____

Printed Name: Mike Metera

Title: VP, Admin & Contracts

Date: 5/1/2019

FL⸺

By _____

Printed Name: Mike Metera

Title: VP, Admin & Contracts

Date: 5/1/2019

DocuSign Envelope ID: 6F0F39AA-68B847AE-AF60-1409052DBE7E

**Authorized Schedulers Form**

Contract Name:   Sklar Transport, LLC

Principal Name:   Geoffrey Nenninger

Address:          5395 Pearl Parkway, Suite 200 , Boulder, CO  80301

Phone:   (720) 836-1083

Cell:    (303) 931-6461

Fax:

Email:   gnenninger@sklarexploration.com

Date of Birth:   _____

Additional Authorized Scheduler Name:   _____

Street Address:   _____

City:   _____   State:   _____   Zip:   _____

Phone:   _____   Fax:   _____   Cell:   _____

Email:   _____

Additional Authorized Scheduler Name:   _____

Street Address:   _____

City:   _____   State:   _____   Zip:   _____

Phone:   _____   Fax:   _____   Cell:   _____

Email:   _____

Additional Authorized Scheduler Name:   _____

Street Address:   _____

City:   _____   State:   _____   Zip:   _____

Phone:   _____   Fax:   _____   Cell:   _____

Email:   _____

Please sign to verify that the individuals listed above are authorized to schedule aircraft.

Authorized Signatures:   _____

Title:   _____

Print Name:   G. Nenninger          Date:   May 1, 2019

# OWNER REFERRAL PROGRAM

**Referring Owner: Geoffrey Nenninger**

Thank you for choosing Flexjet to manage your private travel. We look forward to continuing our relationship and, for first-time Owners, beginning to know you and your travel preferences in order to maintain the highest levels of service on every flight.

As you become acquainted with the Flexjet approach to fractional ownership, we hope you will consider sharing your experience with friends and colleagues. Over the years, a significant part of our new business has come from referrals. That's why we created a program that incentivizes Owners to tell friends and colleagues about Flexjet. We understand that an endorsement from someone you trust carries substantial weight when considering a provider. We've heard from Owners time and time again that a referral was one of the major factors they considered when selecting Flexjet.

We've always been committed to easing the transition to a new private aircraft provider, which is why we're offering an incentive for new Owners who come to Flexjet through a referral:

| REFERRAL LEVEL | CREDIT* |
|---|---|
| OWNERSHIP | $10,000 |
| LEASE | $7,500 |
| JET CARD | $5,000 |

### REFERRAL INCENTIVE OPTIONS*

- Apply the credit to your account
- Transfer the credit to the person you referred
- Donate the credit to a charity of your choice

To submit a referral, simply fill out the information of the person below and we'll get in touch:

NAME:   _____

ADDRESS:   _____

PHONE:   _____

EMAIL:   _____

REFERRALS@FLEXJET.COM

800.FLEXJET

FLEXJET LLC, 26180 CURTISS WRIGHT PARKWAY, CLEVELAND OH 44143

*Program benefits subject to change at any time.



UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGIES, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The Amended Schedules of Assets and Liabilities (collectively with attachments, the "Schedules") and the Amended Statements of Financial Affairs (collectively with attachments, the "Statements," and together with the Schedules, the "Schedules and Statements") filed by Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together with SEC, the "Debtors") as debtors and debtors-in-possession were prepared pursuant to Section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure by management of the Debtors, with the assistance of the Debtors' advisors, including the Chief Restructuring Officer ("CRO"), and are unaudited.

These Global Notes and Statement of Limitations, Methodologies, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") are incorporated by reference in, and comprise an integral part of, each Debtor's respective Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

While the Debtors' management has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available at the time of preparation, inadvertent errors, inaccuracies, or omissions may have occurred or the Debtors may discover subsequent information that requires material changes to the Schedules and Statements. Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete.

The Schedules and Statements have been signed by James Katchadurian as CRO of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Katchadurian necessarily

EXHIBIT 5

relied upon the efforts, statements, and representations of the Debtors' other personnel and advisors. Mr. Katchadurian has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and respective creditor addresses.

The Global Notes supplement and are in addition to any specific notes contained in the respective Schedules or Statements. Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

1. ***Description of Cases***. The Debtors filed their voluntary petitions for relief pursuant to Chapter 11 of the Bankruptcy Code on April 1, 20202 ("Petition Date"). The Debtors' chapter 11 cases are jointly administered for procedural purposes only under Case No. 20-12377. Copies of the Global Notes are being filed with each of the Debtors' respective Statements and Schedules in their respective cases. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. ***"As Of" Information Date***. To the best of the Debtors' knowledge, the asset information provided herein, except as expressly noted otherwise, represents the asset data of the Debtors as of the Petition Date. Where applicable, the basis for the valuation of each asset is listed on the Schedules. The Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities may exclude items identified as "unknown," or listed with a value of $0, and as a result, the liabilities may differ materially from those stated in the Schedules and Statements. Financial statements included herein include estimates to the best of the Debtors' knowledge.

3. ***General Reservation of Rights***. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to amend the Schedules and Statements with respect to any claim ("Claim") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of (i) liability, or (ii) amounts due or owed, if any, by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these chapter 11 cases, including issues involving Claims, substantive consolidation, defenses, equitable subordination, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant nonbankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

EXHIBIT 5

4.    ***Basis of Presentation***.  For financial reporting purposes, prior to the Petition Date, the Debtors prepared financial statements on a consolidated basis, which were audited annually.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles nor are they intended to reconcile fully with any consolidated financial statements prepared by the Debtors.  Unlike the consolidated financial statements, the Schedules and Statements reflect the assets and liabilities of each separate Debtor. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.  The basis for listing certain assets in the manner included in the Schedules is set forth more fully herein.

5.    ***Recharacterization***.  The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the Claims, assets, executory contracts, unexpired leases, interests, and other items reported in the Schedules and Statements.  Nevertheless, the Debtors may not have accurately characterized, classified, categorized, or designated certain items.  The Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate.

6.    ***Court Orders***.  Pursuant to certain orders of the Bankruptcy Court entered in these chapter 11 cases (the "First Day Orders"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition Claims of employees.  Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and, therefore, generally are not listed in the Schedules and Statements.  Regardless of whether such Claims are listed in the Schedules and Statements, to the extent such Claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend or supplement the Schedules and Statements as is necessary or appropriate.

7.    ***Liabilities***.  The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change.  The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this regard.

8.    ***Excluded Assets and Liabilities***.  The Debtors have excluded possible rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected (if any), to the extent such damage Claims exist.

9.    ***Reservation of Rights***.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

10.    ***Executory Contracts***.  To the best of their knowledge, all of the Debtors' executory contracts and unexpired leases are listed on Schedule G of the Debtors' Schedules and the oil and natural gas leases held by Sklarco are listed in Schedule A/B 55. The Debtors reserve all of their rights with respect to the named parties to any and all executory contracts, including the right to amend Schedule G.  In addition, although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature of the contract or lease,

3

EXHIBIT 5

or an admission as to the existence or validity of any Claims held by any counterparty to such contract or lease.  Furthermore, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

11.     **Totals**.  All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Schedules and Statements.  To the extent there are unknown or otherwise undetermined amounts, the actual total may be different than the listed total.

12.     **Mechanics Liens**.  The property and equipment listed in the Schedules are presented without consideration of any mechanics', materialman's or other similar liens. Such liens may apply, and the Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor.

13.     **Global Notes Control**.  In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

**Specific Disclosures with Respect to Amendments to SEC's
Statement of Financial Affairs**

14.     **Part 2, Question 4.** Responses to this question have been expanded to include the identification of payments to all insiders, including other officers of the Debtors, as well as a more thorough distinction between payments for salaries, expenses, and revenue paid to insiders on account of royalty or overriding royalty interests.

15.     **Part 11, Question 21**. Revised to more accurately describe the funds held for others as of the Petition Date, including an allocation of funds held as of the Petition Date attributed to January revenue.

16.     **Part 13, Question 25**.  Amended to include SEC's ownership interest in THP Partners. SEC was previously identified as holding solely legal title to the interest in THP Partners, with the equitable interest held by the Howard Sklar Trust.  Based on further review of documents, including applicable contracts, it was determined that SEC holds the legal and equitable interest in THP Partners.

**Specific Disclosures with Respect to SEC's Schedules**

17.     **Schedule A/B, No. 13.**  Amended to list an ownership interest in THP Partners II, LP.  SEC's Schedule A/B previously listed that SEC held only bare legal title to the interest in THP Partners. Based on available information, including applicable investment agreements, assignments, and Form K-1s issued by THP Partners, a determination was made that SEC holds the legal and equitable interest in THP Partners. The Debtors' investigation is ongoing, and ownership of the interest in THP Partners is subject to further review and revision as additional information becomes available.

18.     **Schedule A/B, No. 77.**  Amended to list SEC's interest in the Participation and Unit Operating Agreements as operator.  While the Participation and Unit Operating Agreements were

4

EXHIBIT 5

previously listed on Schedule G, SEC's interest in the contracts was inadvertently omitted from Schedule A/B.

19.     **Schedule D.**  Amended to list Ally Bank as a secured creditor with a purchase money security interest in a 2018 Ford Truck.  Ally Bank was previously listed as an unsecured creditor.

20.     **Schedule E/F, Part 2:  Creditors Holding Non-Priority Unsecured Claims.**  SEC has used its reasonable best efforts to list all general unsecured claims against SEC on Schedule E/F based upon SEC's existing books and records.

Schedule E/F has been amended to identify the parties holding claims for unpaid revenue from January and February sales.  In each instance, SEC has used its best efforts to include the last known address for the claimant. These parties have previously received notice of the bankruptcy filing and claims bar date, as well as the Debtors' Motion to Extend Time to Assume or Reject Non-Residential Real Property Leases.  The amendments are intended to more specifically identify the amounts that may be owed to those parties.  Some of the parties may have been paid on a post-petition basis for any amounts owed for royalty or overriding royalty interests.

SEC has further amended Schedule E/F to list parties to whom revenue is owed and liabilities arising from cash call advances as contingent and unliquidated.  These amounts are subject to change over time, particularly liabilities arising from cash call advances, which will continue to be reduced as the work for which the cash call advance was paid is performed.

### <u>Specific Disclosures with Respect to Amendments to Sklarco's<br>Statement of Financial Affairs</u>

21.     **Part 13, Question 25.** Amended to include Sklarco's ownership interest in 1908 Brands, Inc., 9.7 Conroe Ventures, Boulders on Fern, LLC, LTP Opportunity Fund I, LP, LTP TimberQuest Fund, LP, Sanus Pharmaceuticals, LLC, Trout Creek Ventures, and West Arcadia Pipeline, LLC (collectively the "Investment Companies").  Sklarco was previously identified as holding bare legal title to the interests in the Investment Companies, with the equitable interest held by the Howard Sklar Trust, Alan Sklar Trust, or Jacob Sklar Trust.  Based on available information, including applicable investment agreements, assignments, and Form K-1s issued by the Investment Companies, a determination was made that Sklarco holds the legal and equitable interests in the Investment Companies. The Debtors' investigation is ongoing, and ownership of the interests in the Investment Companies are subject to further review and revisions as additional information becomes available.

22.     **Part 13, Question 30**. Amended to provide additional information on distributions and payments to Howard Sklar, the Howard Sklar Trust, the Jacob Sklar Trust, and the Alan Sklar Trust.  In each instance, the attached schedule identifies, where possible, the date, amount, and reason for the applicable payment.  By way of example, a July 24, 2020 payment to Howard Sklar and/or the Howard Sklar Trust is divided between salary and distribution.

EXHIBIT 5

## Specific Disclosures with Respect to Sklarco's Schedules

23.     ***Schedule A/B, No. 13.***  Amended to list an ownership interest in the Investment Companies.  Schedule A/B previously stated that Sklarco held only bare legal title to the interests in the Investment Companies.  Based on available information, including applicable investment agreements, assignments, and Form K-1s issued by the Investment Companies, a determination was made that Sklarco holds the legal and equitable interests in the Investment Companies. The Debtors' investigation is ongoing, and ownership of the interests in the Investment Companies are subject to further review and revisions as additional information becomes available.

24.     ***Schedule A/B, No. 50.***  Amended to clarify that the machinery, fixtures, and well equipment cannot be severed from wells and mineral leases owned by Sklarco.

25.     ***Schedule E/F, Part 2:  Creditors Holding Non-Priority Unsecured Claims.*** Sklarco has used its reasonable best efforts to list all general unsecured claims against Sklarco on Schedule E/F based upon Sklarco's existing books and records.

Schedule E/F has been amended to list each party to whom a payment for joint interest billing is owed as holding a claim that is contingent and unliquidated.  These amounts may be reduced on a post-petition basis a result of operators netting Sklarco's revenue owed for projection against unpaid Joint Interest Billings.

Dated: September 25, 2020                 Respectfully submitted,

By: */s/ Keri L. Riley*
    Lee M. Kutner, #10966
    Keri L. Riley, #47605
    **KUTNER BRINEN, P.C.**
    1660 Lincoln Street, Suite 1850
    Denver, CO 80264
    Telephone:  (303) 832-2400
    E-Mail: lmk@kutnerlaw.com

EXHIBIT 5

| Fill in this information to identify the case: |
| --- |

Debtor name **Sklar Exploration Company, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **20-12377-EEB**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................. $    441,708.17

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*............................................................... $    9,877,581.06

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*................................................................. $    10,319,289.23

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    22,885,690.48

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $    466,448.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$    22,544,337.73

4.  **Total liabilities** ............................................................................................
   Lines 2 + 3a + 3b                              $    45,896,476.21

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

EXHIBIT 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sklar Exploration Company, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | **20-12377-EEB** |

■ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.**   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **East West Bank** | **Checking - Operating** | **8657** | **$769,715.88** |
| 3.2. | **East West Bank** | **Checking - Revenue** | **8665** | **$1,827,903.90** |
| 3.3. | **East West Bank** | **Checking - Payroll** | **8681** | **$810.26** |
| 3.4. | **East West Bank** | **Checking - Benefits** | **8673** | **$4,551.90** |

**4.**   **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Note Receivable - Marshall Jones** | **$54,087.50** |
| 4.2. | **Accounts Receivables from Sale of Oil and Gas Production; subject to claims of interest holders, including royalty interests, and 20% attributable to Sklarco's interest** | **$3,216,756.69** |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|--------|-------------------------------------|--------------------------|------------------|
|        | Name |  |  |

| 4.3. | **Hedging Settlements due as of Petition Date** | $173,495.00 |
|------|--------------------------------------------------|-------------|

| 5. | **Total of Part 1.** | | $6,047,321.13 |
|----|----------------------|---|---------------|
|    | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

**Part 2:  Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Deposit for Plug & Abandonment Obligations in Alabama; held by Acstar Insurance** | $100,000.00 |
|------|-------------------------------------------------------------------------------------|-------------|
| 7.2. | **Electricity Deposit - Alabama Power** | $500.00 |
| 7.3. | **Electricity Deposit - Mississippi Power** | $8,400.00 |
| 7.4. | **Electricity Deposit - Upshur Rural Electric Cooperative** | $765.00 |
| 7.5. | **Electricity Deposit - Cherokee County Electric Cooperative Association** | $578.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Deposited Funds for Benny Card for Employee HRAs; heald by Werntz** | $18,631.12 |
|------|------------------------------------------------------------------------|------------|
| 8.2. | **Prepayment for Subscription - S&P Global Platts** | $13,694.05 |
| 8.3. | **Prepayment for Subscription - S&P Global Platts** | $4,237.92 |
| 8.4. | **Prepaid Deposit held by Omni Hotel & Resort** | $25,805.00 |
| 8.5. | **Workers' Comp Insurance Prepayment - J&H Insurance Service, Inc.** | $4,662.33 |

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 2 |
|----------------------|---------------------------------------------------|--------|

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(If known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 8.6. | **Prepayments for Multiple Policies, Including Crime and Travel - J&H Insurance Services, Inc.** | | $19,411.75 |
| 8.7. | **Auto Insurance Prepayment** | | $18,278.84 |
| 8.8. | **OEE Well Prepayment - J&H Insurance Services, Inc.** | | $10,158.59 |

**9.**     **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

      **$225,122.60**

---

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

**11.**     **Accounts receivable**

| 11a. 90 days old or less: | 1,742,859.27 | - | 141,534.51 | = .... | $1,601,324.76 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 761,893.04 | - | 652,737.18 | =.... | $109,155.86 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**     **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

      **$1,710,480.62**

---

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:        % of ownership | | |
| 15.1. | **THP Partners II, LP**[1]       0.13   % | | $0.00 |
| 15.2. | **Hedging Agreements**           % | | Unknown |

---

1 The Debtors' investigation of the ownership of the companies is ongoing and subject to further review and revision as additional information becomes available.

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.** | **$0.00** |

Add lines 14 through 16. Copy the total to line 83.

| **Part 5:** | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office Furniture - See Attached** | **$88,663.30** | **Tax records/Cost** | **$461,206.37** |
| 40. | **Office fixtures**<br>**Office Fixtures - See Attached, Building Category** | **$46,185.00** | **Tax records/Cost** | **$173,329.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Misc. Office Supplies and Computer Hardware - See Attached** | **$24,189.27** | **Tax records/Cost** | **$328,857.12** |
| | **Software Licenses - See attached** | **$92,643.23** | | **Unknown** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** | **$963,392.49** |

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

---

Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 4

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(If known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■  No

☐  Yes

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **Vehicles - See attached** | $571,417.29 | Tax records/Cost | $931,264.22 |

**48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**   **Aircraft and accessories**

**50.**   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.**   **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $931,264.22 |
|---|

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

■ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

**55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.   **Leasehold Improvements - See Attached** | | $99,952.16 | Tax records/Cost | $441,708.17 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(If known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$441,708.17

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| Sklarexploration.com | Unknown | | Unknown |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:** **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(If known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Interests in Participation and Unit Operating Agreements as operator; contracts are more specifically identified on Exhbit to Schedule G**

| | **Unknown** |
|---|---|

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| | **$0.00** |
|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(If known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="3" style="background:black;color:white">**Part 12:**    Summary</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,047,321.13 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $225,122.60 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,710,480.62 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $963,392.49 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $931,264.22 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $441,708.17 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,877,581.06 | + 91b. $441,708.17 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $10,319,289.23 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

EXHIBIT 5

**Asset Depreciation Report for Sklar Exploration Company**
**All fixed assets use SLD unless otherwise noted**

|  |  |  |  | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| **ORGANIZATIONAL COSTS** | | | | | |
| | | | | | |
| **1301 - BUILDINGS** | | | | | |
| **ASSET** | **Acquired** | | | | |
| 6/20/2000 | 6/30/2000 | 1301 | Office Improvements | 13,621.00 | 6,432.31 |
| 9/9/2008 | 9/30/2008 | 1301 | SLPpet FMSh 7.00OmitOfActive New | 55,299.00 | - |
| 6/24/2009 | 6/30/2009 | 1301 | SLPice FM  39.00Omit  Active New Not | 53,276.00 | 37,464.57 |
| 6/30/2009 | 6/30/2009 | 1301 | SLPrcadFM | 2,318.00 | 536.97 |
| 8/5/2009 | 8/31/2009 | 1301 | W Arcadia Field Office - Office Fur | 7,236.00 | - |
| 9/4/2009 | 9/30/2009 | 1301 | W Arcadia Field Office - Water & Se | 7,164.00 | 1,751.20 |
| 10/1/2009 | 10/31/2009 | 1301 | W Arcadia Field Office - Pipe Racks | 4,500.00 | - |
| 5/2/2010 | 5/31/2010 | 1301 | Alabama Field Office Remodel | 3,407.00 | - |
| 5/2/2010 | 5/31/2010 | 1301 | Alabama Field Office Remodel | 4,461.00 | - |
| 5/2/2010 | 5/31/2010 | 1301 | Alabama Field Office Remodel | 5,577.00 | - |
| 5/18/2010 | 5/31/2010 | 1301 | West Arcadia Yard Shed | 1,335.00 | - |
| 5/25/2010 | 5/31/2010 | 1301 | West Arcadia Yard Shed | 11,037.00 | - |
| 10/15/2010 | 10/31/2010 | 1301 | West Arcadia Yard Shed | 4,098.00 | - |
| **Totals for 1301** | | | | **173,329.00** | **46,185.05** |
| | | | | √ | |
| | | | | | |
| **1302- LEASEHOLD IMPROVEMENTS** | | | | | |
| **ASSET** | **Acquired** | | | | |
| 5/11/1999 | 5/31/1999 | 1302 | Leasehold Improvements | 36,226.00 | 16,100.28 |
| 2/4/2002 | 2/28/2002 | 1302 | Leasehold Improvements | 11,567.00 | 5,956.31 |
| 9/9/2008 | 9/30/2008 | 1302 | Leasehold Improvements | 72,662.00 | 49,683.44 |
| 4/30/2009 | 4/30/2009 | 1302 | W Arcadio Field Office - Propane Ta | 1,350.00 | - |
| 5/31/2009 | 5/31/2009 | 1302 | W Arcadia Field Office - Parking Ar | 29,053.00 | 6,455.99 |
| 7/16/2009 | 7/31/2009 | 1302 | W Arcadia Field Office - Fence | 43,875.00 | 10,237.50 |
| 7/30/2009 | 7/31/2009 | 1302 | W Arcadia Field Office - Fence | 34,174.00 | 7,973.70 |
| 8/31/2009 | 8/31/2009 | 1302 | SLPrcadFM F15.00OmitceActivekNew | 13,366.00 | 3,194.89 |
| 9/13/2011 | 9/30/2011 | 1302 | SLPodelFM  5.00Omit  Active New Not | 94,457.00 | - |

EXHIBIT 5

| | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| 12/28/2011 | 12/31/2011 | 1302 | SLPrmosFMt 10.00Omit Active New Not | 3,737.00 | 350.04 |
| 7/24/2013 | 7/31/2013 | 1302 | Gene Nims Builders, Inc. | 14,661.00 | - |
| 5/21/2013 | 5/31/2013 | 1302 | Key-Rite Security | 3,955.24 | - |
| 7/8/2013 | 7/31/2013 | 1302 | Key-Rite Security | 1,977.62 | - |
| 10/7/2013 | 10/31/2013 | 1302 | Sand Construction of Colorado- Metal in | 2,400.00 | - |
| 9/19/2014 | 9/30/2014 | 1302 | Modular Enclosure Walls- First floor | 51,271.19 | - |
| 9/19/2014 | 9/30/2014 | 1302 | Modular Enclosure Walls- Second floor | 8,323.42 | - |
| 9/19/2014 | 9/30/2014 | 1302 | Installation of modular offices | 18,652.70 | - |
| **Totals for 1302** | | | | **441,708.17** | **99,952.16** |

√

**1306- FURNITURE & FIXTURES**

**ASSET Acquired**

| | | | | | |
|---|---|---|---|---|---|
| 5/11/1999 | 5/31/1999 | 1306 | Desks | 15,247.00 | - |
| 5/11/1999 | 5/31/1999 | 1306 | File Cabinets | 3,390.00 | - |
| 6/15/1999 | 6/30/1999 | 1306 | Conference Room Chairs | 2,786.00 | - |
| 6/15/1999 | 6/30/1999 | 1306 | Desks | 3,082.00 | - |
| 6/15/1999 | 6/30/1999 | 1306 | Chairs | 1,467.00 | - |
| 6/21/1999 | 6/30/1999 | 1306 | Desks | 5,448.00 | - |
| 7/9/1999 | 7/31/1999 | 1306 | Chairs | 1,039.00 | - |
| 7/9/1999 | 7/31/1999 | 1306 | Table | 589.00 | - |
| 4/24/2000 | 4/30/2000 | 1306 | SLPirs FM 7.00Omit Active New Not | 1,772.00 | - |
| 5/26/2000 | 5/31/2000 | 1306 | SLPk FM 7.00Omit Active New Not | 3,000.00 | - |
| 5/30/2000 | 5/31/2000 | 1306 | SLPing FMbi 7.00Omit Active New Not | 724.00 | - |
| 5/30/2000 | 5/31/2000 | 1306 | Desk | 6,610.00 | - |
| 5/30/2000 | 5/31/2000 | 1306 | Filing Cabinet | 1,856.00 | - |
| 6/20/2000 | 6/30/2000 | 1306 | Furniture | 1,315.00 | - |
| 6/29/2000 | 6/30/2000 | 1306 | Filing Cabinet | 1,262.00 | - |
| 7/16/2000 | 7/31/2000 | 1306 | Desk | 1,028.00 | - |
| 11/9/2001 | 11/30/2001 | 1306 | 2 Desk - Desk, Corner, Lat. File | 2,254.00 | - |
| 11/15/2001 | 11/30/2001 | 1306 | 9 Desks & Returns | 5,992.00 | - |
| 12/11/2001 | 12/31/2001 | 1306 | Granite Conference Room Tabletop | 1,363.00 | - |
| 12/27/2001 | 12/31/2001 | 1306 | 2 Paintings for office | 1,498.00 | - |
| 1/15/2002 | 1/31/2002 | 1306 | Conference Room Table | 1,363.00 | - |
| 1/15/2002 | 1/31/2002 | 1306 | Chairs | 4,194.00 | - |
| 2/1/2002 | 2/28/2002 | 1306 | Table Base | 1,263.00 | - |

EXHIBIT 5

| | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| 2/5/2002 | 2/28/2002 | 1306 | Side Table | 1,053.00 | - |
| 2/10/2002 | 2/28/2002 | 1306 | Filing Cabinets | 3,455.00 | - |
| 3/10/2002 | 3/31/2002 | 1306 | Filing Cabinets | 1,115.00 | - |
| 7/13/2004 | 7/31/2004 | 1306 | Vertical Filing Cabinets (8) | 1,276.00 | - |
| 7/15/2004 | 7/31/2004 | 1306 | 2 - Drawer Lateral Filing Cabinet | 736.00 | - |
| 2/17/2006 | 2/28/2006 | 1306 | Lateral Filing Cabinets | 1,922.00 | - |
| 5/8/2006 | 5/31/2006 | 1306 | File | 2,112.00 | - |
| 11/16/2006 | 11/30/2006 | 1306 | Mountain Goat Picture | 1,465.00 | - |
| 8/27/2007 | 8/31/2007 | 1306 | 5 Filing Cabinets | 1,634.00 | - |
| 3/28/2008 | 3/31/2008 | 1306 | SLPk w/FMtu 7.00OmitLaActivetNew Not | 1,451.00 | - |
| 7/7/2008 | 7/31/2008 | 1306 | SLPirs FM 7.00Omit Active New Not | 1,607.00 | - |
| 7/15/2008 | 7/31/2008 | 1306 | SLP FM 7.00Omit Active New Not | 2,630.00 | - |
| 9/3/2008 | 9/30/2008 | 1306 | Conference Room Chairs - Geology | 2,553.00 | - |
| 9/3/2008 | 9/30/2008 | 1306 | Table - GE | 1,171.00 | - |
| 9/10/2008 | 9/30/2008 | 1306 | Lateral File | 2,049.00 | - |
| 10/3/2008 | 10/31/2008 | 1306 | Office Furniture-C Ezelle | 2,986.00 | - |
| 10/6/2008 | 10/31/2008 | 1306 | Credenza-C Ezelle | 1,226.00 | - |
| 11/3/2008 | 11/30/2008 | 1306 | Office Chairs-C Ezelle | 1,089.00 | - |
| 11/17/2008 | 11/30/2008 | 1306 | Chairs - HFS | 2,342.00 | - |
| 9/2/2009 | 9/30/2009 | 1306 | Engineer Deak and Lateral File | 3,929.00 | - |
| 3/5/2011 | 3/31/2011 | 1306 | Couch and Table for Geology Confere | 1,736.50 | 28.99 |
| 7/12/2011 | 7/31/2011 | 1306 | Office Furniture - My Office Produc | 5,122.73 | 256.11 |
| 7/26/2011 | 7/31/2011 | 1306 | Laterals & Bookcases | 2,623.78 | 131.47 |
| 8/22/2011 | 8/31/2011 | 1306 | Office Furniture | 4,039.56 | 235.80 |
| 9/5/2011 | 9/30/2011 | 1306 | Table for Corey's office | 434.39 | 28.95 |
| 12/5/2011 | 12/31/2011 | 1306 | Reception Decor & Rug | 2,413.66 | 221.47 |
| 9/18/2012 | 9/30/2012 | 1306 | SLPnituFM - 7.00Omit Active New Not | 7,496.79 | - |
| 6/11/2013 | 6/30/2013 | 1306 | Pear Workplace Solutions- Deposit | 9,235.00 | 0.00 |
| 6/29/2013 | 6/30/2013 | 1306 | Pear Workplace Solutions | 10,982.21 | (0.00) |
| 7/23/2013 | 7/31/2013 | 1306 | Sand Construction of Colorado LLC- | 9,500.00 | - |
| 8/5/2013 | 8/31/2013 | 1306 | Capital One credit card 8/2013 Nathan | 1,792.08 | (0.00) |
| 9/5/2013 | 9/30/2013 | 1306 | Capital One credit card 9/2013 Chris | 4,424.61 | 0.00 |
| 9/9/2013 | 9/30/2013 | 1306 | BSC Signs- Interior Sklar wall sign | 1,053.32 | 0.00 |
| 9/27/2013 | 9/30/2013 | 1306 | Pear Workplace Solutions- Bookcases, | 4,494.49 | 0.00 |
| 9/29/2013 | 9/30/2013 | 1306 | BSC Signs- Interior sign | 1,053.32 | 0.00 |
| 9/29/2013 | 9/30/2013 | 1306 | BSC Signs- Exterior Sklar sign | 1,767.29 | 0.00 |
| 10/7/2013 | 10/31/2013 | 1306 | Sand Construction of Colorado LLC- | 9,650.00 | - |

EXHIBIT 5

|  |  |  | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|
| 10/21/2013 | 10/31/2013 | 1306 Pear Workplace Solutions | 15,010.33 | 0.00 |
| 12/17/2013 | 12/31/2013 | 1306 Pear Workplace Solutions | 8,239.37 | (0.00) |
| 7/5/2013 | 7/31/2013 | 1306 Capital One credit card 7/2013 Chris | 8,591.81 | (0.00) |
| 3/5/2014 | 3/31/2014 | 1306 Pear Workplace Solutions- Big Horn | 2,581.44 | 61.53 |
| 1/4/2014 | 1/31/2014 | 1306 Jewelry & Fossil Shop of Steamboat- | 149,730.00 | 58,644.25 |
| 1/10/2014 | 1/31/2014 | 1306 Pear Workplace Solutions- Shelving and | 45,268.20 | 5,949.27 |
| 1/25/2014 | 1/31/2014 | 1306 Pear Workplace Solutions- Hutches, | 2,962.01 | 35.36 |
| 9/19/2014 | 9/30/2014 | 1306 Desk, installation and accessories | 1,311.40 | 757.48 |
| 9/19/2014 | 9/30/2014 | 1306 Desk, installation and accessories | 2,529.63 | 1,461.73 |
| 9/19/2014 | 9/30/2014 | 1306 Lateral file | 1,385.09 | 837.02 |
| 10/23/2014 | 10/31/2014 | 1306 Jewelry & Fossil Shop of Steamboat- | 18,764.94 | 7,193.45 |
| 5/21/2015 | 5/31/2015 | 1306 Pear workplace solutions - Cubicle | 4,927.49 | - |
| 3/18/2019 | 3/31/2019 | 1306 Desk -LA | 2,835.30 | 2,457.26 |
| 3/31/2019 | 3/31/2019 | 1306 Office Furniture - LA | 5,530.47 | 4,793.07 |
| 3/31/2019 | 3/31/2019 | 1306 Office Desk - LA | 483.65 | 419.17 |
| 5/14/2019 | 5/31/2019 | 1306 Ferris Officemart - LA | 5,255.67 | 4,671.71 |
| 5/28/2019 | 5/31/2019 | 1306 Ferris Officemart - LA | 1,243.17 | 1,105.01 |
| | | | | - |
| **Totals for 1306** | | | **461,206.37** | **88,663.30** |
| | | | √ | |

### 1307 - MISC OFFICE EQUIPMENT AND

**ASSET Acquired**

| | | | | |
|---|---|---|---|---|
| 5/11/1999 | 5/31/1999 | 1307 SLPrigeFMto 7.00Omit Active New Not | 1,261.00 | - |
| 12/12/2005 | 12/31/2005 | 1307 Ricoh Scanner | 4,694.00 | - |
| 4/23/2008 | 4/30/2008 | 1307 Network | 1,081.00 | - |
| 9/5/2009 | 9/30/2009 | 1307 AL | 3,501.00 | - |
| 1/5/2010 | 1/31/2010 | 1307 Handhelds | 2,031.00 | - |
| 3/5/2010 | 3/31/2010 | 1307 Handhelds | 1,401.00 | - |
| 6/11/2010 | 6/30/2015 | 1307 ECS Server rack and hardware | 5,215.00 | - |
| 6/11/2010 | 6/30/2010 | 1307 SLP SerFMr 5.00OmitHaActive New Not | 10,755.00 | - |
| 8/5/2010 | 8/31/2010 | 1307 SLPn MoFMr 5.00Omit Active New Not | 3,723.00 | - |
| 8/5/2010 | 8/31/2010 | 1307 SLPd FM 3.00Omit Active New Not | 2,199.00 | - |
| 9/23/2010 | 9/30/2010 | 1307 Shreveport Plotter | 6,619.00 | - |
| 6/28/2013 | 6/30/2013 | 1307 Stuart's Inc. of Shreveport- Postage | 14,975.94 | 0.00 |
| 9/29/2010 | 9/30/2010 | 1307 Archmail Technology Defender | 1,075.00 | - |
| 3/5/2015 | 3/31/2015 | 1307 Copier Machine | 2,479.61 | 657.82 |

EXHIBIT 5

| | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| 3/10/2015 | 3/31/2015 | 1307 | Sharp Clor Copier | 8,316.11 | 2,206.37 |
| 3/26/2019 | 3/31/2019 | 1307 | Ricoh Copier | 11,209.76 | 8,235.75 |
| **Totals for 1307** | | | | **80,536.42** | **11,099.94** |

√

### 1311 - COMPUTER HARDWARE &

**ASSET Acquired**

| | | | | | |
|---|---|---|---|---|---|
| 4/8/2008 | 4/30/2008 | 1311 | Log Scanner | 7,600.00 | - |
| 10/5/2010 | 10/31/2010 | 1311 | Computer | 1,891.00 | - |
| 10/19/2010 | 10/31/2010 | 1311 | ECS - ENGR Laptop & software | 1,073.00 | - |
| 11/5/2010 | 11/30/2010 | 1311 | Computer - Kim Ramsey | 1,074.00 | - |
| 12/19/2010 | 12/31/2010 | 1311 | Computer - Marshall | 1,135.00 | - |
| 1/5/2011 | 1/31/2011 | 1311 | Computer - Miles | 2,804.07 | 0.02 |
| 2/5/2011 | 2/28/2011 | 1311 | Computer - Corey | 2,812.68 | (0.03) |
| 2/10/2011 | 2/28/2011 | 1311 | Generator - Miss-Lou Oil Well Suppl | 1,919.93 | 15.98 |
| 3/31/2011 | 3/31/2011 | 1311 | 30" monitors - Cory & Don | 6,519.65 | - |
| 3/31/2011 | 3/31/2011 | 1311 | Computer - David | 975.63 | - |
| 4/18/2011 | 4/30/2011 | 1311 | Ikon Copier/Printer | 8,858.82 | - |
| 4/18/2011 | 4/30/2011 | 1311 | Apple Computer - Howard | 3,801.75 | - |
| 5/31/2011 | 5/31/2011 | 1311 | 2 Monitors | 1,152.38 | - |
| 6/30/2011 | 6/30/2011 | 1311 | 2 computers | 4,157.69 | - |
| 6/30/2011 | 6/30/2011 | 1311 | 2 computers Todd & Nathan | 5,091.66 | - |
| 6/30/2011 | 6/30/2011 | 1311 | Computer - Beth | 1,395.89 | - |
| 8/22/2011 | 8/31/2011 | 1311 | Glass top Scanner | 6,987.00 | - |
| 10/31/2011 | 10/31/2011 | 1311 | Server & Server switch | 13,034.00 | - |
| 2/27/2012 | 2/29/2012 | 1311 | ECS - Server | 14,320.99 | - |
| 2/27/2012 | 2/29/2012 | 1311 | Cisco Ethernet Switch | 10,068.23 | - |
| 12/19/2012 | 12/31/2012 | 1311 | SLPputeFM- 5.00OmitisActive New Not | 2,021.56 | - |
| 1/16/2013 | 1/31/2013 | 1311 | WolfePak, Inc.- Scanners | 3,112.50 | - |
| 1/30/2013 | 1/31/2013 | 1311 | ECS- Terminal server | 8,934.04 | (0.00) |
| 4/30/2013 | 4/30/2013 | 1311 | iSupportU | 8,810.55 | 0.00 |
| 6/30/2013 | 6/30/2013 | 1311 | ECS- Computers | 12,456.46 | 0.00 |
| 8/31/2013 | 8/31/2013 | 1311 | ECS- Laptop, docking station, monitors, | 3,020.85 | 0.00 |
| 9/11/2013 | 9/30/2013 | 1311 | CVI Digital Solutions- Large format color | 26,464.29 | (0.00) |
| 10/8/2013 | 10/31/2013 | 1311 | ECS | 6,359.04 | 0.00 |
| 7/31/2013 | 7/31/2013 | 1311 | ECS- Laptop for Travis | 1,219.89 | (0.00) |
| 8/22/2013 | 8/31/2013 | 1311 | ECS- Laptop for Terry | 1,128.79 | (0.00) |

EXHIBIT 5

| | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| 12/5/2013 | 12/31/2013 | 1311 | ECS- Laptop for Leisa | 961.77 | 0.00 |
| 7/31/2013 | 7/31/2013 | 1311 | ECS- Computer for video conferencing, | 1,088.92 | - |
| 8/22/2013 | 8/31/2013 | 1311 | ECS- Computer for Don | 7,004.17 | 0.00 |
| 11/30/2013 | 11/30/2013 | 1311 | support.com | 11,965.73 | 0.00 |
| 1/25/2014 | 1/31/2014 | 1311 | support.com- Dell Precision T360 | 4,208.73 | 0.00 |
| 1/31/2015 | 1/31/2015 | 1311 | Dell Power Edge T620 | 11,472.97 | - |
| 1/1/2015 | 1/31/2015 | 1311 | ECS - Server Support | 6,788.75 | (0.00) |
| 1/29/2005 | 1/31/2005 | 1311 | ECS - Server for G Drive | 6,062.84 | - |
| 2/1/2015 | 2/28/2015 | 1311 | ECS IT | 9,875.00 | - |
| 7/1/2017 | 7/31/2017 | 1311 | ECS IT | 1,201.87 | - |
| 12/5/2017 | 12/31/2017 | 1311 | Neurolog | 5,195.00 | 2,078.08 |
| 3/31/2019 | 3/31/2019 | 1311 | Computer - LA | 1,620.47 | 972.29 |
| 5/15/2019 | 5/31/2019 | 1311 | Computer - LA | 1,950.47 | 1,300.32 |
| 2/1/2020 | 2/29/2020 | 1311 | Support.com | 8,722.67 | 8,722.67 |
| **Totals for 1311** | | | | **248,320.70** | **13,089.33** |

√

**1312 - SOFTWARE**

**ASSET Acquired**

| | | | | | |
|---|---|---|---|---|---|
| 7/17/1998 | 7/31/1998 | 1312 | Geophysical Software | 38,230.00 | - |
| 12/12/2001 | 12/31/2001 | 1312 | Wolfepak Accounting Software--70% | 10,000.00 | - |
| 12/12/2001 | 12/31/2001 | 1312 | Wolfepak Accounting Software--30% | 4,285.00 | - |
| 1/7/2002 | 1/31/2002 | 1312 | Wolfepak | 6,239.00 | - |
| 2/28/2002 | 2/28/2002 | 1312 | Wolfepak | 5,523.00 | - |
| 8/28/2002 | 8/31/2002 | 1312 | SLPsmicFMof 3.00mit  Active New Not | 2,294.00 | - |
| 9/3/2002 | 9/30/2002 | 1312 | SLP SofHYar 3.00mit  Active New Not | 1,250.00 | - |
| 3/3/2003 | 3/31/2003 | 1312 | SLPfpakFMan 3.00mit  Active New Not | 2,475.00 | - |
| 8/14/2003 | 8/31/2003 | 1312 | Geophysical Software | 14,922.00 | - |
| 6/15/2004 | 6/30/2004 | 1312 | Phdwin Software | 7,050.00 | - |
| 7/14/2004 | 7/31/2004 | 1312 | Geol Software | 15,555.00 | - |
| 9/30/2004 | 9/30/2004 | 1312 | Wolfepak Software | 1,210.00 | - |
| 8/14/2007 | 8/31/2007 | 1312 | Software for new server | 4,072.00 | - |
| 11/3/2007 | 11/30/2007 | 1312 | Software Fixed Assets Desktop Pro | 1,352.00 | - |
| 4/1/2008 | 4/30/2008 | 1312 | Wolfepak Upgrade for 20 Licenses | 19,130.00 | - |
| 12/7/2009 | 12/31/2009 | 1312 | Gohfer System Software | 38,250.00 | - |
| 1/31/2010 | 1/31/2010 | 1312 | GCS database & drilling wire | 6,074.00 | - |
| 8/2/2010 | 8/31/2010 | 1312 | Wolfepak, Inc Software License Rene | 2,400.00 | - |

EXHIBIT 5

| | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|
| 11/6/2010 | 11/30/2010 | 1312 BNA Software Renewal | 1,488.00 | - |
| 12/31/2010 | 12/31/2010 | 1312 Computer Modeling License for IMEX | 30,000.00 | - |
| 11/30/2012 | 11/30/2012 | 1312 WolfePak Scanning Module | 15,000.00 | - |
| 12/6/2012 | 12/31/2012 | 1312 Landpro | 25,550.00 | - |
| 11/1/2013 | 11/30/2013 | 1312 BNA- Fixed assests, renewal | 1,637.69 | - |
| 8/30/2013 | 8/31/2013 | 1312 IHS Global, Inc.- Seismic software | 16,921.47 | - |
| 12/11/2013 | 12/31/2013 | 1312 IHS Global, Inc.- Petra license, Val | 16,670.05 | - |
| 1/21/2013 | 1/31/2013 | 1312 dba P2 Energy Solutions- 3 yrs access to | 72,294.56 | - |
| 10/4/2013 | 10/31/2013 | 1312 Landpro Corporation- 2014 | 13,800.00 | - |
| 11/21/2013 | 11/30/2013 | 1312 Drilling Info, Inc.- Software License | 80,000.00 | - |
| 12/6/2013 | 12/31/2013 | 1312 Landpro Corporation- License for Lloyd | 11,600.00 | - |
| 1/30/2014 | 1/31/2014 | 1312 Energy Navigator LLC- 2 Licenses, | 11,400.00 | - |
| 2/10/2014 | 2/28/2014 | 1312 GeoEdges Inc.- Northern | 6,500.00 | - |
| 2/18/2014 | 2/28/2014 | 1312 GeoEdges Inc.- N American Shale set | 5,530.00 | - |
| 5/5/2014 | 5/31/2014 | 1312 IHS Global, Inc.- Nathan's Bitlock | 18,869.83 | - |
| 5/1/2014 | 5/31/2014 | 1312 IHS Global, Inc.- Petra maint | 21,346.42 | - |
| 5/1/2014 | 5/31/2014 | 1312 IHS Global, Inc.- IHS/Petra | 170,700.00 | - |
| 5/2/2014 | 5/31/2014 | 1312 IHS Global, Inc.- Petra maint | 4,696.95 | - |
| 1/14/2014 | 1/31/2014 | 1312 dba P2 Energy Solutions- Database, | 73,192.08 | - |
| 2/19/2014 | 2/28/2014 | 1312 dba P2 Energy Solutions- Database | 12,616.24 | - |
| 10/3/2014 | 10/31/2014 | 1312 Landpro Corporation subscription 1/1/15- | 17,000.00 | - |
| 11/1/2014 | 11/30/2014 | 1312 IHS Global PAK Maintenance, AVOPAK | 17,299.98 | - |
| 11/6/2014 | 11/30/2014 | 1312 Energy Navigator LLC- 2 Licenses, | 11,812.68 | - |
| 11/7/2014 | 11/30/2014 | 1312 Bloomberg BNA License renewal 2/7/15- | 1,686.56 | - |
| 11/25/2014 | 11/30/2014 | 1312 DrillingInfo Plus subscription | 84,000.00 | - |
| 6/1/2015 | 6/30/2015 | 1312 ECS - Meraki MX80 Cloud Managed | 5,045.68 | (0.00) |
| 7/1/2017 | 7/31/2017 | 1312 P2 Energy Solutions | 68,932.50 | - |
| 10/4/2017 | 10/31/2017 | 1312 LandPro Corporation Subscription | 17,000.00 | (0.00) |
| 4/16/2018 | 4/30/2018 | 1312 P2 Energy Solutions | 64,862.72 | 23,422.70 |
| 8/24/2018 | 8/31/2018 | 1312 Wolfepak Sofware | 5,561.55 | 2,626.24 |
| 10/4/2018 | 10/31/2018 | 1312 LandPro Corporation Subscription | 17,000.00 | 9,444.48 |
| 3/20/2019 | 3/31/2019 | 1312 P2 Energy Solutions | 69,495.39 | 44,399.81 |
| 7/1/2019 | 7/31/2019 | 1312 Wesmin Software | 17,000.00 | 12,750.01 |
| **Totals for 1312** | | | **1,186,821.35** | **92,643.23** |

1316 VEHICLES

ASSET Acquired

EXHIBIT 5

| Acquired | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| 10/3/2005 | 10/31/2005 | 1316 | Trailer | 1,064.65 | - |
| 8/16/2011 | 8/31/2011 | 1316 | 2011 Ford F-150 -  F-26 xxx3529 | 25,757.71 | (0.00) |
| 5/20/2013 | 5/31/2013 | 1316 | 2013 Ford F35 | 37,730.20 | - |
| 10/28/2014 | 10/31/2014 | 1316 | 2014 F-42 | 40,814.21 | - |
| 2/18/2015 | 2/28/2015 | 1316 | 2014 - F45 | 41,571.17 | - |
| 3/4/2017 | 3/31/2017 | 1316 | 2016 - F47 | 40,831.46 | 15,652.22 |
| 3/21/2017 | 3/31/2017 | 1316 | 2017 - F49 | 51,465.24 | 19,728.48 |
| 7/1/2017 | 7/31/2017 | 1316 | 2016 - F50 | 44,539.76 | 20,042.87 |
| 7/1/2017 | 7/31/2017 | 1316 | 2017 - F51 | 57,404.69 | 25,832.26 |
| 6/30/2018 | 6/30/2018 | 1316 | 2017 - F52 | 49,057.57 | 31,069.72 |
| 10/1/2018 | 10/31/2018 | 1316 | 2018 -F53 | 50,163.87 | 35,114.78 |
| 1/1/2019 | 1/31/2019 | 1316 | 2018 F-54 | 48,634.60 | 36,475.91 |
| 1/1/2019 | 1/31/2019 | 1316 | 2019 F-55 | 61,349.85 | 46,012.36 |
| 7/18/2019 | 7/31/2019 | 1316 | 2019-F56 | 60,532.90 | 51,452.98 |
| 7/23/2019 | 7/31/2019 | 1316 | 2019-F-58 | 51,585.99 | 43,848.07 |
| 7/1/2019 | 7/31/2019 | 1316 | 2019-F57 | 55,552.85 | 47,219.93 |
| 9/1/2019 | 9/30/2019 | 1316 | 2018-F59 | 32,041.34 | 28,303.18 |
| 3/11/2020 | 3/31/2020 | 1316 | 2020 F-60NB | 52,004.71 | 51,137.96 |
| 3/11/2020 | 3/31/2020 | 1316 | 2019 F-61NB | 30,315.99 | 29,810.72 |
| 3/11/2020 | 3/31/2020 | 1316 | 2020 F-62NB | 45,227.99 | 44,474.19 |
| 3/11/2020 | 3/31/2020 | 1316 | 2020 F-63NB | 46,008.47 | 45,241.66 |
| | | | | | - |
| **Totals for 1316** | | | | **923,655.22** | **571,417.29** |

### 1321 OTHER TRANS EQUIPMENT

**ASSET Acquired**

| | | | | Asset balance | 3/31/2020 Net Book Value |
|---|---|---|---|---|---|
| 10/30/2009 | 10/31/2010 | 1321 | Kawasaki 4-Wheeler | 4,000.00 | - |
| 10/28/2010 | 10/31/2010 | 1321 | Bushhog | 1,445.00 | - |
| 11/24/2010 | 11/30/2010 | 1321 | 16' trailor | 2,164.00 | - |
| **Totals for 1321** | | | | **7,609.00** | **-** |

EXHIBIT 5

| Fill in this information to identify the case: |
|---|
| Debtor name **Sklar Exploration Company, LLC** |
| United States Bankruptcy Court for the: DISTRICT OF COLORADO |
| Case number (if known) **20-12377-EEB** |

■ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 Ally Payment Processing Center**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2018 Ford Truck** | $26,024.67 | $32,041.34 |

**P.O. Box 9001948**
**Louisville, KY 40290-1948**
Creditor's mailing address

Describe the lien
**Purchase Money Security Interest**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2 East West Bank Treasury Department**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Substantially all of the Debtor's assets, including but not limited to Hedging Agreements, Cash, Accounts, and Receivables** | $22,350,000.00 | Unknown |
|---|---|---|---|

**135 North Los Robles Avenue**
**Suite 600**
**ATTN: Linda Cox**
**Pasadena, CA 91101**
Creditor's mailing address

Describe the lien

**linda.cox@eastwestbank.com**
Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Official Form 206D | Schedule D: Creditors Who Have Claims Secured by Property | page 1 of 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ford Motor Company** | Describe debtor's property that is subject to a lien | $509,665.81 | $931,264.22 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 650575**
**Dallas, TX 75265**

Creditor's mailing address

**All Vehicles owned by the Debtor excluding the 2018 Ford Truck securing the secured interest of Ally Bank**

**Describe the lien**

**Purchase Money Security Interests in Vehicles**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $22,885,690.48 |
|---|---|---|

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

EXHIBIT 5

| Fill in this information to identify the case: |
|---|

Debtor name **Sklar Exploration Company, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **20-12377-EEB**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507.)

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$416,927.00** | **$0.00**

**Alabama Department of Revenue**
**50 North Ripley Street**
**Montgomery, AL 36104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**Colorado Department of Revenue**
**1375 Sherman Street, Room 511**
**Denver, CO 80261**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,647.00** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Florida Department of Revenue**
**P. O. Box 6668**
**Tallahassee, FL 32314-6668**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$43,540.00** | **$0.00** |
|---|---|---|---|---|

**Louisiana Department of Revenue**
**P.O. Box 201**
**Baton Rouge, LA 70821-3440**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Mississippi Department of Revenue**
P.O. Box 1033
Jackson, MS 39215-1033

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Montana Department of Revenue**
PO Box 6577
Helena, MT 59604-6577

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$334.00** | **$0.00** |
|---|---|---|---|---|

**Texas Comptroller**
111 East 17th Street
Austin, TX 78701

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Wyoming Department of Revenue**
122 West 25th Street, Suite E301
Herschler Building East
Cheyenne, WY 82002

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,493.34** |
|---|---|---|---|

**3 Lloyds Exploration Company LLC**
**1847 Broken Bend Drive**
**Westlake, TX 76262**

�the Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.00** |
|---|---|---|---|

**3IV Minerals, LLC**
**PO Box 6149**
**Shreveport, LA 71136-6149**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41,961.03** |
|---|---|---|---|

**A & B Pump & Supply, Inc.**
**P.O. Drawer T**
**Heidelberg, MS 39439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13.00** |
|---|---|---|---|

**A. D. Chapman**
**2900 South Robertson Ave.**
**Tyler, TX 75701**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16.00** |
|---|---|---|---|

**A. S. Colley Trust**
**702 Creekside Lane**
**Houston, TX 77024**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,105.00** |
|---|---|---|---|

**A.F. Whatley Construction**
**11950 Highway 43**
**Bivins, TX 75555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**A2D Teechnologies, Inc.**
**P.O. Box 733255**
**Dallas, TX 75373-3255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Abigail Dennis Salters**
**603 Taylor Overlook Drive**
**Taylor, MS 38673**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807.04 |
|---|---|---|---|

**Acme Oil Service & Repair, ,Inc.**
**d/b/a Acme Oilfield Services**
**4865 American Legion Road**
**Tyler, TX 75708**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Adrianne Judgeware**
**1569 Mt Sinai Rd**
**Hanesville, LA 71038**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,215.00 |
|---|---|---|---|

**Adrienne H. Ybarronda**
**16259 Rattle Snake Road**
**Grass Valley, CA 95945**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.00 |
|---|---|---|---|

**Adrienne P. Watkins**
**7 Brogden Ct SE**
**Winter Haven, FL 33880-4226**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,660.00 |
|---|---|---|---|

**Adrienne P. Watkins Irr. Trust**
**fbo Jack M. Watkins, Jr. Family**
**399 6th Street SE**
**Winter Haven, FL 33880**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $830.00 |
|---|---|---|---|

**Adrienne P. Watkins Revocable Trust**
**7 Brogden Ct SE**
**Winter Haven, FL 33880**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$107.14** |
|---|---|---|---|

**AEH Investments LLC**
**Attn: Angela Harris**
**333 Texas Street, Ste. 1414**
**Shreveport, LA 71101-3678**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,456.00** |
|---|---|---|---|

**AEH Investments LLC**
**Attn: Angela Harris**
**333 Texas Street, Ste. 1414**
**Shreveport, LA 71101-3678**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**AFCO**
**P.O. Box 4795**
**Carol Stream, IL 60197-4795**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2.00** |
|---|---|---|---|

**Agnes Tolbert**
**3860 Potosi Road**
**Pensacola, FL 32504**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60.00** |
|---|---|---|---|

**Ahamad Ansari**
**5410 W 3rd PL Apt #3**
**Lakewood, CO 80226**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$139,779.93** |
|---|---|---|---|

**Alabama Oil Company**
**Attn: Walker Sturdivant, Partner**
**P.O. Box 230**
**Glendora, MS 38928**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,944.00** |
|---|---|---|---|

**Alabama Oil Company**
**Attn: Walker Sturdivant, Partner**
**P.O. Box 230**
**Glendora, MS 38928**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|--------|------|--|--------|--------|
| | Name | | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|------|------|------|------|
| | **Albert C. Drakeford**<br>**119 Serene Lane**<br>**Wetumpka, AL 36093** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  Revenue  | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|------|------|------|------|
| | **Albert Watkins Key, Jr.**<br>**220 St. Michael Street**<br>**Mobile, AL 36602** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  Revenue  | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.00 |
|------|------|------|------|
| | **Alberta Warren**<br>**Attn: Aniyikaye Durowoju**<br>**4283 Express Lane, Suite 321-053**<br>**Sarasota, FL 34238** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  Revenue  | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.00 |
|------|------|------|------|
| | **Alex Smith III**<br>**c/o Pauline Rourk - POA**<br>**173A Atlantic Avenue**<br>**Hampton, VA 23664** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  Revenue  | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|------|------|------|------|
| | **Alexis Oliver**<br>**10941 Atkinson Avenue**<br>**Inglewood, CA 90303** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  Revenue  | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.00 |
|------|------|------|------|
| | **Alexis Samuel**<br>**208 E. Green Street**<br>**Princeton, KY 42445** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  Revenue  | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,000.00 |
|------|------|------|------|
| | **ALFAVOR Corp.**<br>**ATTN: John Yilin Wang**<br>**1234 Northampton Street**<br>**State College, PA 16803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  Trade Debt  | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|--------|-----------------------------------|------------------------|------------------|
|        | Name                              |                        |                  |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|------|-----------------------------------------------------|-----------------------------------------------------------------------|-----------|

**Alfonza Jackson**
**2701 Godwin Lane**
**Pensacola, FL 32526**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00** |
|------|-----------------------------------------------------|-----------------------------------------------------------------------|-----------|

**Alice Key Myrick**
**15308 River Road**
**Fairhope, AL 36532**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|------|-----------------------------------------------------|-----------------------------------------------------------------------|------------|

**Alice Margaret Holmes Woods**
**2031 North 20th Street**
**Omaha, NE 68110**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|------|-----------------------------------------------------|-----------------------------------------------------------------------|-----------|

**Alice Yvonne Brye-Vela**
**100 Clipper Drive**
**Belmont, CA 94002**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00** |
|------|-----------------------------------------------------|-----------------------------------------------------------------------|-----------|

**Alisha Y. Warren Simmons**
**1522 Robin Lane**
**Lancaster, TX 75134-3045**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$243.00** |
|------|-----------------------------------------------------|-----------------------------------------------------------------------|-------------|

**All Copy Products, Inc.**
**P.O. Box 660831**
**Dallas, TX 75266-0831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |
|------|-----------------------------------------------------|-----------------------------------------------------------------------|-----------|

**Allen Haden Ilfrey**
**5705 Greenridge**
**Midland, TX 79707-9771**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,455.00** |
|---|---|---|---|

**Allene B. Ward**
**30097 Country Road 6**
**Evergreen, AL 36401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred
Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17.00** |
|---|---|---|---|

**Alma Bell**
**2004 Shelman Trail**
**Fort Worth, TX 76112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred
Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00** |
|---|---|---|---|

**Alternate Fuel Systems of Louisiana, Inc**
**333 Texas Street, Suite 521**
**Shreveport, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred
Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32.00** |
|---|---|---|---|

**Alva Nann Cary Taylor**
**303 Travis Street**
**East Brewton, AL 36426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred
Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Alvin Pearson, Deceased**
**P.O. Box 278**
**Gibsland, LA 71208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred
Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Alyn Waters**
**416 Delaware Street**
**New Castle, DE 19720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred
Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Alyson Jones Downs**
**P.O. Box 957**
**Flora Vista, NM 87415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred
Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41.00** |
|---|---|---|---|

**Amanda Bethea Ralls Johnson**
**211 Ozark Road**
**Abbeville, AL 36310**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5.00** |
|---|---|---|---|

**Amanda Griggs Williamson**
**4706 Cambridge Street**
**Sugarland, TX 77479**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ambrchet Jackson LLP**
**P.O. Box 290**
**Mobile, AL 36601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$224.67** |
|---|---|---|---|

**American Express**
**P.O. Box 650448**
**Dallas, TX 75265-0448**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Credit Card Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$65,710.00** |
|---|---|---|---|

**American Remediation & Environmental Inc**
**P.O. Box 570**
**Saraland, AL 36571**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28.00** |
|---|---|---|---|

**Amy Brundle**
**7251 Corvette Ct**
**Raleigh, NC 27613**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35.00** |
|---|---|---|---|

**Amy D. Bearden**
**P O Box 374**
**Madison, MS 39130**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As at the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Amy Key Keith**
**134 Riverwood**
**Boerne, TX 78006**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As at the petition filing date, the claim is: Check all that apply. | $26,806.00 |
|---|---|---|---|

**Andala Enterprises, Inc.**
**641 Bayou Blvd**
**Pensacola, FL 35203**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As at the petition filing date, the claim is: Check all that apply. | $6,455.00 |
|---|---|---|---|

**Anderson Exploration Energy Company**
**333 Texas Street, Ste. 2020**
**Shreveport, LA 71101**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As at the petition filing date, the claim is: Check all that apply. | $254,267.96 |
|---|---|---|---|

**Anderson Investment Holdings, LP**
**AEEC II, LLC**
**333 Texas Street, Suite 2020**
**Shreveport, LA 71101**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As at the petition filing date, the claim is: Check all that apply. | $121,694.00 |
|---|---|---|---|

**Anderson Investment Holdings, LP**
**AEEC II, LLC**
**333 Texas Street, Suite 2020**
**Shreveport, LA 71101**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As at the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anderson, Kim**
**7349 Greywood Drive**
**Shreveport, LA 71107**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Employee**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As at the petition filing date, the claim is: Check all that apply. | $199.00 |
|---|---|---|---|

**Andre Toliver**
**1425 East 53rd Street**
**Tacoma, WA 98404**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11.00** |
|---|---|---|---|

**Andrea A. Smith**
**PO Box 2148**
**Winnie, TX 77665**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$183.00** |
|---|---|---|---|

**Andrea Demintrex Cobb**
**Address Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,858.00** |
|---|---|---|---|

**Andrew L. Robins**
**16596 Scenic Hwy 98**
**Fairhope, AL 36532**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**Angela Samuel**
**941 Lynndale Lane**
**Birmingham, AL 35214**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3.00** |
|---|---|---|---|

**Angela Van Zandt**
**2805 Millbrook Road**
**Little Rock, AR 72227**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22.00** |
|---|---|---|---|

**Angelia Marie King**
**10884 Major Oak Dr**
**Baton Rouge, LA 70815**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**Angelia Warren**
**3213 Persimmon**
**No. 204**
**Dallas, TX 75241**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |
|---|---|---|---|

**Angelina Warren**
**623 Lake June Road**
**Dallas, TX 75217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.00 |
|---|---|---|---|

**Anita Hemphill**
**310 Gladeview Place**
**Brandon, MS 39047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.00 |
|---|---|---|---|

**Anita Lawson**
**8534 Bluevine Sky Drive**
**Land O'Lakes, FL 34637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Ann Bevel**
**12124 Lochwood Blvd.**
**Dallas, TX 75218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |
|---|---|---|---|

**Ann Edwards**
**1028 Regency Way**
**Birmingham, AL 35242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.00 |
|---|---|---|---|

**Ann Marie Holmes Williams**
**220 Norton Avenue**
**Saraland, AL 36536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.00 |
|---|---|---|---|

**Ann Roby**
**1374 Jasper St**
**Pensacola, FL 32533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6.00** |
|---|---|---|---|

**Anna Beth Denny**
**203 Beacon Hill Drive**
**Allen, TX 75013**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26.00** |
|---|---|---|---|

**Anna M. Kress**
**3636 Habersham Rd NW**
**Unit 1206**
**Atlanta, GA 30305**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12.00** |
|---|---|---|---|

**Anne M. Ballantyne**
**7701 Broadway**
**Suite 200**
**San Antonio, TX 78209-3261**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22.00** |
|---|---|---|---|

**Anne S Byland**
**1020 Sandy Springs Lane**
**Jackson, LA 70748**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21.00** |
|---|---|---|---|

**Annie Earl Johnson**
**2936 South B Street**
**Stockton, CA 95206**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$222.00** |
|---|---|---|---|

**Annie Lee Wilk**
**18123 Hwy 31 East**
**Tyler, TX 75705**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$690.92** |
|---|---|---|---|

**Ansaben Trust**
**David A. Barlow, Trustee**
**321 Paseo Encinal St**
**San Antonio, TX 78212**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$387.00** |

Ansaben Trust
David A. Barlow, Trustee
321 Paseo Encinal St
San Antonio, TX 78212

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26.00** |

Antoinette W. Watts
277 Carrington Drive
Athens, GA 30605

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$239,749.19** |

Apple River Investments, L.L.C.
Attn: Robert M. Boeve, President
1503 Garfield Road North
Traverse City, MI 49696

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,944.00** |

Apple River Investments, L.L.C.
Attn: Robert M. Boeve, President
1503 Garfield Road North
Traverse City, MI 49696

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,461.55** |

Arcadia Oilfield Supply, Inc.
Sterling Commercial Credit
P.O. Box 204755
Dallas, TX 75320-4755

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2.00** |

Ardis A. Powell
P.O. Box 16
Athens, LA 71003

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12.00** |

Ardis Pearson
3808 Marion Avenue
Oakland, CA 94619

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.85**

Nonpriority creditor's name and mailing address
**Arie Lee Morgan and Bertha M. Johnson Life Estate**
**1700 West Seventh Street**
**Tyler, TX 75701**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$2.00**

---

**3.86**

Nonpriority creditor's name and mailing address
**Arlene Rosalind Bergner Life Estate**
**Arlene Rosalind Bergner, Trustee**
**1921 South College Avenue**
**Tyler, TX 75701**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$5.00**

---

**3.87**

Nonpriority creditor's name and mailing address
**Armbrecht Jackson LLP**
**P.O. Box 290**
**Mobile, AL 36601**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$157,133.18**

---

**3.88**

Nonpriority creditor's name and mailing address
**Arnetta Crawford**
**4015 Edson Avenue**
**Bronx, NY 10466**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$3.00**

---

**3.89**

Nonpriority creditor's name and mailing address
**Arthur G. Nichols**
**517 E. Michigan Ave.**
**Foley, AL 36535**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,206.00**

---

**3.90**

Nonpriority creditor's name and mailing address
**Arthur Welton Cross, Jr.**
**5599 Econfina St.**
**Milton, FL 32570**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$16.00**

---

**3.91**

Nonpriority creditor's name and mailing address
**Aspen Energy Inc.**
**161 St. Matthews Avenue, Suite 16**
**Louisville, KY 40207**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,185.71**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,894.00** |
|---|---|---|---|

**Aspen Energy Inc.**
**161 St. Matthews Avenue, Suite 16**
**Louisville, KY 40207**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$327.51** |
|---|---|---|---|

**AT&T**
**P.O. Box 105262**
**Atlanta, GA 30348-5252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$669.63** |
|---|---|---|---|

**AT&T Business Services**
**P.O. Box 105262**
**Atlanta, GA 30348-5252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,909.54** |
|---|---|---|---|

**AT&T Mobility**
**Corporation Trust Company**
**Corporation Trust Center 1209 Orange St**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,061.46** |
|---|---|---|---|

**Atropos Exploration Co.**
**8235 Douglas**
**Suite 1200**
**Lockbox 12**
**Dallas, TX 75225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$946.00** |
|---|---|---|---|

**August C. Erickson Mineral Trust**
**Attn:  Mary M. Erickson, Trustee**
**59 Knight Circle, Unit 1**
**Pawleys Island, SC 29585**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,381.29** |
|---|---|---|---|

**B & L Pipeco Services, LLC**
**P.O. Box 840280**
**Dallas, TX 75284-0280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22.00** |
|---|---|---|---|
| | **B. B. Rounsaville**<br>**P.O. Box 784**<br>**Leakesville, MS 39451** | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,606.48** |
|---|---|---|---|
| | **Babe Development, LLC**<br>**P. O. Box 758**<br>**Roswell, NM 88202** | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Cash Call Advance** | |
| | | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,485.00** |
|---|---|---|---|
| | **Babe Development, LLC**<br>**P. O. Box 758**<br>**Roswell, NM 88202** | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Revenue** | |
| | | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$178,263.65** |
|---|---|---|---|
| | **Baker Hughes, a GE Company, LLC**<br>**Baker Hughes Oilfield Operations, LLC**<br>**P.O Box 301057**<br>**Dallas, TX 75303-1057** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,210.84** |
|---|---|---|---|
| | **Baker, Kelly L.**<br>**254 State Street**<br>**Mobile, AL 36603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,058.04** |
|---|---|---|---|
| | **Banded Iron US, Inc.**<br>**P.O. Box 51475**<br>**Lafayette, LA 70505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$77.25** |
|---|---|---|---|
| | **Bantam Creek LLC**<br>**4712 Lakeside Drive**<br>**Colleyville, TX 76034** | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Cash Call Advance** | |
| | | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.106** | Nonpriority creditor's name and mailing address
**Bantam Creek LLC**
**4712 Lakeside Drive**
**Colleyville, TX 76034**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

$3,535.00

---

**3.107** | Nonpriority creditor's name and mailing address
**Barbara Ann Peoples-Smith**
**aka Barbara Peoples**
**3660 Lake Timberlane Drive**
**Gretna, LA 70056**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

$7.00

---

**3.108** | Nonpriority creditor's name and mailing address
**Barbara Dukes**
**2856 W. Roosevelt Road**
**3rd Floor**
**Chicago, IL 60612**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

$3.00

---

**3.109** | Nonpriority creditor's name and mailing address
**Barbara J. Wilson**
**112 Zebulon Street**
**Milner, GA 30257**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

$14.00

---

**3.110** | Nonpriority creditor's name and mailing address
**Barbara Jane Taylor**
**3212 W. Sublett Road**
**Arlington, TX 76017**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

$1.00

---

**3.111** | Nonpriority creditor's name and mailing address
**Barbara Janice Smith Hendrix**
**1718 Picadilly Place**
**Tyler, TX 75703**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

$42.00

---

**3.112** | Nonpriority creditor's name and mailing address
**Barbara L. Govan**
**2712 Wichita**
**Houston, TX 77004**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

$5.00

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $124.87 |
|---|---|---|---|

**Barbara M. Sugar Estate**
**Thomas P. Youngblood, Exec.**
**PO Box 52149**
**Shreveport, LA 71135**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,530.00 |
|---|---|---|---|

**Barbara M. Sugar Estate**
**Thomas P. Youngblood, Exec.**
**PO Box 52149**
**Shreveport, LA 71135**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.00 |
|---|---|---|---|

**Barbara Mallia**
**3302 Canyon Creek Drive**
**Richardson, TX 75080**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,037.00 |
|---|---|---|---|

**Barbara Page Lawrence**
**P.O. Box 374**
**Evergreen, CO 80437**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|

**Barbara Warren Life Estate**
**2310 Rogers Avenue**
**Lancaster, TX 75134**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,410.00 |
|---|---|---|---|

**Barker Concrete and Construction, Inc.**
**P.O. Box G**
**Edgemont, SD 57735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $117.00 |
|---|---|---|---|

**Barnes Creek Drilling LLC**
**320 Second Street**
**Columbia, MS 39429**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$174,814.05** |
|---|---|---|---|

**Barnette & Benefield, Inc.**
**P.O. Box 550**
**Haynesville, LA 71038-0550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,916.00** |
|---|---|---|---|

**Barron Randall Detro**
**202 East Windsor Drive**
**Thibodaux, LA 70301**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350.00** |
|---|---|---|---|

**Basic Energy Service, LP**
**P.O. Box 841903**
**Dallas, TX 75284-1903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31.14** |
|---|---|---|---|

**Baxterville, LLC**
**4323 Snowberry Lane**
**Naples, FL 34119**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,563.00** |
|---|---|---|---|

**Baxterville, LLC**
**4323 Snowberry Lane**
**Naples, FL 34119**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,887.60** |
|---|---|---|---|

**Beavers Specialty, Inc.**
**893 I-49 Service Road**
**Sunset, LA 70584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35.00** |
|---|---|---|---|

**Beazley Petroleum, LLC**
**Attn: Hamilton Beazley**
**411 West St. Elmo Road #24**
**Austin, TX 78745**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

**Belle Morgan**
**1406 Grant Street**
**Wichita Falls, TX 76309**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue 

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2.99**

**Bellis Investments LP**
**100 Bush Street, Suite #550**
**San Francisco, CA 94104**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Cash Call Advance 

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$171.00**

**Bellis Investments LP**
**100 Bush Street, Suite #550**
**San Francisco, CA 94104**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue 

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,894.62**

**Belousov, Anita**
**4355 East 135th Way**
**Thornton, CO 80241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade Debt 

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$215.00**

**Bendel Ventures, LP1**
**12345 Jones Road, Suite 124**
**Houston, TX 77070**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue 

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

**Benjamen Baxter Brye**
**Baxter Entertainment Productions, LLC**
**532 Fort Sumpter Drive**
**Modesto, CA 95354**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue 

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00**

**Benjamin Biedenharn**
**373 Coconut Palm Drive**
**Madisonville, LA 70447**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Revenue 

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.134** | Nonpriority creditor's name and mailing address | **$292.00**
**Benjamin O. Barlow**
**105 Crestview Dr**
**Clanton, AL 35045**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address | **$313.00**
**Bennett Energy Corporation**
**P.O. Box 507**
**Fate, TX 75132**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address | **$29.00**
**Bennie Freeman Williams**
**3109 Gavilan Lane**
**Las Vegas, NV 89112**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address | **$5,774.59**
**Berg Hill Greenleaf Ruscitti, LLP**
**1712 Pearl Street**
**Boulder, CO 80302**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | **$5.00**
**Bergner Trust**
**Trustee: Arlene Rosalind Bergner**
**1921 South College Avenue**
**Tyler, TX 75701**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | **$515.00**
**Bernice Bouldin**
**339 Harvey Watkin Drive South**
**Canton, MS 39046**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | **$22.00**
**Bernice Lee**
**717 Springhill Road**
**Evergreen, AL 36401**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|---|

Name

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$199,167.00** |
|---|---|---|---|

**Berry Hill Farms, Inc.**
**Larry J Findley**
**32385 County Road 6**
**Evergreen, AL 36401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.00** |
|---|---|---|---|

**Bessie Lee Nelson**
**1121 West Vance**
**Tyler, TX 75702**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.00** |
|---|---|---|---|

**Bettie Mary W. Wofford**
**A/K/A Betty M. Warren Wofford**
**2215 N. Palace**
**Tyler, TX 75702**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55.00** |
|---|---|---|---|

**Betty Ann Darden**
**1624 Ulster Dr**
**Elizabeth City, NC 27909**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Betty Dickerson**
**605 Coalfire Avenue**
**Hueytown, AL 35023**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.00** |
|---|---|---|---|

**Betty Jenkins**
**1003 Greenpine Blvd**
**Apt A-2**
**West Palm Beach, FL 33409**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11.00** |
|---|---|---|---|

**Betty K. DuPont**
**3030 Bellview Road**
**Plaquemine, LA 70764**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,663.00 |
|---|---|---|---|

**Betty Mae Jenkins Powell**
**354 Crossroads Church Road**
**Marthaville, LA 71450**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Betty Mary Warren**
**4620 Cowan Street**
**Dallas, TX 75209**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.00 |
|---|---|---|---|

**Betty Otems**
**1674 Cecina St.**
**League City, TX 77573**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**Betty W Upton Trust**
**Betty W Upton, Trustee**
**14934 Bramblewood Dr**
**Houston, TX 77079-6335**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,508.00 |
|---|---|---|---|

**Betty Williams (Tidwell)**
**address currently unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.00 |
|---|---|---|---|

**Bevon Brye**
**1493 Stromberg Ave**
**Arcada, CA 95521**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Big Sky Mineral Trust**
**Trustee: Serena B Kundysek**
**P.O. Box 3788**
**Arlington, TX 76007-3788**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$281.00** |
|---|---|---|---|

**Bill A. Lay**
**3703 Orange Circle**
**Broken Arrow, OK 74011**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** **Revenue**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Billie D. Williams Stevens**
**145 Stevens Road**
**Benton, LA 71006**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** **Revenue**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$477.00** |
|---|---|---|---|

**Billie Ruth Curtis**
**4001 Silverwood Drive**
**Tyler, TX 75701-9340**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** **Revenue**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$211.00** |
|---|---|---|---|

**Billy Bond, Deceased**
**3811 North 7th Avenue**
**Laurel, MS 39441**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** **Revenue**

Last 4 digits of account number _____

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14.00** |
|---|---|---|---|

**Billy J. Johnston**
**P.O. Box 1001**
**Evergreen, AL 36401**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** **Revenue**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.00** |
|---|---|---|---|

**Billy J. Nolan**
**845 Ricksha St.**
**Vidor, TX 77662**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** **Revenue**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38.00** |
|---|---|---|---|

**Billy Joe Parrish**
**1005 Grayson Street**
**Winnsboro, LA 71295**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** **Revenue**

Last 4 digits of account number _____

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,986.68 |
|---|---|---|---|

**Black Banks, LLC**
**1310 S. Pennsylvania Street**
**Denver, CO 80210**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,284.00 |
|---|---|---|---|

**Black Stone Energy Company, L.L.C.**
**1001 Fannin, Suite 2020**
**Houston, TX 77002**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,452.00 |
|---|---|---|---|

**Black Stone Minerals Company, L.P.**
**Minerals Management Division**
**1001 Fannin Street, Suite 2020**
**Houston, TX 77002**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Blaire S. Matson**
**240 Crews Lane**
**Lot 2**
**Sylacauga, AL 35151**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Bob K. Crouch, Jr.**
**P.O. box 261755**
**Plano, TX 75026**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.00 |
|---|---|---|---|

**Bobbie L. Halbert**
**315 Greathouse**
**Vidor, TX 77662**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Bobbie Lou Stricklin**
**442 CR 4924**
**Troup, TX 75789**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|

**Bobbie Louise Richburg**
**1520 E 124th Street**
**Los Angeles, CA 90059-2924**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.00 |
|---|---|---|---|

**Bobbie Ray Peoples**
**676 S Central Avenue, #231**
**Los Angeles, CA 90021-1039**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.00 |
|---|---|---|---|

**Bobby Dale Mitchell**
**P.O. Box 795294**
**Dallas, TX 75379-5249**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.00 |
|---|---|---|---|

**Bobby G. Ratcliff**
**1805 Bayou Circle**
**Bossier City, LA 71112**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.00 |
|---|---|---|---|

**Bobby Gus Fite**
**13232 CR 1131**
**Flint, TX 75762**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
|---|---|---|---|

**Bobby J. Hill**
**16627 Cheshire Grove Lane**
**Houston, TX 77090**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
|---|---|---|---|

**Bobby Ray Gaines**
**14420 Woods Hold Drive**
**San Antonio, TX 78233**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ☑ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,806.00** |
|---|---|---|---|

**BobMary, LC**
**Attn: Robert T. Lafargue, M.D.**
**5928 East Ridge Drive**
**Shreveport, LA 71106**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Revenue__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,153.00** |
|---|---|---|---|

**Bodcaw 3-D, LLC**
**PO Box 1689**
**Ruston, LA 71273**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Revenue__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,228.00** |
|---|---|---|---|

**Bonaventure Safety, LLC**
**162 Industrial Drive**
**P.O. Box 43**
**Rayne, LA 70578**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$790.00** |
|---|---|---|---|

**Bonner Analytical**
**2703 Oak Grove Road**
**Hattiesburg, MS 39402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,590.00** |
|---|---|---|---|

**Boots Smith Completion Services, LLC**
**c/o Gulf Coast Business Credit**
**P.O. Bxo 731152**
**Dallas, TX 75373-1152**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Boulder Self Storage**
**6439 Arrapahoe Road**
**Boulder, CO 80303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bradley Murchison Kelly & Shea, LLC**
**401 Edwards Street**
**Suite 1000**
**Shreveport, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5.00** |
|---|---|---|---|

**Bradley N. Spotts**
**196 State Route 147**
**Dalmatia, PA 17017**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,977.50** |
|---|---|---|---|

**Bradshaw Logistics, LLC**
**P.O. Box 429**
**Windsor, CO 80550**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,699.20** |
|---|---|---|---|

**Brammer Engineering, Inc. HSE Services**
**P.O. Box 301670**
**Dallas, TX 75303-1670**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$110.00** |
|---|---|---|---|

**Brandon Shaw**
**11037 Choiceana Avenue**
**Hesperia, CA 92345**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$136.00** |
|---|---|---|---|

**Breitburn Operating LP**
**Maverick Natural Resources**
**1111 Bagby Street, Suite 1600**
**Houston, TX 77002**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6.00** |
|---|---|---|---|

**Brenda Annette Gaines Campbell**
**7252 Bayberry**
**Dallas, TX 75249**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19.00** |
|---|---|---|---|

**Brenda Gail Wise**
**702 Thomas Avenue**
**Prattville, AL 36067**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $306.00 |
|---|---|---|---|

**Brenda Joyce Hill Ware**
**5023 e. 41st**
**Kansas City, MO 64130**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.00 |
|---|---|---|---|

**Brennan Crouch Edgerton**
**9746 Ravensway Drive**
**Dallas, TX 75238**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24.00 |
|---|---|---|---|

**Brent L Crozier**
**5401 Holly Tree Dr Apt 2104**
**Tyler, TX 75703**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brewton Area Properties, LLC**
**P.O. Box 809**
**Brewton, AL 36427**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125,686.59 |
|---|---|---|---|

**Bristol, Inc.**
**Accounts Receivable**
**P.O. Box 2056**
**Victoria, TX 77902-9912**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37.00 |
|---|---|---|---|

**Brock Resources, LLC**
**2634 Henley Drive**
**Round Rock, TX 78681**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.00 |
|---|---|---|---|

**Brooklyn Volunteer Fire Department**
**Juanita Cary**
**31807 CR 6**
**Evergreen, AL 36401**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|---|

**Bruce Marvin Tuetsch**
**2506 Palmetto Drive**
**Bossier City, LA 71111**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24.00 |
|---|---|---|---|

**Bruce Russell Cooner**
**Russell Lynn Cooner (son)**
**950 FM 2208**
**Jefferson, TX 75657**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
|---|---|---|---|

**Bruno & Marshall Investments**
**P.O. Box 590**
**Midland, TX 79702**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $47,460.55 |
|---|---|---|---|

**BTech Service & Supply, Inc.**
**1980 Highway 184 East**
**Laurel, MS 39443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|---|---|---|---|

**Buice Lee Holmes Hooks**
**PO Box 8951**
**Los Angeles, CA 90008**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $89,251.19 |
|---|---|---|---|

**Bundero Investment Company, L.L.C.**
**Robert P. Bowman, Manager**
**401 Edwards Street, Suite 820**
**Shreveport, LA 71101**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $39,163.00 |
|---|---|---|---|

**Bundero Investment Company, L.L.C.**
**Robert P. Bowman, Manager**
**401 Edwards Street, Suite 820**
**Shreveport, LA 71101**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.204** | Nonpriority creditor's name and mailing address

**Burman Energy, LLC**
**27622 Hegar Road**
**Hockley, TX 77447**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$130.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.205** | Nonpriority creditor's name and mailing address

**Burnes Henry Ellis**
**802 Greely**
**Jacksonville, TX 75766**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$10.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.206** | Nonpriority creditor's name and mailing address

**Burton, Trey**
**P.O. Box 314**
**Bentonia, MS 39040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$10,624.81**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.207** | Nonpriority creditor's name and mailing address

**BVS, LLC**
**Attn: Brian Biffle**
**2010 Balsam Drive**
**Boulder, CO 80304**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$12,502.49**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.208** | Nonpriority creditor's name and mailing address

**BVS, LLC**
**Attn: Brian Biffle**
**2010 Balsam Drive**
**Boulder, CO 80304**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$3,709.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.209** | Nonpriority creditor's name and mailing address

**Bynum Williams**
**200 E. Knox No. 116**
**Chandler, AZ 85224**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$1.00**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address

**C&J Spec-Rent Services, Inc.**
**P.O. Box 733404**
**Dallas, TX 75373-3404**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$192,613.98**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,527.12 |
|---|---|---|---|

**C&M Oilfield Rentals, LLC**
**d/b/a C-MOR Energy Services**
**P.O. Box 536**
**Cody, WY 82414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146.00 |
|---|---|---|---|

**C. H. Oil and Gas, LLC**
**493 Canyon Point Circle**
**Golden, CO 80403**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $456.00 |
|---|---|---|---|

**C. R. Ridgway Trust**
**Trustmark National Bank**
**P.O. Box 187**
**Jackson, MS 39205**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,397.17 |
|---|---|---|---|

**C.R. Pate Logging, Inc.**
**Brooklyn Limestone Quarry Division**
**32440 County Road 6**
**Evergreen, AL 36401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,820.00 |
|---|---|---|---|

**Caddo Management, Inc.**
**401 Market Street, Suite 500**
**Shreveport, LA 71101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.00 |
|---|---|---|---|

**Calvin Cain**
**12730 CR 2133**
**Whitehouse, TX 75791**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
|---|---|---|---|

**Calvin Covington**
**5805 Antoine Road**
**Mobile, AL 36693**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Calvin Pearson**
**1793 MR Lebanon Road**
**Arcadia, LA 71001**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.00 |
|---|---|---|---|

**Calvin Williams**
**P.O. Box 166**
**Dearmanville, AL 36257**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.00 |
|---|---|---|---|

**Candy Robbins**
**7166 Upper Black Creek Church Road**
**Lucama, NC 27851**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,609.00 |
|---|---|---|---|

**Carl E. Gungoll Exploration, LLC**
**P.O. Box 18466**
**Oklahoma City, OK 73154-0466**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.00 |
|---|---|---|---|

**Carl Elmer Nelson**
**1259 Cook Road**
**Athens, LA 71003**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.17 |
|---|---|---|---|

**Carl Herrin Oil and Gas, L.L.C.**
**493 Canyon Point Circle**
**Golden, CO 80403**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,983.00 |
|---|---|---|---|

**Carl Herrin Oil and Gas, L.L.C.**
**493 Canyon Point Circle**
**Golden, CO 80403**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$142.00** |
|---|---|---|---|

**Carlos S. Brye**
**1142 Sunset Point Road, Apt. 23**
**Clearwater, FL 33755**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$199.00** |
|---|---|---|---|

**Carlton D. Brye**
**1271 Nicholson Street**
**Clearwater, FL 33755**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125,769.27** |
|---|---|---|---|

**Carnley Electric, Inc.**
**P.O. Box 769**
**Jay, FL 32565**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7.00** |
|---|---|---|---|

**Carol A. Daniel**
**220 Oak Grove Street**
**Vidor, TX 77662**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22.00** |
|---|---|---|---|

**Carol Blackwell Slack**
**6233 Seabreeze Drive**
**Long Beach, CA 90803**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17.00** |
|---|---|---|---|

**Carol Cantrell Young**
**168 Lakeside Park Drive**
**Hendersonville, TN 37075**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22.00** |
|---|---|---|---|

**Carol Hill Scott**
**1340 Griffin Lane**
**Bossier City, LA 71111**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$44.00** |
|---|---|---|---|

**Carol J. Williams Sanford**
**2616 Pennington Bend Road**
**Nashville, TN 37214**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5.00** |
|---|---|---|---|

**Carol Ralls Pate**
**22492 Brooklyn Road**
**Andalusia, AL 36421**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20.00** |
|---|---|---|---|

**Carol Roberts**
**2391 Foshee Road**
**Brewton, AL 36426**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,809.00** |
|---|---|---|---|

**Carole M. Chapman**
**665 Hagbush Road**
**Irondale, AL 35210**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9.00** |
|---|---|---|---|

**Caroline Frances O'Neal**
**2312 College Street**
**Montgomery, AL 36106**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$564.00** |
|---|---|---|---|

**Carolyn A. Steele**
**3949 West Alexander Road, Apt. 1063B11**
**North Las Vegas, NV 89032-2906**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7.00** |
|---|---|---|---|

**Carolyn B Blair**
**2317 County RD 43**
**Evergreen, AL 36401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$246.00** |
|---|---|---|---|

**Carolyn Byers Scruggs**
**PO Box 333**
**Ellijay, GA 30540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,120.00** |
|---|---|---|---|

**Carolyn Samuel, deceased**
**192 Laurel Road**
**Brewton, AL 36426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Carrie Mae Mayfield**
**210 Tournament**
**Tyler, TX 75702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Carrie Swann Wicker**
**aka Swann Key Wicker**
**3701 Coffeeville Road**
**Jefferson, TX 75657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,508.00** |
|---|---|---|---|

**Carroll L. and Linda A. Wright**
**Address currently unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$332.00** |
|---|---|---|---|

**Carse Casey Jackson, Jr.**
**17555 Lindsey Bridge Road**
**Andalusia, AL 36420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,557.63** |
|---|---|---|---|

**Carter, Rhonda B.**
**P.O. Box 453**
**Brewton, AL 36426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71.00** |
|---|---|---|---|

**Cas Minerals, LLC**
**P.O. Box 500**
**Magnolia, AR 71754-0500**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$695.00** |
|---|---|---|---|

**Casey Septic Tank Co., Inc.**
**122 Casey Street**
**Brewton, AL 36426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,225.58** |
|---|---|---|---|

**Cass County Tax Assessor**
**Becky Watson, RTA**
**P.O. Box 870**
**Linden, TX 75563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**Cassandra Jackson Kent**
**7714 Waterchase Drive**
**Missouri City, TX 77489**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41.00** |
|---|---|---|---|

**Cassandra Lea Ralls Pate**
**437 Old Horseshoe Road**
**Evergreen, AL 36401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,508.00** |
|---|---|---|---|

**Catherine A. Silva**
**10284 Silva Cir**
**Gilroy, CA 95020-9264**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6.00** |
|---|---|---|---|

**Catherine Ann Akerman**
**c/o Laura Parr**
**300 E. Highland Street**
**Longview, TX 75602**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.253** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,214.00**

**Catherine Clark Wohner**
**Executrix of Est. of L. Collins Wohner**
**239 E. Center Street**
**P.O. Box 56**
**Canton, MS 39046**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.254** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$479.00**

**Cayman Resources, Inc.**
**Attn: Mr. Vincent J. Manara, III**
**5773 Woodway Drive, PMB #412**
**Houston, TX 77057**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.255** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,011.52**

**CCH Incorporated**
**P.O. Box 4307**
**Carol Stream, IL 60197-4307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.256** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,142.00**

**CEL Properties, LLC**
**For Crain Energy Properties**
**P.O. Box 2146**
**Longview, TX 75606**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.257** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.32**

**Central Exploration Co, Inc.**
**c/o William E. Hathorn**
**733 Highway 583 SE**
**Brookhaven, MS 39601**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Cash Call Advance

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.258** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$755.00**

**Central Exploration Co, Inc.**
**c/o William E. Hathorn**
**733 Highway 583 SE**
**Brookhaven, MS 39601**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.259** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24.35**

**Central Petroleum, Inc.**
**P.O. Box 2547**
**Madison, MS 39130-2547**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Cash Call Advance

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.260 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,070.00** |
|---|---|---|---|

**Central Petroleum, Inc.**
**P.O. Box 2547**
**Madison, MS 39130-2547**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$224.33** |
|---|---|---|---|

**Century Link**
**P.O. Box 91155**
**Seattle, WA 98111-9255**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$44.03** |
|---|---|---|---|

**Century Tel/Century Link**
**P.O. Box 4300**
**Carol Stream, IL 60197-4300**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,409.00** |
|---|---|---|---|

**CFBR Partners LLC**
**91 Montford Avenue**
**Mill Valley, CA 94941**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,194.59** |
|---|---|---|---|

**Chanse Resources, L.L.C.**
**Attn: Wes Shepherd, COO**
**P.O. Box 1572**
**Shreveport, LA 71165**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,001.00** |
|---|---|---|---|

**Chanse Resources, L.L.C.**
**Attn: Wes Shepherd, COO**
**P.O. Box 1572**
**Shreveport, LA 71165**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3.00** |
|---|---|---|---|

**Charisse Drakeford**
**3827 Bullard St**
**Charlotte, NC 28208**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.267**

**Nonpriority creditor's name and mailing address**
**Charlene Malone**
PO Box 714
Elmsford, NY 10523

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

**$8.00**

---

**3.268**

**Nonpriority creditor's name and mailing address**
**Charlene R. Lett**
PO Box 463
Monroeville, AL 36460

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

**$22.00**

---

**3.269**

**Nonpriority creditor's name and mailing address**
**Charles A. Frazier, for life**
31778 County Road 6
Evergreen, AL 36421

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

**$4,351.00**

---

**3.270**

**Nonpriority creditor's name and mailing address**
**Charles Grady Fite**
10979 CR 2173
Whitehouse, TX 75791

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

**$1.00**

---

**3.271**

**Nonpriority creditor's name and mailing address**
**Charles Keith Hamby**
2803 Pine View Drive
Grapevine, TX 76051

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

**$1.00**

---

**3.272**

**Nonpriority creditor's name and mailing address**
**Charles L. Williams**
PO Box 1685
Shreveport, LA 71165

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

**$275.00**

---

**3.273**

**Nonpriority creditor's name and mailing address**
**Charles R. Tait, III**
418 Mayo Street
Camden, AL 36726

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

**$24.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00** |

**Charles R. Tait, Jr.**
**3178 J.M. Brooks Road**
**Coy, AL 37435**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42.00** |

**Charles Vernon Day**
**219 Northline Road**
**Teague, TX 75860**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |

**Charles Warren**
**428 West Bow**
**Tyler, TX 75702**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |

**Charles Wiggins**
**13610 Broken Bridge Drive**
**Houston, TX 77085**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |

**Charlie Covington**
**6333 Ferguson Drive**
**Pensacola, FL 32503**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23.00** |

**Charlie Mae Wilson**
**302 Pine Street**
**Sumter, SC 29150**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |

**Charlotte Kay Clayton Bowen**
**123 SW 87th**
**Oklahoma City, OK 73139**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.281** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,436.07**

Charter Energy Partners LLC
c/o Shaw Resources Management LLC
1999 Broadway, Suite 4320
Denver, CO 80202

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.282** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54.00**

Chateau Blanche, L.L.C.
P.O. Box 1311
Brookhaven, MS 39602

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.283** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Cherokee County Electric Co-op Assn
P.O. Box 257
Rusk, TX 75785

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.284** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

Cheryl Lynn Shaffer Sessions
6107 Windrose Hollow Lane
Spring, TX 77379

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.00**

Cheryle D. Paluska
17730 Mossy Ridge Lane
Houston, TX 77095

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.00**

Chicot Land Company, LLC
7153 Hwy 191
Converse, LA 71419

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.00**

Chiquita L. Jackson Stratford
2031 North 20th Street
Omaha, NE 68110

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|--------|-----------------------------------|------------------------|------------------|
| | Name | | |

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $224.47 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|--------|

**Choice Copy Service USE CHOCO2!!**
P.O. Box 919254
Dallas, TX 75391-9254

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Choice Copy Service, LLC**
401 Edwards Street
Suite B120
Shreveport, LA 71101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|--------|

**Chris Weiser**
PO Box 500
Magnolia, AR 71753

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|--------|

**Christina Kathlean Bishop**
400 SCR 29
Mize, MS 39116

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Christine Biedenharn**
6527 Fox Road
Gilmer, TX 75644

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Christine Covington**
Phillips Covington POA
22002 114th Rd
Cambria Heights, NY 11411

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $481.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Christopher C. Dufrain**
3273 Barrancas Avenue
Pensacola, FL 32507

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29.00** |
|---|---|---|---|

**Christopher P. Andrew**
**6307 Caminito Del Cervato**
**San Diego, CA 92111**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6.00** |
|---|---|---|---|

**Church of Christ of the Primitive**
**Faith and Order at Pleasant Grove**
**86 Bledsoe Dr**
**Evergreen, AL 36401**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,970.00** |
|---|---|---|---|

**Cicon & Associates LLP**
**P.O. Box 541**
**Chester, MT 59522-0541**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$77,961.00** |
|---|---|---|---|

**Cindy Finlay Fleming**
**P.O. Box 1495**
**Brewton, AL 36427**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13.00** |
|---|---|---|---|

**City Of Shreveport**
**505 Travis Street**
**Suite 650**
**Shreveport, LA 71101**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39.00** |
|---|---|---|---|

**Clara Warren**
**c/o Rameria Clark**
**1209 Saltgrass Drive**
**Crowley, TX 76036**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22.00** |
|---|---|---|---|

**Clarence Warren**
**18630 FM 850**
**Arp, TX 75750**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.00 |
|---|---|---|---|

**Clarence White**
222 N Hiawassee Road, Apt 90
Orlando, FL 32835-1077

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,757.00 |
|---|---|---|---|

**Clark Rabren**
14 County Rd 1348
Vinemont, AL 35179

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,178.71 |
|---|---|---|---|

**Clarkco Oilfield Services, Inc.**
P.O. Box 341
Heidelberg, MS 39439

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,825.00 |
|---|---|---|---|

**Clarke & Company d/b/a Heard & Sanders**
13201 Northwest Freeway
Suite 503
Houston, TX 77040-6023

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Claude M. Williams**
1540 Church Street
Redlands, CA 92373

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Claudette Bradley**
1172 Johnsonville Circle
Castleberry, AL 36432

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $528.00 |
|---|---|---|---|

**Claudette G. Pate**
960 Bull Slough Rd
Andalusia, AL 36421

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11.00** |
|---|---|---|---|

**Claudia Ratcliff Madden**
**1145 Meadow Lane**
**Haughton, LA 71037**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Revenue**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2.00** |
|---|---|---|---|

**Claudia Warren**
**3714 Penelope Street**
**Dallas, TX 75210**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Revenue**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3.00** |
|---|---|---|---|

**Claudie M. Holmes Modley**
**1160 Hawthorne Drive**
**Pensacola, FL 32507**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Revenue**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**Clemestine Ford Houston**
**309 13th Court**
**Onalaska, WI 54650**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Revenue**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3.00** |
|---|---|---|---|

**Cleophus Pearson**
**3605 Moonstone Street**
**Dallas, TX 75241**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Revenue**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8.00** |
|---|---|---|---|

**Cleva Wiggins Usry**
**4565 Highway 411**
**Gadsden, AL 35901**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Revenue**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$205.00** |
|---|---|---|---|

**Clinton Holland, Sr., deceased**
**940 W Florence Ave**
**Inglewood, CA 90301-1510**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Revenue**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.316 | **Nonpriority creditor's name and mailing address**<br>**Coastal Chemical Co., LLC**<br>**Department 2214**<br>**P.O. Box 122214**<br>**Dallas, TX 75312-2214**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$20,489.58** |
| 3.317 | **Nonpriority creditor's name and mailing address**<br>**Coastal Exploration, Inc.**<br>**P.O. Box 195**<br>**Ridgeland, MS 39158**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Revenue__<br><br>Is the claim subject to offset? ☐ No ■ Yes | **$8,843.00** |
| 3.318 | **Nonpriority creditor's name and mailing address**<br>**Cochran Chemical Co., Inc.**<br>**1800 Ray Davis Boulevard**<br>**Seminole, OK 74868**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$578.53** |
| 3.319 | **Nonpriority creditor's name and mailing address**<br>**Cold Spring Energy LLC**<br>**Terry L. Pecora Sole Member**<br>**6 Spring Street**<br>**Cold Spring Harbor, NY 11724**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Cash Call Advance__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,986.68** |
| 3.320 | **Nonpriority creditor's name and mailing address**<br>**Cole McDonald Roach**<br>**250 Heimer Road Apt. 806**<br>**San Antonio, TX 78232**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Revenue__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3.00** |
| 3.321 | **Nonpriority creditor's name and mailing address**<br>**Coleen G. Coffey**<br>**1500 Royal Crest No. 255**<br>**Austin, TX 78741**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Revenue__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1.00** |
| 3.322 | **Nonpriority creditor's name and mailing address**<br>**Complete Environmental & Remediation Co.**<br>**P.O. Box 1079**<br>**Waynesboro, MS 39367**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$34,473.11** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.323** | Nonpriority creditor's name and mailing address
**Compliance Assurance Associates**
**682 Orvil Smith Road**
**Harvest, AL 35749**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,000.00**

---

**3.324** | Nonpriority creditor's name and mailing address
**Compression Controls & Rentals, LLC**
**5797 FM 2011**
**Longview, TX 75603**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$22,382.91**

---

**3.325** | Nonpriority creditor's name and mailing address
**Comstock Oil & Gas LLC**
**5300 Town and Country Blvd., Ste. 500**
**Frisco, TX 75034**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$715.00**

---

**3.326** | Nonpriority creditor's name and mailing address
**Comstock Oil & Gas-LA., LLC**
**5300 Town & Country Blvd.**
**Suite 500**
**Frisco, TX 75034**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$165.00**

---

**3.327** | Nonpriority creditor's name and mailing address
**Conecuh County Circuit Clerk**
**David Jackson, Clerk of Court**
**111 Court Street, RM 203**
**Evergreen, AL 36401**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$2,510.00**

---

**3.328** | Nonpriority creditor's name and mailing address
**Consolidated Electrical Distributors, In**
**CED Credit Office**
**P.O. Box 207088**
**Dallas, TX 75320-7088**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$71,407.27**

---

**3.329** | Nonpriority creditor's name and mailing address
**Constance M. Holmes Hale**
**215 Washington Street**
**Cantonment, FL 32533**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.330** | Nonpriority creditor's name and mailing address
**Copeland, Kenny**
**1821 Bayou Bend Drive**
**Bossier City, LA 71111**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$1,847.10

---

**3.331** | Nonpriority creditor's name and mailing address
**Counterpoint Consulting, LLC**
**17020 Preston Bend Drive**
**Dallas, TX 75248**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$7,500.00

---

**3.332** | Nonpriority creditor's name and mailing address
**County Royalty Acquisition Program Inc.**
**d/b/a Smith County Royalty Company Inc.**
**P.O. Box 25163**
**Dallas, TX 75225**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$26.00

---

**3.333** | Nonpriority creditor's name and mailing address
**Coy Edward & Bertha M. Johnson**
**Life Estate**
**1700 West Seventh Street**
**Tyler, TX 75701**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$2.00

---

**3.334** | Nonpriority creditor's name and mailing address
**Craft Exploration Company L.L.C.**
**P.O. Box 2430**
**Madison, MS 39130**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

$2,433.01

---

**3.335** | Nonpriority creditor's name and mailing address
**Craft Exploration Company L.L.C.**
**P.O. Box 2430**
**Madison, MS 39130**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$18,715.00

---

**3.336** | Nonpriority creditor's name and mailing address
**Craft Operating XXXV, LLC**
**125 Bradshaw Crossing**
**Canton, MS 39046**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

$6,045.94

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.337** | Nonpriority creditor's name and mailing address

**Craig Bohuslav**
P.O. Box 691
Atlanta, TX 75551

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

**$21.00**

---

**3.338** | Nonpriority creditor's name and mailing address

**Craig C. Barclay**
10857 Sunrise Point
Shreveport, LA 71106

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

**$146.00**

---

**3.339** | Nonpriority creditor's name and mailing address

**Crain Energy, Ltd.**
P.O. Box 2146
Longview, TX 75606

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

**$6,076.00**

---

**3.340** | Nonpriority creditor's name and mailing address

**Crain II Oil & Gas Ltd.**
P.O. Box 2146
Longview, TX 75606

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

**$186.00**

---

**3.341** | Nonpriority creditor's name and mailing address

**Cricket Production LP**
P.O. Box 3098
Flint, TX 75762

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

**$60.00**

---

**3.342** | Nonpriority creditor's name and mailing address

**Crow Partners, Ltd.**
P.O. Box 540988
Houston, TX 77254-0988

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No  ☐ Yes

**$216.00**

---

**3.343** | Nonpriority creditor's name and mailing address

**Crowley Fleck PLLP**
P.O. Box 30441
Billings, MT 59107

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No  ☐ Yes

**$22,336.50**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.00 |
|---|---|---|---|

**Crystal Hill**
3226 Wabash Ave.
Kansas City, MO 64109

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.00 |
|---|---|---|---|

**Crystal Renee Stanley**
6799 Cedar Ridge Circle
Milton, FL 32570-3660

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,140.00 |
|---|---|---|---|

**CSI Compressco Operating, LLC**
**CSI Compressco Sub, Inc.**
P.O. Box 840082
Dallas, TX 75284-0082

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,044.00 |
|---|---|---|---|

**CSX Tranportation, Inc.**
500 Water Street, J180
Jacksonville, FL 32202

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,035.17 |
|---|---|---|---|

**CTM 2005, Ltd.**
Attn: Charles T. McCord, III
55 Waugh Drive #515
Houston, TX 77007

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,729.00 |
|---|---|---|---|

**CTM 2005, Ltd.**
Attn: Charles T. McCord, III
55 Waugh Drive #515
Houston, TX 77007

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.92 |
|---|---|---|---|

**Culkin Water District**
2681 Sherman Avenue
Vicksburg, MS 39180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.351** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$235.00**

**Curt Schommer**
**357 Castile Lane**
**Turlock, CA 95382**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Curtis Judgeware**
**1569 Mt Sinai Rd**
**Hanesville, LA 71038**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.353** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17.00**

**Curtis Murphy Sr.**
**5515 Hwy. 371**
**Heflin, LA 71039**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.354** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00**

**Cynthia Brooks**
**28160 Country Road #6**
**Evergreen, AL 36401**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.355** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00**

**Cynthia Grasty**
**1624 Ulster Drive**
**Elizabeth City, NC 27909**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.356** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00**

**Cynthia K. Cox**
**6427 Hurst**
**Amarillo, TX 79109**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.357** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

**Cynthia Leigh Shaffer Barry**
**1501 Alice Drive**
**Lafayette, LA 70503**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28.00** |
|---|---|---|---|

**Cynthia Stroud Synnott**
**11919 Broken Bough**
**Houston, TX 77024**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8.00** |
|---|---|---|---|

**Cynthia Williams**
**1660 Riva Ridge Drive**
**Mansfield, OH 44904**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,397.80** |
|---|---|---|---|

**D & M Drilling Fluids, Inc.**
**P.O. Box 579**
**Jay, FL 32565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13.00** |
|---|---|---|---|

**D. C. Water**
**Address Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2.04** |
|---|---|---|---|

**D. Leigh McMillan III**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$313.00** |
|---|---|---|---|

**D. W. Warren**
**285 County Road 3216**
**Tyler, TX 75705-4991**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$376.00** |
|---|---|---|---|

**D.M. Alpha, Inc.**
**Dennis Mitchell**
**P.O. Box 711**
**Yankton, SD 57078**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.365 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$842.93** |
|---|---|---|---|

**Daboil Resources, LC**
**David A Barlow, Member**
**321 Paseo Encinal Street**
**San Antonio, TX 78212**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.366 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$630.00** |
|---|---|---|---|

**Daboil Resources, LC**
**David A Barlow, Member**
**321 Paseo Encinal Street**
**San Antonio, TX 78212**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.367 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12.00** |
|---|---|---|---|

**Dale B. Blair**
**and Martha R. Blair**
**68 Gum Tree Lane**
**Brewton, AL 36426**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.368 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$36.00** |
|---|---|---|---|

**Damon Deas**
**525 Third Street North**
**Unit #511**
**Jacksonville Beach, FL 32250**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.369 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$34.00** |
|---|---|---|---|

**Daniel E. Dearman**
**3138 Hidden Haven South**
**San Antonio, TX 78261**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.370 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2.00** |
|---|---|---|---|

**Daniel H. Cox**
**916 Forrest Heights Dr. SE**
**Huntsville, AL 35802**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.371 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2.05** |
|---|---|---|---|

**Daniel W. McMillan**
**P.O. Box 867**
**Brewton, AL 36427**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.00 |
|---|---|---|---|

**Daniel W. McMillan**
P.O. Box 867
Brewton, AL 36427

Date(s) debt was incurred ___

Last 4 digits of account number ___

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Danny Earl Ford**
Rt 3 Box 1235 AA
Tyler, TX 75705

Date(s) debt was incurred ___

Last 4 digits of account number ___

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☐ No ☑ Yes

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,073.93 |
|---|---|---|---|

**Darby's Welding & Machine, LLC**
**Tailwinds Loenbro Holdings, Inc.**
78 48th Avenue SW
Dickinson, ND 58601

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.00 |
|---|---|---|---|

**Darell Rushton**
8341 Ranger Drive
Pensacola, FL 32534

Date(s) debt was incurred ___

Last 4 digits of account number ___

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,245.00 |
|---|---|---|---|

**Darlene K. Hall**
6121 Fern Aven. Unit 117
Shreveport, LA 71105-4167

Date(s) debt was incurred ___

Last 4 digits of account number ___

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Darrell D. Ford Estate**
**Clemestine Ford Houston, Guardian**
501 SW 75th Street # H4
Gainesville, FL 32607-1739

Date(s) debt was incurred ___

Last 4 digits of account number ___

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☐ No ☑ Yes

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**Darrell Preston Brannon**
1129 Woods Ave
Norman, OK 73069

Date(s) debt was incurred ___

Last 4 digits of account number ___

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5.00** |
|---|---|---|---|
| | **Darren Warren** | ■ Contingent | |
| | **831 Coronado Center Drive #24202** | ■ Unliquidated | |
| | **Henderson, NV 89052** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:**  Revenue | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.380 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6.00** |
|---|---|---|---|
| | **David Bissmeyer** | ■ Contingent | |
| | **1426 Tascosa Court** | ■ Unliquidated | |
| | **Allen, TX 75103** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:**  Revenue | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.381 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9.00** |
|---|---|---|---|
| | **David Blacksher Key** | ■ Contingent | |
| | **11564 Champion Road** | ■ Unliquidated | |
| | **Fairhope, AL 36532** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:**  Revenue | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.382 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2.00** |
|---|---|---|---|
| | **David Brye** | ■ Contingent | |
| | **2600 West Michigan Ave, Lot #10D** | ■ Unliquidated | |
| | **Pensacola, FL 32526** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:**  Revenue | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.383 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$313.00** |
|---|---|---|---|
| | **David Carl Deutsch** | ■ Contingent | |
| | **430 William D. Fitch** | ■ Unliquidated | |
| | **College Station, TX 77845** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:**  Revenue | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.384 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$41.00** |
|---|---|---|---|
| | **David Carter** | ■ Contingent | |
| | **3793 FM 1844** | ■ Unliquidated | |
| | **Gladewater, TX 75647** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:**  Revenue | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.385 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17.00** |
|---|---|---|---|
| | **David Johnson** | ■ Contingent | |
| | **2539 N. Point Pleasant Rd.** | ■ Unliquidated | |
| | **Gladewater, TX 75647-5854** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:**  Revenue | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$220.00** |
|---|---|---|---|

**David W. Shaw**
**1307 Chimney Springs Drive, SE**
**Huntsville, AL 35803**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23.00** |
|---|---|---|---|

**Davis Craig Henderson**
**1004 W. 7th Street**
**Tyler, TX 75701-3941**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,707.00** |
|---|---|---|---|

**Davis Hot Shot Service, LLC**
**4967 Highway 84**
**Waynesboro, MS 39367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2.00** |
|---|---|---|---|

**Dawn Y. Leatherwood**
**PO Box 165**
**Calion, AR 71724**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,529.23** |
|---|---|---|---|

**DBC Resources II LP**
**PO Box 670725**
**Dallas, TX 75367**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,318.00** |
|---|---|---|---|

**DBC Resources II LP**
**PO Box 670725**
**Dallas, TX 75367**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,302.14** |
|---|---|---|---|

**DBC Resources LP**
**PO Box 670725**
**Dallas, TX 75367**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$78,920.00** |
|---|---|---|---|
| | **DBC Resources LP**<br>**PO Box 670725**<br>**Dallas, TX 75367** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: **Revenue** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,312.39** |
|---|---|---|---|
| | **DCOD LLC**<br>**C/o Warren Clark Development**<br>**16390 Addison Road**<br>**Addison, TX 75001** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: **Cash Call Advance** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$73,790.00** |
|---|---|---|---|
| | **DCOD LLC**<br>**C/o Warren Clark Development**<br>**16390 Addison Road**<br>**Addison, TX 75001** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: **Revenue** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2.00** |
|---|---|---|---|
| | **De Compiegne Property Company**<br>**No. 20 LTD.**<br>**P.O. Box 1071**<br>**Midland, TX 79702** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: **Revenue** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36.00** |
|---|---|---|---|
| | **Dean Deas**<br>**432 Jimmy Ramey Road**<br>**Waynesboro, MS 39367** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: **Revenue** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36.00** |
|---|---|---|---|
| | **Deanna Deas Shepard**<br>**521 Boyles Rd**<br>**Waynesboro, MS 39367** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: **Revenue** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|
| | **Deanna Smith**<br>**1145 East 84th Street**<br>**Los Angeles, CA 90001** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: **Revenue** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$220.00** |
|---|---|---|---|

**Debbie H. Harbin**
**Jerry W. Allen**
**1929 Hwy. 180**
**Gulf Shores, AL 36542**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18.00** |
|---|---|---|---|

**Deborah Lynn Fults**
**210 SW Mood Street**
**Burleson, TX 76028**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Debra Ann Law**
**100 W. P. Court**
**Castleberry, AL 36432**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21.00** |
|---|---|---|---|

**Debra Ann Lemenager**
**7461 Lemenager Road**
**Sutter, CA 95982**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21.00** |
|---|---|---|---|

**Decatur Mineral Partners, Ltd.**
**Attn: Jeff C. Rea**
**P.O. Box 12167**
**Dallas, TX 75225**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,249.00** |
|---|---|---|---|

**DEDE LLC**
**4450 Old Canton Road, Ste. 203**
**Jackson, MS 39211**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,123.90** |
|---|---|---|---|

**Deepwell Energy Services, LLC**
**Department #0944**
**P.O. Box 1000**
**Memphis, TN 38148-0944**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|

**Delario M. Jackson**
**16922 Highway 9**
**Athens, LA 71003**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $306.00 |
|---|---|---|---|

**Delores Hill Powell**
**3226 Wabash Ave.**
**Kansas City, MO 64109**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.13 |
|---|---|---|---|

**Delta S Ventures LP**
**615 Longview Drive**
**Sugar Land, TX 77478**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $692.00 |
|---|---|---|---|

**Delta S Ventures LP**
**615 Longview Drive**
**Sugar Land, TX 77478**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Delton McKay Ford**
**Rt 3 Box 930**
**Tyler, TX 75705**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $145.00 |
|---|---|---|---|

**Demetrius Walker**
**10057 Malmsbury Road**
**Orlando, FL 32829-7249**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Dempsey Odell & Mary Johnson**
**102 Nunn Avenue Rt 2**
**Whitehouse, TX 75791**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |
|---|---|---|---|

**Dennis Franklin**
**426 Colt Circle**
**Clinton, PA 15026**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |
|---|---|---|---|

**Denoy Brye**
**3109 Southwood Drive**
**Racine, WI 53406**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,922.30 |
|---|---|---|---|

**Derrick Corporation**
**590 Duke Road**
**Buffalo, NY 14225**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Dewitt L. Kelley**
**328 East 122nd Street**
**Los Angeles, CA 90061**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Diana Smith**
**2101 E. Avenue J8 Apt. 2**
**Lancaster, CA 93535**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.00 |
|---|---|---|---|

**Diana Tait Blake**
**2767 County Road 23**
**Camden, AL 36726**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Diane Nichols Rogers**
**103 Weakefield Drive**
**Campbellsville, KY 42718**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,290.14 |
|---|---|---|---|

**Dickson Oil & Gas, LLC**
c/o C. Bickham Dickson, III, Manager
P.O. Box 52479
Shreveport, LA 71135

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,219.00 |
|---|---|---|---|

**Dickson Oil & Gas, LLC**
c/o C. Bickham Dickson, III, Manager
P.O. Box 52479
Shreveport, LA 71135

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.54 |
|---|---|---|---|

**Dolkas Investments LP**
100 Bush Street, Ste #550
San Francisco, CA 94104

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $257.00 |
|---|---|---|---|

**Dolkas Investments LP**
100 Bush Street, Ste #550
San Francisco, CA 94104

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,599.00 |
|---|---|---|---|

**Don B. Saunders Trust**
Trustee: Don B. Saunders
340 Cherokee Ln
Winter Park, FL 32789

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.00 |
|---|---|---|---|

**Don Sullivan**
Sue Ellen Sulllivan
PO Box 271
Mize, MS 39116

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Donald Edward Conrad**
P. O. Box 177
Groom, TX 79309

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Donald R. Kirksey &**
**Kimberly Kirksey**
**16 Robinson  Cemetery Lane**
**Evergreen, AL 36401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.00 |
|---|---|---|---|

**Donald W. Williams**
**7290 Frank Reeder Road**
**Pensacola, FL 32526**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**Donald Wayne Corbin &**
**Patricia Ann Corbin**
**2174 Bridges Road**
**Arcadia, LA 71001**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Donetta Beckum**
**1753 Scottdale Road**
**Beaumont, CA 92223**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**Donia Beth Shaffer Groff**
**3125 North East Brazee Street**
**Portland, OR 97212**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Donna E. Johnson**
**1354 Mazurek Blvd**
**Pensacola, FL 32514**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Donna O'Brien Eaves**
**PO Box 50605**
**Amarillo, TX 79124**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.435 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |
|---|---|---|---|

**Donnell Warren**
**5001 Highway 210 North Lot No. 3**
**Spring Lake, NC 28390**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8.00** |
|---|---|---|---|

**Dora Gaines Chester**
**1314 McKenzie**
**Dallas, TX 75223**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12.00** |
|---|---|---|---|

**Dorchester Royalty Corp.**
**Attn: Mary M. Campbell**
**P.O. Box 6332**
**Corpus Christi, TX 78466**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$116.00** |
|---|---|---|---|

**Doris Verna Atwood, deceased**
**14 Wild Good Lane**
**Narragansett, RI 02882**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.439 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5.00** |
|---|---|---|---|

**Dorothea Janet Fitten**
**7 Viper Court**
**Hampton, VA 23666**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16.00** |
|---|---|---|---|

**Dorothy Ann Shaffer Cathey**
**Al G. Cathey**
**1793 Bridges Rd**
**Athens, LA 71003**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22.00** |
|---|---|---|---|

**Dorothy Bradley**
**740 Spring Hill Road**
**Evergreen, AL 36401**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11.00** |
|---|---|---|---|

**Dorothy Jean Cook**
**807 N. 61st Street**
**Pensacola, FL 32506**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$581.00** |
|---|---|---|---|

**Dorothy Jones Gates Rev. Trust**
**3640 Stratford Way**
**Birmingham, AL 35242**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,742.00** |
|---|---|---|---|

**Dorothy M. Harris**
**9661 Wallace Lake Rd**
**Shreveport, LA 71106**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,596.00** |
|---|---|---|---|

**Dorothy McLeod Bell Revocable**
**Living Trust**
**8786 Club Lake**
**Memphis, TN 38125**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$293.97** |
|---|---|---|---|

**Double D Dynamics**
**David Denkeler**
**P.O. Box 568**
**Judson, TX 75660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$154.58** |
|---|---|---|---|

**DoublePine Investments, Ltd.**
**4851 LBJ Freeway, Suite 210**
**Dallas, TX 75244**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,074.00** |
|---|---|---|---|

**DoublePine Investments, Ltd.**
**4851 LBJ Freeway, Suite 210**
**Dallas, TX 75244**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

**3.449**

Nonpriority creditor's name and mailing address

**Douglas Oneal Rudolph**
809 North Old Corry Field Road Apt C
Pensacola, FL 32506

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

**3.450**

Nonpriority creditor's name and mailing address

**Douglas Parking, LLC**
1330 Broadway
Suite 630
Oakland, CA 94612

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

**3.451**

Nonpriority creditor's name and mailing address

**Dr. Benton Hill Fatherree**
101 Bellemeade Trace
Clinton, MS 39056

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$8,229.00**

**3.452**

Nonpriority creditor's name and mailing address

**Drew R. Dufrain**
1266 Tate School Road
Pensacola, FL 32533

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$133.00**

**3.453**

Nonpriority creditor's name and mailing address

**Drilling Tools International, Inc.**
P.O. Box 677901
Dallas, TX 75267-7901

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,378.75**

**3.454**

Nonpriority creditor's name and mailing address

**Dunbar Investments**
P.O. Box 2621
Frisco, TX 75034

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$135.00**

**3.455**

Nonpriority creditor's name and mailing address

**Durlyn Yvonne Farish**
**Ralph Stevens Farish**
P.O. Box 561
Jay, FL 32565

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$4,275.00**

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,098.03 |
|---|---|---|---|

**Durrett Production Services**
P.O. Box 463
Arp, TX 75750

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Durwood L. Edwards**
5633 S. Yorktown Place
Tulsa, OK 74105

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.00 |
|---|---|---|---|

**DVJ Partnership**
c/o Jan Wallace Briscoe
2819 Long Lake Drive
Shreveport, LA 71106

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Dwan R. Ford**
Rt 3 Box 930
Tyler, TX 75704

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,785.37 |
|---|---|---|---|

**Eagle Express Hotshot Service LLC**
**(Jefcoat Inspection Service)**
P.O. Box 2082
Laurel, MS 39442-2082

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $401.00 |
|---|---|---|---|

**Eagle Oil & Gas Co**
Attn: BOKF WC-II
2525 Kell Blvd, Suite 510
Wichita Falls, TX 76308

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $663.00 |
|---|---|---|---|

**Earl Nix**
219 East Ferguson
Tyler, TX 75702

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**Earlene Samuel**
**767 Springhill Road**
**Evergreen, AL 36401**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5.00** |
|---|---|---|---|

**Earnestine Brackens**
**P.O. Box 342**
**Gibsland, LA 71028**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2.00** |
|---|---|---|---|

**Eartha Mae White Willis**
**1840 Alder Tree Way**
**Dacula, GA 30019**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3.00** |
|---|---|---|---|

**Easter Austin Gaines**
**Route 3 Box 182 C7**
**Kilgore, TX 75662**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$259,060.88** |
|---|---|---|---|

**Eastern Fishing & Rental Tools, Inc.**
**P.O. Box 292**
**Laurel, MS 39441**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31.14** |
|---|---|---|---|

**Eaton Finance Corp.**
**7302 Rustling Oaks Drive**
**Richmond, TX 77469**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,563.00** |
|---|---|---|---|

**Eaton Finance Corp.**
**7302 Rustling Oaks Drive**
**Richmond, TX 77469**

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.470** | Nonpriority creditor's name and mailing address

**ECS Enterprise Computing Services, LLC**
**347 Bert Kouns Industrial Loop**
**Shreveport, LA 71106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$49,900.55**

---

**3.471** | Nonpriority creditor's name and mailing address

**Ed L. Dunn**
**P.O. Box 94**
**Milton, FL 32572**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$51.55**

---

**3.472** | Nonpriority creditor's name and mailing address

**Ed L. Dunn**
**P.O. Box 94**
**Milton, FL 32572**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$2,621.00**

---

**3.473** | Nonpriority creditor's name and mailing address

**Ed Leigh McMillan Trust**
**P.O. Box 867**
**Brewton, AL 36427**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

**3.474** | Nonpriority creditor's name and mailing address

**Ed Leigh McMillan, III**
**PO Box 867**
**Brewton, AL 36427**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$2.04**

---

**3.475** | Nonpriority creditor's name and mailing address

**Ed Leigh McMillan, III**
**PO Box 867**
**Brewton, AL 36427**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$136.00**

---

**3.476** | Nonpriority creditor's name and mailing address

**Eddie Joe Williams**
**1808 SE 12 Street**
**Moore, OK 73160-8358**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18.00** |
|---|---|---|---|

**Edker Lee Dyer**
**405 Oak St Apt 42-G**
**Lawrenceburg, TN 38464**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
|---|---|---|---|

**Edna L. Williams Miller**
**c/o Roberta L. Miller**
**1509 N. Main Street**
**Temple, TX 76501**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$380.00** |
|---|---|---|---|

**Educational Advancement Foundation**
**327 Congress Ave., Suite 500**
**Austin, TX 78701**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**Edward F. Rod Jr.**
**2735 Red Pine Circle**
**Kountze, TX 77625**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17.09** |
|---|---|---|---|

**Edward L. Yarbrough, Jr.**
**PO Box 11**
**Belcher, LA 71004-0011**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,315.00** |
|---|---|---|---|

**Edward L. Yarbrough, Jr.**
**PO Box 11**
**Belcher, LA 71004-0011**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4.00** |
|---|---|---|---|

**Edwin R. Axberg**
**1404 Ruth Drive**
**Longview, TX 75601**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.484** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19.00**

Edwin Sanford, III
109 Dozier St
Wetumpka, AL 36092

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.485** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3.00**

Edwin Taylor
PO Box 112
Atlanta, TX 75551-0112

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.486** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$293.00**

Efraim Brody
310 NW 171 Street
Miami, FL 33169

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.487** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,584.05**

Eiche, Mapes and Company, Inc.
P.O. Box 7992
Tyler, TX 75711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.488** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$91.00**

El Dorado Gulf Coast Production, LLC
P.O. Box 195868
Dallas, TX 75219

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.489** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,107.00**

El Energy Ltd. LLP
3800 Paluxy Drive, Suite 132
Tyler, TX 75703

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.490** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,445.00**

Elana Oil & Gas Co.
401 N. Market Street
Suite 500
Shreveport, LA 71101

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.491** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26.25**

**ELBA Exploration LLC**
**PO Box 807**
**Milton, FL 32572**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.492** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,223.00**

**ELBA Exploration LLC**
**PO Box 807**
**Milton, FL 32572**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.493** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.24**

**Eldorado Artesian Springs**
**1783 Dogwood Street**
**Louisville, CO 80027**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.494** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Eldred Cotton III**
**17402 FM 2767**
**Tyler, TX 75705**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.495** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00**

**Eleanor Brock Ilfrey**
**15600 Barkers Landing Road No. 12**
**Houston, TX 77079**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.496** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00**

**Eleanor C. Davidson**
**193 Riverview Drive**
**Newcastle, DE 19720**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.497** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00**

**Eleanor Malone**
**27 Crows Nest Lane**
**Unit 6B**
**Danbury, CT 06810**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|---|

**Eleanor McCallister**
**427 Cleveland Avenue Westview**
**Newport, DE 19804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
|---|---|---|---|

**Elena A. Cross**
**221 Evergreen Lane**
**Middleburg, FL 32068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |
|---|---|---|---|

**Elizabeth Blair Johansen**
**106 Bluebonnett Lane, Unit #5**
**Scott Valley, CA 95066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|

**Elizabeth Cash**
**Woodmill Apartments**
**Apartment C-25**
**Dover, DE 19901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |
|---|---|---|---|

**Elizabeth Karkosky**
**6806 SW Capitol Hwy #3**
**Portland, OR 97219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.00 |
|---|---|---|---|

**Elizabeth Murray Key Anderton**
**367 Azalea St**
**Fairhope, AL 36532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.00 |
|---|---|---|---|

**Elizabeth Penn**
**7526 Brykerwoods Dr.**
**Houston, TX 77055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00** |
|---|---|---|---|

**Elizabeth Wadsworth Neill**
**41 Rocky Hill Road**
**Hadley, MA 01035**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.00** |
|---|---|---|---|

**Ella Lorraine Anderson**
**929 Coury Road, Apt. 3**
**Fort Worth, TX 76140-4341**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Ella Ruth Holmes Gant**
**P.O. Box 10766**
**Pensacola, FL 32524**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Elliott Fleishman**
**834 Brookhurst Dr**
**Dallas, TX 75218**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00** |
|---|---|---|---|

**Elois Boykin**
**361 Bruner Avenue**
**Evergreen, AL 36401**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Elsie Ransom Neal**
**4528 Woodhollow**
**Apartment 307**
**Dallas, TX 75209**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76.00** |
|---|---|---|---|

**Elsie V. Parish**
**2501 Logans Pointe Drive #2501**
**Mt. Vernon, TX 75457**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.00 |
|---|---|---|---|

**Elvira McMillan Mannelly**
**4320 Club Drive NE**
**Atlanta, GA 30319**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Revenue 

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,354.00 |
|---|---|---|---|

**Embayment Production, LLC**
**P.O. Box 187**
**Jackson, MS 39205-0187**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Revenue 

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Emily L Ford**
**154 Cedar Lane**
**Delhi, LA 71232**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Revenue 

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.00 |
|---|---|---|---|

**Emily W. Meyer**
**802 Old Rocky Ridge Lane**
**Birmingham, AL 35216**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Revenue 

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|

**EMVCO, Inc.**
**P. O. Box 16351**
**Jackson, MS 39236**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Revenue 

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,621.45 |
|---|---|---|---|

**Engineering Service**
**M&G Enterprises, Inc.**
**P.O. Box 180429**
**Richland, MS 39218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Trade Debt 

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Eric Bryant**
**10941 Atkinson Avenue**
**Inglewood, CA 90303**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Revenue 

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.519**

**Nonpriority creditor's name and mailing address**
**Eric Earl Samuel**
**2500 Boddie Lane**
**Apt #H103**
**Gulf Shores, AL 36542**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.520**

**Nonpriority creditor's name and mailing address**
**Erin Rahaim**
**213 Kathleen Court**
**Clarksville, TN 37043**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$1,887.00**

---

**3.521**

**Nonpriority creditor's name and mailing address**
**Ernest A. Smith, Sr.**
**& Nettie L. Smith**
**100 Riverbend Ave**
**Vidalia, LA 71373**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

**3.522**

**Nonpriority creditor's name and mailing address**
**Escambia River Electric Cooperative**
**P.O. Box 428**
**Jay, FL 32565**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$234.32**

---

**3.523**

**Nonpriority creditor's name and mailing address**
**Essie V. Mauldin**
**c/o Tyler Bank & Trust**
**P.O. Box 2020**
**Tyler, TX 75710**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$21.00**

---

**3.524**

**Nonpriority creditor's name and mailing address**
**Estate of Abbie Morris**
**2401 South 20th Street**
**Broadview, IL 60155**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$33.00**

---

**3.525**

**Nonpriority creditor's name and mailing address**
**Estate of Allen G. Williams**
**2230 Littlemore Drive**
**Cardova, TN 38016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $650.00 |
|---|---|---|---|

**Estate of Beulah Jones**
558 English Street
Mobile, AL 36603

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Revenue**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,199.00 |
|---|---|---|---|

**Estate of Bruce E. Bryant**
646 Howland Drive, Apt 4
Inglewood, CA 90301

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Revenue**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $117.00 |
|---|---|---|---|

**Estate of Carolyn Ann Bush**
956 Morgan Bluff Road
Pearl River, LA 70452

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Revenue**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
|---|---|---|---|

**Estate of Dorothy B. Byrd**
501 Cedar Avenue
Mobile, AL 36603

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Revenue**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $586.00 |
|---|---|---|---|

**Estate of Ed Leigh McMillan, II**
P.O. Box 867
Brewton, AL 36427

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Revenue**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46.00 |
|---|---|---|---|

**Estate of James C. Roby**
535 Childers Street
Pensacola, FL 32534

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Revenue**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43.00 |
|---|---|---|---|

**Estate of John R. Downing, Jr.**
P.O. Box 5765
Richardson, TX 75083

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Revenue**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.533** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,359.00**

**Estate of Louise Ware**
**c/o Steven Louis Ware, Personal Rep.**
**1320 German St**
**Pensacola, FL 32534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.534** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,539.00**

**Estate of Mary Covington**
**455 Sycamore Circle**
**Evergreen, AL 36401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.535** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$88.00**

**Estate of Mittie Towne Warren**
**c/o Jimmy Nelson Kendrick, Jr., Executor**
**2011 Tallulah Ridge**
**Hattiesburg, MS 39402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.536** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00**

**Estate of Narvie Brye, Deceased**
**c/o Sheila Evans Brye**
**616 Lamb Avenue**
**Whistler, AL 36612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.537** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,596.00**

**Estate of Patricia Hubbard McLeod**
**890 Windalier Lane**
**Winston Salem, NC 27106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.538** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$272.00**

**Estate of Rhondos C. Brye**
**851 Cheatham Road**
**Griffin, GA 30223-6242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.539** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.00**

**Estate of Robert B. Beall, Deceased**
**c/o Jessie W. Beall Myers**
**1116 Gerrits Landing**
**Brandon, MS 03904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,723.00** |
|---|---|---|---|

**Estate of Shirley Martin Mayhall**
**4055 Tucker Rd**
**Vicksburg, MS 39183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$78.00** |
|---|---|---|---|

**Estate of Tom Dan Gidden**
**c/o Christy Lynn Gidden, Adminstratrix**
**1502 Pine Ridge Street**
**Longview, TX 75604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,716.00** |
|---|---|---|---|

**Estate of Walter Wayne Dammier**
**c/o Benjamin Blackburn, Executor**
**1106 San Antonio Street**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$70.00** |
|---|---|---|---|

**Estate of Wolfe E. Rudman**
**c/o R. Hiram Lucius**
**5910 North Central Expressway**
**Ste 1662**
**Dallas, TX 75206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2.00** |
|---|---|---|---|

**Ethel F. Belcher**
**3401 West 41st**
**Los Angeles, CA 90008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23.00** |
|---|---|---|---|

**Eugene J. Brye, Sr.**
**PO Box 253**
**Evergreen, AL 36481-3316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26.00** |
|---|---|---|---|

**Eulis Brye**
**126 Peach Tree Drive**
**Evergreen, AL 36401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

**3.547**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,406.00 |
|---|---|---|
| **Eveline R. Nobley**<br>**2611 Wildwood St**<br>**New Caney, TX 77357** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Revenue** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.548**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|
| **Evelyn Louise Conrad King**<br>**7100 Gainsborough**<br>**Amarillo, TX 79106** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Revenue** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.549**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|
| **Evelyn Tims Key**<br>**7708 Black Bear Court**<br>**Fort Worth, TX 76137** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Revenue** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.550**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,618.65 |
|---|---|---|
| **Evergreen Concrete Company, Inc.**<br>**150 Owassa Road**<br>**Evergreen, AL 36401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Trade Debt** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.551**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Exigent Information Solutions**<br>**8310 South Valley**<br>**Englewood, CO 80112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Trade Debt** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.552**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,530.85 |
|---|---|---|
| **Ezzie's Wholesale, Inc.**<br>**P.O. Box 1770**<br>**Malta, MT 59538** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Trade Debt** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.553**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.00 |
|---|---|---|
| **Fair Oil, Ltd.**<br>**Attn: John R. Garrett**<br>**225 South College Ave**<br>**P.O. Box 689**<br>**Tyler, TX 75702** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Revenue** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36.00** |
|---|---|---|---|

**Falon Deas Stephenson**
1630 Highway 29 North
Ellisville, MS 39437

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$330,017.99** |
|---|---|---|---|

**Fant Energy Limited**
P.O. Box 55205
Houston, TX 77255

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$404,896.00** |
|---|---|---|---|

**Fant Energy Limited**
P.O. Box 55205
Houston, TX 77255

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$765.00** |
|---|---|---|---|

**Fatherree Family Limited Partnership**
Jeff Fatherree, GP
5111 Heatherton Drive
Jackson, MS 39211

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4.00** |
|---|---|---|---|

**Fay Park Jordan**
4606 Cherry Tree Terrace
Montgomery, AL 36106

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$79.90** |
|---|---|---|---|

**FedEx**
P.O. Box 660481
Dallas, TX 75266-0481

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3.00** |
|---|---|---|---|

**Felita Fay Hill**
704 Hanley Downs Drive
Cantonment, FL 32533

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|--------|-----------------------------------|------------------------|------------------|
|        | Name                              |                        |                  |

---

**3.561** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$62.00**

**Felton A. Brye**
**348 Cheri Place**
**Jonesboro, GA 30238**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.562** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2.00**

**Fertia Warren, Jr.**
**204 Whitehorn Drive**
**Modesto, CA 95354**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.563** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$209.87**

**Fiddler Investments**
**PO Box 708**
**Addison, TX 75001**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.564** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,976.00**

**Fiddler Investments**
**PO Box 708**
**Addison, TX 75001**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.565** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$625.00**

**Fisher Exploration, L.L.C.**
**c/o Hummingbird, King and Butler, CPA's**
**330 Marshall Street, Suite 600**
**Shreveport, LA 71101**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.566** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3.00**

**Flemme Brown**
**1234 McAllister**
**Apartment 3**
**San Francisco, CA 94115**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.567** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$240.14**

**Fletcher Exploration, LLC**
**PO Box 2147**
**Fairhope, AL 36533-2147**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

**3.568** Nonpriority creditor's name and mailing address

**Fletcher Exploration, LLC**
**PO Box 2147**
**Fairhope, AL 36533-2147**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$11,108.00**

---

**3.569** Nonpriority creditor's name and mailing address

**Fletcher Petroleum Co., LLC**
**P.O. Box 2147**
**Fairhope, AL 36533**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$7,752.45**

---

**3.570** Nonpriority creditor's name and mailing address

**Fletcher Petroleum Company, LLC**
**PO Box 2147**
**Fairhope, AL 36533-2147**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

**$44.44**

---

**3.571** Nonpriority creditor's name and mailing address

**Fletcher Petroleum Company, LLC**
**PO Box 2147**
**Fairhope, AL 36533-2147**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$3,876.00**

---

**3.572** Nonpriority creditor's name and mailing address

**Flexjet, LLC**
**Epic Aero, Inc.**
**P.O. Box 677207**
**Dallas, TX 75267-7207**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$118,588.39**

---

**3.573** Nonpriority creditor's name and mailing address

**Florence Lavada Williams**
**1985 Bradbury Dr East**
**Mobile, AL 36695**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$1,318.00**

---

**3.574** Nonpriority creditor's name and mailing address

**Florsheim Production Company**
**16800 N. Dallas Parkway**
**Suite 240**
**Dallas, TX 75248**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$796.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.575 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$163.00** |
|---|---|---|---|

**Flow Specialties, Inc.**
**1262 Grimmett Drive**
**Shreveport, LA 71107**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.576 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,027.00** |
|---|---|---|---|

**Floyd Bryant Sr, Deceased**
**2014 14th Avenue**
**Oakland, CA 94606**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.577 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4.00** |
|---|---|---|---|

**Floyd Fredrick Bryant, Jr.**
**2014 14th Avenue**
**Oakland, CA 94606**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.578 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46.00** |
|---|---|---|---|

**Floyd Lestarjette Martin**
**P.O. Box 129**
**Gibsland, LA 71028**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,255.66** |
|---|---|---|---|

**Foote Oil & Gas Properties, LLC**
**P.O. Box 6418**
**Gulf Shores, AL 36547**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.580 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ford Motor Company**
**Ford Motor Credit Company, LLC**
**P.O. Box 650575**
**Dallas, TX 75265-0575**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.581 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,973.67** |
|---|---|---|---|

**FOS Engineering & Consulting, LLC**
**103 Machine Loop**
**Scott, LA 70583**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.582** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68.54**

**Four D LLC**
c/o R.E. Douglass
PO Box 2173
Durango, CO 81302-2173

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.583** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,132.00**

**Four D LLC**
c/o R.E. Douglass
PO Box 2173
Durango, CO 81302-2173

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.584** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$353,331.44**

**FPCC USA, Inc.**
245 Commerce Green Blvd, Ste 250
Sugar Land, TX 77478

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.585** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$176,356.00**

**FPCC USA, Inc.**
245 Commerce Green Blvd, Ste 250
Sugar Land, TX 77478

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.586** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17.00**

**Frances Johnson John**
216 Lawrence Street
Kilgore, TX 75662

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.587** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00**

**Frances Levine Schimmel**
P.O. Box 644
Bellaire, TX 77402

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.588** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

**Frances M. Fine**
P.O. Box 474
Andalusia, AL 36420

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.00 |
|---|---|---|---|

**Frances Taylor**
**322 East 73rd Street**
**Los Angeles, CA 90003**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,532.43 |
|---|---|---|---|

**Francis Bruce Hock**
**& Bettie Jean M. Hock**
**PO Box 670**
**Minden, LA 71055**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,559.00 |
|---|---|---|---|

**Francis Bruce Hock**
**& Bettie Jean M. Hock**
**PO Box 670**
**Minden, LA 71055**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,064.67 |
|---|---|---|---|

**Francis Lane Mitchell**
**PO Box 376**
**Shreveport, LA 71162**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,119.00 |
|---|---|---|---|

**Francis Lane Mitchell**
**PO Box 376**
**Shreveport, LA 71162**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.00 |
|---|---|---|---|

**Frank and Sara Dale Rev Trust**
**4835 S. Peoria Ave. Ste. 11**
**Tulsa, OK 74105**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,620.45 |
|---|---|---|---|

**Franks Exploration Co. LLC**
**PO Box 7665**
**Shreveport, LA 71137-7665**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,617.00** |
|---|---|---|---|

**Franks Exploration Co. LLC**
**PO Box 7665**
**Shreveport, LA 71137-7665**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35.00** |
|---|---|---|---|

**Fred L. Drakeford**
**& Vanessa Drakeford**
**957 Spring Hill Road**
**Evergreen, AL 36401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2.00** |
|---|---|---|---|

**Fred W. Shield & Company**
**PO Box 90627**
**San Antonio, TX 78209**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,916.00** |
|---|---|---|---|

**Frederick Charles Detro**
**200 Cherry Street**
**Thibodaux, LA 70301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,027.00** |
|---|---|---|---|

**Frederick M. Nicol**
**116 Royal Oaks Drive**
**Hoover, AL 35244**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**Frederick Samuel**
**941 Lynndale Lane**
**Birmingham, AL 35214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,053.17** |
|---|---|---|---|

**Fuelman**
**P.O. Box 70887**
**Charlotte, NC 28272-0887**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,123.10** |
|---|---|---|---|

**Full Throttle Energy Service, LLC**
**P.O. Box 536**
**Sandersville, MS 39477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$989.00** |
|---|---|---|---|

**Furrel Wilson Bailey**
**185 Lee Rd 497**
**Opelika, AL 36804**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.605 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$914.00** |
|---|---|---|---|

**G&H Production Company, LLC**
**Robert Groth**
**12803 Milwaukee Court**
**Thornton, CO 80241**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17.00** |
|---|---|---|---|

**Gardiner Royalty, LLC**
**P.O. Box 486**
**Laurel, MS 39441**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,191.82** |
|---|---|---|---|

**Gardner Energy Corporation**
**Attn: Nick Sacco**
**952 Echo Lane, Suite 315**
**Houston, TX 77024**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,112.00** |
|---|---|---|---|

**Gardner Energy Corporation**
**Attn: Nick Sacco**
**952 Echo Lane, Suite 315**
**Houston, TX 77024**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Gardner, Marie**
**5933 Stockwood Street**
**Bossier City, LA 71111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Employee**

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.610 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22.00** |
|---|---|---|---|
| | **Gary Ann Perryman**<br>**P.O. Box 503**<br>**Evergreen, AL 36401** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** Revenue | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.611 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
|---|---|---|---|
| | **Gary Bob Lewis**<br>**1209 Bomar Street**<br>**Houston, TX 77006** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** Revenue | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.612 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3.00** |
|---|---|---|---|
| | **Gary Elizabeth Edwards**<br>**438 Locust Ave SE**<br>**Huntsville, AL 35801** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** Revenue | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.613 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$284.00** |
|---|---|---|---|
| | **Gaston Oil Company**<br>**Attn: Robert S. Gaston**<br>**9306 Milbank**<br>**Shreveport, LA 71115** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** Cash Call Advance | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.614 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,621.00** |
|---|---|---|---|
| | **Gaston Oil Company**<br>**Attn: Robert S. Gaston**<br>**9306 Milbank**<br>**Shreveport, LA 71115** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** Revenue | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.615 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,641.82** |
|---|---|---|---|
| | **Gates Acquisition Synd. LLC**<br>**Attn: Ross P. Barrett**<br>**820 Garrett Drive**<br>**Bossier City, LA 71111** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** Cash Call Advance | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.616 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3.00** |
|---|---|---|---|
| | **Gates Acquisition Synd. LLC**<br>**Attn: Ross P. Barrett**<br>**820 Garrett Drive**<br>**Bossier City, LA 71111** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** Revenue | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$97,249.23** |
|---|---|---|---|

**Gateway Exploration, LLC**
**Attn: Jay Moffitt**
**3555 Timmons Lane, Suite 730**
**Houston, TX 77027**

�decimal Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,997.00** |
|---|---|---|---|

**Gateway Exploration, LLC**
**Attn: Jay Moffitt**
**3555 Timmons Lane, Suite 730**
**Houston, TX 77027**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,301.44** |
|---|---|---|---|

**GCREW Properties, LLC**
**Mr. George E. Jochetz, III**
**12323 Rip Van Winkle**
**Houston, TX 77024**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,225.00** |
|---|---|---|---|

**GCREW Properties, LLC**
**Mr. George E. Jochetz, III**
**12323 Rip Van Winkle**
**Houston, TX 77024**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$104,045.82** |
|---|---|---|---|

**GE Oil & Gas**
**P.O. Box 911776**
**Dallas, TX 75391-1776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$882.00** |
|---|---|---|---|

**Genco Transport, LLC**
**P.O. Box 481**
**Greenwood, LA 71033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60.00** |
|---|---|---|---|

**Gene Thrash**
**25 Highland Park Village #100-764**
**Dallas, TX 07520-5278**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.624 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,489.52** |
|---|---|---|---|

**Genesis Resources, LLC**
**4450 Old Canton Road, Ste 207**
**Jackson, MS 39211**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

**Basis for the claim:**  **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.625 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,996.00** |
|---|---|---|---|

**Genesis Resources, LLC**
**4450 Old Canton Road, Ste 207**
**Jackson, MS 39211**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.626 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$157.00** |
|---|---|---|---|

**George Bryant**
**460 Grand Avenue**
**Apt #404**
**Oakland, CA 94601**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.627 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64.00** |
|---|---|---|---|

**George D Hunt Residuary Trust**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.628 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**George Henry White**
**2535 Washington Street**
**Melbourne, FL 32904**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Georgiana S. Kremer**
**7 Edgewater**
**San Antonio, TX 78260**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,918.00** |
|---|---|---|---|

**Geotech Production, Inc.**
**7844 South Espana Way**
**Aurora, CO 80016**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19.00** |
|---|---|---|---|

**Gerald Edwin Hill**
1049 Roberta Drive
Murphysboro, IL 62966

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**Gerald S. Rod**
28132 Tambora
Canyon Country, CA 91351

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16.00** |
|---|---|---|---|

**Gerald W. Samuel**
2503 Blaydon Pointe NW
Kennesaw, GA 30152-5801

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2.00** |
|---|---|---|---|

**Geraldine White**
156 Wintonbury Avenue, Apt B209
Bloomfield, CT 06002

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,274.00** |
|---|---|---|---|

**Gerry Burford**
431 Clifton Street
Camden, AL 36726

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$970.00** |
|---|---|---|---|

**GHD Services, Inc.**
P.O. Box 392237
Pittsburgh, PA 15251-9237

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5.00** |
|---|---|---|---|

**Gillis E. Ralls, Sr.**
12364 Brooklyn Road
Evergreen, AL 36401

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41.00** |
|---|---|---|---|

**Gillis Edward Ralls, Jr.**
**561 County Road 8**
**Evergreen, AL 36401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |
|---|---|---|---|

**Ginger McWaters**
**1854 State Hwy FF**
**Sikeston, MO 63801**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.00** |
|---|---|---|---|

**Ginger Richardson**
**1811 Oak Crest Dr.**
**Marion, AL 36756**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Giselle Malone**
**1716 Dwight St**
**Springfield, MA 04407**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,599.00** |
|---|---|---|---|

**GJR Investments Inc.**
**304 Santiago Drive**
**Winter Park, FL 32789**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18.00** |
|---|---|---|---|

**Gladys K. Munoz**
**P.O. Box 22**
**Ethridge, TN 38456**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Glend Rae Franklin & Bertha M. Johnson**
**Life Estate Owner**
**1700 West Seventh Street**
**Tyler, TX 75701**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**Glenda T. Ingraham**
**802 N. 61st Ave**
**Pensacola, FL 32506**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.00 |
|---|---|---|---|

**Glenda Warren**
**P.O. Box 695**
**Topeka, KS 66601**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**Glenn Douglas Brye**
**222 Monterey Street**
**Highland Park, MI 48203**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**Glenn G. Mortimer, III**
**7701 Broadway St**
**Suite 200**
**San Antonio, TX 78209-3261**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Glenn Waters**
**59 Balfour Avenue Knollwood**
**Claymont, DE 19703**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $243.00 |
|---|---|---|---|

**Gloria Barnes**
**334 Martin Luther King Dr.**
**Flomaton, AL 36441**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |
|---|---|---|---|

**Gloria Dean Madlock**
**604 Steeple Court**
**Tyler, TX 75703**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.652 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16.00** |
|---|---|---|---|

**Gloria Hill Stells**
**1934 Pearl St. Apt. #22**
**Gibsland, LA 71028**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

| 3.653 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,457.00** |
|---|---|---|---|

**Gloria Jan Butler Riser**
**Unknown Address**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

| 3.654 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Gloria Jean Taylor**
**5835 Adelyn Road**
**Pensacola, FL 32504**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

| 3.655 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Gloria Oates Living Trust**
**c/o William W. Oates, Trustee**
**P.O. Box 201538**
**Austin, TX 78720-1538**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

| 3.656 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$860.00** |
|---|---|---|---|

**Goodrich Petroleum of LA**
**Attn: Mark Leiserowitz**
**P.O. Box 654339**
**Dallas, TX 75265-4339**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

| 3.657 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,090.80** |
|---|---|---|---|

**Goolsby Interests, LLC**
**Attn: James W. Goolsby**
**110 Sibelius Lane**
**Houston, TX 77079**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ☑ No ☐ Yes

| 3.658 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$588.00** |
|---|---|---|---|

**Goolsby Interests, LLC**
**Attn: James W. Goolsby**
**110 Sibelius Lane**
**Houston, TX 77079**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.00 |
|---|---|---|---|

**Gordon Kelley O'Neal**
**1083 County Road 9**
**Lisman, AL 36912**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $486.00 |
|---|---|---|---|

**Grace U Raney Family Trust**
**C/O Grace U Raney Executrix**
**PO Box 1449**
**Longview, TX 75606**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Grace Wiggins**
**1335 Silverado Drive, Apt. 801**
**Houston, TX 77077**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Gracie Frazier**
**732 Cato Road**
**Athens, LA 71003**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.00 |
|---|---|---|---|

**Grady Brye, Jr.**
**859 Calhoun Street**
**Pensacola, FL 32507**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $625.00 |
|---|---|---|---|

**Grady Rails & Sons, Inc.**
**12364 Brooklyn Road**
**Evergreen, AL 36401**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |
|---|---|---|---|

**Grady Thompson, Sr.**
**5550 Acampo Boulevard**
**Mobile, AL 36609**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.666 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,955.66** |
|---|---|---|---|

**Granite Creek Partners, LLC**
**Attn: L. Patrick Lupo**
**PO Box 639**
**Teton Village, WY 83025-0639**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.667 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$696.00** |
|---|---|---|---|

**Granite Creek Partners, LLC**
**Attn: L. Patrick Lupo**
**PO Box 639**
**Teton Village, WY 83025-0639**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.668 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,368.58** |
|---|---|---|---|

**Gravity Oilfield Services, LLC**
**P.O. Box 734128**
**Dallas, TX 75373-4128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.669 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,328.01** |
|---|---|---|---|

**Green Building Services**
**3275 Prairie Ave., Ste A**
**Boulder, CO 80301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.670 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$573.00** |
|---|---|---|---|

**Gregory Alan Holloway**
**4834 Country Mill Road**
**Jay, FL 32565**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.671 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**Gregory Thomas Hamby**
**1022 Villorrio Drive N.**
**Palm Springs, CA 92262**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.672 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12.00** |
|---|---|---|---|

**Gregory Varnell Warren**
**1806 Jim Reinthal Court**
**Dallas, TX 75217**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Gretchen Oden Nichols**
**1704 Tx Hwy 43**
**Atlanta, TX 75551**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.00 |
|---|---|---|---|

**Gretchen Walker Huyler**
**2900 N. 24th Ave. Apt 3202**
**Hollywood, FL 33020**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,226.00 |
|---|---|---|---|

**Griffith H. Gilbert**
**189 Lakeside Drive**
**Blowing Rock, NC 28605**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,300.00 |
|---|---|---|---|

**GRS Services, LLC**
**George R. Stephenson**
**1214 County Road 14**
**Heidelberg, MS 39439**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GTT Communications, Inc.**
**P.O. Box 842630**
**Dallas, TX 75284-2630**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,684.50 |
|---|---|---|---|

**Gulf Coast Land Services, Inc.**
**6033 Paige Point Drive**
**Milton, FL 32570**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Gus R. Patton**
**P.O. Box 87**
**Splendora, TX 77372**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.680 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Gwen Ann Clayton Stone**
**2379 Victoria Ave. N**
**Roseville, MN 55113**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.681 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $26.00 |
|---|---|---|---|

**Gwendolyn Walker**
**720 NW 207th Street**
**Miami Garden, FL 33169**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.682 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $535,941.00 |
|---|---|---|---|

**H&H Construction, LLC**
**Ladon E. Hall, Sole Manager**
**P.O. Box 850**
**Flomaton, AL 36441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.683 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13.00 |
|---|---|---|---|

**H. T. Bennett, III**
**3015 Bancroft Street**
**San Diego, CA 92104**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.684 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4.00 |
|---|---|---|---|

**Hal D. Hudgins**
**703 Gabriel Drive**
**Tyler, TX 75701**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.685 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,194.00 |
|---|---|---|---|

**Hall and Hall LLC**
**116 Timbercrest Lane**
**Brandon, MS 39047-6032**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.686 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $85.63 |
|---|---|---|---|

**Hall Management LLC**
**Attn: Donald L. Hall**
**4913 Oak Point Drive**
**Shreveport, LA 71107-7408**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.687 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,165.00** |
|---|---|---|---|

**Hall Management LLC**
Attn: Donald L. Hall
4913 Oak Point Drive
Shreveport, LA 71107-7408

- ■ Contingent
- □ Unliquidated
- □ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

---

| 3.688 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$127,505.62** |
|---|---|---|---|

**Hall Trucking, Inc.**
2515 Foothill Blvd.
Rock Springs, WY 82901

- □ Contingent
- □ Unliquidated
- □ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

---

| 3.689 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$182,381.90** |
|---|---|---|---|

**Halliburton Energy Services**
P.O. Box 301341
Dallas, TX 75303-1341

- □ Contingent
- □ Unliquidated
- □ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

---

| 3.690 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,615.19** |
|---|---|---|---|

**Hanson Operating Co. Inc.**
Attn:  B. Ray Willis
P.O. Box 1515
Roswell, NM 88202-1515

- ■ Contingent
- ■ Unliquidated
- □ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

---

| 3.691 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$129,580.00** |
|---|---|---|---|

**Hanson Operating Co. Inc.**
Attn:  B. Ray Willis
P.O. Box 1515
Roswell, NM 88202-1515

- ■ Contingent
- ■ Unliquidated
- □ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

---

| 3.692 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00** |
|---|---|---|---|

**Hargrove, Smelley & Strickland**
401 Edwards St # 1600
Shreveport, LA 71101

- □ Contingent
- □ Unliquidated
- □ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Legal Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

---

| 3.693 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,932.00** |
|---|---|---|---|

**Harkness A Duncan Family Trust**
fbo Melissa A. Duncan
Trustee: Wells Fargo Bank NA
PO Box 41779
Austin, TX 78704

- ■ Contingent
- ■ Unliquidated
- □ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No □ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.694** | **Nonpriority creditor's name and mailing address**

**Harkness A Duncan Trust**
**FBO William E. Duncan**
**Trustee: Wells Fargo Bank NA**
**PO Box 41779**
**Austin, TX 78704**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$1,932.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.695** | **Nonpriority creditor's name and mailing address**

**Harkness A. Duncan Trust**
**fbo Katherine Lynne Matlack**
**Trustee: Wells Fargo**
**PO Box 41779**
**Austin, TX 78704**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$1,932.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.696** | **Nonpriority creditor's name and mailing address**

**Harold R Fudge**
**2485 Buttermere Ct**
**Reno, NV 89521**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$4,524.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.697** | **Nonpriority creditor's name and mailing address**

**Harper Family Limited Partnership**
**PO Box 295**
**Meeker, OK 74855-0295**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$196.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.698** | **Nonpriority creditor's name and mailing address**

**Harris L. Drakeford**
**& Laurine W. Drakeford**
**1139 Springhill Road**
**Evergreen, AL 36401**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$3.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.699** | **Nonpriority creditor's name and mailing address**

**Harry Biedenharn, III**
**6083 Smith Station Road**
**Edwards, MS 39066**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$20.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.700** | **Nonpriority creditor's name and mailing address**

**Harry Madison Williams**
**P.O. Box 3004-250**
**Corvallis, OR 97339**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$1.00**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset?  ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.00 |
|---|---|---|---|

**Harry V. Johnson**
**P.O. Box 64906**
**Baton Rouge, LA 70896**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,681.69 |
|---|---|---|---|

**Harvest Gas Management, LLC**
**10050 Bayou Glen Road**
**Houston, TX 77042**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,194.00 |
|---|---|---|---|

**Harvest Gas Management, LLC**
**10050 Bayou Glen Road**
**Houston, TX 77042**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,920.60 |
|---|---|---|---|

**Hatcher, Steven**
**1269 Yellow Pine Avenue**
**Boulder, CO 80304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Hattie Mae Holmes Ball**
**5948 Piat Place**
**Centerville, IL 62203**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |
|---|---|---|---|

**Hazel L. Poe**
**110 Chess Chase**
**Fayetteville, GA 30215-4906**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,749.81 |
|---|---|---|---|

**HBRada, LLC**
**Hansen Rada, Manager**
**2010 Alpine Drive**
**Boulder, CO 80304**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.708** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,486.00**

HBRada, LLC
Hansen Rada, Manager
2010 Alpine Drive
Boulder, CO 80304

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.709** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,441.00**

Headington Oil Company LLC
1700 North Redbud Blvd. Suite 400
McKinney, TX 75069

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.710** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,913.60**

Heap Services, LLC
Don Heap
984 Beat Four Shubuta Road
Shubuta, MS 39360

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.711** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00**

Helen Hampton
558 Elmira Street
Mobile, AL 36603

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.712** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.00**

Henry Boyd King, Jr.
3648 Elm Drive
Baton Rouge, LA 70805

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.713** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,357.00**

Henry George Foster
Velma B. Foster
5270 Windham Road
Milton, FL 32570

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.714** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00**

Henry L. Powell
226 Beverly Loop
Pineville, LA 71360

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.715 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2.00** |
|---|---|---|---|

**Henry Wayne Pearson**
**1521 N. Holyoke Street**
**Wichita, KS 67208-1922**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2.00** |
|---|---|---|---|

**Herbert E. Cross**
**6233 Hunters Ridge**
**Milton, FL 32570**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,084.01** |
|---|---|---|---|

**Herring Gas Company, Inc.**
**P.O. Box 206**
**Laurel, MS 39441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$42.00** |
|---|---|---|---|

**Herschbach Petroleum Co. Ltd**
**P.O. Box 132117**
**Tyler, TX 75713**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$487.00** |
|---|---|---|---|

**Herschel Lee Abbott, III**
**38 Polladio Way**
**Newnan, GA 30263**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28.00** |
|---|---|---|---|

**Hershel Pettus**
**1358 Gate 8 Rd**
**Anniston, AL 36201**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$64.00** |
|---|---|---|---|

**Herv Oil, LLC**
**Bennett Neale**
**P.O. Box 3399**
**Shawnee, OK 74802**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.722 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Hetzer Family Trust**
**Amy Hetzer, Trustee**
**PO Box 153**
**Beulah, WY 82712**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.723 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.00** |
|---|---|---|---|

**HFA Mineral Interests LP**
**333 Texas Street, Ste. 2020**
**Shreveport, LA 71101**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.724 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,731.21** |
|---|---|---|---|

**Hi-Vac, LLC**
**P.O. Box 2067**
**Laurel, MS 39442**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.725 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,052.00** |
|---|---|---|---|

**HLP Engineering, Inc.**
**P.O. Box 52805**
**Lafayette, LA 70505**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.726 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00** |
|---|---|---|---|

**Hobart Reid Key**
**P.O. Box1545**
**Point Clear, AL 36564**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.727 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$164.00** |
|---|---|---|---|

**Hood & Linda Properties LLC**
**333 Texas Street, Suite 521**
**Shreveport, LA 71101**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.728 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,382.22** |
|---|---|---|---|

**Hopping Green & Sams, P.A.**
**ATTN: Timothy M. Riley**
**119 South Monroe Street**
**Suite 300**
**Tallahassee, FL 32301**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.91 |
|---|---|---|---|

**Horace, LLC**
**493 Canyon Point Circle**
**Golden, CO 80403**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132.00 |
|---|---|---|---|

**Horace, LLC**
**493 Canyon Point Circle**
**Golden, CO 80403**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |
|---|---|---|---|

**Howard Blair, Jr**
**800 Fort Pickens Road Unit 204**
**Pensacola Beach, FL 32561**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Howard J. Drakeford**
**1102 Springhill Road**
**Evergreen, AL 36401**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.00 |
|---|---|---|---|

**Hubert E Kidd**
**102 N College, Suite 106**
**Tyler, TX 75702**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.00 |
|---|---|---|---|

**Hugh Sanford Shaw**
**PO Box 1222**
**Planton, AL 35046**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,045.06 |
|---|---|---|---|

**Hughes 2000 CT LLC**
**PO Box 1868**
**Brandon, MS 39043-1868**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.736 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82,631.00** |
|---|---|---|---|

**Hughes 2000 CT LLC**
**PO Box 1868**
**Brandon, MS 39043-1868**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.41** |
|---|---|---|---|

**Hughes Network Systems, LLC**
**P.O. Box 96874**
**Chicago, IL 60693-6874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,366.72** |
|---|---|---|---|

**Hughes Oil South LLC**
**Attn: Dee-Dee Bell**
**PO Box 608**
**Oxford, MS 38655**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,953.00** |
|---|---|---|---|

**Hughes Oil South LLC**
**Attn: Dee-Dee Bell**
**PO Box 608**
**Oxford, MS 38655**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92,408.45** |
|---|---|---|---|

**Hurley Enterprises, Inc.**
**P.O. Box 385**
**Fairview, MT 59221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Hurst Plumbing**
**P.O. Box 548**
**Teague, TX 75860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Hurst Pumping, Inc.**
**P.O. Box 548**
**Teague, TX 75860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,868.00 |
|---|---|---|---|

**Hutchison Oil & Gas Corporation**
**Plaza of the Americas**
**700 North Pearl Street Suite N2150**
**Dallas, TX 75201**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Huzell Brye**
**18 Lily Pond Road**
**Evergreen, AL 36401**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,602.86 |
|---|---|---|---|

**I&L Miss I, LP**
**4761 Frank Luke Drive**
**Addison, TX 75001**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**I. V. Spangler**
**P.O. Box 6210**
**Auburn, CA 95604**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,093.88 |
|---|---|---|---|

**IHS Global, Inc.**
**P.O. Box 847193**
**Dallas, TX 75284-7193**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,270.00 |
|---|---|---|---|

**In2tex 3LP**
**3303 Titverton Court**
**Arlington, TX 76001**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Ina Powell Collins**
**P.O. Box 442**
**Bloomfield, IN 47424**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.750 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | | **$2.00** |
|---|---|---|---|---|---|

**Inez Culliver**
**150 Del Verde Circle #5**
**Sacramento, CA 95833**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75.00** |
|---|---|---|---|

**Inez Deutsch**
**1906 Woodplace**
**Longview, TX 75601**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$153.00** |
|---|---|---|---|

**Infinisource Benefit Services**
**ATTN: Finance Dept.**
**P.O. Box 889**
**Coldwater, MI 49036-0889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.753 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$800.00** |
|---|---|---|---|

**Inter-Mountain Pipe & Threading Company**
**P.O. Box 1840**
**Mills, WY 82644-1840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$285.98** |
|---|---|---|---|

**Iron Mountain Records Management**
**P.O. Box 915004**
**Dallas, TX 75391-5004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
|---|---|---|---|

**Irvin Williams**
**805 North Madden**
**Shamrock, TX 79079-1835**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5.00** |
|---|---|---|---|

**Ivey Warren**
**930 South Baxter Street**
**Tyler, TX 75701**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
|---|---|---|---|

**Ivy Minerals, LLC**
c/o LJM Corporation - Agent
3843 N. Braeswood Blvd. Suite 200
Houston, TX 77025

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Ivy W. Harrell**
328 East 122nd Street
Los Angeles, CA 90061

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,934.06 |
|---|---|---|---|

**J & A Harris LP**
Attn: Angela Harris
333 Texas Street, Ste. 1414
Shreveport, LA 71101-3679

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,033.00 |
|---|---|---|---|

**J & A Harris LP**
Attn: Angela Harris
333 Texas Street, Ste. 1414
Shreveport, LA 71101-3679

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,532.29 |
|---|---|---|---|

**J & H Insurance Services, Inc.**
510 North Valley Mills Drive
Waco, TX 76710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**J Hiram Moore Ltd**
Providence Energy Ltd, Agent
16400 North Dallas Parkway, Suite 400
Dallas, TX 75248

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.00 |
|---|---|---|---|

**J. C. Ogden**
5419 Cedar Creek
Houston, TX 77056

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.764 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17.00** |
|---|---|---|---|

**J. Michael Garner &**
**Deborah Garner**
**742 Windbreak Trail**
**Houston, TX 77079-4224**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.765 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**J. Nichols LLC**
**2384 Mill Creek Road**
**Laurel, MS 39443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.766 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$218.00** |
|---|---|---|---|

**J. Ruth Blackwell**
**1061 Willow Run Rd, Room 201**
**Greensboro, GA 30642-2760**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.18** |
|---|---|---|---|

**J.B. Compression Service**
**P.O. Box 527**
**Harleton, TX 75651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.768 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$242.00** |
|---|---|---|---|

**Jacaeber Kastor**
**377 W 11th St. Unit 2B**
**New York, NY 10014-2381**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.769 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,490.00** |
|---|---|---|---|

**Jack M. Watkins, Sr. Trust**
**7 Brogden Ct SE**
**Winter Haven, FL 33880-4226**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.770 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$112.00** |
|---|---|---|---|

**Jackie Royster**
**791 Spring Hill Road**
**Evergreen, AL 36401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**Jackie T. Pry, III**
**904 Azalea Rd**
**Mobile, AL 36693**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,124.00 |
|---|---|---|---|

**Jackson, Louise Seamans**
**P.O. Box 272**
**Kosse, TX 76653**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.00 |
|---|---|---|---|

**Jacqueline Brown**
**8341 Ranger Drive**
**Pensacola, FL 32534**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,229.00 |
|---|---|---|---|

**Jacquelyn Fatherree Dunham**
**165 Sparrows Cove**
**Fayetteville, GA 30215**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**Jacquelyn Jere' Jabour Castellanos**
**P.O. Box 821786**
**Vicksburg, MS 39182**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.00 |
|---|---|---|---|

**James A. Davis**
**3705 West Vista Lane**
**Stillwater, OK 74074**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.91 |
|---|---|---|---|

**James B. Dunn**
**5826 Dunridge Dr**
**Pace, FL 32571**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$549.00** |
|---|---|---|---|

**James B. Dunn**
5826 Dunridge Dr
Pace, FL 32571

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,598.00** |
|---|---|---|---|

**James Boyd Bel**
3748 Burton Lane
Lake Charles, LA 70605

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,403.00** |
|---|---|---|---|

**James Brandon Hearn**
Sitha M. Heard
4343 Highway 18 West
Quitman, MS 39355

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16.00** |
|---|---|---|---|

**James Brye**
4412 Brunswick Drive
Eight Mile, AL 36613

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,287.00** |
|---|---|---|---|

**James C. Dowdy, Jr. Revocable Trust**
PO Box 7097
Tyler, TX 75711

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8.00** |
|---|---|---|---|

**James Calvert Cross, II**
5599 Econfina St.
Milton, FL 32570

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,508.00** |
|---|---|---|---|

**James Carlton May**
3680 Pinenut Way
Wellington, NV 89444

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**James Christopher Turner**
**106 Buck Ridge Road**
**Eatonton, GA 31024-7523**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**James Cornelius &**
**Mary F. Cornelius**
**105 Avellino Lane**
**Shreveport, LA 71106**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**James Cunningham**
**651 CR 467**
**Carthage, TX 75633**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,964.00 |
|---|---|---|---|

**James David Warr**
**2305 Twin Lakes Drive**
**Bainbridge, GA 39819**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.00 |
|---|---|---|---|

**James Dyer**
**1888 Hazelton Ave.**
**Stockton, CA 94203**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.00 |
|---|---|---|---|

**James E. Scott**
**18740 CR 234**
**Tyler, TX 75707**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**James F. Hinkle**
**881 Auburn Drive**
**Biloxi, MS 39532**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
| | Name | | |

| 3.792 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14.00** |
|---|---|---|---|

**James H. Davis dba JD Minerals**
P.O. Box 271120
Corpus Christi, TX 78427

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.793 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29.00** |
|---|---|---|---|

**James J. Radogna**
21 Danbury
Ladera Ranch, CA 92694

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,403.00** |
|---|---|---|---|

**James Jason Belcher**
Cynthia P. Belcher
P.O. Box 171
Quitman, MS 39355

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,533.00** |
|---|---|---|---|

**James K. Cook**
& Susan M. Cook
PO Box 1014
Evergreen, AL 36401

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$36.00** |
|---|---|---|---|

**James L Walker, Sr.**
720 N.W. 207th St.
Miami Gardens, FL 33169

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$33.00** |
|---|---|---|---|

**James Lamar Kidd**
P.O. Box 164
Gibsland, LA 71028

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4.00** |
|---|---|---|---|

**James M. Baker**
C/O 2105 NE Everett Street
#4
Portland, OR 97232

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.00 |
|---|---|---|---|

**James Michael Baker**
**17305A Willow Creek Road**
**Occidental, CA 94565**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,034.31 |
|---|---|---|---|

**James Muslow, Jr.**
**6025 Arden Street**
**Shreveport, LA 71106**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.00 |
|---|---|---|---|

**James Robert Johnson**
**1707 H.G. Mosley Pkwy.**
**Longview, TX 75604**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|

**James Ruffin Shaffer**
**98 Stiness Drive**
**Warwick, RI 02886**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $426.00 |
|---|---|---|---|

**James Timothy Calvert**
**210 George Street**
**Mobile, AL 36604**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.00 |
|---|---|---|---|

**James W. Edwards**
**1450 Chalet Pl.**
**Pensacola, FL 32514**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.00 |
|---|---|---|---|

**James Walker, Jr.**
**6455 Southwest 26th St.**
**Miramar, FL 33023**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.806 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7.00** |
|---|---|---|---|
| | **James Walls**<br>**107 County Hwy. 632**<br>**Catron, MO 63867** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Revenue | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.807 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4.00** |
|---|---|---|---|
| | **Jan S. Menefee**<br>**903 Pine Cove**<br>**Jacksonville, TX 75766** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Revenue | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.808 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11.00** |
|---|---|---|---|
| | **Jan Wallace Briscoe**<br>**2819 Long Lake Drive**<br>**Shreveport, LA 71106** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Revenue | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.809 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
|---|---|---|---|
| | **Jane Bevel**<br>**12124 Lochwood Blvd.**<br>**Dallas, TX 75218** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Revenue | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.810 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26.00** |
|---|---|---|---|
| | **Jane Portwood Cooper**<br>**c/o Debbie Cooper Johnson**<br>**3706 Colgate**<br>**Tyler, TX 75701** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Revenue | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.811 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4.00** |
|---|---|---|---|
| | **Jane T. Morris**<br>**6016 Southview Road**<br>**Laramie, WY 82070-6898** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Revenue | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.812 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$890.00** |
|---|---|---|---|
| | **Janelle Hennigan Mitchell**<br>**5594 Highway #783**<br>**Coushatta, LA 71019** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Revenue | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.813 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$694.00** |
|---|---|---|---|

**Janet Faulkner Dunn**
5826 Dunridge Dr
Pace, FL 32571

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,809.00** |
|---|---|---|---|

**Janice M. Moody**
665 Hagbush Rd
Irondale, AL 35210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Janice Matthews Lee**
2037 Bucket Branch Road
Evergreen, AL 36401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00** |
|---|---|---|---|

**Janie B. Harding**
10062 Mayview Forest Pl
Cincinnati, OH 45215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,785.00** |
|---|---|---|---|

**Janie M. Johnston**
1203 Avondale Road
Montgomery, AL 36109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.72** |
|---|---|---|---|

**Janus Enterprises, LLC**
Raymond Joseph Lasseigne
PO Box 5625
Bossier City, LA 71171

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,668.00** |
|---|---|---|---|

**Janus Enterprises, LLC**
Raymond Joseph Lasseigne
PO Box 5625
Bossier City, LA 71171

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.820 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$62.00** |
|---|---|---|---|

**Jaquita Natahasa Brye**
**1616 N. Davis Hwy.**
**Pensacola, FL 32503**

�a Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**
**Last 4 digits of account number**

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.821 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24.00** |
|---|---|---|---|

**Jase Family Ltd.**
**P.O. Box 904**
**Midland, TX 79702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**
**Last 4 digits of account number**

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.822 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24.00** |
|---|---|---|---|

**Jasmine Lloyd**
**581 Highland Avenue**
**Mansfield, OH 44903**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**
**Last 4 digits of account number**

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.823 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9.00** |
|---|---|---|---|

**Jay Edward Elliott**
**1505 West Viejo Drive**
**Friendswood, TX 77546**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**
**Last 4 digits of account number**

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.824 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.64** |
|---|---|---|---|

**JCE Galbraith Oil & Gas LLC**
**2032 ALameda Avenue**
**Orlando, FL 32804-6904**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**
**Last 4 digits of account number**

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.825 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,165.00** |
|---|---|---|---|

**JCE Galbraith Oil & Gas LLC**
**2032 ALameda Avenue**
**Orlando, FL 32804-6904**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**
**Last 4 digits of account number**

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.826 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$481.00** |
|---|---|---|---|

**JD Crow, LLC**
**900 Pierremont Road, Suite 221**
**Shreveport, LA 71106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**
**Last 4 digits of account number**

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.827 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$474,029.54** |
|---|---|---|---|

**JD Fields & Company, Inc.**
**P.O. Box 134401**
**Houston, TX 77219-4401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.828 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31.13** |
|---|---|---|---|

**JDGP, LLC**
**4323 Snowberry Lane**
**Naples, FL 34119**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Cash Call Advance**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.829 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,563.00** |
|---|---|---|---|

**JDGP, LLC**
**4323 Snowberry Lane**
**Naples, FL 34119**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Revenue**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.830 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$39.00** |
|---|---|---|---|

**JDMI, L.L.C.**
**P.O. Box 271120**
**Corpus Christi, TX 78427-1120**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Revenue**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.831 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8.00** |
|---|---|---|---|

**Jean F. Watson**
**P.O. Box 597**
**Cantonment, FL 32533**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Revenue**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.832 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,115.00** |
|---|---|---|---|

**Jean Kirby Jones**
**5211 Bayou Glen Road**
**Houston, TX 77056**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Revenue**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.833 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,117.00** |
|---|---|---|---|

**Jeanette Purifoy**
**2220 Dockvale Drive**
**Fayetteville, NC 28306**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Revenue**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.834 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.00** |
|---|---|---|---|

Jeannette Anderson
422 50th Avenue
Bellwood, IL 60104

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$461.00** |
|---|---|---|---|

Jeffery D. Kallenberg
401 N. Market Street Suite 500
Shreveport, LA 71101

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14.00** |
|---|---|---|---|

Jeffrey King Carter
3111 Arbor Oak Drive
Tyler, TX 75707

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16.00** |
|---|---|---|---|

Jeffrey R Samuel
7616 Greenland Pl.
Cincinnati, OH 45237

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,681.71** |
|---|---|---|---|

Jeffreys Drilling, LLC
3839 McKinney Ave, Ste 155-269
Dallas, TX 75204

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,769.00** |
|---|---|---|---|

Jeffreys Drilling, LLC
3839 McKinney Ave, Ste 155-269
Dallas, TX 75204

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

Jennifer Hudson Becker
5553 Mulat Rd
Milton, FL 32583

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.841 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23.00 |
|---|---|---|---|

**Jennifer Marie Manes Smith**
P.O. Box 260734
Plano, TX 75026-0734

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** __Revenue__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.00 |
|---|---|---|---|

**Jerlean Warren**
c/o Rameria Clark
5316 Meadow Valley Drive
Fort Worth, TX 76132

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** __Revenue__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.00 |
|---|---|---|---|

**Jerrell A. Holder**
3641 Brandy Road
Caddo, TX 76429

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** __Revenue__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|---|

**Jerrell Warren**
**Address Unverified**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** __Revenue__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $828.00 |
|---|---|---|---|

**Jerry T. Carter, deceased**
2306 Racine Dr
Monroe, LA 71201

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** __Revenue__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.00 |
|---|---|---|---|

**Jerry Terry**
P.O. Box 465
Linden, TX 75563

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** __Revenue__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
|---|---|---|---|

**Jesse Mitchell**
5415 Maple Ave #321
Dallas, TX 75235

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** __Revenue__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.848 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9.00** |
|---|---|---|---|

**Jessica A. Newman**
P.O. Box 309
Collins, MS 39428

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,761.00** |
|---|---|---|---|

**Jessica McLeod**
318 Pacific Road
Manteca, CA 95337

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4.00** |
|---|---|---|---|

**Jessie B. Samuel**
6341 South Ellis
Chicago, IL 60637

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$42.00** |
|---|---|---|---|

**Jessie Harper**
Rt 3 Box 980
Tyler, TX 75705

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12.00** |
|---|---|---|---|

**Jessie Jones, IV**
PO Box 452
Douglas City, CA 96024

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
|---|---|---|---|

**Jessie Mae W. Aaron**
3308 Wall Avenue
San Bernardino, CA 92404

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22.00** |
|---|---|---|---|

**Jessie Ree Jackson**
142 Scenic Drive
Jackson, AL 36545

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.855 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,867.99** |
|---|---|---|---|

**JF Howell Interests, LP**
**Attn: James David Morgan, Manager**
**416 Travis Street, Suite 700**
**Shreveport, LA 71101**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.856 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,411.00** |
|---|---|---|---|

**JF Howell Interests, LP**
**Attn: James David Morgan, Manager**
**416 Travis Street, Suite 700**
**Shreveport, LA 71101**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.857 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$215,899.69** |
|---|---|---|---|

**Jimco Pumps**
**P.O. Box 6255**
**Laurel, MS 39441**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.858 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |
|---|---|---|---|

**Jimmie L. Warren**
**10320 CR 233**
**Tyler, TX 75707**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.859 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$515.00** |
|---|---|---|---|

**Jimmie Lee Walker**
**3152 NW 65th Street**
**Miami, FL 33147**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.860 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.00** |
|---|---|---|---|

**Jimmie Warren**
**3915 Kushla**
**Dallas, TX 75216**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.861 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Jimmy D. Crouch**
**8000 Delaware Drive**
**McKinney, TX 75070**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.862 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$156.00** |
|---|---|---|---|

**Jimmy D. Dodson, Jr.**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$88.00** |
|---|---|---|---|

**Jimmy Kendrick, Jr.**
**2011 Tallulah Ridge**
**Hattiesburg, MS 39402**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.00** |
|---|---|---|---|

**Jimmy Williams**
**5100 SE 164th Street**
**Moore, OK 73165**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,040.62** |
|---|---|---|---|

**JJS Interests Escambia, LLC**
**2001 Kirby Dr**
**Suite 1110**
**Houston, TX 77019**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$133,037.00** |
|---|---|---|---|

**JJS Interests Escambia, LLC**
**2001 Kirby Dr**
**Suite 1110**
**Houston, TX 77019**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,802.00** |
|---|---|---|---|

**JJS Interests North Beach LLC**
**2001 Kirby Dr**
**Suite 1110**
**Houston, TX 77019**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,216.77** |
|---|---|---|---|

**JJS Interests Steele Kings LLC**
**2001 Kirby Dr**
**Suite 1110**
**Houston, TX 77019**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.869** Nonpriority creditor's name and mailing address

**JJS Interests Steele Kings LLC**
**2001 Kirby Dr**
**Suite 1110**
**Houston, TX 77019**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$4,289.00**

---

**3.870** Nonpriority creditor's name and mailing address

**JJS Interests West Arcadia LLC**
**2001 Kirby Dr**
**Suite 1110**
**Houston, TX 77019**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$167.00**

---

**3.871** Nonpriority creditor's name and mailing address

**JJS Working Interest LLC**
**2001 Kirby Dr, Suite 1110**
**Houston, TX 77019**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

**$499,362.33**

---

**3.872** Nonpriority creditor's name and mailing address

**JJS Working Interest LLC**
**2001 Kirby Dr, Suite 1110**
**Houston, TX 77019**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$75,695.00**

---

**3.873** Nonpriority creditor's name and mailing address

**JK Royalty LP**
**P.O. Box 904**
**Midland, TX 79702**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$2.00**

---

**3.874** Nonpriority creditor's name and mailing address

**JL Porter Revocable Trust**
**Jane L Porter, John P Porter, Truestee**
**P.O. Box 3249**
**Shawnee, OK 74802**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$64.00**

---

**3.875** Nonpriority creditor's name and mailing address

**JMS Oil & Gas Holdings LLC**
**Attn: Rob Campbell**
**PO Box 4920**
**Orlando, FL 32802-4920**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,299.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.876 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$32.00** |
|---|---|---|---|
| | **Jo Ann Langham**<br>**319 Sheila Blvd**<br>**Prattville, AL 36066** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Revenue**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.877 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2.00** |
|---|---|---|---|
| | **Joan Warden Conrad**<br>**3468 W. Kistler Road**<br>**Ludington, MI 49431** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Revenue**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.878 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75.00** |
|---|---|---|---|
| | **JoAnne Kelley**<br>**2513 Thoreau Street**<br>**Inglewood, CA 90303** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Revenue**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.879 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,457.00** |
|---|---|---|---|
| | **Joe Brunson Butler**<br>**Address Unknown** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Revenue**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.880 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6.00** |
|---|---|---|---|
| | **Joe Christopher Bagwell**<br>**218 Shadows Lane**<br>**Dubberly, LA 71024** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Revenue**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.881 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$735.00** |
|---|---|---|---|
| | **Joe L. Samuel, Jr., Deceased**<br>**1444 Ambrose Ave**<br>**Cincinnati, OH 45224** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Revenue**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.882 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28.00** |
|---|---|---|---|
| | **Joe Ray Swann**<br>**P. O. Box 30847**<br>**Amarillo, TX 79120** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Revenue**<br>Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.883 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$277.00** |
|---|---|---|---|

**Joel Davis**
P.O. Box 540988
Houston, TX 77254

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.884 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8.00** |
|---|---|---|---|

**Joel R. Jackson**
P.O. Box 1698
Picayune, MS 39466

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.885 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$389.00** |
|---|---|---|---|

**John A. Drakeford, Deceased**
2460 Osage Street
Mobile, AL 36617

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.886 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**John Arthur Warren**
1933 Donald Street
Modesto, CA 95354

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.887 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|---|---|---|---|

**John B. Cunningham**
651 CR 467
Carthage, TX 75633

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.888 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31.00** |
|---|---|---|---|

**John Blair**
200 Meadow Lake Trail
Greer, SC 29650

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.889 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$83.06** |
|---|---|---|---|

**John C. Nix, Jr., - Life Estate**
P.O. Box 807
Milton, FL 32572-0807

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,504.00 |
|---|---|---|---|

**John C. Nix, Jr. - Life Estate**
P.O. Box 807
Milton, FL 32572-0807

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.00 |
|---|---|---|---|

**John Charles Woodson**
266 King Arthur Place
Alabaster, AL 35007-9114

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**John Collins &**
**Margaret C. Collins**
1301 Eames Street
Minden, LA 71055

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.00 |
|---|---|---|---|

**John Cuevas**
277 Alberta Drive NE
Atlanta, GA 30305

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.894 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $524.00 |
|---|---|---|---|

**John D Procter**
Trustee JBW4
PO Box 6250
Tyler, TX 75711

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.895 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,346.00 |
|---|---|---|---|

**John D. Hendricks, deceased**
4624 Mt. Carmel Road
Jay, FL 32565

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.00 |
|---|---|---|---|

**John D. Pugh, Jr.**
3625 Chimira Lane
Houston, TX 77051

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| | | |
|---|---|---|
| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)*  **20-12377-EEB** |
| | Name | |

---

**3.897** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$653.00**

**John Douglas Bryant, Jr.**
901 SE 3rd Street
Apt 11
Bartlesville, OK 74003

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.898** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$691.00**

**John E. Downing**
c/o Jane Downing Dunaway
1356 Cedar Cove Rd
Camden, SC 29020

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.899** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4.00**

**John F. Baker**
629 Lynn Street
Greensburg, PA 15601

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.900** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00**

**John Forest Baker, Sr., Deceased**
40789 Fremont Blvd. #128
Fremont, CA 94538

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.901** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18.00**

**John H Morgan Residual Marital Trust**
Ellen Morgan Trustee
2061 Point Legere Road
Mobile, AL 36605

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.902** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00**

**John Kavanaugh**
PO Box 15669
Hattiesburg, MS 39404

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.903** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$503.00**

**John Kubala**
1021 E Lighton Trail
Fayetteville, AR 72701

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.904** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00**

John L. Henry
& Carrie I. Henry
2087 Springhill Road
Evergreen, AL 36401

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.905** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,517.00**

John Louis Blalock
3881 Ridge Rd
Castor, LA 71016

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.906** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$471.00**

John M. Schommer
1266 Ventura Ave. #18
Ventura, CA 93001

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.907** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,288.00**

John Pike Construction, Inc.
P.O. Box 1024
Chinook, MT 59523

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.908** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14.00**

John R. Johnston
242 Newton Pkwy
Evergreen, AL 36401

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.909** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32.00**

John Rudolph Jr
513 N. 48th Avenue
Pensacola, FL 32506

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.910** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8.00**

John Russell Teutsch
PO Box 5712
Bossier City, LA 71171-5712

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.00 |
|---|---|---|---|

**3.911**

Nonpriority creditor's name and mailing address

John Takach
Bridget Takach
13311 Olive Trace
Houston, TX 77077-2253

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$21.00

---

**3.912**

Nonpriority creditor's name and mailing address

John W. Tisdale, Jr.
P.O. Box 1803
Andalusia, AL 36420

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$72.00

---

**3.913**

Nonpriority creditor's name and mailing address

John Warren, Jr.
Box 111
504 South Camden
Richmond, MO 64085-0111

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$85.00

---

**3.914**

Nonpriority creditor's name and mailing address

John William Taylor
111 Violet Street
West Monroe, LA 71292

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$2.00

---

**3.915**

Nonpriority creditor's name and mailing address

Johnita Hall
P.O. Box 114
River Falls, AL 36476

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.916**

Nonpriority creditor's name and mailing address

Johnnie Earl Richburg
858 Pointe Vista Circle
Corona, CA 92881-3968

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$5.00

---

**3.917**

Nonpriority creditor's name and mailing address

Johnnie Mae Holmes Ellington
3403 Lafayette Avenue
Omaha, NE 68131

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.918 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Johnny Drakeford, Jr.**
**58 Ford Drive**
**Castleberry, AL 36432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.919 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Jon S. Brown**
**P.O. Box 246**
**Palestine, TX 75802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.920 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,480.02 |
|---|---|---|---|

**Jones Energy Company, LLC**
**2124 Fairfield Avenue**
**Shreveport, LA 71104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.00 |
|---|---|---|---|

**Jonniel Jackson**
**2808 East 25th Avenue**
**Fort Worth, TX 76106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.922 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.00 |
|---|---|---|---|

**Joseph Jeffrey Bragg**
**Box 396**
**Rossburn, MB ROJ 1VO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.923 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.00 |
|---|---|---|---|

**Joseph Samuel**
**2630 Hawthorne Lake Rd**
**Helene, AL 35022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.924 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.00 |
|---|---|---|---|

**Josephine G. Pratt**
**508 Klein Street**
**Vicksburg, MS 39180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.925** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00**

**Joseph Gregory Parr**
**1301 Penny Lane**
**Kilgore, TX 75662**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.926** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00**

**Joy Lancaster Thomas**
**117 Shawnee Point**
**Loudon, TN 37774**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.927** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

**Joyce Lavarne England**
**1205 Susan Lane #127**
**Fort Worth, TX 76120**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.928** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4.00**

**Joyce Warren Williams**
**306 Guthrie Street**
**Dallas, TX 75224-2822**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.929** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62.00**

**Joycelyn Brye Edwards**
**16727 Summer Cypress Court**
**Cypress, TX 77429**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.930** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,520.27**

**JOYCO Investments, LLC**
**P. O. Box 2104**
**Roswell, NM 88202**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.931** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,215.00**

**JOYCO Investments, LLC**
**P. O. Box 2104**
**Roswell, NM 88202**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.932 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.00** |
|---|---|---|---|

**JTC Operating, Inc.**
**191 Reno Road**
**Jamestown, LA 71045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.00** |
|---|---|---|---|

**Juanita Cary**
**31807 County Road 6**
**Evergreen, AL 36401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16.00** |
|---|---|---|---|

**Judge Hill, III**
**15331 Kuykendahl Rd Apt 3106**
**Houston, TX 77090-4110**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,792.00** |
|---|---|---|---|

**Judith Hennigan St. John**
**439 Vermont Ave**
**Dayton Beach, FL 32118**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Judy Ann Walker**
**941 Lynndale Lane**
**Birmingham, AL 35214**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Judy Beth Triplet**
**149 Hickory Ridge Road**
**Haynesville, LA 71038**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$766.00** |
|---|---|---|---|

**Judy Crow, LLC**
**900 Pierremont Road, Suite 221**
**Shreveport, LA 71106**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.939 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.90** |
|---|---|---|---|

**Judy Dunn**
**5843 Dunridge Dr.**
**Pace, FL 32571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$243.00** |
|---|---|---|---|

**Judy Dunn**
**5843 Dunridge Dr.**
**Pace, FL 32571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Judy L. Hamby Grant**
**5204 Bradley Lane**
**Arlington, TX 76017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42.00** |
|---|---|---|---|

**Judy Sharon Smith Shamburger**
**P.O. Box 458**
**Tyler, TX 75710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00** |
|---|---|---|---|

**Judy Warren**
**2000 Highland Road, Apt. 1209**
**Dallas, TX 75228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Julia S. Mays**
**305 N. Louise Street**
**Atlanta, TX 75551-2237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$423.00** |
|---|---|---|---|

**Jura-Search, Inc.**
**P.O. Box 320426**
**Flowood, MS 39232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.946 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,198.40 |
|---|---|---|---|
| | **K&T Welding Services, LLC**<br>**Timothy J. Beech**<br>**177 Masonite Lake Road**<br>**Laurel, MS 39443** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade Debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.947 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|
| | **K. C. Brye**<br>**P.O. Box 36855**<br>**Indianapolis, IN 46236** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Revenue_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.948 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $27,497.61 |
|---|---|---|---|
| | **K.C. Whittemore**<br>**C/O CA Whittemore**<br>**10 Mason Pond Place**<br>**Spring, TX 77381** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Cash Call Advance_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.949 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,632.00 |
|---|---|---|---|
| | **K.C. Whittemore**<br>**C/O CA Whittemore**<br>**10 Mason Pond Place**<br>**Spring, TX 77381** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Revenue_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.950 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $157.00 |
|---|---|---|---|
| | **Kaiser-Francis Oil Company**<br>**Dept. 637**<br>**Tulsa, OK 74182** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Revenue_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.951 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9.00 |
|---|---|---|---|
| | **Kalinec Enterprises, Inc**<br>**Attn: Brian Kalinec**<br>**1341 Heights Blvd**<br>**Houston, TX 77008** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Revenue_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.952 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|
| | **Karen Susanne Parr**<br>**8615 W. Goforth Road**<br>**Kilgore, TX 75662** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Revenue_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.953 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|

**Karen W. Rossie**
219 Falls Crossing
Madison, MS 39110

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| 3.954 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.00 |
|---|---|---|---|

**Karleen Howard Neill**
56 North Maple Street
Hadley, MA 01035

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| 3.955 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kate Eggleston**
8851 Flattop Street
Arvada, CO 80007

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Employee__

Is the claim subject to offset? ■ No ☐ Yes

| 3.956 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.00 |
|---|---|---|---|

**Katherine A. Dunlap**
6804 Poco Drive
Parker, TX 75002

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| 3.957 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.00 |
|---|---|---|---|

**Katherine Ann Hebert**
210 Bodet Lane
Covington, LA 70433

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| 3.958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.00 |
|---|---|---|---|

**Katherine Birch Wilkinson**
9608 Bobwhite Terrace
Pensacola, FL 32514

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| 3.959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $307.00 |
|---|---|---|---|

**Katherine E. McMillan Owens**
P.O. Box 1229
Brewton, AL 36427

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.960** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

Katherine Holmes Straughn
5003 Damascus Road
Brewton, AL 36426

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.961** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42.00**

Katherine Kashae Samuel
636 Northchester Lane
Lafayette, IN 47909

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.962** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00**

Kathleen Ellis McCulloch
P.O. Box 8513
Jacksonville, TX 75766

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.963** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00**

Katie Drakeford
1404 West 73rd St
Chicago, IL 60636

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.964** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,462.00**

Kay Mitchell
PO Box 3843
Milton, FL 32572-3843

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.965** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,866.49**

KCS Automation, LLC
4 Portofino Drive
Unit 1103
Pensacola Beach, FL 32561

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.966** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$607,699.30**

Kelley Brothers Contractors, Inc.
P.O. Drawer 1079
Waynesboro, MS 39367

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.967 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Kelley Leigh Berger Vento**
PO Box 9573
Monroe, LA 71211

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.00 |
|---|---|---|---|

**Kelly Stevens**
2425 Culkin Road
Vicksburg, MS 39183

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.969 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.00 |
|---|---|---|---|

**Kelly Walker**
PO Box 6496
Tyler, TX 75711

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.970 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.00 |
|---|---|---|---|

**Kelsey Anne G. Bryant Trust**
c/o Douglas Seidenburg, Trustee
P.O. Box 1197
Laurel, MS 39441

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.971 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $760.12 |
|---|---|---|---|

**Kelton Company, L.L.C.**
Attn: Thomas W. Sylte, Manager
P.O. Box 230
Pensacola, FL 32591

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.972 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,315.00 |
|---|---|---|---|

**Kelton Company, L.L.C.**
Attn: Thomas W. Sylte, Manager
P.O. Box 230
Pensacola, FL 32591

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |
|---|---|---|---|

**Kennedy Minerals, Ltd.**
500 West Texas, Suite 655
Midland, TX 79701

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.974 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29.00** |
|---|---|---|---|

**Kenneth Hawkins, Sr.**
**414 Preston Boulevard, Apt. 267**
**Bossier City, LA 71111**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.975 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29.00** |
|---|---|---|---|

**Kenneth M. Funk**
**181 Fremont Street, Unit 55C**
**San Francisco, CA 94105-2293**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.976 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$36.00** |
|---|---|---|---|

**Kenneth R. Walters**
**328 Clark Cemetery Road**
**Laurel, MS 39443**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.977 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11.00** |
|---|---|---|---|

**Kenneth Williams**
**1326 Cheyenne Road**
**Lewisville, TX 75067**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.978 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$74.00** |
|---|---|---|---|

**Kent E. Burress**
**3740 State Hwy 92**
**Chickasha, OK 73018**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.979 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$37.00** |
|---|---|---|---|

**Kernon De-Vaughn Brye, Sr.**
**6531 Allyn Way**
**Pensacola, FL 32504**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.980 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8.00** |
|---|---|---|---|

**Kerrick Franklin**
**195 Hedges Street**
**Mansfield, OH 44902**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.00 |
|---|---|---|---|

**Kestrel Royalty LLC**
**7844 South Espana Way**
**Centennial, CO 80016**

- ■ Contingent
- □ Unliquidated
- □ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Kevin P. Davis**
**37521 Lilacview Avenue**
**Palmdale, CA 93550**

- ■ Contingent
- □ Unliquidated
- □ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $559.00 |
|---|---|---|---|

**Key Energy Services, Inc.**
**d/b/a Key Energy Services, LLC**
**P.O. Box 4649**
**Houston, TX 77210-4649**

- □ Contingent
- □ Unliquidated
- □ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $320.00 |
|---|---|---|---|

**Key Rite Security**
**5570 East Yale Avenue**
**Denver, CO 80222**

- □ Contingent
- □ Unliquidated
- □ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,901.90 |
|---|---|---|---|

**Keystone Engineering, Inc.**
**1100 West Causeway Approach**
**Mandeville, LA 70471**

- □ Contingent
- □ Unliquidated
- □ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.986 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |
|---|---|---|---|

**Khloe S. Pry, a minor**
**c/o Kristen S. Pry**
**11325 Timberland Dr S**
**Wilmer, AL 36587**

- ■ Contingent
- □ Unliquidated
- □ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.987 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,315.00 |
|---|---|---|---|

**Kidd Production, Ltd.**
**102 North College, Suite 106**
**Tyler, TX 75702**

- ■ Contingent
- □ Unliquidated
- □ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  □ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.988 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Kiesha Wright Johnson**
**1417 Rosemount St.**
**Clinton, MS 39056**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Kim Anderson**
**7349 Greywood Drive**
**Shreveport, LA 71107**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Kim Roscoe Wiggins**
**13606 Summit Ridge Drive**
**Houston, TX 77085**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.991 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Kimberly Goodman**
**4750 Montclair Hill Lane**
**Fresno, TX 77545**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.992 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Kimberly Sue Roberts Middleton**
**107 Chipmunk Avenue**
**Stigler, OK 74462**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

**King Oil, LLC**
**c/o Robert E. Braswell, Manager**
**416 Travis Street**
**Ste 1100**
**Shreveport, LA 71101-5504**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,184.84** |
|---|---|---|---|

**Kingston, LLC**
**2790 South Thompson Street Suite 102**
**Springdale, AR 72764**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.995 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,567.00** |
|---|---|---|---|

**Kingston, LLC**
**2790 South Thompson Street Suite 102**
**Springdale, AR 72764**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.996 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|

**Kirk Weaver Contract Pumping, Inc.**
**P.O. Box 385**
**Beckville, TX 75631**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.997 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,493.34** |
|---|---|---|---|

**Kirkiez LLC**
**3073 Red Deer Trail**
**Lafayette, CO 80026**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.998 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$91.00** |
|---|---|---|---|

**KKS Oil & Gas, Ltd.**
**4532 Arcady Ave.**
**Dallas, TX 75205**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.999 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,770.00** |
|---|---|---|---|

**Kleinfelder, Inc.**
**P.O. Box 51958**
**Los Angeles, CA 90051-6258**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,791.00** |
|---|---|---|---|

**Klondike Oil and Gas, L.P.**
**Attn: James O. Stephens, Manager**
**7720 Old Canton Road, Suite C-2**
**Madison, MS 39110**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$371.16** |
|---|---|---|---|

**KMR Investments LLC**
**Attn: Tim Brown**
**PO Box 417**
**Homer, LA 71040-0417**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.100 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34,030.00** |
|---|---|---|---|

**KMR Investments LLC**
**Attn: Tim Brown**
**PO Box 417**
**Homer, LA 71040-0417**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21.00** |
|---|---|---|---|

**Knight Petroleum, LP**
**3303 Hillpark Lane**
**Carollton, TX 75007**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$142,580.35** |
|---|---|---|---|

**Kodiak Gas Services, LLC**
**P.O. Box 732235**
**Dallas, TX 75373-2235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12.00** |
|---|---|---|---|

**Kristin S. Pry**
**11325 Timberland Dr S**
**Wilmer, AL 36587**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$363,410.53** |
|---|---|---|---|

**Kudzu Oil Properties, LLC**
**300 Concourse Blvd, Suite 101**
**Ridgeland, MS 39157**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Cash Call Advance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$53,670.00** |
|---|---|---|---|

**Kudzu Oil Properties, LLC**
**300 Concourse Blvd, Suite 101**
**Ridgeland, MS 39157**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.100 8**

Nonpriority creditor's name and mailing address

**Kwazar Resources, LLC**
**P.O. Box 7417**
**Spanish Fort, AL 36577**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$16,517.00**

---

**3.100 9**

Nonpriority creditor's name and mailing address

**Kyle Schommer**
**4600 Campus Street**
**Ventura, CA 93003**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$235.00**

---

**3.101 0**

Nonpriority creditor's name and mailing address

**L & L Process Solutions, Inc.**
**3748 Industrial Park**
**Mobile, AL 36693**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,615.31**

---

**3.101 1**

Nonpriority creditor's name and mailing address

**L. R. Fitzgerald**
**1265 Capilano Dr.**
**Shreveport, LA 71106**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$51.00**

---

**3.101 2**

Nonpriority creditor's name and mailing address

**L.D. Williams**
**16125 Cypress Valley Drive**
**Cypress, TX 77429**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

**3.101 3**

Nonpriority creditor's name and mailing address

**Lafayette Ellis**
**2922 West 73rd Street**
**Los Angeles, CA 90043**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.101 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$192.00** |
|---|---|---|---|

**Lake Investment Production**
**Cindy Lake Gerhart**
**PO Box 2134**
**Austin, TX 78768-2134**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$384.00** |
|---|---|---|---|

**Lake Ronel Oil Co**
**PO Box 179**
**Tyler, TX 75710**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70.00** |
|---|---|---|---|

**Lamancha Investments II, LLC**
**P.O. Box 320566**
**Flowood, MS 39232**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Lamont Oliver**
**511 North Queen Street Apt. 2K**
**Kinston, NC 28501**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Lamonte Warren**
**3001 Tembrooke Drive**
**Dallas, TX 95350**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$178,461.04** |
|---|---|---|---|

**Landmark Exploration, LLC**
**P.O. Box 12004**
**Jackson, MS 39236**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Cash Call Advance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.102<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57,856.00** |
|---|---|---|---|

**Landmark Exploration, LLC**
P.O. Box 12004
Jackson, MS 39236

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Landmark Oil and Gas, LLC**
P.O. Box 12004
Jackson, MS 39236

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice Purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57,094.00** |
|---|---|---|---|

**Landmark Oil and Gas, LLC**
P.O. Box 12004
Jackson, MS 39236

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,461.21** |
|---|---|---|---|

**Lane Oil & Gas Corporation**
Attn: Nick Sacco
952 Echo Lane, Suite 315
Houston, TX 77024

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,408.00** |
|---|---|---|---|

**Lane Oil & Gas Corporation**
Attn: Nick Sacco
952 Echo Lane, Suite 315
Houston, TX 77024

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$102.00** |
|---|---|---|---|

**Larrine Brown Garnett**
1211 Elmwood Street
Fort Worth, TX 76104

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

| 3.102 6 | **Nonpriority creditor's name and mailing address** <br> **Larry Don Fite** <br> **19635 Highway 110 South** <br> **Whitehouse, TX 75791** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Revenue <br><br> Is the claim subject to offset? ■ No ☐ Yes | $4.00 |

| 3.102 7 | **Nonpriority creditor's name and mailing address** <br> **Larry Dwight Taylor 2012 Irr. Trust** <br> **PO Box 803** <br> **Evergreen, AL 36401** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Revenue <br><br> Is the claim subject to offset? ■ No ☐ Yes | $391.00 |

| 3.102 8 | **Nonpriority creditor's name and mailing address** <br> **Larry J. Findley** <br> **32385 County Road 6** <br> **Evergreen, AL 36401** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Revenue <br><br> Is the claim subject to offset? ■ No ☐ Yes | $7,081.00 |

| 3.102 9 | **Nonpriority creditor's name and mailing address** <br> **Larry L. Therrell, Jr.** <br> **595 County Road 118** <br> **Shubuta, MS 39360** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Revenue <br><br> Is the claim subject to offset? ■ No ☐ Yes | $1,110.00 |

| 3.103 0 | **Nonpriority creditor's name and mailing address** <br> **Larry Lee Wozencraft** <br> **P.O. Box 512** <br> **Lucedale, MS 39452-0512** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Revenue <br><br> Is the claim subject to offset? ■ No ☐ Yes | $1.00 |

| 3.103 1 | **Nonpriority creditor's name and mailing address** <br> **Larry Reid Powell** <br> **19423 Hoo Shoo Too Road** <br> **Baton Rouge, LA 70817** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Revenue <br><br> Is the claim subject to offset? ■ No ☐ Yes | $2.00 |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.103 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Larry Wright**
**905 Copeland Drive**
**Hinesville, GA 31313**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98.99** |
|---|---|---|---|

**LaserCycle USA**
**528 South Taylor Avenue**
**Louisville, CO 80027-3030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Lashawna Scott**
**2811 Exterior Street**
**#14-H**
**Bronx, NY 10463**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Latasha Scott**
**34 Sumner Ave Apt 316**
**Springfield, MA 01108**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26.00** |
|---|---|---|---|

**Laura Ann Alexander Sawyer**
**346 Sadie Douglas Lane**
**Shreveport, LA 71106**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Laura Gallagher**
**811 Fox Run Apartment One**
**Lafayette, LA 70508**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.103 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00** |
|---|---|---|---|

**Laura Louise Parr**
**3406 Valley Forge Dr.**
**Sachse, TX 75048**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$162.00** |
|---|---|---|---|

**Laura Torrans**
**7617 Greenfield Avenue**
**Louiseville, KY 40214**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00** |
|---|---|---|---|

**Lawrence Brye**
**2397 Spring Hill Road**
**Evergreen, AL 36401**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$385.00** |
|---|---|---|---|

**Lawrence E. Holland**
**9115 Southeast 54th Street**
**Mercer Island, WA 98040**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,576.90** |
|---|---|---|---|

**Lawrence M. Cushman Trust**
**Lawrence M. Cushman, Trustee**
**591 Camino de la Reina, Suite 900**
**San Diego, CA 92108**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$661.00** |
|---|---|---|---|

**Lawrence M. Cushman Trust**
**Lawrence M. Cushman, Trustee**
**591 Camino de la Reina, Suite 900**
**San Diego, CA 92108**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.104 4 | | | | | | **$7,466.71** |
|---|---|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**LCJ Resources, LLC**
**Attn: Chris Wilde**
**1250 N.E. Loop 410 STE 333**
**San Antonio, TX 78209**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Cash Call Advance</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 5 | | | | | | **$35.00** |
|---|---|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leah J. Loflin**
**PO Box 5910**
**Gulf Shores, AL 36547**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Revenue</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 6 | | | | | | **$26.00** |
|---|---|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leah Jane Alexander Anders**
**110 East Frenchman's Bend**
**Monroe, LA 71203**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Revenue</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 7 | | | | | | **$716.00** |
|---|---|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leanne D. Ford**
**516 Heatherstone Court**
**Ridgeland, MS 39157-2908**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Revenue</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 8 | | | | | | **$32.00** |
|---|---|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leathia Walden**
**8341 Ranger Dr**
**Pensacola, FL 32534**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Revenue</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 9 | | | | | | **$112,603.71** |
|---|---|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lechwe LLC**
**P.O. Box 270415**
**Houston, TX 77277**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** <u>Cash Call Advance</u>

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.105 0**

**Nonpriority creditor's name and mailing address**
**Lechwe LLC**
**P.O. Box 270415**
**Houston, TX 77277**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$134,986.00**

---

**3.105 1**

**Nonpriority creditor's name and mailing address**
**Lee Radin Moore**
**13906 Highway 151**
**Arcadia, LA 71001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$15.00**

---

**3.105 2**

**Nonpriority creditor's name and mailing address**
**LeFrak Energy Investors, L.P.**
**1301 McKinney, Ste 3150**
**Houston, TX 77010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$75,017.00**

---

**3.105 3**

**Nonpriority creditor's name and mailing address**
**Leo Lawrence Bryant**
**7550 Sterling Drive**
**Oakland, CA 94605**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$543.00**

---

**3.105 4**

**Nonpriority creditor's name and mailing address**
**Leo Williams, Sr. and**
**Ida Faye Williams**
**1559 Blue Ridge Road**
**Gibsland, LA 71028**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$155.00**

---

**3.105 5**

**Nonpriority creditor's name and mailing address**
**Leola M. Warren**
**Route 3 Box 937**
**Tyler, TX 75705**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$92.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.105 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Leon Samuel**
13531 S. Doty Ave. #33
Hawthorne, CA 90250

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,796.00 |
|---|---|---|---|

**Leondard E. Williams**
2510 Norfolk Road
Orlando, FL 32803-1343

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Leotis Hardie**
4032 Galbrath Drive
North Highlands, CA 95660

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,030.00 |
|---|---|---|---|

**Lesa Ellen Ralls Johnson**
625 S. Cleveland Ave.
Brookhaven, MS 39601

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79.00 |
|---|---|---|---|

**Lesie A. Shaw, deceased**
1210 Crawford St, Apt 504
Arcadia, LA 71001-6564

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Leticia Drakeford**
14239 Jib Street
Unit 31
Laurel, MD 20707

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.106 2**

**Nonpriority creditor's name and mailing address**

**Liberty Supply, Inc.**
**P.O. Box 489**
**Magnolia, AR 71754-0489**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ☐ No ☐ Yes

$1,096.00

---

**3.106 3**

**Nonpriority creditor's name and mailing address**

**Lichelle Drakeford**
**716 Euclid Street**
**Mobile, AL 36606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.106 4**

**Nonpriority creditor's name and mailing address**

**Lillian Clark - DECEASED**
**944 Cedar St.**
**Gibsland, LA 71028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

**3.106 5**

**Nonpriority creditor's name and mailing address**

**Lillie F. Williams Langston**
**2061 Pennington Gap**
**Memphis, TN 38134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

$57.00

---

**3.106 6**

**Nonpriority creditor's name and mailing address**

**Lillie Harvey**
**894 Roger Place, Apt. 1-D**
**Bronx, NY 10459**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

$3.00

---

**3.106 7**

**Nonpriority creditor's name and mailing address**

**Lillie Jones**
**4004 Keys Avenue**
**Brighton, AL 35020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

**3.106 8**

**Nonpriority creditor's name and mailing address**
**Linda & Bertha M. Johnson Life Estate**
**1700 West Seventh Street**
**Tyler, TX 75701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$2.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.106 9**

**Nonpriority creditor's name and mailing address**
**Linda F. Lawrence**
**9140 Linscomb Road**
**Orange, TX 77632**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$33.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.107 0**

**Nonpriority creditor's name and mailing address**
**Linda Gayle Baremore,**
**Troy Baremore**
**2692 Jackson Drive**
**Haynesville, LA 71038**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$2.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.107 1**

**Nonpriority creditor's name and mailing address**
**Linda Hill Sneed**
**1734 Thornhollow Drive**
**Houston, TX 77014**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$2.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.107 2**

**Nonpriority creditor's name and mailing address**
**Linda R Wiggins**
**PO Box 503**
**Peterman, AL 36471**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$22.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.107 3**

**Nonpriority creditor's name and mailing address**
**Linder Family Partnership Ltd.**
**John Linder**
**100 Independence Pl Ste 307**
**Tyler, TX 75703**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$558.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.107 4 | **Nonpriority creditor's name and mailing address** <br> **Liquid Gold Well Service, Inc.** <br> P.O. Box 757 <br> Cut Bank, MT 59427 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Trade Debt <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$90,775.02** |
|---|---|---|---|
| 3.107 5 | **Nonpriority creditor's name and mailing address** <br> **Lisa D. Nordmeyer** <br> 704 Edgewood Dr. <br> Brewton, AL 36426 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Revenue <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$76.00** |
| 3.107 6 | **Nonpriority creditor's name and mailing address** <br> **Lisa Downing Heaton** <br> 460 N. Hereford Lane <br> Madison, IN 47250 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Revenue <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$698.00** |
| 3.107 7 | **Nonpriority creditor's name and mailing address** <br> **Lisa G. Johnson** <br> 2230 West Welsh Drive <br> Lancaster, TX 75146 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Revenue <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$5.00** |
| 3.107 8 | **Nonpriority creditor's name and mailing address** <br> **Lisa Williamson Frost** <br> 6170 S Vergos Dr <br> Eight Mile, AL 36613 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Revenue <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$23.00** |
| 3.107 9 | **Nonpriority creditor's name and mailing address** <br> **Lisless Warren Anderson** <br> 629 North Confederate Avenue <br> Tyler, TX 75702 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  Revenue <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$5.00** |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.108 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67.00** |
|---|---|---|---|

**LJS Real Estate & Minerals, LLC**
**P.O. Box 906**
**El Campo, TX 77437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.108 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64.00** |
|---|---|---|---|

**LLY Oil & Gas LLC**
**First Financial Trust Asset**
**PO Box 701**
**Abilene, TX 79604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.108 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Lodene W. Janney**
**P.O. Box 424**
**Red River, NM 87558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.108 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Lola M. Jones**
**1700 West Seventh Street**
**Tyler, TX 75701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.108 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00** |
|---|---|---|---|

**Loletha Walker McCloud**
**45 Martin Lane**
**Seabrook, SC 29940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.108 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,221.80** |
|---|---|---|---|

**Lonewolf Energy, Inc.**
**P.O. Box 81026**
**Billings, MT 59108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.108 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,916.00** |
|---|---|---|---|

**Longleaf Energy Group, Inc.**
P.O. Box 809
Brewton, AL 36427

☐ Date(s) debt was incurred __

☐ Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00** |
|---|---|---|---|

**Lonnie Pearson**
P.O. Box 230
Gibsland, LA 71027

☐ Date(s) debt was incurred __

☐ Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8.00** |
|---|---|---|---|

**Lorenzo Brye**
15580 Pennsylvania Street
Southfield, MI 48075

☐ Date(s) debt was incurred __

☐ Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$371.00** |
|---|---|---|---|

**Lou Porter McCrary Estate**
1335 Paseo Del Pueblo Sur#136
Taos, NM 87571

☐ Date(s) debt was incurred __

☐ Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Louella D. Ellis**
2922 West 73rd Street
Los Angeles, CA 90043

☐ Date(s) debt was incurred __

☐ Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,317.00** |
|---|---|---|---|

**Louis Dorfman**
10440 N Central Expressway
Suite 824
Dallas, TX 75231

☐ Date(s) debt was incurred __

☐ Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.109
2**

**Nonpriority creditor's name and mailing address**

**Louisiana - Edwards Tower Louisiana Tower Operating LLC**
**7020 Solutions Center**
**Chicago, IL 60677-7000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.109
3**

**Nonpriority creditor's name and mailing address**

**Louisiana One Call System**
**P.O. Box 40715**
**Baton Rouge, LA 70835-0715**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1.50**

---

**3.109
4**

**Nonpriority creditor's name and mailing address**

**LOUMARV LLC**
**2727 Kirby Dr #19F**
**Houston, TX 77098**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.109
5**

**Nonpriority creditor's name and mailing address**

**Louria D. W. Washington**
**2030 Brookhaven Club Drive, No. 1589**
**Addison, TX 75244**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

**$1.00**

---

**3.109
6**

**Nonpriority creditor's name and mailing address**

**Lovelace Properties, LLC**
**Barbara L. Burton, Managing Partner**
**3263 Dell Road**
**Birmingham, AL 35223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$323.00**

---

**3.109
7**

**Nonpriority creditor's name and mailing address**

**Lucas Petroleum Group, Inc.**
**327 Congress Avenue, Suite 500**
**Austin, TX 78701-3656**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$321,059.25**

---

**3.109
8**

**Nonpriority creditor's name and mailing address**

**Lucas Petroleum Group, Inc.**
**327 Congress Avenue, Suite 500**
**Austin, TX 78701-3656**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$48,580.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.1099**

Nonpriority creditor's name and mailing address

**Lufkin Industries, Inc.**
P.O. Box 301199
Dallas, TX 75303-1199

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,727.86**

---

**3.1100**

Nonpriority creditor's name and mailing address

**Lula Mae Sells**
2508 47th Street
Lubbock, TX 79413

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

**3.1101**

Nonpriority creditor's name and mailing address

**Lupita Watson**
1217 Tower Lane
Evergreen, AL 36401

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$14.00**

---

**3.1102**

Nonpriority creditor's name and mailing address

**Lynne Edmondson**
635 Sharps Cove Rd
Gurley, AL 35748

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

**3.1103**

Nonpriority creditor's name and mailing address

**Lynnessa Warren**
Address Unverified

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

**3.1104**

Nonpriority creditor's name and mailing address

**M. Johnson Investment PTN I**
100 S. Eola Drive
PH 215
Orlando, FL 32801

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$2,599.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (*if known*) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.110 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37.00** |
|---|---|---|---|

**M. Robert Blakeney GF Trust**
**c/o Robert Blakeney**
**3811 Normandy Avenue**
**Dallas, TX 75205**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: __Revenue__

**Last 4 digits of account number __**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**M. Steven Moehle**
**& Betty Linda Moehle**
**1042 Fort Pickens Road**
**Pensacola, FL 32561**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: __Revenue__

**Last 4 digits of account number __**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$251.00** |
|---|---|---|---|

**M. Travis Holzborn**
**18 General Canby Drive**
**Spanish Fort, AL 36527**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: __Revenue__

**Last 4 digits of account number __**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.00** |
|---|---|---|---|

**Mae Adele Tait Sharp**
**PO Box 64**
**Okay, OK 74446**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: __Revenue__

**Last 4 digits of account number __**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |
|---|---|---|---|

**Maggie Lou Warren**
**3001 Tembrooke Drive**
**Modesta, CA 95350**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: __Revenue__

**Last 4 digits of account number __**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73.00** |
|---|---|---|---|

**Majinice Seals**
**by Mattie Samuel**
**25 Corey Lane**
**Princeton, KY 42445**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: __Revenue__

**Last 4 digits of account number __**

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|--------|-----------------------------|--|-----|-----|
| | Name | | | |

| 3.111 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11.27 |
|---|---|---|---|

**Marco Land & Petroleum, Inc.**
Attn: Mr. Cosby H. Martin, Jr.
2811 Keego Road
Brewton, AL 36426

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Cash Call Advance

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $582.00 |
|---|---|---|---|

**Marco Land & Petroleum, Inc.**
Attn: Mr. Cosby H. Martin, Jr.
2811 Keego Road
Brewton, AL 36426

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Revenue

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4.00 |
|---|---|---|---|

**Marcus Jones**
82 Ted Court
Evergreen, AL 36401

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Revenue

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|---|

**Marcus William Blair**
718 Whitney Dr
Pensacola, FL 32503

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Revenue

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $32.00 |
|---|---|---|---|

**Margaret Ann Skiles**
730 Barksdale Street
Pensacola, FL 32514

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Revenue

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.111 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |
|---|---|---|---|

**Margaret Long**
26214 Garrett Lane
Orange Beach, AL 33962

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Revenue

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.111 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4.00** |
|---|---|---|---|
| | **Margaret Ruth Rule,** **wife of Robert N. Rule, Jr.** **3621 Centenary** **Dallas, TX 75225** | ■ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9.00** |
|---|---|---|---|
| | **Margaret S. Smith** **10 Via Del Sud** **Tustin, CA 92680** | ■ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3.00** |
|---|---|---|---|
| | **Margo Jordan** **526 East Regent Street** **Inglewood, CA 90301-1322** | ■ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2.00** |
|---|---|---|---|
| | **Marie A. LaButti** **7 Hildreth Drive** **St. Augustine, FL 32084** | ■ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27.00** |
|---|---|---|---|
| | **Marilyn Rae and Paul J. Taormina** **4765 Highway 18 West** **Quitman, MS 39355** | ■ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$327.00** |
|---|---|---|---|
| | **Marita B. Snyder** **4221 Lorraine Ave** **Dallax, TX 75205** | ■ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Revenue__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| | |
|---|---|
| Debtor | **Sklar Exploration Company, LLC** |
| | Name |

Case number (*if known*) **20-12377-EEB**

---

**3.112 3**

**Nonpriority creditor's name and mailing address**
**Marjorie Rabun Woodell, deceased**
**136 Palmetto Street**
**Perry, FL 32348**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$2,328.00**

---

**3.112 4**

**Nonpriority creditor's name and mailing address**
**Marjorlene J. Terrell**
**HC 65 Box 1**
**Cransfills Gap, TX 76637**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$38.00**

---

**3.112 5**

**Nonpriority creditor's name and mailing address**
**Mark A. Dotson**
**328 East 122nd Street**
**Los Angeles, CA 90061**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.112 6**

**Nonpriority creditor's name and mailing address**
**Mark A. Roberts**
**8155 East Kings Hwy**
**Shreveport, LA 71115**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.112 7**

**Nonpriority creditor's name and mailing address**
**Mark H. Manes**
**P.O. Box 218**
**Hewitt, TX 76643**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.112 8**

**Nonpriority creditor's name and mailing address**
**Mark Raley**
**134 Junaluska Dr.**
**Woodstock, GA 30188**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.112 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$106,275.33** |
|---|---|---|---|
| | **Marksco, L.L.C.** | ■ Contingent | |
| | **Attn: Mark Sealy** | □ Unliquidated | |
| | **333 Texas Street, Suite 1050** | □ Disputed | |
| | **Shreveport, LA 71101** | | |
| | **Date(s) debt was incurred __** | Basis for the claim:  **Cash Call Advance** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No □ Yes | |

| 3.113 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,789.00** |
|---|---|---|---|
| | **Marksco, L.L.C.** | ■ Contingent | |
| | **Attn: Mark Sealy** | □ Unliquidated | |
| | **333 Texas Street, Suite 1050** | □ Disputed | |
| | **Shreveport, LA 71101** | | |
| | **Date(s) debt was incurred __** | Basis for the claim:  **Revenue** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No □ Yes | |

| 3.113 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$272.00** |
|---|---|---|---|
| | **Marlin Exploration, LLC** | ■ Contingent | |
| | **P.O. Box 1367** | □ Unliquidated | |
| | **Shreveport, LA 71164-1367** | □ Disputed | |
| | **Date(s) debt was incurred __** | Basis for the claim:  **Revenue** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No □ Yes | |

| 3.113 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84.00** |
|---|---|---|---|
| | **Marsha Elaine Dupree Talton** | ■ Contingent | |
| | **18249 FM 756** | □ Unliquidated | |
| | **Whitehouse, TX 75791** | □ Disputed | |
| | **Date(s) debt was incurred __** | Basis for the claim:  **Revenue** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No □ Yes | |

| 3.113 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00** |
|---|---|---|---|
| | **Marston Timber LLC** | ■ Contingent | |
| | **P.O. Box 1932** | □ Unliquidated | |
| | **Shreveport, LA 71166** | □ Disputed | |
| | **Date(s) debt was incurred __** | Basis for the claim:  **Revenue** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No □ Yes | |

| 3.113 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|
| | **Martha A. Perkins** | ■ Contingent | |
| | **P.O. box 87** | ■ Unliquidated | |
| | **Evergreen, AL 36401** | □ Disputed | |
| | **Date(s) debt was incurred __** | Basis for the claim:  **Revenue** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No □ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.113 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Martha B. Robinson**
**3615 Montrose Rd**
**Mountain Brk, AL 35213**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$31.00

---

| 3.113 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Martha Drakeford**
**c/o Alfonza Jackson, POA**
**2701 Godwin Lane**
**Pensacola, FL 32526**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$3.00

---

| 3.113 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Martha Jane McAfee**
**221 Bryn Mawr Circle**
**Houston, TX 77024**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| 3.113 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Martha McKenzie**
**1771 Country Club Rd**
**Eufaula, AL 36027**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$7,613.00

---

| 3.113 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Martha Ruth Johnson**
**11202 Balcones Woods Cove**
**Austin, TX 78759**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$9.00

---

| 3.114 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marty Cherry Enteprise LLC**
**P.O. Box 370**
**Fouke, AR 71837**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$1,475.00

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.114**
**1**

**Nonpriority creditor's name and mailing address**
**Marvin Robert Blakeney Trust No. 7453-03**
**Rep. Nat'l Bank & Fred Tucker Jr Trstees**
**P.O. Box 241**
**Dallas, TX 75221**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$62.00

---

**3.114**
**2**

**Nonpriority creditor's name and mailing address**
**Mary Ann Christie**
**907 Chisholm Valley Drive**
**Round Rock, TX 78664**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$1.00

---

**3.114**
**3**

**Nonpriority creditor's name and mailing address**
**Mary Ann Furguson**
**4558 Papaya Drive**
**Columbus, GA 31909**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$2.00

---

**3.114**
**4**

**Nonpriority creditor's name and mailing address**
**Mary Ann Mack**
**308 Shallow Creek Road**
**Tuscaloosa, AL 35406**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$1,210.00

---

**3.114**
**5**

**Nonpriority creditor's name and mailing address**
**Mary B. Andrews**
**and William Patrick Andrews**
**703 Landview Drive**
**Dothan, AL 36301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$31.00

---

**3.114**
**6**

**Nonpriority creditor's name and mailing address**
**Mary Brye**
**3504 Shepherd Path**
**Decatur, GA 30034**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

$3.00

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (*if known*) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.114<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Mary D. Jones**
**27167 County Road 6**
**Evergreen, AL 36401**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.114<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Mary Edna Brown**
**P.O. Box 346**
**French Lick, IN 47432**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.114<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21.00** |
|---|---|---|---|

**Mary Etna Jackson Brown**
**1308 North Nursery No. 216**
**Irving, TX 75061**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.115<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$66.00** |
|---|---|---|---|

**Mary Footman**
**Deceased**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.115<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$35.00** |
|---|---|---|---|

**Mary Frances Nelson Joyner**
**103 Pinecrest Drive**
**Arcadia, LA 71001**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.115<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$78.00** |
|---|---|---|---|

**Mary Francis Harris**
**1521 Meadow Valley Lane**
**Dallas, TX 75232**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

EXHIBIT 5

| | |
|---|---|
| Debtor | **Sklar Exploration Company, LLC** |
| | Name |

Case number (if known)  **20-12377-EEB**

---

**3.115**
**3**

**Nonpriority creditor's name and mailing address**

**Mary Helen Crittenden**
**64 Willowcrest Drive**
**Windsor, CT 06095**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

$2.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.115**
**4**

**Nonpriority creditor's name and mailing address**

**Mary Jane Ray Ridgway**
**362 St. Andrews Drive**
**Jackson, MS 39211**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

$74.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.115**
**5**

**Nonpriority creditor's name and mailing address**

**Mary Jeanette Reynolds Wimberly**
**422 Wellington Court**
**Shreveport, LA 71115**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

$131.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.115**
**6**

**Nonpriority creditor's name and mailing address**

**Mary Jo Clements-Balas**
**117 Swan Drive**
**Eatonton, GA 31024-1375**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

$22.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.115**
**7**

**Nonpriority creditor's name and mailing address**

**Mary Jo Hyde Thompson**
**101 Fairview Drive**
**Enterprise, AL 36330**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

$13.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.115**
**8**

**Nonpriority creditor's name and mailing address**

**Mary Joyce Pettus West**
**8323 10th Avenue, South**
**Birmingham, AL 35206**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

$28.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.115<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$196.00** |
|---|---|---|---|

**Mary Katherine Jones**
**4432 County Road 11**
**Repton, AL 36475**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Mary L. Green**
**92 M&K Lane**
**Evergreen, AL 36401**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Mary Lee & Bertha M. Johnson Life Estate**
**1700 West Seventh Street**
**Tyler, TX 75701**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13.00** |
|---|---|---|---|

**Mary Lou Powell McCants**
**1301 Pecan Square**
**Bossier City, LA 71112**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,546.00** |
|---|---|---|---|

**Mary P. Mahoney**
**2187 Webbing Drive**
**Cordova, TN 38016**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19.00** |
|---|---|---|---|

**Mary Paul Duval Ross**
**Box 235**
**Merrickville, ON K0G 1N0**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.116 5**

**Nonpriority creditor's name and mailing address**
**Mary W. Rustin**
**417 County Road 118**
**Shubuta, MS 39360**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$128.00**

---

**3.116 6**

**Nonpriority creditor's name and mailing address**
**Mary Y. Wright**
**1461 West 103rd Street**
**Los Angeles, CA 90047**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.116 7**

**Nonpriority creditor's name and mailing address**
**Maryland Ruth Starling**
**1309 Parkview Drive**
**Tyler, TX 75703**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

**3.116 8**

**Nonpriority creditor's name and mailing address**
**Masco Wireline, Inc.**
**P.O. Box 2726**
**Laurel, MS 39442-2726**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$12,584.02**

---

**3.116 9**

**Nonpriority creditor's name and mailing address**
**Mattie Charley**
**2115 W. Laura St.**
**Pensacola, FL 32505**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$32.00**

---

**3.117 0**

**Nonpriority creditor's name and mailing address**
**Mattie Samuel**
**25 Corey Lane**
**Princeton, KY 42445**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.117 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $59.00 |
|---|---|---|---|

**Maurice Seals**
**by Mattie Samuel**
**25 Corey Lane**
**Princeton, KY 42445**

☐ Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |
|---|---|---|---|

**Max C. Johnson**
**P.O. Box 111**
**Midfield, TX 77458**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4.00 |
|---|---|---|---|

**MBR Oil & Gas #1 Ltd.**
**P.O. Box 513**
**Miolano, TX 79702**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $227.34 |
|---|---|---|---|

**McAdams Propane Company**
**P.O. Box 1715**
**Center, TX 75935**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $31.00 |
|---|---|---|---|

**McClendon & Associates Inc.**
**Frank McClendon, Jr.**
**203 Lansdowne Terrace**
**Tyler, TX 75703**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $45,336.84 |
|---|---|---|---|

**McCombs Energy Ltd., LLC**
**755 East Mulberry Ave, Suite 600**
**San Antonio, TX 78212**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.117<br>7 | **Nonpriority creditor's name and mailing address**<br>**McCombs Energy Ltd., LLC**<br>**755 East Mulberry Suite, Suite 600**<br>**San Antonio, TX 78212**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Revenue__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$356,235.00** |

| | | |
|---|---|---|
| 3.117<br>8 | **Nonpriority creditor's name and mailing address**<br>**McCombs Exploration, LLC**<br>**750 East Mulberry Suite 403**<br>**San Antonio, TX 78212**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Revenue__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$75,860.00** |

| | | |
|---|---|---|
| 3.117<br>9 | **Nonpriority creditor's name and mailing address**<br>**McCurry, Tim**<br>**219 Millerton Road**<br>**Haynesville, LA 71038**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$400.00** |

| | | |
|---|---|---|
| 3.118<br>0 | **Nonpriority creditor's name and mailing address**<br>**McDavid, Noblin & West PLLC**<br>**248 East Capital Street**<br>**Suite 840**<br>**Jackson, MS 39201**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$48,699.12** |

| | | |
|---|---|---|
| 3.118<br>1 | **Nonpriority creditor's name and mailing address**<br>**McDowell, Miles**<br>**418 Lowell Court**<br>**Shreveport, LA 71107**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.118<br>2 | **Nonpriority creditor's name and mailing address**<br>**McLeod Family Trust**<br>**Jacqueline A, Theresa A &**<br>**Vicky L McLeod as Trustees**<br>**6215 Wilchester Lane**<br>**Beaumont, TX 77706**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Revenue__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$15,596.00** |

| | | |
|---|---|---|
| 3.118<br>3 | **Nonpriority creditor's name and mailing address**<br>**Mediacom**<br>**P.O. Box 71219**<br>**Charlotte, NC 28272-0121**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.118 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $22.00 |
|---|---|---|---|

**Melanie VanZandt Bradford**
**#4 Highfield Cove**
**Little Rock, AR 72211**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $34.00 |
|---|---|---|---|

**Melinda I. Dearman**
**3138 Hidden Haven South**
**San Antonio, TX 78261**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18.00 |
|---|---|---|---|

**Melissa Ann Dyer**
**P.O. Box 353**
**Lawrenceburg, TN 38464**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5.00 |
|---|---|---|---|

**Melissa Griggs**
**255 Saint Paul Street**
**Denver, CO 80206**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9.00 |
|---|---|---|---|

**Melissa Hoercher**
**9026 North Court**
**Spanish Fort, AL 36527**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30.00 |
|---|---|---|---|

**Melody Gaye Barnes**
**39 Palisades Blvd.**
**Longview, TX 07560-5473**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|--------|-----------------------------------|------------------------|------------------|
| | Name | | |

---

**3.119
0**

Nonpriority creditor's name and mailing address

**Melvin Ford**
**10205 County Road 395**
**Tyler, TX 75708-9228**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$1.00**

---

**3.119
1**

Nonpriority creditor's name and mailing address

**Mendoza's Barrier Fence Co.**
**P.O. Box 388**
**Brewton, AL 36427**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,220.00**

---

**3.119
2**

Nonpriority creditor's name and mailing address

**MER Energy, Ltd.**
**6500 Greenville Ave, Ste 110**
**Dallas, TX 75206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,888.70**

---

**3.119
3**

Nonpriority creditor's name and mailing address

**MER Energy, Ltd.**
**6500 Greenville Ave, Ste 110**
**Dallas, TX 75206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,921.00**

---

**3.119
4**

Nonpriority creditor's name and mailing address

**Merchants Credit Bureau of Savannah**
**Merchants Credit Bureau, Inc.**
**P.O. Bxo 458**
**Augusta, GA 30903**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.119
5**

Nonpriority creditor's name and mailing address

**Mercury Oil Company, LLC**
**1221 W Campbell Rd**
**Ste 233**
**Richardson, TX 75080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,420.41**

---

**3.119
6**

Nonpriority creditor's name and mailing address

**Mercury Oil Company, LLC**
**1221 W Campbell Rd**
**Ste 233**
**Richardson, TX 75080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No  ☐ Yes

**$98.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.119 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Meredith Lynn Noel Day**
**248 Ashley Drive**
**Shreveport, LA 71105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.119 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$338,432.41** |
|---|---|---|---|

**Meritage Energy, Ltd.**
**C/O BKD, LLP**
**2700 Post Oak Blvd, Ste 1500**
**Houston, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Cash Call Advance**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.119 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,662.00** |
|---|---|---|---|

**Meritage Energy, Ltd.**
**C/O BKD, LLP**
**2700 Post Oak Blvd, Ste 1500**
**Houston, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.120 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Merle L. Williams Revocable Trust**
**c/o Carl D. Williams, as Trustee**
**P.O. Box 7429**
**Spanish Fort, AL 36577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.120 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Merrill Properties LLC**
**337 Worth Ave**
**Lafayette, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.120 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$992,275.80** |
|---|---|---|---|

**Mesa Fluids, LLC**
**c/o Juno Financial**
**P.O. Box 173928**
**Denver, CO 80217-3928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.120 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,979.00** |

**Mesapro, LLC**
**Philip B. Allen, Manager**
**4835 S. Peoria Ave. Suite 20**
**Tulsa, OK 74105**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Revenue 

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Metropolitan Life Insurance Company**
**P.O. Box 804466**
**Kansas City, MO 64180-4466**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt 

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |

**MHM Resources LP**
**P.O. Box 202656**
**Dallas, TX 75320-2656**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Revenue 

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00** |

**Michael Brian Crookshank**
**8401 S 8th St**
**Broken Arrow, OK 74011**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Revenue 

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |

**Michael D. Gollob Oil Company, L.P.**
**Mary LaVerne Gollob**
**P.O. Box 6653**
**Tyler, TX 75711**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Revenue 

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,110.00** |

**Michael F. Therrell**
**595 County Road 118**
**Shubuta, MS 39360**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Revenue 

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|

**3.120 9**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|

**Michael Houston Taylor**
**1621 Southern Draw Drive**
**Temple, TX 76502**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121 0**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17.00** |
|---|---|---|

**Michael Johnson**
**1308 Brittany Lane**
**Odessa, TX 79761-3526**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121 1**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$935.00** |
|---|---|---|

**Michael Management, Inc.**
**Attn: Mr. M. Timothy Michael**
**P.O. Box 922**
**Fairhope, AL 36533**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121 2**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|

**Michael Morrissey, III**
**458 Broomfield Road**
**Tinsley, MS 39176**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121 3**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|

**Michael Warren (minor)**
**Rt 25 Box 1170**
**Tyler, TX 75705**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121 4**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.00** |
|---|---|---|

**Michael Wood**
**3 Courtland Drive, Apt. 46**
**Hattiesburg, MS 39402**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.121 5**

**Nonpriority creditor's name and mailing address**

**Michelle Renee Warren Shaw**
**1806 Jim Reinthal Court**
**Dallas, TX 75217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$12.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121 6**

**Nonpriority creditor's name and mailing address**

**Mid South Anchor Service, LLC**
**P.O. Box 2434**
**Laurel, MS 39442**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$4,085.26

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121 7**

**Nonpriority creditor's name and mailing address**

**Midtex Royalty, LP**
**P.O. Box 50174**
**Midland, TX 07971-0017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$4.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121 8**

**Nonpriority creditor's name and mailing address**

**Mike Davis**
**PO Box 308**
**Magnolia, AR 71754**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$1,103.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121 9**

**Nonpriority creditor's name and mailing address**

**Mike Rogers Oil & Gas, Inc.**
**P.O. Box 6783**
**Miramar Beach, FL 32550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$299.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122 0**

**Nonpriority creditor's name and mailing address**

**Mildred Louise Golden**
**PO Box 88**
**Jay, FL 32565**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$10,395.00

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.122 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$179.00** |
|---|---|---|---|

**Minerals Management, Inc.**
P.O. Box 12788
Jackson, MS 39216

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2.00** |
|---|---|---|---|

**Minnie Carter**
17 Beach Road
Bloomfield, CT 06002

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3.00** |
|---|---|---|---|

**Minnie Drakeford**
1169 Springhill Road
Evergreen, AL 36401

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,049.59** |
|---|---|---|---|

**Mississippi Gauge & Supply Co.**
P.O. Box 2366
Laurel, MS 39440

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,781.41** |
|---|---|---|---|

**Mississippi Power**
P.O. Box 245
Birmingham, AL 35201-0245

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,169.34** |
|---|---|---|---|

**MJS Interests, LLC**
9266 Hathaway Street
Dallas, TX 75220

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$980.00** |
|---|---|---|---|

**MJS Interests, LLC**
9266 Hathaway Street
Dallas, TX 75220

Date(s) debt was incurred _
Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.122 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Mollie Fulcher**
16211 FM 3083 Apt. 1
Conroe, TX 77302-5143

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $211.00 |
|---|---|---|---|

**Molly Leona Brent, Deceased**
1027 Parker Drive
Laurel, MS 39440

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $820.00 |
|---|---|---|---|

**Mona L Schlachter**
1941 E Branch Hollow
Carrollton, TX 75007

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.00 |
|---|---|---|---|

**Mona Portwood Odom**
4729 Mira Vista Dr
Frisco, TX 75034

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,756.00 |
|---|---|---|---|

**Moncla Slickline, LLC**
P.O. Box 53688
Lafayette, LA 70505

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Monica Blair**
1901 Lennox Dr.
Unit 30
Sykesville, MA 21784

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (*if known*) | **20-12377-EEB** |
|--------|-----------------------------------|--------------------------|------------------|
|        | Name                              |                          |                  |

| 3.123<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Monica L. Elder**
**236 Jamaica Circle**
**Union City, CA 94587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.123<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Monique Bryant**
**P.O. Box 42**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.123<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.72** |
|---|---|---|---|

**Mountain Air Enterprises, LLC**
**820 Garrett Drive**
**Bossier City, LA 71111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.123<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,042.00** |
|---|---|---|---|

**Mountain Air Enterprises, LLC**
**820 Garrett Drive**
**Bossier City, LA 71111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.123<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$837.16** |
|---|---|---|---|

**Murkco Exploration Co., L.L.C.**
**Attn:  Malcolm Murchison**
**401 Edwards Street, Suite 1000**
**Shreveport, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.123<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.90** |
|---|---|---|---|

**Music Mountain Water, LLC**
**P.O. Box 2252**
**Birmingham, AL 35246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.124<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Muslow Oil & Gas, Inc.**
**Attn: Mr. Eric C. Weiss**
**330 Marshall Street, Suite 628**
**Shreveport, LA 71101-3687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.124 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,581.00** |
|---|---|---|---|

**Myrtle C. Fuller, Deceased**
P.O. Box 6286
Shreveport, LA 71136-6286

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.124 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5.00** |
|---|---|---|---|

**N. Neil Davis**
2209 Chasewych Drive #A
Austin, TX 78745

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.124 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17.00** |
|---|---|---|---|

**Nancy Johnson McConnell**
1301 Penny Lane
Kilgore, TX 75662-4523

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.124 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
|---|---|---|---|

**Nancy Nichols Morris**
5219 Englewood Point Court
Katy, TX 77494

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.124 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21.00** |
|---|---|---|---|

**Nanette Feagin Beck**
8477 Calumet Way
Cincinnati, OH 45249

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.124 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$76.00** |
|---|---|---|---|

**Naomi Ione Moran**
Route 2, Box 1170
Teague, TX 75860

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Revenue

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.124 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$68.00** |
|---|---|---|---|

**Naomi Taylor**
**1009 East Ramsey Avenue**
**Fort Worth, TX 76104**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
|---|---|---|---|

**Natasha Smith**
**2273 Farrington Loop W.**
**Semmes, AL 36575**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,531.00** |
|---|---|---|---|

**National Oilwell DHT, LP**
**Wells Fargo Bank, N.A.**
**P.O. Bxo 201153**
**Dallas, TX 75320-1153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,850.00** |
|---|---|---|---|

**National Oilwell Varco Wells Fargo Bank**
**P.O. Box 201224**
**Dallas, TX 75320-1224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23.63** |
|---|---|---|---|

**Navasota Valley Electric Cooperative**
**P.O. Box  848**
**Franklin, TX 77856-0848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2.00** |
|---|---|---|---|

**Neale Fleishman**
**834 Brookhurst Dr**
**Dallas, TX 75218**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$748.00** |
|---|---|---|---|

**Nell Brye Smith, Deceased**
**3404 North Tarragona Street**
**Pensacola, FL 32503**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.125 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Nellie Jean Beer**
**168 Arborwood Crescent**
**Rochester, NY 14615**

■ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No □ Yes

---

| 3.125 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.00 |
|---|---|---|---|

**Nellie W. Harris**
**P.O. Box 695**
**Topeka, KS 66601**

■ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No □ Yes

---

| 3.125 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.00 |
|---|---|---|---|

**Netta V Wiley**
**7600 Hwy 31**
**Evergreen, AL 36401**

■ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No □ Yes

---

| 3.125 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $208.50 |
|---|---|---|---|

**New Benefits Ltd.**
**P.O. Box 803475**
**Dallas, TX 75380**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No □ Yes

---

| 3.125 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,139.00 |
|---|---|---|---|

**New London Contractors, Inc.**
**P.O. Box 228**
**New London, TX 75682**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No □ Yes

---

| 3.125 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260,431.49 |
|---|---|---|---|

**Nex Tier Completion Solutions, Inc.**
**P.O. Bxo 733404**
**Dallas, TX 75373-3404**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No □ Yes

---

| 3.126 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,103.00 |
|---|---|---|---|

**Nicholas R. Vann**
**6262 Sioux Trail**
**Milton, FL 32583**

■ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No □ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.126 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,275.00** |
|---|---|---|---|

**Nicholas Todd Farish**
**14791 Libby Rd**
**Coker, AL 35452**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,532.33** |
|---|---|---|---|

**Nine Forks LLC**
**Attn: Larry L. Hock**
**PO Box 670**
**Minden, LA 71055**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,564.00** |
|---|---|---|---|

**Nine Forks LLC**
**Attn: Larry L. Hock**
**PO Box 670**
**Minden, LA 71055**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,731.39** |
|---|---|---|---|

**Noble Casing, Inc.**
**125 South Howes Street**
**Suite 800**
**Fort Collins, CO 80521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71,970.00** |
|---|---|---|---|

**Noble Drilling, LLC**
**125 South Howes Street**
**Suite 800**
**Fort Collins, CO 80521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Noble Royalties Access Fund IV LP**
**P.O. Box 660082**
**Dallas, TX 75266**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.126 7**

**Nonpriority creditor's name and mailing address**
**Nona Scott Grant**
**P.O. Box 351463**
**Los Angeles, CA 90035**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.126 8**

**Nonpriority creditor's name and mailing address**
**Norma G. Grandison**
**1354 Mazurek Blvd**
**Pensacola, FL 32514**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$8.00

---

**3.126 9**

**Nonpriority creditor's name and mailing address**
**Northedge Corporation**
**P.O. Box 540988**
**Houston, TX 77254**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

$23,253.58

---

**3.127 0**

**Nonpriority creditor's name and mailing address**
**Northstar Drillstem Testers, Inc.**
**2410A - 2 Avenue SE**
**Calgary, WV 26000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$15,000.00

---

**3.127 1**

**Nonpriority creditor's name and mailing address**
**Northstar Producing I, Ltd.**
**Terry Stanislav**
**1681 River Road Apt. 3108**
**Boerne, TX 78006**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

$3,461.21

---

**3.127 2**

**Nonpriority creditor's name and mailing address**
**Northstar Producing I, Ltd.**
**Terry Stanislav**
**1681 River Road Apt. 3108**
**Boerne, TX 78006**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$645.00

---

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

| 3.127 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.00 |
|---|---|---|---|

**Novella B. Horton**
2455 Osage Street
Mobile, AL 36617

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Revenue 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,028.94 |
|---|---|---|---|

**Oil States Energy Services, LLC**
P.O. Box 203567
Dallas, TX 75320-3567

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,449.07 |
|---|---|---|---|

**Oilfield Partners Energy Services, LLC**
P.O. Box 40
Henrietta, TX 76365

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|

**Ola B Taliaferro**
729 Spring Hill Rd
Evergreen, AL 36401

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.00 |
|---|---|---|---|

**Olden Michael Wright**
510 East Dalzell St
Shreveport, LA 71104

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Revenue 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,542.00 |
|---|---|---|---|

**Oliver Andrew Starcke Res. Trust**
c/o Philip A. Starcke Trustee
1981 W. 123rd Place
Leawood, KS 66209

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Revenue 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,815.00 |
|---|---|---|---|

**Olson Energy Services, LLC**
5289 139th Avenue NW
Williston, ND 58801

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt 

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.128 0**

**Nonpriority creditor's name and mailing address**
**Omega Oilfield Service Co. MEGA**
**P.O. Box 1793**
**Kilgore, TX 75663**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,976.67

---

**3.128 1**

**Nonpriority creditor's name and mailing address**
**Opal L. Kidd Family Partnership, Ltd**
**1428 East Richards Street**
**Tyler, TX 75702**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$36.00

---

**3.128 2**

**Nonpriority creditor's name and mailing address**
**Openwood Plantation, Inc.**
**Attn: Jacquelyn Jabour, President**
**P.O. Box 821786**
**Vicksburg, MS 39182**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$1,351.00

---

**3.128 3**

**Nonpriority creditor's name and mailing address**
**Otto C. King, Jr. &**
**Cynthia King**
**101 Tracey Cove**
**Madison, MS 39110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.128 4**

**Nonpriority creditor's name and mailing address**
**Owassa Brownsville Water Authority**
**P.O. Box 544**
**Evergreen, AL 36401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$71.25

---

**3.128 5**

**Nonpriority creditor's name and mailing address**
**Owen Johnson Life Estate**
**Rt 3 Box 761**
**Tyler, TX 75705**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

**3.128 6**

**Nonpriority creditor's name and mailing address**
**Ownership Dispute in Bull 32-10 Well**
**Tract 1 (Second Dispute in Tract 1)**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$544.00

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.128 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,899.00** |

**Ownership Dispute in SEB Tract 14**

�■ Contingent
�■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$486.00** |

**Ownership Dispute in SEB Tract 24**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**P2 Energy Solutuions**
**P2ES Holdings, LLC 2692**
**P.O. Bxo 912692**
**Denver, CO 80291-2692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$87.00** |

**Page Development, LLC**
**PO Box 1008**
**Winnfield, LA 71483**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$128.43** |

**Pam Lin Corporation**
**PO Box 50635**
**Midland, TX 79710-0635**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Cash Call Advance__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,747.00** |

**Pam Lin Corporation**
**PO Box 50635**
**Midland, TX 79710-0635**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | | Case number (if known) | 20-12377-EEB |
|---|---|---|---|---|
| | Name | | | |

| 3.129<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

**Pam Minard**
**604 Grant Street**
**Mansfield, OH 44903**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Pamela D. Holmes Banks**
**7905 Kershaw Street**
**Pensacola, FL 32534**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Pamela High**
**1206 West 4th Street**
**Tyler, TX 75701**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Pamela S. Owens**
**9830 Estate Lane**
**Dallas, TX 75238**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Pamela S. Wassom**
**PO Box 385**
**Atlanta, TX 75551**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129<br>8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,829.00 |
|---|---|---|---|

**Panther Pressure Testers, Inc.**
**P.O. Box 1109**
**Watford City, ND 58854**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Parkman's Painting & Bush Hogging**
**2294 Highway 563**
**Simsboro, LA 71275**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.130 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,732.00 |
|---|---|---|---|

**Parous Energy, L.L.C.**
P.O. Box 2547
Madison, MS 39130-2547

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.130 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,660.00 |
|---|---|---|---|

**Pason Systems USA Corp.**
7701 West Little York
Houston, TX 77040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.130 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,924.00 |
|---|---|---|---|

**Pathfinder Inspections & Field Services**
P.O. Box 3889
Gillette, WY 82717

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.130 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Patricia A. Baker**
15705 La Mar Court
Morgan Hill, CA 95037

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.130 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**Patricia A. McGowin**
2717 Brooklyn Road
Brewton, AL 36426

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.130 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
|---|---|---|---|

**Patricia Ann Davis**
43 Cottage Grove Circle
Bloomfield, CT 06002

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.130 6**

**Nonpriority creditor's name and mailing address**

**Patricia Ann Jinkins**
**182 Maximilian Lane**
**Shreveport, LA 71105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

**$10.00**

---

**3.130 7**

**Nonpriority creditor's name and mailing address**

**Patricia Ann Reynolds Boyle**
**2050 Keller Springs Road #314**
**Carrollton, TX 75006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

**$2.00**

---

**3.130 8**

**Nonpriority creditor's name and mailing address**

**Patricia Beekman Westbrook**
**14330 Hollypark Drive**
**Houston, TX 77015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

**$40.00**

---

**3.130 9**

**Nonpriority creditor's name and mailing address**

**Patricia Ford**
**23230 Hwy. 31E**
**Kilgore, TX 75662**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

**$1.00**

---

**3.131 0**

**Nonpriority creditor's name and mailing address**

**Patricia Hill**
**P.O. Box 1485**
**Glenmora, LA 71433**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

**$37.00**

---

**3.131 1**

**Nonpriority creditor's name and mailing address**

**Patricia J. Westbrook**
**7676 Dianjou Dr**
**El Paso, TX 01028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

**$29.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.131<br>2 | **Nonpriority creditor's name and mailing address**<br><br>**Patrick Garrett**<br>**6095 Copper Leaf Lane**<br>**Naples, FL 34116**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Revenue_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $19.00 |

| | | | |
|---|---|---|---|
| 3.131<br>3 | **Nonpriority creditor's name and mailing address**<br><br>**Patrick H. Torrans**<br>**6707 Cedar Street**<br>**Katy, TX 77449**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Revenue_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $48.00 |

| | | | |
|---|---|---|---|
| 3.131<br>4 | **Nonpriority creditor's name and mailing address**<br><br>**Patrick J. McBride**<br>**501 Seville Circle**<br>**El Dorado Hills, CA 95762**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Cash Call Advance**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $37,591.54 |

| | | | |
|---|---|---|---|
| 3.131<br>5 | **Nonpriority creditor's name and mailing address**<br><br>**Patrick J. McBride**<br>**501 Seville Circle**<br>**El Dorado Hills, CA 95762**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Revenue_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $149.00 |

| | | | |
|---|---|---|---|
| 3.131<br>6 | **Nonpriority creditor's name and mailing address**<br><br>**Patrick Pearson**<br>**1702 Nicholson St.**<br>**Shreveport, LA 71108**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Revenue_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1.00 |

| | | | |
|---|---|---|---|
| 3.131<br>7 | **Nonpriority creditor's name and mailing address**<br><br>**Patsy Williams Trout**<br>**105 Ingram Road**<br>**West Monroe, LA 71291**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Revenue_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $14.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

**3.131 8**

Nonpriority creditor's name and mailing address
**Paul E. & Bertha M. Johnson Life Estate**
**1700 West Seventh Street**
**Tyler, TX 75701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$2.00**

---

**3.131 9**

Nonpriority creditor's name and mailing address
**Paul Keith Davis**
**P.O. Box 1634**
**Orange Beach, AL 36561**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$26.00**

---

**3.132 0**

Nonpriority creditor's name and mailing address
**Paul Taliaferro**
**7005 Montebello Drive S**
**Eight Mile, AL 36613**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$133.00**

---

**3.132 1**

Nonpriority creditor's name and mailing address
**Paula W. Denley LLC**
**PO Box 720548**
**Byram, MS 39272-0548**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ☑ No ☐ Yes

**$34.62**

---

**3.132 2**

Nonpriority creditor's name and mailing address
**Paula W. Denley LLC**
**PO Box 720548**
**Byram, MS 39272-0548**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$1,968.00**

---

**3.132 3**

Nonpriority creditor's name and mailing address
**Paulette Henderson**
**704 West 6th Street**
**Tyler, TX 75701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$1.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.132**
**4**

**Nonpriority creditor's name and mailing address**

**Pauline Sterne Wolff Memorial**
**C/O JPMorgan Natl Oil Op**
**PO Drawer # 99084**
**Fort Worth, TX 76199-0084**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$82.00**

---

**3.132**
**5**

**Nonpriority creditor's name and mailing address**

**Pauline Williams Carter**
**1939 Carraway Street**
**Birmingham, AL 35235**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$57.00**

---

**3.132**
**6**

**Nonpriority creditor's name and mailing address**

**Pearl Parkway, LLC**
**LJD Enterprises, Inc.**
**2595 Canyon Boulevard**
**Suite 230**
**Boulder, CO 80302**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.132**
**7**

**Nonpriority creditor's name and mailing address**

**Peggy A. Wilkinson**
**6545 East River Rd**
**Oakdale, CA 95361**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$4,524.00**

---

**3.132**
**8**

**Nonpriority creditor's name and mailing address**

**Peggy Ann Bowman**
**734 Eaton Terrace**
**The Villages, FL 32162**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$11.00**

---

**3.132**
**9**

**Nonpriority creditor's name and mailing address**

**Peggy Williams Williamson**
**13 Stonewood Court**
**Covington, LA 70433**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$11.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.133 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $369.00 |
|---|---|---|---|

**Pelican Energy, LLC**
P.O. Box 9
Ocean Springs, MS 39566

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

| 3.133 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.00 |
|---|---|---|---|

**Penni R. Crouch Vanhorn**
9491 South Johnson Court
Littleton, CO 80127

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

| 3.133 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $649.00 |
|---|---|---|---|

**Percy Bradley, Jr.**
552 Reynolds Avenue
Evergreen, AL 36401

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

| 3.133 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.00 |
|---|---|---|---|

**Peter Hill**
1233 Blackstone
St. Louis, MO 63112

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

| 3.133 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.00 |
|---|---|---|---|

**PetroDrill, LLC**
P.O. Box 5098
Brandon, MS 39047

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

| 3.133 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.62 |
|---|---|---|---|

**Petroleum Investments Inc.**
416 Travis Street, Ste. 612
Shreveport, LA 71101-5502

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.133 6 | **Nonpriority creditor's name and mailing address**<br>**Petroleum Investments Inc.**<br>416 Travis Street, Ste. 612<br>Shreveport, LA 71101-5502 | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,165.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  __Revenue__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.133 7 | **Nonpriority creditor's name and mailing address**<br>**Petroleum Services, Inc.**<br>d/b/a Mike Palmer Petroleum Services Inc<br>P.O. Box 1486<br>Williston, ND 58802-1486 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,520.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  __Trade Debt__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.133 8 | **Nonpriority creditor's name and mailing address**<br>**Pflanzer Partners, Ltd**<br>Attn: Mr. Joseph Pflanzer<br>1225 Sunset Ridge Circle<br>Cedar Hill, TX 75104 | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,606.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  __Revenue__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.133 9 | **Nonpriority creditor's name and mailing address**<br>**Pheasant Energy LLC**<br>P.O. Box 471458<br>Fort Worth, TX 76148 | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  __Revenue__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.134 0 | **Nonpriority creditor's name and mailing address**<br>**Phillip Gaines**<br>16602 CR 26<br>Tyler, TX 75707 | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  __Revenue__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.134 1 | **Nonpriority creditor's name and mailing address**<br>**Phillips, Mike**<br>P.O. Box 1450<br>Mexia, TX 76667 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$500.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  __Trade debt__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.134 2 | **Nonpriority creditor's name and mailing address**<br>**Phyllis Doss**<br>8180 Highway 51<br>Wesson, MS 39191-9133 | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$16.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  __Revenue__<br>Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.134 3 | **Nonpriority creditor's name and mailing address**<br>**Phyllis Jordan**<br>**2025 North Emerson Avenue**<br>**Tyler, TX 75702**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Revenue__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1.00** |
|---|---|---|---|

| 3.134 4 | **Nonpriority creditor's name and mailing address**<br>**Pickens Financial Group, LLC**<br>**10100 N. Central Expressway**<br>**Ste 200**<br>**Dallas, TX 75231-4159**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Cash Call Advance__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$105,110.78** |
|---|---|---|---|

| 3.134 5 | **Nonpriority creditor's name and mailing address**<br>**Pickens Financial Group, LLC**<br>**10100 N. Central Expressway**<br>**Ste 200**<br>**Dallas, TX 75231-4159**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Revenue__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$66,711.00** |
|---|---|---|---|

| 3.134 6 | **Nonpriority creditor's name and mailing address**<br>**Pine Iisland Chemical Solutions, LLC**<br>**P.O. Box 53393**<br>**Lafayette, LA 70505**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,291.17** |
|---|---|---|---|

| 3.134 7 | **Nonpriority creditor's name and mailing address**<br>**Pioneer Wireline Services, LLC**<br>**P.O. Box 202567**<br>**Dallas, TX 75320-2567**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$39,950.15** |
|---|---|---|---|

| 3.134 8 | **Nonpriority creditor's name and mailing address**<br>**Pitney Bowes**<br>**P.O. Box 371896**<br>**Pittsburgh, PA 15250-7896**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$762.98** |
|---|---|---|---|

| 3.134 9 | **Nonpriority creditor's name and mailing address**<br>**Pitney Bowes Global Financial Services**<br>**P.O. Box 371887**<br>**Pittsburgh, PA 15250-7887**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$33.25** |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.135 0**

**Nonpriority creditor's name and mailing address**

**Pitney Bowes Purchase Power**
P.O. Box 371874
Pittsburgh, PA 15250-7874

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.135 1**

**Nonpriority creditor's name and mailing address**

**Pitts Swabbing Service, Inc.**
P.O. Box 554
Laurel, MS 39441

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$66,842.50**

---

**3.135 2**

**Nonpriority creditor's name and mailing address**

**Plains Gas Solutions**
**(Plains All American Pipeline, LP)**
333 Clay Street
Suite 1600
Houston, TX 77002

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$127,824.75**

---

**3.135 3**

**Nonpriority creditor's name and mailing address**

**Plains Production Inc**
**Mike Krenger**
1313 Campbell Rd BLDG D
Houston, TX 77055

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

**$525.00**

---

**3.135 4**

**Nonpriority creditor's name and mailing address**

**Plante & Morgan, PLLC**
16060 Collections Center Drive
Chicago, IL 60693

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$1,685.00**

---

**3.135 5**

**Nonpriority creditor's name and mailing address**

**Polly Pugh**
5717 Los Angeles St.
Houston, TX 77056

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _Revenue_

Is the claim subject to offset? ■ No ☐ Yes

**$39.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.135 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,510.00 |
|---|---|---|---|

**Porter Estate Company Oakley Ranch, Inc.**
**Attn: Alexandra Kromelow**
**100 Bush Street #550**
**San Francisco, CA 94104**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.135 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Portia Johnson**
**2313 North Industrial Avenue**
**Tyler, TX 75702**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.135 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4.00 |
|---|---|---|---|

**PPLB Investments LLC**
**P.O. Box 51937**
**Midland, TX 79710**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.135 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $43,188.77 |
|---|---|---|---|

**Precise Propellant Stimulation, LLC**
**5354 Highway 171**
**Gloster, LA 71030-3108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.136 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $207.00 |
|---|---|---|---|

**Precision Signs**
**P.O. Box 285**
**Shreveport, LA 71162-0285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.136 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $149,450.80 |
|---|---|---|---|

**Premium Oilfield Services, LLC**
**P.O. Box 203763**
**Dallas, TX 75320-3763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.136 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,269.92 |
|---|---|---|---|

**Presley, Deloris**
**309 North Pine Street**
**Brewton, AL 36426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.136 3**

**Nonpriority creditor's name and mailing address**
**Pressure Control Innovations, LLC**
P.O. Box 2115
Laurel, MS 39442-2115

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$21,758.45

---

**3.136 4**

**Nonpriority creditor's name and mailing address**
**Pro-Tek Field Services, LLC**
P.O. Box 919269
Dallas, TX 75391-9269

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$297,930.25

---

**3.136 5**

**Nonpriority creditor's name and mailing address**
**Process Piping Materials, Inc.**
P.O. Box 1167
Youngsville, LA 70592

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$40,524.46

---

**3.136 6**

**Nonpriority creditor's name and mailing address**
**Procter Mineral Prtshp**
209 E Third Street
Tyler, TX 75701

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue

Is the claim subject to offset? ■ No ☐ Yes

$154.00

---

**3.136 7**

**Nonpriority creditor's name and mailing address**
**Pruet Oil Company, LLC**
217 West Capitol St. Ste 201
Jackson, MS 39201-2004

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

$247,120.11

---

**3.136 8**

**Nonpriority creditor's name and mailing address**
**Pruet Production Co.**
P.O. Box 11407
Birmingham, AL 35246-1129

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$27,095.08

---

**3.136 9**

**Nonpriority creditor's name and mailing address**
**Pruet Production Co.**
P.O. Box 11407
Birmingham, AL 35246

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

$21.81

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.137 0 | **Nonpriority creditor's name and mailing address**<br>**Pruet Production Co.**<br>P.O. Box 11407<br>Birmingham, AL 35246<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$123,348.00** |
|---|---|---|---|

| 3.137 1 | **Nonpriority creditor's name and mailing address**<br>**Pryor Packers, Inc.**<br>P.O. Box 2754<br>Laurel, MS 39442<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$163,302.53** |
|---|---|---|---|

| 3.137 2 | **Nonpriority creditor's name and mailing address**<br>**Quad Gas Corp**<br>675 Bering Dr Ste 650<br>Houston, TX 77057-2276<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$362.00** |
|---|---|---|---|

| 3.137 3 | **Nonpriority creditor's name and mailing address**<br>**Quail Creek Production Company**<br>13831 Quail Pointe Drive<br>Oklahoma City, OK 73134-1021<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$6,097.00** |
|---|---|---|---|

| 3.137 4 | **Nonpriority creditor's name and mailing address**<br>**Quantina Newby**<br>19155 Prevost St<br>Detroit, MI 48235<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Revenue**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,702.00** |
|---|---|---|---|

| 3.137 5 | **Nonpriority creditor's name and mailing address**<br>**Quitman Tank Solutions, LLC**<br>P.O. Box 90<br>502 South Archusa Avenue<br>Quitman, MS 39355<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$129,880.00** |
|---|---|---|---|

| 3.137 6 | **Nonpriority creditor's name and mailing address**<br>**R & E Electric Services Electric**<br>**A&R Enterprises**<br>P.O. Box 2000<br>Kilgore, TX 75663<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,867.44** |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.137 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,526.00 |
|---|---|---|---|

**R & R Rentals & Hot Shot, Inc.**
P.O. Box 1161
Laurel, MS 39441

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
|---|---|---|---|

**R Brad Burger, Receiver**
of Smith City Dome Oil Co.
100 North Broadway RM 204
Tyler, TX 75702

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.00 |
|---|---|---|---|

**R. Wyatt Feagin**
1617 Panorama Drive
Birmingham, AL 35216

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,299.00 |
|---|---|---|---|

**RAB Oil & Gas Holdings LLC**
Attn: Rob Campbell
PO Box 4920
Orlando, FL 32801

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Railroad Commission of Texas**
P-5 Financial Assurance Unit
P.O. Box 12967
Austin, TX 78711-2967

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.00 |
|---|---|---|---|

**Ralph Edwin Burton**
P. O. Box 2016
Bend, OR 97707-2128

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.138 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $31.00 |
|---|---|---|---|

**Ramsey W. Drake, II, LLC**
**Pres/Manager COO Carl E. Gungoll Expl.**
**P.O. Box 18466**
**Oklahoma City, OK 73154-0466**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $44,032.50 |
|---|---|---|---|

**Rapad Drilling & Well Service, Inc.**
**217 West Capitol Street**
**Suite 201**
**Jackson, MS 39201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $330,036.75 |
|---|---|---|---|

**Rapad Well Service Co., Inc.**
**217 West Capitol Street**
**Jackson, MS 39201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,653.03 |
|---|---|---|---|

**Rawls Resources, Inc.**
**Attn: Mr. Jim Rawls**
**P.O. Box 2238**
**Ridgeland, MS 39158-2238**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,520.00 |
|---|---|---|---|

**Rawls Resources, Inc.**
**Attn: Mr. Jim Rawls**
**P.O. Box 2238**
**Ridgeland, MS 39158-2238**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,683.92 |
|---|---|---|---|

**Reagan Equipment Co., Inc.**
**Department AT 952461**
**Atlanta, GA 31192-2461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4.00 |
|---|---|---|---|

**Rease Inge**
**1846 W. Wesley Road**
**Atlanta, GA 30327**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.139 0 | | |
|---|---|---|

**3.139 0**

**Nonpriority creditor's name and mailing address**

**Rebecca A. Bowman**
**3421 Edson Boulevard**
**Shreveport, LA 71107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.139 1**

**Nonpriority creditor's name and mailing address**

**Rebecca Scruggs Willcox**
**1913 Barnes Road**
**Athens, LA 71003-3098**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$16.00

---

**3.139 2**

**Nonpriority creditor's name and mailing address**

**Rebecca Thames Savage**
**P O Box 10853**
**Jacksonville, FL 32247**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$46.00

---

**3.139 3**

**Nonpriority creditor's name and mailing address**

**Red Diamond Services, LLC**
**RDOS Holdings, LLC**
**P.O. Box 1029**
**Waskom, TX 75692**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$4,876.88

---

**3.139 4**

**Nonpriority creditor's name and mailing address**

**Reelice Holmes**
**1520 East 124 Street**
**Los Angeles, CA 90059**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

**3.139 5**

**Nonpriority creditor's name and mailing address**

**Regard Resources Company, Inc.**
**555 Aero Drive**
**Shreveport, LA 71107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$14,667.80

---

**3.139 6**

**Nonpriority creditor's name and mailing address**

**Register Oilfield Services, Inc.**
**P.O. Box 960**
**Logansport, LA 71049**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$4,200.00

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.1397**

**Nonpriority creditor's name and mailing address**

**Rene Cooper**
**Address Unknown**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

**3.1398**

**Nonpriority creditor's name and mailing address**

**Renie Bridges Conrad**
**17149 Highway 9**
**Arcadia, LA 71001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$6.00**

---

**3.1399**

**Nonpriority creditor's name and mailing address**

**Reo Kirkland, III Trust**
**Wendy L. West & Jeffrey Todd Stearns**
**P.O. Box 467**
**Brewton, AL 36427**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$11.00**

---

**3.1400**

**Nonpriority creditor's name and mailing address**

**Reorganized Church of Jesus Christ**
**of Latter Day Saints**
**220 West Moore Street**
**Independence, MO 64050**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$55.00**

---

**3.1401**

**Nonpriority creditor's name and mailing address**

**Republic Services #808**
**P.O. Box 9001099**
**Louisville, KY 40290-1099**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$205.16**

---

**3.1402**

**Nonpriority creditor's name and mailing address**

**Resource Ventures, LLC**
**Attn: Mark A. Arnold**
**7112 W Jefferson Ave**
**Suite 106**
**Lakewood, CO 80235**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

**$5,699.77**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.140 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$7,670.00** |

**Resource Ventures, LLC**
**Attn: Mark A. Arnold**
**7112 W Jefferson Ave**
**Suite 106**
**Lakewood, CO 80235**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.140 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$3.00** |

**Rhetta Burrell**
**1813 Colstock Street**
**Carson, CA 90746**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.140 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,792.00** |

**Rhodna F. Fouts**
**AKA Ronnie Fouts**
**P.O. Box 660566**
**Birmingham, AL 35266**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.140 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$19.00** |

**Rhonda Wingard**
**1898 Autumn Sage Dr**
**Dacula, GA 30019**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.140 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$11.00** |

**Richard Brooks Hardee**
**13422 FM 2661**
**Flint, TX 75762**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.140 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$25.00** |

**Richard D. Holmes**
**1707 Johnsonville Circle**
**Castleberry, AL 36432**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.140 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26.00 |
|---|---|---|---|

**Richard Davis**
**119 Main Street**
**Quitman, MS 39355**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
|---|---|---|---|

**Richard Dee Weidenmaier**
**2260 State Hwy. 92**
**Chickasha, OK 73018**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,585.00 |
|---|---|---|---|

**Richard Downing Pope Jr. Family Trust**
**under Will dated 07/11/2000**
**P.O. Box 2029**
**Winter Haven, FL 33883**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,189.11 |
|---|---|---|---|

**Richard E. Johnson, Inc.**
**P.O. Box 111**
**Waynesboro, MS 39367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4.00 |
|---|---|---|---|

**Richard Lewis Wilson**
**7602 Huntwick**
**Tyler, TX 75703**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|

**Richard Michael Williams**
**10 Meadowlands Drive**
**Nashville, AR 71852**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.141
5**

**Nonpriority creditor's name and mailing address**

**Richard Murray Key**
**PO Box 406**
**Point Clear, AL 36564**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$9.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141
6**

**Nonpriority creditor's name and mailing address**

**Richard O. Wiggins, deceased**
**1507 East Elm Street**
**Winnfield, LA 74183**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$310.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141
7**

**Nonpriority creditor's name and mailing address**

**Richard P. Allen**
**2820 Darwin Street**
**Kilgore, TX 75662-2906**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$32.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141
8**

**Nonpriority creditor's name and mailing address**

**Richard S. Logan Trucking, Inc.**
**P.O. Box 2900**
**Mills, WY 82644**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$3,222.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141
9**

**Nonpriority creditor's name and mailing address**

**Richard W. Wilson**
**1537 Sees Chapel**
**Crenshaw, MS 38621**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$2.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142
0**

**Nonpriority creditor's name and mailing address**

**Ricky D. Spotts**
**1069 Hickory Road**
**Dalmatia, PA 17017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$5.00

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.142 1**

**Nonpriority creditor's name and mailing address**
**Ricky Glenn Powell**
**201 Timberlake Drive, Unit 97**
**Brandon, MS 39047**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

**3.142 2**

**Nonpriority creditor's name and mailing address**
**Ricky Rankin**
**PO Box 851**
**Nash, TX 75569**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$279.00**

---

**3.142 3**

**Nonpriority creditor's name and mailing address**
**Ricoh USA, Inc.**
**P.O. Box 660342**
**Dallas, TX 75266-0341**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$177.37**

---

**3.142 4**

**Nonpriority creditor's name and mailing address**
**Ridgway Management, Inc.**
**P.O. Box 187**
**Jackson, MS 39205-0187**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$49.00**

---

**3.142 5**

**Nonpriority creditor's name and mailing address**
**Rita Anne Levine Leve**
**12 Birchmont Ln**
**Dallas, TX 75230**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

**3.142 6**

**Nonpriority creditor's name and mailing address**
**Riverwood Energy, LLC**
**32814 Whitburn Trail**
**Weston Lake, TX 77441**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$9.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.142<br>7 | **Nonpriority creditor's name and mailing address**<br>**RLFASH, Ltd.**<br>**4513 Live Oak Street**<br>**Bellaire, TX 77401**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Revenue__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$4.00** |
|---|---|---|---|
| 3.142<br>8 | **Nonpriority creditor's name and mailing address**<br>**RLI Properties LLC**<br>**P.O. Box 2146**<br>**Longview, TX 75606**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Revenue__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$1,885.00** |
| 3.142<br>9 | **Nonpriority creditor's name and mailing address**<br>**RMJP, LLC**<br>**1126 Belledeer Drive**<br>**Tupelo, MS 38804**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Revenue__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$3.00** |
| 3.143<br>0 | **Nonpriority creditor's name and mailing address**<br>**Robco Fossil Fuels, LLC**<br>**Attn; Steve White**<br>**4830 Line Ave #135**<br>**Shreveport, LA 71106**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Cash Call Advance__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$7,064.67** |
| 3.143<br>1 | **Nonpriority creditor's name and mailing address**<br>**Robco Fossil Fuels, LLC**<br>**Attn; Steve White**<br>**4830 Line Ave #135**<br>**Shreveport, LA 71106**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Revenue__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$3,119.00** |
| 3.143<br>2 | **Nonpriority creditor's name and mailing address**<br>**Roberson Trucking Co., Inc.**<br>**672 Three Creeks Road**<br>**Junction City, AR 71749**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Trade Debt__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$4,927.50** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.143 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4.00** |
|---|---|---|---|

**Robert Brye**
3650 Medford Drive East
Mobile, AL 36693-5060

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$341.00** |
|---|---|---|---|

**Robert C. McMillan**
**Candy M. McMillan**
P.O. Box 867
Brewton, AL 36427

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3.54** |
|---|---|---|---|

**Robert C. McMillan 2011 Rev Trust**
**Trustmark Nat'l Bank, Trustee**
PO Box 291 STE 1030
Attn: Chip Walker, Personal Trust Dept.
Jackson, MS 39205

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$436.00** |
|---|---|---|---|

**Robert C. McMillan 2011 Rev Trust**
**Trustmark Nat'l Bank, Trustee**
PO Box 291 STE 1030
Attn: Chip Walker, Personal Trust Dept.
Jackson, MS 39205

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,172.00** |
|---|---|---|---|

**Robert Cary**
**Judy Cary**
307 W. Orange St
Troy, AL 36081

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$31.00** |
|---|---|---|---|

**Robert Earl Warren**
3206 Erma Street
Tyler, TX 75701-8928

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.143 9**

**Nonpriority creditor's name and mailing address**

**Robert Ellis Hudson, deceased**
**Unknown**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$1,169.00

---

**3.144 0**

**Nonpriority creditor's name and mailing address**

**Robert H. O'Neal**
**1083 County Road 9**
**Lisman, AL 36912**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$159.00

---

**3.144 1**

**Nonpriority creditor's name and mailing address**

**Robert Holland**
**17508 Allen Road**
**Bow, WA 98232**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.144 2**

**Nonpriority creditor's name and mailing address**

**Robert Israel**
**2920 6th Street**
**Boulder, CO 80304**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$2,519.46

---

**3.144 3**

**Nonpriority creditor's name and mailing address**

**Robert Israel**
**2920 6th Street**
**Boulder, CO 80304**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$300.00

---

**3.144 4**

**Nonpriority creditor's name and mailing address**

**Robert Israel Trust UW Joan Israel**
**R. Israel,L. Israel &D. Israel, Trustees**
**2920 6th Street**
**Boulder, CO 80304**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$2,519.46

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.144 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Robert Israel Trust UW Joan Israel**
**R. Israel,L. Israel &D. Israel, Trustees**
**2920 6th Street**
**Boulder, CO 80304**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.144 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$263.00** |
|---|---|---|---|

**Robert J Hill**
**8303 46th Ave S**
**Seattle, WA 98118**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.144 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6.00** |
|---|---|---|---|

**Robert L. Drakeford**
**1027 Springhill Road**
**Evergreen, AL 36401**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.144 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$375.00** |
|---|---|---|---|

**Robert L. Kreidler**
**Frances Kreidler**
**2412 Ingleside Ave #5D**
**Cincinnati, OH 45206**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.144 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22.00** |
|---|---|---|---|

**Robert Lee King**
**2350 78th Avenue**
**Baton Rouge, LA 70807-6040**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.145 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$671.00** |
|---|---|---|---|

**Robert Lewis Brunston**
**5856 Union Road**
**Hahira, GA 31632**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.145 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26.00** |
|---|---|---|---|

**Robert M Blakeney**
3811 Normandy Ave
Dallas, TX 75205

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$144.00** |
|---|---|---|---|

**Robert M. Biendenharn**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12.00** |
|---|---|---|---|

**Robert M. Moore**
4660 Kingston Drive
Pensacola, FL 32526

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,980.00** |
|---|---|---|---|

**Robert S. Bowers Family Trust**
PO Box 26883
Oklahoma City, OK 73126

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11.00** |
|---|---|---|---|

**Robert S. Van Zandt**
11488 Majestic Drive
Montgomery, TX 77316

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5.00** |
|---|---|---|---|

**Robert W. Anderson Jr.**
P.O. Box 158
Delhi, LA 71232

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.145<br>7 | **Nonpriority creditor's name and mailing address**<br>**Roberta Jackson Price**<br>**2407 Atwood Glen Lane**<br>**Houston, TX 77014-4114** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Revenue__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.145<br>8 | **Nonpriority creditor's name and mailing address**<br>**Robin USA, Inc.**<br>**5751 English Turn Drive**<br>**Milton, FL 32571** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,255.87 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.145<br>9 | **Nonpriority creditor's name and mailing address**<br>**Robine & Welch Machine & Tool Company**<br>**P.O .Box 252**<br>**Laurel, MS 39441** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $433.35 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.146<br>0 | **Nonpriority creditor's name and mailing address**<br>**Rock Springs Minerals I, LLC**<br>**3838 Oak Lawn Avenue, ste 1220**<br>**Dallas, TX 75219** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $1,330.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Revenue__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.146<br>1 | **Nonpriority creditor's name and mailing address**<br>**Rodney D. Bagwell**<br>**P.O. Box 1537**<br>**Ruston, LA 71273** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Revenue__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.146<br>2 | **Nonpriority creditor's name and mailing address**<br>**Rodney E. Harrell**<br>**37521 Lilacview Avenue**<br>**Palmdale, CA 93550** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Revenue__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.146<br>3 | **Nonpriority creditor's name and mailing address**<br>**Rodney Gene Weidenmaier**<br>**1768 East Charles Street**<br>**Republic, MO 65738** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $2.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Revenue__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.146 4 | Nonpriority creditor's name and mailing address<br>**Rodney Phillips**<br>**625 Yellowbird Lane**<br>**Hueytown, AL 35023**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Revenue__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $22.00 |
|---|---|---|---|

| 3.146 5 | Nonpriority creditor's name and mailing address<br>**Rodney Trammell**<br>**PO Box 87**<br>**Athens, LA 71003**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Revenue__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $9.00 |
|---|---|---|---|

| 3.146 6 | Nonpriority creditor's name and mailing address<br>**Ronald Eugene Elliott**<br>**1232 South Bonham**<br>**Amarillo, TX 79102**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Revenue__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $9.00 |
|---|---|---|---|

| 3.146 7 | Nonpriority creditor's name and mailing address<br>**Ronald Eugene Kane Estate**<br>**c/o Gerald Kane**<br>**19400 US Highway 85**<br>**Lusk, WY 82225**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Revenue__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,980.00 |
|---|---|---|---|

| 3.146 8 | Nonpriority creditor's name and mailing address<br>**Ronald Hill**<br>**908 28th Ave S**<br>**Seattle, WA 98144**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Revenue__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $263.00 |
|---|---|---|---|

| 3.146 9 | Nonpriority creditor's name and mailing address<br>**Ronald L. Stokes**<br>**8104 Vineyard Lake Road North**<br>**Jacksonville, FL 32556**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Revenue__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $4.00 |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.147 0**

**Nonpriority creditor's name and mailing address**
**Ronald W. Dawson**
**153 Lupine Drive**
**Kalispell, MT 59901**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$3,492.00**

---

**3.147 1**

**Nonpriority creditor's name and mailing address**
**Ronnie Fleming**
**Sondra Fleming**
**253 County Road 118**
**Shubuta, MS 39360**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$113.00**

---

**3.147 2**

**Nonpriority creditor's name and mailing address**
**Ronnie Lynn Jinkins**
**7 Sun Court**
**Natchez, MS 39120**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.147 3**

**Nonpriority creditor's name and mailing address**
**Ronny Dean Fite**
**113 Nunn Avenue**
**Whitehouse, TX 75791**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.147 4**

**Nonpriority creditor's name and mailing address**
**Roosevelt Phillips, III**
**1213 16th Street**
**Pleasant Grove, AL 35127**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$17.00**

---

**3.147 5**

**Nonpriority creditor's name and mailing address**
**Roosevelt Phillips, Jr.**
**625 Yellowbird Lane**
**Hueytown, AL 35023**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$65.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.147 6**

**Nonpriority creditor's name and mailing address**

**Rosa Lee Jackson**
**307 Lake Tree Blvd.**
**Spring Lake, NC 28390**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

**3.147 7**

**Nonpriority creditor's name and mailing address**

**Rose Warren Simpson**
**6203 Will Walters Road**
**Granbury, TX 76048**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$45.00**

---

**3.147 8**

**Nonpriority creditor's name and mailing address**

**Rosebud Energy Development, LLC**
**William E. Nicas**
**375 Deer Meadow Lane**
**Littleton, CO 80124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

**$4,480.02**

---

**3.147 9**

**Nonpriority creditor's name and mailing address**

**Rosemarie Flowers Eades**
**105 Cliffside Drive South**
**Burleson, TX 76028-3305**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$41.00**

---

**3.148 0**

**Nonpriority creditor's name and mailing address**

**Rosemary Ralls Harper**
**3065 Callaway Road**
**Andalusia, AL 36420**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.148 1**

**Nonpriority creditor's name and mailing address**

**Round Hill Royalty LP**
**P.O. Box 25128**
**Dallas, TX 75225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.148 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,730.75** |
|---|---|---|---|

**Rowe Engineering & Surveying, Inc.**
**3502 Laughlin Drive**
**Suite B**
**Mobile, AL 36693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.00** |
|---|---|---|---|

**Roxanne Phillips**
**625 Yellowbird Lane**
**Hueytown, AL 35023**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13.00** |
|---|---|---|---|

**Roy Lee Sherow**
**2800 Staley Drive**
**Tyler, TX 75702**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,977.00** |
|---|---|---|---|

**Roy Nolan Nobley**
**180 Rock Creek Road**
**Remlap, AL 35133**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,823.00** |
|---|---|---|---|

**Roy Stevens Boney Life Estate**
**221 NW Fourth Street**
**Flora, MS 39071**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29.00** |
|---|---|---|---|

**Roy Woody, IV**
**166 LeBrun Road**
**Atlanta, GA 30342**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.148 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121.00 |
|---|---|---|---|
| | **Royalty Exploration, LLC**<br>**7112 W. Jefferson Ave**<br>**Suite 106**<br>**Lakewood, CO 80235** | ■ Contingent<br>□ Unliquidated<br>□ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Revenue | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No □ Yes | |

| 3.148 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,768.00 |
|---|---|---|---|
| | **RSM US LLP**<br>**5155 Paysphere Circle**<br>**Chicago, IL 60674** | □ Contingent<br>□ Unliquidated<br>□ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No □ Yes | |

| 3.149 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.00 |
|---|---|---|---|
| | **Ruby Brye Straughn**<br>**31304 Highway 84**<br>**Evergreen, AL 36401** | ■ Contingent<br>□ Unliquidated<br>□ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Revenue | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No □ Yes | |

| 3.149 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,716.21 |
|---|---|---|---|
| | **Rudman Family Trust**<br>**Tara Rudman, Co-Trustee**<br>**5910 North Central Expressway**<br>**Ste 1662**<br>**Dallas, TX 75206** | ■ Contingent<br>□ Unliquidated<br>□ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Cash Call Advance | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No □ Yes | |

| 3.149 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,427.00 |
|---|---|---|---|
| | **Rudman Family Trust**<br>**Tara Rudman, Co-Trustee**<br>**5910 North Central Expressway**<br>**Ste 1662**<br>**Dallas, TX 75206** | ■ Contingent<br>□ Unliquidated<br>□ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Revenue | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No □ Yes | |

| 3.149 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.00 |
|---|---|---|---|
| | **Runnel Warren**<br>**7422 Emory Oaks Lane**<br>**Dallas, TX 75249** | ■ Contingent<br>□ Unliquidated<br>□ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Revenue | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No □ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.149 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18.00 |
|---|---|---|---|

**Ruth M. Williams Laird**
**2100 Tanglewilde Street, Apt. 379**
**Houston, TX 77063-1275**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13.00 |
|---|---|---|---|

**Ruth P. Golden Trustee**
**362 FM 757**
**Tyler, TX 75705**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $68.00 |
|---|---|---|---|

**Ruthie Mae Tolley**
**et vir Joe**
**P.O. Box 91780**
**Pasadena, CA 91109-1780**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $138,894.72 |
|---|---|---|---|

**RWLS, LLC**
**d/b/a Renengade Services**
**P.O. Box 862**
**Levelland, TX 79336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $216.43 |
|---|---|---|---|

**Ryco Exploration, LLC**
**401 Edwards Street, Ste 915**
**Shreveport, LA 71101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,629.00 |
|---|---|---|---|

**Ryco Exploration, LLC**
**401 Edwards Street, Ste 915**
**Shreveport, LA 71101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.150 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,869.00** |
|---|---|---|---|
| | **S & P Co.**<br>**330 Marshall St Ste 300**<br>**Shreveport, LA 71101** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Revenue__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,880.00** |
|---|---|---|---|
| | **S&S Construction, LLC**<br>**P.O. Box 859**<br>**Flomaton, AL 36441** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade Debt__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|
| | **Salley Lou Bland**<br>**1933 Donald Street**<br>**Modesto, CA 95351** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Revenue__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00** |
|---|---|---|---|
| | **Sallie Penix Family Trust**<br>**c/o Sallie Powell Penix**<br>**133 Mask Road**<br>**Athens, LA 71003** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Revenue__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39.00** |
|---|---|---|---|
| | **Sally Irene Hewell Brown**<br>**2 Friendswood Drive**<br>**Longview, TX 75605** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Revenue__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.00** |
|---|---|---|---|
| | **Sally Steele**<br>**1705 Rosewood Lane**<br>**Andalusia, AL 36421** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Revenue__<br>Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.150 6**

**Nonpriority creditor's name and mailing address**

**Sallye T. Markel**
**200 Saddle Creek Dr.**
**Tyler, TX 75703**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$21.00

---

**3.150 7**

**Nonpriority creditor's name and mailing address**

**Sammie B. Ramson For Life**
**P.O. Box 15283**
**Fort Worth, TX 76119**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.150 8**

**Nonpriority creditor's name and mailing address**

**Sammie B. Ramson, Jr.**
**c/o Sam B. Ramson**
**P.O. Box 15283**
**Fort Worth, TX 76119**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.150 9**

**Nonpriority creditor's name and mailing address**

**Samuel Henry Warren**
**2313 Chipplegate Way**
**North Las Vegas, NV 89032-4814**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.151 0**

**Nonpriority creditor's name and mailing address**

**Sandra Bryer**
**962 Rollingwood Loop Apt 110**
**Casselberry, FL 32707**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$16.00

---

**3.151 1**

**Nonpriority creditor's name and mailing address**

**Sandra Ellis**
**236 Stillwaters Drive**
**Dadeville, AL 36853**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.151 2**

**Nonpriority creditor's name and mailing address**

**Sandra Stokes Farrar**
**239 An County Road 1773**
**Grapeland, TX 75844**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

**3.151 3**

**Nonpriority creditor's name and mailing address**

**Sanford Jones, Deceased**
**704 Boxwood Drive**
**Pensacola, FL 32503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$179,064.00**

---

**3.151 4**

**Nonpriority creditor's name and mailing address**

**Santo Petroleum LLC**
**PO Box 1020**
**Artesia, NM 88211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$663.00**

---

**3.151 5**

**Nonpriority creditor's name and mailing address**

**Sara Beall Neal Marital Trust**
**c/o Regions Bank**
**P.O. Box 10463**
**Birmingham, AL 35202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$615.00**

---

**3.151 6**

**Nonpriority creditor's name and mailing address**

**Sara Grasty Bukowski**
**811 Riverway Ln**
**Knightdale, NC 27545**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.151 7**

**Nonpriority creditor's name and mailing address**

**Sara P. Nettles**
**3063 Brigantine Drive**
**Pensacola, FL 32506**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$8.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.151 8**

**Nonpriority creditor's name and mailing address**

**Sarah Allen Wilson**
**124 Montclair Place**
**Daphne, AL 36526**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

$19.00

---

**3.151 9**

**Nonpriority creditor's name and mailing address**

**Sarah M Lanier, Trustee of Sarah M.**
**Lanier Irrev. trust for Marie Ann Lanier**
**223 Lanier Circle**
**Castleberry, AL 36432**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

$9.00

---

**3.152 0**

**Nonpriority creditor's name and mailing address**

**Sarah M Lanier, Trustee of the S.M.**
**Lanier Irrev. Trust for Glenn Lanier,II**
**223 Lanier Cirlcle**
**Castleberry, AL 36432**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

$9.00

---

**3.152 1**

**Nonpriority creditor's name and mailing address**

**Sarah M. Lanier**
**223 Lanier Circle**
**Castleberry, AL 36432**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

$22.00

---

**3.152 2**

**Nonpriority creditor's name and mailing address**

**Sarah M. Lanier, Trustee of the S.M.**
**Lanier, Trust for Sarah Lenn Lanier**
**223 Lanier Circle**
**Castleberry, AL 36432**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

$9.00

---

**3.152 3**

**Nonpriority creditor's name and mailing address**

**Sarah Nell McEwen**
**5 Brookdale Avenue**
**Bloomfield, CT 06002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No  ☐ Yes

$2.00

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.152 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sarah Samuel**
**1444 Ambrose St.**
**Cincinnati, OH 45224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$13.00**

---

| 3.152 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sawyer Drilling & Service Inc.**
**PO Box 5275**
**Bossier City, LA 71171-5275**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

**$171.37**

---

| 3.152 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sawyer Drilling & Service Inc.**
**PO Box 5275**
**Bossier City, LA 71171-5275**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$10,330.00**

---

| 3.152 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Schlachter Oil & Gas Ltd.**
**6211 W Northwest Hwy, Suite C-256**
**Dallas, TX 75225-9005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$820.00**

---

| 3.152 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Scott D Stroud**
**PO Box 565**
**416 Travis Street, Suite 608**
**Shreveport, LA 71162**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$872.00**

---

| 3.152 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Scott Davis**
**119 Main Street**
**Quitman, MS 39355**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$26.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.153 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$826.00** |
|---|---|---|---|

**SD Resources Ltd**
**Grant Dorfman, President**
**4907 Maple Street**
**Bellaire, TX 77401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**
Is the claim subject to offset? ■ No ☐ Yes

| 3.153 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,226.70** |
|---|---|---|---|

**SDMF Holdings, LLC**
**Attn: Andrew Dossett**
**5222 Stonegate Road**
**Dallas, TX 75209**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Cash Call Advance**
Is the claim subject to offset? ■ No ☐ Yes

| 3.153 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$115,357.69** |
|---|---|---|---|

**Secorp Industries**
**P.O. Box 687**
**Ridgeland, MS 39158-0687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**
Is the claim subject to offset? ■ No ☐ Yes

| 3.153 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$934.00** |
|---|---|---|---|

**Security Exploration Inc**
**Attn: Stafford Comegys, President**
**8509 Line Ave**
**Shreveport, LA 71106**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**
Is the claim subject to offset? ■ No ☐ Yes

| 3.153 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$131.00** |
|---|---|---|---|

**Sehoy Energy Ltd Prtshp**
**Calisle Dean**
**333 Texas St Ste 619**
**Shreveport, LA 07110-1367**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**
Is the claim subject to offset? ■ No ☐ Yes

| 3.153 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,860.00** |
|---|---|---|---|

**Sellars Family, LLC**
**Attn: Mrs. Jodi Smith, Managing Member**
**11128 Windjammer Drive**
**Frisco, TX 75034**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Revenue**
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.153 6**

**Nonpriority creditor's name and mailing address**

**Sepulga River Fuels, LLC**
**15 Rodgers Lane**
**Brewton, AL 36426**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$4,463.00**

---

**3.153 7**

**Nonpriority creditor's name and mailing address**

**Sequel Electrical Supply, LLC**
**P.O. Box 3579**
**Meridian, MS 39303-3579**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

**$519.87**

---

**3.153 8**

**Nonpriority creditor's name and mailing address**

**Service Electric d/b/a A&R Enterprises**
**P.O. Box 2000**
**Kilgore, TX 75663**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

**$5,203.18**

---

**3.153 9**

**Nonpriority creditor's name and mailing address**

**Sesnon Oil Company**
**100 Bush Street, Ste #550**
**San Francisco, CA 94104**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Cash Call Advance

Is the claim subject to offset? ☑ No ☐ Yes

**$2.99**

---

**3.154 0**

**Nonpriority creditor's name and mailing address**

**Sesnon Oil Company**
**100 Bush Street, Ste #550**
**San Francisco, CA 94104**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$171.00**

---

**3.154 1**

**Nonpriority creditor's name and mailing address**

**Shadow Hill, LLC**
**P.O. Box 6212**
**Bossier City, LA 71171-6212**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Cash Call Advance

Is the claim subject to offset? ☑ No ☐ Yes

**$20.73**

---

**3.154 2**

**Nonpriority creditor's name and mailing address**

**Shadow Hill, LLC**
**P.O. Box 6212**
**Bossier City, LA 71171-6212**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$461.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.154
3**

**Nonpriority creditor's name and mailing address**

**Shanan Lawless Solomon**
**1935 Vinces Bridge**
**Sugarland, TX 77478**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

$22.00

---

**3.154
4**

**Nonpriority creditor's name and mailing address**

**Shanita Danyell Jane Pointdexter**
**147 Keswick Court**
**Clarksville, TN 37040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

$5.00

---

**3.154
5**

**Nonpriority creditor's name and mailing address**

**Sharon Brye Scott**
**5328 Medford Drive North**
**Mobile, AL 36693**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

$16.00

---

**3.154
6**

**Nonpriority creditor's name and mailing address**

**Sharon Kay Ratcliff**
**10950 Jefferson Hwy., Apt. E-7**
**River Ridge, LA 70123**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

$11.00

---

**3.154
7**

**Nonpriority creditor's name and mailing address**

**Sheila Guthrie**
**3347 HideAWay Ln E**
**HideAWay, TX 75771**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

$25.00

---

**3.154
8**

**Nonpriority creditor's name and mailing address**

**Shelby Stevens**
**2525 Culkin Road**
**Vicksburg, MS 39183**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☐ No ☐ Yes

$11.00

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.154 9**

**Nonpriority creditor's name and mailing address**
**Shellbark Ventures, LLC**
**Corry Woolington, Manager**
**1920 South Cleveland Street**
**Enid, OK 73703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.155 0**

**Nonpriority creditor's name and mailing address**
**Shelley M. Chavanne**
**30923 Still Oaks Lane**
**Spring, TX 77386**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.155 1**

**Nonpriority creditor's name and mailing address**
**Shellie Williams**
**1394 Rutherford Lane**
**Goliad, TX 77963**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$42.00**

---

**3.155 2**

**Nonpriority creditor's name and mailing address**
**Sheri L. Zeigler**
**200 Center Street**
**Enola, PA 17025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.155 3**

**Nonpriority creditor's name and mailing address**
**Sherilyn Neel Stevens**
**3548 N. Lexington Avenue**
**Springfield, MO 65803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

**3.155 4**

**Nonpriority creditor's name and mailing address**
**Sheron L. Hamby Varin**
**4909 Lakewood Drive**
**Colleyville, TX 76034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.155 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.00** |
|---|---|---|---|

**Sherry Fite**
**3559 CR 4807**
**Troup, TX 75789**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| 3.155 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$126.00** |
|---|---|---|---|

**Shifting Sands, LLC**
**Attn: John M. Shuey, Jr.**
**631 Milam Street, Suite 200**
**Shreveport, LA 71101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| 3.155 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Shirley A. Brown**
**124 Burnside Drive**
**Tallulah, LA 71282**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| 3.155 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14.00** |
|---|---|---|---|

**Shirley Byrd**
**859 Calhoun Street**
**Pensacola, FL 32507**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| 3.155 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,694.00** |
|---|---|---|---|

**Shirley H. Urquart, Joseph Urquart III &**
**Deborah Urquart Schpper**
**6067 Laramie Way**
**Milton, FL 32570**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

| 3.156 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73,327.06** |
|---|---|---|---|

**Shore Energy, L.P.**
**W. Tim Sexton, President**
**26 Crestwood Drive**
**Houston, TX 77007**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ■ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.156**
**1**

**Nonpriority creditor's name and mailing address**
**Shore Energy, L.P.**
**W. Tim Sexton, President**
**26 Crestwood Drive**
**Houston, TX 77007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$38,623.00**

---

**3.156**
**2**

**Nonpriority creditor's name and mailing address**
**Shred-it USA - Shreveport**
**28883 Network Place**
**Chicago, IL 60673-1288**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$126.78**

---

**3.156**
**3**

**Nonpriority creditor's name and mailing address**
**Shreveport Club**
**410 Travis Street**
**Shreveport, LA 71101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$199.02**

---

**3.156**
**4**

**Nonpriority creditor's name and mailing address**
**Shreveport Petroleum Data Assoc.**
**333 Texas Street**
**Suite 900**
**Shreveport, LA 71101-3674**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$300.25**

---

**3.156**
**5**

**Nonpriority creditor's name and mailing address**
**Shuler Drilling Co., Inc.**
**3340 West Hillsboro**
**El Dorado, AR 71730-6730**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.156**
**6**

**Nonpriority creditor's name and mailing address**
**Sidra Hoggard Lyman**
**6050 Grelot Road**
**Apt 204**
**Mobile, AL 36609**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

**$23.00**

---

**3.156**
**7**

**Nonpriority creditor's name and mailing address**
**Simba Investors, LLC**
**Attn: Gary Glesby**
**P.O. Box 270415**
**Houston, TX 77277-0415**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

**$5,864.26**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.156 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,595.00** |
|---|---|---|---|

**Simba Investors, LLC**
**Attn: Gary Glesby**
**P.O. Box 270415**
**Houston, TX 77277-0415**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,487.00** |
|---|---|---|---|

**Sklarco, LLC**
**401 Edwards Street Suite1601**
**Shreveport, LA 71101**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,135.98** |
|---|---|---|---|

**Sleeping Buffalo**
**P.O. Box 131**
**Saco, MT 59261**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$124,059.57** |
|---|---|---|---|

**Slickline South, LLC**
**1652 Dykestown Road**
**Jay, FL 32565**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,836.00** |
|---|---|---|---|

**Smith International, Inc.**
**P.O. Box 732136**
**Dallas, TX 75373-2136**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$279.00** |
|---|---|---|---|

**Sondra K. Ennis**
**Address unknown at this time**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,029.38** |
|---|---|---|---|

**Southern Erosion Control Ownership**
**Tracey Fillmore**
**P.O. Box 969**
**Flomaton, AL 36441**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.157 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161,443.98 |
|---|---|---|---|

**Southern Pine Electric Cooperative**
P.O. Box 528
Brewton, AL 36427

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,273.00 |
|---|---|---|---|

**Southern Propane, Inc.**
P.O. Box 530
Taylorsville, MS 39168

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $369.63 |
|---|---|---|---|

**Southwestern Electric Power Company**
P.O. Box 371496
Pittsburgh, PA 15250-7496

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.92 |
|---|---|---|---|

**Spanish Fort Royalty, LLC**
P.O. Box 7429
Spanish Fort, AL 36577

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,694.00 |
|---|---|---|---|

**Spanish Fort Royalty, LLC**
P.O. Box 7429
Spanish Fort, AL 36577

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $305.00 |
|---|---|---|---|

**Spindletop Oil & Gas Co.**
12850 Spurling Road, Ste. 200
Dallas, TX 75230

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,558.14 |
|---|---|---|---|

**SPL, Inc.**
d/b/a Banded Iron Group
P.O. Box 842013
Dallas, TX 75284-2013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

| 3.158<br>2 | **Nonpriority creditor's name and mailing address**<br>SPOC Automation, Inc.<br>P.O. Bxo 1024<br>Trussville, AL 35173 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $32,210.16 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  Trade Debt <br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.158<br>3 | **Nonpriority creditor's name and mailing address**<br>SRT Oil Field Service, LLC<br>P.O. Box 2909<br>Laurel, MS 39442 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,878.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  Trade Debt <br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.158<br>4 | **Nonpriority creditor's name and mailing address**<br>St. Paul Fire & Marine Insurance Co.<br>Attn: Patricia A. Ludens<br>Mail Code LC12H<br>385 Washington St.<br>Saint Paul, MN 55102-1309 | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $64.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  Revenue <br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.158<br>5 | **Nonpriority creditor's name and mailing address**<br>Stacy Samuel, Jr.<br>by Barbara Highsmith<br>307 Moore Drive<br>Hopkinsville, KY 42240 | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  Revenue <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.158<br>6 | **Nonpriority creditor's name and mailing address**<br>Stanley B. Johnson<br>Natalie M. Johnson<br>6005 Kirkland Road<br>Brewton, AL 36426 | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $38.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  Revenue <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.158<br>7 | **Nonpriority creditor's name and mailing address**<br>Stanley Johnston<br>200 South 31st Avenue Apt. 4301<br>Omaha, NE 68131 | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $14.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  Revenue <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.158 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,448.13** |
|---|---|---|---|

**Staples Business Credit**
P.O. Box 105638
Atlanta, GA 30348-5638

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$345.00** |
|---|---|---|---|

**State Line Vacuum Service, LLC**
10656 Highway 79
Haynesville, LA 71038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,191.82** |
|---|---|---|---|

**Stateside Oil, Inc.**
Attn: Nick Sacco
952 Echo Lane, Suite 315
Houston, TX 77024

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Cash Call Advance_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$913.00** |
|---|---|---|---|

**Stateside Oil, Inc.**
Attn: Nick Sacco
952 Echo Lane, Suite 315
Houston, TX 77024

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00** |
|---|---|---|---|

**Stephanie Hawkins Edwards**
c/o Kimberly Goodman
10000 Broadway Street No. 1181
Pearland, TX 77584

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |
|---|---|---|---|

**Stephanie Lynn Hyde Simpson**
14 Ashley Ct.
Cartersville, GA 30121

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.00** |
|---|---|---|---|

**Stephen Francis O'Neal**
169 Arrowhead Road
Dadeville, AL 36583

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Revenue_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.159 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11.00** |
|---|---|---|---|

**Stephen L. Tolbert**
**802 61st Ave.**
**Pensacola, FL 32506**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Stephen S. Oden**
**48 Dogwood Lake Drive**
**Texarkana, TX 75503**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$154.00** |
|---|---|---|---|

**Steven A Pickett**
**102 N College Ave Ste 614**
**Tyler, TX 07570-2727**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,772.00** |
|---|---|---|---|

**Steven E. Calhoun**
**P.O. Box 7621**
**Tyler, TX 75711**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
|---|---|---|---|

**Steven P. Moore**
**8580 Bell Meadow Boulevard**
**Pensacola, FL 32514**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,866.50** |
|---|---|---|---|

**Stewart's Testing, Inc.**
**Alpha Leak Detection Services, Inc.**
**304 Meadow Lane**
**Kemah, TX 77565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.160 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71,339.26** |
|---|---|---|---|

**Stone Development, LLC**
**Attn: L. C. Cheramie, Manager**
**PO Box 12004**
**Jackson, MS 39236**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Cash Call Advance

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.160 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,480.00** |
|---|---|---|---|

**Stone Development, LLC**
**Attn: L. C. Cheramie, Manager**
**PO Box 12004**
**Jackson, MS 39236**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Revenue

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.160 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$747,857.68** |
|---|---|---|---|

**Stoneham Drilling Corporation**
**707 17th Street**
**Suite 3250**
**Denver, CO 80202**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.160 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Stormey Berger Baker**
**13612 Loren Ln**
**Fayetteville, AR 72704**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Revenue

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.160 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$329,439.46** |
|---|---|---|---|

**Strago Petroleum Corporation**
**3209 Hamm Road**
**Pearland, TX 77581-5503**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Cash Call Advance

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.160 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,930.00** |
|---|---|---|---|

**Strago Petroleum Corporation**
**3209 Hamm Road**
**Pearland, TX 77581-5503**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Revenue

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.160 7**

Nonpriority creditor's name and mailing address
**Stratum Reservoir Intermediate, LLC**
P.O. Box 734607
Dallas, TX 75373-4607

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

$1,551.00

---

**3.160 8**

Nonpriority creditor's name and mailing address
**Stric-Lan Companies, LLC**
P.O. Box 62288
Lafayette, LA 70596-2288

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

$750.00

---

**3.160 9**

Nonpriority creditor's name and mailing address
**Stroud Family LLC**
333 Texas Street Suite 860
Shreveport, LA 71101

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

$2,839.96

---

**3.161 0**

Nonpriority creditor's name and mailing address
**Stroud Family LLC**
333 Texas Street Suite 860
Shreveport, LA 71101

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

$299.00

---

**3.161 1**

Nonpriority creditor's name and mailing address
**Stroud Petroleum Inc**
PO Box 565
416 Travis Street, Suite 608
Shreveport, LA 71162

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

$184.00

---

**3.161 2**

Nonpriority creditor's name and mailing address
**Sugar Oil Properties, L.P.**
Attn: Mr. Mickey Quinlan, President
625 Market Street, Suite 100
Shreveport, LA 71101

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

$184,934.22

---

**3.161 3**

Nonpriority creditor's name and mailing address
**Sugar Oil Properties, L.P.**
Attn: Mr. Mickey Quinlan, President
625 Market Street, Suite 100
Shreveport, LA 71101

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

$45,550.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.161 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,194.00** |
|---|---|---|---|

**Summit LLC**
**Attn: Alvin Byrd**
**229 Dogwood Lane**
**Madison, MS 39110-8795**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,698.00** |
|---|---|---|---|

**Support.com Accounts Receivable**
**Dept. CH-10967**
**Palatine, IL 60055-0967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00** |
|---|---|---|---|

**Susan D. Moore Reed**
**2879 Starling Drive**
**Waldorf, MD 20601**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$276.00** |
|---|---|---|---|

**Susan Lombard Wilkinson**
**1209 Lynn Acres Drive, #A**
**Birmingham, AL 35215**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Susan R. Sullivan**
**2221 SCR 20**
**Mize, MS 39116**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Susan S. Bedier**
**13943 N. Bright Angel Trail**
**Marana, AZ 85658**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

| 3.162 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.00 |
|---|---|---|---|

**Susan Stroud Kirby**
**1622 Earl of Dunmore Lane**
**Katy, TX 77449-3025**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.162 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.00 |
|---|---|---|---|

**Susan T. Henegar**
**PO Box 1783**
**Lindale, TX 75771**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.162 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.00 |
|---|---|---|---|

**Susan W. Saab**
**5547 Lake Trace Drive**
**Hoover, AL 35244**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.162 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sutton Lloyd**
**1425 West 23rd Avenue**
**Denver, CO 80205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.162 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116.00 |
|---|---|---|---|

**Suzanne C. Leander**
**45 Hidden Lane**
**Westbury, NY 11590**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.162 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,869.00 |
|---|---|---|---|

**Suzanne W.  Zimmer**
**P.O. Box 159**
**Montrose, AL 36559**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.162 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Suzanne W. Stauss**
**4865 Driftwood Lane NE**
**Salem, OR 97303**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.162 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27.00 |
|---|---|---|---|

**Suzanne Womack**
**803 Thornbrook**
**Houston, TX 77079**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.162 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |
|---|---|---|---|

**Syble LaJune White**
**5810 Laurelwood Drive**
**Crestview, FL 32539**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.162 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.00 |
|---|---|---|---|

**Sylvan Resources Co. LLC**
**Attn: Mike Lecinson**
**1743 East 71st Street**
**Tulsa, OK 74136**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.163 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2.00 |
|---|---|---|---|

**Sylvester Covington**
**721 Olive Street**
**Sumter, SC 29150**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Revenue__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.163 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,750.00 |
|---|---|---|---|

**T & T Communications**
**P.O. Box 279**
**Ellisville, MS 39437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.163 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,102.50 |
|---|---|---|---|

**T & T Welding Service**
**P.O. Box 279**
**Ellisville, MS 39437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.163 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$76.00** |
|---|---|---|---|

**T. Carl Parish**
**428 Covey Lane**
**Mesquite, TX 75150**

Date(s) debt was incurred _
Last 4 digits of account number _

� Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.163 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10.92** |
|---|---|---|---|

**T.A. Leonard**
**7817 Petersen Point Road**
**Milton, FL 32583**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.163 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$549.00** |
|---|---|---|---|

**T.A. Leonard**
**7817 Petersen Point Road**
**Milton, FL 32583**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.163 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$83,877.20** |
|---|---|---|---|

**T.M. McCoy & Co., Inc.**
**P.O. Box 608**
**Wilson, WY 83014**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.163 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,530.00** |
|---|---|---|---|

**T.W. McGuire & Associates, Inc.**
**Petroleum Engineers**
**P.O. Box 1763**
**Shreveport, LA 71166**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.163 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,546.00** |
|---|---|---|---|

**Tara Rudman**
**5910 North Central Expressway**
**Ste 1662**
**Dallas, TX 75206**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No  ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.163 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $77.26 |
|---|---|---|---|

**Tara Rudman Revocable Trust**
**Tara Rudman, Trustee**
**5910 North Central Expressway, Ste 1662**
**Dallas, TX 75206**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,037.00 |
|---|---|---|---|

**Tara Rudman Revocable Trust**
**Tara Rudman, Trustee**
**5910 North Central Expressway, Ste 1662**
**Dallas, TX 75206**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $138,350.94 |
|---|---|---|---|

**Tauber Exploration & Production Co**
**55 Waugh Drive, Suite 600**
**Houston, TX 77007**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $49,895.00 |
|---|---|---|---|

**Tauber Exploration & Production Co**
**55 Waugh Drive, Suite 600**
**Houston, TX 77007**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11.00 |
|---|---|---|---|

**Taylor Alexander Stevens**
**2525 Culkin Road**
**Vicksburg, MS 39183**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $332,395.72 |
|---|---|---|---|

**TCP Cottonwood, L.P.**
**333 Texas Street, Suite 2020**
**Shreveport, LA 71101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.164 5**

**Nonpriority creditor's name and mailing address**
**TCP Cottonwood, L.P.**
**333 Texas Street, Suite 2020**
**Shreveport, LA 71101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$338,379.00**

---

**3.164 6**

**Nonpriority creditor's name and mailing address**
**TCP Specialists, LLC**
**P.O. Box 19574**
**Shreveport, LA 71149**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,270.37**

---

**3.164 7**

**Nonpriority creditor's name and mailing address**
**TCP Specialists, LLC**
**P.O. Box 157**
**Gloster, LA 71030**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$46,757.31**

---

**3.164 8**

**Nonpriority creditor's name and mailing address**
**TDX Energy, LLC**
**401 Edwards Street, Suite 1900**
**Shreveport, LA 71101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$1,770.00**

---

**3.164 9**

**Nonpriority creditor's name and mailing address**
**Teddy Arthur Fincher &**
**Nelly Burns Fincher**
**1682 2nd Street**
**Arcadia, LA 71001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$12.00**

---

**3.165 0**

**Nonpriority creditor's name and mailing address**
**Teekell Oil & Gas, Inc.**
**8520 Business Park Dr**
**Shreveport, LA 71105**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$192.00**

---

**3.165 1**

**Nonpriority creditor's name and mailing address**
**Tenexco, Inc.**
**Attn: Richard S. Incandela**
**17W 715C Butterfield Road**
**Oak Brook Terrace, IL 60181**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$7,980.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.165 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.00 |
|---|---|---|---|

**TEPCO, LLC**
**C/O BKD, LLP**
**2700 Post Oak Blvd, Ste 1500**
**Houston, TX 77056**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.00 |
|---|---|---|---|

**Terri Johnson Dowd**
**2761 CR 4670**
**Atlanta, TX 75551**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7.00 |
|---|---|---|---|

**Terry Lefler Walls**
**1382 County Highway 623**
**Matthews, MO 63867**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.00 |
|---|---|---|---|

**Terry Leigh Portwood Turman**
**10425 Bradshaw Dr**
**Fort Worth, TX 76108**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|---|

**Terry Pearson**
**11896 Welby Place**
**Mareno Valley, CA 92557**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.63 |
|---|---|---|---|

**The Coleman Revocable Living Trust**
**4600 Greenville Avenue, Suite 300**
**Dallas, TX 75206**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.165 8**

**Nonpriority creditor's name and mailing address**

**The Coleman Revocable Living Trust**
**4600 Greenville Avenue, Suite 300**
**Dallas, TX 75206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$5,165.00**

---

**3.165 9**

**Nonpriority creditor's name and mailing address**

**The Financials.com LLC**
**1868 Wildcat Cove**
**Fort Pierce, FL 34949**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.166 0**

**Nonpriority creditor's name and mailing address**

**The Hiller Companies, Inc.**
**P.O. Box 935434**
**Atlanta, GA 31193-5434**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,498.00**

---

**3.166 1**

**Nonpriority creditor's name and mailing address**

**The Joy Partners, Ltd.**
**P.O. Box 576**
**Ardmore, OK 73402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$77.00**

---

**3.166 2**

**Nonpriority creditor's name and mailing address**

**The Kansas City Southern**
**Attn: Real Estate Dept.**
**P.O. Box 219335**
**Kansas City, MO 64121-9335**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$34.00**

---

**3.166 3**

**Nonpriority creditor's name and mailing address**

**The Mary Hardegree Strain Family Trust**
**Jane S. Blount, Trustee**
**223 Myrtle Drive**
**Thomasville, GA 31792**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$13.00**

---

**3.166 4**

**Nonpriority creditor's name and mailing address**

**The McPherson Companies, Inc.**
**P.O. Box 890145**
**Charlotte, NC 28289-0145**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,170.86**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.166 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$3,580.42** |

**The MR Trust**
**Attn: Wes Herndon**
**6500 Greenville Ave**
**Ste 110**
**Dallas, TX 75206**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$3,508.00** |

**The Nemours Fund**
**10140 Centurion Pkwy. N.**
**Jacksonville, FL 32256**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$16,962.50** |

**The Rudman Partnership**
**W.R. "Trey" Sibley, III**
**4851 LBJ Freeway, Ste 210**
**Dallas, TX 75244**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Cash Call Advance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$265,871.00** |

**The Rudman Partnership**
**W.R. "Trey" Sibley, III**
**4851 LBJ Freeway, Ste 210**
**Dallas, TX 75244**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$121.00** |

**The Sater Fam Partnership LP**
**Alvrone Sater, Managing Partner**
**PO Box 2509**
**Evansville, IN 04772-8050**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$45.00** |

**The Shaffer Family Living Trust**
**Michael A. Shaffer & Clarissa Shaffer**
**3235 Cordoba Ranch Blvd**
**Lutz, FL 33559**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Revenue__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.167 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**The Whitney Corporation**
**1130 Congress Avenue Ste B**
**Cincinnati, OH 45246**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
�■ Contingent
�■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? �■ No ☐ Yes

**$1,553.00**

---

| 3.167 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thelma Brye**
**710 Olive Street**
**Sumter, SC 29150**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
�■ Contingent
�■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? �■ No ☐ Yes

**$3.00**

---

| 3.167 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thelma Hope Roach**
**3982 County Road 491 South**
**Henderson, TX 75654**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
�■ Contingent
�■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? �■ No ☐ Yes

**$2.00**

---

| 3.167 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thelma Jean Ford Steber**
**Rt 3 Box 930**
**Tyler, TX 75705**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
�■ Contingent
�■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? �■ No ☐ Yes

**$1.00**

---

| 3.167 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thelma Warren Harden**
**Escheat to TX**
**2616 Lee St**
**Fort Worth, TX 76106**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
�■ Contingent
�■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? �■ No ☐ Yes

**$39.00**

---

| 3.167 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Theola Warren**
**2614 Almeda**
**Dallas, TX 95216**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
�■ Contingent
�■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? �■ No ☐ Yes

**$8.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (*if known*) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.167 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19.00 |
|---|---|---|---|

**Theresa L. Garcia**
**337 Northbrook Lane**
**Woodstock, GA 30188**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,992.00 |
|---|---|---|---|

**Thomas C. Tolbert**
**940 Shadow Ridge Drive**
**Pensacola, FL 32514**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,508.00 |
|---|---|---|---|

**Thomas C. Tolbert, trustee of the**
**Harold H. Godwin Trust**
**940 Shadow Ridge Drive**
**Pensacola, FL 32514**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13.00 |
|---|---|---|---|

**Thomas E. McMillan, Jr.**
**P.O. Box 809**
**Brewton, AL 36427**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26.00 |
|---|---|---|---|

**Thomas E. Wilkerson, Jr.**
**8357 Hwy 51**
**Ariton, AL 36311**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $123.00 |
|---|---|---|---|

**Thomas Energy, LLC**
**P.O. Box 809**
**Brewton, AL 36427**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.168 3 | | | | $5.00 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas F. Murray**
**538 County Road 319**
**Jonesboro, TX 76538**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 4 | | | | $20.00 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Family Minerals, L.L.C.**
**c/o Agent Property Services**
**P.O. Box 1410**
**Ruston, LA 71273-1410**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 5 | | | | $12.00 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Jones**
**6107 Revere Place**
**Dallas, TX 75214**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 6 | | | | $37.00 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas L. Blakeney GF Trust**
**P.O. Box 741283**
**Dallas, TX 75374-1283**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 7 | | | | $3.00 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Lee Warren**
**2313 Chipplegate Way**
**North Las Vegas, NV 79032-4814**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 8 | | | | $71.00 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Lowe Blakeney**
**9212 Seagrove Dr.**
**Dallax, TX 75243-7228**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.1689**

**Nonpriority creditor's name and mailing address**
**Thomas M. Oneal**
**Gay M Oneal**
**PO Box 536**
**Choudrant, LA 71227**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$8.00

---

**3.1690**

**Nonpriority creditor's name and mailing address**
**Thomas Ray Shaw**
**15 Magnolia St**
**Childersburg, AL 35044**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$220.00

---

**3.1691**

**Nonpriority creditor's name and mailing address**
**Thomas Rutherford Key**
**118 McIntosh Bluff Road**
**Fairhope, AL 36532**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$9.00

---

**3.1692**

**Nonpriority creditor's name and mailing address**
**Thomas W. Musselewhite**
**501 Princeton Drive**
**Tyler, TX 75703**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$3.00

---

**3.1693**

**Nonpriority creditor's name and mailing address**
**Thomas Whitaker Westbrook**
**15347 Battersea Garden Dr**
**Channelview, TX 77530**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.1694**

**Nonpriority creditor's name and mailing address**
**Thomas William Baker**
**120 Virginia Avenue**
**San Francisco, CA 94110**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

$12.00

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.169 5** **Nonpriority creditor's name and mailing address**

**Thompson Gas**
P.O. Box 9896511
Boston, MA 02298-6511

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,796.75**

---

**3.169 6** **Nonpriority creditor's name and mailing address**

**Tiembo Ltd**
Attn: Mark Rauch
PO Box 270415
Houston, TX 77277-0415

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$69,261.00**

---

**3.169 7** **Nonpriority creditor's name and mailing address**

**Tiffannie J. Edwards**
144 Downs Lane
Brewton, AL 36436

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.169 8** **Nonpriority creditor's name and mailing address**

**Tiffany Bennett**
2434 Capella Cir
Atlanta, GA 30331

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$3.00**

---

**3.169 9** **Nonpriority creditor's name and mailing address**

**Tiffany Malone**
2016 Hughes Ave, Apt 5D
Bronx, NY 10457

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$148.00**

---

**3.170 0** **Nonpriority creditor's name and mailing address**

**Tim Ross/William Timothy Ross**
10044 State Highway
Troup, TX 75789

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.170 1** **Nonpriority creditor's name and mailing address**

**Timbree Ford Hardy**
9517 Woodvale Drive
Austin, TX 78729-3565

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.170 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Timothy P. McGowin**
2526 Waterford Rd
Auburn, AL 36832

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.170 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92,979.00 |
|---|---|---|---|

**Tisdale Natural Resources, LLC**
PO Box 281
Andalusia, AL 36420

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.170 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,123.08 |
|---|---|---|---|

**Tom Joiner & Associates, Inc.**
P.O. Box 1490
Tuscaloosa, AL 35403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.170 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171.36 |
|---|---|---|---|

**Tom Youngblood**
PO Box 5926
Shreveport, LA 71135-5926

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Cash Call Advance__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.170 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,150.00 |
|---|---|---|---|

**Tom Youngblood**
PO Box 5926
Shreveport, LA 71135-5926

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.170 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,871.00 |
|---|---|---|---|

**Tommie Gene Parker**
Frances P Parker
4575 Highway 18 West
Quitman, MS 39355

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (*if known*) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.170<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Tommy Alan Fite**
**20377 Highway 110 South**
**Whitehouse, TX 75791**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.00** |
|---|---|---|---|

**Tommy Lou Pearson Rhodes**
**2601 Caplin**
**Houston, TX 77026**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171<br>0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2.00** |
|---|---|---|---|

**Tony Martin Powell**
**616 Cook Road**
**Athens, LA 71003**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00** |
|---|---|---|---|

**Tony Martin Powell &**
**Celeste Hymel Powell**
**616 Cook Rd**
**Athens, LA 71003**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$164,035.39** |
|---|---|---|---|

**Tool Pushers Supply Co.**
**P.O. Box 1714**
**Casper, WY 82602**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Tosha Danielle Gray**
**400 SCR 29**
**Mize, MS 39116**

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,870.00** |
|---|---|---|---|

**Total Pump & Supply, LLC**
**P.O. Box 548**
**Carencro, LA 70520**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.171 5**

**Nonpriority creditor's name and mailing address**

**Total Safety US, Inc.**
P.O. Bxo 654171
Dallas, TX 75265-4171

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,402.42**

---

**3.171 6**

**Nonpriority creditor's name and mailing address**

**Town of Arcadia**
P.O. Box 767
Arcadia, LA 71001

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$20.90**

---

**3.171 7**

**Nonpriority creditor's name and mailing address**

**Tracey Samuel Reynolds**
1291 Frost Court
Cincinnati, OH 45231

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☐ No ☐ Yes

**$16.00**

---

**3.171 8**

**Nonpriority creditor's name and mailing address**

**TrackNet**
1215 Prytania Street
New Orleans, LA 70130-4357

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.171 9**

**Nonpriority creditor's name and mailing address**

**Tracy & Stephanie Mollette**
as Joint Tenants
PO Box 491
Quitman, MS 39355

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$184.00**

---

**3.172 0**

**Nonpriority creditor's name and mailing address**

**Tracy Deas Humphrey**
507 Denham Progress Road
Buckatunna, MS 39322-9683

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$148.00**

---

**3.172 1**

**Nonpriority creditor's name and mailing address**

**Tracy Everett Sumner**
36 S. Eagle Circle
Aurora, CO 80012

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.172 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$242.00** |
|---|---|---|---|

**Transamerican Royalties LLC**
**469 River Loop 1**
**Eugene, OR 97404**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No □ Yes

---

| 3.172 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$390.96** |
|---|---|---|---|

**TransZap, Inc.**
**Enverus Business Automation**
**Department 3597**
**P.O. Box 123597**
**Dallas, TX 75312-3597**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No □ Yes

---

| 3.172 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Trant K. Kidd Family Partnership, Ltd.**
**c/o Trant Kidd**
**102 N. College, Suite106**
**Tyler, TX 75702**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No □ Yes

---

| 3.172 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,148.00** |
|---|---|---|---|

**Travis Boney**
**9624 Hampshire Court**
**Mobile, AL 36695**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No □ Yes

---

| 3.172 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$860.00** |
|---|---|---|---|

**Travis R. Boney**
**5027 Hwy 18 W**
**Quitman, MS 39355**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No □ Yes

---

| 3.172 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45.00** |
|---|---|---|---|

**Travod Samuel**
**C/O Chantel Hannah**
**344 West 111th Place**
**Chicago, IL 60628**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No □ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.172 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.00 |
|---|---|---|---|

**Treadwell Jones**
7709 Rosewood
Prairie Village, KS 66208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154.59 |
|---|---|---|---|

**Trimble Energy, LLC**
Attn: James C. Trimble
11816 Inwood Road #11
5855 Milton Street Apt. 405
Dallas, TX 75244

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,069.00 |
|---|---|---|---|

**Trimble Energy, LLC**
Attn: James C. Trimble
11816 Inwood Road #11
5855 Milton Street Apt. 405
Dallas, TX 75244

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,493.34 |
|---|---|---|---|

**Trinity Exploration LLC**
776 Old Wagon Trail Circle
Lafayette, CO 80026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.93 |
|---|---|---|---|

**Triumphant  Management, LLC**
Attn: Stefano Feo
3757 Gulf Shores Pkwy
Suite BA-1
Gulf Shores, AL 36542

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cash Call Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553.00 |
|---|---|---|---|

**Triumphant  Management, LLC**
Attn: Stefano Feo
3757 Gulf Shores Pkwy
Suite BA-1
Gulf Shores, AL 36542

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.173 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121.00 |
|---|---|---|
| **TSC Oil & Gas Inc**<br>**Ron Bliss**<br>**4925 Greenville Ave Ste 600**<br>**Dallas, TX 75206** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Revenue** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.173 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,078.13 |
|---|---|---|
| **TST Energy, LLC**<br>**Tracy S. Toups, Manager**<br>**3238 Barksdale Blvd**<br>**Bossier City, LA 71112** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Cash Call Advance** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.173 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,546.00 |
|---|---|---|
| **TST Energy, LLC**<br>**Tracy S. Toups, Manager**<br>**3238 Barksdale Blvd**<br>**Bossier City, LA 71112** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Revenue** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.173 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,960.00 |
|---|---|---|
| **Turner Family Mississippi Mineral**<br>**Holdings, L.L.C.**<br>**8687 United Plaza Boulevard**<br>**Baton Rouge, LA 70809** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Revenue** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.173 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,808.00 |
|---|---|---|
| **Turner Specialty Services,  LLC**<br>**P.O. Box 2750**<br>**Baton Rouge, LA 70821** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.173 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,436.07 |
|---|---|---|
| **Twin Bridges Resources LLC**<br>**475 17th Street, Suite 900**<br>**Denver, CO 80202** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Cash Call Advance** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.174.0**

**Nonpriority creditor's name and mailing address**
**Tyler Oil And Gas, LLC**
**Tiffany Tyler Steadman and BT Steadman**
**P.O. Box 12761**
**Jackson, MS 39236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$2,618.00**

---

**3.174.1**

**Nonpriority creditor's name and mailing address**
**Tyrone Walker**
**1147 Werre Way**
**Locust Grove, GA 30248**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ☑ No ☐ Yes

**$9.00**

---

**3.174.2**

**Nonpriority creditor's name and mailing address**
**UHS Premium Billing**
**P.O. Box 94017**
**Palatine, IL 60094-4017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

**$38,359.56**

---

**3.174.3**

**Nonpriority creditor's name and mailing address**
**Ulterra Drilling Technologies. LP**
**P.O. Box 733586**
**Dallas, TX 75373-3586**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

**$65,905.00**

---

**3.174.4**

**Nonpriority creditor's name and mailing address**
**Union Oilfield Supply, Inc.**
**12 John Dykes Road**
**Waynesboro, MS 39367**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

**$283,262.50**

---

**3.174.5**

**Nonpriority creditor's name and mailing address**
**Unishippers FRT Performance**
**Logistics Group, Inc.**
**P.O. Box 4011**
**Greenwood Village, CO 80155**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

**$639.56**

---

**3.174.6**

**Nonpriority creditor's name and mailing address**
**Unishppers DEN Performance**
**Logistics Group, Inc.**
**P.O. Box 4011**
**Greenwood Village, CO 80155**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

**$454.38**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.174 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $885.36 |
|---|---|---|---|
| | **United Rentals (North America), Inc.** | ☐ Contingent | |
| | **P.O. Box 840514** | ☐ Unliquidated | |
| | **Dallas, TX 75284-0514** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Trade Debt_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.174 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $359.12 |
|---|---|---|---|
| | **Upshur Rural Electric Cooperative** | ☐ Contingent | |
| | **P.O. Box 6500** | ☐ Unliquidated | |
| | **Big Sandy, TX 75755-6500** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Trade Debt_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.174 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $22.00 |
|---|---|---|---|
| | **Valeria Van Zandt Tarantino** | ■ Contingent | |
| | **7 Clarkes Village Road** | ■ Unliquidated | |
| | **Jamestown, RI 02835** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Revenue_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,231.00 |
|---|---|---|---|
| | **Valhalla Royalty, LLC** | ■ Contingent | |
| | **7889 Eastlake Drive** | ■ Unliquidated | |
| | **Murchison, TX 75778** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Revenue_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,145.50 |
|---|---|---|---|
| | **Valley Plains, LLC** | ☐ Contingent | |
| | **P.O. Box 249** | ☐ Unliquidated | |
| | **Woodlawn, TX 75694** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Trade Debt_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8.00 |
|---|---|---|---|
| | **Vance M. Bevel** | ■ Contingent | |
| | **2009 Grimm Lane** | ■ Unliquidated | |
| | **Pacific, MO 63069** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Revenue_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|---|
| | **Vanessa Warren** | ■ Contingent | |
| | **Address Unverified** | ■ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** _Revenue_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|---|
| | Name | | | |

**3.175.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|
| **Varna Mae Warren McKay**<br>**Route 3 Box 761**<br>**Tyler, TX 75705** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Revenue | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.175.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.00 |
|---|---|---|
| **Vennis L.S. Arrington**<br>**9031 East 64th Street**<br>**Tulsa, OK 74133** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Revenue | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.175.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|
| **Ventura Samuel**<br>**201 Linton Way, Apt. 127**<br>**Princeton, KY 42445** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Revenue | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.175.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.00 |
|---|---|---|
| **Vera Frances Tait**<br>**740 Duxbury Lane**<br>**Bartlett, IL 60103-4560** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Revenue | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.175.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|
| **Verna C. Foster**<br>**1936 Reno Rd.**<br>**Gibsland, LA 71028** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Revenue | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.175.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112.00 |
|---|---|---|
| **Vernita Wilks**<br>**2106 Springhill Road**<br>**Evergreen, AL 36401** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  Revenue | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.1760**

**Nonpriority creditor's name and mailing address**

**Veronica R. Holmes**
**1160 Hawthorne Drive**
**Pensacola, FL 32507**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No □ Yes

**$3.00**

---

**3.1761**

**Nonpriority creditor's name and mailing address**

**Vickery Exploration, LLC**
**333 Summerville Drive**
**Madison, MS 39110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No □ Yes

**$1,573.00**

---

**3.1762**

**Nonpriority creditor's name and mailing address**

**Vickie Ann Tomlin**
**1615 Lagonda Avenue**
**Fort Worth, TX 76106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No □ Yes

**$10.00**

---

**3.1763**

**Nonpriority creditor's name and mailing address**

**Vicky Bracamonte**
**3644 Sable Ridge Drive**
**Dallas, TX 75287**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No □ Yes

**$5.00**

---

**3.1764**

**Nonpriority creditor's name and mailing address**

**Vicky Ellen Rankin**
**2600 College Drive**
**Texarkana, TX 75501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  Revenue

Is the claim subject to offset? ■ No □ Yes

**$28.00**

---

**3.1765**

**Nonpriority creditor's name and mailing address**

**Vincent A. Zito Petroleum Landman**
**505 Bear Drive**
**Gulf Breeze, FL 32561**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No □ Yes

**$10,541.30**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.176 6**

**Nonpriority creditor's name and mailing address**

**Vincent C. Brye, Deceased**
**1354 Mazurek Blvd.**
**Pensacola, FL 32514**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

**3.176 7**

**Nonpriority creditor's name and mailing address**

**Viola Anna Taylor**
**4110 Springbrook Drive**
**Odessa, TX 79762**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$2.00**

---

**3.176 8**

**Nonpriority creditor's name and mailing address**

**Virgie Brooks**
**5191 Pirotte Dr**
**San Diego, CA 92105**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

**3.176 9**

**Nonpriority creditor's name and mailing address**

**Virginia Ann Braxton**
**2313 Chippelgate Way**
**North Las Vegas, NV 89032-4814**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.177 0**

**Nonpriority creditor's name and mailing address**

**Virginia F. Sewell**
**1751 River Bluff View**
**Duluth, GA 30097**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$7.00**

---

**3.177 1**

**Nonpriority creditor's name and mailing address**

**Virginia V Roberts**
**5 Colony Park Circle**
**Galveston, TX 77551**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ■ No ☐ Yes

**$22.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.177 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $22.00 |
|---|---|---|---|

**Virginia W. Edwards**
**Rt. 3 Box 761**
**Tyler, TX 75705**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Vyola Williams Nations**
**c/o Jessie M. Aaron**
**3308 Wall Avenue**
**San Bernardino, CA 92404**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27.00 |
|---|---|---|---|

**W. Curtis Melton, Jr.**
**102 Saddle Mountain Road**
**Rome, GA 30161**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,440.00 |
|---|---|---|---|

**W. Gray Sanders**
**415 Hampton Street**
**Camden, SC 29020**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $32.00 |
|---|---|---|---|

**W. T. Cary, Jr.**
**115 Waterford Drive**
**Ninety Six, SC 29666**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9.00 |
|---|---|---|---|

**W.E. Woodson, III**
**P.O. Box 54**
**Bonaire, GA 31005**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

| 3.177 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,872.98** |
|---|---|---|---|

**W.S. Red Hancock, Inc.**
P.O. Box 207
Bentonia, MS 39040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17.00** |
|---|---|---|---|

**W.T. Green Oil, Gas and Minerals LLC**
PO Box 2097
Laurel, MS 39442

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,194.00** |
|---|---|---|---|

**Wallace & Wallace LLC**
6163 Kay Brook Drive
Byram, MS 39272-9660

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$730.00** |
|---|---|---|---|

**Wallace Harold Brown CST**
c/o Charles L. Williams
PO Box 1685
Shreveport, LA 71165

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,987.00** |
|---|---|---|---|

**Waller Brothers, Inc.**
PO Box 1
Jackson, MS 39205

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$858.00** |
|---|---|---|---|

**Walter Armistead**
118 CR 33915
Powderly, TX 75473

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Revenue**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.178 4**

**Nonpriority creditor's name and mailing address**

**Walter J. Starcke**
**4129 South Meadows Road, Apt. 128**
**Santa Fe, NM 87507**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$2,271.00

---

**3.178 5**

**Nonpriority creditor's name and mailing address**

**Walter Lee Warren**
**2965 Eudora Street**
**Denver, CO 80207**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$31.00

---

**3.178 6**

**Nonpriority creditor's name and mailing address**

**Walter Ridgway Neill, Jr.**
**328 County Road 418**
**Oxford, MS 38655**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

**3.178 7**

**Nonpriority creditor's name and mailing address**

**Walter Robert Hewell**
**265 Edinburgh Rd**
**San Angelo, TX 76901**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$39.00

---

**3.178 8**

**Nonpriority creditor's name and mailing address**

**Walter Warren**
**3001 Tembrooke Drive**
**Modesto, CA 95350**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$2.00

---

**3.178 9**

**Nonpriority creditor's name and mailing address**

**Wanda Ann Horsley**
**180 Rock Creek Road**
**Remlap, AL 35133**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

$1,977.00

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.1790**

**Nonpriority creditor's name and mailing address**

**Wanda D. Castro**
**1891 W. Hazelton Ave.**
**Stockton, CA 94203**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

**3.1791**

**Nonpriority creditor's name and mailing address**

**Wanda Harbin Terry**
**Robert James Terry**
**114 Roe Hodge Road**
**P.O. Box 1449**
**Elizabethton, TN 37644**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$220.00**

---

**3.1792**

**Nonpriority creditor's name and mailing address**

**Wanda Jo Ellis White**
**1011 North Jackson Street**
**Apartment K2**
**Jacksonville, TX 75766**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.1793**

**Nonpriority creditor's name and mailing address**

**Wanda Malone**
**2016 Hughes Avenue, #5-D**
**Bronx, NY 10457**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$74.00**

---

**3.1794**

**Nonpriority creditor's name and mailing address**

**Wanda Sue Wallace**
**124 Feagin Rd.**
**Evergreen, AL 36401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$24.00**

---

**3.1795**

**Nonpriority creditor's name and mailing address**

**Warthawg Construction**
**d/b/a Warthawg Properties, LP**
**520 Honeysuckle Lane**
**Longview, TX 75605**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,649.69**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.179 6**

Nonpriority creditor's name and mailing address
**Wastewater Disposal Services, Inc.**
P.O. Drawer 649
Brewton, AL 36427

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$49,859.00**

---

**3.179 7**

Nonpriority creditor's name and mailing address
**Wayne Bryer**
1503 Northumberland Way
Monmouth Junction, NJ 08852

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$16.00**

---

**3.179 8**

Nonpriority creditor's name and mailing address
**Weatherford Laboratories, Inc.**
ATTN: Kelly Emanual
2000 St. James Place
Houston, TX 77056

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$112,264.63**

---

**3.179 9**

Nonpriority creditor's name and mailing address
**WellPro Fishing & Rental Tools, Inc.**
WellPro, Inc.
P.O. Box 2436
Williston, ND 58802-2436

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$20,827.00**

---

**3.180 0**

Nonpriority creditor's name and mailing address
**WEMO, Inc.**
Attn: Craig Webb
P.O. Box 5326
Shreveport, LA 71135-5326

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$154.00**

---

**3.180 1**

Nonpriority creditor's name and mailing address
**Western Water Consultants, Inc.**
611 Skyline Road
Laramie, WY 82070

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$119.00**

---

**3.180 2**

Nonpriority creditor's name and mailing address
**WGA Mineral Interests LP**
333 Texas Street, Ste. 2020
Shreveport, LA 71101

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$4.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

**3.180 3**

**Nonpriority creditor's name and mailing address**
**Whirlwind Methane Recovery Systems LLC**
**3600 Bent Cedar Trail**
**Edmond, OK 73034-2049**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$11,520.46**

---

**3.180 4**

**Nonpriority creditor's name and mailing address**
**Whitaker Petroleum**
**333 Texas St Ste 521**
**Shreveport, LA 71101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$2,321.00**

---

**3.180 5**

**Nonpriority creditor's name and mailing address**
**White Resources LLC Oilfield Chemicals**
**P.O. Box 17875**
**Natchez, MS 39122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$43,383.82**

---

**3.180 6**

**Nonpriority creditor's name and mailing address**
**White Star Energy Inc**
**PO Box 51108**
**Midland, TX 79710-1108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$26.00**

---

**3.180 7**

**Nonpriority creditor's name and mailing address**
**White's T&J Oilfield Supply, Inc.**
**P.O. Box 659**
**Highway 84 West**
**Jonesville, LA 71343**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,230.00**

---

**3.180 8**

**Nonpriority creditor's name and mailing address**
**White, Glen and Glenda**
**130 Commanche Trail**
**Delhi, LA 71232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$900.00**

---

**3.180 9**

**Nonpriority creditor's name and mailing address**
**Willene Whatley**
**115 E. McMillan St.**
**Evergreen, AL 36401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ■ No ☐ Yes

**$18.00**

---

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

**3.181 0**

Nonpriority creditor's name and mailing address
**William Arthur Sims**
**4107 Indian Hills Rd SE**
**Decatur, AL 35603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

$347.00

---

**3.181 1**

Nonpriority creditor's name and mailing address
**William Daryl Edwards**
**13478 Highway 1**
**Oil City, LA 71061-8676**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

$623.00

---

**3.181 2**

Nonpriority creditor's name and mailing address
**William E. Curtis, Jr.**
**P.O. Box 130819**
**Tyler, TX 75713**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

$46.00

---

**3.181 3**

Nonpriority creditor's name and mailing address
**William Franklin Jr.**
**650 Sackman Street**
**Mansfield, OH 44903**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

$8.00

---

**3.181 4**

Nonpriority creditor's name and mailing address
**William Holland**
**2549 New Hope Road**
**Bradford, KY 40006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

$13.00

---

**3.181 5**

Nonpriority creditor's name and mailing address
**William Kassed**
**P.O. Box 94**
**Vilonia, AR 72143**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

$6.00

---

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

---

**3.181 6**

Nonpriority creditor's name and mailing address

**William L. Moore, III**
**PO Box 36815**
**Hoover, AL 35236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$12.00**

---

**3.181 7**

Nonpriority creditor's name and mailing address

**William M. Lonabaugh**
**1400 Bayou Shore Drive Apt. 305**
**Galveston, TX 77551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$17.00**

---

**3.181 8**

Nonpriority creditor's name and mailing address

**William Marvin Hewell**
**18754 N. 95th Way**
**Scottsdale, AZ 85255**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$39.00**

---

**3.181 9**

Nonpriority creditor's name and mailing address

**William O. Welford**
**5133 Highway 63 North**
**Lucedale, MS 39452**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$22.00**

---

**3.182 0**

Nonpriority creditor's name and mailing address

**William R. & Gloria R. Rollo Rev Trust**
**W.R. Rollo & G.R. Rollo, Co-Trustees**
**P.O. Box 894**
**Milton, FL 32572**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Cash Call Advance**

Is the claim subject to offset? ☑ No ☐ Yes

**$70.24**

---

**3.182 1**

Nonpriority creditor's name and mailing address

**William R. & Gloria R. Rollo Rev Trust**
**W.R. Rollo & G.R. Rollo, Co-Trustees**
**P.O. Box 894**
**Milton, FL 32572**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Revenue**

Is the claim subject to offset? ☑ No ☐ Yes

**$6,802.00**

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.182 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $77.00 |
|---|---|---|---|

**William Rudd Limited Partnership**
P.O. Box 1797
Waskom, TX 75692

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.182 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,006.00 |
|---|---|---|---|

**William S. Schreier**
62 McGregor Drive
Southampton, NY 11968

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.182 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18.00 |
|---|---|---|---|

**William T. Pate**
960 Bull Slough Road
Andalusia, AL 36421

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.182 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2.00 |
|---|---|---|---|

**William T. Smith**
PO Box 117
Troup, TX 75789

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.182 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7.00 |
|---|---|---|---|

**William Yancy Lovelace, Jr.**
8976 County Road 99
Lillian, AL 36549

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.182 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $23.00 |
|---|---|---|---|

**Willie Brye**
6255 Christopher Drive North
Mobile, AL 36609

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Revenue__

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.182 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**Willie C Holmes**
c/o Claudette Bradley
**1172 Johnsonville Circle**
**Castleberry, AL 36432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.182 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Willie Dale Holmes**
**60 W. P. Court**
**Castleberry, AL 36432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.183 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Willie Drakeford, Jr.**
**716 Euclid Ave**
**Mobile, AL 36606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.183 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Willie Faye Scott**
**3110 Town Park Drive 1504**
**Tyler, TX 75701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.183 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**Willie J. Samuel, Jr.**
**120 Audubon Loop**
**Madisonville, KY 42431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.183 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.00 |
|---|---|---|---|

**Willie Jones Johnson**
c/o Rayfield Johnson
**627 South Ross Street**
**Tyler, TX 75701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Revenue**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

---

**3.183 4**

**Nonpriority creditor's name and mailing address**

**Willie Lee Gaines**
**512 N. Martin Luther King Blvd.**
**Apt. 401**
**Lubbock, TX 79403-3416**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue

Is the claim subject to offset? ■ No ☐ Yes

$3.00

---

**3.183 5**

**Nonpriority creditor's name and mailing address**

**Willie Mae Person Cato**
**P.O. Box 476**
**Gibsland, LA 71028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.183 6**

**Nonpriority creditor's name and mailing address**

**Willie Neal Warren**
**27-1S/S/E/ PPP 323 No. 155**
**Tyler, TX 75701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.183 7**

**Nonpriority creditor's name and mailing address**

**Willie Warren**
**c/o Lillian Rollins**
**4201 Wiman Drive**
**Fort Worth, TX 76119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue

Is the claim subject to offset? ☐ No ☐ Yes

$2.00

---

**3.183 8**

**Nonpriority creditor's name and mailing address**

**Wimberley Park Ltd.**
**Attn: Peter M. Way**
**PO Box 36530**
**Houston, TX 77236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Cash Call Advance

Is the claim subject to offset? ■ No ☐ Yes

$6,181.59

---

**3.183 9**

**Nonpriority creditor's name and mailing address**

**Wimberley Park Ltd.**
**Attn: Peter M. Way**
**PO Box 36530**
**Houston, TX 77236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Revenue

Is the claim subject to offset? ■ No ☐ Yes

$2,729.00

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.184 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $478.00 |
|---|---|---|---|

**Woodie F. Womach Meisenheimer**
**1201 Louisiana, Suite 118**
**Houston, TX 77002**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.184 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84.00 |
|---|---|---|---|

**Wright Harper For Life**
**Rt 25 Box 1159**
**Tyler, TX 75707**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.184 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $122.00 |
|---|---|---|---|

**WSK Properties, LLC**
**c/o Scott Knight**
**PO Box 508**
**Tyler, TX 75710**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.184 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,701.00 |
|---|---|---|---|

**Wuellner Oil & Gas, Inc.**
**333 Texas Street, Ste 607**
**Shreveport, LA 71101**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.184 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,196.00 |
|---|---|---|---|

**Yates Resources, LP**
**3131 Southwestern Blvd**
**Dallas, TX 75225**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Revenue

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.184 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $144.67 |
|---|---|---|---|

**Yazoo Valley Electric Power Association**
**P.O. Box 8**
**Yazoo City, MS 39194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| 3.184 6 | | | $71.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yelbom Oil, Inc.**
P.O. Box 1091
Shreveport, LA 71163-1091

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 7 | | | $10.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yevetta Warren**
18245 Highway 31 East
Tyler, TX 75705

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 8 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Your Message Center, Inc.**
3181 Old Redlick Road
Texarkana, TX 75503

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 9 | | | $4,993.50 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**ZAP Engineering and Construction**
333 South Allison Parkway
Lakewood, CO 80226

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 0 | | | $53.50 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Zedi USA**
P.O. Box 51475
Lafayette, LA 70505-1475

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 1 | | | $22.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Zola Mae Bryant**
8320 South Lafayette Ave
Chicago, IL 60620

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Revenue

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order** any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | **20-12377-EEB** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Anderson Investment Holdings LP**<br>**dba GMA Energy LLC**<br>**333 Texas Street, Suite 2020**<br>**Shreveport, LA 71101** | Line **3.53**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Anderson Investment Holdings LP**<br>**dba GMA Energy LLC**<br>**333 Texas Street, Suite 2020**<br>**Shreveport, LA 71101** | Line **3.54**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Internal Revenue Service**<br>**Insolvency Unit**<br>**1999 Broadway**<br>**MS 5012 DEN**<br>**Denver, CO 80202-3025** | Line **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Internal Revenue Service**<br>**1999 Broadway**<br>**MS 5012 DEN**<br>**Denver, CO 80202-3025** | Line **2.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Louisiana Department of Revenue**<br>**617 North Third Street**<br>**Baton Rouge, LA 70802** | Line **2.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Office of the Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Suite 4400**<br>**Washington, DC 20530-0001** | Line **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Office of the Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Suite 4400**<br>**Washington, DC 20530-0001** | Line **2.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Office of the Attorney General**<br>**State of Colorado**<br>**1300 Broadway**<br>**Denver, CO 80203** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Office of the US Attorney**<br>**District of Colorado**<br>**1801 California Street, Suite 1600**<br>**Denver, CO 80202-2628** | Line **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Office of the US Attorney**<br>**District of Colorado**<br>**1801 California Street, Suite 1600**<br>**Denver, CO 80202-2628** | Line **2.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **State of Colorado**<br>**Division of Securities**<br>**1560 Broadway, Suite 900**<br>**Denver, CO 80202-5150** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  | Total of claim amounts |
|---|---|

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number (if known) | 20-12377-EEB |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **466,448.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **22,544,337.73** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **23,010,785.73** |

EXHIBIT 5

**Fill in this information to identify the case:**

Debtor name  **Sklar Exploration Company, LLC**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)  **20-12377-EEB**

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
 ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
 ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of Boulder Offices**<br><br>**Office Lease dated April 3, 2013, between 5395 Pearl Parkway, LLC, as Landlord, and Sklar Exploration Company L.L.C., as Tenant, as amended by that certain First Amendment to Lease Agreement dated February 10, 2014, and that certain Second Amendment to Lease Agreement dated November 20, 2014, pursuant to which Landlord leased to Tenant certain premises in the building located at 5395 Pearl Parkway, Boulder, Colorado 80301.** | |
| State the term remaining<br><br>List the contract number of any government contract | | **5395 Pearl Parkway, LLC**<br>**1919 14th Street, Suite 800**<br>**Boulder, CO 80302** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Paper Management Agreement dated October 22, 2014, by and between All Copy Products, Inc. and Sklar Exploration Company L.L.C, as amended on December 12, 2014 and February 27, 2015.** | **All Copy Products, Inc.**<br>**4141 Colorado Blvd.**<br>**Denver, CO 80216** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

EXHIBIT 5

| Debtor 1 | **Sklar Exploration Company, LLC** | | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract    _____

---

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Alabama Offices**<br><br>**Office Lease Agreement dated April 26, 2018, by and between Brewton Area Properties, LLC, as Lessor, and Sklar Exploration Company L.L.C., as Lessee, pursuant to which Lessor leased to Lessee the office building located at 319 Belleville Avenue, Brewton, Alabama.** | |
|---|---|---|---|
| | State the term remaining | | **Brewton Area Properties** |
| | List the contract number of any government contract | | **Attn: Thomas McMillan**<br>**P.O. Box 809**<br>**Brewton, AL 36427** |

---

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Confidential Employment Separation Agreement dated November 20, 2018, by and between David Barlow, an individual, Daboil Resources, L.C., Ansaben Trust, Sklar Exploration Company L.L.C., Sklarco L.L.C. and Howard F. Sklar, individually.** | |
|---|---|---|---|
| | State the term remaining | | **David A. Barlow** |
| | List the contract number of any government contract | | **321 Paseo Encinal Street**<br>**San Antonio, TE 78212** |

---

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement dated April 1, 2020, by and between Enterprise Computing Services, LLC and Sklar Exploration Company L.L.C.** | |
|---|---|---|---|
| | State the term remaining | | **Enterprise Computing Services, LLC**<br>**347 Bert Kouns Industrial Loop**<br>**Shreveport, LA 71106** |

---

EXHIBIT 5

| Debtor 1 | **Sklar Exploration Company, LLC** | | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | _____ | |
|---|---|---|---|

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Agency Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Howard F. Sklar Trust** |
| | List the contract number of any government contract | _____ | **5395 Pearl Parkway** **Suite 200** **Boulder, CO 80301** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Premium Finance Agreement - Promissory Note dated March 2, 2020, by and between J&H Insurance Services, Inc., as Agent, and Sklar Exploration Company L.L.C., as Insured** | |
|---|---|---|---|
| | State the term remaining | | **J and H Insurance Services, Inc.** |
| | List the contract number of any government contract | _____ | **510 N. Valley Mills Road, Suite 701** **Waco, TX 76710** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Premium Finance Agreement - Promissory Note dated August 2, 2019 by and between J&H Insurance Services, Inc., as Agent, and Sklar Exploration Company L.L.C., as Insured** | |
|---|---|---|---|
| | State the term remaining | | **J and H Insurance Services, Inc.** |
| | List the contract number of any government contract | _____ | **510 N. Valley Mills Road, Suite 701** **Waco, TX 76710** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

EXHIBIT 5

| Debtor 1 | Sklar Exploration Company, LLC | | Case number (*if known*) | 20-12377-EEB |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Shreveport Offices** | |
|---|---|---|---|

**Office Lease dated February 8, 1999, between SM Brell, LP, as Landlord, and Sklar Exploration Company L.L.C., as Tenant, as amended by that certain Lease Amendment No. 1 dated April 3, 2000, and that certain Lease Amendment No. 2 dated October 17, 2000, and that certain Third Amendment to Lease Agreement dated March 30, 200l, and that certain Fourth Amendment to Lease dated July 19, 2004, and that certain Fifth Amendment to Lease dated March 12, 2006, and that certain Sixth Amendment to Lease dated November 21, 2007, and that certain Seventh Amendment to Lease dated April 18, 2008, and that certain Eighth Amendment to Lease dated May 26, 2011, and that certain Ninth Amendment to Lease dated September 16, 2016, pursuant to which Landlord leased to Tenant certain premises in the building, Suite 1601, 1605, 1615 and 1620, known as the Louisiana Tower Office Building located at 401 Edwards Street, Shreveport, Louisiana 71101.**

| | State the term remaining | | **Louisiana Tower Operating c/o Kean Miller Attn: Mark Mese ll City Plaza, 400 Convention Street Baton Rouge, LA 70802** |
|---|---|---|---|
| | List the contract number of any government contract | | |

EXHIBIT 5

| Debtor 1 | **Sklar Exploration Company, LLC** | | Case number *(if known)* | **20-12377-EEB** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease Agreement dated December 14, 2018, by and between Sklar Exploration Company L.L.C., as Tenant, and Redwave Energy, Inc., as Subtenant, concerning a sublease of certain office space at 5395 Pearl Parkway, Suite 200, Boulder, CO 80301.** | |
| | State the term remaining | | **RedWave Energy, Inc.** |
| | List the contract number of any government contract | | **Attn: Jim Nelson 1041 Mackenzie Place Wheaton, IL 60187** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Various Printer Leases** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ricoh Americas Corporation 300 Eagleview Blvd Exton, PA 19341** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Each Material Contract is more particularly descirbed in the attached list of material agreements** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **See attached** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Support.com Small Business Support Services Agreement dated October 22, 2013, by and between Support.com, Inc. and Sklar Exploration Company L.L.C.** | |
| | State the term remaining | | **Support.com, Inc.** |
| | List the contract number of any government contract | | **Attn: Chief Financial Officer 900 Chesapeake Drive, 2nd Floor Redwood City, CA 94063** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

# MATERIAL AGREEMENTS

## (Sklar Exploration Company, LLC)

1. Participation Agreement dated effective as of January 23, 2015 covering the Brewton Prospect, Escambia County, Alabama, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration LLC, et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1982) dated January 23, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

2. Letter Agreement dated March 6, 2015 amending the Brewton Prospect Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration, LLC, et al., as Participants

3. Second Amendment to Brewton Prospect Participation Agreement and JOA dated effective as of January 23, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration, LLC, et al., as Participants

4. Amended And Restated Participation Agreement dated effective as of April 8, 2015 covering the Mt. Carmel Prospect, Escambia County, AL and Santa Rosa County, FL, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1982) dated April 8, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

5. JOA (AAPL 610-1982) dated July 1, 2008, covering NW/4 Section 17, T4N, R13E, Conecuh County, AL (Craft Mack 17-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators

6. Unit Agreement dated March 20, 2014 concerning operation of the Little Cedar Creek Oil Unit II, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

7. Unit Operating Agreement dated March 20, 2014 concerning operation of the Little Cedar Creek Oil Unit II, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

8. Gas Purchase Contract dated September 23, 2014, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Little Cedar Creek Oil Unit II, as Buyer, and the North Beach Prospect Working Interest Owners, as Sellers

9. Gas Purchase Contract dated September 23, 2014, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Little Cedar Creek Oil Unit II, as Buyer, and the Escambia Prospect Working Interest Owners, as Sellers

10. Gas Purchase Contract dated April 6, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Shipps Creek Prospect Working Interest Owners, as Sellers

EXHIBIT 5

11.     Unit Agreement dated October 1, 2016 concerning operation of the Little Cedar Creek Oil Unit IV, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

12.     Unit Operating Agreement dated October 1, 2016 concerning operation of the Little Cedar Creek Oil Unit IV, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

13.     Participation Agreement covering the Escambia Prospect (Escambia and Conecuh Counties, AL), by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 1, 2006 covering the Escambia Prospect (Escambia and Conecuh Counties, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

14.     Amendment to Operating Agreement dated effective as of November 1, 2011 covering the Escambia Prospect (Escambia and Conecuh Counties, Alabama), by and between Sklar Exploration Company L.L.C., et al., which Amendment extended the term of the AMI and added additional lands to the Contract Area and AMI

15.     JOA (AAPL 610-1982) dated March 1, 2011, covering NE/4 Section 31, T4N, R13E, Conecuh County, AL (Mary-Mack 31-2 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators

16.     Farmout Agreement dated February 15, 2011, covering the SE/4 Section 29, T4N, R13E, Conecuh County, AL (Thomasson 29-10 #1), by and between Anderson Exploration Energy Company, L.C., et al., as Farmor, and Sklar Exploration Company L.L.C., as Farmee

17.     JOA (AAPL 610-1982) dated February 15, 2011, covering the SE/4 Section 29, T4N, R13E, Conecuh County, AL (Thomasson 29-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators

18.     JOA (AAPL 610-1982) dated May 1, 2011, covering the SE/4 Section 35, T4N, R12E, Conecuh County, AL (CCL&T 35-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators

19.     JOA (AAPL 610-1982) dated July 1, 2011, covering the NE/4 Section 30, T4N, R13E, Conecuh County, AL (Ralls 30-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

20.     JOA (AAPL 610-1982) dated September 15, 2011, covering the NE/4 Section 30, T4N, R13E, Conecuh County, AL (Ralls 30-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and BSAP I, Inc., et al., as Non-Operators

21.     JOA (AAPL 610-1982) dated December 7, 2011, covering NW/4 Section 29, T4N, R13E, Conecuh County, AL (Boothe & Casey 29-6 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C. and BSAP I, Inc., as Non-Operators

EXHIBIT 5

22.     JOA (AAPL 610-1982) dated December 7, 2011, covering NW/4 Section 29, T4N, R13E, Conecuh County, AL (Boothe & Casey 29-6 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., Pruet Production Co., and Midroc Operating Company and others, as Non-Operators

23.     JOA (AAPL 610-1982) dated February 1, 2012, covering NE/4 Section 33, T4N, R12E, Conecuh County, AL (CCL&T 33-2 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

24.     JOA (AAPL 610-1982) dated March 15, 2012, covering NE/4 Section 34, T4N, R12E, Conecuh County, AL (Grady 34-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

25.     JOA (AAPL 610-1982) dated June 1, 2012, covering NW/4 Section 34, T4N, R12E, Conecuh County, AL (Jones 34-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Texar Exploration, LLC, et al., as Non-Operators

26.     JOA (AAPL 610-1982) dated March 15, 2012, covering NW/4 Section 35, T4N, R12E, Conecuh County, AL (CCL&T 35-5 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Avery Producing, LLC, et al., as Non-Operators

27.     JOA (AAPL 610-1982) dated May 1, 2012, covering SE/4 Section 34, T4N, R12E, Conecuh County, AL (Grady 34-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

28.     JOA (AAPL 610-1982) dated July 13, 2012, covering NW/4 Section 4, T3N, R12E, Escambia County, AL (CCL&T 4-3 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

29.     JOA (AAPL 610-1982) dated January 10, 2013, covering SE/4 Section 4, T4N, R13E, Conecuh County, AL (CCL&T 32-9 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

30.     JOA (AAPL 610-1982) dated April 1, 2013, covering SW/4 Section 36, T4N, R12E, Conecuh County, AL (Kennedy 36-12 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

31.     JOA (AAPL 610-1982) dated February 17, 2014, covering SW/4 Section 33, T4N, R13E, Conecuh County, AL (Thomasson 33-12 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators

32.     JOA (AAPL 610-1982) dated August 1, 2014, covering SE/4 Section 2, T3N, R12E, Escambia County, AL (CCL&T 2-9 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Central Petroleum, Inc., et al., as Non-Operators

33.     JOA (AAPL 610-1982) dated September 1, 2014, covering NW/4 Section 3, T3N, R13E, Conecuh County, AL (CCL&T 3-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators

EXHIBIT 5

34.     JOA (AAPL 610-1982) dated August 15, 2014, covering NE/4 Section 4, T3N, R13E, Conecuh County, AL (CCL&T 4-1 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators

35.     Unit Agreement dated May 11, 2015 concerning operation of the Fishpond Oil Unit, Fishpond Field, Escambia County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

36.     Unit Operating Agreement dated May 11, 2015 concerning operation of the Fishpond Oil Unit, Fishpond Field, Escambia County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

37.     Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the North Beach Prospect Working Interest Owners, as Sellers

38.     Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Escambia Prospect Working Interest Owners, as Sellers

39.     Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Shipps Creek Prospect Working Interest Owners, as Sellers

40.     Participation Agreement covering the Shipps Creek Prospect (Conecuh & Escambia Counties, AL) dated effective as of June 1, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "F" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated June 1, 2012 covering the Shipps Creek Prospect (Conecuh & Escambia Counties, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

41.     Agreement to Participate in 3D Seismic Acquisition and To Share Information dated effective as of June 1, 2012, by and between Sklar Exploration Company L.L.C., the Shipps Creek Prospect Participants, the Escambia Prospect Participants and Windancer Operating of Alabama, LLC

42.     Letter Agreement dated August 14, 2015 regarding Extension of Shipps Creek Prospect AMI and Acquisition of Additional Seismic Data, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, as amended by that certain Correction Letter dated August 18, 2015, by and between the same parties

43.     Letter Agreement dated May 23, 2017 regarding Shipps Creek Prospect AMI Extension, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, providing for a 1 year extension of the AMI.

44.     Letter Agreement dated May 16, 2018 regarding Shipps Creek Prospect AMI Extension (Second Extension), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, providing for an additional 1 year extension of the AMI.

45.     Letter Agreement dated April 23, 2019 regarding Shipps Creek Prospect AMI Extension (Third Extension), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators, providing for an additional 1 year extension of the AMI.

EXHIBIT 5

46.    Participation Agreement covering the Castleberry Prospect (Conecuh County, AL) dated effective as of November 7, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 7, 2012 covering the Castleberry Prospect (Conecuh County, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

47.    Participation Agreement covering the L-Pond Prospect (Conecuh County, AL) dated effective as of November 7, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 7, 2012 covering the L-Pond Prospect (Conecuh County, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

48.    Gathering Agreement dated November 16, 2011, by and between Sklar Exploration Company L.L.C., as Gatherer, and CDM MAX, LLC, as Plant Operator, concerning gas gathering from the Fletcher Petroleum Corp. Godwin 36-1 #1 well

49.    First Amendment to Gas Gathering Agreement dated April 21, 2015 and Second Amendment to Gas Gathering Agreement dated September 1, 2016, by and between Sklar Exploration Company L.L.C., as Gatherer, and Plains Gas Solutions, LLC, formerly known as CDM MAX, LLC, as Plant Operator, concerning the gathering of gas from the Fletcher Petroleum Corp. Godwin 36-1 #1 well

50.    Gas Purchase Contract dated August 7, 2009, by and between Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C., as Seller

      a.   Counterparties:      Southeast Alabama Gas District
                                   715 Dr. MLK Jr. Expressway
                                   Andalusia, Alabama 36420
                                   Attn: Greg Henderson

51.    Pipeline Construction Agreement dated August 7, 2009, by and between Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C., as Seller, concerning the construction of a pipeline from Seller's North Beach Plant to the Castleberry Extension

      a.   Counterparties:      Southeast Alabama Gas District
                                   715 Dr. MLK Jr. Expressway
                                   Andalusia, Alabama 36420
                                   Attn: Greg Henderson

52.    First Amendment to Gas Purchase Contract dated April 28, 2010, by and between the Southeast Alabama Gas District, as Buyer and Sklar Exploration Company L.L.C., as Seller

      a.   Counterparties:      Southeast Alabama Gas District
                                   715 Dr. MLK Jr. Expressway
                                   Andalusia, Alabama 36420
                                   Attn: Greg Henderson

53.    Gas Purchase Contract (South Field) dated June 1, 2011, by and between Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C., as Seller

EXHIBIT 5

a.  Counterparties:  Southeast Alabama Gas District
715 Dr. MLK Jr. Expressway
Andalusia, Alabama 36420
Attn: Greg Henderson

54.  JOA (AAPL 610-1982) dated August 1, 2015, covering Sections 1 & 2, T13N, R7W, Natchitoches Parish, LA (Rushing Et Al #2), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

55.  JOA (AAPL 610-1982) dated January 1, 2016 (East Castor Prospect), covering certain property in, T14N, R7W, Bienville Parish, LA (Echo Papa 10-10 #1 and JB Evans 11-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

56.  Letter Agreement dated April 29, 2016 regarding Amendment East Castor Prospect JOA, by and between Sklar Exploration Company L.L.C., as Operator, and AEEC II, LLC, et al., as Non-Operators

57.  Partial Termination of Restated Participation Agreement (Bodcaw 3D Project) dated effective as of March 1, 2016, by and between AEEC II, LLC et al.

58.  Termination of Restated Participation Agreement (Bodcaw 3D Project) dated effective as of December 1, 2018, by and between AEEC II, LLC et al.

59.  Participation Agreement covering the Red River Prospect (Caddo & Bossier Parishes, LA) dated effective as of April 1, 2006, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (AAPL Form 610-1982) dated April 1, 2006, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

60.  JOA (AAPL 610-1982) dated February 15, 1999, covering S/2 of Section 16 and N/2 of Section 21, T18N, R7W, Bienville Parish, LA (Willamette 21 #1), by and between Brammer Engineering, Inc., as Operator, and Wheless TDL Exploration Company, L.L.C., et al., as Non-Operators

61.  Participation Agreement dated effective as of December 1, 2012 covering the West Bryceland Saddle Prospect, by and between AEEC II, L.L.C., Sklar Exploration Company L.L.C., Sklarco L.L.C., and Marshall-Wuellner, Inc., which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1982) dated December 1, 2012, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

62.  JOA (AAPL 610-1982) dated May 26, 2004, covering Section 28, T18N, R6W, Bienville Parish, LA (Cindy Lou Cloyd 28 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

63.  JOA (AAPL 610-1982) dated February 1, 2008, covering Section 34, T19N, R6W, Bienville & Claiborne Parishes, LA (CS Shaffer 34 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

EXHIBIT 5

64.    JOA (AAPL 610-1982) dated August 15, 2007, covering Section 33, T18N, R6W, Bienville Parish, LA (JC Merritt #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

65.    JOA (AAPL 610-1982) dated May 1, 2009, covering Section 33, T19N, R6W, Claiborne Parish, LA (Kimberly Lay 33 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

66.    JOA (AAPL 610-1982) dated March 5, 2003, covering Section 3, T18N, R6W, Bienville Parish, LA (LA Minerals #1 Alt), by and between Cypress Operating, Inc., as Operator, and Sklarco L.L.C., et al., as Non-Operators

67.    Operating Agreement of West Arcadia Pipeline L.L.C. dated effective as of July 20, 2009, by and between Sklarco L.L.C., McCombs Energy, LTD., and Tensas Delta Exploration Company, LLC, as Members of the Company

        a.    Counterparties:    Tensas Delta Exploration Company, LLC
                                            333 Texas Street, Suite 2121
                                            Shreveport, Louisiana 71101

                                            McCombs Energy LTD
                                          Attn: Gary Woods
                                            750 E. Mulberry Ave. Suite 403
                                          San Antonio, Texas 78212

68.

69.    Assignment And Bill of Sale dated effective as of September 1, 2009, by and between Tensas Delta Exploration Company, LLC and Sklar Exploration Company L.L.C., as Assignors, and West Arcadia Pipeline L.L.C., as Assignee

        a.    Counterparties:    West Arcadia Pipeline L.L.C.
                                            401 Edwards Street, Suite 1601
                                          Shreveport, Louisiana 71101

                                          Tensas Delta Exploration Company, LLC
                                          333 Texas Street, Suite 2121
                                          Shreveport, Louisiana 71101

70.    Assignment And Bill of Sale dated effective as of September 1, 2009, by and between McCombs Energy, LTD. And Sklarco L.L.C., as Assignors, and West Arcadia Pipeline L.L.C., as Assignee

        a.    Counterparties:    West Arcadia Pipeline L.L.C.
                                          401 Edwards Street, Suite 1601
                                        Shreveport, Louisiana 71101

                                          McCombs Energy LTD
                                        Attn: Gary Woods
                                          750 E. Mulberry Ave. Suite 403
                                          San Antonio, Texas 78212

71.    Natural Gas Purchase and Sale Agreement dated September 1, 2009, by and between Texla Energy Management, Inc., as Buyer, and Sklar Exploration Company L.L.C., as Seller

EXHIBIT 5

a. Counterparties: Texla Energy Management, Inc.
1100 Louisiana, Suite 4700
Houston, TX 77002

72. Gas Gathering Agreement dated effective as of October 1, 2009, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

a. Counterparties: West Arcadia Pipeline L.L.C.
401 Edwards Street, Suite 1601
Shreveport, Louisiana 71101
Texla Energy Management, Inc.
1100 Louisiana, Suite 4700
Houston, TX 77002

73. First Amendment to Gas Gathering Agreement dated December 16, 2009, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

a. Counterparties: West Arcadia Pipeline L.L.C.
401 Edwards Street, Suite 1601
Shreveport, Louisiana 71101

Texla Energy Management, Inc.
1100 Louisiana, Suite 4700
Houston, TX 77002

74. Agreement to Distribute Proceeds dated December 16, 2009, by and between West Arcadia Pipeline L.L.C., as Gatherer, Texla Energy Management, Inc., as Buyer, and Sklar Exploration Company L.L.C. and Tensas Delta Exploration Company, LLC, as Sellers

a. Counterparties: West Arcadia Pipeline L.L.C.
401 Edwards Street, Suite 1601
Shreveport, Louisiana 71101

Texla Energy Management, Inc.
1100 Louisiana, Suite 4700
Houston, TX 77002

75. Second Amendment to Gas Gathering Agreement dated November 1, 2010, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

a. Counterparties: West Arcadia Pipeline L.L.C.
401 Edwards Street, Suite 1601
Shreveport, Louisiana 71101

Texla Energy Management, Inc.
1100 Louisiana, Suite 4700
Houston, TX 77002

76. Third Amendment to Gas Gathering Agreement dated June 11, 2014, by and between West Arcadia Pipeline L.L.C., as Gatherer, and Texla Energy Management, Inc., as Shipper

EXHIBIT 5

a.   Counterparties:        West Arcadia Pipeline L.L.C.
                            401 Edwards Street, Suite 1601
                            Shreveport, Louisiana 71101

                            Texla Energy Management, Inc.
                            1100 Louisiana, Suite 4700
                            Houston, TX 77002

77.   Participation Agreement dated effective as of March 1, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Resource Ventures, LLC, et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

78.   Participation Agreement dated effective as of June 30, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Petro-Chem Operating Co., Inc., et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

79.   Participation Agreement dated effective as of June 30, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Tiembo, LTD., et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

80.   JOA dated April 17, 1997, covering Sections 19-22, 25-29 and 36-41, T17N, R4E, and Sections 2-7, T16N, R4E, Warren County, Mississippi (Feld Heirs #1 and Feld Heirs #3), by and between Stroud & Luke Production Company, as Operator, and Robert A. Stroud LLC, et al., as Non-Operators

81.   Participation and Exploration Agreement dated effective as of October 1, 2013 covering the West Tyler 3D Seismic Prospect, Smith County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1989) dated October 1, 2013 covering the Swan Prospect, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

82.   Letter Agreement dated January 7, 2014 regarding amendments to West Tyler 3D Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Non-Operators

83.   Letter Agreement dated October 30, 2014 regarding amendments to West Tyler 3D Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Non-Operators

84.   Participation Agreement dated effective as of March 1, 2013 covering the South Woodlawn Prospect, Marion County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating

EXHIBIT 5

Agreement (AAPL Form 610-1989) dated March 1, 2013, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

85.  Letter Agreement dated May 23, 2013 regarding amendments to Participation Agreement and JOA (South Woodlawn Prospect), Marion County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Non-Operators

86.  Farmout Agreement dated January 7, 2014, by and between Penn Virginia Oil & Gas, L.P., as Farmor, and Sklar Exploration Company L.L.C., as Farmee covering certain oil, gas and mineral leases located in Marion County, TX

    a.  Counterparties:    Penn Virginia Oil & Gas, L.P.
                              840 Gessner, Suite 800
                              Houston, Texas 77024

87.  Letter Agreement dated March 14, 2014, by and between Sklar Exploration Company L.L.C., as Farmee and Penn Virginia Oil & Gas, L.P., as Farmor, amended certain terms in the Farmout Agreement

    a.  Counterparties:    Penn Virginia Oil & Gas, L.P.
                              840 Gessner, Suite 800
                              Houston, Texas 77024

88.  JOA (AAPL 610-1982) dated October 20, 1999, covering the Steeles Creek Prospect, Limestone County, TX, by and between Sklar-Tex L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

89.  JOA (AAPL 610-1982) dated November 1, 2009, covering the Claude Hayes Unit, Willow Springs Field, Gregg County, TX, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

90.  Participation Agreement dated effective as of July 1, 2014 covering the Mule Creek and Bridge Creek Prospects, Niobrara County, Wyoming, by and between Sklar Exploration Company L.L.C., as Operator, and G&H Production Company, LLC, et al., as Participants, which includes as Exhibit "D-1" an Operating Agreement (AAPL Form 610-1989) dated July 1, 2014 covering the Mule Creek Prospect and as Exhibit "D-2" an Operating Agreement (AAPL Form 610-1989) covering the Bridge Creek Prospect

91.  First Amendment to Participation Agreement (Mule Creek & Bridge Creek Prospects) dated effective January 1, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and G&H Production Company, LLC, et al., as Participants

92.  Participation Agreement dated July 1, 2017 covering the South Harmony Prospect, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., as Participant, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1989) dated July 1, 2017, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

93.  Crude Oil Purchase Contract (PMLP Contract No. 3796-1005) dated September 20, 2011, but effective as of July 1, 2011, by and between Sklar Exploration Company L.L.C., as Seller, and Plains Marketing, L.P., as Buyer

EXHIBIT 5

> a.  Counterparties:  Plains Marketing, LP
> 12700 Hillcrest Road, Suite 158
> Dallas, Texas 75230

94.  Crude Oil Exchange Contract (PMLP Contract No. 3796-1007) dated September 20, 2011, but effective as of July 1, 2011, by and between Sklar Exploration Company L.L.C., as Seller, and Plains Marketing, L.P., as Buyer

> a.  Counterparties:  Plains Marketing, LP
> 12700 Hillcrest Road, Suite 158
> Dallas, Texas 75230

95.  Base Contract for Sale and Purchase of Natural Gas dated October 1, 2016, by and between GEP Haynesville, LLC, as Buyer, and Sklar Exploration Company L.L.C., as Seller.

> a.  Counterparties:  GEP Haynesville, LLC
> Attn: Larry Gregory
> 1425 Lake Front Circle
> The Woodlands, TX 77380

96.  Interconnect Agreement dated October 5, 2016, by and between Gulf South Pipeline Company, LP and Sklar Exploration Company L.L.C. concerning the construction, operation and maintenance of certain interconnecting facilities in Bienville Parish, Louisiana.

> a.  Counterparties:  Gulf South Pipeline Company, LP
> Attn: Legal Dept
> 9 Greenway Plaza, Suite 2800
> Houston, TX 77046

97.  Participation Agreement dated effective as of February 20, 2019 covering the North Pachuta Prospect, Clarke County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (AAPL Form 610-1989) dated February 20, 2019, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

98.  Participation Agreement dated effective as of July 1, 2019 covering the Bowdoin Dome Prospect, Phillips and Valley Counties, Montana, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "A" a Restated Farmout Agreement dated effective as of May 21, 2019, by and between Twin Bridges Resources, LLC and Charter Energy Partners, LLC, as Farmees, and Scout Energy Partners II, LP, as Farmor

99.  JOA (AAPL 610-1982) dated December 15, 2019, covering the E ½ of Section 35 and W ½ of Section 36 (Castleberry Prospect), Township 4 North, Range 10 East, Conecuh County, Alabama, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

100.  Unit Agreement dated November 1, 2018 concerning operation of the Southwest Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

EXHIBIT 5

101. Unit Operating Agreement dated November 1, 2018 concerning operation of the Southwest Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

102. Unit Agreement dated November 1, 2018 concerning operation of the Southeast Brooklyn Oil Unit II, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners

103. Unit Operating Agreement dated November 1, 2018 concerning operation of the Southeast Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators

104. Y-Grade Purchase Agreement dated January 21, 2020, by and between Concord Energy, LLC, as Purchaser, and Sklar Exploration Company L.L.C., as Seller, concerning the purchase and sale of certain Y-Grade products in Conecuh County, Alabama

    a.    Counterparties:    Concord Energy LLC
    Attn: Kyle McKinnell
    1401 17th Street, Suite 500
    Denver, CO 80202

105. Condensate Purchase Agreement dated January 21, 2020, by and between Concord Energy, LLC, as Purchaser, and Sklar Exploration Company L.L.C., as Seller, concerning the purchase and sale of certain condensate products in Conecuh County, Alabama

    a.    Counterparties:    Concord Energy LLC
    Attn: Kyle McKinnell
    1401 17th Street, Suite 500
    Denver, CO 80202

106. Asset Transfer Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the transfer of ownership of the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

    a.    Counterparties:    Plains Gas Solutions, LLC
    Attn: General Counsel
    333 Clay Street, Suite 1600
    Houston, TX 77002

107. Assignment and Assumption Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the assignment of certain rights and obligations relating to the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

    a.    Counterparties:    Plains Gas Solutions, LLC
    Attn: General Counsel
    333 Clay Street, Suite 1600
    Houston, TX 77002

EXHIBIT 5

108.    Bill of Sale dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the transfer of ownership of the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

      a.    Counterparties:      Plains Gas Solutions, LLC
                                    Attn: General Counsel
                                    333 Clay Street, Suite 1600
                                    Houston, TX 77002

109.    Termination Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the termination of certain Service Agreements for the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

      a.    Counterparties:      Plains Gas Solutions, LLC
                                      Attn: General Counsel
                                    333 Clay Street, Suite 1600
                                    Houston, TX 77002

110.    Custody Transfer Certificate dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the transfer of custody of certain NGL and condensate products at the North Beach and Abbyville Gas Plants, Conecuh County, Alabama

      a.    Counterparties:      Plains Gas Solutions, LLC
                                        Attn: General Counsel
                                    333 Clay Street, Suite 1600
                                    Houston, TX 77002

111.    Termination Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning termination of a lease covering certain real property in Conecuh County, Alabama

      a.    Counterparties:      Plains Gas Solutions, LLC
                                        Attn: General Counsel
                                    333 Clay Street, Suite 1600
                                    Houston, TX 77002

112.    Termination Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the termination of a Condensate Processing Agreement dated August 18, 2014

      a.    Counterparties:      Plains Gas Solutions, LLC
                                      Attn: General Counsel
                                    333 Clay Street, Suite 1600
                                    Houston, TX 77002

113.    Amended and Restated Interruptible Gas Gathering and Processing Service Agreement North Beach Plant Conecuh County, Alabama between Plains Gas Solutions, LLC and Fletcher Petroleum Corp., dated July 1, 2014

      a.    Counterparties:      Fletcher Petroleum Corp.
                                        Attn: Rick Fletcher, CEO

EXHIBIT 5

25 Spring Run Dr.
Fairhope, AL 36532

114. Gas Contract Compression Agreement dated as of April 25, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 005)

    a.   Counterparties:    Kodiak Gas Services, LLC
                                 Attn: Legal Dept.
                                 15320 Hwy 105 W, Suite 210
                                 Montgomery, TX 77356

115. Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 009)

    a.   Counterparties:    Kodiak Gas Services, LLC
                                 Attn: Legal Dept.
                                 15320 Hwy 105 W, Suite 210
                                 Montgomery, TX 77356

116. Gas Contract Compression Agreement dated as of January 5, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0011)

    a.   Counterparties:    Kodiak Gas Services, LLC
                                 Attn: Legal Dept.
                                 15320 Hwy 105 W, Suite 210
                                 Montgomery, TX 77356

117. Gas Contract Compression Agreement dated as of January 30, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0012)

    a.   Counterparties:    Kodiak Gas Services, LLC
                                 Attn: Legal Dept.
                                 15320 Hwy 105 W, Suite 210
                                 Montgomery, TX 77356

118. Gas Contract Compression Agreement dated as of January 30, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0013)

    a.   Counterparties:    Kodiak Gas Services, LLC
                                 Attn: Legal Dept.
                                 15320 Hwy 105 W, Suite 210
                                 Montgomery, TX 77356

119. Compression Operations Agreement, dated March 2, 2018, between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC and/or affiliates (Unit #5011)

    a.   Counterparties:    Kodiak Gas Services, LLC
                                 Attn: Legal Dept.
                                 15320 Hwy 105 W, Suite 210
                                 Montgomery, TX 77356

EXHIBIT 5

120. Gas Contract Compression Agreement dated as of January 5, 2012, between Kodiak Gas Services, LLC and CDM Max, LLC (Unit #11011)

    a. Counterparties:     Kodiak Gas Services, LLC
    Attn: Legal Dept.
    15320 Hwy 105 W, Suite 210
    Montgomery, TX 77356

121. Gas Contract Compression Agreement dated as of January 30, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12012)

    a. Counterparties:     Kodiak Gas Services, LLC
    Attn: Legal Dept.
    15320 Hwy 105 W, Suite 210
    Montgomery, TX 77356

122. Gas Contract Compression Agreement dated as of January 30, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12013)

    a. Counterparties:     Kodiak Gas Services, LLC
    Attn: Legal Dept.
    15320 Hwy 105 W, Suite 210
    Montgomery, TX 77356

123. Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0006)

    a. Counterparties:     Kodiak Gas Services, LLC
    Attn: Legal Dept.
    15320 Hwy 105 W, Suite 210
    Montgomery, TX 77356

124. Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0007)

    a. Counterparties:     Kodiak Gas Services, LLC
    Attn: Legal Dept.
    15320 Hwy 105 W, Suite 210
    Montgomery, TX 77356

125. Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC, as amended (Unit 0008)

    a. Counterparties:     Kodiak Gas Services, LLC
    Attn: Legal Dept.
    15320 Hwy 105 W, Suite 210
    Montgomery, TX 77356

126. Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12-0006)

EXHIBIT 5

          a.    Counterparties:       Kodiak Gas Services, LLC
                                      Attn: Legal Dept.
                                      15320 Hwy 105 W, Suite 210
                                      Montgomery, TX 77356

127.    Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12-0007)

        a.    Counterparties:       Kodiak Gas Services, LLC
                                      Attn: Legal Dept.
                                      15320 Hwy 105 W, Suite 210
                                      Montgomery, TX 77356

128.    Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12-0008)

        a.    Counterparties:       Kodiak Gas Services, LLC
                                      Attn: Legal Dept.
                                      15320 Hwy 105 W, Suite 210
                                      Montgomery, TX 77356

129.    Gas Contract Compression Agreement dated as of May 1, 2012 between Kodiak Gas Services, LLC and Plains Gas Solutions, LLC (Unit #12-0009)

        a.    Counterparties:       Kodiak Gas Services, LLC
                                      Attn: Legal Dept.
                                      15320 Hwy 105 W, Suite 210
                                      Montgomery, TX 77356

130.    Master Agreement dated April 17, 2012, by and between P2ES Holdings, LLC, and Sklar Exploration Company L.L.C, as amended by Tobin All-Access Order Form dated April 30, 2018.

        a.    Counterparties:       P2ES Holdings, LLC
                                        Attn: General Counsel
                                      1670 Broadway, Suite 2900
                                      Denver, CO 80202

131.    PetroDE Order Form dated July 20, 2018, by and between Vesmir, Inc. and Sklar Exploration Company L.L.C.

        a.    Counterparties:       Vesmir, Inc.
                                        2150 W 6th Ave., Suite H
                                      Broomfield, CO 80020

132.    IADC Drilling Bid Proposal and Daywork Drilling Contract dated September 19, 2019, by and between Sklar Exploration Company L.L.C., as Operator, and Stoneham Drilling Corporation, as Contractor.
        a.    Counterparties:       Stoneham Drilling Corporation
                                        707 17th Street, Suite 3250
                                      Denver, CO 80202

EXHIBIT 5

133. GPIS Software Subscription Agreement dated February 26, 2020, by and between Exigent Information Solutions, LLC and Sklar Exploration Company L.L.C.

    a. Counterparties:      Exigent Information Solutions, LLC
                                        8310 S. Valley Highway, Suite 300
                                        Englewood, CO 80112

134. Mineral & Royalty Acquisition Agreement dated June 24, 2019, by and between Sklar Exploration Company L.L.C. and Maevlo Company, LLC.

    a. Counterparties:      Maevlo Company, LLC
                                         Attn: Matthew Montgomery
                                         P.O. Box 287
                                         6140 S. Gun Club Rd K6
                                         Aurora, CO 80237

135. Gas Gathering Agreement dated September 16, 2016, by and between Sklar Exploration Company L.L.C., as Gatherer, Sklarco L.L.C., as Farmor, and McCombs Energy, LTD., as Farmee.

    a. Counterparties:      McCombs Energy LTD
                                         Attn: Gary Woods
                                         750 E. Mulberry Ave. Suite 403
                                         San Antonio, Texas 78212

136. Crude Oil Purchase Contract dated November 1, 2013, by and between Sklar Exploration Company L.L.C. and Goodway Refining LLC.

    a. Counterparties:      Goodway Refining, LLC
                                         Attn: Roger Chapman
                                         P.O. Box 649
                                         Brewton, AL 36427

137. Master Gas Purchase Contract dated September 20, 2018, by and between The Southeast Alabama Gas District, as Buyer, and Sklar Exploration Company L.L.C. and Pruet Production Co., as Sellers.

    a. Counterparties:      The Southeast Alabama Gas District
                                         Attn: J. Gregory Henderson
                                         715 Dr. MLK Jr. Expressway
                                         Andalusia, Alabama 36420

138. Amended and Restated JOA (AAPL 610-1982) dated December 15, 2019, covering the E/2 of Section 35 and W/2 of Section 36 (Myrtice Ellis Et Al 35-9 #1 well), Township 4 North, Range 10 East, Conecuh County, Alabama, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

139. JOA (AAPL 610-1989) dated July 15, 2019, covering the Bowdoin Dome Initial Block, Phillips County, Montana, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators

EXHIBIT 5

EXHIBIT 5

**Fill in this information to identify the case:**

Debtor name __Sklar Exploration Company, LLC__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) __20-12377-EEB__

☑ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Sklarco, LLC** | **5395 Pearl Parkway Suite 200 Boulder, CO 80301** | **East West Bank Treasury Department** | ☑ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.2 **3 Lloyds Exploration Company LLC** | **1847 Broken Bend Drive Westlake, TX 76262** | **See attached** | ☐ D _____ ☐ E/F _____ ☑ G ___2.12___ |
| 2.3 **Accelerated Funding LLC** | **1109 South Congress Ave. West Palm Beach, FL 33406** | **See attached** | ☐ D _____ ☐ E/F _____ ☑ G ___2.12___ |
| 2.4 **AEEC II, L.L.C.** | **333 Texas Street, Suite 2020 Shreveport, LA 71101** | **See attached** | ☐ D _____ ☐ E/F _____ ☑ G ___2.12___ |
| 2.5 **AEH Investments LLC** | **Attn: Angela Harris 333 Texas Street, Ste. 1414 Shreveport, LA 71101-3678** | **See attached** | ☐ D _____ ☐ E/F _____ ☑ G ___2.12___ |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | | |
|---|---|---|---|---|---|
| 2.6 | **Alabama Oil Company** | Attn: Walker Sturdivant, Partner<br>P.O. Box 230<br>Glendora, MS 38928 | See attached | ☐ D ____<br>☐ E/F ____<br>■ G **2.12** |
| 2.7 | **Alan Brittain** | 7521 University Drive<br>Shreveport, LA 71105 | See attached | ☐ D ____<br>☐ E/F ____<br>■ G **2.12** |
| 2.8 | **Alan Sklar Trust** | 5395 Pearl Parkway<br>Suite 200<br>Boulder, CO 80301 | **Howard F. Sklar Trust** | ☐ D ____<br>☐ E/F ____<br>■ G **2.6** |
| 2.9 | **Ansaben Trust** | David A. Barlow, Trustee<br>321 Paseo Encinal St<br>San Antonio, TX 78212 | See attached | ☐ D ____<br>☐ E/F ____<br>■ G **2.12** |
| 2.10 | **Apple River Investments, L.L.C.** | Attn: Robert M. Boeve, President<br>1503 Garfield Road North<br>Traverse City, MI 49696 | See attached | ☐ D ____<br>☐ E/F ____<br>■ G **2.12** |
| 2.11 | **Aspect Resources, LLC** | 1775 Sherman Street,Suite 2400<br>Denver, CO 80203 | See attached | ☐ D ____<br>☐ E/F ____<br>■ G **2.12** |
| 2.12 | **Aspen Energy Inc.** | 161 St. Matthews Avenue, Suite 16<br>Louisville, KY 40207 | See attached | ☐ D ____<br>☐ E/F ____<br>■ G **2.12** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

EXHIBIT 5

Debtor   **Sklar Exploration Company, LLC**      Case number *(if known)*    **20-12377-EEB**

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.13 | **August C. Erickson Mineral Trust** | 59 Knight Circle, Unit 1<br>Pawleys Island, SC 29585 | See attached | ☐ D _____<br>☐ E/F _____<br>■ G __2.12__ |
| 2.14 | **August C. Erickson Mineral Trust** | 6412 S. Quebec St.<br>Centennial, CO 80111 | See attached | ☐ D _____<br>☐ E/F _____<br>■ G __2.12__ |
| 2.15 | **Babe Development, LLC** | P. O. Box 758<br>Roswell, NM 88202 | See attached | ☐ D _____<br>☐ E/F _____<br>■ G __2.12__ |
| 2.16 | **Bantam Creek LLC** | 4712 Lakeside Drive<br>Colleyville, TX 76034 | See attached | ☐ D _____<br>☐ E/F _____<br>■ G __2.12__ |
| 2.17 | **Barbara M. Sugar Estate** | Thomas P. Youngblood, Exec.<br>PO Box 52149<br>Shreveport, LA 71135 | See attached | ☐ D _____<br>☐ E/F _____<br>■ G __2.12__ |
| 2.18 | **Barnes Creek Drilling, LLC** | 320 Second Street<br>Columbia, MS 39429 | See attached | ☐ D _____<br>☐ E/F _____<br>■ G __2.12__ |
| 2.19 | **Baxterville, LLC** | 4323 Snowberry Lane<br>Naples, FL 34119 | See attached | ☐ D _____<br>☐ E/F _____<br>■ G __2.12__ |
| 2.20 | **Jacob Sklar Trust** | 5395 Pearl Parkway<br>Suite 200<br>Boulder, CO 80301 | Howard F. Sklar Trust | ☐ D _____<br>☐ E/F _____<br>■ G __2.6__ |

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number *(if known)* | 20-12377-EEB |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
|---|---|

**2.21** Miriam Sklar, LLC

Howard F. Sklar Trust

☐ D _____
☐ E/F _____
■ G  __2.6__

---

**2.22** Sklarco, LLC
5395 Pearl Parkway
Suite 200
Boulder, CO 80301

5395 Pearl Parkway, LLC

☐ D _____
☐ E/F _____
☐ G _____

---

**2.23** Sklarco, LLC
5395 Pearl Parkway
Suite 200
Boulder, CO 80301

Howard F. Sklar Trust

☐ D _____
☐ E/F _____
■ G  __2.6__

---

**2.24** Succession of Miriam Mandel Sklar

Howard F. Sklar Trust

☐ D _____
☐ E/F _____
■ G  __2.6__

---

EXHIBIT 5

---

**Fill in this information to identify the case:**

Debtor name    **Sklar Exploration Company, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **20-12377-EEB**

■ Check if this is an amended filing

---

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2020** to Filing Date | ■ Operating a business ■ Other   **Revenue from Oil and Gas Sales; Includes Revenue Attributed to Interest Holders** | **$14,558,673.60** |
| **For prior year:** From **1/01/2019** to **12/31/2019** | ☐ Operating a business ■ Other   **Revenue from Oil and Gas Sales; Includes Revenue Attributed to Interest Holders** | **$78,596,095.07** |
| **For year before that:** From **1/01/2018** to **12/31/2018** | ☐ Operating a business ■ Other   **Revenue from Oil and Gas Sales; Includes Revenue Attributed to Interest Holders** | **$85,054,640.52** |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2020** to Filing Date | **Payments from Hedging Agreements** | **$173,000.00** |

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number *(if known)* 20-12377-EEB |
|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See attached** | 1/1/20-3/31/20 | $10,097,684.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **David A. Barlow**<br>**321 Paseo Encinal Street**<br>**San Antonio, TE 78212**<br>**Former COO** | April 1, 2019-April 1, 2020 | $64,658.00 | **Payments on Overriding Royalty Interest** |
| 4.2. **Donald Eustes**<br><br>**Geophysicist** | April 1, 2019 - 1pril 1, 2020 | $437,773.00 | **Payments for Expenses $8,960**<br>**Salary $165,000**<br>**Payments on ORRIs $263,813** |
| 4.3. **Cory Ezelle**<br><br>**Exploration Manager** | April 1, 2019 - April 1, 2020 | $477,400.00 | **Payments for Expenses $4,448**<br>**Salary $207,917**<br>**Payments on ORRIs through company owned by Ezelle $265,075** |
| 4.4. **Tristan Farel**<br><br>**Former Controller** | April 1, 2019 - April 1, 2020 | $194,634.00 | **Payments for Expenses $1,396**<br>**Salary $193,238** |
| 4.5. **Christopher Farell**<br><br>**Former CFO** | April 1, 2019 - April 1, 2020 | $26,398.00 | **Payments for ORRIs** |
| 4.6. **Steven Hatcher**<br><br>**VP - Land and Legal** | April 1, 2019 | $310,948.00 | **Payments for Expenses $50,699**<br>**Salary $260,249** |
| 4.7. **Marshall Jones**<br><br>**COO** | April 1, 2019 - April 1, 2020 | $347,290.00 | **Payments for Expenses $32,035**<br>**Salary $315,255** |
| 4.8. **John Strausser**<br><br>**Controller/CFO** | April 1, 2019-April 1, 2020 | $101,657.00 | **Payments for Expenses $20,109**<br>**Salary $81,548** |

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.9. **Sklarco, LLC** | **April 1, 2019 - April 1, 2020** | **$2,644,700.00** | **See attached** |
| 4.10. **Miriam Trust**<br><br>**Non-Statutory Insider** | **2019-2020** | **$16,680.00** | |
| 4.11. **Maren Trust**<br><br>**Non-Statutory Insider** | **2019-2020** | **$3,000.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **GULF COAST MINERAL, LLC ET AL V. EMERALD OIL & MINING CO. ET AL**<br>**21-CV-2019-900011** | **Breach of contract action between working interest owners concerning back-in working interest and override royalty interest. SEC involved only as operator/stakeholder and was paying revenues into Court prior to Ch. 11 filing.** | **Circuit Court of Conecuh County, Alabama**<br>**111 Court St.**<br>**Evergreen, AL 36401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

EXHIBIT 5

Debtor   **Sklar Exploration Company, LLC**                    Case number *(if known)*   **20-12377-EEB**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **WILLIE FRANK JONES ET AL V. FRED W. HARTIN ET AL 21-CV-2015-900083** | **Quiet title action between competing mineral owners concerning mineral tract. SEC involved only as operator/stakeholder, holding royalties for benefit of prevailing party.** | **Circuit Court of Conecuh County, Alabama 111 Court St. Evergreen, AL 36401** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **NOTICE OF VIOLATION CONCERNING CASTLEBERRY FIELD AREA 1, FACILTIY NO. 103-0021 AND CASTLEBERRY FIELD AREA 2, FACILITY NO. 103-0026** | **Alleged violation of air permits issued by the Alabama Dept. of Environmental Management due to leaking pressure relief safety valves on well production equipment.** | **Alabama Department of Environmental Management 1400 Coliseum Blvd. Montgomery, AL 36130** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **PETITION FOR REFUND OF SEVERANCE TAXES** | **Petition by Sklar Exploration Company and Sklarco for the refund of $493,777.91 in excess oil and gas severance taxes paid to the Alabama Department of Revenue concerning the Fishpond Oil Unit in Escambia County, Alabama.** | **Alabama Department of Revenue Business and License Tax Division Severance and License Section P.O. Box 327550 Montgomery, AL 36132** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

EXHIBIT 5

| Debtor | **Sklar Exploration Company, LLC** | Case number *(if known)* | **20-12377-EEB** |

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **University of Colorado Foundation** 4740 Walnut Street Boulder, CO 80301 | **Atudent-Athlete Excellence Fund for general scholarship** | **5/1/19** | **$10,000.00** |
| Recipients relationship to debtor **None** | | | |
| 9.2. **Ability Connection Colorado Inc** 801 Yosemite Street Denver, CO 8020 | **Benefiting the programs and services "Ability Connection Colorado** | **7/19/19** | **$1,250.00** |
| Recipients relationship to debtor **None** | | | |
| 9.3. **University of Colorado Athletic Office** 372 UCB Boulder, CO 80307 | **Football Season Tickets, Tailgate Experience, Franklin Field Donation** | **3/1/19** | **$13,250.00** |
| Recipients relationship to debtor **None** | | | |
| 9.4. **University of Colorado Foundation** 2700 Vista Parkway Erie, CO 80516 | **CU on the Links Golf Tournament 2019** | **8/1/19** | **$1,700.00** |
| Recipients relationship to debtor **None** | | | |

---

**Part 5:** Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Lightning strike caused damage to certain electrical equioment for CCL&T 35-15 #1 well** | **$24,258.13** | **June 29,2019** | **$29,258.13** |

---

**Part 6:** Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number *(if known)* | 20-12377-EEB |
|---|---|---|---|

|  | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Kutner Brinen, P.C. 1660 Lincoln Street, Suite 1850 Denver, CO 80264 | Retainer and Filing Fees | March 19, 2020 - $20,000 March 30, 2020 - $100,000 | $120,000.00 |
|  | Email or website address lmk@kutnerlaw.com |  |  |  |
|  | Who made the payment, if not debtor? |  |  |  |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number *(if known)* | 20-12377-EEB |
|---|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

    **Social Security Numbers and Tax ID Information**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ■ No Go to Part 10.
    ☐ Yes. Fill in below:

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Boulder Self Storage<br>6439 Arapahoe Rd Unit 4012<br>Boulder, CO 80303 | Kate Eggleston 8852<br>Flattop St. Arvada CO 80007<br>Geoff Nenninger  2933<br>Golden Eagle Circle<br>Lafayette CO 80026 | (1) Box Labelled "Howard's Airplanes"<br>(4) Howard's Painting<br>(1) Black Sqaure Foldable Table<br>(1) Striped Chair<br>(1) Map Table<br>(1) Glass<br>(7) Clear Bins<br>(5) Blue Seated chairs<br>(2) Filing Cabinets | ☐ No<br>■ Yes |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number *(if known)* | 20-12377-EEB |
|---|---|---|---|

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various Interest Holders** | **Debtor's East West Bank Accounts** | **Retention of funds belonging to royalty interest holders and ORRI holders only (not including working interest holders). Approximate balance attributable to January Revenue is $599,877.05. Amounts for royalty interest holders and ORRI holders for January and February revenue were paid out on a post-petition basis in accordance with the Orders entered by the Court.** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Sklarco, LLC**<br>**5395 Pearl Parkway**<br>**Suite 200**<br>**Boulder, CO 80301** | **Debtor's East West Bank Accounts** | **Currently holding funds and A/R arrtibutable to Sklarco, LLC. Amounts attributable to Sklarco are approximately 20% of cash balance, and A/R from production of $643,351.34** | **Unknown** |

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No.
☑ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **IN RE: SKLAR EXPLORATION COMPANY L.L.C.**<br>**Docket No. CWA-04-2011-5129(b)** | **U.S. Environmental Protection Agency Region 4 Atlanta Federal Center 61 Forsyth Street Atlanta, GA 30303-8960** | **CWA Section 311 Class II Consent Agreement and Final Order concerning spill near Vicksburg, Mississippi** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

---

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | Case number (if known) 20-12377-EEB |
|---|---|---|

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| NOTICE OF VIOLATION CONCERNING CASTLEBERRY FIELD AREA 1, FACILTIY NO. 103-0021 AND CASTLEBERRY FIELD AREA 2, FACILITY NO. 103-0026 | Alabama Department of Environmental Management 1400 Coliseum Blvd. Montgomery, AL 36130 | Alleged violation of air permits issued by the Alabama Dept. of Environmental Management due to leaking pressure relief safety valves on well production equipment. | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| NOTICE OF VIOLATION CONCERNING CASTLEBERRY FIELD AREA 4, FACILITY NO. 502-0100 15-054-CAP | Alabama Department of Environmental Management 1400 Coliseum Blvd. Montgomery, AL 36130 | Alleged violation of air permits issued by Alabama Dept. of Environmental Management due to non-approved production equipment. | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| NOTICE OF VIOLATION CONCERNING CASTLEBERRY FIELD AREA 3, FACILITY NO. 502-0090 12-038-CAP | Alabama Department of Environmental Management 1400 Coliseum Blvd. Montgomery, AL 36130 | Alleged violation of air permits issued by Alabama Dept. of Environmental Management due to operations conducted without a Temporary Authorization to Operate. | ☐ Pending<br>☐ On appeal<br>■ Concluded |

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. Has the debtor notified any governmental unit of any release of hazardous material?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. Other businesses in which the debtor has or has had an interest
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.    TPH Partners II, L.P.[1]<br>1111 Bagby St. Suite 4950<br>Houston, TX 77002-2551 | Investment | EIN:    80-0812716<br><br>From-To |

26. Books, records, and financial statements
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

1 The Debtors' investigation of the ownership of the companies is ongoing and subject to further review and revision as additional information becomes available.

EXHIBIT 5

Debtor   **Sklar Exploration Company, LLC**          Case number *(if known)*  **20-12377-EEB**

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Exigent Information Solutions, LLC**<br>8310 South Valley Highway, Suite 300<br>Englewood, CO 80112 | **March 2020-current** |
| 26a.2.  **Plant Moran**<br>8181 East Tufts Avenue, Suite 600<br>Denver, CO 80237 | **2018-Current** |
| 26a.3.  **EKS&H**<br>8181 East Tufts Avenue, Suite 600<br>Denver, CO 80237 | **2018; Acquired by Plant Moran** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Exigent Information Solutions, LLC**<br>8310 South Valley Highway, Suite 300<br>Englewood, CO 80112 | |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  **EKS&H**<br>8181 East Tufts Avenue, Suite 600<br>Denver, CO 80237 | |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.  **Plant Moran**<br>8181 East Tufts Avenue, Suite 600<br>Denver, CO 80237 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **EKS&H**<br>8181 East Tufts Avenue, Suite 600<br>Denver, CO 80237 | |
| 26c.2.  **Exigent Information Solutions, LLC**<br>8310 South Valley Highway, Suite 300<br>Englewood, CO 80112 | |
| 26c.3.  **Plant Moran**<br>8181 East Tufts Avenue, Suite 600<br>Denver, CO 80237 | |
| 26c.4.  **Howard Sklar**<br>5395 Pearl Parkway<br>Suite 200<br>Boulder, CO 80301 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

EXHIBIT 5

Debtor **Sklar Exploration Company, LLC**      Case number *(if known)* **20-12377-EEB**

| Name and address | |
|---|---|
| 26d.1. | **East West Bank Treasury Department**<br>**135 North Los Robles Avenue**<br>**Suite 600**<br>**ATTN: Linda Cox**<br>**Pasadena, CA 91101** |
| 26d.2. | **Ford Motor Company**<br>**P.O. Box 650575**<br>**Dallas, TX 75265** |
| 26d.3. | **C&J Energy Services**<br>**3990 Rogerdale**<br>**Houston, TX 77042** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Howard Sklar | 5395 Pearl Parkway<br>Suite 200<br>Boulder, CO 80301 | Manager | 0% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Howard F. Sklar Trust | 5395 Pearl Parkway<br>Suite 200<br>Boulder, CO 80301 | Equity Holder | 100% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Corey Ezelle | | VP - Exploration Manager | 0% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| J. Marshall Jones, III | | VP & COO | 0% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Steven Hatcher | | VP - Land and Legal | 0% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   

EXHIBIT 5

| Debtor | Sklar Exploration Company, LLC | | Case number *(if known)* | 20-12377-EEB |
|--------|-------------------------------|--|--------------------------|--------------|

loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|-----------------------------------------------------|-------|--------------------------------|
| 30.1. | **Flexjet**<br>**26180 Curtiss Wright Pkwy**<br>**Cleveland, OH 44143** | **$503,173.35** | **2019-2020** | **Amounts paid attributed to personal travel expenses of Howard Sklar** |
| | Relationship to debtor<br>**None** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __September 23, 2020__

__/s/ James Katchadurian__                              James Katchadurian
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Chief Restructuring Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/23/2020 | 11,287.03 | A & B PUMP & SUPPLY, INC. | 01/28/2020 | Goods & Services |
| 02/14/2020 | 3,075.23 | A & B PUMP & SUPPLY, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 4,656.33 | A & B PUMP & SUPPLY, INC. | 02/25/2020 | Goods & Services |
| 02/20/2020 | 3,065.00 | A. F. WHATLEY CONSTRUCTION | 02/26/2020 | Goods & Services |
| 01/23/2020 | 14,210.00 | A1 CONDUCTOR & RATHOLE, LLC | 02/06/2020 | Goods & Services |
| 02/14/2020 | 4,290.00 | A1 CONDUCTOR & RATHOLE, LLC | 03/02/2020 | Goods & Services |
| 02/20/2020 | 3,708.04 | A1 CONDUCTOR & RATHOLE, LLC | 03/20/2020 | Goods & Services |
| 01/16/2020 | 2,171.17 | ACME TRUCK LINE, INC. | 01/22/2020 | Goods & Services |
| 03/23/2020 | 100,285.00 | Acstar Insurance Company | 03/23/2020 | Plug and Abandonment Bond |
| 01/30/2020 | 35,228.19 | AFCO | 02/07/2020 | Insurance |
| 02/27/2020 | 35,228.19 | AFCO | 03/06/2020 | Insurance |
| 03/17/2020 | 25,000.00 | AL Dept of Environmental Mgmt | 03/17/2020 | Government Fine |
| 02/20/2020 | 420.00 | ALABAMA 811 | 02/26/2020 | Goods & Services |
| 01/17/2020 | 194.68 | Alabama Department of Revenue | 01/17/2020 | Taxes |
| 02/20/2020 | 149.78 | Alabama Department of Revenue | 02/20/2020 | Taxes |
| 03/16/2020 | 100.00 | Alabama Department of Revenue | 03/16/2020 | Taxes |
| 03/20/2020 | 149.14 | Alabama Department of Revenue | 03/20/2020 | Taxes |
| 01/16/2020 | 230.74 | ALABAMA POWER PAYMENTS | 01/23/2020 | Utilities |
| 02/14/2020 | 202.95 | ALABAMA POWER PAYMENTS | 02/18/2020 | Utilities |
| 03/23/2020 | 198.30 | ALABAMA POWER PAYMENTS | 03/26/2020 | Utilities |
| 02/20/2020 | 1,639.00 | ALEXANDRIA GRAVEL PRODUCTS | 02/26/2020 | Goods & Services |
| 02/07/2020 | 500.00 | ALEXIS NAN HAYNES | 02/11/2020 | Goods & Services |
| 01/30/2020 | 219.14 | ALL COPY PRODUCTS, INC. | 02/03/2020 | Goods & Services |
| 02/20/2020 | 243.00 | ALL COPY PRODUCTS, INC. | 02/24/2020 | Goods & Services |
| 02/27/2020 | 219.14 | ALL COPY PRODUCTS, INC. | 03/03/2020 | Goods & Services |
| 02/20/2020 | 1,378.30 | ALLEGRA PRINT-MAIL-SIGNS | 02/26/2020 | Goods & Services |
| 01/10/2020 | 558.72 | ALLY | 01/17/2020 | Secured Debt Payments |
| 02/07/2020 | 558.72 | ALLY | 02/12/2020 | Secured Debt Payments |
| 02/27/2020 | 558.72 | ALLY | 03/09/2020 | Secured Debt Payments |
| 01/10/2020 | 1,087.82 | AMERICAN EAGLE LOGISTICS | 01/15/2020 | Goods & Services |
| 01/30/2020 | 224.67 | AMERICAN EXPRESS | 02/03/2020 | Goods & Services |
| 02/27/2020 | 204.72 | AMERICAN EXPRESS | 03/02/2020 | Goods & Services |
| 03/06/2020 | 19.95 | AMERICAN EXPRESS | 03/09/2020 | Goods & Services |
| 01/30/2020 | 475.00 | AMERICAN REMEDIATION & ENVIRONMENTAL INC | 02/06/2020 | Goods & Services |
| 01/23/2020 | 7,560.66 | ANDERSON EXPLORATION ENERGY CO, LC | 01/28/2020 | Royalty Payments |
| 01/10/2020 | 93.98 | ANITA BELOUSOV | 01/21/2020 | Expense Reimbursement |
| 02/14/2020 | 34,910.19 | ARMBRECHT JACKSON LLP | 02/19/2020 | Legal Fees |
| 02/20/2020 | 61,285.47 | ARMBRECHT JACKSON LLP | 02/25/2020 | Legal Fees |
| 03/30/2020 | 25,000.00 | Armbrecht Jackson LLP | 03/30/2020 | Legal Fees |
| 03/30/2020 | 45,431.35 | Armbrecht Jackson LLP | 03/30/2020 | Legal Fees |
| 01/23/2020 | 233.87 | AT&T | 01/31/2020 | Utilities |
| 01/23/2020 | 419.33 | AT&T | 01/31/2020 | Utilities |
| 01/23/2020 | 251.93 | AT&T | 01/30/2020 | Utilities |
| 01/23/2020 | 129.25 | AT&T | 01/29/2020 | Utilities |
| 01/30/2020 | 206.26 | AT&T | 02/06/2020 | Utilities |
| 02/14/2020 | 216.15 | AT&T | 02/26/2020 | Utilities |
| 02/20/2020 | 215.53 | AT&T | 02/27/2020 | Utilities |
| 02/20/2020 | 415.24 | AT&T | 02/27/2020 | Utilities |
| 02/20/2020 | 204.54 | AT&T | 02/27/2020 | Utilities |
| 02/20/2020 | 120.00 | AT&T | 02/26/2020 | Utilities |
| 03/23/2020 | 215.32 | AT&T | 03/30/2020 | Utilities |
| 03/23/2020 | 444.04 | AT&T | 03/30/2020 | Utilities |
| 03/23/2020 | 204.84 | AT&T | 03/30/2020 | Utilities |
| 03/23/2020 | 120.00 | AT&T | 03/31/2020 | Utilities |
| 02/14/2020 | 1,740.85 | ATROPOS EXPLORATION CO. | 02/21/2020 | Royalty Payments |
| 02/20/2020 | 617.30 | ATROPOS EXPLORATION CO. | 02/27/2020 | Royalty Payments |

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/10/2020 | 55.39 | B & L PIPECO SERVICES, L.L.C. | 01/14/2020 | Goods & Services |
| 01/30/2020 | 43,815.24 | B & L PIPECO SERVICES, L.L.C. | 02/03/2020 | Goods & Services |
| 02/14/2020 | 59,714.35 | B & L PIPECO SERVICES, L.L.C. | 02/18/2020 | Goods & Services |
| 01/10/2020 | 2,186.85 | BAKER HUGHES, A GE COMPANY, LLC | 01/14/2020 | Goods & Services |
| 01/16/2020 | 14,935.54 | BAKER HUGHES, A GE COMPANY, LLC | 01/21/2020 | Goods & Services |
| 01/23/2020 | 93,616.80 | BAKER HUGHES, A GE COMPANY, LLC | 01/27/2020 | Goods & Services |
| 02/14/2020 | 94,058.67 | BAKER HUGHES, A GE COMPANY, LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 124,589.38 | BAKER HUGHES, A GE COMPANY, LLC | 02/24/2020 | Goods & Services |
| 02/27/2020 | 57,350.44 | BAKER HUGHES, A GE COMPANY, LLC | 03/04/2020 | Goods & Services |
| 02/14/2020 | 3,500.00 | BARNETTE & BENEFIELD, INC. | 02/21/2020 | Goods & Services |
| 02/20/2020 | 643.75 | BASIC ENERGY SERVICES, LP | 02/24/2020 | Utilities |
| 03/04/2020 | 1,606.25 | BASIC ENERGY SERVICES, LP | 03/09/2020 | Utilities |
| 01/30/2020 | 6,940.00 | BENOIT PREMIUM THREADING, LLC | 02/06/2020 | Goods & Services |
| 01/10/2020 | 769.50 | BERG HILL GREENLEAF RUSCITTI LLP | 01/15/2020 | Legal Fees |
| 03/30/2020 | 50,000.00 | Berg Hill Greenleaf Ruscitti LLP | 03/30/2020 | Legal Fees |
| 04/01/2020 | 12,946.00 | Berg Hill Greenleaf Ruscitti LLP | 04/01/2020 | Legal Fees |
| 02/27/2020 | 500.00 | BETTY JOYCE SCOTT BURKHEAD | 03/13/2020 | Goods & Services |
| 01/30/2020 | 3,750.00 | BETTYE LACOUR | 02/10/2020 | Goods & Services |
| 03/03/2020 | 3,750.00 | BETTYE LACOUR | 03/09/2020 | Goods & Services |
| 01/30/2020 | 105.00 | BIENVILLE PARISH CLERK OF COURT | 02/14/2020 | Taxes |
| | | BIENVILLE PARISH SALES & USE TAX | | Taxes |
| 01/21/2020 | 162.99 | COMMISS | 01/24/2020 | |
| 01/30/2020 | 42.08 | BOBBIE GORE | 02/03/2020 | Expense Reimbursement |
| 02/20/2020 | 3,093.00 | BONAVENTURE SAFETY, LLC | 02/25/2020 | Goods & Services |
| | | BOOTS SMITH COMPLETION SERVICES, LLC | | Goods & Services |
| 01/10/2020 | 56,188.33 | | 01/13/2020 | |
| | | BOOTS SMITH COMPLETION SERVICES, LLC | | Goods & Services |
| 01/23/2020 | 30,139.67 | | 01/27/2020 | |
| | | BOOTS SMITH COMPLETION SERVICES, LLC | | Goods & Services |
| 02/14/2020 | 4,500.00 | | 02/18/2020 | |
| | | BOOTS SMITH COMPLETION SERVICES, LLC | | Goods & Services |
| 02/20/2020 | 4,500.00 | | 02/24/2020 | |
| | | BOOTS SMITH COMPLETION SERVICES, LLC | | Goods & Services |
| 02/27/2020 | 4,247.90 | | 03/02/2020 | |
| 02/20/2020 | 4,102.30 | BOULDER COUNTY TREASURER | 02/26/2020 | Taxes |
| 02/07/2020 | 276.00 | BOULDER SELF STORAGE | 02/19/2020 | Storage Fees |
| 02/27/2020 | 276.00 | BOULDER SELF STORAGE | 03/04/2020 | Storage Fees |
| 01/16/2020 | 4,349.00 | BRAMMER ENGINEERING, INC. | 01/22/2020 | Goods & Services |
| 02/07/2020 | 910.42 | BRAMMER ENGINEERING, INC. | 02/13/2020 | Goods & Services |
| 02/14/2020 | 2,950.00 | BRAMMER ENGINEERING, INC. | 02/21/2020 | Goods & Services |
| 01/30/2020 | 1,800.00 | BREWTON AREA PROPERTIES, LLC | 02/04/2020 | Rent |
| 02/27/2020 | 1,800.00 | BREWTON AREA PROPERTIES, LLC | 03/04/2020 | Rent |
| 03/23/2020 | 1,800.00 | BREWTON AREA PROPERTIES, LLC | 03/27/2020 | Rent |
| 01/10/2020 | 99.00 | BRISTOL, INC. | 01/21/2020 | Goods & Services |
| 02/07/2020 | 3,564.00 | BRISTOL, INC. | 02/20/2020 | Goods & Services |
| 02/14/2020 | 3,465.00 | BRISTOL, INC. | 02/25/2020 | Goods & Services |
| 02/20/2020 | 22,326.60 | BRISTOL, INC. | 03/03/2020 | Goods & Services |
| 01/10/2020 | 7,609.34 | BTECH SERVICE & SUPPLY INC. | 01/17/2020 | Goods & Services |
| 01/23/2020 | 1,276.98 | BTECH SERVICE & SUPPLY INC. | 01/30/2020 | Goods & Services |
| 02/14/2020 | 39,677.58 | BTECH SERVICE & SUPPLY INC. | 02/20/2020 | Goods & Services |
| 02/20/2020 | 4,053.05 | BTECH SERVICE & SUPPLY INC. | 02/27/2020 | Goods & Services |
| 01/10/2020 | 5,116.88 | BUCK CREEK FREIGHT, INC. | 01/22/2020 | Goods & Services |
| 01/23/2020 | 1,962.40 | BUCK CREEK FREIGHT, INC. | 02/03/2020 | Goods & Services |
| 02/14/2020 | 723.45 | BUCK CREEK FREIGHT, INC. | 03/06/2020 | Goods & Services |
| 02/14/2020 | 66,571.79 | C&J SPEC-RENT SERVICES, INC. | 02/20/2020 | Goods & Services |
| 02/20/2020 | 123,591.99 | C&J SPEC-RENT SERVICES, INC. | 02/24/2020 | Goods & Services |
| 01/16/2020 | 7,310.00 | CAMP SERVICE AND REPAIR, LLC | 01/31/2020 | Goods & Services |
| 01/23/2020 | 7,190.00 | CAMP SERVICE AND REPAIR, LLC | 02/20/2020 | Goods & Services |

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/30/2020 | 4,665.00 | CAMP SERVICE AND REPAIR, LLC | 02/20/2020 | Goods & Services |
| 02/14/2020 | 8,300.00 | CAMP SERVICE AND REPAIR, LLC | 02/20/2020 | Goods & Services |
| 02/14/2020 | 220,000.00 | CAPSTAR DRILLING, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 310,125.33 | CAPSTAR DRILLING, INC. | 02/24/2020 | Goods & Services |
| 01/16/2020 | 11,314.50 | CARNLEY ELECTRIC INC | 01/24/2020 | Goods & Services |
| 01/23/2020 | 6,300.00 | CARNLEY ELECTRIC INC | 01/31/2020 | Goods & Services |
| 01/30/2020 | 7,020.00 | CARNLEY ELECTRIC INC | 02/07/2020 | Goods & Services |
| 02/07/2020 | 3,240.00 | CARNLEY ELECTRIC INC | 02/21/2020 | Goods & Services |
| 02/14/2020 | 1,800.00 | CARNLEY ELECTRIC INC | 02/21/2020 | Goods & Services |
| 02/20/2020 | 21,793.31 | CARNLEY ELECTRIC INC | 02/28/2020 | Goods & Services |
| 03/06/2020 | 2,391.35 | CARNLEY ELECTRIC INC | 03/13/2020 | Goods & Services |
| 01/30/2020 | 17,700.84 | CASS COUNTY TAX ASSESSOR | 02/19/2020 | Taxes |
| 01/16/2020 | 13,431.41 | CAWLEY, GILLESPIE & ASSOCIATES, INC | 01/23/2020 | Consulting Services |
| 01/10/2020 | 227.16 | CENTURYLINK | 01/15/2020 | Utilities |
| 02/14/2020 | 224.33 | CENTURYLINK | 02/18/2020 | Utilities |
| 03/13/2020 | 224.33 | CENTURYLINK | 03/18/2020 | Utilities |
| 01/23/2020 | 44.77 | CENTURYTEL/CENTURYLINK | 01/28/2020 | Utilities |
| 02/14/2020 | 44.03 | CENTURYTEL/CENTURYLINK | 02/20/2020 | Utilities |
| 01/23/2020 | 420.12 | CGG SERVICES (US) INC. | 01/28/2020 | Goods & Services |
| 02/20/2020 | 420.12 | CGG SERVICES (US) INC. | 02/25/2020 | Goods & Services |
| 03/13/2020 | 420.12 | CGG SERVICES (US) INC. | 03/18/2020 | Goods & Services |
| 01/10/2020 | 188.33 | CHEROKEE COUNTY ELECTRIC CO-OP ASSN. | 01/16/2020 | Utilities |
| 02/07/2020 | 227.58 | CHEROKEE COUNTY ELECTRIC CO-OP ASSN. | 02/12/2020 | Utilities |
| 03/13/2020 | 234.38 | CHEROKEE COUNTY ELECTRIC CO-OP ASSN. | 03/17/2020 | Utilities |
| 02/14/2020 | 946.46 | CHOICE COPY SERVICE, LLC | 02/24/2020 | Goods & Services |
| 03/06/2020 | 5,625.00 | CHRISTENSEN CONSULTING, LLC | 03/16/2020 | Goods & Services |
| 03/06/2020 | 7,960.00 | CICON & ASSOCIATES, L.L.P. | 03/12/2020 | Goods & Services |
| 01/30/2020 | 161.08 | CITY OF BREWTON | 02/05/2020 | Taxes |
| 03/13/2020 | 243.88 | CITY OF BREWTON | 03/18/2020 | Taxes |
| 03/23/2020 | 419.89 | CITY OF BREWTON | 03/30/2020 | Taxes |
| 01/10/2020 | 6,465.20 | CLARKCO OILFIELD SERVICES, INC. | 01/15/2020 | Goods & Services |
| 01/23/2020 | 4,997.97 | CLARKCO OILFIELD SERVICES, INC. | 01/29/2020 | Goods & Services |
| 02/14/2020 | 214.00 | CLARKCO OILFIELD SERVICES, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 2,564.79 | CLARKCO OILFIELD SERVICES, INC. | 02/27/2020 | Goods & Services |
| 02/27/2020 | 747.93 | CLARKCO OILFIELD SERVICES, INC. | 03/04/2020 | Goods & Services |
| 01/16/2020 | 345.65 | CLARKE COUNTY TAX ASSESSOR COLLECTOR | 01/27/2020 | Taxes |
| 01/30/2020 | 1,792.29 | CLARKE COUNTY TAX ASSESSOR COLLECTOR | 02/06/2020 | Taxes |
| 01/10/2020 | 5,420.30 | COASTAL CHEMICAL CO., LLC | 01/16/2020 | Goods & Services |
| 01/16/2020 | 2,446.34 | COASTAL CHEMICAL CO., LLC | 01/24/2020 | Goods & Services |
| 01/21/2020 | 13,500.43 | COASTAL CHEMICAL CO., LLC | 01/28/2020 | Goods & Services |
| 01/30/2020 | 1,484.85 | COASTAL CHEMICAL CO., LLC | 02/07/2020 | Goods & Services |
| 02/07/2020 | 6,059.92 | COASTAL CHEMICAL CO., LLC | 02/13/2020 | Goods & Services |
| 02/27/2020 | 525.94 | COCHRAN CHEMICAL CO., INC. | 03/05/2020 | Goods & Services |
| 01/30/2020 | 155.02 | COMCAST | 02/10/2020 | Utilities |
| 02/20/2020 | 155.02 | COMCAST | 02/27/2020 | Utilities |
| 03/23/2020 | 155.02 | COMCAST | 03/30/2020 | Utilities |
| 01/30/2020 | 4,702.00 | COMPLETE ENVIRONMENTAL & REMEDIATION CO | 02/05/2020 | Goods & Services |
| 02/20/2020 | 24,503.56 | COMPLETE ENVIRONMENTAL & REMEDIATION CO | 02/25/2020 | Goods & Services |
| 02/14/2020 | 5,395.23 | COMPRESSION CONTROLS & RENTALS, LLC | 02/21/2020 | Goods & Services |

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|-----------|----------|-----------|-----------|--------------------|
| | | COMPRESSION CONTROLS & RENTALS, LLC | | Goods & Services |
| 02/20/2020 | 5,395.23 | | 02/28/2020 | |
| | | CONSOLIDATED ELECTRICAL DISTRIBUTORS | | Goods & Services |
| 01/30/2020 | 2,317.68 | INC | 02/04/2020 | |
| | | CONSOLIDATED ELECTRICAL DISTRIBUTORS | | Goods & Services |
| 02/20/2020 | 5,881.86 | INC | 02/26/2020 | |
| 01/30/2020 | 24,275.71 | CORPORATE PAYMENT SYSTEMS | 02/06/2020 | Goods & Services |
| 02/20/2020 | 37,365.44 | CORPORATE PAYMENT SYSTEMS | 02/27/2020 | Goods & Services |
| 03/23/2020 | 24,520.45 | CORPORATE PAYMENT SYSTEMS | 03/30/2020 | Goods & Services |
| 01/30/2020 | 199.02 | CORY EZELLE | 02/06/2020 | |
| 02/20/2020 | 199.02 | CORY EZELLE | 02/26/2020 | |
| 02/27/2020 | 7,500.00 | COUNTERPOINT CONSULTING, LLC | 03/03/2020 | Consulting Services |
| 01/10/2020 | 17,998.00 | CROWLEY FLECK PLLP | 01/14/2020 | Goods & Services |
| 01/30/2020 | 348.00 | CROWLEY FLECK PLLP | 02/05/2020 | Goods & Services |
| 01/30/2020 | 8,560.00 | CSI COMPRESSCO OPERATING, LLC | 02/03/2020 | Goods & Services |
| 02/14/2020 | 6,250.00 | CSI COMPRESSCO OPERATING, LLC | 02/18/2020 | Goods & Services |
| 03/13/2020 | 14,810.00 | CSI COMPRESSCO OPERATING, LLC | 03/18/2020 | Goods & Services |
| 02/20/2020 | 16,048.20 | CSI TECHNOLOGIES, LLC | 03/02/2020 | Goods & Services |
| 01/10/2020 | 35.00 | CT CORPORATION SYSTEM | 01/21/2020 | Goods & Services |
| 02/20/2020 | 417.00 | CT CORPORATION SYSTEM | 02/26/2020 | Goods & Services |
| 03/06/2020 | 658.00 | CT CORPORATION SYSTEM | 03/13/2020 | Goods & Services |
| 01/10/2020 | 59.92 | CULKIN WATER DISTRICT | 01/16/2020 | Utilities |
| 02/07/2020 | 59.92 | CULKIN WATER DISTRICT | 02/13/2020 | Utilities |
| 03/13/2020 | 59.92 | CULKIN WATER DISTRICT | 03/18/2020 | Utilities |
| 01/10/2020 | 3,591.00 | D & M DRILLING FLUIDS, INC. | 01/29/2020 | Goods & Services |
| 01/23/2020 | 3,591.00 | D & M DRILLING FLUIDS, INC. | 01/29/2020 | Goods & Services |
| 01/30/2020 | 7,110.00 | D & M DRILLING FLUIDS, INC. | 02/04/2020 | Goods & Services |
| 02/20/2020 | 10,567.60 | D & M DRILLING FLUIDS, INC. | 02/28/2020 | Goods & Services |
| 01/10/2020 | 1,100.00 | DAVIS HOT SHOT SERVICE, LLC | 01/22/2020 | Goods & Services |
| 01/23/2020 | 2,200.00 | DAVIS HOT SHOT SERVICE, LLC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 2,520.00 | DAVIS HOT SHOT SERVICE, LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 6,000.00 | DAVIS HOT SHOT SERVICE, LLC | 02/25/2020 | Goods & Services |
| 01/10/2020 | 5,093.20 | DEEPWELL ENERGY SERVICES, LLC | 01/14/2020 | Utilities |
| 02/14/2020 | 5,831.50 | DEEPWELL ENERGY SERVICES, LLC | 02/19/2020 | Utilities |
| 02/20/2020 | 4,750.00 | DEEPWELL ENERGY SERVICES, LLC | 02/25/2020 | Utilities |
| 02/27/2020 | 1,100.00 | DEEPWELL ENERGY SERVICES, LLC | 03/03/2020 | Utilities |
| 01/30/2020 | 131.98 | DIRECTV | 02/10/2020 | Utilities |
| 02/20/2020 | 5,768.84 | DON EUSTES | 02/25/2020 | Goods & Services |
| 03/13/2020 | 469.12 | DON EUSTES | 03/18/2020 | Goods & Services |
| 02/20/2020 | 526.44 | DOUBLE D DYNAMICS | 02/25/2020 | Goods & Services |
| 01/30/2020 | 1,000.00 | DOUGLAS PARKING, LLC | 02/19/2020 | Goods & Services |
| 01/10/2020 | 875.00 | EAGLE EXPRESS HOTSHOT SER. LLC | 01/22/2020 | Goods & Services |
| 02/14/2020 | 4,067.70 | EAGLE EXPRESS HOTSHOT SER. LLC | 02/20/2020 | Goods & Services |
| 02/20/2020 | 3,134.84 | EAGLE EXPRESS HOTSHOT SER. LLC | 02/27/2020 | Goods & Services |
| 02/27/2020 | 1,698.00 | EAGLE EXPRESS HOTSHOT SER. LLC | 03/05/2020 | Goods & Services |
| 01/30/2020 | 11,602.72 | EAST RIDGE COUNTRY CLUB | 02/05/2020 | Goods & Services |
| 01/10/2020 | 2,204.32 | East West Bank Treasury Department | 01/10/2020 | Payments on Secured Debt |
| 01/30/2020 | 102,689.38 | East West Bank Treasury Department | 01/30/2020 | Payments on Secured Debt |
| 02/11/2020 | 150.00 | East West Bank Treasury Department | 02/11/2020 | Payments on Secured Debt |
| 03/02/2020 | 103,569.21 | East West Bank Treasury Department | 03/02/2020 | Payments on Secured Debt |
| 02/24/2020 | 3,450.00 | East West Bank Treasury Department | 02/24/2020 | Payments on Secured Debt |
| 03/18/2020 | 125.00 | East West Bank Treasury Department | 03/18/2020 | Payments on Secured Debt |
| 03/16/2020 | 250,000.00 | East West Bank Treasury Department | 03/16/2020 | Payments on Secured Debt |
| 03/30/2020 | 87,691.85 | East West Bank Treasury Department | 03/30/2020 | Payments on Secured Debt |
| 03/06/2020 | 125.00 | East West Bank Treasury Department | 03/06/2020 | Payments on Secured Debt |
| 03/20/2020 | 985.55 | East West Bank Treasury Department | 03/20/2020 | Payments on Secured Debt |
| 01/10/2020 | 21,410.19 | EASTERN FISHING & RENTAL TOOLS INC | 01/17/2020 | Goods & Services |
| 01/16/2020 | 33,703.23 | EASTERN FISHING & RENTAL TOOLS INC | 01/22/2020 | Goods & Services |

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/23/2020 | 19,663.89 | EASTERN FISHING & RENTAL TOOLS INC | 01/28/2020 | Goods & Services |
| 01/30/2020 | 85,967.86 | EASTERN FISHING & RENTAL TOOLS INC | 02/05/2020 | Goods & Services |
| 02/07/2020 | 10,103.67 | EASTERN FISHING & RENTAL TOOLS INC | 02/19/2020 | Goods & Services |
| 02/14/2020 | 21,299.36 | EASTERN FISHING & RENTAL TOOLS INC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 1,767.50 | EASTERN FISHING & RENTAL TOOLS INC | 02/25/2020 | Goods & Services |
| 02/27/2020 | 66,106.41 | EASTERN FISHING & RENTAL TOOLS INC | 03/03/2020 | Goods & Services |
| 03/06/2020 | 6,022.01 | EASTERN FISHING & RENTAL TOOLS INC | 03/10/2020 | Goods & Services |
| 03/13/2020 | 2,100.00 | EASTERN FISHING & RENTAL TOOLS INC | 03/17/2020 | Goods & Services |
| 01/10/2020 | 2,098.42 | ECS | 01/15/2020 | Goods & Services |
| 01/30/2020 | 5,819.06 | ECS | 02/05/2020 | Goods & Services |
| 02/07/2020 | 2,126.27 | ECS | 02/12/2020 | Goods & Services |
| 02/20/2020 | 8,533.26 | ECS | 02/26/2020 | Goods & Services |
| 03/06/2020 | 2,349.99 | ECS | 03/11/2020 | Goods & Services |
| 02/20/2020 | 2,573.50 | EICHE, MAPES, AND COMPANY, INC | 02/28/2020 | Goods & Services |
| 01/30/2020 | 289.50 | ELDORADO ARTESIAN SPRINGS | 02/06/2020 | Goods & Services |
| 03/13/2020 | 176.65 | ELDORADO ARTESIAN SPRINGS | 03/23/2020 | Goods & Services |
| 01/23/2020 | 4,814.00 | ENGINEERING SERVICE | 01/29/2020 | Goods & Services |
| 01/30/2020 | 184.00 | ENGINEERING SERVICE | 02/05/2020 | Goods & Services |
| 01/16/2020 | 169.02 | ENTERGY | 01/21/2020 | Goods & Services |
| 02/14/2020 | 182.24 | ENTERGY | 02/18/2020 | Goods & Services |
| 03/13/2020 | 183.82 | ENTERGY | 03/17/2020 | Goods & Services |
| 01/10/2020 | 3,000.00 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 01/22/2020 | Utilities |
| 01/30/2020 | 5,500.00 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 02/06/2020 | Utilities |
| 01/30/2020 | 6,113.14 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 02/06/2020 | Utilities |
| 02/07/2020 | 155.20 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 02/12/2020 | Utilities |
| 03/09/2020 | 5,985.92 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 03/12/2020 | Utilities |
| 03/09/2020 | 155.20 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 03/12/2020 | Utilities |
| 03/09/2020 | 37.05 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 03/12/2020 | Utilities |
| 03/23/2020 | 6,249.11 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 03/30/2020 | Utilities |
| 01/30/2020 | 9,041.76 | EXCEL CONSULTING, LLC | 02/05/2020 | Consulting Services |
| 01/10/2020 | 23,102.94 | EZZIE'S WHOLESALE, INC. | 01/14/2020 | Goods & Services |
| 01/16/2020 | 12,603.89 | EZZIE'S WHOLESALE, INC. | 01/22/2020 | Goods & Services |
| 01/23/2020 | 15,965.49 | EZZIE'S WHOLESALE, INC. | 01/28/2020 | Goods & Services |
| 01/30/2020 | 12,626.28 | EZZIE'S WHOLESALE, INC. | 02/04/2020 | Goods & Services |
| 02/07/2020 | 12,091.68 | EZZIE'S WHOLESALE, INC. | 02/12/2020 | Goods & Services |
| 02/14/2020 | 12,609.50 | EZZIE'S WHOLESALE, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 9,283.49 | EZZIE'S WHOLESALE, INC. | 02/25/2020 | Goods & Services |
| 03/06/2020 | 1,223.16 | EZZIE'S WHOLESALE, INC. | 03/11/2020 | Goods & Services |
| 03/10/2020 | 10,515.84 | EZZIE'S WHOLESALE, INC. | 03/12/2020 | Goods & Services |
| 03/23/2020 | 2,978.70 | EZZIE'S WHOLESALE, INC. | 03/30/2020 | Goods & Services |
| 01/10/2020 | 3,735.00 | FDEP OIL & GAS PROGRAM | 01/28/2020 | Goods & Services |
| 01/10/2020 | 3,735.00 | FDEP OIL & GAS PROGRAM | 01/28/2020 | Goods & Services |
| 01/30/2020 | 162.52 | FEDEX | 02/06/2020 | Goods & Services |
| 03/13/2020 | 43.33 | FEDEX | 03/18/2020 | Goods & Services |
| 01/16/2020 | 167.79 | FERRELLGAS | 01/27/2020 | Goods & Services |
| 01/30/2020 | 35,829.59 | FLETCHER PETROLEUM CO., LLC | 02/04/2020 | Goods & Services |
| 03/06/2020 | 2,762.54 | FLETCHER PETROLEUM CO., LLC | 03/11/2020 | Goods & Services |
| 01/10/2020 | 23,111.22 | FLEXJET, LLC | 01/14/2020 | Goods & Services |
| 02/14/2020 | 22,946.12 | FLEXJET, LLC | 02/19/2020 | Goods & Services |
| 01/15/2020 | 1,392.20 | FLORIDA DEPARTMENT OF REVENUE | 01/21/2020 | Taxes |

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 02/20/2020 | 6,774.02 | FOOTE OIL & GAS PROPERTIES, LLC | 03/17/2020 | Goods & Services |
| 01/16/2020 | 770.44 | FORD MOTOR COMPANY | 01/21/2020 | Secured Debt Payments |
| 01/16/2020 | 1,021.22 | FORD MOTOR COMPANY | 01/21/2020 | Secured Debt Payments |
| 01/16/2020 | 829.56 | FORD MOTOR COMPANY | 01/21/2020 | Secured Debt Payments |
| 01/23/2020 | 1,022.82 | FORD MOTOR COMPANY | 01/27/2020 | Secured Debt Payments |
| 01/23/2020 | 680.52 | FORD MOTOR COMPANY | 01/27/2020 | Secured Debt Payments |
| 01/23/2020 | 818.90 | FORD MOTOR COMPANY | 01/27/2020 | Secured Debt Payments |
| 01/30/2020 | 714.80 | FORD MOTOR COMPANY | 02/03/2020 | Secured Debt Payments |
| 01/30/2020 | 921.17 | FORD MOTOR COMPANY | 02/03/2020 | Secured Debt Payments |
| 01/30/2020 | 814.02 | FORD MOTOR COMPANY | 02/03/2020 | Secured Debt Payments |
| 02/14/2020 | 770.44 | FORD MOTOR COMPANY | 02/19/2020 | Secured Debt Payments |
| 02/14/2020 | 1,021.22 | FORD MOTOR COMPANY | 02/19/2020 | Secured Debt Payments |
| 02/14/2020 | 829.56 | FORD MOTOR COMPANY | 02/19/2020 | Secured Debt Payments |
| 02/14/2020 | 1,022.82 | FORD MOTOR COMPANY | 02/19/2020 | Secured Debt Payments |
| 02/20/2020 | 680.52 | FORD MOTOR COMPANY | 02/24/2020 | Secured Debt Payments |
| 02/20/2020 | 818.90 | FORD MOTOR COMPANY | 02/24/2020 | Secured Debt Payments |
| 02/20/2020 | 840.32 | FORD MOTOR COMPANY | 02/24/2020 | Secured Debt Payments |
| 02/27/2020 | 714.80 | FORD MOTOR COMPANY | 03/02/2020 | Secured Debt Payments |
| 02/27/2020 | 921.17 | FORD MOTOR COMPANY | 03/02/2020 | Secured Debt Payments |
| 02/27/2020 | 814.02 | FORD MOTOR COMPANY | 03/02/2020 | Secured Debt Payments |
| 03/13/2020 | 770.44 | FORD MOTOR COMPANY | 03/18/2020 | Secured Debt Payments |
| 03/13/2020 | 1,021.22 | FORD MOTOR COMPANY | 03/18/2020 | Secured Debt Payments |
| 03/23/2020 | 829.56 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 03/23/2020 | 1,022.82 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 03/23/2020 | 680.52 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 03/23/2020 | 818.90 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 03/23/2020 | 840.32 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 02/14/2020 | 840.32 | Ford Motor Company | 02/14/2020 | Secured Debt Payments |
| 01/10/2020 | 4,421.88 | FRANDSON SAFETY, INC. | 01/17/2020 | Goods & Services |
| 02/07/2020 | 766.54 | FRANK MONTALVO | 02/11/2020 | Expense Reimbursement |
| 03/13/2020 | 205.69 | FRANK MONTALVO | 03/24/2020 | Expense Reimbursement |
| 01/30/2020 | 11,580.20 | FREESTONE COUNTY TAX OFFICE | 02/07/2020 | Taxes |
| 01/16/2020 | 4,724.87 | FUELMAN | 01/24/2020 | Fuel Cards |
| 01/30/2020 | 5,715.14 | FUELMAN | 02/07/2020 | Fuel Cards |
| 02/14/2020 | 5,352.46 | FUELMAN | 02/20/2020 | Fuel Cards |
| 02/27/2020 | 5,748.33 | FUELMAN | 03/05/2020 | Fuel Cards |
| 03/13/2020 | 5,468.43 | FUELMAN | 03/20/2020 | Fuel Cards |
| 02/14/2020 | 5,467.70 | FULL THROTTLE ENERGY SERVICE, LLC | 02/20/2020 | Goods & Services |
| 02/20/2020 | 2,123.95 | FULL THROTTLE ENERGY SERVICE, LLC | 02/25/2020 | Goods & Services |
| 02/27/2020 | 2,123.95 | FULL THROTTLE ENERGY SERVICE, LLC | 03/04/2020 | Goods & Services |
| 01/10/2020 | 17,525.22 | GE OIL & GAS | 01/14/2020 | Goods & Services |
| 02/07/2020 | 12,544.64 | GE OIL & GAS | 02/12/2020 | Goods & Services |
| 02/14/2020 | 911.84 | GE OIL & GAS | 02/18/2020 | Goods & Services |
| 02/20/2020 | 86,320.07 | GE OIL & GAS | 02/24/2020 | Goods & Services |
| 02/27/2020 | 1,583.34 | GE OIL & GAS | 03/02/2020 | Goods & Services |
| 02/27/2020 | 220.50 | GENCO TRANSPORT, LLC | 03/04/2020 | Goods & Services |
| 01/30/2020 | 15,221.78 | GHD SERVICES, INC. | 02/05/2020 | Goods & Services |
| 01/30/2020 | 900.00 | GLEN WHITE & | 02/10/2020 | Goods & Services |
| 02/27/2020 | 900.00 | GLEN WHITE & | 03/03/2020 | Goods & Services |
| 02/14/2020 | 437.52 | GLOBAL VESSEL & TANK LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 2,307.15 | GLOBAL VESSEL & TANK LLC | 02/25/2020 | Goods & Services |
| 01/10/2020 | 488.70 | GLOBALSTAR USA | 01/15/2020 | Goods & Services |
| 02/07/2020 | 482.44 | GLOBALSTAR USA | 02/13/2020 | Goods & Services |
| 03/13/2020 | 482.44 | GLOBALSTAR USA | 03/18/2020 | Goods & Services |
| 02/27/2020 | 37,051.36 | GRAVITY OILFIELD SERVICES, LLC | 03/03/2020 | Goods & Services |
| 02/20/2020 | 4,000.00 | GRS SERVICES, LLC | 03/04/2020 | Goods & Services |
| 01/23/2020 | 4,012.61 | GTT COMMUNICATIONS, INC. | 01/27/2020 | Goods & Services |
| 02/20/2020 | 4,001.61 | GTT COMMUNICATIONS, INC. | 02/24/2020 | Goods & Services |

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 03/23/2020 | 3,973.41 | GTT COMMUNICATIONS, INC. | 03/30/2020 | Goods & Services |
| 02/20/2020 | 4,670.87 | GULF COAST LAND SERVICES, INC. | 02/25/2020 | Goods & Services |
| 03/13/2020 | 5,057.81 | GULF COAST LAND SERVICES, INC. | 03/17/2020 | Goods & Services |
| 01/23/2020 | 22,000.00 | GUSTAVSON ASSOCIATES, LLC | 01/29/2020 | Goods & Services |
| 01/10/2020 | 62,796.00 | H&H CONSTRUCTION, LLC | 01/15/2020 | Goods & Services |
| 01/23/2020 | 900.00 | H&H CONSTRUCTION, LLC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 1,968.00 | H&H CONSTRUCTION, LLC | 02/26/2020 | Goods & Services |
| 02/20/2020 | 123,750.00 | H&H CONSTRUCTION, LLC | 02/26/2020 | Goods & Services |
| 02/27/2020 | 2,424.00 | H&H CONSTRUCTION, LLC | 03/04/2020 | Goods & Services |
| 03/13/2020 | 16,329.00 | H&H CONSTRUCTION, LLC | 03/18/2020 | Goods & Services |
| 01/16/2020 | 18,807.25 | H2SZERO, LLC | 01/24/2020 | Goods & Services |
| 01/10/2020 | 187.31 | HAROLD J. DE LEON | 01/24/2020 | Expense Reimbursement |
| 03/13/2020 | 517.50 | HAROLD J. DE LEON | 03/23/2020 | Expense Reimbursement |
| 02/20/2020 | 4,365.60 | HEAP SERVICES LLC | 02/25/2020 | Goods & Services |
| 01/23/2020 | 534.54 | HERRING GAS COMPANY, INC. | 01/30/2020 | Utilities |
| 02/20/2020 | 648.41 | HERRING GAS COMPANY, INC. | 02/26/2020 | Utilities |
| 01/30/2020 | 260.12 | HIGH TECH FORMS LLC | 02/06/2020 | Goods & Services |
| 03/06/2020 | 13,023.00 | HIIG SSERVICE COMPANY | 03/10/2020 | Goods & Services |
| 02/14/2020 | 8,292.50 | HI-VAC, LLC | 02/20/2020 | Goods & Services |
| 02/20/2020 | 1,219.80 | HI-VAC, LLC | 03/03/2020 | Goods & Services |
| 03/06/2020 | 2,614.50 | HLP ENGINEERING, INC. | 03/10/2020 | Goods & Services |
| 01/30/2020 | 7,496.31 | HOPPING GREEN & SAMS, P.A. | 02/05/2020 | Goods & Services |
| 01/30/2020 | 170.41 | HUGHES NETWORK SYSTEMS, LLC | 02/05/2020 | Goods & Services |
| 03/13/2020 | 170.41 | HUGHES NETWORK SYSTEMS, LLC | 03/20/2020 | Goods & Services |
| 03/06/2020 | 28,932.04 | HURLEY ENTERPRISES, INC. | 03/11/2020 | Goods & Services |
| 01/10/2020 | 1,000.00 | HURST PUMPING, INC. | 01/14/2020 | Goods & Services |
| 02/14/2020 | 1,000.00 | HURST PUMPING, INC. | 02/20/2020 | Goods & Services |
| 03/06/2020 | 1,000.00 | HURST PUMPING, INC. | 03/10/2020 | Goods & Services |
| 01/30/2020 | 1,846.67 | IHS GLOBAL, INC. | 02/03/2020 | Goods & Services |
| 03/23/2020 | 1,663.74 | IHS GLOBAL, INC. | 03/30/2020 | Goods & Services |
| 02/27/2020 | 630.00 | INFINISOURCE BENEFIT SERVICES | 03/10/2020 | Employee Benefits |
| 03/23/2020 | 157.25 | INFINISOURCE BENEFIT SERVICES | 03/30/2020 | Employee Benefits |
| 01/10/2020 | 200.00 | INTER-MOUNTAIN PIPE & THREADING COMPANY | 01/16/2020 | Goods & Services |
| 02/27/2020 | 1,641.15 | INTER-MOUNTAIN PIPE & THREADING COMPANY | 03/06/2020 | Goods & Services |
| 02/14/2020 | 143.26 | IRON MOUNTAIN RECORDS MANAGEMENT | 02/18/2020 | Goods & Services |
| 02/20/2020 | 214.89 | IRON MOUNTAIN RECORDS MANAGEMENT | 02/24/2020 | Goods & Services |
| 01/16/2020 | 6,208.22 | J & H INSURANCE SERVICES, INC. | 01/27/2020 | Insurance |
| 02/14/2020 | 2,500.00 | J & H INSURANCE SERVICES, INC. | 02/21/2020 | Insurance |
| 03/03/2020 | 12,622.89 | J & H INSURANCE SERVICES, INC. | 03/09/2020 | Insurance |
| 03/06/2020 | 40,988.96 | J & H INSURANCE SERVICES, INC. | 03/11/2020 | Insurance |
| 01/10/2020 | 1,100.00 | J NICHOLS LLC | 01/31/2020 | Goods & Services |
| 01/23/2020 | 1,100.00 | J NICHOLS LLC | 01/31/2020 | Goods & Services |
| 02/20/2020 | 4,900.00 | J NICHOLS LLC | 02/26/2020 | Goods & Services |
| 02/27/2020 | 2,000.00 | J NICHOLS LLC | 03/04/2020 | Goods & Services |
| 02/07/2020 | 4,508.67 | JAMES MUSLOW, JR. | 02/12/2020 | Goods & Services |
| 02/07/2020 | 1,500.00 | JAMES W. MURDOCK | 02/21/2020 | Goods & Services |
| 01/10/2020 | 9,502.00 | JIMCO PUMPS | 01/14/2020 | Goods & Services |
| 01/23/2020 | 5,212.51 | JIMCO PUMPS | 01/28/2020 | Goods & Services |
| 02/07/2020 | 16,871.76 | JIMCO PUMPS | 02/19/2020 | Goods & Services |
| 02/14/2020 | 13,582.53 | JIMCO PUMPS | 02/25/2020 | Goods & Services |
| 02/20/2020 | 60,676.11 | JIMCO PUMPS | 02/25/2020 | Goods & Services |
| 03/13/2020 | 5,484.52 | JIMCO PUMPS | 03/17/2020 | Goods & Services |
| 02/20/2020 | 50,022.50 | JOHN PIKE CONSTRUCTION, INC. | 03/02/2020 | Goods & Services |
| 01/23/2020 | 4,617.51 | JOHN STRAUSSER | 02/03/2020 | Goods & Services |

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 02/07/2020 | 1,701.21 | JOHN STRAUSSER | 02/18/2020 | Goods & Services |
| 02/20/2020 | 2,811.64 | JOHN STRAUSSER | 02/25/2020 | Goods & Services |
| 03/23/2020 | 2,720.93 | JOHN STRAUSSER | 03/27/2020 | Goods & Services |
| 01/10/2020 | 350.00 | JTC OPERATING, INC. | 01/14/2020 | Goods & Services |
| 01/10/2020 | 1,350.00 | K&T WELDING SERVICES, LLC | 01/16/2020 | Goods & Services |
| 01/30/2020 | 46.99 | KATE EGGLESTON | 01/31/2020 | Expense Reimbursement |
| 02/20/2020 | 289.99 | KATE EGGLESTON | 02/24/2020 | Expense Reimbursement |
| 01/23/2020 | 22,011.60 | KCS AUTOMATION, LLC | 01/30/2020 | Goods & Services |
| 02/12/2020 | 69,666.84 | KCS Automation, LLC | 02/12/2020 | Goods & Services |
| 01/10/2020 | 60,788.57 | KELLEY BROTHERS CONTRACTORS, INC. | 01/14/2020 | Goods & Services |
| 01/16/2020 | 87,166.53 | KELLEY BROTHERS CONTRACTORS, INC. | 01/22/2020 | Goods & Services |
| 01/23/2020 | 55,730.61 | KELLEY BROTHERS CONTRACTORS, INC. | 01/28/2020 | Goods & Services |
| 01/30/2020 | 21,022.90 | KELLEY BROTHERS CONTRACTORS, INC. | 02/04/2020 | Goods & Services |
| 02/07/2020 | 15,847.38 | KELLEY BROTHERS CONTRACTORS, INC. | 02/11/2020 | Goods & Services |
| 02/20/2020 | 88,685.45 | KELLEY BROTHERS CONTRACTORS, INC. | 02/25/2020 | Goods & Services |
| 03/06/2020 | 27,501.20 | KELLEY BROTHERS CONTRACTORS, INC. | 03/10/2020 | Goods & Services |
| 03/13/2020 | 24,160.05 | KELLEY BROTHERS CONTRACTORS, INC. | 03/17/2020 | Goods & Services |
| 01/10/2020 | 2,128.05 | KELLEY OIL COMPANY | 01/14/2020 | Goods & Services |
| 01/23/2020 | 8,140.43 | KELLEY OIL COMPANY | 01/28/2020 | Goods & Services |
| 02/14/2020 | 11,759.15 | KELLEY OIL COMPANY | 02/19/2020 | Goods & Services |
| 02/20/2020 | 22,372.65 | KELLEY OIL COMPANY | 02/25/2020 | Goods & Services |
| 02/07/2020 | 5,175.24 | Kelly L. Baker | 02/07/2020 | Goods & Services |
| 01/30/2020 | 35,757.84 | KENNY COPELAND | 02/06/2020 | Goods & Services |
| 02/14/2020 | 13,208.16 | KENNY COPELAND | 02/19/2020 | Goods & Services |
| 02/27/2020 | 1,047.00 | KENNY COPELAND | 03/04/2020 | Goods & Services |
| 03/13/2020 | 16,018.10 | KENNY COPELAND | 03/18/2020 | Goods & Services |
| 01/10/2020 | 70.76 | KEY-RITE SECURITY | 01/17/2020 | Goods & Services |
| 02/20/2020 | 70.76 | KEY-RITE SECURITY | 02/26/2020 | Goods & Services |
| 03/13/2020 | 70.76 | KEY-RITE SECURITY | 03/24/2020 | Goods & Services |
| 01/10/2020 | 2,862.10 | KEYSTONE ENGINEERING, INC. | 01/16/2020 | Goods & Services |
| 01/23/2020 | 5,684.60 | KEYSTONE ENGINEERING, INC. | 01/30/2020 | Goods & Services |
| 01/30/2020 | 2,643.00 | KEYSTONE ENGINEERING, INC. | 02/05/2020 | Goods & Services |
| 02/20/2020 | 1,046.00 | KEYSTONE ENGINEERING, INC. | 02/27/2020 | Goods & Services |
| 01/10/2020 | 50.00 | KIM ANDERSON | 01/22/2020 | Expense Reimbursement |
| 03/06/2020 | 66,180.90 | KING CANYON BUFFALO, INC. | 03/12/2020 | Goods & Services |
|  |  | KIRK WEAVER CONTRACT PUMPING, INC. |  | Goods & Services |
| 01/10/2020 | 1,090.00 |  | 01/17/2020 |  |
|  |  | KIRK WEAVER CONTRACT PUMPING, INC. |  | Goods & Services |
| 03/06/2020 | 750.00 |  | 03/11/2020 |  |
|  |  | KIRK WEAVER CONTRACT PUMPING, INC. |  | Goods & Services |
| 03/23/2020 | 750.00 |  | 03/30/2020 |  |
| 01/30/2020 | 640.00 | KLATT MOVING & STORAGE | 02/24/2020 | Goods & Services |
| 01/10/2020 | 17,439.00 | KLEINFELDER, INC. | 01/15/2020 | Goods & Services |
| 01/30/2020 | 2,541.00 | KLEINFELDER, INC. | 02/06/2020 | Goods & Services |
| 02/20/2020 | 3,000.00 | KLEINFELDER, INC. | 02/26/2020 | Goods & Services |
| 01/10/2020 | 26,967.62 | KODIAK GAS SERVICES, LLC | 01/14/2020 | Goods & Services |
| 01/21/2020 | 55,013.65 | KODIAK GAS SERVICES, LLC | 01/28/2020 | Goods & Services |
| 02/20/2020 | 27,595.31 | KODIAK GAS SERVICES, LLC | 02/26/2020 | Goods & Services |
|  |  | Kutner Brinen, P.C. Coltaf Account |  | Legal Fees - Retainer for Bankruptcy |
| 03/19/2020 | 20,000.00 |  | 03/19/2020 | Counsel |
|  |  | Kutner Brinen, P.C. Coltaf Account |  | Legal Fees - Retainer for Bankruptcy |
| 03/30/2020 | 100,000.00 |  | 03/30/2020 | Counsel |
| 02/27/2020 | 3,000.00 | LARSON ENVIRONMENTAL, LLC | 03/05/2020 | Goods & Services |
| 01/16/2020 | 1,396.00 | LEON E. WERNTZ & ASSOCIATES, INC. | 01/22/2020 | Employee Benefits - Insurance |
| 01/30/2020 | 305.50 | LEON E. WERNTZ & ASSOCIATES, INC. | 02/05/2020 | Employee Benefits - Insurance |
| 02/20/2020 | 211.50 | LEON E. WERNTZ & ASSOCIATES, INC. | 02/25/2020 | Employee Benefits - Insurance |
| 03/13/2020 | 216.00 | LEON E. WERNTZ & ASSOCIATES, INC. | 03/17/2020 | Employee Benefits - Insurance |
| 03/23/2020 | 500.00 | LEON E. WERNTZ & ASSOCIATES, INC. | 03/26/2020 | Employee Benefits - Insurance |

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 02/27/2020 | 914.07 | LIBERTY SUPPLY, INC. | 03/04/2020 | Goods & Services |
| 01/30/2020 | 958.39 | LIMESTONE COUNTY TAX COLLECTOR | 02/06/2020 | Taxes |
| 02/20/2020 | 2,357.25 | LONEWOLF ENERGY, INC. | 02/26/2020 | Goods & Services |
| 01/23/2020 | 80.00 | LOUISIANA - EDWARDS TOWER | 01/30/2020 | Rent |
| 01/30/2020 | 7,000.13 | LOUISIANA - EDWARDS TOWER | 02/05/2020 | Rent |
| 02/27/2020 | 7,238.75 | LOUISIANA - EDWARDS TOWER | 03/06/2020 | Rent |
| 03/23/2020 | 7,238.75 | LOUISIANA - EDWARDS TOWER | 03/27/2020 | Rent |
| 01/13/2020 | 63.00 | Louisiana Dept. of Revenue | 01/13/2020 | Taxes |
| 02/11/2020 | 1,521.00 | Louisiana Dept. of Revenue | 02/11/2020 | Taxes |
| 02/27/2020 | 104.50 | LOUISIANA ONE CALL SYSTEM | 03/09/2020 | Goods & Services |
| 03/23/2020 | 4.50 | LOUISIANA ONE CALL SYSTEM | 03/27/2020 | Goods & Services |
| 01/06/2020 | 210,000.00 | Maevlo Smackover, LLC | 01/06/2020 | Payment of Royalty Interests |
| 02/07/2020 | 100.00 | MARIE GARDNER | 02/10/2020 | Expense Reimbursement |
| 01/30/2020 | 4,310.18 | MARION COUNTY TAX OFFICE | 02/06/2020 | Taxes |
| 01/10/2020 | 1,475.00 | MARTY CHERRY ENTERPRISE LLC | 01/22/2020 | Goods & Services |
| 02/27/2020 | 1,475.00 | MARTY CHERRY ENTERPRISE LLC | 03/12/2020 | Goods & Services |
| 03/23/2020 | 1,475.00 | MARTY CHERRY ENTERPRISE LLC | 03/31/2020 | Goods & Services |
| 01/23/2020 | 2,633.81 | MASCO WIRELINE, INC. | 02/03/2020 | Goods & Services |
| 01/30/2020 | 2,648.25 | MASCO WIRELINE, INC. | 02/10/2020 | Goods & Services |
| 03/04/2020 | 4,993.03 | MAVERICK WELL SERVICE, LLC | 03/10/2020 | Goods & Services |
| 01/30/2020 | 75.78 | MCADAMS PROPANE COMPANY | 02/05/2020 | Goods & Services |
| 02/20/2020 | 9,896.78 | MCDAVID, NOBLIN & WEST PLLC | 02/25/2020 | Goods & Services |
| 02/27/2020 | 545.00 | MCDAVID, NOBLIN & WEST PLLC | 03/09/2020 | Goods & Services |
| 01/10/2020 | 264.79 | MEDIACOM | 01/21/2020 | Goods & Services |
| 02/07/2020 | 256.90 | MEDIACOM | 02/18/2020 | Goods & Services |
| 03/13/2020 | 256.90 | MEDIACOM | 03/20/2020 | Goods & Services |
| 02/20/2020 | 25,825.00 | MENDOZA'S BARRIRER FENCE CO. | 02/28/2020 | Goods & Services |
| | | MERCHANTS CREDIT BUREAU OF | | Goods & Services |
| 01/10/2020 | 7.50 | SAVANNAH | 01/14/2020 | |
| | | MERCHANTS CREDIT BUREAU OF | | Goods & Services |
| 02/27/2020 | 7.50 | SAVANNAH | 03/10/2020 | |
| 03/06/2020 | 50,000.00 | MESA FLUIDS, LLC | 03/11/2020 | Goods & Services |
| 01/30/2020 | 10,156.07 | Metropolitan Life Insurance Company | 01/30/2020 | Employee Benefits - Life Insurance |
| 03/27/2020 | 10,128.72 | Metropolitan Life Insurance Company | 03/27/2020 | Employee Benefits - Life Insurance |
| 04/01/2020 | 13,337.51 | Metropolitan Life Insurance Company | 04/01/2020 | Employee Benefits - Life Insurance |
| 01/10/2020 | 1,922.79 | MID SOUTH ANCHOR SERVICE, LLC | 01/16/2020 | Goods & Services |
| 02/20/2020 | 3,043.08 | MID SOUTH ANCHOR SERVICE, LLC | 03/02/2020 | Goods & Services |
| 01/10/2020 | 500.00 | MIKE PHILLIPS | 01/27/2020 | Goods & Services |
| 02/07/2020 | 500.00 | MIKE PHILLIPS | 03/02/2020 | Goods & Services |
| 03/06/2020 | 500.00 | MIKE PHILLIPS | 03/16/2020 | Goods & Services |
| 03/06/2020 | 2.85 | MILDRED LEIGH STINSON | 03/30/2020 | Goods & Services |
| 01/16/2020 | 1,633.75 | MISSISSIPPI GAUGE & SUPPLY CO. | 01/27/2020 | Goods & Services |
| 01/23/2020 | 1,719.94 | MISSISSIPPI GAUGE & SUPPLY CO. | 02/03/2020 | Goods & Services |
| 02/07/2020 | 1,322.30 | MISSISSIPPI GAUGE & SUPPLY CO. | 02/25/2020 | Goods & Services |
| 01/10/2020 | 5,186.33 | MISSISSIPPI POWER | 01/15/2020 | Utilities |
| 02/07/2020 | 8,819.70 | MISSISSIPPI POWER | 02/11/2020 | Goods & Services |
| 03/13/2020 | 6,447.28 | MISSISSIPPI POWER | 03/17/2020 | Goods & Services |
| 01/30/2020 | 232.37 | MISSISSIPPI STATE OIL & GAS BOARD | 02/07/2020 | Permitting Fees |
| 02/27/2020 | 164.85 | MISSISSIPPI STATE OIL & GAS BOARD | 03/06/2020 | Permitting Fees |
| 03/23/2020 | 172.97 | MISSISSIPPI STATE OIL & GAS BOARD | 03/31/2020 | Permitting Fees |
| 02/27/2020 | 9,172.00 | MONCLA SLICKLINE, LLC | 03/04/2020 | Goods & Services |
| 01/10/2020 | 86,545.77 | MONCLA WORKOVER & DRILLING | 01/15/2020 | Goods & Services |
| 02/14/2020 | 66,575.00 | MONCLA WORKOVER & DRILLING | 02/19/2020 | Goods & Services |
| 02/20/2020 | 94,816.99 | MONCLA WORKOVER & DRILLING | 02/25/2020 | Goods & Services |
| 01/30/2020 | 63.54 | MUSIC MOUNTAIN WATER, LLC | 02/05/2020 | Goods & Services |
| 02/14/2020 | 13,577.23 | NATIONAL OILWELL DHT, LP | 02/18/2020 | Goods & Services |
| 02/20/2020 | 12,647.40 | NATIONAL OILWELL DHT, LP | 02/24/2020 | Goods & Services |
| 01/10/2020 | 1,548.51 | NATIONAL OILWELL VARCO | 01/13/2020 | Goods & Services |

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/23/2020 | 7,710.75 | NATIONAL OILWELL VARCO | 01/27/2020 | Goods & Services |
| 01/23/2020 | 66,089.80 | NATIONAL OILWELL VARCO | 01/27/2020 | Goods & Services |
| 02/07/2020 | 19.49 | NATIONAL OILWELL VARCO | 02/11/2020 | Goods & Services |
| 02/07/2020 | 10,775.03 | NATIONAL OILWELL VARCO, LP | 02/11/2020 | Goods & Services |
| 01/10/2020 | 22.50 | NAVASOTA VALLEY ELECTRIC COOPERATIVE INC | 01/16/2020 | Utilities |
| 02/07/2020 | 23.74 | NAVASOTA VALLEY ELECTRIC COOPERATIVE INC | 02/12/2020 | Utilities |
| 03/19/2020 | 22.50 | NAVASOTA VALLEY ELECTRIC COOPERATIVE INC | 03/26/2020 | Utilities |
| 01/10/2020 | 16,338.70 | NAVIGATOR SRT, LLC | 01/21/2020 | Goods & Services |
| 01/23/2020 | 50.88 | NELSON'S OIL & GAS INC | 01/30/2020 | Goods & Services |
| 01/30/2020 | 451.28 | NELSON'S OIL & GAS INC | 02/05/2020 | Goods & Services |
| 02/27/2020 | 3,190.00 | NEURALOG | 03/05/2020 | Goods & Services |
| 03/13/2020 | 208.50 | NEW BENEFITS, LTD. | 03/17/2020 | Goods & Services |
| 01/10/2020 | 10,572.20 | OILFIELD PARTNERS ENERGY SERVICES, LLC | 01/15/2020 | Goods & Services |
| 02/14/2020 | 27,888.41 | OILFIELD PARTNERS ENERGY SERVICES, LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 33,113.98 | OILFIELD PARTNERS ENERGY SERVICES, LLC | 02/25/2020 | Goods & Services |
| 02/24/2020 | 28,151.00 | OMNI INTERLOCKEN GOLF CLUB | 03/04/2020 | Benefits |
| 01/16/2020 | 44.45 | O'NEAL GAS, INC. | 01/22/2020 | Goods & Services |
| 02/07/2020 | 150.00 | ONLINE PRESENCE  BUILDERS | 02/12/2020 | Goods & Services |
| 02/07/2020 | 65.00 | OWASSA BROWNVILLE WATER ATH | 02/11/2020 | Goods & Services |
| 03/13/2020 | 65.00 | OWASSA BROWNVILLE WATER ATH | 03/19/2020 | Goods & Services |
| 02/27/2020 | 8,610.00 | PANTHER PRESSURE TESTERS, INC. | 03/03/2020 | Goods & Services |
| 01/23/2020 | 1,581.59 | PCS FERGUSON INC. | 01/28/2020 | Goods & Services |
| 02/14/2020 | 866.55 | PCS FERGUSON INC. | 02/18/2020 | Goods & Services |
| 02/20/2020 | 817.50 | PCS FERGUSON INC. | 02/26/2020 | Goods & Services |
| 01/30/2020 | 43,136.94 | PEARL PARKWAY, LLC | 02/06/2020 | Rent |
| 02/27/2020 | 43,136.94 | PEARL PARKWAY, LLC | 03/04/2020 | Rent |
| 01/16/2020 | 7,886.01 | PERFORMANCE WELLHEAD & FRAC | 01/22/2020 | Goods & Services |
| 02/14/2020 | 4,578.98 | PERFORMANCE WELLHEAD & FRAC | 02/19/2020 | Goods & Services |
| 01/23/2020 | 4,950.72 | PINE ISLAND CHEMICAL SOLUTIONS LLC | 01/28/2020 | Goods & Services |
| 02/07/2020 | 1,013.30 | PINE ISLAND CHEMICAL SOLUTIONS LLC | 02/11/2020 | Goods & Services |
| 01/10/2020 | 13,675.00 | PIPE PROS, LLC | 01/14/2020 | Goods & Services |
| 01/30/2020 | 1,554.27 | PITNEY BOWES | 02/10/2020 | Goods & Services |
| 02/14/2020 | 278.90 | PITNEY BOWES | 02/25/2020 | Goods & Services |
| 02/14/2020 | 1,079.74 | PITNEY BOWES | 02/24/2020 | Goods & Services |
| 03/06/2020 | 190.00 | PITNEY BOWES | 03/17/2020 | Goods & Services |
| 03/13/2020 | 95.94 | PITNEY BOWES | 03/24/2020 | Goods & Services |
| 03/13/2020 | 639.09 | PITNEY BOWES GLOBAL FINANCIAL SVCS., LLC | 03/24/2020 | Goods & Services |
| 02/27/2020 | 1,000.00 | PITNIC LIMITED | 03/11/2020 | Goods & Services |
| 01/23/2020 | 3,335.00 | PITTS SWABBING SERVICE, INC. | 01/28/2020 | Goods & Services |
| 02/14/2020 | 5,110.00 | PITTS SWABBING SERVICE, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 27,839.70 | PITTS SWABBING SERVICE, INC. | 02/25/2020 | Goods & Services |
| 03/13/2020 | 11,581.15 | PITTS SWABBING SERVICE, INC. | 03/17/2020 | Goods & Services |
| 01/10/2020 | 24,960.97 | PLANNING THRU COMPLETION, LLC | 01/15/2020 | Goods & Services |
| 01/23/2020 | 25,290.00 | PLANNING THRU COMPLETION, LLC | 01/29/2020 | Goods & Services |
| 01/30/2020 | 24,720.00 | PLANNING THRU COMPLETION, LLC | 02/06/2020 | Goods & Services |
| 02/07/2020 | 24,830.06 | PLANNING THRU COMPLETION, LLC | 02/13/2020 | Goods & Services |
| 01/30/2020 | 1,500.00 | PLANTE & MORAN, PLLC | 02/07/2020 | Goods & Services |
| 02/20/2020 | 7,606.00 | POWERLIGHTS & EQUIPMENT CO., LLC | 02/26/2020 | Goods & Services |
| 02/27/2020 | 22,577.23 | PREMIUM OILFIELD SERVICES, LLC | 03/09/2020 | Goods & Services |
| 01/30/2020 | 1,276.88 | PROCESS PIPING MATERIALS, INC. | 02/05/2020 | Goods & Services |
| 02/14/2020 | 194.80 | PROCESS PIPING MATERIALS, INC. | 02/20/2020 | Goods & Services |

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/10/2020 | 38,271.40 | PRYOR PACKERS INC. | 01/22/2020 | Goods & Services |
| 01/16/2020 | 5,452.80 | PRYOR PACKERS INC. | 01/23/2020 | Goods & Services |
| 01/23/2020 | 32,537.89 | PRYOR PACKERS INC. | 01/30/2020 | Goods & Services |
| 02/20/2020 | 24,218.88 | PRYOR PACKERS INC. | 02/27/2020 | Goods & Services |
| 02/27/2020 | 3,085.88 | PRYOR PACKERS INC. | 03/04/2020 | Goods & Services |
| 03/13/2020 | 25,864.21 | PRYOR PACKERS INC. | 03/17/2020 | Goods & Services |
| 01/10/2020 | 25,999.62 | QUALITY DRILLING FLUIDS, INC. | 01/22/2020 | Goods & Services |
| 02/14/2020 | 22,114.67 | QUITMAN TANK SOLUTIONS LLC | 03/02/2020 | Goods & Services |
| 01/10/2020 | 13,305.09 | R & R RENTALS & HOT SHOT, INC. | 01/17/2020 | Goods & Services |
| 01/23/2020 | 30,221.06 | R & R RENTALS & HOT SHOT, INC. | 01/30/2020 | Goods & Services |
| 01/30/2020 | 10,081.00 | R & R RENTALS & HOT SHOT, INC. | 02/12/2020 | Goods & Services |
| 02/07/2020 | 12,704.20 | R & R RENTALS & HOT SHOT, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 2,204.00 | R & R RENTALS & HOT SHOT, INC. | 02/27/2020 | Goods & Services |
| 03/06/2020 | 1,526.00 | R & R RENTALS & HOT SHOT, INC. | 03/17/2020 | Goods & Services |
| 01/16/2020 | 48,508.00 | RAPAD WELL SERVICE CO INC | 01/22/2020 | Goods & Services |
| 01/23/2020 | 74,564.80 | RAPAD WELL SERVICE CO INC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 15,690.00 | RAPAD WELL SERVICE CO INC | 02/21/2020 | Goods & Services |
| 02/20/2020 | 14,010.00 | RAPAD WELL SERVICE CO INC | 02/25/2020 | Goods & Services |
| 03/06/2020 | 69,746.44 | RAPAD WELL SERVICE CO INC | 03/10/2020 | Goods & Services |
| 02/14/2020 | 2,354.00 | REAGAN EQUIPMENT CO., INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 5,633.09 | REAGAN EQUIPMENT CO., INC. | 02/25/2020 | Goods & Services |
| 02/14/2020 | 7,981.00 | REBEL TESTERS, INC. | 02/20/2020 | Goods & Services |
| 02/20/2020 | 2,224.50 | REBEL TESTERS, INC. | 02/25/2020 | Goods & Services |
| | | RED RIVER PARISH SHERIFF - TAX | | Taxes |
| 01/30/2020 | 811.66 | COLLECTOR | 02/05/2020 | |
| 02/14/2020 | 2,181.00 | REGARD RESOURCES COMPANY, INC. | 02/24/2020 | Goods & Services |
| 01/23/2020 | 1,050.00 | REGISTER OILFIELD SERVICES, INC. | 01/29/2020 | Goods & Services |
| 02/14/2020 | 1,050.00 | REGISTER OILFIELD SERVICES, INC. | 02/21/2020 | Goods & Services |
| 01/10/2020 | 168.06 | REPUBLIC SERVICES #808 | 01/16/2020 | Utilities |
| 01/23/2020 | 11.93 | REPUBLIC SERVICES #808 | 01/29/2020 | Utilities |
| 02/07/2020 | 134.19 | REPUBLIC SERVICES #808 | 02/14/2020 | Utilities |
| 02/14/2020 | 163.15 | REPUBLIC SERVICES #808 | 02/20/2020 | Utilities |
| 02/14/2020 | 207.44 | REPUBLIC SERVICES #808 | 02/20/2020 | Utilities |
| 03/13/2020 | 162.77 | REPUBLIC SERVICES #808 | 03/25/2020 | Utilities |
| 03/13/2020 | 61.98 | REPUBLIC SERVICES #808 | 03/25/2020 | Utilities |
| 03/23/2020 | 206.96 | REPUBLIC SERVICES #808 | 03/30/2020 | Utilities |
| 01/10/2020 | 6,504.91 | RHONDA B. CARTER | 01/14/2020 | Goods & Services |
| 02/20/2020 | 6,102.27 | RHONDA B. CARTER | 02/25/2020 | Goods & Services |
| 03/06/2020 | 6,007.98 | RHONDA B. CARTER | 03/10/2020 | Goods & Services |
| 02/07/2020 | 185.73 | RICOH USA, INC. | 02/10/2020 | Goods & Services |
| 03/13/2020 | 181.09 | RICOH USA, INC. | 03/20/2020 | Goods & Services |
| 01/23/2020 | 1,740.00 | ROBERSON TRUCKING CO., INC. | 01/28/2020 | Goods & Services |
| 02/20/2020 | 885.00 | ROBERSON TRUCKING CO., INC. | 02/25/2020 | Goods & Services |
| 01/16/2020 | 7,647.50 | ROBERT CAVES | 03/03/2020 | Goods & Services |
| 02/20/2020 | 4,341.11 | ROBIN USA, INC | 02/26/2020 | Goods & Services |
| 03/13/2020 | 3,588.63 | ROBIN USA, INC | 03/17/2020 | Goods & Services |
| 01/10/2020 | 639.86 | ROBINE & WELCH | 01/30/2020 | Goods & Services |
| 01/30/2020 | 5,530.83 | ROBINE & WELCH | 02/06/2020 | Goods & Services |
| 02/14/2020 | 27,411.26 | ROBINE & WELCH | 03/02/2020 | Goods & Services |
| 02/27/2020 | 250,235.59 | Rodan Transport (U.S.A.), Ltd. | 02/27/2020 | Goods & Services |
| 01/23/2020 | 17,114.46 | RWLS, LLC DBA RENEGADE SERVICES | 01/28/2020 | Goods & Services |
| 02/20/2020 | 116,543.40 | RWLS, LLC DBA RENEGADE SERVICES | 02/25/2020 | Goods & Services |
| 03/09/2020 | 1,672.37 | Santa Rosa County, Tax Collector | 03/09/2020 | Taxes |
| | | SCIENTIFIC DRILLING INTERNATIONAL, INC. | | Goods & Services |
| 01/23/2020 | 4,317.66 | | 01/27/2020 | |
| 01/17/2020 | 230,601.12 | Scientific Drilling International, Inc. | 01/17/2020 | Goods & Services |
| 01/23/2020 | 8,391.74 | SECORP INDUSTRIES | 01/28/2020 | Goods & Services |
| 01/30/2020 | 15,488.21 | SECORP INDUSTRIES | 02/04/2020 | Goods & Services |

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 02/07/2020 | 5,159.00 | SECORP INDUSTRIES | 02/13/2020 | Goods & Services |
| 02/14/2020 | 680.00 | SECORP INDUSTRIES | 02/19/2020 | Goods & Services |
| 02/20/2020 | 37,760.39 | SECORP INDUSTRIES | 02/25/2020 | Goods & Services |
| 03/06/2020 | 21,532.36 | SECORP INDUSTRIES | 03/10/2020 | Goods & Services |
| 02/20/2020 | 362.00 | SGS NORTH AMERICA, INC. | 03/02/2020 | Goods & Services |
| 02/20/2020 | 253.56 | SHRED-IT USA - SHREVEPORT | 02/28/2020 | Goods & Services |
| 01/23/2020 | 483.63 | SHREVEPORT CLUB | 01/28/2020 | Goods & Services |
| 02/20/2020 | 199.02 | SHREVEPORT CLUB | 02/24/2020 | Goods & Services |
| 01/23/2020 | 300.00 | SHREVEPORT PETROLEUM DATA ASSO | 01/29/2020 | Goods & Services |
| 02/20/2020 | 300.00 | SHREVEPORT PETROLEUM DATA ASSO | 02/24/2020 | Goods & Services |
| 01/10/2020 | 5,019.20 | SLICKLINE SOUTH, LLC | 01/29/2020 | Goods & Services |
| 01/23/2020 | 18,606.80 | SLICKLINE SOUTH, LLC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 7,456.00 | SLICKLINE SOUTH, LLC | 02/24/2020 | Goods & Services |
| 02/20/2020 | 32,114.20 | SLICKLINE SOUTH, LLC | 02/26/2020 | Goods & Services |
| 01/30/2020 | 15,208.54 | SMITH COUNTY | 02/10/2020 | Taxes |
| 01/30/2020 | 6,208.69 | SMITH COUNTY | 02/06/2020 | Taxes |
| 01/10/2020 | 6,127.80 | SOUND AND CELLULAR, INC. | 01/21/2020 | Goods & Services |
| 01/10/2020 | 5,288.00 | SOUTHERN EROSION CONTROL | 01/21/2020 | Goods & Services |
| 02/20/2020 | 1,324.00 | SOUTHERN EROSION CONTROL | 02/26/2020 | Goods & Services |
| 02/14/2020 | 16,928.00 | SOUTHERN OILFIELD INSPECTION, LLC | 03/04/2020 | Goods & Services |
| 01/10/2020 | 60.39 | SOUTHERN PINE ELECTRIC COOPERATIVE | 01/15/2020 | Utilities |
| 01/16/2020 | 156,817.81 | SOUTHERN PINE ELECTRIC COOPERATIVE | 01/23/2020 | Utilities |
| 02/07/2020 | 62.67 | SOUTHERN PINE ELECTRIC COOPERATIVE | 02/12/2020 | Utilities |
| 02/20/2020 | 168,449.59 | SOUTHERN PINE ELECTRIC COOPERATIVE | 02/26/2020 | Utilities |
| 03/19/2020 | 152,839.50 | SOUTHERN PINE ELECTRIC COOPERATIVE | 03/24/2020 | Utilities |
| 01/10/2020 | 8,868.43 | SOUTHERN PROPANE, INC. | 01/15/2020 | Utilities |
| 01/23/2020 | 2,101.32 | SOUTHERN PROPANE, INC. | 01/28/2020 | Utilities |
| 02/07/2020 | 6,471.59 | SOUTHERN PROPANE, INC. | 02/12/2020 | Utilities |
| 02/20/2020 | 8,541.58 | SOUTHERN PROPANE, INC. | 02/25/2020 | Utilities |
| 03/23/2020 | 10,088.60 | SOUTHERN PROPANE, INC. | 03/26/2020 | Utilities |
| 01/30/2020 | 108.32 | SOUTHWESTERN ELECTRIC POWER COMPANY | 02/07/2020 | Utilities |
| 02/20/2020 | 279.34 | SOUTHWESTERN ELECTRIC POWER COMPANY | 02/26/2020 | Utilities |
| 03/13/2020 | 108.32 | SOUTHWESTERN ELECTRIC POWER COMPANY | 03/24/2020 | Utilities |
| 02/14/2020 | 2,816.00 | SPL, INC. | 02/18/2020 | Goods & Services |
| 02/20/2020 | 16,016.75 | SPL, INC. | 02/24/2020 | Goods & Services |
| 02/10/2020 | 30,073.44 | SPOC Automation, Inc. | 02/10/2020 | Goods & Services |
| 01/23/2020 | 16,363.00 | SRT OIL FIELD SERVICE, LLC | 01/28/2020 | Goods & Services |
| 01/30/2020 | 6,100.00 | SRT OIL FIELD SERVICE, LLC | 02/05/2020 | Goods & Services |
| 02/14/2020 | 3,764.00 | SRT OIL FIELD SERVICE, LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 2,400.00 | SRT OIL FIELD SERVICE, LLC | 02/25/2020 | Goods & Services |
| 03/06/2020 | 3,300.00 | SRT OIL FIELD SERVICE, LLC | 03/10/2020 | Goods & Services |
| 01/10/2020 | 2,489.15 | STABIL DRILL | 01/16/2020 | Goods & Services |
| 01/23/2020 | 1,068.70 | STABIL DRILL | 01/30/2020 | Goods & Services |
| 02/20/2020 | 15,165.70 | STABIL DRILL | 02/26/2020 | Goods & Services |
| 01/23/2020 | 1,320.55 | STAPLES BUSINESS CREDIT | 01/28/2020 | Goods & Services |
| 02/27/2020 | 1,473.79 | STAPLES BUSINESS CREDIT | 03/03/2020 | Goods & Services |
| 01/17/2020 | 29,248.71 | State of Florida | 01/17/2020 | Severance Taxes |
| 02/19/2020 | 4,641.77 | State of Florida | 02/19/2020 | Severance Taxes |
| 03/18/2020 | 436.03 | State of Florida | 03/18/2020 | Severance Taxes |
| 01/21/2020 | 650.00 | STATE POLICE RIGHT TO KNOW | 01/31/2020 | Goods & Services |

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/13/2020 | 300.00 | STATE TREASURER, STATE OF ALABAMA | 01/21/2020 | Taxes |
| 01/30/2020 | 224,211.58 | Steel Service Oilfield Tubular, Inc. | 01/30/2020 | Goods & Services |
| 02/27/2020 | 1,600.00 | STEWART TRANSPORT, LLC | 03/16/2020 | Goods & Services |
| 01/30/2020 | 66,909.57 | STONEHAM DRILLING CORPORATION | 02/06/2020 | Goods & Services |
| 02/20/2020 | 50,000.00 | STONEHAM DRILLING CORPORATION | 02/27/2020 | Goods & Services |
| 03/06/2020 | 278,883.85 | STONEHAM DRILLING CORPORATION | 03/11/2020 | Goods & Services |
| 02/07/2020 | 423.10 | STUART'S INC. OF SHREVEPORT | 02/13/2020 | Goods & Services |
| 01/23/2020 | 2,349.00 | SUPPORT.COM | 01/31/2020 | Goods & Services |
| 02/27/2020 | 11,071.67 | SUPPORT.COM | 03/06/2020 | Goods & Services |
| 01/23/2020 | 83.98 | SUTTON LLOYD | 01/30/2020 | Goods & Services |
| 01/30/2020 | 6,422.00 | T & T COMMUNICATIONS | 02/06/2020 | Goods & Services |
| 02/20/2020 | 1,310.00 | T & T COMMUNICATIONS | 03/20/2020 | Goods & Services |
| 01/10/2020 | 2,510.00 | T & T WELDING SERVICE | 02/19/2020 | Goods & Services |
| 01/16/2020 | 11,954.00 | T & T WELDING SERVICE | 03/04/2020 | Goods & Services |
| 01/23/2020 | 7,135.00 | T & T WELDING SERVICE | 03/04/2020 | Goods & Services |
| 01/30/2020 | 4,599.00 | T & T WELDING SERVICE | 03/11/2020 | Goods & Services |
| 02/07/2020 | 7,430.00 | T & T WELDING SERVICE | 03/18/2020 | Goods & Services |
| 01/10/2020 | 48,983.76 | T.W. MCGUIRE & ASSOCIATES, INC. | 01/15/2020 | Goods & Services |
| 01/23/2020 | 1,215.00 | T.W. MCGUIRE & ASSOCIATES, INC. | 02/19/2020 | Goods & Services |
| 01/23/2020 | 29,831.75 | TCP SPECIALISTS, LLC | 01/28/2020 | Goods & Services |
| 03/13/2020 | 5,000.00 | TCP SPECIALISTS, LLC | 03/18/2020 | Goods & Services |
| 01/07/2020 | 2,850.11 | THE MCPHERSON COMPANIES, INC. | 01/13/2020 | Goods & Services |
| 02/20/2020 | 1,150.00 | THOMAS HOOPER | 02/28/2020 | Goods & Services |
| 01/15/2020 | 1,790.20 | THOMPSON GAS | 01/30/2020 | Goods & Services |
| 01/23/2020 | 300.26 | THOMPSON GAS | 02/14/2020 | Goods & Services |
| 02/07/2020 | 10.40 | THOMPSON GAS | 02/20/2020 | Goods & Services |
| 02/20/2020 | 755.03 | THOMPSON GAS | 03/04/2020 | Goods & Services |
| 01/10/2020 | 400.00 | TIM MCCURRY | 01/17/2020 | Goods & Services |
| 02/20/2020 | 400.00 | TIM MCCURRY | 02/25/2020 | Goods & Services |
| 03/13/2020 | 400.00 | TIM MCCURRY | 03/17/2020 | Goods & Services |
| 01/16/2020 | 1,350.00 | TIM ROSS | 01/28/2020 | Goods & Services |
| 02/07/2020 | 1,200.00 | TIM ROSS | 02/12/2020 | Goods & Services |
| 03/04/2020 | 1,200.00 | TIM ROSS | 03/16/2020 | Goods & Services |
| 01/23/2020 | 5,701.80 | TOM JOINER & ASSOCIATES INC. | 02/03/2020 | Goods & Services |
| 02/14/2020 | 22,223.74 | TOM JOINER & ASSOCIATES INC. | 02/24/2020 | Goods & Services |
| 01/10/2020 | 2,023.84 | TOOL PUSHERS SUPPLY CO. | 01/15/2020 | Goods & Services |
| 01/23/2020 | 31,295.45 | TOOL PUSHERS SUPPLY CO. | 01/28/2020 | Goods & Services |
| 02/07/2020 | 27,270.74 | TOOL PUSHERS SUPPLY CO. | 02/12/2020 | Goods & Services |
| 02/20/2020 | 15,392.76 | TOOL PUSHERS SUPPLY CO. | 02/25/2020 | Goods & Services |
| 02/10/2020 | 63,090.92 | Tool Pushers Supply Co. | 02/10/2020 | Goods & Services |
| 02/14/2020 | 1,680.10 | TOTAL PUMP & SUPPLY LLC | 02/20/2020 | Goods & Services |
| 02/20/2020 | 11,325.38 | TOTAL PUMP & SUPPLY LLC | 02/25/2020 | Goods & Services |
| 01/30/2020 | 1,051.30 | TOTAL SAFETY U.S., INC. | 02/06/2020 | Goods & Services |
| 02/20/2020 | 2,780.80 | TOTAL SAFETY U.S., INC. | 02/27/2020 | Goods & Services |
| 01/10/2020 | 19.00 | TOWN OF ARCADIA | 01/15/2020 | Taxes |
| 01/10/2020 | 134.67 | TOWN OF ARCADIA | 01/15/2020 | Taxes |
| 01/30/2020 | 25.76 | TOWN OF ARCADIA | 02/07/2020 | Taxes |
| 02/07/2020 | 19.00 | TOWN OF ARCADIA | 02/12/2020 | Taxes |
| 03/13/2020 | 19.00 | TOWN OF ARCADIA | 03/18/2020 | Taxes |
| 01/23/2020 | 430.20 | TRACKNET | 01/28/2020 | Goods & Services |
| 02/20/2020 | 430.20 | TRACKNET | 02/25/2020 | Goods & Services |
| 02/24/2020 | 17,280.07 | Transamerica (401k) | 02/29/2020 | 401(k) Contributions |
| 01/08/2020 | 15,179.14 | Transamerica (401k) | 01/08/2020 | 401(k) Contributions |
| 01/09/2020 | 15,692.59 | Transamerica (401k) | 01/09/2020 | 401(k) Contributions |
| 01/21/2020 | 16,289.48 | Transamerica (401k) | 01/21/2020 | 401(k) Contributions |
| 03/17/2020 | 20,300.24 | Transamerica (401k) | 03/17/2020 | 401(k) Contributions |
| 02/06/2020 | 16,761.40 | Transamerica (401k) | 02/06/2020 | 401(k) Contributions |
| 03/09/2020 | 17,899.21 | Transamerica (401k) | 03/09/2020 | 401(k) Contributions |

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/23/2020 | 638.52 | TRANSZAP, INC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 301.56 | TRANSZAP, INC | 02/21/2020 | Goods & Services |
| 03/13/2020 | 404.52 | TRANSZAP, INC | 03/20/2020 | Goods & Services |
| 01/30/2020 | 3,000.00 | TREY BURTON | 02/10/2020 | Goods & Services |
| 01/30/2020 | 35,255.78 | UHS PREMIUM BILLING | 02/11/2020 | Goods & Services |
| 02/14/2020 | 10,898.92 | ULTERRA DRILLING TECHNOLOGIES, LP | 02/19/2020 | Goods & Services |
| 01/10/2020 | 10,423.70 | UNION OILFIELD SUPPLY, INC. | 01/22/2020 | Goods & Services |
| 01/16/2020 | 4,143.08 | UNION OILFIELD SUPPLY, INC. | 01/22/2020 | Goods & Services |
| 01/23/2020 | 5,048.59 | UNION OILFIELD SUPPLY, INC. | 01/28/2020 | Goods & Services |
| 02/14/2020 | 2,444.37 | UNION OILFIELD SUPPLY, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 48,713.76 | UNION OILFIELD SUPPLY, INC. | 02/25/2020 | Goods & Services |
| 03/06/2020 | 30,641.95 | UNION OILFIELD SUPPLY, INC. | 03/10/2020 | Goods & Services |
| 01/10/2020 | 88.59 | UNISHIPPERS DEN | 01/14/2020 | Goods & Services |
| 01/23/2020 | 148.56 | UNISHIPPERS DEN | 01/28/2020 | Goods & Services |
| 01/30/2020 | 74.04 | UNISHIPPERS DEN | 02/05/2020 | Goods & Services |
| 02/07/2020 | 85.63 | UNISHIPPERS DEN | 02/11/2020 | Goods & Services |
| 02/14/2020 | 155.24 | UNISHIPPERS DEN | 02/20/2020 | Goods & Services |
| 02/20/2020 | 159.09 | UNISHIPPERS DEN | 02/26/2020 | Goods & Services |
| 02/27/2020 | 92.10 | UNISHIPPERS DEN | 03/03/2020 | Goods & Services |
| 03/06/2020 | 140.98 | UNISHIPPERS DEN | 03/10/2020 | Goods & Services |
| 03/13/2020 | 315.79 | UNISHIPPERS DEN | 03/17/2020 | Goods & Services |
| 01/10/2020 | 279.34 | UNISHIPPERS FRT | 01/14/2020 | Goods & Services |
| 01/23/2020 | 471.18 | UNISHIPPERS FRT | 01/28/2020 | Goods & Services |
| 01/30/2020 | 133.92 | UNISHIPPERS FRT | 02/05/2020 | Goods & Services |
| 02/07/2020 | 201.82 | UNISHIPPERS FRT | 02/11/2020 | Goods & Services |
| 02/14/2020 | 198.53 | UNISHIPPERS FRT | 02/20/2020 | Goods & Services |
| 02/20/2020 | 21.40 | UNISHIPPERS FRT | 02/26/2020 | Goods & Services |
| 02/27/2020 | 54.81 | UNISHIPPERS FRT | 03/03/2020 | Goods & Services |
| 03/06/2020 | 67.66 | UNISHIPPERS FRT | 03/10/2020 | Goods & Services |
| 03/13/2020 | 1,596.87 | UNISHIPPERS FRT | 03/17/2020 | Goods & Services |
| | | UNITED RENTALS (NORTH AMERICA) INC. | | Goods & Services |
| 02/14/2020 | 94.52 | | 02/18/2020 | |
| 01/30/2020 | 4,313.76 | UNITED VISION LOGISTICS | 02/05/2020 | Goods & Services |
| 03/06/2020 | 8,581.00 | UNIVERSITY OF DENVER | 03/10/2020 | Employee Benefits |
| 01/16/2020 | 258.97 | UPSHUR RURAL ELECTRIC COOPERATIVE | 01/24/2020 | Utilities |
| 02/07/2020 | 464.21 | UPSHUR RURAL ELECTRIC COOPERATIVE | 02/14/2020 | Utilities |
| 02/14/2020 | 263.64 | UPSHUR RURAL ELECTRIC COOPERATIVE | 02/21/2020 | Utilities |
| 03/13/2020 | 631.19 | UPSHUR RURAL ELECTRIC COOPERATIVE | 03/19/2020 | Utilities |
| 01/30/2020 | 4,050.25 | VERIZON WIRELESS | 02/04/2020 | Utilities |
| 02/27/2020 | 2,763.31 | VERIZON WIRELESS | 03/03/2020 | Utilities |
| 03/23/2020 | 3,006.69 | VERIZON WIRELESS | 03/27/2020 | Utilities |
| 02/20/2020 | 4,532.12 | VINCENT A. ZITO | 02/26/2020 | Goods & Services |
| 01/10/2020 | 1,262.60 | W.S. RED HANCOCK, INC. | 01/15/2020 | Goods & Services |
| 02/20/2020 | 2,097.20 | W.S. RED HANCOCK, INC. | 03/03/2020 | Goods & Services |
| 02/20/2020 | 1,625.00 | W4 CONSULTING LLC | 02/27/2020 | Goods & Services |
| 02/07/2020 | 2,428.90 | WADE SERVICES, INC. | 02/20/2020 | Goods & Services |
| 01/10/2020 | 1,900.00 | WALKER INSPECTION LLC | 01/23/2020 | Goods & Services |
| 01/30/2020 | 29,906.20 | WARREN COUNTY CLERK | 02/07/2020 | Taxes |
| 01/30/2020 | 1,124.46 | WARREN COUNTY CLERK | 02/07/2020 | Taxes |
| | | WASTEWATER DISPOSAL SERVICES, INC. | | Goods & Services |
| 01/16/2020 | 26,462.00 | | 02/05/2020 | |
| | | WASTEWATER DISPOSAL SERVICES, INC. | | Goods & Services |
| 03/06/2020 | 6,972.00 | | 03/17/2020 | |
| 02/07/2020 | 5,225.44 | WEATHERFORD LABORATORIES, INC. | 02/12/2020 | Goods & Services |
| 02/14/2020 | 3,434.00 | WEATHERFORD LABORATORIES, INC. | 02/25/2020 | Goods & Services |
| 02/20/2020 | 83,861.25 | WEATHERFORD LABORATORIES, INC. | 03/02/2020 | Goods & Services |
| | | WELLEZ INFORMATION MANAGEMENT, LLC | | Goods & Services |
| 01/30/2020 | 750.00 | | 02/05/2020 | |

EXHIBIT 5

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|-----------|----------|-----------|-----------|--------------------|
| | | WELLEZ INFORMATION MANAGEMENT, LLC | | Goods & Services |
| 02/07/2020 | 750.00 | | 02/12/2020 | |
| 01/30/2020 | 727.00 | WESTERN WATER CONSULTANTS, INC. | 02/05/2020 | Goods & Services |
| 02/07/2020 | 890.50 | WESTERN WATER CONSULTANTS, INC. | 02/13/2020 | Goods & Services |
| | | WHIRLWIND METHANE RECOVERY | | Goods & Services |
| 01/10/2020 | 11,070.00 | SYSTEMS, LLC | 01/16/2020 | |
| | | WHIRLWIND METHANE RECOVERY | | Goods & Services |
| 02/14/2020 | 7,106.96 | SYSTEMS, LLC | 02/25/2020 | |
| | | WHIRLWIND METHANE RECOVERY | | Goods & Services |
| 02/20/2020 | 16,454.02 | SYSTEMS, LLC | 02/25/2020 | |
| | | WHIRLWIND METHANE RECOVERY | | Goods & Services |
| 02/27/2020 | 3,671.82 | SYSTEMS, LLC | 03/06/2020 | |
| 02/14/2020 | 16,369.08 | WHITE RESOURCES LLC | 02/24/2020 | Goods & Services |
| 02/20/2020 | 14,537.93 | WHITE RESOURCES LLC | 02/25/2020 | Goods & Services |
| 02/07/2020 | 707.80 | WOLFEPAK SOFTWARE, LLC | 02/12/2020 | Software Licensing |
| 01/23/2020 | 3,319.85 | WP SOFTWARE CONSULTANTS, LLC | 01/28/2020 | Software Licensing |
| 02/27/2020 | 3,319.85 | WP SOFTWARE CONSULTANTS, LLC | 03/03/2020 | Software Licensing |
| 03/19/2020 | 3,319.85 | WP SOFTWARE CONSULTANTS, LLC | 03/24/2020 | Software Licensing |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 01/23/2020 | 5,294.62 | ASSOCIATION | 01/29/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 01/23/2020 | 4,903.64 | ASSOCIATION | 01/29/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 02/07/2020 | 145.07 | ASSOCIATION | 02/12/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/12/2020 | 6,159.17 | ASSOCIATION | 03/17/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/12/2020 | 6,844.97 | ASSOCIATION | 03/17/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/12/2020 | 145.07 | ASSOCIATION | 03/17/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/23/2020 | 4,265.15 | ASSOCIATION | 03/27/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/23/2020 | 6,534.73 | ASSOCIATION | 03/27/2020 | |
| 01/10/2020 | 129.90 | YOUR MESSAGE CENTER, INC. | 01/15/2020 | Goods & Services |
| 02/14/2020 | 102.85 | YOUR MESSAGE CENTER, INC. | 02/20/2020 | Goods & Services |
| 03/13/2020 | 103.92 | YOUR MESSAGE CENTER, INC. | 03/24/2020 | Goods & Services |
| 01/10/2020 | 53.50 | ZEDI USA | 01/30/2020 | Goods & Services |
| 01/30/2020 | 53.50 | ZEDI USA | 02/07/2020 | Goods & Services |
| | **10,097,684.81** | | | |

EXHIBIT 5

**Transfers from SEC to Sklarco**

| | Transfers to Sklarco For Howard F. Sklar | Transfers to Sklarco to Pay Sklarco JIBs | |
|---|---|---|---|
| 5/1/2019 | $ 225,000.00 | | |
| 7/11/2019 | $ 50,000.00 | | |
| 7/24/2019 | $ 50,000.00 | | |
| 7/24/2019 | $ 200,000.00 | | |
| 8/22/2019 | $ 90,000.00 | | |
| 9/3/2019 | $ 110,000.00 | | |
| 10/2/2019 | $ 160,000.00 | | |
| 10/16/2019 | $ 20,000.00 | | |
| 10/21/2019 | | $ 684,000.00 | |
| 10/21/2019 | $ 2,700.00 | | |
| 10/22/2019 | $ 11,000.00 | | |
| 10/28/2019 | | $ 42,000.00 | |
| 10/29/2019 | $ 7,500.00 | $ 7,500.00 | |
| 11/1/2019 | $ 60,000.00 | | |
| 11/8/2019 | $ 50,440.00 | $ 24,560.00 | |
| 11/25/2019 | | $ 360,000.00 | |
| 11/27/2019 | | $ 180,000.00 | |
| 12/23/2019 | $ 100,000.00 | | |
| 1/6/2020 | $ 125,000.00 | $ 85,000.00 | **Total** |
| | $ 1,261,640.00 | $ 1,383,060.00 | **$ 2,644,700.00** |

EXHIBIT 5

**Beiner, Grant**

---

| | |
|---|---|
| **From:** | Beiner, Grant |
| **Sent:** | Thursday, November 19, 2020 4:24 PM |
| **To:** | Parker, Ross |
| **Cc:** | Beiner, Grant |
| **Subject:** | FW: THP Partners II |

---

**From:** John Strausser <JStrausser@sklarexploration.com>
**Sent:** Thursday, October 15, 2020 1:07 PM
**To:** Todd Bearup <todd.bearup@cr3partners.com>; Geoff Nenninger <GNenninger@sklarexploration.com>
**Cc:** Marshall Jones <jmjones@sklarexploration.com>
**Subject:** RE: THP Partners II

It looks like the last time we got any money from THP Partners II was end of 2017 – $45,821.30. I looked at all the ledgers: SEC, SKC, HOW, ALA and SAM.

---

**From:** Todd Bearup <todd.bearup@cr3partners.com>
**Sent:** Thursday, October 15, 2020 12:02 PM
**To:** John Strausser <JStrausser@sklarexploration.com>; Geoff Nenninger <GNenninger@sklarexploration.com>
**Cc:** Marshall Jones <jmjones@sklarexploration.com>
**Subject:** RE: THP Partners II

OK. Thanks John.

**Todd Bearup** | **Director**
CR3 Partners, LLC
Direct: (714) 882-0668
**Bio** | **Website** | **LinkedIn**

---

**From:** John Strausser <JStrausser@sklarexploration.com>
**Sent:** Thursday, October 15, 2020 11:41 AM
**To:** Todd Bearup <todd.bearup@cr3partners.com>; Geoff Nenninger <GNenninger@sklarexploration.com>
**Cc:** Marshall Jones <jmjones@sklarexploration.com>
**Subject:** RE: THP Partners II

I'll run and send. It's lumpy because it's timber harvesting / sales.

---

**From:** Todd Bearup <todd.bearup@cr3partners.com>
**Sent:** Thursday, October 15, 2020 11:33 AM
**To:** Geoff Nenninger <GNenninger@sklarexploration.com>
**Cc:** Marshall Jones <jmjones@sklarexploration.com>; John Strausser <JStrausser@sklarexploration.com>
**Subject:** THP Partners II

1

EXHIBIT 6

Geoff-

Can you do a quick check on something for me? Can you run a spreadsheet that shows me over the last 4 years how much and when disbursements have been received from THP Partners II?

Thanks,

Todd

**Todd Bearup** | **Director**
6171 W. Century Boulevard, Suite 350, Los Angeles, CA 90045
Office: (800) 728-7176 ext. 215 | Direct: (714) 882-0668
**Bio** | **Website** | **LinkedIn**

# CR3 PARTNERS
PARTNERS FOR THE ROAD AHEAD

This communication may contain information that is confidential and/or privileged. It is for the exclusive use of the intended recipient(s) and must not be read, used or disseminated by anyone else. If you have received this communication in error, please notify us immediately by replying to the message and delete it from your computer. No responsibility is accepted by sender for any loss or damage arising in any way from accepting or using this email.

EXHIBIT 6

| Fill in this information to identify the case: |
| --- |
| Debtor name **Sklar Exploration Company, LLC** |
| United States Bankruptcy Court for the: DISTRICT OF COLORADO |
| Case number (if known) **20-12377-EEB** |

■ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br><br>■ Other — **Revenue from Oil and Gas Sales; Includes Revenue Attributed to Interest Holders** | **$14,558,673.60** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ☐ Operating a business<br><br>■ Other — **Revenue from Oil and Gas Sales; Includes Revenue Attributed to Interest Holders** | **$78,596,095.07** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ☐ Operating a business<br><br>■ Other — **Revenue from Oil and Gas Sales; Includes Revenue Attributed to Interest Holders** | **$85,054,640.52** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | **Payments from Hedging Agreements** | **$173,000.00** |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

EXHIBIT 7

Debtor  **Sklar Exploration Company, LLC**          Case number *(if known)* **20-12377-EEB**

---

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See attached** | **1/1/20-3/31/20** | **$10,097,684.81** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **See attached** | **1/1/20-3/31/20** | **$2,727,804.46** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**  Legal Actions or Assignments

---

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

---

EXHIBIT 7

Debtor **Sklar Exploration Company, LLC**                    Case number *(if known)* **20-12377-EEB**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **GULF COAST MINERAL, LLC ET AL V. EMERALD OIL & MINING CO. ET AL**<br>**21-CV-2019-900011** | Breach of contract action between working interest owners concerning back-in working interest and override royalty interest. SEC involved only as operator/stakeholder and was paying revenues into Court prior to Ch. 11 filing. | **Circuit Court of Conecuh County, Alabama**<br>**111 Court St.**<br>**Evergreen, AL 36401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **WILLIE FRANK JONES ET AL V. FRED W. HARTIN ET AL**<br>**21-CV-2015-900083** | Quiet title action between competing mineral owners concerning mineral tract. SEC involved only as operator/stakeholder, holding royalties for benefit of prevailing party. | **Circuit Court of Conecuh County, Alabama**<br>**111 Court St.**<br>**Evergreen, AL 36401** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. **NOTICE OF VIOLATION CONCERNING CASTLEBERRY FIELD AREA 1, FACILTIY NO. 103-0021 AND CASTLEBERRY FIELD AREA 2, FACILITY NO. 103-0026** | Alleged violation of air permits issued by the Alabama Dept. of Environmental Management due to leaking pressure relief safety valves on well production equipment. | **Alabama Department of Environmental Management**<br>**1400 Coliseum Blvd.**<br>**Montgomery, AL 36130** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. **PETITION FOR REFUND OF SEVERANCE TAXES** | Petition by Sklar Exploration Company and Sklarco for the refund of $493,777.91 in excess oil and gas severance taxes paid to the Alabama Department of Revenue concerning the Fishpond Oil Unit in Escambia County, Alabama. | **Alabama Department of Revenue**<br>**Business and License Tax Division**<br>**Severance and License Section**<br>**P.O. Box 327550**<br>**Montgomery, AL 36132** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

EXHIBIT 7

| Debtor | Sklar Exploration Company, LLC | Case number *(if known)* | 20-12377-EEB |

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **University of Colorado Foundation**<br>4740 Walnut Street<br>Boulder, CO 80301 | **Atudent-Athlete Excellence Fund for general scholarship** | 5/1/19 | $10,000.00 |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.2. | **Ability Connection Colorado Inc**<br>801 Yosemite Street<br>Denver, CO 8020 | **Benefiting the programs and services "Ability Connection Colorado** | 7/19/19 | $1,250.00 |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.3. | **University of Colorado Athletic Office**<br>372 UCB<br>Boulder, CO 80307 | **Football Season Tickets, Tailgate Experience, Franklin Field Donation** | 3/1/19 | $13,250.00 |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.4. | **University of Colorado Foundation**<br>2700 Vista Parkway<br>Erie, CO 80516 | **CU on the Links Golf Tournament 2019** | 8/1/19 | $1,700.00 |
| | Recipients relationship to debtor<br>**None** | | | |

| **Part 5:** | **Certain Losses** |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 7

Debtor    **Sklar Exploration Company, LLC**    Case number *(if known)*  **20-12377-EEB**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Lightning strike caused damage to certain electrical equioment for CCL&T 35-15 #1 well** | **$24,258.13** | **June 29,2019** | **$29,258.13** |

---

### Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kutner Brinen, P.C.<br>1660 Lincoln Street, Suite 1850<br>Denver, CO 80264** | **Retainer and Filing Fees** | **March 19, 2020 - $20,000<br>March 30, 2020 - $100,000** | **$120,000.00** |
| | Email or website address<br>**lmk@kutnerlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

---

EXHIBIT 7

Debtor    **Sklar Exploration Company, LLC**                                    Case number *(if known)* **20-12377-EEB**

| Address | Dates of occupancy From-To |
| --- | --- |
| | |

<h2 style="background:black;color:white;display:inline">Part 8:</h2> **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| | | |

<h2 style="background:black;color:white;display:inline">Part 9:</h2> **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Social Security Numbers and Tax ID Information**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

<h2 style="background:black;color:white;display:inline">Part 10:</h2> **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |
| | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 7

| Debtor | Sklar Exploration Company, LLC | Case number *(if known)* | 20-12377-EEB |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Boulder Self Storage**<br>**6439 Arapahoe Rd Unit 4012**<br>**Boulder, CO 80303** | **Kate Eggleston 8852**<br>**Flattop St. Arvada CO**<br>**80007**<br>**Geoff Nenninger  2933**<br>**Golden Eagle Circle**<br>**Lafayette CO 80026** | **(1) Box Labelled "Howard's Airplanes"**<br>**(4) Howard's Painting**<br>**(1) Black Sqaure Foldable Table**<br>**(1) Striped Chair**<br>**(1) Map Table**<br>**(1) Glass**<br>**(7) Clear Bins**<br>**(5) Blue Seated chairs**<br>**(2) Filing Cabinets** | ☐ No<br>■ Yes |

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various Interest Holders** | **Debtor's East West Bank Accounts** | **Retention of funds belonging to royalty interest holders and ORRI holders only (not including working interest holders).  Approximate balance attributable to January Revenue is $599,877.05.** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Sklarco, LLC**<br>**5395 Pearl Parkway**<br>**Suite 200**<br>**Boulder, CO 80301** | **Debtor's East West Bank Accounts** | **Currently holding funds and A/R arrtibutable to Sklarco, LLC.  Amounts attributable to Sklarco are approximately 20% of cash balance, and A/R from production of $643,351.34** | **$1,163,947.73** |

### Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

### 22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

EXHIBIT 7

| Debtor | Sklar Exploration Company, LLC | | Case number *(if known)* | 20-12377-EEB |
|---|---|---|---|---|

☐ No.

■ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **IN RE: SKLAR EXPLORATION COMPANY L.L.C.**<br>**Docket No. CWA-04-2011-5129(b)** | **U.S. Environmental Protection Agency Region 4 Atlanta Federal Center 61 Forsyth Street Atlanta, GA 30303-8960** | **CWA Section 311 Class II Consent Agreement and Final Order concerning spill near Vicksburg, Mississippi** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **NOTICE OF VIOLATION CONCERNING CASTLEBERRY FIELD AREA 1, FACILTIY NO. 103-0021 AND CASTLEBERRY FIELD AREA 2, FACILITY NO. 103-0026** | **Alabama Department of Environmental Management 1400 Coliseum Blvd. Montgomery, AL 36130** | **Alleged violation of air permits issued by the Alabama Dept. of Environmental Management due to leaking pressure relief safety valves on well production equipment.** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **NOTICE OF VIOLATION CONCERNING CASTLEBERRY FIELD AREA 4, FACILITY NO. 502-0100 15-054-CAP** | **Alabama Department of Environmental Management 1400 Coliseum Blvd. Montgomery, AL 36130** | **Alleged violation of air permits issued by Alabama Dept. of Environmental Management due to non-approved production equipment.** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **NOTICE OF VIOLATION CONCERNING CASTLEBERRY FIELD AREA 3, FACILITY NO. 502-0090 12-038-CAP** | **Alabama Department of Environmental Management 1400 Coliseum Blvd. Montgomery, AL 36130** | **Alleged violation of air permits issued by Alabama Dept. of Environmental Management due to operations conducted without a Temporary Authorization to Operate.** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

EXHIBIT 7

Debtor  **Sklar Exploration Company, LLC**                    Case number *(if known)*  **20-12377-EEB**

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1.  **TPH Partners II, L.P.**<br>**1111 Bagby St. Suite 4950**<br>**Houston, TX 77002-2551** | **Investment; Debtor is agent nominee, and hold only legal title. Equitable and beneficial interest held solely by Howard Sklar Trust and/or Sons' Trusts** | **EIN:**   **80-0812716**<br><br>**From-To** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Exigent Information Solutions, LLC**<br>**8310 South Valley Highway, Suite 300**<br>**Englewood, CO 80112** | **March 2020-current** |
| 26a.2.  **Plant Moran**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | **2018-Current** |
| 26a.3.  **EKS&H**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | **2018; Acquired by Plant Moran** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Exigent Information Solutions, LLC**<br>**8310 South Valley Highway, Suite 300**<br>**Englewood, CO 80112** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  **EKS&H**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.  **Plant Moran**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **EKS&H**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | |
| 26c.2.  **Exigent Information Solutions, LLC**<br>**8310 South Valley Highway, Suite 300**<br>**Englewood, CO 80112** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 7

| Debtor | Sklar Exploration Company, LLC | Case number *(if known)* | 20-12377-EEB |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.3. **Plant Moran**<br>**8181 East Tufts Avenue, Suite 600**<br>**Denver, CO 80237** | |
| 26c.4. **Howard Sklar**<br>**5395 Pearl Parkway**<br>**Suite 200**<br>**Boulder, CO 80301** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **East West Bank Treasury Department**<br>**135 North Los Robles Avenue**<br>**Suite 600**<br>**ATTN: Linda Cox**<br>**Pasadena, CA 91101** |
| 26d.2. **Ford Motor Company**<br>**P.O. Box 650575**<br>**Dallas, TX 75265** |
| 26d.3. **C&J Energy Services**<br>**3990 Rogerdale**<br>**Houston, TX 77042** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Howard Sklar | 5395 Pearl Parkway<br>Suite 200<br>Boulder, CO 80301 | Manager | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Howard F. Sklar Trust | 5395 Pearl Parkway<br>Suite 200<br>Boulder, CO 80301 | Equity Holder | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Corey Ezelle | | VP - Exploration Manager | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| J. Marshall Jones, III | | VP & COO | 0% |

EXHIBIT 7

Debtor **Sklar Exploration Company, LLC**                          Case number *(if known)* **20-12377-EEB**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Steven Hatcher** | | **VP - Land and Legal** | **0%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☑ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Flexjet**<br>**26180 Curtiss Wright Pkwy**<br>**Cleveland, OH 44143** | **$503,173.35** | **2019-2020** | **Amounts paid attributed to personal travel expenses of Howard Sklar** |
| | Relationship to debtor<br>**None** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ☑ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ☑ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

EXHIBIT 7

Debtor   **Sklar Exploration Company, LLC**                                                    Case number *(if known)*  **20-12377-EEB**

---

**Part 14:**   **Signature and Declaration**

---

    **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 18, 2020**

**/s/ Howard Sklar**                                              **Howard Sklar**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/23/2020 | 11,287.03 | A & B PUMP & SUPPLY, INC. | 01/28/2020 | Goods & Services |
| 02/14/2020 | 3,075.23 | A & B PUMP & SUPPLY, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 4,656.33 | A & B PUMP & SUPPLY, INC. | 02/25/2020 | Goods & Services |
| 02/20/2020 | 3,065.00 | A. F. WHATLEY CONSTRUCTION | 02/26/2020 | Goods & Services |
| 01/23/2020 | 14,210.00 | A1 CONDUCTOR & RATHOLE, LLC | 02/06/2020 | Goods & Services |
| 02/14/2020 | 4,290.00 | A1 CONDUCTOR & RATHOLE, LLC | 03/02/2020 | Goods & Services |
| 02/20/2020 | 3,708.04 | A1 CONDUCTOR & RATHOLE, LLC | 03/20/2020 | Goods & Services |
| 01/16/2020 | 2,171.17 | ACME TRUCK LINE, INC. | 01/22/2020 | Goods & Services |
| 03/23/2020 | 100,285.00 | Acstar Insurance Company | 03/23/2020 | Plug and Abandonment Bond |
| 01/30/2020 | 35,228.19 | AFCO | 02/07/2020 | Insurance |
| 02/27/2020 | 35,228.19 | AFCO | 03/06/2020 | Insurance |
| 03/17/2020 | 25,000.00 | AL Dept of Environmental Mgmt | 03/17/2020 | Government Fine |
| 02/20/2020 | 420.00 | ALABAMA 811 | 02/26/2020 | Goods & Services |
| 01/17/2020 | 194.68 | Alabama Department of Revenue | 01/17/2020 | Taxes |
| 02/20/2020 | 149.78 | Alabama Department of Revenue | 02/20/2020 | Taxes |
| 03/16/2020 | 100.00 | Alabama Department of Revenue | 03/16/2020 | Taxes |
| 03/20/2020 | 149.14 | Alabama Department of Revenue | 03/20/2020 | Taxes |
| 01/16/2020 | 230.74 | ALABAMA POWER PAYMENTS | 01/23/2020 | Utilities |
| 02/14/2020 | 202.95 | ALABAMA POWER PAYMENTS | 02/18/2020 | Utilities |
| 03/23/2020 | 198.30 | ALABAMA POWER PAYMENTS | 03/26/2020 | Utilities |
| 02/20/2020 | 1,639.00 | ALEXANDRIA GRAVEL PRODUCTS | 02/26/2020 | Goods & Services |
| 02/07/2020 | 500.00 | ALEXIS NAN HAYNES | 02/11/2020 | Goods & Services |
| 01/30/2020 | 219.14 | ALL COPY PRODUCTS, INC. | 02/03/2020 | Goods & Services |
| 02/20/2020 | 243.00 | ALL COPY PRODUCTS, INC. | 02/24/2020 | Goods & Services |
| 02/27/2020 | 219.14 | ALL COPY PRODUCTS, INC. | 03/03/2020 | Goods & Services |
| 02/20/2020 | 1,378.30 | ALLEGRA PRINT-MAIL-SIGNS | 02/26/2020 | Goods & Services |
| 01/10/2020 | 558.72 | ALLY | 01/17/2020 | Secured Debt Payments |
| 02/07/2020 | 558.72 | ALLY | 02/12/2020 | Secured Debt Payments |
| 02/27/2020 | 558.72 | ALLY | 03/09/2020 | Secured Debt Payments |
| 01/10/2020 | 1,087.82 | AMERICAN EAGLE LOGISTICS | 01/15/2020 | Goods & Services |
| 01/30/2020 | 224.67 | AMERICAN EXPRESS | 02/03/2020 | Goods & Services |
| 02/27/2020 | 204.72 | AMERICAN EXPRESS | 03/02/2020 | Goods & Services |
| 03/06/2020 | 19.95 | AMERICAN EXPRESS | 03/09/2020 | Goods & Services |
| 01/30/2020 | 475.00 | AMERICAN REMEDIATION & ENVIRONMENTAL INC | 02/06/2020 | Goods & Services |
| 01/23/2020 | 7,560.66 | ANDERSON EXPLORATION ENERGY CO, LC | 01/28/2020 | Royalty Payments |
| 01/10/2020 | 93.98 | ANITA BELOUSOV | 01/21/2020 | Expense Reimbursement |
| 02/14/2020 | 34,910.19 | ARMBRECHT JACKSON LLP | 02/19/2020 | Legal Fees |
| 02/20/2020 | 61,285.47 | ARMBRECHT JACKSON LLP | 02/25/2020 | Legal Fees |
| 03/30/2020 | 25,000.00 | Armbrecht Jackson LLP | 03/30/2020 | Legal Fees |
| 03/30/2020 | 45,431.35 | Armbrecht Jackson LLP | 03/30/2020 | Legal Fees |
| 01/23/2020 | 233.87 | AT&T | 01/31/2020 | Utilities |
| 01/23/2020 | 419.33 | AT&T | 01/31/2020 | Utilities |
| 01/23/2020 | 251.93 | AT&T | 01/30/2020 | Utilities |
| 01/23/2020 | 129.25 | AT&T | 01/29/2020 | Utilities |
| 01/30/2020 | 206.26 | AT&T | 02/06/2020 | Utilities |
| 02/14/2020 | 216.15 | AT&T | 02/26/2020 | Utilities |
| 02/20/2020 | 215.53 | AT&T | 02/27/2020 | Utilities |
| 02/20/2020 | 415.24 | AT&T | 02/27/2020 | Utilities |
| 02/20/2020 | 204.54 | AT&T | 02/27/2020 | Utilities |
| 02/20/2020 | 120.00 | AT&T | 02/26/2020 | Utilities |
| 03/23/2020 | 215.32 | AT&T | 03/30/2020 | Utilities |
| 03/23/2020 | 444.04 | AT&T | 03/30/2020 | Utilities |
| 03/23/2020 | 204.84 | AT&T | 03/30/2020 | Utilities |
| 03/23/2020 | 120.00 | AT&T | 03/31/2020 | Utilities |
| 02/14/2020 | 1,740.85 | ATROPOS EXPLORATION CO. | 02/21/2020 | Royalty Payments |
| 02/20/2020 | 617.30 | ATROPOS EXPLORATION CO. | 02/27/2020 | Royalty Payments |

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/10/2020 | 55.39 | B & L PIPECO SERVICES, L.L.C. | 01/14/2020 | Goods & Services |
| 01/30/2020 | 43,815.24 | B & L PIPECO SERVICES, L.L.C. | 02/03/2020 | Goods & Services |
| 02/14/2020 | 59,714.35 | B & L PIPECO SERVICES, L.L.C. | 02/18/2020 | Goods & Services |
| 01/10/2020 | 2,186.85 | BAKER HUGHES, A GE COMPANY, LLC | 01/14/2020 | Goods & Services |
| 01/16/2020 | 14,935.54 | BAKER HUGHES, A GE COMPANY, LLC | 01/21/2020 | Goods & Services |
| 01/23/2020 | 93,616.80 | BAKER HUGHES, A GE COMPANY, LLC | 01/27/2020 | Goods & Services |
| 02/14/2020 | 94,058.67 | BAKER HUGHES, A GE COMPANY, LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 124,589.38 | BAKER HUGHES, A GE COMPANY, LLC | 02/24/2020 | Goods & Services |
| 02/27/2020 | 57,350.44 | BAKER HUGHES, A GE COMPANY, LLC | 03/04/2020 | Goods & Services |
| 02/14/2020 | 3,500.00 | BARNETTE & BENEFIELD, INC. | 02/21/2020 | Goods & Services |
| 02/20/2020 | 643.75 | BASIC ENERGY SERVICES, LP | 02/24/2020 | Utilities |
| 03/04/2020 | 1,606.25 | BASIC ENERGY SERVICES, LP | 03/09/2020 | Utilities |
| 01/30/2020 | 6,940.00 | BENOIT PREMIUM THREADING, LLC | 02/06/2020 | Goods & Services |
| 01/10/2020 | 769.50 | BERG HILL GREENLEAF RUSCITTI LLP | 01/15/2020 | Legal Fees |
| 03/30/2020 | 50,000.00 | Berg Hill Greenleaf Ruscitti LLP | 03/30/2020 | Legal Fees |
| 04/01/2020 | 12,946.00 | Berg Hill Greenleaf Ruscitti LLP | 04/01/2020 | Legal Fees |
| 02/27/2020 | 500.00 | BETTY JOYCE SCOTT BURKHEAD | 03/13/2020 | Goods & Services |
| 01/30/2020 | 3,750.00 | BETTYE LACOUR | 02/10/2020 | Goods & Services |
| 03/03/2020 | 3,750.00 | BETTYE LACOUR | 03/09/2020 | Goods & Services |
| 01/30/2020 | 105.00 | BIENVILLE PARISH CLERK OF COURT | 02/14/2020 | Taxes |
|  |  | BIENVILLE PARISH SALES & USE TAX |  | Taxes |
| 01/21/2020 | 162.99 | COMMISS | 01/24/2020 |  |
| 01/30/2020 | 42.08 | BOBBIE GORE | 02/03/2020 | Expense Reimbursement |
| 02/20/2020 | 3,093.00 | BONAVENTURE SAFETY, LLC | 02/25/2020 | Goods & Services |
|  |  | BOOTS SMITH COMPLETION SERVICES, LLC |  | Goods & Services |
| 01/10/2020 | 56,188.33 |  | 01/13/2020 |  |
|  |  | BOOTS SMITH COMPLETION SERVICES, LLC |  | Goods & Services |
| 01/23/2020 | 30,139.67 |  | 01/27/2020 |  |
|  |  | BOOTS SMITH COMPLETION SERVICES, LLC |  | Goods & Services |
| 02/14/2020 | 4,500.00 |  | 02/18/2020 |  |
|  |  | BOOTS SMITH COMPLETION SERVICES, LLC |  | Goods & Services |
| 02/20/2020 | 4,500.00 |  | 02/24/2020 |  |
|  |  | BOOTS SMITH COMPLETION SERVICES, LLC |  | Goods & Services |
| 02/27/2020 | 4,247.90 |  | 03/02/2020 |  |
| 02/20/2020 | 4,102.30 | BOULDER COUNTY TREASURER | 02/26/2020 | Taxes |
| 02/07/2020 | 276.00 | BOULDER SELF STORAGE | 02/19/2020 | Storage Fees |
| 02/27/2020 | 276.00 | BOULDER SELF STORAGE | 03/04/2020 | Storage Fees |
| 01/16/2020 | 4,349.00 | BRAMMER ENGINEERING, INC. | 01/22/2020 | Goods & Services |
| 02/07/2020 | 910.42 | BRAMMER ENGINEERING, INC. | 02/13/2020 | Goods & Services |
| 02/14/2020 | 2,950.00 | BRAMMER ENGINEERING, INC. | 02/21/2020 | Goods & Services |
| 01/30/2020 | 1,800.00 | BREWTON AREA PROPERTIES, LLC | 02/04/2020 | Rent |
| 02/27/2020 | 1,800.00 | BREWTON AREA PROPERTIES, LLC | 03/04/2020 | Rent |
| 03/23/2020 | 1,800.00 | BREWTON AREA PROPERTIES, LLC | 03/27/2020 | Rent |
| 01/10/2020 | 99.00 | BRISTOL, INC. | 01/21/2020 | Goods & Services |
| 02/07/2020 | 3,564.00 | BRISTOL, INC. | 02/20/2020 | Goods & Services |
| 02/14/2020 | 3,465.00 | BRISTOL, INC. | 02/25/2020 | Goods & Services |
| 02/20/2020 | 22,326.60 | BRISTOL, INC. | 03/03/2020 | Goods & Services |
| 01/10/2020 | 7,609.34 | BTECH SERVICE & SUPPLY INC. | 01/17/2020 | Goods & Services |
| 01/23/2020 | 1,276.98 | BTECH SERVICE & SUPPLY INC. | 01/30/2020 | Goods & Services |
| 02/14/2020 | 39,677.58 | BTECH SERVICE & SUPPLY INC. | 02/20/2020 | Goods & Services |
| 02/20/2020 | 4,053.05 | BTECH SERVICE & SUPPLY INC. | 02/27/2020 | Goods & Services |
| 01/10/2020 | 5,116.88 | BUCK CREEK FREIGHT, INC. | 01/22/2020 | Goods & Services |
| 01/23/2020 | 1,962.40 | BUCK CREEK FREIGHT, INC. | 02/03/2020 | Goods & Services |
| 02/14/2020 | 723.45 | BUCK CREEK FREIGHT, INC. | 03/06/2020 | Goods & Services |
| 02/14/2020 | 66,571.79 | C&J SPEC-RENT SERVICES, INC. | 02/20/2020 | Goods & Services |
| 02/20/2020 | 123,591.99 | C&J SPEC-RENT SERVICES, INC. | 02/24/2020 | Goods & Services |
| 01/16/2020 | 7,310.00 | CAMP SERVICE AND REPAIR, LLC | 01/31/2020 | Goods & Services |
| 01/23/2020 | 7,190.00 | CAMP SERVICE AND REPAIR, LLC | 02/20/2020 | Goods & Services |

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/30/2020 | 4,665.00 | CAMP SERVICE AND REPAIR, LLC | 02/20/2020 | Goods & Services |
| 02/14/2020 | 8,300.00 | CAMP SERVICE AND REPAIR, LLC | 02/20/2020 | Goods & Services |
| 02/14/2020 | 220,000.00 | CAPSTAR DRILLING, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 310,125.33 | CAPSTAR DRILLING, INC. | 02/24/2020 | Goods & Services |
| 01/16/2020 | 11,314.50 | CARNLEY ELECTRIC INC | 01/24/2020 | Goods & Services |
| 01/23/2020 | 6,300.00 | CARNLEY ELECTRIC INC | 01/31/2020 | Goods & Services |
| 01/30/2020 | 7,020.00 | CARNLEY ELECTRIC INC | 02/07/2020 | Goods & Services |
| 02/07/2020 | 3,240.00 | CARNLEY ELECTRIC INC | 02/21/2020 | Goods & Services |
| 02/14/2020 | 1,800.00 | CARNLEY ELECTRIC INC | 02/21/2020 | Goods & Services |
| 02/20/2020 | 21,793.31 | CARNLEY ELECTRIC INC | 02/28/2020 | Goods & Services |
| 03/06/2020 | 2,391.35 | CARNLEY ELECTRIC INC | 03/13/2020 | Goods & Services |
| 01/30/2020 | 17,700.84 | CASS COUNTY TAX ASSESSOR | 02/19/2020 | Taxes |
| 01/16/2020 | 13,431.41 | CAWLEY, GILLESPIE & ASSOCIATES, INC | 01/23/2020 | Consulting Services |
| 01/10/2020 | 227.16 | CENTURYLINK | 01/15/2020 | Utilities |
| 02/14/2020 | 224.33 | CENTURYLINK | 02/18/2020 | Utilities |
| 03/13/2020 | 224.33 | CENTURYLINK | 03/18/2020 | Utilities |
| 01/23/2020 | 44.77 | CENTURYTEL/CENTURYLINK | 01/28/2020 | Utilities |
| 02/14/2020 | 44.03 | CENTURYTEL/CENTURYLINK | 02/20/2020 | Utilities |
| 01/23/2020 | 420.12 | CGG SERVICES (US) INC. | 01/28/2020 | Goods & Services |
| 02/20/2020 | 420.12 | CGG SERVICES (US) INC. | 02/25/2020 | Goods & Services |
| 03/13/2020 | 420.12 | CGG SERVICES (US) INC. | 03/18/2020 | Goods & Services |
| 01/10/2020 | 188.33 | CHEROKEE COUNTY ELECTRIC CO-OP ASSN. | 01/16/2020 | Utilities |
| 02/07/2020 | 227.58 | CHEROKEE COUNTY ELECTRIC CO-OP ASSN. | 02/12/2020 | Utilities |
| 03/13/2020 | 234.38 | CHEROKEE COUNTY ELECTRIC CO-OP ASSN. | 03/17/2020 | Utilities |
| 02/14/2020 | 946.46 | CHOICE COPY SERVICE, LLC | 02/24/2020 | Goods & Services |
| 03/06/2020 | 5,625.00 | CHRISTENSEN CONSULTING, LLC | 03/16/2020 | Goods & Services |
| 03/06/2020 | 7,960.00 | CICON & ASSOCIATES, L.L.P. | 03/12/2020 | Goods & Services |
| 01/30/2020 | 161.08 | CITY OF BREWTON | 02/05/2020 | Taxes |
| 03/13/2020 | 243.88 | CITY OF BREWTON | 03/18/2020 | Taxes |
| 03/23/2020 | 419.89 | CITY OF BREWTON | 03/30/2020 | Taxes |
| 01/10/2020 | 6,465.20 | CLARKCO OILFIELD SERVICES, INC. | 01/15/2020 | Goods & Services |
| 01/23/2020 | 4,997.97 | CLARKCO OILFIELD SERVICES, INC. | 01/29/2020 | Goods & Services |
| 02/14/2020 | 214.00 | CLARKCO OILFIELD SERVICES, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 2,564.79 | CLARKCO OILFIELD SERVICES, INC. | 02/27/2020 | Goods & Services |
| 02/27/2020 | 747.93 | CLARKCO OILFIELD SERVICES, INC. | 03/04/2020 | Goods & Services |
| 01/16/2020 | 345.65 | CLARKE COUNTY TAX ASSESSOR COLLECTOR | 01/27/2020 | Taxes |
| 01/30/2020 | 1,792.29 | CLARKE COUNTY TAX ASSESSOR COLLECTOR | 02/06/2020 | Taxes |
| 01/10/2020 | 5,420.30 | COASTAL CHEMICAL CO., LLC | 01/16/2020 | Goods & Services |
| 01/16/2020 | 2,446.34 | COASTAL CHEMICAL CO., LLC | 01/24/2020 | Goods & Services |
| 01/21/2020 | 13,500.43 | COASTAL CHEMICAL CO., LLC | 01/28/2020 | Goods & Services |
| 01/30/2020 | 1,484.85 | COASTAL CHEMICAL CO., LLC | 02/07/2020 | Goods & Services |
| 02/07/2020 | 6,059.92 | COASTAL CHEMICAL CO., LLC | 02/13/2020 | Goods & Services |
| 02/27/2020 | 525.94 | COCHRAN CHEMICAL CO., INC. | 03/05/2020 | Goods & Services |
| 01/30/2020 | 155.02 | COMCAST | 02/10/2020 | Utilities |
| 02/20/2020 | 155.02 | COMCAST | 02/27/2020 | Utilities |
| 03/23/2020 | 155.02 | COMCAST | 03/30/2020 | Utilities |
| 01/30/2020 | 4,702.00 | COMPLETE ENVIRONMENTAL & REMEDIATION CO | 02/05/2020 | Goods & Services |
| 02/20/2020 | 24,503.56 | COMPLETE ENVIRONMENTAL & REMEDIATION CO | 02/25/2020 | Goods & Services |
| 02/14/2020 | 5,395.23 | COMPRESSION CONTROLS & RENTALS, LLC | 02/21/2020 | Goods & Services |

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| | | COMPRESSION CONTROLS & RENTALS, LLC | | Goods & Services |
| 02/20/2020 | 5,395.23 | | 02/28/2020 | |
| | | CONSOLIDATED ELECTRICAL DISTRIBUTORS | | Goods & Services |
| 01/30/2020 | 2,317.68 | INC | 02/04/2020 | |
| | | CONSOLIDATED ELECTRICAL DISTRIBUTORS | | Goods & Services |
| 02/20/2020 | 5,881.86 | INC | 02/26/2020 | |
| 01/30/2020 | 24,275.71 | CORPORATE PAYMENT SYSTEMS | 02/06/2020 | Goods & Services |
| 02/20/2020 | 37,365.44 | CORPORATE PAYMENT SYSTEMS | 02/27/2020 | Goods & Services |
| 03/23/2020 | 24,520.45 | CORPORATE PAYMENT SYSTEMS | 03/30/2020 | Goods & Services |
| 01/30/2020 | 199.02 | CORY EZELLE | 02/06/2020 | |
| 02/20/2020 | 199.02 | CORY EZELLE | 02/26/2020 | |
| 02/27/2020 | 7,500.00 | COUNTERPOINT CONSULTING, LLC | 03/03/2020 | Consulting Services |
| 01/10/2020 | 17,998.00 | CROWLEY FLECK PLLP | 01/14/2020 | Goods & Services |
| 01/30/2020 | 348.00 | CROWLEY FLECK PLLP | 02/05/2020 | Goods & Services |
| 01/30/2020 | 8,560.00 | CSI COMPRESSCO OPERATING, LLC | 02/03/2020 | Goods & Services |
| 02/14/2020 | 6,250.00 | CSI COMPRESSCO OPERATING, LLC | 02/18/2020 | Goods & Services |
| 03/13/2020 | 14,810.00 | CSI COMPRESSCO OPERATING, LLC | 03/18/2020 | Goods & Services |
| 02/20/2020 | 16,048.20 | CSI TECHNOLOGIES, LLC | 03/02/2020 | Goods & Services |
| 01/10/2020 | 35.00 | CT CORPORATION SYSTEM | 01/21/2020 | Goods & Services |
| 02/20/2020 | 417.00 | CT CORPORATION SYSTEM | 02/26/2020 | Goods & Services |
| 03/06/2020 | 658.00 | CT CORPORATION SYSTEM | 03/13/2020 | Goods & Services |
| 01/10/2020 | 59.92 | CULKIN WATER DISTRICT | 01/16/2020 | Utilities |
| 02/07/2020 | 59.92 | CULKIN WATER DISTRICT | 02/13/2020 | Utilities |
| 03/13/2020 | 59.92 | CULKIN WATER DISTRICT | 03/18/2020 | Utilities |
| 01/10/2020 | 3,591.00 | D & M DRILLING FLUIDS, INC. | 01/29/2020 | Goods & Services |
| 01/23/2020 | 3,591.00 | D & M DRILLING FLUIDS, INC. | 01/29/2020 | Goods & Services |
| 01/30/2020 | 7,110.00 | D & M DRILLING FLUIDS, INC. | 02/04/2020 | Goods & Services |
| 02/20/2020 | 10,567.60 | D & M DRILLING FLUIDS, INC. | 02/28/2020 | Goods & Services |
| 01/10/2020 | 1,100.00 | DAVIS HOT SHOT SERVICE, LLC | 01/22/2020 | Goods & Services |
| 01/23/2020 | 2,200.00 | DAVIS HOT SHOT SERVICE, LLC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 2,520.00 | DAVIS HOT SHOT SERVICE, LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 6,000.00 | DAVIS HOT SHOT SERVICE, LLC | 02/25/2020 | Goods & Services |
| 01/10/2020 | 5,093.20 | DEEPWELL ENERGY SERVICES, LLC | 01/14/2020 | Utilities |
| 02/14/2020 | 5,831.50 | DEEPWELL ENERGY SERVICES, LLC | 02/19/2020 | Utilities |
| 02/20/2020 | 4,750.00 | DEEPWELL ENERGY SERVICES, LLC | 02/25/2020 | Utilities |
| 02/27/2020 | 1,100.00 | DEEPWELL ENERGY SERVICES, LLC | 03/03/2020 | Utilities |
| 01/30/2020 | 131.98 | DIRECTV | 02/10/2020 | Utilities |
| 02/20/2020 | 5,768.84 | DON EUSTES | 02/25/2020 | Goods & Services |
| 03/13/2020 | 469.12 | DON EUSTES | 03/18/2020 | Goods & Services |
| 02/20/2020 | 526.44 | DOUBLE D DYNAMICS | 02/25/2020 | Goods & Services |
| 01/30/2020 | 1,000.00 | DOUGLAS PARKING, LLC | 02/19/2020 | Goods & Services |
| 01/10/2020 | 875.00 | EAGLE EXPRESS HOTSHOT SER. LLC | 01/22/2020 | Goods & Services |
| 02/14/2020 | 4,067.70 | EAGLE EXPRESS HOTSHOT SER. LLC | 02/20/2020 | Goods & Services |
| 02/20/2020 | 3,134.84 | EAGLE EXPRESS HOTSHOT SER. LLC | 02/27/2020 | Goods & Services |
| 02/27/2020 | 1,698.00 | EAGLE EXPRESS HOTSHOT SER. LLC | 03/05/2020 | Goods & Services |
| 01/30/2020 | 11,602.72 | EAST RIDGE COUNTRY CLUB | 02/05/2020 | Goods & Services |
| 01/10/2020 | 2,204.32 | East West Bank Treasury Department | 01/10/2020 | Payments on Secured Debt |
| 01/30/2020 | 102,689.38 | East West Bank Treasury Department | 01/30/2020 | Payments on Secured Debt |
| 02/11/2020 | 150.00 | East West Bank Treasury Department | 02/11/2020 | Payments on Secured Debt |
| 03/02/2020 | 103,569.21 | East West Bank Treasury Department | 03/02/2020 | Payments on Secured Debt |
| 02/24/2020 | 3,450.00 | East West Bank Treasury Department | 02/24/2020 | Payments on Secured Debt |
| 03/18/2020 | 125.00 | East West Bank Treasury Department | 03/18/2020 | Payments on Secured Debt |
| 03/16/2020 | 250,000.00 | East West Bank Treasury Department | 03/16/2020 | Payments on Secured Debt |
| 03/30/2020 | 87,691.85 | East West Bank Treasury Department | 03/30/2020 | Payments on Secured Debt |
| 03/06/2020 | 125.00 | East West Bank Treasury Department | 03/06/2020 | Payments on Secured Debt |
| 03/20/2020 | 985.55 | East West Bank Treasury Department | 03/20/2020 | Payments on Secured Debt |
| 01/10/2020 | 21,410.19 | EASTERN FISHING & RENTAL TOOLS INC | 01/17/2020 | Goods & Services |
| 01/16/2020 | 33,703.23 | EASTERN FISHING & RENTAL TOOLS INC | 01/22/2020 | Goods & Services |

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/23/2020 | 19,663.89 | EASTERN FISHING & RENTAL TOOLS INC | 01/28/2020 | Goods & Services |
| 01/30/2020 | 85,967.86 | EASTERN FISHING & RENTAL TOOLS INC | 02/05/2020 | Goods & Services |
| 02/07/2020 | 10,103.67 | EASTERN FISHING & RENTAL TOOLS INC | 02/19/2020 | Goods & Services |
| 02/14/2020 | 21,299.36 | EASTERN FISHING & RENTAL TOOLS INC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 1,767.50 | EASTERN FISHING & RENTAL TOOLS INC | 02/25/2020 | Goods & Services |
| 02/27/2020 | 66,106.41 | EASTERN FISHING & RENTAL TOOLS INC | 03/03/2020 | Goods & Services |
| 03/06/2020 | 6,022.01 | EASTERN FISHING & RENTAL TOOLS INC | 03/10/2020 | Goods & Services |
| 03/13/2020 | 2,100.00 | EASTERN FISHING & RENTAL TOOLS INC | 03/17/2020 | Goods & Services |
| 01/10/2020 | 2,098.42 | ECS | 01/15/2020 | Goods & Services |
| 01/30/2020 | 5,819.06 | ECS | 02/05/2020 | Goods & Services |
| 02/07/2020 | 2,126.27 | ECS | 02/12/2020 | Goods & Services |
| 02/20/2020 | 8,533.26 | ECS | 02/26/2020 | Goods & Services |
| 03/06/2020 | 2,349.99 | ECS | 03/11/2020 | Goods & Services |
| 02/20/2020 | 2,573.50 | EICHE, MAPES, AND COMPANY, INC | 02/28/2020 | Goods & Services |
| 01/30/2020 | 289.50 | ELDORADO ARTESIAN SPRINGS | 02/06/2020 | Goods & Services |
| 03/13/2020 | 176.65 | ELDORADO ARTESIAN SPRINGS | 03/23/2020 | Goods & Services |
| 01/23/2020 | 4,814.00 | ENGINEERING SERVICE | 01/29/2020 | Goods & Services |
| 01/30/2020 | 184.00 | ENGINEERING SERVICE | 02/05/2020 | Goods & Services |
| 01/16/2020 | 169.02 | ENTERGY | 01/21/2020 | Goods & Services |
| 02/14/2020 | 182.24 | ENTERGY | 02/18/2020 | Goods & Services |
| 03/13/2020 | 183.82 | ENTERGY | 03/17/2020 | Goods & Services |
| 01/10/2020 | 3,000.00 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 01/22/2020 | Utilities |
| 01/30/2020 | 5,500.00 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 02/06/2020 | Utilities |
| 01/30/2020 | 6,113.14 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 02/06/2020 | Utilities |
| 02/07/2020 | 155.20 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 02/12/2020 | Utilities |
| 03/09/2020 | 5,985.92 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 03/12/2020 | Utilities |
| 03/09/2020 | 155.20 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 03/12/2020 | Utilities |
| 03/09/2020 | 37.05 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 03/12/2020 | Utilities |
| 03/23/2020 | 6,249.11 | ESCAMBIA RIVER ELECTRIC COOPERATIVE, INC | 03/30/2020 | Utilities |
| 01/30/2020 | 9,041.76 | EXCEL CONSULTING, LLC | 02/05/2020 | Consulting Services |
| 01/10/2020 | 23,102.94 | EZZIE'S WHOLESALE, INC. | 01/14/2020 | Goods & Services |
| 01/16/2020 | 12,603.89 | EZZIE'S WHOLESALE, INC. | 01/22/2020 | Goods & Services |
| 01/23/2020 | 15,965.49 | EZZIE'S WHOLESALE, INC. | 01/28/2020 | Goods & Services |
| 01/30/2020 | 12,626.28 | EZZIE'S WHOLESALE, INC. | 02/04/2020 | Goods & Services |
| 02/07/2020 | 12,091.68 | EZZIE'S WHOLESALE, INC. | 02/12/2020 | Goods & Services |
| 02/14/2020 | 12,609.50 | EZZIE'S WHOLESALE, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 9,283.49 | EZZIE'S WHOLESALE, INC. | 02/25/2020 | Goods & Services |
| 03/06/2020 | 1,223.16 | EZZIE'S WHOLESALE, INC. | 03/11/2020 | Goods & Services |
| 03/10/2020 | 10,515.84 | EZZIE'S WHOLESALE, INC. | 03/12/2020 | Goods & Services |
| 03/23/2020 | 2,978.70 | EZZIE'S WHOLESALE, INC. | 03/30/2020 | Goods & Services |
| 01/10/2020 | 3,735.00 | FDEP OIL & GAS PROGRAM | 01/28/2020 | Goods & Services |
| 01/10/2020 | 3,735.00 | FDEP OIL & GAS PROGRAM | 01/28/2020 | Goods & Services |
| 01/30/2020 | 162.52 | FEDEX | 02/06/2020 | Goods & Services |
| 03/13/2020 | 43.33 | FEDEX | 03/18/2020 | Goods & Services |
| 01/16/2020 | 167.79 | FERRELLGAS | 01/27/2020 | Goods & Services |
| 01/30/2020 | 35,829.59 | FLETCHER PETROLEUM CO., LLC | 02/04/2020 | Goods & Services |
| 03/06/2020 | 2,762.54 | FLETCHER PETROLEUM CO., LLC | 03/11/2020 | Goods & Services |
| 01/10/2020 | 23,111.22 | FLEXJET, LLC | 01/14/2020 | Goods & Services |
| 02/14/2020 | 22,946.12 | FLEXJET, LLC | 02/19/2020 | Goods & Services |
| 01/15/2020 | 1,392.20 | FLORIDA DEPARTMENT OF REVENUE | 01/21/2020 | Taxes |

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 02/20/2020 | 6,774.02 | FOOTE OIL & GAS PROPERTIES, LLC | 03/17/2020 | Goods & Services |
| 01/16/2020 | 770.44 | FORD MOTOR COMPANY | 01/21/2020 | Secured Debt Payments |
| 01/16/2020 | 1,021.22 | FORD MOTOR COMPANY | 01/21/2020 | Secured Debt Payments |
| 01/16/2020 | 829.56 | FORD MOTOR COMPANY | 01/21/2020 | Secured Debt Payments |
| 01/23/2020 | 1,022.82 | FORD MOTOR COMPANY | 01/27/2020 | Secured Debt Payments |
| 01/23/2020 | 680.52 | FORD MOTOR COMPANY | 01/27/2020 | Secured Debt Payments |
| 01/23/2020 | 818.90 | FORD MOTOR COMPANY | 01/27/2020 | Secured Debt Payments |
| 01/30/2020 | 714.80 | FORD MOTOR COMPANY | 02/03/2020 | Secured Debt Payments |
| 01/30/2020 | 921.17 | FORD MOTOR COMPANY | 02/03/2020 | Secured Debt Payments |
| 01/30/2020 | 814.02 | FORD MOTOR COMPANY | 02/03/2020 | Secured Debt Payments |
| 02/14/2020 | 770.44 | FORD MOTOR COMPANY | 02/19/2020 | Secured Debt Payments |
| 02/14/2020 | 1,021.22 | FORD MOTOR COMPANY | 02/19/2020 | Secured Debt Payments |
| 02/14/2020 | 829.56 | FORD MOTOR COMPANY | 02/19/2020 | Secured Debt Payments |
| 02/14/2020 | 1,022.82 | FORD MOTOR COMPANY | 02/19/2020 | Secured Debt Payments |
| 02/20/2020 | 680.52 | FORD MOTOR COMPANY | 02/24/2020 | Secured Debt Payments |
| 02/20/2020 | 818.90 | FORD MOTOR COMPANY | 02/24/2020 | Secured Debt Payments |
| 02/20/2020 | 840.32 | FORD MOTOR COMPANY | 02/24/2020 | Secured Debt Payments |
| 02/27/2020 | 714.80 | FORD MOTOR COMPANY | 03/02/2020 | Secured Debt Payments |
| 02/27/2020 | 921.17 | FORD MOTOR COMPANY | 03/02/2020 | Secured Debt Payments |
| 02/27/2020 | 814.02 | FORD MOTOR COMPANY | 03/02/2020 | Secured Debt Payments |
| 03/13/2020 | 770.44 | FORD MOTOR COMPANY | 03/18/2020 | Secured Debt Payments |
| 03/13/2020 | 1,021.22 | FORD MOTOR COMPANY | 03/18/2020 | Secured Debt Payments |
| 03/23/2020 | 829.56 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 03/23/2020 | 1,022.82 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 03/23/2020 | 680.52 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 03/23/2020 | 818.90 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 03/23/2020 | 840.32 | FORD MOTOR COMPANY | 03/27/2020 | Secured Debt Payments |
| 02/14/2020 | 840.32 | Ford Motor Company | 02/14/2020 | Secured Debt Payments |
| 01/10/2020 | 4,421.88 | FRANDSON SAFETY, INC. | 01/17/2020 | Goods & Services |
| 02/07/2020 | 766.54 | FRANK MONTALVO | 02/11/2020 | Expense Reimbursement |
| 03/13/2020 | 205.69 | FRANK MONTALVO | 03/24/2020 | Expense Reimbursement |
| 01/30/2020 | 11,580.20 | FREESTONE COUNTY TAX OFFICE | 02/07/2020 | Taxes |
| 01/16/2020 | 4,724.87 | FUELMAN | 01/24/2020 | Fuel Cards |
| 01/30/2020 | 5,715.14 | FUELMAN | 02/07/2020 | Fuel Cards |
| 02/14/2020 | 5,352.46 | FUELMAN | 02/20/2020 | Fuel Cards |
| 02/27/2020 | 5,748.33 | FUELMAN | 03/05/2020 | Fuel Cards |
| 03/13/2020 | 5,468.43 | FUELMAN | 03/20/2020 | Fuel Cards |
| 02/14/2020 | 5,467.70 | FULL THROTTLE ENERGY SERVICE, LLC | 02/20/2020 | Goods & Services |
| 02/20/2020 | 2,123.95 | FULL THROTTLE ENERGY SERVICE, LLC | 02/25/2020 | Goods & Services |
| 02/27/2020 | 2,123.95 | FULL THROTTLE ENERGY SERVICE, LLC | 03/04/2020 | Goods & Services |
| 01/10/2020 | 17,525.22 | GE OIL & GAS | 01/14/2020 | Goods & Services |
| 02/07/2020 | 12,544.64 | GE OIL & GAS | 02/12/2020 | Goods & Services |
| 02/14/2020 | 911.84 | GE OIL & GAS | 02/18/2020 | Goods & Services |
| 02/20/2020 | 86,320.07 | GE OIL & GAS | 02/24/2020 | Goods & Services |
| 02/27/2020 | 1,583.34 | GE OIL & GAS | 03/02/2020 | Goods & Services |
| 02/27/2020 | 220.50 | GENCO TRANSPORT, LLC | 03/04/2020 | Goods & Services |
| 01/30/2020 | 15,221.78 | GHD SERVICES, INC. | 02/05/2020 | Goods & Services |
| 01/30/2020 | 900.00 | GLEN WHITE & | 02/10/2020 | Goods & Services |
| 02/27/2020 | 900.00 | GLEN WHITE & | 03/03/2020 | Goods & Services |
| 02/14/2020 | 437.52 | GLOBAL VESSEL & TANK LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 2,307.15 | GLOBAL VESSEL & TANK LLC | 02/25/2020 | Goods & Services |
| 01/10/2020 | 488.70 | GLOBALSTAR USA | 01/15/2020 | Goods & Services |
| 02/07/2020 | 482.44 | GLOBALSTAR USA | 02/13/2020 | Goods & Services |
| 03/13/2020 | 482.44 | GLOBALSTAR USA | 03/18/2020 | Goods & Services |
| 02/27/2020 | 37,051.36 | GRAVITY OILFIELD SERVICES, LLC | 03/03/2020 | Goods & Services |
| 02/20/2020 | 4,000.00 | GRS SERVICES, LLC | 03/04/2020 | Goods & Services |
| 01/23/2020 | 4,012.61 | GTT COMMUNICATIONS, INC. | 01/27/2020 | Goods & Services |
| 02/20/2020 | 4,001.61 | GTT COMMUNICATIONS, INC. | 02/24/2020 | Goods & Services |

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 03/23/2020 | 3,973.41 | GTT COMMUNICATIONS, INC. | 03/30/2020 | Goods & Services |
| 02/20/2020 | 4,670.87 | GULF COAST LAND SERVICES, INC. | 02/25/2020 | Goods & Services |
| 03/13/2020 | 5,057.81 | GULF COAST LAND SERVICES, INC. | 03/17/2020 | Goods & Services |
| 01/23/2020 | 22,000.00 | GUSTAVSON ASSOCIATES, LLC | 01/29/2020 | Goods & Services |
| 01/10/2020 | 62,796.00 | H&H CONSTRUCTION, LLC | 01/15/2020 | Goods & Services |
| 01/23/2020 | 900.00 | H&H CONSTRUCTION, LLC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 1,968.00 | H&H CONSTRUCTION, LLC | 02/26/2020 | Goods & Services |
| 02/20/2020 | 123,750.00 | H&H CONSTRUCTION, LLC | 02/26/2020 | Goods & Services |
| 02/27/2020 | 2,424.00 | H&H CONSTRUCTION, LLC | 03/04/2020 | Goods & Services |
| 03/13/2020 | 16,329.00 | H&H CONSTRUCTION, LLC | 03/18/2020 | Goods & Services |
| 01/16/2020 | 18,807.25 | H2SZERO, LLC | 01/24/2020 | Goods & Services |
| 01/10/2020 | 187.31 | HAROLD J. DE LEON | 01/24/2020 | Expense Reimbursement |
| 03/13/2020 | 517.50 | HAROLD J. DE LEON | 03/23/2020 | Expense Reimbursement |
| 02/20/2020 | 4,365.60 | HEAP SERVICES LLC | 02/25/2020 | Goods & Services |
| 01/23/2020 | 534.54 | HERRING GAS COMPANY, INC. | 01/30/2020 | Utilities |
| 02/20/2020 | 648.41 | HERRING GAS COMPANY, INC. | 02/26/2020 | Utilities |
| 01/30/2020 | 260.12 | HIGH TECH FORMS LLC | 02/06/2020 | Goods & Services |
| 03/06/2020 | 13,023.00 | HIIG SSERVICE COMPANY | 03/10/2020 | Goods & Services |
| 02/14/2020 | 8,292.50 | HI-VAC, LLC | 02/20/2020 | Goods & Services |
| 02/20/2020 | 1,219.80 | HI-VAC, LLC | 03/03/2020 | Goods & Services |
| 03/06/2020 | 2,614.50 | HLP ENGINEERING, INC. | 03/10/2020 | Goods & Services |
| 01/30/2020 | 7,496.31 | HOPPING GREEN & SAMS, P.A. | 02/05/2020 | Goods & Services |
| 01/30/2020 | 170.41 | HUGHES NETWORK SYSTEMS, LLC | 02/05/2020 | Goods & Services |
| 03/13/2020 | 170.41 | HUGHES NETWORK SYSTEMS, LLC | 03/20/2020 | Goods & Services |
| 03/06/2020 | 28,932.04 | HURLEY ENTERPRISES, INC. | 03/11/2020 | Goods & Services |
| 01/10/2020 | 1,000.00 | HURST PUMPING, INC. | 01/14/2020 | Goods & Services |
| 02/14/2020 | 1,000.00 | HURST PUMPING, INC. | 02/20/2020 | Goods & Services |
| 03/06/2020 | 1,000.00 | HURST PUMPING, INC. | 03/10/2020 | Goods & Services |
| 01/30/2020 | 1,846.67 | IHS GLOBAL, INC. | 02/03/2020 | Goods & Services |
| 03/23/2020 | 1,663.74 | IHS GLOBAL, INC. | 03/30/2020 | Goods & Services |
| 02/27/2020 | 630.00 | INFINISOURCE BENEFIT SERVICES | 03/10/2020 | Employee Benefits |
| 03/23/2020 | 157.25 | INFINISOURCE BENEFIT SERVICES | 03/30/2020 | Employee Benefits |
| 01/10/2020 | 200.00 | INTER-MOUNTAIN PIPE & THREADING COMPANY | 01/16/2020 | Goods & Services |
| 02/27/2020 | 1,641.15 | INTER-MOUNTAIN PIPE & THREADING COMPANY | 03/06/2020 | Goods & Services |
| 02/14/2020 | 143.26 | IRON MOUNTAIN RECORDS MANAGEMENT | 02/18/2020 | Goods & Services |
| 02/20/2020 | 214.89 | IRON MOUNTAIN RECORDS MANAGEMENT | 02/24/2020 | Goods & Services |
| 01/16/2020 | 6,208.22 | J & H INSURANCE SERVICES, INC. | 01/27/2020 | Insurance |
| 02/14/2020 | 2,500.00 | J & H INSURANCE SERVICES, INC. | 02/21/2020 | Insurance |
| 03/03/2020 | 12,622.89 | J & H INSURANCE SERVICES, INC. | 03/09/2020 | Insurance |
| 03/06/2020 | 40,988.96 | J & H INSURANCE SERVICES, INC. | 03/11/2020 | Insurance |
| 01/10/2020 | 1,100.00 | J NICHOLS LLC | 01/31/2020 | Goods & Services |
| 01/23/2020 | 1,100.00 | J NICHOLS LLC | 01/31/2020 | Goods & Services |
| 02/20/2020 | 4,900.00 | J NICHOLS LLC | 02/26/2020 | Goods & Services |
| 02/27/2020 | 2,000.00 | J NICHOLS LLC | 03/04/2020 | Goods & Services |
| 02/07/2020 | 4,508.67 | JAMES MUSLOW, JR. | 02/12/2020 | Goods & Services |
| 02/07/2020 | 1,500.00 | JAMES W. MURDOCK | 02/21/2020 | Goods & Services |
| 01/10/2020 | 9,502.00 | JIMCO PUMPS | 01/14/2020 | Goods & Services |
| 01/23/2020 | 5,212.51 | JIMCO PUMPS | 01/28/2020 | Goods & Services |
| 02/07/2020 | 16,871.76 | JIMCO PUMPS | 02/19/2020 | Goods & Services |
| 02/14/2020 | 13,582.53 | JIMCO PUMPS | 02/25/2020 | Goods & Services |
| 02/20/2020 | 60,676.11 | JIMCO PUMPS | 02/25/2020 | Goods & Services |
| 03/13/2020 | 5,484.52 | JIMCO PUMPS | 03/17/2020 | Goods & Services |
| 02/20/2020 | 50,022.50 | JOHN PIKE CONSTRUCTION, INC. | 03/02/2020 | Goods & Services |
| 01/23/2020 | 4,617.51 | JOHN STRAUSSER | 02/03/2020 | Goods & Services |

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 02/07/2020 | 1,701.21 | JOHN STRAUSSER | 02/18/2020 | Goods & Services |
| 02/20/2020 | 2,811.64 | JOHN STRAUSSER | 02/25/2020 | Goods & Services |
| 03/23/2020 | 2,720.93 | JOHN STRAUSSER | 03/27/2020 | Goods & Services |
| 01/10/2020 | 350.00 | JTC OPERATING, INC. | 01/14/2020 | Goods & Services |
| 01/10/2020 | 1,350.00 | K&T WELDING SERVICES, LLC | 01/16/2020 | Goods & Services |
| 01/30/2020 | 46.99 | KATE EGGLESTON | 01/31/2020 | Expense Reimbursement |
| 02/20/2020 | 289.99 | KATE EGGLESTON | 02/24/2020 | Expense Reimbursement |
| 01/23/2020 | 22,011.60 | KCS AUTOMATION, LLC | 01/30/2020 | Goods & Services |
| 02/12/2020 | 69,666.84 | KCS Automation, LLC | 02/12/2020 | Goods & Services |
| 01/10/2020 | 60,788.57 | KELLEY BROTHERS CONTRACTORS, INC. | 01/14/2020 | Goods & Services |
| 01/16/2020 | 87,166.53 | KELLEY BROTHERS CONTRACTORS, INC. | 01/22/2020 | Goods & Services |
| 01/23/2020 | 55,730.61 | KELLEY BROTHERS CONTRACTORS, INC. | 01/28/2020 | Goods & Services |
| 01/30/2020 | 21,022.90 | KELLEY BROTHERS CONTRACTORS, INC. | 02/04/2020 | Goods & Services |
| 02/07/2020 | 15,847.38 | KELLEY BROTHERS CONTRACTORS, INC. | 02/11/2020 | Goods & Services |
| 02/20/2020 | 88,685.45 | KELLEY BROTHERS CONTRACTORS, INC. | 02/25/2020 | Goods & Services |
| 03/06/2020 | 27,501.20 | KELLEY BROTHERS CONTRACTORS, INC. | 03/10/2020 | Goods & Services |
| 03/13/2020 | 24,160.05 | KELLEY BROTHERS CONTRACTORS, INC. | 03/17/2020 | Goods & Services |
| 01/10/2020 | 2,128.05 | KELLEY OIL COMPANY | 01/14/2020 | Goods & Services |
| 01/23/2020 | 8,140.43 | KELLEY OIL COMPANY | 01/28/2020 | Goods & Services |
| 02/14/2020 | 11,759.15 | KELLEY OIL COMPANY | 02/19/2020 | Goods & Services |
| 02/20/2020 | 22,372.65 | KELLEY OIL COMPANY | 02/25/2020 | Goods & Services |
| 02/07/2020 | 5,175.24 | Kelly L. Baker | 02/07/2020 | Goods & Services |
| 01/30/2020 | 35,757.84 | KENNY COPELAND | 02/06/2020 | Goods & Services |
| 02/14/2020 | 13,208.16 | KENNY COPELAND | 02/19/2020 | Goods & Services |
| 02/27/2020 | 1,047.00 | KENNY COPELAND | 03/04/2020 | Goods & Services |
| 03/13/2020 | 16,018.10 | KENNY COPELAND | 03/18/2020 | Goods & Services |
| 01/10/2020 | 70.76 | KEY-RITE SECURITY | 01/17/2020 | Goods & Services |
| 02/20/2020 | 70.76 | KEY-RITE SECURITY | 02/26/2020 | Goods & Services |
| 03/13/2020 | 70.76 | KEY-RITE SECURITY | 03/24/2020 | Goods & Services |
| 01/10/2020 | 2,862.10 | KEYSTONE ENGINEERING, INC. | 01/16/2020 | Goods & Services |
| 01/23/2020 | 5,684.60 | KEYSTONE ENGINEERING, INC. | 01/30/2020 | Goods & Services |
| 01/30/2020 | 2,643.00 | KEYSTONE ENGINEERING, INC. | 02/05/2020 | Goods & Services |
| 02/20/2020 | 1,046.00 | KEYSTONE ENGINEERING, INC. | 02/27/2020 | Goods & Services |
| 01/10/2020 | 50.00 | KIM ANDERSON | 01/22/2020 | Expense Reimbursement |
| 03/06/2020 | 66,180.90 | KING CANYON BUFFALO, INC. | 03/12/2020 | Goods & Services |
| | | KIRK WEAVER CONTRACT PUMPING, INC. | | Goods & Services |
| 01/10/2020 | 1,090.00 | | 01/17/2020 | |
| | | KIRK WEAVER CONTRACT PUMPING, INC. | | Goods & Services |
| 03/06/2020 | 750.00 | | 03/11/2020 | |
| | | KIRK WEAVER CONTRACT PUMPING, INC. | | Goods & Services |
| 03/23/2020 | 750.00 | | 03/30/2020 | |
| 01/30/2020 | 640.00 | KLATT MOVING & STORAGE | 02/24/2020 | Goods & Services |
| 01/10/2020 | 17,439.00 | KLEINFELDER, INC. | 01/15/2020 | Goods & Services |
| 01/30/2020 | 2,541.00 | KLEINFELDER, INC. | 02/06/2020 | Goods & Services |
| 02/20/2020 | 3,000.00 | KLEINFELDER, INC. | 02/26/2020 | Goods & Services |
| 01/10/2020 | 26,967.62 | KODIAK GAS SERVICES, LLC | 01/14/2020 | Goods & Services |
| 01/21/2020 | 55,013.65 | KODIAK GAS SERVICES, LLC | 01/28/2020 | Goods & Services |
| 02/20/2020 | 27,595.31 | KODIAK GAS SERVICES, LLC | 02/26/2020 | Goods & Services |
| | | Kutner Brinen, P.C. Coltaf Account | | Legal Fees - Retainer for Bankruptcy |
| 03/19/2020 | 20,000.00 | | 03/19/2020 | Counsel |
| | | Kutner Brinen, P.C. Coltaf Account | | Legal Fees - Retainer for Bankruptcy |
| 03/30/2020 | 100,000.00 | | 03/30/2020 | Counsel |
| 02/27/2020 | 3,000.00 | LARSON ENVIRONMENTAL, LLC | 03/05/2020 | Goods & Services |
| 01/16/2020 | 1,396.00 | LEON E. WERNTZ & ASSOCIATES, INC. | 01/22/2020 | Employee Benefits - Insurance |
| 01/30/2020 | 305.50 | LEON E. WERNTZ & ASSOCIATES, INC. | 02/05/2020 | Employee Benefits - Insurance |
| 02/20/2020 | 211.50 | LEON E. WERNTZ & ASSOCIATES, INC. | 02/25/2020 | Employee Benefits - Insurance |
| 03/13/2020 | 216.00 | LEON E. WERNTZ & ASSOCIATES, INC. | 03/17/2020 | Employee Benefits - Insurance |
| 03/23/2020 | 500.00 | LEON E. WERNTZ & ASSOCIATES, INC. | 03/26/2020 | Employee Benefits - Insurance |

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 02/27/2020 | 914.07 | LIBERTY SUPPLY, INC. | 03/04/2020 | Goods & Services |
| 01/30/2020 | 958.39 | LIMESTONE COUNTY TAX COLLECTOR | 02/06/2020 | Taxes |
| 02/20/2020 | 2,357.25 | LONEWOLF ENERGY, INC. | 02/26/2020 | Goods & Services |
| 01/23/2020 | 80.00 | LOUISIANA - EDWARDS TOWER | 01/30/2020 | Rent |
| 01/30/2020 | 7,000.13 | LOUISIANA - EDWARDS TOWER | 02/05/2020 | Rent |
| 02/27/2020 | 7,238.75 | LOUISIANA - EDWARDS TOWER | 03/06/2020 | Rent |
| 03/23/2020 | 7,238.75 | LOUISIANA - EDWARDS TOWER | 03/27/2020 | Rent |
| 01/13/2020 | 63.00 | Louisiana Dept. of Revenue | 01/13/2020 | Taxes |
| 02/11/2020 | 1,521.00 | Louisiana Dept. of Revenue | 02/11/2020 | Taxes |
| 02/27/2020 | 104.50 | LOUISIANA ONE CALL SYSTEM | 03/09/2020 | Goods & Services |
| 03/23/2020 | 4.50 | LOUISIANA ONE CALL SYSTEM | 03/27/2020 | Goods & Services |
| 01/06/2020 | 210,000.00 | Maevlo Smackover, LLC | 01/06/2020 | Payment of Royalty Interests |
| 02/07/2020 | 100.00 | MARIE GARDNER | 02/10/2020 | Expense Reimbursement |
| 01/30/2020 | 4,310.18 | MARION COUNTY TAX OFFICE | 02/06/2020 | Taxes |
| 01/10/2020 | 1,475.00 | MARTY CHERRY ENTERPRISE LLC | 01/22/2020 | Goods & Services |
| 02/27/2020 | 1,475.00 | MARTY CHERRY ENTERPRISE LLC | 03/12/2020 | Goods & Services |
| 03/23/2020 | 1,475.00 | MARTY CHERRY ENTERPRISE LLC | 03/31/2020 | Goods & Services |
| 01/23/2020 | 2,633.81 | MASCO WIRELINE, INC. | 02/03/2020 | Goods & Services |
| 01/30/2020 | 2,648.25 | MASCO WIRELINE, INC. | 02/10/2020 | Goods & Services |
| 03/04/2020 | 4,993.03 | MAVERICK WELL SERVICE, LLC | 03/10/2020 | Goods & Services |
| 01/30/2020 | 75.78 | MCADAMS PROPANE COMPANY | 02/05/2020 | Goods & Services |
| 02/20/2020 | 9,896.78 | MCDAVID, NOBLIN & WEST PLLC | 02/25/2020 | Goods & Services |
| 02/27/2020 | 545.00 | MCDAVID, NOBLIN & WEST PLLC | 03/09/2020 | Goods & Services |
| 01/10/2020 | 264.79 | MEDIACOM | 01/21/2020 | Goods & Services |
| 02/07/2020 | 256.90 | MEDIACOM | 02/18/2020 | Goods & Services |
| 03/13/2020 | 256.90 | MEDIACOM | 03/20/2020 | Goods & Services |
| 02/20/2020 | 25,825.00 | MENDOZA'S BARRIRER FENCE CO. | 02/28/2020 | Goods & Services |
| 01/10/2020 | 7.50 | MERCHANTS CREDIT BUREAU OF SAVANNAH | 01/14/2020 | Goods & Services |
| 02/27/2020 | 7.50 | MERCHANTS CREDIT BUREAU OF SAVANNAH | 03/10/2020 | Goods & Services |
| 03/06/2020 | 50,000.00 | MESA FLUIDS, LLC | 03/11/2020 | Goods & Services |
| 01/30/2020 | 10,156.07 | Metropolitan Life Insurance Company | 01/30/2020 | Employee Benefits - Life Insurance |
| 03/27/2020 | 10,128.72 | Metropolitan Life Insurance Company | 03/27/2020 | Employee Benefits - Life Insurance |
| 04/01/2020 | 13,337.51 | Metropolitan Life Insurance Company | 04/01/2020 | Employee Benefits - Life Insurance |
| 01/10/2020 | 1,922.79 | MID SOUTH ANCHOR SERVICE, LLC | 01/16/2020 | Goods & Services |
| 02/20/2020 | 3,043.08 | MID SOUTH ANCHOR SERVICE, LLC | 03/02/2020 | Goods & Services |
| 01/10/2020 | 500.00 | MIKE PHILLIPS | 01/27/2020 | Goods & Services |
| 02/07/2020 | 500.00 | MIKE PHILLIPS | 03/02/2020 | Goods & Services |
| 03/06/2020 | 500.00 | MIKE PHILLIPS | 03/16/2020 | Goods & Services |
| 03/06/2020 | 2.85 | MILDRED LEIGH STINSON | 03/30/2020 | Goods & Services |
| 01/16/2020 | 1,633.75 | MISSISSIPPI GAUGE & SUPPLY CO. | 01/27/2020 | Goods & Services |
| 01/23/2020 | 1,719.94 | MISSISSIPPI GAUGE & SUPPLY CO. | 02/03/2020 | Goods & Services |
| 02/07/2020 | 1,322.30 | MISSISSIPPI GAUGE & SUPPLY CO. | 02/25/2020 | Goods & Services |
| 01/10/2020 | 5,186.33 | MISSISSIPPI POWER | 01/15/2020 | Utilities |
| 02/07/2020 | 8,819.70 | MISSISSIPPI POWER | 02/11/2020 | Goods & Services |
| 03/13/2020 | 6,447.28 | MISSISSIPPI POWER | 03/17/2020 | Goods & Services |
| 01/30/2020 | 232.37 | MISSISSIPPI STATE OIL & GAS BOARD | 02/07/2020 | Permitting Fees |
| 02/27/2020 | 164.85 | MISSISSIPPI STATE OIL & GAS BOARD | 03/06/2020 | Permitting Fees |
| 03/23/2020 | 172.97 | MISSISSIPPI STATE OIL & GAS BOARD | 03/31/2020 | Permitting Fees |
| 02/27/2020 | 9,172.00 | MONCLA SLICKLINE, LLC | 03/04/2020 | Goods & Services |
| 01/10/2020 | 86,545.77 | MONCLA WORKOVER & DRILLING | 01/15/2020 | Goods & Services |
| 02/14/2020 | 66,575.00 | MONCLA WORKOVER & DRILLING | 02/19/2020 | Goods & Services |
| 02/20/2020 | 94,816.99 | MONCLA WORKOVER & DRILLING | 02/25/2020 | Goods & Services |
| 01/30/2020 | 63.54 | MUSIC MOUNTAIN WATER, LLC | 02/05/2020 | Goods & Services |
| 02/14/2020 | 13,577.23 | NATIONAL OILWELL DHT, LP | 02/18/2020 | Goods & Services |
| 02/20/2020 | 12,647.40 | NATIONAL OILWELL DHT, LP | 02/24/2020 | Goods & Services |
| 01/10/2020 | 1,548.51 | NATIONAL OILWELL VARCO | 01/13/2020 | Goods & Services |

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/23/2020 | 7,710.75 | NATIONAL OILWELL VARCO | 01/27/2020 | Goods & Services |
| 01/23/2020 | 66,089.80 | NATIONAL OILWELL VARCO | 01/27/2020 | Goods & Services |
| 02/07/2020 | 19.49 | NATIONAL OILWELL VARCO | 02/11/2020 | Goods & Services |
| 02/07/2020 | 10,775.03 | NATIONAL OILWELL VARCO, LP | 02/11/2020 | Goods & Services |
| 01/10/2020 | 22.50 | NAVASOTA VALLEY ELECTRIC COOPERATIVE INC | 01/16/2020 | Utilities |
| 02/07/2020 | 23.74 | NAVASOTA VALLEY ELECTRIC COOPERATIVE INC | 02/12/2020 | Utilities |
| 03/19/2020 | 22.50 | NAVASOTA VALLEY ELECTRIC COOPERATIVE INC | 03/26/2020 | Utilities |
| 01/10/2020 | 16,338.70 | NAVIGATOR SRT, LLC | 01/21/2020 | Goods & Services |
| 01/23/2020 | 50.88 | NELSON'S OIL & GAS INC | 01/30/2020 | Goods & Services |
| 01/30/2020 | 451.28 | NELSON'S OIL & GAS INC | 02/05/2020 | Goods & Services |
| 02/27/2020 | 3,190.00 | NEURALOG | 03/05/2020 | Goods & Services |
| 03/13/2020 | 208.50 | NEW BENEFITS, LTD. | 03/17/2020 | Goods & Services |
| 01/10/2020 | 10,572.20 | OILFIELD PARTNERS ENERGY SERVICES, LLC | 01/15/2020 | Goods & Services |
| 02/14/2020 | 27,888.41 | OILFIELD PARTNERS ENERGY SERVICES, LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 33,113.98 | OILFIELD PARTNERS ENERGY SERVICES, LLC | 02/25/2020 | Goods & Services |
| 02/24/2020 | 28,151.00 | OMNI INTERLOCKEN GOLF CLUB | 03/04/2020 | Benefits |
| 01/16/2020 | 44.45 | O'NEAL GAS, INC. | 01/22/2020 | Goods & Services |
| 02/07/2020 | 150.00 | ONLINE PRESENCE  BUILDERS | 02/12/2020 | Goods & Services |
| 02/07/2020 | 65.00 | OWASSA BROWNVILLE WATER ATH | 02/11/2020 | Goods & Services |
| 03/13/2020 | 65.00 | OWASSA BROWNVILLE WATER ATH | 03/19/2020 | Goods & Services |
| 02/27/2020 | 8,610.00 | PANTHER PRESSURE TESTERS, INC. | 03/03/2020 | Goods & Services |
| 01/23/2020 | 1,581.59 | PCS FERGUSON INC. | 01/28/2020 | Goods & Services |
| 02/14/2020 | 866.55 | PCS FERGUSON INC. | 02/18/2020 | Goods & Services |
| 02/20/2020 | 817.50 | PCS FERGUSON INC. | 02/26/2020 | Goods & Services |
| 01/30/2020 | 43,136.94 | PEARL PARKWAY, LLC | 02/06/2020 | Rent |
| 02/27/2020 | 43,136.94 | PEARL PARKWAY, LLC | 03/04/2020 | Rent |
| 01/16/2020 | 7,886.01 | PERFORMANCE WELLHEAD & FRAC | 01/22/2020 | Goods & Services |
| 02/14/2020 | 4,578.98 | PERFORMANCE WELLHEAD & FRAC | 02/19/2020 | Goods & Services |
| 01/23/2020 | 4,950.72 | PINE ISLAND CHEMICAL SOLUTIONS LLC | 01/28/2020 | Goods & Services |
| 02/07/2020 | 1,013.30 | PINE ISLAND CHEMICAL SOLUTIONS LLC | 02/11/2020 | Goods & Services |
| 01/10/2020 | 13,675.00 | PIPE PROS, LLC | 01/14/2020 | Goods & Services |
| 01/30/2020 | 1,554.27 | PITNEY BOWES | 02/10/2020 | Goods & Services |
| 02/14/2020 | 278.90 | PITNEY BOWES | 02/25/2020 | Goods & Services |
| 02/14/2020 | 1,079.74 | PITNEY BOWES | 02/24/2020 | Goods & Services |
| 03/06/2020 | 190.00 | PITNEY BOWES | 03/17/2020 | Goods & Services |
| 03/13/2020 | 95.94 | PITNEY BOWES | 03/24/2020 | Goods & Services |
| 03/13/2020 | 639.09 | PITNEY BOWES GLOBAL FINANCIAL SVCS., LLC | 03/24/2020 | Goods & Services |
| 02/27/2020 | 1,000.00 | PITNIC LIMITED | 03/11/2020 | Goods & Services |
| 01/23/2020 | 3,335.00 | PITTS SWABBING SERVICE, INC. | 01/28/2020 | Goods & Services |
| 02/14/2020 | 5,110.00 | PITTS SWABBING SERVICE, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 27,839.70 | PITTS SWABBING SERVICE, INC. | 02/25/2020 | Goods & Services |
| 03/13/2020 | 11,581.15 | PITTS SWABBING SERVICE, INC. | 03/17/2020 | Goods & Services |
| 01/10/2020 | 24,960.97 | PLANNING THRU COMPLETION, LLC | 01/15/2020 | Goods & Services |
| 01/23/2020 | 25,290.00 | PLANNING THRU COMPLETION, LLC | 01/29/2020 | Goods & Services |
| 01/30/2020 | 24,720.00 | PLANNING THRU COMPLETION, LLC | 02/06/2020 | Goods & Services |
| 02/07/2020 | 24,830.06 | PLANNING THRU COMPLETION, LLC | 02/13/2020 | Goods & Services |
| 01/30/2020 | 1,500.00 | PLANTE & MORAN, PLLC | 02/07/2020 | Goods & Services |
| 02/20/2020 | 7,606.00 | POWERLIGHTS & EQUIPMENT CO., LLC | 02/26/2020 | Goods & Services |
| 02/27/2020 | 22,577.23 | PREMIUM OILFIELD SERVICES, LLC | 03/09/2020 | Goods & Services |
| 01/30/2020 | 1,276.88 | PROCESS PIPING MATERIALS, INC. | 02/05/2020 | Goods & Services |
| 02/14/2020 | 194.80 | PROCESS PIPING MATERIALS, INC. | 02/20/2020 | Goods & Services |

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/10/2020 | 38,271.40 | PRYOR PACKERS INC. | 01/22/2020 | Goods & Services |
| 01/16/2020 | 5,452.80 | PRYOR PACKERS INC. | 01/23/2020 | Goods & Services |
| 01/23/2020 | 32,537.89 | PRYOR PACKERS INC. | 01/30/2020 | Goods & Services |
| 02/20/2020 | 24,218.88 | PRYOR PACKERS INC. | 02/27/2020 | Goods & Services |
| 02/27/2020 | 3,085.88 | PRYOR PACKERS INC. | 03/04/2020 | Goods & Services |
| 03/13/2020 | 25,864.21 | PRYOR PACKERS INC. | 03/17/2020 | Goods & Services |
| 01/10/2020 | 25,999.62 | QUALITY DRILLING FLUIDS, INC. | 01/22/2020 | Goods & Services |
| 02/14/2020 | 22,114.67 | QUITMAN TANK SOLUTIONS LLC | 03/02/2020 | Goods & Services |
| 01/10/2020 | 13,305.09 | R & R RENTALS & HOT SHOT, INC. | 01/17/2020 | Goods & Services |
| 01/23/2020 | 30,221.06 | R & R RENTALS & HOT SHOT, INC. | 01/30/2020 | Goods & Services |
| 01/30/2020 | 10,081.00 | R & R RENTALS & HOT SHOT, INC. | 02/12/2020 | Goods & Services |
| 02/07/2020 | 12,704.20 | R & R RENTALS & HOT SHOT, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 2,204.00 | R & R RENTALS & HOT SHOT, INC. | 02/27/2020 | Goods & Services |
| 03/06/2020 | 1,526.00 | R & R RENTALS & HOT SHOT, INC. | 03/17/2020 | Goods & Services |
| 01/16/2020 | 48,508.00 | RAPAD WELL SERVICE CO INC | 01/22/2020 | Goods & Services |
| 01/23/2020 | 74,564.80 | RAPAD WELL SERVICE CO INC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 15,690.00 | RAPAD WELL SERVICE CO INC | 02/21/2020 | Goods & Services |
| 02/20/2020 | 14,010.00 | RAPAD WELL SERVICE CO INC | 02/25/2020 | Goods & Services |
| 03/06/2020 | 69,746.44 | RAPAD WELL SERVICE CO INC | 03/10/2020 | Goods & Services |
| 02/14/2020 | 2,354.00 | REAGAN EQUIPMENT CO., INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 5,633.09 | REAGAN EQUIPMENT CO., INC. | 02/25/2020 | Goods & Services |
| 02/14/2020 | 7,981.00 | REBEL TESTERS, INC. | 02/20/2020 | Goods & Services |
| 02/20/2020 | 2,224.50 | REBEL TESTERS, INC. | 02/25/2020 | Goods & Services |
| 01/30/2020 | 811.66 | RED RIVER PARISH SHERIFF - TAX COLLECTOR | 02/05/2020 | Taxes |
| 02/14/2020 | 2,181.00 | REGARD RESOURCES COMPANY, INC. | 02/24/2020 | Goods & Services |
| 01/23/2020 | 1,050.00 | REGISTER OILFIELD SERVICES, INC. | 01/29/2020 | Goods & Services |
| 02/14/2020 | 1,050.00 | REGISTER OILFIELD SERVICES, INC. | 02/21/2020 | Goods & Services |
| 01/10/2020 | 168.06 | REPUBLIC SERVICES #808 | 01/16/2020 | Utilities |
| 01/23/2020 | 11.93 | REPUBLIC SERVICES #808 | 01/29/2020 | Utilities |
| 02/07/2020 | 134.19 | REPUBLIC SERVICES #808 | 02/14/2020 | Utilities |
| 02/14/2020 | 163.15 | REPUBLIC SERVICES #808 | 02/20/2020 | Utilities |
| 02/14/2020 | 207.44 | REPUBLIC SERVICES #808 | 02/20/2020 | Utilities |
| 03/13/2020 | 162.77 | REPUBLIC SERVICES #808 | 03/25/2020 | Utilities |
| 03/13/2020 | 61.98 | REPUBLIC SERVICES #808 | 03/25/2020 | Utilities |
| 03/23/2020 | 206.96 | REPUBLIC SERVICES #808 | 03/30/2020 | Utilities |
| 01/10/2020 | 6,504.91 | RHONDA B. CARTER | 01/14/2020 | Goods & Services |
| 02/20/2020 | 6,102.27 | RHONDA B. CARTER | 02/25/2020 | Goods & Services |
| 03/06/2020 | 6,007.98 | RHONDA B. CARTER | 03/10/2020 | Goods & Services |
| 02/07/2020 | 185.73 | RICOH USA, INC. | 02/10/2020 | Goods & Services |
| 03/13/2020 | 181.09 | RICOH USA, INC. | 03/20/2020 | Goods & Services |
| 01/23/2020 | 1,740.00 | ROBERSON TRUCKING CO., INC. | 01/28/2020 | Goods & Services |
| 02/20/2020 | 885.00 | ROBERSON TRUCKING CO., INC. | 02/25/2020 | Goods & Services |
| 01/16/2020 | 7,647.50 | ROBERT CAVES | 03/03/2020 | Goods & Services |
| 02/20/2020 | 4,341.11 | ROBIN USA, INC | 02/26/2020 | Goods & Services |
| 03/13/2020 | 3,588.63 | ROBIN USA, INC | 03/17/2020 | Goods & Services |
| 01/10/2020 | 639.86 | ROBINE & WELCH | 01/30/2020 | Goods & Services |
| 01/30/2020 | 5,530.83 | ROBINE & WELCH | 02/06/2020 | Goods & Services |
| 02/14/2020 | 27,411.26 | ROBINE & WELCH | 03/02/2020 | Goods & Services |
| 02/27/2020 | 250,235.59 | Rodan Transport (U.S.A.), Ltd. | 02/27/2020 | Goods & Services |
| 01/23/2020 | 17,114.46 | RWLS, LLC DBA RENEGADE SERVICES | 01/28/2020 | Goods & Services |
| 02/20/2020 | 116,543.40 | RWLS, LLC DBA RENEGADE SERVICES | 02/25/2020 | Goods & Services |
| 03/09/2020 | 1,672.37 | Santa Rosa County, Tax Collector | 03/09/2020 | Taxes |
| 01/23/2020 | 4,317.66 | SCIENTIFIC DRILLING INTERNATIONAL, INC. | 01/27/2020 | Goods & Services |
| 01/17/2020 | 230,601.12 | Scientific Drilling International, Inc. | 01/17/2020 | Goods & Services |
| 01/23/2020 | 8,391.74 | SECORP INDUSTRIES | 01/28/2020 | Goods & Services |
| 01/30/2020 | 15,488.21 | SECORP INDUSTRIES | 02/04/2020 | Goods & Services |

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 02/07/2020 | 5,159.00 | SECORP INDUSTRIES | 02/13/2020 | Goods & Services |
| 02/14/2020 | 680.00 | SECORP INDUSTRIES | 02/19/2020 | Goods & Services |
| 02/20/2020 | 37,760.39 | SECORP INDUSTRIES | 02/25/2020 | Goods & Services |
| 03/06/2020 | 21,532.36 | SECORP INDUSTRIES | 03/10/2020 | Goods & Services |
| 02/20/2020 | 362.00 | SGS NORTH AMERICA, INC. | 03/02/2020 | Goods & Services |
| 02/20/2020 | 253.56 | SHRED-IT USA - SHREVEPORT | 02/28/2020 | Goods & Services |
| 01/23/2020 | 483.63 | SHREVEPORT CLUB | 01/28/2020 | Goods & Services |
| 02/20/2020 | 199.02 | SHREVEPORT CLUB | 02/24/2020 | Goods & Services |
| 01/23/2020 | 300.00 | SHREVEPORT PETROLEUM DATA ASSO | 01/29/2020 | Goods & Services |
| 02/20/2020 | 300.00 | SHREVEPORT PETROLEUM DATA ASSO | 02/24/2020 | Goods & Services |
| 01/10/2020 | 5,019.20 | SLICKLINE SOUTH, LLC | 01/29/2020 | Goods & Services |
| 01/23/2020 | 18,606.80 | SLICKLINE SOUTH, LLC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 7,456.00 | SLICKLINE SOUTH, LLC | 02/24/2020 | Goods & Services |
| 02/20/2020 | 32,114.20 | SLICKLINE SOUTH, LLC | 02/26/2020 | Goods & Services |
| 01/30/2020 | 15,208.54 | SMITH COUNTY | 02/10/2020 | Taxes |
| 01/30/2020 | 6,208.69 | SMITH COUNTY | 02/06/2020 | Taxes |
| 01/10/2020 | 6,127.80 | SOUND AND CELLULAR, INC. | 01/21/2020 | Goods & Services |
| 01/10/2020 | 5,288.00 | SOUTHERN EROSION CONTROL | 01/21/2020 | Goods & Services |
| 02/20/2020 | 1,324.00 | SOUTHERN EROSION CONTROL | 02/26/2020 | Goods & Services |
| 02/14/2020 | 16,928.00 | SOUTHERN OILFIELD INSPECTION, LLC | 03/04/2020 | Goods & Services |
| 01/10/2020 | 60.39 | SOUTHERN PINE ELECTRIC COOPERATIVE | 01/15/2020 | Utilities |
| 01/16/2020 | 156,817.81 | SOUTHERN PINE ELECTRIC COOPERATIVE | 01/23/2020 | Utilities |
| 02/07/2020 | 62.67 | SOUTHERN PINE ELECTRIC COOPERATIVE | 02/12/2020 | Utilities |
| 02/20/2020 | 168,449.59 | SOUTHERN PINE ELECTRIC COOPERATIVE | 02/26/2020 | Utilities |
| 03/19/2020 | 152,839.50 | SOUTHERN PINE ELECTRIC COOPERATIVE | 03/24/2020 | Utilities |
| 01/10/2020 | 8,868.43 | SOUTHERN PROPANE, INC. | 01/15/2020 | Utilities |
| 01/23/2020 | 2,101.32 | SOUTHERN PROPANE, INC. | 01/28/2020 | Utilities |
| 02/07/2020 | 6,471.59 | SOUTHERN PROPANE, INC. | 02/12/2020 | Utilities |
| 02/20/2020 | 8,541.58 | SOUTHERN PROPANE, INC. | 02/25/2020 | Utilities |
| 03/23/2020 | 10,088.60 | SOUTHERN PROPANE, INC. | 03/26/2020 | Utilities |
| 01/30/2020 | 108.32 | SOUTHWESTERN ELECTRIC POWER COMPANY | 02/07/2020 | Utilities |
| 02/20/2020 | 279.34 | SOUTHWESTERN ELECTRIC POWER COMPANY | 02/26/2020 | Utilities |
| 03/13/2020 | 108.32 | SOUTHWESTERN ELECTRIC POWER COMPANY | 03/24/2020 | Utilities |
| 02/14/2020 | 2,816.00 | SPL, INC. | 02/18/2020 | Goods & Services |
| 02/20/2020 | 16,016.75 | SPL, INC. | 02/24/2020 | Goods & Services |
| 02/10/2020 | 30,073.44 | SPOC Automation, Inc. | 02/10/2020 | Goods & Services |
| 01/23/2020 | 16,363.00 | SRT OIL FIELD SERVICE, LLC | 01/28/2020 | Goods & Services |
| 01/30/2020 | 6,100.00 | SRT OIL FIELD SERVICE, LLC | 02/05/2020 | Goods & Services |
| 02/14/2020 | 3,764.00 | SRT OIL FIELD SERVICE, LLC | 02/19/2020 | Goods & Services |
| 02/20/2020 | 2,400.00 | SRT OIL FIELD SERVICE, LLC | 02/25/2020 | Goods & Services |
| 03/06/2020 | 3,300.00 | SRT OIL FIELD SERVICE, LLC | 03/10/2020 | Goods & Services |
| 01/10/2020 | 2,489.15 | STABIL DRILL | 01/16/2020 | Goods & Services |
| 01/23/2020 | 1,068.70 | STABIL DRILL | 01/30/2020 | Goods & Services |
| 02/20/2020 | 15,165.70 | STABIL DRILL | 02/26/2020 | Goods & Services |
| 01/23/2020 | 1,320.55 | STAPLES BUSINESS CREDIT | 01/28/2020 | Goods & Services |
| 02/27/2020 | 1,473.79 | STAPLES BUSINESS CREDIT | 03/03/2020 | Goods & Services |
| 01/17/2020 | 29,248.71 | State of Florida | 01/17/2020 | Severance Taxes |
| 02/19/2020 | 4,641.77 | State of Florida | 02/19/2020 | Severance Taxes |
| 03/18/2020 | 436.03 | State of Florida | 03/18/2020 | Severance Taxes |
| 01/21/2020 | 650.00 | STATE POLICE RIGHT TO KNOW | 01/31/2020 | Goods & Services |

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/13/2020 | 300.00 | STATE TREASURER, STATE OF ALABAMA | 01/21/2020 | Taxes |
| 01/30/2020 | 224,211.58 | Steel Service Oilfield Tubular, Inc. | 01/30/2020 | Goods & Services |
| 02/27/2020 | 1,600.00 | STEWART TRANSPORT, LLC | 03/16/2020 | Goods & Services |
| 01/30/2020 | 66,909.57 | STONEHAM DRILLING CORPORATION | 02/06/2020 | Goods & Services |
| 02/20/2020 | 50,000.00 | STONEHAM DRILLING CORPORATION | 02/27/2020 | Goods & Services |
| 03/06/2020 | 278,883.85 | STONEHAM DRILLING CORPORATION | 03/11/2020 | Goods & Services |
| 02/07/2020 | 423.10 | STUART'S INC. OF SHREVEPORT | 02/13/2020 | Goods & Services |
| 01/23/2020 | 2,349.00 | SUPPORT.COM | 01/31/2020 | Goods & Services |
| 02/27/2020 | 11,071.67 | SUPPORT.COM | 03/06/2020 | Goods & Services |
| 01/23/2020 | 83.98 | SUTTON LLOYD | 01/30/2020 | Goods & Services |
| 01/30/2020 | 6,422.00 | T & T COMMUNICATIONS | 02/06/2020 | Goods & Services |
| 02/20/2020 | 1,310.00 | T & T COMMUNICATIONS | 03/20/2020 | Goods & Services |
| 01/10/2020 | 2,510.00 | T & T WELDING SERVICE | 02/19/2020 | Goods & Services |
| 01/16/2020 | 11,954.00 | T & T WELDING SERVICE | 03/04/2020 | Goods & Services |
| 01/23/2020 | 7,135.00 | T & T WELDING SERVICE | 03/04/2020 | Goods & Services |
| 01/30/2020 | 4,599.00 | T & T WELDING SERVICE | 03/11/2020 | Goods & Services |
| 02/07/2020 | 7,430.00 | T & T WELDING SERVICE | 03/18/2020 | Goods & Services |
| 01/10/2020 | 48,983.76 | T.W. MCGUIRE & ASSOCIATES, INC. | 01/15/2020 | Goods & Services |
| 01/23/2020 | 1,215.00 | T.W. MCGUIRE & ASSOCIATES, INC. | 02/19/2020 | Goods & Services |
| 01/23/2020 | 29,831.75 | TCP SPECIALISTS, LLC | 01/28/2020 | Goods & Services |
| 03/13/2020 | 5,000.00 | TCP SPECIALISTS, LLC | 03/18/2020 | Goods & Services |
| 01/07/2020 | 2,850.11 | THE MCPHERSON COMPANIES, INC. | 01/13/2020 | Goods & Services |
| 02/20/2020 | 1,150.00 | THOMAS HOOPER | 02/28/2020 | Goods & Services |
| 01/15/2020 | 1,790.20 | THOMPSON GAS | 01/30/2020 | Goods & Services |
| 01/23/2020 | 300.26 | THOMPSON GAS | 02/14/2020 | Goods & Services |
| 02/07/2020 | 10.40 | THOMPSON GAS | 02/20/2020 | Goods & Services |
| 02/20/2020 | 755.03 | THOMPSON GAS | 03/04/2020 | Goods & Services |
| 01/10/2020 | 400.00 | TIM MCCURRY | 01/17/2020 | Goods & Services |
| 02/20/2020 | 400.00 | TIM MCCURRY | 02/25/2020 | Goods & Services |
| 03/13/2020 | 400.00 | TIM MCCURRY | 03/17/2020 | Goods & Services |
| 01/16/2020 | 1,350.00 | TIM ROSS | 01/28/2020 | Goods & Services |
| 02/07/2020 | 1,200.00 | TIM ROSS | 02/12/2020 | Goods & Services |
| 03/04/2020 | 1,200.00 | TIM ROSS | 03/16/2020 | Goods & Services |
| 01/23/2020 | 5,701.80 | TOM JOINER & ASSOCIATES INC. | 02/03/2020 | Goods & Services |
| 02/14/2020 | 22,223.74 | TOM JOINER & ASSOCIATES INC. | 02/24/2020 | Goods & Services |
| 01/10/2020 | 2,023.84 | TOOL PUSHERS SUPPLY CO. | 01/15/2020 | Goods & Services |
| 01/23/2020 | 31,295.45 | TOOL PUSHERS SUPPLY CO. | 01/28/2020 | Goods & Services |
| 02/07/2020 | 27,270.74 | TOOL PUSHERS SUPPLY CO. | 02/12/2020 | Goods & Services |
| 02/20/2020 | 15,392.76 | TOOL PUSHERS SUPPLY CO. | 02/25/2020 | Goods & Services |
| 02/10/2020 | 63,090.92 | Tool Pushers Supply Co. | 02/10/2020 | Goods & Services |
| 02/14/2020 | 1,680.10 | TOTAL PUMP & SUPPLY LLC | 02/20/2020 | Goods & Services |
| 02/20/2020 | 11,325.38 | TOTAL PUMP & SUPPLY LLC | 02/25/2020 | Goods & Services |
| 01/30/2020 | 1,051.30 | TOTAL SAFETY U.S., INC. | 02/06/2020 | Goods & Services |
| 02/20/2020 | 2,780.80 | TOTAL SAFETY U.S., INC. | 02/27/2020 | Goods & Services |
| 01/10/2020 | 19.00 | TOWN OF ARCADIA | 01/15/2020 | Taxes |
| 01/10/2020 | 134.67 | TOWN OF ARCADIA | 01/15/2020 | Taxes |
| 01/30/2020 | 25.76 | TOWN OF ARCADIA | 02/07/2020 | Taxes |
| 02/07/2020 | 19.00 | TOWN OF ARCADIA | 02/12/2020 | Taxes |
| 03/13/2020 | 19.00 | TOWN OF ARCADIA | 03/18/2020 | Taxes |
| 01/23/2020 | 430.20 | TRACKNET | 01/28/2020 | Goods & Services |
| 02/20/2020 | 430.20 | TRACKNET | 02/25/2020 | Goods & Services |
| 02/24/2020 | 17,280.07 | Transamerica (401k) | 02/29/2020 | 401(k) Contributions |
| 01/08/2020 | 15,179.14 | Transamerica (401k) | 01/08/2020 | 401(k) Contributions |
| 01/09/2020 | 15,692.59 | Transamerica (401k) | 01/09/2020 | 401(k) Contributions |
| 01/21/2020 | 16,289.48 | Transamerica (401k) | 01/21/2020 | 401(k) Contributions |
| 03/17/2020 | 20,300.24 | Transamerica (401k) | 03/17/2020 | 401(k) Contributions |
| 02/06/2020 | 16,761.40 | Transamerica (401k) | 02/06/2020 | 401(k) Contributions |
| 03/09/2020 | 17,899.21 | Transamerica (401k) | 03/09/2020 | 401(k) Contributions |

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| 01/23/2020 | 638.52 | TRANSZAP, INC | 01/29/2020 | Goods & Services |
| 02/14/2020 | 301.56 | TRANSZAP, INC | 02/21/2020 | Goods & Services |
| 03/13/2020 | 404.52 | TRANSZAP, INC | 03/20/2020 | Goods & Services |
| 01/30/2020 | 3,000.00 | TREY BURTON | 02/10/2020 | Goods & Services |
| 01/30/2020 | 35,255.78 | UHS PREMIUM BILLING | 02/11/2020 | Goods & Services |
| 02/14/2020 | 10,898.92 | ULTERRA DRILLING TECHNOLOGIES, LP | 02/19/2020 | Goods & Services |
| 01/10/2020 | 10,423.70 | UNION OILFIELD SUPPLY, INC. | 01/22/2020 | Goods & Services |
| 01/16/2020 | 4,143.08 | UNION OILFIELD SUPPLY, INC. | 01/22/2020 | Goods & Services |
| 01/23/2020 | 5,048.59 | UNION OILFIELD SUPPLY, INC. | 01/28/2020 | Goods & Services |
| 02/14/2020 | 2,444.37 | UNION OILFIELD SUPPLY, INC. | 02/19/2020 | Goods & Services |
| 02/20/2020 | 48,713.76 | UNION OILFIELD SUPPLY, INC. | 02/25/2020 | Goods & Services |
| 03/06/2020 | 30,641.95 | UNION OILFIELD SUPPLY, INC. | 03/10/2020 | Goods & Services |
| 01/10/2020 | 88.59 | UNISHIPPERS DEN | 01/14/2020 | Goods & Services |
| 01/23/2020 | 148.56 | UNISHIPPERS DEN | 01/28/2020 | Goods & Services |
| 01/30/2020 | 74.04 | UNISHIPPERS DEN | 02/05/2020 | Goods & Services |
| 02/07/2020 | 85.63 | UNISHIPPERS DEN | 02/11/2020 | Goods & Services |
| 02/14/2020 | 155.24 | UNISHIPPERS DEN | 02/20/2020 | Goods & Services |
| 02/20/2020 | 159.09 | UNISHIPPERS DEN | 02/26/2020 | Goods & Services |
| 02/27/2020 | 92.10 | UNISHIPPERS DEN | 03/03/2020 | Goods & Services |
| 03/06/2020 | 140.98 | UNISHIPPERS DEN | 03/10/2020 | Goods & Services |
| 03/13/2020 | 315.79 | UNISHIPPERS DEN | 03/17/2020 | Goods & Services |
| 01/10/2020 | 279.34 | UNISHIPPERS FRT | 01/14/2020 | Goods & Services |
| 01/23/2020 | 471.18 | UNISHIPPERS FRT | 01/28/2020 | Goods & Services |
| 01/30/2020 | 133.92 | UNISHIPPERS FRT | 02/05/2020 | Goods & Services |
| 02/07/2020 | 201.82 | UNISHIPPERS FRT | 02/11/2020 | Goods & Services |
| 02/14/2020 | 198.53 | UNISHIPPERS FRT | 02/20/2020 | Goods & Services |
| 02/20/2020 | 21.40 | UNISHIPPERS FRT | 02/26/2020 | Goods & Services |
| 02/27/2020 | 54.81 | UNISHIPPERS FRT | 03/03/2020 | Goods & Services |
| 03/06/2020 | 67.66 | UNISHIPPERS FRT | 03/10/2020 | Goods & Services |
| 03/13/2020 | 1,596.87 | UNISHIPPERS FRT | 03/17/2020 | Goods & Services |
|  |  | UNITED RENTALS (NORTH AMERICA) INC. |  | Goods & Services |
| 02/14/2020 | 94.52 |  | 02/18/2020 |  |
| 01/30/2020 | 4,313.76 | UNITED VISION LOGISTICS | 02/05/2020 | Goods & Services |
| 03/06/2020 | 8,581.00 | UNIVERSITY OF DENVER | 03/10/2020 | Employee Benefits |
| 01/16/2020 | 258.97 | UPSHUR RURAL ELECTRIC COOPERATIVE | 01/24/2020 | Utilities |
| 02/07/2020 | 464.21 | UPSHUR RURAL ELECTRIC COOPERATIVE | 02/14/2020 | Utilities |
| 02/14/2020 | 263.64 | UPSHUR RURAL ELECTRIC COOPERATIVE | 02/21/2020 | Utilities |
| 03/13/2020 | 631.19 | UPSHUR RURAL ELECTRIC COOPERATIVE | 03/19/2020 | Utilities |
| 01/30/2020 | 4,050.25 | VERIZON WIRELESS | 02/04/2020 | Utilities |
| 02/27/2020 | 2,763.31 | VERIZON WIRELESS | 03/03/2020 | Utilities |
| 03/23/2020 | 3,006.69 | VERIZON WIRELESS | 03/27/2020 | Utilities |
| 02/20/2020 | 4,532.12 | VINCENT A. ZITO | 02/26/2020 | Goods & Services |
| 01/10/2020 | 1,262.60 | W.S. RED HANCOCK, INC. | 01/15/2020 | Goods & Services |
| 02/20/2020 | 2,097.20 | W.S. RED HANCOCK, INC. | 03/03/2020 | Goods & Services |
| 02/20/2020 | 1,625.00 | W4 CONSULTING LLC | 02/27/2020 | Goods & Services |
| 02/07/2020 | 2,428.90 | WADE SERVICES, INC. | 02/20/2020 | Goods & Services |
| 01/10/2020 | 1,900.00 | WALKER INSPECTION LLC | 01/23/2020 | Goods & Services |
| 01/30/2020 | 29,906.20 | WARREN COUNTY CLERK | 02/07/2020 | Taxes |
| 01/30/2020 | 1,124.46 | WARREN COUNTY CLERK | 02/07/2020 | Taxes |
|  |  | WASTEWATER DISPOSAL SERVICES, INC. |  | Goods & Services |
| 01/16/2020 | 26,462.00 |  | 02/05/2020 |  |
|  |  | WASTEWATER DISPOSAL SERVICES, INC. |  | Goods & Services |
| 03/06/2020 | 6,972.00 |  | 03/17/2020 |  |
| 02/07/2020 | 5,225.44 | WEATHERFORD LABORATORIES, INC. | 02/12/2020 | Goods & Services |
| 02/14/2020 | 3,434.00 | WEATHERFORD LABORATORIES, INC. | 02/25/2020 | Goods & Services |
| 02/20/2020 | 83,861.25 | WEATHERFORD LABORATORIES, INC. | 03/02/2020 | Goods & Services |
|  |  | WELLEZ INFORMATION MANAGEMENT, LLC |  | Goods & Services |
| 01/30/2020 | 750.00 |  | 02/05/2020 |  |

EXHIBIT 7

| CheckDate | CheckAmt | PayeeName | ClearDate | Reason for Payment |
|---|---|---|---|---|
| | | WELLEZ INFORMATION MANAGEMENT, LLC | | Goods & Services |
| 02/07/2020 | 750.00 | | 02/12/2020 | |
| 01/30/2020 | 727.00 | WESTERN WATER CONSULTANTS, INC. | 02/05/2020 | Goods & Services |
| 02/07/2020 | 890.50 | WESTERN WATER CONSULTANTS, INC. | 02/13/2020 | Goods & Services |
| | | WHIRLWIND METHANE RECOVERY | | Goods & Services |
| 01/10/2020 | 11,070.00 | SYSTEMS, LLC | 01/16/2020 | |
| | | WHIRLWIND METHANE RECOVERY | | Goods & Services |
| 02/14/2020 | 7,106.96 | SYSTEMS, LLC | 02/25/2020 | |
| | | WHIRLWIND METHANE RECOVERY | | Goods & Services |
| 02/20/2020 | 16,454.02 | SYSTEMS, LLC | 02/25/2020 | |
| | | WHIRLWIND METHANE RECOVERY | | Goods & Services |
| 02/27/2020 | 3,671.82 | SYSTEMS, LLC | 03/06/2020 | |
| 02/14/2020 | 16,369.08 | WHITE RESOURCES LLC | 02/24/2020 | Goods & Services |
| 02/20/2020 | 14,537.93 | WHITE RESOURCES LLC | 02/25/2020 | Goods & Services |
| 02/07/2020 | 707.80 | WOLFEPAK SOFTWARE, LLC | 02/12/2020 | Software Licensing |
| 01/23/2020 | 3,319.85 | WP SOFTWARE CONSULTANTS, LLC | 01/28/2020 | Software Licensing |
| 02/27/2020 | 3,319.85 | WP SOFTWARE CONSULTANTS, LLC | 03/03/2020 | Software Licensing |
| 03/19/2020 | 3,319.85 | WP SOFTWARE CONSULTANTS, LLC | 03/24/2020 | Software Licensing |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 01/23/2020 | 5,294.62 | ASSOCIATION | 01/29/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 01/23/2020 | 4,903.64 | ASSOCIATION | 01/29/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 02/07/2020 | 145.07 | ASSOCIATION | 02/12/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/12/2020 | 6,159.17 | ASSOCIATION | 03/17/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/12/2020 | 6,844.97 | ASSOCIATION | 03/17/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/12/2020 | 145.07 | ASSOCIATION | 03/17/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/23/2020 | 4,265.15 | ASSOCIATION | 03/27/2020 | |
| | | YAZOO VALLEY ELECTRIC POWER | | Utilities |
| 03/23/2020 | 6,534.73 | ASSOCIATION | 03/27/2020 | |
| 01/10/2020 | 129.90 | YOUR MESSAGE CENTER, INC. | 01/15/2020 | Goods & Services |
| 02/14/2020 | 102.85 | YOUR MESSAGE CENTER, INC. | 02/20/2020 | Goods & Services |
| 03/13/2020 | 103.92 | YOUR MESSAGE CENTER, INC. | 03/24/2020 | Goods & Services |
| 01/10/2020 | 53.50 | ZEDI USA | 01/30/2020 | Goods & Services |
| 01/30/2020 | 53.50 | ZEDI USA | 02/07/2020 | Goods & Services |
| | **10,097,684.81** | | | |

EXHIBIT 7

Sklar Exploration Company
Payments to Insiders in Year Prior to Filing

| CheckDate | CheckAmt | PayeeName | Notes |
|---|---|---|---|
| 12/31/2019 | 2,277.78 | CORY EZELLE | Expense Reimbursement |
| 01/30/2020 | 199.02 | CORY EZELLE | Expense Reimbursement |
| 02/20/2020 | 199.02 | CORY EZELLE | Expense Reimbursement |
| 10/08/2019 | 169.36 | DON EUSTES | Expense Reimbursement |
| 02/20/2020 | 5,768.84 | DON EUSTES | Expense Reimbursement |
| 03/13/2020 | 469.12 | DON EUSTES | Expense Reimbursement |
| 06/17/2019 | 36,251.05 | Howard Sklar | Expense Reimbursement for purchased FlexJet hours |
| 09/25/2019 | 2,860.82 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 11/27/2019 | 2,240.50 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 12/20/2019 | 2,766.88 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 12/20/2019 | 1,352.92 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 01/23/2020 | 4,617.51 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 02/07/2020 | 1,701.21 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 02/20/2020 | 2,811.64 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 03/23/2020 | 2,720.93 | JOHN STRAUSSER | Payment of Relocation Expenses |
| 05/01/2019 | 225,000.00 | Sklarco LLC | Intercompany Transfer; funds used to pay Howard F. Sklar Trust |
| 07/11/2019 | 50,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and |
| 07/24/2019 | 50,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 07/24/2019 | 200,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 08/22/2019 | 90,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 09/03/2019 | 110,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 10/02/2019 | 160,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 10/16/2019 | 20,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |

EXHIBIT 7

Sklar Exploration Company
Payments to Insiders in Year Prior to Filing

| CheckDate | CheckAmt | PayeeName | Notes |
|---|---|---|---|
| 10/21/2019 | 684,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 10/21/2019 | 2,700.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 10/22/2019 | 11,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 10/28/2019 | 42,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 10/29/2019 | 15,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 11/01/2019 | 60,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 11/08/2019 | 9,560.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 11/18/2019 | 75,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 11/25/2019 | 360,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 11/27/2019 | 180,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 12/23/2019 | 100,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 01/06/2020 | 210,000.00 | Sklarco LLC | Intercompany Transfer; see attached Sklarco Sources and Uses |
| 04/04/2019 | 735.00 | STEVEN HATCHER | Expense Reimbursement |
| 08/29/2019 | 1,267.41 | STEVEN HATCHER | Expense Reimbursement |
| 09/12/2019 | 1,818.64 | STEVEN HATCHER | Expense Reimbursement |
| 03/13/2020 | 1,920.60 | STEVEN HATCHER | Expense Reimbursement |
| 05/22/2019 | 1,396.21 | TRISTAN FAREL | Expense Reimbursement |
| | 2,727,804.46 | | |

EXHIBIT 7

| Funds into Sklarco | | | | Transfers/Payments Out of Sklarco | |
|---|---|---|---|---|---|
| **May 2019** | | | | **May 2019** | |
| Starting Balance | 194,195.74 | | | Payments of AP | (209,607.57) |
| Deposits - Non SEC | 544,342.12 | | | Transfers to Alan Trust | (37,546.69) |
| Deposits from SEC | 225,000.00 | | | Transfers to Howard Sklar/Howard Trust | (355,000.00) |
| **Total Inflows** | **963,537.86** | | | Transfers to Jacob Trust | (32,966.51) |
| | | | | **Total Outflows** | **(635,120.77)** |
| | | | | | |
| **June 2019** | | | | **June 2019** | |
| Starting Balance | 328,417.09 | | | Payments of AP | (181,889.75) |
| Deposits - Non SEC | 342,231.55 | | | Transfers to SEC | (320,000.00) |
| **Total Inflows** | **670,648.64** | | | Transfers to Howard Sklar/Howard Trust | (130,000.00) |
| | | | | **Total Outflows** | **(631,889.75)** |
| | | | | | |
| **July 2019** | | | | **July 2019** | |
| Starting Balance | 38,758.89 | | | Payments of AP | (122,175.79) |
| Deposits - Non SEC | 429,165.29 | | | Transfers to Alan Trust | (38,310.19) |
| Deposits from SEC | 300,000.00 | | | Transfers to Howard Sklar/Howard Trust | (307,654.00) |
| **Total Inflows** | **767,924.18** | | | Transfers to Insiders- Maren | (3,000.00) |
| | | | | Transfers to Jacob Trust | (28,466.38) |
| | | | | **Total Outflows** | **(499,606.36)** |
| | | | | | |
| **August 2019** | | | | **August 2019** | |
| Starting Balance | 268,317.82 | | | Payments of AP | (160,318.63) |
| Deposits - Non SEC | 241,005.05 | | | Transfers to Alan Trust | (74,686.28) |
| Deposits from SEC | 90,000.00 | | | Transfers to Howard Sklar/Howard Trust | (210,000.00) |
| **Total Inflows** | **599,322.87** | | | Transfers to Jacob Trust | (70,493.02) |
| | | | | **Total Outflows** | **(515,497.93)** |
| | | | | | |
| **September 2019** | | | | **September 2019** | |
| Starting Balance | 83,824.94 | | | Payments of AP | (44,605.52) |
| Deposits - Non SEC | 544,390.51 | | | Transfers to SEC | (310,000.00) |
| Deposits from SEC | 110,000.00 | | | Transfers to Howard Sklar/Howard Trust | (230,000.00) |
| **Total Inflows** | **738,215.45** | | | **Total Outflows** | **(584,605.52)** |
| | | | | | |
| **October 2019** | | | | **October 2019** | |
| Starting Balance | 153,609.93 | | | Payments of AP | (1,098,009.44) |
| Deposits - Non SEC | 260,205.30 | | | Transfers to Alan Trust | (1,620.75) |
| Deposits from SEC | 934,700.00 | | | Transfers to Howard Sklar/Howard Trust | (201,200.00) |
| **Total Inflows** | **1,348,515.23** | | | Transfers to Jacob Trust | (1,620.74) |
| | | | | **Total Outflows** | **(1,302,450.93)** |
| | | | | | |
| **November 2019** | | | | **November 2019** | |
| Starting Balance | 46,064.30 | | | Payments of AP | (1,123,473.52) |
| Deposits - Non SEC | 580,605.86 | | | Transfers to SEC | (20,000.00) |
| Deposits from SEC | 684,560.00 | | | Transfers to Alan Trust | (26,967.00) |
| **Total Inflows** | **1,311,230.16** | | | Transfers to Howard Sklar/Howard Trust | (120,000.00) |
| | | | | Transfers to Jacob Trust | (35,207.00) |

EXHIBIT 7

| | | | | Total Outflows | (1,325,647.52) |
|---|---|---|---|---|---|
| | | | | | |
| | **December 2019** | | | **December 2019** | |
| | Starting Balance | (14,417.36) | | Payments of AP | (156,227.39) |
| | Deposits - Non SEC | 452,814.39 | | Transfers to Howard Sklar/Howard Trust | (205,000.00) |
| | Deposits from SEC | 100,000.00 | | Transfers to Jacob Trust | (4,400.00) |
| | **Total Inflows** | **538,397.03** | | Outflows to Insiders - SMMS | (8,680.00) |
| | | | | **Total Outflows** | **(374,307.39)** |
| | | | | | |
| | **January 2020** | | | **January 2020** | |
| | Starting Balance | 164,089.64 | | Payments of AP | (278,758.55) |
| | Deposits - Non SEC | 362,125.10 | | Transfers to SEC | (160,000.00) |
| | Deposits from SEC | 210,000.00 | | Transfers to Alan Trust | (21,249.50) |
| | **Total Inflows** | **736,214.74** | | Transfers to Howard Sklar/Howard Trust | (125,000.00) |
| | | | | Transfers to Jacob Trust | (21,249.50) |
| | | | | Outflows to Insiders - SMMS | (8,000.00) |
| | | | | **Total Outflows** | **(614,257.55)** |
| | | | | | |
| | **Ending Balance January 2020** | **121,957.19** | | | |

EXHIBIT 7



Matthew Montgomery-Principal
303-219-0331
817-266-8709
matthew@maevlo.com

May 13, 2020

Sklar Exploration Company LLC
Attn:  Marshall Jones-VP & COO
5395 Pearl Parkway, Suite 200
Boulder, Colorado 80301
jmjones@sklarexploration.com

**RE:  Distressed LP-Funding & Relinquishment of Outstanding Commitment**

Marshall,

After careful consideration of internal discussions, outside counsel and from the limited conversations we've had this week, I'm sending this letter to propose what I believe is an effective and efficient proposal for both Maevlo Production LP ("Maevlo") and Sklarco LLC ("Sklar") as you navigate through the circumstances of the pending Chapter 11 bankruptcy of Sklar.  As I've stated in our conversations, the proposal as set forth herein is beyond the measure of what actions Maevlo is entitled to take under the Limited Partnership Agreement ("LPA").

Of Sklar's $500,000 capital commitment to Maevlo, $125,000 has been funded.[1]  Through such commitment, Sklar owns 487.5 Limited Partnership Units (12.19% of the total) issued as fund conception and which will be reduced to 475 Limited Partnership Units (11.88% of the total) at the time in which 60 Creek Tech, LLC returns the entire $100,000 of Working Capital to Maevlo.  Additionally, Sklar also owns 1,282 60 Creek Tech LLC membership units (1.92% of the total), collectively referred to herein as the Interest.

In an effort to move forward most efficiently and to address the current financial distress, including but not limited to the impending default of future cash call obligations of Sklar, Maevlo proposes the following:

1. Sklar's Interest and Capital Commitment, shall be reduced and limited specifically to the funded cash consideration ($125,000) to date. Additionally the same will be true on a pro-rata basis as to Sklar's ownership within 60 creep Tech LLC.

---

[1] January 2, 2020 in the amount of $65,000 & January 30, 2020 in the amount of $60,000

EXHIBIT 8

2. All of Sklar's future rights related to the right of first refusal amongst future opportunities that Maevlo should provide will be waived as to all of said Interest.

3. All of the unfunded $375,000 capital commitment will be effectively relinquished by Sklar,

4. Sklar shall indemnify and hold harmless Maevlo from and against all claims, liabilities, judgments, losses, damages (including, but not limited to, remedial actions), fines, administrative and judicial proceedings, expenses and costs of any kind or character (including, but not limited to, reasonable attorney fees and costs of litigation or other dispute resolution), and causes of action of, to or by third persons resulting from, in connection with, arising out of or in any way incidental to the exercise of proposal as set forth herein.

As always should any of you have concern or questions directly related to this matter please do not hesitate to contact me directly.

Regards,

MAEVLO PRODUCTION LP
    By:  Maevlo Management LLC, it's General Partner


By:
Matthew Montgomery-Managing Member



By the execution of this letter you are acknowledging and agreeing to the terms set forth herein.

Sklar Exploration Company LLC


By:_____
J. Marshall Jones, III-Vice President, COO
Date_____

EXHIBIT 8

EXHIBIT 8

**Beiner, Grant**

| | |
|---|---|
| **From:** | Marshall Jones |
| **Sent:** | Thursday, August 13, 2020 4:14 PM |
| **To:** | John Strausser |
| **Subject:** | FW: Sklarco LLC - Default Partner Letter |
| **Attachments:** | Maevlo Production LP _ Sklarco LLC-Defaulting Party Letter.pdf; Maevlo Production LP _ Sklarco LLC-Defaulting Party Letter.pdf |

**From:** Matthew Montgomery [mailto:matthew@maevlo.com]
**Sent:** Friday, July 24, 2020 9:56 AM
**To:** Marshall Jones <jmjones@sklarexploration.com>
**Subject:** Sklarco LLC - Default Partner Letter

Please see attached.
Let me know if you have any questions.
-Matthew

--



Matthew Montgomery-Principal
303-219-0331-office
817-266-8709-cell
matthew@maevlo.com

1
EXHIBIT 9



Matthew Montgomery-Principal
303-219-0331
817-266-8709
matthew@maevlo.com

July 24, 2020

Sklarco LLC
*Attn: Marshall Jones, COO*
5395 Pearl Pkwy, Suite 200
Boulder, Colorado 80301

**RE:  Defaulting Partner Notice**

Marshall,

In furtherance of the prior Notice Letter sent to you on July 10th, 2020, and Sklarco LLC's ("Sklar") failure to fund its Capital Commitment, this letter shall serve as formal notice that Sklar is a Defaulting Partner, as that term is defined in Section 6.05(a) of the Amended and Restated Limited Partnership Agreement of Maevlo Production, LP dated November 13, 2019 (the "LPA").

In accordance with Section 6.05(c) of the LPA, Maevlo Management LLC as General Partner is providing the non-defaulting Limited Partners the right to acquire all of Sklar's Limited Partnership Interest in Maevlo Production LP, along with the corresponding Class A membership units in 60 Creek Tech, LLC that were granted to Sklar, for an amount in cash of 50% of the Fair Value of such Limited Partnership Interest.  Fair Value as defined in the LPA as

> *"the fair value of any Interest or Portfolio Investment, as determined in good faith by the General Partner, or in the case of Sections 4.09 and 4.10 as determined by an Expert, using generally accepted valuation methods.  All valuations shall be made taking into account all relevant factors that might reasonably affect the sales price of the Interest or Portfolio Investment in question."*

For purposes of this letter Maevlo has calculated Sklar's Fair Value as set forth below:

1. As of June 18th, 2020 when the Capital Contribution No. 2 was tendered to Sklar, Maevlo had acquired certain mineral and royalty interests using a total of $365,849.62, and additionally had a cash balance of $384,410.88.
2. There have been no new material development activities on the properties as a whole.

EXHIBIT 9.1

3. Sklar currently owns 12.19% of the Limited Partnership by virtue of its 475 Limited Partnership Units.

Sklar's Total Fair Value is $750,260.50 x 12.19% = $91,456.75 x 50% = **$45,728.38**

Promptly upon consummation of the sale of Sklar's Interest, a check payable in the amount of Fair Value will be delivered to Sklar as full and final payment for all of Sklar's Limited Partnership Interest inMaevlo Production LP.

Additionally 60 Creek Tech, LLC will be refunding all of Sklar's investment into said entity, which entails 1.92% of the membership interest for a total of $12,1,90 and all Class A membership units in 60 Creek Tech, LLC are hereby relinquished and no longer owned in any capacity by Sklar, its successor, heirs or assigns.

Should you have any questions or wish to discuss this matter further, please do not hesitate to contact me directly

Regards,

MAEVLO PRODUCTION LP

By:
Matthew Montgomery

EXHIBIT 9.1

**Beiner, Grant**

---

| | |
|---|---|
| **From:** | Beiner, Grant |
| **Sent:** | Thursday, November 19, 2020 4:23 PM |
| **To:** | Parker, Ross |
| **Cc:** | Beiner, Grant |
| **Subject:** | FW: SEC A/P |
| **Attachments:** | 2019-05-22 (1).pdf |

**From:** Tristan Farel <TFarel@sklarexploration.com>
**Sent:** Wednesday, May 22, 2019 10:31 AM
**To:** Marshall Jones <jmjones@sklarexploration.com>
**Subject:** FW: SEC A/P

Please have a look…Rapad is not included in this check run. It's going to be a tight month this month…how far out can we push Rapad? They have a $558k invoice out there dated 04/01, so I know it needs paid sooner rather than later.

Tristan R. Farel
Sklar Exploration Company LLC
5395 Pearl Parkway, Suite 200
Boulder, CO 80301
318.212.0912 (office)
303.579.1129 (mobile)
tfarel@sklarexploration.com



**From:** Bobbie Gore <BGore@sklarexploration.com>
**Sent:** Wednesday, May 22, 2019 8:02 AM
**To:** Tristan Farel <TFarel@sklarexploration.com>
**Subject:** SEC A/P

$1,035,257.60 Yikes

Also, please note that Rapad will more than likely be calling any day now about the $558k invoice from 4/1/2019, so I'll need to have something to tell them in regards to that.

Please advise.

*Thank you so much,*
*Bobbie Gore*



EXHIBIT 11

05/21/2019 02:09 pm
Company:00SEC

Case:20-12377-MER  Doc#:891-2  Filed:02/26/21  Entered:02/26/21 14:02:03  Page791 of

Page 1

Sklar Exploration Co., LLC
Historical Open Item Report - Aged by Invoice Date
Detail
Invoices posted as of but not paid by 05/24/2019

$1,035,257.60

Bank A/P:2000

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **ABPU01** | | **A & B Pump & Supply, Inc.** | | | | | | | |
| 03/17/2019 | 62354 | A/P Invoice | 4,088.42 | | Due:04/16/2019 | | | 4,088.42 | |
| 03/28/2019 | 62380 | A/P Invoice | 4,439.28 | | Due:04/27/2019 | | 4,439.28 | | |
| 04/14/2019 | 62415 | A/P Invoice | 3,455.07 | | Due:05/14/2019 | | 3,455.07 | | |
| 04/16/2019 | 62417 | A/P Invoice | 9,341.79 | | Due:05/16/2019 | | 9,341.79 | | |
| 04/16/2019 | 62416 | A/P Invoice | 3,398.54 | | Due:05/16/2019 | | 3,398.54 | | |
| 04/24/2019 | 62445 | A/P Invoice | 4,237.35 | | Due:05/24/2019 | 4,237.35 | | | |
| 04/28/2019 | 62457 | A/P Invoice | 3,153.50 | | Due:05/28/2019 | 3,153.50 | | | |
| ABPU01 | | Total for A & B Pump & Supply, Inc. | 32,113.95 | | | 7,390.85 | 20,634.68 | 4,088.42 | 0.00 |
| | | | | | | | | | |
| **ACMT01** | | **Acme Truck Line, Inc.** | | | | | | | |
| 04/01/2019 | 5635117 | A/P Invoice | 1,894.97 | | Due:05/01/2019 | | 1,894.97 | | |
| ACMT01 | | Total for Acme Truck Line, Inc. | 1,894.97 | | | 0.00 | 1,894.97 | 0.00 | 0.00 |
| | | | | | | | | | |
| **AFCO01** | | **AFCO** | | | | | | | |
| 05/01/2019 | 6049787049 | A/P Invoice | 36,773.44 | | Due:06/01/2019 | 36,773.44 | | | |
| AFCO01 | | Total for AFCO | 36,773.44 | | | 36,773.44 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **APLR01** | | **Apple River Investments, LLC** | | | | | | | |
| 04/23/2019 | 1440 | A/P Invoice | 41,229.51 | | Due:05/18/2019 | | 41,229.51 | | |
| APLR01 | | Total for Apple River Investments, LLC | 41,229.51 | | | 0.00 | 41,229.51 | 0.00 | 0.00 |
| | | | | | | | | | |
| **ARMJ01** | | **Armbrecht Jackson LLP** | | | | | | | |
| 04/11/2019 | 408286 | A/P Invoice | 409.00 | | Due:05/11/2019 | | 409.00 | | |
| 04/11/2019 | 408278 | A/P Invoice | 1,260.00 | | Due:05/11/2019 | | 1,260.00 | | |
| 04/11/2019 | 408279 | A/P Invoice | 1,260.00 | | Due:05/11/2019 | | 1,260.00 | | |
| 04/11/2019 | 408280 | A/P Invoice | 1,545.50 | | Due:05/11/2019 | | 1,545.50 | | |
| 04/11/2019 | 408281 | A/P Invoice | 466.50 | | Due:05/11/2019 | | 466.50 | | |
| 04/11/2019 | 408282 | A/P Invoice | 720.00 | | Due:05/11/2019 | | 720.00 | | |
| 04/11/2019 | 408283 | A/P Invoice | 1,111.00 | | Due:05/11/2019 | | 1,111.00 | | |
| 04/11/2019 | 408284 | A/P Invoice | 15,337.19 | | Due:05/11/2019 | | 15,337.19 | | |
| 04/11/2019 | 408285 | A/P Invoice | 16,577.95 | | Due:05/11/2019 | | 16,577.95 | | |
| ARMJ01 | | Total for Armbrecht Jackson LLP | 38,687.14 | | | 0.00 | 38,687.14 | 0.00 | 0.00 |
| | | | | | | | | | |
| **BAKH01** | | **Baker Hughes, a GE Company, LLC** | | | | | | | |
| 04/05/2019 | 909912053 | A/P Invoice | 23,800.00 | | Due:05/05/2019 | | 23,800.00 | | |
| 04/15/2019 | 909941496 | A/P Invoice | 82,749.67 | | Due:05/15/2019 | | 82,749.67 | | |
| 04/18/2019 | 909955234 | A/P Invoice | 2,822.50 | | Due:05/18/2019 | | 2,822.50 | | |
| 04/22/2019 | 909960057 | A/P Invoice | 1,656.72 | | Due:05/22/2019 | | 1,656.72 | | |
| 04/23/2019 | 909963474 | A/P Invoice | 406.92 | | Due:05/23/2019 | | 406.92 | | |
| 04/23/2019 | 909963605 | A/P Invoice | 406.92 | | Due:05/23/2019 | | 406.92 | | |
| 04/23/2019 | 909963905 | A/P Invoice | 406.92 | | Due:05/23/2019 | | 406.92 | | |
| 04/26/2019 | 909976279 | A/P Invoice | 1,312.31 | | Due:05/26/2019 | 1,312.31 | | | |
| 04/26/2019 | 909976282 | A/P Invoice | 1,278.52 | | Due:05/26/2019 | 1,278.52 | | | |
| 04/26/2019 | 909976287 | A/P Invoice | 1,308.25 | | Due:05/26/2019 | 1,308.25 | | | |
| 04/26/2019 | 909976291 | A/P Invoice | 1,314.70 | | Due:05/26/2019 | 1,314.70 | | | |
| 04/26/2019 | 909976308 | A/P Invoice | 1,278.52 | | Due:05/26/2019 | 1,278.52 | | | |
| 04/26/2019 | 909976339 | A/P Invoice | 1,278.52 | | Due:05/26/2019 | 1,278.52 | | | |
| 04/26/2019 | 909976345 | A/P Invoice | 1,325.74 | | Due:05/26/2019 | 1,325.74 | | | |
| 04/26/2019 | 909976353 | A/P Invoice | 2,861.36 | | Due:05/26/2019 | 2,861.36 | | | |
| 04/29/2019 | 909986494 | A/P Invoice | 673.37 | | Due:05/29/2019 | 673.37 | | | |
| 04/29/2019 | 909986497 | A/P Invoice | 1,314.70 | | Due:05/29/2019 | 1,314.70 | | | |

EXHIBIT 11.1

EXHIBIT 11.1

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **BAKH01** | | **Baker Hughes, a GE Company, LLC <Continued>** | | | | | | | |
| 04/29/2019 | 909986501 | A/P Invoice | 673.37 | | Due:05/29/2019 | 673.37 | | | |
| 04/29/2019 | 909986505 | A/P Invoice | 1,278.52 | | Due:05/29/2019 | 1,278.52 | | | |
| 04/29/2019 | 909986507 | A/P Invoice | 1,723.56 | | Due:05/29/2019 | 1,723.56 | | | |
| 04/29/2019 | 909986508 | A/P Invoice | 2,888.99 | | Due:05/29/2019 | 2,888.99 | | | |
| 04/29/2019 | 909986520 | A/P Invoice | 526.45 | | Due:05/29/2019 | 526.45 | | | |
| BAKH01 | | Total for Baker Hughes, a GE Company, LLC | 133,286.53 | | | 21,036.88 | 112,249.65 | 0.00 | 0.00 |
| | | | | | | | | | |
| **BARB01** | | **Barnette & Benefield, Inc.** | | | | | | | |
| 04/30/2019 | 34693 | A/P Invoice | 3,164.00 | | Due:05/30/2019 | 3,164.00 | | | |
| 05/16/2019 | 34750 | A/P Invoice | 4,127.00 | | Due:06/15/2019 | 4,127.00 | | | |
| BARB01 | | Total for Barnette & Benefield, Inc. | 7,291.00 | | | 7,291.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **BERE01** | | **Berith Equipment, Inc.** | | | | | | | |
| 03/21/2019 | 1-29392 | A/P Invoice | 2,154.54 | | Due:04/20/2019 | | | 2,154.54 | |
| BERE01 | | Total for Berith Equipment, Inc. | 2,154.54 | | | 0.00 | 0.00 | 2,154.54 | 0.00 |
| | | | | | | | | | |
| **BERH01** | | **Berg Hill Greenleaf Ruscitti LLP** | | | | | | | |
| 04/30/2019 | 27870.00010 | A/P Invoice | 665.00 | | Due:05/25/2019 | 665.00 | | | |
| 04/30/2019 | 27870.00020 | A/P Invoice | 187.50 | | Due:05/25/2019 | 187.50 | | | |
| 04/30/2019 | 27730.00000 | A/P Invoice | 600.00 | | Due:05/25/2019 | 600.00 | | | |
| BERH01 | | Total for Berg Hill Greenleaf Ruscitti LLP | 1,452.50 | | | 1,452.50 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **BLPI01** | | **B & L Pipeco Services, L.L.C.** | | | | | | | |
| 03/28/2019 | 19-3947 | A/P Invoice | 114,415.95 | | Due:04/27/2019 | | 114,415.95 | | |
| 04/15/2019 | 19-4668 | A/P Invoice | 282,345.94 | | Due:05/15/2019 | | 282,345.94 | | |
| 05/08/2019 | 19-2002 | A/P Invoice | (2,406.16) | | Due:06/07/2019 | (2,406.16) | | | |
| 05/10/2019 | 19-2004 | A/P Invoice | (5,332.81) | | Due:06/09/2019 | (5,332.81) | | | |
| BLPI01 | | Total for B & L Pipeco Services, L.L.C. | 389,022.92 | | | (7,738.97) | 396,761.89 | 0.00 | 0.00 |
| | | | | | | | | | |
| **BOOS01** | | **Boots Smith Completion Services, LLC** | | | | | | | |
| 04/08/2019 | 11221 | A/P Invoice | 70,983.54 | | Due:05/03/2019 | | 70,983.54 | | |
| 04/29/2019 | 11262 | A/P Invoice | 658.05 | | Due:05/24/2019 | 658.05 | | | |
| BOOS01 | | Total for Boots Smith Completion Services, LLC | 71,641.59 | | | 658.05 | 70,983.54 | 0.00 | 0.00 |
| | | | | | | | | | |
| **BRAE02** | | **Brammer Engineering, Inc.** | | | | | | | |
| 03/31/2019 | 2019030020 | A/P Invoice | 1,409.25 | | Due:03/31/2019 | | 1,409.25 | | |
| 04/12/2019 | IM0002159 | A/P Invoice | 44.76 | | Due:04/12/2019 | | 44.76 | | |
| 04/12/2019 | 201903-00562 | A/P Invoice | 3,825.00 | | Due:04/12/2019 | | 3,825.00 | | |
| 04/30/2019 | 2019040023 | A/P Invoice | 875.00 | | Due:04/30/2019 | 875.00 | | | |
| 04/30/2019 | 2019040024 | A/P Invoice | 919.38 | | Due:04/30/2019 | 919.38 | | | |
| 05/15/2019 | 201904-00511 | A/P Invoice | 3,825.00 | | Due:05/15/2019 | 3,825.00 | | | |
| BRAE02 | | Total for Brammer Engineering, Inc. | 10,898.39 | | | 5,619.38 | 5,279.01 | 0.00 | 0.00 |
| | | | | | | | | | |
| **BREA01** | | **Brewton Area Properties, LLC** | | | | | | | |
| 05/01/2019 | 050119 | A/P Invoice | 1,800.00 | | Due:06/01/2019 | 1,800.00 | | | |
| BREA01 | | Total for Brewton Area Properties, LLC | 1,800.00 | | | 1,800.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **BTES01** | | **BTech Service & Supply Inc.** | | | | | | | |
| 04/02/2019 | 3490 | A/P Invoice | 12,251.89 | | Due:05/02/2019 | | 12,251.89 | | |
| 04/04/2019 | 3497 | A/P Invoice | 34,161.83 | | Due:05/04/2019 | | 34,161.83 | | |
| 04/05/2019 | 3507 | A/P Invoice | 610.40 | | Due:05/05/2019 | | 610.40 | | |
| 04/11/2019 | 3510 | A/P Invoice | 2,016.76 | | Due:05/11/2019 | | 2,016.76 | | |
| 04/19/2019 | 3533 | A/P Invoice | 1,092.66 | | Due:05/19/2019 | | 1,092.66 | | |
| 04/23/2019 | 3534 | A/P Invoice | 291.50 | | Due:05/23/2019 | | 291.50 | | |

EXHIBIT 11.1

Sklar Exploration Co., LLC
832

Company:00SEC              Historical Open Item Report - Aged by Invoice Date

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **BTES01** | | **BTech Service & Supply Inc. <Continued>** | | | | | | | |
| 04/23/2019 | 3535 | A/P Invoice | 291.50 | | Due:05/23/2019 | | 291.50 | | |
| 04/23/2019 | 3536 | A/P Invoice | 291.50 | | Due:05/23/2019 | | 291.50 | | |
| 04/23/2019 | 3537 | A/P Invoice | 291.50 | | Due:05/23/2019 | | 291.50 | | |
| 04/23/2019 | 3538 | A/P Invoice | 291.50 | | Due:05/23/2019 | | 291.50 | | |
| 04/23/2019 | 3539 | A/P Invoice | 291.50 | | Due:05/23/2019 | | 291.50 | | |
| 04/23/2019 | 3540 | A/P Invoice | 291.50 | | Due:05/23/2019 | | 291.50 | | |
| 04/23/2019 | 3541 | A/P Invoice | 291.50 | | Due:05/23/2019 | | 291.50 | | |
| 04/23/2019 | 3542 | A/P Invoice | 291.50 | | Due:05/23/2019 | | 291.50 | | |
| 04/23/2019 | 3543 | A/P Invoice | 360.40 | | Due:05/23/2019 | | 360.40 | | |
| 04/23/2019 | 3544 | A/P Invoice | 291.50 | | Due:05/23/2019 | | 291.50 | | |
| BTES01 | | Total for BTech Service & Supply Inc. | 53,408.94 | | | 0.00 | 53,408.94 | 0.00 | 0.00 |
| | | | | | | | | | |
| **CADO01** | | **Caddo Oilfield Construction, LLC** | | | | | | | |
| 04/23/2019 | 7619 | A/P Invoice | 36,636.25 | | Due:04/23/2019 | | 36,636.25 | | |
| 04/23/2019 | 7620 | A/P Invoice | 36,636.25 | | Due:04/23/2019 | | 36,636.25 | | |
| 04/23/2019 | 7621 | A/P Invoice | 36,636.25 | | Due:04/23/2019 | | 36,636.25 | | |
| 04/23/2019 | 7622 | A/P Invoice | 36,636.25 | | Due:04/23/2019 | | 36,636.25 | | |
| CADO01 | | Total for Caddo Oilfield Construction, LLC | 146,545.00 | | | 0.00 | 146,545.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **CAMS03** | | **Camp Service and Repair, LLC** | | | | | | | |
| 04/05/2019 | 750057 | A/P Invoice | 5,125.00 | | Due:04/30/2019 | | 5,125.00 | | |
| 04/06/2019 | 750058 | A/P Invoice | 5,280.00 | | Due:05/01/2019 | | 5,280.00 | | |
| 04/07/2019 | 750059 | A/P Invoice | 7,675.00 | | Due:05/02/2019 | | 7,675.00 | | |
| 04/08/2019 | 750002 | A/P Invoice | 15,461.75 | | Due:05/03/2019 | | 15,461.75 | | |
| CAMS03 | | Total for Camp Service and Repair, LLC | 33,541.75 | | | 0.00 | 33,541.75 | 0.00 | 0.00 |
| | | | | | | | | | |
| **CARE01** | | **Carnley Electric Inc** | | | | | | | |
| 03/29/2019 | 22673 | A/P Invoice | 360.00 | | Due:04/23/2019 | | 360.00 | | |
| 03/29/2019 | 22672 | A/P Invoice | 360.00 | | Due:04/23/2019 | | 360.00 | | |
| 03/29/2019 | 22671 | A/P Invoice | 180.00 | | Due:04/23/2019 | | 180.00 | | |
| 04/04/2019 | 22694 | A/P Invoice | 180.00 | | Due:04/29/2019 | | 180.00 | | |
| 04/04/2019 | 22693 | A/P Invoice | 180.00 | | Due:04/29/2019 | | 180.00 | | |
| 04/04/2019 | 22692 | A/P Invoice | 720.00 | | Due:04/29/2019 | | 720.00 | | |
| 04/04/2019 | 22691 | A/P Invoice | 720.00 | | Due:04/29/2019 | | 720.00 | | |
| 04/11/2019 | 22707 | A/P Invoice | 360.00 | | Due:05/06/2019 | | 360.00 | | |
| 04/11/2019 | 22708 | A/P Invoice | 360.00 | | Due:05/06/2019 | | 360.00 | | |
| 04/19/2019 | 22727 | A/P Invoice | 360.00 | | Due:05/14/2019 | | 360.00 | | |
| 04/19/2019 | 22726 | A/P Invoice | 360.00 | | Due:05/14/2019 | | 360.00 | | |
| 04/26/2019 | 22742 | A/P Invoice | 360.00 | | Due:05/21/2019 | 360.00 | | | |
| 04/26/2019 | 22743 | A/P Invoice | 180.00 | | Due:05/21/2019 | 180.00 | | | |
| 04/26/2019 | 22745 | A/P Invoice | 180.00 | | Due:05/21/2019 | 180.00 | | | |
| 04/26/2019 | 22744 | A/P Invoice | 360.00 | | Due:05/21/2019 | 360.00 | | | |
| 05/03/2019 | 22769 | A/P Invoice | 1,116.00 | | Due:05/28/2019 | 1,116.00 | | | |
| 05/03/2019 | 22773 | A/P Invoice | 360.00 | | Due:05/28/2019 | 360.00 | | | |
| 05/03/2019 | 22770 | A/P Invoice | 860.00 | | Due:05/28/2019 | 860.00 | | | |
| 05/03/2019 | 22768 | A/P Invoice | 360.00 | | Due:05/28/2019 | 360.00 | | | |
| 05/03/2019 | 22771 | A/P Invoice | 180.00 | | Due:05/28/2019 | 180.00 | | | |
| 05/03/2019 | 22767 | A/P Invoice | 837.67 | | Due:05/28/2019 | 837.67 | | | |
| 05/08/2019 | 22791 | A/P Invoice | 360.00 | | Due:06/02/2019 | 360.00 | | | |
| 05/08/2019 | 22790 | A/P Invoice | 360.00 | | Due:06/02/2019 | 360.00 | | | |
| 05/08/2019 | 22789 | A/P Invoice | 18,226.02 | | Due:06/02/2019 | 18,226.02 | | | |
| 05/08/2019 | 22788 | A/P Invoice | 780.00 | | Due:06/02/2019 | 780.00 | | | |
| CARE01 | | Total for Carnley Electric Inc | 28,659.69 | | | 24,519.69 | 4,140.00 | 0.00 | 0.00 |

EXHIBIT 11.1

Company:00SEC

Sklar Exploration Co., LLC

Historical Open Item Report - Aged by Invoice Date

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **CJSP01** | | **C&J Spec-Rent Services, Inc.** | | | | | | | |
| 04/02/2019 | 6110003505 | A/P Invoice | 32,612.55 | | Due:04/02/2019 | | 32,612.55 | | |
| 04/17/2019 | 6110003544 | A/P Invoice | 40,081.93 | | Due:04/17/2019 | | 40,081.93 | | |
| 04/17/2019 | 6110003545 | A/P Invoice | 44,616.48 | | Due:04/17/2019 | | 44,616.48 | | |
| 04/18/2019 | 6110003552 | A/P Invoice | 6,861.35 | | Due:04/18/2019 | | 6,861.35 | | |
| 05/01/2019 | 6110003600 | A/P Invoice | 43,813.25 | | Due:05/01/2019 | 43,813.25 | | | |
| 05/01/2019 | 6110003624 | A/P Invoice | 11,415.59 | | Due:05/01/2019 | 11,415.59 | | | |
| CJSP01 | | Total for C&J Spec-Rent Services, Inc. | 179,401.15 | | | 55,228.84 | 124,172.31 | 0.00 | 0.00 |
| | | | | | | | | | |
| **CLAO01** | | **Clarkco Oilfield Services, Inc.** | | | | | | | |
| 03/22/2019 | 144447 | A/P Invoice | 267.50 | | Due:04/21/2019 | | | 267.50 | |
| 03/22/2019 | 144448 | A/P Invoice | 802.50 | | Due:04/21/2019 | | | 802.50 | |
| 03/19/2019 | 144450 | A/P Invoice | 347.75 | | Due:04/18/2019 | | | 347.75 | |
| 03/29/2019 | 144656 | A/P Invoice | 556.40 | | Due:04/28/2019 | | 556.40 | | |
| 03/29/2019 | 144657 | A/P Invoice | 347.75 | | Due:04/28/2019 | | 347.75 | | |
| 04/05/2019 | 144816 | A/P Invoice | 347.75 | | Due:05/05/2019 | | 347.75 | | |
| 04/10/2019 | 144815 | A/P Invoice | 347.75 | | Due:05/10/2019 | | 347.75 | | |
| 04/16/2019 | 145075 | A/P Invoice | 1,171.65 | | Due:05/16/2019 | | 1,171.65 | | |
| 03/20/2019 | 145076 | A/P Invoice | 1,100.00 | | Due:04/19/2019 | | | 1,100.00 | |
| 03/20/2019 | 145077 | A/P Invoice | 1,100.00 | | Due:04/19/2019 | | | 1,100.00 | |
| 04/10/2019 | 145078 | A/P Invoice | 3,600.00 | | Due:05/10/2019 | | 3,600.00 | | |
| 04/30/2019 | 145224 | A/P Invoice | 347.75 | | Due:05/30/2019 | 347.75 | | | |
| CLAO01 | | Total for Clarkco Oilfield Services, Inc. | 10,336.80 | | | 347.75 | 6,371.30 | 3,617.75 | 0.00 |
| | | | | | | | | | |
| **COAC01** | | **Coastal Chemical Co., LLC** | | | | | | | |
| 05/06/2019 | CCI19-698074 | A/P Invoice | 3,606.71 | | Due:06/05/2019 | 3,606.71 | | | |
| 05/08/2019 | CCI19-698747 | A/P Invoice | 310.59 | | Due:06/07/2019 | 310.59 | | | |
| 05/09/2019 | CCI19-699241 | A/P Invoice | 1,063.46 | | Due:06/08/2019 | 1,063.46 | | | |
| 05/09/2019 | CCI19-699249 | A/P Invoice | 2,464.28 | | Due:06/08/2019 | 2,464.28 | | | |
| 05/13/2019 | CCI19-700299 | A/P Invoice | 114.19 | | Due:06/12/2019 | 114.19 | | | |
| COAC01 | | Total for Coastal Chemical Co., LLC | 7,559.23 | | | 7,559.23 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **COMC05** | | **Compression Controls & Rentals, LLC** | | | | | | | |
| 03/28/2019 | 19430 | A/P Invoice | 1,518.30 | | Due:04/27/2019 | | 1,518.30 | | |
| 03/28/2019 | 19443 | A/P Invoice | 2,371.60 | | Due:04/27/2019 | | 2,371.60 | | |
| 04/22/2019 | 19642 | A/P Invoice | 2,371.60 | | Due:05/22/2019 | | 2,371.60 | | |
| COMC05 | | Total for Compression Controls & Rentals, LLC | 6,261.50 | | | 0.00 | 6,261.50 | 0.00 | 0.00 |
| | | | | | | | | | |
| **COME02** | | **Complete Environmental & Remediation Co** | | | | | | | |
| 04/30/2019 | 6369 | A/P Invoice | 8,623.91 | | Due:04/30/2019 | 8,623.91 | | | |
| COME02 | | Total for Complete Environmental & Remediation Co | 8,623.91 | | | 8,623.91 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **CONE01** | | **Consolidated Electrical Distributors Inc** | | | | | | | |
| 04/29/2019 | 0939-507887 | A/P Invoice | 4,059.59 | | Due:05/15/2019 | 4,059.59 | | | |
| 04/29/2019 | 0939-507803 | A/P Invoice | 2,140.20 | | Due:05/15/2019 | 2,140.20 | | | |
| 04/29/2019 | 0939-507886 | A/P Invoice | 3,237.17 | | Due:05/15/2019 | 3,237.17 | | | |
| 04/29/2019 | 0939-507804 | A/P Invoice | 1,532.88 | | Due:05/15/2019 | 1,532.88 | | | |
| 04/30/2019 | 0939-507905 | A/P Invoice | 892.96 | | Due:05/15/2019 | 892.96 | | | |
| 05/01/2019 | 0939-507892 | A/P Invoice | 700.28 | | Due:06/15/2019 | 700.28 | | | |
| 05/01/2019 | 0939-507923 | A/P Invoice | 713.52 | | Due:06/15/2019 | 713.52 | | | |
| 05/02/2019 | 0939-507821 | A/P Invoice | 1,098.53 | | Due:06/15/2019 | 1,098.53 | | | |
| 05/02/2019 | 0939-507935 | A/P Invoice | 478.15 | | Due:06/15/2019 | 478.15 | | | |
| 05/02/2019 | 0939-507903 | A/P Invoice | 410.15 | | Due:06/15/2019 | 410.15 | | | |
| 05/06/2019 | 0939-507958 | A/P Invoice | 1,208.31 | | Due:06/15/2019 | 1,208.31 | | | |
| 05/07/2019 | 0939-507978 | A/P Invoice | 93.89 | | Due:06/15/2019 | 93.89 | | | |

EXHIBIT 11.1

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **CONE01** | | **Consolidated Electrical Distributors Inc <Continued>** | | | | | | | |
| 05/08/2019 | 0939-507996 | A/P Invoice | 2,537.12 | | Due:06/15/2019 | 2,537.12 | | | |
| 05/15/2019 | 0939-508019 | A/P Invoice | 9,205.90 | | Due:06/15/2019 | 9,205.90 | | | |
| CONE01 | | Total for Consolidated Electrical Distributors Inc | 28,308.65 | | | 28,308.65 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **CORL01** | | **Core Laboratories, Inc.** | | | | | | | |
| 03/31/2019 | 5019032442 | A/P Invoice | 1,540.00 | | Due:04/30/2019 | | 1,540.00 | | |
| CORL01 | | Total for Core Laboratories, Inc. | 1,540.00 | | | 0.00 | 1,540.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **CORM01** | | **Core Mineralogy, Inc.** | | | | | | | |
| 03/21/2019 | 19030402 | A/P Invoice | 13,650.00 | | Due:04/20/2019 | | | 13,650.00 | |
| CORM01 | | Total for Core Mineralogy, Inc. | 13,650.00 | | | 0.00 | 0.00 | 13,650.00 | 0.00 |
| | | | | | | | | | |
| **CRPA01** | | **C.R. Pate Logging, Inc.** | | | | | | | |
| 05/06/2019 | 4674 | A/P Invoice | 20,510.83 | | Due:05/06/2019 | 20,510.83 | | | |
| 05/08/2019 | 4679 | A/P Invoice | 6,117.00 | | Due:05/08/2019 | 6,117.00 | | | |
| CRPA01 | | Total for C.R. Pate Logging, Inc. | 26,627.83 | | | 26,627.83 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **CSIC01** | | **CSI Compressco Operating, LLC** | | | | | | | |
| 05/01/2019 | 91106164RI | A/P Invoice | 5,200.00 | | Due:05/31/2019 | 5,200.00 | | | |
| 05/01/2019 | 91108022RI | A/P Invoice | 1,600.00 | | Due:05/31/2019 | 1,600.00 | | | |
| 05/01/2019 | 91108023RI | A/P Invoice | 1,600.00 | | Due:05/31/2019 | 1,600.00 | | | |
| 05/01/2019 | 91106864RI | A/P Invoice | 6,250.00 | | Due:05/31/2019 | 6,250.00 | | | |
| CSIC01 | | Total for CSI Compressco Operating, LLC | 14,650.00 | | | 14,650.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **DEEE02** | | **Deepwell Energy Services, LLC** | | | | | | | |
| 03/28/2019 | 7855022 | A/P Invoice | 3,531.00 | | Due:04/22/2019 | | 3,531.00 | | |
| 04/19/2019 | 7883273 | A/P Invoice | 1,804.00 | | Due:05/14/2019 | | 1,804.00 | | |
| 05/03/2019 | 7899939 | A/P Invoice | 1,684.00 | | Due:05/28/2019 | 1,684.00 | | | |
| DEEE02 | | Total for Deepwell Energy Services, LLC | 7,019.00 | | | 1,684.00 | 5,335.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **DIRS01** | | **Directional Service, LLC** | | | | | | | |
| 05/10/2019 | 7990 | A/P Invoice | 48,300.00 | | Due:06/04/2019 | 48,300.00 | | | |
| DIRS01 | | Total for Directional Service, LLC | 48,300.00 | | | 48,300.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **EAGE01** | | **Eagle Express Hotshot Ser. LLC** | | | | | | | |
| 03/21/2019 | 27836 | A/P Invoice | 834.11 | | Due:04/20/2019 | | | 834.11 | |
| 03/28/2019 | 27852 | A/P Invoice | 834.11 | | Due:04/27/2019 | | 834.11 | | |
| 04/18/2019 | 27916 | A/P Invoice | 744.74 | | Due:05/18/2019 | | 744.74 | | |
| EAGE01 | | Total for Eagle Express Hotshot Ser. LLC | 2,412.96 | | | 0.00 | 1,578.85 | 834.11 | 0.00 |
| | | | | | | | | | |
| **EASF01** | | **Eastern Fishing & Rental Tools** | | | | | | | |
| 03/25/2019 | RN0025594 | A/P Invoice | 5,805.53 | | Due:04/24/2019 | | 5,805.53 | | |
| 03/31/2019 | PN0025604 | A/P Invoice | 748.80 | | Due:04/30/2019 | | 748.80 | | |
| 03/31/2019 | PN0025605 | A/P Invoice | 408.85 | | Due:04/30/2019 | | 408.85 | | |
| 03/31/2019 | PN0025618 | A/P Invoice | 11,938.20 | | Due:04/30/2019 | | 11,938.20 | | |
| 04/08/2019 | PN0025643 | A/P Invoice | 23,704.70 | | Due:05/08/2019 | | 23,704.70 | | |
| 04/12/2019 | PN0025656 | A/P Invoice | 11,530.16 | | Due:05/12/2019 | | 11,530.16 | | |
| 04/28/2019 | PN0025734 | A/P Invoice | 2,309.46 | | Due:05/28/2019 | 2,309.46 | | | |
| EASF01 | | Total for Eastern Fishing & Rental Tools | 56,445.70 | | | 2,309.46 | 54,136.24 | 0.00 | 0.00 |
| | | | | | | | | | |
| **ENTC01** | | **ECS** | | | | | | | |
| 05/15/2019 | 334356-PPL | A/P Invoice | 2,383.37 | | Due:06/14/2019 | 2,383.37 | | | |
| 05/15/2019 | 334451 | A/P Invoice | 1,950.47 | | Due:06/14/2019 | 1,950.47 | | | |
| ENTC01 | | Total for ECS | 4,333.84 | | | 4,333.84 | 0.00 | 0.00 | 0.00 |

EXHIBIT 11.1

05/21/2019 02:09 pm
Case:20-12377-MER Doc#:891-2 Filed:02/26/21 Entered:02/26/21 14:02:03 Page797 of
Sklar Exploration Co., LLC
832
Company:00SEC
Historical Open Item Report - Aged by Invoice Date
Page 6

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **EVEC01** | | **Evergreen Concrete Company, Inc** | | | | | | | |
| 04/18/2019 | 131258 | A/P Invoice | 1,596.85 | | Due:05/13/2019 | | 1,596.85 | | |
| EVEC01 | | Total for Evergreen Concrete Company, Inc | 1,596.85 | | | 0.00 | 1,596.85 | 0.00 | 0.00 |
| | | | | | | | | | |
| **FERO01** | | **Ferris Officemart, LLC** | | | | | | | |
| 04/11/2019 | 0063405-001 | A/P Invoice | 393.67 | | Due:05/11/2019 | | 393.67 | | |
| 04/30/2019 | 0063952-001 | A/P Invoice | 2,835.30 | | Due:05/30/2019 | 2,835.30 | | | |
| 05/14/2019 | 0064373-001 | A/P Invoice | 5,255.67 | | Due:06/13/2019 | 5,255.67 | | | |
| 05/14/2019 | 0063405-002 | A/P Invoice | (393.67) | | Due:06/13/2019 | (393.67) | | | |
| 05/14/2019 | 0063206-002 | A/P Invoice | (5,364.17) | | Due:06/13/2019 | (5,364.17) | | | |
| 05/14/2019 | 0063952-002 | A/P Invoice | (2,835.30) | | Due:06/13/2019 | (2,835.30) | | | |
| 05/14/2019 | 0063102-002 | A/P Invoice | (400.21) | | Due:06/13/2019 | (400.21) | | | |
| FERO01 | | Total for Ferris Officemart, LLC | (508.71) | | | (902.38) | 393.67 | 0.00 | 0.00 |
| | | | | | | | | | |
| **FLEX01** | | **Flexjet, LLC** | | | | | | | |
| 05/07/2019 | 249240 | A/P Invoice | 22,355.00 | | Due:05/07/2019 | 22,355.00 | | | |
| 05/07/2019 | 249119 | A/P Invoice | 17,075.29 | | Due:05/07/2019 | 17,075.29 | | | |
| FLEX01 | | Total for Flexjet, LLC | 39,430.29 | | | 39,430.29 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **FOOO01** | | **Foote Oil & Gas Properties, LLC** | | | | | | | |
| 05/18/2019 | 051819 | A/P Invoice | 11,936.18 | | Due:05/18/2019 | 11,936.18 | | | |
| 05/18/2019 | 051819-1 | A/P Invoice | 1,303.55 | | Due:05/18/2019 | 1,303.55 | | | |
| 05/21/2019 | LEASING ADVANCE | A/P Invoice | 50,000.00 | | Due:05/21/2019 | 50,000.00 | | | |
| FOOO01 | | Total for Foote Oil & Gas Properties, LLC | 63,239.73 | | | 63,239.73 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **GEOI01** | | **GE Oil & Gas** | | | | | | | |
| 03/18/2019 | 20217087 | A/P Invoice | 5,951.30 | | Due:04/12/2019 | | | 5,951.30 | |
| 03/19/2019 | 20217176 | A/P Invoice | 6,642.15 | | Due:04/13/2019 | | | 6,642.15 | |
| 03/25/2019 | 20217686 | A/P Invoice | 2,894.20 | | Due:04/19/2019 | | 2,894.20 | | |
| 04/09/2019 | 20219682 | A/P Invoice | 2,736.00 | | Due:05/04/2019 | | 2,736.00 | | |
| 04/10/2019 | 20219826 | A/P Invoice | 6,395.90 | | Due:05/05/2019 | | 6,395.90 | | |
| 04/11/2019 | 20219936 | A/P Invoice | 690.00 | | Due:05/06/2019 | | 690.00 | | |
| 04/22/2019 | 20220633 | A/P Invoice | 10,760.35 | | Due:05/17/2019 | | 10,760.35 | | |
| 05/06/2019 | 20222538 | A/P Invoice | 1,542.00 | | Due:05/31/2019 | 1,542.00 | | | |
| GEOI01 | | Total for GE Oil & Gas | 37,611.90 | | | 1,542.00 | 23,476.45 | 12,593.45 | 0.00 |
| | | | | | | | | | |
| **GLOV01** | | **Global Vessel & Tank** | | | | | | | |
| 03/29/2019 | 008364 | A/P Invoice | 52,500.00 | | Due:04/28/2019 | | 52,500.00 | | |
| 04/30/2019 | 008588 | A/P Invoice | 53,445.00 | | Due:05/30/2019 | 53,445.00 | | | |
| 04/30/2019 | 008626 | A/P Invoice | 621.51 | | Due:05/30/2019 | 621.51 | | | |
| 04/30/2019 | 008622 | A/P Invoice | 1,278.60 | | Due:05/30/2019 | 1,278.60 | | | |
| GLOV01 | | Total for Global Vessel & Tank | 107,845.11 | | | 55,345.11 | 52,500.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **GREB03** | | **Greg Baxter's Hot Oil Service, LLC** | | | | | | | |
| 03/14/2019 | 3423 | A/P Invoice | 1,130.00 | | Due:04/13/2019 | | | 1,130.00 | |
| 04/05/2019 | 3479 | A/P Invoice | 1,012.50 | | Due:05/05/2019 | | 1,012.50 | | |
| GREB03 | | Total for Greg Baxter's Hot Oil Service, LLC | 2,142.50 | | | 0.00 | 1,012.50 | 1,130.00 | 0.00 |
| | | | | | | | | | |
| **H2SZ01** | | **H2SZERO, LLC** | | | | | | | |
| 03/21/2019 | 1263 | A/P Invoice | 18,048.30 | | Due:04/15/2019 | | | 18,048.30 | |
| H2SZ01 | | Total for H2SZERO, LLC | 18,048.30 | | | 0.00 | 0.00 | 18,048.30 | 0.00 |
| | | | | | | | | | |
| **HHCO01** | | **H&H Construction, LLC** | | | | | | | |
| 03/26/2019 | 32719 | A/P Invoice | 22,320.00 | | Due:03/26/2019 | | 22,320.00 | | |
| 04/01/2019 | 40119 | A/P Invoice | 780.00 | | Due:04/01/2019 | | 780.00 | | |

EXHIBIT 11.1

Sklar Exploration Co., LLC
Historical Open Item Report - Aged by Invoice Date

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **HHCO01** | | **H&H Construction, LLC <Continued>** | | | | | | | |
| 04/08/2019 | 40819 | A/P Invoice | 972.00 | | Due:04/08/2019 | | 972.00 | | |
| 04/10/2019 | 41019 | A/P Invoice | 28,254.00 | | Due:04/10/2019 | | 28,254.00 | | |
| 04/18/2019 | 51419 | A/P Invoice | 27,570.00 | | Due:04/18/2019 | | 27,570.00 | | |
| 05/07/2019 | 51519 | A/P Invoice | 1,670.00 | | Due:05/07/2019 | 1,670.00 | | | |
| 05/07/2019 | 51619 | A/P Invoice | 1,002.00 | | Due:05/07/2019 | 1,002.00 | | | |
| HHCO01 | | Total for H&H Construction, LLC | 82,568.00 | | | 2,672.00 | 79,896.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **HIVA01** | | **Hi-Vac, LLC** | | | | | | | |
| 03/26/2019 | SKR000889 | A/P Invoice | 2,033.00 | | Due:04/25/2019 | | 2,033.00 | | |
| 04/16/2019 | SKR30420 | A/P Invoice | 3,755.70 | | Due:05/16/2019 | | 3,755.70 | | |
| 04/24/2019 | SKR29608 | A/P Invoice | 1,016.50 | | Due:05/24/2019 | 1,016.50 | | | |
| HIVA01 | | Total for Hi-Vac, LLC | 6,805.20 | | | 1,016.50 | 5,788.70 | 0.00 | 0.00 |
| | | | | | | | | | |
| **HOPG01** | | **Hopping Green & Sams, P.A.** | | | | | | | |
| 04/24/2019 | MAR2019 | A/P Invoice | 5,670.00 | | Due:04/24/2019 | 5,670.00 | | | |
| 04/24/2019 | 106938 | A/P Invoice | 3,558.74 | | Due:04/24/2019 | 3,558.74 | | | |
| HOPG01 | | Total for Hopping Green & Sams, P.A. | 9,228.74 | | | 9,228.74 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **INTM01** | | **Inter-Mountain Pipe & Threading Company** | | | | | | | |
| 05/01/2019 | 0020042-IN | A/P Invoice | 2,000.00 | | Due:05/31/2019 | 2,000.00 | | | |
| INTM01 | | Total for Inter-Mountain Pipe & Threading Company | 2,000.00 | | | 2,000.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **J6EN01** | | **J6 Energy Services** | | | | | | | |
| 03/25/2019 | S1 | A/P Invoice | 1,574.00 | | Due:04/09/2019 | | 1,574.00 | | |
| J6EN01 | | Total for J6 Energy Services | 1,574.00 | | | 0.00 | 1,574.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **JIMP01** | | **Jimco Pumps** | | | | | | | |
| 03/18/2019 | 98-22384 | A/P Invoice | 2,925.60 | | Due:04/17/2019 | | | 2,925.60 | |
| 03/25/2019 | 98-22412 | A/P Invoice | 11,130.00 | | Due:04/24/2019 | | 11,130.00 | | |
| 03/25/2019 | 98-22413 | A/P Invoice | 11,130.00 | | Due:04/24/2019 | | 11,130.00 | | |
| 03/25/2019 | 98-22414 | A/P Invoice | 11,130.00 | | Due:04/24/2019 | | 11,130.00 | | |
| 03/25/2019 | 98-22415 | A/P Invoice | 11,130.00 | | Due:04/24/2019 | | 11,130.00 | | |
| 03/22/2019 | 98-22388 | A/P Invoice | 558.27 | | Due:04/21/2019 | | | 558.27 | |
| 03/22/2019 | 98-22387 | A/P Invoice | 2,646.91 | | Due:04/21/2019 | | | 2,646.91 | |
| 03/18/2019 | 98-22383 | A/P Invoice | 1,983.78 | | Due:04/17/2019 | | | 1,983.78 | |
| 03/28/2019 | 98-22420 | A/P Invoice | 1,611.20 | | Due:04/27/2019 | | 1,611.20 | | |
| 03/28/2019 | 98-22419 | A/P Invoice | 4,238.94 | | Due:04/27/2019 | | 4,238.94 | | |
| 03/28/2019 | 98-22463 | A/P Invoice | 625.40 | | Due:04/27/2019 | | 625.40 | | |
| 03/28/2019 | 98-22422 | A/P Invoice | 715.50 | | Due:04/27/2019 | | 715.50 | | |
| 03/28/2019 | 98-22421 | A/P Invoice | 1,611.20 | | Due:04/27/2019 | | 1,611.20 | | |
| 04/11/2019 | 98-22487 | A/P Invoice | 6,150.36 | | Due:05/11/2019 | | 6,150.36 | | |
| 04/18/2019 | 98-22516 | A/P Invoice | 3,452.42 | | Due:05/18/2019 | | 3,452.42 | | |
| 04/18/2019 | 98-22515 | A/P Invoice | 667.80 | | Due:05/18/2019 | | 667.80 | | |
| 04/18/2019 | 98-22514 | A/P Invoice | 2,301.26 | | Due:05/18/2019 | | 2,301.26 | | |
| 04/18/2019 | 98-22513 | A/P Invoice | 2,604.42 | | Due:05/18/2019 | | 2,604.42 | | |
| 04/18/2019 | 98-22525 | A/P Invoice | 1,308.04 | | Due:05/18/2019 | | 1,308.04 | | |
| 04/18/2019 | 98-22524 | A/P Invoice | 923.26 | | Due:05/18/2019 | | 923.26 | | |
| 04/18/2019 | 98-22523 | A/P Invoice | 3,322.04 | | Due:05/18/2019 | | 3,322.04 | | |
| 04/18/2019 | 98-22522 | A/P Invoice | 1,151.16 | | Due:05/18/2019 | | 1,151.16 | | |
| 04/18/2019 | 98-22521 | A/P Invoice | 2,657.42 | | Due:05/18/2019 | | 2,657.42 | | |
| 04/18/2019 | 98-22520 | A/P Invoice | 1,780.80 | | Due:05/18/2019 | | 1,780.80 | | |
| 04/18/2019 | 98-22519 | A/P Invoice | 2,691.34 | | Due:05/18/2019 | | 2,691.34 | | |
| 04/18/2019 | 98-22518 | A/P Invoice | 3,549.94 | | Due:05/18/2019 | | 3,549.94 | | |
| 04/18/2019 | 98-22517 | A/P Invoice | 3,793.74 | | Due:05/18/2019 | | 3,793.74 | | |

EXHIBIT 11.1

05/21/2019 02:09 pm

Case:20-12377-MER Doc#:891-2 Filed:02/26/21 Entered:02/26/21 14:02:03 Page799 of

Page 8

Company:00SEC

Starr Exploration Co., LLC

Historical Open Item Report - Aged by Invoice Date

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **JIMP01** | | **Jimco Pumps <Continued>** | | | | | | | |
| 04/30/2019 | 98-22583 | A/P Invoice | 11,304.90 | | Due:05/30/2019 | 11,304.90 | | | |
| 05/03/2019 | 98-22629 | A/P Invoice | 3,975.00 | | Due:06/02/2019 | 3,975.00 | | | |
| JIMP01 | | Total for Jimco Pumps | 113,070.70 | | | 15,279.90 | 89,676.24 | 8,114.56 | 0.00 |
| | | | | | | | | | |
| **JNIC01** | | **J Nichols LLC** | | | | | | | |
| 03/21/2019 | 8151 | A/P Invoice | 2,000.00 | | Due:04/20/2019 | | | 2,000.00 | |
| JNIC01 | | Total for J Nichols LLC | 2,000.00 | | | 0.00 | 0.00 | 2,000.00 | 0.00 |
| | | | | | | | | | |
| **JOHR01** | | **Richard E. Johnson, Inc.** | | | | | | | |
| 03/18/2019 | 0114813-IN | A/P Invoice | 5,205.76 | | Due:04/17/2019 | | | 5,205.76 | |
| JOHR01 | | Total for Richard E. Johnson, Inc. | 5,205.76 | | | 0.00 | 0.00 | 5,205.76 | 0.00 |
| | | | | | | | | | |
| **JOHW01** | | **Johnson's Welding Shop** | | | | | | | |
| 05/02/2019 | 009270 | A/P Invoice | 25,225.00 | | Due:05/12/2019 | 25,225.00 | | | |
| JOHW01 | | Total for Johnson's Welding Shop | 25,225.00 | | | 25,225.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **KCSA01** | | **KCS Automation, LLC** | | | | | | | |
| 04/05/2019 | 19-00194B | A/P Invoice | 1,311.00 | | Due:05/05/2019 | | 1,311.00 | | |
| 04/05/2019 | 19-00195 | A/P Invoice | 196.10 | | Due:05/05/2019 | | 196.10 | | |
| 04/05/2019 | 19-00196 | A/P Invoice | 600.00 | | Due:05/05/2019 | | 600.00 | | |
| 04/05/2019 | 19-00197 | A/P Invoice | 410.00 | | Due:05/05/2019 | | 410.00 | | |
| 04/05/2019 | 19-00198 | A/P Invoice | 600.00 | | Due:05/05/2019 | | 600.00 | | |
| 04/05/2019 | 19-00199 | A/P Invoice | 600.00 | | Due:05/05/2019 | | 600.00 | | |
| 04/05/2019 | 19-00200 | A/P Invoice | 410.00 | | Due:05/05/2019 | | 410.00 | | |
| 04/05/2019 | 19-00201 | A/P Invoice | 600.00 | | Due:05/05/2019 | | 600.00 | | |
| 04/05/2019 | 19-00202 | A/P Invoice | 410.00 | | Due:05/05/2019 | | 410.00 | | |
| 04/05/2019 | 19-00203 | A/P Invoice | 600.00 | | Due:05/05/2019 | | 600.00 | | |
| 04/05/2019 | 19-00204 | A/P Invoice | 600.00 | | Due:05/05/2019 | | 600.00 | | |
| 04/05/2019 | 19-00205 | A/P Invoice | 438.20 | | Due:05/05/2019 | | 438.20 | | |
| 04/05/2019 | 19-00206 | A/P Invoice | 833.20 | | Due:05/05/2019 | | 833.20 | | |
| 04/05/2019 | 19-00209 | A/P Invoice | 438.20 | | Due:05/05/2019 | | 438.20 | | |
| 04/10/2019 | 19-00210 | A/P Invoice | 600.00 | | Due:05/10/2019 | | 600.00 | | |
| 04/10/2019 | 19-00211 | A/P Invoice | 438.20 | | Due:05/10/2019 | | 438.20 | | |
| 04/10/2019 | 19-00214 | A/P Invoice | 438.20 | | Due:05/10/2019 | | 438.20 | | |
| 04/10/2019 | 19-00216 | A/P Invoice | 820.00 | | Due:05/10/2019 | | 820.00 | | |
| 04/10/2019 | 19-00217 | A/P Invoice | 780.00 | | Due:05/10/2019 | | 780.00 | | |
| 04/10/2019 | 19-00218 | A/P Invoice | 168.00 | | Due:05/10/2019 | | 168.00 | | |
| 04/10/2019 | 19-00219 | A/P Invoice | 168.00 | | Due:05/10/2019 | | 168.00 | | |
| 04/10/2019 | 19-00220 | A/P Invoice | 168.00 | | Due:05/10/2019 | | 168.00 | | |
| 04/10/2019 | 19-00220B | A/P Invoice | 45,199.21 | | Due:05/10/2019 | | 45,199.21 | | |
| 04/10/2019 | 19-00221 | A/P Invoice | 600.00 | | Due:05/10/2019 | | 600.00 | | |
| 04/10/2019 | 19-00222 | A/P Invoice | 600.00 | | Due:05/10/2019 | | 600.00 | | |
| 04/10/2019 | 19-00229 | A/P Invoice | 18,436.10 | | Due:05/10/2019 | | 18,436.10 | | |
| 04/24/2019 | 19-00229B | A/P Invoice | 800.00 | | Due:05/24/2019 | 800.00 | | | |
| 04/24/2019 | 19-00231 | A/P Invoice | 438.20 | | Due:05/24/2019 | 438.20 | | | |
| 04/24/2019 | 19-00232 | A/P Invoice | 1,668.00 | | Due:05/24/2019 | 1,668.00 | | | |
| 04/24/2019 | 19-00233 | A/P Invoice | 2,410.00 | | Due:05/24/2019 | 2,410.00 | | | |
| 04/24/2019 | 19-00237 | A/P Invoice | 843.20 | | Due:05/24/2019 | 843.20 | | | |
| 04/24/2019 | 19-00238 | A/P Invoice | 410.00 | | Due:05/24/2019 | 410.00 | | | |
| 04/24/2019 | 19-00240 | A/P Invoice | 420.00 | | Due:05/24/2019 | 420.00 | | | |
| 04/24/2019 | 19-00241 | A/P Invoice | 1,103.50 | | Due:05/24/2019 | 1,103.50 | | | |
| 04/24/2019 | 19-00242 | A/P Invoice | 438.20 | | Due:05/24/2019 | 438.20 | | | |
| 04/24/2019 | 19-00247 | A/P Invoice | 1,894.00 | | Due:05/24/2019 | 1,894.00 | | | |
| 04/24/2019 | 19-00249 | A/P Invoice | 560.00 | | Due:05/24/2019 | 560.00 | | | |

EXHIBIT 11.1

Sklar Exploration Co., LLC

Historical Open Item Report - Aged by Invoice Date

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **KCSA01** | | **KCS Automation, LLC <Continued>** | | | | | | | |
| 04/24/2019 | 19-00250 | A/P Invoice | 438.20 | | Due:05/24/2019 | 438.20 | | | |
| 04/24/2019 | 19-00251 | A/P Invoice | 438.20 | | Due:05/24/2019 | 438.20 | | | |
| 05/09/2019 | 19-00253 | A/P Invoice | 390.10 | | Due:06/08/2019 | 390.10 | | | |
| 05/09/2019 | 19-00265 | A/P Invoice | 348.20 | | Due:06/08/2019 | 348.20 | | | |
| 05/09/2019 | 19-00268 | A/P Invoice | 210.00 | | Due:06/08/2019 | 210.00 | | | |
| 05/09/2019 | 19-00269 | A/P Invoice | 800.00 | | Due:06/08/2019 | 800.00 | | | |
| 05/12/2019 | 19-00285 | A/P Invoice | 438.20 | | Due:06/11/2019 | 438.20 | | | |
| 05/12/2019 | 19-00286 | A/P Invoice | 410.00 | | Due:06/11/2019 | 410.00 | | | |
| 05/12/2019 | 19-00287 | A/P Invoice | 21,120.75 | | Due:06/11/2019 | 21,120.75 | | | |
| 05/12/2019 | 19-00288 | A/P Invoice | 1,620.00 | | Due:06/11/2019 | 1,620.00 | | | |
| KCSA01 | | Total for KCS Automation, LLC | 113,661.16 | | | 37,198.75 | 76,462.41 | 0.00 | 0.00 |
| | | | | | | | | | |
| **KELB01** | | **Kelley Brothers Contractors, Inc.** | | | | | | | |
| 03/22/2019 | 54183 | A/P Invoice | 143,099.47 | | Due:04/21/2019 | | | | 143,099.47 |
| 03/28/2019 | 54207 | A/P Invoice | 63,213.35 | | Due:04/27/2019 | | | 63,213.35 | |
| 04/05/2019 | 54303 | A/P Invoice | 62,221.69 | | Due:05/05/2019 | | | 62,221.69 | |
| 04/08/2019 | 54319 | A/P Invoice | 2,090.00 | | Due:05/08/2019 | | | 2,090.00 | |
| 04/08/2019 | 54320 | A/P Invoice | 818.50 | | Due:05/08/2019 | | | 818.50 | |
| 04/08/2019 | 54321 | A/P Invoice | 522.50 | | Due:05/08/2019 | | | 522.50 | |
| 04/08/2019 | 54322 | A/P Invoice | 2,481.00 | | Due:05/08/2019 | | | 2,481.00 | |
| 04/08/2019 | 54323 | A/P Invoice | 6,792.50 | | Due:05/08/2019 | | | 6,792.50 | |
| 04/08/2019 | 54324 | A/P Invoice | 3,844.00 | | Due:05/08/2019 | | | 3,844.00 | |
| 04/08/2019 | 54325 | A/P Invoice | 581.00 | | Due:05/08/2019 | | | 581.00 | |
| 04/08/2019 | 54326 | A/P Invoice | 486.00 | | Due:05/08/2019 | | | 486.00 | |
| 04/09/2019 | 54329 | A/P Invoice | 486.00 | | Due:05/09/2019 | | | 486.00 | |
| 04/09/2019 | 54330 | A/P Invoice | 760.00 | | Due:05/09/2019 | | | 760.00 | |
| 04/09/2019 | 54331 | A/P Invoice | 438.50 | | Due:05/09/2019 | | | 438.50 | |
| 04/09/2019 | 54332 | A/P Invoice | 332.50 | | Due:05/09/2019 | | | 332.50 | |
| 04/09/2019 | 54333 | A/P Invoice | 475.00 | | Due:05/09/2019 | | | 475.00 | |
| 04/09/2019 | 54334 | A/P Invoice | 380.00 | | Due:05/09/2019 | | | 380.00 | |
| 04/09/2019 | 54335 | A/P Invoice | 438.50 | | Due:05/09/2019 | | | 438.50 | |
| 04/09/2019 | 54336 | A/P Invoice | 391.00 | | Due:05/09/2019 | | | 391.00 | |
| 04/09/2019 | 54337 | A/P Invoice | 287.50 | | Due:05/09/2019 | | | 287.50 | |
| 04/09/2019 | 54338 | A/P Invoice | 343.50 | | Due:05/09/2019 | | | 343.50 | |
| 04/09/2019 | 54339 | A/P Invoice | 380.00 | | Due:05/09/2019 | | | 380.00 | |
| 04/09/2019 | 54340 | A/P Invoice | 486.00 | | Due:05/09/2019 | | | 486.00 | |
| 04/09/2019 | 54341 | A/P Invoice | 391.00 | | Due:05/09/2019 | | | 391.00 | |
| 04/22/2019 | 54410 | A/P Invoice | 39,571.70 | | Due:05/22/2019 | | | 39,571.70 | |
| 04/22/2019 | 54411 | A/P Invoice | 64,536.10 | | Due:05/22/2019 | | | 64,536.10 | |
| 04/22/2019 | 54412 | A/P Invoice | 12,487.00 | | Due:05/22/2019 | | | 12,487.00 | |
| 04/22/2019 | 54413 | A/P Invoice | 47,204.01 | | Due:05/22/2019 | | | 47,204.01 | |
| 04/22/2019 | 54416 | A/P Invoice | 1,316.10 | | Due:05/22/2019 | | | 1,316.10 | |
| 04/22/2019 | 54417 | A/P Invoice | 1,468.04 | | Due:05/22/2019 | | | 1,468.04 | |
| 04/22/2019 | 54418 | A/P Invoice | 21,606.04 | | Due:05/22/2019 | | | 21,606.04 | |
| 04/22/2019 | 54419 | A/P Invoice | 1,237.99 | | Due:05/22/2019 | | | 1,237.99 | |
| 04/22/2019 | 54420 | A/P Invoice | 472.50 | | Due:05/22/2019 | | | 472.50 | |
| 04/22/2019 | 54421 | A/P Invoice | 472.50 | | Due:05/22/2019 | | | 472.50 | |
| 04/22/2019 | 54422 | A/P Invoice | 391.00 | | Due:05/22/2019 | | | 391.00 | |
| 04/22/2019 | 54423 | A/P Invoice | 142.50 | | Due:05/22/2019 | | | 142.50 | |
| 04/22/2019 | 54424 | A/P Invoice | 190.00 | | Due:05/22/2019 | | | 190.00 | |
| 04/22/2019 | 54425 | A/P Invoice | 533.50 | | Due:05/22/2019 | | | 533.50 | |
| 04/22/2019 | 54426 | A/P Invoice | 533.50 | | Due:05/22/2019 | | | 533.50 | |
| 04/22/2019 | 54427 | A/P Invoice | 190.00 | | Due:05/22/2019 | | | 190.00 | |
| 04/22/2019 | 54428 | A/P Invoice | 190.00 | | Due:05/22/2019 | | | 190.00 | |

EXHIBIT 11.1

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **KELB01** | | **Kelley Brothers Contractors, Inc. <Continued>** | | | | | | | |
| 04/22/2019 | 54429 | A/P Invoice | 617.50 | | Due:05/22/2019 | | 617.50 | | |
| 04/22/2019 | 54430 | A/P Invoice | 190.00 | | Due:05/22/2019 | | 190.00 | | |
| 04/22/2019 | 54431 | A/P Invoice | 332.50 | | Due:05/22/2019 | | 332.50 | | |
| 04/22/2019 | 54432 | A/P Invoice | 486.00 | | Due:05/22/2019 | | 486.00 | | |
| 04/22/2019 | 54433 | A/P Invoice | 771.00 | | Due:05/22/2019 | | 771.00 | | |
| 04/22/2019 | 54434 | A/P Invoice | 486.00 | | Due:05/22/2019 | | 486.00 | | |
| 04/22/2019 | 54435 | A/P Invoice | 522.50 | | Due:05/22/2019 | | 522.50 | | |
| 04/23/2019 | 54436 | A/P Invoice | 2,103.50 | | Due:05/23/2019 | | 2,103.50 | | |
| 04/23/2019 | 54439 | A/P Invoice | 807.50 | | Due:05/23/2019 | | 807.50 | | |
| 04/23/2019 | 54440 | A/P Invoice | 2,916.00 | | Due:05/23/2019 | | 2,916.00 | | |
| 04/23/2019 | 54441 | A/P Invoice | 3,204.50 | | Due:05/23/2019 | | 3,204.50 | | |
| 04/23/2019 | 54442 | A/P Invoice | 533.50 | | Due:05/23/2019 | | 533.50 | | |
| 04/23/2019 | 54443 | A/P Invoice | 760.00 | | Due:05/23/2019 | | 760.00 | | |
| 04/23/2019 | 54444 | A/P Invoice | 3,486.00 | | Due:05/23/2019 | | 3,486.00 | | |
| 04/23/2019 | 54445 | A/P Invoice | 6,460.00 | | Due:05/23/2019 | | 6,460.00 | | |
| 04/23/2019 | 54438 | A/P Invoice | 285.00 | | Due:05/23/2019 | | 285.00 | | |
| 04/30/2019 | 54514 | A/P Invoice | 2,708.17 | | Due:05/30/2019 | 2,708.17 | | | |
| 04/30/2019 | 54515 | A/P Invoice | 9,697.41 | | Due:05/30/2019 | 9,697.41 | | | |
| 04/30/2019 | 54539 | A/P Invoice | 533.50 | | Due:05/30/2019 | 533.50 | | | |
| 04/30/2019 | 54540 | A/P Invoice | 486.00 | | Due:05/30/2019 | 486.00 | | | |
| 04/30/2019 | 54541 | A/P Invoice | 95.00 | | Due:05/30/2019 | 95.00 | | | |
| 04/30/2019 | 54542 | A/P Invoice | 190.00 | | Due:05/30/2019 | 190.00 | | | |
| 04/30/2019 | 54543 | A/P Invoice | 429.50 | | Due:05/30/2019 | 429.50 | | | |
| 04/30/2019 | 54544 | A/P Invoice | 142.50 | | Due:05/30/2019 | 142.50 | | | |
| 04/30/2019 | 54545 | A/P Invoice | 142.50 | | Due:05/30/2019 | 142.50 | | | |
| 04/30/2019 | 54546 | A/P Invoice | 237.50 | | Due:05/30/2019 | 237.50 | | | |
| 04/30/2019 | 54547 | A/P Invoice | 190.00 | | Due:05/30/2019 | 190.00 | | | |
| 04/30/2019 | 54548 | A/P Invoice | 762.50 | | Due:05/30/2019 | 762.50 | | | |
| 04/30/2019 | 54549 | A/P Invoice | 1,257.00 | | Due:05/30/2019 | 1,257.00 | | | |
| 04/30/2019 | 54550 | A/P Invoice | 1,008.50 | | Due:05/30/2019 | 1,008.50 | | | |
| 04/30/2019 | 54551 | A/P Invoice | 570.00 | | Due:05/30/2019 | 570.00 | | | |
| 04/30/2019 | 54552 | A/P Invoice | 913.50 | | Due:05/30/2019 | 913.50 | | | |
| 04/30/2019 | 54553 | A/P Invoice | 1,494.50 | | Due:05/30/2019 | 1,494.50 | | | |
| 04/30/2019 | 54554 | A/P Invoice | 237.50 | | Due:05/30/2019 | 237.50 | | | |
| 04/30/2019 | 54556 | A/P Invoice | 237.50 | | Due:05/30/2019 | 237.50 | | | |
| 04/30/2019 | 54555 | A/P Invoice | 1,103.50 | | Due:05/30/2019 | 1,103.50 | | | |
| 04/30/2019 | 54558 | A/P Invoice | 4,560.00 | | Due:05/30/2019 | 4,560.00 | | | |
| 04/30/2019 | 54559 | A/P Invoice | 190.00 | | Due:05/30/2019 | 190.00 | | | |
| 04/30/2019 | 54560 | A/P Invoice | 1,008.50 | | Due:05/30/2019 | 1,008.50 | | | |
| 04/30/2019 | 54561 | A/P Invoice | 972.00 | | Due:05/30/2019 | 972.00 | | | |
| 04/30/2019 | 54562 | A/P Invoice | 2,268.00 | | Due:05/30/2019 | 2,268.00 | | | |
| 04/30/2019 | 54563 | A/P Invoice | 1,185.00 | | Due:05/30/2019 | 1,185.00 | | | |
| 04/30/2019 | 54557 | A/P Invoice | 1,494.50 | | Due:05/30/2019 | 1,494.50 | | | |
| 05/07/2019 | 54602 | A/P Invoice | 769.33 | | Due:06/06/2019 | 769.33 | | | |
| 05/07/2019 | 54603 | A/P Invoice | 44,584.23 | | Due:06/06/2019 | 44,584.23 | | | |
| 05/07/2019 | 54599 | A/P Invoice | 6,566.00 | | Due:06/06/2019 | 6,566.00 | | | |
| 05/07/2019 | 54598 | A/P Invoice | 6,588.00 | | Due:06/06/2019 | 6,588.00 | | | |
| 05/09/2019 | 54604 | A/P Invoice | 22,343.99 | | Due:06/08/2019 | 22,343.99 | | | |
| 05/09/2019 | 54605 | A/P Invoice | 16,485.65 | | Due:06/08/2019 | 16,485.65 | | | |
| 05/09/2019 | 54606 | A/P Invoice | 1,291.50 | | Due:06/08/2019 | 1,291.50 | | | |
| 05/09/2019 | 54607 | A/P Invoice | 171.60 | | Due:06/08/2019 | 171.60 | | | |
| 05/10/2019 | 54621 | A/P Invoice | 1,019.50 | | Due:06/09/2019 | 1,019.50 | | | |
| 05/13/2019 | 54623 | A/P Invoice | 970.00 | | Due:06/12/2019 | 970.00 | | | |
| 05/13/2019 | 54624 | A/P Invoice | 2,707.50 | | Due:06/12/2019 | 2,707.50 | | | |

EXHIBIT 11.1

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **KELB01** | | **Kelley Brothers Contractors, Inc. <Continued>** | | | | | | | |
| 05/13/2019 | 54625 | A/P Invoice | 961.00 | | Due:06/12/2019 | 961.00 | | | |
| 05/13/2019 | 54629 | A/P Invoice | 142.50 | | Due:06/12/2019 | 142.50 | | | |
| 05/13/2019 | 54630 | A/P Invoice | 486.00 | | Due:06/12/2019 | 486.00 | | | |
| 05/13/2019 | 54631 | A/P Invoice | 438.50 | | Due:06/12/2019 | 438.50 | | | |
| 05/13/2019 | 54632 | A/P Invoice | 237.50 | | Due:06/12/2019 | 237.50 | | | |
| 05/13/2019 | 54633 | A/P Invoice | 438.50 | | Due:06/12/2019 | 438.50 | | | |
| 05/13/2019 | 54634 | A/P Invoice | 531.50 | | Due:06/12/2019 | 531.50 | | | |
| 05/13/2019 | 54635 | A/P Invoice | 531.50 | | Due:06/12/2019 | 531.50 | | | |
| 05/15/2019 | 54654 | A/P Invoice | 484.00 | | Due:06/14/2019 | 484.00 | | | |
| 05/15/2019 | 54655 | A/P Invoice | 389.00 | | Due:06/14/2019 | 389.00 | | | |
| 05/15/2019 | 54656 | A/P Invoice | 436.50 | | Due:06/14/2019 | 436.50 | | | |
| 05/15/2019 | 54658 | A/P Invoice | 145.00 | | Due:06/14/2019 | 145.00 | | | |
| 05/15/2019 | 54659 | A/P Invoice | 484.00 | | Due:06/14/2019 | 484.00 | | | |
| 05/15/2019 | 54660 | A/P Invoice | 287.50 | | Due:06/14/2019 | 287.50 | | | |
| 05/15/2019 | 54661 | A/P Invoice | 531.50 | | Due:06/14/2019 | 531.50 | | | |
| 05/15/2019 | 54663 | A/P Invoice | 484.00 | | Due:06/14/2019 | 484.00 | | | |
| 05/15/2019 | 54664 | A/P Invoice | 816.50 | | Due:06/14/2019 | 816.50 | | | |
| 05/15/2019 | 54665 | A/P Invoice | 1,547.00 | | Due:06/14/2019 | 1,547.00 | | | |
| 05/15/2019 | 54666 | A/P Invoice | 2,755.00 | | Due:06/14/2019 | 2,755.00 | | | |
| 05/15/2019 | 54667 | A/P Invoice | 380.00 | | Due:06/14/2019 | 380.00 | | | |
| 05/15/2019 | 54668 | A/P Invoice | 436.50 | | Due:06/14/2019 | 436.50 | | | |
| 05/15/2019 | 54669 | A/P Invoice | 2,420.00 | | Due:06/14/2019 | 2,420.00 | | | |
| KELB01 | | Total for Kelley Brothers Contractors, Inc. | 661,218.87 | | | 152,975.38 | 365,144.02 | 143,099.47 | 0.00 |
| | | | | | | | | | |
| **KELO01** | | **Kelley Oil Company** | | | | | | | |
| 03/06/2019 | 5099240 | A/P Invoice | 593.19 | | Due:03/31/2019 | | | 593.19 | |
| 03/06/2019 | 5099239 | A/P Invoice | 760.03 | | Due:03/31/2019 | | | 760.03 | |
| 03/07/2019 | 5099241 | A/P Invoice | 1,538.60 | | Due:04/06/2019 | | | 1,538.60 | |
| 03/13/2019 | 5099259 | A/P Invoice | 926.87 | | Due:04/07/2019 | | | 926.87 | |
| 03/13/2019 | 5099260 | A/P Invoice | 240.98 | | Due:04/07/2019 | | | 240.98 | |
| 03/14/2019 | 5099262 | A/P Invoice | 1,141.90 | | Due:04/13/2019 | | | 1,141.90 | |
| 03/20/2019 | 5099280 | A/P Invoice | 889.80 | | Due:04/19/2019 | | | 889.80 | |
| 03/21/2019 | 5099284 | A/P Invoice | 760.03 | | Due:04/20/2019 | | | 760.03 | |
| 03/21/2019 | 5099285 | A/P Invoice | 1,001.01 | | Due:04/20/2019 | | | 1,001.01 | |
| 03/27/2019 | 5099297 | A/P Invoice | 1,075.17 | | Due:04/21/2019 | | 1,075.17 | | |
| 03/23/2019 | 416696600 | A/P Invoice | 18,044.93 | | Due:04/17/2019 | | | 18,044.93 | |
| 03/15/2019 | 416391600 | A/P Invoice | 18,661.36 | | Due:04/09/2019 | | | 18,661.36 | |
| 03/19/2019 | 416486600 | A/P Invoice | 18,377.16 | | Due:04/13/2019 | | | 18,377.16 | |
| 03/29/2019 | 5085955 | A/P Invoice | 4,441.52 | | Due:04/23/2019 | | 4,441.52 | | |
| 03/29/2019 | 5085958 | A/P Invoice | 537.59 | | Due:04/23/2019 | | 537.59 | | |
| 03/29/2019 | 5085959 | A/P Invoice | 463.44 | | Due:04/23/2019 | | 463.44 | | |
| 03/27/2019 | 416898600 | A/P Invoice | 18,153.24 | | Due:04/21/2019 | | 18,153.24 | | |
| 04/01/2019 | 1198567 | A/P Invoice | 18,170.11 | | Due:04/26/2019 | | 18,170.11 | | |
| 04/04/2019 | 5085974 | A/P Invoice | 808.50 | | Due:04/29/2019 | | 808.50 | | |
| 04/04/2019 | 5085970 | A/P Invoice | 1,410.17 | | Due:04/29/2019 | | 1,410.17 | | |
| 04/10/2019 | 5085988 | A/P Invoice | 752.09 | | Due:05/05/2019 | | 752.09 | | |
| 04/10/2019 | 5085989 | A/P Invoice | 1,090.54 | | Due:05/05/2019 | | 1,090.54 | | |
| 04/17/2019 | 5086001 | A/P Invoice | 562.18 | | Due:05/12/2019 | | 562.18 | | |
| 04/18/2019 | 5086007 | A/P Invoice | 899.48 | | Due:05/13/2019 | | 899.48 | | |
| 04/18/2019 | 5086008 | A/P Invoice | 224.87 | | Due:05/13/2019 | | 224.87 | | |
| 04/12/2019 | 50762466 | A/P Invoice | (13,652.42) | | Due:05/07/2019 | | (13,652.42) | | |
| 04/24/2019 | 5086016 | A/P Invoice | 1,356.98 | | Due:05/19/2019 | 1,356.98 | | | |
| 04/25/2019 | 5086025 | A/P Invoice | 655.45 | | Due:05/20/2019 | 655.45 | | | |
| 04/25/2019 | 5086026 | A/P Invoice | 1,509.54 | | Due:05/20/2019 | 1,509.54 | | | |

EXHIBIT 11.1

05/21/2019  02:09 pm
Company:00SEC

Case:20-12377-MER   Doc#:891-2   Filed:02/26/21   Entered:02/26/21 14:02:03   Page803 of

Page  12

Star Exploration Co., LLC
Historical Open Item Report - Aged by Invoice Date

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **KELO01** | | **Kelley Oil Company <Continued>** | | | | | | | |
| 05/01/2019 | 5086039 | A/P Invoice | 714.98 | Due:05/26/2019 | | 714.98 | | | |
| 05/01/2019 | 5086037 | A/P Invoice | 1,453.92 | Due:05/26/2019 | | 1,453.92 | | | |
| 05/08/2019 | 5086057 | A/P Invoice | 635.59 | Due:06/02/2019 | | 635.59 | | | |
| KELO01 | | Total for Kelley Oil Company | 104,198.80 | | | 6,326.46 | 34,936.48 | 62,935.86 | 0.00 |
| | | | | | | | | | |
| **KODG01** | | **Kodiak Gas Services, LLC** | | | | | | | |
| 03/18/2019 | 19030321 | A/P Invoice | 6,300.00 | Due:04/17/2019 | | | | 6,300.00 | |
| 03/18/2019 | 19030546 | A/P Invoice | 10,725.00 | Due:04/17/2019 | | | | 10,725.00 | |
| 04/22/2019 | 19042050 | A/P Invoice | 6,384.45 | Due:05/22/2019 | | | 6,384.45 | | |
| 04/25/2019 | 19042172 | A/P Invoice | 2,700.00 | Due:05/25/2019 | | 2,700.00 | | | |
| 04/25/2019 | 19042173 | A/P Invoice | 9,000.00 | Due:05/25/2019 | | 9,000.00 | | | |
| 05/08/2019 | 19050052 | A/P Invoice | 11,220.00 | Due:06/07/2019 | | 11,220.00 | | | |
| 05/14/2019 | 19050098 | A/P Invoice | 1,800.00 | Due:06/13/2019 | | 1,800.00 | | | |
| 05/14/2019 | 19050099 | A/P Invoice | 612.00 | Due:06/13/2019 | | 612.00 | | | |
| 05/14/2019 | 19050101 | A/P Invoice | 612.00 | Due:06/13/2019 | | 612.00 | | | |
| 05/14/2019 | 19050102 | A/P Invoice | 1,800.00 | Due:06/13/2019 | | 1,800.00 | | | |
| 05/14/2019 | 19050103 | A/P Invoice | 612.00 | Due:06/13/2019 | | 612.00 | | | |
| 05/14/2019 | 19050104 | A/P Invoice | 612.00 | Due:06/13/2019 | | 612.00 | | | |
| 05/14/2019 | 19050128 | A/P Invoice | 1,260.00 | Due:06/13/2019 | | 1,260.00 | | | |
| 05/15/2019 | 19050172 | A/P Invoice | 1,260.00 | Due:06/14/2019 | | 1,260.00 | | | |
| KODG01 | | Total for Kodiak Gas Services, LLC | 54,897.45 | | | 31,488.00 | 6,384.45 | 17,025.00 | 0.00 |
| | | | | | | | | | |
| **LOUE01** | | **Louisiana - Edwards Tower** | | | | | | | |
| 05/01/2019 | 050119 | A/P Invoice | 6,920.13 | Due:06/01/2019 | | 6,920.13 | | | |
| LOUE01 | | Total for Louisiana - Edwards Tower | 6,920.13 | | | 6,920.13 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **MASW01** | | **Masco Wireline, Inc.** | | | | | | | |
| 03/21/2019 | 78953 | A/P Invoice | 1,733.40 | Due:04/20/2019 | | | | 1,733.40 | |
| MASW01 | | Total for Masco Wireline, Inc. | 1,733.40 | | | 0.00 | 0.00 | 1,733.40 | 0.00 |
| | | | | | | | | | |
| **MENB01** | | **Mendoza's Barrirer Fence Co.** | | | | | | | |
| 04/23/2019 | 432 | A/P Invoice | 22,926.00 | Due:05/23/2019 | | | 22,926.00 | | |
| MENB01 | | Total for Mendoza's Barrirer Fence Co. | 22,926.00 | | | 0.00 | 22,926.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **MISP01** | | **Mississippi Power** | | | | | | | |
| 05/20/2019 | 22683-76014 | A/P Invoice | 7,500.00 | Due:05/29/2019 | | 7,500.00 | | | |
| MISP01 | | Total for Mississippi Power | 7,500.00 | | | 7,500.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **NATO03** | | **National Oilwell Varco** | | | | | | | |
| 03/21/2019 | 4808655 | A/P Invoice | 10,467.75 | Due:04/20/2019 | | | | 10,467.75 | |
| 03/26/2019 | 4815009 | A/P Invoice | 10,467.75 | Due:04/25/2019 | | | 10,467.75 | | |
| 04/05/2019 | 4829879 | A/P Invoice | 10,467.75 | Due:05/05/2019 | | | 10,467.75 | | |
| 04/05/2019 | 4829917 | A/P Invoice | 16,924.05 | Due:05/05/2019 | | | 16,924.05 | | |
| NATO03 | | Total for National Oilwell Varco | 48,327.30 | | | 0.00 | 37,859.55 | 10,467.75 | 0.00 |
| | | | | | | | | | |
| **NATO05** | | **National Oilwell Varco** | | | | | | | |
| 04/03/2019 | 4827129 | A/P Invoice | 112,401.05 | Due:04/28/2019 | | | 112,401.05 | | |
| 04/10/2019 | 4835257 | A/P Invoice | 27,829.90 | Due:05/05/2019 | | | 27,829.90 | | |
| 04/17/2019 | 4843656 | A/P Invoice | 6,600.00 | Due:05/12/2019 | | | 6,600.00 | | |
| 04/24/2019 | 4850904 | A/P Invoice | 22,426.13 | Due:05/19/2019 | | 22,426.13 | | | |
| 04/25/2019 | 4853557 | A/P Invoice | 9,775.00 | Due:05/20/2019 | | 9,775.00 | | | |
| NATO05 | | Total for National Oilwell Varco | 179,032.08 | | | 32,201.13 | 146,830.95 | 0.00 | 0.00 |

EXHIBIT 11.1

05/21/2019 02:09 pm
Company:00SEC
Case:20-12377-MER   Doc#:891-2   Filed:02/26/21   Entered:02/26/21 14:02:03   Page804 of
Sklar Exploration Co., LLC
Historical Open Item Report - Aged by Invoice Date
Page  13

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **NATO06** | | **National Oilwell DHT, LP** | | | | | | | |
| 04/30/2019 | 4860411 | A/P Invoice | 16,479.07 | Due:05/30/2019 | | 16,479.07 | | | |
| NATO06 | | Total for National Oilwell DHT, LP | 16,479.07 | | | 16,479.07 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **OILS01** | | **Oilfield Service & Supply Company, Inc** | | | | | | | |
| 03/26/2019 | 40121 | A/P Invoice | 3,086.29 | Due:04/25/2019 | | | 3,086.29 | | |
| 04/29/2019 | 40249 | A/P Invoice | 2,062.76 | Due:05/29/2019 | | 2,062.76 | | | |
| 04/29/2019 | 40248 | A/P Invoice | 1,856.06 | Due:05/29/2019 | | 1,856.06 | | | |
| OILS01 | | Total for Oilfield Service & Supply Company, Inc | 7,005.11 | | | 3,918.82 | 3,086.29 | 0.00 | 0.00 |
| | | | | | | | | | |
| **OILS02** | | **Oil States Energy Services, LLC** | | | | | | | |
| 03/31/2019 | 3141955 | A/P Invoice | 7,477.95 | Due:04/30/2019 | | | 7,477.95 | | |
| 04/11/2019 | 3142799 | A/P Invoice | 8,077.95 | Due:05/11/2019 | | | 8,077.95 | | |
| 04/29/2019 | 3143987 | A/P Invoice | 7,477.95 | Due:05/29/2019 | | 7,477.95 | | | |
| OILS02 | | Total for Oil States Energy Services, LLC | 23,033.85 | | | 7,477.95 | 15,555.90 | 0.00 | 0.00 |
| | | | | | | | | | |
| **PEAP01** | | **Pearl Parkway, LLC** | | | | | | | |
| 05/01/2019 | 70 | A/P Invoice | 41,756.94 | Due:06/01/2019 | | 41,756.94 | | | |
| PEAP01 | | Total for Pearl Parkway, LLC | 41,756.94 | | | 41,756.94 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **PERW01** | | **Performance Wellhead & Frac** | | | | | | | |
| 03/31/2019 | 62007 | A/P Invoice | 7,718.23 | Due:05/15/2019 | | | 7,718.23 | | |
| PERW01 | | Total for Performance Wellhead & Frac | 7,718.23 | | | 0.00 | 7,718.23 | 0.00 | 0.00 |
| | | | | | | | | | |
| **PIPP01** | | **Pipe Pros, LLC** | | | | | | | |
| 03/06/2019 | 36385 | A/P Invoice | 22,525.00 | Due:03/07/2019 | | | | 22,525.00 | |
| 04/08/2019 | 36786 | A/P Invoice | 28,870.00 | Due:04/09/2019 | | | 28,870.00 | | |
| PIPP01 | | Total for Pipe Pros, LLC | 51,395.00 | | | 0.00 | 28,870.00 | 22,525.00 | 0.00 |
| | | | | | | | | | |
| **PITS01** | | **Pitts Swabbing Service, Inc.** | | | | | | | |
| 04/12/2019 | 18119 | A/P Invoice | 4,292.50 | Due:05/07/2019 | | | 4,292.50 | | |
| 04/29/2019 | 18133 | A/P Invoice | 2,125.00 | Due:05/24/2019 | | 2,125.00 | | | |
| PITS01 | | Total for Pitts Swabbing Service, Inc. | 6,417.50 | | | 2,125.00 | 4,292.50 | 0.00 | 0.00 |
| | | | | | | | | | |
| **PLAM02** | | **Plante & Moran, PLLC** | | | | | | | |
| 04/30/2019 | 1677334 | A/P Invoice | 40,350.00 | Due:05/25/2019 | | 40,350.00 | | | |
| 04/30/2019 | 1679136 | A/P Invoice | 500.00 | Due:05/25/2019 | | 500.00 | | | |
| 04/30/2019 | 1679139 | A/P Invoice | 500.00 | Due:05/25/2019 | | 500.00 | | | |
| PLAM02 | | Total for Plante & Moran, PLLC | 41,350.00 | | | 41,350.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **PLAT02** | | **Planning Thru Completion, LLC** | | | | | | | |
| 05/14/2019 | 6082 | A/P Invoice | 7,200.00 | Due:05/14/2019 | | 7,200.00 | | | |
| PLAT02 | | Total for Planning Thru Completion, LLC | 7,200.00 | | | 7,200.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **POWE01** | | **Powerlights & Equipment Co., LLC** | | | | | | | |
| 04/01/2019 | 6254 | A/P Invoice | 2,496.00 | Due:04/26/2019 | | | 2,496.00 | | |
| 04/01/2019 | 6255 | A/P Invoice | 3,328.00 | Due:04/26/2019 | | | 3,328.00 | | |
| 04/01/2019 | 6256 | A/P Invoice | 2,496.00 | Due:04/26/2019 | | | 2,496.00 | | |
| 04/16/2019 | 6258 | A/P Invoice | 2,340.00 | Due:05/11/2019 | | | 2,340.00 | | |
| 04/16/2019 | 6259 | A/P Invoice | 3,120.00 | Due:05/11/2019 | | | 3,120.00 | | |
| 04/16/2019 | 6260 | A/P Invoice | 2,340.00 | Due:05/11/2019 | | | 2,340.00 | | |
| 04/16/2019 | 6261 | A/P Invoice | 716.00 | Due:05/11/2019 | | | 716.00 | | |
| 04/16/2019 | 6262 | A/P Invoice | 624.00 | Due:05/11/2019 | | | 624.00 | | |
| 04/16/2019 | 6263 | A/P Invoice | 816.00 | Due:05/11/2019 | | | 816.00 | | |
| 05/01/2019 | 6264 | A/P Invoice | 2,340.00 | Due:05/26/2019 | | 2,340.00 | | | |

EXHIBIT 11.1

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **POWE01** | | **Powerlights & Equipment Co., LLC <Continued>** | | | | | | | |
| 05/01/2019 | 6265 | A/P Invoice | 3,120.00 | | Due:05/26/2019 | 3,120.00 | | | |
| 05/01/2019 | 6266 | A/P Invoice | 2,340.00 | | Due:05/26/2019 | 2,340.00 | | | |
| 05/16/2019 | 6267 | A/P Invoice | 2,340.00 | | Due:06/10/2019 | 2,340.00 | | | |
| 05/16/2019 | 6268 | A/P Invoice | 3,120.00 | | Due:06/10/2019 | 3,120.00 | | | |
| 05/16/2019 | 6269 | A/P Invoice | 2,340.00 | | Due:06/10/2019 | 2,340.00 | | | |
| POWE01 | | Total for Powerlights & Equipment Co., LLC | 33,876.00 | | | 15,600.00 | 18,276.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **PREC02** | | **Pressure Control Innovations, LLC** | | | | | | | |
| 03/27/2019 | 3080T | A/P Invoice | 12,599.25 | | Due:04/21/2019 | | 12,599.25 | | |
| PREC02 | | Total for Pressure Control Innovations, LLC | 12,599.25 | | | 0.00 | 12,599.25 | 0.00 | 0.00 |
| | | | | | | | | | |
| **PRUP01** | | **Pruet Production Co** | | | | | | | |
| 04/10/2019 | 986590 | A/P Invoice | 0.65 | | Due:05/05/2019 | | 0.65 | | |
| 04/10/2019 | 986585 | A/P Invoice | 3,501.58 | | Due:05/05/2019 | | 3,501.58 | | |
| 04/10/2019 | 986586 | A/P Invoice | 5,203.90 | | Due:05/05/2019 | | 5,203.90 | | |
| 04/10/2019 | 986587 | A/P Invoice | 5.21 | | Due:05/05/2019 | | 5.21 | | |
| 04/10/2019 | 986588 | A/P Invoice | 5.45 | | Due:05/05/2019 | | 5.45 | | |
| 05/10/2019 | 990470 | A/P Invoice | 4,331.06 | | Due:06/04/2019 | 4,331.06 | | | |
| 05/10/2019 | 990471 | A/P Invoice | 4,742.35 | | Due:06/04/2019 | 4,742.35 | | | |
| PRUP01 | | Total for Pruet Production Co | 17,790.20 | | | 9,073.41 | 8,716.79 | 0.00 | 0.00 |
| | | | | | | | | | |
| **PRYP01** | | **Pryor Packers Inc.** | | | | | | | |
| 03/22/2019 | 22694 | A/P Invoice | 2,058.52 | | Due:04/21/2019 | | | 2,058.52 | |
| 03/21/2019 | 22693 | A/P Invoice | 2,687.10 | | Due:04/20/2019 | | | 2,687.10 | |
| 03/26/2019 | 22695 | A/P Invoice | 4,640.68 | | Due:04/25/2019 | | 4,640.68 | | |
| 03/27/2019 | 22696 | A/P Invoice | 4,173.22 | | Due:04/26/2019 | | 4,173.22 | | |
| 04/06/2019 | 22485 | A/P Invoice | 4,729.67 | | Due:05/06/2019 | | 4,729.67 | | |
| 04/28/2019 | 23029 | A/P Invoice | 2,723.14 | | Due:05/28/2019 | 2,723.14 | | | |
| 04/25/2019 | 23028 | A/P Invoice | 2,687.10 | | Due:05/25/2019 | 2,687.10 | | | |
| 04/28/2019 | 23027 | A/P Invoice | 1,729.92 | | Due:05/28/2019 | 1,729.92 | | | |
| 04/17/2019 | 22699 | A/P Invoice | 2,130.60 | | Due:05/17/2019 | | 2,130.60 | | |
| 04/16/2019 | 22698 | A/P Invoice | 2,687.10 | | Due:05/16/2019 | | 2,687.10 | | |
| 04/22/2019 | 22700 | A/P Invoice | 3,757.70 | | Due:05/22/2019 | | 3,757.70 | | |
| 04/23/2019 | 23026 | A/P Invoice | 10,833.20 | | Due:05/23/2019 | | 10,833.20 | | |
| PRYP01 | | Total for Pryor Packers Inc. | 44,837.95 | | | 7,140.16 | 32,952.17 | 4,745.62 | 0.00 |
| | | | | | | | | | |
| **QUAD01** | | **Quality Drilling Fluids, Inc.** | | | | | | | |
| 03/11/2019 | 9381 | A/P Invoice | 16,187.60 | | Due:04/10/2019 | | | 16,187.60 | |
| 03/14/2019 | 9383 | A/P Invoice | 11,916.99 | | Due:04/13/2019 | | | 11,916.99 | |
| 03/15/2019 | 9384 | A/P Invoice | 33,510.57 | | Due:04/14/2019 | | | 33,510.57 | |
| 03/15/2019 | 9385 | A/P Invoice | 11,858.36 | | Due:04/14/2019 | | | 11,858.36 | |
| 03/17/2019 | A30945 | A/P Invoice | 1,605.00 | | Due:04/16/2019 | | | 1,605.00 | |
| 03/18/2019 | 9386 | A/P Invoice | 2,745.62 | | Due:04/17/2019 | | | 2,745.62 | |
| 03/21/2019 | 9388 | A/P Invoice | 60,893.07 | | Due:04/20/2019 | | | 60,893.07 | |
| 03/29/2019 | A31093 | A/P Invoice | 6,420.00 | | Due:04/28/2019 | | 6,420.00 | | |
| 03/14/2019 | A31092 | A/P Invoice | 936.25 | | Due:04/13/2019 | | | 936.25 | |
| 03/26/2019 | 9391 | A/P Invoice | 16,597.80 | | Due:04/25/2019 | | 16,597.80 | | |
| 03/30/2019 | 9394 | A/P Invoice | 12,938.23 | | Due:04/29/2019 | | 12,938.23 | | |
| 04/05/2019 | 9396 | A/P Invoice | 5,835.35 | | Due:05/05/2019 | | 5,835.35 | | |
| 04/07/2019 | A31025 | A/P Invoice | 7,222.50 | | Due:05/07/2019 | | 7,222.50 | | |
| 04/15/2019 | 9405-CREDIT | A/P Invoice | (47,063.54) | | Due:05/15/2019 | | (47,063.54) | | |
| QUAD01 | | Total for Quality Drilling Fluids, Inc. | 141,603.80 | | | 0.00 | 1,950.34 | 139,653.46 | 0.00 |

EXHIBIT 11.1

05/21/2019 02:09 pm
Company:00SEC

Case:20-12377-MER   Doc#:891-2   Filed:02/26/21   Entered:02/26/21 14:02:03   Page806 of
Shfar Exploration Co., LLC
Historical Open Item Report - Aged by Invoice Date

Page  15

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **QUIT01** | | **Quitman Tank Solutions LLC** | | | | | | | |
| 03/21/2019 | 899 | A/P Invoice | 615.25 | | Due:04/20/2019 | | | 615.25 | |
| 04/22/2019 | 907 | A/P Invoice | 53,759.48 | | Due:05/22/2019 | | 53,759.48 | | |
| QUIT01 | | Total for Quitman Tank Solutions LLC | 54,374.73 | | | 0.00 | 53,759.48 | 615.25 | 0.00 |
| | | | | | | | | | |
| **RAPD01** | | **Rapad Drilling & Well Service, Inc.** | | | | | | | |
| 04/01/2019 | D031901 | A/P Invoice | 558,000.00 | | Due:04/01/2019 | | 558,000.00 | | |
| 04/29/2019 | D041901 | A/P Invoice | 166,500.00 | | Due:04/29/2019 | 166,500.00 | | | |
| RAPD01 | | Total for Rapad Drilling & Well Service, Inc. | 724,500.00 | | | 166,500.00 | 558,000.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **REAE01** | | **Reagan Equipment Co., Inc.** | | | | | | | |
| 04/24/2019 | CD99009851 | A/P Invoice | 1,177.00 | | Due:04/24/2019 | 1,177.00 | | | |
| 04/24/2019 | CD99009852 | A/P Invoice | 1,177.00 | | Due:04/24/2019 | 1,177.00 | | | |
| REAE01 | | Total for Reagan Equipment Co., Inc. | 2,354.00 | | | 2,354.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **REBT01** | | **Rebel Testers, Inc.** | | | | | | | |
| 03/28/2019 | 47759 | A/P Invoice | 1,997.50 | | Due:05/27/2019 | | 1,997.50 | | |
| 04/08/2019 | 47766 | A/P Invoice | 3,602.50 | | Due:06/07/2019 | | 3,602.50 | | |
| REBT01 | | Total for Rebel Testers, Inc. | 5,600.00 | | | 0.00 | 5,600.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **REGO01** | | **Register Oilfield Services, Inc.** | | | | | | | |
| 04/15/2019 | 8211 | A/P Invoice | 1,050.00 | | Due:04/15/2019 | | 1,050.00 | | |
| 05/15/2019 | 8265 | A/P Invoice | 1,050.00 | | Due:05/15/2019 | 1,050.00 | | | |
| REGO01 | | Total for Register Oilfield Services, Inc. | 2,100.00 | | | 1,050.00 | 1,050.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **REGR01** | | **Regard Resources Company, Inc.** | | | | | | | |
| 04/01/2019 | 5630 | A/P Invoice | 352.46 | | Due:05/01/2019 | | 352.46 | | |
| 04/01/2019 | 5645 | A/P Invoice | 2,181.00 | | Due:05/01/2019 | | 2,181.00 | | |
| 05/01/2019 | 5684 | A/P Invoice | 352.46 | | Due:05/31/2019 | 352.46 | | | |
| 05/01/2019 | 5699 | A/P Invoice | 2,181.00 | | Due:05/31/2019 | 2,181.00 | | | |
| REGR01 | | Total for Regard Resources Company, Inc. | 5,066.92 | | | 2,533.46 | 2,533.46 | 0.00 | 0.00 |
| | | | | | | | | | |
| **RIGM01** | | **Rig Managers, Inc.** | | | | | | | |
| 04/07/2019 | 3897 | A/P Invoice | 28,888.50 | | Due:04/07/2019 | | 28,888.50 | | |
| 04/16/2019 | 3901 | A/P Invoice | 18,189.00 | | Due:04/16/2019 | | 18,189.00 | | |
| RIGM01 | | Total for Rig Managers, Inc. | 47,077.50 | | | 0.00 | 47,077.50 | 0.00 | 0.00 |
| | | | | | | | | | |
| **RJWA01** | | **R.J. Walters Trucking Co., Inc.** | | | | | | | |
| 04/15/2019 | 119045 | A/P Invoice | 2,920.00 | | Due:04/30/2019 | | 2,920.00 | | |
| RJWA01 | | Total for R.J. Walters Trucking Co., Inc. | 2,920.00 | | | 0.00 | 2,920.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **ROBT01** | | **Roberson Trucking Co., Inc.** | | | | | | | |
| 04/30/2019 | 53459 | A/P Invoice | 287.50 | | Due:05/30/2019 | 287.50 | | | |
| 04/30/2019 | 53458 | A/P Invoice | 287.50 | | Due:05/30/2019 | 287.50 | | | |
| 04/30/2019 | 53457 | A/P Invoice | 287.50 | | Due:05/30/2019 | 287.50 | | | |
| 04/30/2019 | 53460 | A/P Invoice | 370.00 | | Due:05/30/2019 | 370.00 | | | |
| ROBT01 | | Total for Roberson Trucking Co., Inc. | 1,232.50 | | | 1,232.50 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **ROBW01** | | **Robine & Welch** | | | | | | | |
| 03/18/2019 | 112861 | A/P Invoice | 1,216.59 | | Due:04/17/2019 | | | 1,216.59 | |
| 03/29/2019 | 112973 | A/P Invoice | 32,690.64 | | Due:04/28/2019 | | 32,690.64 | | |
| 03/27/2019 | 112938 | A/P Invoice | 212.93 | | Due:04/26/2019 | | 212.93 | | |
| 04/18/2019 | 113108 | A/P Invoice | 167.99 | | Due:05/18/2019 | | 167.99 | | |
| 04/22/2019 | 113129 | A/P Invoice | 1,347.13 | | Due:05/22/2019 | | 1,347.13 | | |
| ROBW01 | | Total for Robine & Welch | 35,635.28 | | | 0.00 | 34,418.69 | 1,216.59 | 0.00 |

EXHIBIT 11.1

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **ROWE01** | | **Rowe Engineering & Surveying, Inc.** | | | | | | | |
| 04/30/2019 | 19-0306 | A/P Invoice | 3,333.50 | | Due:05/30/2019 | 3,333.50 | | | |
| ROWE01 | | Total for Rowe Engineering & Surveying, Inc. | 3,333.50 | | | 3,333.50 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **RRRE01** | | **R & R Rentals & Hot Shot, Inc.** | | | | | | | |
| 03/25/2019 | 58710 | A/P Invoice | 6,496.00 | | Due:03/25/2019 | | 6,496.00 | | |
| 03/19/2019 | 58696 | A/P Invoice | 1,492.65 | | Due:03/19/2019 | | | 1,492.65 | |
| 03/25/2019 | 58697 | A/P Invoice | 1,262.60 | | Due:03/25/2019 | | 1,262.60 | | |
| 03/25/2019 | 58750 | A/P Invoice | 1,558.30 | | Due:03/25/2019 | | 1,558.30 | | |
| 03/25/2019 | 58709 | A/P Invoice | 3,930.08 | | Due:03/25/2019 | | 3,930.08 | | |
| 03/25/2019 | 58712 | A/P Invoice | 5,131.84 | | Due:03/25/2019 | | 5,131.84 | | |
| 03/25/2019 | 58711 | A/P Invoice | 8,763.30 | | Due:03/25/2019 | | 8,763.30 | | |
| 03/25/2019 | 58800 | A/P Invoice | 1,465.90 | | Due:03/25/2019 | | 1,465.90 | | |
| 03/28/2019 | 58788 | A/P Invoice | 866.40 | | Due:03/28/2019 | | 866.40 | | |
| 03/30/2019 | 58798 | A/P Invoice | 1,070.00 | | Due:03/30/2019 | | 1,070.00 | | |
| 04/01/2019 | 58801 | A/P Invoice | 3,723.60 | | Due:04/01/2019 | | 3,723.60 | | |
| 03/31/2019 | 58903 | A/P Invoice | 2,823.10 | | Due:03/31/2019 | | 2,823.10 | | |
| 04/02/2019 | 58904 | A/P Invoice | 2,670.50 | | Due:04/02/2019 | | 2,670.50 | | |
| 04/04/2019 | 58822 | A/P Invoice | 1,558.30 | | Due:04/04/2019 | | 1,558.30 | | |
| 04/08/2019 | 58852 | A/P Invoice | 631.30 | | Due:04/08/2019 | | 631.30 | | |
| 04/09/2019 | 58862 | A/P Invoice | 2,137.50 | | Due:04/09/2019 | | 2,137.50 | | |
| 04/09/2019 | 58860 | A/P Invoice | 891.51 | | Due:04/09/2019 | | 891.51 | | |
| 04/10/2019 | 58869 | A/P Invoice | 1,948.80 | | Due:04/10/2019 | | 1,948.80 | | |
| 04/11/2019 | 58872 | A/P Invoice | 4,307.80 | | Due:04/11/2019 | | 4,307.80 | | |
| 04/11/2019 | 58871 | A/P Invoice | 4,429.72 | | Due:04/11/2019 | | 4,429.72 | | |
| 04/11/2019 | 58873 | A/P Invoice | 2,465.00 | | Due:04/11/2019 | | 2,465.00 | | |
| 04/11/2019 | 58874 | A/P Invoice | 3,510.16 | | Due:04/11/2019 | | 3,510.16 | | |
| 04/12/2019 | 58883 | A/P Invoice | 3,471.40 | | Due:04/12/2019 | | 3,471.40 | | |
| 04/12/2019 | 58876 | A/P Invoice | 3,723.60 | | Due:04/12/2019 | | 3,723.60 | | |
| 04/12/2019 | 58875 | A/P Invoice | 2,740.65 | | Due:04/12/2019 | | 2,740.65 | | |
| 04/12/2019 | 58882 | A/P Invoice | 5,256.16 | | Due:04/12/2019 | | 5,256.16 | | |
| 04/12/2019 | 58879 | A/P Invoice | 1,885.40 | | Due:04/12/2019 | | 1,885.40 | | |
| 04/12/2019 | 58880 | A/P Invoice | 4,016.74 | | Due:04/12/2019 | | 4,016.74 | | |
| 04/12/2019 | 58881 | A/P Invoice | 3,338.40 | | Due:04/12/2019 | | 3,338.40 | | |
| 04/15/2019 | 58891 | A/P Invoice | 1,903.85 | | Due:04/15/2019 | | 1,903.85 | | |
| RRRE01 | | Total for R & R Rentals & Hot Shot, Inc. | 89,470.56 | | | 0.00 | 87,977.91 | 1,492.65 | 0.00 |
| | | | | | | | | | |
| **RSMU01** | | **RSM US LLP** | | | | | | | |
| 04/29/2019 | 5683188 | A/P Invoice | 7,343.00 | | Due:04/29/2019 | 7,343.00 | | | |
| RSMU01 | | Total for RSM US LLP | 7,343.00 | | | 7,343.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **RWLS01** | | **RWLS, LLC dba Renegade Services** | | | | | | | |
| 03/20/2019 | RWLS81320 | A/P Invoice | 44,285.41 | | Due:04/19/2019 | | | 44,285.41 | |
| 03/27/2019 | RWLS142926 | A/P Invoice | 8,096.93 | | Due:04/26/2019 | | 8,096.93 | | |
| 04/26/2019 | RWLS142936 | A/P Invoice | 6,384.82 | | Due:05/26/2019 | 6,384.82 | | | |
| RWLS01 | | Total for RWLS, LLC dba Renegade Services | 58,767.16 | | | 6,384.82 | 8,096.93 | 44,285.41 | 0.00 |
| | | | | | | | | | |
| **SCID01** | | **Scientific Drilling International, Inc.** | | | | | | | |
| 04/08/2019 | 90023775 | A/P Invoice | 159,947.35 | | Due:05/08/2019 | | 159,947.35 | | |
| 04/09/2019 | 90023845 | A/P Invoice | 4,420.00 | | Due:05/09/2019 | | 4,420.00 | | |
| 04/29/2019 | 90024508 | A/P Invoice | 13,168.84 | | Due:05/29/2019 | 13,168.84 | | | |
| SCID01 | | Total for Scientific Drilling International, Inc. | 177,536.19 | | | 13,168.84 | 164,367.35 | 0.00 | 0.00 |

EXHIBIT 11.1

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **SECI01** | | **Secorp Industries** | | | | | | | |
| 04/09/2019 | I0062554 | A/P Invoice | 5,480.54 | Due:05/09/2019 | | | 5,480.54 | | |
| 04/11/2019 | I0062614 | A/P Invoice | 2,002.20 | Due:05/11/2019 | | | 2,002.20 | | |
| 04/30/2019 | I0062803 | A/P Invoice | 1,875.00 | Due:05/30/2019 | | 1,875.00 | | | |
| SECI01 | | Total for Secorp Industries | 9,357.74 | | | 1,875.00 | 7,482.74 | 0.00 | 0.00 |
| | | | | | | | | | |
| **SLIS03** | | **Slickline South, LLC** | | | | | | | |
| 03/06/2019 | 367 | A/P Invoice | 660.00 | Due:03/31/2019 | | | | 660.00 | |
| 03/15/2019 | 369 | A/P Invoice | 5,285.20 | Due:04/09/2019 | | | | 5,285.20 | |
| 03/24/2019 | 371 | A/P Invoice | 4,492.80 | Due:04/18/2019 | | | | 4,492.80 | |
| 03/25/2019 | 372 | A/P Invoice | 2,032.00 | Due:04/19/2019 | | | 2,032.00 | | |
| 03/28/2019 | 374 | A/P Invoice | 2,125.60 | Due:04/22/2019 | | | 2,125.60 | | |
| 03/31/2019 | 377 | A/P Invoice | 1,777.60 | Due:04/25/2019 | | | 1,777.60 | | |
| 03/22/2019 | 370 | A/P Invoice | 2,214.40 | Due:04/16/2019 | | | | 2,214.40 | |
| 03/31/2019 | 375 | A/P Invoice | 4,414.40 | Due:04/25/2019 | | | 4,414.40 | | |
| 03/31/2019 | 376 | A/P Invoice | 4,619.20 | Due:04/25/2019 | | | 4,619.20 | | |
| 03/31/2019 | 378 | A/P Invoice | 678.60 | Due:04/25/2019 | | | 678.60 | | |
| 04/03/2019 | 379 | A/P Invoice | 1,626.80 | Due:04/28/2019 | | | 1,626.80 | | |
| 04/03/2019 | 380 | A/P Invoice | 1,466.80 | Due:04/28/2019 | | | 1,466.80 | | |
| 04/09/2019 | 381 | A/P Invoice | 3,318.51 | Due:05/04/2019 | | | 3,318.51 | | |
| 04/09/2019 | 382 | A/P Invoice | 5,633.81 | Due:05/04/2019 | | | 5,633.81 | | |
| 04/11/2019 | 383 | A/P Invoice | 2,282.40 | Due:05/06/2019 | | | 2,282.40 | | |
| SLIS03 | | Total for Slickline South, LLC | 42,628.12 | | | 0.00 | 29,975.72 | 12,652.40 | 0.00 |
| | | | | | | | | | |
| **SOUA01** | | **South Alabama Gas** | | | | | | | |
| 04/25/2019 | SVC CHG | 213851 | 22.93 | Due:04/25/2019 | | 22.93 | | | |
| 05/10/2019 | 284385 | 213851 | 1,856.67 | Due:05/10/2019 | | 1,856.67 | | | |
| SOUA01 | | Total for South Alabama Gas | 1,879.60 | | | 1,879.60 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **SOUE02** | | **Southern Erosion Control** | | | | | | | |
| 03/05/2019 | 0180 | A/P Invoice | 2,588.00 | Due:03/05/2019 | | | | 2,588.00 | |
| 03/14/2019 | 0181 | A/P Invoice | 1,310.00 | Due:03/14/2019 | | | | 1,310.00 | |
| 03/28/2019 | 0184 | A/P Invoice | 5,176.00 | Due:03/28/2019 | | | 5,176.00 | | |
| 03/26/2019 | 0183 | A/P Invoice | 5,138.00 | Due:03/26/2019 | | | 5,138.00 | | |
| 03/25/2019 | 0182 | A/P Invoice | 4,638.00 | Due:03/25/2019 | | | 4,638.00 | | |
| 04/01/2019 | 0185 | A/P Invoice | 2,588.00 | Due:04/01/2019 | | | 2,588.00 | | |
| 04/02/2019 | 0186 | A/P Invoice | 2,588.00 | Due:04/02/2019 | | | 2,588.00 | | |
| 04/15/2019 | 0188 | A/P Invoice | 3,056.00 | Due:04/15/2019 | | | 3,056.00 | | |
| 04/15/2019 | 0187 | A/P Invoice | 419.00 | Due:04/15/2019 | | | 419.00 | | |
| 04/16/2019 | 0189 | A/P Invoice | 1,418.00 | Due:04/16/2019 | | | 1,418.00 | | |
| SOUE02 | | Total for Southern Erosion Control | 28,919.00 | | | 0.00 | 25,021.00 | 3,898.00 | 0.00 |
| | | | | | | | | | |
| **SOUO02** | | **Southern Oilfield Inspection, LLC** | | | | | | | |
| 03/01/2019 | 2770 | A/P Invoice | 17,811.22 | Due:03/26/2019 | | | | 17,811.22 | |
| 04/09/2019 | 2820 | A/P Invoice | 1,824.00 | Due:05/04/2019 | | | 1,824.00 | | |
| SOUO02 | | Total for Southern Oilfield Inspection, LLC | 19,635.22 | | | 0.00 | 1,824.00 | 17,811.22 | 0.00 |
| | | | | | | | | | |
| **SOUP06** | | **Southern Propane, Inc.** | | | | | | | |
| 04/12/2019 | 1455988 | A/P Invoice | 375.57 | Due:05/12/2019 | | | 375.57 | | |
| 04/12/2019 | 1455987 | A/P Invoice | 345.41 | Due:05/12/2019 | | | 345.41 | | |
| 04/17/2019 | 1450877 | A/P Invoice | 945.02 | Due:05/17/2019 | | | 945.02 | | |
| 04/24/2019 | 1463565 | A/P Invoice | 692.09 | Due:05/24/2019 | | 692.09 | | | |
| 04/26/2019 | 1465840 | A/P Invoice | 410.56 | Due:05/26/2019 | | 410.56 | | | |
| 05/03/2019 | 1471088 | A/P Invoice | 439.30 | Due:06/02/2019 | | 439.30 | | | |
| 05/03/2019 | 1471030 | A/P Invoice | 439.30 | Due:06/02/2019 | | 439.30 | | | |

EXHIBIT 11.1

Historical Open Item Report - Aged by Invoice Date

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **SOUP06** | | **Southern Propane, Inc. <Continued>** | | | | | | | |
| 05/10/2019 | 1481825 | A/P Invoice | 202.23 | | Due:06/09/2019 | 202.23 | | | |
| 05/10/2019 | 1481820 | A/P Invoice | 728.20 | | Due:06/09/2019 | 728.20 | | | |
| 05/15/2019 | 1486037 | A/P Invoice | 647.95 | | Due:06/14/2019 | 647.95 | | | |
| SOUP06 | | Total for Southern Propane, Inc. | 5,225.63 | | | 3,559.63 | 1,666.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **SPLI01** | **SPL, Inc.** | | | | | | | | |
| 02/28/2019 | 2030014754 | A/P Invoice | 205.00 | | Due:03/30/2019 | | | 205.00 | |
| 02/28/2019 | 2030014767 | A/P Invoice | 205.00 | | Due:03/30/2019 | | | 205.00 | |
| 02/28/2019 | 2030014786 | A/P Invoice | 205.00 | | Due:03/30/2019 | | | 205.00 | |
| 03/16/2019 | 1179268 | A/P Invoice | 910.00 | | Due:04/15/2019 | | | 910.00 | |
| 03/26/2019 | 1179888 | A/P Invoice | 470.00 | | Due:04/25/2019 | | 470.00 | | |
| 03/31/2019 | 1180604 | A/P Invoice | 2,195.00 | | Due:04/30/2019 | | 2,195.00 | | |
| 03/30/2019 | 1180603 | A/P Invoice | 354.75 | | Due:04/29/2019 | | 354.75 | | |
| 03/31/2019 | 1180457 | A/P Invoice | 1,200.00 | | Due:04/30/2019 | | 1,200.00 | | |
| 03/31/2019 | 1180463 | A/P Invoice | 1,200.00 | | Due:04/30/2019 | | 1,200.00 | | |
| 03/31/2019 | 1180465 | A/P Invoice | 1,200.00 | | Due:04/30/2019 | | 1,200.00 | | |
| 03/31/2019 | 1180468 | A/P Invoice | 1,282.50 | | Due:04/30/2019 | | 1,282.50 | | |
| 03/31/2019 | 1180503 | A/P Invoice | 800.00 | | Due:04/30/2019 | | 800.00 | | |
| 03/31/2019 | 1180507 | A/P Invoice | 910.00 | | Due:04/30/2019 | | 910.00 | | |
| 02/28/2019 | 1178060 | A/P Invoice | 1,035.00 | | Due:03/30/2019 | | | 1,035.00 | |
| 02/28/2019 | 1178099 | A/P Invoice | 1,070.00 | | Due:03/30/2019 | | | 1,070.00 | |
| 02/28/2019 | 1178301 | A/P Invoice | 690.00 | | Due:03/30/2019 | | | 690.00 | |
| 02/28/2019 | 1178303 | A/P Invoice | 855.00 | | Due:03/30/2019 | | | 855.00 | |
| 02/28/2019 | 1178302 | A/P Invoice | 910.00 | | Due:03/30/2019 | | | 910.00 | |
| 03/31/2019 | 2030014949 | A/P Invoice | 2,368.00 | | Due:04/30/2019 | | 2,368.00 | | |
| SPLI01 | | Total for SPL, Inc. | 18,065.25 | | | 0.00 | 11,980.25 | 6,085.00 | 0.00 |
| | | | | | | | | | |
| **SPOC03** | | **SPOC Automation, Inc.** | | | | | | | |
| 03/14/2019 | CI-0000011752 | A/P Invoice | 8,083.96 | | Due:04/08/2019 | | | 8,083.96 | |
| SPOC03 | | Total for SPOC Automation, Inc. | 8,083.96 | | | 0.00 | 0.00 | 8,083.96 | 0.00 |
| | | | | | | | | | |
| **SRTO01** | | **SRT Oil Field Service, LLC** | | | | | | | |
| 03/18/2019 | 62829 | A/P Invoice | 5,500.00 | | Due:04/12/2019 | | | 5,500.00 | |
| 03/18/2019 | 62830 | A/P Invoice | 600.00 | | Due:04/12/2019 | | | 600.00 | |
| 03/27/2019 | 62988 | A/P Invoice | 720.00 | | Due:04/21/2019 | | 720.00 | | |
| 04/04/2019 | 63091 | A/P Invoice | 3,300.00 | | Due:04/29/2019 | | 3,300.00 | | |
| 04/04/2019 | 63090 | A/P Invoice | 400.00 | | Due:04/29/2019 | | 400.00 | | |
| 04/04/2019 | 63089 | A/P Invoice | 300.00 | | Due:04/29/2019 | | 300.00 | | |
| 04/04/2019 | 63088 | A/P Invoice | 2,200.00 | | Due:04/29/2019 | | 2,200.00 | | |
| 04/09/2019 | 63185 | A/P Invoice | 550.00 | | Due:05/04/2019 | | 550.00 | | |
| 04/16/2019 | 63324 | A/P Invoice | 900.00 | | Due:05/11/2019 | | 900.00 | | |
| 04/16/2019 | 63323 | A/P Invoice | 900.00 | | Due:05/11/2019 | | 900.00 | | |
| 04/16/2019 | 63322 | A/P Invoice | 900.00 | | Due:05/11/2019 | | 900.00 | | |
| 04/24/2019 | 63435 | A/P Invoice | 1,950.00 | | Due:05/19/2019 | 1,950.00 | | | |
| 04/24/2019 | 63436 | A/P Invoice | 3,450.00 | | Due:05/19/2019 | 3,450.00 | | | |
| 05/15/2019 | 63770 | A/P Invoice | 900.00 | | Due:06/09/2019 | 900.00 | | | |
| 05/15/2019 | 63774 | A/P Invoice | 900.00 | | Due:06/09/2019 | 900.00 | | | |
| SRTO01 | | Total for SRT Oil Field Service, LLC | 23,470.00 | | | 7,200.00 | 10,170.00 | 6,100.00 | 0.00 |
| | | | | | | | | | |
| **STRL02** | | **Stric-Lan Companies, LLC** | | | | | | | |
| 03/13/2019 | 0056715-IN | A/P Invoice | 50.00 | | Due:04/12/2019 | | | 50.00 | |
| 03/29/2019 | 0104153-IN | A/P Invoice | 384.07 | | Due:04/28/2019 | | 384.07 | | |
| 03/29/2019 | 0104154-IN | A/P Invoice | 2,334.62 | | Due:04/28/2019 | | 2,334.62 | | |
| 03/29/2019 | 0104155-IN | A/P Invoice | 495.00 | | Due:04/28/2019 | | 495.00 | | |

EXHIBIT 11.1

Sklar Exploration Co., LLC
Historical Open Item Report - Aged by Invoice Date

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **STRL02** | | **Stric-Lan Companies, LLC <Continued>** | | | | | | | |
| 03/29/2019 | 0104156-IN | A/P Invoice | 5,901.83 | Due:04/28/2019 | | | 5,901.83 | | |
| 03/29/2019 | 0104157-IN | A/P Invoice | 4,987.63 | Due:04/28/2019 | | | 4,987.63 | | |
| 03/29/2019 | 0104158-IN | A/P Invoice | 520.00 | Due:04/28/2019 | | | 520.00 | | |
| 03/29/2019 | 0104159-IN | A/P Invoice | 345.00 | Due:04/28/2019 | | | 345.00 | | |
| 03/29/2019 | 0104161-IN | A/P Invoice | 1,974.21 | Due:04/28/2019 | | | 1,974.21 | | |
| 03/29/2019 | 0104162-IN | A/P Invoice | 384.07 | Due:04/28/2019 | | | 384.07 | | |
| 03/29/2019 | 0104163-IN | A/P Invoice | 384.07 | Due:04/28/2019 | | | 384.07 | | |
| 03/29/2019 | 0104164-IN | A/P Invoice | 29,466.65 | Due:04/28/2019 | | | 29,466.65 | | |
| 03/29/2019 | 0104165-IN | A/P Invoice | 1,404.07 | Due:04/28/2019 | | | 1,404.07 | | |
| 03/29/2019 | 0104166-IN | A/P Invoice | 384.07 | Due:04/28/2019 | | | 384.07 | | |
| 03/29/2019 | 0104167-IN | A/P Invoice | 357.50 | Due:04/28/2019 | | | 357.50 | | |
| 03/29/2019 | 0104168-IN | A/P Invoice | 210.00 | Due:04/28/2019 | | | 210.00 | | |
| 03/29/2019 | 0104169-IN | A/P Invoice | 260.00 | Due:04/28/2019 | | | 260.00 | | |
| 04/09/2019 | 0056736-IN | A/P Invoice | 50.00 | Due:05/09/2019 | | | 50.00 | | |
| 04/09/2019 | 0056737-IN | A/P Invoice | 50.00 | Due:05/09/2019 | | | 50.00 | | |
| 04/09/2019 | 0056738-IN | A/P Invoice | 50.00 | Due:05/09/2019 | | | 50.00 | | |
| STRL02 | | Total for Stric-Lan Companies, LLC | 49,992.79 | | | 0.00 | 49,942.79 | 50.00 | 0.00 |
| | | | | | | | | | |
| **SUPP03** | | **support.com** | | | | | | | |
| 05/16/2019 | 18030 | A/P Invoice | 2,349.00 | Due:06/15/2019 | | 2,349.00 | | | |
| SUPP03 | | Total for support.com | 2,349.00 | | | 2,349.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **THOT02** | | **Thompson Tractor Co., Inc.** | | | | | | | |
| 03/22/2019 | TTC1-263524 | A/P Invoice | 704.00 | Due:04/30/2019 | | | | 704.00 | |
| 03/22/2019 | TTC1-263526 | A/P Invoice | 896.00 | Due:04/30/2019 | | | | 896.00 | |
| 03/22/2019 | TTC1-263527 | A/P Invoice | 832.00 | Due:04/30/2019 | | | | 832.00 | |
| 03/22/2019 | TTC1-263529 | A/P Invoice | 832.00 | Due:04/30/2019 | | | | 832.00 | |
| 03/22/2019 | TTC1-263592 | A/P Invoice | 1,342.82 | Due:04/30/2019 | | | | 1,342.82 | |
| 03/22/2019 | TTC1-263594 | A/P Invoice | 1,409.82 | Due:04/30/2019 | | | | 1,409.82 | |
| 03/22/2019 | TTC1-263595 | A/P Invoice | 1,660.62 | Due:04/30/2019 | | | | 1,660.62 | |
| 03/22/2019 | TTC1-263596 | A/P Invoice | 1,450.94 | Due:04/30/2019 | | | | 1,450.94 | |
| 03/22/2019 | TTC1-263598 | A/P Invoice | 576.00 | Due:04/30/2019 | | | | 576.00 | |
| 03/22/2019 | TTC1-263609 | A/P Invoice | 1,462.94 | Due:04/30/2019 | | | | 1,462.94 | |
| THOT02 | | Total for Thompson Tractor Co., Inc. | 11,167.14 | | | 0.00 | 0.00 | 11,167.14 | 0.00 |
| | | | | | | | | | |
| **TOMJ01** | | **Tom Joiner & Associates Inc.** | | | | | | | |
| 04/24/2019 | 042419396 | A/P Invoice | 44,475.02 | Due:04/24/2019 | | 44,475.02 | | | |
| 04/29/2019 | 042919396 | A/P Invoice | 12,435.77 | Due:04/29/2019 | | 12,435.77 | | | |
| TOMJ01 | | Total for Tom Joiner & Associates Inc. | 56,910.79 | | | 56,910.79 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **TOOP01** | | **Tool Pushers Supply Co.** | | | | | | | |
| 03/05/2019 | 10459300 | A/P Invoice | 6,345.98 | Due:04/04/2019 | | | | 6,345.98 | |
| 03/12/2019 | 10459905 | A/P Invoice | (7,261.53) | Due:04/11/2019 | | | | (7,261.53) | |
| 03/28/2019 | 10461049 | A/P Invoice | 5,323.82 | Due:04/27/2019 | | | 5,323.82 | | |
| 03/27/2019 | 10460903 | A/P Invoice | 12,008.95 | Due:04/26/2019 | | | 12,008.95 | | |
| 04/04/2019 | 10461625 | A/P Invoice | 342.34 | Due:05/04/2019 | | | 342.34 | | |
| 04/11/2019 | 10462059 | A/P Invoice | 3,153.96 | Due:05/11/2019 | | | 3,153.96 | | |
| 05/06/2019 | 10464174 | A/P Invoice | 20,818.94 | Due:06/05/2019 | | 20,818.94 | | | |
| 05/07/2019 | 10464215 | A/P Invoice | 657.26 | Due:06/06/2019 | | 657.26 | | | |
| 05/16/2019 | 10465065 | A/P Invoice | 724.91 | Due:06/15/2019 | | 724.91 | | | |
| TOOP01 | | Total for Tool Pushers Supply Co. | 42,114.63 | | | 22,201.11 | 20,829.07 | (915.55) | 0.00 |

EXHIBIT 11.1

Sklar Exploration Co., LLC
832
Historical Open Item Report - Aged by Invoice Date

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **TOTP01** | | **Total Pump & Supply LLC** | | | | | | | |
| 04/23/2019 | 33585 | A/P Invoice | 3,458.24 | | Due:04/23/2019 | | 3,458.24 | | |
| TOTP01 | | Total for Total Pump & Supply LLC | 3,458.24 | | | 0.00 | 3,458.24 | 0.00 | 0.00 |
| | | | | | | | | | |
| **TOTS02** | | **Total Safety U.S., Inc.** | | | | | | | |
| 03/19/2019 | 6038332-0007 | A/P Invoice | 556.80 | | Due:03/19/2019 | | | 556.80 | |
| 03/20/2019 | 5984368-0006 | A/P Invoice | 4,973.92 | | Due:03/20/2019 | | | 4,973.92 | |
| 03/26/2019 | 5814710-0035 | A/P Invoice | 295.00 | | Due:03/26/2019 | | 295.00 | | |
| 03/27/2019 | 5984368-0007 | A/P Invoice | 1,071.00 | | Due:03/27/2019 | | 1,071.00 | | |
| 04/02/2019 | 5984368-0008 | A/P Invoice | 3,856.00 | | Due:04/02/2019 | | 3,856.00 | | |
| 04/17/2019 | 6038332-0008 | A/P Invoice | 356.80 | | Due:04/17/2019 | | 356.80 | | |
| 04/25/2019 | 5814710-0036 | A/P Invoice | 295.00 | | Due:04/25/2019 | 295.00 | | | |
| TOTS02 | | Total for Total Safety U.S., Inc. | 11,404.52 | | | 295.00 | 5,578.80 | 5,530.72 | 0.00 |
| | | | | | | | | | |
| **TRIG01** | | **Tricon Geophysics, Inc.** | | | | | | | |
| 03/31/2019 | TEX19-5500 | A/P Invoice | 20,916.88 | | Due:03/31/2019 | | 20,916.88 | | |
| TRIG01 | | Total for Tricon Geophysics, Inc. | 20,916.88 | | | 0.00 | 20,916.88 | 0.00 | 0.00 |
| | | | | | | | | | |
| **TTCO01** | | **T & T Communications** | | | | | | | |
| 03/07/2019 | 15238 | A/P Invoice | 1,590.00 | | Due:04/06/2019 | | | 1,590.00 | |
| 03/13/2019 | 15241 | A/P Invoice | 3,802.78 | | Due:04/12/2019 | | | 3,802.78 | |
| 03/22/2019 | 15243 | A/P Invoice | 1,190.00 | | Due:04/21/2019 | | | 1,190.00 | |
| 04/24/2019 | 15252 | A/P Invoice | 5,418.00 | | Due:05/24/2019 | 5,418.00 | | | |
| TTCO01 | | Total for T & T Communications | 12,000.78 | | | 5,418.00 | 0.00 | 6,582.78 | |
| | | | | | | | | | |
| **TTWE01** | | **T & T Welding Service** | | | | | | | |
| 03/19/2019 | 51265 | A/P Invoice | 850.00 | | Due:04/18/2019 | | | 850.00 | |
| 04/10/2019 | 51294 | A/P Invoice | 1,870.00 | | Due:05/10/2019 | | 1,870.00 | | |
| TTWE01 | | Total for T & T Welding Service | 2,720.00 | | | 0.00 | 1,870.00 | 850.00 | 0.00 |
| | | | | | | | | | |
| **UHSP01** | | **UHS Premium Billing** | | | | | | | |
| 05/09/2019 | 956820166498 | A/P Invoice | 31,221.19 | | Due:05/09/2019 | 31,221.19 | | | |
| UHSP01 | | Total for UHS Premium Billing | 31,221.19 | | | 31,221.19 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **UNIO01** | | **Union Oilfield Supply, Inc.** | | | | | | | |
| 03/20/2019 | 133038 | A/P Invoice | 89.27 | | Due:04/19/2019 | | | 89.27 | |
| 03/20/2019 | 133085 | A/P Invoice | 52,818.37 | | Due:04/19/2019 | | | 52,818.37 | |
| 04/01/2019 | 133165 | A/P Invoice | 105.74 | | Due:05/01/2019 | | 105.74 | | |
| 04/01/2019 | 133162 | A/P Invoice | 105.74 | | Due:05/01/2019 | | 105.74 | | |
| 04/01/2019 | 133163 | A/P Invoice | 105.74 | | Due:05/01/2019 | | 105.74 | | |
| 04/01/2019 | 133164 | A/P Invoice | 105.74 | | Due:05/01/2019 | | 105.74 | | |
| 03/26/2019 | 133087 | A/P Invoice | 30.04 | | Due:04/25/2019 | | 30.04 | | |
| 03/26/2019 | 133088 | A/P Invoice | 113.91 | | Due:04/25/2019 | | 113.91 | | |
| 04/01/2019 | 133166 | A/P Invoice | 524.69 | | Due:05/01/2019 | | 524.69 | | |
| 04/02/2019 | 133193 | A/P Invoice | 1,188.66 | | Due:05/02/2019 | | 1,188.66 | | |
| 04/03/2019 | 133219 | A/P Invoice | 1,153.96 | | Due:05/03/2019 | | 1,153.96 | | |
| 04/04/2019 | CM-154 | A/P Invoice | (810.90) | | Due:05/04/2019 | | (810.90) | | |
| 04/04/2019 | CM-155 | A/P Invoice | (548.48) | | Due:05/04/2019 | | (548.48) | | |
| 04/04/2019 | 133227 | A/P Invoice | 562.38 | | Due:05/04/2019 | | 562.38 | | |
| 04/09/2019 | CM-156 | A/P Invoice | (1,142.82) | | Due:05/09/2019 | | (1,142.82) | | |
| 04/09/2019 | 133299 | A/P Invoice | 1,936.54 | | Due:05/09/2019 | | 1,936.54 | | |
| 04/09/2019 | 133300 | A/P Invoice | 12.69 | | Due:05/09/2019 | | 12.69 | | |
| 04/09/2019 | 133302 | A/P Invoice | 250.97 | | Due:05/09/2019 | | 250.97 | | |
| 04/12/2019 | 133347 | A/P Invoice | 3,103.71 | | Due:05/12/2019 | | 3,103.71 | | |
| 04/23/2019 | 133483 | A/P Invoice | 130.49 | | Due:05/23/2019 | | 130.49 | | |

EXHIBIT 11.1

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **UNIO01** | | **Union Oilfield Supply, Inc. <Continued>** | | | | | | | |
| 04/26/2019 | 133548 | A/P Invoice | 3,735.28 | | Due:05/26/2019 | 3,735.28 | | | |
| 04/17/2019 | 133410 | A/P Invoice | 772.32 | | Due:05/17/2019 | | 772.32 | | |
| 04/26/2019 | 133557 | A/P Invoice | 635.63 | | Due:05/26/2019 | 635.63 | | | |
| 05/01/2019 | 133753 | A/P Invoice | 79,173.64 | | Due:05/31/2019 | 79,173.64 | | | |
| 04/16/2019 | 133394 | A/P Invoice | 235.32 | | Due:05/16/2019 | | 235.32 | | |
| 04/10/2019 | 133317 | A/P Invoice | 208.01 | | Due:05/10/2019 | | 208.01 | | |
| 04/10/2019 | 133318 | A/P Invoice | 255.60 | | Due:05/10/2019 | | 255.60 | | |
| 04/29/2019 | 133582 | A/P Invoice | 902.80 | | Due:05/29/2019 | 902.80 | | | |
| 05/01/2019 | 133614 | A/P Invoice | 715.97 | | Due:05/31/2019 | 715.97 | | | |
| 04/26/2019 | 133550 | A/P Invoice | 186.20 | | Due:05/26/2019 | 186.20 | | | |
| 04/24/2019 | 133514 | A/P Invoice | 98.58 | | Due:05/24/2019 | 98.58 | | | |
| 04/24/2019 | 133512 | A/P Invoice | 213.06 | | Due:05/24/2019 | 213.06 | | | |
| 04/24/2019 | 133511 | A/P Invoice | 265.00 | | Due:05/24/2019 | 265.00 | | | |
| 04/24/2019 | 133513 | A/P Invoice | 798.56 | | Due:05/24/2019 | 798.56 | | | |
| 05/02/2019 | 133633 | A/P Invoice | 51.94 | | Due:06/01/2019 | 51.94 | | | |
| 05/06/2019 | 133689 | A/P Invoice | 448.36 | | Due:06/05/2019 | 448.36 | | | |
| 05/06/2019 | 133684 | A/P Invoice | 119.57 | | Due:06/05/2019 | 119.57 | | | |
| 05/10/2019 | 133760 | A/P Invoice | 7,199.92 | | Due:06/09/2019 | 7,199.92 | | | |
| 05/10/2019 | 133766 | A/P Invoice | 1,178.18 | | Due:06/09/2019 | 1,178.18 | | | |
| 05/10/2019 | 133769 | A/P Invoice | 269.32 | | Due:06/09/2019 | 269.32 | | | |
| 05/10/2019 | 133773 | A/P Invoice | 164.91 | | Due:06/09/2019 | 164.91 | | | |
| 05/10/2019 | 133772 | A/P Invoice | 372.06 | | Due:06/09/2019 | 372.06 | | | |
| UNIO01 | | Total for Union Oilfield Supply, Inc. | 157,836.67 | | | 96,528.98 | 8,400.05 | 52,907.64 | 0.00 |
| | | | | | | | | | |
| **USAC01** | | **USA Compression Partners, LLC** | | | | | | | |
| 03/01/2019 | SINV00258124 | A/P Invoice | 4,879.13 | | Due:03/26/2019 | | | 4,879.13 | |
| 03/01/2019 | SINV00258125 | A/P Invoice | 3,725.00 | | Due:03/26/2019 | | | 3,725.00 | |
| 04/01/2019 | SINV00263354 | A/P Invoice | 4,879.13 | | Due:04/26/2019 | | 4,879.13 | | |
| 04/01/2019 | SINV00263355 | A/P Invoice | 3,725.00 | | Due:04/26/2019 | | 3,725.00 | | |
| 05/01/2019 | SINV00268721 | A/P Invoice | 4,879.13 | | Due:05/26/2019 | 4,879.13 | | | |
| 05/01/2019 | SINV00268722 | A/P Invoice | 3,725.00 | | Due:05/26/2019 | 3,725.00 | | | |
| USAC01 | | Total for USA Compression Partners, LLC | 25,812.39 | | | 8,604.13 | 8,604.13 | 8,604.13 | 0.00 |
| | | | | | | | | | |
| **VALP01** | | **Valley Plains, LLC** | | | | | | | |
| 05/08/2019 | 22246 | A/P Invoice | 7,582.50 | | Due:06/07/2019 | 7,582.50 | | | |
| 05/17/2019 | 22421 | A/P Invoice | 5,055.00 | | Due:06/16/2019 | 5,055.00 | | | |
| VALP01 | | Total for Valley Plains, LLC | 12,637.50 | | | 12,637.50 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **VERW01** | | **Verizon Wireless** | | | | | | | |
| 05/10/2019 | 9829879705 | A/P Invoice | 2,314.12 | | Due:06/02/2019 | 2,314.12 | | | |
| VERW01 | | Total for Verizon Wireless | 2,314.12 | | | 2,314.12 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **VMSI01** | | **VMSI** | | | | | | | |
| 04/08/2019 | 14153 | A/P Invoice | 1,018.00 | | Due:05/08/2019 | | 1,018.00 | | |
| VMSI01 | | Total for VMSI | 1,018.00 | | | 0.00 | 1,018.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **WASD01** | | **Wastewater Disposal Services, Inc.** | | | | | | | |
| 03/31/2019 | 2019-03-009 | A/P Invoice | 2,051.00 | | Due:04/25/2019 | | 2,051.00 | | |
| 04/16/2019 | 2019-04-002 | A/P Invoice | 1,950.00 | | Due:05/11/2019 | | 1,950.00 | | |
| 04/16/2019 | 2019-03-A | A/P Invoice | 963.00 | | Due:05/11/2019 | | 963.00 | | |
| 04/30/2019 | 2019-04-007 | A/P Invoice | 2,459.00 | | Due:05/25/2019 | 2,459.00 | | | |
| 05/16/2019 | 2019-05-002 | A/P Invoice | 2,307.00 | | Due:06/10/2019 | 2,307.00 | | | |
| WASD01 | | Total for Wastewater Disposal Services, Inc. | 9,730.00 | | | 4,766.00 | 4,964.00 | 0.00 | 0.00 |

EXHIBIT 11.1

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **WEAL01** | | **Weatherford Laboratories, Inc.** | | | | | | | |
| 03/05/2019 | 15701071 RI | A/P Invoice | 14,417.14 | | Due:03/20/2019 | | | 14,417.14 | |
| 04/10/2019 | 15751906 RI | A/P Invoice | 6,563.61 | | Due:04/25/2019 | | 6,563.61 | | |
| 05/13/2019 | 15794278 RI | A/P Invoice | 1,560.00 | | Due:05/28/2019 | 1,560.00 | | | |
| WEAL01 | | Total for Weatherford Laboratories, Inc. | 22,540.75 | | | 1,560.00 | 6,563.61 | 14,417.14 | 0.00 |
| | | | | | | | | | |
| **WEIB01** | | **Weiser-Brown Operating, Co.** | | | | | | | |
| 03/31/2019 | 518505 | A/P Invoice | (382.47) | | Due:03/31/2019 | | (382.47) | | |
| WEIB01 | | Total for Weiser-Brown Operating, Co. | (382.47) | | | 0.00 | (382.47) | 0.00 | 0.00 |
| | | | | | | | | | |
| **WELD01** | | **Well Data Services, Inc.** | | | | | | | |
| 04/11/2019 | 2218 | A/P Invoice | 28,396.00 | | Due:04/11/2019 | | 28,396.00 | | |
| WELD01 | | Total for Well Data Services, Inc. | 28,396.00 | | | 0.00 | 28,396.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **WHIM01** | | **Whirlwind Methane Recovery Systems, LLC** | | | | | | | |
| 03/01/2019 | WMR19-3618 | A/P Invoice | 11,070.00 | | Due:03/31/2019 | | | 11,070.00 | |
| 03/21/2019 | WMR19-3619 | A/P Invoice | 7,086.38 | | Due:04/20/2019 | | | 7,086.38 | |
| 04/01/2019 | WMR19-3623 | A/P Invoice | 11,070.00 | | Due:05/01/2019 | | 11,070.00 | | |
| 04/15/2019 | WMR19-3627 | A/P Invoice | 1,839.01 | | Due:05/15/2019 | | 1,839.01 | | |
| 05/03/2019 | WMR19-3628 | A/P Invoice | 10,800.00 | | Due:06/02/2019 | 10,800.00 | | | |
| 05/16/2019 | WMR19-3633 | A/P Invoice | 1,990.56 | | Due:06/15/2019 | 1,990.56 | | | |
| WHIM01 | | Total for Whirlwind Methane Recovery Systems, LLC | 43,855.95 | | | 12,790.56 | 12,909.01 | 18,156.38 | 0.00 |
| | | | | | | | | | |
| **WHIR01** | | **White Resources LLC** | | | | | | | |
| 03/19/2019 | 18236 | A/P Invoice | 1,128.90 | | Due:04/18/2019 | | | 1,128.90 | |
| 03/19/2019 | 18237 | A/P Invoice | 752.60 | | Due:04/18/2019 | | | 752.60 | |
| 03/19/2019 | 18239 | A/P Invoice | 658.53 | | Due:04/18/2019 | | | 658.53 | |
| 03/19/2019 | 18240 | A/P Invoice | 564.45 | | Due:04/18/2019 | | | 564.45 | |
| 03/19/2019 | 18241 | A/P Invoice | 564.45 | | Due:04/18/2019 | | | 564.45 | |
| 03/19/2019 | 18242 | A/P Invoice | 622.75 | | Due:04/18/2019 | | | 622.75 | |
| 03/19/2019 | 18243 | A/P Invoice | 658.53 | | Due:04/18/2019 | | | 658.53 | |
| 03/19/2019 | 18244 | A/P Invoice | 658.53 | | Due:04/18/2019 | | | 658.53 | |
| 03/19/2019 | 18245 | A/P Invoice | 564.45 | | Due:04/18/2019 | | | 564.45 | |
| 03/20/2019 | 18246 | A/P Invoice | 752.60 | | Due:04/19/2019 | | | 752.60 | |
| 03/20/2019 | 18247 | A/P Invoice | 564.45 | | Due:04/19/2019 | | | 564.45 | |
| 03/20/2019 | 18248 | A/P Invoice | 376.30 | | Due:04/19/2019 | | | 376.30 | |
| 03/20/2019 | 18249 | A/P Invoice | 376.30 | | Due:04/19/2019 | | | 376.30 | |
| 03/20/2019 | 18250 | A/P Invoice | 752.60 | | Due:04/19/2019 | | | 752.60 | |
| 03/20/2019 | 18251 | A/P Invoice | 376.30 | | Due:04/19/2019 | | | 376.30 | |
| 03/20/2019 | 18252 | A/P Invoice | 376.30 | | Due:04/19/2019 | | | 376.30 | |
| 03/20/2019 | 18253 | A/P Invoice | 470.38 | | Due:04/19/2019 | | | 470.38 | |
| 03/20/2019 | 18254 | A/P Invoice | 658.53 | | Due:04/19/2019 | | | 658.53 | |
| 03/20/2019 | 18255 | A/P Invoice | 282.23 | | Due:04/19/2019 | | | 282.23 | |
| 03/20/2019 | 18256 | A/P Invoice | 564.45 | | Due:04/19/2019 | | | 564.45 | |
| 04/22/2019 | 18273 | A/P Invoice | 1,034.83 | | Due:05/22/2019 | | 1,034.83 | | |
| 04/22/2019 | 18274 | A/P Invoice | 752.60 | | Due:05/22/2019 | | 752.60 | | |
| 04/22/2019 | 18275 | A/P Invoice | 470.38 | | Due:05/22/2019 | | 470.38 | | |
| 04/22/2019 | 18276 | A/P Invoice | 564.45 | | Due:05/22/2019 | | 564.45 | | |
| 04/22/2019 | 18277 | A/P Invoice | 658.53 | | Due:05/22/2019 | | 658.53 | | |
| 04/22/2019 | 18278 | A/P Invoice | 658.53 | | Due:05/22/2019 | | 658.53 | | |
| 04/22/2019 | 18279 | A/P Invoice | 846.68 | | Due:05/22/2019 | | 846.68 | | |
| 04/22/2019 | 18280 | A/P Invoice | 752.60 | | Due:05/22/2019 | | 752.60 | | |
| 04/22/2019 | 18281 | A/P Invoice | 564.45 | | Due:05/22/2019 | | 564.45 | | |
| 04/23/2019 | 18282 | A/P Invoice | 846.68 | | Due:05/23/2019 | | 846.68 | | |
| 04/23/2019 | 18283 | A/P Invoice | 376.30 | | Due:05/23/2019 | | 376.30 | | |

EXHIBIT 11.1

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **WHIR01** | | **White Resources LLC <Continued>** | | | | | | | |
| 04/23/2019 | 18284 | A/P Invoice | 564.45 | | Due:05/23/2019 | | 564.45 | | |
| 04/23/2019 | 18285 | A/P Invoice | 470.38 | | Due:05/23/2019 | | 470.38 | | |
| 04/23/2019 | 18286 | A/P Invoice | 1,128.90 | | Due:05/23/2019 | | 1,128.90 | | |
| 04/23/2019 | 18287 | A/P Invoice | 470.38 | | Due:05/23/2019 | | 470.38 | | |
| 04/23/2019 | 18288 | A/P Invoice | 1,222.98 | | Due:05/23/2019 | | 1,222.98 | | |
| 04/23/2019 | 18289 | A/P Invoice | 282.23 | | Due:05/23/2019 | | 282.23 | | |
| 04/23/2019 | 18290 | A/P Invoice | 470.38 | | Due:05/23/2019 | | 470.38 | | |
| 04/23/2019 | 18291 | A/P Invoice | 564.45 | | Due:05/23/2019 | | 564.45 | | |
| 04/23/2019 | 18292 | A/P Invoice | 564.45 | | Due:05/23/2019 | | 564.45 | | |
| 04/23/2019 | 18293 | A/P Invoice | 376.30 | | Due:05/23/2019 | | 376.30 | | |
| 04/23/2019 | 18294 | A/P Invoice | 376.30 | | Due:05/23/2019 | | 376.30 | | |
| WHIR01 | | Total for White Resources LLC | 25,740.86 | | | 0.00 | 14,017.23 | 11,723.63 | 0.00 |
| | | | | | | | | | |
| **WLSI01** | | **WLS, Inc.** | | | | | | | |
| 03/08/2019 | 7797 | A/P Invoice | 1,300.00 | | Due:04/02/2019 | | | 1,300.00 | |
| 03/08/2019 | 7798 | A/P Invoice | 1,300.00 | | Due:04/02/2019 | | | 1,300.00 | |
| 03/29/2019 | 7832 | A/P Invoice | 16,162.50 | | Due:04/23/2019 | | 16,162.50 | | |
| 03/29/2019 | 7831 | A/P Invoice | 14,357.50 | | Due:04/23/2019 | | 14,357.50 | | |
| 03/29/2019 | 7830 | A/P Invoice | 2,700.00 | | Due:04/23/2019 | | 2,700.00 | | |
| 04/08/2019 | 7844 | A/P Invoice | 5,507.50 | | Due:05/03/2019 | | 5,507.50 | | |
| 04/08/2019 | 7843 | A/P Invoice | 800.00 | | Due:05/03/2019 | | 800.00 | | |
| 04/18/2019 | 7865 | A/P Invoice | 7,647.50 | | Due:05/13/2019 | | 7,647.50 | | |
| 04/18/2019 | 7864 | A/P Invoice | 19,535.00 | | Due:05/13/2019 | | 19,535.00 | | |
| 04/25/2019 | 7871 | A/P Invoice | 13,245.00 | | Due:05/20/2019 | 13,245.00 | | | |
| 04/25/2019 | 7870 | A/P Invoice | 1,200.00 | | Due:05/20/2019 | 1,200.00 | | | |
| 04/29/2019 | 7878 | A/P Invoice | 14,167.50 | | Due:05/24/2019 | 14,167.50 | | | |
| 04/29/2019 | 7877 | A/P Invoice | 1,300.00 | | Due:05/24/2019 | 1,300.00 | | | |
| WLSI01 | | Total for WLS, Inc. | 99,222.50 | | | 29,912.50 | 66,710.00 | 2,600.00 | 0.00 |
| | | | | | | | | | |
| **WPSO01** | | **WP Software Consultants, LLC** | | | | | | | |
| 05/13/2019 | M-035701 | A/P Invoice | 1,774.97 | | Due:05/13/2019 | 1,774.97 | | | |
| WPSO01 | | Total for WP Software Consultants, LLC | 1,774.97 | | | 1,774.97 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **YAZV01** | | **Yazoo Valley Electric Power Association** | | | | | | | |
| 05/08/2019 | 37708007 | A/P Invoice | 4,147.50 | | Due:06/02/2019 | 4,147.50 | | | |
| YAZV01 | | Total for Yazoo Valley Electric Power Association | 4,147.50 | | | 4,147.50 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| **ZEDU01** | | **Zedi US Inc.** | | | | | | | |
| 03/01/2019 | ARCI00117688 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |
| 03/01/2019 | ARCI00117700 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |
| 03/01/2019 | ARCI00117699 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |
| 03/01/2019 | ARCI00117698 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |
| 03/01/2019 | ARCI00117697 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |
| 03/01/2019 | ARCI00117695 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |
| 03/01/2019 | ARCI00117696 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |
| 03/01/2019 | ARCI00117693 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |
| 03/01/2019 | ARCI00117694 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |
| 03/01/2019 | ARCI00117692 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |
| 03/01/2019 | ARCI00117691 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |
| 03/01/2019 | ARCI00117689 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |
| 03/01/2019 | ARCI00117690 | A/P Invoice | 990.00 | | Due:03/31/2019 | | | 990.00 | |
| 03/01/2019 | ARCI00117708 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |
| 03/01/2019 | ARCI00117709 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |
| 03/01/2019 | ARCI00117869 | A/P Invoice | 99.00 | | Due:03/31/2019 | | | 99.00 | |

EXHIBIT 11.1

Company:00SEC

Historical Open Item Report - Aged by Invoice Date

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **ZEDU01** | **Zedi US Inc. <Continued>** | | | | | | | | |
| 03/01/2019 | ARCI00117868 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117867 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117725 | A/P Invoice | 198.00 | Due:03/31/2019 | | | | 198.00 | |
| 03/01/2019 | ARCI00117724 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117722 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117723 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117870 | A/P Invoice | 396.00 | Due:03/31/2019 | | | | 396.00 | |
| 03/01/2019 | ARCI00117721 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117719 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117718 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117717 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117716 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117715 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117714 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117713 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117712 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117720 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117711 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117706 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117707 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117703 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117705 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117704 | A/P Invoice | 990.00 | Due:03/31/2019 | | | | 990.00 | |
| 03/01/2019 | ARCI00117702 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117710 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00117701 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00118263 | A/P Invoice | 198.00 | Due:03/31/2019 | | | | 198.00 | |
| 03/01/2019 | ARCI00118256 | A/P Invoice | 495.00 | Due:03/31/2019 | | | | 495.00 | |
| 03/01/2019 | ARCI00118262 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00118260 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00118261 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00118259 | A/P Invoice | 99.00 | Due:03/31/2019 | | | | 99.00 | |
| 03/01/2019 | ARCI00118257 | A/P Invoice | 417.38 | Due:03/31/2019 | | | | 417.38 | |
| 03/01/2019 | ARCI00118258 | A/P Invoice | 211.07 | Due:03/31/2019 | | | | 211.07 | |
| 03/14/2019 | ARCI00118410 | A/P Invoice | 402.20 | Due:04/13/2019 | | | | 402.20 | |
| 04/08/2019 | ARCI00118901 | A/P Invoice | 104.50 | Due:05/08/2019 | | | 104.50 | | |
| 04/10/2019 | ARCI00118968 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118969 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118970 | A/P Invoice | 990.00 | Due:05/10/2019 | | | 990.00 | | |
| 04/10/2019 | ARCI00118971 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118972 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118973 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118974 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118975 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118976 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118977 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118978 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118979 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118980 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118981 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118982 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118983 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118984 | A/P Invoice | 990.00 | Due:05/10/2019 | | | 990.00 | | |
| 04/10/2019 | ARCI00118985 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |

EXHIBIT 11.1

Company:00SEC      Strat Exploration Co., LLC    Historical Open Item Report - Aged by Invoice Date

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **ZEDU01** | **Zedi US Inc. <Continued>** | | | | | | | | |
| 04/10/2019 | ARCI00118986 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118987 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118988 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118989 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118990 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118991 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118992 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118993 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118994 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118995 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118996 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118997 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118998 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00118999 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00119000 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00119001 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00119002 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00119003 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00119004 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00119005 | A/P Invoice | 198.00 | Due:05/10/2019 | | | 198.00 | | |
| 04/10/2019 | ARCI00119147 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00119148 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00119149 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00119150 | A/P Invoice | 396.00 | Due:05/10/2019 | | | 396.00 | | |
| 04/10/2019 | ARCI00119560 | A/P Invoice | 495.00 | Due:05/10/2019 | | | 495.00 | | |
| 04/10/2019 | ARCI00119561 | A/P Invoice | 208.69 | Due:05/10/2019 | | | 208.69 | | |
| 04/10/2019 | ARCI00119562 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00119563 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00119564 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00119565 | A/P Invoice | 99.00 | Due:05/10/2019 | | | 99.00 | | |
| 04/10/2019 | ARCI00119566 | A/P Invoice | 198.00 | Due:05/10/2019 | | | 198.00 | | |
| 05/07/2019 | ARCI00120229 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120230 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120231 | A/P Invoice | 990.00 | Due:06/06/2019 | | 990.00 | | | |
| 05/07/2019 | ARCI00120232 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120233 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120234 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120235 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120236 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120237 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120238 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120239 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120240 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120241 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120242 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120243 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120244 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120245 | A/P Invoice | 990.00 | Due:06/06/2019 | | 990.00 | | | |
| 05/07/2019 | ARCI00120246 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120247 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120248 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120249 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120250 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |
| 05/07/2019 | ARCI00120251 | A/P Invoice | 99.00 | Due:06/06/2019 | | 99.00 | | | |

EXHIBIT 11.1

05/21/2019 02:09 pm
Company:00SEC

Case:20-12377-MER Doc#:891-2 Filed:02/26/21 Entered:02/26/21 14:02:03 Page817 of

Sklar Exploration Co., LLC

Historical Open Item Report - Aged by Invoice Date

Page 26

| Inv Date | Invoice # | Description | Amount | Paid Date | Check# | Current | 31 - 60 | 61 - 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **ZEDU01** | | **Zedi US Inc. <Continued>** | | | | | | | |
| 05/07/2019 | ARCI00120252 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120253 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120254 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120255 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120256 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120257 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120258 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120259 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120260 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120261 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120262 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120263 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120264 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120265 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120388 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120389 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120390 | A/P Invoice | 396.00 | | Due:06/06/2019 | 396.00 | | | |
| 05/07/2019 | ARCI00120773 | A/P Invoice | 297.00 | | Due:06/06/2019 | 297.00 | | | |
| 05/07/2019 | ARCI00120774 | A/P Invoice | 208.69 | | Due:06/06/2019 | 208.69 | | | |
| 05/07/2019 | ARCI00120775 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120776 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| 05/07/2019 | ARCI00120777 | A/P Invoice | 99.00 | | Due:06/06/2019 | 99.00 | | | |
| ZEDU01 | | Total for Zedi US Inc. | 23,035.53 | | | 6,841.69 | 7,738.19 | 8,455.65 | 0.00 |
| | | **Grand Total** | 5,692,945.98 | | | 1,456,271.81 | 3,520,681.58 | 715,992.59 | 0.00 |

EXHIBIT 11.1

**Beiner, Grant**

---

| | |
|---|---|
| **From:** | Howard Sklar <hfsklar@gmail.com> |
| **Sent:** | Tuesday, May 5, 2020 4:22 PM |
| **To:** | Marshall Jones |
| **Subject:** | Fwd: Playsheet |
| **Attachments:** | 07-27-12.pdf |

Sent from my iPhone

Begin forwarded message:

> **From:** Rob Salter <RSalter@sklarexploration.com>
> **Date:** July 27, 2012 at 3:52:57 PM MDT
> **To:** Howard G-mail <hfsklar@gmail.com>, David Barlow <dbarlow@sklarexploration.com>,
> Chris Farrell <cfarrell@sklarexploration.com>
> **Subject: Playsheet**
>
>
> **Rob Salter, CPA**
> Controller
> (P) 318-227-8668
> (F) 318-227-9012



EXHIBIT 13

**Howard's Friday Report**
7/27/2012

### Cash Balance

| | |
|---|---|
| ALA | 4,571.82 |
| HOW | 9,715.29 |
| SAM | 4,424.01 |
| SEC - Operating | 649,677.96 |
| SEC - Revenue | 300,000.01 |
| SEC - Suspense | - |
| SKC | 80,068.23 |
| STP | 17,269.71 |
| **Total Operating Cash** | **1,065,727.42** |
| | |
| MAR | 255,879.41 |
| SKI | 11,603.51 |
| **Total Non- Operating Cash** | **267,482.92** |
| | |
| HFS | 8,473.05 |
| SMMS | 26,874.02 |
| **Total Personal Cash** | **35,347.07** |
| | |
| **Grand Total Cash** | **1,368,557.41** |
| | |
| SEC JIB to SKC | 16,932,638.95 |
| | |
| SEC A/P | 8,521,549.16 |
| SKC A/P | 2,715.77 |
| **Total A/P** | **8,524,264.93** |
| | |
| CCL&T 33-2 #1 | 244,484.23 |
| PXP Louisiana LLC #1 | 817,578.05 |
| CCL&T 35-11 #1 | 253,822.88 |
| CCL&T 35-5 #1 | 1,222,656.28 |
| Hasty #1 - Alt Well | 580,541.70 |
| Graddy 34-10 #1 | 1,094,719.86 |
| CCL&T 33-6 #1 | 377,090.91 |
| CCL&T 34-14 #1 | 177,983.88 |
| Graddy 34-8 #1 | 190,696.85 |
| Jones 34-4 #1 | 248,709.37 |
| CCL&T 33-12 #1 | 438,513.27 |
| CCL&T 33-10 #1 | 1,358,126.12 |
| **Total Cash Calls** | **7,004,923.40** 8/8th's |
| | |
| **Total Liabilities** | **15,529,188.33** |
| | |
| SKC 3rd Party A/R | - |
| 3rd Party Unbilled JIB's | 1,464,092.05 |
| 3rd Party A/R | 6,572,295.48 |
| Total 3rd Party Receivables | 8,036,387.53 |

### Revenue Acct Float

| | |
|---|---|
| Undisbursed Revenue (8/8th's) | (10,038,958) |
| Sklarco portion of Undisbursed revenue | 1,978,908 |
| Suspense | (1,812,832) |
| Sklarco Portion of Suspense | 156,702 |
| **Revenue Account 3rd party Liability** | **(9,716,179)** |
| Rev & Susp Cash | 300,000 |
| SEC Operating Investments | 7,843,190 |
| **Float - (Under)/Over Funded** | **(1,572,988)** |

### Debt Analysis

| | Balance | Available |
|---|---|---|
| BOK LOC 4.43% | 16,630,000.00 | 370,000.00 |
| Capital One STP 3.52% | 12,000,000.00 | - |
| HFS Personal Loan 3.25% | - | 2,000,000.00 |
| **Total** | **28,630,000.00** | **2,370,000.00** |

### Real Estate Proceeds

| | 7/20/2012 | 7/27/2012 |
|---|---|---|
| Dogwood Property | - | - |
| Other | 6,393.75 | 6,393.75 |
| **Total** | **6,393.75** | **6,393.75** |

### Well Equipment Inventory

| | Cost Thru 08-13-11 | FM Value Rmng Est Purch |
|---|---|---|
| Casing | 183,174.19 | 183,174.19 |
| Tubing | 47.56 | 47.56 |
| Pipe | 26,115.19 | 26,115.19 |
| Pump | - | - |
| Misc. | 83,349.77 | 92,021.03 |
| Total | 292,686.71 | 301,357.97 |

### Partnership Distributions (YTD)

| | 7/20/2012 | 7/27/2012 |
|---|---|---|
| Col I | 185,305 | 185,305 |
| Col II | 363,261 | 363,261 |
| Rocket | 158,633 | 158,633 |
| Other | - | - |
| **Total** | **707,199** | **707,199** |

### Investments

| | | | |
|---|---|---|---|
| HOW | 6,897,642.18 | Sklar Directed | 2,493,072.40 |
| ALA | 656,533.23 | Larry Thompson | 6,582,914.46 |
| SAM | 340,830.51 | Marvin McMurrey | 4,422,755.31 |
| SEC | 7,843,190.06 | Cisco | 189,048.00 |
| **Total** | **15,738,195.98** | Adams Yerger | 140,551.00 |
| | | Mason Woodard | 1,909,854.81 |
| | | **Total Investments** | **15,738,195.98** |

### Howard F. Sklar Personal
7/27/2012

#### Expenses

| | |
|---|---|
| Auto Expense | 29,628 |
| Bank Charges | 323 |
| Clothing | 1,604 |
| Contributions - Charitable | 5,700 |
| Contributions - Political | - |
| Dog Expenses | 49,899 |
| Dues and Subscriptions | 1,255 |
| Educational Expenses | 42,988 |
| Exercise Equipment | 493 |
| Gifts - Educational | - |
| Gifts - General | - |
| Gifts - Medical | - |
| Home Repairs/Improvements - SHV | 17,424 |
| Home Repairs/Improv - Boulder | 3,234 |
| Household Expenses - Boulder | 33,768 |
| Household Expenses - SHV | 192 |
| Insurance - Auto | (364) |
| Insurance - Home | 2,819 |
| Insurance - Misc | - |
| Medical | 61,261 |
| Meals & Entertainment | - |
| Miscellaneous | 5,200 |
| Personal Draw - LOC | - |
| Personal Draw - Jane | 237,567 |
| Personal Draw - HFS Chase Acct | 255,000 |
| Professional Fees - Accounting | 762 |
| Professional Fees - Legal | 250 |
| SEC Reimbursement | - |
| Taxes - Various | 3,546 |
| Training Expense | 488 |
| Travel Expenses | 28,714 |
| Utilities | 8,290 |
| **Total Expenses** | **790,041** |

### Intercompany Due (to)/From SKC

| | |
|---|---|
| ALA | 37,522.03 |
| HOW | (20,284,359.84) |
| SMMS | (1,937,000.00) |
| SAM | 41,154.02 |
| **Total Due** | **(22,142,683.79)** |

***Unaudited
***For Internal Use Only

EXHIBIT 13.1

**Beiner, Grant**

---

| | |
|---|---|
| **From:** | Howard Sklar <hfsklar@gmail.com> |
| **Sent:** | Saturday, April 25, 2020 6:37 PM |
| **To:** | Marshall Jones; John Strausser; Geoff Nenninger |
| **Cc:** | Howard G-mail |
| **Subject:** | Fwd: Playsheet |
| **Attachments:** | 02-14-14 - HFS.pdf |

Hi john and Marshall just a heads up to show you our play sheet from early in 2014.
You might note that we "fully funded" our revenue account by borrowing 14 million from our rbl to invest in stocks. Also note we even borrowed money to fund the suspense part of the revenue account. WTF idiots.

Thanks



Sent from my iPad

Begin forwarded message:

> **From:** Chris Farrell <cfarrell@sklarexploration.com>
> **Date:** February 14, 2014 at 2:57:37 PM MST
> **To:** Howard Sklar <howard@sklarexploration.com>
> **Subject: RE: Playsheet**

Revised, I had an incorrect cash call figure on the Hamiter.
**Chris A. Farrell, CPA**
**Vice President – Chief Financial Officer**
**318-227-8668**



www.sklarexploration.com

**From:** Chris Farrell
**Sent:** Friday, February 14, 2014 3:49 PM
**To:** Howard Sklar
**Subject:** Playsheet

Attached is today's play sheet. Working capital still looks strong, but we are beginning to see some of the cash calls turn into actual A/P. Still on track with my previous forecast at the drilling meetings, but we do have a few potential cash needs in the near future such as tumbleweed prospect and a potential purchase of the 25% cut that Plains gets from the North Beach and Abbyville gas plants in Alabama. I did transfer $1.5mm from operating working capital to Larry's account with Schwab this past week which explains the increase in marketable securities. Also, David and I spoke with Larry and Alan this week and there were changes to the portfolio allocation. I have attached a detail of the changes, but the short story is that we have reduced our investments in fixed income and hedging and have increased our equity positions. The revenue float is on track to be over funded at the end of the month. We saw both

production and price declines over in Q4, but we have seen some price relieve to offset some of the production declines.

**Chris A. Farrell, CPA**
**Vice President – Chief Financial Officer**
**318-227-8668**



[www.sklarexploration.com](www.sklarexploration.com)

EXHIBIT 14

Sklar Playsheet
2/14/2014

**Cash Balance**

| | |
|---|---:|
| ALA | 44,266 |
| HOW | 41,290 |
| SAM | 27,064 |
| SEC - Operating | 2,119,227 |
| SKC | 13,948 |
| STP | 47,597 |
| **Total Operating Cash** | **2,293,392** |

| | |
|---|---:|
| SKC 3rd Party A/R | - |
| 3rd Party Unbilled JIB's | 1,019,881 |
| 3rd Party A/R | 2,135,967 |
| **Total A/R** | **3,155,849** |

| | |
|---|---:|
| **Total Cash and A/R** | **5,449,240** |

| | |
|---|---:|
| SEC A/P | 1,364,463 |
| SKC A/P | 162,914 |
| **Total A/P** | **1,527,377** |

| | |
|---|---:|
| Nelson et al 35 #2 | 690,277 |
| Hamiter 20-11 #1 | 925,274 |
| CCL&T 14-9 #1 | 1,155,410 |
| CCL&T 10-5 #1 | 1,041,884 |
| CCL&T 17-9 #1 | 1,057,682 |
| | - |
| | - |
| **Total Cash Calls** | **4,870,527** | 8/8th's |

| | |
|---|---:|
| **Total Liabilities** | **6,397,905** |

**Revenue Acct Float**

| | Now | | EOM | |
|---|---:|---|---:|---|
| Undisbursed Revenue (8/8th's) | $ | 22,032,244 | $ | 14,493,492 |
| Suspense | $ | 2,949,529 | $ | 2,949,529 |
| **Revenue Account Total Liability** | $ | **24,981,772** | $ | **17,443,021** |
| Sklarco portion of Undisbursed Rev | $ | 3,294,465 | $ | 2,124,372 |
| Sklarco Portion of Suspense | $ | - | $ | - |
| **Sklarco Portion of Rev Acct Liability** | $ | **3,294,465** | $ | **2,124,372** |
| **Revenue Account 3rd party Liability** | $ | **21,687,307** | $ | **15,318,649** |
| Rev & Susp Cash | $ | 7,075,912 | $ | 2,334,831 |
| Marketable Securities | $ | 13,768,868 | $ | 13,768,868 |
| Other investments (Cost) | $ | 295,287 | $ | 295,287 |
| **Total Revenue Account Assets** | $ | **21,140,067** | $ | **16,398,986** |
| **Rev Acct Over/(Under) Funded** | $ | **(547,240)** | $ | **1,080,337** |
| **% Funded** | | **97.48%** | | **107.05%** |

**Debt Analysis**

| | Balance | Available |
|---|---:|---:|
| BOK LOC 4.00% | 23,630,000 | 11,370,000 |
| Capital One STP 3.52% | 10,100,000 | - |
| HFS Personal Loan 3.25% | 1,400,000 | 600,000 |
| **Total** | **35,130,000** | **11,970,000** |

**Real Estate Proceeds**

| | 2/7/2014 | 2/14/2014 |
|---|---:|---:|
| Dogwood Property | - | - |
| Other | 6,394 | 6,394 |
| **Total** | **6,394** | **6,394** |

**Partnership Distributions (YTD)**

| | 2/14/2014 |
|---|---:|
| Col I | 56,243 |
| Col II | 142,087 |
| Rocket | 51,011 |
| Other | - |
| **Total** | **249,341** |

**Investments**

| | | | |
|---|---:|---|---:|
| HOW | 10,647,597 | Sklar Directed | 2,392,280 |
| ALA | 947,093 | Larry Thompson | 20,089,715 |
| SAM | 940,883 | Marvin McMurrey | 3,419,210 |
| SEC | 13,768,868 | Cisco | 403,236 |
| **Total** | **26,304,441** | **Total** | **26,304,441** |

| | |
|---|---:|
| Non Rev Acct Investments | 12,535,573.00 |

**Intercompany Due To/(From) SKC**

| | |
|---|---:|
| ALA | - |
| HOW | 21,943,654 |
| SAM | 22,802 |
| **Total Due** | **21,966,456** |

| | |
|---|---:|
| SEC JIB to SKC | 19,266,027 |

| | |
|---|---:|
| HFS - Capt One | 57,994 |
| HFS - Chase | 56,326 |
| SMMS | 1,181,002 |
| **Total Personal Cash** | **1,295,323** |

**Prospect Inventory**
**2/14/2014**

| Description | |
|---|---:|
| Ft Adams-Millbrook"B" Prospect | 1,323 |
| W Arcadia Prspect S27-T18S-R6W | 1,186 |
| Ashwood Prospect | 217,507 |
| West Ashwood Prospect | 58,946 |
| Barnett Shale Play | 3,649 |
| North Beach Prospect | 91 |
| Big Bend Prospect | 175 |
| Bovina Field-S17&18,T16N,R5E | 54,442 |
| West Bryceland Saddle Prospect | 8,037 |
| John D Bryant etal #1 | 2,696 |
| Cairo Prospect | 147 |
| Calvits Lake Prospect | 1,169 |
| Greater Cheneyville Prospect | 19,911 |
| Copenhagen Prospect | 24,344 |
| Cotton Valley Prospect | 1,973 |
| NE Fayette Prospect | 1,175 |
| SE Fayette Prospect | 1,284 |
| Frys Gap Prospect | 5,977 |
| Fryeburg Prospect | 1,050 |
| West Fryeburg Prospect | 41,330 |
| Glenmora Prospect | 20,548 |
| Gorman Prospect | 32,598 |
| Jones Prospect | 1,465 |
| SE Killens Ferry Prospect | 203,693 |
| South Kings Dome (Section 39) | 5,403 |
| Laney Road Field Water Flood | 5,165 |
| Latham Prospect | 1,549 |
| Niobrara Prospect | 7,512 |
| Oakhay Creek South Prospect | 5,025 |
| Paleozoic Shale Oil Play | 4,014 |
| South Panther Creek Prospect | 6,177 |
| Red River Extension | 685 |
| Rosebank Prospect | 358 |
| Shipps Creek Prospect | 30,000 |
| West Simsboro Prospect | 15,694 |
| TBA-Jospeh Bowman Svy A-72 | 7,933 |
| Teidora Vasquz Survey Prospect | 1,005 |
| Tumbleweed Unit | 1,004 |
| West Tyler 3D Seismic Prospect | 61,913 |
| Veta Prospect | 1,006 |
| Weyerhaeuser Washington Parish | 10,539 |
| West Wharton Prospect | 7,325 |
| Willow Springs Acquisition | 2,711 |
| Wilson-Mt Common Church Prospect | 19,077 |
| South Woodlawn Ext Prosp (TX) | 2,225 |
| Woodlawn Green Fox Area (TX) | 22,958 |
| Woodlawn Prospect (MS) | 1,169 |
| Winter Prospect | 71 |
| Frontier Hills Prospect | 2,190 |
| **Total Prospect Inventory** | **927,426** |

**Howard F. Sklar Personal**
**2014**

| Expenses | |
|---|---:|
| Athletic - Coaching (Boulder) | 4,507 |
| Athletic - Coaching (travel) | 3,500 |
| Athletic - Dues/Memberships | 1,631 |
| Athletic - Equipment | 1,007 |
| Athletic - Sponsorship | 1,150 |
| Athletic - Travel | 1,050 |
| Athletic - Wear | 453 |
| Auto Expense | 61 |
| Bank Charges | 152 |
| Contributions - Charitable | 500 |
| Credit Card Pmts - Unallocated | 22,547 |
| Dog Expenses - Nannies | 10,513 |
| Dog Expenses - Other | 69 |
| Dues and Subscriptions | 245 |
| Educational - Howard | 6,517 |
| Educational - Jake | 1,172 |
| Educational - Alan | 15,447 |
| Jake - Other | 1,902 |
| Alan - Other | 3,849 |
| Household Exp - General | 36,747 |
| Household Exp - Housekeeper | 2,100 |
| Insurance - Auto | 968 |
| Insurance - Medical | (770) |
| Limo - John | 864 |
| Meals & Entertainment | 1,492 |
| Medical - Non-Athletic | 644 |
| Medical - Dr. Shugarman | 1,135 |
| Medical - Dr. Young | 1,160 |
| Miscellaneous Expense | 200 |
| Personal Draw | 2,608 |
| Payments to Jane | 30,000 |
| Pharmacy | 357 |
| Taxes - Various | 24,010 |
| Travel Expenses | 4,677 |
| Utilities | 245 |
| **Total Expenses** | **184,244** |

| | | |
|---|---|---:|
| **Monthly Average:** | $ | 92,122 |

EXHIBIT 14.1

***Unaudited
***For Internal Use Only

## Beiner, Grant

| | |
|---|---|
| **From:** | Beiner, Grant |
| **Sent:** | Thursday, November 19, 2020 2:14 PM |
| **To:** | Parker, Ross |
| **Cc:** | Beiner, Grant |
| **Subject:** | FW: Schwab transfers and HOW, ALA and SAM Plante Moran bills |
| **Attachments:** | HOW 7836 transfer.pdf; SAM 6606 transfer.pdf; ALA 8796 transfer.pdf |

**From:** John Strausser <JStrausser@sklarexploration.com>
**Sent:** Friday, October 23, 2020 5:43 PM
**To:** Bobbie Gore <BGore@sklarexploration.com>; Julie Smith <JSmith@sklarexploration.com>; Howard Sklar <hfsklar@sklarexploration.com>; Holmes Gwin <HGwin@sklarexploration.com>
**Cc:** Marshall Jones <jmjones@sklarexploration.com>; John Strausser <JStrausser@sklarexploration.com>; Joe Dodson <JDodson@sklarexploration.com>
**Subject:** Schwab transfers and HOW, ALA and SAM Plante Moran bills

All,
I just initiated check requests from each of HOW, ALA and SAM's Schwab accounts to pay their outstanding Plante Moran invoices (see attached). The checks will be mailed to the Shreveport office and should be deposited to the respective HOW, ALA and SAM EWB accounts.

Julie,
Can you handle recording the JE's for the transfer of this money from their Schwab money market accounts to their EWB accounts?

Bobbie,
I'm transferring more than is needed for the boys' bills from Plante Moran, which were $9,775 each. There was not sufficient money to cover all of Howard's outstanding Plante Moran bills, so please pay the older one (for $5,600) and we'll pay the other one when sufficient money exists.

Please reach out with any questions.

Thanks, john

John Strausser
Sklar Exploration Company LLC
(504) 905-0811

EXHIBIT 19

Print

Accounts > Transfers & Payments

< Back to Overview

| Online Transfer | External Accounts | Send Wire | Pay Bills | **Request Check** | Transfer Account | Routing Numbers |

1. Setup      2. Review      3. Confirmation

> Your check request was submitted.

# Summary of your ordered check

Print this page for your records.

| | |
|---|---|
| **From Account** | HOW 2106-7836 |
| **Payable to** | HOWARD F SKLAR TRUSTEE FOR HOWARD TRUST |
| **Sent to** | 401 EDWARDS STREET STE 1601<br>SHREVEPORT LA 71101-5507<br>US |
| **Check Amount** | $15,000.00 |
| **Frequency** | One-Time |
| **Issue Date** | 10/23/2020 |
| **Delivery Method** | Standard Delivery - U.S. Mail<br>(Checks typically arrive in 6-9 business days.) |
| **Delivery Fee** | $0.00 |

## What would you like to do next?

- Review this order in your recent transfer status
- Request another check

NEW    We'd love your feedback about requesting a check. Give feedback.

EXHIBIT 19

(0008-7438)

Account: 2106-7836          Today's Date: 06:35 PM ET, 10/23/2020          *Own your tomorrow*®

Check the background of Charles Schwab or one of its investment professionals on FINRA'S BrokerCheck.

---

| |
|---|
| **Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value** |

---

Charles Schwab & Co., Inc., and Charles Schwab Bank, SSB are separate but affiliated companies and subsidiaries of The Charles Schwab Corporation. Brokerage products are offered by Charles Schwab & Co., Inc. (Member SIPC ↗ ) ("Schwab"). Schwab Intelligent Portfolios® and Schwab Intelligent Portfolios Premium™ are made available through Charles Schwab & Co., Inc. ("Schwab"), a dually registered investment advisor and broker dealer. Portfolio management services are provided by Charles Schwab Investment Advisory, Inc. ("CSIA"). Schwab and CSIA are subsidiaries of The Charles Schwab Corporation. Deposit and lending products and services are offered by Charles Schwab Bank, SSB, Member FDIC and an Equal Housing Lender ("Schwab Bank").

Bank Sweep deposits are held at one or more FDIC-insured banks that are affiliated with Charles Schwab & Co., Inc. ("Affiliated" "Banks"). Funds deposited at Affiliated Banks are insured, in aggregate, up to $250,000 per Affiliated Bank, per depositor, for each account ownership category, by the Federal Deposit Insurance Corporation (FDIC). Securities products and services (including unswept or intra-day cash, net credit or debit balances, and money market funds) offered by Charles Schwab & Co., Inc. (Member SIPC ↗ ) are not deposits or obligations of the Affiliated Banks, are subject to investment risk, are not FDIC insured, may lose value, and are not Affiliated Bank-guaranteed. Charles Schwab & Co., Inc. and the Affiliated Banks are separate entities and are all affiliates of The Charles Schwab Corporation.

© 2020 Charles Schwab & Co., Inc. All rights reserved. Member SIPC ↗ . Unauthorized access is prohibited. Usage will be monitored.

EXHIBIT 19

Print

Accounts > Transfers & Payments

< Back to Overview

| Online Transfer | External Accounts | Send Wire | Pay Bills | **Request Check** | Transfer Account | Routing Numbers |

| 1. Setup | 2. Review | 3. Confirmation |

Your check request was submitted.

# Summary of your ordered check

Print this page for your records.

| | |
|---|---|
| **From Account** | SAM 4110-6606 |
| **Payable to** | HOWARD F SKLAR TRUSTEE FOR SAM TRUST |
| **Sent to** | 401 EDWARDS STREET STE 1601<br>SHREVEPORT LA 71101-5507<br>US |
| **Check Amount** | $50,000.00 |
| **Frequency** | One-Time |
| **Issue Date** | 10/23/2020 |
| **Delivery Method** | Standard Delivery - U.S. Mail<br>(Checks typically arrive in 6-9 business days.) |
| **Delivery Fee** | $0.00 |

**What would you like to do next?**

• Review this order in your recent transfer status

• Request another check

NEW    We'd love your feedback about requesting a check. Give feedback.

EXHIBIT 19

(0008-7438)

Account: 4110-6606          Today's Date: 06:32 PM ET, 10/23/2020          *Own your tomorrow*

Check the background of Charles Schwab or one of its investment professionals on FINRA'S BrokerCheck.

| |
|---|
| **Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value** |

Charles Schwab & Co., Inc., and Charles Schwab Bank, SSB are separate but affiliated companies and subsidiaries of The Charles Schwab Corporation. Brokerage products are offered by Charles Schwab & Co., Inc. (Member SIPC ⬚) ("Schwab"). Schwab Intelligent Portfolios® and Schwab Intelligent Portfolios Premium™ are made available through Charles Schwab & Co., Inc. ("Schwab"), a dually registered investment advisor and broker dealer. Portfolio management services are provided by Charles Schwab Investment Advisory, Inc. ("CSIA"). Schwab and CSIA are subsidiaries of The Charles Schwab Corporation. Deposit and lending products and services are offered by Charles Schwab Bank, SSB, Member FDIC and an Equal Housing Lender ("Schwab Bank").

Bank Sweep deposits are held at one or more FDIC-insured banks that are affiliated with Charles Schwab & Co., Inc. ("Affiliated" "Banks"). Funds deposited at Affiliated Banks are insured, in aggregate, up to $250,000 per Affiliated Bank, per depositor, for each account ownership category, by the Federal Deposit Insurance Corporation (FDIC). Securities products and services (including unswept or intra-day cash, net credit or debit balances, and money market funds) offered by Charles Schwab & Co., Inc. (Member SIPC ⬚) are not deposits or obligations of the Affiliated Banks, are subject to investment risk, are not FDIC insured, may lose value, and are not Affiliated Bank-guaranteed. Charles Schwab & Co., Inc. and the Affiliated Banks are separate entities and are all affiliates of The Charles Schwab Corporation.

© 2020 Charles Schwab & Co., Inc. All rights reserved. Member SIPC ⬚. Unauthorized access is prohibited. Usage will be monitored.

EXHIBIT 19

Print

Accounts > Transfers & Payments

< Back to Overview

| Online Transfer | External Accounts | Send Wire | Pay Bills | **Request Check** | Transfer Account | Routing Numbers |

| 1. Setup | 2. Review | 3. Confirmation |

Your check request was submitted.

# Summary of your ordered check

Print this page for your records.

| | |
|---|---|
| **From Account** | ALA 1060-8796 |
| **Payable to** | HOWARD F SKLAR TRUSTEE, JANE B SKLAR TRUSTEE FOR ALAN TRUST |
| **Sent to** | 401 EDWARDS ST STE 1601<br>SHREVEPORT LA 71101-5511<br>US |
| **Check Amount** | $50,000.00 |
| **Frequency** | One-Time |
| **Issue Date** | 10/23/2020 |
| **Delivery Method** | Standard Delivery - U.S. Mail<br>(Checks typically arrive in 6-9 business days.) |
| **Delivery Fee** | $0.00 |

**What would you like to do next?**

- Review this order in your recent transfer status
- Request another check

NEW    We'd love your feedback about requesting a check. Give feedback.

EXHIBIT 19

(0008-7438)

Account: 1060-8796          Today's Date: 06:27 PM ET, 10/23/2020          *Own your tomorrow*®

Check the background of Charles Schwab or one of its investment professionals on FINRA'S BrokerCheck.

---

**Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value**

---

Charles Schwab & Co., Inc., and Charles Schwab Bank, SSB are separate but affiliated companies and subsidiaries of The Charles Schwab Corporation. Brokerage products are offered by Charles Schwab & Co., Inc. (Member SIPC ↗ ) ("Schwab"). Schwab Intelligent Portfolios® and Schwab Intelligent Portfolios Premium™ are made available through Charles Schwab & Co., Inc. ("Schwab"), a dually registered investment advisor and broker dealer. Portfolio management services are provided by Charles Schwab Investment Advisory, Inc. ("CSIA"). Schwab and CSIA are subsidiaries of The Charles Schwab Corporation. Deposit and lending products and services are offered by Charles Schwab Bank, SSB, Member FDIC and an Equal Housing Lender ("Schwab Bank").

Bank Sweep deposits are held at one or more FDIC-insured banks that are affiliated with Charles Schwab & Co., Inc. ("Affiliated" "Banks"). Funds deposited at Affiliated Banks are insured, in aggregate, up to $250,000 per Affiliated Bank, per depositor, for each account ownership category, by the Federal Deposit Insurance Corporation (FDIC). Securities products and services (including unswept or intra-day cash, net credit or debit balances, and money market funds) offered by Charles Schwab & Co., Inc. (Member SIPC ↗ ) are not deposits or obligations of the Affiliated Banks, are subject to investment risk, are not FDIC insured, may lose value, and are not Affiliated Bank-guaranteed. Charles Schwab & Co., Inc. and the Affiliated Banks are separate entities and are all affiliates of The Charles Schwab Corporation.

© 2020 Charles Schwab & Co., Inc. All rights reserved. Member SIPC ↗ . Unauthorized access is prohibited. Usage will be monitored.

EXHIBIT 19

## Beiner, Grant

| | |
|---|---|
| **From:** | Beiner, Grant |
| **Sent:** | Monday, November 23, 2020 3:44 PM |
| **To:** | Parker, Ross |
| **Cc:** | Beiner, Grant |
| **Subject:** | FW: Howard |

---

**From:** Tristan Farel
**Sent:** Thursday, June 20, 2019 11:31 AM
**To:** Bobbie Gore <BGore@sklarexploration.com>
**Cc:** Geoff Nenninger <GNenninger@sklarexploration.com>
**Subject:** Howard

Bobbie,

Can you wire $130k to Howard personal out of SKC, please? Code it to account 0660.

Thank you,

Tristan R. Farel
Sklar Exploration Company LLC
5395 Pearl Parkway, Suite 200
Boulder, CO 80301
318.212.0912 (office)
303.579.1129 (mobile)
tfarel@sklarexploration.com



EXHIBIT 22

## Beiner, Grant

---

**From:**          Beiner, Grant
**Sent:**          Monday, November 23, 2020 3:43 PM
**To:**            Parker, Ross
**Cc:**            Beiner, Grant
**Subject:**       FW: Wires

---

**From:** Anita Belousov <ABelousov@sklarexploration.com>
**Sent:** Wednesday, July 24, 2019 5:00 PM
**To:** Tristan Farel <TFarel@sklarexploration.com>
**Subject:** FW: Wires

I am a little confused on how to record the 2 wires for HFS...
The 130K is his Salary, but we record the salary on Howard Books, but this was a transfer to HFS personal account.
So how do I go about that?
I can record the 130K on SKC books as salary, but then if we ever need to go back and audit Howards Salary we will have to remember that one of the entries is sitting on SKC books.

And how should I record the reimbursement for the Jet on SKC books? To 0345 (intercompany)? Except we do not have intercompany subaccount for Howard personal just Howard Trust.

I am probably overanalyzing this... we can look at it tomorrow!

---

**From:** Marie Gardner <mgardner@sklarexploration.com>
**Sent:** Wednesday, July 24, 2019 2:43 PM
**To:** Anita Belousov <ABelousov@sklarexploration.com>
**Subject:** FW: Wires

---

**From:** Tristan Farel <TFarel@sklarexploration.com>
**Sent:** Wednesday, July 24, 2019 10:45 AM
**To:** Marie Gardner <mgardner@sklarexploration.com>
**Cc:** Geoff Nenninger <GNenninger@sklarexploration.com>
**Subject:** Wires

Marie,

Disregard my earlier email.

I set up two wires for Howard; (1) is a reimbursement and (2) is his monthly pay.

Can you please approve them.

Thank you,

Tristan R. Farel
Sklar Exploration Company LLC
5395 Pearl Parkway, Suite 200
Boulder, CO 80301
318.212.0912 (office)
303.579.1129 (mobile)
tfarel@sklarexploration.com



EXHIBIT 23