**Exhibit 2**
**Notice Parties for Mt. Carmel Participation & Operating Agreement**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Sklar Exploration Company, LLC **(Operator)** | c/o James Katchadurian, CRO | 5395 Pearl Pkwy., #200 | Boulder | CO | 80301 |
| Benjamen Baxter Brye | 531 Fort Sumpter Drive | | Modesto | CA | 95354 |
| Bevon Brye | 1045 Mission St APT 489 | | San Francisco | CA | 94103 |
| Bundero Investment Company, L.L.C. | 401 Edwards St, Ste 820 | | Shreveport | LA | 71101 |
| Mary John Cook | 5807 Sheffield Drive | | Tyler | TX | 75703 |
| Fant Energy Limited | P.O. Box 55205 | | Houston | TX | 77255 |
| FPCC USA, Inc. | 245 Commerce Green Blvd, Ste 250 | | Sugar Land | TX | 77478 |
| Gates Acquisition Synd. LLC | 551 Slattery Blvd. | | Shreveport | LA | 71104 |
| Genesis Resources, LLC | 4450 Old Canton Road, Ste 207 | | Jackson | MS | 39211 |
| JF Howell Interests, LP | 416 Travis Street, Suite 700 | | Shreveport | LA | 71101 |
| J & D Energy, LLC | 5395 Pearl Pkwy Ste 200 | | Boulder | CO | 80301 |
| JJS Working Interests LLC | 4295 San Felipe, Ste 207 | | Houston | TX | 77027 |
| Kingston, LLC | 2790 South Thompson Street Suite | | Springdale | AR | 72764 |

| | 102 | | | | |
|---|---|---|---|---|---|
| Kudzu Oil Properties, LLC | 300 Concourse Blvd., Suite 101 | | Ridgeland | MS | 39157 |
| Landmark Exploration, LLC | P O Box 12004 | | Jackson | MS | 39236-2004 |
| Landmark Oil and Gas, LLC | P.O. Box 12004 | | Jackson | MS | 39236 |
| Lechwe LLC | P.O. Box 270415 | | Houston | TX | 77277 |
| Lucas Petroleum Group, Inc. | 327 Congress Avenue | Suite 500 | Austin | TX | 78701-3656 |
| Marksco, L.L.C. | 333 Texas Street Suite 1050 | | Shreveport | LA | 71101 |
| McCombs Energy Ltd., LLC | 750 E. Mulberry Ave. Ste 403 | | San Antonio | TX | 78212 |
| McCombs Exploration, LLC | 750 East Mulberry Suite 403 | | San Antonio | TX | 78212 |
| Tara Conrad Ogletree | PO Box 1177 | | Panhandle | TX | 79068 |
| Roosevelt Phillips, Jr. | 625 Yellowbird Lane | | Hueytown | AL | 35023 |
| Roosevelt Phillips, III | 1213 16th Street | | Pleasant Grove | AL | 35127 |
| Roxanne Phillips | 625 Yellowbird Lane | | Hueytown | AL | 35023 |
| Rodney Phillips | 625 Yellowbird Lane | | Hueytown | AL | 35023 |
| Santo Petroleum LLC | PO Box 1020 | | Artesia | NM | 88211 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Rachael Conrad Sharber | 9307 Gaston | | Amarillo | TX | 79119 |
| Shore Energy, L.P. | 26 Crestwood Drive | | Houston | TX | 77007 |
| Stone Development, LLC | 707 - 17th Street, Suite 3250 | | Denver | CO | 80202 |
| Sugar Oil Properties, L.P. | 625 Market Street, Suite 100 | | Shreveport | LA | 71101 |
| Sara Lou Summerlin | Rt. 2, Box 110-B | | Brantley | AL | 36009 |
| Tauber Exploration & Production Co | 55 Waugh Drive, Ste 600 | | Houston | TX | 77007 |
| TCP Cottonwood, L.P. | 333 Texas Street, Suite 2020 | | Shreveport | LA | 71101 |
| TE-RAY Resources Inc | 13208 N MacArthur Blvd | | Oklahoma City | OK | 73142 |
| Tract - 13 Dobson Road | 1215 Prytania St, Ste 403 | | New Orleans | LA | 70130-4357 |
| Venator, LLC | 427 South Boston Ave., Suite 706 | | Tulsa | OK | 74103-4112 |
| Demetrius Walker | 10057 Malmsbury Road | | Orlando | FL | 32829-7249 |
| K.C. Whittemore | 10 Mason Pond Place | | Spring | TX | 77381 |