**Exhibit 2**
**Notice Parties for Gibsland Joint Operating Agreement**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Brammer Engineering, Inc. **(Operator; Corporate Headquarters)** | c/o Keith Evans, President | 401 Edwards St., STE 1510 | Shreveport | LA | 71101 |
| Ansaben Trust | 321 Paseo Encinal St | | San Antonio | TX | 78212 |
| Comstock Oil & Gas-LA., LLC | P.O. Box 563 | | Shreveport | LA | 71162-0563 |
| Lawrence M. Cushman Trust | 591 Camino de la Reina, Suite 900 | | San Diego | CA | 92108 |
| Daboil Resources, LC | 505 Geneva Avenue | | Boulder | CO | 80302 |
| J. Michael Garner & | 100 Morris Street | | Newellton | LA | 71357-0642 |
| Garner & Takach, LLC | 13700 South Meridian Ave. | | Oklahoma City | OK | 73173-8800 |
| Gates Acquisition Synd. LLC | 551 Slattery Blvd. | | Shreveport | LA | 71104 |
| Robert U. Goodman | 416 Travis Street, Suite 1105 | | Shreveport | LA | 71101 |
| JJS Working Interests LLC | 4295 San Felipe, Ste 207 | | Houston | TX | 77027 |
| JSS Interests LLC | Attn: Mr. Wayne J. Henderson | 8550 United Plaza Blvd, Suite 1001 | Baton Rouge | LA | 70809 |
| K Enterprises | 4020 Grizzly | | Casper | WY | 82604 |
| Kingston Oil & Gas, Inc. | 700 North Pearl St. Ste. 1100 | | Dallas | TX | 75201-2814 |

| Name | Address | Suite | City | State | Zip |
|---|---|---|---|---|---|
| William M. Lonabaugh | 1400 Bayou Shore Drive Apt. 305 | | Galveston | TX | 77551 |
| David Malcolm | 700 Front Street, Suite 801 | | San Diego | CA | 92101 |
| Mercury Oil Company, LLC | 9400 North Central Expressway | Suite 309 | Dallas, TX 75231-5 | | |
| Moneta II Inc. | 3465 Via Mandril | | Bonita | CA | 91902-1239 |
| Raboil Resources, LLC | 627 Oneonta Street | | Shreveport | LA | 71106 |
| John Takach | 13311 Olive Trace | | Houston | TX | 77077-2253 |
| TDX Energy, LLC | 401 Edwards Street, Suite1900 | | Shreveport | LA | 71101 |
| Tensas Delta Exploration Co. | 401 Edwards St | Ste 1900 | Shreveport | LA | 71101 |
| Thomas Family Land, L.L.C. | P.O. Box 1410 | | Ruston | LA | 71273-1410 |
| Thomas Family Minerals, L.L.C. | P.O. Box 1410 | | Ruston | LA | 71273-1410 |
| R.P. Thomas, Sr | 763 Main Street | | Gibsland | LA | 71028 |