**Exhibit 2**
**Notice Parties for Red River Participation & Operating Agreement**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Sklar Exploration Company, LLC **(Operator)** | c/o James Katchadurian, CRO | 5395 Pearl Pkwy., #200 | Boulder | CO | 80301 |
| B&K Exploration Investments, LLC | 10323 Ellerbe Road | | Shreveport | LA | 71106 |
| Fleet Howell | 416 Travis St. | Suite 715 | Shreveport | LA | 71101 |
| JF Howell Interests, LP | 416 Travis Street, Suite 700 | | Shreveport | LA | 71101 |
| JJS Working Interests LLC | 4295 San Felipe, Ste 207 | | Houston | TX | 77027 |
| JSS Interests LLC | Attn: Mr. Wayne J. Henderson | 8550 United Plaza Blvd, Suite 1001 | Baton Rouge | LA | 70809 |
| Kudzu Oil Properties, LLC | 300 Concourse Blvd., Suite 101 | | Ridgeland | MS | 39157 |
| Marksco, L.L.C. | 333 Texas Street Suite 1050 | | Shreveport | LA | 71101 |
| McCombs Energy Ltd., LLC | 472 York Road | | Natchez | MS | 39120 |
| Rivers Number I, L.L.C. | 129 Woodland Circle | | Jackson | MS | 39216 |
| Simba Investors, LLC | P O Box 270415 | | Houston | TX | 77277-0415 |
| TDX Energy, LLC | 401 Edwards Street, Suite1900 | | Shreveport | LA | 71101 |

| Teekell Oil & Gas, Inc. | 8520 Business Park Dr | | Shreveport | LA | 71105 |
|---|---|---|---|---|---|
| Tensas Delta Exploration Co. | 401 Edwards St | Ste 1900 | Shreveport | LA | 71101 |
| WEMO, Inc. | P.O. Box 5326 | | Shreveport | LA | 71135-5326 |
| William Rudd Limited Partnership | P.O. Box 1797 | | Waskom | TX | 75692 |
| Yelbom Oil, Inc. | 5500 SW Moody Street | | Victoria | TX | 77905 |