UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

### NOTICE OF MOTION TO ASSUME RED RIVER
### PARTICIPATION & OPERATING AGREEMENT AND SUBLEASE
### (Sklarco, LLC)

**OBJECTION DEADLINE: MARCH 12, 2021**

**YOU ARE HEREBY NOTIFIED** that Sklarco, LLC has filed a Motion to Assume the Red River Participation & Operating Agreement and Sublease and requests the following relief: authorization for Sklarco, LLC as a working interest holder to assume its Participation Agreement covering the Red River Prospect (Caddo & Bossier Parishes, LA) dated effective as of April 1, 2006, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (AAPL Form 610-1982) dated April 1, 2006, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators. This assumption includes a Partial Sublease with Petrohawk Properties, LP, dated effective February 1, 2008, concerning various oil, gas and mineral leases included within the Red River Prospect, and a Letter Agreement with Petrohawk Properties, LP, dated December 3, 2010, concerning the assignment of various leases included in said Prospect ("Red River Participation & Operating Agreement").

Sklarco, LLC is current on all obligations under the Red River Participation & Operating Agreement and therefore there is no cure requirement. It is in the best interest of Sklarco, LLC, its creditors, and its estate for the contract to be assumed. A copy of the pleading is included herewith. Exhibit 1 is available for inspection in the Bankruptcy Court Clerk's Office, 721-19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: February 26, 2021.                    Respectfully submitted,

By: */s/ Keri L. Riley*
    Keri L. Riley, #47605
    **KUTNER BRINEN, P.C.**
    1660 Lincoln St. Suite 1850
    Denver, CO 80264
    Telephone: (303) 832-2400
    E-Mail: klr@kutnerlaw.com