**Exhibit 2**
**Notice Parties for West Arcadia Exploration Agreement**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Sklar Exploration Company, LLC **(Operator)** | c/o James Katchadurian, CRO | 5395 Pearl Pkwy., #200 | Boulder | CO | 80301 |
| B&L LaCour Energy LLC | 102 Timberlake Court | | Borger | TX | 79007 |
| Patricia Ann Reynolds Boyle | 2050 Keller Springs Road #314 | | Carrollton | TX | 75006 |
| Mary Olivia Cornwell | 13677 Dodge Valley Road | | Mount Vernon | WA | 98273 |
| Bobbie Feazell Craft | 1104 Belle Manor Drive | | Savannah | TX | 76227 |
| Daboil Resources, LC | 505 Geneva Avenue | | Boulder | CO | 80302 |
| Robert W. Dance | 4765 Baywind Drive | | Pensacola | FL | 32514 |
| Eustes Energy Inc | 349 Dogwood South Lane | | Haughton | LA | 71037 |
| Ezelle Energy LLC | 601 Elmwood St | | Shreveport | LA | 71104 |
| Fant Energy Limited | P.O. Box 55205 | | Houston | TX | 77255 |
| Arvil Dale Feazell | 2521 Neal Metcalf Rd. | | Enterprise | AL | 36330 |
| Ralph G. Feazel | PO Box 355 | | Benton | LA | 71006 |
| Gary Gordon Gantt | 1887 Jonesboro Highway | | Arcadia | LA | 71001 |

| Name | Address | Suite | City | State | Zip |
|---|---|---|---|---|---|
| James Dion Gantt | 5921 W. Orlando Circle | | Broken Arrow | OK | 74011 |
| Gates Acquisition Synd. LLC | 551 Slattery Blvd. | | Shreveport | LA | 71104 |
| JJS Interests West Arcadia LLC | 2001 Kirby Dr | Suite 1110 | Houston | TX | 77019 |
| Marilyn M. Jones | 1120 McKinley Ave. | | Auburn | AL | 37830 |
| J.P. Jones Family, LLC | 4004 NE 138th Street | | Edmond | OK | 73013-7284 |
| KCS Resources, LLC | P.O. Box 4346 - Dept 151 | | Houston | TX | 77210-4346 |
| Bettye LaCour | 102 Timberlake Court | | Borger | TX | 79907 |
| McCombs Energy Ltd., LLC | 472 York Road | | Natchez | MS | 39120 |
| Miles McDowell | P. O. Box 957 | | Brewton | AL | 36427 |
| Memorial Resource Development Corp | 500 Dallas Street | Suite 1800 | Houston | TX | 77002 |
| Gloria Gale Minker | 451 Wilson Creek Blvd. | | McKinney | TX | 75069 |
| Carl E. Nelson | 1259 Cook Road | | Athens | LA | 71003 |
| Carl Elmer Nelson | 1259 Cook Road | | Athens | LA | 71003 |
| Margaret L. Norton Living Trust | 5336 South Clifton | | Springfield | MO | 65810 |
| Norton Oil Company | P. O. Box 65090 | | Shreveport | LA | 71136 |

| Barbara Irene Pardue | 1819 South Gaines Street | | Little Rock | AR | 72206 |
|---|---|---|---|---|---|
| Russell Reed Pardue | 1809 Hillcrest #401 | | Rockport | TX | 78282 |
| Willard Wendell Pardue, Jr. | 4406 Southern Blvd. | | Kettering | OH | 45429 |
| Petrohood Energy, L.L.C. | 416 Travis Street Ste 1500 | | Shreveport | LA | 71101-3176 |
| Linda Dance Powers | 2410 North Waverly Drive | | Bossier City | LA | 71111 |
| Range Louisiana Operating, LLC | 100 Throckmorton St, Suite 1200 | | Fort Worth | TX | 76102 |
| Estate of Naftel Inogene Swygart | 509 Glenwood | | Bossier City | LA | 71111 |
| TDX Energy, LLC | 401 Edwards Street, Suite1900 | | Shreveport | LA | 71101 |
| Tensas Delta Exploration Co. | 401 Edwards St | Ste 1900 | Shreveport | LA | 71101 |
| Texar Exploration, LLC | P.O. Box 2108 | | Alice | TX | 78333-2108 |
| WAC Exploration Company, L.L.C. | 333 Texas Street, Suite 2121 | | Shreveport | LA | 71111 |
| WildHorse Resources, LLC | P.O. Box 79588 | | Houston | TX | 77279 |
| Mary Jeanette Reynolds Wimberly | 422 Wellington Court | | Shreveport | LA | 71115 |