UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

### NOTICE OF MOTION TO ASSUME WEST ARCADIA EXPLORATION AGREEMENT
(Sklarco, LLC)

### OBJECTION DEADLINE: MARCH 12, 2021

**YOU ARE HEREBY NOTIFIED** that Sklarco, LLC has filed a Motion to Assume the West Arcadia Exploration Agreement and requests the following relief: authorization for Sklarco, LLC as a working interest holder to assume its Exploration Agreement dated effective February 1, 2007 covering lands located in Township 18 North, Range 7 West, Bienville Parish, Louisiana less and except Sections 21, 22, 27 and 30 of said Township, and in Sections 15, 16, 21, 22, 27, 28, 32, 33, 34 and 35, Township 19 North, Range 6 West, Claiborne Parish, Louisiana, which lands are located in or near the West Acadia Field, by and between Sklar Exploration Company L.L.C., Sklarco L.L.C., McCombs Energy, Ltd., and Tensas Delta Exploration Company LLC with Sklar Exploration Company, LLC as operator ("West Arcadia Exploration Agreement").

Sklarco, LLC is current on all obligations under the West Arcadia Exploration Agreement and therefore there is no cure requirement. It is in the best interest of Sklarco, LLC, its creditors, and its estate for the contract to be assumed. A copy of the pleading is included herewith. Exhibit 1 is available for inspection in the Bankruptcy Court Clerk's Office, 721 -19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: February 26, 2021.    Respectfully submitted,

By: */s/ Keri L. Riley*
Keri L. Riley, #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln St. Suite 1850
Denver, CO  80264
Telephone:  (303) 832-2400
E-Mail: klr@kutnerlaw.com