# 120 Day Cash Analysis Summary

## October 13, 2020





**PARTNERS** FOR THE ROAD AHEAD

CONFIDENTIAL

# Disclaimer

Attorney Client Privilege
Not for Distribution

*Confidential*

This summary report has been prepared solely for informational purposes from data supplied by the Company and others and is being furnished by CR3 Partners LLC ("CR3") in compliance with the order of the bankruptcy court to the extent that there is any conflict between this summary and the complete report, the complete report shall control.

CR3 has attempted to provide information from sources believed to be reliable including the company's books and records; however, CR3 has not independently verified all the information and data contained herein. CR3 makes no representation or warranty as to the accuracy or completeness of such information and shall not have any liability for any representations (express or implied) contained herein, or from any omissions from, this report, or any other written or oral communications transmitted to the recipient by CR3 in the course of the recipient's evaluation.

The information contained herein has been prepared to assist creditors in making their own evaluation of financial issues and does not purport to be all-inclusive or to contain all of the information that an interested party may need or desire for such evaluation. Each recipient of the information should perform its own independent analysis and evaluation. The information contained herein is not a substitute for such independent analysis and evaluation.

This summary and the complete report is not an audit of Sklar Exploration, rather it is a report that organizes the receipts and disbursements during the period from 9/1/2019 to 4/1/2020.  The data and analysis in this report are subject to continuous review and amendment and will be supplemented as appropriate.



1

**CONFIDENTIAL**



# Table of Contents

| | |
|---|---|
| Report Scope | 3 |
| Methodology | 4 |
| Summary Analysis | 5 |
| Complete Report Index | 6 |
| Appendix – Summary Report | 7 |

2

**CONFIDENTIAL**



# Report Scope

- Within the CRO retention order (Docket #429, paragraph 5), CR3 Partners was asked to prepare an analysis relative to Sklar Exploration (SEC's) disposition for funds for the six months prior to the petition date and covers the following areas:

  - .. report detailing on a well by well basis, SEC's receipt and disposition of funds received from Working Interest Owners
  - a sample examination of invoices and proof of payment for expenditures on each well over the same period
  - and a review of the disposition of funds that should have been paid to Working Interest Owners fir the six-month period prior to the filing of the Debtors' bankruptcy petitions.

This full analysis will be made available to all constituents upon request.

Note -   The dataset itself is voluminous and as such this summary is being prepared to discuss the relevant gross disbursements and related analysis.



3

**CONFIDENTIAL**



# Methodology

- In order to accomplish the task at hand, CR3 worked with the finance team at Sklar as well as outside consultants to pull raw data from the company's WolfePack accounting system and the books and records of the company

- Over 54 thousand lines for raw data were retrieved in relation to just the base payments file

- Over 120 thousand lines of additional data tables were retrieved from the accounting system to enable CR3 to correlate each payment by field, well and Working Interest Owner

- Cash is fungible.  Given that fact, CR3 took the approach that we needed to trace all inflows and outflows during the relevant reference period and use that dataset as the basis of presentation.  CR3 then split out disbursements into their component parts by field, well and WI Owner as shown in the complete report



**CONFIDENTIAL**

4

# Summary Analysis

- Cash Receipt and Disbursement Summary Statistics –

  - Gross Oil and Gas Receipts during the period were -        $43.6 million

  - Gross Oil and Gas Disbursements during the period were -   $35.4 million
  - Field Level Disbursements (LOE) were -                     $6.7 million
  - Corporate expenses during the period were -                $4.2 million
  - Capital Expenditures were -                                $15.9 million
  - Distributions to Sklarco -                                 $1.9 million

- Summary report follows in Appendix A

Note: revenue distributions to Sklarco are not included in Oil and Gas Disbursements



5

**CONFIDENTIAL**



# Complete Report – Index

The Complete Report consists of four tabs of data \ analysis:

SklarEx-Cash – this is a summary of the cash inflows and outflows during the period broken down by major account title

SklarEx-Disbursements - this tab breaks down the disbursements by the 191 properties by major account type

SklarEx-JIB_Cash_Calls – this tab shows all cash calls received, applied, and their balances by property and working interest owner

SklarEx-Rev_Suspense – this tab represents revenue suspense by working interest owner and well

**Note** – CR3 would be happy to schedule a call to discuss in detail.  These are large data files and we did our best to represent a complex operation in a simplified manner.



CONFIDENTIAL

# Appendix

**Sklar Exploration Company, LLC**
**Cash Analysis**

| | 09-01-19 thru 04-01-20 | 09/01/19 09/30/19 | 10/01/19 10/31/19 | 11/01/19 11/30/19 | 12/01/19 12/31/19 | 01/01/20 01/31/20 | 02/01/20 02/29/20 | 03/01/20 03/31/20 | 04/01/20 04/01/20 |
|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash** | $1,615,069 | $1,615,069 | $1,586,600 | $1,027,721 | $778,723 | ($58,307) | $459,880 | $523,209 | $1,578,081 |
| **Receipts** | | | | | | | | | |
| Oil & Gas Revenue | $43,597,719 | $6,387,043 | $6,372,198 | $6,550,659 | $6,166,768 | $6,679,822 | $6,238,550 | $5,202,678 | – |
| **Disbursements** | | | | | | | | | |
| Oil & Gas Revenue | ($35,433,134) | ($6,374,612) | ($5,055,185) | ($5,120,002) | ($5,011,788) | ($5,286,865) | ($5,485,089) | ($3,752,523) | $652,930 |
| **Net Revenue** | $8,164,585 | $12,431 | $1,317,013 | $1,430,657 | $1,154,981 | $1,392,956 | $753,461 | $1,450,155 | $652,930 |
| **Disbursements** | | | | | | | | | |
| Administrative Assets | ($8,723) | – | – | – | – | – | ($8,723) | – | – |
| Holding Account - Admin | ($13,500) | ($156) | ($559) | – | – | ($163) | – | ($12,623) | – |
| Lease Operating Expense | ($4,561,696) | ($678,725) | ($727,357) | ($559,752) | ($905,795) | ($683,008) | ($710,778) | ($296,282) | – |
| Notes Payable - Ford | ($251,895) | ($40,226) | ($41,384) | ($40,173) | ($41,826) | ($40,694) | ($42,852) | ($4,739) | – |
| Other Investment Income | ($382) | – | ($382) | – | – | – | – | – | – |
| Leasehold Costs | ($938,959) | ($155,169) | ($157,015) | ($92,672) | ($292,304) | ($89,654) | ($137,491) | ($14,654) | – |
| No GL Account, Flag | $10,772 | $937 | $1,160 | ($600) | ($1,409) | ($10,927) | ($62,559) | ($312,328) | $396,499 |
| Insurance, Incl. Prepaid | ($387,216) | ($92,209) | ($122,398) | ($49,803) | ($38,280) | ($30,514) | – | ($54,012) | – |
| Cash Transfer Accts | ($18) | – | – | – | – | ($18) | – | – | – |
| Other Assets | ($100,000) | – | – | – | – | – | – | ($100,000) | – |
| Prospect Inventory | ($8,673) | – | – | – | – | – | ($8,673) | – | – |
| Other Jib/Rev Items | ($417,436) | – | ($443,953) | – | $26,517 | – | – | – | – |
| **Gross Field OpEx Disbursements** | ($6,677,725) | ($965,548) | ($1,491,889) | ($742,999) | ($1,253,096) | ($854,977) | ($971,076) | ($794,639) | $396,499 |
| **JIB Receipts - Expenses** | $7,856,083 | $1,211,766 | $1,030,046 | $1,300,520 | $1,386,774 | $973,476 | $898,288 | $1,054,797 | $417 |
| **Net Field OpEx Disbursements** | $1,178,358 | $246,219 | ($461,843) | $557,521 | $133,678 | $118,498 | ($72,788) | $260,158 | $396,916 |
| **Net Operating Income** | $9,342,943 | $258,650 | $855,170 | $1,988,178 | $1,288,659 | $1,511,454 | $680,673 | $1,710,313 | $1,049,846 |
| **Corporate Expenses** | | | | | | | | | |
| Payroll & Benefits | ($2,804,910) | ($284,791) | ($331,819) | ($410,028) | ($582,749) | ($351,036) | ($409,146) | ($421,194) | ($14,147) |
| Retainers, Law Firms | ($253,377) | – | – | – | – | – | – | ($240,431) | ($12,946) |
| Aircraft Expenses | ($1,621) | ($241) | ($276) | ($276) | ($276) | – | ($552) | – | – |
| Corporate Credit Card | ($211,535) | ($25,575) | ($33,144) | ($37,791) | ($28,865) | ($24,276) | ($37,365) | ($24,520) | – |
| Rent & Other SG&A | ($880,750) | ($120,266) | ($109,614) | ($113,221) | ($160,446) | ($188,776) | ($135,803) | ($52,623) | – |
| Unknown - No Contra-Entry | ($5,000) | – | – | – | – | – | – | ($5,000) | – |
| HRA Reimbursement | $3,071 | $517 | $53 | $475 | $224 | $144 | $142 | $1,516 | – |
| **Subtotal** | ($4,154,122) | ($430,356) | ($474,799) | ($560,841) | ($772,111) | ($563,944) | ($582,724) | ($742,253) | ($27,093) |
| **Net Operating Cash Flow (EBITDAX)** | $5,188,821 | ($171,706) | $380,370 | $1,427,337 | $516,548 | $947,510 | $97,949 | $968,060 | $1,022,753 |
| Completion Tangible Costs | ($754,946) | ($90,765) | ($93,212) | ($24,747) | ($21,425) | ($368,861) | ($155,936) | – | – |
| Drilling Tangible Costs | ($929,783) | ($84,955) | ($186,718) | ($125,951) | ($473,221) | ($46,239) | ($12,700) | – | – |
| Intangible Completion Costs | ($4,210,051) | ($920,738) | ($427,891) | ($256,361) | ($684,868) | ($444,397) | ($1,227,516) | ($248,279) | – |
| Intangible Drilling Costs | ($8,154,586) | ($882,198) | ($1,409,340) | ($724,368) | ($1,983,742) | ($1,056,099) | ($1,618,691) | ($480,147) | – |
| Surface Equip Tangible | ($222,845) | – | ($219,923) | – | ($2,923) | – | – | – | – |
| Surface Production Equipment | ($1,644,522) | ($564,168) | ($199,967) | ($93,274) | ($279,260) | ($350,344) | ($194,117) | $36,609 | – |
| **Gross CapEx Disbursements** | ($15,916,734) | ($2,542,824) | ($2,537,051) | ($1,224,702) | ($3,445,439) | ($2,265,941) | ($3,208,961) | ($691,818) | – |
| **Cash Call Receipts** | $14,978,296 | $2,613,926 | $2,642,580 | $425,857 | $2,545,356 | $2,276,511 | $3,177,941 | $1,296,126 | – |
| **Net CapEx Disbursements** | ($938,438) | $71,102 | $105,529 | ($798,844) | ($900,083) | $10,571 | ($31,020) | $604,309 | – |
| **Net Disbursements, Debt Service, Account Transfers** | | | | | | | | | |
| Alan Trust | – | – | – | – | – | – | – | – | – |
| Sam Trust | – | – | – | – | – | – | – | – | – |
| Judy Trust | – | – | – | – | – | – | – | – | – |
| Howard Trust | – | – | – | – | – | – | – | – | – |
| Miriam Trust | – | – | – | – | – | – | – | – | – |
| Maren Trust | – | – | – | – | – | – | – | – | – |
| Maevlo | ($447,061) | ($17,866) | ($6,265) | ($212,930) | – | ($210,000) | – | – | – |
| EWB - Note Payable | ($938,298) | ($109,999) | ($103,813) | – | ($173,495) | ($104,894) | ($3,600) | ($442,497) | – |
| SklarCo - Operating | ($1,879,260) | $200,000 | ($934,700) | ($664,560) | ($280,000) | ($125,000) | – | ($75,000) | – |
| SklarEx - Benefits | ($69,000) | ($17,000) | – | ($8,000) | – | ($25,000) | – | ($19,000) | – |
| SklarEx - Payroll | ($1,996,700) | ($260,000) | ($262,000) | ($353,000) | ($158,500) | ($288,000) | ($327,700) | ($347,500) | – |
| SklarEx - Revenue | $7,656,100 | $700,000 | $902,000 | $2,072,100 | $2,000,000 | $514,000 | $668,000 | – | $800,000 |
| SklarEx - Operating | ($5,590,400) | ($423,000) | ($640,000) | ($1,711,100) | ($1,841,500) | ($201,000) | ($340,300) | $366,500 | ($800,000) |
| **Subtotal** | ($3,264,619) | $72,135 | ($1,044,778) | ($877,490) | ($453,495) | ($439,894) | ($3,600) | ($517,497) | – |
| **Change in Cash** | $985,765 | ($28,470) | ($558,879) | ($248,998) | ($837,030) | $518,187 | $63,329 | $1,054,872 | $1,022,753 |
| **Ending Cash** | $2,600,834 | $1,586,600 | $1,027,721 | $778,723 | ($58,307) | $459,880 | $523,209 | $1,578,081 | $2,600,834 |



| IRVINE | HOUSTON | DALLAS | CHICAGO | CHARLOTTE | BOSTON | NEW YORK |
|---|---|---|---|---|---|---|
| 300 Spectrum Center Dr. Suite 400 Irvine, CA 92618 | 4801 Woodway Dr. Suite 300 East Houston, TX 77056 | 13355 Noel Rd. Suite310 Dallas, TX 75240 | 30 S. Wacker Dr. 22nd Floor Chicago, IL 60606 | 615 S. College St. 9th Floor Charlotte, NC 28202 | One Marina Dr. Suite 1410 Boston, MA 02210 | 450 Lexington Ave. 4th Floor New York, NY 10017 |



**PARTNERS** FOR THE ROAD AHEAD