**Exhibit 2**
**Notice Parties for the West Tyler/Swan Participation & Operating Agreement**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Sklar Exploration Company, LLC **(Operator)** | c/o James Katchadurian, CRO | 5395 Pearl Pkwy., #200 | Boulder | CO | 80301 |
| Bundero Investment Company, L.L.C. | 401 Edwards St, Ste 820 | | Shreveport | LA | 71101 |
| Culver & Cain Production, LLC | PO Box 8085 | | Tyler | TX | 75711-8085 |
| Fair Oil, Ltd. | 2701 State Street | | Dallas | TX | 75204 |
| Fant Energy Limited | P.O. Box 55205 | | Houston | TX | 77255 |
| FPCC USA, Inc. | 245 Commerce Green Blvd, Ste 250 | | Sugar Land | TX | 77478 |
| Genesis Resources, LLC | 4450 Old Canton Road, Ste 207 | | Jackson | MS | 39211 |
| Bennett Greenspan | 5207 Braeburn Drive | | Bellaire | TX | 77401 |
| Fleet Howell | 416 Travis St. | Suite 715 | Shreveport | LA | 71101 |
| JF Howell Interests, LP | 416 Travis Street, Suite 700 | | Shreveport | LA | 71101 |
| JJS Working Interests LLC | 4295 San Felipe, Ste 207 | | Houston | TX | 77027 |
| Kingston, LLC | 2790 South Thompson Street Suite 102 | | Springdale | AR | 72764 |
| Kudzu Oil Properties, LLC | 300 Concourse Blvd., Suite | | Ridgeland | MS | 39157 |

|  | 101 |  |  |  |  |
|---|---|---|---|---|---|
| Lucas Petroleum Group, Inc. | 327 Congress Avenue | Suite 500 | Austin | TX | 78701-3656 |
| McCombs Energy Ltd., LLC | 472 York Road |  | Natchez | MS | 39120 |
| R.L. Ray, Ltd. | 325 Rabb Road |  | Haynesville | LA | 71038 |
| Santo Petroleum LLC | PO Box 1020 |  | Artesia | NM | 88211 |
| Sugar Oil Properties, L.P. | 625 Market Street, Suite 100 |  | Shreveport | LA | 71101 |
| Tiembo Ltd. | P.O. Box 270415 |  | Houston | TX | 77277-0415 |