**Exhibit 2**
**Notice Parties for Escambia Participation Agreement, Operating Agreement, and Recording Supplement**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Sklar Exploration Company, LLC **(Operator)** | c/o James Katchadurian, CRO | 5395 Pearl Pkwy., #200 | Boulder | CO | 80301 |
| Adams Oil & Gas LLC | P. O. Box 1225 | | Brewton | AL | 36427 |
| Aspen Energy Inc. | 161 St. Matthews Avenue, Suite 16 | | Louisville | KY | 40207 |
| Bantam Creek LLC | 4712 Lakeside Drive | | Colleyville | TX | 76034 |
| Barnes Creek Drilling LLC | PO Box 2153, Dept 1906 | | Birmingham | AL | 35287-1906 |
| Baxterville, LLC | 4323 Snowberry Lane | | Naples | FL | 34119 |
| Brandon Working Interest, LLC | PO Box 2766 | | Laurel | MS | 39442 |
| Bundero Investment Company, L.L.C. | 401 Edwards St, Ste 820 | | Shreveport | LA | 71101 |
| Steven E. Calhoun | 7965 Seawall Circle | | Huntington Beach | CA | 92648 |
| Carl Herrin Oil and Gas, L.L.C. | Attorney in Fact | 7700 Broadway #104-202 | San Antonio | TX | 78209 |
| CDM Max, LLC | 19500 State Highway 249, Suite 380 | | Houston | TX | 77070 |
| Central Exploration Co, Inc. | P.O. Box 203295 | | Houston | TX | 77216-3295 |

| Central Petroleum, Inc. | P. O. Box 2547 | | Madison | MS | 39130-2547 |
|---|---|---|---|---|---|
| CFBR Partners LLC | 91 Montford Avenue | | Mill Valley | CA | 94941 |
| J. Bruns Clement | P. O. Box 4168 | | Lake Charles | LA | 70606-4168 |
| Craft Exploration Company L.L.C. | 222 East Tyler Street | | Longview | TX | 75601 |
| Crow Partners, Ltd. | P. O. Box 540988 | | Houston | TX | 77254-0988 |
| Joel Davis | P.O. Box 540988 | | Houston | TX | 77254 |
| C. Bickham Dickson, III | P O Box 52479 | | Shreveport | LA | 71135 |
| Dickson Oil & Gas, LLC | P.O. Box 52479 | | Shreveport | LA | 71135 |
| DoublePine Investments, Ltd. | 4851 LBJ Freeway, Suite 210 | | Dallas | TX | 75244 |
| Ed L. Dunn | P O Box 94 | | Milton | FL | 32572 |
| Janet Faulkner Dunn | 8576 CR 120 | | Centerville | TX | 75833 |
| ELBA Exploration LLC | PO Box 807 | | Milton | FL | 32572 |
| Embayment Production, LLC | P.O. Box 187 | | Jackson | MS | 39205-0187 |
| Fant Energy Limited | P.O. Box 55205 | | Houston | TX | 77255 |
| Fletcher Exploration, LLC | 101 Lottie Lane #5 | | Fairhope | AL | 36532 |
| Rhodna F. Fouts | P.O. Box 660566 | | Birmingham | AL | 35266 |

| FPCC USA, Inc. | 245 Commerce Green Blvd, Ste 250 | | Sugar Land | TX | 77478 |
|---|---|---|---|---|---|
| Gateway Exploration, LLC | 3555 Timmons Lane, Suite 730 | | Houston | TX | 77027 |
| GCREW Properties, LLC | 12323 Rip Van Winkle | | Houston | TX | 77024 |
| Gotham Energy, LLC | P.O. Box 1865 | | Mobile | AL | 36633 |
| Harvest Gas Management, LLC | 10050 Bayou Glen Road | | Houston | TX | 77042 |
| Horace, LLC | 493 Canyon Point Circle | | Golden | CO | 80403 |
| Fleet Howell | 416 Travis St. | Suite 715 | Shreveport | LA | 71101 |
| JF Howell Interests, LP | 416 Travis Street, Suite 700 | | Shreveport | LA | 71101 |
| JDGP, LLC | 4323 Snowberry Lane | | Naples | FL | 34119 |
| Jeffreys Drilling, LLC | 349 Mockingbird Land | | Madison | MS | 39110 |
| JJS Interests Escambia, LLC | 2001 Kirby Dr | Suite 1110 | Houston | TX | 77019 |
| JJS Working Interests LLC | 4295 San Felipe, Ste 207 | | Houston | TX | 77027 |
| JSS Interests LLC | Attn: Mr. Wayne J. Henderson | 8550 United Plaza Blvd, Suite 1001 | Baton Rouge | LA | 70809 |
| Jura-Search, Inc. | P.O. Box 320426 | | Flowood | MS | 39232 |

| | | | | | |
|---|---|---|---|---|---|
| John Kubala | 1021 E Lighton Trail | | Fayetteville | AR | 72701 |
| Kidd Production, Ltd. | 102 North College, Suite 106 | | Tyler | TX | 75702 |
| Kitchco Exploration L.L.C. | 333 W. Loop North, Suite 41 | | Houston | TX | 77024 |
| Kudzu Oil Properties, LLC | 300 Concourse Blvd., Suite 101 | | Ridgeland | MS | 39157 |
| Kwazar Resources, LLC | P.O. Box 7417 | | Spanish Fort | AL | 36577 |
| Landmark Exploration, LLC | P O Box 12004 | | Jackson | MS | 39236-2004 |
| Marksco, L.L.C. | 333 Texas Street Suite 1050 | | Shreveport | LA | 71101 |
| Patrick J. McBride | 2152 Moonstone Circle | | El Dorado Hills | CA | 00095-7962 |
| McCombs Energy Ltd., LLC | 472 York Road | | Natchez | MS | 39120 |
| McCombs Exploration, LLC | 750 East Mulberry Suite 403 | | San Antonio | TX | 78212 |
| Michael Management, Inc. | P.O. Box 922 | | Fairhope | AL | 36533 |
| Midroc Operating Company | P.O. Box 678039 | | Dallas | TX | 75267-8039 |
| Jeffrey D. Miller | 4984 FM 977 E. | | Leona | TX | 75850 |
| John C. Nix, Jr. | PO Box 807 | | Milton | FL | 32572-0807 |
| North American Reserves Corp., Nominee | 26113 Oak Ridge Drive | | The Woodlands | TX | 77380 |

| Panacea Energy, LLC | P. O. Box 2547 | | Madison | MS | 39130-2547 |
|---|---|---|---|---|---|
| Parous Energy, L.L.C. | 2408 Timberlock A-5 | | The Woodlands | TX | 77380 |
| Pickens Financial Group, LLC | 10100 N. Central Expressway | Ste 200 | Dallas | TX | 75231-4159 |
| Plains Gas Solutions, LLC | 333 Clay Street, Suite 1600 | | Houston | TX | 77002 |
| Porter Estate Company Oakley Ranch, Inc. | 100 Bush Street #550 | | San Francisco | CA | 94104 |
| Billy R. Powell | 136 Swan Sea Lane | | Madison | MS | 39110 |
| Pruet Production Co. | PO Box 11407 | | Birmingham | AL | 35246-1129 |
| Rawls Resources, Inc. | PO Box 2238 | | Ridgeland | MS | 39158-2238 |
| Resource Ventures, LLC | 7112 W Jefferson Ave | Suite 106 | Lakewood | CO | 80235 |
| Rivers Number I, L.L.C. | 129 Woodland Circle | | Jackson | MS | 39216 |
| William R. & Gloria R. Rollo Rev Trust | P O Box 894 | | Milton | FL | 32572 |
| Regions Bank, Agent and AIF | NRRE Ops Group | PO Box 11566 | Birmingham | AL | 35202 |
| Royalty Exploration, LLC | 7112 W. Jefferson Ave | Suite 106 | Lakewood | CO | 80235 |
| Rudman Family Trust | 5910 North Central Expressway | Ste 1662 | Dallas | TX | 75206 |
| The Rudman Partnership | 1700 Pacific Ave. | Suite 4700 | Dallas | TX | 75201 |
| Tara Rudman Revocable Trust | 5910 North Central Expressway, | | Dallas | TX | 75206 |

| | Ste 1662 | | | | |
|---|---|---|---|---|---|
| Saglio LLC | 124 One Madison Plaza | Suite 1500 | Madison | MS | 39110 |
| William S. Schreier | 62 McGregor Drive | | Southampton | NY | 11968 |
| Simco Energy, LLC | 2001 Kirby Dr | Ste 1110 | Houston | TX | 77019 |
| Spanish Fort Royalty, LLC | P. O. Box 7429 | | Spanish Fort | AL | 36577 |
| Strago Petroleum Corporation | 3209 Hamm Road | | Pearland | TX | 77581-5503 |
| Super Rabbit, L.L.C. | P.O. Box 200760 | | Dallas | TX | 75320-0760 |
| Tauber Exploration & Production Co | 55 Waugh Drive, Ste 600 | | Houston | TX | 77007 |
| Tensas Production Company, LLC | PO Box 78 | | St. Joseph | LA | 71366 |
| Tiembo Ltd. | P.O. Box 270415 | | Houston | TX | 77277-0415 |
| Tisdale Natural Resources, LLC | PO Box 281 | | Andalusia | AL | 36420 |
| Trek Exploration, L.L.C. | 3839 McKinney Ave, Suite 155-269 | | Dallas | TX | 75204 |
| Trimble Energy, LLC | 11816 Inwood Road #11 | 5855 Milton Street Apt. 405 | Dallas | TX | 75244 |
| Vickery Exploration, LLC | 333 Summerville Drive | | Madison | MS | 39110 |
| WAC Exploration Company, L.L.C. | 333 Texas Street, Suite 2121 | | Shreveport | LA | 71111 |

Case:20-12377-MER Doc#:908-2 Filed:02/26/21 Entered:02/26/21 17:45:48 Page7 of 7