UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF MOTION TO ASSUME ESCAMBIA PARTICIPATION AGREEMENT, OPERATING AGREEMENT, AND RECORDING SUPPLEMENT**
**(Sklarco, LLC)**

**OBJECTION DEADLINE: MARCH 12, 2021**

**YOU ARE HEREBY NOTIFIED** that Sklarco, LLC has filed a Motion to Assume the Escambia Participation and Operating Agreement and Recording Supplement and requests the following relief: authorization for Sklarco, LLC as a working interest holder to assume its Participation Agreement covering the Escambia Prospect (Escambia and Conecuh Counties, AL), by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 1, 2006 covering the Escambia Prospect (Escambia and Conecuh Counties, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators.  The parties to the above described Operating Agreement (or their successors-in-interest) further executed a Recording Supplement to the Operating Agreement effective November 1, 2006. The Operating Agreement was subsequently amended by instrument effective November 1, 2011 and instrument effective March 1, 2020 ("Escambia Participation and Operating Agreement").

Sklarco, LLC is current on all obligations under the Escambia Participation and Operating Agreement and therefore there is no cure requirement.  It is in the best interest of Sklarco, LLC, its creditors, and its estate for the contract to be assumed.  A copy of the pleading is included herewith.  Exhibit 1 is available for inspection in the Bankruptcy Court Clerk's Office, 721-19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The Court will not consider general objections.  In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: February 26, 2021.                    Respectfully submitted,

                                                                    By:*/s/ Keri L. Riley*
                                                                         Keri L. Riley, #47605
                                                                         **KUTNER BRINEN, P.C.**
                                                                         1660 Lincoln St. Suite 1850
                                                                         Denver, CO  80264
                                                                         Telephone:  (303) 832-2400
                                                                         E-Mail: klr@kutnerlaw.com