**Exhibit 2**
**Oakhay Creek Participation & Operating Agreement - Notice Parties**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Sklar Exploration Company, LLC **(Operator)** | c/o James Katchadurian, CRO | 5395 Pearl Pkwy., #200 | Boulder | CO | 80301 |
| CTM 2005, Ltd. | 3212 Bammel Lane | | Houston | TX | 77098 |
| Fletcher Exploration, LLC | 101 Lottie Lane #5 | | Fairhope | AL | 36532 |
| Gardner Energy Corporation | 2127 McClellan Street | | Shreveport | LA | 71103 |
| Goolsby Interests, LLC | 110 Sibelius Lane | | Houston | TX | 77079 |
| Granite Creek Partners, LLC | 32385 Co Rd 6 | | Evergreen | AL | 36401 |
| Francis Bruce Hock | 1528 Hwy. 531 | | Minden | LA | 71055 |
| Fleet Howell | 416 Travis St. | Suite 715 | Shreveport | LA | 71101 |
| JF Howell Interests, LP | 416 Travis Street, Suite 700 | | Shreveport | LA | 71101 |
| JJS Working Interests LLC | 4295 San Felipe, Ste 207 | | Houston | TX | 77027 |
| Kudzu Oil Properties, LLC | 300 Concourse Blvd., Suite 101 | | Ridgeland | MS | 39157 |
| Lane Oil & Gas Corporation | 1415 S. Voss Road, Suite 110 #400 | | Houston | TX | 77057 |
| Lucas Petroleum Group, Inc. | 327 Congress Avenue | Suite 500 | Austin | TX | 78701-3656 |

| Maple Leaf Exploration LP | 715 Royal Road | | Jefferson | TX | 75657 |
|---|---|---|---|---|---|
| McCombs Energy Ltd., LLC | 472 York Road | | Natchez | MS | 39120 |
| Francis Lane Mitchell | PO Box 376 | | Shreveport | LA | 71162 |
| Nine Forks LLC | PO Box 670 | | Minden | LA | 71055 |
| Northstar Producing I, Ltd. | 3701 Northwest Parkway | | Broomfield | CO | 80023 |
| Petro-Chem Operating Co, Inc. | 915 Talbot Road | | Thibodaux | LA | 70301 |
| Pickens Financial Group, LLC | 10100 N. Central Expressway | Ste 200 | Dallas | TX | 75231-4159 |
| Rawls Resources, Inc. | PO Box 2238 | | Ridgeland | MS | 39158-2238 |
| Resource Ventures, LLC | 7112 W Jefferson Ave | Suite 106 | Lakewood | CO | 80235 |
| Robco Fossil Fuels, LLC | 4830 Line Ave #135 | | Shreveport | LA | 71106 |
| Stateside Oil, Inc. | 952 Echo Lane, Suite 315 | | Houston | TX | 77024 |
| Tauber Exploration & Production Co | 55 Waugh Drive, Ste 600 | | Houston | TX | 77007 |
| Tiembo Ltd. | P.O. Box 270415 | | Houston | TX | 77277-0415 |
| Wimberley Park Ltd. | PO Box 36530 | | Houston | TX | 77236 |