**Exhibit 2 to J. Brown Heirs Joint Operating Agreement - Notice Parties**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| DOCVARIABLE Owner_Name | P.O. Box 2243 | | Longview | TX | 75606-2243 |
| | 330 Marshall St. | Suite 300 | Shreveport | LA | 71101 |

## CERTIFICATE OF SERVICE

I certify that on February __, 2021, I served a complete copy of the foregoing **MOTION TO ASSUME J. Brown Heirs Joint Operating Agreement (SKLARCO, LLC)** on the following parties <u>**and those parties included on Exhibit 2 to the Motion**</u> in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Timothy C. Mohan, Esq.
Foley & Lardner, LLP
600 17th Street
Suite 2020 South
Denver, CO 80202

Stoneham Drilling Corporation
(Representative: Heather Stickel)
c/o James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Mesa Fluids, LLC
(Representative: Aaron W. Merrell)
1669 South 580 East
American Fork, UT 84057

TCP Cottonwood, L.P.
(Representative: Kyle C. McInnis)
c/o Eric Lockridge
400 Convention Street
Suite 700
Baton Rouge, LA 70801

Rapad Well Service Company, Inc.
(Representative: Chesley James)
c/o Jeremy Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203-4642

Kelley Brothers Contractors, Inc.
(Representative: Jerry Kelley)
401 County Farm Road
Waynesboro, MS 39367

Baker Hughes Company
(Representative: Christopher J. Ryan)
2001 Rankin Road
Houston, TX 77073

J. Eric Lockridge, Esq.
Kean Miller LLP
400 Convention Street
Suite 700
P.O. Box 3513
Baton Rouge, LA 70802

Bryce A. Suzuki, Esq.
Snell & Wilmer LLP
One Arizona Center
400 E. Van Buren Street
Phoenix, AZ 85004-2202

James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Timothy M. Riley, Esq.
Hopping Green & Sams, P.A.
P.O. Box 6526
Tallahassee, FL 32314

Michel D. Rubenstein, Esq.
Liskow & Lewis
1001 Fannin Street
Suite 1800
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos
Suite 700
Austin, TX 78701

Jeremy L. Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203

Shay L. Denning, Esq.
Thomas H. Shipps, Esq.
Maynes, Bradford, Shipps & Sheftel, LLP
835 East Second Avenue
Suite 123
Durango, CO 81301

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202-1486

Madison Tucker, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, Louisiana 70170

Amy L. Vazquez, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Christopher H. Meredith, Esq.
Copeland Cook Taylor & Bush, P.A.
1076 Highland Colony Parkway
600 Concourse, Suite 200
P.O. Box 6020
Ridgeland, Mississippi 39158-6020

David R. Taggart, Esq.
Bradley Murchison Kelly & Shea, LLC
401 Edwards Street
Suite 1000
Shreveport, Louisiana 71101

Matthew J. Ochs, Esq.
Holland & Hart, LLP
555 Seventeenth Street
Suite 3200
P.O. Box 8749
Denver, CO 80201-8749

Robert Padjen, Esq.
Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Joseph E. Bain, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Barnet B. Skelton, Jr., Esq.
815 Walker
Suite 1502
Houston, TX 77002

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams, LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Michael L. Niles, Esq.
Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
P.O Box 22260
Shreveport, Louisiana 71120-2260

| | |
|---|---|
| Paul H. Stephenson III, Esq.<br>Jim F. Spencer, Jr., Esq.<br>Watkins & Eager, PLLC<br>P.O. Box 650<br>Jackson, Mississippi 39205 | John D. Cornwell, Esq.<br>Grant M. Beiner, Esq.<br>Christopher D. Johnson, Esq.<br>Munsch Hardt Kopf & Harr, P.C.<br>700 Milam Street<br>Suite 2700<br>Houston, TX 77002 |
| Robert L. Paddock, Esq.<br>Buck Keenan, LLP<br>2229 San Felipe<br>Suite 1000<br>Houston, TX 77019 | Ryan M. Seidemann, Esq.<br>Assistant Attorney General<br>Civil Division/Lands and Natural Resources<br>P.O. Box 94005<br>Baton Rouge, Louisiana 70804-9005 |
| David M. Miller, Esq.<br>Spencer Fane LLP<br>1700 Lincoln Street<br>Suite 2000<br>Denver, CO 80203 | Jennifer J. Hardy, Esq.<br>Willkie Farr & Gallagher, LLP<br>600 Travis Street<br>Houston, TX 77002 |
| Kevin S. Neiman, Esq.<br>Law Offices of Kevin S. Neiman, P.C.<br>999 18th Street<br>Suite 1230 South<br>Denver, CO 80202 | Craig M. Geno, Esq.<br>Law Offices of Craig M. Geno, PLLC<br>587 Highland Colony Parkway<br>Ridgeland, MS 39157 |
| Curtis R. Shelton, Esq.<br>Jennifer Norris Soto, Esq.<br>Ayres Shelton Williams Benson & Paine, LLC<br>333 Texas Street, Suite 1400<br>P.O. Box 1764<br>Shreveport, Louisiana 71166 | Armistead M. Long, Esq.<br>Gordon Arata Montgomery Barnett<br>McCollam Duplantis & Eagan, LLC<br>400 East Kaliste Saloon Road<br>Suite 4200<br>Lafayette, Louisiana 70508 |
| Ryan J. Lorenz, Esq.<br>Clark Hill PLC<br>14850 North Scottsdale Road<br>Suite 500<br>Scottsdale, Arizona 85254 | Brian G. Rich, Esq.<br>Michael J. Niles, Esq.<br>Berger Singerman LLP<br>313 North Monroe Street<br>Suite 301<br>Tallahassee, FL 32301 |
| Katherine A. Ross, Esq.<br>U.S. Attorney's Office for the<br> District of Colorado<br>Assistant United States Attorney<br>1801 California Street<br>Suite 1600<br>Denver, CO 80202 | Ryco Exploration, LLC<br>401 Edwards Street<br>Suite 915<br>Shreveport, LA 71101<br>ATTN: M. Robin Smith |
| Stephen K. Lecholop II, Esq.<br>Rosenthal Pauerstein, Esq.<br>Sandoloski Agather LLP<br>755 East Mulberry<br>Suite 200 | Victoria Argeroplos, Esq.<br>Jackson Walker LLP<br>1401 McKinney Street<br>Suite 1900<br>Houston, TX 77010 |

San Antonio, TX 78212

| | |
|---|---|
| Katherine Guidry Douthitt, Esq.<br>Blanchard Walker O'Quin & Roberts<br>P.O. Box 1126<br>Shreveport, Louisiana 71163<br>Theodore J. Hartl, Esq.<br>Ballard Spahr LLP<br>1225 17th Street<br>Suite 2300<br>Denver, CO 80202-5596<br>Belinda Harrison<br>58 County Road 5033<br>Heidelberg, MS 39439 | Andrew J. Shaver, Esq.<br>Bradley Arant Boult Cummings LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203<br>John H. Smith<br>Quitman Tank Solutions, LLC<br>P.O. Box 90<br>Quitman, MS 39355<br>Casey C. Breese, Esq.<br>Welborn Sullivan Meck & Tooley, P.C.<br>1125 17th Street<br>Suite 2200 South<br>Denver, CO 80202 |
| Jeff Carruth, Esq.<br>Weycer Kaplan Pulaski & Zuber, P.C.<br>11 Greenway Plaza<br>Suite 1400<br>Houston, TX 77046 | Michael E. Riddick, Esq.<br>Katherine Guidry Douthill, Esq.<br>Blanchard Walker O'Quin & Roberts, P.C.<br>333 Texas Street<br>Regions Tower<br>Suite 700<br>Shreveport, Louisiana 71101 |
| Chris Crowley, Esq.<br>Feldmann Nagel Cantafio, PLLC<br>1875 Lawrence Street<br>Suite 730<br>Denver, CO 80202 | Adam L. Hirsch, Esq.<br>Davis Graham & Stubbs LLP<br>1550 Seventeenth Street<br>Suite 500<br>Denver, CO 80202 |

**/s/Vicky Martina**
**Vicky Martina**
**Kutner Brinen PC**