

Droke #1 & # A-1

Smith Co., TX
Mary Blevins Field

## BLUE SHEET

| | | | |
|---|---|---|---|
| AFE | _____ | PLN/DO | _____ |
| SUBMITTAL NO. | _____ | FILE REFER: | _____ |
| DATE RECEIVED | 5-25-07 | | _____ |
| RESP. DUE DATE | 8 Days   6-09-07 | | _____ |
| COUNTY | San VB | STATE | TX |
| ACREAGE | PBSU Well #3   (Droke #1) |

Mary Blevins Fee
South Cook

SUBMITTED BY:   Harmon Operating Company Inc.

ADDRESS:   1215 South Broadway Ju DC 87

Tyler, TX 75702

TELEPHONE:   903-595-2691

PROPOSAL:   Proposed to put this well back in production

*************************************************************

## LAND DATA

| | | SUBJECT TO: | |
|---|---|---|---|
| TYPE | | | _____ |
| STATUS | | | _____ |
| MI: | | | _____ |
| GWI: | .03625000 | | _____ |
| NRI: | .04114782 | | _____ |

COMMENTS:   Total: $72,000.00

Over Shoot: $4,050.00

*************************************************************

## GEOLOGICAL REVIEW and COMMENTS

OK - afe -

*************************************************************

## ENGINEERING REVIEW and COMMENTS

*************************************************************

## FINAL DISPOSITION

Howard (>$2000)

*************************************************************

| FINAL DISTRIBUTION | | OTHER | |
|---|---|---|---|
| LAND – ORIG. | _____ | | _____ |
| KIM – COPY | _____ | | _____ |
| ACCOUNT – COPY | _____ | | _____ |

*************************************************************



## HARMAN OPERATING COMPANY, INC.

Fair Foundation Building
121 South Broadway, Suite 757 • Tyler, TX 75702 • (903) 595-2691 • Fax (903) 526-7070

May 25, 2007

Paluxy "B" Sand Unit WI Owners

Re: PBSU Well #3
Mary Blevins Field
<u>Smith County, Texas</u>

Dear Owners:

Please find enclosed an AFE to cover the expenses to convert the referenced well back to a producer from a shut-in water injection well.

Harman, Culver et al have purchased the interests of Goodrich in this oil unit. We are of the opinion that we should put the above well back on production and then address the status of the Bradberry #1 later.

It is anticipated that the #3 well (Droke #1) will return to the production rate it was previously doing (25-30 BOPD).

We have to buy both tubing and rods, etc. to get the well back to pumping. The tubing string in the hole is internally plastic coated, which we will clean and store.

On the bottom of the AFE page is a ballot for you to make your election to participate or not. Two copies are enclosed, along with a return envelope. Please return one executed copy for our records.

Thank you for your attention to this matter. Hopefully, we will be able to make this project work and maximize oil production.

Give me a call should you have any questions.

Yours very truly,

*Tom Harman*

Tom Harman, President
Harman Operating Company, Inc.

Encl.



# AUTHORIZATION FOR EXPENDITURE

**Harman Operating Company, Inc.**
**Paluxy "B" Sand Unit Well #3**
**Mary Blevins Field**
**Smith County, Texas**

### INTANGIBLES

| | |
|---|---|
| Rig Time (3 days) | $10,500 |
| Rental Equipment | 1,000 |
| Supervision | 2,200 |
| Transportation | 1,500 |
| Dirt and Rock Work | 10,000 |
| Miscellaneous & Contingency | 3,800 |
| | $29,000 |

### TANGIBLES

| | |
|---|---|
| Tubing (7,600' 2-3/8" J-55) | $23,000 |
| Wellhead Flange | 500 |
| Rods (7/8" & 3/4") | 12,000 |
| Misc. Pumping Equipment | 3,500 |
| Contingency | 4,000 |
| | $43,000 |

### GRAND TOTAL                    $72,000

Owner:                                        Date:
SKLARCO L.L.C.                        6-4-97

Signature:

DAVID A. BARLOW
CHIEF OPERATING OFFICER
(X)        Approve
( )        Disapprove



June 7, 2007

**(VIA FACSIMILE & US MAIL)**
Harman Operating Company, Inc.
Attn: Tom Harman
Fair Foundation Building
121 South Broadway, Suite 757
Tyler, Texas 75702

                              RE:    PBSU Well #3
                                     Mary Blevins Field
                                     Smith County, Texas

Dear Mr. Harman:

Please accept the enclosed ballot as Sklarco, L.L.C.'s consent to Harman Operating
Company, Inc.'s proposal under cover of letter dated May 25, 2007 regarding the PBSU
#3 well.

Should you have any questions, please do not hesitate to contact our office.


Yours truly,

Katy R. Smith
Lease Analyst


Enclosure

**SKLARCO L.L.C.**
**401 EDWARDS STREET, SUITE 1601**
**SHREVEPORT, LOUISIANA 71101**
**TELEPHONE NO: (318) 227-8668**
**FAX NO. (318) 227-9012**
**FAX COVER SHEET**

TO:            Mr. Tom Harman
               Harman Operating Company, Inc.
               Fax No. (903) 526-7070

FROM:          Katy R. Smith / Lease Analyst
               Sklarco L.L.C.
               Fax No. (318) 227-9012

Date:          June 7, 2007

Re:            PBSU Well #3
               Mary Blevins Field
               Smith County, Texas

---

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure.  If the reader of this TRANSMITTAL PAGE is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this FAX or the information contained therein is prohibited.  If this transmission is received by anyone other than the addressee, the recipient is requested to call Sklar Exploration Company L.L.C. collect at 318-227-8668, and to immediately return this document to Sklar Exploration Company L.L.C. by United States mail.  Sklar Exploration Company L.L.C. guarantees return postage.

**MESSAGE:**

Please see the attached.  Original will follow via mail.

No. of Pages 3

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME : 06/07/2007 15:43
                                    NAME :
                                    FAX  :
                                    TEL  :
                                    SER.# : BROD4J471905
```

```
DATE,TIME          06/07  15:42
FAX NO./NAME       19035267070
DURATION           00:00:38
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```

**SKLARCO L.L.C.**
**401 EDWARDS STREET, SUITE 1601**
**SHREVEPORT, LOUISIANA 71101**
**TELEPHONE NO: (318) 227-8668**
**FAX NO. (318) 227-9012**
**FAX COVER SHEET**

TO:       Mr. Tom Harman
          Harman Operating Company, Inc.
          Fax No. (903) 526-7070

FROM:     Katy R. Smith / Lease Analyst
          Sklarco L.L.C.
          Fax No. (318) 227-9012

Date:     June 7, 2007

Re:       PBSU Well #3
          Mary Blevins Field
          Smith County, Texas

---

This message is intended only for the use of the individual or entity to which it is addressed and may contain information
that is privileged, confidential and exempt from disclosure. If the reader of this TRANSMITTAL PAGE is not the
intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination
or copying of this FAX or the information contained therein is prohibited. If this transmission is received by anyone
other than the addressee, the recipient is requested to call Sklar Exploration Company L.L.C. collect at 318-227-8668,
and to immediately return this document to Sklar Exploration Company L.L.C. by United States mail. Sklar Exploration
Company L.L.C. guarantees return postage.

 **GOODRICH**
PETROLEUM CORPORATION



Post Office Box 1664
Shreveport, Louisiana 71165-1664
333 Texas Street, Suite 1375
Shreveport, Louisiana 71101-5319
(318) 429-1375  Fax (318) 429-2296

**GDP**
Listed
**NYSE**

April 26, 2007

SEE ADDRESS LIST ATTACHED HERETO

Re:     Assignment
        Mary Blevins Field
        Smith County, TX

Ladies and Gentlemen:

Please find enclosed herewith a recorded copy of the assignment dated April 25, 2007, from Goodrich Oil Company to various partners in the referenced field.  The assignment has been recorded in Smith County, Texas as document number 2007-R00020592.

As we previously advised, Culver Oil & Gas L. P. is now the operator of this area, and Goodrich Petroleum no longer owns an interest in Mary Blevins field.  Should you have any questions about your interest, they should be able to help you.

Yours very truly,

Laurie M. Dubiel
Landman

Address List
Mary Blevins Field
April 26, 2007

**JOE WADDELL**
416 Travis Street, Suite 900
Shreveport, LA  71101

**S & P CO.**
330 Marshall Street, Suite 300
Shreveport, LA  71101

**CHARLES WILLIAMS**
P. O. Box 1685
Shreveport, LA  71165

**CHARLES REX BROWN**
P. O. Box 1685
Shreveport, LA  71165

**IRMA MATTHEWS**
9417 Oleander Drive
Shreveport, LA  71118

**ROBERT ARON**
305 Baronne St., Ste. 700
New Orleans, LA  70112

**PETER A. ARON**
305 Baronne St., Ste. 700
New Orleans, LA  70112

**AARON OR PEGGY SELBER**
**OIL CO., LP**
P. O. Box 21830
Shreveport, LA  71120

**BSS ENERGY LLC**
305 Baronne St., Ste. 700
New Orleans, LA  70112

**GRAMMIE, LLC**
3034 Ursulines
New Orleans, LA  70119

**VALQUEST PARTNERS #36 LP**
305 Baronne St., Ste. 700
New Orleans, LA  70112

**THELMA LAFAYE CREWS**
475 Fort Pickens Rd.
Pensacola Beach, FL  32561

**REX D. CROSS**
1899 Spindrift Dr.
LaJolla, CA  92037

**ALBERT EMORY LAFAYE, JR.**
3113 49th St.
Metairie, LA  70001

**ANTHEM OIL & GAS, INC.**
P.O. Box 1015
Midland, TX  79702

**ROSEMARY LAFAYE WINTERS, LLC**
1144 East William David Parkway
Metairie, LA  70005

**MERRYL S. ARON**
305 Baronne St., Ste. 700
New Orleans, LA  70112

**BORIES MANAGEMENT COMPANY, LLC**
305 Baronne Street, Ste. 700
New Orleans, LA  70112

**SKLARCO, LLC**
401 Edwards St., Ste. 1601
Shreveport, LA  71101

**WALLACE HAROLD BROWN CREDIT SHELTER**
P. O. Box 1685
Shreveport, LA  71165

**DELTA MINERALS, LLC**
P. O. Box 741300
New Orleans, LA  70174-1300

**J. WILLIAM BARROIS FAMILY, LLC**
c/o Leigh Ann Barrois Evans
2915 Conway Dr.
Baton Rouge, LA  70809

**WALLACE HAROLD BROWN INVESTMENTS, LLC**
P. O. Box 1685
Shreveport, LA  71165

**BETACO, LLC**
8906 Chatsworth Drive
Houston, TX  77024

**KAKECO, LLC**
400 Texas Street, Suite 600
Shreveport, LA  71101



**Smith County**
**Judy Carnes**
**County Clerk**
**Tyler Tx 75702**

---

Instrument Number: 2007-R00020592

As

Recorded On: **April 26, 2007**                    Recordings - Land

Parties: GOODRICH OIL COMPANY                          Billable Pages: 9

To      WADELL JOE ETAL                                Number of Pages: 10

Comment: TRANS OIL GAS MIN LEASES

( Parties listed above are for Clerks reference only )

---

**** Examined and Charged as Follows: ****

Recordings - Land                    48.00

Total Recording:                     48.00

---

*********** **DO NOT REMOVE THIS PAGE IS PART OF THE INSTRUMENT** ***********

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

File Information:                                Record and Return To:
    Document Number: 2007-R00020592
    Receipt Number: 428661                       GOODRICH OIL COMPANY
    Recorded Date/Time: April 26, 2007 12:41:13P 333 TEXAS STREET STE 1375
                                                 SHREVEPORT LA 71101
        User / Station: D Hawkins - Cash Station 4

---



I hereby certify that this instrument was filed and duly recorded
in the Official Records of Smith County, Texas

*Judy Carnes*

County Clerk
Smith County, Texas

**ASSIGNMENT OF OIL, GAS AND MINERAL LEASES**

STATE OF TEXAS

COUNTY OF SMITH

KNOW ALL MEN BY THESE PRESENTS THAT:

**GOODRICH OIL COMPANY,** a Louisiana corporation, whose permanent mailing address is 333 Texas Street, Suite 1375, Shreveport, Louisiana, 71101, (herein referred to as "Assignor") for and in consideration of the total sum of One Hundred and No/100 Dollars ($100.00) cash in hand paid, and other good and valuable consideration paid to Assignor by the parties named below (hereinafter referred to as "Assignees"):

> **JOE WADDELL,** whose permanent mailing address is 416 Travis Street, Suite 900, Shreveport, LA 71101,
>
> **S & P CO.,** a Louisiana Partnership, whose permanent mailing address is 330 Marshall Street, Suite 300, Shreveport, LA 71101,
>
> **CHARLES WILLIAMS,** whose permanent mailing address is P. O. Box 1685, Shreveport, LA 71165,
>
> **CHARLES REX BROWN,** whose permanent mailing address is P. O. Box 1685, Shreveport, LA 71165,
>
> **IRMA MATTHEWS,** whose permanent mailing address is 9417 Oleander Drive, Shreveport, LA 71118,
>
> **ROBERT ARON,** whose permanent mailing address is 305 Baronne St., Ste. 700, New Orleans, LA 70112,
>
> **PETER A. ARON,** whose permanent mailing address is 305 Baronne St., Ste. 700, New Orleans, LA 70112,
>
> **AARON OR PEGGY SELBER OIL CO., LP,** whose permanent mailing address is P. O. Box 21830, Shreveport, LA 71120,
>
> **BSS ENERGY LLC,** whose permanent mailing address is 305 Baronne St., Ste. 700, New Orleans, LA 70112,
>
> **GRAMMIE, LLC,** whose permanent mailing address is 3034 Ursulines, New Orleans, LA 70119,
>
> **VALQUEST PARTNERS #36 LP,** whose permanent mailing address is 305 Baronne St., Ste. 700, New Orleans, LA 70112,
>
> **THELMA LAFAYE CREWS,** whose permanent mailing address is 475 Fort Pickens Rd., Pensacola Beach, FL 32561,
>
> **REX D. CROSS,** whose permanent mailing address is 1899 Spindrift Dr., LaJolla, CA 92037,
>
> **ALBERT EMORY LAFAYE, JR.,** whose permanent mailing address is 3113 49th St., Metairie, LA 70001,

Page 2
Assignment of Oil, Gas and Mineral Leases
Mary Blevins Field
April 25, 2007

ANTHEM OIL & GAS, INC., whose permanent mailing address is P. O. Box 1015, Midland, TX 79702,

ROSEMARY LAFAYE WINTERS, LLC, whose permanent mailing address is 1144 East William David Parkway, Metairie, LA 70005,

MERRYL S. ARON, whose permanent mailing address is 305 Baronne St., Ste. 700, New Orleans, LA 70112,

BORIES MANAGEMENT COMPANY, LLC, whose permanent mailing address 305 Baronne Street, Ste. 700, New Orleans, LA 70112,

SKLARCO, LLC, whose permanent mailing address is 401 Edwards St., Ste. 1601, Shreveport, LA 71101,

WALLACE HAROLD BROWN CREDIT SHELTER, whose permanent mailing address is P. O. Box 1685, Shreveport, LA 71165,

DELTA MINERALS, LLC, whose permanent mailing address is P. O. Box 741300, New Orleans, LA 70174-1300,

J. WILLIAM BARROIS FAMILY, LLC, whose permanent mailing address is c/o Leigh Ann Barrois Evans, 2915 Conway Dr., Baton Rouge, LA 70809,

WALLACE HAROLD BROWN INVESTMENTS, LLC, whose permanent mailing address is P. O. Box 1685, Shreveport, LA 71165,

BETACO, LLC, whose permanent mailing address is 8906 Chatsworth Drive, Houston, TX 77024,

KAKECO, LLC, whose permanent mailing address is 400 Texas Street, Suite 600, Shreveport, LA 71101,

The receipt and sufficiency of which consideration is acknowledged by Assignor, does hereby GRANT, BARGAIN, SELL, CONVEY, TRANSFER and ASSIGN unto the following, as Assignees, their heirs and assigns, in the amounts hereinafter stated, an interest in and to the oil, gas and mineral leases described on Exhibit "A" attached hereto and made a part hereof, which leases shall be hereinafter referred to as "Assigned Property," to wit:

| ASSIGNEE | WI |
|---|---|
| Joe Waddell | .0028957 |
| S & P Co. | .0562500 |
| Charles Williams | .0034562 |
| Charles Rex Brown | .0217179 |
| Irma Matthews | .0000424 |
| Robert Aron | .0269240 |
| Peter A. Aron | .0179493 |
| Aaron or Peggy Selber Oil Co., LP | .0828853 |
| BSS Energy LLC | .0829302 |
| Grammie, LLC | .0168771 |
| Valquest Partners #36 LP | .0286708 |
| Thelma Lafaye Crews | .0011314 |

Page 3
Assignment of Oil, Gas and Mineral Leases
Mary Blevins Field
April 25 , 2007

**Assignees continued:**

| | |
|---|---|
| Rex D. Cross | .0006005 |
| Albert Emory Lafaye, Jr. | .0006947 |
| Anthem Oil & Gas, Inc. | .0006947 |
| Rosemary Lafaye Winters, LLC | .0013904 |
| Merryl S. Aron | .0041525 |
| Bories Management Company, LLC | .0118964 |
| SKLARCO, LLC | .0562500 |
| Wallace Harold Brown Credit Shelter | .0370409 |
| Delta Minerals, LLC | .0016674 |
| J. William Barrois Family, LLC | .0027808 |
| Wallace Harold Brown Investments, LLC | .0217179 |
| BETACO, LLC | .0002326 |
| KAKECO, LLC | .0002325 |
| **Total interest assigned to Assignees:** | .4810816  WI |

TO HAVE AND TO HOLD said Assigned Property unto Assignees, their heirs and assigns, forever, all under and subject to the following terms and provisions.

1.

This Assignment is made without warranty of title or recourse of any kind or character against Assignor but with full substitution and subrogation to the extent of the interests hereby assigned in and to all rights and actions of warranty, if any, of Assignor's against all warrantors in Assignor's chain of title.

2.

This Assignment is made and accepted subject to all of the terms, covenants, conditions and provisions of the oil, gas and mineral leases herein assigned, which, by acceptance hereof, Assignees agree to comply with and be bound by and to indemnify and hold harmless Assignor with respect thereto.

3.

This Assignment shall extend to and be binding on the respective successors, heirs and assigns of the parties hereto.

4.

It is the intent of Assignor by this assignment to convey to Assignees all of its remaining right, title and interest in and to Assigned Property.

Page 4
**Assignment of Oil, Gas and Mineral Leases**
Mary Blevins Field
April _25_, 2007

IN WITNESS WHEREOF, this instrument is executed as of this ___25th___ day of April, 2007.

WITNESSES:

_Jim H. Gibson_
JIM H. GIBSON

_Laurie M. Dubiel_
Laurie M. Dubiel

ASSIGNOR:

GOODRICH OIL COMPANY

By: _James G. Marston, III_
James G. Marston, III, Vice President-Land

STATE OF LOUISIANA

PARISH OF CADDO

On this _25_ day of _April_____, 2007, before me appeared JAMES G. MARSTON, III, to me personally known, who, being by me duly sworn, did say:

That he is the Vice President – Land of GOODRICH OIL COMPANY, a Louisiana corporation, and that the foregoing instrument was signed on behalf of said corporation by authority of its Board of Directors, and that said Appearer acknowledged said instrument to be the free act and deed of said corporation.

IN WITNESS WHEREOF, I hereunto set my official hand and seal.

_Debora Harris_
NOTARY PUBLIC in and for
Caddo Parish, Louisiana
DEBORA HARRIS
NOTARY PUBLIC NO. 26494
STATE OF LOUISIANA
PARISH OF CADDO
My Commission is for Life

Exhibit "A"

## Mary Blevins Field
### Smith County, Texas

1.  Oil, Gas and Mineral Lease dated June 14, 1993, between Bobby L. Bradberry, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3442, Pages 1-3, Entry No. 37546 in the records of Smith County, Texas. (553-001-01)

2.  Oil, Gas and Mineral Lease dated June 16, 1993, between Neva J. King, Trustee, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3442, Pages 23-25, Entry No. 37553 in the records of Smith County, Texas. (553-001-02)

3.  Oil, Gas and Mineral Lease dated June 14, 1993, between Charles D. Smith, et ux, Lessors, and Goodrich Oil Company, Lessee, recorded in Book 3442, Pages 35-37, Entry No. 37557 in the records of Smith County, Texas. (553-001-03)

4.  Oil, Gas and Mineral Lease dated June 14, 1993, between Ben E. Jarvis, et ux, Lessors, and Goodrich Oil Company, Lessee, recorded in Book 3442, Pages 16-18, Entry No. 37551 in the records of Smith County, Texas. (553-002-01)

5.  Oil, Gas and Mineral Lease dated February 14, 1994, between Mrs. Sarah Floyd, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3490, Pages 230-233, Entry No. 9167 in the records of Smith County, Texas. (553-002-02)

6.  Oil, Gas and Mineral Lease dated February 24, 1994, between Allie M. Stevens, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3490, Pages 240-242, Entry No. 9170 in the records of Smith County, Texas. (553-002-03)

7.  Oil, Gas and Mineral Lease dated February 25, 1994, between Alice M. Hamilton, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3490, Pages 234-236, Entry No. 9168 in the records of Smith County, Texas. (553-002-04)

8.  Oil, Gas and Mineral Lease dated August 16, 1994, between Mary Morris, Receiver, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3556, Pages 484-485, Entry No. 29163 in the records of Smith County, Texas. (553-003-01)

9.  Oil, Gas and Mineral Lease dated August 16, 1994, between Mary Morris, Receiver, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3556, Pages 486-487, Entry No. 29164 in the records of Smith County, Texas. (553-003-02)

10. Oil, Gas and Mineral Lease dated June 15, 1993, between Kenneth A. Boelte, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3453, Pages 219-221, Entry No. 40751 in the records of Smith County, Texas. (553-004-01)

11. Oil, Gas and Mineral Lease dated June 15, 1993, between Cheryl B. Hatfield, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3442, Pages 13-15, Entry No. 37550 in the records of Smith County, Texas. (553-004-02)

12. Oil, Gas and Mineral Lease dated June 15, 1993, between Madlyn W. Purcell, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3442, Pages 29-31, Entry No. 37555 in the records of Smith County, Texas. (553-004-03)

Page 2
Mary Blevins Field
Exhibit "A"

13. Oil, Gas and Mineral Lease dated June 15, 1993, between Mabel C. Weber, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3442, Pages 42-44, Entry No. 37559 in the records of Smith County, Texas. (553-004-04)

14. Oil, Gas and Mineral Lease dated June 21, 1993, between George M. Droke, et ux, Trustee, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3442, Pages 4-5, Entry No. 37547 in the records of Smith County, Texas. (553-005)

15. Oil, Gas and Mineral Lease dated June 25, 1993, between Leighton W. Holder, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3453, Pages 228-230, Entry No. 40754 in the records of Smith County, Texas. (553-006-01)

16. Oil, Gas and Mineral Lease dated June 25, 1993, between Christine H. Stegall, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3442, Pages 38-40, Entry No. 37558 in the records of Smith County, Texas. (553-006-02)

17. Oil, Gas and Mineral Lease dated August 2, 1993, between Richard A. Woodall, et ux, Lessors, and Goodrich Oil Company, Lessee, recorded in Book 3442, Pages 45-47, Entry No. 37560 in the records of Smith County, Texas. (553-007-01)

18. Oil, Gas and Mineral Lease dated August 2, 1993, between Ken Kamon, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3442, Pages 20-22, Entry No. 37552 in the records of Smith County, Texas. (553-007-02)

19. Oil, Gas and Mineral Lease dated July 20, 1993, between James R. Raley, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3442, Pages 32-34, Entry No. 37556 in the records of Smith County, Texas. (553-007-03)

20. Oil, Gas and Mineral Lease dated January 17, 1994, between Louis P. Mainer, Jr., et ux, Lessors, and Goodrich Oil Company, Lessee, recorded in Book 3490, Pages 249-251, Entry No. 9173 in the records of Smith County, Texas. (553-007-04)

21. Oil, Gas and Mineral Lease dated April 15, 1994, between Dorothy M. Hamby, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3544, Pages 474-475, Entry No. 25447 in the records of Smith County, Texas. (553-007-06)

22. Oil, Gas and Mineral Lease dated April 15, 1994, between Allen H. Ilfrey, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3544, Pages 476-477, Entry No. 25448 in the records of Smith County, Texas. (553-007-07)

23. Oil, Gas and Mineral Lease dated April 15, 1994, between Elenor B. Ilfrey, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3544, Pages 478-479, Entry No. 25449 in the records of Smith County, Texas. (553-007-08)

24. Oil, Gas and Mineral Lease dated April 15, 1994, between Thomas F. Murray, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3544, Pages 490-491, Entry No. 25453 in the records of Smith County, Texas. (553-007-09)

Page 3
Mary Blevins Field
Exhibit "A"

25. Oil, Gas and Mineral Lease dated April 15, 1994, between John W. O'Dowd, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3544, Pages 492-493, Entry No. 25454 in the records of Smith County, Texas. (553-007-10)

26. Oil, Gas and Mineral Lease dated April 15, 1994, between Henry G. Fite, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3544, Pages 470-471, Entry No. 25445 in the records of Smith County, Texas. (553-007-11)

27. Oil, Gas and Mineral Lease dated June 15, 1994, between Patricia Cummings, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3544, Pages 467-469, Entry No. 25450 in the records of Smith County, Texas. (553-007-12

28. Oil, Gas and Mineral Lease dated May 30, 1994, between Emmett E.Lawhon, Trustee, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3544, Pages 481-482, Entry No. 25450 in the records of Smith County, Texas. (553-007-13)

29. Oil, Gas and Mineral Lease dated August 3, 1993, between Mary N. George, et al, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3442, Pages 7-9, Entry No. 37548 in the records of Smith County, Texas. (553-008-01)

30. Oil, Gas and Mineral Lease dated August 3, 1993, between Gilbert W. J. George, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3442, Pages 10-11, Entry No. 37549 in the records of Smith County, Texas. (553-008-02)

31. Oil, Gas and Mineral Lease dated August 3, 1993, between Norman E. George, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3453, Pages 222-224, Entry No. 40752 in the records of Smith County, Texas. (553-008-03)

32. Oil, Gas and Mineral Lease dated August 3, 1993, between Ronald J. George, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3441, Pages 897-899, Entry No. 37545 in the records of Smith County, Texas. (553-008-04)

33. Oil, Gas and Mineral Lease dated August 3, 1993, between Ronnett M. G. Mitchell, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3442, Pages 26-28, Entry No. 37554 in the records of Smith County, Texas. (553-008-05)

34. Oil, Gas and Mineral Lease dated August 3, 1993, between Roosth & Genecov Production Co., Lessor, and Goodrich Oil Company, Lessee, whose Memorandum of Oil, Gas and Mineral Lease is recorded in Book 3490, Pages 532-533, Entry No. 9256 in the records of Smith County, Texas. (553-008-06)

35. Oil, Gas and Mineral Lease dated January 5, 1995, between James A. Lewis, Attorney-in-Fact for Chrle Bernice Baker, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3637, Pages 140-143, Entry No. 8522 in the records of Smith County, Texas. (553-009-01)

Page 4
Mary Blevins Field
Exhibit "A"

36.     Oil, Gas and Mineral Lease dated November 11, 1993, between Christine H.
        Stegall, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3453,
        Pages 225-227, Entry No. 40753 in the records of Smith County, Texas. (553-
        010-01)

37.     Oil, Gas and Mineral Lease dated November 11, 1993, between Leighton W.
        Holder, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3490,
        Pages 252-254, Entry No. 9174 in the records of Smith County, Texas. (553-
        010-02)

38.     Oil, Gas and Mineral Lease dated September 23, 1993, between Robert E.
        Kersh, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3464,
        Pages 777-779, Entry No. 1461 in the records of Smith County, Texas. (553-
        011-01)

39.     Oil, Gas and Mineral Lease dated February 14, 1994, between Gary H.
        Garrison, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3613,
        Pages 605-607, Entry No. 1123 in the records of Smith County, Texas. (553-
        011-02)

40.     Oil, Gas and Mineral Lease dated January 24, 1994, between Eddie Wayne
        McFarland, Lessor, and Goodrich Oil Company, Lessee, recorded in Book
        3490, Pages 246-248, Entry No. 9172 in the records of Smith County, Texas.
        (553-011-03)

41.     Oil, Gas and Mineral Lease dated January 21, 1994, between David E.
        Rogers, et ux, Lessors, and Goodrich Oil Company, Lessee, recorded in Book
        3490, Pages 255-257, Entry No. 9175 in the records of Smith County, Texas.
        (553-011-04)

42.     Oil, Gas and Mineral Lease dated January 1, 1994, between Opal L. Reeves,
        Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3490, Pages
        243-245, Entry No. 9171 in the records of Smith County, Texas. (553-011-05)

43.     Oil, Gas and Mineral Lease dated January 21, 1994, between George D.
        Sitton, Jr., Lessor, and Goodrich Oil Company, Lessee, recorded in Book
        3490, Pages 264-266,  Entry No. 9178 in the records of Smith County, Texas.
        (553-011-06)

44.     Oil, Gas and Mineral Lease dated January 21, 1994, between Ruby I.
        Roberson, Lessor, and Goodrich Oil Company, Lessee, recorded in Book
        3490, Pages 267-269, Entry No. 9179 in the records of Smith County, Texas.
        (553-011-07)

45.     Oil, Gas and Mineral Lease dated February 10, 1994, between Prince E.
        Griffin, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3544,
        Pages 472-473, Entry No. 25446 in the records of Smith County, Texas. (553-
        012-01)

46.     Oil, Gas and Mineral Lease dated January 31, 1994, between Smallie Griffin,
        Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3490, Pages
        526-528, Entry No. 9254 in the records of Smith County, Texas. (553-012-02)

47.     Oil, Gas and Mineral Lease dated January 31, 1994, between L. T. Johnson, et
        ux, Lessors, and Goodrich Oil Company, Lessee, recorded in Book 3490,
        Pages 529-531, Entry No. 9255 in the records of Smith County, Texas. (553-
        012-03)

Page 5
Mary Blevins Field
Exhibit "A"

48.   Oil, Gas and Mineral Lease dated January 31, 1994, between Roberta Williams, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3490, Pages 258-260, Entry No. 9176 in the records of Smith County, Texas. (553-012-04)

49.   Oil, Gas and Mineral Lease dated January 31, 1994, between Minnie Brookins, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3490, Pages 523-525, Entry No. 9253 in the records of Smith County, Texas. (553-012-05)

50.   Oil, Gas and Mineral Lease dated January 18, 1994, between Christine H. Stegall, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3490, Pages 270-272, Entry No. 9180 in the records of Smith County, Texas. (553-013-01)

51.   Oil, Gas and Mineral Lease dated January 18, 1994, between Leighton W. Holder, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3490, Pages 237-239, Entry No. 9169 in the records of Smith County, Texas. (553-013-02)

52.   Oil, Gas and Mineral Lease dated December 21, 1994, between Ross Moore, et ux, Lessors, and Goodrich Oil Company, Lessee, recorded in Book 3613, Pages 603-604, Entry No. 1122 in the records of Smith County, Texas. (553-014)

53.   Oil, Gas and Mineral Lease dated February 1, 1994, between Richard A. Woodall, et ux, Lessors, and Goodrich Oil Company, Lessee, recorded in Book 3490, Pages 261-263, Entry No. 9177 in the records of Smith County, Texas. (553-015-01)

54.   Oil, Gas and Mineral Lease dated February 9, 1994, between Ken Kamon, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3544, Pages 484-486, Entry No. 25451 in the records of Smith County, Texas. (553-015-02)

55.   Oil, Gas and Mineral Lease dated February 14, 1994, between Marjorie A. Little, et vir, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3544, Pages 487-489, Entry No. 25451 in the records of Smith County, Texas. (553-016-01)

56.   Oil, Gas and Mineral Lease dated February 15, 1994, between Estate of Gertie H. Gray, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3544, Pages 464-466, Entry No. 25443 in the records of Smith County, Texas. (553-016-02)

57.   Oil, Gas and Mineral Lease dated February 15, 1994, between Mildred Knight, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3605, Pages 862-863, Entry No. 43794 in the records of Smith County, Texas. (553-017)

58.   Oil, Gas and Mineral Lease dated December 1, 1994, between S. Jeff Johnson, Trustee, Lessor, and Goodrich Oil Company, Lessee, recorded in Book 3637, Pages 138-139, Entry No. 8521 in the records of Smith County, Texas. (553-018)

The above listed leases are subject to the following:

1.   Operating Agreement dated December 17, 1993, naming Brammer Engineering, Inc. as Operator.

COPY

**BLUE SHEET**

on green
Proxy "B" File

| | | |
|---|---|---|
| AFE | | PLN/DO |
| SUBMITTAL NO. | | FILE REFER: |
| DATE RECEIVED | 3-23-07 | |
| RESP. DUE DATE | 4-21-07 | |
| COUNTY | Smith | STATE  Texas |
| ACREAGE | Mary Blevins Water Flood | |
| | Mary Blevins Field | |
| | Smith Co, TX | |
| SUBMITTED BY: | Culver Oil & Gas, L.P. | |
| ADDRESS: | P.O. Box 7666 | |
| | Tyler, TX 75711 | |
| TELEPHONE: | 903-582-7993 | |
| PROPOSAL: | Offer to Purchase Interest | |
| | See Letter for their method of calculating value. | |

*************************************************

**LAND DATA**

| | | |
|---|---|---|
| TYPE | | SUBJECT TO: |
| STATUS | | |
| MI: | | |
| GWI: | .05625000 | |
| NRI: | X | |

* The Decimals reported are termed corrected.

COMMENTS: $110,183 — IS BEING offered for our interest.
There were 4 wells & field
Holden was Plugged.

oke A-1
.0411.4782
NRI & Proxy B
.0824839 M
Brad berry
.04029072

*************************************************

**GEOLOGICAL REVIEW and COMMENTS**

Maybe we should talk to Robert
McGowan about this equity — but his earlier
analysis says we should stay put, CJG

*************************************************

**ENGINEERING REVIEW and COMMENTS**

ROBERT McGOWAN SAID FAIR VALUE
FOR PRIMARY, BUT UNDERVALUED IF
THEY WATERFLOOD. PROJECTIONS ATTACHED.

*************************************************

**FINAL DISPOSITION**

DO NOT SELL. DAB

Howard (>$2000)

*************************************************

| **FINAL DISTRIBUTION** | | **OTHER** |
|---|---|---|
| LAND – ORIG. | | |
| KIM – COPY | | |
| ACCOUNT – COPY | | |

*************************************************



**CULVER OIL & GAS L.P.**

March 21, 2007

To the Working Interest Owners
In the Mary Blevins Field

RE:   Mary Blevins Field
      Smith County, Texas

Gentlemen:

This letter is to update you as to the recent changes from my last letter dated March 6, 2007. After obtaining the files from Goodrich, we determined there was still a mistake in the pay deck. This was brought to Goodrich's attention and they have now made the necessary corrections. The top portion (Part A) of Attachment A reflects your new corrected decimal on the Droke A-1. In all other wells, there are no changes.

Another change in plans has been that Goodrich Petroleum desired to do the post-closing adjustments 90 days after the January 2007 closing date, which effectively will result in their distributing oil production runs for January and February 2007. In my earlier letter, I indicated that Harman would be making these payments and making the adjustments for the new corrected division of interest; however, Goodrich plans to make these corrections for January and February production runs so it will not be necessary for Harman Operating Company to deal with any of the past overpayments to the working interest owners. At this juncture, Harman Operating Company will make its initial production payments to you for March 2007 oil production with the new corrected decimal. It is still Goodrich's plan to forego any claims of overpayments that have been made to the working interest owners (prior to January 2007.) I apologize for the confusion in this matter.

As a result of the change in ownership and operations, I have been contacted by several of the working interest owners requesting that Culver/Harman make an equivalent offer to acquire some of the others' working interest ownership. Because this was a like-kind exchange of properties (1031 Property Swap), neither Culver/Harman nor Goodrich ever agreed as to a set value for either property. We have access to our assumptions for the trade; therefore, in order to accommodate these requests, we decided to submit to you our offer based on the parameters that we used and were formulated based upon data furnished to us by Goodrich for the first 11 months of 2006 (January through November). This kind of analysis likewise allows the individual owners to verify the validity of our assumptions, recognizing that your 2006 income must be adjusted for the incorrect decimal. These decimals were furnished to you in our March 6, 2007 letter for the Droke A-1, Paluxy B, Droke and Bradberry. The Droke A-1 well decimal has been revised from our March 6 letter on Attachment A (Part A) to this letter.

The Culver/Harman analysis was made utilizing various parameters taken from Goodrich's joint interest billing accounting data and adjusted as follows:

1) For the 11-month period of 2006, the average Nymex price for WTI oil was $66.59. After adjustments for the oil gravity during this 11-month period, the average price received by the working interest owners in the Mary Blevins Field was approximately $52.82. We used this as our project pricing forecast. Currently, this is approximately 10% high to the crude markets.

2) The average sales volume for the 11-month period was 66.35/BPD, which is approximately 10% higher than the current production of 60/BPD. We have utilized last year's production as our projected volume.

3) The operating expenses reflect the 11-month average from actual joint interest billings. We used the same expenses without escalation.

These parameters resulted in a net cash flow to 100% of the working interest of $48,970/mo.

We are submitting to each of the working interest owners a price predicated on this cash flow times 40 months. On Part B of Attachment A, we have indicated the amount we are willing to pay for your share which is based on the above assumptions and has been adjusted for the newly revised decimals shown on the top portion of Attachment A. These should be consistent with your next check from Goodrich. We feel that this is a good offer and it is representative of our trade with Goodrich. In the event you feel our offer is incorrect in any way or we have the wrong interest, please advise us and we will be happy to discuss this matter with you.

This offer will be good for a period of 30 days from the date of this letter with said sale being effective April 1, 2007. Please indicate in the space provided below your intent as to your desire to sell your interest to the Culver/Harman group or keep your interest. If there are any questions, please feel free to contact me or Matt Culver at (903)592-7993. Please return a copy of this letter advising us of your election. For those interests desiring to sell, we will prepare the necessary assignments for the execution of this transaction.

Yours very truly,

*James D Culver*

JAMES D. CULVER

JDC/clb

Attachment

~~_____ I agree to sell my interest per the Attachment~~ *A'n'*

____✓____ I elect to keep my interest.

*SKLARCO L,L.C.*

*BY: David A Barlow*

Printed name of Company Representative Making Election

*DAVID A. BARLOW*

*V. P. - C.P.O.*

Mary Blevins Unit - Attachment A
Purchase Calculations
**SKLARCO LLC**

Part A:

| | Droke A-1 | | Paluxy B well | |
|---|---|---|---|---|
| Working Int Decimal | NRI Decimal | | Working Int Decimal | NRI Decimal |
| 0.05625000 | 0.04009094 | | 0.05625000 | 0.04243917 |

Part B:
Unit net cash flow for the two producing wells:

1 Droke-A

0.05625000 (your decimal) x 75% x $48,970 (net cash flow for the unit attributable to the Droke-A) x 40 months =          $82,637

2 Paluxy B well

0.05625000 (your decimal) x 25% x $48,970 (net cash flow for the unit attributable to the Paluxy B) x 40 months =          $27,546

Total offer to purchase your working interest in the Mary Blevins Unit effective April 1, 2007:          $110,183



**CULVER OIL & GAS L.P.**

March 6, 2007

Sklarco L L C
401 Edwards St, Suite 1601
Shreveport La 71101

                          RE:    Mary Blevins Paluxy "B" Sand Unit
                                 Change of Operator/Ownership

Gentlemen:

Effective January 1, 2007, the working interest formerly owned by Goodrich Petroleum Corporation, LLC ('Goodrich'), was acquired by Culver Oil and Gas, LP, and Harman et al located in Tyler, Texas, (the 'Culver/Harman group'.)  The Paluxy "B" sand unit will be operated by Harman Operating Company, Inc., 121 S. Broadway, Suite 757, Tyler, Texas 75702.  This acquisition occurred via a property swap for lease acreage owned by the Culver/Harman group in exchange for the 51.89% working interest in the Paluxy "B" unit owned by Goodrich.

As you are aware by previous letter notification from Mr. Jimmy Marston, III, dated February 28, 2007 (a copy of said letter attached hereto), Goodrich had mistakenly paid all of the non-operator working interest owners based on incorrect decimals caused by a misallocated royalty and overriding royalty interest.  The net effect being that your interest was overpaid at Goodrich's expense.  However, Goodrich has informed us that they have decided not to seek a recoupment of the overpaid funds, which go back several years, representing a sizeable overpayment amount to the non-operating working interest owners.

Goodrich furnished us with a corrected ownership deck with a list of working interest ownership decimals along with corresponding net revenue decimals for each owner in each of the unit wells.  The field production is still being accounted for on a well by well basis rather than a unit because there exists a large non-unitized royalty owner in two of the unit wells.  I attached a table (Attachment 'A') for you reflecting your working interest decimal and income decimal for each well showing both the old incorrect decimals along with the new corrected decimals.  You will note there is no change in your working interest decimal, only your net revenue decimal.  This new

corrected pay deck was furnished to us by Goodrich's Mr. Marston.  Should there be any questions regarding the details about the change, you will need to contact Mr. Marston.

Since the exchange transaction had not been finalized in February 2007, Goodrich paid all January 2007 income to the working interest owners under the incorrect decimal.  Harman Operating Company will be making adjustments for the incorrect 2007 payments from your next revenue check.  New division orders are being prepared and will be sent to you in the very near future.  Once you receive, sign and return the division orders to Harman Operating Company, your account will be placed in a pay status.  Your immediate attention in handling the forthcoming division orders will allow us to quickly release your interest from suspense.

Once again, I emphasize that any questions regarding the change in decimals should be directed to Mr. Marston and any questions as to our acquisition may be addressed to either me, James Culver at (903)592-7993 or Mr. Tom Harman at (903)595-2691.

Yours very truly,

JAMES D. CULVER

JDC/clb

Attachments

Cc:  Mr. Jimmy Marston

Mary Blevins Withdraw

VI regulated on Unit Basis

Reserve regulated on Well/Unit Basis

Effective January, 2007 Purdie A-1

Drake A-1
from                    to
.0447035 0      ~~.0447035 0~~  .04114782

Goolsby B5
from                    to
.0447035 0      .04243917

Drake 13458
from                    to
.0447035 0      .04243917

Bradbery
from
.0447035 0      .04029022

Operator Change from

Goodrich Petroleum Corporation

to

Harmes Operating Company

C. Oliver _____ C.P.

1/2007

Holder

CHANGE OF INTEREST
SKC

1ST & 2ND Yellow Sheet
KR

| | |
|---|---|
| Well: | Droke "A" #1 |
| | **Mary Blevens Water Flood Unit** |
| Operator: | Goodrich Petroleum |
| Payor: | Goodrich Petroleum |

| | |
|---|---|
| Field: | Mary Blevens |
| County: | Smith |
| State: | TX |
| Additional Info: | 50% Sklarco |
| CFB Page: | 2-1233 |

GWI: **0.05625000**
NRI: **0.04470350**

Approval TA: _____
Approval DB: _____
Original Acct: _____

| CFB | Name | Beneficial Interest | GWI | NRI |
|---|---|---|---|---|
| | EJS | 0.50000000 | 0.02812500 | 0.02235175 |
| | HOW | 0.50000000 | 0.02812500 | 0.02235175 |
| | MIR | | | |
| | SAC | | | |
| | SAS | | | |
| | SCL | | | |
| | SKI | | | |
| | SOC | | | |
| | SUT | | | |
| | SUZ | | | |
| **0.00000000** | | **1.00000000** | **0.05625000** | **0.04470350** |

| Accounting Only | | |
|---|---|---|
| Deck Entered by: _____ | | Date: _____ |
| Accounting Deck Provided to Land _____ DB: _____ | | Date: _____ |

Well: Droke "A" 1

Operator: Goodrich Petroleum
Payor: Goodrich Petroleum
GWI: 0.05625000
NWI: 0.04452229

Field: Mary Blevins
County: Smith
State: TX
Additional Info: 50% Sklarco
2-1236

| CFB | Name | Beneficial Interest | GWI | NWI | NRI |
|---|---|---|---|---|---|
| 0.25000000 | EJS | 0.50000000 | 0.02812500 | 0.02226115 | .02031350 |
| 0.25000000 | HOW | 0.50000000 | 0.02812500 | 0.02226114 | .02031349 |
|  | MIR |  | 0.00000000 | 0.00000000 | |
|  | SAC | 0.00000000 | 0.00000000 | 0.00000000 | |
|  | SAS | 0.00000000 | 0.00000000 | 0.00000000 | |
|  | SCL |  | 0.00000000 | 0.00000000 | |
|  | SKI | 0.00000000 | 0.00000000 | 0.00000000 | |
|  | SOC | 0.00000000 | 0.00000000 | 0.00000000 | |
|  | SUT | 0.00000000 | 0.00000000 | 0.00000000 | |
|  | SUZ |  | 0.00000000 | 0.00000000 | |
| 0.50000000 |  | 1.00000000 | 0.05625000 | 0.04452229 | .04062699 |

RI:
ORRI:

| CFB | Name | Beneficial Interest | RI | ORRI |
|---|---|---|---|---|
|  | EJS |  | 0.00000000 | 0.00000000 |
|  | HOW |  | 0.00000000 | -0.00000001 |
|  | MIR |  | 0.00000000 | 0.00000000 |
|  | SAC |  | 0.00000000 | 0.00000000 |
|  | SAS |  | 0.00000000 | 0.00000000 |
|  | SCL |  | 0.00000000 | 0.00000000 |
|  | SKI |  | 0.00000000 | 0.00000000 |
|  | SOC |  | 0.00000000 | 0.00000000 |
|  | SUT |  | 0.00000000 | 0.00000000 |
|  | SUZ |  | 0.00000000 | 0.00000000 |
| 0.00000000 |  | 0.00000000 | 0.00000000 | -0.00000001 |

| CHANGE OF INTEREST | | | | | |
|---|---|---|---|---|---|
| COMPANY DECK | | **SKC** | | | 2ND GS |
| Expense: | | | | | |
| Revenue: | XXXXXXXXXXXXX | | | Date: | 03/27/07 |
| | | | | By: | KS |
| | | | | Original MG: | |
| Well: | Droke "A" #1 | | | CC: | TH Filing Cabinet |
| Prospect/Field: | Mary Blevins Water Flood Unit | | | | Well File |
| Co., State: | Smith Co., TX | | | | |
| Operator: | Harmon Operating Company | | | Approval: | |
| Payor: | Harmon Operating Company | | | TA | |
| EFFECTIVE: | January 2007 Production | | | | |

| OWNER CODE | NAME | DECIMAL FROM | DECIMAL TO | TYPE OF INTEREST |
|---|---|---|---|---|
| | Net Revenue Interest | | | |
| SKLA01 | Sklarco, L.L.C. | 0.04470350 | 0.04114782 | NRI |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| COMMENTS: | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| ACCOUNTING | | |
|---|---|---|
| Deck Entered by: _____ | Date: | _____ |
| Accounting Deck Provided to: Land _____ DB: _____ | Date: | _____ |

## CHANGE OF INTEREST

| COMPANY DECK: | SKC | | | | 2nd GS |
|---|---|---|---|---|---|
| REV: XXXXXXX | EXP: | | | | |
| Well Name: | **Droke "A" #1** | | | Date: | 05/14/04 |
| | **Mary Blevens Water Flood Unit** | | | By: | KR |
| Prospect/Field: | Mary Blevens | | | CC: | TA, DB, ACCT |
| Co., State: | Smith Co., Texas | | | Approval: | |
| Operator: | Goodrich Petroleum | | | TA | |
| Payor: | Goodrich Petroleum | | | DB | |

| OWNER CODE | NAME | DECIMAL FROM | DECIMAL TO | TYPE OF INTEREST |
|---|---|---|---|---|
| | **REVENUE INTEREST** | | | |
| | | | | |
| SKLA01 | Sklarco, LLC | 0.04062699 | 0.04470350 | NRI |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| COMMENTS: | **Please see attached memo.** | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Deck Entered by: _____     Date: _____

Accounting Deck Provided to: Land _____ DB: _____     Date: _____

**Kimr**

| | |
|---|---|
| **From:** | Ty |
| **Sent:** | Wednesday, May 12, 2004 10:16 AM |
| **To:** | Tera |
| **Cc:** | Kimr |
| **Subject:** | Goodrich Petroleum - Paluxy B Sand Unit, Mary Blevens Water Flood Unit |

Ladies:

Goodrich Petroleum began operation under the referenced water flood effective September, 2003, per correspondence from Goodrich's office.  The following wells, under which Sklarco L.L.C. is a working interest owner, were included in the waterflood unit.

> Droke 1
> Droke A-1
> Holder #1

Expenses are JIB under Paluxy B Sand Unit which should not be confused with JO'B's West Tyler Paluxy B Sand Unit.

Revenue is reported on a well basis (Droke 1, Droke A-1 and Holder #1).

Our working interest in the Water Flood Unit is    0.05625000        WI

Our Net Revenue Interest in the Unit (reported well by well) is           0.04470350        NRI

I am still waiting on back-up to be provided by Goodrich's office, however the numbers provided in this e-mail are correct per my discussions with Jimmy Marston and per the information in our files.

Ty



GOODRICH OIL CO. – Droke "A" #1
Mary Blevins Field
Smith County, Texas

SKLAR & PHILLIPS OIL CO.

P. O. BOX 3735
SHREVEPORT, LOUISIANA 71133-3735

SPECIAL HANDLING ADDRESS:
2925 MANSFIELD ROAD
SHREVEPORT, LA 71103-3646

August 31, 1995

TELEPHONE (318) 222-1800
FAX (318) 424-1257

Mr. David W. Hall
Brammer Engineering, Inc.
333 Texas Street, Suite 1325
Shreveport, Louisiana   71101-5323

> Re:   Goodrich Oil Company - Droke "A" #1
>        Mary Blevins Field
>        Smith County, Texas

Dear Mr. Hall:

Enclosed is Authority for Expenditure for the subject well which has been executed on behalf of S & P Co.

Very truly yours,


Fran Bailey
Land Department

/fb
Enclosure (1)

# B R A M M E R
# E N G I N E E R I N G
## —— INC. ——
Petroleum Engineering Services
Oil & Gas Operations

333 Texas Street, Suite 1325
Shreveport, LA 71101-5323

Office Phone (318) 429-2345
FAX No. (318) 429-2340

August 30, 1995

Working Interest Owners

RE:   Goodrich Oil Company - Droke "A" #1
      Mary Blevins Field
      Smith County, Texas

Gentlemen:

Enclosed for your review and execution in duplicate is a drilling and completion AFE for the subject well, and a prebill reflecting your proportionate share of the drilling costs for same.

The location is now under construction and a rig is scheduled to move in around September 10th. Due to the rig schedule, please return your executed AFE as soon as possible and your check for your proportionate share of the estimated drilling costs at your earliest convenience. If you have any questions, please advise.

Sincerely,

David W. Hall

DWH:gp

Enclosures

*Serving the Oil & Gas Industry since 1968...*

BRAMMER ENGINEERING, INC.

AUTHORITY FOR EXPENDITURE
(AFE)

Return this Copy

| | | | |
|---|---|---|---|
| OPERATOR AND WELL: | **Goodrich Oil Co.- Droke "A" #1** | DATE: | 8/29/95 |
| LOCATION: | **R. G. Saunders A-871 Survey** | DO NUMBER: | 7747 |
| PARISH: | **Smith** STATE: **Texas** | FIELD: | **Mary Blevins** |
| PROPOSED TD: | 7675' OBJECTIVE HORIZON: Paluxy | | |
| LOGS: | DISFL/Sonic/Rwa/GR/Caliper; LDT/ML/GR; Dipmeter | MUD LOGGER: | Install @ 4500' |
| CORES: | Sidewall Only | PREPARED BY: | David W. Hall |

| Classification of Account          *Items Included in Turnkey | DRILLING | COMPLETION | |
|---|---|---|---|
| INTANGIBLE DRILLING & COMPLETION | | | |
| 001  Surveying & Permits | $1,000 | | |
| 002  Land/Legal/Title | 5,000 | | |
| 003  Location Preparation & Damages | 20,000 | $8,000 | |
| 004  Restore Location | 4,000 | | |
| 005  Water Well or Supply | * | | |
| 006  Rig Mob/Demob | * | | |
| 007  Drilling Cost              Turnkey | 147,000 | | |
| 008  Day Work Cost | 2,000 | 3,500 | |
| 009  Fuel/Power | * | | |
| 010  Drilling Equipment and Tool Rental | * | | |
| 011  Directional Tools & Services | | | |
| 012  Fishing Tools | | | |
| 013  Bits | * | 500 | |
| 014  Drilling Mud & Chemicals | * | | |
| 015  Mud System Equipment Rental | | | |
| 016  Casing Crews & Tools | * | 4,000 | |
| 017  Casing Hardware/Liner Hanger | * | 2,500 | |
| 018  Cement & Cement Service | * | 12,000 | |
| 019  Contract Labor | * | 3,500 | |
| 020  Cores & Core Analysis | 3,000 | | |
| 021  Mud Logging Unit          8 Days | 5,500 | | |
| 022  Drill Stem Tests          1 included | 7,000 | | |
| 023  Well Surveys & Logging | 16,000 | 4,500 | |
| 024  Completion Rig & Equipment | | 15,000 | |
| 025  Comp/WO Equipment & Tool Rental | | 2,000 | |
| 026  Comp Fluids | | 1,500 | |
| 027  Perforate/Set Packers, Etc. | | 5,000 | |
| 028  Permanent Packers | | | |
| 029  Test Pipe | | 2,000 | |
| 030  Stimulation, Etc. | | | |
| 031  GPM/Well Test | | 1,000 | |
| 032  Non-Controlled Conn., Etc. | | 18,000 | |
| 033  Set Surface Equipment | | 16,000 | |
| 034  Lay Flowline | | | |
| 035  Fluids/Cuttings Disposal | 6,000 | 1,000 | |
| 036  Tugs/Boats/Barges | | | |
| 037  Trucking/Dock Service | * | 3,000 | |
| 038  Communication | 500 | 500 | |
| 039  Geological & Engineering | 3,500 | 6,000 | |
| 040  Overhead Expense | 2,500 | 2,000 | |
| 041  Insurance | 3,000 | | |
| 042  Plug & Abandon | 2,000 | | |
| 043  Miscellaneous & Unforeseen | 5,000 | 8,500 | |
| TOTAL INTANGIBLE DRILLING & COMPLETION | $233,000 | $120,000 | |
| WELL AND LEASE EQUIPMENT | | | |
| 044  Casing:  Conductor:          If required by contractor | * | | |
| 045          Surface:          800' - 8 5/8", 24#, J-55, STC | * | | |
| 046          Production:       7675' - 5 1/2", 17#, J-55, LTC | | $40,000 | |
| 047          Intermediate: | | | |
| 048          Liner: | | | |
| 049  Tubing                  7675' - 2 3/8", 4.7#, J-55, EUE | | 21,000 | |
| 050  Sucker Rods | | 11,000 | |
| 051  Subsurface Equipment | | 8,000 | |
| 052  Wellhead Equipment | $1,000 | 8,000 | |
| 053  Artificial Lift Equipment & Engine | | 35,000 | |
| 054  Lease Tanks              3--300's | | 11,000 | |
| 055  Separators, Heaters, Meter Run, Etc. | | 0 | |
| 056  Dehydrator/Treater | | 8,000 | |
| 057  Flowline | | | |
| 058  Other | | | |
| TOTAL WELL AND LEASE EQUIPMENT | $1,000 | $142,000 | |
| TOTAL DRILLING AND COMPLETION COST | $234,000 | $262,000 | |

This AFE is an estimate of costs only and the actual costs may be less or greater than stated.

| | DRLG | COMP |
|---|---|---|
| DRLG & COMP INTEREST | .16500000 | .16500000 |
| DRLG & COMP EST COST | $38,610.00 | $43,230.00 |
| EST TOTAL COST: | | $81,840.00 |

APPROVED:  S & P Company

By: _____

ROBERT MERRILL, OPERATIONS MANAGER

DATE:  8/31/95

Rec'd
8/31/95

10/10/2007  01:56 pm
Company:00SKC

Sklarco, LLC
Cash Flow By Lease
Detail  thru 10/10/2007
Property for PALU01 thru PALU01

*Goodrich &*
*HARNAN*

Page    1

| Pd/Billed | GROSS | TAXES | OTHER | WITHHOLD | OPERATING | Description | Other Exp | NET PAYOUT |
|---|---|---|---|---|---|---|---|---|
| PALU01 | Paluxy B Sand Unit #1 | | | | | | | |
| 06/2004 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 70.07- | |
| | | | | | | IDC | 8,397.15- | |
| | | | | | | ICC | 2,273.18- | |
| | | | | | | TANGIBLE | 2,396.81- | 13,137.21- |
| 07/2004 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 8.53- | |
| | | | | | | IDC | 6,814.42- | |
| | | | | | | ICC | 6,985.34- | |
| | | | | | | TANGIBLE | 2,193.73- | 16,002.02- |
| 08/2004 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 24.70- | |
| | | | | | | ICC | 140.50- | |
| | | | | | | TANGIBLE | 10.85- | 176.05- |
| 10/2004 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 974.16- | 974.16- |
| 11/2004 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 15.24- | 15.24- |
| 12/2004 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | IDC | 971.71- | |
| | | | | | | ICC | 129.47- | 1,101.18- |
| 01/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 86.22- | 86.22- |
| 05/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ICC | 118.94- | 118.94- |
| 06/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 13.84- | |
| | | | | | | IDC | 75.78- | 89.62- |
| 07/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 138.19- | |
| | | | | | | ICC | 168.32- | |
| | | | | | | TANGIBLE | 576.59 | 270.08 |
| 08/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ICC | 1,759.88- | |
| | | | | | | TANGIBLE | 151.98- | 1,911.86- |
| 10/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 1,245.45- | |
| | | | | | | ICC | 2,111.20- | |
| | | | | | | TANGIBLE | 123.08- | 3,479.73- |
| 11/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 69.12- | |
| | | | | | | ICC | 254.72- | |
| | | | | | | TANGIBLE | 240.03- | 563.87- |
| 12/2005 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 63.63- | |
| | | | | | | ICC | 170.59- | |
| | | | | | | TANGIBLE | 280.91- | 515.13- |
| 01/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 1,877.23- | |
| | | | | | | ICC | 1,670.73- | |
| | | | | | | TANGIBLE | 261.31- | 3,809.27- |
| 02/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 99.22- | |
| | | | | | | IDC | 4.39- | |
| | | | | | | ICC | 614.95- | 718.56- |
| 03/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 166.33- | 166.33- |
| 04/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 126.63- | |
| | | | | | | IDC | 55.56- | |
| | | | | | | ICC | 195.05- | |
| | | | | | | TANGIBLE | 71.30- | 448.54- |
| 05/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 167.56- | |
| | | | | | | IDC | 2.02- | |
| | | | | | | ICC | 132.72 | 36.86- |
| 06/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 95.63- | 95.63- |
| 07/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 101.51- | |
| | | | | | | ICC | 41.31- | 142.82- |
| 08/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 137.91- | 137.91- |
| 09/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 161.55- | 161.55- |
| 10/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 391.57- | |
| | | | | | | IDC | 6.98- | |
| | | | | | | ICC | 6.98- | 405.53- |
| 11/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 346.26- | 346.26- |
| 12/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 441.05- | 441.05- |
| 02/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 89.75- | 89.75- |
| 03/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 111.47- | |
| | | | | | | ICC | 193.75- | 305.22- |
| 04/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 2,361.40- | 2,361.40- |
| 05/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 1,354.59- | 1,354.59- |
| 06/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 2,782.14- | |
| | | | | | | LHC | 6.75- | |
| | | | | | | ICC | 74.91- | |
| | | | | | | TANGIBLE | 2,358.02- | 5,221.82- |

Sklar oco LLC
Cash Flow By Lease
Detail thru 10/10/2007
Property for PALU01 thru PALU01

| Pd/Billed | GROSS | TAXES | OTHER | WITHHOLD | OPERATING | Description | Other Exp | NET PAYOUT |
|---|---|---|---|---|---|---|---|---|
| PALU01 | Paluxy B Sand Unit #1 | | (Continued) | | | | | |
| 07/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 1,661.00- | |
| | | | | | | LHC | 1.21- | 1,662.21- |
| Curr TOT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 15,181.95- | |
| | | | | | | LHC | 7.96- | |
| | | | | | | IDC | 16,328.01- | |
| | | | | | | ICC | 16,777.10- | |
| | | | | | | TANGIBLE | 7,511.43- | 55,806.45- |
| | | | | | | | | |
| **Totals For Above Properties:** | | | | | | | | |
| Total | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LOE | 15,181.95- | |
| | | | | | | LHC | 7.96- | |
| | | | | | | IDC | 16,328.01- | |
| | | | | | | ICC | 16,777.10- | |
| | | | | | | TANGIBLE | 7,511.43- | 55,806.45- |

COPY

| | | | |
|---|---|---|---|
| AFE | | PLAN | |
| SUBMITTAL NO. | | FILE REFER: | |

DATE RECEIVED: 3-23-07

RESP. DUE DATE: 4-21-07

COUNTY: Smith          STATE: Texas

ACREAGE: Mary Blevins Waterflood
Mary Blevins Field
Smith County, TX

original in
Paluxy "B" file

SUBMITTED BY: Culver Oil & Gas, L.P.

ADDRESS: P.O. Box 7666
Tyler, TX 75711

TELEPHONE: 903-582-7993

PROPOSAL: Offer to Purchase Interest
See letter for their method of calculating value.

**LAND DATA**

TYPE
STATUS          SUBJECT TO:
MI:
GWI:
NRI: .05625000

Re A-1
#114782
NRI wke & Paulway B
.08243911
3rd berry
.04029072

COMMENTS: $110,183°° is being offered
for our third
there were 4 wells + PER
Holder was Plugged

* The
Decimals
reported are
termed
correctd.

**GEOLOGICAL REVIEW and COMMENTS**
Maybe we should talk to Robert
McGowan about this asking - but his earlier
analysis says we should stay put, CJG

**ENGINEERING REVIEW and COMMENTS**
ROBERT McGOWAN SAID FAIR VALUE
FOR PRIMARY, BUT UNDERVALUED IF
THEY WATERFLOOD. PROJECTIONS ATTACHED.

**FINAL DISPOSITION**
DO NOT SELL. DAB

Howard (>$2000)

**FINAL DISTRIBUTION**                    **OTHER**

LAND – ORIG.

KIM – COPY

ACCOUNT – COPY



**CULVER OIL & GAS L.P.**

March 21, 2007

To the Working Interest Owners
In the Mary Blevins Field

RE:   Mary Blevins Field
      Smith County, Texas

Gentlemen:

This letter is to update you as to the recent changes from my last letter dated March 6, 2007. After obtaining the files from Goodrich, we determined there was still a mistake in the pay deck. This was brought to Goodrich's attention and they have now made the necessary corrections. The top portion (Part A) of Attachment A reflects your new corrected decimal on the Droke A-1. In all other wells, there are no changes.

Another change in plans has been that Goodrich Petroleum desired to do the post-closing adjustments 90 days after the January 2007 closing date, which effectively will result in their distributing oil production runs for January and February 2007. In my earlier letter, I indicated that Harman would be making these payments and making the adjustments for the new corrected division of interest; however, Goodrich plans to make these corrections for January and February production runs so it will not be necessary for Harman Operating Company to deal with any of the past overpayments to the working interest owners. At this juncture, Harman Operating Company will make its initial production payments to you for March 2007 oil production with the new corrected decimal. It is still Goodrich's plan to forego any claims of overpayments that have been made to the working interest owners (prior to January 2007.) I apologize for the confusion in this matter.

As a result of the change in ownership and operations, I have been contacted by several of the working interest owners requesting that Culver/Harman make an equivalent offer to acquire some of the others' working interest ownership. Because this was a like-kind exchange of properties (1031 Property Swap), neither Culver/Harman nor Goodrich ever agreed as to a set value for either property. We have access to our assumptions for the trade; therefore, in order to accommodate these requests, we decided to submit to you our offer based on the parameters that we used and were formulated based upon data furnished to us by Goodrich for the first 11 months of 2006 (January through November). This kind of analysis likewise allows the individual owners to verify the validity of our assumptions, recognizing that your 2006 income must be adjusted for the incorrect decimal. These decimals were furnished to you in our March 6, 2007 letter for the Droke A-1, Paluxy B, Droke and Bradberry. The Droke A-1 well decimal has been revised from our March 6 letter on Attachment A (Part A) to this letter.

The Culver/Harman analysis was made utilizing various parameters taken from Goodrich's joint interest billing accounting data and adjusted as follows:

P.O.Box 7666 • Tyler, TX 75711 • Office: 903-592-7993 • Fax: 903-597-6850
James D. Culver, Home: 903-561-8366

1) For the 11-month period of 2006, the average Nymex price for WTI oil was $66.59. After adjustments for the oil gravity during this 11-month period, the average price received by the working interest owners in the Mary Blevins Field was approximately $52.82. We used this as our project pricing forecast. Currently, this is approximately 10% high to the crude markets.

2) The average sales volume for the 11-month period was 66.35/BPD, which is approximately 10% higher than the current production of 60/BPD. We have utilized last year's production as our projected volume.

3) The operating expenses reflect the 11-month average from actual joint interest billings. We used the same expenses without escalation.

These parameters resulted in a net cash flow to 100% of the working interest of $48,970/mo.

We are submitting to each of the working interest owners a price predicated on this cash flow times 40 months. On Part B of Attachment A, we have indicated the amount we are willing to pay for your share which is based on the above assumptions and has been adjusted for the newly revised decimals shown on the top portion of Attachment A. These should be consistent with your next check from Goodrich. We feel that this is a good offer and it is representative of our trade with Goodrich. In the event you feel our offer is incorrect in any way or we have the wrong interest, please advise us and we will be happy to discuss this matter with you.

This offer will be good for a period of 30 days from the date of this letter with said sale being effective April 1, 2007. Please indicate in the space provided below your intent as to your desire to sell your interest to the Culver/Harman group or keep your interest. If there are any questions, please feel free to contact me or Matt Culver at (903)592-7993. Please return a copy of this letter advising us of your election. For those interests desiring to sell, we will prepare the necessary assignments for the execution of this transaction.

Yours very truly,

James D Culver

JAMES D. CULVER

JDC/clb

Attachment

~~_____ I agree to sell my interest per the Attachment A.~~

___V___ I elect to keep my interest.

SKLARCO L.L.C.

BY: David A Barlow
Printed name of Company Representative Making Election
DAVID A. BARLOW
V. P. - C.P.O.

Mary Blevins Unit - Attachment A
Purchase Calculations
SKLARCO LLC

**Part A:**

| | Droke A-1 | | Paluxy B well | |
|---|---|---|---|---|
| | Working Int Decimal | NRI Decimal | Working Int Decimal | NRI Decimal |
| | 0.05625000 | 0.04009094 | 0.05625000 | 0.04243917 |

**Part B:**
**Unit net cash flow for the two producing wells:**

**1  Droke-A**

0.05625000 (your decimal) x 75% x $48,970 (net cash flow for the unit attributable to the Droke-A) x 40 months =   $82,637

**2  Paluxy B well**

0.05625000 (your decimal) x 25% x $48,970 (net cash flow for the unit attributable to the Paluxy B) x 40 months =   $27,546

Total offer to purchase your working interest in the Mary Blevins Unit effective April 1, 2007:  $110,183



**CULVER OIL & GAS L.P.**

March 6, 2007

Sklarco L L C
401 Edwards St, Suite 1601
Shreveport La 71101

       RE:  Mary Blevins Paluxy "B" Sand Unit
          Change of Operator/Ownership

Gentlemen:

  Effective January 1, 2007, the working interest formerly owned by Goodrich Petroleum Corporation, LLC ('Goodrich'), was acquired by Culver Oil and Gas, LP, and Harman et al located in Tyler, Texas, (the 'Culver/Harman group'.)  The Paluxy "B" sand unit will be operated by Harman Operating Company, Inc., 121 S. Broadway, Suite 757, Tyler, Texas 75702.  This acquisition occurred via a property swap for lease acreage owned by the Culver/Harman group in exchange for the 51.89% working interest in the Paluxy "B" unit owned by Goodrich.

  As you are aware by previous letter notification from Mr. Jimmy Marston, III, dated February 28, 2007 (a copy of said letter attached hereto), Goodrich had mistakenly paid all of the non-operator working interest owners based on incorrect decimals caused by a misallocated royalty and overriding royalty interest.  The net effect being that your interest was overpaid at Goodrich's expense.  However, Goodrich has informed us that they have decided not to seek a recoupment of the overpaid funds, which go back several years, representing a sizeable overpayment amount to the non-operating working interest owners.

  Goodrich furnished us with a corrected ownership deck with a list of working interest ownership decimals along with corresponding net revenue decimals for each owner in each of the unit wells.  The field production is still being accounted for on a well by well basis rather than a unit because there exists a large non-unitized royalty owner in two of the unit wells.  I attached a table (Attachment 'A') for you reflecting your working interest decimal and income decimal for each well showing both the old incorrect decimals along with the new corrected decimals.  You will note there is no change in your working interest decimal, only your net revenue decimal.  This new

corrected pay deck was furnished to us by Goodrich's Mr. Marston. Should there be any questions regarding the details about the change, you will need to contact Mr. Marston.

Since the exchange transaction had not been finalized in February 2007, Goodrich paid all January 2007 income to the working interest owners under the incorrect decimal. Harman Operating Company will be making adjustments for the incorrect 2007 payments from your next revenue check. New division orders are being prepared and will be sent to you in the very near future. Once you receive, sign and return the division orders to Harman Operating Company, your account will be placed in a pay status. Your immediate attention in handling the forthcoming division orders will allow us to quickly release your interest from suspense.

Once again, I emphasize that any questions regarding the change in decimals should be directed to Mr. Marston and any questions as to our acquisition may be addressed to either me, James Culver at (903)592-7993 or Mr. Tom Harman at (903)595-2691.

Yours very truly,

JAMES D. CULVER

JDC/clb

Attachments

Cc: Mr. Jimmy Marston

Mary Blevins Waterflood

WI regarded on Unit Basis

Reserve reported on Well/Tract Basis

Effective January, 2007 (included)

√ Drake A-1
From                    to
.04470350          ~~.04470350~~  .04114782

√ Bookway B
From                    to
.04470350          .04243917                    (Holden)

√ Drake   13458
From                    to
.04470350          .04243917

√ Bradbury
From
.04470350          .04029022

Operator Change from
Goodrich Petroleum Corporation

to
Harness Operating Company
Culver Oil & Gas C.P.

1/2007

## CHANGE OF INTEREST
## SKC

**1ST & 2ND Yellow Sheet**
**KR**

Well: | Droke 1
**Mary Blevens Water Flood Unit**
Operator: Goodrich Petroleum
Payor: Goodrich Petroleum

Field: Mary Blevens
County: Smith
State: TX
Additional Info: 50% Sklarco
CFB Page: 2-1233

GWI: **0.05625000**
NRI: **0.04470350**

Approval TA:
Approval DB:
Original Acct:

| CFB | Name | Beneficial Interest | GWI | NRI |
|---|---|---|---|---|
| | EJS | 0.50000000 | 0.02812500 | 0.02235175 |
| | HOW | 0.50000000 | 0.02812500 | 0.02235175 |
| | MIR | | | |
| | SAC | | | |
| | SAS | | | |
| | SCL | | | |
| | SKI | | | |
| | SOC | | | |
| | SUT | | | |
| | SUZ | | | |
| 0.00000000 | | 1.00000000 | 0.05625000 | 0.04470350 |

| **Accounting Only** | | |
|---|---|---|
| Deck Entered by: _____ | Date: _____ | |
| Accounting Deck Provided to: Land _____ DB: _____ | Date: _____ | |

Well: Droke 1

Operator: Goodrich Petroleum
Payor: Goodrich Petroleum
GWI: 0.05625000
NWI: 0.04570313

Field: Mary Blevins
County: Smith
State: TX
Additional Info: 50% Sklarco
2-1233

| CFB | Name | Beneficial Interest | GWI | NWI | NRI |
|---|---|---|---|---|---|
| 0.25000000 | EJS | 0.50000000 | 0.02812500 | 0.02285157 | .02031350 |
| 0.25000000 | HOW | 0.50000000 | 0.02812500 | 0.02285156 | .02031349 |
|  | MIR |  | 0.00000000 | 0.00000000 |  |
|  | SAC | 0.00000000 | 0.00000000 | 0.00000000 |  |
|  | SAS | 0.00000000 | 0.00000000 | 0.00000000 |  |
|  | SCL |  | 0.00000000 | 0.00000000 |  |
|  | SKI | 0.00000000 | 0.00000000 | 0.00000000 |  |
|  | SOC | 0.00000000 | 0.00000000 | 0.00000000 |  |
|  | SUT | 0.00000000 | 0.00000000 | 0.00000000 |  |
|  | SUZ |  | 0.00000000 | 0.00000000 |  |
| 0.50000000 |  | 1.00000000 | 0.05625000 | 0.04570313 | .04062699 |

RI:
ORRI:

| CFB | Name | Beneficial Interest | RI | ORRI |
|---|---|---|---|---|
|  | EJS |  | 0.00000000 | 0.00000000 |
|  | HOW |  | 0.00000000 | -0.00000001 |
|  | MIR |  | 0.00000000 | 0.00000000 |
|  | SAC |  | 0.00000000 | 0.00000000 |
|  | SAS |  | 0.00000000 | 0.00000000 |
|  | SCL |  | 0.00000000 | 0.00000000 |
|  | SKI |  | 0.00000000 | 0.00000000 |
|  | SOC |  | 0.00000000 | 0.00000000 |
|  | SUT |  | 0.00000000 | 0.00000000 |
|  | SUZ |  | 0.00000000 | 0.00000000 |
| 0.00000000 |  | 0.00000000 | 0.00000000 | -0.00000001 |

| CHANGE OF INTEREST | | | | |
|---|---|---|---|---|
| **COMPANY DECK** | **SKC** | | | 2ND GS |
| Expense: | | | | |
| Revenue: | XXXXXXXXXXXXX | | Date: | 03/27/07 |
| | | | By: | KS |
| | | | Original MG: | |
| Well: | **Droke #1** | | CC: | TH Filing Cabinet |
| Prospect/Field: | **Mary Blevins Water Flood Unit** | | | Well File |
| Co., State: | Smith Co., TX | | | |
| Operator: | Harmon Operating Company | | Approval: | |
| Payor: | Harmon Operating Company | | TA | |
| EFFECTIVE: | **January 2007 Production** | | | |

| OWNER CODE | NAME | DECIMAL FROM | DECIMAL TO | TYPE OF INTEREST |
|---|---|---|---|---|
| | **Net Revenue Interest** | | | |
| | | | | |
| SKLA01 | Sklarco, L.L.C. | 0.04470350 | 0.04243917 | NRI |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **COMMENTS:** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| ACCOUNTING | |
|---|---|
| Deck Entered by: _____ | Date: _____ |
| Accounting Deck Provided to: Land _____ DB: _____ | Date: _____ |

# CHANGE OF INTEREST

| COMPANY DECK: | **SKC** | | | | 2nd GS |
|---|---|---|---|---|---|
| REV: XXXXXXXX | EXP: | | | Date: | 05/14/04 |
| Well Name: | **Droke #1** | | | By: | KR |
| | **Mary Blevens Water Flood Unit** | | | CC: | TA, DB, ACCT |
| Prospect/Field: | Mary Blevens | | | | |
| Co., State: | Smith Co., Texas | | | Approval: | |
| Operator: | Goodrich Petroleum | | | TA | |
| Payor: | Goodrich Petroleum | | | DB | |

| OWNER CODE | NAME | DECIMAL FROM | DECIMAL TO | TYPE OF INTEREST |
|---|---|---|---|---|
| | **REVENUE INTEREST** | | | |
| | | | | |
| SKLA01 | Sklarco, LLC | 0.04062699 | 0.04470350 | NRI |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| COMMENTS: | **Please see attached memo.** | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Deck Entered by: _____          Date: _____

Accounting Deck Provided to: Land _____ DB: _____          Date: _____

**Kimr**

| | |
|---|---|
| **From:** | Ty |
| **Sent:** | Wednesday, May 12, 2004 10:16 AM |
| **To:** | Tera |
| **Cc:** | Kimr |
| **Subject:** | Goodrich Petroleum - Paluxy B Sand Unit, Mary Blevens Water Flood Unit |

Ladies:

Goodrich Petroleum began operation under the referenced water flood effective September, 2003, per correspondence from Goodrich's office. The following wells, under which Sklarco L.L.C. is a working interest owner, were included in the waterflood unit.

> Droke 1
> Droke A-1
> Holder #1

Expenses are JIB under Paluxy B Sand Unit which should not be confused with JO'B's West Tyler Paluxy B Sand Unit.

Revenue is reported on a well basis (Droke 1, Droke A-1 and Holder #1).

Our working interest in the Water Flood Unit is    0.05625000    WI

Our Net Revenue Interest in the Unit (reported
well by well) is                                0.04470350    NRI

I am still waiting on back-up to be provided by Goodrich's office, however the numbers provided in this e-mail are correct per my discussions with Jimmy Marston and per the information in our files.

Ty



GOODRICH OIL COMPANY - DROKE #1
Mary Blevins Field
Smith County, Texas

# B R A M M E R
# E N G I N E E R I N G
### ———— INC. ————

Petroleum Engineering Services
Oil & Gas Operations

333 Texas Street, Suite 1325
Shreveport, LA 71101-5323

Office Phone (318) 429-2345
FAX No. (318) 429-2340

April 3, 1995

**TO WORKING INTEREST OWNERS**

Re:    Goodrich Oil Company - Droke #1 Well
         Hitts Lake Prospect
         Smith County, Texas

Dear Owners:

The Goodrich Oil Company - Droke #1 Well will be drilled in accordance with the terms of the Operating Agreement dated December 17, 1993, covering the Holder #1 Well. Enclosed to each of you is a Revised Exhibit "A" setting forth the interests in the Droke #1 Well. Please add this Revised Exhibit "A" to your file.

To those owners whose interest changed, we have also enclosed duplicate sets of signature and acknowledgment pages and ask that you please execute one set and return them to us at your earliest opportunity.

Thank you for your assistance with this matter. Please feel free to call should you have any questions.

Yours truly,

W. Taylor May

WTM/stm

Enclosure

D:\LAND\CLIENTS\GOODROKE\OALTR.DOC

*Serving the Oil & Gas Industry since 1968...*

Attached to and made a part of that certain Operating Agreement dated December 17, 1993, by and between BRAMMER ENGINEERING, INC., as Operator, and L. R. BRAMMER, JR., et al, as Non-Operators, covering the Goodrich Oil Company - Holder #1 Well, Hitts Lake Prospect, Smith County, Texas.

---

**REVISED EXHIBIT "A"**
**for GOC - Droke #1 Well**
(Revised 4/3/95)

## I.    LANDS COVERED BY THIS AGREEMENT:

That certain area comprised of portions of the Isam Strong Survey, A-1103, the J. E. Secrest Survey, A-894, the R. G. Saunders Survey A-871, and the William P. Stapp Survey, A-943 all as more clearly depicted on the plat attached hereto as Exhibit "A-1", Smith County, Texas.

## II.    DEPTH RESTRICTIONS:  None.

## III.    NAMES, ADDRESSES AND INTERESTS OF THE PARTIES:

| Name | Drilling | Completion | Operations BPO | Operations APO |
|------|----------|------------|-----|-----|
| Wayne Creek Resources-C, L.L.C.<br>333 Texas Street, Suite 1325<br>Shreveport, LA  71101 | .01800000 | .01800000 | .01800000 | .01800000 |
| Stuart Oden<br>Post Office Box 1806<br>Shreveport, LA  71162-1806 | | | | .01900000 |
| James G. Marston, III<br>Post Office Box 1932<br>Shreveport, LA  71166 | | | | .01900000 |
| Wallace H. Brown, M.D.<br>c/o Charles L. Williams,CPA<br>3218 Line Avenue, Suite 217<br>Shreveport, LA  71101 | .05700000 | .05700000 | .04750000 | .04309030 |
| Joseph A. Waddell, Jr.<br>406 Travis Street, Suite 900<br>Shreveport, LA  71101 | .00380000 | .00380000 | .00316666 | .00287268 |
| Walter G. Goodrich<br>333 Texas Street, Suite 1350<br>Shreveport, LA  71101 | .01000000 | .01000000 | .01000000 | .02807169 |
| Keith Evans<br>333 Texas Street, Suite 1325<br>Shreveport, LA  71101 | .00420000 | .00420000 | .00420000 | .00420000 |

| Name | Drilling | Completion | Operations BPO | Operations APO |
|------|----------|------------|-----|-----|
| Michael Watts<br>333 Texas Street, Suite 1350<br>Shreveport, LA  71101 | .00475000 | .00475000 | .00475000 | .02330900 |
| W. Taylor May<br>333 Texas Street, Suite 1325<br>Shreveport, LA  71101 | .00420000 | .00420000 | .00420000 | .00420000 |
| Roland Frautschi<br>333 Texas Street, Suite 1350<br>Shreveport, LA  71101 | | | | .01900000 |
| S & P Company<br>Post Office Box 3735<br>Shreveport, LA  71133-3735 | .16500000 | .16500000 | .15000000 | .11250000 |
| J. Aron & Company, Inc.<br>336 Magazine Street<br>New Orleans, LA  70130 | .12350001 | .12350001 | .12350001 | .11609000 |
| Robert Aron<br>336 Magazine Street<br>New Orleans, LA  70130 | .02850000 | .02850000 | .02850000 | .02679000 |
| Peter A. Aron<br>336 Magazine Street<br>New Orleans, LA  70130 | .01900000 | .01900000 | .01900000 | .01786000 |
| David Meadows<br>333 Texas Street, Suite 1350<br>Shreveport, LA  71101 | | | | .01900000 |
| Leo Bromberg<br>c/o Goodrich Oil Company<br>Attention:  Roland Frautschi<br>333 Texas Street, Suite 1350<br>Shreveport, LA  71101 | | | | .01500000 |
| Jane B. Bories<br>336 Magazine Street<br>New Orleans, LA  70130 | .04490909 | .04490909 | .04490909 | .04221454 |
| Aaron or Peggy Selber Oil Co.<br>Post Office Box 21830<br>Shreveport, LA  71120 | .04490909 | .04490909 | .04490909 | .04221454 |
| 4 P's Partnership<br>Post Office Box 21830<br>Shreveport, LA  71120 | .01122727 | .01122727 | .01122727 | .01055364 |
| Goodrich Energy, Inc.<br>333 Texas Street, Suite 1350<br>Shreveport, LA  71101 | .07795000 | .07795000 | .11258334 | .12423603 |

| Name | Drilling | Completion | Operations BPO | APO |
|------|----------|------------|-----|-----|
| Robert A. Bories<br>336 Magazine Street<br>New Orleans, LA 70130 | .01122727 | .01122727 | .01122727 | .01055364 |
| Bories, Smith & Schleiff<br>336 Magazine Street<br>New Orleans, LA 70130 | .01122727 | .01122727 | .01122727 | .01055364 |
| W. Harold Brown, II<br>c/o Charles L. Williams, CPA<br>3218 Line Avenue, Suite 217<br>Shreveport, LA 71101 | .02850000 | .02850000 | .02375000 | .02154515 |
| Leo Bromberg, Trustee for<br>G & P "F"<br>c/o Goodrich Oil Company<br>Attention: Roland Frautschi<br>333 Texas Street, Suite 1350<br>Shreveport, LA 71101 | .10000000 | .10000000 | .10000000 | .07500000 |
| Rochelle Rand "F"<br>c/o Goodrich Oil Company<br>Attention: Roland Frautschi<br>333 Texas Street, Suite 1350<br>Shreveport, LA 71101 | .10000000 | .10000000 | .10000000 | .07500000 |
| First Australian Resources Inc. "F"<br>c/o Goodrich Oil Company<br>Attention: Roland Frautschi<br>333 Texas Street, Suite 1350<br>Shreveport, LA 71101 | .10000000 | .10000000 | .10000000 | .07500000 |
| Charles Rex Brown<br>c/o Charles L. Williams, CPA<br>3218 Line Avenue, Suite 217<br>Shreveport, LA 71101 | .02850000 | .02850000 | .02375000 | .02154515 |
| Jim Torgerson<br>333 Texas Street, Suite 1325<br>Shreveport, LA 71101 | .00120000 | .00120000 | .00120000 | .00120000 |
| Charles G. Rodman<br>333 Texas Street, Suite 1325<br>Shreveport, LA 71101 | .00120000 | .00120000 | .00120000 | .00120000 |
| Steve G. Moran<br>333 Texas Street, Suite 1325<br>Shreveport, LA 71101 | .00120000 | .00120000 | .00120000 | .00120000 |
| | 1.00000000 | 1.00000000 | 1.00000000 | 1.00000000 |

- - - END OF EXHIBIT "A" - - -

Page 3 of Revised Exhibit "A"
Goodrich Oil Company - Droke #1 Well
Hitts Lake Prospect
Smith County, Texas

P. O. BOX 3735

# S & P Co.
2925 MANSFIELD ROAD
SHREVEPORT, LOUISIANA 71133-3735

PHONE 318 - 222-1800

March 3, 1995

Mr. David W. Hall
Brammer Engineering, Inc.
333 Texas Street, Suite 1325
Shreveport, Louisiana   71101-5323

Re:  Goodrich Oil Company - Droke #1
Mary Blevins Field
Smith County, Texas

Dear Mr. Hall:

Enclosed is S & P Co.'s approved Authority for Expenditure covering drilling and
completion costs for the subject well.

Very truly yours,

Fran Bailey
Land Department

/fb
Enclosure (1)

# BRAMMER
# ENGINEERING
## ─── INC. ──────────────────────────

Petroleum Engineering Services
Oil & Gas Operations

333 Texas Street, Suite 1325
Shreveport, LA 71101-5323

Office Phone (318) 429-2345
FAX No. (318) 429-2340

*Circ. CU*   March 1, 1995

Working Interest Owners

RE:   Goodrich Oil Company - Droke #1
       Mary Blevins Field
       Smith County, Texas

Gentlemen:

Enclosed for your review and execution in duplicate is a drilling and completion AFE for the subject well, and a prebill reflecting your proportionate share of the drilling costs for same.

Please return your executed AFE and your check for your proportionate share of the estimated drilling costs to us at your earliest possible convenience. If you have any questions, please advise.

Sincerely,

*David W. Hall*

David W. Hall

DWH:gp

Enclosures

*Serving the Oil & Gas Industry since 1968...*

# BRAMMER ENGINEERING, C.

## AUTHORITY FOR EXPENDITURE
### (AFE)

| | | | |
|---|---|---|---|
| OPERATOR AND WELL: | **Goodrich Oil Co.- Droke #1** | DATE: | **1/19/95** |
| LOCATION: | **R. G. Saunders A-871 Survey** | DO NUMBER: | **7724** |
| PARISH: | **Smith**    STATE: **Texas** | FIELD: | **Mary Blevins** |
| PROPOSED TD: | **7675'**   OBJECTIVE HORIZON:  Paluxy | | |
| LOGS: | DISFL/Sonic/Rwa/GR/Caliper; LDT/ML/GR; Dipmeter | MUD LOGGER: | Install @ 4500' |
| CORES: | Sidewall Only | PREPARED BY: | David W. Hall |

| Classification of Account          *Items Included in Turnkey | DRILLING | COMPLETION | |
|---|---|---|---|
| *INTANGIBLE DRILLING & COMPLETION* | | | |
| 001  Surveying & Permits | $1,000 | | |
| 002  Land/Legal/Title | 5,000 | | |
| 003  Location Preparation & Damages | 12,000 | $8,000 | |
| 004  Restore Location | 4,000 | | |
| 005  Water Well or Supply | * | | |
| 006  Rig Mob/Demob | * | | |
| 007  Drilling Cost                 Turnkey | 147,000 | | |
| 008  Day Work Cost | 2,000 | 3,500 | |
| 009  Fuel/Power | * | | |
| 010  Drilling Equipment and Tool Rental | * | | |
| 011  Directional Tools & Services | | | |
| 012  Fishing Tools | | | |
| 013  Bits | * | 500 | |
| 014  Drilling Mud & Chemicals | * | | |
| 015  Mud System Equipment Rental | | | |
| 016  Casing Crews & Tools | * | 4,000 | |
| 017  Casing Hardware/Liner Hanger | * | 2,500 | |
| 018  Cement & Cement Service | * | 12,000 | |
| 019  Contract Labor | * | 3,500 | |
| 020  Cores & Core Analysis | 3,000 | | |
| 021  Mud Logging Unit         8 Days | 5,500 | | |
| 022  Drill Stem Tests          1 included | 7,000 | | |
| 023  Well Surveys & Logging | 16,000 | 4,500 | |
| 024  Completion Rig & Equipment | | 15,000 | |
| 025  Comp/WO Equipment & Tool Rental | | 2,000 | |
| 026  Comp Fluids | | 1,500 | |
| 027  Perforate/Set Packers, Etc. | | 5,000 | |
| 028  Permanent Packers | | | |
| 029  Test Pipe | | 2,000 | |
| 030  Stimulation, Etc. | | | |
| 031  GPM/Well Test | | 1,000 | |
| 032  Non-Controlled Conn., Etc. | | 18,000 | |
| 033  Set Surface Equipment | | 16,000 | |
| 034  Lay Flowline | | | |
| 035  Fluids/Cuttings Disposal | 6,000 | 1,000 | |
| 036  Tugs/Boats/Barges | | | |
| 037  Trucking/Dock Service | * | 3,000 | |
| 038  Communication | 500 | 500 | |
| 039  Geological & Engineering | 3,500 | 6,000 | |
| 040  Overhead Expense | 2,500 | 2,000 | |
| 041  Insurance | 3,000 | | |
| 042  Plug & Abandon | 2,000 | | |
| 043  Miscellaneous & Unforeseen | 5,000 | 8,500 | |
| *TOTAL INTANGIBLE DRILLING & COMPLETION* | $225,000 | $120,000 | |
| *WELL AND LEASE EQUIPMENT* | | | |
| 044  Casing:  Conductor:           If required by contractor | * | | |
| 045          Surface:       800' - 8 5/8", 24#, J-55, STC | * | | |
| 046          Production:    7675' - 5 1/2", 17#, J-55, LTC | | $40,000 | |
| 047          Intermediate: | | | |
| 048          Liner: | | | |
| 049  Tubing              7675' - 2 3/8", 4.7#, J-55, EUE | | 21,000 | |
| 050  Sucker Rods | | 11,000 | |
| 051  Subsurface Equipment | | 8,000 | |
| 052  Wellhead Equipment | $1,000 | 8,000 | |
| 053  Artificial Lift Equipment & Engine | | 35,000 | |
| 054  Lease Tanks            3--300's | | 11,000 | |
| 055  Separators, Heaters, Meter Run, Etc. | | 0 | |
| 056  Dehydrator/Treater | | 8,000 | |
| 057  Flowline | | | |
| 058  Other | | | |
| *TOTAL WELL AND LEASE EQUIPMENT* | $1,000 | $142,000 | |
| *TOTAL DRILLING AND COMPLETION COST* | $226,000 | $262,000 | |

This AFE is an estimate of costs only and the actual costs may be less or greater than stated.

| | DRLG | COMP |
|---|---|---|
| DRLG & COMP INTEREST | .16500000 | .16500000 |
| DRLG & COMP EST COST | $37,290 | $43,230 |
| EST TOTAL COST: | | $80,520 |

APPROVED:  S & P Company

By: _R. M. Merrill_

DATE: 3-3-95        _Dick 3/3/95_

**ROBERT MERRILL, OPERATIONS MANAGER**