**Exhibit 2 to Wardner Joint Operating Agreement - Notice Parties**

| Creditor Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Marathon Oil Company | Dept 0767 | P.O. Box 120767 | Dallas | TX | 75312-0767 |

# CERTIFICATE OF SERVICE

I certify that on February __, 2021, I served a complete copy of the foregoing **MOTION TO ASSUME Wardner Joint Operating Agreement (SKLARCO, LLC)** on the following parties **and those parties included on Exhibit 2 to the Motion** in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Timothy C. Mohan, Esq.
Foley & Lardner, LLP
600 17th Street
Suite 2020 South
Denver, CO 80202

Stoneham Drilling Corporation
(Representative: Heather Stickel)
c/o James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Mesa Fluids, LLC
(Representative: Aaron W. Merrell)
1669 South 580 East
American Fork, UT 84057

TCP Cottonwood, L.P.
(Representative: Kyle C. McInnis)
c/o Eric Lockridge
400 Convention Street
Suite 700
Baton Rouge, LA 70801

Rapad Well Service Company, Inc.
(Representative: Chesley James)
c/o Jeremy Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203-4642

Kelley Brothers Contractors, Inc.
(Representative: Jerry Kelley)
401 County Farm Road
Waynesboro, MS 39367

Baker Hughes Company
(Representative: Christopher J. Ryan)
2001 Rankin Road
Houston, TX 77073

J. Eric Lockridge, Esq.
Kean Miller LLP
400 Convention Street
Suite 700
P.O. Box 3513
Baton Rouge, LA 70802

Bryce A. Suzuki, Esq.
Snell & Wilmer LLP
One Arizona Center
400 E. Van Buren Street
Phoenix, AZ 85004-2202

James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Timothy M. Riley, Esq.
Hopping Green & Sams, P.A.
P.O. Box 6526
Tallahassee, FL 32314

Michel D. Rubenstein, Esq.
Liskow & Lewis
1001 Fannin Street
Suite 1800
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos
Suite 700
Austin, TX 78701

Jeremy L. Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203

Shay L. Denning, Esq.
Thomas H. Shipps, Esq.
Maynes, Bradford, Shipps & Sheftel, LLP
835 East Second Avenue
Suite 123
Durango, CO 81301

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202-1486

Madison Tucker, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, Louisiana 70170

Amy L. Vazquez, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Christopher H. Meredith, Esq.
Copeland Cook Taylor & Bush, P.A.
1076 Highland Colony Parkway
600 Concourse, Suite 200
P.O. Box 6020
Ridgeland, Mississippi 39158-6020

David R. Taggart, Esq.
Bradley Murchison Kelly & Shea, LLC
401 Edwards Street
Suite 1000
Shreveport, Louisiana 71101

Matthew J. Ochs, Esq.
Holland & Hart, LLP
555 Seventeenth Street
Suite 3200
P.O. Box 8749
Denver, CO 80201-8749

Robert Padjen, Esq.
Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Joseph E. Bain, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Barnet B. Skelton, Jr., Esq.
815 Walker
Suite 1502
Houston, TX 77002

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams, LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Michael L. Niles, Esq.
Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
P.O Box 22260
Shreveport, Louisiana 71120-2260

Paul H. Stephenson III, Esq.  
Jim F. Spencer, Jr., Esq.  
Watkins & Eager, PLLC  
P.O. Box 650  
Jackson, Mississippi 39205  

Robert L. Paddock, Esq.  
Buck Keenan, LLP  
2229 San Felipe  
Suite 1000  
Houston, TX 77019  

David M. Miller, Esq.  
Spencer Fane LLP  
1700 Lincoln Street  
Suite 2000  
Denver, CO 80203  

Kevin S. Neiman, Esq.  
Law Offices of Kevin S. Neiman, P.C.  
999 18th Street  
Suite 1230 South  
Denver, CO 80202  

Curtis R. Shelton, Esq.  
Jennifer Norris Soto, Esq.  
Ayres Shelton Williams Benson & Paine, LLC  
333 Texas Street, Suite 1400  
P.O. Box 1764  
Shreveport, Louisiana 71166  

Ryan J. Lorenz, Esq.  
Clark Hill PLC  
14850 North Scottsdale Road  
Suite 500  
Scottsdale, Arizona 85254  

Katherine A. Ross, Esq.  
U.S. Attorney's Office for the  
 District of Colorado  
Assistant United States Attorney  
1801 California Street  
Suite 1600  
Denver, CO 80202  

Stephen K. Lecholop II, Esq.  
Rosenthal Pauerstein, Esq.  
Sandoloski Agather LLP  
755 East Mulberry  
Suite 200  
San Antonio, TX 78212  

John D. Cornwell, Esq.  
Grant M. Beiner, Esq.  
Christopher D. Johnson, Esq.  
Munsch Hardt Kopf & Harr, P.C.  
700 Milam Street  
Suite 2700  
Houston, TX 77002  

Ryan M. Seidemann, Esq.  
Assistant Attorney General  
Civil Division/Lands and Natural Resources  
P.O. Box 94005  
Baton Rouge, Louisiana 70804-9005  

Jennifer J. Hardy, Esq.  
Willkie Farr & Gallagher, LLP  
600 Travis Street  
Houston, TX 77002  

Craig M. Geno, Esq.  
Law Offices of Craig M. Geno, PLLC  
587 Highland Colony Parkway  
Ridgeland, MS 39157  

Armistead M. Long, Esq.  
Gordon Arata Montgomery Barnett  
McCollam Duplantis & Eagan, LLC  
400 East Kaliste Saloon Road  
Suite 4200  
Lafayette, Louisiana 70508  

Brian G. Rich, Esq.  
Michael J. Niles, Esq.  
Berger Singerman LLP  
313 North Monroe Street  
Suite 301  
Tallahassee, FL 32301  

Ryco Exploration, LLC  
401 Edwards Street  
Suite 915  
Shreveport, LA 71101  
ATTN: M. Robin Smith  

Victoria Argeroplos, Esq.  
Jackson Walker LLP  
1401 McKinney Street  
Suite 1900  
Houston, TX 77010

Katherine Guidry Douthitt, Esq.
Blanchard Walker O'Quin & Roberts
P.O. Box 1126
Shreveport, Louisiana 71163

Theodore J. Hartl, Esq.
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202-5596

Belinda Harrison
58 County Road 5033
Heidelberg, MS 39439

Jeff Carruth, Esq.
Weycer Kaplan Pulaski & Zuber, P.C.
11 Greenway Plaza
Suite 1400
Houston, TX 77046

Chris Crowley, Esq.
Feldmann Nagel Cantafio, PLLC
1875 Lawrence Street
Suite 730
Denver, CO 80202

Andrew J. Shaver, Esq.
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203

John H. Smith
Quitman Tank Solutions, LLC
P.O. Box 90
Quitman, MS 39355

Casey C. Breese, Esq.
Welborn Sullivan Meck & Tooley, P.C.
1125 17th Street
Suite 2200 South
Denver, CO 80202

Michael E. Riddick, Esq.
Katherine Guidry Douthill, Esq.
Blanchard Walker O'Quin & Roberts, P.C.
333 Texas Street
Regions Tower
Suite 700
Shreveport, Louisiana 71101

Adam L. Hirsch, Esq.
Davis Graham & Stubbs LLP
1550 Seventeenth Street
Suite 500
Denver, CO 80202

**/s/Vicky Martina**
**Vicky Martina**
**Kutner Brinen PC**