# Sklar Exploration Company L.L.C. - Rejected Contracts - Exhibit 1

| Line # | Contract Description |
|---|---|
| 1 | Amended And Restated Participation Agreement dated effective as of April 8, 2015 covering the Mt. Carmel Prospect, Escambia County, AL and Santa Rosa County, FL, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1982) dated April 8, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators |
| 2 | Participation Agreement covering the Shipps Creek Prospect (Conecuh & Escambia Counties, AL) dated effective as of June 1, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "F" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated June 1, 2012 covering the Shipps Creek Prospect (Conecuh & Escambia Counties, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators |
| 3 | Participation Agreement dated July 1, 2017 covering the South Harmony Prospect, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., as Participant, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1989) dated July 1, 2017, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators |
| 4 | JOA (AAPL 610-1982) attached to and made part of as Exhibit "D" to the Participation Agreement dated May 1, 2009 covering the Latham Prospect in Section 35, Township 2 North, Range 2 West, Baldwin County, Alabama (as identified in Exhibit "A") by and between Sklar Exploration, L.L.C., Sklarco L.L.C., Saye Oil Company and Tedan Exploration Company |
| 5 | JOA (AAPL 610-1982) attached to and made part of as Exhibit "D" to the Participation Agreement dated February 15, 2002 covering the Hodge Prospect in Sections 1, 2, 3, 10, and 11, Township 15 North, Range 3 West, Jackson Parish, Louisiana by and between Sklar Exploration Company L.L.C., Sklarco L.L.C., and Mike Rogers Drilling Co., Inc. |
| 6 | JOA (AAPL 610-1982) attached and made part of as Exhibit "D" to the Participation Agreement dated May 1, 2003 covering the CLapps Creek Glen Rose Prospect, Alabama Ferry Field, Leon County, Texas (as described on Exhibit "A-1") by and between Sklar Exploration Company L.L.C., Sklarco L.L.C., McMurrey exploration & Production, L.L.C., Burk Royalty Co., Ltd., and the Rudman Partnership |
| 8 | JOA (AAPL 610-1982) attached to and made a part of that certain Participation Agreement dated effective as of January 1, 2010, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C. et al., as Participants covering the West Loco Smackover Area, Union Parish, Louisiana |
| 9 | JOA (AAPL 610-1982) dated October 20, 1999, covering the Steeles Creek Prospect, Limestone County, TX, by and between Sklar-Tex L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators |

# Sklar Exploration Company L.L.C. - Rejected Contracts - Exhibit 1

| Line # | Contract Description |
|---|---|
| 10 | JOA (AAPL 610-1982) attached and made a part of Exhibit "D" to the Participation Agreement dated July 1, 2003 covering the Bovina Prospect in Section 5, Township 16 North, Range 5 East, Warren County, Mississippi (as shown on Exhibit "A") by and between Harold D. Baker, Sklarco L.L.C., Winn Exploration Co., Inc., and Sklar Exploration Company L.L.C. |
| 11 | JOA (AAPL 610-1982) dated November 1, 1990, covering Taylor #1, SW Ravana Area, Cass County, TX, Samuel B. Brigham Survey A-45, by and between David Crow, as Operator, and S & P Company et al, as Non-Operators |
| 12 | JOA (AAPL 610-1982) attached to and made a part of as Exhibit "C" that certain Participation Agreement dated effective July 1, 2014 between Harvest Gas Management, LLC, et al, as Sellers, and Sklarco L.L.C., et al, as Buyers, covering the Range Prospect, Conecuh County, Alabama. |
| 13 | JOA (AAPL 610-1989) dated July 15, 2019, covering the Bowdoin Dome Initial Block, Phillips County, Montana, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators |
| 14 | Participation Agreement dated effective as of February 20, 2019 covering the North Pachuta Prospect, Clarke County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (AAPL Form 610-1989) dated February 20, 2019, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators |
| 15 | JOA (AAPL 610-1982) dated March 5, 2003, covering Section 3, T18N, R6W, Bienville Parish, LA (LA Minerals #1 Alt), by and between Cypress Operating, Inc., as Operator, and Sklarco L.L.C., et al., as Non-Operators |
| 16 | Participation Agreement dated effective as of July 1, 2019 covering the Bowdoin Dome Prospect, Phillips and Valley Counties, Montana, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "A" a Restated Farmout Agreement dated effective as of May 21, 2019, by and between Twin Bridges Resources, LLC and Charter Energy Partners, LLC, as Farmees, and Scout Energy Partners II, LP, as Farmor |
| 20 | IADC Drilling Bid Proposal and Daywork Drilling Contract dated September 19, 2019, by and between Sklar Exploration Company L.L.C, as Operator, and Stoneham Drilling Corporation, as Contractor. |
| 22 | Letter Agreement dated September 30, 2019 regarding the Matchbox Prospect, San Jacinto County, Texas, by and between Davis Holdings, LP and Sklarco L.L.C., which includes as Exhibit B an Operating Agreement (AAPL Model Form 610-1982) dated September 30, 2019, by and between Davis Southern Operating Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators. |

# Sklar Exploration Company L.L.C. - Rejected Contracts - Exhibit 1

| Line # | Contract Description |
|---|---|
| 28 | JOA (AAPL 610-1982) dated November 1, 2009, covering the Claude Hayes Unit, Willow Springs Field, Gregg County, TX, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators |
| 29 | Operating Agreement (AAPL Form 610-1989) covering the Bridge Creek Prospect attached and made a part of as Exhibit "D-2" to that Participation Agreement dated effective as of July 1, 2014 covering the Mule Creek and Bridge Creek Prospects, Niobrara County, Wyoming, by and between Sklar Exploration Company L.L.C., as Operator, and G&H Production Company, LLC, et al., as Participants |
| 30 | Operating Agreement (AAPL Form 610-1989) covering the Mule Creek Prospect attached and made a part of as Exhibit "D-1" to that Participation Agreement dated effective as of July 1, 2014 covering the Mule Creek and Bridge Creek Prospects, Niobrara County, Wyoming, by and between Sklar Exploration Company L.L.C., as Operator, and G&H Production Company, LLC, et al., as Participants |
| 33 | JOA (AAPL 610-1982) dated December 15, 2019, covering the E ½ of Section 35 and W ½ of Section 36 (Castleberry Prospect), Township 4 North, Range 10 East, Conecuh County, Alabama, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators |
| 34 | Participation Agreement covering the L-Pond Prospect (Conecuh County, AL) dated effective as of November 7, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 7, 2012 covering the L-Pond Prospect (Conecuh County, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators |
| 35 | JOA (AAPL 610-1982) attached and made part of as Exhibit "C" the Participation Agreement dated June 1, 2014 for the Molly Prospect covering lands described as the Northeast Quarter and the South Half of Section 1 of Township 22 North, Range 6 west; the East Half of Section 12 of Township 22 North, Range 6 West; the South Half of Section 4 of Township 22 North, Range 5 West; the South Half of Section 6 of Township 22 North, Range 5 West; and the north Half of Section 7, 8 and 9 of Township 22 North, Range 5 West, Claiborne Parish, Louisiana between AEEC II, L.L.C., Stephen O. Smith, McCombs Energy, Ltd and Sklarco L.L.C. |
| 36 | JOA (APPL 610-1982) attached and made a part of that certain Participation Agreement dated June 1, 2013 covering the Cardinal Prospect in Lafayette Parish, Louisiana more particularlay described by Exhibit "A" to the Agreement by and between Sklar Exploration Company L.L.C., Sklarco L.L.C., Cypress Drilling LLC, Barbara Callaway Trust IV, Wes-Tex Drilling Company, L.P. McCombs Energy, Ltd., and JJS Working Interests LLC |

# Sklar Exploration Company L.L.C. - Rejected Contracts - Exhibit 1

| Line # | Contract Description |
|---|---|
| 37 | JOA dated March 1, 2016 covering the Chestnut Prospect in Township 13 North, Range 6 West, Section 1, 2, 11, 12, Natchitoches and Winn Parishes, Louisiana; Township 13 North, Range 5 West, Section 5, 6, 7, 8, Winn Parish, Louisiana; Township 14 north, Range 6 West, Section 36, Beinville Parish, Louisiana; Township 14 North, Range 5 West, Section 31, Beinville Parish, Louisiana (more particularly described on the plat designated as Exhibit "A-2") by and between Sklar Exploration Company, L.L.C., and Sklarco L.L.C., et al., Non-Operators |
| 38 | JOA (AAPL 610-1982) attached and made part of the Participation Agreement dated June 13, 2001 covering the Coulson Bayou Prospect in Township 4 North, Range 3 West, All of Sections 22, 23, 30 and 31, Wilkinson County, Mississippi by and between Frank David Exploration, Inc. Sklarco, L.L.C., Sklar Exploration Company L.L.C., and D&D Drilling & Exploration Inc. |
| 39 | JOA (AAPL 610-1982) attached and made part of as Exhibit "C" to the Participation Agreement dated October 1, 2011 covering the East Holly Prospect, Desoto Parish, Louisiana as shown on Exhibit "A" of the Agreement by and between Sklar Exploration Company L.L.C., Sklarco, L.L.C., McCombs Energy, Ltd., JJS Working Interests LLC, Fllet Howell, Kudzu Oil Properties, L.L.C., Tiembo Ltd., Marksco, L.L.C., and Bundero Investment Compan, L.L.C. |
| 40 | JOA (AAPL 610-1989) attached to and made a part of as Exhibit "C" to that certain Participation Agreement dated effective as of April 1, 2012, by and between Sklar Exploration Company L.L.C., Sklarco L.L.C., McCombs Energy, Ltd., Fleet Howell, Tiembo, Ltd., Fant Energy Limited, Kudzu Oil Properties, L.L.C., Marksco, L.L.C. and Bundero Investment Company, L.L.C., covering the Fryeburg Prospect, Webster and Bienville Parishes, Louisiana |
| 41 | JOA (AAPL 610-1982) attached and made a part of Exhibit "D" to the Participation Agreement Glade Bayou Prospect in Tensas Parish, Louisiana dated effective as of April l, 2013, by and between Sklar Exploration Company L.L.C., Sklarco L.L.C., McCombs Energy, Ltd., JJS Working Interests LLC, Tauber Exploration & Production Company, James Fleet Howell, Kudzu Oil Properties, L.L.C., Tiembo, Ltd., Marksco, L.L.C., Bundero Investment Company, L.L.C., Bennett Greenspan, Twin Energy LPI, Twin Energy LP2, Twin Energy LLC, Lucas Petroleum Group, Inc., Kirkpatrick Oil Company, Inc., Pickens Financial Group, LLC, Sklar Investments, LC, Sklar Wells Investments, LLC, Fair Oil Ltd., R. L. Ray, LTD., Flyers Oil & Gas LLC. and Sealy Family Oil and Gas Partnership I, L.P. |
| 42 | JOA (AAPL 610-1982) attached to and made a part of as Exhibit "E" to that Participation Agreement dated effective as of May 1, 2005 covering the Jacksonville Prospect in Cherokke County, Texas by and between Sklar Exploration Company L.L.C., Sklarco L.L.C., McCombs Energy, L.L.C., Anderson Exploration Energy Company, L.C., and Sajac Exploration Company, L.L.C. |
| 43 | JOA (AAPL 610-1982) attached to and made a part of as Exhibit "D" to that certain Participation Agreement for the South, Morton Prospect dated effective January I, 2006, by and between Yates Drilling Company, Trail Mountain, Inc., Sklar Exploration Company, L.L.C., Sklarco, L.L.C., Anderson Exploration Energy Company, L.C., Roundtree & Associates, Inc., N.E. Collins, L.L.C. and Dave Easom. |

# Sklar Exploration Company L.L.C. - Rejected Contracts - Exhibit 1

| Line # | Contract Description |
|---|---|
| 44 | JOA (AAPL 610-1982) attached to and made a part of that Participation Agreement dated January 1, 2003 covering the Three Creeks Prospect by and between Sklar Exploration Company L.L.C., Sklarco L.L.C., Jura-Search, Inc., Oolite Investments, Inc., L. B. Jefcoat and Company, Frank A. Perkins, Bayou La Croix L.L.C., Delta-T Geophysical Consulting, Inc. and George Marodis covering lands located in Union County, Arkansas. |
| 45 | JOA (AAPL 610-1982) attached to and made a part of that certain Participation Agreement (West Starks Dome Prospect) dated effective as of April l, 2013, by and between Sklar Exploration Company L.L.C., Sklarco L.L.C., McCombs Energy, Ltd., JJS Working Interests LLC, Tauber Exploration & Production Company, Fleet Howell, Kudzu Oil Properties, L.L.C., Tiembo, Ltd., Marksco, L.L.C., Bundero Investment Company, L.L.C., Bennett Greenspan, Twin Energy LP!, Twin Energy LP2, Twin Energy LLC, Lucas Petroleum Group, Inc., Kirkpatrick Oil Company, Inc., Sklar Investment, LLC, and Sklar Wells Investments, LLC. |
| 46 | JOA (AAPL 610-1982) attached to and made a part of that certain Participation Agreement dated effective as of October I, 2011 covering the West Uriah Prospect in Monrow County, Alabama by and between Sklar Exploration Company L.L.C., Sklarco L.L.C, McCombs Energy, Ltd., Fant Energy Limited, Verado Oil and Gas Corporation, Advanced Oil and Gas Co., JJS Working Interests LLC, Fleet Howell, Sugar Creek Producing Company, L.L.C., Kudzu Oil Properties, L.L.C., Tiembo, Ltd., Marksco, L.L.C., Teekell Oil & Gas, Inc., Dickson Oil & Gas, L.L.C. and Bundero Investment Company, L.L.C. |
| 47 | JOA (AAPL 610-1989) dated March 1, 2012, covering approximately 1,073 acres situated in Section 67, Township 16 South Range 19 East and Section 37, Township 16 South Range 20 East, Lafourche Parish, Louisiana, by and between Sklar Exploration Company, L.L.C., as Operator, and Maple Leaf Exploration LP, et al, as Non-Operators |
| 48 | Participation Agreement dated effective as of July 1, 2014 covering the Mule Creek and Bridge Creek Prospects, Niobrara County, Wyoming, by and between Sklar Exploration Company L.L.C., as Operator, and G&H Production Company, LLC, et al., as Participants, which includes as Exhibit "D-1" an Operating Agreement (AAPL Form 610-1989) dated July 1, 2014 covering the Mule Creek Prospect and as Exhibit "D-2" an Operating Agreement (AAPL Form 610-1989) covering the Bridge Creek Prospect |
| 49 | First Amendment to Participation Agreement (Mule Creek & Bridge Creek Prospects) dated effective January 1, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and G&H Production Company, LLC, et al., as Participants |
| 51 | Participation Agreement dated effective as of January 23, 2015 covering the Brewton Prospect, Escambia County, Alabama, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration LLC, et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1982) dated January 23, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators |

# Sklar Exploration Company L.L.C. - Rejected Contracts - Exhibit 1

| Line # | Contract Description |
|---|---|
| 52 | Letter Agreement dated March 6, 2015 amending the Brewton Prospect Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration, LLC, et al., as Participants |
| 53 | Second Amendment to Brewton Prospect Participation Agreement and JOA dated effective as of January 23, 2015, by and between Sklar Exploration Company L.L.C., as Operator, and Rose Hill Exploration, LLC, et al., as Participants |
| 53 | Farmout Agreement dated effective as of August 1, 2016, by and between McCombs Energy, Ltd., as Farmor, and Sklarco L.L.C., as Farmee, covering a portion of Farmor's interest in the Brewton Prospect, Escambia County, AL. |
| 54 | Participation Agreement covering the Castleberry Prospect (Conecuh County, AL) dated effective as of November 7, 2012, by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 7, 2012 covering the Castleberry Prospect (Conecuh County, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators |
| 54 | Participation Sales Agreement covering the North Beach Prospect (Conecuh County, AL) dated effective as of November 15, 2004, by and between Craft Exploration Company L.L.C., Sklar Exploration Company L.L.C. and Sklarco L.L.C., which includes as Exhibit "I" an Operating Agreement (AAPL Form 610-1982) dated November 15, 2004, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C. and Craft Exploration Company L.L.C., as Non-Operators |
| 55 | JOA (AAPL 610-1982) dated July 1, 2008, covering NW/4 Section 17, T4N, R13E, Conecuh County, AL (Craft Mack 17-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators |
| 55 | Unit Agreement dated March 20, 2014 concerning operation of the Little Cedar Creek Oil Unit II, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners |
| 56 | Unit Operating Agreement dated March 20, 2014 concerning operation of the Little Cedar Creek Oil Unit II, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators |
| 56 | Gas Purchase Contract dated September 23, 2014, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Little Cedar Creek Oil Unit II, as Buyer, and the North Beach Prospect Working Interest Owners, as Sellers |

# Sklar Exploration Company L.L.C. - Rejected Contracts - Exhibit 1

| Line # | Contract Description |
|---|---|
| 57 | Gas Purchase Contract dated September 23, 2014, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Little Cedar Creek Oil Unit II, as Buyer, and the Escambia Prospect Working Interest Owners, as Sellers |
| 57 | Gas Purchase Contract dated April 6, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Shipps Creek Prospect Working Interest Owners, as Sellers |
| 58 | Unit Agreement dated October 1, 2016 concerning operation of the Little Cedar Creek Oil Unit IV, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners |
| 58 | Unit Operating Agreement dated October 1, 2016 concerning operation of the Little Cedar Creek Oil Unit IV, Little Cedar Creek Field, Conecuh County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators |
| 59 | Participation Agreement covering the Escambia Prospect (Escambia and Conecuh Counties, AL), by and between Sklar Exploration Company, as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (A.A.P.L. Model Form 610-1982) dated November 1, 2006 covering the Escambia Prospect (Escambia and Conecuh Counties, AL), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators |
| 59 | Amendment to Operating Agreement dated effective as of November 1, 2011 covering the Escambia Prospect (Escambia and Conecuh Counties, Alabama), by and between Sklar Exploration Company L.L.C., et al., which Amendment extended the term of the AMI and added additional lands to the Contract Area and AMI |
| 60 | JOA (AAPL 610-1982) dated March 1, 2011, covering NE/4 Section 31, T4N, R13E, Conecuh County, AL (Mary-Mack 31-2 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators |
| 60 | Farmout Agreement dated February 15, 2011, covering the SE/4 Section 29, T4N, R13E, Conecuh County, AL (Thomasson 29-10 #1), by and between Anderson Exploration Energy Company, L.C., et al., as Farmor, and Sklar Exploration Company L.L.C., as Farmee |
| 61 | JOA (AAPL 610-1982) dated February 15, 2011, covering the SE/4 Section 29, T4N, R13E, Conecuh County, AL (Thomasson 29-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Midroc Operating Company, et al., as Non-Operators |

# Sklar Exploration Company L.L.C. - Rejected Contracts - Exhibit 1

| Line # | Contract Description |
|---|---|
| 61 | JOA (AAPL 610-1982) dated May 1, 2011, covering the SE/4 Section 35, T4N, R12E, Conecuh County, AL (CCL&T 35-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators |
| 62 | JOA (AAPL 610-1982) dated July 1, 2011, covering the NE/4 Section 30, T4N, R13E, Conecuh County, AL (Ralls 30-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators |
| 62 | JOA (AAPL 610-1982) dated September 15, 2011, covering the NE/4 Section 30, T4N, R13E, Conecuh County, AL (Ralls 30-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and BSAP I, Inc., et al., as Non-Operators |
| 63 | JOA (AAPL 610-1982) dated December 7, 2011, covering NW/4 Section 29, T4N, R13E, Conecuh County, AL (Boothe & Casey 29-6 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C. and BSAP I, Inc., as Non-Operators |
| 63 | JOA (AAPL 610-1982) dated December 7, 2011, covering NW/4 Section 29, T4N, R13E, Conecuh County, AL (Boothe & Casey 29-6 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., Pruet Production Co., and Midroc Operating Company and others, as Non-Operators |
| 64 | JOA (AAPL 610-1982) dated February 1, 2012, covering NE/4 Section 33, T4N, R12E, Conecuh County, AL (CCL&T 33-2 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators |
| 64 | JOA (AAPL 610-1982) dated March 15, 2012, covering NE/4 Section 34, T4N, R12E, Conecuh County, AL (Grady 34-8 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators |
| 65 | JOA (AAPL 610-1982) dated June 1, 2012, covering NW/4 Section 34, T4N, R12E, Conecuh County, AL (Jones 34-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Texar Exploration, LLC, et al., as Non-Operators |
| 65 | JOA (AAPL 610-1982) dated March 15, 2012, covering NW/4 Section 35, T4N, R12E, Conecuh County, AL (CCL&T 35-5 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Avery Producing, LLC, et al., as Non-Operators |
| 66 | JOA (AAPL 610-1982) dated May 1, 2012, covering SE/4 Section 34, T4N, R12E, Conecuh County, AL (Grady 34-10 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators |

# Sklar Exploration Company L.L.C. - Rejected Contracts - Exhibit 1

| Line # | Contract Description |
|---|---|
| 66 | JOA (AAPL 610-1982) dated July 13, 2012, covering NW/4 Section 4, T3N, R12E, Escambia County, AL (CCL&T 4-3 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators |
| 67 | JOA (AAPL 610-1982) dated January 10, 2013, covering SE/4 Section 4, T4N, R13E, Conecuh County, AL (CCL&T 32-9 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators |
| 67 | JOA (AAPL 610-1982) dated April 1, 2013, covering SW/4 Section 36, T4N, R12E, Conecuh County, AL (Kennedy 36-12 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators |
| 68 | JOA (AAPL 610-1982) dated February 17, 2014, covering SW/4 Section 33, T4N, R13E, Conecuh County, AL (Thomasson 33-12 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Pruet Production Co., et al., as Non-Operators |
| 68 | JOA (AAPL 610-1982) dated August 1, 2014, covering SE/4 Section 2, T3N, R12E, Escambia County, AL (CCL&T 2-9 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Central Petroleum, Inc., et al., as Non-Operators |
| 69 | JOA (AAPL 610-1982) dated September 1, 2014, covering NW/4 Section 3, T3N, R13E, Conecuh County, AL (CCL&T 3-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators |
| 69 | JOA (AAPL 610-1982) dated August 15, 2014, covering NE/4 Section 4, T3N, R13E, Conecuh County, AL (CCL&T 4-1 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Fletcher Petroleum Corp., et al., as Non-Operators |
| 70 | JOA (AAPL 610-1982) dated February 1, 2011, covering SE/4 Section 30, T4N, R13E, Conecuh County, AL (Mary Mack 30-15 #1), by and between Midroc Operating Company, as Operator, and Sklarco L.L.C., et al. |
| 70 | JOA (AAPL 610-1982) dated March 2, 2011, covering SW/4 Section 29, T4N, R13E, Conecuh County, AL (Salter 29-13 #1), by and between Midroc Operating Company, as Operator, and Sklarco L.L.C., as Agent Nominee for the Sklar Parties, et al. |
| 71 | JOA (AAPL 610-1982) dated July 15, 2011, covering NE/4 Section 29, T4N, R13E, Conecuh County, AL (Boothe & Casey 29-8 #1), by and between Pruet Production Co., as Operator, and Sklarco L.L.C. and BSAP I, Inc., as Non-Operators |

# Sklar Exploration Company L.L.C. - Rejected Contracts - Exhibit 1

| Line # | Contract Description |
|---|---|
| 71 | JOA (AAPL 610-1982) dated July 15, 2011, covering NE/4 Section 29, T4N, R13E, Conecuh County, AL (Boothe & Casey 29-8 #1), by and between Pruet Production Co., as Operator, and Sklarco L.L.C., as Agent Nominee for the Sklar Parties, et al. |
| 72 | Unit Agreement dated May 11, 2015 concerning operation of the Fishpond Oil Unit, Fishpond Field, Escambia County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners |
| 72 | Unit Operating Agreement dated May 11, 2015 concerning operation of the Fishpond Oil Unit, Fishpond Field, Escambia County, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators |
| 73 | Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the North Beach Prospect Working Interest Owners, as Sellers |
| 73 | Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Escambia Prospect Working Interest Owners, as Sellers |
| 74 | Gas Purchase Contract dated August 27, 2015, by and between Sklar Exploration Company L.L.C., in its capacity as Operator of the Fishpond Oil Unit, as Buyer, and the Shipps Creek Prospect Working Interest Owners, as Sellers |
| 74 | JOA (AAPL 610-1982) dated August 1, 2015, covering Sections 1 & 2, T13N, R7W, Natchitoches Parish, LA (Rushing Et Al #2), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators |
| 75 | JOA (AAPL 610-1982) dated January 1, 2016 (East Castor Prospect), covering certain property in, T14N, R7W, Bienville Parish, LA (Echo Papa 10-10 #1 and JB Evans 11-4 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators |
| 75 | Letter Agreement dated April 29, 2016 regarding Amendment East Castor Prospect JOA, by and between Sklar Exploration Company L.L.C., as Operator, and AEEC II, LLC, et al., as Non-Operators |
| 76 | Participation Agreement covering the Red River Prospect (Caddo & Bossier Parishes, LA) dated effective as of April 1, 2006, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants, which includes as Exhibit "E" an Operating Agreement (AAPL Form 610-1982) dated April 1, 2006, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators |

## Sklar Exploration Company L.L.C. - Rejected Contracts - Exhibit 1

| Line # | Contract Description |
|---|---|
| 76 | Partial Sublease of Oil, Gas and Mineral Leases dated effective as of February 1, 2008, by and between Sklarco L.L.C., as Sublessor, and Petrohawk Properties, L.P., as Sublessee, covering rights below the Hosston Formation in certain oil, gas and mineral leases |
| 77 | Letter Agreement dated December 3, 2010, by and between Petrohawk Properties, LP, as Assignor, and Sklarco L.L.C., as Assignee, concerning the assignment of certain Replacement Leases and Additional Leases insofar as the same cover and relate to rights above the Hosston Formation |
| 77 | JOA (AAPL 610-1982) dated February 15, 1999, covering S/2 of Section 16 and N/2 of Section 21, T18N, R7W, Bienville Parish, LA (Willamette 21 #1), by and between Brammer Engineering, Inc., as Operator, and Wheless TDL Exploration Company, L.L.C., et al., as Non-Operators |
| 78 | Participation Agreement dated effective as of December 1, 2012 covering the West Bryceland Saddle Prospect, by and between AEEC II, L.L.C., Sklar Exploration Company L.L.C., Sklarco L.L.C., and Marshall-Wuellner, Inc., which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1982) dated December 1, 2012, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators |
| 78 | JOA (AAPL 610-1982) dated May 26, 2004, covering Section 28, T18N, R6W, Bienville Parish, LA (Cindy Lou Cloyd 28 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators |
| 79 | JOA (AAPL 610-1982) dated February 1, 2008, covering Section 34, T19N, R6W, Bienville & Claiborne Parishes, LA (CS Shaffer 34 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators |
| 79 | JOA (AAPL 610-1982) dated August 15, 2007, covering Section 33, T18N, R6W, Bienville Parish, LA (JC Merritt #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators |
| 80 | JOA (AAPL 610-1982) dated May 1, 2009, covering Section 33, T19N, R6W, Claiborne Parish, LA (Kimberly Lay 33 #1), by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators |
| 80 | Operating Agreement of West Arcadia Pipeline L.L.C. dated effective as of July 20, 2009, by and between Sklarco L.L.C., McCombs Energy, LTD., and Tensas Delta Exploration Company, LLC, as Members of the Company |

## Sklar Exploration Company L.L.C. - Rejected Contracts - Exhibit 1

| Line # | Contract Description |
|---|---|
| 81 | Participation Agreement dated effective as of March 1, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Resource Ventures, LLC, et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators |
| 81 | Participation Agreement dated effective as of June 30, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Petro-Chem Operating Co., Inc., et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators |
| 82 | Participation Agreement dated effective as of June 30, 2013 covering the Oakhay Creek Prospect, Smith County, Mississippi, by and between Sklar Exploration Company L.L.C., as Operator, and Tiembo, LTD., et al., as Participants, which includes as Exhibit "C" an Operating Agreement (AAPL Form 610-1989) dated June 1, 2011, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators |
| 82 | JOA dated April 17, 1997, covering Sections 19-22, 25-29 and 36-41, T17N, R4E, and Sections 2-7, T16N, R4E, Warren County, Mississippi (Feld Heirs #1 and Feld Heirs #3), by and between Stroud & Luke Production Company, as Operator, and Robert A. Stroud LLC, et al., as Non-Operators |
| 83 | Participation Agreement dated August 27, 2012 covering the Summit Extension Prospect, by and between Par Minerals Corporation, as Operator, and Sklarco L.L.C., as Participant, which includes as Exhibit "A" an Operating Agreement (AAPL Form 610-1989) dated August 27, 2012, by and between Par Minerals Corporation, as Operator, and Sklarco L.L.C., et al., as Non-Operators |
| 83 | First Modification of Participation Agreement dated effective as of June 1, 2015 covering the Summit Extension Prospect and Southwest Summit Prospects, by and between Par Minerals Corporation, as Operator, and Sklarco L.L.C., as Participant |
| 84 | Participation and Exploration Agreement dated effective as of October 1, 2013 covering the West Tyler 3D Seismic Prospect, Smith County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1989) dated October 1, 2013 covering the Swan Prospect, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators |
| 84 | Letter Agreement dated January 7, 2014 regarding amendments to West Tyler 3D Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Non-Operators |

# Sklar Exploration Company L.L.C. - Rejected Contracts - Exhibit 1

| Line # | Contract Description |
|---|---|
| 85 | Letter Agreement dated October 30, 2014 regarding amendments to West Tyler 3D Participation Agreement and JOA, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Non-Operators |
| 85 | Participation Agreement dated effective as of March 1, 2013 covering the South Woodlawn Prospect, Marion County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Participants, which includes as Exhibit "D" an Operating Agreement (AAPL Form 610-1989) dated March 1, 2013, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Non-Operators |
| 86 | Letter Agreement dated May 23, 2013 regarding amendments to Participation Agreement and JOA (South Woodlawn Prospect), Marion County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and McCombs Energy, LTD., et al., as Non-Operators |
| 86 | Farmout Agreement dated January 7, 2014, by and between Penn Virginia Oil & Gas, L.P., as Farmor, and Sklar Exploration Company L.L.C., as Farmee covering certain oil, gas and mineral leases located in Marion County, TX |
| 87 | Letter Agreement dated March 14, 2014, by and between Sklar Exploration Company L.L.C., as Farmee and Penn Virginia Oil & Gas, L.P., as Farmor, amended certain terms in the Farmout Agreement |
| 89 | Unit Agreement dated November 1, 2018 concerning operation of the Southwest Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners |
| 90 | Unit Operating Agreement dated November 1, 2018 concerning operation of the Southwest Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators |
| 90 | Unit Agreement dated November 1, 2018 concerning operation of the Southeast Brooklyn Oil Unit II, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners |
| 91 | Unit Operating Agreement dated November 1, 2018 concerning operation of the Southeast Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Sklar Exploration Company L.L.C., as Unit Operator, and McCombs Energy, Ltd., et al., as Non-Operators |
| 91 | Unit Agreement dated November 1, 2018 concerning operation of the Northwest Brooklyn Oil Unit II, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Pruet Production Co., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners |

## Sklar Exploration Company L.L.C. - Rejected Contracts - Exhibit 1

| Line # | Contract Description |
|---|---|
| 92 | Unit Operating Agreement dated November 1, 2018 concerning operation of the Northwest Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Pruet Production Co., as Unit Operator, and Sklarco L.L.C., et al., as Non-Operators |
| 92 | Unit Agreement dated November 1, 2018 concerning operation of the Northeast Brooklyn Oil Unit II, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Pruet Production Co., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners |
| 93 | Unit Operating Agreement dated November 1, 2018 concerning operation of the Northeast Brooklyn Oil Unit, Brooklyn Field, Conecuh & Escambia Counties, AL, by and between Pruet Production Co., as Unit Operator, and Sklarco L.L.C., et al., as Non-Operators |
| 93 | JOA (AAPL 610-1982) dated May 15, 2018, covering the SE/4 of Section 11 (Anderson Johnson 11-9 #1 well), Township 3 North, Range 13 East, Conecuh County, Alabama, by and between Fletcher Petroleum Corp., as Operator, and Sklarco L.L.C., et al., as Non-Operators |
| 94 | Asset Transfer Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the transfer of ownership of the North Beach and Abbyville Gas Plants, Conecuh County, Alabama |
| 94 | Assignment and Assumption Agreement dated March 1, 2020, by and between Plains Gas Solutions, LLC and Sklar Exploration Company L.L.C., concerning the assignment of certain rights and obligations relating to the North Beach and Abbyville Gas Plants, Conecuh County, Alabama |
| 105 | Exploration Agreement dated effective February 1, 2007 covering lands located in Township 18 North, Range 7 West, Beinville Parish, Louisiana less and except Sections 21, 22, 27 and 30 of said Township, and in Sections 15, 16, 21, 22, 27, 28, 32, 33, 34 and 35, Township 19 North, Range 6 West, Claiborne parish, Louisiana by and between Sklar Exploration Company L.L.C., Sklarco L.L.C., McCombs Energy, Ltd., and Tensas Delta Exploration Company LLC |
| 105 | Exploration Agreement dated October 1, 2017 covering the Hunter Benn 3D Project (the area identified and leveled "3D Shoot Area" on the plat attached as Exhibit "A") between Pruet Oil Company LLC, Crain Energy, Ltd., James Resources, Inc., JJS Working Interests, LLC, McCombs Energy, Ltd., TDX Energy, LLC, Pentad Energy, LLC, Hanson Operating Co., In., Babe Development Company, LLC, GSC Exploration LLC (as successor in interest to GulfSOuth Capital, Inc.), Sklarco L.L.C. and Justiss Oil Company, Inc. |
| 106 | JOA (AAPL 910-1982) dated December 1, 2015 covering the Findley 2-5 in the Northwest Quarter of Section 2, Township 3 North, Range 13 East, Conecuh county, Alabama by and between Fletcher Petroleum Corp., as Operator and Sklarco L.L.C., et al., Non-Operators |

# Sklar Exploration Company L.L.C. - Rejected Contracts - Exhibit 1

| Line # | Contract Description |
|---|---|
| 106 | JOA (AAPL 610-1982) attached and made part of as Exhibit "D" to the Participation Agreement dated April 1, 2002 covering the Martin Prospect in Sections 1, 2, 10 and 11, Township 13 North, Range 9 West, Red River Parish, Louisiana (as identified in Exhibit "A")by and between Sklar Exploration, L.L.C., Sklarco L.L.C., Mike Rogers Drilling Co., Inc., Hilliard Acquisitions II L.L.C., and Flournoys Family Properties Ltd. |
| 107 | JOA (AAPL 610-1982) attached to and made part of as Exhibit "E" to the Participation Agreement dated January 25, 2006 covering the Moncrief Prospect in Avoyelles and St. Landry Parishes, Louisiana (as identifieed in Exhibit "A-1") by and between Williams Petroleum, LLC, Yates Drilling Company, Sklar Exploration Company L.L.C., Sklarco L.L.C., McCombs Energy, Ltd., Anderson-Drake Partners, Inc., Dudley Hughes, LLC, and David New Drilling Company, Inc. |
| 107 | JOA (AAPL 610-1982) attached to and made a part of as Exhibit "D" to the Participation Agreement dated May 14, 2002 covering the N E Thompsonville Prospect in Webb County, Texas (as shown on Exhibit "A" to the Agreement) by and between Skyline Energy, L.L.C., and Sklarco L.L.C. |
| 108 | JOA (AAPL 610-1982) dated June 1, 2016 covering the North Saline Prospect in West 1/2 Section 3, 4, East 1/2 Section 5, 9, Township 14 north, Range 6 West; South 1/2 Section 33, Township 15 North, Range 6 West, Beinville Parish, Louisiana (as shown on Exhibit "A" to the Agreement") by and between Sklar Exploration Company, L.L.C., and Sklarco L.L.C., et al., Non-Operators |
| 108 | Joint Operating Agreement dated July 1, 2016, by and between Fletcher Petroleum Corp, an Alabama corporation, as Operator, and the signatory party or parties to the Joint Operating Agreement other than Operator, hereinafter referred to individually as "Non-Operator", and collectively as "Non-Operators" for the Pate 3-9 Well. |
| 109 | JOA (AAPL 610-1982) attached to and made a part of as Exhibit "D" to that certain Letter Agreement dated effective as of December 1, 2016 regarding the Silver Creek Prospect, Smith County, Texas, by and between Sklar Exploration Company L.L.C., as Operator, and Sklarco L.L.C., et al., as Participants |
| 109 | Operating Agreement dated February 15, 1999, by and between Brammer Engineering, Inc., OPERATOR, and Wheless 1DL Exploration Company, L.L.C., et al, NON-OPERATOR, covering lands in Gibsland Prospect, Bienville Parish, Louisiana. |
| 110 | JOA (AAPL 610-1982) dated November 29, 2005, covering All lands, oil and gas leasehold interest and oil and gas interest lying within the South Half of the South Half of Section 25,the South Half of the South Half of Section 26, the South Half of the South Half of Section 27, All of Sections 34, 35, and 36, Township 6 North Range 5 East; All of Sections 1, 2, 3, 10, 11, and 12, Township 5 North Range 5 East; South Half of the Southwest Quarter of Section 30 and the West Half of Section 31, Township 6 North, Range 6 East; the West Half of Section 6 and the West Half of Section 7, Township 5 North, Range 6 EastMonroe County, AL, by and between Spooner Petroleum Company, as Operator, and Sklarco L.L.C., et al., as Non-Operators |

## Sklar Exploration Company L.L.C. - Rejected Contracts - Exhibit 1

| Line # | Contract Description |
|---|---|
| 110 | JOA (AAPL 610-1989) dated August 1, 2011, covering Sections 4,5,6, and 9, Township 16 North, Range 8 West; Sections 31 and 32, Township 17 North, Range 8 West, Bienville Parish, Louisiana, by and between Sklar Exploration Company, L.L.C., as Operator, and Sklarco L.L.C. and D.L. Kelley Interests, as Non-Operators |
| 111 | JOA (AAPL 610-1982) dated January 10, 2013, covering the Southeast Quarter of Section 32, Township 4 North Range 13 East, Conecuh County, Alabama, by and between Sklar Exploration Company, L.L.C., as Operator, and Sklarco, L.L.C., et al, as Non-Operators |
| 111 | JOA (AAPL 610-1989) dated August 7, 2014, covering the Southwest Quarter of the Northeast Quarter of Section 16, Township 17 South, Range 14 West, Union County, Arkansas, by and between Quanico Oil and Gas, Inc., as Operator, and Sklarco, LLC, as Non-Operator |
| 112 | JOA (AAPL 610-1977) dated April 22, 1985, but made effective January 1, 1983, covering Fair Oil Ltd. #1, Jesse E. Bean Survey A-127, Chapel Hill Area, Smith County, TX, by and between Sklar & Phillips Oil Co., Operator, and Aviva, Inc. et al, as Non-Operators |
| 112 | JOA dated October 15, 1956, and amended January 29, 1968, covering GC Williams #4, Mark H. Miller Survey, A-741, Rodessa Block #2, Cass County, TX, and Miller County, Arkansas, by and between Sam Sklar as Operator, and Union Producing Company et al, Operators |
| 113 | JOA (AAPL 610-1982) dated October 14, 2008, covering the Southeast Quarter of Section 17, Township 4 North Range 10 East, Conecuh County, Alabama, by and between Midroc Operating Company, as Operator, and Sklarco L.L.C., et al, as Non-Operators |
| 113 | JOA (AAPL 610-1982) dated July 15, 2014, covering the Southeast Quarter of Section 17, Township 3 North Range 13 East, by and between Fletcher Petroleum Corp., as Operator, and Sklarco, L.L.C., et al, as Non-Operators |
| 114 | JOA covering lands located in Section 9, Township 23 North, Range 9 West, Webster Parish, Louisiana (Haynesville Merc. #1) |
| 114 | JOA (AAPL 610-1977) dated December 3, 1982, covering 100.99 acres of the M. E. Barbee Survey, A-82, Smith County, Texas, by and between Sklar & Phillips Oil Co., as Operator, and Elana Oil & Gas Co., et al, as Non-Operators |
| 115 | JOA (AAPL 610-1982) dated January 19, 2007, covering the Southeast Quarter of Section 6, Township 4 North, Range 13 East, Conecuh County, Alabama, by and between Midroc Operating Company, as Operator, and Robert Bourne, et al, as Non-Operators |

# Sklar Exploration Company L.L.C. - Rejected Contracts - Exhibit 1

| Line # | Contract Description |
|---|---|
| 115 | Third Amendment to the Unit Agreement dated January 31, 2014, concerning operation of the Little Cedar Creek Oil Unit, Little Cedar Creek Field, Conecuh County, AL, by and between Pruet Production Co., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners<br><br>Third Amendment to the Unit Operating Agreement dated January 31, 2014, concerning operation of the Little Cedar Creek Oil Unit, Little Cedar Creek Field, Conecuh County, AL, by and between Pruet Production Co., as Unit Operator, and Sklarco, L.L.C., et al., as Non-Operators |
| 116 | JOA (AAPL 610-1956) dated March 7, 1972, covering lands in Houston County, Texas (LE Warner #1), by and between Sun Oil Company, as Operator, and Nemours Corporation, et al, as Non-Operators |
| 116 | Unit Agreement dated December 12, 1995, concerning operation of the Martinville Rodessa Field Unit, Rodessa Oil Pool, Martinville Field, Simpson County, Mississippi, by and between Coho Resources, Inc., as Unit Operator, and the various working interest, royalty, and overriding royalty interest owners<br><br>Unit Operating Agreement dated December 12, 1995, concerning operation of the Martinville Rodessa Field Unit, Rodessa Oil Pool, Martinville Field, Simpson County, Mississippi, by and between Coho resources, Inc., as Unit Operator, and Marathon Oil Company, et, al, as Non-Operators |
| 117 | JOA (AAPL 610-1982) dated April 1, 2013, covering all lands within Township 2 North, Range 4 West and Township 2 North, Range 5 West, Wilkinson County, Mississippi, by and between, Sklar Exploration Company, LLC, as Operator, and Sklarco L.L.C., et al as Non-Operators |
| 117 | JOA (AAPL 610-1982) dated April 1, 2016, covering lands in the John Lane Survey, A-557, and the Robert G. Saunders Survey, A-871, by and between Sklar Exploration Company, L.L.C., as Operator, and Sklarco, L.L.C., et al, as Non-Operators |
| 118 | JOA (AAPL 610-1982) dated September 20, 1990, covering Starcke #C-1, 391.50 acre tract, re-surveyed to be 405.07 acres, located in the B. Holmes Survey, A-447, Cass County, TX, by and between Sklar & Phillips Oil Co., Operator and Crain Energy, Inc. et al as Non-Operators |
| 118 | JOA (AAPL 610-1977) dated April 11, 1985, but made effective May 1, 1983, covering Sun #1-R, Jesse E. Bean Survey, A-127, Smith County, TX, by and between Sklar & Phillips Oil Co., Operator, and Sun Exploration Company, et al, as Non-Operators |
| 119 | JOA (AAPL 610-1977) dated April 28, 1981, covering Teledyne #1, Jesse E. Bean Survey A-127, Chapel Hill Area, Smith County, TX, by and between Sklar & Phillips Oil Co., as Operator, and David A. Schlachter, et al, as Non-Operators |
| 119 | JOA covering a 682.35 acre gas unit (Vickers #1) in Freestone County, Texas, by and between Sklar & Phillips Oil Co., as Operator, and Anderson Exploration Energy Co., et al, as Non-Operators |

## Sklar Exploration Company L.L.C. - Rejected Contracts - Exhibit 1

| Line # | Contract Description |
|---|---|
| 120 | JOA (AAPL 610-1982) dated July 5, 1989, covering lands in the Southeast Quarter and the West Half of the Southwest Quarter of the Southwest Quarter of Section 25, the Northwest Quarter of the Southwest Quarter lying west of Road of Section 31, and entire Section 36 Township 14 North Range 10 West, Red River Parish, Louisiana, by and between Sklar & Phillips Oil Co., as Operator, and Muslow Oil and Gas, Inc., et al, as Non-Operators |
| 120 | JOA (AAPL 610-1982) dated October 29, 2018, covering the Southwest Quarter of Section 11, Township 3 North, Range 13 East, Conecuh County, Alabama, by and between Fletcher Petroleum Corp., as Operator, and Sklarco, L.L.C., et al, as Non-Operators |