UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER AUTHORIZING SKLAR EXPLORATION COMPANY, LLCS
JOINT OPERATING AGREEMENTS AND RELATED OIL AND GAS CONTRACTS**

THIS MATTER, having come before the Court on Sklar Exploration Company, LLC's Omnibus Motion to Reject Joint Operating Agreements and Related Oil and Gas Contracts ("Motion"), notice having been provided and no objection having been filed, and good cause being shown to the Court for the granting of the requested relief, it is hereby

ORDERED

1. That the Motion is GRANTED;

2. Sklar Exploration Company, LLC is authorized to reject its Joint Operating Agreements and related oil and gas contracts identified on Exhibit 1 to the Motion; and

3. This Order shall only become effective only upon entry of an Order confirming the Amended Plan of Reorganization, as may be further amended prior to confirmation.

Done and entered this _____ day of _____, 2021 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Court Judge

#