UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**MOTION TO EXTEND TIME TO FILE MOTIONS TO ASSUME
JOINT OPERATING AGREEMENTS
(Sklarco, LLC)**

The Debtor, Sklarco, LLC ("Sklarco" or "Debtor"), by and through its attorneys, Kutner Brinen, P.C., move the Court for an entry of an Order extending the date by which Sklarco is required to file motions to assume its Joint Operating Agreement and as grounds therefor, respectfully state as follows:

**BACKGROUND**

1. The Debtor filed for relief under chapter 11 of the Bankruptcy Code on April 1, 2020. The Debtor remains a Debtor-in-Possession.

2. Sklarco is a Louisiana limited liability company engaged in business as the owner of certain oil and gas leases and property interests in East Texas, North Louisiana, South Mississippi, South Alabama, the Florida Panhandle, and the western United States.

3. On the Petition Date, Sklarco was a party to over one hundred joint operating agreements and similar operating agreements.

4. Following a hearing on February 11, 2021, the Debtor was required to file motions to assume the joint operating agreements.

5. To date, Sklarco has filed forty-nine separate motions to assume various joint operating agreements and is continuing to file additional agreements.

6. However, late in day on Friday, counsel for Sklarco was provided with an additional 60 agreements to be assumed.

7. Counsel is working diligently to file all of the motions to assume, however, additional time is needed to complete and file the motions.

8. To ensure that Sklarco is not precluded from assuming any joint operating agreements, Sklarco requests brief extension of five (5) days, through and including March 3, 2021, of the date by which all motions to assume must be filed.

9. No party will be prejudiced by the brief extension. Sklarco will continue to work diligently and anticipates that the remaining motions will be filed well in advance of the extended deadline. The extension will only apply to Sklarco, as SEC has already filed motions to reject all of its oil and gas contracts and joint operating agreements. Additionally, Sklarco does not believe that any cure obligations exist under the joint operating agreements to which it is a party.

WHEREFORE, Sklarco, LLC prays that the Court make and enter an Order granting Sklarco and extension of the deadline by which it is required to file motions to assume its joint operating agreements and related oil and gas contracts by five (5) days, and for such further and additional relief as to the Court may appear proper.

Dated: February 26, 2021

Respectfully submitted,

By: */s/ Keri L. Riley*
Jeffrey S. Brinen, #20565
Keri L. Riley, #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln Street, Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
E-Mail: klr@kutnerlaw.com