UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING  MOTION TO EXTEND TIME TO FILE
MOTIONS TO ASSUME JOINT OPERATING AGREEMENTS
(Sklarco, LLC)**

Upon Consideration of the Debtors' Motion to Extend Time to File Motions to Assume Joint Operating Agreements (the "Motion"), the Court having reviewed the Motion and finding good cause for granting the requested relief, the Court does

**HEREBY ORDER THAT:**

1. The Motion is GRANTED.

2. The date by which Sklarco, LLC is required to file motions to assume its joint operating agreements is hereby extended by five (5) days, through and including March 5, 2021.

DONE and entered this _____ day of _____, 2021 at Denver, Colorado.

BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge

1