UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF
COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377- |
| EEB SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |

# ORDER AUTHORIZING SKLARCO, LLC TO ASSUME
## PALUXY B SAND UNIT - UNIT AGREEMENT
## AND UNIT OPERATING AGREEMENT

THIS MATTER having come before the Court on Sklarco, LLC's Motion to Assume the Paluxy B Sand Unit - Unit Agreement & Unit Operating Agreement, (the "Motion"), notice having been provided, no objection having been received, and for good cause shown, the Court does hereby

**ORDER THAT:**

1. The Motion is GRANTED; and

2. Sklarco, LLC is authorized to assume the Unit Agreement & Unit Operating Agreement, and is authorized to take any necessary action and execute any necessary documents to effectuate this Order.

DONE and entered this _____ day of _____, 2021 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge