UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930<br><br>  Debtor.<br><br>―――――――――――――――――――<br><br>SKLARCO, LLC<br>EIN: 72-1425432 | ) <br>) Case No. 20-12377-EEB<br>) <br>) Chapter 11<br>) <br>) <br>) <br>) <br>) Case No. 20-12380-EEB<br>) <br>) Chapter 11<br>) |

## ORDER AUTHORIZING SKLARCO, LLC TO ASSUME
### Black Lake Field - Unit Agreement & Unit Operating Agreement

THIS MATTER having come before the Court on Sklarco, LLC's Motion to Assume the Black Lake Field - Unit Agreement & Unit Operating Agreement, (the "Motion"), notice having been provided, no objection having been received, and for good cause shown, the Court does hereby

**ORDER THAT:**

1. The Motion is GRANTED; and

2. Sklarco, LLC is authorized to assume the Unit Agreement & Unit Operating Agreement, and is authorized to take any necessary action and execute any necessary documents to effectuate this Order.

DONE and entered this _____ day of _____, 2021 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge