UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF MOTION TO ASSUME GRAYSON
UNIT JOINT OPERATING AGREEMENT
(Sklarco, LLC)**

**OBJECTION DEADLINE: MARCH 16, 2021**

**YOU ARE HEREBY NOTIFIED** that Sklarco, LLC has filed a Motion to Assume the Grayson Unit Joint Operating Agreement and requests the following relief: authorization for Sklarco, LLC as a working interest holder to assume its Operating Agreement dated February 8, 1965 covering lands in N/2 of NW/4 of Section 7 in Township 15S, Range 19W in Ouachita County, Arkansas by and between David Crow Trustee as Operator, (together with all attachments and amendments thereto, the "Joint Operating Agreement") with O'Brian Energy Company as operator. All lands, title, rights, interests described in the Joint Operating Agreement are hereinafter described as the property (the "Property" or "Properties") in Ouachita County, Arkansas. Assumption of the Joint Operating Agreement is necessary and beneficial to Sklarco, as it provides a means for operation of Sklarco's working interest in the Property, provides Sklarco with a proportionate share of the profits from the sale of oil and gas produced by the Property, and similarly oblilgates Sklarco for a proportionate share of the expenses associated with operating the Property.

Sklarco, LLC is current on all obligations under the Grayson Unit Joint Operating Agreement and therefore there is no cure requirement. It is in the best interest of Sklarco, LLC, its creditors, and its estate for the contract to be assumed. A copy of the pleading is included herewith. Exhibit 1 is available for inspection in the Bankruptcy Court Clerk's Office, 721 - 19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: March 2, 2021.                          Respectfully submitted,

By:*/s/ Keri L. Riley*_____
    Keri L. Riley, #47605
    **KUTNER BRINEN, P.C.**
    1660 Lincoln St. Suite 1850
    Denver, CO  80264
    Telephone:  (303) 832-2400
    E-Mail: klr@kutnerlaw.com