UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | |
| | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930 | Chapter 11 |
| Debtor. | |
| | Case No. 20-12380-EEB |
| SKLARCO, LLC<br>EIN: 72-1425432 | Chapter 11 |
| Debtor. | |

### NOTICE OF MOTION TO REJECT MYRTICE ELLIS
### JOINT OPERATING AGREEMENT
### (Sklar Exploration Company, LLC)

**OBJECTION DEADLINE: MARCH 16, 2021**

  **YOU ARE HEREBY NOTIFIED** that Sklar Exploration Company, LLC has filed a Motion to Reject the Myrtice Ellis Joint Operating Agreement and requests the following relief: authorization for Sklar Exploration Company, LLC as a working interest holder to reject an Amended and Restated Model From Operating Agreement (A.A.P.O. Form 610-1982) dated December 15, 2019, by and between Sklar Exploration Company, LLC as Operator and Sklarco, LLC, et al. as Non-Operators (together with all amendments and attachments thereto, the "Myrtice Ellis JOA") for the property more specifically described as: E ½ Section 35 and W ½ of Section 36 Township 4 North, Range 10 East, Conecuh County, Alabama. Rejection of the Joint Operating Agreement is necessary and beneficial to Sklar Exploration Company, LLC, as it provides a means for operation of Sklar Exploration Company, LLC working interest in the Property, provides Sklar Exploration Company, LLC with a proportionate share of the profits from the sale of oil and gas produced by the Property, and similarly obligates Sklar Exploration Company, LLC for a proportionate share of the expenses associated with operating the Property.

  Sklar Exploration Company, LLC is current on all obligations under the Myrtice Ellis Joint Operating Agreement and therefore there is no cure requirement. It is in the best interest of Sklarco, LLC, its creditors, and its estate for the contract to be assumed. A copy of the pleading is included herewith. Exhibit 1 is available for inspection in the Bankruptcy Court Clerk's Office, 721 -19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney.

  If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: March 2, 2021.    Respectfully submitted,

             By:*/s/ Keri L. Riley*
               Keri L. Riley, #47605
               **KUTNER BRINEN, P.C.**
               1660 Lincoln St. Suite 1720
               Denver, CO  80264
               Telephone:  (303) 832-2400
               E-Mail: klr@kutnerlaw.com