UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN:  72-1425432 ) | Chapter 11 |
| ) | |

**ORDER AUTHORIZING SKLARCO, LLC TO ASSUME
COTTLE-REEVES UNIT JOINT OPERATING AGREEMENT**

THIS MATTER having come before the Court on Sklarco, LLC's Motion to Assume the Cottle-Reeves Unit Joint Operating Agreement, (the "Motion"), notice having been provided, no objection having been received, and for good cause shown, the Court does hereby

**ORDER THAT:**

1. The Motion is GRANTED; and

2. Sklarco, LLC is authorized to assume the Joint Operating Agreement, and is authorized to take any necessary action and execute any necessary documents to effectuate this Order.

DONE and entered this _____ day of _____, 2021 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge