

December 10, 2002

EOG Resources, Inc.
6101 S. Broadway
Suite 200
Tyler, Texas 75703

TO WORKING INTEREST PARTIES:

Re: P. D. Harrison "C-1" GU, Well No. 2 workover Proposal
P. D. Harrison "C-1" Gas Unit
Willow Springs Prospect
Gregg County, Texas

Dear Working Interest Partner:

EOG Resources, Inc. (EOG), as Operator of the captioned Unit, hereby proposes the plugging back of the P. D. Harrison "E" No. 3 well from the currently non-productive Travis Peak formation to test the Rodessa formation, the location of said well being identified on the attached plat. Due to this recompletion resulting in a second Rodessa well within the P. D. Harrison "C-1" Gas Unit, EOG applied for and has since received a rule 38 exception approval from the Texas Railroad Commission.

I have enclosed two copies of an AFE for your review. You are reminded that the AFE is an estimate only and that all participating parties will be responsible for their proportionate share of the actual costs incurred for this operation.

Pursuant to the terms and conditions contained in the Operating Agreement dated May 29, 1953, covering the P. D. Harrison C-1 Gas Unit, you are herewith being awarded the opportunity to participate in the recompletion of the former P. D. Harrison E-3 well. Said recompletion will result in renaming the well to the P.D. Harrison C-1 Gas Unit, Well No. 2. Should your election not be received within ten (10) days of receiving this proposal, your interest will be considered non-consent and subject to a 200% payout penalty.

Please indicate your election by marking the appropriate space(s) below. Once your election is marked, return one copy of said election letter, and executed AFE form, to the undersigned.

Also, please indicate if you desire to receive drilling reports and well information, etc. and denote to whom they should be sent, listing their address, phone and fax numbers where applicable.

If you have any technical questions, please contact Scott Listiak at (903) 509-7191. All other inquiries should be addressed to the undersigned at (903) 509-7162. Our fax number is (903) 509-4726.

Sincerely,
EOG Resources, Inc.

Ricky A. Hardaway
Landman

energy opportunity growth