

December 21, 2009

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**



RE: AFE to Drill and Complete the Frost, HB Unit 23H
Julia Soope Survey, A-870
Panola County, Texas

Dear Working Interest Owner:

Pursuant to that certain Joint Operating Agreement dated July 6, 1979, or such other Joint Operating Agreement(s) as may be applicable (collectively "JOA"), and upon approval of title, Anadarko E&P Company LP ("Anadarko"), as Operator, hereby proposes to drill, test, complete (including fracture stimulate), and equip the captioned well. It is anticipated the well will be drilled as a horizontal Cotton Valley test from a surface location 120' FSSL and 1515' FWSL of the Julia Soope Survey, A-870, Panola County, Texas. The target depth of this well is 9,137'. Commencement operations for the drilling of the subject well, either before or after the expiration of the thirty (30) day election period in which to respond to this proposal as provided in the JOA, will result in the consenting party or parties to the proposed operation receiving the benefits of the non-consent provisions in Article VI thereof. Attached hereto are the following:

- A plat depicting the proposed location of the well.
- Cost Estimate reflecting Anadarko's estimated completed well cost of $5,045,973. (Please note this is only an estimate, and actual costs may be more or less than this AFE).

Please respond to this proposal within the time period provided in the JOA. Please indicate your election by signing in the space provided below and returning an original, signed copy of this proposal to the undersigned. In lieu of originals, you may send your election via facsimile to (832) 636-8080. If you request well information, please include your geological request letter with your returned election. [Note: An e-mail address is required should you desire daily reports.]

Your prompt response is requested. Technical questions may be directed to Sue Beem, Sr. Staff Engineer, at (832) 636-8815.

Sincerely yours,

ANADARKO E&P COMPANY LP

Sherri Seals
Staff Land Analyst, EGC
832-636-4891

*Please indicate your election by checking the appropriate box(es):*

(✓) Elect to participate in the above-referenced proposal.
( ) Elect not to participate in the above-referenced proposal.
*If electing to participate:*
( ) Should other Working Interest Owner(s) elect not to participate in this proposal, I elect to take my proportionate share of such non-consenting interest(s) pursuant to the JOA.
( ) Should other Working Interest Owner(s) elect not to participate in this proposal, I elect not to take my proportionate share of such non-consenting interest(s) pursuant to the JOA.

Agreed this 27TH day of JANUARY, 2010 by:

COMPANY/NAME: _____
By: _____
Title: David A. Barlow ~~Vice President - Chief Operating Officer~~
Owner Address: Sklarco L.L.C.
Owner Phone Number: _____
Owner Facsimile Number: _____
Owner E-Mail: _____

~~ANADARKO E&P COMPANY LP • P.O. BOX 1330 •~~ HOUSTON, TEXAS 77251-1330