UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF MOTION TO ASSUME PALUXY B SAND UNIT -
UNIT AGREEMENT & UNIT OPERATING AGREEMENT
(Sklarco, LLC)**

**OBJECTION DEADLINE: MARCH 17, 2021**

**YOU ARE HEREBY NOTIFIED** that Sklarco, LLC has filed a Motion to Assume the Paluxy B Sand Unit – Unit Agreement & Unit Operating Agreement and requests the following relief: authorization for Sklarco, LLC as a working interest holder to enter into a Unit Agreement dated April 14, 1976 covering the West Tyler Paluxy "B" Sand Unit and the West Tyler (Paluxy "B" Sand) Field in Smith County, Texas (together with all attachments and amendments thereto, the "Paluxy B Unit Agreement").  Contemporaneously with the Paluxy B Unit Agreement, Sklarco also entered into a Unit Operating Agreement dated April 14, 1976 covering the West Tyler Paluxy "B" Sand Unit and the West Tyler (Paluxy "B" Sand) Field in Smith County, Texas (together with all attachments and amendments thereto, the "Unit Operating Agreement") with Goodrich Petroleum Co. as Operator.  All lands, title rights, interests described in the Paluxy B Unit Agreement & Unit Operating Agreement are hereinafter described as the property (the "Property" or "Properties") in Smith County, Texas.  Assumption of the Joint Operating Agreement is necessary and beneficial to Sklarco, as it provides a means for operation of Sklarco's working interest in the Property, provides Sklarco with a proportionate share of the profits from the sale of oil and gas produced by the Property, and similarly obligates Sklarco for a proportionate share of the expenses associated with operating the Property.

Sklarco, LLC is current on all obligations under the Paluxy B Sand Unit – Unit Agreement & Unit Operating Agreement and therefore there is no cure requirement.  It is in the best interest of Sklarco, LLC, its creditors, and its estate for the contract to be assumed.  A copy of the pleading is included herewith.  Exhibit 1 is available for inspection in the Bankruptcy Court Clerk's Office, 721 -19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The Court will not consider general objections.  In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: March 3, 2021.                       Respectfully submitted,

                                            By: */s/ Keri L. Riley*
                                               Keri L. Riley, #47605
                                               **KUTNER BRINEN, P.C.**
                                               1660 Lincoln St. Suite 1720
                                               Denver, CO  80264
                                               Telephone:  (303) 832-2400