UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

### NOTICE OF MOTION TO ASSUME DORCHEAT UNIT - UNIT AGREEMENT & RELATED JOINT OPERATING AGREEMENTS
### (Sklarco, LLC)

### OBJECTION DEADLINE: MARCH 17, 2021

**YOU ARE HEREBY NOTIFIED** that Sklarco, LLC has filed a Motion to Assume the Dorcheat Unit – Unit Agreement & Related Joint Operating Agreements and requests the following relief: authorization for Sklarco, LLC as a working interest holder to assume a Unit Agreement dated February 1, 1967 covering the Dorcheat (Upper Rodessa) Unit in Columbia County, Arkansas.  Subsequently, on or about 1975, Sklarco entered into a JOA dated October 1, 1975 for Unit Area in Township 18Sm, Range 22W in Columbia County, Arkansas by and between Rustex Oil,, Inc. as Operator and signatory parties other than Operator, (together with all attachments and amendments therefor, the "1975 Joint Operating Agreement") with Rosetta Resources as operator.  Subsequently, and under the same Unit Agreement, on or about August 1, 1986, Sklarco entered into a JOA (610-1982) dated August 1, 1986 covering portions of Sections 10, 11, 14, 15 & 16 in Township 18S, Range 21W & 22W in Columbia County, Arkansas by and between TEMEX Energy, Inc. as Operator and various parties as Non-Operators, (together with all attachments and amendments thereto, the "1986 Joint Operating Agreement") with Bonanza Creek Energy Resources, LLC as operator.  All lands, title rights, interests described in the Joint Operating Agreement are hereinafter described as the property (the "Property" or "Properties") in Columbia County, Arkansas.  Assumption of the Joint Operating Agreement is necessary and beneficial to Sklarco, as it provides a means for operation of Sklarco's working interest in the Property, provides Sklarco with a proportionate share of the profits from the sale of oil and gas produced by the Property, and similarly obligates Sklarco for a proportionate share of the expenses associated with operating the Property.

Sklarco, LLC is current on all obligations under the Dorcheat Unit – Unit Agreement & Related Joint Operating Agreements and therefore there is no cure requirement.  It is in the best interest of Sklarco, LLC, its creditors, and its estate for the contract to be assumed.  A copy of the pleading is included herewith.  Exhibit 1 is available for inspection in the Bankruptcy Court Clerk's Office, 721 -19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The Court will not consider general objections.  In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: March 3, 2021.	Respectfully submitted,

By:/s/ Keri L. Riley
Keri L. Riley, #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln St. Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
E-Mail: klr@kutnerlaw.com