UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF MOTION TO ASSUME BELLWOOD LAKE UNIT -
UNIT AGREEMENT & UNIT OPERATING AGREEMENT
(Sklarco, LLC)**

**OBJECTION DEADLINE: MARCH 17, 2021**

**YOU ARE HEREBY NOTIFIED** that Sklarco, LLC has filed a Motion to Assume the Bellwood Lake Unit – Unit Agreement & Unit Operating Agreement and requests the following relief: authorization for Sklarco, LLC as a working interest holder to enter into a Unit Agreement dated September 19, 1979 covering the Bellwood Lake (Paluxy B) Unit in the Bellwood Lake (Paluxy B) Field in Smith County, Texas by and between Jones-O'Brien, Incorporated, Arcadia Refining Company, 1973 Galbraith "A" Ltd., Partnership, 1976 Galbraith "I" Ltd., Partnership, and Sklar & Phillips Oil Company, (together with all attachments and amendments thereto, the "Unit Agreement").  Sklarco, contemporaneously entered into a Unit Operating Agreement dated September 19, 1979 covering the Bellwood Lake (Paluxy B) Unit in Bellwood Lake (Paluxy B) Field in Smith County, Texas by and between Jones-O'Brien Incorporated, Arcadia Refining Company, 1973 Galbraith "A" Ltd., Partnership, 1976 Galbraith "I" Ltd., Partnership, and Sklar & Phillips Oil Company, (together with all attachments and amendments thereto, the "Unit Operating Agreement") with J-O'B Operating Company as operator.  All lands, title rights, interests described in the Unit Agreement & Unit Operating Agreement are hereinafter described as the property (the "Property" or "Properties") in Smith County, Texas.  Assumption of the Joint Operating Agreement is necessary and beneficial to Sklarco, as it provides a means for operation of Sklarco's working interest in the Property, provides Sklarco with a proportionate share of the profits from the sale of oil and gas produced by the Property, and similarly obligates Sklarco for a proportionate share of the expenses associated with operating the Property.

Sklarco, LLC is current on all obligations under the Bellwood Lake Unit – Unit Agreement & Unit Operating Agreement and therefore there is no cure requirement.  It is in the best interest of Sklarco, LLC, its creditors, and its estate for the contract to be assumed.  A copy of the pleading is included herewith.  Exhibit 1 is available for inspection in the Bankruptcy Court Clerk's Office, 721 -19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The Court will not consider general objections.  In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: March 3, 2021.                    Respectfully submitted,

By: */s/ Keri L. Riley*
    Keri L. Riley, #47605
    **KUTNER BRINEN, P.C.**
    1660 Lincoln St. Suite 1720
    Denver, CO  80264
    Telephone:  (303) 832-2400
    E-Mail: klr@kutnerlaw.com