UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF MOTION TO ASSUME BLACK LAKE FIELD -
UNIT AGREEMENT & UNIT OPERATING AGREEMENT
(Sklarco, LLC)**

**OBJECTION DEADLINE: MARCH 17, 2021**

**YOU ARE HEREBY NOTIFIED** that Sklarco, LLC has filed a Motion to Assume the Black Lake Field – Unit Agreement & Unit Operating Agreement and requests the following relief: authorization for Sklarco, LLC as a working interest holder to assume its Unit Agreement Pettit Zone Unit dated October 25, 1965 covering the Pettite Zone Unit in Black Lake Field in Natchitoches Parish, Louisiana by and between Placid Oil Company, Socony-Mobil Oil Co., ,Inc., Phillips Petroleum Company, et al. (together with all attachments and amendments thereto, the "Unit Agreement"). Contemporaneously, Sklarco entered into a Unit Operating Agreement Pettit Zone Unit dated October 25, 1965 covering the Pettite Zone Unit in Black Lake Field in Natchitoches Parish, Louisiana by and between Placid Oil Company, Socony-Mobil Oil Co., Inc., Phillips Petroleum Company, et al. (together with all attachments and amendments thereto, the "Unit Operating Agreement") with Chesapeake Exploration Ltd. as operator.  All lands, title rights, interests described in the Unit Agreement & Unit Operating Agreement are hereinafter described as the property (the "Property" or "Properties") in Natchitoches Parish, Louisiana.  Assumption of the Joint Operating Agreement is necessary and beneficial to Sklarco, as it provides a means for operation of Sklarco's working interest in the Property, provides Sklarco with a proportionate share of the profits from the sale of oil and gas produced by the Property, and similarly obligates Sklarco for a proportionate share of the expenses associated with operating the Property.

Sklarco, LLC is current on all obligations under the Black Lake Field – Unit Agreement & Unit Operating Agreement and therefore there is no cure requirement.  It is in the best interest of Sklarco, LLC, its creditors, and its estate for the contract to be assumed.  A copy of the pleading is included herewith.  Exhibit 1 is available for inspection in the Bankruptcy Court Clerk's Office, 721 -19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The Court will not consider general objections.  In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: March 3, 2021.                    Respectfully submitted,

By:/s/ *Keri L. Riley*
    Keri L. Riley, #47605
    **KUTNER BRINEN, P.C.**
    1660 Lincoln St. Suite 1720
    Denver, CO  80264
    Telephone:  (303) 832-2400
    E-Mail: klr@kutnerlaw.com