UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF MOTION TO ASSUME FAIRWAY (JAMES LIME) UNIT AGREEMENT, UNIT OPERATING AGREEMENT, & GAS PLANT AGREEMENT**
**(Sklarco, LLC)**

**OBJECTION DEADLINE: MARCH 17, 2021**

**YOU ARE HEREBY NOTIFIED** that Sklarco, LLC has filed a Motion to Assume the Fairway (James Lime) Unit Agreement, Unit Operating Agreement, & Gas Plant Agreement and requests the following relief: authorization for Sklarco, LLC as a working interest holder to assume its Agreement for the Construction and Operation of the Fairway Gas Plant dated May 9, 1962 in Anderson and Henderson Counties, Texas ("Gas Plant Agreement"), Unit Agreement Fairway (James Lime) Unit dated October 1, 1963 coverings lands more fully described in the agreement in Henderson and Anderson Counties, Texas by and between the parties who execute or ratify the agreement ("Unit Agreement"), and the Unit Operating Agreement Fairway (James Lime) dated October 1, 1963 coverings lands more fully described in the agreement in Henderson and Anderson Counties, Texas by and between Hunt Oil Company as Operator, and Non-Operators ("Unit Operating Agreement").

Sklarco, LLC is current on all obligations under the Gas Plant Agreement, Unit Agreement, and Unit Operating Agreement and therefore there is no cure requirement. It is in the best interest of Sklarco, LLC, its creditors, and its estate for the contract to be assumed. A copy of the pleading is included herewith. A copy of Exhibit 1 is available for inspection in the Bankruptcy Court Clerk's Office, 721-19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: March 2, 2021.                Respectfully submitted,

By: */s/ Keri L. Riley*
   Keri L. Riley, #47605
   **KUTNER BRINEN, P.C.**
   1660 Lincoln St. Suite 1850
   Denver, CO 80264
   Telephone: (303) 832-2400
   E-Mail: klr@kutnerlaw.com