UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

### NOTICE OF OMNIBUS MOTION TO REJECT JOINT OPERATING AGREEMENTS AND RELATED OIL AND GAS CONTRACTS
(Sklar Exploration Company, LLC)

**OBJECTION DEADLINE: MARCH 17, 2021**

**YOU ARE HEREBY NOTIFIED** that Sklar Exploration Company, LLC ("SEC") has filed an Omnibus Motion to Reject Joint Operating Agreements and Related Oil and Gas Contract, and requests the following relief: authorization for Sklar Exploration Company, LLC to reject those oil and gas contracts, including joint operating agreements, attached as Exhibit 1 to the Motion. SEC has filed an Amended Plan of Reorganization that contemplates the wind down of SEC's operations and an orderly transition to new, duly appointed operators and therefore seeks to reject it joint operating agreements and related oil and gas contracts. To ensure an orderly wind down and transition, and to ensure that operation of the oil and gas properties is not interrupted, SEC requests that the rejection be made effective upon confirmation of the Amended Plan, subject to any further amendments that may be made prior to confirmation.

A copy of the pleading is included herewith including a full schedule of those contracts which SEC seeks to reject. If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: March 3, 2021.                                   Respectfully submitted,

                                                                    By:*/s/ Keri L. Riley*
                                                                          Keri L. Riley, #47605
                                                                          **KUTNER BRINEN, P.C.**
                                                                          1660 Lincoln St. Suite 1850
                                                                          Denver, CO  80264
                                                                          Telephone:  (303) 832-2400
                                                                          E-Mail: klr@kutnerlaw.com