UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF MOTION TO ASSUME**
**STEPHENS #4 JOINT OPERATING AGREEMENT**
**(Sklarco, LLC)**

**OBJECTION DEADLINE: MARCH 17, 2021**

**YOU ARE HEREBY NOTIFIED** that Sklarco, LLC has filed a Motion to Assume the Stephens #4 Joint Operating Agreement and requests the following relief: authorization for Sklarco, LLC as a working interest holder to assume its JOA (610-1982) dated May 1, 1993 covering the Stephens #4 Well in Willow Springs Field in Gregg County, Texas between Fuel Resources, In., as Operator, and Sam Y. Dorfman, Jr. et al, as Non-Operator, (together with all attachments and amendments thereto, the "Joint Operating Agreement") with The Houston Exploration Co. as operator.

Sklarco, LLC is current on all obligations under the Joint Operating Agreement and therefore there is no cure requirement. It is in the best interest of Sklarco, LLC, its creditors, and its estate for the contract to be assumed. A copy of the pleading is included herewith. A copy of Exhibit 1 is available for inspection in the Bankruptcy Court Clerk's Office, 721 -19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: March 3, 2021.                     Respectfully submitted,

By:/s/ *Keri L. Riley*
  Keri L. Riley, #47605
  **KUTNER BRINEN, P.C.**
  1660 Lincoln St. Suite 1850
  Denver, CO  80264
  Telephone:  (303) 832-2400
  E-Mail: klr@kutnerlaw.com