UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
|   Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

### AMENDED NOTICE OF MOTION TO REJECT MYRTICE ELLIS JOINT OPERATING AGREEMENT
### (Sklar Exploration Company, LLC)

**OBJECTION DEADLINE: MARCH 16, 2021**

     **YOU ARE HEREBY NOTIFIED** that Sklar Exploration Company, LLC ("SEC") has filed a Motion to Reject the Myrtice Ellis Joint Operating Agreement and requests the following relief: authorization for Sklar Exploration Company, LLC reject its Amended and Restated Model From Operating Agreement (A.A.P.O. Form 610-1982) dated December 15, 2019, by and between Sklar Exploration Company, LLC as Operator and Sklarco, LLC, et al. as Non-Operators (together with all amendments and attachments thereto, the "Myrtice Ellis JOA") for the property more specifically described as: E ½ Section 35 and W ½ of Section 36 Township 4 North, Range 10 East, Conecuh County, Alabama.  SEC has filed an Amended Plan that contemplates an orderly wind down and transition to a new operator.  As a result, the Myrtice Ellis JOA is no longer necessary or beneficial to SEC's reorganization efforts.

     If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The Court will not consider general objections.  In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: March 3, 2021.              Respectfully submitted,

                                      By:*/s/ Keri L. Riley*
                                          Keri L. Riley, #47605
                                          **KUTNER BRINEN, P.C.**
                                          1660 Lincoln St. Suite 1720
                                          Denver, CO  80264
                                          Telephone:  (303) 832-2400
                                          E-Mail: klr@kutnerlaw.com