# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 | ) | |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |

## *AD HOC* COMMITTEE OF WORKING INTEREST OWNERS' LIMITED RESPONSE TO DEBTORS' STATUS REPORT (DOCKET NO. 912)

**COMES NOW**, the *Ad Hoc* Committee of Working Interest Owners of Debtors Sklar Exploration Company, LLC, and Sklarco, LLC (the "***Ad Hoc* Committee**"), by and through their undersigned counsel, for their Limited Response to Debtors' Status Report (Docket No. 912) (the "**Response**"). In support of the Response, the *Ad Hoc* Committee states as follows:

### Response

1. The Debtors' Status Report seeks to bring to light settlement discussions that were ongoing between the parties which were, presumptively, confidential between the parties. Ultimately, the members of the *Ad Hoc* Committee were not willing to self-abridge their heavily negotiated prepetition contractual removal rights in exchange for a promise to pay from the Debtors which may not have even been valid under the Bankruptcy Code. Simply put, the *Ad Hoc*

Committee is not obligated to accept any proposal that does not make both business and legal sense because the Debtors, through their own pre- and post-petition conduct, are unable to satisfy *their* statutory cure obligations. Accordingly, the *Ad Hoc* Committee disagrees with any connotations that it is responsible for the Debtors' pivot to a liquidation.

2. Notwithstanding the inappropriate disclosure of settlement negotiations, the *Ad Hoc* Committee believes that, since its formation, its efforts have made a substantial contribution to the current progress of these Chapter 11 cases. The *Ad Hoc* Committee was formed for the purpose of giving a louder voice to working interest owners in the Brooklyn Oil Unit whose interests in the Chapter 11 cases had largely been kept out of material discussions regarding the course of these Chapter 11 cases. Absent formation of the *Ad Hoc* Committee and its being steadfast in its contractual and statutory rights, the Debtors had endeavored to go down a path with a Chapter 11 plan that was patently unconfirmable which would have further driven up the significant amount of administrative expenses. First, the Debtors' original plan of reorganization contemplated payment of only a portion of cure costs over the course of time in derogation of the plain language of Section 365(b)(1) of the Bankruptcy Code. Second, although the Debtors believed they could "cure" the missing cash call advances that were misappropriated prepetition by purportedly performing the outstanding work (for example, by drilling wells that had not been done prepetition), the Debtors never had sufficient current or future resources to be able to perform such future expensive work. Third, the *Ad Hoc* Committee's previously filed stay relief motion, forced the realization upon the Debtors that SEC could be removed post-confirmation, which would be costly to the Debtors' estates in the form of lost cure payments. Thus, the efforts by the *Ad Hoc* Committee have made a substantial contribution to these Chapter 11 cases which are now

more appropriately geared towards a structured wind-down which will, hopefully, be beneficial to all working interest owners.

Dated: March 8, 2021.                    Respectfully submitted,

*AD HOC* **COMMITTEE OF WORKING INTEREST HOLDERS OF SKLAR EXPLORATION COMPANY, LLC, AND SKLARCO, LLC**

By:  */s/Timothy M. Swanson*
Timothy M. Swanson (Colorado No. 47267)
MOYE WHITE LLP
1400 16th Street
6th Floor
Denver, Colorado 80202-1486
Tel: (303) 292-2900
Fax: (303) 292 4510
Tim.Swanson@moyewhite.com
*Counsel to Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company, LLC, and Sklarco, LLC*

--and--

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, Mississippi 39157
Tel: (601) 427-0048
Fax: (601) 427-0050
cmgeno@cmgenolaw.com
*Counsel to Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company, LLC, and Sklarco, LLC*

## Certificate of Service

I hereby certify that on this 8th day of March 2021, I caused the foregoing *Ad Hoc Committee of Working Interest Owners' Limited Response to Debtors' Status Report (Docket No. 912)* to be served *via* CM/ECF to all parties that have filed electronic appearances and requested service in this case.

*s/Timothy M. Swanson*
Timothy M. Swanson
