IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

---------------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :
SKLAR EXPLORATION COMPANY, LLC,                       :      Case No. 20-12377 (EEB)
EIN: 72-1417930                                       :      Chapter 11
                                                      :
            Debtor-in-Possession.                     :
                                                      :
                                                      :
                                                      :
---------------------------------------------------------------x
                                                      :
In re                                                 :
                                                      :
SKLARCO, LLC                                          :      Case No. 20-12380 (EEB)
EIN: 72-1425432                                       :      Chapter 11
                                                      :
                                                      :
            Debtor-in-Possession.                     :
                                                      :
                                                      :      Ref. Docket Nos. 831-848
---------------------------------------------------------------x


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK  )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 23, 2021, I caused to be served the:

    a. "Motion to Assume Executory Contracts Re: Fin Deep Joint Operating Agreement (Sklarco, LLC)," dated February 23, 2021 [Docket No. 831] (the "Fin Deep Motion"),

    b. "Notice Of Motion To Assume Fin Deep Operating Agreement," dated February 23, 2021 [Docket No. 832] (the "Fin Deep Notice/Order"),

c.  "Motion to Assume Executory Contracts Re: Martin Field Joint Operating Agreement (Sklarco, LLC)," dated February 23, 2021 [Docket No. 833] (the "Martin Field Motion"),

d.  "Notice of Motion to Assume Executory Contracts Re: Martin Field Joint Operating Agreement (Sklarco, LLC)," dated February 23, 2021 [Docket No. 834] (the "Martin Field Notice/Order"),

e.  "Motion to Assume Executory Contracts Re: Moncrief Joint Operating Agreement (Sklarco, LLC)," dated February 19, 2021 [Docket No. 835] (the "Moncrief Motion"),

f.  "Notice of Motion to Assume Executory Contracts Re: Moncrief Joint Operating Agreement (Sklarco, LLC)," dated February 23, 2021 [Docket No. 836] (the "Moncrief Notice/Order),

g.  "Motion to Assume Executory Contracts Re: North Saline Joint Operating Agreement (Sklarco, LLC)," dated February 23, 2021 [Docket No. 837] (the "North Saline Motion"),

h.  "Notice of Motion to Assume Executory Contracts Re: North Saline Joint Operating Agreement (Sklarco, LLC)," dated February 23, 2021 [Docket No. 838] (the "North Saline Notice/Order"),

i.  "Motion to Assume Executory Contracts Re: West Bryceland Saddle Participation & Operating Agreement (Sklarco, LLC)," dated February 23, 2021 [Docket No. 839] (the "West Bryceland Motion"),

j.  "Notice of Motion to Assume Executory Contracts Re: West Bryceland Saddle Participation & Operating Agreement (Sklarco, LLC)," dated February 23, 2021 [Docket No. 840] (the "West Bryceland Notice/Order"),

k.  "Motion to Assume Executory Contracts Re: Wiggins #1 Joint Operating Agreement (Sklarco, LLC)," dated February 23, 2021 [Docket No. 841] (the "Wiggins Motion"),

l.  "Notice of Motion to Assume Executory Contracts Re: Wiggins #1 Joint Operating Agreement (Sklarco, LLC)," dated February 23, 2021 [Docket No. 842] (the "Wiggins Notice/Order"),

m.  "Motion to Assume Executory Contracts Re: Anderson Johnson 11-9 #1 Joint Operating Agreement (Sklarco, LLC)," dated February 23, 2021 [Docket No. 843] (the "Anderson Motion"),

n.  "Notice of Motion to Assume Executory Contracts Re: Anderson Johnson 11-9 #1 Joint Operating Agreement (Sklarco, LLC)," dated February 23, 2021 [Docket No. 844] (the "Anderson Notice/Order"),

o.  "Motion to Assume Fair Oil Ltd #1 Joint Operating Agreement (Sklarco, LLC)," dated February 23, 2021 [Docket No. 845] (the "Fair Oil Motion"),

p.  "Notice of Motion to Assume Fair Oil Ltd #1 Joint Operating Agreement (Sklarco, LLC)," dated February 23, 2021 [Docket No. 846] (the "Fair Oil Notice/Order")

q.  "Motion to Assume Executory Contracts Re: Findley 2-5 Joint Operating Agreement (Sklarco, LLC)," dated February 23, 2021 [Docket No. 847] (the "Findley Motion"), and

r.  "Notice of Motion to Assume Executory Contracts Re: Findley 2-5 Joint Operating Agreement (Sklarco, LLC)," dated February 23, 2021 [Docket No. 848] (the "Findley Notice/Order").

by causing true and correct copies of the:

i.  Fin Deep Motion, Fin Deep Notice/Order, Martin Field Motion, Martin Field Notice/Order, Moncrief Motion, Moncrief Notice/Order, North Saline Motion, North Saline Notice/Order, West Bryceland Motion, West Bryceland Notice/Order, Wiggins Motion, Wiggins Notice/Order, Anderson Motion, Anderson Notice/Order, Fair Oil Motion, Fair Oil Notice/Order, Findley Motion, and Findley Notice/Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

ii.  Fin Deep Motion and Fin Deep Notice/Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those additional parties listed on the annexed Exhibit B,

iii.  Martin Field Motion and Martin Field Notice/Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those additional parties listed on the annexed Exhibit C,

iv.  Moncrief Motion and Moncrief Notice/Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those additional parties listed on the annexed Exhibit D,

v.  North Saline Motion and North Saline Notice/Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those additional parties listed on the annexed Exhibit E,

vi.  West Bryceland Motion and West Bryceland Notice/Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those additional parties listed on the annexed Exhibit F,

vii.  Wiggins Motion and Wiggins Notice/Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those additional parties listed on the annexed <u>Exhibit G</u>,

viii.  Anderson Motion and Anderson Notice/Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those additional parties listed on the annexed <u>Exhibit H</u>,

ix.  Fair Oil Motion and Fair Oil Notice/Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those additional parties listed on the annexed <u>Exhibit I</u>, and

x.  Findley Motion and Findley Notice/Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those additional parties listed on the annexed <u>Exhibit J</u>.


3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Geoff Zahm*
Geoff Zahm

Sworn to before me this
26th day of February, 2021
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2021

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ADAM L. HIRSCH, ESQ. | DAVIS GRAHAM & STUBBS LLP 1550 SEVENTEENTH STREET SUITE 500 DENVER CO 80202 |
| AMY L. VAZQUEZ, ESQ. | JONES WALKER LLP 811 MAIN STREET SUITE 2900 HOUSTON TX 77002 |
| ANDREW G. EDSON, ESQ. | CLARK HILL STRASBURGER 901 MAIN STREET SUITE 6000 DALLAS TX 75202 |
| ANDREW J. SHAVER, ESQ. | BRADLEY ARANT BOULT CUMMINGS LLP 1819 FIFTH AVENUE NORTH BIRMINGHAM AL 35203 |
| ARMISTEAD M. LONG, ESQ. | GORDON ARATA MONTGOMERY BARNETT MCCOLLAM DUPLANTIS & EAGAN, LLC 400 EAST KALISTE SALOON ROAD SUITE 4200 LAFAYETTE LA 70508 |
| BAKER HUGHES COMPANY | (REPRESENTATIVE: CHRISTOPHER J. RYAN) 2001 RANKIN ROAD HOUSTON TX 77073 |
| BARNET B. SKELTON, JR., ESQ. | 815 WALKER SUITE 1502 HOUSTON TX 77002 |
| BELINDA HARRISON | 58 COUNTY ROAD 5033 HEIDELBERG MS 39439 |
| BRIAN G. RICH, ESQ. MICHAEL J. NILES, ESQ. | BERGER SINGERMAN LLP 313 NORTH MONROE STREET SUITE 301 TALLAHASSEE FL 32301 |
| BRYCE A. SUZUKI, ESQ. | BRYAN CAVE LEIGHTON PAISNER, LLP TWO NORTH CENTRAL AVENUE SUITE 2100 PHOENIX AZ 85004-4406 |
| CASEY C. BREESE, ESQ. | WELBORN SULLIVAN MECK & TOOLEY, P.C. 1125 17TH STREET SUITE 2200 SOUTH DENVER CO 80202 |
| CHRIS CROWLEY, ESQ. | FELDMANN NAGEL CANTAFIO, PLLC 1875 LAWRENCE STREET SUITE 730 DENVER CO 80202 |
| CHRISTOPHER H. MEREDITH, ESQ. | COPELAND COOK TAYLOR & BUSH, P.A. 1076 HIGHLAND COLONY PARKWAY 600 CONCOURSE, SUITE 200 P.O. BOX 6020 RIDGELAND MS 39158-6020 |
| CHRISTOPHER H. MEREDITH, ESQ. | GLENN GATES TAYLOR, ESQ. COPELAND COOK TAYLOR & BUSH, P.A. 600 CONCOURSE, SUITE 200 1076 HIGHLAND COLONY PARKWAY P.O. BOX 6020 RIDGELAND MS 39158-6020 |
| CRAIG K. SCHUENEMANN, ESQ. BRYAN CAVE LEIGHTON | PAISNER LLP 1700 LINCOLN STREET SUITE 4100 DENVER CO 80203 |
| CRAIG M. GENO, ESQ. | LAW OFFICES OF CRAIG M. GENO, PLLC 587 HIGHLAND COLONY PARKWAY RIDGELAND MS 39157 |
| CURTIS R. SHELTON, ESQ. | JENNIFER NORRIS SOTO, ESQ. AYRES SHELTON WILLIAMS BENSON & PAINE, LLC 333 TEXAS STREET, SUITE 1400 P.O. BOX 1764 SHREVEPORT LA 71166 |
| DAVID M. MILLER, ESQ. | SPENCER FANE LLP 1700 LINCOLN STREET SUITE 2000 DENVER CO 80203 |
| DAVID R. TAGGART, ESQ. | BRADLEY MURCHISON KELLY & SHEA, LLC 401 EDWARDS STREET SUITE 1000 SHREVEPORT LA 71101 |
| DUANE J. BRESCIA, ESQ. | CLARK HILL STRASBURGER 720 BRAZOS SUITE 700 AUSTIN TX 78701 |
| DUANE J. BRESCIA, ESQ. | CLARK HILL STRASBURGER 720 BRAZOS STREET SUITE 700 AUSTIN TX 78701 |
| GIOVANNI M. RUSCITTI, ESQ. | BERG HILL GREENLEAF RUSCITTI, LLP 1712 PEARL STREET BOULDER CO 80302 |
| J. ERIC LOCKRIDGE, ESQ. KEAN MILLER LLP | 400 CONVENTION STREET SUITE 700 P.O. BOX 3513 BATON ROUGE LA 70802 |
| JAMES B. BAILEY, ESQ. | BRADLEY ARANT BOULT CUMMINGS, LLP 1819 FIFTH AVENUE NORTH BIRMINGHAM AL 35203 |
| JEFF CARRUTH, ESQ. | WEYCER KAPLAN PULASKI & ZUBER, P.C. 11 GREENWAY PLAZA SUITE 1400 HOUSTON TX 77046 |
| JENNIFER J. HARDY, ESQ. | WILLKIE FARR & GALLAGHER, LLP 600 TRAVIS STREET HOUSTON TX 77002 |
| JEREMY L. RETHERFORD, ESQ. | BALCH & BINGHAM, LLP 1901 SIXTH AVENUE NORTH SUITE 1500 BIRMINGHAM AL 35203 |
| JOHN D. CORNWELL, ESQ. GRANT M. BEINER, ESQ. | CHRISTOPHER D. JOHNSON, ESQ. MUNSCH HARDT KOPF & HARR, P.C. 700 MILAM STREET SUITE 2700 HOUSTON TX 77002 |
| JOHN H. SMITH | QUITMAN TANK SOLUTIONS, LLC P.O. BOX 90 QUITMAN MS 39355 |
| JORDAN B. BIRD, ESQ. | COOK YANCEY KING & GALLOWAY, APLC 333 TEXAS STREET SUITE 1700 P.O BOX 22260 SHREVEPORT LA 71120-2260 |
| JORDAN B. BIRD, ESQ. | COOK YANCEY KING & GALLOWAY, APLC 333 TEXAS STREET SUITE 1700 SHREVEPORT LA 71120-2260 |
| JOSEPH E. BAIN, ESQ. | JONES WALKER LLP 811 MAIN STREET SUITE 2900 HOUSTON TX 77002 |
| KATHERINE A. ROSS, ESQ. | U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLORADO ASSISTANT UNITED STATES ATTORNEY 1801 CALIFORNIA STREET SUITE 1600 DENVER CO 80202 |
| KATHERINE GUIDRY DOUTHITT, ESQ. | BLANCHARD WALKER O'QUIN & ROBERTS P.O. BOX 1126 SHREVEPORT LA 71163 |
| KELLEY BROTHERS CONTRACTORS, INC. (REPRESENTATIVE: | JERRY KELLEY) 401 COUNTY FARM ROAD WAYNESBORO MS 39367 |
| KEVIN S. NEIMAN, ESQ. | LAW OFFICES OF KEVIN S. NEIMAN, P.C. 999 18TH STREET SUITE 1230 SOUTH DENVER |

| Claim Name | Address Information |
|---|---|
| KEVIN S. NEIMAN, ESQ. | CO 80202 |
| MADISON TUCKER, ESQ. | JONES WALKER LLP 201 ST. CHARLES AVENUE SUITE 5100 NEW ORLEANS LA 70170 |
| MATTHEW J. OCHS, ESQ. | HOLLAND & HART, LLP 555 SEVENTEENTH STREET SUITE 3200 P.O. BOX 8749 DENVER CO 80201-8749 |
| MATTHEW S. OKIN, ESQ. | OKIN ADAMS, LLP 1113 VINE STREET SUITE 240 HOUSTON TX 77002 |
| MATTHEW S. OKIN, ESQ. | JOHN THOMAS OLDHAM, ESQ. OKIN ADAMS LLP 1113 VINE STREET SUITE 240 HOUSTON TX 77002 |
| MESA FLUIDS, LLC | (REPRESENTATIVE: AARON W. MERRELL) 1669 SOUTH 580 EAST AMERICAN FORK UT 84057 |
| MICHAEL E. RIDDICK, ESQ. | KATHERINE GUIDRY DOUTHILL, ESQ. BLANCHARD WALKER O'QUIN & ROBERTS, P.C. 333 TEXAS STREET REGIONS TOWER SUITE 700 SHREVEPORT LA 71101 |
| MICHAEL J. GUYERSON, ESQ. | BUECHLER LAW OFFICE, LLC 999 18TH STREET SUITE 1230 SOUTH DENVER CO 80202 |
| MICHAEL L. NILES, ESQ. BRIAN G. RICH, ESQ. | BERGER SINGERMAN LLP 313 NORTH MONROE STREET SUITE 301 TALLAHASSEE FL 32301 |
| MICHEL D. RUBENSTEIN, ESQ. | LISKOW & LEWIS 1001 FANNIN STREET SUITE 1800 HOUSTON TX 77002 |
| PAUL H. STEPHENSON III, ESQ. | JIM F. SPENCER, JR., ESQ. WATKINS & EAGER, PLLC P.O. BOX 650 JACKSON MS 39205 |
| PAUL MOSS, ESQ. | US TRUSTEE'S OFFICE 1961 STOUT STREET SUITE 12-200 DENVER CO 80294 |
| RAPAD WELL SERVICE COMPANY, INC. (REPRESENTATIVE: | CHESLEY JAMES) C/O JEREMY RETHERFORD, ESQ. BALCH & BINGHAM, LLP 1901 SIXTH AVENUE NORTH SUITE 1500 BIRMINGHAM AL 35203-4642 |
| ROBERT L. PADDOCK, ESQ. | BUCK KEENAN LLP 2229 SAN FELIPE SUITE 1000 HOUSTON TX 77019 |
| ROBERT PADJEN, ESQ. DEANNA LEE WESTFALL, ESQ. | ASSISTANT ATTORNEY GENERAL COLORADO DEPARTMENT OF LAW 1300 BROADWAY 8TH FLOOR DENVER CO 80203 |
| RYAN J. LORENZ, ESQ. | CLARK HILL PLC 14850 NORTH SCOTTSDALE ROAD SUITE 500 SCOTTSDALE AZ 85254 |
| RYAN M. SEIDEMANN, ESQ. ASSISTANT ATTORNEY GENERAL | CIVIL DIVISION/LANDS AND NATURAL RESOURCES P.O. BOX 94005 P.O. BOX 94005 BATON ROUGE LA 70804-9005 |
| RYCO EXPLORATION, LLC | 40 GOLF CLUB DRIVE ATTN: M. ROBIN SMITH HAUGHTON LA 71037 |
| RYCO EXPLORATION, LLC | 401 EDWARDS STREET SUITE 915 ATTN: M. ROBIN SMITH SHREVEPORT LA 71101 |
| SHAY L. DENNING, ESQ. | THOMAS H. SHIPPS, ESQ. MAYNES, BRADFORD, SHIPPS & SHEFTEL, LLP 835 EAST SECOND AVENUE SUITE 123 DURANGO CO 81301 |
| STEPHEN K. LECHOLOP II, ESQ. | ROSENTHAL PAUERSTEIN, ESQ. SANDOLOSKI AGATHER LLP 755 EAST MULBERRY SUITE 200 SAN ANTONIO TX 78212 |
| STONEHAM DRILLING CORPORATION (REPRESENTATIVE: | HEATHER STICKEL) C/O JAMES B. BAILEY, ESQ. BRADLEY ARANT BOULT CUMMINGS, LLP 1819 FIFTH AVENUE NORTH BIRMINGHAM AL 35203 |
| TCP COTTONWOOD, L.P. (REPRESENTATIVE: KYLE C. | MCINNIS) C/O ERIC LOCKRIDGE 400 CONVENTION STREET SUITE 700 BATON ROUGE LA 70801 |
| THEODORE J. HARTL, ESQ. | BALLARD SPAHR LLP 1225 17TH STREET SUITE 2300 DENVER CO 80202-5596 |
| TIMOTHY C. MOHAN, ESQ. FOLEY & LARDNER, LLP | 600 17TH STREET SUITE 2020 SOUTH DENVER CO 80202 |
| TIMOTHY M. RILEY, ESQ. | HOPPING GREEN & SAMS, P.A. P.O. BOX 6526 TALLAHASSEE FL 32314 |
| TIMOTHY M. SWANSON, ESQ. | MOYE WHITE LLP 1400 16TH STREET 6TH FLOOR DENVER CO 80202-1486 |
| TIMOTHY M. SWANSON, ESQ. | MOYE WHITE LLP 1400 16TH STREET SUITE 600 DENVER CO 80206 |
| VICTORIA ARGEROPLOS, ESQ. | JACKSON WALKER LLP 1401 MCKINNEY STREET SUITE 1900 HOUSTON TX 77010 |

**Total Creditor count  64**

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| ANDERSON INVESTMENT HOLDINGS, LP | 333 TEXAS ST, STE 2020 SHREVEPORT LA 71101 |
| BARBARA PAGE LAWRENCE | P.O. BOX 374 EVERGREEN CO 80437 |
| BODCAW 3-D, LLC | P. O. BOX 1689 RUSTON LA 71273 |
| BUNDERO INVESTMENT COMPANY, L.L.C. | 401 EDWARDS ST, STE 820 SHREVEPORT LA 71101 |
| JJS WORKING INTERESTS LLC | 4295 SAN FELIPE, STE 207 HOUSTON TX 77027 |
| JOHN LOUIS BLALOCK | 3881 RIDGE RD CASTOR LA 71016 |
| LEFRAK ENERGY INVESTORS, L.P. | 1301 MCKINNEY, SUITE 3150 HOUSTON TX 77010 |
| LUCAS PETROLEUM GROUP, INC. | 327 CONGRESS AVENUE SUITE 500 AUSTIN TX 78701-3656 |
| MARSHALL- WUELLNER, INC. | 625 BLEWER RD. SALINE LA 71070 |
| MCCOMBS ENERGY LTD., LLC | 472 YORK ROAD NATCHEZ MS 39120 |
| MCCOMBS ENERGY LTD., LLC | 750 E. MULBERRY AVE. STE 403 SAN ANTONIO TX 78212 |
| PAMELA PAGE | P.O. BOX 374 EVERGREEN CO 80437 |
| PAMELA PAGE ESTATE | PO BOX 374 EVERGREEN CO 80437 |
| SKLAR EXPLORATION COMPANY, LLC (OPERATOR) | C/O JAMES KATCHADURIAN, CRO 5395 PEARL PKWY., #200 BOULDER CO 80301 |
| WUELLNER OIL & GAS, INC. | 333 TEXAS STREET, STE 607 SHREVEPORT LA 71101 |

**Total Creditor count  15**

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| CAS MINERALS, LLC | P.O. BOX 500 MAGNOLIA AR 71754 |
| CHRIS WEISER | P.O. BOX 500 MAGNOLIA AR 71754 |
| CRAIG ROGERS | P O BOX 126 MAGNOLIA AR 71754-0126 |
| DAVID MALCOLM | 700 FRONT STREET, SUITE 801 SAN DIEGO CA 92101 |
| FLEET HOWELL | 416 TRAVIS ST. SUITE 715 SHREVEPORT LA 71101 |
| FLOURNOY FAMILY PROPERTIES LTD | 526 EAST PARK AVE TALLAHASSEE FL 32301 |
| HUGHES OIL, INC. | PO BOX 608 OXFORD MS 38655 |
| JF HOWELL INTERESTS, LP | 416 TRAVIS STREET, SUITE 700 SHREVEPORT LA 71101 |
| JJS WORKING INTERESTS LLC | 4295 SAN FELIPE, STE 207 HOUSTON TX 77027 |
| K ENTERPRISES | 4020 GRIZZLY CASPER WY 82604 |
| KINGSTON OIL & GAS, INC. | 700 NORTH PEARL ST. STE. 1100 DALLAS TX 75201-2814 |
| LAWRENCE M. CUSHMAN TRUST | 591 CAMINO DE LA REINA, SUITE 900 SAN DIEGO CA 92108 |
| MERCURY OIL COMPANY, LLC | 9400 NORTH CENTRAL EXPRESSWAY SUITE 309 DALLAS TX 75231 |
| MIKE ROGERS OIL & GAS, INC. | P O BOX 126 MAGNOLIA AR 71754-0126 |
| SHELBY OIL & GAS, INC. | 6003 EAST RIDGE DR #37347 SHREVEPORT LA 71106-2425 |
| SIMBA INVESTORS, LLC | P O BOX 270415 HOUSTON TX 77277-0415 |
| SKLAR EXPLORATION COMPANY, LLC (OPERATOR) | C/O JAMES KATCHADURIAN, CRO 5395 PEARL PKWY., #200 BOULDER CO 80301 |
| WEISER-BROWN OPERATING COMPANY | P.O. BOX 500 MAGNOLIA AR 71754-0500 |

**Total Creditor count  18**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| ANDERSON-DRAKE PARTNERS, INC. | 6142 CAMPBELL ROAD DALLAS TX 75248 |
| DAVID NEW OPERATING COMPANY, INC. | P O BOX 1487 NATCHEZ MS 39121-1487 |
| DUDLEY HUGHES, LLC | P.O. BOX 720369 BYRAM MS 39272 |
| JJS WORKING INTERESTS LLC | 4295 SAN FELIPE, STE 207 HOUSTON TX 77027 |
| JSS INTERESTS LLC | ATTN: MR. WAYNE J. HENDERSON 8550 UNITED PLAZA BLVD, SUITE 1001 BATON ROUGE LA 70809 |
| MCCOMBS ENERGY LTD., LLC | 472 YORK ROAD NATCHEZ MS 39120 |
| OXY Y-1 | P O BOX 27570 HOUSTON TX 77227 |
| SKLAR EXPLORATION COMPANY, LLC (OPERATOR) | C/O JAMES KATCHADURIAN, CRO 5395 PEARL PKWY., #200 BOULDER CO 80301 |
| YATES DRILLING COMPANY | 105 SOUTH FOURTH STREET ARTESIA NM 88210 |

**Total Creditor count  9**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| ANDERSON INVESTMENT HOLDINGS, LP | 333 TEXAS ST, STE 2020 SHREVEPORT LA 71101 |
| BODCAW 3-D, LLC | P. O. BOX 1689 RUSTON LA 71273 |
| BUNDERO INVESTMENT COMPANY, L.L.C. | 401 EDWARDS ST, STE 820 SHREVEPORT LA 71101 |
| JJS WORKING INTERESTS LLC | 4295 SAN FELIPE, STE 207 HOUSTON TX 77027 |
| LEFRAK ENERGY INVESTORS, L.P. | 1301 MCKINNEY, SUITE 3150 HOUSTON TX 77010 |
| LUCAS PETROLEUM GROUP, INC. | 327 CONGRESS AVENUE SUITE 500 AUSTIN TX 78701-3656 |
| MARSHALL- WUELLNER, INC. | 625 BLEWER RD. SALINE LA 71070 |
| MCCOMBS ENERGY LTD., LLC | 472 YORK ROAD NATCHEZ MS 39120 |
| SKLAR EXPLORATION COMPANY, LLC (OPERATOR) | C/O JAMES KATCHADURIAN, CRO 5395 PEARL PKWY., #200 BOULDER CO 80301 |
| WUELLNER OIL & GAS, INC. | 333 TEXAS STREET, STE 607 SHREVEPORT LA 71101 |

**Total Creditor count  10**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| ANDERSON INVESTMENT HOLDINGS, LP | 333 TEXAS ST, STE 2020 SHREVEPORT LA 71101 |
| MCCOMBS ENERGY LTD., LLC | 472 YORK ROAD NATCHEZ MS 39120 |
| MIKE DAVIS | PO BOX 308 MAGNOLIA AR 71754 |
| PETRO-CHEM OPERATING CO, INC. | 915 TALBOT ROAD THIBODAUX LA 70301 |
| SKLAR EXPLORATION COMPANY, LLC (OPERATOR) | C/O JAMES KATCHADURIAN, CRO 5395 PEARL PKWY., #200 BOULDER CO 80301 |

**Total Creditor count  5**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| BILLIE S ROBINSON, USUFRUCT | PO BOX 5849 SHREVEPORT LA 71135 |
| BILLIE S ROBINSON, WIDOW | PO BOX 5849 SHREVEPORT LA 71135 |
| CEL PROPERTIES, LLC | PO BOX 2146 LONGVIEW TX 75606 |
| CRAIN II OIL & GAS LTD. | 300 LEES CREEK RD BOGLUSA LA 70427 |
| JJS WORKING INTERESTS LLC | 4295 SAN FELIPE, STE 207 HOUSTON TX 77027 |
| MARBERKAY, L.L.C. | 8669 CHALMETTE 0RIVE SHREVEPORT LA 71115 |
| MUSLOW OIL & GAS, INC. | 330 MARSHALL STREET, SUITE 628 SHREVEPORT LA 71101-3687 |
| RLI PROPERTIES LLC | P.O. BOX 2146 LONGVIEW TX 75606 |
| ROBERT L. KREIDLER | 2412 INGLESIDE AVE #50 CINCINNATI OH 45206 |
| S & P CO. | 330 MARSHALL ST STE 300 SHREVEPORT LA 71101 |
| SKLAR EXPLORATION COMPANY, LLC (OPERATOR) | C/O JAMES KATCHADURIAN, CRO 5395 PEARL PKWY., #200 BOULDER CO 80301 |
| THE WHITNEY CORPORATION | 1130 CONGRESS AVENUE STE B CINCINNATI OH 45246 |

**Total Creditor count  12**

**EXHIBIT H**

| Claim Name | Address Information |
|---|---|
| BANTAM CREEK LLC | 4712 LAKESIDE DRIVE COLLEYVILLE TX 76034 |
| BUNDERO INVESTMENT COMPANY, L.L.C. | 401 EDWARDS ST, STE 820 SHREVEPORT LA 71101 |
| CRAFT EXPLORATION COMPANY L.L.C. | 222 EAST TYLER STREET LONGVIEW TX 75601 |
| DOUBLEPINE INVESTMENTS, LTD. | 4851 LBJ FREEWAY, SUITE 210 DALLAS TX 75244 |
| FANT ENERGY LIMITED | P.O. BOX 55205 HOUSTON TX 77255 |
| FLETCHER PETROLEUM CORP. (OPERATOR; | MAILING ADDRESS) C/O RICK FLETCHER, CEO PO BOX 2147 FAIRHOPE AL 36533 |
| FLETCHER PETROLEUM CORP. (OPERATOR; CORPORATE HQ) | C/O RICK FLETCHER, CEO 25 SPRING RUN DRIVE FAIRHOPE AL 36532 |
| FPCC USA, INC. | 245 COMMERCE GREEN BLVD, STE 250 SUGAR LAND TX 77478 |
| JF HOWELL INTERESTS, LP | 416 TRAVIS STREET, SUITE 700 SHREVEPORT LA 71101 |
| JJS INTERESTS ESCAMBIA, LLC | 2001 KIRBY DR SUITE 1110 HOUSTON TX 77019 |
| JJS WORKING INTERESTS LLC | 4295 SAN FELIPE, STE 207 HOUSTON TX 77027 |
| LANDMARK EXPLORATION, LLC | P O BOX 12004 JACKSON MS 39236-2004 |
| MARKSCO, L.L.C. | 333 TEXAS STREET SUITE 1050 SHREVEPORT LA 71101 |
| MCCOMBS ENERGY LTD., LLC | 472 YORK ROAD NATCHEZ MS 39120 |
| MCCOMBS EXPLORATION, LLC | 750 EAST MULBERRY SUITE 403 SAN ANTONIO TX 78212 |
| PICKENS FINANCIAL GROUP, LLC | 10100 N. CENTRAL EXPRESSWAY STE 200 DALLAS TX 75231-4159 |
| RESOURCE VENTURES, LLC | 7112 W JEFFERSON AVE SUITE 106 LAKEWOOD CO 80235 |
| RUDMAN FAMILY TRUST | 5910 NORTH CENTRAL EXPRESSWAY STE 1662 DALLAS TX 75206 |
| TARA RUDMAN REVOCABLE TRUST | 5910 NORTH CENTRAL EXPRESSWAY, STE 1662 DALLAS TX 75206 |
| TAUBER EXPLORATION & PRODUCTION CO | 55 WAUGH DRIVE, STE 600 HOUSTON TX 77007 |
| THE RUDMAN PARTNERSHIP | 1700 PACIFIC AVE. SUITE 4700 DALLAS TX 75201 |
| TIEMBO LTD. | P.O. BOX 270415 HOUSTON TX 77277-0415 |
| TRIMBLE ENERGY, LLC | 11816 INWOOD ROAD #11 5855 MILTON STREET APT. 405 DALLAS TX 75244 |

**Total Creditor count  23**

# EXHIBIT I

# SKLAR EXPLORATION COMPANY, LLC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 136W LLC | 12900 PRESTON ROAD, SUITE 1117 DALLAS TX 75230 |
| 1719W LLC | 12900 PRESTON ROAD, SUITE 1117 DALLAS TX 75230 |
| BENNETT ENERGY CORPORATION | P.O. BOX 507 FATE TX 75132 |
| BREITBURN OPERATING LP | 1111 BAGBY STREET, SUITE 1600 HOUSTON TX 77002 |
| CADDO MANAGEMENT, INC. | 401 MARKET STREET, SUITE 500 SHREVEPORT LA 71101 |
| CHERYLE D. PALUSKA | 17730 MOSSY RIDGE LANE HOUSTON TX 77095 |
| CRAIG C. BARCLAY | P.O. BOX 5991 BRYAN TX 77805 |
| CRICKET PRODUCTION LP | P.O. BOX 3098 FLINT TX 75762 |
| D.M. ALPHA, INC. | P.O. BOX 711 YANKTON SD 57078 |
| DAVID CARL DEUTSCH | 430 WILLIAM D. FITCH COLLEGE STATION TX 77845 |
| EL ENERGY LTD. LLP | 3800 PALUXY DRIVE, SUITE 132 TYLER TX 75703 |
| ELANA OIL & GAS CO. | 401 N. MARKET STREET SUITE 500 SHREVEPORT LA 71101 |
| ESTATE OF BERT FIELDS JR. | 12900 PRESTON ROAD SUITE 1117 DALLAS TX 75230 |
| FAIR OIL, LTD. | 2701 STATE STREET DALLAS TX 75204 |
| GENE THRASH | 25 HIGHLAND PARK VILLAGE #100-764 DALLAS TX 07520-5278 |
| HORNET HOLDINGS LLC | P.O. BOX 7483 HOUSTON TX 77248 |
| INEZ DEUTSCH | 1906 WOODPLACE LONGVIEW TX 75601 |
| J.G. WALKER JR. LTD, LLP | P.O. BOX 6928 TYLER TX 75711 |
| JEFFERY D. KALLENBERG | 401 N. MARKET STREET SUITE 500 SHREVEPORT LA 71101 |
| JJS WORKING INTERESTS LLC | 4295 SAN FELIPE, STE 207 HOUSTON TX 77027 |
| JOHN D PROCTER | PO BOX 6250 TYLER TX 75711 |
| KELLY WALKER | PO BOX 6496 TYLER TX 75711 |
| LINDER FAMILY PARTNERSHIP LTD. | 100 INDEPENDENCE PL STE 307 TYLER TX 75703 |
| MELINDA M WALKER | 3216 RICE BLVD HOUSTON TX 77005 |
| MELODY GAYE BARNES | 39 PALISADES BLVD. LONGVIEW TX 07560-5473 |
| MICHAEL D. GOLLOB OIL COMPANY, L.P. | P.O. BOX 6653 TYLER TX 75711 |
| MONA L SCHLACHTER | P.O. DRAWER 550 GEORGE WEST TX 78022 |
| PAULINE STERNE WOLFF MEMORIAL | PO DRAWER # 99084 FORT WORTH TX 76199-0084 |
| PROCTER MINERAL PRTSHP | 209 E THIRD STREET TYLER TX 75701 |
| QUAD GAS CORP | 675 BERING DR STE 650 HOUSTON TX 77057-2276 |
| S & P CO. | 330 MARSHALL ST STE 300 SHREVEPORT LA 71101 |
| SALLY IRENE HEWELL BROWN | 2 FRIENDSWOOD DRIVE LONGVIEW TX 75605 |
| SCHLACHTER OPERATING CORP | 6211W NW HWY, STE C256 DALLAS TX 75225 |
| STEVEN A PICKETT | 102 N COLLEGE AVE STE 614 TYLER TX 07570-2727 |
| THE MR TRUST | 6500 GREENVILLE AVENUE SUITE 110 DALLAS TX 75206 |
| THE SATER FAM PARTNERSHIP LP | PO BOX 2509 EVANSVILLE IN 04772-8050 |
| TSC OIL & GAS INC | 4925 BREENVILLE AVE., STE 600 DALLAS TX 75206 |
| WALTER ROBERT HEWELL | 265 EDINBURGH RD SAN ANGELO TX 76901 |
| WILLIAM MARVIN HEWELL | 18754 N. 95TH WAY SCOTTSDALE AZ 85255 |

**Total Creditor count  39**

**EXHIBIT J**

| Claim Name | Address Information |
|---|---|
| BANTAM CREEK LLC | 4712 LAKESIDE DRIVE COLLEYVILLE TX 76034 |
| BUNDERO INVESTMENT COMPANY, L.L.C. | 401 EDWARDS ST, STE 820 SHREVEPORT LA 71101 |
| CRAFT EXPLORATION COMPANY L.L.C. | 222 EAST TYLER STREET LONGVIEW TX 75601 |
| DICKSON OIL & GAS, LLC | P.O. BOX 52479 SHREVEPORT LA 71135 |
| DOUBLEPINE INVESTMENTS, LTD. | 4851 LBJ FREEWAY, SUITE 210 DALLAS TX 75244 |
| FANT ENERGY LIMITED | P.O. BOX 55205 HOUSTON TX 77255 |
| FLETCHER PETROLEUM CORP. (OPERATOR; | MAILING ADDRESS) C/O RICK FLETCHER, CEO PO BOX 2147 FAIRHOPE AL 36533 |
| FLETCHER PETROLEUM CORP. (OPERATOR; CORPORATE HQ) | C/O RICK FLETCHER, CEO 25 SPRING RUN DRIVE FAIRHOPE AL 36532 |
| FPCC USA, INC. | 245 COMMERCE GREEN BLVD, STE 250 SUGAR LAND TX 77478 |
| JF HOWELL INTERESTS, LP | 416 TRAVIS STREET, SUITE 700 SHREVEPORT LA 71101 |
| JJS INTERESTS ESCAMBIA, LLC | 2001 KIRBY DR SUITE 1110 HOUSTON TX 77019 |
| KUDZU OIL PROPERTIES, LLC | 300 CONCOURSE BLVD., SUITE 101 RIDGELAND MS 39157 |
| LANDMARK EXPLORATION, LLC | P O BOX 12004 JACKSON MS 39236-2004 |
| MARKSCO, L.L.C. | 333 TEXAS STREET SUITE 1050 SHREVEPORT LA 71101 |
| MCCOMBS ENERGY LTD., LLC | 472 YORK ROAD NATCHEZ MS 39120 |
| PICKENS FINANCIAL GROUP, LLC | 10100 N. CENTRAL EXPRESSWAY STE 200 DALLAS TX 75231-4159 |
| RESOURCE VENTURES, LLC | 7112 W JEFFERSON AVE SUITE 106 LAKEWOOD CO 80235 |
| RUDMAN FAMILY TRUST | 5910 NORTH CENTRAL EXPRESSWAY STE 1662 DALLAS TX 75206 |
| TARA RUDMAN REVOCABLE TRUST | 5910 NORTH CENTRAL EXPRESSWAY, STE 1662 DALLAS TX 75206 |
| TAUBER EXPLORATION & PRODUCTION CO | 55 WAUGH DRIVE, STE 600 HOUSTON TX 77007 |
| THE RUDMAN PARTNERSHIP | 1700 PACIFIC AVE. SUITE 4700 DALLAS TX 75201 |
| TIEMBO LTD. | P.O. BOX 270415 HOUSTON TX 77277-0415 |
| TRIMBLE ENERGY, LLC | 11816 INWOOD ROAD #11 5855 MILTON STREET APT. 405 DALLAS TX 75244 |

**Total Creditor count  23**