## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377 EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | Case No. 20-12380 EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

### FANT ENERGY'S OBJECTION TO MOTION TO ASSUME SOUTHEAST BROOKLYN OIL UNIT AGREEMENT AND UNIT OPERATING AGREEMENT
### (Sklarco, LLC)

Fant Energy Limited ("Fant Energy"), by and through its undersigned attorneys, hereby objects to Sklarco, LLC's ("Sklarco") Motion to Assume Southeast Brooklyn Oil Unit Agreement and Unit Operating Agreement (the "Motion to Assume") [Docket No. 857], and states as follows:

1. Fant Energy is a party to a certain Unit Agreement and Unit Operating Agreement referred to in the Motion to Assume (the "Agreements").

2. Both Fant Energy and Sklarco are non-operators under the Agreements.

3. The Agreements obligate non-operators to pay their proportionate share of the expenses associated with the subject property.

4. Sklarco seeks to assume these Agreements. Pursuant to § 365(b)(1) of the Bankruptcy Code, Sklarco must cure or provide adequate assurance that it will promptly cure any default under the Agreements.

5. Sklarco is obligated under the Agreements to make cash call advances and satisfy its joint interest billing obligations ("JIBs").

6. Based on testimony of Howard Sklar, the Debtor's manager, and information subsequently provided by the Chief Restructuring Officer, Sklarco has failed to make cash call advances and pay its JIBs under the Agreements, and thus is in default.

1

7. As a result of Sklarco's default, the Agreements cannot be assumed until it pays all past due cash call advances and JIBs. It must further give adequate assurance of its ability to continue paying such obligations in the future.

WHEREFORE, Fant Energy respectfully requests that the Court enter its order denying the Motion to Assume and for such and further relief as is appropriate.

Dated this 11th day of March, 2021

Respectfully submitted,

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

*/s/ Brent R. Cohen*
Brent R. Cohen, No. 11297
1200 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 623-9000
Email: bcohen@lrrc.com

*Counsel for Fant Energy Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2021 I caused the foregoing **FANT ENERGY'S OBJECTION TO MOTION TO ASSUME SOUTHEAST BROOKLYN OIL UNIT AGREEMENT AND UNIT OPERATING AGREEMENT (SKLARCO, LLC)** to be served via CM/ECF to all parties that have filed electronic appearances and requested service in this case.

*/s/ Jennifer Eastin*
Of: LEWIS ROCA ROTHGERBER CHRISTIE LLP

113791791.1