UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: SKLAR EXPLORATION COMPANY, LLC<br>Debtor | CHAPTER 11<br>CASE NO. 20-12377-EEB |
| IN RE: SKLARCO, LLC<br>Debtor | CHAPTER 11<br>CASE NO. 20-12380-EEB |

**Jointly Administered Under**
**Case No. 20-12377-EEB**

**OBJECTION TO AMENDED DISCLOSURE STATEMENT TO**
**ACCOMPANY AMENDED JOINT PLAN OF REORGANIZATION**
**DATED DECEMBER 18, 2020**

COME NOW Kudzu Oil Properties, LLC, Alabama Oil Company, and Apple River Investments, LLC (collectively, the "Kudzu Parties") and file this their Objection to the *Amended Disclosure Statement to Accompany Amended Joint Plan of Reorganization Dated December 18, 2020* (the "Amended Disclosure Statement") **[DK #925]**, filed herein by Sklar Exploration Company, LLC ("SEC"), and Sklarco, LLC ("Sklarco") (collectively, the "Debtors"), and in support thereof would respectfully show as follows, to-wit:

1. The Kudzu Parties are parties to executory contracts that are to be rejected by SEC, and at least the Kudzu entity is a party to a number of executory contracts which are to be assumed by Sklarco.

2. While the Amended Disclosure Statement makes efforts to describe some sort of a transition plan from the rejection, by SEC, of its various executory contracts (to which the Kudzu Parties are non-debtor contracting parties), the Kudzu Parties (and probably all other non-debtor contracting parties to the SEC contracts which are to be rejected) need, and deserve, a specific, detailed, fair and workable plan of transition from the existing situation which finds SEC as operator through: (a) an interim period while SEC is winding down as operator; (b) the various non-bankruptcy approvals which need to be obtained; (c) the selection and appointment of a putative

"new" operator; (d) the resignation and withdrawal of SEC; and (e) the assumption, by a new operator, of the actual operations under the "to be rejected" executory contracts.

3. Thus, the Amended Disclosure Statement is lacking of adequate information with respect to the wind down, with respect to a detailed, specific plan as to how the wind down is to work, with respect to a specific time line for the wind down and it appears to extend the time for the wind down, the resignation of SEC and the replacement of SEC as operator, over an unduly long period of time.

4. The Amended Disclosure Statement fails to discuss whether SEC is in compliance with any and all environmental regulations it is subject to with respect to the executory contracts that pertain to the Kudzu Parties. Similarly, the Debtors fail to discuss whether they are in compliance with all other state law rules, regulations and administrative requirements. By way of example, SEC is apparently not in compliance with certain oil and gas board directions as indicated by the attached **Exhibit "A"** which is incorporated by reference. The Amended Disclosure Statement should be supplemented to contain a discussion and disclosures with respect to state law compliance in all states in which SEC operates.

5. As non-debtor parties to numerous contracts, the Kudzu Parties are interested in the selection process with respect to the Independent Manager and should have the right and the opportunity to interview or meet prospective Independent Managers and to object to his, her or its appointment if appropriate. There is no mechanism for that process in the Amended Disclosure Statement. Nor is there a process or mechanism for the Kudzu Parties to select their own person to serve as Independent Manager. After all, the working interest owners are just that - OWNERS of these various projects and they should have a voice in this selection.

6. As facts and disclosures develop subsequent to the filing of this Objection, the Kudzu Parties reserve the right to supplement or amend this Objection accordingly.

WHEREFORE, PREMISES CONSIDERED, Kudzu respectfully requests that the Court sustain this Objection, and grant such other and further relief it deems fair and equitable under the circumstances.

THIS the 11th day of March, 2021.

Respectfully submitted,

/s/ Craig M. Geno

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

-and-

Timothy M. Swanson (47267)
MOYE WHITE LLP
1400 16th Street, 6th Floor
Denver, CO 80202
303-292-2900 - Telephone
303-292-4510 - Facsimile
tim.swanson@moyewhite.com

*Counsel for Kudzu Oil Properties, LLC, Alabama Oil Company, and Apple River Investments, LLC*

-3-

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused a copy of the above and foregoing to be served via CM/ECF to all parties that have filed electronic appearances and requested service in this case.

THIS, the 11th day of March, 2021.

/s/ Craig M. Geno
Craig M. Geno

C:\Users\runner\CMG Dropbox\Firm Data\Users\Bankrupt\Kudzu Oil, Apple River, Alabama Oil (Sklar Bkcy)\Pleadings\Obj to Amended DS 3-11-21.wpd

# State Oil and Gas Board



**Board Members**
DAVID A. SCOTT, Jackson
Chairman
JAMES HEIDELBERG, Pascagoula
Vice-Chairman
OWEN EMERSON, Hernando
JAMES H. HERRING, Canton
LEW YODER, Laurel

STATE OF MISSISSIPPI
500 Greymont Ave., Suite E
Jackson, MS 39202
Telephone (601) 576-4900

JESSE S. NEW
Executive Director
FRANK SPENCER
Board Attorney

*Monday, March 1, 2021*

The regular monthly meeting of the State Oil and Gas Board will be held in Suite E, 500 Greymont Avenue, Jackson, Mississippi, on the 17 of March, 2021 commencing at 9:00 am with an administrative meeting to consider such business as may come before the Board and at 10:00 am to consider the dockets hereinafter set out. Applications are on file in the office of the State Oil and Gas Board, Suite E, 500 Greymont Avenue, Jackson Mississippi for your examination.

*All exhibits and data to be used in a hearing in support of a petition will be filed with the Supervisor at least nine (9) days prior to the hearing.*

| DOCKET NUMBER | CONTINUED DOCKET |
|---|---|
| 464-2019-D | **BUNKER HILL FIELD - Wilkinson County.** |
| | Petition of Pledger Operating Co., Inc., requesting the Board to approve an extension of inactive well status under Statewide Rule 28 for the Sessions No.1 Well. |
| 227-2020-D | **MILLS BRANCH FIELD- Franklin County.** |
| | Petition of GRM, LLC, requesting the Board to approve an extension of inactive well status under Statewide Rule 28 for the USA 2-5C No.1 Well. |
| 242-2020-D | **WEST SANDY HOOK FIELD - Marion County.** |
| | Petition of Ram Petroleum, LLC, requesting the Board to approve an extension of inactive well status under Statewide Rule 28 for certain wells in the field. |
| 245-2020-D | **STAMPS FIELD - Wilkinson County.** |
| | Petition of Natchez Operating, LLC, requesting the Board to be designated as Operator of Record for orphaned Haynes No. 1 Well, located in Section 11, Township 2 North, Range 5 West, the Pritchartt No. 1 Well, located in Section 12, Township 2 North, Range 5 West and the W. H. Pritchartt, et al A No. 1 Well, located in Section 12, Township 2 North, Range 5 West. |
| 246-2020-D | **SOUTH STAMPS FIELD - Wilkinson County.** |
| | Petition of Natchez Operating, LLC, requesting the Board to be designated as Operator of Record for the orphaned H. Pritchartt No. 8 Well, located in Section 16, Township 2 North, Range 5 West. |
| 251-2020-D | **MERIT FIELD - Simpson County.** |
| | Petition of Cody Operating, Inc., requesting authority to convert the Sykes No. 1 Well, located in Section 7, Township 1 North, Range 4 East, to a saltwater disposal well with a disposal zone of 3,350' to 3,420' in the Wilcox Formation and rename said well as the Sykes SWD No. 1. |



**20-2021-D**     <u>S. KINGS DOME, OAKHAY CREEK, S. PLEASANT RIDGE FIELDS - Warren, Smith, and Clarke Counties.</u>

On the Board's own motion, Show Cause Order 792-2020 was issued to Sklar Exploration Co., LLC, as to why it should not be penalized for violation of State Statute 53-1-73, Charge Imposed to Pay Administration Expenses, for failure to pay maintenance fees for the Feld Heirs No. 1 and the Feld Heirs No. 3 Wells, located in Section 40, Township 17 North, Range 4 East, the Jeanette S Cole 21-11 No. 1 and Sandra Bateman 21-9 No. 1 Wells, located in Section 21, Township 10 North, Range 15 East, the Fleming et al 30-15 No. 1 and McLeod et al 30-11 Wells, in Section 30, Township 2 North, Range 15 East.

**21-2021-D**     <u>YAZOO COUNTY.</u>

On the Board's own motion, Show Cause Order 793-2020 was issued to Valence Oil, LLC, as to why it should not be penalized for violation of Statewide Rule 6, Well Identification, for missing road sign and State Statute 53-1-33, Road Access, for failure to provide site access for the Pingrey Slack 21-7 No. 1 Well, located in Section 21, Township 12 North, Range 2 East.

**25-2021-D**     <u>BOYKIN CHURCH FIELD - Smith County.</u>

Petition of Aegis Operating Co., Inc., requesting the Board to approve an extension of inactive well status under Statewide Rule 28 for the Board of Supervisors 16-10 No.6 Well.

**26-2021-D**     <u>PELAHATCHIE FIELD - Rankin County.</u>

Petition of Aegis Operating Co., Inc., requesting the Board to approve an extension of inactive well status under Statewide Rule 28 for the Clifton Rhodes 6-15 No.1 Well.

**50-2021-D**     <u>MAXIE FIELD - Forrest County.</u>

Petition of PetroTx Operating, LLC, requesting the Board to approve an extension of inactive well status under Statewide Rule 28 for the Laura Walters 8-11 No. 1 Well.

**55-2021-D**     <u>BAY SPRINGS FIELD - Jasper County.</u>

Petition of P.O.& G. Operating, LLC, requesting the Board to approve an extension of inactive well status under Statewide Rule 28 for the T. M. Sims No. 2 Well.

**57-2021-D**     <u>TROY FIELD - Pontotoc County.</u>

Petition of Scorpion Oil & Gas, LLC, is requesting the Board to approve an extension of inactive well status under Statewide Rule 28 for the J.R. Faulkner 28-2 No. 2T Well.

**60-2021-D**     <u>HUB FIELD - Marion County.</u>

On the Board's own motion, Show Cause Order 52-2021 was issued to Ram Petroleum, LLC, as to why it should not be penalized for violation of Statewide Rule 6, Identification of Wells, for failure to post required well signs and Statewide Rule 13, Blowout Preventers, for failure to control gas leak for the Boyd-Tullos No. 2 Well, located in Section 22, Township 2 North, Range 18 West.

**61-2021-D**     <u>S. MILLS BRANCH FIELD - Franklin County.</u>

On the Board's own motion, Show Cause Order 53-2021 was issued to GRM, LLC, as to why it should not be penalized for violation of Statewide Rule 61, Firewalls, for failure to remove fluids in firewall and State Statute 53-1-33, Road Access, for failure to repair road for site access for the USA 2-5C No. 1 Well, located in Section 2, Township 5 North, Range 2 East.

**93-2021-D**    **N. WOODVILLE FIELD - Wilkinson County.**

On the Board's own motion, Show Cause Order 110-2021 was issued to Produced Water Transfer 1 LLC as to why it should not be penalized for violation of Statewide Rule 63, Underground Injection Control, for failure to conduct the required Mechanical Integrity Test on the Longbranch SWD No. 1 Well, located in Section 2, Township 2 North, Range 2 West.

**94-2021-D**    **FREE STATE FIELD - Jones County.**

Petition of Strong Rock Operating Company, LLC, requesting authority to simultaneously produce and commingle downhole production from the "Lower Hosston Gas Pool, South Segment" and the "Middle Hosston Gas Pool" in the Frankie Smith No. 1 Well, located on a 640-acre gas unit, situated in Section 19, Township 8 North, Range 1 West.

**95-2021-D**    **S. PLEASANT RIDGE, OAKHAY CREEK, KINGS DOME, AND S. KINGS DOME FIELDS - Clarke, Smith, and Warren Counties.**

On the Board's own motion, Show Cause Order 111-2021 was issued to Sklar Exploration Co., LLC as to why it should not be penalized for violation of Statewide Rule 4, Application to Drill, and Statewide Rule 63, Underground Injection Control, for failure to maintain financial responsibility for the McLeod et al 30-11 No. 1 and the Fleming et al 30-15 No. 1 Wells, located in Section 30, Township 2 North, Range 15 East, the Jeanette S Cole 21-11 No. 1 and the Sandra Bateman 21-9 No. 1 Wells, located in Section 21, Township 10 North, Range 15 West, the Feld Heirs No. 1, the Feld Heirs No. 2 and the Feld Heirs No. 3 Wells, located in Section 40, Township 17 North, Range 4 East, Pride SWDW No. 1 Well, located in Section 26, Township 17 North, Range 4 East and the Howard et al 12-15 No. 1 Well, located in Section 12, Township 2 North, Range 14 East.

**29-2021-D**    **GAS ALLOWABLES.**

On motion of the State Oil and Gas Board to establish the maximum efficient rate of production of gas pools and the allowables to wells in said pools for the period of April 1, 2021, through September 30, 2021, in the following fields:

| | | | |
|---|---|---|---|
| EAST ABERDEEN | FREESTATE | NORTH NETTLETON | STINSON CREEK |
| ALCORN | GITANO | OAK GROVE | TALLABINNELA CREEK |
| BACON | GRANGE | OAK RIDGE | TIGER |
| BALLS BRANCH | GREENS CREEK | OAKVALE | TOPEKA |
| BASSFIELD | GWINVILLE | OCEAN FOREST | TREBLOC |
| BAXTERVILLE | EAST HEIDELBERG | OLIO | TROY |
| BELLE BOYD | WEST HEIDELBERG | PISTOL RIDGE | TUBBALUBBA CREEK |
| BOLTON | HIWANNEE | POPLAR SPRINGS | UNION CHAPEL |
| BUTTAHATCHIE RIVER | HOLIDAY CREEK | EAST POPLARVILLE | UNION CHURCH |
| CARSON | LEAF RIVER | SOUTH PRENTISS | VINTAGE |
| SOUTH CENTREVILLE | MABEN | ROBINWOOD | WHITESAND |
| NORTH CLARA | MAXIE | SANDY HOOK | SOUTH WILLIAMSBURG |
| COLLINS, N E | MCRANEY | WEST SANDY HOOK | |
| CORINNE | MECHANICSBURG | SHANNON | |
| DARBUN, NORTH | MERIT | SHANNON, EAST | |
| DEXTER | MONTICELLO DOME | SHARON | |
| ELY CREEK | EAST MOUNT OLIVE | SMITH CREEK | |
| FOURMILE CREEK | WEST MOUNT OLIVE | SPLUNGE | |

Applications on all the above dockets may be examined in the office of the State Oil and Gas Board. Any person may appear before the Board and be heard.

*Jess New* (signature)

Jess New

EXECUTIVE DIRECTOR
STATE OIL & GAS BOARD

This docket can be viewed on our Internet Home Page at    www.ogb.state.ms.us