IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **SKLAR EXPLORATION COMPANY, LLC** and **SKLARCO, LLC** | ) ) ) | Case No. 20-12377-EEB |
| | ) | Chapter 11 |
| Debtors. | ) ) ) ) ) | |
| **SKLARCO, LLC** | ) | Case No. 20-12380-EEB |
| | ) ) | Chapter 11 |
| | ) | |

**MOTION TO WITHDRAW AS COUNSEL FOR
TAUBER EXPLORATION & PRODUCTION COMPANY**

COMES NOW Thomas H. Shipps and Shay L. Denning of Maynes, Bradford, Shipps & Sheftel, LLP, and Barnet B. Skelton, Jr. (collectively the "Attorneys"), pursuant to L.B.R. 9010-4(a) and 9013-1, and Rule 1.16 of the Rules of Professional Conduct, and hereby move the Court for an order allowing the withdraw of the Attorneys as counsel for Tauber Exploration & Production Company ("Tauber"), and in support thereof states as follows:

1. The Attorneys have entered appearances in the above-styled case(s) on behalf of Creditor Tauber pursuant to the Notices of Entry of Appearance and Demand for Notice and Papers filed herein on April 9 and 10, 2020 (Doc. No. 24 (Case No. 20-12380), Doc. Nos. 69 and 76 (Case No. 20-12377)).

2. Good cause exists to grant the requested relief. Tauber has requested the Attorneys to withdraw as its counsel and has also instructed the Attorneys to take no further action on Tauber's behalf. The Attorneys do not wish to continue representing Tauber under these circumstances. Tauber has not elected to retain alternative counsel at this time; however, the Attorneys have notified Tauber that new counsel will be required if Tauber wishes to appear in the future in this matter.

3. Tauber has actual notice of this Motion to Withdraw.

1

4. The Court retains jurisdiction in this matter.

5. Tauber's last known mailing address and telephone number is:

> Tauber Exploration & Production Company
> Attn: Jim Goolsby, Jr., General Counsel
> 55 Waugh Drive, Suite 700
> Houston, Texas 77007
> (713) 869-8700

6. Tauber has the burden of keeping the Court informed of the mailing address, and any change thereof, where notices, pleadings, and other documents may be served.

7. Tauber is a legal entity, therefore, it has the obligation to hire another attorney to prepare for any hearing or trial in a contested matter or adversary proceeding and to appear on Tauber's behalf at any future hearing or trial.

8. Tauber is responsible for complying with all Court orders and time limitations established by any applicable statute, rule, or the Rules.

9. Tauber has the obligation to decide whether to respond to any motion that may be filed in the case after the withdrawal of counsel, to file a timely response, and to respond to any Court orders requiring a response.

10. If Tauber fails or refuses to meet these burdens, Tauber may suffer sanctions, including the default or dismissal of any pending contested matter, adversary proceeding, and/or be unable to advance future arguments to the Court.

   a. The dates of pending matters and filing deadlines, including trials and hearings on contested matters or adversary proceedings are included in Exhibit A, attached hereto and by reference incorporated herein.

11. The foregoing matters will not be delayed or affected by the withdrawal of counsel.

12. Service of process may be made upon Tauber at the address in the Court's database.

13. Tauber, as a legal entity, cannot appear without an attorney admitted to practice before this Court, and absent prompt appearance of a substitute attorney, pleadings, motions, and other documents may be stricken, and default judgment or other sanctions may be imposed against the entity.

14. Tauber and any other interested parties have the right to object to the proposed withdrawal of the Attorneys by filing with the Court an objection to the Attorneys' Motion to Withdraw within seven days after filing the notice.

| | |
|---|---|
| Date: March 11, 20201 | By: */s/ Thomas H. Shipps*<br>Signature of Withdrawing Attorney<br>Thomas H. Shipps, Colo. Bar #10040<br>Maynes, Bradford, Shipps & Sheftel, LLP<br>835 East Second Avenue, Suite 123<br>Durango, Colorado 81301<br>tshipps@mbssllp.com |
| Date: March 11, 2021 | By: */s/ Shay L. Denning*<br>Signature of Withdrawing Attorney<br>Shay L. Denning, Colo. Bar #36736<br>Maynes, Bradford, Shipps & Sheftel, LLP<br>835 East Second Avenue, Suite 123<br>Durango, Colorado 81301<br>sdenning@mbssllp.com |
| Date: March 11, 2021 | By*: /s/ Barnet B. Skelton, Jr.*<br>Signature of Withdrawing Attorney<br>Barnet B. Skelton, Jr., Texas Bar #18456400<br>815 Walker, Suite 1502<br>Houston, TX  77002<br>barnetbjr@msn.com |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on March 11, 2021, the foregoing instrument was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1.  All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

| | |
|---|---|
| Paul Moss, Esq.<br>US Trustee's Office<br>1961 Stout Street<br>Suite 12-200<br>Denver, CO 80294 | TCP Cottonwood, L.P.<br>(Representative: Kyle C. McInnis)<br>c/o Eric Lockridge<br>400 Convention Street<br>Suite 700<br>Baton Rouge, LA 70801 |
| Stoneham Drilling Corporation<br>(Representative: Heather Stickel)<br>c/o James B. Bailey, Esq.<br>Bradley Arant Boult Cummings, LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 | Kelley Brothers Contractors, Inc.<br>(Representative: Jerry Kelley)<br>401 County Farm Road<br>Waynesboro, MS 39367 |

J. Eric Lockridge, Esq.
Kean Miller LLP
400 Convention Street
Suite 700
P.O. Box 3513
Baton Rouge, LA 70802

James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Michel D. Rubenstein, Esq.
Liskow & Lewis
1001 Fannin Street
Suite 1800
Houston, TX 77002

Jeremy L. Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202-1486

Madison Tucker, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, Louisiana 70170

Amy L. Vazquez, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Christopher H. Meredith, Esq.
Copeland Cook Taylor & Bush, P.A.
1076 Highland Colony Parkway
600 Concourse, Suite 200
P.O. Box 6020
Ridgeland, Mississippi 39158-6020

David R. Taggart, Esq.
Bradley Murchison Kelly & Shea, LLC
401 Edwards Street
Suite 1000
Shreveport, Louisiana 71101

Paul H. Stephenson III, Esq.
Jim F. Spencer, Jr., Esq.
Watkins & Eager, PLLC
P.O. Box 650
Jackson, Mississippi 39205

Robert L. Paddock, Esq.
Buck Keenan, LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

David M. Miller, Esq.
Spencer Fane LLP
1700 Lincoln Street
Suite 2000
Denver, CO 80203

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, P.C.
999 18th Street
Suite 1230 South
Denver, CO 80202

Curtis R. Shelton, Esq.
Jennifer Norris Soto, Esq.
Ayres Shelton Williams Benson & Paine, LLC
333 Texas Street, Suite 1400
P.O. Box 1764
Shreveport, Louisiana 71166

Ryan J. Lorenz, Esq.
Clark Hill PLC
14850 North Scottsdale Road
Suite 500
Scottsdale, Arizona 85254

Katherine A. Ross, Esq.
U.S. Attorney's Office for the
District of Colorado
Assistant United States Attorney
1801 California Street
Suite 1600
Denver, CO 80202

4

Stephen K. Lecholop II, Esq.
Rosenthal Pauerstein, Esq.
Sandoloski Agather LLP
755 East Mulberry
Suite 200
San Antonio, TX 78212

Katherine Guidry Douthitt, Esq.
Blanchard Walker O'Quin & Roberts
P.O. Box 1126
Shreveport, Louisiana 71163

Theodore J. Hartl, Esq.
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202-5596

Belinda Harrison
58 County Road 5033
Heidelberg, MS 39439

Jeff Carruth, Esq.
Weycer Kaplan Pulaski & Zuber, P.C.
11 Greenway Plaza
Suite 1400
Houston, TX 77046

Chris Crowley, Esq.
Feldmann Nagel Cantafio, PLLC
1875 Lawrence Street
Suite 730
Denver, CO 80202

Timothy C. Mohan, Esq.
Foley & Lardner, LLP
600 17th Street
Suite 2020 South
Denver, CO 80202

Mesa Fluids, LLC
(Representative: Aaron W. Merrell)
1669 South 580 East
American Fork, UT 84057

Rapad Well Service Company, Inc.
(Representative: Chesley James)
c/o Jeremy Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203-4642

Baker Hughes Company
(Representative: Christopher J. Ryan)
2001 Rankin Road
Houston, TX 77073

Bryce A. Suzuki, Esq.
Snell & Wilmer LLP
One Arizona Center
400 E. Van Buren Street
Phoenix, AZ 85004-2202

Timothy M. Riley, Esq.
Hopping Green & Sams, P.A.
P.O. Box 6526
Tallahassee, FL 32314

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos
Suite 700
Austin, TX 78701

Matthew J. Ochs, Esq.
Holland & Hart, LLP
555 Seventeenth Street
Suite 3200
P.O. Box 8749
Denver, CO 80201-8749

Robert Padjen, Esq.
Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Joseph E. Bain, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Jeffrey Barber
Jones Walker LLP
P.O. Box 427
190 E Capitol Street, Suite 800
Jackson, MS 39205

Daniel Bray
1801 Wewatta St, Ste 1000
Denver, CO 80202

Kelsey J. Buechler
999 18th St., Ste 1230 S
Denver, CO 80202

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams, LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Michael L. Niles, Esq.
Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
P.O Box 22260
Shreveport, Louisiana 71120-2260

John D. Cornwell, Esq.
Grant M. Beiner, Esq.
Christopher D. Johnson, Esq.
Munsch Hardt Kopf & Harr, P.C.
700 Milam Street
Suite 2700
Houston, TX 77002

Ryan M. Seidemann, Esq.
Assistant Attorney General
Civil Division/Lands and Natural Resources
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005

Jennifer J. Hardy, Esq.
Willkie Farr & Gallagher, LLP
600 Travis Street
Houston, TX 77002

Brent Cohen
1200 17th St, Ste 3000
Denver, CO 80202

Craig M. Geno, Esq.
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157

Armistead M. Long, Esq.
Gordon Arata Montgomery Barnett
McCollamDuplantis & Eagan, LLC
400 East Kaliste Saloon Road
Suite 4200
Lafayette, Louisiana 70508

Ryco Exploration, LLC
401 Edwards Street
Suite 915
Shreveport, LA 71101
ATTN: M. Robin Smith

Victoria Argeroplos, Esq.
Jackson Walker LLP
1401 McKinney Street
Suite 1900
Houston, TX 77010

Andrew J. Shaver, Esq.
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203

John H. Smith
Quitman Tank Solutions, LLC
P.O. Box 90
Quitman, MS 39355

Casey C. Breese, Esq.
Welborn Sullivan Meck & Tooley, P.C.
1125 17th Street
Suite 2200 South
Denver, CO 80202

Michael E. Riddick, Esq.
Katherine Guidry Douthill, Esq.
Blanchard Walker O'Quin & Roberts, P.C.
333 Texas Street
Regions Tower
Suite 700
Shreveport, Louisiana 71101

6

| | |
|---|---|
| Adam L. Hirsch, Esq.<br>Davis Graham & Stubbs LLP<br>1550 Seventeenth Street<br>Suite 500<br>Denver, CO 80202 | Keri L. Riley<br>Jeffrey S. Brinen<br>Jenny M.F. Fuji<br>Lee Kutner<br>1660 Lincoln St.<br>Ste 1850<br>Denver, CO  80264<br><br>Benjamin Y. Ford<br>RSA Tower, 27th Floor<br>11 North Water Street<br>Mobile, AL 36602 |

In addition, service was made via US First Class Mail to the following:

Tauber Exploration & Production Company
Attn: Jim Goolsby, Jr., General Counsel
55 Waugh Drive, Suite 700
Houston, Texas 77007

/s/ <i>Kate Potemkin</i><br>Kate Potemkin