# EXHIBIT A

| Docket No. | | Objection Deadline |
|---|---|---|
| 851 | MOTION TO ASSUME GC WILLIAMS #4 JOINT OPERATING AGREEMENT | March 11, 2021 |
| 853 | MOTION TO ASSUME HILLIARD WARREN #1 JOINT OPERATING AGREEMENT | March 11, 2021 |
| 855 | AND UNIT OPERATING AGREEMENT | March 11, 2021 |
| 857 | MOTION TO ASSUME SOUTHEAST BROOKLYN OIL UNIT AGREEMENT AND UNIT OPERATING AGREEMENT | March 11, 2021 |
| 859 | MOTION TO ASSUME NORTHWEST BROOKLYN OIL UNIT AGREEMENT AND UNIT OPERATING AGREEMENT | March 11, 2021 |
| 861 | MOTION TO ASSUME NORTHEAST BROOKLYN OIL UNIT AGREEMENT AND UNIT OPERATING AGREEMENT | March 11, 2021 |
| 863 | MOTION TO ASSUME FISHPOND UNIT AGREEMENT AND UNIT OPERATING AGREEMENT | March 11, 2021 |
| 865 | MOTION TO ASSUME SILVER CREEK JOINT OPERATING AGREEMENT | March 11, 2021 |
| 867 | MOTION TO ASSUME PATE JOINT OPERATING AGREEMENT | March 11, 2021 |
| 869 | MOTION TO ASSUME SOUTH HARMONY PARTICIPATION & OPERATING AGREEMENT | March 11, 2021 |
| 871 | MOTION TO ASSUME LE WARNER #1 JOINT OPERATING AGREEMENT | March 11, 2021 |
| 873 | MOTION TO ASSUME NE THOMPSONVILLE JOINT OPERATING AGREEMENT | March 11, 2021 |
| 875 | MOTION TO ASSUME STARCKE #C-1 JOINT OPERATING AGREEMENT | March 11, 2021 |
| 877 | MOTION TO ASSUME TELEDYNE #1 JOINT OPERATING AGREEMENT | March 11, 2021 |
| 879 | MOTION TO ASSUME SUN # R-1 JOINT OPERATING AGREEMENT | March 11, 2021 |
| 881 | MOTION TO ASSUME KINGS DOME JOINT OPERATING AGREEMENT | March 11, 2021 |
| 883 | MOTION TO ASSUME SHIPPS CREEK PARTICIPATION AND OPERATING AGREEMENT AND RECORDING SUPPLEMENT | March 11, 2021 |
| 885 | MOTION TO ASSUME SOUTH WOODLAWN PARTICIPATION & OPERATING AGREEMENT | March 12, 2021 |
| 887 | MOTION TO ASSUME LCCOU II UNIT AGREEMENT AND UNIT OPERATING AGREEMENT | March 12, 2021 |
| 889 | MOTION TO ASSUME LCCOU IV UNIT AGREEMENT AND UNIT OPERATING AGREEMENT | March 12, 2021 |
| 892 | MOTION TO ASSUME MT. CARMEL PARTICIPATION & OPERATING AGREEMENT | March 12, 2021 |
| 894 | MOTION TO ASSUME EAST CASTOR JOINT OPERATING AGREEMENT | March 12, 2021 |

| | | |
|---|---|---|
| 897 | MOTION TO ASSUME GIBSLAND JOINT OPERATING AGREEMENT | March 12, 2021 |
| 899 | MOTION TO ASSUME RED RIVER PARTICIPATION & OPERATING AGREEMENT AND SUBLEASE | March 12, 2021 |
| 901 | MOTION TO ASSUME WEST ARCADIA EXPLORATION AGREEMENT | March 12, 2021 |
| 903 | MOTION TO ASSUME NORTH BEACH PARTICIPATION & OPERATING AGREEMENT | March 12, 2021 |
| 906 | MOTION TO ASSUME WEST TYLER/SWAN PARTICIPATION & OPERATING AGREEMENT | March 12, 2021 |
| 908 | MOTION TO ASSUME ESCAMBIA PARTICIPATION AGREEMENT, OPERATING AGREEMENT, AND RECORDING SUPPLEMENT | March 12, 2021 |
| 910 | MOTION TO ASSUME OAKHAY CREEK PARTICIPATION & OPERATING AGREEMENT | March 12, 2021 |
| 914 | MOTION TO ASSUME J. Brown Heirs Joint Operating Agreement | March 16, 2021 |
| 915 | MOTION TO ASSUME North Gahagan Joint Operating Agreement | March 16, 2021 |
| 916 | MOTION TO ASSUME Yarbrough Joint Operating Agreement | March 16, 2021 |
| 917 | MOTION TO ASSUME Grayson Unit Joint Operating Agreement | March 16, 2021 |
| 918 | MOTION TO ASSUME Canty #1 Joint Operating Agreement | March 16, 2021 |
| 919 | MOTION TO ASSUME Droke #1 & A-1 Joint Operating Agreement | March 16, 2021 |
| 920 | MOTION TO ASSUME Guill Gas Unit Joint Operating Agreement | March 16, 2021 |
| 921 | MOTION TO ASSUME Dupont 38 Joint Operating Agreement | March 16, 2021 |
| 922 | MOTION TO ASSUME Wardner Joint Operating Agreement | March 16, 2021 |
| 923 | MOTION TO ASSUME Young L-1 Joint Operating Agreement | March 16, 2021 |
| 924 | MOTION TO ASSUME Shugart West 31 Joint Operating Agreement | March 16, 2021 |
| 926 | MOTION TO REJECT MYRTICE ELLIS JOINT OPERATING AGREEMENT | March 16, 2021 |
| 927 | OMNIBUS MOTION TO REJECT JOINT OPERATING AGREEMENTS AND RELATED OIL AND GAS CONTRACTS | March 17, 2021 |
| 932 | MOTION TO ASSUME PALUXY B SAND UNIT - UNIT AGREEMENT & UNIT OPERATING AGREEMENT | March 17, 2021 |
| 933 | MOTION TO ASSUME Dorcheat Unit – Unit Agreement & Related Joint Operating Agreements | March 17, 2021 |
| 934 | MOTION TO ASSUME Bellwood Lake Unit - Unit Agreement & Unit Operating Agreement | March 17, 2021 |
| 935 | MOTION TO ASSUME Black Lake Field - Unit Agreement & Unit Operating Agreement | March 17, 2021 |
| 936 | MOTION TO ASSUME Schumann Joint Operating Agreement | March 17, 2021 |
| 937 | MOTION TO ASSUME Kelly-Lincoln Joint Operating Agreement | March 17, 2021 |
| 938 | MOTION TO ASSUME Mary T Havens Joint Operating Agreement | March 17, 2021 |
| 939 | MOTION TO ASSUME Clarksville Cotton Valley Unit - Unit Agreement & Unit Operating Agreement | March 17, 2021 |
| 940 | MOTION TO ASSUME McWhorter Gas Unit Joint Operating Agreement | March 17, 2021 |
| 941 | MOTION TO ASSUME Thrasher #3 Joint Operating Agreement | March 17, 2021 |
| 942 | MOTION TO ASSUME Thrasher #4 & #5 Joint Operating Agreement | March 17, 2021 |
| 943 | MOTION TO ASSUME Thrasher #1 Joint Operating Agreement | March 17, 2021 |

| | | |
|---|---|---|
| 944 | MOTION TO ASSUME Shugart West 30 Joint Operating Agreement | March 17, 2021 |
| 945 | MOTION TO ASSUME Fisher Duncan Unit Joint Operating Agreement | March 17, 2021 |
| 946 | MOTION TO ASSUME Haynesville Mercantile #3 Joint Operating Agreement | March 17, 2021 |
| 947 | MOTION TO ASSUME Shaula 30 Fed Com 3H & 4H Joint Operating Agreement | March 17, 2021 |
| 948 | MOTION TO ASSUME Denmon #1 Joint Operating Agreement | March 17, 2021 |
| 949 | MOTION TO ASSUME Horning A Lease Joint Operating Agreement | March 17, 2021 |
| 950 | MOTION TO ASSUME Miami Fee #11 Joint Operating Agreement | March 17, 2021 |
| 951 | MOTION TO ASSUME Miami Fee #1 Joint Operating Agreement | March 17, 2021 |
| 952 | MOTION TO ASSUME Taylor Heirs #11-1 Joint Operating Agreement | March 17, 2021 |
| 953 | MOTION TO ASSUME Stephens #4 Joint Operating Agreement | March 17, 2021 |
| 954 | MOTION TO ASSUME Toler #2 Joint Operating Agreement | March 17, 2021 |
| 955 | MOTION TO ASSUME Toler #1 Joint Operating Agreement | March 17, 2021 |
| 956 | MOTION TO ASSUME Harrison GU E#11 Joint Operating Agreement | March 17, 2021 |
| 957 | MOTION TO ASSUME Stephens #3 Joint Operating Agreement | March 17, 2021 |
| 958 | MOTION TO ASSUME Pate 10-1 #1 Joint Operating Agreement | March 17, 2021 |
| 959 | MOTION RO ASSUME McKenzie N.D. Sec 27 & 34 Joint Operating Agreement | March 17, 2021 |
| 960 | MOTION TO ASSUME McKenzie N.D. Sec 28 & 33 Joint Operating Agreement | March 17, 2021 |
| 961 | MOTION TO ASSUME McKenzie N.D. Sec 29 & 32 Joint Operating Agreement | March 17, 2021 |
| 962 | MOTION TO ASSUME McKenzie N.D. Sec 28 Joint Operating Agreement | March 17, 2021 |
| 963 | MOTION TO ASSUME Toby Horton GU #1-12 Joint Operating Agreement | March 17, 2021 |
| 964 | MOTION TO ASSUME W.M. Stevens #1 & #2 Joint Operating Agreement | March 17, 2021 |
| 979 | MOTION TO ASSUME FAIRWAY (JAMES LIME) UNIT AGREEMENT, UNIT OPERATING AGREEMENT, & GAS PLANT AGREEMENT | March 17, 2021 |
| 980 | MOTION TO ASSUME COTTLE-REEVES UNIT JOINT OPERATING AGREEMENT | March 17, 2021 |
| 981 | MOTION TO ASSUME B.H. CLEMENTS #1 JOINT OPERATING AGREEMENT | March 17, 2021 |
| 982 | MOTION TO ASSUME EVANS J #1 JOINT OPERATING AGREEMENT | March 17, 2021 |
| 983 | MOTION TO ASSUME OLEO STOCKTON UNIT NO. 1 JOINT OPERATING AGREEMENT | March 17, 2021 |
| 984 | MOTION TO ASSUME COQUINA WATERFLOOD UNIT OPERATING AGREEMENT | March 17, 2021 |
| 985 | MOTION TO ASSUME ELLEN GRAHAM #1 JOINT OPERATING AGREEMENT | March 17, 2021 |
| 986 | MOTION TO ASSUME FRANCIS #1, #2 & #3 JOINT OPERATING AGREEMENT | March 17, 2021 |

| | | |
|---|---|---|
| 987 | MOTION TO ASSUME KUEHNE RANCH UNIT OPERATING AGREEMENT | March 17, 2021 |
| 988 | MOTION TO ASSUME W.C. WILLIAMS LEASES JOINT OPERATING AGREEMENT | March 17, 2021 |
| 989 | MOTION TO ASSUME CLAYTON-FRANKS JOINT OPERATING AGREEMENT | March 17, 2021 |
| 990 | MOTION TO ASSUME SMITH ESTATE #1 JOINT OPERATING AGREEMENT | March 17, 2021 |
| 991 | MOTION TO ASSUME ROBINSON #1 JOINT OPERATING AGREEMENT | March 17, 2021 |
| 992 | MOTION TO ASSUME BROWN A-3 JOINT OPERATING AGREEMENT | March 17, 2021 |
| 993 | MOTION TO ASSUME R.L. BOND NO. 1 JOINT OPERATING AGREEMENT | March 17, 2021 |
| 994 | MOTION TO ASSUME HAIRGROVE #1 & #2 JOINT OPERATING AGREEMENT | March 17, 2021 |
| 995 | MOTION TO ASSUME WILLIAMSON #3 JOINT OPERATING AGREEMENT | March 17, 2021 |
| 996 | MOTION TO ASSUME DEASON #1 JOINT OPERATING AGREEMENT | March 17, 2021 |
| 997 | MOTION TO ASSUME HARRISON E GU 1 JOINT OPERATING AGREEMENT | March 17, 2021 |
| 998 | MOTION TO ASSUME COOKE, J.W. #2 JOINT OPERATING AGREEMENT | March 17, 2021 |
| 999 | MOTION TO ASSUME LILLIE J. PRICE JOINT OPERATING AGREEMENT | March 17, 2021 |
| 1000 | MOTION TO ASSUME LOHMANN #1 JOINT OPERATING AGREEMENT | March 17, 2021 |
| 1001 | MOTION TO ASSUME H.B. FROST GAS UNIT JOINT OPERATING AGREEMENT | March 17, 2021 |
| 1002 | MOTION TO ASSUME BEALL, R #1 JOINT OPERATING AGREEMENT | March 17, 2021 |
| 1003 | MOTION TO ASSUME C.W. LEE JOINT OPERATING AGREEMENT | March 17, 2021 |
| 1004 | MOTION TO ASSUME WEST GRICE UNIT 17-13 #1 JOINT OPERATING AGREEMENT | March 17, 2021 |
| 1005 | MOTION TO ASSUME HARRISON C-1 GAS UNIT JOINT OPERATING AGREEMENT | March 17, 2021 |
| 1006 | MOTION TO ASSUME HB FROST UNIT #23H JOINT OPERATING AGREEMENT | March 17, 2021 |

| | | |
|---|---|---|
| 925 | AMENDED DISCLOSURE STATEMENT TO ACCOMPANY AMENDED JOINT PLAN OF REORGANIZATION DATED DECEMBER 18, 2020 - Deadline set in Docket No,. 820  - Minute Order | March 11, 2021 |

| | | |
|---|---|---|
| 821 | ORDER FOR NON-EVIDENTIARY HEARING BY VIDEO CONFERENCE re: Amended Disclosure Statement | March 18, 2021 2:15 pm MDT |