UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

**ORDER ALLOWING WITHDRAW AS COUNSEL FOR TAUBER EXPLORATION & PRODUCTION COMPANY**

UPON CONSIDERATION of the Motion to Withdraw as Counsel for Tauber Exploration & Production Company ("Motion") requesting authorization for Thomas H. Shipps and Shay L. Denning of Maynes, Bradford, Shipps & Sheftel, LLP, and Barnet B. Skelton, Jr. to withdraw as counsel for Tauber Exploration & Production Company ("Tauber"), and it appearing that notice was properly given and no adverse interest appearing, the Court hereby FINDS that the Motion is well taken and the relief requested therein should be granted. It is, therefore,

ORDERED that Thomas H. Shipps and Shay L. Denning of Maynes, Bradford, Shipps & Sheftel, LLP, and Barnet B. Skelton, Jr. are hereby granted leave to withdraw as counsel for Tauber.

Dated: _____, 2021.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge