# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377 EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | Case No. 20-12380 EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

## FANT ENERGY'S OBJECTION TO MOTION TO ASSUME
## MT. CARMEL PARTICIPATION & OPERATING AGREEMENT
### (Sklarco, LLC)

Fant Energy Limited ("Fant Energy"), by and through its undersigned attorneys, hereby objects to Sklarco, LLC's ("Sklarco") Motion to Assume Mt. Carmel Participation & Operating Agreement (the "Motion to Assume") [Docket No. 892], and states as follows:

1. Fant Energy is a party to a certain Participation and Operating Agreement, referred to in the Motion to Assume (the "Agreement").

2. Both Fant Energy and Sklarco are non-operators under the Agreement.

3. The Agreement obligates non-operators to pay their proportionate share of the expenses associated with the subject property.

4. Sklarco seeks to assume this Agreement. Pursuant to § 365(b)(1) of the Bankruptcy Code, Sklarco must cure or provide adequate assurance that it will promptly cure any default under the Agreement.

5. Sklarco is obligated under the Agreement to make cash call advances and satisfy its joint interest billing obligations ("JIBs").

6. Based on testimony of Howard Sklar, the Debtor's manager, and information subsequently provided by the Chief Restructuring Officer, Sklarco has failed to make cash call advances and pay its JIBs under the Agreement, and thus is in default.

113792971.1

7. As a result of Sklarco's default, the Agreement cannot be assumed until it pays all past due cash call advances and JIBs. It must further give adequate assurance of its ability to continue paying such obligations in the future.

WHEREFORE, Fant Energy respectfully requests that the Court enter its order denying the Motion to Assume and for such and further relief as is appropriate.

Dated this 12th day of March, 2021  Respectfully submitted,

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

*/s/ Brent R. Cohen*
Brent R. Cohen, No. 11297
1200 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 623-9000
Email: bcohen@lrrc.com

*Counsel for Fant Energy Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2021 I caused the foregoing **FANT ENERGY'S OBJECTION TO MOTION TO ASSUME MT. CARMEL PARTICIPATION & OPERATING AGREEMENT (SKLARCO, LLC)** to be served via CM/ECF to all parties that have filed electronic appearances and requested service in this case.

*/s/ Jennifer Eastin*
Of: LEWIS ROCA ROTHGERBER CHRISTIE LLP

113792971.1