## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| ——————————————— | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
| Debtor. | ) | |

### NOTICE OF FILING OF REVISED CASH COLLATERAL BUDGET

The Debtors, Sklar Exploration Company, LLC and Sklarco, LLC, by and through their attorneys, Kutner Brinen, P.C., state their Notice of Filing Revised Cash Collateral Budget as follows:

1.     In accordance with Paragraph 2(d) of the *Final Order Authorizing Use of Cash Collateral, Granting Adequate Protection, and Providing Related Relief*, the Debtors and East West Bank have agreed to the revised budget attached hereto as Exhibit A through April 30, 2021.[1]

Dated: March 15, 2021                    Respectfully submitted,


                                         By:    */s/  Keri L. Riley*
                                                Jeffrey S. Brinen, #20565
                                                Keri L. Riley, #47605
                                                **KUTNER BRINEN, P.C.**
                                                1660 Lincoln St., Suite 1850
                                                Denver, CO 80264
                                                Telephone: (303) 832-2400
                                                E-Mail: jsb@kutnerlaw.com

---

[1] Exhibit A extends beyond April 30, 2021; however, such portions have not been agreed to by EWB.

SKLAR EXPLORATION COMPANY LLC and SKLARCO LLC — WEEKLY CASH FLOW FORECAST — DRAFT - PRELIMINARY & CONFIDENTIAL

| | ACT 1 19-Feb | FCST 2 26-Feb | FCST 3 5-Mar | FCST 4 12-Mar | FCST 5 19-Mar | FCST 6 26-Mar | FCST 7 2-Apr | FCST 8 9-Apr | FCST 9 16-Apr | FCST 10 23-Apr | FCST 11 30-Apr | FCST 12 7-May | 13 14-May | 14 21-May | 15 28-May | Period Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH RECEIPTS** | | | | | | | | | | | | | | | | |
| | *January production* | | | | | *February production* | | | | *March production* | | | | *April production* | | |
| Sklar operated oil production wolume estimate (8/8ths BBL) | | 72,686 | | | | 64,260 | | | | 72,500 | | | | 70,161 | | 279,607 |
| Oil price estimate (realized) | $ | 48.63 | | | $ | 55.48 | | | $ | 56.97 | | | $ | 56.97 | | |
| Oil price estimate (NYMEX WTI) * | $ | 51.84 | | | $ | 58.16 | | | $ | 59.65 | | | $ | 59.65 | | |
| Sklar operated gas production wolume estimate (8/8ths MCF) | | 232,677 | | | | 205,000 | | | | 226,964 | | | | 219,643 | | 884,284 |
| Gas price estimate (realized) | $ | 2.23 | | | $ | 3.00 | | | $ | 3.00 | | | $ | 3.00 | | |
| Gas price estimate (NYMEX HH)* | $ | 2.62 | | | $ | 5.00 | | | $ | 5.00 | | | $ | 5.00 | | |
| Operated properties [1] | | | | | | | | | | | | | | | | |
| Oil | 3,535,851 | - | | | | 3,529,493 | | | | 4,089,022 | | | | 4,089,022 | | 15,243,388 |
| Gas (including NGL receipts) | 523,534 | 520,011 | | | | 350,000 | 615,000 | | | 350,000 | 680,893 | | | 350,000 | 658,929 | 4,048,366 |
| Non-operated properties -Sklarco Revenue | 73 | 49,742 | 2,529 | 94,473 | 2,529 | 86,520 | 20,429 | 43,955 | 20,526 | 96,652 | 2,357 | 49,742 | - | 99,969 | 73 | 569,569 |
| Oil hedge settlements | | | | | | | | | | | | | | | | - |
| Gas hedge settlements | | | | | | | | | | | | | | | | - |
| Total Cash Calls in [8] | | | | | | - | | | | - | | | | - | | - |
| Reimbursement of op property LOE from other WI owners [3] | 12,291 | 810,421 | 399,649 | 119,892 | 280,720 | 138,089 | 137,754 | 119,892 | 263,944 | 140,969 | 129,147 | 119,892 | 263,944 | 140,969 | 129,147 | 3,206,723 |
| Misc. Revenue [4] | 110 | 8,373 | | 42,689 | 8,373 | | | | | 8,373 | | | | 8,373 | | 76,291 |
| **CASH RECEIPTS TOTAL** | 4,071,860 | 1,388,548 | 402,178 | 257,054 | 291,622 | 4,104,102 | 773,182 | 163,848 | 292,843 | 4,676,643 | 812,398 | 169,634 | 272,317 | 4,679,960 | 788,149 | 23,144,337 |
| **CASH DISBURSEMENTS** | | | | | | | | | | | | | | | | |
| | *December production* | | | | | *January production* | | | | *February production* | | | | *March production* | | |
| Revenue payable to others [2] | 135,341 | 3,043,529 | | | | 3,577,114 | | | | 3,216,749 | | | | 3,707,954 | | 13,680,687 |
| Severance tax & Escheat [9] | 299 | 34,268 | | | 297,661 | | | | 292,142 | | | | 332,794 | | | 957,164 |
| Lease operating expenses (gross) for operated properties TOTAL | 237,236 | 361,027 | 182,733 | 84,879 | 285,914 | 107,625 | 107,206 | 84,879 | 264,944 | 111,225 | 96,448 | 84,879 | 264,944 | 111,225 | 96,448 | 2,481,611 |
| CAP EX Total [8] | | | | | | | | | | | | | | | | - |
| Gas plant related Total | 96,494 | 39,586 | 100,693 | 91,995 | 96,494 | 4,399 | 95,413 | 119,000 | 91,995 | 8,563 | 39,976 | 70,292 | 91,995 | 8,563 | 39,976 | 995,431 |
| Lease operating expenses for non-operated properties - Sklarco Cur | 27,420 | 28,169 | 11,720 | - | 27,420 | 28,169 | 11,720 | - | 27,420 | 28,169 | 11,720 | - | 27,420 | 28,169 | | 257,516 |
| Misc. including Corwin (NEEDS CONFIRMED & DISCUSSED) | | | | | | | | | | | | | | | | - |
| Transportation (truck pmts to Ford/Ally) | 1,716 | 6,794 | 770 | 5,213 | 1,716 | 3,982 | 770 | 5,213 | 1,716 | 3,982 | 770 | 5,213 | 1,716 | 3,982 | 770 | 44,326 |
| General and Administrative | | | | | | | | | | | | | | | | |
| G&A-Payroll+Benefits Total | 4,415 | 102,346 | 29,477 | 116,537 | 57,552 | 2,954 | 128,736 | 945 | 173,144 | 2,954 | 113,736 | 15,945 | 173,144 | 2,954 | 113,736 | 1,038,577 |
| G&A-Non-Payroll Total | 16,152 | 41,716 | 20,529 | 10,380 | 19,840 | 19,939 | 117,230 | 10,380 | 19,840 | 7,525 | 72,050 | 10,380 | 19,840 | 19,939 | 59,636 | 465,374 |
| General and Administrative Total | 20,567 | 144,062 | 50,006 | 126,917 | 77,391 | 22,893 | 245,967 | 11,325 | 192,984 | 10,479 | 185,786 | 26,325 | 192,984 | 22,893 | 173,372 | 1,503,951 |
| CH 11 Related Disbursements | | | | | | | | | | | | | | | | |
| Bank - letter of credit fees | | | | | | | | | | | | | | | | - |
| Bank - misc charges | - | - | 1,235 | 1,178 | - | 1,235 | - | 1,178 | - | 1,235 | - | - | 1,178 | - | 1,235 | 8,473 |
| Bank interest | - | - | 92,000 | | | | 92,000 | | | | | | 92,000 | | | 276,000 |
| 1st Lien Adequate Assurance [10] | - | - | 93,235 | 1,178 | - | 1,235 | 92,000 | 1,178 | - | 1,235 | - | 92,000 | 1,178 | - | 1,235 | 284,473 |
| 1st Lien Professional Fees [10] | | - | | | 45,174 | | 85,734 | | 45,174 | | | | 45,174 | | | 135,521 |
| Chief Restructuring Officer Related Fees | - | 131,711 | | - | | | | - | | 131,778 | | | | 111,500 | | 460,722 |
| Debtor Legal Fees - Kutner Brinen | - | - | | 55,181 | | | | | 32,000 | | | | 32,000 | | | 119,181 |
| Debtor Legal Fees - Armbrecht Jackson | - | 52,782 | | 31,242 | | | | 31,357 | | - | | | 31,357 | | | 146,739 |
| Debtor Legal Fees | - | 52,782 | | 86,423 | | | | 31,357 | 32,000 | | | | 31,357 | 32,000 | | 265,919 |
| Creditor Cmt Professional Fees | - | 92,606 | 46,193 | | | | | | | | | | | | | 138,799 |
| Critical Vendor (Plains) Payments [5] | - | - | | | | | | | | | | | | | | - |
| Reserve Report Provider | - | 64,004 | | | | | | | | | | | | | | 64,004 |
| U.S. Trustee Fees | - | - | | | | | | | | | | 150,000 | | | | 150,000 |
| Claims Agent, Mediator, other | - | - | 1,619 | 1,870 | 1,634 | - | 16,445 | 3,261 | | | | - | 16,445 | | 16,445 | 60,981 |
| Surety Bond Collateral | | | | | 100,000 | | | 140,000 | | | | | | | | 240,000 |
| CH 11 Related Disbursements Total | - | 341,102 | 141,047 | 89,471 | 146,807 | 86,969 | 108,445 | 175,796 | 77,174 | 133,013 | 166,445 | 126,619 | 78,351 | 111,500 | 17,680 | 1,800,419 |
| **TOTAL CASH DISBURSEMENTS** | 519,072 | 3,998,537 | 486,968 | 398,475 | 933,403 | 3,831,151 | 569,522 | 396,213 | 948,374 | 295,430 | 3,717,894 | 313,328 | 990,204 | 286,332 | 4,036,201 | 21,721,105 |
| **NET CASH FLOW** | 3,552,788 | (2,609,990) | (84,790) | (141,421) | (641,781) | 272,952 | 203,661 | (232,366) | (655,531) | 4,381,213 | (2,905,497) | (143,694) | (717,887) | 4,393,628 | (3,248,052) | 1,423,233 |
| **ALL ACCOUNTS BEGINNING CASH BALANCE ** | 4,215,327 | 7,768,115 | 5,158,125 | 5,073,335 | 4,931,914 | 4,290,134 | 4,563,085 | 4,766,746 | 4,534,380 | 3,878,849 | 8,260,062 | 5,354,565 | 5,210,871 | 4,492,984 | 8,886,612 | 4,215,327 |
| Howard Sklar DIP loan [6] + Other Sources of Cash | | | | | | | | | | | | | | | | - |
| **ALL ACCOUNTS ENDING CASH BALANCE** | 7,768,115 | 5,158,125 | 5,073,335 | 4,931,914 | 4,290,134 | 4,563,085 | 4,766,746 | 4,534,380 | 3,878,849 | 8,260,062 | 5,354,565 | 5,210,871 | 4,492,984 | 8,886,612 | 5,638,560 | 5,638,560 |
| Revenue Account Balance (Restricted) | 7,509,207 | 4,003,044 | 3,998,229 | 3,998,229 | 3,700,568 | 4,002,947 | 3,614,233 | 3,614,233 | 3,322,091 | 7,761,112 | 4,235,127 | 4,235,127 | 3,902,332 | 8,341,354 | 4,202,131 | |
| **REVENUE ACCOUNT BEGINNING CASH BALANCE** | 3,585,462 | 7,509,207 | 4,003,044 | 3,998,229 | 3,998,229 | 3,700,568 | 4,002,947 | 3,614,233 | 3,614,233 | 3,322,091 | 7,761,112 | 4,235,127 | 4,235,127 | 3,902,332 | 8,341,354 | |
| inflows | 4,059,385 | 520,011 | - | - | (297,661) | 3,879,493 | 615,000 | - | (292,142) | 4,439,022 | 680,893 | - | (332,794) | 4,439,022 | 658,929 | |
| severance taxes and escheat | (299) | (34,268) | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| revenue payable to WI, RI and ORRI | (135,341) | (3,043,529) | - | - | - | (3,577,114) | - | - | - | (3,216,749) | - | - | - | (3,707,954) | | |
| Court-Ordered Repayment of JIBs-Docket 820 | - | - | (4,815) | - | - | - | - | - | - | - | - | - | - | - | | |
| outflows to Sklar[7] | - | (948,378) | - | - | - | - | (1,003,715) | - | - | - | (990,130) | - | - | - | (1,090,198) | |
| **REVENUE ACCOUNT ENDING CASH BALANCE** | 7,509,207 | 4,003,044 | 3,998,229 | 3,998,229 | 3,700,568 | 4,002,947 | 3,614,233 | 3,614,233 | 3,322,091 | 7,761,112 | 4,235,127 | 4,235,127 | 3,902,332 | 8,341,354 | 4,202,131 | |
| **ALL OTHER ACCOUNTS BEGINNING CASH BALANCE** | 629,865 | 258,908 | 1,155,082 | 1,075,106 | 933,686 | 589,566 | 560,138 | 1,152,513 | 920,148 | 556,758 | 498,949 | 1,119,438 | 975,745 | 590,652 | 545,258 | |
| inflows for Sklar revenue | - | 948,378 | 4,815 | - | - | - | 1,003,715 | - | - | - | 990,130 | - | - | - | 1,090,198 | |
| Howard Sklar DIP loan (stock liquidation) and/or net retainer | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| all other inflows & outflows, net | (370,957) | (52,204) | (84,790) | (141,421) | (344,120) | (29,428) | (411,339) | (232,366) | (363,389) | (57,809) | (369,641) | (143,694) | (385,092) | (45,394) | (199,026) | |
| **ALL OTHER ACCOUNTS ENDING CASH BALANCE** | 258,908 | 1,155,082 | 1,075,106 | 933,686 | 589,566 | 560,138 | 1,152,513 | 920,148 | 556,758 | 498,949 | 1,119,438 | 975,745 | 590,652 | 545,258 | 1,436,430 | |
| Less Retainers included in Book Balance | (110,000) | (110,000) | (110,000) | (110,000) | (110,000) | (110,000) | (110,000) | (110,000) | (110,000) | (110,000) | (110,000) | (110,000) | (110,000) | (110,000) | (110,000) | |
| **ALL OTHER ACCNTS ENDING CASH BALANCE - NET OF RETAINERS** | 148,908 | 1,045,082 | 965,106 | 823,686 | 479,566 | 450,138 | 1,042,513 | 810,148 | 446,758 | 388,949 | 1,009,438 | 865,745 | 480,652 | 435,258 | 1,326,430 | |

*Reflects NYMEX WTI and HH pricing strip. Subject to daily volitality.

*Includes acctg system cash balances at 10/09/20 (to account for outstanding checks)

| SKLAR EXPLORATION COMPANY LLC and SKLARCO LLC | ACT | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | | | DRAFT - PRELIMINARY & CONFIDENTIAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEKLY CASH FLOW FORECAST | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | Period |
| | 19-Feb | 26-Feb | 5-Mar | 12-Mar | 19-Mar | 26-Mar | 2-Apr | 9-Apr | 16-Apr | 23-Apr | 30-Apr | 7-May | 14-May | 21-May | 28-May | Totals |

[1] Includes 8/8ths revenue for SklarEx operated properties net of trucking expense.  Revenues may not equate to production because not all production is sold in the month produced.
   Does not include revenue in dispute for Plains and SEAGO.  Added NGL revenue in the Gas line because it shares the same treatement
[2] Revenue Payable to Others includes distributions to WI, RI and ORRI
[3] Includes reimbursement of LOE related to third party costs and COPAS reimbursements, which is an overhead cost recovery mechanism for well operators. Does not include past due JIBs
[4] Includes sublease income of $8,372/mo plus any NGL related cash receipts thru August.
[5] Payment to Plains Gas Solutions (spread out in 3 monthly installments of ~$117k)
[6] $1MM DIP loan occurred week ending July 3rd
[8] See external schedule for workover and AFE details
[9] $413K of pre-petition severance to Alabama Dept of Rev broken into four monthly payments of ~$103K
[10] Includes EWB-related "catch-up" amounts to current status
[11] The interested parties continue to discuss the sources of the helium well expenditures

| BREAKOUTS @ REQUEST OF EAST WEST BANK | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Begining Non-Collateral Cash Balance [11] | 149,190 | 149,190 | 149,190 | 149,190 | 149,190 | 149,190 | 149,190 | | | | | | | | | 25 |
| Plus cash receipts from any Sklarco "Outside Invesment" | | | | | | | | | | | | | | | | 149,164 |
| Less re: Corwin Well related disbursements | - | - | - | - | - | - | - | | | | | | | | | - |
| Ending Non-Collateral Cash Balance | 149,190 | 149,190 | 149,190 | 149,190 | 149,190 | 149,190 | 149,190 | | | | | | | | | 149,190 |
| Approx G&A Payroll attributed to field personel (11 employees) | 1,422 | 32,956 | 9,492 | 37,525 | 18,532 | 951 | 41,453 | | | | | | | | | 304,979 |
| Estimated COPAS (Broken Out @EWB Request) | 51,989 | 51,989 | 51,989 | 51,989 | 51,989 | 51,989 | 51,989 | | | | | | | | | 727,846 |