| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 1/4/2021 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.20 | 105.00 | Make Time Entries in Nexonia for WE 01/02/2021 |
| 1/11/2021 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.10 | 52.50 | Make time entries in Nexonia for WE |
| 1/18/2021 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.10 | 52.50 | Update Time entries in Nexonia for WE 01/16 |
| 1/22/2021 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.40 | 210.00 | Call with JK RE sklar operating model, comparison to earlier versions, issues related to accounts recievable billings with company |
| 1/25/2021 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.10 | 52.50 | Make Time entries in Nexonia for WE 01/23 |
| 1/31/2021 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.10 | 52.50 | Make Time Entries in Nexonia for WE 01/30 |
| 1/1/2021 | Todd Bearup | Business Operations | 550.00 | 0.30 | 165.00 | Correspondence w/ Controller, CFO and CRO re: resignation of A/P position. |
| 1/4/2021 | Todd Bearup | Business Operations | 550.00 | 1.20 | 660.00 | Several discussions w/ CFO and Controller re: replace A/P purchasing employee and CRO analysis request. |
| 1/4/2021 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Review of AR\Setoff analysis (0.5); |
| 1/4/2021 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Various ops related emails (0.5); |
| 1/4/2021 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Call w A Alcorn re JIB Setoff (1.0); |
| 1/5/2021 | Todd Bearup | Business Operations | 550.00 | 0.40 | 220.00 | Work w/ accounting CRO re: wire for mediation. |
| 1/5/2021 | Todd Bearup | Business Operations | 550.00 | 0.70 | 385.00 | Weekly operations update call w/ CFO, COO and operations. |
| 1/5/2021 | James Katchadurian | Business Operations | 725.00 | 0.20 | 145.00 | review of emails relating to Seismic Vendor (0.2) |
| 1/5/2021 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Review of Mt Carmel Prospect data (0.5); |
| 1/6/2021 | Todd Bearup | Business Operations | 550.00 | 0.80 | 440.00 | Review docs and emails associated with potential new hire for A/P clerk. |
| 1/6/2021 | Todd Bearup | Business Operations | 550.00 | 0.30 | 165.00 | Work w/ accounting re: wires. |
| 1/6/2021 | Todd Bearup | Business Operations | 550.00 | 1.20 | 660.00 | Discussion w/ CFO, COO and accounting re: A/P run. Prep A/P run and provide to CRO for review and approval. |
| 1/6/2021 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Various ops emails (0.5) |
| 1/7/2021 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Review approve various wires. |
| 1/7/2021 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Various emails re open issues (0.5); |
| 1/8/2021 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Call w M Jones re Fant (0.5); |
| 1/9/2021 | Todd Bearup | Business Operations | 550.00 | 0.20 | 110.00 | Text correspondence w/ CFO, Controller, CEO re: death of A/P clerk replacement. |
| 1/11/2021 | Todd Bearup | Business Operations | 550.00 | 0.40 | 220.00 | Correspondence w/ Dana and Richard re: operations udpate and Jan/Feb forecast production. |
| 1/11/2021 | Todd Bearup | Business Operations | 550.00 | 0.20 | 110.00 | Update discussion w/ CFO. |
| 1/11/2021 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Review and execute wires after correspondence w/ A/P clerk and CFO. |
| 1/12/2021 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Approve and execute wires. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 1/12/2021 | Todd Bearup | Business Operations | 550.00 | 0.80 | 440.00 | Discussion w/ CFO re: fresh start accounting, claims reconciliation issues. Approve/send wires. |
| 1/12/2021 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Conference call w/ operations for ops update re: cash forecast and follow-up call w/ Controller. |
| 1/13/2021 | Todd Bearup | Business Operations | 550.00 | 0.30 | 165.00 | Approve and execute wires. |
| 1/13/2021 | Todd Bearup | Business Operations | 550.00 | 1.50 | 825.00 | Calls w/ accounting and follow-up call w/ controller re: A/P run. Modify A/P run and get email to CRO for final approval. |
| 1/14/2021 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Approve and execute wires including payroll. |
| 1/18/2021 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | Call w Sklar \CR3 teams re cash collateral budget (0.5) |
| 1/19/2021 | Todd Bearup | Business Operations | 550.00 | 0.30 | 165.00 | Weekly update discussion with CFO, COO, Controller and Operations. |
| 1/20/2021 | Avery Alcorn | Business Operations | 525.00 | 1.00 | 525.00 | update accounts receivable master report for receivables greater than 60 days outstanding, flow into master contract cure analysis by owner, send to |
| 1/20/2021 | Todd Bearup | Business Operations | 550.00 | 1.50 | 825.00 | Accounting discussion re: A/P run for the week. Various follow-up discussions. Prep proposed A/P run for CRO approval. |
| 1/20/2021 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Call w K Riley\J Brinen\ M Jones\ B Ford\ M Jones\J Strausser re plan (1.0) |
| 1/22/2021 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Review operations report re: gas plant maintenance and parts forecast. |
| 1/22/2021 | James Katchadurian | Business Operations | 725.00 | 0.30 | 217.50 | Various emails re AR reporting (0.3) |
| 1/25/2021 | Todd Bearup | Business Operations | 550.00 | 0.30 | 165.00 | Additional correspondence w/ CRO, CFO, COO re: approval for emergency CapEx spend for Gas Plant. |
| 1/25/2021 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Discussion w/ Thomas re: gas plant issues over the weekend and subsequent requirements to ensure continued smooth production - with CFO, COO. |
| 1/25/2021 | Todd Bearup | Business Operations | 550.00 | 0.80 | 440.00 | Various correspondence re: several wire payments. Correspodnence from debtor's counsel, CFO, accounting, |
| 1/25/2021 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | various ops related emails re WI owners in default (0.5); |
| 1/26/2021 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Update discussion w/ Ops, COO, CFO and controller. |
| 1/26/2021 | Todd Bearup | Business Operations | 550.00 | 0.40 | 220.00 | Review Harold's Ops summary compared to prior version and prep for Ops call. |
| 1/26/2021 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Update discussion w/ CEO. |
| 1/26/2021 | James Katchadurian | Business Operations | 725.00 | 0.50 | 362.50 | various ops emails (0.5) |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 1/27/2021 | Todd Bearup | Business Operations | 550.00 | 0.90 | 495.00 | Conference call and subsequent discussion w/ Accounting re: liquidity and what needs to be sent out this week for |
| 1/27/2021 | James Katchadurian | Business Operations | 725.00 | 0.20 | 145.00 | Call w K Riley re plan (0.2) |
| 1/28/2021 | Todd Bearup | Business Operations | 550.00 | 0.70 | 385.00 | Correspondence w/ CFO, COO accounting re: paying bills, wires, forecasts. |
| 1/28/2021 | James Katchadurian | Business Operations | 725.00 | 0.30 | 217.50 | emails w EW - ML Allen and team re pro-fees (0.3) |
| 1/28/2021 | James Katchadurian | Business Operations | 725.00 | 0.70 | 507.50 | Review of budget (0.7); |
| 1/28/2021 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | Review of DS Objections and related research (1.0); |
| 1/29/2021 | Todd Bearup | Business Operations | 550.00 | 0.50 | 275.00 | Update discussion w/ CFO, COO. |
| 1/29/2021 | James Katchadurian | Business Operations | 725.00 | 1.00 | 725.00 | review of cash budget\ap run (1.0) |
| 1/4/2021 | Todd Bearup | Cash Management | 550.00 | 1.80 | 990.00 | Prep forecast for actuals. Update |
| 1/5/2021 | Todd Bearup | Cash Management | 550.00 | 1.90 | 1,045.00 | Work on coding prior week's actuals in model and updating forecast. |
| 1/6/2021 | Todd Bearup | Cash Management | 550.00 | 1.80 | 990.00 | Finalize variance report and updated cash forecast. |
| 1/7/2021 | Todd Bearup | Cash Management | 550.00 | 0.40 | 220.00 | Review and provide variance report to |
| 1/11/2021 | Todd Bearup | Cash Management | 550.00 | 1.80 | 990.00 | Prep forecast for inputting actuals. |
| 1/12/2021 | Todd Bearup | Cash Management | 550.00 | 1.90 | 1,045.00 | Work on coding actuals from prior week and inputting into forecast. Update forecast. |
| 1/13/2021 | Todd Bearup | Cash Management | 550.00 | 1.80 | 990.00 | Finalize variance report and cash |
| 1/14/2021 | Todd Bearup | Cash Management | 550.00 | 1.30 | 715.00 | Prep for and conference call w/ CFO re: significant cash forecast issues upcoming. |
| 1/18/2021 | Avery Alcorn | Cash Management | 525.00 | 0.50 | 262.50 | Call with John Strausser, Marshall Jones, TB, JK RE cash forecast, availability of short-term liquidity |
| 1/18/2021 | Todd Bearup | Cash Management | 550.00 | 1.80 | 990.00 | Begin modifying cash forecast for prior weeks actuals and update forecast. |
| 1/19/2021 | Todd Bearup | Cash Management | 550.00 | 1.90 | 1,045.00 | Work on budget-to-actuals and forecast. |
| 1/20/2021 | Todd Bearup | Cash Management | 550.00 | 1.80 | 990.00 | Finalize variance report and provide to CRO. |
| 1/21/2021 | Todd Bearup | Cash Management | 550.00 | 2.00 | 1,100.00 | Work with accounting to reconcile difference in cash model and book |
| 1/22/2021 | Todd Bearup | Cash Management | 550.00 | 1.60 | 880.00 | Finalize review of prior weeks accounting practices and provide updated forecast and variance to CRO. |
| 1/25/2021 | Todd Bearup | Cash Management | 550.00 | 1.80 | 990.00 | Prep forecast for last week's actuals and extend model. |
| 1/26/2021 | Todd Bearup | Cash Management | 550.00 | 1.90 | 1,045.00 | Work on budget-to-actuals and update/extend cash forecast. |
| 1/27/2021 | Todd Bearup | Cash Management | 550.00 | 1.80 | 990.00 | Finalize cash forecast and variance report and provide to CRO. |
| 1/29/2021 | Todd Bearup | Cash Management | 550.00 | 0.80 | 440.00 | Update cash forecast based on input from accounting and CRO. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 1/27/2021 | Avery Alcorn | Creditor Interaction | 525.00 | 0.80 | 420.00 | Call with Mary Lou Allen, Stuart Bonomo, JK RE Sklar operating model assumptions, winddown plan for SEC, plan negotiation status |
| 1/7/2021 | Avery Alcorn | Creditor Issues | 525.00 | 0.30 | 157.50 | Call with JK RE questions on status of certain wells as requested by EWB |
| 1/4/2021 | Avery Alcorn | Debtor Issues | 525.00 | 0.30 | 157.50 | Review communications with counsel RE 2004 Discovery for Ad Hoc Committeee |
| 1/4/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.50 | 275.00 | Updated discussion w/ CEO. |
| 1/4/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.70 | 385.00 | Correspondence w/ CFO and review of analysis for CRO prior to tomorrow's discussion. |
| 1/5/2021 | Avery Alcorn | Debtor Issues | 525.00 | 0.40 | 210.00 | Perform email search pursuant to Rule 2004 clarification from Honorable Judge Brown |
| 1/5/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.60 | 330.00 | Discussion w/ CFO and controller re: analysis request by CRO. |
| 1/7/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.50 | 275.00 | Correspondence re: Flow Services bankrutpcy docs. |
| 1/8/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.00 | 550.00 | Discussion w/ CRO and Avery re: strawman model re: NO SEC and |
| 1/8/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.30 | 165.00 | Follow-up conversation w/ CFO re: recent events and SEAGD wire receipt. |
| 1/8/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.10 | 605.00 | Follow-up call w/ CRO and Avery re: wind-down model discussion and cash flow discussion. |
| 1/12/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.50 | 275.00 | Update discussion w/ CEO. |
| 1/14/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.60 | 330.00 | Update call with CEO. |
| 1/18/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.30 | 715.00 | Discussion w/ CRO, CFO, COO and Avery re: current situation re: cash constraints. Follow-up discussion w/ CFO and CEO. |
| 1/18/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.50 | 275.00 | Update discussion w/ COO and CFO. |
| 1/19/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.50 | 275.00 | Discussions with CEO re: debtor restructuring issues. |
| 1/19/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.40 | 220.00 | Discussions with Controller, then with CFO and COO to discuss term sheet. |
| 1/25/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.50 | 275.00 | Read and provide filings to CFO, COO. |
| 1/28/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.80 | 990.00 | Create professional fee analysis at request of EWB. |
| 1/29/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.50 | 275.00 | Review professional fee analysis w/ CFO. |
| 1/30/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.30 | 165.00 | Review CFO's reconciliation of fee analysis with DEC MOR |
| 12/28/2020 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 1/4/2021 | Todd Bearup | Expense - Mileage | 18.63 | | 18.63 | Roundtrip between home/client |
| 1/5/2021 | Todd Bearup | Expense - Mileage | 18.63 | | 18.63 | Roundtrip between home/client |
| 1/6/2021 | Todd Bearup | Expense - Mileage | 18.63 | | 18.63 | Roundtrip between home/client |
| 1/7/2021 | Todd Bearup | Expense - Mileage | 18.63 | | 18.63 | Roundtrip between home/client |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 1/8/2021 | Todd Bearup | Expense - Mileage | 18.63 | | 18.63 | Roundtrip between home/client |
| 1/18/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 1/19/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 1/20/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 1/21/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 1/22/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 1/25/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 1/26/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 1/27/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 1/28/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 1/29/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 1/6/2021 | Todd Bearup | Fee Applications | 550.00 | 1.00 | 550.00 | Begin work on December Fee App. |
| 1/7/2021 | Avery Alcorn | Fee Applications | 525.00 | 0.60 | 315.00 | Review docket entries, motions for CR3 Retention, analyze fees incurred to date relative to agree fee cap, send analysis to JK for review |
| 1/7/2021 | Todd Bearup | Fee Applications | 550.00 | 0.20 | 110.00 | Correspondece w/ CRO and Debtor's counsel re: Nov Fee App. |
| 1/18/2021 | Todd Bearup | Fee Applications | 550.00 | 0.90 | 495.00 | Work on December Fee App |
| 1/19/2021 | Avery Alcorn | Fee Applications | 525.00 | 0.40 | 210.00 | Review CR3 fee statement for November |
| 1/19/2021 | Todd Bearup | Fee Applications | 550.00 | 0.30 | 165.00 | Correspondence w/ CRO, CR3 and debtor's counsel re: Nov and Dec fee |
| 1/20/2021 | Todd Bearup | Fee Applications | 550.00 | 1.00 | 550.00 | Finalize December Fee App and provide to CRO for approval. |
| 1/19/2021 | James Katchadurian | Litigation | 725.00 | 1.00 | 725.00 | Call w K Riley\J Brinen\ B Ford\ D Graham re various (1.0); |
| 1/21/2021 | James Katchadurian | Litigation | 725.00 | 0.50 | 362.50 | markup \ comment of jib offset motion (0.5) |
| 1/22/2021 | James Katchadurian | Litigation | 725.00 | 0.50 | 362.50 | Calls w J Strausser re jib reporting and followup w K Riley re same (0.5); |
| 1/30/2021 | James Katchadurian | Operating Reports | 725.00 | 1.50 | 1,087.50 | MOR Review (1.0) |
| 1/31/2021 | James Katchadurian | Operating Reports | 725.00 | 1.00 | 725.00 | mor and legal summary review (1.0); |
| 1/1/2021 | James Katchadurian | Plan Issues | 725.00 | 0.50 | 362.50 | Prep for call w S Mayer (0.5) |
| 1/1/2021 | James Katchadurian | Plan Issues | 725.00 | 1.50 | 1,087.50 | Call w K Riley and S Mayer re Mediation and related followup w K Riley (1.5) |
| 1/4/2021 | Todd Bearup | Plan Issues | 550.00 | 1.10 | 605.00 | Call with JK RE accounts receivable, aged receivables, affect on SklarEx projected cash flow, effective date obligations |
| 1/5/2021 | James Katchadurian | Plan Issues | 725.00 | 0.30 | 217.50 | Call w M Jones (0.3); |
| 1/5/2021 | James Katchadurian | Plan Issues | 725.00 | 0.30 | 217.50 | various emails re mediation and related wire (0.3) |
| 1/5/2021 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Call w S Mayer \ K Riley (1.0); |
| 1/5/2021 | James Katchadurian | Plan Issues | 725.00 | 0.20 | 145.00 | Call w S Bonomo (0.2) |
| 1/5/2021 | James Katchadurian | Plan Issues | 725.00 | 0.20 | 145.00 | Followup call w K Riley (0.2) |
| 1/6/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.30 | 157.50 | Review lease exhibit, analyze primary term leases by prospect and expiry date, send summary to JK |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 1/6/2021 | James Katchadurian | Plan Issues | 725.00 | 0.50 | 362.50 | Mediation part 3 - K Riley \ S Mayer 1030pm to 11pm) (0.5); |
| 1/6/2021 | James Katchadurian | Plan Issues | 725.00 | 1.50 | 1,087.50 | Call w M Jones\D Graham\ B Ford \ K Riley and J Brinen and related followup and analysis (1.5) |
| 1/6/2021 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Mediation Part 2 - (1.0) |
| 1/6/2021 | James Katchadurian | Plan Issues | 725.00 | 2.00 | 1,450.00 | Plan Mediation Session 1 - (10a. To 12pm) (2.0) |
| 1/7/2021 | Avery Alcorn | Plan Issues | 525.00 | 1.50 | 787.50 | Research all Sklar leases in various counties pursuant to request from EWB, generate summary workbook with supporting data tab per request from JK |
| 1/7/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.20 | 105.00 | Review Sklar payroll, analyze variations to certain personnel for purposes of reorganization |
| 1/7/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.60 | 315.00 | Review mediation update from JK, analyze potential changes to plan as-filed |
| 1/8/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.60 | 315.00 | Call with Marshall Jones RE progress with working interest partners, update on SE/SW Brooklyn |
| 1/8/2021 | Avery Alcorn | Plan Issues | 525.00 | 1.40 | 735.00 | Create groupings for various employees for evaluation of winddown scenario |
| 1/8/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.80 | 420.00 | Call with TB RE Sklar Exploration payroll analysis |
| 1/8/2021 | Avery Alcorn | Plan Issues | 525.00 | 1.10 | 577.50 | Call with TB, JK RE SEC versus SKC scenarios, discussion of JOA assumption & rejection scenarios |
| 1/8/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.40 | 210.00 | Create timing summary, estimated SEC winddown cost estimate |
| 1/8/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.50 | 262.50 | Call with TB, JK RE mediation progress with various interested parties, request for analysis of additional scenarios for |
| 1/8/2021 | James Katchadurian | Plan Issues | 725.00 | 0.50 | 362.50 | Call w K Riley\J Brinen and related followup (0.5) |
| 1/8/2021 | James Katchadurian | Plan Issues | 725.00 | 2.00 | 1,450.00 | T Bearup \ A Alcorn re model revisions and planning - followup re same (2.0); |
| 1/8/2021 | James Katchadurian | Plan Issues | 725.00 | 0.50 | 362.50 | Call w A Alcorn and T Bearup re revisions to model (0.5); |
| 1/11/2021 | James Katchadurian | Plan Issues | 725.00 | 1.50 | 1,087.50 | Mediation Part 1 and related followup |
| 1/11/2021 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Mediation part 2 (1.0) |
| 1/11/2021 | James Katchadurian | Plan Issues | 725.00 | 0.50 | 362.50 | Call w J Hardy (0.5) |
| 1/11/2021 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | varous emails and re mediation and settlement proposals from UCC\EWB |
| 1/12/2021 | James Katchadurian | Plan Issues | 725.00 | 0.30 | 217.50 | Call w K Riley\J Brinen re status (0.3); |
| 1/13/2021 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Call w B Suzuki\K Riley\S Bonomo\Mary Lou Allen re plan status and next steps and related followup (1.0) |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 1/14/2021 | Avery Alcorn | Plan Issues | 525.00 | 1.10 | 577.50 | Call with Debtor's counsel, Marshall Jones, John Strausser, JK RE plan negotiation process, operatorship of various SklarEx properties |
| 1/14/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.30 | 157.50 | Review draft settlement term sheet |
| 1/14/2021 | Avery Alcorn | Plan Issues | 525.00 | 1.10 | 577.50 | Update Sklar operating model for scenarios under consideration for plan settlement between parties |
| 1/14/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.20 | 105.00 | Call with TB RE EWB interest post |
| 1/14/2021 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | email re plan discussions (0.2); Call w M Jones\J Strausser\B Graham\ B Ford \ K Riley \ A Alcorn (1.0); |
| 1/15/2021 | James Katchadurian | Plan Issues | 725.00 | 0.50 | 362.50 | Call w UCCC\EWB\Debtors re plan (0.5); |
| 1/16/2021 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Review of open action items (1.0) |
| 1/18/2021 | Avery Alcorn | Plan Issues | 525.00 | 1.70 | 892.50 | Call with JK RE Sklar plan negotiation process, modeling different scenarios for Sklar Exploration and SklarCo |
| 1/18/2021 | James Katchadurian | Plan Issues | 725.00 | 0.30 | 217.50 | Call w K Riley\J Brinen re open issues |
| 1/18/2021 | James Katchadurian | Plan Issues | 725.00 | 1.50 | 1,087.50 | Working Session w A Alcorn re model variants (1.5) |
| 1/18/2021 | James Katchadurian | Plan Issues | 725.00 | 0.10 | 72.50 | emails w S Bonomo (0.1); |
| 1/19/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.70 | 367.50 | Create price comparison for Sklar operating model prices from existing forecast to most recent available NYMEX |
| 1/19/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.30 | 157.50 | Update sklar operating model winddown scenario for SklarEx, generate comparison table to base case |
| 1/19/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.60 | 315.00 | Update Sklar operating model for SKlarEx winddown scenario, update with estimated costs to transfer operator to |
| 1/19/2021 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Call w M Jones\J Strausser re open issues\Plan (1.0); |
| 1/19/2021 | James Katchadurian | Plan Issues | 725.00 | 0.50 | 362.50 | Call. W K Riley re next steps (0.5); |
| 1/19/2021 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Call w EW - S Bonomo\ML Allen\B Suzuki; K Riley\J Brinen and followup w K Riley\J Brinen (1.0); |
| 1/20/2021 | Avery Alcorn | Plan Issues | 525.00 | 1.00 | 525.00 | Call with JK RE SklarEx & SklarCo plan negotiations with interested parties, update on accounts receivable nonpayment, strategies for SkalrEx Joint Account vote on operator as part of plan process |
| 1/20/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.50 | 262.50 | Update master contract cure schedule + JOA Analysis to look at aged accounts receivable by property |
| 1/20/2021 | James Katchadurian | Plan Issues | 725.00 | 0.50 | 362.50 | call w J Hardy re plan (0.5) |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 1/20/2021 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Various ops \ cash management emails and data review (1.0); |
| 1/21/2021 | James Katchadurian | Plan Issues | 725.00 | 0.50 | 362.50 | Call w J Strausser re SKC fundinig schedule (0.5) |
| 1/21/2021 | James Katchadurian | Plan Issues | 725.00 | 0.50 | 362.50 | Call w K Riley re motion to setoff JIB AR (0.5); |
| 1/21/2021 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | review of SEC data and related analysis of cash flow forecast and cure cost model - review of Sklarco model (1.0) |
| 1/22/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.20 | 105.00 | Update sklar model scenarios for distribution to interested parties, send to JK for review |
| 1/22/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.40 | 210.00 | Call with JK RE sklar operating model updates, SEC winddown scenario versus SEC as operator |
| 1/22/2021 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Review model and comment on same - prepare memo to bank re assumptions and risks (1.0); |
| 1/22/2021 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | A Alcorn re model revisions and related followup w S Bonomo (1.0); |
| 1/22/2021 | James Katchadurian | Plan Issues | 725.00 | 0.20 | 145.00 | Call w K Riley re JIB motion (0.2); |
| 1/22/2021 | James Katchadurian | Plan Issues | 725.00 | 0.50 | 362.50 | Call w J Brinen re plan (0.5) |
| 1/26/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.10 | 52.50 | Call with Holmes Gwin RE Hedges under plan, relayed message to defer as priority due to uncertainty with plan negotiations |
| 1/26/2021 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Review of model and related assumptions - emails w S Bonomo re |
| 1/27/2021 | James Katchadurian | Plan Issues | 725.00 | 0.30 | 217.50 | Model review\Call Prep (0.3); |
| 1/27/2021 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Call w EW Bank - S Bonomo\ ML Allen and A Alcorn (1.0); |
| 1/27/2021 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Call w Sklar \ armbrecht jackson and Kutner teams and related followup (1.0); |
| 1/28/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.70 | 367.50 | Update Sklar operating model based on recent discussions with EWB to align with updated term sheet |
| 1/28/2021 | James Katchadurian | Plan Issues | 725.00 | 0.50 | 362.50 | Call w J Hardy (0.5); |
| 1/29/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.40 | 210.00 | Review Sklar cash forecast, accounts payable in preparation for meeting with JK, Sklar management |
| 1/29/2021 | Avery Alcorn | Plan Issues | 525.00 | 1.10 | 577.50 | Call with John Strausser, Marshall Jones, JK RE Cash Forecast & position, hedge strategies, & update on plan negotiations |
| 1/29/2021 | James Katchadurian | Plan Issues | 725.00 | 1.00 | 725.00 | Call w K Riley\J Brinen re plan process |
| 1/29/2021 | James Katchadurian | Plan Issues | 725.00 | 1.20 | 870.00 | Call w M Jones\J Strausser re cash (1.2); |
| 1/29/2021 | Todd Bearup | Statements | 550.00 | 1.50 | 825.00 | Review December MOR |
| 1/30/2021 | Todd Bearup | Statements | 550.00 | 0.50 | 275.00 | Another review of Dec. MOR after changes made. |