| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 2/7/2021 | Avery Alcorn | Bankruptcy Case Admin | 525 | 0.10 | 52.50 | Make Time Entries in Nexonia for |
| 2/15/2021 | Avery Alcorn | Bankruptcy Case Admin | 525 | 0.20 | 105.00 | Make Time Entries in Nexonia for |
| 2/22/2021 | Avery Alcorn | Bankruptcy Case Admin | 525 | 0.30 | 157.50 | Make Time Entries in Nexonia for |
| 2/28/2021 | Avery Alcorn | Bankruptcy Case Admin | 525 | 0.30 | 157.50 | Make Time Entries in Nexonia for |
| 2/22/2021 | Todd Bearup | Business Analysis | 550 | 1.10 | 605.00 | Modify and update analysis re: All professional fees thru current as well as CR3 assumption tool. |
| 2/23/2021 | Todd Bearup | Business Analysis | 550 | 1.80 | 990.00 | Update Workover/AFE Tool at request of COO. Share with CRO and |
| 2/26/2021 | Todd Bearup | Business Analysis | 550 | 0.50 | 275.00 | Review and modify A/R analysis from Kim Ramsey. |
| 2/26/2021 | Todd Bearup | Business Analysis | 550 | 1.40 | 770.00 | Update professional fee analysis at request of debtor's counsel and circulate for comment w/ CFO, CRO. Follow-up discussion w/ CFO. Then |
| 2/1/2021 | Avery Alcorn | Business Operations | 525 | 0.40 | 210.00 | Call with John Strausser, Holmes Gwin, JK RE hedging strategy for post-confirmation, discussion of requested volume threshold from |
| 2/1/2021 | Avery Alcorn | Business Operations | 525 | 0.20 | 105.00 | Call with Holmes Gwin RE reserve report projections, assumptions for base volumes to put into hedging |
| 2/1/2021 | Todd Bearup | Business Operations | 550 | 0.50 | 275.00 | Update discussion w/ CEO. |
| 2/1/2021 | James Katchadurian | Business Operations | 725 | 0.50 | 362.50 | various emails w K Riley - review and send variance reporting (0.5) |
| 2/1/2021 | James Katchadurian | Business Operations | 725 | 0.50 | 362.50 | Discussion w A Alcorn\ H Gwinn\ J Strausser re hedges (0.5); |
| 2/1/2021 | James Katchadurian | Business Operations | 725 | 0.50 | 362.50 | Correspondence w S Bonomo and ML Allen re professional fee schedule and related followup (0.5); |
| 2/1/2021 | James Katchadurian | Business Operations | 725 | 0.30 | 217.50 | emails w T Bearup re pro-fee budget and review of same (0.3); |
| 2/2/2021 | Todd Bearup | Business Operations | 550 | 0.40 | 220.00 | Weekly update call w/ Operations and subsequent discussion w/ CFO |
| 2/3/2021 | Todd Bearup | Business Operations | 550 | 1.70 | 935.00 | A/P call. A/P call follow-up. Prep A/P run model and discuss w/ CFO. Email to CRO for approval. |
| 2/3/2021 | James Katchadurian | Business Operations | 725 | 0.50 | 362.50 | Review of pro-fee analysis w T Bearup and email re same - call re |
| 2/4/2021 | James Katchadurian | Business Operations | 725 | 0.50 | 362.50 | review of pro-fee schedule and send to S Bonomo and EW Bank (0.5) |
| 2/4/2021 | James Katchadurian | Business Operations | 725 | 0.50 | 362.50 | Review of variance report and sending of same to EW Bank and |
| 2/5/2021 | Todd Bearup | Business Operations | 550 | 1.00 | 550.00 | Update discussions w/ CFO, COO and Controller. Correspondence w/ CRO, debtor's counsel and management team re: update call. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 2/5/2021 | Todd Bearup | Business Operations | 550 | 0.50 | 275.00 | Past due A/R analysis and update. |
| 2/5/2021 | James Katchadurian | Business Operations | 725 | 1.00 | 725.00 | Call w Sklar and Arbrecht Jackson |
| 2/5/2021 | James Katchadurian | Business Operations | 725 | 1.00 | 725.00 | various calls and emails w K Riley re plan negotiations (1.0) |
| 2/5/2021 | James Katchadurian | Business Operations | 725 | 0.50 | 362.50 | Call w T Bearup re AP Run and review of same (0.5); |
| 2/8/2021 | Todd Bearup | Business Operations | 550 | 0.30 | 165.00 | Approve and initiate wires for Ops |
| 2/8/2021 | Todd Bearup | Business Operations | 550 | 0.50 | 275.00 | Correspondence re: employee testing positive for Covid. How to cover for him. Everybody else needs |
| 2/8/2021 | James Katchadurian | Business Operations | 725 | 1.00 | 725.00 | review of open ar\jib schedule and related cash impact \ model review |
| 2/9/2021 | Todd Bearup | Business Operations | 550 | 0.30 | 165.00 | Approve and initiate wires. |
| 2/9/2021 | Todd Bearup | Business Operations | 550 | 1.50 | 825.00 | Review and modify proposed A/P |
| 2/9/2021 | Todd Bearup | Business Operations | 550 | 0.30 | 165.00 | Weekly Ops call and follow-up. |
| 2/9/2021 | James Katchadurian | Business Operations | 725 | 0.50 | 362.50 | review of JIB \ AR Run and related Suspense detail (0.5); |
| 2/10/2021 | Todd Bearup | Business Operations | 550 | 0.20 | 110.00 | Approve and initiate wires. |
| 2/10/2021 | Todd Bearup | Business Operations | 550 | 1.70 | 935.00 | Weekly accounting call re: proposed A/P run for the week. |
| 2/10/2021 | James Katchadurian | Business Operations | 725 | 1.00 | 725.00 | Call w Sklar Team\K Riley (1.0) |
| 2/10/2021 | James Katchadurian | Business Operations | 725 | 0.10 | 72.50 | email re FPCC (0.1) |
| 2/11/2021 | Todd Bearup | Business Operations | 550 | 0.50 | 275.00 | Review payroll. Send payroll wire. |
| 2/11/2021 | Todd Bearup | Business Operations | 550 | 1.00 | 550.00 | Follow-up and modify spreadsheet to provide to CRO. |
| 2/11/2021 | James Katchadurian | Business Operations | 725 | 0.50 | 362.50 | Emails re FPCC settlement proposal |
| 2/11/2021 | James Katchadurian | Business Operations | 725 | 1.00 | 725.00 | Hearing on Setoff\Disclosure Statement Hearing (1.0) |
| 2/12/2021 | Todd Bearup | Business Operations | 550 | 0.50 | 275.00 | Post-hearing update discussion w/ CFO, COO. Strategize re: cash |
| 2/12/2021 | Todd Bearup | Business Operations | 550 | 0.70 | 385.00 | Update proposed A/P run reflecting EWB pulling legal fees from Op |
| 2/12/2021 | James Katchadurian | Business Operations | 725 | 0.20 | 145.00 | Call w John Strausser re various (0.2) |
| 2/12/2021 | James Katchadurian | Business Operations | 725 | 0.50 | 362.50 | various ops related emals and review of open issues (0.5); |
| 2/13/2021 | James Katchadurian | Business Operations | 725 | 0.50 | 362.50 | Review of cash collateral budget and ap spend analysis (0.5); |
| 2/15/2021 | Todd Bearup | Business Operations | 550 | 1.20 | 660.00 | Various update discussion w/ CEO, CFO and COO re: ops, docket 820, forecast models, strategy. |
| 2/16/2021 | Todd Bearup | Business Operations | 550 | 0.90 | 495.00 | Weekly Ops update call and follow-up forecast modification. |
| 2/16/2021 | Todd Bearup | Business Operations | 550 | 0.50 | 275.00 | Correspondence w/ CFO, COO, Controller, accounting re: payment approval, processing information in |
| 2/17/2021 | Todd Bearup | Business Operations | 550 | 0.50 | 275.00 | Quick update discussions w/ CFO and COO re: ice-storms in the south |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 2/17/2021 | James Katchadurian | Business Operations | 725 | 0.50 | 362.50 | various operational emails (0.5) |
| 2/18/2021 | Todd Bearup | Business Operations | 550 | 1.00 | 550.00 | Work through forecast model questions w/ CEO. Resolve |
| 2/18/2021 | Todd Bearup | Business Operations | 550 | 0.50 | 275.00 | Review wire approvals. Send wires. |
| 2/18/2021 | Todd Bearup | Business Operations | 550 | 0.50 | 275.00 | Update re: weather related operations issues. cash flow |
| 2/19/2021 | Todd Bearup | Business Operations | 550 | 0.50 | 275.00 | Discussions w/ accounting and/or CFO, controller re: wire initiation and approval process with new A/P |
| 2/19/2021 | Todd Bearup | Business Operations | 550 | 0.50 | 275.00 | Update discussions w/ CFO. |
| 2/19/2021 | James Katchadurian | Business Operations | 725 | 0.50 | 362.50 | review fee statement for Jan 2021 |
| 2/22/2021 | Todd Bearup | Business Operations | 550 | 0.50 | 275.00 | Review and approve wires for |
| 2/23/2021 | Todd Bearup | Business Operations | 550 | 0.70 | 385.00 | Review request for wires. Initiate wires to vendors. |
| 2/23/2021 | James Katchadurian | Business Operations | 725 | 0.50 | 362.50 | Email w M Jones \ J Strausser re Revenue Defaults (0.5) |
| 2/24/2021 | Todd Bearup | Business Operations | 550 | 0.80 | 440.00 | Review revenue run by owner. Compare with forecast and modify. |
| 2/25/2021 | Todd Bearup | Business Operations | 550 | 1.10 | 605.00 | Monitor cash inflows per Docket |
| 2/25/2021 | Todd Bearup | Business Operations | 550 | 0.60 | 330.00 | Discussion w/ CFO, COO re: latest update in negotiations w/ creditor |
| 2/25/2021 | James Katchadurian | Business Operations | 725 | 0.50 | 362.50 | Review of AR reporting (0.5); |
| 2/26/2021 | Todd Bearup | Business Operations | 550 | 0.70 | 385.00 | Coordinate and initiate wires for professional fees. Correspondence w/ professionals to confirm wires. |
| 2/26/2021 | Todd Bearup | Business Operations | 550 | 0.60 | 330.00 | Review production reports and correspondence with mgmt team. |
| 2/26/2021 | James Katchadurian | Business Operations | 725 | 1.00 | 725.00 | review of modified plan (1.0); |
| 2/1/2021 | Todd Bearup | Cash Management | 550 | 1.80 | 990.00 | Prep cash model for actuals and update with latest information. |
| 2/2/2021 | Todd Bearup | Cash Management | 550 | 1.90 | 1,045.00 | Work on updating cash forecast and variance analysis. |
| 2/3/2021 | Todd Bearup | Cash Management | 550 | 0.70 | 385.00 | Working with accounting staff to address coding issues as A/P |
| 2/4/2021 | Todd Bearup | Cash Management | 550 | 1.50 | 825.00 | Correspondence w/ Richard re: April production. Extend cash forecast through May. |
| 2/4/2021 | Todd Bearup | Cash Management | 550 | 1.80 | 990.00 | Continue to work w/ accounting to work through coding and capture issues re: transactions. Finalize variance report and provide to CRO. |
| 2/8/2021 | Todd Bearup | Cash Management | 550 | 1.90 | 1,045.00 | Work on updating cash forecast and prep model for actuals. |
| 2/11/2021 | Todd Bearup | Cash Management | 550 | 1.80 | 990.00 | Finalize variance analysis and update cash forecast. Provide to |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 2/12/2021 | Todd Bearup | Cash Management | 550 | 1.90 | 1,045.00 | Continue working w/ CFO to modify A/P run and cash forecast based on Docket 820 order and EWB drawing |
| 2/12/2021 | Todd Bearup | Cash Management | 550 | 2.00 | 1,100.00 | Continued discussions w/ CFO and modification of this week's A/P and cash forecast beyond this week. |
| 2/15/2021 | Todd Bearup | Cash Management | 550 | 1.80 | 990.00 | Prep forecast for last week's actuals. Update forecast. |
| 2/15/2021 | James Katchadurian | Cash Management | 725 | 1.00 | 725.00 | Call w T Bearup \ J Strausser and M Jones re JIB Netting \ AR Collection Analysis and related data review |
| 2/15/2021 | James Katchadurian | Cash Management | 725 | 1.00 | 725.00 | Review of cash collateral budget and related data (1.0); |
| 2/16/2021 | Todd Bearup | Cash Management | 550 | 0.50 | 275.00 | Discuss cash forecast w/ CFO and processing transactions in |
| 2/16/2021 | James Katchadurian | Cash Management | 725 | 0.30 | 217.50 | Call w S Bonomo re JIB analysis (0.3) |
| 2/16/2021 | James Katchadurian | Cash Management | 725 | 1.00 | 725.00 | Review AP detail and cash model |
| 2/17/2021 | Todd Bearup | Cash Management | 550 | 1.90 | 1,045.00 | Work on variance report and coding of actuals. Update cash forecast. |
| 2/18/2021 | Todd Bearup | Cash Management | 550 | 0.70 | 385.00 | Walk through cash forecast issues |
| 2/19/2021 | Todd Bearup | Cash Management | 550 | 1.80 | 990.00 | Finalize variance report, update |
| 2/19/2021 | Todd Bearup | Cash Management | 550 | 0.50 | 275.00 | Monitor cash receipts in EWB and update cash forecast and share w/ |
| 2/22/2021 | Todd Bearup | Cash Management | 550 | 1.80 | 990.00 | Begin to prep forecast for actuals. Update forecast. |
| 2/23/2021 | Todd Bearup | Cash Management | 550 | 1.70 | 935.00 | Begin variance analysis. Update cash |
| 2/24/2021 | Todd Bearup | Cash Management | 550 | 1.90 | 1,045.00 | Continue to update/modify weekly A/P run. Work w/ A/P accounting |
| 2/24/2021 | Todd Bearup | Cash Management | 550 | 1.70 | 935.00 | Continue working with accounting re: coding for last week's actuals, given A/P accountant turnover. |
| 2/25/2021 | Todd Bearup | Cash Management | 550 | 0.60 | 330.00 | Update proposed A/P run and provide to CRO for approval. |
| 2/25/2021 | Todd Bearup | Cash Management | 550 | 0.30 | 165.00 | Review workovers and proposed AFEs of Pruit to include in cash |
| 2/25/2021 | Todd Bearup | Cash Management | 550 | 0.50 | 275.00 | Update cash forecast and provide to |
| 2/25/2021 | James Katchadurian | Cash Management | 725 | 1.20 | 870.00 | Review of 13 week cash forecast, variance report and ap reports (1.2) |
| 2/2/2021 | Todd Bearup | Debtor Issues | 550 | 1.00 | 550.00 | Work on professional fee analysis at request of secured creditor. |
| 2/3/2021 | Todd Bearup | Debtor Issues | 550 | 0.20 | 110.00 | Discussion w/ CRO re: professional fee analysis and extending cash |
| 2/4/2021 | Todd Bearup | Debtor Issues | 550 | 0.80 | 440.00 | Discussion w/ CRO and modify professional fee analysis requested |
| 2/5/2021 | Todd Bearup | Debtor Issues | 550 | 1.30 | 715.00 | Update call w/ CRO, debtor's counsel, CFO, COO. Follow-up |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 2/5/2021 | Todd Bearup | Debtor Issues | 550 | 1.30 | 715.00 | Review and provide today/tonight's filings to CFO, COO. |
| 2/6/2021 | Todd Bearup | Debtor Issues | 550 | 0.50 | 275.00 | Review and provide today/tonight's filings to CFO, COO. |
| 2/10/2021 | Todd Bearup | Debtor Issues | 550 | 0.50 | 275.00 | Read today's filings in support of debtor's motion. Provide to CFO, |
| 2/10/2021 | Todd Bearup | Debtor Issues | 550 | 1.00 | 550.00 | Review historical cash analysis done |
| 2/11/2021 | Todd Bearup | Debtor Issues | 550 | 0.40 | 220.00 | Review today's filings. |
| 2/11/2021 | Todd Bearup | Debtor Issues | 550 | 0.60 | 330.00 | Correspondence and/or discussions w/ CRO and/or CFO re: EWB drafting $350K in legal related fees |
| 2/12/2021 | Todd Bearup | Debtor Issues | 550 | 0.50 | 275.00 | Follow-up discussion w/ COO, CFO and CEO re: implications of |
| 2/12/2021 | Todd Bearup | Debtor Issues | 550 | 1.70 | 935.00 | Work on analysis re: Docket 820 analyzing outstanding A/R vs. revenue in suspense by party |
| 2/13/2021 | Todd Bearup | Debtor Issues | 550 | 1.50 | 825.00 | Continued work on A/R vs. suspense analysis. Provide to CFO and |
| 2/14/2021 | Todd Bearup | Debtor Issues | 550 | 1.00 | 550.00 | Follow-up discussions w/ CFO re: A/R vs. Suspense analysis and |
| 2/15/2021 | Todd Bearup | Debtor Issues | 550 | 0.90 | 495.00 | Discussion w/ CRO, CFO and COO re: Docket 820, cash implications, Monday's proposed A/P. And follow- |
| 2/16/2021 | Todd Bearup | Debtor Issues | 550 | 0.50 | 275.00 | Review filings and provide to CFO, |
| 2/16/2021 | Todd Bearup | Debtor Issues | 550 | 0.70 | 385.00 | Correspondence and follow-up w/ CFO, debtor's counsel, CRO re: progress around Docket #820 |
| 2/17/2021 | Todd Bearup | Debtor Issues | 550 | 0.70 | 385.00 | Discussion w/ CEO re: his 32-week |
| 2/17/2021 | Todd Bearup | Debtor Issues | 550 | 0.30 | 165.00 | Review correspondence and analysis re: trustee fee question. |
| 2/19/2021 | Todd Bearup | Debtor Issues | 550 | 1.30 | 715.00 | Work on updating/extending professional fee analysis. |
| 2/26/2021 | Todd Bearup | Debtor Issues | 550 | 1.10 | 605.00 | Review court filings for today and provide some to CFO, COO. |
| 2/26/2021 | Todd Bearup | Debtor Issues | 550 | 0.30 | 165.00 | Update discussion with CRO. |
| 2/1/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip between home/client-- Roundtrip between home/client |
| 2/2/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip between home/client-- Roundtrip between home/client |
| 2/3/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip between home/client-- Roundtrip between home/client |
| 2/4/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip between home/client-- Roundtrip between home/client |
| 2/5/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip between home/client-- Roundtrip between home/client |
| 2/15/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip between home/client |
| 2/16/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip between home/client |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 2/17/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip between home/client |
| 2/18/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip between home/client |
| 2/19/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip between home/client |
| 2/22/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip between home/client |
| 2/23/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip between home/client |
| 2/24/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip between home/client |
| 2/25/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip between home/client |
| 2/26/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip between home/client |
| 2/9/2021 | Todd Bearup | Fee Applications | 550 | 0.50 | 275.00 | Continue working on January Fee |
| 2/9/2021 | Todd Bearup | Fee Applications | 550 | 1.80 | 990.00 | Work on January Fee App. |
| 2/17/2021 | Todd Bearup | Fee Applications | 550 | 1.00 | 550.00 | Work on January Fee App. Provide to CRO for review. |
| 2/10/2021 | Avery Alcorn | Litigation | 525 | 0.50 | 262.50 | Perform email communication search related to NSAI pursuant to |
| 2/1/2021 | James Katchadurian | Plan Issues | 725 | 1.00 | 725.00 | Call w K Riley \ J Brinen re plan (1.0) |
| 2/1/2021 | James Katchadurian | Plan Issues | 725 | 1.00 | 725.00 | various discussion and emails re plan proposal w K Riley and related |
| 2/2/2021 | James Katchadurian | Plan Issues | 725 | 1.00 | 725.00 | Call w A Hirsch \ K Riley re plan |
| 2/2/2021 | James Katchadurian | Plan Issues | 725 | 1.00 | 725.00 | Call w K Riley\S Bonomo\ML Allen \ B Suzuki and related followup (1.0); |
| 2/3/2021 | Avery Alcorn | Plan Issues | 525 | 0.50 | 262.50 | Update Sklar operating model for revised waterfall, update interest calculations as first priority under |
| 2/3/2021 | Avery Alcorn | Plan Issues | 525 | 1.10 | 577.50 | Call with JK RE Sklar operating model, changes to waterfall per updated negotiations on plan |
| 2/3/2021 | Avery Alcorn | Plan Issues | 525 | 1.30 | 682.50 | Update Sklar operating model with revised modeling for scenarios with SklarEx winddown & SklarEx remains as operator, generate paginated summaries, send to JK for |
| 2/3/2021 | James Katchadurian | Plan Issues | 725 | 0.30 | 217.50 | Call w T Bearup re forecast\pro-fee analysis and data review (0.3) |
| 2/3/2021 | James Katchadurian | Plan Issues | 725 | 0.50 | 362.50 | various emails w K Riley re plan term sheet - review of same (0.5); |
| 2/3/2021 | James Katchadurian | Plan Issues | 725 | 1.00 | 725.00 | Call w A Alcorn re model revisions |
| 2/3/2021 | James Katchadurian | Plan Issues | 725 | 0.50 | 362.50 | Call w K Riley re plan negotiations and related TS review and followup |
| 2/4/2021 | James Katchadurian | Plan Issues | 725 | 1.00 | 725.00 | Review of updated projection model in relation to various requested scenarios and send to EW and |
| 2/5/2021 | Avery Alcorn | Plan Issues | 525 | 0.30 | 157.50 | Call with JK RE plan negotiation process, update on company cash |
| 2/5/2021 | James Katchadurian | Plan Issues | 725 | 0.50 | 362.50 | various emails re Strago interests |
| 2/8/2021 | Avery Alcorn | Plan Issues | 525 | 0.10 | 52.50 | Call with JK RE Sklar JOA analysis, update for current accounts |
| 2/8/2021 | James Katchadurian | Plan Issues | 725 | 0.50 | 362.50 | Call w K Riley re various open issues |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 2/9/2021 | Avery Alcorn | Plan Issues | 525 | 0.80 | 420.00 | Update master contract cure analysis, verify new AFE mappings, update data model for JOA analysis, finalize & send summary to JK for |
| 2/9/2021 | Avery Alcorn | Plan Issues | 525 | 0.30 | 157.50 | Run updated revenue suspense master & cash call liability report from Wolfepak through 02/09 |
| 2/9/2021 | Avery Alcorn | Plan Issues | 525 | 0.40 | 210.00 | Update contract cure analysis file with updated accounts receivable detail through 02/09 |
| 2/10/2021 | Avery Alcorn | Plan Issues | 525 | 0.40 | 210.00 | Update contract cure master schedule by JOA & by owner per |
| 2/10/2021 | James Katchadurian | Plan Issues | 725 | 0.50 | 362.50 | Revew and finalize ad hoc email production (0.5) |
| 2/10/2021 | James Katchadurian | Plan Issues | 725 | 1.00 | 725.00 | review of JOA analysis and related prep for hearing (1.0); |
| 2/10/2021 | James Katchadurian | Plan Issues | 725 | 1.50 | 1,087.50 | Call w EW Bank - S Bonomo\ML Allen\ B Suzuki and K Riley re model revisions and related data review |
| 2/11/2021 | James Katchadurian | Plan Issues | 725 | 0.50 | 362.50 | Call w K Riley re McCombs and related settlement proposal (0.5); |
| 2/11/2021 | James Katchadurian | Plan Issues | 725 | 1.00 | 725.00 | Call w EW Bank \ B Suzuki\ K Riiley and related followup (1.0); |
| 2/11/2021 | James Katchadurian | Plan Issues | 725 | 1.00 | 725.00 | call w Sklar\Ambrecht Jackson\K |
| 2/12/2021 | James Katchadurian | Plan Issues | 725 | 0.50 | 362.50 | Review of Cash Collateral Budget |
| 2/12/2021 | James Katchadurian | Plan Issues | 725 | 0.50 | 362.50 | Call w K Riley re McCombs and others - next steps (0.5) |
| 2/12/2021 | James Katchadurian | Plan Issues | 725 | 0.50 | 362.50 | Review of data \ JOA analysis (0.5); |
| 2/15/2021 | Avery Alcorn | Plan Issues | 525 | 0.30 | 157.50 | Update JOA analysis by owner & JOA per request from JK |
| 2/15/2021 | James Katchadurian | Plan Issues | 725 | 1.00 | 725.00 | Review of Plan\ DS (1.0) |
| 2/15/2021 | James Katchadurian | Plan Issues | 725 | 0.50 | 362.50 | call w K Riley re plan status and related followup (0.5) |
| 2/15/2021 | James Katchadurian | Plan Issues | 725 | 1.00 | 725.00 | Call w A Alcorn re open issues and related followup (1.0) |
| 2/16/2021 | James Katchadurian | Plan Issues | 725 | 0.80 | 580.00 | Review of emails re JOA Assumption and related data (0.8) |
| 2/16/2021 | James Katchadurian | Plan Issues | 725 | 0.80 | 580.00 | Call w K Riley re plan status (0.8) |
| 2/17/2021 | Avery Alcorn | Plan Issues | 525 | 0.40 | 210.00 | Update sharefile data room assumption & rejection contracts to match indexed numbers in exhibit |
| 2/17/2021 | Avery Alcorn | Plan Issues | 525 | 1.20 | 630.00 | Call with Debtor's counsel, John Strausser, Sutton Lloyd, JK RE contract cure schedule, process for filing assumption & rejection |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 2/17/2021 | Avery Alcorn | Plan Issues | 525 | 0.60 | 315.00 | Update master sklar contract database mapping, identify agreements versus indexed |
| 2/17/2021 | Avery Alcorn | Plan Issues | 525 | 0.30 | 157.50 | Call with JK RE update on plan negotiation process, JIB setoff |
| 2/17/2021 | Avery Alcorn | Plan Issues | 525 | 0.10 | 52.50 | Call with John Strausser RE contract assumption & rejection working session, process for identifying related agreements for motions |
| 2/17/2021 | Avery Alcorn | Plan Issues | 525 | 1.80 | 945.00 | Update assumption & rejection template, populate with pertinent data from master file, test motion |
| 2/17/2021 | Avery Alcorn | Plan Issues | 525 | 1.40 | 735.00 | Update form of assumption motion for mail merge mapping, insert mapped field into draft motion |
| 2/17/2021 | Avery Alcorn | Plan Issues | 525 | 0.80 | 420.00 | Review cash call liability dataset, update with additional data from Wolfepak to map AFE information |
| 2/17/2021 | Avery Alcorn | Plan Issues | 525 | 0.40 | 210.00 | Call with JK RE assumption agreement form, process for compiling data for merge into |
| 2/17/2021 | Avery Alcorn | Plan Issues | 525 | 1.40 | 735.00 | Update master contract file with effective dates, owner names, map AFE names to JOAs in master |
| 2/17/2021 | James Katchadurian | Plan Issues | 725 | 0.40 | 290.00 | call w K Riley re Plan process (0.4); |
| 2/17/2021 | James Katchadurian | Plan Issues | 725 | 0.50 | 362.50 | Call w S Bonomo\ML Allen re Plan |
| 2/17/2021 | James Katchadurian | Plan Issues | 725 | 0.50 | 362.50 | Call w A Alcorn re Assumption Motion Data and Merge (0.5) |
| 2/17/2021 | James Katchadurian | Plan Issues | 725 | 1.00 | 725.00 | Plan Process Call w A Hirsch (1.0); |
| 2/17/2021 | James Katchadurian | Plan Issues | 725 | 0.30 | 217.50 | Call w K Riley re Plan (0.3) |
| 2/17/2021 | James Katchadurian | Plan Issues | 725 | 1.00 | 725.00 | Call w Sklar\Kutner\Ambrecht Teams re assumption \ rejection |
| 2/18/2021 | Avery Alcorn | Plan Issues | 525 | 0.30 | 157.50 | Call with John Strausser RE material transfers and pre-unitization well groupings in contract assumption |
| 2/18/2021 | Avery Alcorn | Plan Issues | 525 | 0.30 | 157.50 | Review batch of draft motions generated by mail merge program, |
| 2/18/2021 | Avery Alcorn | Plan Issues | 525 | 1.30 | 682.50 | Call with JK RE Sklar contract assumption & rejection work product, issues surrounding SklarEx |
| 2/18/2021 | Avery Alcorn | Plan Issues | 525 | 0.80 | 420.00 | Update SklarEx and SklarCo assumption motion for each Debtor, update mail merge mapping, send |
| 2/18/2021 | Avery Alcorn | Plan Issues | 525 | 0.40 | 210.00 | Update exhibit(s) for contract assumption and rejection for SklarEx and SklarCo based on additional |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 2/18/2021 | Avery Alcorn | Plan Issues | 525 | 0.70 | 367.50 | Update form motion for contract assumption, generate test batch for review with Debtor's counsel |
| 2/18/2021 | Avery Alcorn | Plan Issues | 525 | 1.50 | 787.50 | Update SklarCo assumption motion for updated mail merge mappings, verify notice parties in master contract file, update calculated |
| 2/18/2021 | Avery Alcorn | Plan Issues | 525 | 0.20 | 105.00 | Create list of forms required to fit the scenarios for SklarEx and SklarCo assumption & rejection of |
| 2/18/2021 | Avery Alcorn | Plan Issues | 525 | 0.60 | 315.00 | Update contract assumption & rejection schedules for wells which were misidentified as belonging to |
| 2/18/2021 | Avery Alcorn | Plan Issues | 525 | 1.20 | 630.00 | Call with John Strausser, Marshall Jones, Sutton Lloyd, Debtor's counsel, JK RE assumption & assignment document review, timing for filing motions, discussion |
| 2/18/2021 | Avery Alcorn | Plan Issues | 525 | 1.30 | 682.50 | Call and workins session with John Strausser, Marshall Jones, Sutton Lloyd, JK for analysis of contract assumption & rejection, grouping of |
| 2/18/2021 | Avery Alcorn | Plan Issues | 525 | 0.80 | 420.00 | Run merge utility for SklarCo assumption motions, review toggles, update sharefile and notify Debtor's |
| 2/18/2021 | Avery Alcorn | Plan Issues | 525 | 0.10 | 52.50 | Call with John Strausser RE AFE desriptions, critical information for cash call liability statement in |
| 2/18/2021 | Avery Alcorn | Plan Issues | 525 | 0.60 | 315.00 | Update master lease operating statement for long-term economics of each field in assumption motion(s), update COPAS overhead |
| 2/18/2021 | James Katchadurian | Plan Issues | 725 | 0.50 | 362.50 | Call w K Riley re plan status (0.5); |
| 2/18/2021 | James Katchadurian | Plan Issues | 725 | 1.30 | 942.50 | call w A Alcorn re Cure\Assume data and next steps (1.3) |
| 2/18/2021 | James Katchadurian | Plan Issues | 725 | 1.50 | 1,087.50 | Working Session Call w Sklar team \ A Alcorn re assumption process (1.5) |
| 2/18/2021 | James Katchadurian | Plan Issues | 725 | 0.50 | 362.50 | various emails re litigation w Ad Hoc's and Skelton (0.5); |
| 2/18/2021 | James Katchadurian | Plan Issues | 725 | 1.00 | 725.00 | Call w Sklar \ Ambrecht and K Riley \ A Alcorn re Assume process (1.0) |
| 2/19/2021 | Avery Alcorn | Plan Issues | 525 | 0.60 | 315.00 | Call with JK RE sklarco missing agreements, company difficulty locating electronic files, status |
| 2/19/2021 | Avery Alcorn | Plan Issues | 525 | 0.60 | 315.00 | Update master rejection & assumption file for Castleberry Prospect rejection, update mapping |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 2/19/2021 | Avery Alcorn | Plan Issues | 525 | 0.50 | 262.50 | Generate multi-agreement motions for assumption for sklarco, upload to sharefile and send summary |
| 2/19/2021 | Avery Alcorn | Plan Issues | 525 | 0.20 | 105.00 | Calls with John Strausser, Sutton Lloyd, Marshall Jones RE locating physical files, documents for sklarco |
| 2/19/2021 | Avery Alcorn | Plan Issues | 525 | 0.90 | 472.50 | Update contract assumption file for situations where multiple related contracts fall under the same |
| 2/19/2021 | Avery Alcorn | Plan Issues | 525 | 1.20 | 630.00 | Generate sklarco motions for assumptions where there is a single operative agreement, upload to sharefile site for Debtor's counsel |
| 2/19/2021 | Avery Alcorn | Plan Issues | 525 | 1.40 | 735.00 | Review wells where a JOA is not mapped, primarily nonoperated and small interests at Sklarco, update for |
| 2/19/2021 | Avery Alcorn | Plan Issues | 525 | 0.60 | 315.00 | Update master contract rejection schedule for rejection of all Brewton Prospect and related agreements |
| 2/19/2021 | Avery Alcorn | Plan Issues | 525 | 0.50 | 262.50 | Call with JK RE Sklarco missing JOA mapping for minor properties |
| 2/19/2021 | Avery Alcorn | Plan Issues | 525 | 0.70 | 367.50 | Review Sklarco motion form, update addresses for notice parties to assumption motions |
| 2/19/2021 | James Katchadurian | Plan Issues | 725 | 0.30 | 217.50 | Emails re JOA Assumption template and process (0.3); |
| 2/19/2021 | James Katchadurian | Plan Issues | 725 | 1.00 | 725.00 | Call w A Alcorn re JOA Assumptions and review of same (1.0); |
| 2/19/2021 | James Katchadurian | Plan Issues | 725 | 0.50 | 362.50 | Call w A Alcorn re JOA-Assumption |
| 2/20/2021 | Avery Alcorn | Plan Issues | 525 | 0.50 | 262.50 | Locate missing joint operating agreements on Sklarco file server, update master contract assumption |
| 2/20/2021 | Avery Alcorn | Plan Issues | 525 | 1.40 | 735.00 | Research list of unidentified JOAs, cross reference to sklar land files, update assumption master for 176 |
| 2/20/2021 | Avery Alcorn | Plan Issues | 525 | 0.10 | 52.50 | Respond to Debtor's counsel RE notice party sources in sklarco |
| 2/21/2021 | James Katchadurian | Plan Issues | 725 | 1.20 | 870.00 | review of update plan and call w K Riley re same (1.2); |
| 2/22/2021 | Avery Alcorn | Plan Issues | 525 | 0.60 | 315.00 | Update Sklar Exploration assumption motion template, update mapped fields per |
| 2/22/2021 | Avery Alcorn | Plan Issues | 525 | 0.60 | 315.00 | Call with Debtor's counsel, JK RE progress update on assumption motions, clarification on number of |
| 2/22/2021 | Avery Alcorn | Plan Issues | 525 | 0.30 | 157.50 | Create master list for leases and newly identified operating |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 2/22/2021 | Avery Alcorn | Plan Issues | 525 | 0.10 | 52.50 | Call with Sutton Lloyd RE newly identified joint operating agreements for sklarco wells, |
| 2/22/2021 | Avery Alcorn | Plan Issues | 525 | 0.30 | 157.50 | Research and create contract description for North Gahagan field |
| 2/22/2021 | Avery Alcorn | Plan Issues | 525 | 0.70 | 367.50 | Research Paluxy B oil unit operating agreement and related wells in Smith County, Texas |
| 2/22/2021 | Avery Alcorn | Plan Issues | 525 | 0.30 | 157.50 | Research Haynesville Merc #1, #3 wells in Bossier versus Webster Parishes in Louisiana, follow up with Sutton Lloyd, Marshall Jones RE |
| 2/22/2021 | Avery Alcorn | Plan Issues | 525 | 1.10 | 577.50 | Generate SklarEx assumption motions for single agreement properties, create master contract key, send update to Debtor's |
| 2/22/2021 | Avery Alcorn | Plan Issues | 525 | 0.90 | 472.50 | Update master contract schedule for SklarEx, populate for Louisiana properties for first test batch of |
| 2/22/2021 | Avery Alcorn | Plan Issues | 525 | 0.30 | 157.50 | Update contract descriptions & mapping for Sklarco agreements |
| 2/22/2021 | Avery Alcorn | Plan Issues | 525 | 0.40 | 210.00 | Revise SklarEx assumption motion, updating all mapped fields per request from Debtor's counsel, follow up with Debtor's counsel RE |
| 2/22/2021 | Avery Alcorn | Plan Issues | 525 | 0.70 | 367.50 | Call with Debtor's counsel, JK RE sklarco multi agreement and single agreement assumption motions, clarification on what to include in |
| 2/22/2021 | Avery Alcorn | Plan Issues | 525 | 1.20 | 630.00 | Research Dorcheat unit in Arkansas, create description of agreement & update master assumption tracker |
| 2/22/2021 | Avery Alcorn | Plan Issues | 525 | 0.20 | 105.00 | Call with JK RE Sklar contract assumption progress, update on conversations with the company RE |
| 2/22/2021 | Avery Alcorn | Plan Issues | 525 | 0.20 | 105.00 | Follow up with Ben Ford RE East Castor and Fin Deep prospect |
| 2/22/2021 | James Katchadurian | Plan Issues | 725 | 0.70 | 507.50 | Call w A Alcorn\K Riley\B Ford and D Graham re JOA Assumptiion |
| 2/22/2021 | James Katchadurian | Plan Issues | 725 | 1.00 | 725.00 | Call w K Riley re JOA \ Plan issues and related followup re same (1.0); |
| 2/22/2021 | James Katchadurian | Plan Issues | 725 | 0.20 | 145.00 | Status Update Call w A Alcorn (0.2) |
| 2/22/2021 | James Katchadurian | Plan Issues | 725 | 0.50 | 362.50 | Call w M Jones re JOA assumption motions @ SKC (0.5) |
| 2/23/2021 | Avery Alcorn | Plan Issues | 525 | 0.30 | 157.50 | Follow up with Debtor's counsel on NW and NE Brooklyn unit assumption motions, questions regarding which agreement SEC is a |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 2/23/2021 | Avery Alcorn | Plan Issues | 525 | 0.70 | 367.50 | update missing lease / JOA identification workbook, send to Sutton Lloyd, Marshall Jones, JK for further review and assistance identifying those which still need to |
| 2/23/2021 | Avery Alcorn | Plan Issues | 525 | 0.40 | 210.00 | update sklarco contract assumption list for fields in Terrebone & Natchitoches Parishes, Louisiana |
| 2/23/2021 | Avery Alcorn | Plan Issues | 525 | 0.40 | 210.00 | Review sklarco properties to be assumed including the Paluxy B Bellwood Lake, update master |
| 2/23/2021 | Avery Alcorn | Plan Issues | 525 | 0.40 | 210.00 | Generate SklarEx assumption motions for properties where SklarEx is not the operator but still processes certain items on behalf of |
| 2/23/2021 | Avery Alcorn | Plan Issues | 525 | 0.20 | 105.00 | Research nonoperated sklarex properties where a cure obligation exists, follow up with Debtor's |
| 2/23/2021 | Avery Alcorn | Plan Issues | 525 | 0.30 | 157.50 | Research FPCC owner code in Wolfepak, compare to master assumption list, follow up with |
| 2/23/2021 | Avery Alcorn | Plan Issues | 525 | 0.20 | 105.00 | Follow up with Debtor's counsel RE wells operated by others where SklarEx processes transactions |
| 2/23/2021 | Avery Alcorn | Plan Issues | 525 | 0.40 | 210.00 | Update master contract assumption and rejection workbook for newly mapped operators, operating agreements identified for Sklarco |
| 2/23/2021 | Avery Alcorn | Plan Issues | 525 | 0.90 | 472.50 | Complete operator mapping process for all sklarco nonoperated wells, cross-references to master notice |
| 2/23/2021 | Avery Alcorn | Plan Issues | 525 | 0.70 | 367.50 | Cross reference operators A through G in master notice worksheet |
| 2/23/2021 | Avery Alcorn | Plan Issues | 525 | 1.30 | 682.50 | Run report from Wolfepak for Sklarco owners by lease number, cross reference against existing mailing list for notice parties to |
| 2/23/2021 | Avery Alcorn | Plan Issues | 525 | 0.40 | 210.00 | Call with JK RE sklar plan negotiation update with interested parties |
| 2/23/2021 | James Katchadurian | Plan Issues | 725 | 1.00 | 725.00 | Various emails re assumptions of JOA's and other agreements (1.0); |
| 2/23/2021 | James Katchadurian | Plan Issues | 725 | 1.00 | 725.00 | Various emails re JOA Assumptions |
| 2/23/2021 | James Katchadurian | Plan Issues | 725 | 0.30 | 217.50 | call w K Riley\J Brinen re Plan (0.3); |
| 2/23/2021 | James Katchadurian | Plan Issues | 725 | 1.00 | 725.00 | call re joa assumptions and review of skc motions (1.0) |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 2/24/2021 | Avery Alcorn | Plan Issues | 525 | 1.40 | 735.00 | Update sklarco master contract assumption file for new contract descriptions in Anderson & Henderson counties, Texas in the |
| 2/24/2021 | Avery Alcorn | Plan Issues | 525 | 0.10 | 52.50 | Call with JK RE sklarco lease and well identification, grouping for contract assumption and rejection |
| 2/24/2021 | Avery Alcorn | Plan Issues | 525 | 0.90 | 472.50 | Update master contract assumption motions for Sklarco for wells in |
| 2/24/2021 | Avery Alcorn | Plan Issues | 525 | 0.70 | 367.50 | Call with Sutton Lloyd, Marshall Jones, John Strausser, Debtor's counsel, JK RE sklarEx plan negotiations, update on Ad Hoc Cmte non-support, discussion |
| 2/24/2021 | Avery Alcorn | Plan Issues | 525 | 0.40 | 210.00 | Update sklarco contract assumptions for Eddy County new Mexico operating agreements and Willow Springs Field identified |
| 2/24/2021 | Avery Alcorn | Plan Issues | 525 | 1.30 | 682.50 | Update master sklarco contract assumption descriptions for operating agreements identified by Sutton Lloyd in Kansas, Nolan County, Arkansas, among others, update contract descriptions and map JOAs and agreements for |
| 2/24/2021 | Avery Alcorn | Plan Issues | 525 | 0.10 | 52.50 | Provide updated list of properties requiring mapping to Sutton Lloyd, John Strausser, Marshall Jones, JK, Debtor's counsel for remaining sklarco property agreements for |
| 2/24/2021 | James Katchadurian | Plan Issues | 725 | 0.30 | 217.50 | Call w ML Allen and S Bonomo re |
| 2/24/2021 | James Katchadurian | Plan Issues | 725 | 1.00 | 725.00 | Status update call w Sklar\Ambrecht\Kutner (1.0) |
| 2/24/2021 | James Katchadurian | Plan Issues | 725 | 0.30 | 217.50 | review and approve payroll (0.3) |
| 2/24/2021 | James Katchadurian | Plan Issues | 725 | 0.50 | 362.50 | Call w A Alcorn re JOA Assumptions SKC and data review (0.5); |
| 2/24/2021 | James Katchadurian | Plan Issues | 725 | 0.50 | 362.50 | Call w K Riley re next steps and plan process (0.5); |
| 2/24/2021 | James Katchadurian | Plan Issues | 725 | 0.70 | 507.50 | Call w M Jones re plan status (0.7); |
| 2/24/2021 | James Katchadurian | Plan Issues | 725 | 0.80 | 580.00 | Call w UCC\Kutner\H Sklar and A |
| 2/25/2021 | Avery Alcorn | Plan Issues | 525 | 0.30 | 157.50 | Research questions from Debtor's counsel RE sklarco assumption motions to locate missing agreements where assumption |
| 2/25/2021 | Avery Alcorn | Plan Issues | 525 | 0.10 | 52.50 | Call with Sutton Lloyd RE sklarco properties, identifying operating agreements for assumption motions |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 2/25/2021 | James Katchadurian | Plan Issues | 725 | 0.20 | 145.00 | Call w K Riley (0.2); |
| 2/25/2021 | James Katchadurian | Plan Issues | 725 | 0.80 | 580.00 | Review of various JOA assumption motions and other plan related (0.8) |
| 2/25/2021 | James Katchadurian | Plan Issues | 725 | 0.30 | 217.50 | Review and revise status report |
| 2/26/2021 | Avery Alcorn | Plan Issues | 525 | 1.60 | 840.00 | Update sklarco contract assumption master listing for newly identified wells and units from Sutton Lloyd, follow up with Sutton Lloyd RE similar wells/leases if they are |
| 2/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.70 | 367.50 | Complete editing process for multiple related contract assumption motions for sklarco, upload to sharefile, follow up with |
| 2/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.20 | 105.00 | Review redline of amendend disclosure statement of the Debtors |
| 2/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.30 | 157.50 | Update addresses for notice parties where the Operator address was unknown, research and populate corporate headquarter addresses |
| 2/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.80 | 420.00 | Update master operator coding to include all nonoperated properties, including some operators which may be out of date in order to ensure complete notice lists even |
| 2/26/2021 | Avery Alcorn | Plan Issues | 525 | 1.30 | 682.50 | Generate sklarco assumption motions as separate documents for motion, contract, notice parties, organize in sharefile for easy filing |
| 2/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.50 | 262.50 | Generate assumption motion for Dorcheat unit, which contains three operative agreements, combine per form provided by Debtor's counsel |
| 2/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.20 | 105.00 | Generate sklarco assumption motion for Clarksville Cotton Valley Unit per form provided by Debtor's counsel, combine attachments into single file for filing with motion |
| 2/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.30 | 157.50 | Update sklarco assumption form for Bellwood Lake Unit, multiple related agreements to single assumption |
| 2/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.40 | 210.00 | Generate approximately 80 motions to assume executory contracts mail merge documents for sklarco, update sharefile libarary with |
| 2/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.60 | 315.00 | Generate updated sklarex rejection exhibit per request from Debtor's |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 2/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.30 | 157.50 | Follow up with Debtor's counsel RE process for filing and completing remaining sklarco assumption |
| 2/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.20 | 105.00 | Call with Keri Riley RE sklarco assumption motions, plan for getting all documents into system |
| 2/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.40 | 210.00 | update sklarco assumption motions per conversation with Debtor's counsel, separate mail merges into |
| 2/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.70 | 367.50 | Update slarco assumption listing for wells in North Dakota, currently operated by QEP Resources |
| 2/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.50 | 262.50 | Update contract descriptions for well identified in Gregg County and Panola County, Texas for sklarco assumption motions, follow up with |
| 2/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.30 | 157.50 | Update contract mapping for Williamson Unit in Rusk County, Texas, follow up with Sutton Lloyd RE copies of agreements for |
| 2/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.10 | 52.50 | Update form sklarco assumption motion with updated draft provided |
| 2/26/2021 | Avery Alcorn | Plan Issues | 525 | 1.00 | 525.00 | Update mapping and contract descriptions for sklacro assumption motions, verify fields to be used in |
| 2/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.30 | 157.50 | Generate 16 assumption motions for sklarco, verify mail merge ran correctly, upload to sharefile for |
| 2/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.10 | 52.50 | Generate list of lease & well names for agreements where physical file is |
| 2/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.10 | 52.50 | Update mapping for the Wiliamson Unit wells based on follow up with |
| 2/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.30 | 157.50 | Generate updated list of remaining leases & wells to identify for Sklarco rejection, send update to Sutton |
| 2/26/2021 | James Katchadurian | Plan Issues | 725 | 1.50 | 1,087.50 | review of amended ds and various calls and emails w K Riley (1.5) |
| 2/26/2021 | James Katchadurian | Plan Issues | 725 | 1.20 | 870.00 | Various. Emails re plan revisions and ops issues (1.2) |
| 2/28/2021 | James Katchadurian | Plan Issues | 725 | 0.50 | 362.50 | Call w J Hardy re SEC and next steps |
| 2/1/2021 | Todd Bearup | Statements | 550 | 0.40 | 220.00 | Final review of December MOR and correspondence w/ CFO. |
| 2/2/2021 | Todd Bearup | Statements | 550 | 0.50 | 275.00 | Work on past due A/R analysis |
| 2/26/2021 | Todd Bearup | Statements | 550 | 1.70 | 935.00 | Review amended plan and disclosure statement. |
| 2/27/2021 | Todd Bearup | Statements | 550 | 0.30 | 165.00 | Discussion w/ CFO re: status of Jan |