UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: SKLAR EXPLORATION COMPANY, LLC<br>Debtor | CHAPTER 11<br>CASE NO. 20-12377-EEB |
| IN RE: SKLARCO, LLC<br>Debtor | CHAPTER 11<br>CASE NO. 20-12380-EEB |
| | Jointly Administered Under<br>Case No. 20-12377-EEB |

## LIMITED OBJECTION TO OMNIBUS MOTION TO REJECT JOINT OPERATING AGREEMENTS AND RELATED OIL AND GAS CONTRACTS
**(Sklar Exploration Company, LLC)**

COME NOW Kudzu Oil Properties, LLC, Alabama Oil Company, and Apple River Investments, LLC (collectively, the "Kudzu Parties") and file this their Limited Objection to the *Omnibus Motion to Reject Joint Operating Agreements and Related Oil and Gas Contracts* (the "Motion") **[DK #927]**, filed herein by Sklar Exploration Company, LLC ("SEC"), and state as follows, to-wit:

1. The Kudzu Parties hold various working interests in oil and gas, and related, properties in these Chapter 11 cases.

2. The Kudzu Parties understand that the Debtor SEC plans to liquidate, in an orderly fashion, pursuant to Chapter 11 of the Bankruptcy Code.

3. While the Kudzu Parties may not object, ultimately, to the rejection of certain of their executory contracts they hold in these cases, they do have some concerns with respect to an orderly wind down and liquidation of SEC's operations of the oil and gas assets in which they are involved and in which they hold ownership interests.

4. There is no need to wait until Plan confirmation (or any other time) for the working interest owners to hold a vote to select a replacement operator for SEC. In fact, testimony of SEC in this Court indicates that the approval process, in administrative matters before oil and gas boards,

is a several month process. That process should begin sooner rather than later. And, it is conceivable that a replacement operator may need certain contracts assumed and assigned - not rejected. That mitigates in favor of a vote as soon as possible so the replacement operator can begin due diligence before actual replacement occurs.

5. As SEC winds down its operations, the Kudzu Parties respectfully submit that the Court should fashion protections for the working interest owners to make sure that there is as much of an orderly wind down as possible, in order to protect the value of the oil and gas interests. Those interests are, after all, "wasting" interests, the value of which needs to be protected and preserved.

6. The order of rejection should also provide that SEC is directed to cooperate with the Kudzu Parties (and other interested parties), as well as the putative replacement operator, in order to ensure an orderly liquidation and wind down in the time frame before the replacement operator assumes operations.

7. Further, the order of rejection should direct SEC to preserve the various books, records, documents and seismic data, among other things, in connection with its operations, for the transition to the replacement operator, so that there is no loss of the books and records or critical data so this will allow the replacement operator to assume operations with all documents and data intact when it becomes the actual replacement operator.

8. In addition to this Limited Objection, the Kudzu Parties join the *Limited Objection to Omnibus Motion to Reject Joint Operating Agreements and Related Oil and Gas Contracts* [DK #1097] filed by Pruet Production Co. ("Pruet") in these cases.

9. Other grounds to be assigned as necessary and upon discovery of additional information.

WHEREFORE, PREMISES CONSIDERED, the Kudzu Parties respectfully pray that upon a hearing hereof this Honorable Court will enter its order as appropriate, with the limits and protections afforded the Kudzu Parties as outlined herein. The Kudzu Parties pray for general relief.

THIS the 17th day of March, 2021.

Respectfully submitted,

/s/ Craig M. Geno

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

-and-

Timothy M. Swanson (47267)
MOYE WHITE LLP
1400 16th Street, 6th Floor
Denver, CO 80202
303-292-2900 - Telephone
303-292-4510 - Facsimile
tim.swanson@moyewhite.com

*Counsel for Kudzu Oil Properties, LLC, Alabama Oil Company, and Apple River Investments, LLC*

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused a copy of the above and foregoing to be served via CM/ECF to all parties that have filed electronic appearances and requested service in this case.

THIS, the 17th day of March, 2021.

/s/ Craig M. Geno
Craig M. Geno

N:\Firm Data\Users\Bankrupt\Kudzu Oil, Apple River, Alabama Oil (Sklar Bkcy)\Pleadings\Obj re SEC's Omnibus Mot to Reject Contracts 3-17-21.wpd