# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930<br><br>Debtor-in-Possession. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| IN RE:<br><br>SKLARCO, LLC<br>EIN: 72-1425432<br><br>Debtor-in-Possession. | Case No. 20-12380-EEB<br><br>Chapter 11 |

### *AD HOC* COMMITTEE OF WORKING INTEREST OWNERS' JOINDER IN LIMITED OBJECTION TO OMNIBUS MOTION TO REJECT JOINT OPERATING AGREEMENTS AND RELATED OIL AND GAS CONTRACTS [DOCKET NO. 1097]

**COMES NOW**, the *Ad Hoc* Committee of Working Interest Owners of Debtors Sklar Exploration Company, LLC, and Sklarco, LLC (the "***Ad Hoc* Committee**"), by and through their undersigned counsel, for their *Joinder in Support of Limited Objection to Omnibus Motion to Reject Joint Operating Agreements and Related Oil and Gas Contracts* [Docket No. 1097] (the "**Pruet Objection**"). In support hereof, the *Ad Hoc* Committee states as follows:

### Joinder

1.      The members of the *Ad Hoc* Committee are identified in the *Supplemental Verified Statement Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure*. (Docket No. 721). The members of the *Ad Hoc* Committee hereby join in support of the arguments and legal authority contained in the Pruet Objection as if fully set forth herein.

## Reservation of Rights

2. The *Ad Hoc* Committee makes no admission of fact or law and reserves any rights, claims, objections, and defenses, that may be available to them before this Court and any other court with competent jurisdiction over the parties and the matters at issue and any other matters involving the administration of this case, the estate, and the merits of the working interest owners.

**[INTENTIONAL PAGE BREAK – SIGNATURE PAGE FOLLOWS]**

Dated: March 17, 2021.                Respectfully submitted,

                                       **AD HOC COMMITTEE OF WORKING INTEREST HOLDERS OF SKLAR EXPLORATION COMPANY, LLC, AND SKLARCO, LLC**

By: */s/Timothy M. Swanson*
Timothy M. Swanson (Colorado No. 47267)
MOYE WHITE LLP
1400 16th Street
6th Floor
Denver, Colorado 80202-1486
Tel: (303) 292-2900
Fax: (303) 292 4510
Tim.Swanson@moyewhite.com
*Counsel to the Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company, LLC, and Sklarco, LLC*

--and--

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, Mississippi 39157
Tel: (601) 427-0048
Fax: (601) 427-0050
cmgeno@cmgenolaw.com
*Counsel to the Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company, LLC, and Sklarco, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 17, 2021, the foregoing ***AD HOC COMMITTEE OF WORKING INTEREST OWNERS' JOINDER IN LIMITED OBJECTION TO OMNIBUS MOTION TO REJECT JOINT OPERATING AGREEMENTS AND RELATED OIL AND GAS CONTRACTS [DOCKET NO. 1097]*** was filed on the Court's electronic filing system CM/ECF and was electronically served upon all parties receiving electronic notice.

/s/*Timothy M. Swanson*
Timothy M. Swanson