UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minute Order*

| | |
|---|---|
| Date: March 18, 2021 | **Honorable Elizabeth E. Brown, Presiding**<br>Kerstin Cass, Law Clerk |
| In re:   Sklar Exploration Company, LLC,<br>                Debtor. | **Case. No. 20-12377 EEB**<br>Chapter 11 |
| Sklarco, LLC,<br>                Debtor. | **Case. No. 20-12380 EEB**<br>Chapter 11 |
| | **Jointly Administered Under 20-12377 EEB** |

| | Video Conference Appearances | | Representing |
|---|---|---|---|
| Counsel | Paul Moss | UST | |
| Counsel | Keri Riley, James Katchadurian | Debtor(s) | |
| Counsel | John Cornwell, Grant Beiner | Committee | Creditors' Committee |
| Counsel | Bryce Suzuki | Creditor | East West Bank |
| Counsel | Eric Lockridge | Creditor | Anderson Exploration Energy Co., TCP Cottonwood, L.P., AEEC II, LLC and Sugar Oil Properties |
| Counsel | Brent Cohen | | Fant Energy Ltd. |
| Counsel | Joseph Bain | Creditor | FPCC USA |
| Counsel | Jordan Bird | Creditor | Franks Exploration Co, AEH Investments, J & A Harris Bundero Investment Co., Kingston, Hughes Oil South, KMR Investments, Tommy Youngblood |
| Counsel | Timothy Swanson | Creditor | Ad Hoc Committee of Working Interest Owners |
| Counsel | David R Taggart | Creditor | JF Howell Interests, LP |
| Counsel | Jennifer Hardy | Creditor | JJS Interests Escambia, LLC, JJS Interests Steele Kings, LLC, JJS Working Interests, LLC |
| Counsel | Craig Geno | Creditor | Kudzu Oil Properties, Alabama Oil Co. & Apple River Investments, Alabama Oil & Gas, LLC |
| Counsel | Chris Crowley | Creditor | Liquid Gold Well Service, Inc |
| Counsel | Steve Lecholop | Creditor | McCombs Energy, McCombs Exploration |
| Counsel | Jeremy Retherford, Matt Ochs | Creditor | Pruet Oil Company, LLC, Pruet Production Co. (individually and as agent) |
| Counsel | Adam Hirsch | Creditor | Howard Sklar, Howard Sklar Trust |
| Counsel | Robert Paddock | Creditor | Strago Petroleum Corporation, Meritage Energy Ltd, Gateway Exploration, Harvest Gas Management, G Crew Properties |

| Counsel | Thomas Shipps, Barnet Skelton Jr., | Creditor | Tauber Exploration & Production Co, CTM 2005, Ltd., I & L Miss I, LP, Pickens Financial Group, LLC, MER Energy, Ltd., The MR Trust, Tara Rudman Revocable Trust, Rudman Family Trust, The Rudman Partnership, Feather River 75, LLC |
|---|---|---|---|

Proceedings: Zoom Hearing on Adequacy of the Debtors' Amended Disclosure Statement and any objections thereto

Orders:

☒ For the reasons stated on the record, the Court approved the Debtors' Amended Disclosure Statement and overruled the objections thereto. A separate order will enter.

☒ For the reasons stated on the record, the Court overruled all objections to the Omnibus Motion to Reject Other Joint Operating Agreements and Related Oil and Gas Contracts filed by Debtor Sklar Exploration Company, LLC (Docket No. 927). A separate order and judgment will enter approving the Omnibus Motion with rejection occurring as of the date of the order, instead of the confirmation date.

☒ On or before **March 31, 2021**, the Debtors shall file a form of stipulation that provides relief from stay to creditors seeking to initiate the orderly transition of replacing Sklar Exploration Company as operator under rejected operating agreements. The stipulation should provide for the expedited creation of a data room in which the Debtors will place documents needed for the transition. Any party wishing to object to the Debtors' proposed stipulation shall do so on or before **April 7, 2021**.

☒ On or before **March 31, 2021**, the Debtors shall file a chart or other summary of the objections to the various motions to assume filed by Sklarco, LLC, along with a proposal on how and when the Court should schedule hearings on those objections. Any party wishing to object to the Debtors' proposal shall do so on or before **April 7, 2021**.

☒ On or before **April 5, 2021**, the Debtors shall file a motion and notice to assume the Agency Agreement with the Sklar family trusts. Objections to that motion shall be due by April 23, 2021.

☒ The Court set a hearing on plan confirmation for May 28, 2021 at 1:30 p.m. and other plan-related deadlines. A separate scheduling order will enter.

Date: March 18, 2021

BY THE COURT:

Elizabeth E. Brown, U.S. Bankruptcy Judge