# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930 | Chapter 11 |
| Debtor. | |
| | |
| SKLARCO, LLC<br>EIN: 72-1425432 | Case No. 20-12380-EEB<br>Chapter 11 |
| Debtor. | |

## ORDER AUTHORIZING SKLAR EXPLORATION COMPANY, LLCS JOINT OPERATING AGREEMENTS AND RELATED OIL AND GAS CONTRACTS

THIS MATTER, having come before the Court on Sklar Exploration Company, LLC's Omnibus Motion to Reject Joint Operating Agreements and Related Oil and Gas Contracts ("Motion"), notice having been provided and all objections having been overruled, and for the reasons stated on the record at the March 18, 2021 hearing, it is hereby

ORDERED

1. That the Motion is GRANTED;

2. Sklar Exploration Company, LLC is authorized to reject its Joint Operating Agreements and related oil and gas contracts identified on Exhibit 1 to the Motion; and

3. This Order is effective as of the date listed below.

Dated: March 18, 2021

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge