# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
The Honorable Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br><br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br><br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11 |
| | **Jointly Administered Under<br>Case No. 20-12377 EEB** |

## ORDER APPROVING DISCLOSURE STATEMENT
## AND SETTING ZOOM CONFIRMATION HEARING

THIS MATTER comes before the Court for consideration of the adequacy of the Amended Disclosure Statement to Accompany Amended and Restated Joint Plan of Reorganization Dated December 18, 2020 (Docket No. 1101, the "Disclosure Statement"), in support of its Amended and Restated Joint Plan of Reorganization Dated December 18, 2020 (Docket No. 1080, the "Plan").  Adequate notice was given and no objections were made, other than objections which have been overruled or withdrawn.  The Court hereby

FINDS that the Disclosure Statement contains adequate information pursuant to 11 U.S.C. § 1125.

IT IS THEREFORE ORDERED that the Disclosure Statement is APPROVED.

IT IS FURTHER ORDERED that:

1. <u>Confirmation Hearing.</u>  The Court will conduct a hearing (the "Confirmation Hearing") to consider confirmation of the Plan, including any objections thereto, and further modifications thereto commencing on **May 28, 2021 at 1:30 p.m.** before the Honorable Elizabeth E. Brown in the United States Bankruptcy Court for the District of Colorado.  Due to the unprecedented recent developments concerning the Coronavirus COVID-19, the hearing will be conducted **by Zoom video conference only**.  Counsel and/or parties should not appear in person.  The Confirmation Hearing may be continued from time to time by order made in open court without other written notice to any parties in interest.

> **To Join the Zoom Hearing:**
>
> https://www.zoomgov.com/j/1600022136?pwd=UlZ5STVVbGlCNkNRUFg4eHlpeFR3UT09
>
> **Meeting ID:** 160 002 2136   **Password:** 727908
>
> One tap mobile
> +16692545252,,1600022136#,,,,,,0#,,727908# US (San Jose)
> +16468287666,,1600022136#,,,,,,0#,,727908# US (New York)
>
> Dial by your location
>       +1 669 254 5252 US (San Jose)
>       +1 646 828 7666 US (New York)

2. <u>Zoom Video Conferences:</u>

    a. It is counsel's and/or the parties' responsibility to ensure that they and their witnesses have the proper equipment to attend the Zoom video conference and that they and their witnesses possess complete copies of all marked exhibits prior to the Zoom video conference.

    b. Participants should ensure that their equipment is connected to strong WIFI signal or internet connection during the hearing.

    c. If counsel/parties intend to present exhibits and/or otherwise refer to written documents at the hearing, the Court prefers that they do so by using the "Share Screen" function in Zoom.   Counsel/parties should make themselves familiar with this function prior to the hearing.

    d. The Court encourages anyone who will be speaking during the trial to use a headset (headphones with mic) and not rely on an internal microphone built into a computer or webcam.   Using a headset will to ensure that you can be heard by other participants and in the Court's official recording.

    e. Parties should check into the Zoom video conference at least 15 minutes prior to the scheduled start time of the trial.

    f. Zoom displays a screen name for each participant in a video conference. Typically, Zoom will default to the name you gave at the time you initially set up your Zoom account (e.g. smithj or XYZCorp) or the phone number or device name from which you are calling.   To enable the Judge to identify participants, each participant should ensure that their screen name is their full first name and last name (e.g. John Smith).   You can change your screen name after being admitted to the video conference by using the rename function in Zoom.   To rename, hover your cursor over your picture and either right click or click the blue button in the upper right corner of your picture and select "Rename" and then type your first name and last name into the box that appears.   If you fail to identify yourself in this manner by the start of the trial, you may be removed from the video conference.

  g. The Court will not provide any type of support on Zoom for participants or attendees.   For assistance, please contact the Zoom Help Center, your local IT support, or seek other online guidance

  h. The Court's general guidelines regarding Zoom hearings are available at: https://www.cob.uscourts.gov/zoom-video-conferences.

  3. <u>Service of Solicitation Package</u>. No later than **March 26, 2021**, the Debtors shall transmit by mail to all creditors and parties in interest whose votes are to be solicited, the Plan and Disclosure Statement, a copy of this Order and a Ballot for Voting on the Plan. Debtors shall transmit the same documents, excluding the ballot, to the United States Trustee.   At least fourteen (14) days prior to the Confirmation Hearing, the Debtors shall file a certificate of service.

  4. <u>Deadline for Ballots Accepting or Rejecting Plan.</u>   Parties entitled to vote on the Plan shall deliver to counsel for the Debtors their written ballots accepting or rejecting the Plan, so that Ballots are received by counsel for the Debtors no later than **5:00 p.m. prevailing Mountain Time, on April 23, 2021** (the "Voting Deadline").

  5. <u>Objections to Confirmation</u>. Any party desiring to object to confirmation of the Plan shall file its objection(s) with the Clerk of the Bankruptcy Court no later than **5:00 p.m. prevailing Mountain Time on April 23, 2021** (the "Confirmation Objection Deadline") and serve a copy upon the counsel for the Debtors and the United States Trustee.

  6. <u>Ballot Summary Report</u>.   On or before **May 21, 2021**, the Debtors shall file a Summary Report of the Ballots received reflecting all votes by class, number of claims and amount of claim; and

  7. <u>Court Appearances</u>.   If a party does not join the Zoom video conference, it will be deemed a failure to appear.   Failure to connect to the Zoom video conference in a timely manner will preclude participation in the trial.

  8. <u>No Recordings</u>.   Counsel and/or the parties are strictly prohibited from recording any court proceeding held by video or teleconference, including taking "screen shots" or other visual copies.   Violation of this prohibition may result in sanctions as deemed necessary by the Court.

  Dated this 18th day of March, 2021.

            BY THE COURT:

            */s/ Elizabeth E. Brown*
            Elizabeth E. Brown,
            United States Bankruptcy Court