## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

------------------------------------------------------------x
                                              :
**In re**                                     :
                                              :
**SKLAR EXPLORATION COMPANY, LLC,**           :     **Case No. 20-12377 (EEB)**
**EIN: 72-1417930**                           :     **Chapter 11**
                                              :
      **Debtor.**                        :
                                              :
                                              :
                                              :
------------------------------------------------------------x
                                              :
**In re**                                     :
                                              :
**SKLARCO, LLC**                              :     **Case No. 20-12380 (EEB)**
**EIN: 72-1425432**                           :     **Chapter 11**
                                              :
                                              :
      **Debtor.**                        :
                                              :
                                              :     **Ref. Docket Nos. 914-924, 965-966,**
                                              :     **& 968-976**
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                        ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 2, 2021, I caused to be served the:

    a.  "Motion to Assume J. Brown Heirs Joint Operating Agreement (Sklarco, LLC)," dated February 26, 2021 [Docket No. 914], *without Exhibits 1-2*, (the "Brown Motion"),

b. "Notice of Motion to Assume J. Brown Heirs Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 965], (the "Brown Notice"),

c. "Motion to Assume North Gahagan Joint Operating Agreement (Sklarco, LLC)," dated February 26, 2021 [Docket No. 915], *without Exhibits 1-2,* (the "North Gahagan Motion"),

d. "Notice of Motion to Assume North Gahagan Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 966], (the "North Gahagan Notice"),

e. "Motion to Assume Yarbrough Joint Operating Agreement (Sklarco, LLC)," dated February 26, 2021 [Docket No. 916], *without Exhibits 1-2,* ("the Yarbrough Motion"),

f. "Notice of Motion to Assume Yarbrough Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 968], (the "Yarbrough Notice"),

g. "Motion to Assume Grayson Unit Joint Operating Agreement (Sklarco, LLC)," dated February 26, 2021 [Docket No. 917], *without Exhibits 1-2,* (the "Grayson Motion"),

h. "Notice of Motion to Assume Grayson Unit Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 969], (the "Grayson Notice"),

i. "Motion to Assume Canty #1 Joint Operating Agreement (Sklarco, LLC)," dated February 26, 2021 [Docket No. 918], *without Exhibits 1-2,* (the "Canty Motion"),

j. "Notice of Motion to Assume Canty #1 Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 970], (the "Canty Notice"),

k. "Motion to Assume Droke #1 & A-1 Joint Operating Agreement (Sklarco, LLC)," dated February 26, 2021 [Docket No. 919], *without Exhibits 1-2,* (the "Droke Motion"),

l. "Motion to Assume Droke #1 & A-1 Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 971], (the "Droke Notice"),

m. "Motion to Assume Guill Gas Unit Joint Operating Agreement (Sklarco, LLC)," dated February 26, 2021 [Docket No. 920], *without Exhibits 1-2,* (the "Guill Motion"),

n. "Notice of Motion to Assume Guill Gas Unit Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 972], (the "Guill Notice"),

o. "Motion to Assume Dupont 38 Joint Operating Agreement (Sklarco, LLC)," dated February 26, 2021 [Docket No. 921], *without Exhibits 1-2,* (the "Dupont Motion"),

p. "Notice of Motion to Assume Dupont 38 Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2012 [Docket No. 973], (the "Dupont Notice"),

q. "Motion to Assume Wardner Joint Operating Agreement (Sklarco, LLC)," dated February 26, 2021 [Docket No. 922], *without Exhibits 1-2*, (the "Wardner Motion"),

r. "Notice of Motion to Assume Wardner Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 974], (the "Wardner Notice"),

s. "Motion to Assume Young L-1 Joint Operating Agreement (Sklarco, LLC)," dated February 26, 2021 [Docket No. 923], *without Exhibits 1-2*, (the "Young Motion"),

t. "Notice of Motion to Assume Young L-1 Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 975], (the "Young Notice"), and

u. "Motion to Assume Shugart West 31 Joint Operating Agreement (Sklarco, LLC)," dated February 26, 2021 [Docket No. 924], *without Exhibits 1-2*, (the "Shugart West Motion"),

v. "Notice of Motion to Assume Shugart West 31 Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 976], (the "Shugart West Notice").

by causing true and correct copies of the:

i. Brown Motion, Brown Notice, North Gahagan Motion, North Gahagan Notice, Yarbrough Motion, Yarbrough Notice, Grayson Motion, Grayson Notice, Canty Motion, Canty Notice, Droke Motion, Droke Notice, Guill Motion, Guill Notice, Dupont Motion, Dupont Notice, Wardner Motion, Wardner Notice, Young Motion, Young Notice, Shugart West Motion, and Shugart West Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

ii. Brown Motion and Brown Notice, to be delivered via first class mail to those parties listed on the annexed Exhibit B,

iii. North Gahagan Motion and North Gahagan Notice, to be delivered via first class mail to those parties listed on the annexed Exhibit C,

iv. Yarbrough Motion and Yarbrough Notice, to be delivered via first class mail to those parties listed on the annexed Exhibit D,

v. Grayson Motion and Grayson Notice, to be delivered via first class mail to those parties listed on the annexed Exhibit E,

vi. Canty Motion and Canty Notice, to be delivered via first class mail to those parties listed on the annexed Exhibit F,

vii. Droke Motion and Droke Notice, to be delivered via first class mail to those parties listed on the annexed Exhibit G,

    viii.     Guill Motion and Guill Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit H</u>,

    ix.     Dupont Motion and Dupont Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit I</u>,

    x.     Wardner Motion and Wardner Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit J</u>,

    xi.     Young Motion and Young Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit K</u>,

    xii.     Shugart West Motion and Shugart West Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit L</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
10th day of March, 2021
*/s/ Amy E. Lewis*
_____
Notary Public, State of Connecticut Acct.
No. 100624 Commission Expires:
8/31/2022

# EXHIBIT A

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| ADAM L. HIRSCH, ESQ. | DAVIS GRAHAM & STUBBS LLP 1550 SEVENTEENTH STREET SUITE 500 DENVER CO 80202 |
| AMY L. VAZQUEZ, ESQ. | JONES WALKER LLP 811 MAIN STREET SUITE 2900 HOUSTON TX 77002 |
| ANDREW G. EDSON, ESQ. | CLARK HILL STRASBURGER 901 MAIN STREET SUITE 6000 DALLAS TX 75202 |
| ANDREW J. SHAVER, ESQ. | BRADLEY ARANT BOULT CUMMINGS LLP 1819 FIFTH AVENUE NORTH BIRMINGHAM AL 35203 |
| ARMISTEAD M. LONG, ESQ. | GORDON ARATA MONTGOMERY BARNETT MCCOLLAM DUPLANTIS & EAGAN, LLC 400 EAST KALISTE SALOON ROAD SUITE 4200 LAFAYETTE LA 70508 |
| BAKER HUGHES COMPANY | (REPRESENTATIVE: CHRISTOPHER J. RYAN) 2001 RANKIN ROAD HOUSTON TX 77073 |
| BARNET B. SKELTON, JR., ESQ. | 815 WALKER SUITE 1502 HOUSTON TX 77002 |
| BELINDA HARRISON | 58 COUNTY ROAD 5033 HEIDELBERG MS 39439 |
| BRIAN G. RICH, ESQ. MICHAEL J. NILES, ESQ. | BERGER SINGERMAN LLP 313 NORTH MONROE STREET SUITE 301 TALLAHASSEE FL 32301 |
| BRYCE A. SUZUKI, ESQ. | BRYAN CAVE LEIGHTON PAISNER, LLP TWO NORTH CENTRAL AVENUE SUITE 2100 PHOENIX AZ 85004-4406 |
| CASEY C. BREESE, ESQ. | WELBORN SULLIVAN MECK & TOOLEY, P.C. 1125 17TH STREET SUITE 2200 SOUTH DENVER CO 80202 |
| CHRIS CROWLEY, ESQ. | FELDMANN NAGEL CANTAFIO, PLLC 1875 LAWRENCE STREET SUITE 730 DENVER CO 80202 |
| CHRISTOPHER H. MEREDITH, ESQ. | COPELAND COOK TAYLOR & BUSH, P.A. 1076 HIGHLAND COLONY PARKWAY 600 CONCOURSE, SUITE 200 P.O. BOX 6020 RIDGELAND MS 39158-6020 |
| CHRISTOPHER H. MEREDITH, ESQ. | GLENN GATES TAYLOR, ESQ. COPELAND COOK TAYLOR & BUSH, P.A. 600 CONCOURSE, SUITE 200 1076 HIGHLAND COLONY PARKWAY P.O. BOX 6020 RIDGELAND MS 39158-6020 |
| CRAIG K. SCHUENEMANN, ESQ. BRYAN CAVE LEIGHTON | PAISNER LLP 1700 LINCOLN STREET SUITE 4100 DENVER CO 80203 |
| CRAIG M. GENO, ESQ. | LAW OFFICES OF CRAIG M. GENO, PLLC 587 HIGHLAND COLONY PARKWAY RIDGELAND MS 39157 |
| CURTIS R. SHELTON, ESQ. | JENNIFER NORRIS SOTO, ESQ. AYRES SHELTON WILLIAMS BENSON & PAINE, LLC 333 TEXAS STREET, SUITE 1400 P.O. BOX 1764 SHREVEPORT LA 71166 |
| DAVID M. MILLER, ESQ. | SPENCER FANE LLP 1700 LINCOLN STREET SUITE 2000 DENVER CO 80203 |
| DAVID R. TAGGART, ESQ. | BRADLEY MURCHISON KELLY & SHEA, LLC 401 EDWARDS STREET SUITE 1000 SHREVEPORT LA 71101 |
| DUANE J. BRESCIA, ESQ. | CLARK HILL STRASBURGER 720 BRAZOS SUITE 700 AUSTIN TX 78701 |
| DUANE J. BRESCIA, ESQ. | CLARK HILL STRASBURGER 720 BRAZOS STREET SUITE 700 AUSTIN TX 78701 |
| GIOVANNI M. RUSCITTI, ESQ. | BERG HILL GREENLEAF RUSCITTI, LLP 1712 PEARL STREET BOULDER CO 80302 |
| J. ERIC LOCKRIDGE, ESQ. KEAN MILLER LLP | 400 CONVENTION STREET SUITE 700 P.O. BOX 3513 BATON ROUGE LA 70802 |
| JAMES B. BAILEY, ESQ. | BRADLEY ARANT BOULT CUMMINGS, LLP 1819 FIFTH AVENUE NORTH BIRMINGHAM AL 35203 |
| JEFF CARRUTH, ESQ. | WEYCER KAPLAN PULASKI & ZUBER, P.C. 11 GREENWAY PLAZA SUITE 1400 HOUSTON TX 77046 |
| JENNIFER J. HARDY, ESQ. | WILLKIE FARR & GALLAGHER, LLP 600 TRAVIS STREET HOUSTON TX 77002 |
| JEREMY L. RETHERFORD, ESQ. | BALCH & BINGHAM, LLP 1901 SIXTH AVENUE NORTH SUITE 1500 BIRMINGHAM AL 35203 |
| JOHN D. CORNWELL, ESQ. GRANT M. BEINER, ESQ. | CHRISTOPHER D. JOHNSON, ESQ. MUNSCH HARDT KOPF & HARR, P.C. 700 MILAM STREET SUITE 2700 HOUSTON TX 77002 |
| JOHN H. SMITH | QUITMAN TANK SOLUTIONS, LLC P.O. BOX 90 QUITMAN MS 39355 |
| JORDAN B. BIRD, ESQ. | COOK YANCEY KING & GALLOWAY, APLC 333 TEXAS STREET SUITE 1700 P.O BOX 22260 SHREVEPORT LA 71120-2260 |
| JORDAN B. BIRD, ESQ. | COOK YANCEY KING & GALLOWAY, APLC 333 TEXAS STREET SUITE 1700 SHREVEPORT LA 71120-2260 |
| JOSEPH E. BAIN, ESQ. | JONES WALKER LLP 811 MAIN STREET SUITE 2900 HOUSTON TX 77002 |
| KATHERINE A. ROSS, ESQ. | U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLORADO ASSISTANT UNITED STATES ATTORNEY 1801 CALIFORNIA STREET SUITE 1600 DENVER CO 80202 |
| KATHERINE GUIDRY DOUTHITT, ESQ. | BLANCHARD WALKER O'QUIN & ROBERTS P.O. BOX 1126 SHREVEPORT LA 71163 |
| KELLEY BROTHERS CONTRACTORS, INC. (REPRESENTATIVE: | JERRY KELLEY) 401 COUNTY FARM ROAD WAYNESBORO MS 39367 |
| KEVIN S. NEIMAN, ESQ. | LAW OFFICES OF KEVIN S. NEIMAN, P.C. 999 18TH STREET SUITE 1230 SOUTH DENVER |

| Claim Name | Address Information |
|---|---|
| KEVIN S. NEIMAN, ESQ. | CO 80202 |
| MADISON TUCKER, ESQ. | JONES WALKER LLP 201 ST. CHARLES AVENUE SUITE 5100 NEW ORLEANS LA 70170 |
| MATTHEW J. OCHS, ESQ. | HOLLAND & HART, LLP 555 SEVENTEENTH STREET SUITE 3200 P.O. BOX 8749 DENVER CO 80201-8749 |
| MATTHEW S. OKIN, ESQ. | OKIN ADAMS, LLP 1113 VINE STREET SUITE 240 HOUSTON TX 77002 |
| MATTHEW S. OKIN, ESQ. | JOHN THOMAS OLDHAM, ESQ. OKIN ADAMS LLP 1113 VINE STREET SUITE 240 HOUSTON TX 77002 |
| MESA FLUIDS, LLC | (REPRESENTATIVE: AARON W. MERRELL) 1669 SOUTH 580 EAST AMERICAN FORK UT 84057 |
| MICHAEL E. RIDDICK, ESQ. | KATHERINE GUIDRY DOUTHILL, ESQ. BLANCHARD WALKER O'QUIN & ROBERTS, P.C. 333 TEXAS STREET REGIONS TOWER SUITE 700 SHREVEPORT LA 71101 |
| MICHAEL J. GUYERSON, ESQ. | BUECHLER LAW OFFICE, LLC 999 18TH STREET SUITE 1230 SOUTH DENVER CO 80202 |
| MICHAEL L. NILES, ESQ. BRIAN G. RICH, ESQ. | BERGER SINGERMAN LLP 313 NORTH MONROE STREET SUITE 301 TALLAHASSEE FL 32301 |
| MICHEL D. RUBENSTEIN, ESQ. | LISKOW & LEWIS 1001 FANNIN STREET SUITE 1800 HOUSTON TX 77002 |
| PAUL H. STEPHENSON III, ESQ. | JIM F. SPENCER, JR., ESQ. WATKINS & EAGER, PLLC P.O. BOX 650 JACKSON MS 39205 |
| PAUL MOSS, ESQ. | US TRUSTEE'S OFFICE 1961 STOUT STREET SUITE 12-200 DENVER CO 80294 |
| RAPAD WELL SERVICE COMPANY, INC. (REPRESENTATIVE: | CHESLEY JAMES) C/O JEREMY RETHERFORD, ESQ. BALCH & BINGHAM, LLP 1901 SIXTH AVENUE NORTH SUITE 1500 BIRMINGHAM AL 35203-4642 |
| ROBERT L. PADDOCK, ESQ. | BUCK KEENAN LLP 2229 SAN FELIPE SUITE 1000 HOUSTON TX 77019 |
| ROBERT PADJEN, ESQ. DEANNA LEE WESTFALL, ESQ. | ASSISTANT ATTORNEY GENERAL COLORADO DEPARTMENT OF LAW 1300 BROADWAY 8TH FLOOR DENVER CO 80203 |
| RYAN J. LORENZ, ESQ. | CLARK HILL PLC 14850 NORTH SCOTTSDALE ROAD SUITE 500 SCOTTSDALE AZ 85254 |
| RYAN M. SEIDEMANN, ESQ. ASSISTANT ATTORNEY GENERAL | CIVIL DIVISION/LANDS AND NATURAL RESOURCES P.O. BOX 94005 P.O. BOX 94005 BATON ROUGE LA 70804-9005 |
| RYCO EXPLORATION, LLC | 40 GOLF CLUB DRIVE ATTN: M. ROBIN SMITH HAUGHTON LA 71037 |
| RYCO EXPLORATION, LLC | 401 EDWARDS STREET SUITE 915 ATTN: M. ROBIN SMITH SHREVEPORT LA 71101 |
| SHAY L. DENNING, ESQ. | THOMAS H. SHIPPS, ESQ. MAYNES, BRADFORD, SHIPPS & SHEFTEL, LLP 835 EAST SECOND AVENUE SUITE 123 DURANGO CO 81301 |
| STEPHEN K. LECHOLOP II, ESQ. | ROSENTHAL PAUERSTEIN, ESQ. SANDOLOSKI AGATHER LLP 755 EAST MULBERRY SUITE 200 SAN ANTONIO TX 78212 |
| STONEHAM DRILLING CORPORATION (REPRESENTATIVE: | HEATHER STICKEL) C/O JAMES B. BAILEY, ESQ. BRADLEY ARANT BOULT CUMMINGS, LLP 1819 FIFTH AVENUE NORTH BIRMINGHAM AL 35203 |
| TCP COTTONWOOD, L.P. (REPRESENTATIVE: KYLE C. | MCINNIS) C/O ERIC LOCKRIDGE 400 CONVENTION STREET SUITE 700 BATON ROUGE LA 70801 |
| THEODORE J. HARTL, ESQ. | BALLARD SPAHR LLP 1225 17TH STREET SUITE 2300 DENVER CO 80202-5596 |
| TIMOTHY C. MOHAN, ESQ. FOLEY & LARDNER, LLP | 600 17TH STREET SUITE 2020 SOUTH DENVER CO 80202 |
| TIMOTHY M. RILEY, ESQ. | HOPPING GREEN & SAMS, P.A. P.O. BOX 6526 TALLAHASSEE FL 32314 |
| TIMOTHY M. SWANSON, ESQ. | MOYE WHITE LLP 1400 16TH STREET 6TH FLOOR DENVER CO 80202-1486 |
| TIMOTHY M. SWANSON, ESQ. | MOYE WHITE LLP 1400 16TH STREET SUITE 600 DENVER CO 80206 |
| VICTORIA ARGEROPLOS, ESQ. | JACKSON WALKER LLP 1401 MCKINNEY STREET SUITE 1900 HOUSTON TX 77010 |

**Total Creditor count  64**

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BUFFCO PRODUCTION INC. | P.O. BOX 2243 LONGVIEW TX 75606-2243 |
| PHILLIPS ENERGY, INC | 330 MARSHALL ST. SUITE 300 SHREVEPORT LA 71101 |

**Total Creditor count  2**

**EXHIBIT C**

| Claim Name | Address Information |
| --- | --- |
| ENCANA OIL & GAS INC | MAIL CODE 5035 PO BOX 660367 DALLAS TX 75266-0367 |
| ROSBOTTOM PRODUCTION CORP. | 11136 LUCERNE AVE. CULVER CITY CA 90230 |
| VINE OIL & GAS LP | 5800 GRANITE PARKWAY, SUITE 550 PLANO TX 75024 |
| WEISER-BROWN OIL COMPANY | PO BOX 500 MAGNOLIA AR 71754-0500 |

**Total Creditor count  4**

**EXHIBIT D**

SKLAR EXPLORATION COMPANY, LLC

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| BLACK BIRD (O'BRIAN ENERGY) | 425 ASHLEY RIDGE BLVD SUITE 300 SHREVEPORT LA 71106 |
| BLACK-COLUMBIA PARTNERS, LLC | 160 BLAZER DRIVE SIBLEY LA 71073 |

**Total Creditor count  2**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| BLACK BIRD (O'BRIAN ENERGY) | 425 ASHLEY RIDGE BLVD SUITE 300 SHREVEPORT LA 71106 |
| BLACK-COLUMBIA PARTNERS, LLC | 160 BLAZER DRIVE SIBLEY LA 71073 |
| O'BRIAN ENERGY COMPANY | P.O. BOX 6149 SHREVEPORT LA 71136-6149 |

**Total Creditor count  3**

**EXHIBIT F**

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| PAR MINERALS CORPORATION | 701 TEXAS STREET SHREVEPORT LA 71101 |

**Total Creditor count  1**

**EXHIBIT G**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GOODRICH PETROLEUM OF LA | 310 BUTLER STREET SPRINGHILL 71075 |

**Total Creditor count  1**

**EXHIBIT H**

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| SAMSON LONE STAR L.P. | PO BOX 60 ARCADIA LA 71001 |

**Total Creditor count  1**

# EXHIBIT I

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BRAMMER ENGINEERING, INC. | P.O. BOX 204025 HOUSTON TX 77216-4025 |

**Total Creditor count  1**

**EXHIBIT J**

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| MARATHON OIL COMPANY | DEPT 0767 P.O. BOX 120767 DALLAS TX 75312-0767 |

**Total Creditor count  1**

**EXHIBIT K**

| Claim Name | Address Information |
| --- | --- |
| NADEL & GUSSMAN | 524 E. KINGS HWY SHREVEPORT LA 71105-2032 |

**Total Creditor count  1**

**EXHIBIT L**

| Claim Name | Address Information |
| --- | --- |
| SHUGART WEST 31 | PO BOX 677013 DALLAS TX 75267-7013 |
| SHUGART WEST 31 | P.O. BOX 842485 DALLAS TX 75284-2485 |

**Total Creditor count  2**