## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

```
------------------------------------------------------------x
                                            :
In re                                       :
                                            :
SKLAR EXPLORATION COMPANY, LLC,             :     Case No. 20-12377 (EEB)
EIN: 72-1417930                             :     Chapter 11
                                            :
            Debtor-in-Possession.           :
                                            :
                                            :
------------------------------------------------------------x
                                            :
In re                                       :
                                            :
SKLARCO, LLC                                :     Case No. 20-12380 (EEB)
EIN: 72-1425432                             :     Chapter 11
                                            :
                                            :
            Debtor-in-Possession.           :
                                            :
                                            :     Ref. Docket Nos. 932-936, 958-
                                            :     964, 979-1006, & 1013-1046
------------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )

                       ) ss.:

COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.  I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

   a. "Motion to Assume Paluxy B Sand Unit - Unit Agreement & Unit Operating Agreement (Sklarco, LLC)," dated February 26, 2021 [Docket No. 932], *without Exhibits 1-2*, and the "Notice of Motion to Assume Paluxy B Sand Unit -Unit Agreement & Unit Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1007] (the "Paluxy Motion/Notice"),

   b. "Motion to Assume Dorcheat Unit – Unit Agreement & Related Joint Operating Agreements (Sklarco, LLC)," dated February 26, 2021 [Docket No. 933], *without Exhibits 1-2*, and the "Notice of Motion to Assume Dorcheat Unit – Unit Agreement & Related Joint Operating Agreements (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1008], (the "Dorcheat Motion/Notice"),

   c. "Motion to Assume Bellwood Lake Unit - Unit Agreement & Unit Operating Agreement," dated March 1, 2021 [Docket No. 934], *without Exhibits 1-2*, and the "Notice of Motion to Assume Bellwood Lake Unit - Unit Agreement & Unit Operating Agreement," dated March 3, 2021 [Docket No. 1009] (the "Bellwood Motion/Notice"),

   d. "Motion to Assume Black Lake Field - Unit Agreement & Unit Operating Agreement (Sklarco, LLC)," dated February 26, 2021 [Docket No. 935], *without Exhibits 1-2*, and the "Notice of  Motion to Assume Black Lake Field - Unit Agreement & Unit Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1010], (the "Black Lake Motion/Notice"),

   e. "Motion to Assume Schumann Joint Operating Agreement (Sklarco, LLC)," dated March 1, 2021 [Docket No. 936], *without Exhibits 1-2*, and the "Notice of Motion to Assume Schumann Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1011], (the "Schumann Motion/Notice"),

   f. "Motion to Assume Pate 10-1 #1 Joint Operating Agreement (Sklarco, LLC)," dated March 1, 2021 [Docket No. 958], *without Exhibits 1-2*, and the "Notice of Motion to Assume Pate 10-1 #1 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1040], (the "Pate 10-1 Motion/Notice"),

   g. "Motion to Assume McKenzie N.D. Sec 27 & 34 Joint Operating Agreement (Sklarco, LLC)," dated March 1, 2021 [Docket No. 959], *without Exhibits 1-2*, and the "Notice of Motion to Assume McKenzie N.D. Sec 27 & 34 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1041], (the "McKenzie 27 & 34 Motion/Notice"),

   h. "Motion to Assume McKenzie N.D. Sec 28 & 33 Joint Operating Agreement (Sklarco, LLC)," dated March 1, 2021 [Docket No. 960], *without Exhibits 1-2*, and the "Notice of Motion to Assume McKenzie N.D. Sec 28 & 33 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1042], (the "McKenzie 28 & 33 Motion/Notice"),

i.  "Motion to Assume McKenzie N.D. Sec 29 & 32 Joint Operating Agreement (Sklarco, LLC)," dated March 1, 2021 [Docket No. 961], *without Exhibits 1-2,* and the "Notice of Motion to Assume McKenzie N.D. Sec 29 & 32 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1043], (the "McKenzie 29 & 32 Motion/Notice"),

j.  "Motion to Assume McKenzie N.D. Sec 28 Joint Operating Agreement (Sklarco, LLC)," dated March 1, 2021 [Docket No. 962], *without Exhibits 1-2,* and the "Notice of "Motion to Assume McKenzie N.D. Sec 28 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1044], (the "McKenzie 28 Motion/Notice"),

k.  "Motion to Assume Toby Horton GU #1-12 Joint Operating Agreement (Sklarco, LLC)," dated March 1, 2021 [Docket No. 963], *without Exhibits 1-2,* and the "Notice of Motion to Assume Toby Horton GU #1-12 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1045], (the "Toby Motion/Notice"),

l.  "Motion to Assume W.M. Stevens #1 & #2 Joint Operating Agreement (Sklarco, LLC)," dated March 1, 2021 [Docket No. 964], *without Exhibits 1-2,* and the "Notice of Motion to Assume W.M. Stevens #1 & #2 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1046], (the "W.M. Stevens Motion/Notice"),

m.  "Motion to Assume Fairway (James Lime) Unit Agreement, Unit Operating Agreement, & Gas Plant Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 979], *without Exhibits 1-2,* and the "Notice of Motion to Assume Fairway (James Lime) Unit Agreement, Unit Operating Agreement, & Gas Plant Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1012], (the "Fairway Motion/Notice"),

n.  "Motion to Assume Cottle-Reeves Unit Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 980], *without Exhibits 1-2,* and the "Notice of Motion to Assume Cottle-Reeves Unit Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1013], (the "Cottle-Reeves Motion/Notice"),

o.  "Motion to Assume B.H. Clements #1 Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 981], *without Exhibits 1-2,* and the "Notice of Motion to Assume B.H. Clements #1 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1014], (the "B.H. Clements Motion/Notice"),

p.  "Motion to Assume Evans J #1 Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 982], *without Exhibits 1-2,* and the "Notice of Motion to Assume Evans J #1 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1015], (the "Evans Motion/Notice"),

q.   "Motion to Assume Oleo Stockton Unit No. 1 Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 983], *without Exhibits 1-2*, and the "Notice of Motion to Assume Oleo Stockton Unit No. 1 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1017], (the "Oleo Motion/Notice"),

r.   "Motion to Assume Coquina Waterflood Unit Operating Agreement (Sklarco, LLC)," dated February 26, 2021 [Docket No. 984], *without Exhibits 1-2*, and the "Notice of Motion to Assume Coquina Waterflood Unit Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1018], (the "Coquina Motion/Notice"),

s.   "Motion to Assume Ellen Graham #1 Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 985], *without Exhibits 1-2*, and the "Notice of Motion to Assume Ellen Graham #1 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1016], (the "Ellen Motion/Notice"),

t.   "Motion to Assume Francis #1, #2 & #3 Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 986], *without Exhibits 1-2*, and the "Notice of Motion to Assume Francis #1, #2 & #3 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1019], (the "Francis Motion/Notice"),

u.   "Motion to Assume Kuehne Ranch Unit Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 987], *without Exhibits 1-2*, and the "Notice of Motion to Assume Kuehne Ranch Unit Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1020], (the "Kuehne Motion/Notice"),

v.   "Motion to Assume W.C. Williams Leases Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 988], *without Exhibits 1-2*, and the "Notice of Motion to Assume W.C. Williams Leases Joint Operating Agreement (Sklarco, LLC)," dated March 3. 2021 [Docket No. 1021], (the "W.C. Williams Motion/Notice"),

w.   "Motion to Assume Clayton-Franks Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 989], *without Exhibits 1-2*, and the "Notice of Motion to Assume Clayton-Franks Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1022], (the "Clayton Motion/Notice"),

x.   "Motion to Assume Smith Estate #1 Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 990], *without Exhibits 1-2*, and the "Notice of Motion to Assume Smith Estate #1 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1023], (the "Smith Motion/Notice"),

y.   "Motion to Assume Robinson #1 Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 991], *without Exhibits 1-2*, and the "Notice of Motion to Assume Robinson #1 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1024], (the "Robinson Motion/Notice"),

z. "Motion to Assume Brown A-3 Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 992], *without Exhibits 1-2*, and the "Notice of Motion to Assume Brown A-3 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1025], (the "Brown Motion/Notice"),

aa. "Motion to Assume R.L. Bond No. 1 Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 993], *without Exhibits 1-2*, and the "Notice of Motion to Assume R.L. Bond No. 1 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1026], (the "R.L. Bond Motion/Notice"),

bb. "Motion to Assume Hairgrove #1 & #2 Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 994], *without Exhibits 1-2*, and the "Notice of Motion to Assume Hairgrove #1 & #2 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1027], (the "Hairgrove Motion/Notice"),

cc. "Motion to Assume Williamson #3 Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 995], *without Exhibits 1-2*, and the "Notice of Motion to Assume Williamson #3 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1028], (the "Williamson Motion/Notice"),

dd. "Motion to Assume Deason #1 Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 996], *without Exhibits 1-2*, and the "Notice of Motion to Assume Deason #1 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1029], (the "Deason Motion/Notice"),

ee. "Motion to Assume Harrison E GU 1 Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 997], *without Exhibits 1-2*, and the "Notice of Motion to Assume Harrison E GU 1 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1030], (the "Harrison Motion/Notice"),

ff. "Motion to Assume Cooke, J.W. #2 Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 998], (the "Cooke Motion"),

gg. "Motion to Assume Lillie J. Price Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 999], *without Exhibits 1-2*, and the "Notice of Motion to Assume Lillie J. Price Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1032], (the "Lillie Motion/Notice"),

hh. "Motion to Assume Lohmann #1 Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 1000], *without Exhibits 1-2*, and the "Notice of Motion to Assume Lohmann #1 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1033], (the "Lohmann Motion/Notice"),

ii.   "Motion to Assume H.B. Frost Gas Unit Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 1001], *without Exhibits 1-2*, and the "Notice of Motion to Assume H.B. Frost Gas Unit Joint Operating Agreement (Sklarco, LLC)," dated Marchc 3, 2021 [Docket No. 1034], (the "H.B. Frost Motion/Notice"),

jj.   "Motion to Assume Beall, R #1 Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 1002], *without Exhibits 1-2*, and the "Notice of Motion to Assume Beall, R #1 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1035], (the "Beall Motion/Notice"),

kk.   "Motion to Assume C.W. Lee Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 1003], *without Exhibits 1-2*, and the "Notice of Motion to Assume C.W. Lee Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1036], (the "C.W. Lee Motion/Notice"),

ll.   "Motion to Assume West Grice Unit 17-13 #1 Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 1004], *without Exhibits 1-2*, and the "Notice of Motion to Assume West Grice Unit 17-13 #1 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1037], (the "West Grice Motion/Notice"),

mm.   "Motion to Assume Harrison C-1 Gas Unit Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 1005], *without Exhibits 1-2*, and the "Notice of Motion to Assume Harrison C-1 Gas Unit Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1035], (the "Harrison C-1 Motion/Notice"), and

nn.   "Motion to Assume HB Frost Unit #23H Joint Operating Agreement (Sklarco, LLC)," dated February 26, 2021 [Docket No. 1006], *without Exhibits 1-2*, and the "Notice of Motion to Assume HB Frost Unit #23h Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1039], (the "HB Frost C-1 Motion/Notice").

by causing true and correct copies of the:

i.   Paluxy Motion/Notice, Dorcheat Motion/Notice, Bellwood Motion/Notice, Black Lake Motion/Notice, Schumann Motion/Notice, Pate 10-1 Motion/Notice, McKenzie 27 & 34 Motion/Notice, McKenzie 28 & 33 Motion/Notice, McKenzie 29 & 32 Motion/Notice, Toby Motion/Notice, W.M. Stevens Motion/Notice, Fairway Motion/Notice, Cottle-Reeves Motion/Notice, B.H. Clements Motion/Notice, Evans Motion/Notice, Oleo Motion/Notice, Coquina Motion/Notice, Ellen Motion/Notice, Francis Motion/Notice, Kuehne Motion/Notice, W.C. Williams Motion/Notice, Clayton Motion/Notice, Smith Motion/Notice, Robinson Motion/Notice, Brown Motion/Notice, R.L. Bond Motion/Notice, Hairgrove Motion/Notice, Williamson Motion/Notice, Deason Motion/Notice, Cooke Motion/Notice, Lillie Motion/Notice, Lohmann Motion/Notice, H.B. Frost Motion/Notice, Beall Motion/Notice, West Grice Motion/Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, on March 3, 2021,

ii.  Paluxy Motion/Notice, to be delivered via first class mail to those parties listed on the annexed Exhibit B, on March 3, 2021,

iii. Dorcheat Motion/Notice, to be delivered via first class mail to those parties listed on the annexed Exhibit C, on March 3, 2021,

iv.  Bellwood Motion/Notice, to be delivered via first class mail to those parties listed on the annexed Exhibit D, on March 3, 2021,

v.   Black Lake Motion/Notice, to be delivered via first class mail to those parties listed on the annexed Exhibit E, on March 3, 2021,

vi.  Schumann Motion/Notice, to be delivered via first class mail to those parties listed on the annexed Exhibit F, on March 3, 2021,

vii. Pate 10-1 Motion/Notice, to be delivered via first class mail to those parties listed on the annexed Exhibit G, on March 3, 2021,

viii. McKenzie 27 & 34 Motion/Notice, McKenzie 28 & 33 Motion/Notice, and McKenzie 29 & 32 Motion/Notice, to be delivered via first class mail to those parties listed on the annexed Exhibit H, on March 3, 2021,

ix.  Toby Motion/Notice, to be delivered via first class mail to those parties listed on the annexed Exhibit I, on March 3, 2021,

x.   W.M. Stevens Motion/Notice, to be delivered via first class mail to those parties listed on the annexed Exhibit J, on March 3, 2021,

xi.    Fairway Motion/Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit K</u>, on March 3, 2021,

xii.    Cottle-Reeves Motion/Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit L</u>, on March 3, 2021,

xiii.    B.H. Clements Motion/Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit M</u>, on March 3, 2021,

xiv.    Evans Motion/Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit N</u>, on March 3, 2021,

xv.    Oleo Motion/Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit O</u>, on March 3, 2021,

xvi.    Coquina Motion/Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit P</u>,

xvii.    Ellen Motion/Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit Q</u>, on March 3, 2021,

xviii.    Francis Motion/Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit R</u>, on March 3, 2021,

xix.    Kuehne Motion/Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit S</u>, on March 3, 2021,

xx.    W.C. Williams Motion/Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit T</u>, on March 3, 2021,

xxi.    Clayton Motion/Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit U</u>, on March 3, 2021,

xxii.    Smith Motion/Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit V</u>, on March 3, 2021,

xxiii.    Robinson Motion/Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit W</u>, on March 3, 2021,

xxiv.    Brown Motion/Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit X</u>, on March 3, 2021,

xxv.    R.L. Bond Motion/Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit Y</u>, on March 3, 2021,

xxvi.    Hairgrove Motion/Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit Z</u>, on March 3, 2021,

xxvii.      Williamson Motion/Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit A1</u>, on March 3, 2021,

xxviii.     Deason Motion/Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit B1</u>, on March 3, 2021,

xxix.       Cooke Motion/Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit D1</u>, on March 3, 2021,

xxx.        Lillie Motion/Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit E1</u>, on March 3, 2021,

xxxi.       Lohmann Motion/Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit F1</u>, on March 3, 2021,

xxxii.      H.B. Frost Motion/Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit G1</u>, on March 3, 2021,

xxxiii.     Beall Motion/Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit H1</u>, on March 3, 2021,

xxxiv.      West Grice Motion/Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit J1</u>, on March 3, 2021,

xxxv.       Harrison Motion/Notice, C.W. Lee Motion/Notice, Harrison C-1 Motion/Notice, and HB Frost C-1 Motion/Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, on March 4, 2021,

xxxvi.      Harrison Motion/Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit C1</u>, on March 4, 2021,

xxxvii.     C.W. Lee Motion/Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit I1</u>, on March 4, 2021,

xxxviii.    Harrison C-1 Motion/Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit K</u>, on March 4, 2021, and

xxxix.      HB Frost C-1 Motion/Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit L</u>, on March 4, 2021.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
16th day of March, 2021
*/s/ Amy E. Lewis*

Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ADAM L. HIRSCH, ESQ. | DAVIS GRAHAM & STUBBS LLP 1550 SEVENTEENTH STREET SUITE 500 DENVER CO 80202 |
| AMY L. VAZQUEZ, ESQ. | JONES WALKER LLP 811 MAIN STREET SUITE 2900 HOUSTON TX 77002 |
| ANDREW G. EDSON, ESQ. | CLARK HILL STRASBURGER 901 MAIN STREET SUITE 6000 DALLAS TX 75202 |
| ANDREW J. SHAVER, ESQ. | BRADLEY ARANT BOULT CUMMINGS LLP 1819 FIFTH AVENUE NORTH BIRMINGHAM AL 35203 |
| ARMISTEAD M. LONG, ESQ. | GORDON ARATA MONTGOMERY BARNETT MCCOLLAM DUPLANTIS & EAGAN, LLC 400 EAST KALISTE SALOON ROAD SUITE 4200 LAFAYETTE LA 70508 |
| BAKER HUGHES COMPANY | (REPRESENTATIVE: CHRISTOPHER J. RYAN) 2001 RANKIN ROAD HOUSTON TX 77073 |
| BARNET B. SKELTON, JR., ESQ. | 815 WALKER SUITE 1502 HOUSTON TX 77002 |
| BELINDA HARRISON | 58 COUNTY ROAD 5033 HEIDELBERG MS 39439 |
| BRIAN G. RICH, ESQ. MICHAEL J. NILES, ESQ. | BERGER SINGERMAN LLP 313 NORTH MONROE STREET SUITE 301 TALLAHASSEE FL 32301 |
| BRYCE A. SUZUKI, ESQ. | BRYAN CAVE LEIGHTON PAISNER, LLP TWO NORTH CENTRAL AVENUE SUITE 2100 PHOENIX AZ 85004-4406 |
| CASEY C. BREESE, ESQ. | WELBORN SULLIVAN MECK & TOOLEY, P.C. 1125 17TH STREET SUITE 2200 SOUTH DENVER CO 80202 |
| CHRIS CROWLEY, ESQ. | FELDMANN NAGEL CANTAFIO, PLLC 1875 LAWRENCE STREET SUITE 730 DENVER CO 80202 |
| CHRISTOPHER H. MEREDITH, ESQ. | COPELAND COOK TAYLOR & BUSH, P.A. 1076 HIGHLAND COLONY PARKWAY 600 CONCOURSE, SUITE 200 P.O. BOX 6020 RIDGELAND MS 39158-6020 |
| CHRISTOPHER H. MEREDITH, ESQ. | GLENN GATES TAYLOR, ESQ. COPELAND COOK TAYLOR & BUSH, P.A. 600 CONCOURSE, SUITE 200 1076 HIGHLAND COLONY PARKWAY P.O. BOX 6020 RIDGELAND MS 39158-6020 |
| CRAIG K. SCHUENEMANN, ESQ. BRYAN CAVE LEIGHTON | PAISNER LLP 1700 LINCOLN STREET SUITE 4100 DENVER CO 80203 |
| CRAIG M. GENO, ESQ. | LAW OFFICES OF CRAIG M. GENO, PLLC 587 HIGHLAND COLONY PARKWAY RIDGELAND MS 39157 |
| CURTIS R. SHELTON, ESQ. | JENNIFER NORRIS SOTO, ESQ. AYRES SHELTON WILLIAMS BENSON & PAINE, LLC 333 TEXAS STREET, SUITE 1400 P.O. BOX 1764 SHREVEPORT LA 71166 |
| DAVID M. MILLER, ESQ. | SPENCER FANE LLP 1700 LINCOLN STREET SUITE 2000 DENVER CO 80203 |
| DAVID R. TAGGART, ESQ. | BRADLEY MURCHISON KELLY & SHEA, LLC 401 EDWARDS STREET SUITE 1000 SHREVEPORT LA 71101 |
| DUANE J. BRESCIA, ESQ. | CLARK HILL STRASBURGER 720 BRAZOS SUITE 700 AUSTIN TX 78701 |
| DUANE J. BRESCIA, ESQ. | CLARK HILL STRASBURGER 720 BRAZOS STREET SUITE 700 AUSTIN TX 78701 |
| GIOVANNI M. RUSCITTI, ESQ. | BERG HILL GREENLEAF RUSCITTI, LLP 1712 PEARL STREET BOULDER CO 80302 |
| J. ERIC LOCKRIDGE, ESQ. KEAN MILLER LLP | 400 CONVENTION STREET SUITE 700 P.O. BOX 3513 BATON ROUGE LA 70802 |
| JAMES B. BAILEY, ESQ. | BRADLEY ARANT BOULT CUMMINGS, LLP 1819 FIFTH AVENUE NORTH BIRMINGHAM AL 35203 |
| JEFF CARRUTH, ESQ. | WEYCER KAPLAN PULASKI & ZUBER, P.C. 11 GREENWAY PLAZA SUITE 1400 HOUSTON TX 77046 |
| JENNIFER J. HARDY, ESQ. | WILLKIE FARR & GALLAGHER, LLP 600 TRAVIS STREET HOUSTON TX 77002 |
| JEREMY L. RETHERFORD, ESQ. | BALCH & BINGHAM, LLP 1901 SIXTH AVENUE NORTH SUITE 1500 BIRMINGHAM AL 35203 |
| JOHN D. CORNWELL, ESQ. GRANT M. BEINER, ESQ. | CHRISTOPHER D. JOHNSON, ESQ. MUNSCH HARDT KOPF & HARR, P.C. 700 MILAM STREET SUITE 2700 HOUSTON TX 77002 |
| JOHN H. SMITH | QUITMAN TANK SOLUTIONS, LLC P.O. BOX 90 QUITMAN MS 39355 |
| JORDAN B. BIRD, ESQ. | COOK YANCEY KING & GALLOWAY, APLC 333 TEXAS STREET SUITE 1700 P.O BOX 22260 SHREVEPORT LA 71120-2260 |
| JORDAN B. BIRD, ESQ. | COOK YANCEY KING & GALLOWAY, APLC 333 TEXAS STREET SUITE 1700 SHREVEPORT LA 71120-2260 |
| JOSEPH E. BAIN, ESQ. | JONES WALKER LLP 811 MAIN STREET SUITE 2900 HOUSTON TX 77002 |
| KATHERINE A. ROSS, ESQ. | U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLORADO ASSISTANT UNITED STATES ATTORNEY 1801 CALIFORNIA STREET SUITE 1600 DENVER CO 80202 |
| KATHERINE GUIDRY DOUTHITT, ESQ. | BLANCHARD WALKER O'QUIN & ROBERTS P.O. BOX 1126 SHREVEPORT LA 71163 |
| KELLEY BROTHERS CONTRACTORS, INC. (REPRESENTATIVE: | JERRY KELLEY) 401 COUNTY FARM ROAD WAYNESBORO MS 39367 |
| KEVIN S. NEIMAN, ESQ. | LAW OFFICES OF KEVIN S. NEIMAN, P.C. 999 18TH STREET SUITE 1230 SOUTH DENVER |

| Claim Name | Address Information |
| --- | --- |
| KEVIN S. NEIMAN, ESQ. | CO 80202 |
| MADISON TUCKER, ESQ. | JONES WALKER LLP 201 ST. CHARLES AVENUE SUITE 5100 NEW ORLEANS LA 70170 |
| MATTHEW J. OCHS, ESQ. | HOLLAND & HART, LLP 555 SEVENTEENTH STREET SUITE 3200 P.O. BOX 8749 DENVER CO 80201-8749 |
| MATTHEW S. OKIN, ESQ. | OKIN ADAMS, LLP 1113 VINE STREET SUITE 240 HOUSTON TX 77002 |
| MATTHEW S. OKIN, ESQ. | JOHN THOMAS OLDHAM, ESQ. OKIN ADAMS LLP 1113 VINE STREET SUITE 240 HOUSTON TX 77002 |
| MESA FLUIDS, LLC | (REPRESENTATIVE: AARON W. MERRELL) 1669 SOUTH 580 EAST AMERICAN FORK UT 84057 |
| MICHAEL E. RIDDICK, ESQ. | KATHERINE GUIDRY DOUTHILL, ESQ. BLANCHARD WALKER O'QUIN & ROBERTS, P.C. 333 TEXAS STREET REGIONS TOWER SUITE 700 SHREVEPORT LA 71101 |
| MICHAEL J. GUYERSON, ESQ. | BUECHLER LAW OFFICE, LLC 999 18TH STREET SUITE 1230 SOUTH DENVER CO 80202 |
| MICHAEL L. NILES, ESQ. BRIAN G. RICH, ESQ. | BERGER SINGERMAN LLP 313 NORTH MONROE STREET SUITE 301 TALLAHASSEE FL 32301 |
| MICHEL D. RUBENSTEIN, ESQ. | LISKOW & LEWIS 1001 FANNIN STREET SUITE 1800 HOUSTON TX 77002 |
| PAUL H. STEPHENSON III, ESQ. | JIM F. SPENCER, JR., ESQ. WATKINS & EAGER, PLLC P.O. BOX 650 JACKSON MS 39205 |
| PAUL MOSS, ESQ. | US TRUSTEE'S OFFICE 1961 STOUT STREET SUITE 12-200 DENVER CO 80294 |
| RAPAD WELL SERVICE COMPANY, INC. (REPRESENTATIVE: | CHESLEY JAMES) C/O JEREMY RETHERFORD, ESQ. BALCH & BINGHAM, LLP 1901 SIXTH AVENUE NORTH SUITE 1500 BIRMINGHAM AL 35203-4642 |
| ROBERT L. PADDOCK, ESQ. | BUCK KEENAN LLP 2229 SAN FELIPE SUITE 1000 HOUSTON TX 77019 |
| ROBERT PADJEN, ESQ. DEANNA LEE WESTFALL, ESQ. | ASSISTANT ATTORNEY GENERAL COLORADO DEPARTMENT OF LAW 1300 BROADWAY 8TH FLOOR DENVER CO 80203 |
| RYAN J. LORENZ, ESQ. | CLARK HILL PLC 14850 NORTH SCOTTSDALE ROAD SUITE 500 SCOTTSDALE AZ 85254 |
| RYAN M. SEIDEMANN, ESQ. ASSISTANT ATTORNEY GENERAL | CIVIL DIVISION/LANDS AND NATURAL RESOURCES P.O. BOX 94005 P.O. BOX 94005 BATON ROUGE LA 70804-9005 |
| RYCO EXPLORATION, LLC | 40 GOLF CLUB DRIVE ATTN: M. ROBIN SMITH HAUGHTON LA 71037 |
| RYCO EXPLORATION, LLC | 401 EDWARDS STREET SUITE 915 ATTN: M. ROBIN SMITH SHREVEPORT LA 71101 |
| SHAY L. DENNING, ESQ. | THOMAS H. SHIPPS, ESQ. MAYNES, BRADFORD, SHIPPS & SHEFTEL, LLP 835 EAST SECOND AVENUE SUITE 123 DURANGO CO 81301 |
| STEPHEN K. LECHOLOP II, ESQ. | ROSENTHAL PAUERSTEIN, ESQ. SANDOLOSKI AGATHER LLP 755 EAST MULBERRY SUITE 200 SAN ANTONIO TX 78212 |
| STONEHAM DRILLING CORPORATION (REPRESENTATIVE: | HEATHER STICKEL) C/O JAMES B. BAILEY, ESQ. BRADLEY ARANT BOULT CUMMINGS, LLP 1819 FIFTH AVENUE NORTH BIRMINGHAM AL 35203 |
| TCP COTTONWOOD, L.P. (REPRESENTATIVE: KYLE C. | MCINNIS) C/O ERIC LOCKRIDGE 400 CONVENTION STREET SUITE 700 BATON ROUGE LA 70801 |
| THEODORE J. HARTL, ESQ. | BALLARD SPAHR LLP 1225 17TH STREET SUITE 2300 DENVER CO 80202-5596 |
| TIMOTHY C. MOHAN, ESQ. FOLEY & LARDNER, LLP | 600 17TH STREET SUITE 2020 SOUTH DENVER CO 80202 |
| TIMOTHY M. RILEY, ESQ. | HOPPING GREEN & SAMS, P.A. P.O. BOX 6526 TALLAHASSEE FL 32314 |
| TIMOTHY M. SWANSON, ESQ. | MOYE WHITE LLP 1400 16TH STREET 6TH FLOOR DENVER CO 80202-1486 |
| TIMOTHY M. SWANSON, ESQ. | MOYE WHITE LLP 1400 16TH STREET SUITE 600 DENVER CO 80206 |
| VICTORIA ARGEROPLOS, ESQ. | JACKSON WALKER LLP 1401 MCKINNEY STREET SUITE 1900 HOUSTON TX 77010 |

**Total Creditor count  64**

# EXHIBIT B

| Claim Name | Address Information |
| --- | --- |
| GOODRICH PETROLEUM OF LA | 310 BUTLER STREET SPRINGHILL LA 71075 |

**Total Creditor count  1**

# EXHIBIT C

| Claim Name | Address Information |
|------------|---------------------|
| BONANZA CREEK ENERGY INC. | 410 17TH STREET, SUITE 1400 DENVER CO 80202 |
| BONANZA CREEK ENERGY RESOURCES, LLC | FOUR HOUSTON CTR 1331 LAMAR ST, STE 1135 HOUSTON TX 77010 |
| CALPINE NATURAL GAS COMPANY | 1000 RYAN STREET LAKE CHARLES LA 70601 |
| EAGLE OIL & GAS CO | 2525 KELL BLVD, SUITE 510 WICHITA FALLS TX 76308 |
| HOLMES EASTERN CO, LLC | 4900 CALIFORNIA AVE SUITE 350, TOWER B BAKERSFIELD CA 93309 |
| MISSION CREEK RESOURCES, LLC | 25700 I-45 N, SUITE 4067 THE WOODLANDS TX 77386 |
| ROSETTA RESOURCES | 717 TEXAS AVENUE, STE. 2800 HOUSTON TX 77002 |

**Total Creditor count  7**

# EXHIBIT D

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| J-O-B OPERATING COMPANY | P.O. BOX 5928 SHREVEPORT LA 71135-5928 |

**Total Creditor count  1**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| CHESAPEAKE EXPLORATION LTD | P.O. BOX 650841 DALLAS TX 75265-0841 |
| EXCO RESOURCES, INC. | P.O. BOX 972704 DALLAS TX 75397-2704 |

**Total Creditor count  2**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| DAMRON ENERGY, LLC | P. O. BOX 886 EDEN TX 76837 |
| LECLAIR OPERATING CO., INC. | 1009 PETROLEUM DRIVE ABILENE TX 79602 |

**Total Creditor count  2**

# EXHIBIT G

| Claim Name | Address Information |
|---|---|
| BANTAM CREEK LLC | 4712 LAKESIDE DRIVE COLLEYVILLE TX 76034 |
| BUNDERO INVESTMENT COMPANY, L.L.C. | 401 EDWARDS ST, STE 820 SHREVEPORT LA 71101 |
| CRAFT EXPLORATION COMPANY L.L.C. | 222 EAST TYLER STREET LONGVIEW TX 75601 |
| DOUBLEPINE INVESTMENTS, LTD. | 4851 LBJ, FREEWAY, SUITE 210 DALLAS TX 75244 |
| FANT ENERGY LIMITED | P.O. BOX 55205 HOUSTON TX 77255 |
| FLETCHER PETROLEUM CORP | PO BOX 2147 FAIRHOPE AL 36533 |
| FPCC USA, INC. | 245 COMMERCE GREEN BLVD, STE 250 SUGAR LAND TX 77478 |
| JF HOWELL INTERESTS, LP | 416 TRAVIS STREET, SUITE 700 SHREVEPORT LA 71101 |
| JJS INTERESTS ESCAMBIA, LLC | 2001 KIRBY DR SUITE 1110 HOUSTON TX 77019 |
| LANDMARK EXPLORATION, LLC | P O BOX 12004 JACKSON MS 39236-2004 |
| MARKSCO, L.L.C. | 333 TEXAS STREET SUITE 1050 SHREVEPORT LA 71101 |
| PICKENS FINANCIAL GROUP, LLC | 10100 N. CENTRAL EXPRESSWAY STE 200 DALLAS TX 75231-4159 |
| RESOURCE VENTURES, LLC | 7112 W JEFFERSON AVE SUITE 106 LAKEWOOD CO 80235 |
| RUDMAN FAMILY TRUST | 5910 NORTH CENTRAL EXPRESSWAY STE 1662 DALLAS TX 75206 |
| TARA RUDMAN REVOCABLE TRUST | 5910 NORTH CENTRAL EXPRESSWAY, STE 1662 DALLAS TX 75206 |
| TAUBER EXPLORATION & PRODUCTION CO | 55 WAUGH DRIVE, STE 600 HOUSTON TX 77007 |
| THE RUDMAN PARTNERSHIP | 1700 PACIFIC AVE. SUITE 4700 DALLAS TX 75201 |
| TIEMBO LTD. | P.O. BOX 270415 HOUSTON TX 77277-0415 |
| TRIMBLE ENERGY, LLC | 11816 INWOOD ROAD #11 5855 MILTON STREET APT. 405 DALLAS TX 75244 |

**Total Creditor count  19**

**EXHIBIT H**

| Claim Name | Address Information |
|---|---|
| HELIS OIL & GAS COMPANY | 912 WHITNEY BNK BLDG 228 ST. CHARLES AVE NEW ORLEANS LA 70130 |
| QEP ENERGY COMPANY | PO BOX 204033 DALLAS TX 75320-4033 |

**Total Creditor count  2**

# EXHIBIT I

| Claim Name | Address Information |
| --- | --- |
| BURK ROYALTY CO., LTD. | 717 TEXAS, SUITE 2100 HOUSTON TX 77002 |

**Total Creditor count  1**

**EXHIBIT J**

Sklar Exploration Company, LLC

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AMPLIFY ENERGY OPERATING, LLC | 500 DALLAS ST., STE 1700 HOUSTON TX 77002 |
| EOG RESOURCES, INC. | P.O. BOX 840319 DALLAS TX 75284-0319 |

**Total Creditor count  2**

# EXHIBIT K

| Claim Name | Address Information |
|---|---|
| DBA GRIZZLY OPERATING, LLC | PO BOX 46094 HOUSTON TX 77210-6094 |
| HUNT OIL COMPANY | P.O. BOX 840729 DALLAS TX 75284-0729 |
| HUNT PETROLEUM COMPANY | 1601 ELM STREET, SUITE 4700 DALLAS TX 75201 |

**Total Creditor count  3**

**EXHIBIT L**

| Claim Name | Address Information |
| --- | --- |
| ANADARKO PETROLEUM CORPORATION | 1201 LAKE ROBBINS DRIVE THE WOODLANDS TX 77380 |
| CCI EAST TEXAS UPSTREAM, LLC | 811 MAIN STREET, SUITE 1500 HOUSTON TX 77002 |

**Total Creditor count  2**

# EXHIBIT M

| Claim Name | Address Information |
|---|---|
| AETHON ENERGY OPERATING, LLC | 12377 MERIT DRIVE, STE. 1200 DALLAS TX 75251 |

**Total Creditor count  1**

**EXHIBIT N**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| NADEL & GUSSMAN | 524 E. KINGS HWY SHREVEPORT LA 71105-2032 |

**Total Creditor count  1**

**EXHIBIT O**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| J-O'B OPERATING COMPANY | P.O. BOX 5928 SHREVEPORT LA 71135-5928 |

**Total Creditor count  1**

**EXHIBIT P**

| Claim Name | Address Information |
| --- | --- |
| RODESSA OPERATING | 4085 EMIL ST ROBSTOWN TX 78380 |

**Total Creditor count  1**

# EXHIBIT Q

SKLAR EXPLORATION COMPANY, LLC

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| OPAL #1 | 330 MARSHALL STREET SUITE 1200 SHREVEPORT LA 71101 |

**Total Creditor count  1**

**EXHIBIT R**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| FULLER PRODUCTION, INC. | 9434 PITCH PINE SHREVEPORT LA 71118 |

**Total Creditor count  1**

# EXHIBIT S

| Claim Name | Address Information |
|---|---|
| ANADARKO PETROLEUM CORPORATION | 1201 LAKE ROBBINS DRIVE THE WOODLANDS TX 77380 |
| HELIS OIL & GAS COMPANY | 912 WHITNEY BNK BLDG 228 ST. CHARLES AVE NEW ORLEANS LA 70130 |
| SAMEDAN OIL CORPORATION | 1001 NOBLE ENERGY WAY HOUSTON TX 77070-1435 |
| URBAN OIL & GAS GROUP, LLC | P. O. BOX 650823 DALLAS TX 75265 |

**Total Creditor count  4**

**EXHIBIT T**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CLASSIC OIL & GAS, INC | 305 MARKET ST. SHREVEPORT LA 71101 |

**Total Creditor count  1**

**EXHIBIT U**

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| BONANZA CREEK ENERGY RESOURCES, LLC | FOUR HOUSTON CTR 1331 LAMAR ST, STE 1135 HOUSTON TX 77010 |
| LONGVIEW PRODUCTION COMPANY | 5949 SHERRY LANE SUITE 1475 DALLAS TX 75225 |
| MAGNUM PRODUCING, LP | 500 N. SHORELINE, SUITE 322 CORPUS CHRISTI TX 78401-0313 |
| MISSION CREEK RESOURCES, LLC | 25700 I-45 N, SUITE 4067 THE WOODLANDS TX 77386 |
| QUESTAR | P.O. BOX 45601 SALT LAKE CITY UT 84145-0601 |

Total Creditor count  5

# EXHIBIT V

| Claim Name | Address Information |
| --- | --- |
| CYPRESS OPERATING, INC. | 330 MARSHALL ST. SUITE 930 SHREVEPORT LA 71101 |

**Total Creditor count  1**

**EXHIBIT W**

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| SUGAR CREEK EXPLORATION, LLC | PO BOX 1756 SHREVEPORT LA 71166 |

**Total Creditor count  1**

**EXHIBIT X**

| Claim Name | Address Information |
|---|---|
| PHILLIPS ENERGY, INC | 330 MARSHALL ST. SUITE 300 SHREVEPORT LA 71101 |

**Total Creditor count  1**

**EXHIBIT Y**

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| MARATHON OIL COMPANY | DEPT 0767 P.O. BOX 120767 DALLAS TX 75312-0767 |

**Total Creditor count  1**

# EXHIBIT Z

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CLAYTON WILLIAMS | 1001 NOBLE ENERGY WAY HOUSTON TX 77070 |

**Total Creditor count  1**

# EXHIBIT A1

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ENERGY WEST CORPORATION | 605 RICHARD ARRINGTON BLVD. N BIRMINGHAM AL 35203-2707 |
| HIGHMARK ENERGY OPERATING, LLC | 4849 GREENVILLE AVE STE 1250 DALLAS TX 75206-4188 |

**Total Creditor count  2**

**EXHIBIT B1**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SHELBY OIL & GAS, INC. | 6003 EAST RIDGE DR #37347 SHREVEPORT LA 71106-2425 |

**Total Creditor count  1**

# EXHIBIT C1

| Claim Name | Address Information |
| --- | --- |
| AMPLIFY ENERGY OPERATING, LLC | 500 DALLAS ST., STE 1700 HOUSTON TX 77002 |
| EOG RESOURCES, INC. | P.O. BOX 840319 DALLAS TX 75284-0319 |

**Total Creditor count  2**

# EXHIBIT D1

| Claim Name | Address Information |
| --- | --- |
| ANADARKO PETROLEUM CORPORATION | 1201 LAKE ROBBINS DRIVE THE WOODLANDS TX 77380 |
| CCI EAST TEXAS UPSTREAM, LLC | 811 MAIN STREET, SUITE 1500 HOUSTON TX 77002 |

**Total Creditor count  2**

# EXHIBIT E1

| Claim Name | Address Information |
| --- | --- |
| S & P CO. | 330 MARSHALL ST STE 300 SHREVEPORT LA 71101 |
| SAMEDAN OIL CORPORATION | 1001 NOBLE ENERGY WAY HOUSTON TX 77070-1435 |
| STRAGO PETROLEUM CORPORATION | 3209 HAMM ROAD PEARLAND TX 77581-5503 |

**Total Creditor count  3**

# EXHIBIT F1

| Claim Name | Address Information |
|---|---|
| PHILLIPS ENERGY, INC | 330 MARSHALL ST. SUITE 300 SHREVEPORT LA 71101 |
| S & S OPERATING COMPANY, INC. | P.O. BOX 1250 WINNIE TX 77665-1250 |

**Total Creditor count  2**

# EXHIBIT G1

| Claim Name | Address Information |
| --- | --- |
| ANADARKO PETROLEUM CORPORATION | 1201 LAKE ROBBINS DRIVE THE WOODLANDS TX 77380 |
| CCI EAST TEXAS UPSTREAM, LLC | 811 MAIN STREET, SUITE 1500 HOUSTON TX 77002 |

**Total Creditor count  2**

# EXHIBIT H1

| Claim Name | Address Information |
|---|---|
| SAMSON LONE STAR L.P. | PO BOX 60 ARCADIA LA 71001 |
| TRIVIUM OPERATING, LLC | 301 COMMERCE STREET SUITE 3635 FORT  WORTH TX 76102 |

**Total Creditor count  2**

**EXHIBIT I1**

| Claim Name | Address Information |
|---|---|
| HELIS OIL & GAS COMPANY | 912 WHITNEY BNK BLDG 228 ST. CHARLES AVE NEW ORLEANS LA 70130 |
| QEP ENERGY COMPANY | PO BOX 204033 DALLAS TX 75320-4033 |

**Total Creditor count  2**

**EXHIBIT J1**

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| ZADECK ENERGY GROUP, INC. | 401 EDWARDS ST. SUITE 900 SHREVEPORT LA 71101 |

**Total Creditor count  1**

# EXHIBIT K1

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SAMSON LONE STAR L.P. | PO BOX 60 ARCADIA LA 71001 |
| THE LONG TRUSTS | P.O. BOX 3096 KILGORE TX 75663 |

**Total Creditor count  2**

# EXHIBIT L1

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AMPLIFY ENERGY OPERATING, LLC | 500 DALLAS ST., STE 1700 HOUSTON TX 77002 |
| EOG RESOURCES, INC. | P.O. BOX 840319 DALLAS TX 75284-0319 |

**Total Creditor count  2**