United States Bankruptcy Court
District of Colorado

| | |
|---|---|
| In re: | Case No. 20-12377-EEB |
| Sklar Exploration Company, LLC | Chapter 11 |
| Sklarco, LLC | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 1 of 8 |
| Date Rcvd: Mar 19, 2021 | Form ID: pdf904 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Sklar Exploration Company, LLC, Sklarco, LLC, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301-2541 |
| aty | + | Benjamin Y. Ford, RSA Tower, 27th Floor, 11 North Water Street, Mobile, AL 36602-3809 |
| aty | + | Cook, Yancey, King & Galloway, APLC, 333 Texas Street, Suite 1700, P.O. Box 22260, Shreveport, LA 71120-2260 |
| cr | + | AEEC II, LLC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | AEH Investments, LLC, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| cr | + | Anderson Exploration Energy Company, LC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Baker Hughes Holdings, LLC FKA Baker Hughes, a GE, C/O Christopher J. Ryan, 17021 Aldine Westfield Road, Houston, TX 77073-5101 |
| cr | + | Barbara P Lawrence, 55 Hill Circle, Evergreen, CO 80439-4618 |
| cr | + | Barnette & Benefield, Inc., PO Box 550, Haynesville, LA 71038-0550 |
| cr | + | Bundero Investment Company, LLC, 401 Edwards Street, Suite 820, Shreveport, LA 71101-5521 |
| cr | + | Estate of Pamela Page, Deceased, P.O. Box 374, Evergreen, CO 80437-0374 |
| cr | + | Foote Oil and Gas Properties, LLC, 1655 Prudential Drive, #161B, Jacksonville, FL 32207-8105 |
| cr | + | Franks Exploration Company, LLC, P.O. Box 7655, Shreveport, LA 71137-7655 |
| cr | + | Hughes Oil South, LLC, P.O. Box 608, Oxford, MS 38655-0608 |
| cr | + | I & L Miss I, LP, 4761 Frank Luck Dr, Addison, TX 75001-3202 |
| cr | + | J&A Harris, LP, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| cr | + | John H. Smith, c/o Quitman Tank Solutions, LLC, PO Box 90, Quitman, MS 39355-0090 |
| cr | + | KMR Investments, LLC, P.O. Box 417, Homer, LA 71040-0417 |
| cr | + | Kingston, LLC, 2790 South Thompson Street, Suite 102, Springdale, AR 72764-6303 |
| cr | + | Kodiak Gas Services, LLC, 15320 Hwy. 105, Suite 210, Montgomery, TX 77356-2602 |
| cr | + | Pickens Financial Group, LLC, 10100 N. Central Expressway, Suite 200, Dallas, TX 75231-4169 |
| cr | + | Stoneham Drilling Corporation, c/o Bradley, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | + | Sugar Oil Properties, L.P., 625 Market Street, Suite 100, Shreveport, LA 71101-5392 |
| cr | + | TCP Cottonwood, L.P., 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Tauber Exploration & Production Company, 55 Waugh Drive, Suite 700, Houston, TX 77007-5837 |
| intp | | The Juneau Group, 2386A Rice Blvd. #232, Houston, TX 77005 |
| 18754408 | + | Anderson Investment Holdings, LP, AEEC II, LLC, 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |
| 18754411 | + | Apple River Investments, L.L.C., Attn Robert M. Boeve, President, 1503 Garfield Road North, Traverse City, MI 49696-1111 |
| 18754484 | + | East West Bank Treasury Department, 135 North Los Robles Avenue, Suite 600, ATTN Linda Cox, Pasadena, CA 91101-4549 |
| 18754510 | #+ | FPCC USA, Inc., 245 Commerce Green Blvd, Ste 250, Sugar Land, TX 77478-3760 |
| 18754497 | + | Fant Energy Limited, P.O. Box 55205, Houston, TX 77255-5205 |
| 18754529 | + | H&H Construction, LLC, Ladon E. Hall, Sole Manager, P.O. Box 850, Flomaton, AL 36441-0850 |
| 18754560 | | JD Fields & Company, Inc., P.O. Box 134401, Houston, TX 77219-4401 |
| 18754567 | + | JJS Working Interest LLC, 2001 Kirby Dr, Suite 1110, Houston, TX 77019-6081 |
| 18754578 | + | Kelley Brothers Contractors, Inc., P.O. Drawer 1079, Waynesboro, MS 39367-1079 |
| 18754588 | + | Kudzu Oil Properties, LLC, 300 Concourse Blvd, Suite 101, Ridgeland, MS 39157-2091 |
| 18754598 | # | Lucas Petroleum Group, Inc., 327 Congress Avenue, Suite 500, Austin, TX 78701-3656 |
| 18754612 | + | Meritage Energy, Ltd., C/O BKD, LLP, 2700 Post Oak Blvd, Ste 1500, Houston, TX 77056-5829 |
| 18754613 | | Mesa Fluids, LLC, c/o Juno Financial, P.O. Box 173928, Denver, CO 80217-3928 |
| 18754664 | | Pro-Tek Field Services, LLC, P.O. Box 919269, Dallas, TX 75391-9269 |
| 18754666 | + | Pruet Oil Company, LLC, 217 West Capitol St. Ste 201, Jackson, MS 39201-2099 |
| 18754673 | + | Rapad Well Service Co., Inc., 217 West Capitol Street, Jackson, MS 39201-2004 |
| 18754720 | #+ | Stoneham Drilling Corporation, 707 17th Street, Suite 3250, Denver, CO 80202-3433 |

| District/off: 1082-1 | User: admin | Page 2 of 8 |
|---|---|---|
| Date Rcvd: Mar 19, 2021 | Form ID: pdf904 | Total Noticed: 50 |

| | | |
|---|---|---|
| 18754721 | # | Strago Petroleum Corporation, 3209 Hamm Road, Pearland, TX 77581-5503 |
| 18754735 | + | TCP Cottonwood, L.P., 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |
| 18754760 | + | Union Oilfield Supply, Inc., 12 John Dykes Road, Waynesboro, MS 39367-8371 |

TOTAL: 46

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: cmccord@mccordprod.com | Mar 20 2021 02:14:00 | CTM 2005, Ltd., 55 Waugh Drive, Suite 515, Houston, TX 77007-5840 |
| cr | + | Email/PDF: dor_tac_bankruptcy@state.co.us | Mar 20 2021 02:36:54 | Colorado Department Of Revenue, 1375 Sherman St., Room 504, Attention Bankruptcy Unit, Denver, CO 80261-3000 |
| cr | + | Email/Text: bankruptcy@coag.gov | Mar 20 2021 02:14:00 | Colorado Department of Law, 1300 Broadway, 8th Floor, Denver, CO 80203-2104 |
| cr | | Email/Text: tim.swanson@moyewhite.com | Mar 20 2021 02:14:00 | Kudzu Oil Properties, LLC, c/o Timothy M. Swanson, Moye White LLP, 1400 16th Street, 6th Floor, Denver, CO 80202 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Hall Management, LLC, 4913 Oak Point Drive |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2021                 Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam L. Hirsch | on behalf of Interested Party Howard F. Sklar  adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |
| Adam L. Hirsch | on behalf of Interested Party Howard Sklar Trust  adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |
| Amy Vazquez | on behalf of Creditor FPCC USA  Inc.  avazquez@joneswalker.com |
| Andrew James Shaver | on behalf of Creditor Premium Oilfield Services  LLC  ashaver@bradley.com |

District/off: 1082-1 | User: admin | Page 3 of 8
Date Rcvd: Mar 19, 2021 | Form ID: pdf904 | Total Noticed: 50

Armistead Mason Long
    on behalf of Creditor Pine Island Chemical Solutions  L.L.C. along@gamb.law

Barnet B Skelton, Jr
    on behalf of Creditor Tauber Exploration & Production Company barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor MER Energy  LTD barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor MR Oil & Gas  LLC barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor I & L Miss I  LP barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor The Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor Pickens Financial Group  LLC barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor CTM 2005  Ltd. barnetbjr@msn.com

Belinda Harrison
    belindapittsharrison@gmail.com belindapittsharrison@gmail.com

Brent R. Cohen
    on behalf of Creditor Fant Energy Limited bcohen@lrrc.com  brent-cohen-8759@ecf.pacerpro.com,jeastin@lrrc.com

Brian Rich
    on behalf of Creditor Fletcher Exploration  LLC brich@bergersingerman.com,
    efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich
    on behalf of Creditor Fletcher Petroleum Company  LLC brich@bergersingerman.com,
    efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich
    on behalf of Creditor Fletcher Petroleum Corp. brich@bergersingerman.com
    efile@bergersingerman.com;efile@ecf.inforuptcy.com

Bryce Suzuki
    on behalf of Creditor East-West Bank bsuzuki@swlaw.com  tina.daniels@bclplaw.com

Christopher Meredith
    on behalf of Attorney Copeland  Cook, Taylor & Bush, P.A. cmeredith@cctb.com,
    bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

Christopher Meredith
    on behalf of Creditor Eastern Fishing & Rental Tool Company  Inc. cmeredith@cctb.com,
    bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

Christopher Meredith
    on behalf of Creditor PAR Minerals Corporation cmeredith@cctb.com
    bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

Christopher Meredith
    on behalf of Creditor Coastal Exploration  Inc. cmeredith@cctb.com,
    bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

Christopher D. Johnson
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors cjohnson@munsch.com  scurry@munsch.com

Christopher M. Crowley
    on behalf of Creditor Liquid Gold Well Service  Inc. ccrowley@fncmlaw.com

Craig M. Geno
    on behalf of Creditor Alabama Oil Company cmgeno@cmgenolaw.com
    kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com

Craig M. Geno
    on behalf of Creditor Kudzo Oil Properties  LLC cmgeno@cmgenolaw.com,
    kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com

Craig M. Geno
    on behalf of Creditor Kudzu Oil Properties  LLC cmgeno@cmgenolaw.com,
    kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com

Craig M. Geno

|  |  |
|---|---|
|  | on behalf of Creditor Apple River Investments LLC cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com |
| Daniel L. Bray | on behalf of Creditor Weatherford U.S. L.P. daniel.bray@huschblackwell.com, ann.stolfa@huschblackwell.com;LegalSupportTeam-Litigation-DEN@huschblackwell.com;daniel-bray-5348@ecf.pacerpro.com |
| David M. Miller | on behalf of Creditor Bri-Chem Supply Corp. LLC dmiller@spencerfane.com, nschacht@spencerfane.com |
| David R Taggart | on behalf of Creditor JF Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com |
| David R Taggart | on behalf of Creditor JH Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com |
| Deanna L. Westfall | on behalf of Creditor Colorado Department Of Revenue deanna.westfall@coag.gov bncmail@w-legal.com |
| Duane Brescia | on behalf of Creditor Seitel Data Ltd. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com |
| Duane Brescia | on behalf of Creditor Lucas Petroleum Group Inc. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com |
| Duane Brescia | on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com djaenike@clarkhill.com;ckclark@clarkhill.com |
| Eric Lockridge | on behalf of Creditor Sugar Oil Properties L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com |
| Eric Lockridge | on behalf of Creditor Anderson Exploration Energy Company L.C. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com |
| Eric Lockridge | on behalf of Creditor Anderson Exploration Energy Company LC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com |
| Eric Lockridge | on behalf of Creditor TCP Cottonwood L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com |
| Eric Lockridge | on behalf of Creditor AEEC II LLC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com |
| Glenn Taylor | on behalf of Creditor Coastal Exploration Inc. gtaylor@cctb.com |
| Glenn Taylor | on behalf of Creditor PAR Minerals Corporation gtaylor@cctb.com |
| Glenn Taylor | on behalf of Creditor Eastern Fishing & Rental Tool Company Inc. gtaylor@cctb.com |
| Grant Matthew Beiner | on behalf of Creditor Committee The Official Committee of Unsecured Creditors gbeiner@munsch.com |
| James B. Bailey | on behalf of Creditor Stoneham Drilling Corporation jbailey@bradley.com ashaver@bradley.com,jbailey@ecf.courtdrive.com |
| Jeffery Dayne Carruth | on behalf of Creditor Halliburton Energy Services Inc. jcarruth@wkpz.com |
| Jeffrey R. Barber | on behalf of Creditor FPCC USA Inc. jbarber@joneswalker.com |
| Jeffrey S. Brinen | on behalf of Debtor Sklar Exploration Company LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com |
| Jeffrey S. Brinen | on behalf of Debtor Sklarco LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com |
| Jennifer Hardy | on behalf of Creditor JJS Interests Steele Kings LLC jhardy2@willkie.com, mao@willkie.com |
| Jennifer Hardy | on behalf of Creditor JJS Working Interests LLC jhardy2@willkie.com, mao@willkie.com |
| Jennifer Hardy | |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 5 of 8 |
| Date Rcvd: Mar 19, 2021 | Form ID: pdf904 | Total Noticed: 50 |

on behalf of Creditor JJS Interests Escambia LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Norris Soto

on behalf of Creditor Barnette & Benefield Inc. jennifersoto@arklatexlaw.com, curtisshelton@arklatexlaw.com,

Jenny M.F. Fujii

on behalf of Defendant Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii

on behalf of Debtor Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii

on behalf of Cross-Claimant Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii

on behalf of Debtor Sklarco LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jeremy L Retherford

on behalf of Creditor RAPAD Well Service Co. Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford

on behalf of Creditor Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford

on behalf of Plaintiff Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford

on behalf of Creditor Pruet Oil Company LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford

on behalf of Interested Party Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com

Jim F Spencer, Jr

on behalf of Creditor Landmark Exploration LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr

on behalf of Creditor Lexington Investments LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr

on behalf of Creditor Landmark Oil and Gas LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr

on behalf of Creditor Stone Development LLC jspencer@watkinseager.com, mryan@watkinseager.com

John Cornwell

on behalf of Creditor Committee The Official Committee of Unsecured Creditors jcornwell@munsch.com hvalentine@munsch.com

John Thomas Oldham

on behalf of Creditor Kodiak Gas Services LLC joldham@okinadams.com, bmoore@okinadams.com

Jonathan Dickey

on behalf of Creditor Foote Oil & Gas Properties LLC jmd@kutnerlaw.com, vlm@kutnerlaw.com

Jordan B. Bird

on behalf of Creditor Bundero Investment Company LLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Attorney Cook Yancey, King & Galloway, APLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor J&A Harris LP jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor Hughes Oil South LLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor Franks Exploration Company LLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor Hall Management LLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor Kingston LLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor AEH Investments LLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor KMR Investments LLC jordan.bird@cookyancey.com

Joseph D. DeGiorgio

on behalf of Creditor Ford Motor Credit Company LLC josephde@bdfgroup.com

| | |
|---|---|
| Joseph Eric Bain | on behalf of Creditor FPCC USA Inc. jbain@joneswalker.com, kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com |
| Katherine A Ross | on behalf of Creditor Bureau of Land Management katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine A Ross | on behalf of Creditor Office of Natural Resources Revenue katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine Guidry Douthitt | on behalf of Creditor Dickson Oil & Gas L.L.C. kdouthitt@bwor.com |
| Katherine Guidry Douthitt | on behalf of Creditor C. Bickham Dickson III kdouthitt@bwor.com |
| Kelsey Jamie Buechler | on behalf of Creditor Foote Oil and Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com |
| Kelsey Jamie Buechler | on behalf of Creditor Foote Oil & Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com |
| Keri L. Riley | on behalf of Debtor Sklarco LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Keri L. Riley | on behalf of Debtor Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Kevin S. Neiman | on behalf of Plaintiff Plains Marketing L.P. kevin@ksnpc.com |
| Kevin S. Neiman | on behalf of Counter-Defendant Plains Marketing L.P. kevin@ksnpc.com |
| Kevin S. Neiman | on behalf of Creditor Plains Marketing L.P. kevin@ksnpc.com |
| Kevin S. Neiman | on behalf of Creditor Plains Gas Solutions LLC kevin@ksnpc.com |
| Lee M. Kutner | on behalf of Debtor Sklar Exploration Company LLC vlm@kutnerlaw.com |
| Lee M. Kutner | on behalf of Debtor Sklarco LLC vlm@kutnerlaw.com |
| Madison M. Tucker | on behalf of Creditor FPCC USA Inc. mtucker@joneswalker.com, madison-tucker-7703@ecf.pacerpro.com |
| Matthew Okin | on behalf of Creditor Kodiak Gas Services LLC mokin@okinadams.com |
| Matthew J. Ochs | on behalf of Creditor Pruet Oil Company LLC mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Matthew J. Ochs | on behalf of Creditor RAPAD Well Service Co. Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Matthew J. Ochs | on behalf of Creditor Pruet Production Co. mjochs@hollandhart.com tldevlin@hollandhart.com |
| Matthew J. Ochs | on behalf of Plaintiff Pruet Production Co. mjochs@hollandhart.com tldevlin@hollandhart.com |
| Michael Niles | on behalf of Creditor Fletcher Exploration LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael Niles | on behalf of Creditor Fletcher Petroleum Company LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael Niles | on behalf of Creditor Fletcher Petroleum Corp. mniles@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael D Rubenstein | on behalf of Interested Party BPX Properties (NA) LP mdrubenstein@liskow.com |
| Michael D Rubenstein | on behalf of Interested Party BP America Production Company mdrubenstein@liskow.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 7 of 8 |
| Date Rcvd: Mar 19, 2021 | Form ID: pdf904 | Total Noticed: 50 |

Michael J. Guyerson
    on behalf of Creditor Estate of Pamela Page  Deceased , celina@kjblawoffice.com;teresa@kjblawoffice.com

Michael J. Guyerson
    on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com  celina@kjblawoffice.com;teresa@kjblawoffice.com

Paul Moss
    on behalf of U.S. Trustee US Trustee Paul.Moss@usdoj.gov

Robert Padjen
    on behalf of Creditor Colorado Department of Law Robert.padjen@coag.gov

Robert L Paddock
    on behalf of Creditor Strago Petroleum Corporation rpaddock@buckkeenan.com  myers@buckkeenan.com

Robert L Paddock
    on behalf of Creditor Gateway Exploration  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock
    on behalf of Creditor Meritage Energy Ltd rpaddock@buckkeenan.com  myers@buckkeenan.com

Robert L Paddock
    on behalf of Creditor Harvest Gas Management  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock
    on behalf of Creditor GCREW Properties  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Ryan Lorenz
    on behalf of Creditor Juno Financial LLC RLorenz@ClarkHill.com

Ryan Seidemann
    on behalf of Creditor State of Louisiana  Depatment of Natural Resources, Office of Mineral Resources seidemannr@ag.louisiana.gov

Ryco Exploration, LLC.
    rsmith.ryco@att.net

Shay L. Denning
    on behalf of Creditor Tauber Exploration & Production Company sdenning@mbssllp.com

Shay L. Denning
    on behalf of Creditor I & L Miss I  LP sdenning@mbssllp.com

Shay L. Denning
    on behalf of Creditor MR Oil & Gas  LLC sdenning@mbssllp.com

Shay L. Denning
    on behalf of Creditor CTM 2005  Ltd. sdenning@mbssllp.com

Shay L. Denning
    on behalf of Creditor Rudman Partnership sdenning@mbssllp.com

Shay L. Denning
    on behalf of Creditor Pickens Financial Group  LLC sdenning@mbssllp.com

Shay L. Denning
    on behalf of Creditor MER Energy  LTD sdenning@mbssllp.com

Stephen K. Lecholop, II
    on behalf of Creditor McCombs Energy  Ltd. slecholop@rpsalaw.com, amartinez@rpsalaw.com

Stephen K. Lecholop, II
    on behalf of Creditor McCombs Exploration  LLC slecholop@rpsalaw.com, amartinez@rpsalaw.com

Theodore J. Hartl
    on behalf of Interested Party Louisiana Tower Operating LLC hartlt@ballardspahr.com  blessingb@ballardspahr.com

Thomas H Shipps
    on behalf of Creditor MER Energy  LTD tshipps@mbssllp.com

Thomas H Shipps
    on behalf of Creditor Tauber Exploration & Production Company tshipps@mbssllp.com

Thomas H Shipps
    on behalf of Creditor I & L Miss I  LP tshipps@mbssllp.com

Thomas H Shipps
    on behalf of Creditor The Rudman Partnership tshipps@mbssllp.com

Thomas H Shipps
    on behalf of Creditor Pickens Financial Group  LLC tshipps@mbssllp.com

Thomas H Shipps

Case:20-12377-MER Doc#:1146 Filed:03/21/21 Entered:03/21/21 22:19:19 Page8 of 9

| District/off: 1082-1 | User: admin | Page 8 of 8 |
|---|---|---|
| Date Rcvd: Mar 19, 2021 | Form ID: pdf904 | Total Noticed: 50 |

| | |
|---|---|
| | on behalf of Creditor CTM 2005 Ltd. tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor MR Oil & Gas LLC tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor Rudman Partnership tshipps@mbssllp.com |
| Timothy C. Mohan | |
| | on behalf of Cross Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Creditor Lufkin Industries LLC tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Creditor Baker Petrolite LLC tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Creditor GE Oil & Gas Pressure Control US tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Creditor Baker Hughes Oilfield Operations LLC tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Cross Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Defendant Baker Hughes Oilfield Operations Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Creditor Baker Hughes Holdings LLC FKA Baker Hughes, a GE Company LLC tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Alabama Oil & Gas LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Kudzu Oil Properties LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company LLC and Sklarco, LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Alabama Oil Company tim.swanson@moyewhite.com audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Kudzo Oil Properties LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Apple River Investments LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy Michael Riley | |
| | on behalf of Attorney Hopping Green & Sams timothyr@hgslaw.com |
| Tyler Lee Weidlich | |
| | on behalf of Creditor Pioneer Wireline Services LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com |
| Tyler Lee Weidlich | |
| | on behalf of Creditor Pro-Tek Field Services LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com |
| US Trustee | |
| | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 157

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |

### JUDGMENT

Pursuant to and in accordance with the Order entered by the Honorable Elizabeth E. Brown, Bankruptcy Judge, and entered on the record in the above-entitled matter on even date herewith, it is hereby

ORDERED that Sklar Exploration Company, LLC's Omnibus Motion to Reject Joint Operating Agreements and Related Oil and Gas Contracts (Docket No. 927) is GRANTED and all objections thereto are OVERRULED.

DATED: March 18, 2021.

APPROVED BY THE COURT:                    FOR THE COURT:

*/s/ Elizabeth E. Brown*                        */s/ signature*

Elizabeth E. Brown                         Deputy Clerk
United States Bankruptcy Judge