IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **SKLAR EXPLORATION COMPANY, LLC** | ) | Case No. 20-12377-EEB |
| **and SKLARCO, LLC** | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **SKLARCO, LLC** | ) | Case No. 20-12380-EEB |
| | ) | |
| | ) | Chapter 11 |
| | ) | |

**ORDER GRANTING THE RUDMAN PARTNERSHIP'S APPLICATION FOR
ADMINISTRATIVE EXPENSE PRIORITY CLAIM
PURSUANT TO 11 U.S.C. § 503(b)**

The Court has considered the Application for Administrative Expense Priority Claim Pursuant to 11 U.S.C. § 503(b) and finds that the relief requested should be granted. It is, therefore,

ORDERED that The Rudman Partnership shall have an allowed administrative expense priority claim against the Debtors' estate under 11 U.S.C. § 503(b) in the amount of $_____.

**DATED:** _____.

BY THE COURT:

_____
**Elizabeth E Brown**
**United States Bankruptcy Judge**