# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930<br><br>Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| SKLARCO, LLC<br>EIN: 72-1425432<br>Debtor. | Case No. 20-12380-EEB<br><br>Chapter 11 |

## ORDER GRANTING UNOPPOSED MOTION
## BY DEBTOR TO AMEND REJECTION ORDER

THIS MATTER came before the Court on the Unopposed Motion by Debtor to Amend Rejection Order (the "Motion to Amend"), filed by the Debtor, Sklar Exploration Company, LLC (the "Debtor"). The Court, having considered the Motion to Amend and being otherwise fully advised in the premises, finds good cause to grant the Motion to Amend. Accordingly, it is

ORDERED as follows:

1. The Motion to Amend is GRANTED.

2. The Plains Contracts, as such term is defined in the Motion to Amend, are struck from Exhibit 1 to the Omnibus Motion to Reject Joint Operating Agreements and Related Oil and Gas Contracts [Docket No. 927] and shall not be subject to the Court's Order Authorizing [Rejection of] Sklar Exploration Company, LLC[']s Joint Operation Agreements and Related Oil and Gas Contracts [Docket No. 1138].

Dated: March 23, 2021

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge