UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN:  72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

**NOTICE OF FIRM NAME CHANGE**

     PLEASE TAKE NOTICE, that effective March 1, 2021, the law firm of Kutner Brinen, P.C. has changed its name to Kutner Brinen Dickey Riley, P.C.


DATED: March 24, 2021          Respectfully submitted,

                                      By:/s/Keri L. Riley
                                          Keri L. Riley #47605
                                          **KUTNER BRINEN DICKEY RILEY, P.C.**
                                          1660 Lincoln Street, Suite 1720
                                          Denver, CO 80264
                                          Telephone: (303) 832-2400
                                          Direct: (303) 832-2910
                                          E-Mail: klr@kutnerlaw.com