**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

--------------------------------------------------------------x
   :
In re   :
   :
**SKLAR EXPLORATION COMPANY, LLC,**   :   **Case No. 20-12377 (EEB)**
EIN: 72-1417930   :   **Chapter 11**
   :
       Debtor.   :
   :
   :
--------------------------------------------------------------x
   :
In re   :
   :
**SKLARCO, LLC**   :   **Case No. 20-12380 (EEB)**
EIN: 72-1425432   :   **Chapter 11**
   :
       Debtor.   :
   :
   :   **Ref. Docket Nos. 926, 938-957,**
   :       **1003, 1005, & 1006**
--------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                 ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 4, 2021, I caused to be served the:

   a. "Motion to Reject Myrtice Ellis Joint Operating Agreement (Sklar Exploration Company, LLC)," dated February 26, 2021 [Docket No. 926], *without Exhibits 1-3,* and the "Amended Notice of Motion to Reject Myrtice Ellis Joint Operating Agreement (Sklar Exploration Company, LLC)," dated March 3, 2021 [Docket No. 1055], (the "Myrtice Ellis Motion & Notice"),

   b. "Motion to Assume Mary T Havens Joint Operating Agreement (Sklarco, LLC)," dated March 1, 2021 [Docket No. 938], *without Exhibits 1-2,* and the "Notice of Motion to Assume Mary T Havens Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1057], (the "Mary Havens Motion & Notice"),

   c. "Motion to Assume Clarksville Cotton Valley Unit - Unit Agreement & Unit Operating Agreement (Sklarco, LLC)," dated March 1, 2021 [Docket No. 939], *without Exhibits 1-2,* and the "Notice of Motion to Assume Clarksville Cotton Valley Unit – Unit Agreement & Unit Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1058], (the "Clarksville Motion & Notice"),

   d. "Motion to Assume McWhorter Gas Unit Joint Operating Agreement (Sklarco, LLC)," dated March 1, 2021 [Docket No. 940], *without Exhibits 1-2,* and the "Notice of Motion to Assume McWhorter Gas Unit Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1069], (the "McWhorter Motion & Notice"),

   e. "Motion to Assume Thrasher #3 Joint Operating Agreement (Sklarco, LLC)," dated March 1, 2021 [Docket No. 941], *without Exhibits 1-2,* and the "Notice of Motion to Assume Thrasher #3 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1059], (the "Thrasher 3 Motion & Notice"),

   f. "Motion to Assume Thrasher #4 & #5 Joint Operating Agreement (Sklarco, LLC)," dated March 1, 2021 [Docket 942], *without Exhibits 1-2,* and the "Notice of Motion to Assume Thrasher #4 & #5 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1060], (the "Thrasher #4 & #5 Motion & Notice"),

   g. "Motion to Assume Thrasher #1 Joint Operating Agreement (Sklarco, LLC)," dated March 1, 2021 [Docket 943], *without Exhibits 1-2,* and the "Notice of Motion to Assume Thrasher #1 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1067], (the "Thrasher #1 Motion & Notice"),

   h. "Motion to Assume Shugart West 30 Joint Operating Agreement (Sklarco, LLC)," dated February 26, 2021 [Docket No. 944], *without Exhibits 1-2,* and the "Notice of Motion to Assume Shugart West 30 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1061], (the "Shugart West Motion & Notice"),

i.  "Motion to Assume Fisher Duncan Unit Joint Operating Agreement (Sklarco, LLC)," dated March 1, 2021 [Docket No. 945] *without Exhibits 1-2,* and the "Notice of Motion to Assume Fisher Duncan Unit Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1062], (the "Fisher Duncan Motion & Notice"),

j.  "Motion to Assume Haynesville Mercantile #3 Joint Operating Agreement (Sklarco, LLC)," dated March 1, 2021 [Docket No. 946] *without Exhibits 1-2,* and the "Notice of Motion to Assume McWhorter [*sic*] Gas Unit Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1068], (the "Haynesville Motion & Notice"),

k.  "Motion to Assume Shaula 30 Fed Com 3H & 4H Joint Operating Agreement (Sklarco, LLC)," dated February 26, 2021 [Docket No. 947], *without Exhibits 1-2,* and the "Notice of Motion to Assume Shaula 30 Fed Com 3H & 4H Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1063] (the "Shaula Motion & Notice"),

l.  "Motion to Assume Denmon #1 Joint Operating Agreement (Sklarco, LLC)," dated March 1, 2021 [Docket No. 948], *without Exhibits 1-2,* and the "Notice of Motion to Assume Denmom [*sic*] #1 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1064], (the "Denmon Motion & Notice"),

m.  "Motion to Assume Horning A Lease Joint Operating Agreement (Sklarco, LLC)," dated March 1, 2021 [Docket No. 949], *without Exhibits 1-2,* and the "Notice of Motion to Assume Horning A Lease Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1065], (the "Horning Motion & Notice"),

n.  "Motion to Assume Miami Fee #11 Joint Operating Agreement (Sklarco, LLC)," dated March 1, 2021 [Docket No. 950], *without Exhibits 1-2,* and the "Notice of Motion to Assume Miami Fee #11 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1066], (the "Miami Fee #11 Motion & Notice"),

o.  "Motion to Assume Miami Fee #1 Joint Operating Agreement (Sklarco, LLC)," dated March 1, 2021 [Docket No. 951], *without Exhibits 1-2,* and the "Notice of Motion to Assume Miami Fee #1 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1048], (the "Miami Fee #1 Motion & Notice"),

p.  "Motion to Assume Taylor Heirs #11-1 Joint Operating Agreement (Sklarco, LLC)," dated March 1, 2021 [Docket No. 952], *without Exhibits 1-2,* and the "Notice of Motion to Assume Taylor Heirs #11-1 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1049], (the "Taylor Heirs Motion & Notice"),

q.  "Motion to Assume Stephens #4 Joint Operating Agreement (Sklarco, LLC)," dated March 1, 2021 [Docket No. 953], *without Exhibits 1-2,* and the "Notice of Motion to Assume Stephens #4 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1050], (the "Stephens #4 Motion & Notice"),

r.    "Motion to Assume Toler #2 Joint Operating Agreement (Sklarco, LLC)," dated March 1, 2021 [Docket No. 954], *without Exhibits 1-2,* and the "Notice of Motion to Assume Toler #2 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1051], (the "Toler #2 Motion & Notice"),

s.    "Motion to Assume Toler #1 Joint Operating Agreement (Sklarco, LLC)," dated March 1, 2021 [Docket No. 955], *without Exhibits 1-2,* and the "Notice of Motion to Assume Toler #1 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1052], (the "Toler #1 Motion & Notice"),

t.    "Motion to Assume Harrison GU E#11 Joint Operating Agreement (Sklarco, LLC)," dated March 1, 2021 [Docket No. 956], *without Exhibits 1-2,* and the "Notice of Motion to Assume Harrison GU E#11 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1053], (the "Harrison GU Motion & Notice"),

u.    "Motion to Assume Stephens #3 Joint Operating Agreement (Sklarco, LLC)," dated March 1, 2021 [Docket No. 957], *without Exhibits 1-2,* and the "Notice of Motion to Assume Stephens #3 Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1054], (the "Stephens #3 Motion & Notice"),

v.    "Motion to Assume C.W. Lee Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 1003], *without Exhibits 1-2,* and the "Notice of Motion to Assume C.W. Lee Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1036], (the "C.W. Lee Motion & Notice"),

w.    "Motion to Assume Harrison C-1 Gas Unit Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 1005], *without Exhibits 1-2,* and the "Notice of Motion to Assume Harrison C-1 Gas Unit Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1038], (the "Harrison C-1 Motion & Notice"), and

x.    "Motion to Assume HB Frost Unit #23H Joint Operating Agreement (Sklarco, LLC)," dated March 2, 2021 [Docket No. 1006], *without Exhibits 1-2,* and the "Notice of Motion to Assume HB Frost Unit #23H Joint Operating Agreement (Sklarco, LLC)," dated March 3, 2021 [Docket No. 1039] (the "HB Frost Motion & Notice").

by causing true and correct copies of the:

i.    Myrtice Ellis Motion & Notice, Mary Havens Motion & Notice, Clarksville Motion & Notice, McWhorter Motion & Notice, Thrasher #3 Motion & Notice, Thrasher #4 & #5 Motion & Notice, Thrasher #1 Motion & Notice, Shugart West Motion & Notice, Fisher Duncan Motion & Notice, Haynesville Motion & Notice, Shaula Motion & Notice, Denmon Motion & Notice, Horning Motion & Notice, Miami Fee #11 Motion & Notice, Miami Fee #1 Motion & Notice, Taylor Heirs Motion & Notice, Stephens #4 Motion & Notice, Toler #2 Motion & Notice, Toler #1 Motion & Notice, Harrison GU Motion & Notice, Stephens #3 Motion & Notice, C.W. Lee Motion & Notice, Harrison C-1 Motion & Notice, and HB Frost Motion & Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

ii.    Myrtice Ellis Motion & Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

iii.    Mary Havens Motion & Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>,

iv.    Clarksville Motion & Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>,

v.    McWhorter Motion & Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>,

vi.    Thrasher #3 Motion & Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit F</u>,

vii.    Thrasher #4 and #5 Motion & Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit G</u>,

viii.    Thrasher #1 Motion & Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit H</u>,

ix.    Shugart West Motion & Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit I</u>,

x.    Fisher Duncan Motion & Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit J</u>,

xi.    Haynesville Motion & Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit K</u>,

xii.   Shaula Motion & Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit L</u>,

xiii.   Denmon Motion & Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit M</u>,

xiv.   Horning Motion & Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit N</u>,

xv.   Miami #11 Motion & Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit O</u>,

xvi.   Miami #1 Motion & Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit P</u>,

xvii.   Taylor Heirs Motion & Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit Q</u>,

xviii.   Stephens #3 Motion and Stephens #4 Motion & Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit R</u>,

xix.   Toler #2 Motion & Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit S</u>,

xx.   Toler #1 Motion & Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit T</u>,

xxi.   Harrison GU Motion & Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit U</u>,

xxii.   C.W. Lee Motion & Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit V</u>,

xxiii.   Harrison C-1 Motion & Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit W</u>, and

xxiv.   HB Frost Motion & Notice, to be delivered via first class mail to those parties listed on the annexed <u>Exhibit X</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
10th day of March, 2021
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut Acct.
No. 100624 Commission Expires:
8/31/2022

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ADAM L. HIRSCH, ESQ. | DAVIS GRAHAM & STUBBS LLP 1550 SEVENTEENTH STREET SUITE 500 DENVER CO 80202 |
| AMY L. VAZQUEZ, ESQ. | JONES WALKER LLP 811 MAIN STREET SUITE 2900 HOUSTON TX 77002 |
| ANDREW G. EDSON, ESQ. | CLARK HILL STRASBURGER 901 MAIN STREET SUITE 6000 DALLAS TX 75202 |
| ANDREW J. SHAVER, ESQ. | BRADLEY ARANT BOULT CUMMINGS LLP 1819 FIFTH AVENUE NORTH BIRMINGHAM AL 35203 |
| ARMISTEAD M. LONG, ESQ. | GORDON ARATA MONTGOMERY BARNETT MCCOLLAM DUPLANTIS & EAGAN, LLC 400 EAST KALISTE SALOON ROAD SUITE 4200 LAFAYETTE LA 70508 |
| BAKER HUGHES COMPANY | (REPRESENTATIVE: CHRISTOPHER J. RYAN) 2001 RANKIN ROAD HOUSTON TX 77073 |
| BARNET B. SKELTON, JR., ESQ. | 815 WALKER SUITE 1502 HOUSTON TX 77002 |
| BELINDA HARRISON | 58 COUNTY ROAD 5033 HEIDELBERG MS 39439 |
| BRIAN G. RICH, ESQ. MICHAEL J. NILES, ESQ. | BERGER SINGERMAN LLP 313 NORTH MONROE STREET SUITE 301 TALLAHASSEE FL 32301 |
| BRYCE A. SUZUKI, ESQ. | BRYAN CAVE LEIGHTON PAISNER, LLP TWO NORTH CENTRAL AVENUE SUITE 2100 PHOENIX AZ 85004-4406 |
| CASEY C. BREESE, ESQ. | WELBORN SULLIVAN MECK & TOOLEY, P.C. 1125 17TH STREET SUITE 2200 SOUTH DENVER CO 80202 |
| CHRIS CROWLEY, ESQ. | FELDMANN NAGEL CANTAFIO, PLLC 1875 LAWRENCE STREET SUITE 730 DENVER CO 80202 |
| CHRISTOPHER H. MEREDITH, ESQ. | COPELAND COOK TAYLOR & BUSH, P.A. 1076 HIGHLAND COLONY PARKWAY 600 CONCOURSE, SUITE 200 P.O. BOX 6020 RIDGELAND MS 39158-6020 |
| CHRISTOPHER H. MEREDITH, ESQ. | GLENN GATES TAYLOR, ESQ. COPELAND COOK TAYLOR & BUSH, P.A. 600 CONCOURSE, SUITE 200 1076 HIGHLAND COLONY PARKWAY P.O. BOX 6020 RIDGELAND MS 39158-6020 |
| CRAIG K. SCHUENEMANN, ESQ. BRYAN CAVE LEIGHTON | PAISNER LLP 1700 LINCOLN STREET SUITE 4100 DENVER CO 80203 |
| CRAIG M. GENO, ESQ. | LAW OFFICES OF CRAIG M. GENO, PLLC 587 HIGHLAND COLONY PARKWAY RIDGELAND MS 39157 |
| CURTIS R. SHELTON, ESQ. | JENNIFER NORRIS SOTO, ESQ. AYRES SHELTON WILLIAMS BENSON & PAINE, LLC 333 TEXAS STREET, SUITE 1400 P.O. BOX 1764 SHREVEPORT LA 71166 |
| DAVID M. MILLER, ESQ. | SPENCER FANE LLP 1700 LINCOLN STREET SUITE 2000 DENVER CO 80203 |
| DAVID R. TAGGART, ESQ. | BRADLEY MURCHISON KELLY & SHEA, LLC 401 EDWARDS STREET SUITE 1000 SHREVEPORT LA 71101 |
| DUANE J. BRESCIA, ESQ. | CLARK HILL STRASBURGER 720 BRAZOS SUITE 700 AUSTIN TX 78701 |
| DUANE J. BRESCIA, ESQ. | CLARK HILL STRASBURGER 720 BRAZOS STREET SUITE 700 AUSTIN TX 78701 |
| GIOVANNI M. RUSCITTI, ESQ. | BERG HILL GREENLEAF RUSCITTI, LLP 1712 PEARL STREET BOULDER CO 80302 |
| J. ERIC LOCKRIDGE, ESQ. KEAN MILLER LLP | 400 CONVENTION STREET SUITE 700 P.O. BOX 3513 BATON ROUGE LA 70802 |
| JAMES B. BAILEY, ESQ. | BRADLEY ARANT BOULT CUMMINGS, LLP 1819 FIFTH AVENUE NORTH BIRMINGHAM AL 35203 |
| JEFF CARRUTH, ESQ. | WEYCER KAPLAN PULASKI & ZUBER, P.C. 11 GREENWAY PLAZA SUITE 1400 HOUSTON TX 77046 |
| JENNIFER J. HARDY, ESQ. | WILLKIE FARR & GALLAGHER, LLP 600 TRAVIS STREET HOUSTON TX 77002 |
| JEREMY L. RETHERFORD, ESQ. | BALCH & BINGHAM, LLP 1901 SIXTH AVENUE NORTH SUITE 1500 BIRMINGHAM AL 35203 |
| JOHN D. CORNWELL, ESQ. GRANT M. BEINER, ESQ. | CHRISTOPHER D. JOHNSON, ESQ. MUNSCH HARDT KOPF & HARR, P.C. 700 MILAM STREET SUITE 2700 HOUSTON TX 77002 |
| JOHN H. SMITH | QUITMAN TANK SOLUTIONS, LLC P.O. BOX 90 QUITMAN MS 39355 |
| JORDAN B. BIRD, ESQ. | COOK YANCEY KING & GALLOWAY, APLC 333 TEXAS STREET SUITE 1700 P.O BOX 22260 SHREVEPORT LA 71120-2260 |
| JORDAN B. BIRD, ESQ. | COOK YANCEY KING & GALLOWAY, APLC 333 TEXAS STREET SUITE 1700 SHREVEPORT LA 71120-2260 |
| JOSEPH E. BAIN, ESQ. | JONES WALKER LLP 811 MAIN STREET SUITE 2900 HOUSTON TX 77002 |
| KATHERINE A. ROSS, ESQ. | U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLORADO ASSISTANT UNITED STATES ATTORNEY 1801 CALIFORNIA STREET SUITE 1600 DENVER CO 80202 |
| KATHERINE GUIDRY DOUTHITT, ESQ. | BLANCHARD WALKER O'QUIN & ROBERTS P.O. BOX 1126 SHREVEPORT LA 71163 |
| KELLEY BROTHERS CONTRACTORS, INC. (REPRESENTATIVE: | JERRY KELLEY) 401 COUNTY FARM ROAD WAYNESBORO MS 39367 |
| KEVIN S. NEIMAN, ESQ. | LAW OFFICES OF KEVIN S. NEIMAN, P.C. 999 18TH STREET SUITE 1230 SOUTH DENVER |

| Claim Name | Address Information |
|---|---|
| KEVIN S. NEIMAN, ESQ. | CO 80202 |
| MADISON TUCKER, ESQ. | JONES WALKER LLP 201 ST. CHARLES AVENUE SUITE 5100 NEW ORLEANS LA 70170 |
| MATTHEW J. OCHS, ESQ. | HOLLAND & HART, LLP 555 SEVENTEENTH STREET SUITE 3200 P.O. BOX 8749 DENVER CO 80201-8749 |
| MATTHEW S. OKIN, ESQ. | OKIN ADAMS, LLP 1113 VINE STREET SUITE 240 HOUSTON TX 77002 |
| MATTHEW S. OKIN, ESQ. | JOHN THOMAS OLDHAM, ESQ. OKIN ADAMS LLP 1113 VINE STREET SUITE 240 HOUSTON TX 77002 |
| MESA FLUIDS, LLC | (REPRESENTATIVE: AARON W. MERRELL) 1669 SOUTH 580 EAST AMERICAN FORK UT 84057 |
| MICHAEL E. RIDDICK, ESQ. | KATHERINE GUIDRY DOUTHILL, ESQ. BLANCHARD WALKER O'QUIN & ROBERTS, P.C. 333 TEXAS STREET REGIONS TOWER SUITE 700 SHREVEPORT LA 71101 |
| MICHAEL J. GUYERSON, ESQ. | BUECHLER LAW OFFICE, LLC 999 18TH STREET SUITE 1230 SOUTH DENVER CO 80202 |
| MICHAEL L. NILES, ESQ. BRIAN G. RICH, ESQ. | BERGER SINGERMAN LLP 313 NORTH MONROE STREET SUITE 301 TALLAHASSEE FL 32301 |
| MICHEL D. RUBENSTEIN, ESQ. | LISKOW & LEWIS 1001 FANNIN STREET SUITE 1800 HOUSTON TX 77002 |
| PAUL H. STEPHENSON III, ESQ. | JIM F. SPENCER, JR., ESQ. WATKINS & EAGER, PLLC P.O. BOX 650 JACKSON MS 39205 |
| PAUL MOSS, ESQ. | US TRUSTEE'S OFFICE 1961 STOUT STREET SUITE 12-200 DENVER CO 80294 |
| RAPAD WELL SERVICE COMPANY, INC. (REPRESENTATIVE: | CHESLEY JAMES) C/O JEREMY RETHERFORD, ESQ. BALCH & BINGHAM, LLP 1901 SIXTH AVENUE NORTH SUITE 1500 BIRMINGHAM AL 35203-4642 |
| ROBERT L. PADDOCK, ESQ. | BUCK KEENAN LLP 2229 SAN FELIPE SUITE 1000 HOUSTON TX 77019 |
| ROBERT PADJEN, ESQ. DEANNA LEE WESTFALL, ESQ. | ASSISTANT ATTORNEY GENERAL COLORADO DEPARTMENT OF LAW 1300 BROADWAY 8TH FLOOR DENVER CO 80203 |
| RYAN J. LORENZ, ESQ. | CLARK HILL PLC 14850 NORTH SCOTTSDALE ROAD SUITE 500 SCOTTSDALE AZ 85254 |
| RYAN M. SEIDEMANN, ESQ. ASSISTANT ATTORNEY GENERAL | CIVIL DIVISION/LANDS AND NATURAL RESOURCES P.O. BOX 94005 P.O. BOX 94005 BATON ROUGE LA 70804-9005 |
| RYCO EXPLORATION, LLC | 40 GOLF CLUB DRIVE ATTN: M. ROBIN SMITH HAUGHTON LA 71037 |
| RYCO EXPLORATION, LLC | 401 EDWARDS STREET SUITE 915 ATTN: M. ROBIN SMITH SHREVEPORT LA 71101 |
| SHAY L. DENNING, ESQ. | THOMAS H. SHIPPS, ESQ. MAYNES, BRADFORD, SHIPPS & SHEFTEL, LLP 835 EAST SECOND AVENUE SUITE 123 DURANGO CO 81301 |
| STEPHEN K. LECHOLOP II, ESQ. | ROSENTHAL PAUERSTEIN, ESQ. SANDOLOSKI AGATHER LLP 755 EAST MULBERRY SUITE 200 SAN ANTONIO TX 78212 |
| STONEHAM DRILLING CORPORATION (REPRESENTATIVE: | HEATHER STICKEL) C/O JAMES B. BAILEY, ESQ. BRADLEY ARANT BOULT CUMMINGS, LLP 1819 FIFTH AVENUE NORTH BIRMINGHAM AL 35203 |
| TCP COTTONWOOD, L.P. (REPRESENTATIVE: KYLE C. | MCINNIS) C/O ERIC LOCKRIDGE 400 CONVENTION STREET SUITE 700 BATON ROUGE LA 70801 |
| THEODORE J. HARTL, ESQ. | BALLARD SPAHR LLP 1225 17TH STREET SUITE 2300 DENVER CO 80202-5596 |
| TIMOTHY C. MOHAN, ESQ. FOLEY & LARDNER, LLP | 600 17TH STREET SUITE 2020 SOUTH DENVER CO 80202 |
| TIMOTHY M. RILEY, ESQ. | HOPPING GREEN & SAMS, P.A. P.O. BOX 6526 TALLAHASSEE FL 32314 |
| TIMOTHY M. SWANSON, ESQ. | MOYE WHITE LLP 1400 16TH STREET 6TH FLOOR DENVER CO 80202-1486 |
| TIMOTHY M. SWANSON, ESQ. | MOYE WHITE LLP 1400 16TH STREET SUITE 600 DENVER CO 80206 |
| VICTORIA ARGEROPLOS, ESQ. | JACKSON WALKER LLP 1401 MCKINNEY STREET SUITE 1900 HOUSTON TX 77010 |

**Total Creditor count  64**

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| CRAFT EXPLORATION COMPANY LLC | PO BOX 2430 MADISON MS 39130 |
| FANT ENERGY LIMITED | PO BOX 55205 HOUSTON TX 77255 |
| GATEWAY EXPLORATION LLC | 3555 TIMMONS LANE STE 730 HOUSTON TX 77027 |
| GCREW PROPERTIES, LLC | 12323 RIP VAN WINKLE HOUSTON TX 77024 |
| HARVEST GAS MANAGEMENT LLC | 10050 BAYOU GLEN ROAD HOUSTON TX 77042 |
| I&L MISS I LP | 4761 FRANK LUKE DR ADDSION TX 75001 |
| JEFFREYS DRILLING | 3839 MCKINNEY AVE STE 155-269 DALLAS TX 75204 |
| JJS WORKING INTERESTS LLC | 2001 KIRBY DR STE 1110 HOUSTON TX 77019 |
| KUDZU OIL PROPERTIES, LLC | 300 CONCOURSE BLVD, STE 101 RIDGELAND MS 39157 |
| LANDMARK EXPLORATION LLC | PO BOX 12004 JACKSON MS 39236 |
| MARKSCO, LLC | 333 TEXAS ST, STE 1050 SHREVEPORT LA 71101 |
| MER ENERGY LTD | 6500 GRENNVILLE AVE STE 110 DALLAS TX 75026 |
| MERITAGE ENERGY, LTD | 2700 POST OAK BLVD STE 1500 HOUSTON TX 77056 |
| MJS INTERESTS LLC | 9266 HATHAWAY ST DALLAS TX 75220 |
| NORTHEDGE CORPORATION | PO BOX 540988 HOUSTON TX 77254-0988 |
| PATRICK J MCBRIDE | 501 SEVILLE CIRCLE EL DORADO HILLS CA 95762 |
| PICKENS FINANCIAL GROUP, LLC | 10100 N CENTRAL EXPRESSWAY STE 200 DALLAS TX 75231-4159 |
| PRUEST OIL COMPANY LLC | 217 W CAPITAL ST STE 201 JACKSON MS 39201 |
| SKLAR EXPLORATION COMPANY LLC | 5395 PEARL PARKWAY STE 200 BOULDER CO 80301 |
| SKLARCO LLC | 5395 PEARL PARKWAY STE 200 BOULDER CO 80301 |
| STRAGO PETROLEUM CORP | 3209 HAMM RD PEARLAND TX 77581 |
| TAUBER EXPLORATION & PRODUCTION | 55 WAUGH DR, STE 600 HOUSTON TX 77007 |
| TIEMBO, LTD | PO BOX 270415 HOUSTON TX 77277-0415 |

**Total Creditor count  23**

**EXHIBIT C**

VERNON E. FAULCONER, INC.
P.O. BOX 7995
TYLER, TX 75711

**EXHIBIT D**

BASA RESOURCES, INC.
2249 HIGHWAY 4
NEWELLTON, LA 71357

ST. MARY LAND & EXPLORATION CO
2785 FAIRFIELD AVENUE
SHREVEPORT, LA 71104

ST. MARY OPERATING COMPANY
1775 SHERMAN ST, SUITE 1200
DENVER, CO 80203

**EXHIBIT E**

AMPLIFY ENERGY OPERATING, LLC
500 DALLAS ST., STE 1700
HOUSTON, TX 77002

EOG RESOURCES, INC.
P.O. BOX 840319
DALLAS, TX 75284-0319

THE HOUSTON EXPLORATION CO.
P.O. BOX 840465
DALLAS, TX 75284-0465

SABINE OIL & GAS LLC
PO BOX 206634
DALLAS, TX 75320-6634

SAMSON LONE STAR L.P.
PO BOX 60
ARCADIA, LA 71001

**EXHIBIT F**

THRASHER 3
P.O. BOX 840465
DALLAS, TX 75284-0465

THRASHER 3
PO BOX 206634
DALLAS, TX 75320-6634

# EXHIBIT G

DORFMAN PRODUCTION COMPANY
8144 WALNUT HILL LN.
SUITE 1060, LB 64
DALLAS TX, 75231

THE HOUSTON EXPLORATION CO.
P.O. BOX 840465
DALLAS TX, 75284-0465

**EXHIBIT H**

THRASHER 1
P.O. BOX 840465
DALLAS, TX 75284-0465

THRASHER 1
PO BOX 206634
DALLAS, TX 75320-6634

**EXHIBIT I**

DEVON ENERGY PRODUCTION CO., LP
P.O. BOX 842485
DALLAS, TX 75284-2485

**EXHIBIT J**

FISHER DUNCAN
8144 WALNUT HILL LN.
SUITE 1060, LB 64
DALLAS TX 75231

FISHER DUNCAN
PO BOX 206634
DALLAS, TX 75320-6634

FISHER DUNCAN
P.O. BOX 45601
SALT LAKE CITY UT 84145-0601

**EXHIBIT K**

CAMTERRA RESOURCES, INC.
2615 EAST END BLVD SOUTH
P.O. BOX 2069
MARSHALL, TX 75671

**EXHIBIT L**

DEVON ENERGY PRODUCTION CO., LP
P.O. BOX 842485
DALLAS, TX 75284-2485

**EXHIBIT M**

COBRA OIL & GAS CORPORATION
PO BOX 5875
BOSSIER CITY, LA 71171-5875

**EXHIBIT N**

JOHNSON OIL & GAS LLC
P O BOX 12004
JACKSON, MS 39236

**EXHIBIT O**

GOODRICH PETROLEUM OF LA
310 BUTLER STREET
SPRINGHILL, LA 71075

**EXHIBIT P**

GOODRICH PETROLEUM OF LA
310 BUTLER STREET
SPRINGHILL, LA 71075

**EXHIBIT Q**

MARATHON OIL COMPANY
DEPT 0767
P.O. BOX 120767
DALLAS, TX 75312-0767

**EXHIBIT R**

THE HOUSTON EXPLORATION CO.
P.O. BOX 840465
DALLAS, TX 75284-0465

SABINE OIL & GAS LLC
PO BOX 206634
DALLAS, TX 75320-6634

**EXHIBIT S**

TOLER 2
8144 WALNUT HILL LN.
SUITE 1060, LB 64
DALLAS, TX 75231

TOLER 2
PO BOX 206634
DALLAS, TX 75320-6634

**EXHIBIT T**

AMPLIFY ENERGY OPERATING, LLC
500 DALLAS ST., STE 1700
HOUSTON TX, 77002

THE HOUSTON EXPLORATION CO.
P.O. BOX 840465
DALLAS TX, 75284-0465

**EXHIBIT U**

AMPLIFY ENERGY OPERATING, LLC
500 DALLAS ST., STE 1700
HOUSTON TX, 77002

EOG RESOURCES, INC.
P.O. BOX 840319
DALLAS, TX 75284-0319

**EXHIBIT V**

C.W. Lee
PO BOX 3096
Kilgore, TX 75663

C.W. Lee
PO Box 60
Arcadia, LA 71001

**EXHIBIT W**

Harrison C-1
500 Dallas St., Ste. 1700
Houston, TX 77002

Harrison C-1
PO Box 840319
Dallas, TX 75284-0319

**EXHIBIT X**

HB Frost 23
811 Main St., Ste. 1500
Houston, TX 77002

HB Frost 23
1201 Lake Robbins Drive
The Woodlands, TX 77380