UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930<br><br>  Debtor.<br><br>_____<br><br>SKLARCO, LLC<br>EIN: 72-1425432<br><br>  Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11<br><br><br><br><br>Case No. 20-12380-EEB<br><br>Chapter 11 |

**ORDER AUTHORIZING SKLAR EXPLORATION COMPANY, LLC'S REJECTION OF THE MYRTICE ELLIS JOINT OPERATING AGREEMENT**

THIS MATTER, having come before the Court on Sklar Exploration Company, LLC's Motion to Reject Myrtice Ellis Joint Operating Agreement ("Motion"), notice having been provided and no objection having been filed, and good cause being shown to the Court for the granting of the requested relief, it is hereby

ORDERED

That the Motion is GRANTED. The Amended and Restated Model Form Operating Agreement (A.A.P.L. Form 610-1982) dated December 15, 2019, by and between Sklar Exploration Company, LLC as Operator and Sklarco, LLC, et al. as Non-Operators, is hereby is deemed rejected by Sklar Exploration Company, LLC.

Dated: March 25, 2021

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge