# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) <br> ) <br> SKLAR EXPLORATION COMPANY, LLC ) <br> ) <br> Debtor. ) <br> ) <br> In re: ) <br> ) <br> SKLARCO, LLC, ) <br> ) <br> ) | Case No. 20-12377 EEB <br> Chapter 11 <br><br> Case No. 20-12380 EEB <br> Chapter 11 <br><br> **Jointly Administered Under** <br> **Case No. 20-12377 EEB** |

## NOTICE OF CHANGE OF ADDRESS

Your name: Theodore J. Hartl, counsel for Louisiana Tower Operating LLC

Your role in this case: Creditor

**Address Change Information:**

**Name of Party:** Louisiana Tower Operating LLC

    **Old/Incorrect Address:**

    Louisiana Tower Operating
    c/o Kean Miller
    ATTN: Mark Mese
    II City Plaza
    400 Convention Street
    Baton Rouge, LA 70802-5614

    **New Address:**

    Louisiana Tower Operating LLC
    c/o Lynn Vaughn, General Counsel
    2000 Avenue of the Stars, Suite 550-N
    Los Angeles, California 90067-4700

Respectfully submitted this 31st day of March, 2021.

BALLARD SPAHR LLP

*/s/ Theodore J. Hartl*
Theodore J. Hartl, #32409
1125 17th Street, Suite 2300
Denver, Colorado 80202
(303) 591-4085 / Fax (303) 296-3956
hartlt@ballardspahr.com

*Attorneys for Louisiana Tower Operating LLC*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 31, 2021, true and correct copies of the foregoing **NOTICE OF CHANGE OF ADDRESS** were served electronically via the Court's CM/ECF Notice system, to all attorneys of record.

*/s/ Brandon Blessing*