UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE STIPULATION REGARDING TRANSITION TO SUCCESSOR OPERATOR OF THE BROOKLYN UNITS**

The Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together, "Debtors"), by and through their attorneys, Kutner Brinen Dickey Riley, P.C., move the Court for entry of an Order extending the date by which the Debtors are required to file their Stipulation Regarding the Transition to Successor Operator of the Brooklyn Units, and in support thereof, state as follows:

1. On November 18, 2020, the *Ad Hoc* Committee of Working Interest Owners ("*Ad Hoc* Committee") filed its *Motion to Modify the Automatic Stay to: (A) Hold a Meeting of the Working Interest Owners in the Brooklyn Oil Units; and (B) Take a Contractually Authorized Vote to Remove Debtor Sklar Exploration Company, LLC, as Operator, of the Brooklyn Oil Units* (Docket No. 671) (the "Stay Relief Motion"). The Debtors timely filed an Objection to the Stay Relief Motion on December 10, 2020.

2. On March 11, 2021, the Debtors filed their Amended and Restated Joint Plan of Reorganization Dated December 18, 2020 ("Plan"), and Amended Disclosure Statement to Accompany Amended and Restated Joint Plan of Reorganization Dated December 18, 2020 ("Disclosure Statement"). The Plan contemplates an orderly wind-down of SEC and transition to new, duly appointed, successor operators for each of the properties operated by SEC.

3. To effectuate the wind-down process contemplated under the Plan, SEC filed its *Omnibus Motion to Reject Joint Operating Agreements and Related Oil and Gas Contracts*,

seeking authorization to reject certain executory contracts, including, but not limited to, Unit Agreements governing the Southeast and Southwest Brooklyn Oil Units.

4.  Following a hearing on March 18, 2021, the Court entered its Minute Order which provided that, "Debtors shall file a form of stipulation that provides relief from stay to creditors seeking to initiate the orderly transition of replacing Sklar Exploration Company as operator under rejected operating agreements. The stipulation should provide for the expedited creation of a data room in which the Debtors will place documents needed for the transition . . ." (Docket No. 1137).

5.  The Debtors have been negotiating with the *Ad Hoc* Committee regarding a form of stipulation that will provide for relief from stay to effectuate the orderly transition to a duly selected and appointed successor operator for the Southeast and Southwest Brooklyn Units, and are close to reaching an agreement. However, additional time is needed to finalize certain terms in the stipulation.

6.  As such, the Debtors respectfully request an extension of the date by which they are required to file a form of stipulation by one (d) day, through and including April 1, 2021.

7.  The brief extension will not prejudice any parties, and will ensure that the Debtors and the *Ad Hoc* Committee have sufficient time to reach an agreement as to the terms in the proposed stipulation, reducing the litigation over the Stay Relief Motion in this case.

8.  Counsel for the Debtors has conferred with Timothy Swanson as counsel for the *Ad Hoc* Committee, who does not oppose the requested relief.

WHEREFORE, the Debtors pray the Court make and enter an Order extending the date by which the Debtors are required to file their stipulation by one day, through and including April 1, 2021, and for such further and additional relief as to the Court may appear just and proper.

DATED: March 31, 2021                        Respectfully submitted,

By: */s/ Keri L. Riley*
Jeffrey S. Brinen, #20565
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln St., Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
E-Mail: klr@kutnerlaw.com