UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE STIPULATION REGARDING TRANSITION TO SUCCESSOR OPERATOR OF THE BROOKLYN UNITS**

THIS MATTER, having come before the Court on the Debtors' Motion for Extension of Time to File Stipulation Regarding Transition to Successor Operator of the Brooklyn Units (the "Motion"), the Court having reviewed the Motion and finding good cause for granting the requested relief, does hereby:

**ORDER THAT:**

The Motion is GRANTED. The Debtors shall their stipulation regarding transition to a successor operator of the Brooklyn Oil Units on or before April 1, 2021.

Dated: April 1, 2021

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown,
United States Bankruptcy Judge