## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   20-12377 |
| SKLAR EXPLORATION COMPANY, LLC | § | |
| DEBTORS(S), | § | CHAPTER   11 |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**ATLANTA ISD**          **MCLEOD ISD**          **LINDEN - KILDARE CISD**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on 1st day of April, 2021, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

JEFFREY S BRINEN
303 E 17TH AVE STE 500
DENVER, CO 80203

US TRUSTEE
999 18TH ST
STE 1551
DENVER, CO 80202

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207
Telephone:   (214) 880-0089
Facsimile:   (469) 221-5003
Email:          dallas.bankruptcy@publicans.com

By: /s/ Elizabeth Weller
_____
Elizabeth Weller
SBN: 00785514 TX