# Exhibit 1

***Documents to be Provided in Data Room:***

1. Current pay-deck information;
2. All operating agreements with all revisions for the unit;
3. Division order opinions;
4. All unitization orders for the unit, with application and associated maps; (should already have this, but will provide otherwise);
5. All current gas processing, treatment, gathering, marketing and sales agreements (including take in kind elections, and contracts for the sale or oil, gas and processed products);
6. A list of all production proceeds held in suspense; suspense;
7. All current Right of Way agreements;
8. All unit surface and subsurface surveys and maps;
9. All permits for operation of the unit well and alternates;
10. Copies of all required insurance coverages to be carried by SEC under the JOAs;
11. All hauling or disposal permits and contracts;
12. Complete list of all well-site equipment and depreciation schedule;
13. All third party service contracts, including master service agreements, for field workers (pumpers,etc.) or service (hauling and disposing salt water, etc.);
14. Current regulatory and environmental files, if any;
15. Copies of at least one cycle of past Joint Interest Billing Obligations to the working interest owners;
16. Most recent severance tax files for the unit, including copies of all filed tax returns;
17. Most recent operating reports to the governing state or local mineral board;
18. List of Vendors;
19. A list of all known current liabilities for each unit as of the date of entry of the Stipulation;
20. Copies of any complaints, answers, or other similar pleadings in pending non-bankruptcy litigation in which SEC is a party;
21. Copies of all demands from working interest owners or royalty or landowners related to the units;
22. Copies of all demands by any third party or regulatory agency regarding the unit, the well(s) or the operations thereof; and
23. The complete well engineering files for the wells.

***Documents to be Provided to Successor Operator Following Voting by Working Interest Owners:***

1. A list of all known current liabilities for each unit as of the date of resignation of SEC
2. All regulatory and environmental files;
3. All logs, core analyses and interpretations on all unit well(s);
4. The complete well engineering files for the well(s);
5. The complete geology files for the unit;
6. The complete land files for the unit, including oil and gas leases, assignments, farm-outs, farm-ins, etc.;

7. The complete set of division orders or letters in lieu and the full division order files for each unit;
8. Complete set of tax reports to working interest owners, royalty and ORRI owners for all prior periods; and
9. All seismic data, with interpretations, for the unit and all licenses and agreements governing the use of the data, subject to any confidentiality or nondisclosure restrictions contained therein.