United States Bankruptcy Court
District of Colorado

In re:                                                                                  Case No. 20-12377-EEB
Sklar Exploration Company, LLC                                                          Chapter 11
Sklarco, LLC
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1082-1                     User: admin                     Page 1 of 8
Date Rcvd: Apr 01, 2021               Form ID: pdf904               Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Sklar Exploration Company, LLC, Sklarco, LLC, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301-2541 |
| aty | + | Benjamin Y. Ford, RSA Tower, 27th Floor, 11 North Water Street, Mobile, AL 36602-3809 |
| aty | + | Cook, Yancey, King & Galloway, APLC, 333 Texas Street, Suite 1700, P.O. Box 22260, Shreveport, LA 71120-2260 |
| cr | + | AEEC II, LLC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | AEH Investments, LLC, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| cr | + | Anderson Exploration Energy Company, LC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Baker Hughes Holdings, LLC FKA Baker Hughes, a GE, C/O Christopher J. Ryan, 17021 Aldine Westfield Road, Houston, TX 77073-5101 |
| cr | + | Barbara P Lawrence, 55 Hill Circle, Evergreen, CO 80439-4618 |
| cr | + | Barnette & Benefield, Inc., PO Box 550, Haynesville, LA 71038-0550 |
| cr | + | Bundero Investment Company, LLC, 401 Edwards Street, Suite 820, Shreveport, LA 71101-5521 |
| cr | + | Estate of Pamela Page, Deceased, P.O. Box 374, Evergreen, CO 80437-0374 |
| cr | + | Foote Oil and Gas Properties, LLC, 1655 Prudential Drive, #161B, Jacksonville, FL 32207-8105 |
| cr | + | Franks Exploration Company, LLC, P.O. Box 7655, Shreveport, LA 71137-7655 |
| cr | + | Hughes Oil South, LLC, P.O. Box 608, Oxford, MS 38655-0608 |
| cr | + | I & L Miss I, LP, 4761 Frank Luck Dr, Addison, TX 75001-3202 |
| cr | + | J&A Harris, LP, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| cr | + | John H. Smith, c/o Quitman Tank Solutions, LLC, PO Box 90, Quitman, MS 39355-0090 |
| cr | + | KMR Investments, LLC, P.O. Box 417, Homer, LA 71040-0417 |
| cr | + | Kingston, LLC, 2790 South Thompson Street, Suite 102, Springdale, AR 72764-6303 |
| cr | + | Kodiak Gas Services, LLC, 15320 Hwy. 105, Suite 210, Montgomery, TX 77356-2602 |
| cr | + | Pickens Financial Group, LLC, 10100 N. Central Expressway, Suite 200, Dallas, TX 75231-4169 |
| cr | + | Stoneham Drilling Corporation, c/o Bradley, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | + | Sugar Oil Properties, L.P., 625 Market Street, Suite 100, Shreveport, LA 71101-5392 |
| cr | + | TCP Cottonwood, L.P., 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Tauber Exploration & Production Company, 55 Waugh Drive, Suite 700, Houston, TX 77007-5837 |
| intp | | The Juneau Group, 2386A Rice Blvd. #232, Houston, TX 77005 |
| 18754408 | + | Anderson Investment Holdings, LP, AEEC II, LLC, 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |
| 18754411 | + | Apple River Investments, L.L.C., Attn Robert M. Boeve, President, 1503 Garfield Road North, Traverse City, MI 49696-1111 |
| 18754484 | + | East West Bank Treasury Department, 135 North Los Robles Avenue, Suite 600, ATTN Linda Cox, Pasadena, CA 91101-4549 |
| 18754510 | #+ | FPCC USA, Inc., 245 Commerce Green Blvd, Ste 250, Sugar Land, TX 77478-3760 |
| 18754497 | + | Fant Energy Limited, P.O. Box 55205, Houston, TX 77255-5205 |
| 18754529 | + | H&H Construction, LLC, Ladon E. Hall, Sole Manager, P.O. Box 850, Flomaton, AL 36441-0850 |
| 18754560 | | JD Fields & Company, Inc., P.O. Box 134401, Houston, TX 77219-4401 |
| 18754567 | + | JJS Working Interest LLC, 2001 Kirby Dr, Suite 1110, Houston, TX 77019-6081 |
| 18754578 | + | Kelley Brothers Contractors, Inc., P.O. Drawer 1079, Waynesboro, MS 39367-1079 |
| 18754588 | + | Kudzu Oil Properties, LLC, 300 Concourse Blvd, Suite 101, Ridgeland, MS 39157-2091 |
| 18754598 | # | Lucas Petroleum Group, Inc., 327 Congress Avenue, Suite 500, Austin, TX 78701-3656 |
| 18754612 | + | Meritage Energy, Ltd., C/O BKD, LLP, 2700 Post Oak Blvd, Ste 1500, Houston, TX 77056-5829 |
| 18754613 | | Mesa Fluids, LLC, c/o Juno Financial, P.O. Box 173928, Denver, CO 80217-3928 |
| 18754664 | | Pro-Tek Field Services, LLC, P.O. Box 919269, Dallas, TX 75391-9269 |
| 18754666 | + | Pruet Oil Company, LLC, 217 West Capitol St. Ste 201, Jackson, MS 39201-2099 |
| 18754673 | + | Rapad Well Service Co., Inc., 217 West Capitol Street, Jackson, MS 39201-2004 |
| 18754720 | #+ | Stoneham Drilling Corporation, 707 17th Street, Suite 3250, Denver, CO 80202-3433 |

| District/off: 1082-1 | User: admin | Page 2 of 8 |
|---|---|---|
| Date Rcvd: Apr 01, 2021 | Form ID: pdf904 | Total Noticed: 50 |

| | | |
|---|---|---|
| 18754721 | # | Strago Petroleum Corporation, 3209 Hamm Road, Pearland, TX 77581-5503 |
| 18754735 | + | TCP Cottonwood, L.P., 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |
| 18754760 | + | Union Oilfield Supply, Inc., 12 John Dykes Road, Waynesboro, MS 39367-8371 |

TOTAL: 46

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: cmccord@mccordprod.com | Apr 02 2021 04:28:00 | CTM 2005, Ltd., 55 Waugh Drive, Suite 515, Houston, TX 77007-5840 |
| cr | + | Email/PDF: dor_tac_bankruptcy@state.co.us | Apr 02 2021 03:44:54 | Colorado Department Of Revenue, 1375 Sherman St., Room 504, Attention Bankruptcy Unit, Denver, CO 80261-3000 |
| cr | + | Email/Text: bankruptcy@coag.gov | Apr 02 2021 04:29:00 | Colorado Department of Law, 1300 Broadway, 8th Floor, Denver, CO 80203-2104 |
| cr | | Email/Text: tim.swanson@moyewhite.com | Apr 02 2021 04:29:00 | Kudzu Oil Properties, LLC, c/o Timothy M. Swanson, Moye White LLP, 1400 16th Street, 6th Floor, Denver, CO 80202 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Hall Management, LLC, 4913 Oak Point Drive |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam L. Hirsch | on behalf of Interested Party Howard F. Sklar adam.hirsch@dgslaw.com robin.anderson@dgslaw.com |
| Adam L. Hirsch | on behalf of Interested Party Howard Sklar Trust adam.hirsch@dgslaw.com robin.anderson@dgslaw.com |
| Amy Vazquez | on behalf of Creditor FPCC USA Inc. avazquez@joneswalker.com |
| Andrew James Shaver | on behalf of Creditor Premium Oilfield Services LLC ashaver@bradley.com |
| Armistead Mason Long | |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 3 of 8 |
| Date Rcvd: Apr 01, 2021 | Form ID: pdf904 | Total Noticed: 50 |

on behalf of Creditor Pine Island Chemical Solutions  L.L.C. along@gamb.law

Barnet B Skelton, Jr

on behalf of Creditor Tauber Exploration & Production Company barnetbjr@msn.com

Barnet B Skelton, Jr

on behalf of Creditor Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr

on behalf of Creditor MER Energy  LTD barnetbjr@msn.com

Barnet B Skelton, Jr

on behalf of Creditor MR Oil & Gas  LLC barnetbjr@msn.com

Barnet B Skelton, Jr

on behalf of Creditor I & L Miss I  LP barnetbjr@msn.com

Barnet B Skelton, Jr

on behalf of Creditor The Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr

on behalf of Creditor Pickens Financial Group  LLC barnetbjr@msn.com

Barnet B Skelton, Jr

on behalf of Creditor CTM 2005  Ltd. barnetbjr@msn.com

Belinda Harrison

belindapittsharrison@gmail.com  belindapittsharrison@gmail.com

Brent R. Cohen

on behalf of Creditor Fant Energy Limited bcohen@lrrc.com  brent-cohen-8759@ecf.pacerpro.com,jeastin@lrrc.com

Brian Rich

on behalf of Creditor Fletcher Exploration  LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich

on behalf of Creditor Fletcher Petroleum Company  LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich

on behalf of Creditor Fletcher Petroleum Corp. brich@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com

Bryce Suzuki

on behalf of Creditor East-West Bank bsuzuki@swlaw.com  tina.daniels@bclplaw.com

Christopher Meredith

on behalf of Attorney Copeland  Cook, Taylor & Bush, P.A. cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

Christopher Meredith

on behalf of Creditor Eastern Fishing & Rental Tool Company  Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

Christopher Meredith

on behalf of Creditor PAR Minerals Corporation cmeredith@cctb.com bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

Christopher Meredith

on behalf of Creditor Coastal Exploration  Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

Christopher D. Johnson

on behalf of Creditor Committee The Official Committee of Unsecured Creditors cjohnson@munsch.com  scurry@munsch.com

Christopher M. Crowley

on behalf of Creditor Liquid Gold Well Service  Inc. ccrowley@fncmlaw.com

Craig M. Geno

on behalf of Creditor Alabama Oil Company cmgeno@cmgenolaw.com kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com

Craig M. Geno

on behalf of Creditor Kudzo Oil Properties  LLC cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com

Craig M. Geno

on behalf of Creditor Kudzu Oil Properties  LLC cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com

Craig M. Geno

on behalf of Creditor Apple River Investments  LLC cmgeno@cmgenolaw.com,

District/off: 1082-1      User: admin      Page 4 of 8
Date Rcvd: Apr 01, 2021      Form ID: pdf904      Total Noticed: 50

kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com

Daniel L. Bray
     on behalf of Creditor Weatherford U.S. L.P. daniel.bray@huschblackwell.com, ann.stolfa@huschblackwell.com;LegalSupportTeam-Litigation-DEN@huschblackwell.com;daniel-bray-5348@ecf.pacerpro.com

David M. Miller
     on behalf of Creditor Bri-Chem Supply Corp. LLC dmiller@spencerfane.com, akarant@spencerfane.com

David R Taggart
     on behalf of Creditor JF Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

David R Taggart
     on behalf of Interested Party JF Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

David R Taggart
     on behalf of Creditor JH Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

Deanna L. Westfall
     on behalf of Creditor Colorado Department Of Revenue deanna.westfall@coag.gov bncmail@w-legal.com

Duane Brescia
     on behalf of Creditor Seitel Data Ltd. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com

Duane Brescia
     on behalf of Creditor Lucas Petroleum Group Inc. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com

Duane Brescia
     on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com djaenike@clarkhill.com;ckclark@clarkhill.com

Eric Lockridge
     on behalf of Creditor Sugar Oil Properties L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

Eric Lockridge
     on behalf of Creditor Anderson Exploration Energy Company L.C. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

Eric Lockridge
     on behalf of Creditor Anderson Exploration Energy Company LC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

Eric Lockridge
     on behalf of Creditor TCP Cottonwood L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

Eric Lockridge
     on behalf of Creditor AEEC II LLC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

Glenn Taylor
     on behalf of Creditor Coastal Exploration Inc. gtaylor@cctb.com

Glenn Taylor
     on behalf of Creditor PAR Minerals Corporation gtaylor@cctb.com

Glenn Taylor
     on behalf of Creditor Eastern Fishing & Rental Tool Company Inc. gtaylor@cctb.com

Grant Matthew Beiner
     on behalf of Creditor Committee The Official Committee of Unsecured Creditors gbeiner@munsch.com

James B. Bailey
     on behalf of Creditor Stoneham Drilling Corporation jbailey@bradley.com ashaver@bradley.com,jbailey@ecf.courtdrive.com

Jeffery Dayne Carruth
     on behalf of Creditor Halliburton Energy Services Inc. jcarruth@wkpz.com

Jeffrey R. Barber
     on behalf of Creditor FPCC USA Inc. jbarber@joneswalker.com

Jeffrey S. Brinen
     on behalf of Debtor Sklar Exploration Company LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jeffrey S. Brinen
     on behalf of Debtor Sklarco LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jennifer Hardy
     on behalf of Creditor JJS Interests Steele Kings LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 5 of 8 |
| Date Rcvd: Apr 01, 2021 | Form ID: pdf904 | Total Noticed: 50 |

| | |
|---|---|
| Jennifer Hardy | on behalf of Creditor JJS Working Interests LLC jhardy2@willkie.com, mao@willkie.com |
| | on behalf of Creditor JJS Interests Escambia LLC jhardy2@willkie.com, mao@willkie.com |
| Jennifer Norris Soto | on behalf of Creditor Barnette & Benefield Inc. jennifersoto@arklatexlaw.com, curtisshelton@arklatexlaw.com, |
| Jenny M.F. Fujii | on behalf of Defendant Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com |
| Jenny M.F. Fujii | on behalf of Debtor Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com |
| Jenny M.F. Fujii | on behalf of Cross-Claimant Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com |
| Jenny M.F. Fujii | on behalf of Debtor Sklarco LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com |
| Jeremy L Retherford | on behalf of Creditor RAPAD Well Service Co. Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com |
| Jeremy L Retherford | on behalf of Creditor Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com |
| Jeremy L Retherford | on behalf of Plaintiff Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com |
| Jeremy L Retherford | on behalf of Creditor Pruet Oil Company LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com |
| Jeremy L Retherford | on behalf of Interested Party Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com |
| Jim F Spencer, Jr | on behalf of Creditor Landmark Exploration LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| Jim F Spencer, Jr | on behalf of Creditor Lexington Investments LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| Jim F Spencer, Jr | on behalf of Creditor Landmark Oil and Gas LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| Jim F Spencer, Jr | on behalf of Creditor Stone Development LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| John Cornwell | on behalf of Creditor Committee The Official Committee of Unsecured Creditors jcornwell@munsch.com hvalentine@munsch.com |
| John Thomas Oldham | on behalf of Creditor Kodiak Gas Services LLC joldham@okinadams.com, bmoore@okinadams.com |
| Jonathan Dickey | on behalf of Creditor Foote Oil & Gas Properties LLC jmd@kutnerlaw.com, vlm@kutnerlaw.com |
| Jordan B. Bird | on behalf of Creditor Bundero Investment Company LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Attorney Cook Yancey, King & Galloway, APLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor J&A Harris LP jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor Hughes Oil South LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor Franks Exploration Company LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor Hall Management LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor Kingston LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor AEH Investments LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor KMR Investments LLC jordan.bird@cookyancey.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 6 of 8 |
| Date Rcvd: Apr 01, 2021 | Form ID: pdf904 | Total Noticed: 50 |

Joseph D. DeGiorgio
 on behalf of Creditor Ford Motor Credit Company LLC josephde@bdfgroup.com

Joseph Eric Bain
 on behalf of Creditor FPCC USA Inc. jbain@joneswalker.com, kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com

Katherine A Ross
 on behalf of Creditor Bureau of Land Management katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov

Katherine A Ross
 on behalf of Creditor Office of Natural Resources Revenue katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov

Katherine Guidry Douthitt
 on behalf of Creditor Dickson Oil & Gas L.L.C. kdouthitt@bwor.com

Katherine Guidry Douthitt
 on behalf of Creditor C. Bickham Dickson III kdouthitt@bwor.com

Kelsey Jamie Buechler
 on behalf of Creditor Foote Oil and Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com

Kelsey Jamie Buechler
 on behalf of Creditor Foote Oil & Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com

Keri L. Riley
 on behalf of Debtor Sklarco LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Keri L. Riley
 on behalf of Debtor Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Kevin S. Neiman
 on behalf of Plaintiff Plains Marketing L.P. kevin@ksnpc.com

Kevin S. Neiman
 on behalf of Counter-Defendant Plains Marketing L.P. kevin@ksnpc.com

Kevin S. Neiman
 on behalf of Creditor Plains Marketing L.P. kevin@ksnpc.com

Kevin S. Neiman
 on behalf of Creditor Plains Gas Solutions LLC kevin@ksnpc.com

Lee M. Kutner
 on behalf of Debtor Sklar Exploration Company LLC vlm@kutnerlaw.com

Lee M. Kutner
 on behalf of Debtor Sklarco LLC vlm@kutnerlaw.com

Madison M. Tucker
 on behalf of Creditor FPCC USA Inc. mtucker@joneswalker.com, madison-tucker-7703@ecf.pacerpro.com

Matthew Okin
 on behalf of Creditor Kodiak Gas Services LLC mokin@okinadams.com

Matthew J. Ochs
 on behalf of Creditor Pruet Oil Company LLC mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J. Ochs
 on behalf of Creditor RAPAD Well Service Co. Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J. Ochs
 on behalf of Creditor Pruet Production Co. mjochs@hollandhart.com tldevlin@hollandhart.com

Matthew J. Ochs
 on behalf of Plaintiff Pruet Production Co. mjochs@hollandhart.com tldevlin@hollandhart.com

Michael Niles
 on behalf of Creditor Fletcher Exploration LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Niles
 on behalf of Creditor Fletcher Petroleum Company LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Niles
 on behalf of Creditor Fletcher Petroleum Corp. mniles@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael D Rubenstein
 on behalf of Interested Party BPX Properties (NA) LP mdrubenstein@liskow.com

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 7 of 8 |
| Date Rcvd: Apr 01, 2021 | Form ID: pdf904 | Total Noticed: 50 |

| | |
|---|---|
| Michael D Rubenstein | on behalf of Interested Party BP America Production Company mdrubenstein@liskow.com |
| Michael J. Guyerson | on behalf of Creditor Estate of Pamela Page  Deceased , celina@kjblawoffice.com;teresa@kjblawoffice.com |
| Michael J. Guyerson | on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com  celina@kjblawoffice.com;teresa@kjblawoffice.com |
| Paul Moss | on behalf of U.S. Trustee US Trustee Paul.Moss@usdoj.gov |
| Robert Padjen | on behalf of Creditor Colorado Department of Law Robert.padjen@coag.gov |
| Robert L Paddock | on behalf of Creditor Strago Petroleum Corporation rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L Paddock | on behalf of Creditor Gateway Exploration  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Robert L Paddock | on behalf of Creditor Meritage Energy Ltd rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L Paddock | on behalf of Creditor Harvest Gas Management  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Robert L Paddock | on behalf of Creditor GCREW Properties  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Ryan Lorenz | on behalf of Creditor Juno Financial LLC RLorenz@ClarkHill.com |
| Ryan Seidemann | on behalf of Creditor State of Louisiana  Depatment of Natural Resources, Office of Mineral Resources seidemannr@ag.louisiana.gov |
| Ryco Exploration, LLC. | rsmith.ryco@att.net |
| Shay L. Denning | on behalf of Creditor Tauber Exploration & Production Company sdenning@mbssllp.com |
| Shay L. Denning | on behalf of Creditor I & L Miss I  LP sdenning@mbssllp.com |
| Shay L. Denning | on behalf of Creditor MR Oil & Gas  LLC sdenning@mbssllp.com |
| Shay L. Denning | on behalf of Creditor CTM 2005  Ltd. sdenning@mbssllp.com |
| Shay L. Denning | on behalf of Creditor Rudman Partnership sdenning@mbssllp.com |
| Shay L. Denning | on behalf of Creditor Pickens Financial Group  LLC sdenning@mbssllp.com |
| Shay L. Denning | on behalf of Creditor MER Energy  LTD sdenning@mbssllp.com |
| Stephen K. Lecholop, II | on behalf of Creditor McCombs Energy  Ltd. slecholop@rpsalaw.com, amartinez@rpsalaw.com |
| Stephen K. Lecholop, II | on behalf of Creditor McCombs Exploration  LLC slecholop@rpsalaw.com, amartinez@rpsalaw.com |
| Theodore J. Hartl | on behalf of Interested Party Louisiana Tower Operating LLC hartlt@ballardspahr.com  blessingb@ballardspahr.com |
| Thomas H Shipps | on behalf of Creditor MER Energy  LTD tshipps@mbssllp.com |
| Thomas H Shipps | on behalf of Creditor Tauber Exploration & Production Company tshipps@mbssllp.com |
| Thomas H Shipps | on behalf of Creditor I & L Miss I  LP tshipps@mbssllp.com |
| Thomas H Shipps | on behalf of Creditor The Rudman Partnership tshipps@mbssllp.com |
| Thomas H Shipps | |

District/off: 1082-1 User: admin Page 8 of 8
Date Rcvd: Apr 01, 2021 Form ID: pdf904 Total Noticed: 50

| | |
|---|---|
| | on behalf of Creditor Pickens Financial Group  LLC tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor CTM 2005  Ltd. tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor MR Oil & Gas  LLC tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor Rudman Partnership tshipps@mbssllp.com |
| Timothy C. Mohan | |
| | on behalf of Cross Defendant Kelley Brothers Contractors  Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Defendant Kelley Brothers Contractors  Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Creditor Lufkin Industries  LLC tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com  tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Creditor Baker Petrolite LLC tmohan@foley.com  tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Creditor GE Oil & Gas Pressure Control US tmohan@foley.com  tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Creditor Baker Hughes Oilfield Operations LLC tmohan@foley.com  tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Cross Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com  tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Defendant Baker Hughes Oilfield Operations  Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Creditor Baker Hughes Holdings  LLC FKA Baker Hughes, a GE Company LLC tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Alabama Oil & Gas  LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Kudzu Oil Properties  LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company  LLC and Sklarco, LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Alabama Oil Company tim.swanson@moyewhite.com audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Kudzo Oil Properties  LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Apple River Investments  LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy Michael Riley | |
| | on behalf of Attorney Hopping Green & Sams timothyr@hgslaw.com |
| Tyler Lee Weidlich | |
| | on behalf of Creditor Pioneer Wireline Services  LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com |
| Tyler Lee Weidlich | |
| | on behalf of Creditor Pro-Tek Field Services  LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com |
| US Trustee | |
| | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 158

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE STIPULATION REGARDING TRANSITION TO SUCCESSOR OPERATOR OF THE BROOKLYN UNITS**

THIS MATTER, having come before the Court on the Debtors' Motion for Extension of Time to File Stipulation Regarding Transition to Successor Operator of the Brooklyn Units (the "Motion"), the Court having reviewed the Motion and finding good cause for granting the requested relief, does hereby:

**ORDER THAT:**

The Motion is GRANTED. The Debtors shall their stipulation regarding transition to a successor operator of the Brooklyn Oil Units on or before April 1, 2021.

Dated: April 1, 2021

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge