IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| SKLAR EXPLORATION COMPANY, LLC, *et al.*,[1] | § § § | Case No. 20-12377-EEB |
| Debtors. | § § | (Jointly Administered) |

**OFFICIAL COMMITTEE'S JOINDER TO EAST WEST BANK'S
OBJECTION TO THE RUDMAN PARTNERSHIP'S APPLICATION FOR
ADMINISTRATIVE EXPENSE PRIORITY CLAIM PURSUANT TO 11 U.S.C. § §503(b)**

The Official Committee of Unsecured Creditors (the "Committee") of Sklar Exploration Company, LLC, ("SEC"), appointed in the above-captioned, jointly-administered bankruptcy cases (the "Cases"), of SEC and Sklarco, LLC ("Sklarco", and collectively with SEC, the "Debtors"), hereby files its *Joinder* (this "Joinder") to East West Bank's *Objection to the Rudman Partnership's Application for Administrative Expense Priority Claim Pursuant to 11 U.S.C. § 503(b)* (the "EWB Objection") [Dkt. No. 1170], and in support thereof, would respectfully show the Court as follow:

1. On March 22, 2021, The Rudman Partnership ("Rudman") filed their *Application for Administrative Priority Claim Pursuant to 11 U.S.C. § 503(b)* (the "Application") [Dkt. No. 1148]. The deadline to object to the Application is April 5, 2021.

2. On April 5, 2021, EWB filed their Objection, raising several objections to the Application, including (i) that the Application was procedurally improper as the relief requested requires resolution of issues that under Bankruptcy Rule 7001 can only be determined in an adversary proceeding, (ii) that Rudman has only a claim for an unsecured claim arising from the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

1

Debtors' pre-petition failure to pay to Rudman proceeds from the sale of production, and (iii) that Rudman cannot satisfy the requirements of 11 U.S.C. § 503(b)(1)(A) to be entitled to a priority claim.

3. The Committee joins in the EWB Objection and any responsive or supporting pleadings filed by East West Bank, and reserves the right to amend or supplement this Joinder for any reason, including to add additional objections.

WHEREFORE, the Committee joins in the EWB Objection for the reasons cited therein, and respectfully requests that the Court enter an Order (i) denying the Application; and (ii) granting the Committee such other relief as the Court deems just and appropriate.

Respectfully submitted this 5th day of April, 2021

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Christopher D. Johnson*
Christopher D. Johnson
Texas Bar No. 24012913
John D. Cornwell
Texas Bar No. 24050450
Grant M. Beiner
Texas Bar No. 24116090
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone: (713) 222-1470
Facsimile: (713) 222-1475
cjohnson@munsch.com
jcornwell@munsch.com
gbeiner@munsch.com

**COUNSEL FOR
THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS**

## **CERTIFICATE OF SERVICE**

  This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on April 5, 2021.

                */s/ Grant M. Beiner*
                Grant M. Beiner

4813-3696-4580v.2