UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING MOTION TO ASSUME AGENCY SERVICES AGREEMENT PURSUANT TO 11 U.S.C. § 365 AND APPROVE AMENDMENT TO AGENCY SERVICES AGREEMENT**

THIS MATTER having come before the Court on the Debtors' Motion to Assume Agency Services Agreement Pursuant to 11 U.S.C. § 365 and Approve Amendment to Agency Services Agreement (the "Motion"), notice having been provided, no objection having been received, and for good cause shown, the Court does

**HEREBY ORDER THAT:**

1. The Motion is GRANTED;

2. The Debtors are authorized to assume the Agency Services Agreement by and between the Debtors, Howard F. Sklar, Miriam Sklar, L.C., the Howard Sklar Trust, the Alan Sklar Trust, the Sam Sklar Trust, and the Succession of Miriam Mandel Sklar upon confirmation of the Debtors' Amended and Restated Plan of Reorganization and occurrence of the Effective Date of the Plan;

3. The Amendment to the Lease attached to the Motion as Exhibit B is hereby APPROVED;

4. The Debtors are authorized to execute all necessary documents in compliance with this Order, and is authorized to make all cure payments in accordance with the Amendment to the Lease; and

1

5. Nothing contained herein shall constitute an order or finding that Sklarco, LLC and/or Sklar Exploration Company, LLC hold any assets solely as agent or nominee for the benefit of Howard F. Sklar, Miriam Sklar, L.C., the Howard Sklar Trust, the Alan Sklar Trust, the Sam Sklar Trust, and the Succession of Miriam Mandel Sklar.

DONE and entered this _____ day of _____, 2021 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge