# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:  SKLAR EXPLORATION COMPANY, LLC<br>**Debtor** | **CHAPTER 11**<br>**CASE NO. 20-12377-EEB** |
| IN RE:  SKLARCO, LLC<br>**Debtor** | **CHAPTER 11**<br>**CASE NO. 20-12380-EEB** |
| | **Jointly Administered Under**<br>**Case No. 20-12377-EEB** |

## RESPONSE TO REPORT REGARDING CONTESTED ASSUMPTION OF OPERATING AGREEMENTS AND PROPOSED SCHEDULING FOR HEARINGS

COME NOW Kudzu Oil Properties, LLC, Alabama Oil Company, and Apple River Investments, LLC (collectively, the "Kudzu Parties"), and file this their joint Response to the *Report Regarding Contested Assumption of Operating Agreements and Proposed Scheduling for Hearings* (the "Report") **[DK #1161]**, filed herein by Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco") (collectively, the "Debtors"), and the Court's *Minute Order* **[DK #1137]**, and respond as follows, to-wit:

1. The Kudzu Parties (both collectively and individually) have made a decision to withdraw their objections to the various motions to assume submitted by Sklarco.

2. The objections (and corresponding docket numbers) are described within the Report in Paragraph 5. A copy of Paragraph 5, excerpted from the Report, is attached, incorporated by reference and marked as **Exhibit "A"**.

3. The Kudzu Parties will, either by separate stipulation/agreed order, or an omnibus stipulation/agreed order, formally withdraw the objections in due course.

4. Other grounds to be assigned upon a hearing hereof if necessary.

WHEREFORE, PREMISES CONSIDERED, the Kudzu Parties respond to the Report and the Court's Minute Order as set forth hereinabove. The Kudzu Parties pray for general relief.

THIS the _____ day of April, 2021.

Respectfully submitted,

/s/ Craig M. Geno
_____
Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

-and-

Timothy M. Swanson (47267)
MOYE WHITE LLP
1400 16th Street, 6th Floor
Denver, CO 80202
303-292-2900 - Telephone
303-292-4510 - Facsimile
tim.swanson@moyewhite.com

*Counsel for Kudzu Oil Properties, LLC, Alabama Oil Company, and Apple River Investments, LLC*

**CERTIFICATE OF SERVICE**

I, Craig M. Geno, do hereby certify that I have caused a copy of the above and foregoing to be served via CM/ECF to all parties that have filed electronic appearances and requested service in this case.

THIS, the _____ day of April, 2021.

/s/ Craig M. Geno
_____
Craig M. Geno

N:\Firm Data\Users\Bankrupt\Kudzu Oil, Apple River, Alabama Oil (Sklar Bkcy)\Pleadings\Resp to Debtors' Report re Mots to Assume 4-7-21.wpd

| | |
|---|---|
| 994 | Hairgrove #1 and #2 |
| 995 | Williamson #3 |
| 996 | Deason #1 |
| 997 | Harrison E GU 1 |
| 998 | Cooke J.W. #2 |
| 999 | Lillie J. Price |
| 1000 | Lohman #1 |
| 1001 | H.B. Frost Gas Unit |
| 1002 | Beall, R#1 |
| 1003 | C.W. Lee |
| 1004 | West Grice Unit 17-13 #1 |
| 1005 | Harrison C-1 |
| 1006 | HB Frost Unit #23H |

3.  Notice of each of the Motions was provided to all operators of the respective properties and, where available, to other parties with an interest in the respective properties. No objections were received, and Sklarco therefore requests entry of orders granting the motions identified above.

4.  An informal objection to the Motion to Assume the Shugart West 31 (Docket No. 924), Shugart West 30 (Docket No. 944), and the Shaula 30 Fed Com 3H & 4H (Docket No. 947) was raised by the operator of the properties, Devon Energy Production ("Devon"), regarding a cure amount owed for certain unpaid joint interest billing obligations. Sklarco and Devon and in discussions regarding these Motions, and anticipate filing a Stipulation and/or Agreed Order after a reconciliation of cure amounts is completed.

5.  The following objections were raised with respect to Sklarco's Motions to Assume:

| Docket No. | Property/Well Name | Objecting Parties | Basis for Objection |
|---|---|---|---|
| 906 | West Tyler/Swan Participation & Operating Agreement | Kudzu Oil (Docket No. 1128) Fant Energy (Docket No. 1117) | • Kudzu & Fant - Uncured monetary default (amount not identified)<br>• Kudzu - Lack of adequate assurance of future performance based on inability of SEC to effectuate a structured wind-down |
| 908 | Escambia Participation and Operating Agreement | Kudzu Oil (Docket No. 1129) Fant Energy (Docket No. 1113) | • Kudzu & Fant - Uncured monetary default (amount not identified) |

3



| | | | |
|---|---|---|---|
| | | The Rudman Partnership (Docket No. 1111) | • Kudzu - Lack of adequate assurance of future performance based on inability of SEC to effectuate a structured wind-down<br>• Rudman – Must cure all unpaid revenue owed to other working interest owners by SEC |
| 910 | Oakhay Creek | Kudzu Oil (Docket No. 1130) | • Uncured monetary default (amount not identified)<br>• Lack of adequate assurance of future performance based on inability of SEC to effectuate a structured wind-down |
| 903 | North Beach Participation & Operating Agreement | Kudzu Oil (Docket No. 1127)<br>Fant Energy (Docket No. 1116) | • Kudzu & Fant - Uncured monetary default (amount not identified)<br>• Kudzu - Lack of adequate assurance of future performance based on inability of SEC to effectuate a structured wind-down |
| 899 | Red River Participation & Operating Agreement | Kudzu Oil (Docket No. 1126) | • Uncured monetary default (amount not identified)<br>• Lack of adequate assurance of future performance based on inability of SEC to effectuate a structured wind-down |
| 892 | Mt. Carmel | Kudzu Oil (Docket No. 1125)<br>Fant Energy (Docket No. 1118) | • Kudzu & Fant - Uncured monetary default (amount not identified)<br>• Kudzu - Lack of adequate assurance of future performance based on inability of SEC to effectuate a structured wind-down |
| 889 | LCCOU IV | Kudzu Oil (Docket No. 1125)<br>Fant Energy (Docket No. 1118) | • Kudzu & Fant - Uncured monetary default (amount not identified)<br>• Kudzu - Lack of adequate assurance of future performance based on inability of SEC to effectuate a structured wind-down |
| 887 | LCCOU II | Kudzu Oil (Docket No. 1125)<br>Fant Energy (Docket No. 1118) | • Kudzu & Fant - Uncured monetary default (amount not identified) |

| | | | |
|---|---|---|---|
| | | | • Kudzu - Lack of adequate assurance of future performance based on inability of SEC to effectuate a structured wind-down |
| 885 | South Woodlawn | Kudzu Oil (Docket No. 1124) Fant Energy (Docket No. 1119) | • Kudzu & Fant - Uncured monetary default (amount not identified) <br> • Kudzu - Lack of adequate assurance of future performance based on inability of SEC to effectuate a structured wind-down |
| 958 | Pate 10-1 #1 | Fant Energy (Docket No. 1121) | • Uncured monetary default (amount not identified) <br> • Must provide adequate assurance of future performance |
| 901 | West Arcadia Exploration Agreement | Fant Energy (Docket No. 1115) | • Uncured monetary default (amount not identified) <br> • Must provide adequate assurance of future performance |
| 883 | Shipps Creek | Kudzu Oil (Docket No. 1098) Fant Energy (Docket No. 1091) The Rudman Partnership (Docket No. 1109) | • Kudzu & Fant - Uncured monetary default (amount not identified) <br> • Kudzu - Lack of adequate assurance of future performance based on inability of SEC to effectuate a structured wind-down <br> • Rudman – Must cure all unpaid revenue owed to other working interest owners by SEC |
| 863 | Fish Pond Unit | Kudzu Oil (Docket No. 1085) Fant Energy (Docket No. 1086) The Rudman Partnership (Docket No. 1108) | • Kudzu & Fant - Uncured monetary default (amount not identified) <br> • Kudzu - Lack of adequate assurance of future performance based on inability of SEC to effectuate a structured wind-down <br> • Rudman – Must cure all unpaid revenue owed to other working interest owners by SEC |
| 857 | Southeast Brooklyn Oil Unit | Kudzu Oil (Docket No. 1083) Fant Energy (Docket No. 1093) | • Kudzu & Fant - Uncured monetary default (amount not identified) <br> • Kudzu - Lack of adequate assurance of future performance |

5

| | | | |
|---|---|---|---|
| | | The Rudman Partnership (Docket No. 1107) | based on inability of SEC to effectuate a structured wind-down<br>• Rudman – Must cure all unpaid revenue owed to other working interest owners by SEC |
| 855 | Southwest Brooklyn Oil Unit | Kudzu Oil (Docket No. 1082)<br>Fant Energy (Docket No. 1095)<br>The Rudman Partnership (Docket No. 1106) | • Kudzu & Fant - Uncured monetary default (amount not identified)<br>• Kudzu - Lack of adequate assurance of future performance based on inability of SEC to effectuate a structured wind-down<br>• Rudman – Must cure all unpaid revenue owed to other working interest owners by SEC |
| 881 | Kings Dome | Kudzu Oil (Docket No. 1096)<br>Fant Energy (Docket No. 1088) | • Kudzu & Fant - Uncured monetary default (amount not identified)<br>• Kudzu - Lack of adequate assurance of future performance based on inability of SEC to effectuate a structured wind-down |
| 869 | South Harmony | Kudzu Oil, Apple River Investments, LLC, & Alabama Oil Co. (Docket No. 1094) | • Uncured monetary default (amount not identified)<br>Lack of adequate assurance of future performance based on inability of SEC to effectuate a structured wind-down |
| 865 | Silver Creek | Kudzu Oil (Docket No. 1087)<br>Fant Energy (Docket No. 1092) | • Kudzu & Fant - Uncured monetary default (amount not identified)<br>Kudzu - Lack of adequate assurance of future performance based on inability of SEC to effectuate a structured wind-down |
| 867 | Pate | Kudzu Oil (Docket No. 1090)<br>Fant Energy (Docket No. 1089) | • Kudzu & Fant - Uncured monetary default (amount not identified)<br>• Kudzu - Lack of adequate assurance of future performance based on inability of SEC to effectuate a structured wind-down |
| 859 | Northwest Brooklyn Oil Unit | Kudzu Oil (Docket No. 1084) | • Uncured monetary default (amount not identified) |

|  |  |  | • Lack of adequate assurance of future performance based on inability of SEC to effectuate a structured wind-down |
|---|---|---|---|
| 847 | Findley 2-5 | Kudzu Oil (Docket No. 1076) | • Uncured monetary default (amount not identified)<br>• Lack of adequate assurance of future performance based on inability of SEC to effectuate a structured wind-down |

6. The objections filed by Kudzu Oil, Fant Energy, and the Rudman Family Partnership are generally asserted, lack specificity, and arise out of the same set of circumstances. Given the similarity in the objections, Sklarco submits that the 21 contested motions ("Contested Assumption Motions") can be combined into a single evidentiary hearing.

7. Sklarco requests that the Court set a hearing on the Contested Motions prior to a hearing on confirmation of the Debtors' Amended and Restated Plan ("Plan"), and proposes that an evidentiary hearing be set in or around the week of May 3, 2021 or May 10, 2021.

8. Sklarco believes that a hearing on the Contested Assumption Motions will take approximately one (1) day, and will require one to three witnesses. Sklarco does not anticipate any expert testimony.

9. Sklarco further requests that the Court set a date by which the parties are required to file their lists of witnesses and exhibits, seven (7) days prior to a hearing set on the Contested Assumption Motions, set a date by which the parties are required to file a statement of stipulated facts (5) days prior to a hearing on the Contested Assumption Motions, and set a date by which the parties are required to file objections to exhibits five (5) days prior to a hearing on the Contested Assumption Motions.

10. Until the deadline for objections to the Plan, the Debtors have no way to know if objections to the Plan, if any, will involve contested factual matters, or contested legal matters. As such, the Debtors request that the hearing on confirmation of the Plan set for May 28, 2021 at 1:30 pm be treated as a preliminary hearing on any contested factual issues and oral argument on any contested legal issues.