UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: <br><br> SKLAR EXPLORATION COMPANY, LLC <br><br> Debtor. | Bankruptcy No. 20-12377-EEB <br> (Chapter 11) |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

COMES NOW P. Matthew Cox of the law firm of Snow, Christensen & Martineau and hereby enters his appearance on behalf of Ally Bank ("Ally"), party in interest in the above-captioned case, and requests copies of all pleadings and notices in this case be sent to:

> P. Matthew Cox
> SNOW, CHRISTENSEN & MARTINEAU
> 10 Exchange Place, Eleventh Floor
> P. O. Box 45000
> Salt Lake City, UT 84111

Neither this Entry of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive: (i) Ally's right to have final orders in non-core matters entered only after de novo reviewed by a district judge (ii) Ally's right to trial.

DATED this 7th day of April, 2021

SNOW, CHRISTENSEN & MARTINEAU

/s/ P. Matthew Cox
P. Matthew Cox, 9879 UT
Attorneys for Ally Bank
PO Box 45000
Salt Lake City, UT 84145
Telephone: (801) 521-9000
Facsimile: (801) 363-0400
pmc@scmlaw.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of April, 2021 a true and correct copy of the foregoing **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES** was mailed, U.S. postage prepaid, or sent via Electronic Notice, where applicable to the following:

| | |
|---|---|
| Jeffrey S. Brinen<br>Kutner Brinen Dickey Riley, P.C.<br>1660 Lincoln St.<br>Ste. 1720<br>Denver, CO 80264<br>jsb@kutnerlaw.com | (via ECF and U.S. Mail) |
| Kerri L. Riley<br>Kutner Brinen Dickey Riley, P.C.<br>1660 Lincoln St.<br>Ste. 1720<br>Denver, CO 80264<br>klr@kutnerlaw.com | (via ECF and U.S. Mail) |
| Lee M. Kutner<br>1660 Lincoln St.<br>Ste. 1850<br>Denver, CO 80264<br>lmk@kutnerlaw.com | (via ECF and U.S. Mail) |
| Benjamin Y. Ford<br>RSA Tower, 27th Floor<br>11 North Water Street<br>Mobile, AL 36602 | (via ECF and U.S. Mail) |
| Jenny M.F. Fujii<br>Kutner Brinen Dickey Riley, P.C.<br>1660 Lincoln St.<br>Ste. 1720<br>Denver, CO 80264<br>jmf@kutnerlaw.com | (via ECF and U.S. Mail) |
| Robert Samuel Boughner<br>U.S. Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294<br>Samuel.Boughner@usdoj.gov | (via ECF) |

      /s/ P. Matthew Cox

4830-8470-4740, v. 1