IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In Re:                                           Bankruptcy No. 20-12377-EEB
                                                                    (Chapter 11)

SKLAR EXPLORATION COMPANY, LLC

       Debtor.

**OBJECTION TO CONFIRMATION OF
CHAPTER 11 PLAN OF REORGANIZATOIN**

       Ally Bank (Ally") objects to confirmation of Debtor's Chapter 11 Plan of Reorganization (the "Plan") on the following grounds:

       1.       Ally is a secured creditor of the Debtor pursuant to a Retail Installment Sale Contract dated August 28, 2019, whereby Debtor agreed to purchase the following motor vehicle:

       2018 Ford F-150, VIN 1FTEW1CP6JKE16174 ("Vehicle").

       2.       As of March 31, 2021, the payoff owed to Ally is $21,638.12.

       3.       Ally objects to the Debtor's Amended Plan of Reorganization. The Plan is unclear what the Debtor proposes under the Resignation and Transition Schedule. Will the Debtor transfer title of the Vehicle or just surrender the Vehicle. In any event, Ally should be paid per the contract until the contract is paid in full or the Vehicle is surrendered. Ally will not agree to a possible sale or equity transfer.

       4.       The interests of Ally in the Vehicle have not been adequately protected.

       DATED this 7th day of April, 2021

                                                 SNOW, CHRISTENSEN & MARTINEAU

                                                 /s/ P. Matthew Cox
                                                 P. Matthew Cox (9879 UT)
                                                 PO Box 45000
                                                 Salt Lake City, UT 84145
                                                 Telephone: (801) 521-9000
                                                 Facsimile: (801) 363-0400
                                                 pmc@scmlaw.com
                                                 Attorneys for Ally Bank

## CERTIFICATE OF SERVICE

   I, P. Matthew Cox, attorney for Ally Bank, hereby certify that on the 7th day of April, 2021, I caused to be served a true and correct copy of the foregoing **OBJECTION TO CONFIRMATION OF CHAPTER 11 PLAN OF REORGANIZATION**, Case No. 20-12377, was mailed, U.S. postage prepaid, or sent via Electronic Notice, where applicable to the following:

| | |
|---|---|
| Jeffrey S. Brinen<br>Kutner Brinen Dickey Riley, P.C.<br>1660 Lincoln St.<br>Ste. 1720<br>Denver, CO 80264<br>jsb@kutnerlaw.com | (via ECF and U.S. Mail) |
| Kerri L. Riley<br>Kutner Brinen Dickey Riley, P.C.<br>1660 Lincoln St.<br>Ste. 1720<br>Denver, CO 80264<br>klr@kutnerlaw.com | (via ECF and U.S. Mail) |
| Lee M. Kutner<br>1660 Lincoln St.<br>Ste. 1850<br>Denver, CO 80264<br>lmk@kutnerlaw.com | (via ECF and U.S. Mail) |
| Benjamin Y. Ford<br>RSA Tower, 27th Floor<br>11 North Water Street<br>Mobile, AL 36602 | (via ECF and U.S. Mail) |
| Jenny M.F. Fujii<br>Kutner Brinen Dickey Riley, P.C.<br>1660 Lincoln St.<br>Ste. 1720<br>Denver, CO 80264<br>jmf@kutnerlaw.com | (via ECF and U.S. Mail) |

Robert Samuel Boughner                          (via ECF)
U.S. Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294
Samuel.Boughner@usdoj.gov

                                                        /s/ P. Matthew Cox

4818-2326-6788, v. 1