UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF MOTION TO ASSUME AGENCY SERVICES
AGREEMENT PURSUANT TO 11 U.S.C. SECTION 365 AND
APPROVE AMENDMENT TO AGENCY SERVICES AGREEMENT**

**OBJECTION DEADLINE: APRIL 21, 2021**

**YOU ARE HEREBY NOTIFIED** that the Debtors have filed a Motion to Assume Agency Services Agreement pursuant to 11 U.S.C. Section 365 and Approve Amendment to Agency Services Agreement ("Motion") and seeks the following relief: Assumption of the Agency Services Agreement Dated July 2, 2010 by and between the Debtors, Howard F. Sklar, Miriam Sklar, L.C., the Howard Sklar Trust, the Alan Sklar Trust, the Sam Sklar Trust, and the Succession of Miriam Mandel Sklar ("Second ASA") as amended by the Second Amendment to the Agency Services Agreement. Assumption of the Second ASA, as amended, is in the best interests of the Debtors, their respective estates, and their reorganization efforts.  Assumption of the Second ASA will ensure that all assets held by the Debtors, whether as agent or nominee or directly, will remain subject to the terms of the Amended and Restated Plan until all payments under the Plan are completed, while preserving the Debtors' ability to collect on any amounts owed under the Second ASA. If the Second ASA is not assumed, or the Amendment is not approved, the Debtors would likely have to file a declaratory judgment action to determine the rights of the parties under the Second ASA and the effect of the termination provisions, or otherwise seek a determination as to the ownership of the assets held by Sklarco.

A copy of the pleading is available for inspection in the Bankruptcy Court Clerk's Office, 721 -19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The Court will not consider general objections.  In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: April 7, 2021.        Respectfully submitted,

By:*/s/ Keri L. Riley*
   Keri L. Riley, #47605
   **KUTNER BRINEN DICKEY RILEY, P.C.**
   1660 Lincoln St. Suite 1720
   Denver, CO  80264
   Telephone:  (303) 832-2400
   E-Mail: klr@kutnerlaw.com