UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minute Order*

| Date: April 12, 2021 | **Honorable Elizabeth E. Brown, Presiding** |
| --- | --- |
| | Kerstin Cass, Law Clerk |

| | | | **Case. No. 20-12377 EEB** |
| --- | --- | --- | --- |
| In re: | Sklar Exploration Company, LLC, | | Chapter 11 |
| | Debtor. | | |
| | Sklarco, LLC, | | **Case. No. 20-12380 EEB** |
| | Debtor. | | Chapter 11 |

**Jointly Administered Under 20-12377 EEB**

| | Telephonic Appearances | | Representing |
| --- | --- | --- | --- |
| Counsel | | UST | |
| Counsel | Keri Riley, Jeff Brinen, James Katchadurian | Debtor(s) | |
| Counsel | Chris Johnson | Committee | Creditors' Committee |
| Counsel | Bryce Suzuki | Creditor | East West Bank |
| Counsel | Timothy Swanson | Creditor | Ad Hoc Committee of Working Interest Owners |
| Counsel | David Taggert | Creditor | JF Howell Interests, LP |
| Counsel | Adam Hirsch | Creditor | Howard Sklar, Howard Sklar Trust |
| Counsel | Thomas Shipps, Barnet Skelton Jr., | Creditor | The Rudman Partnership |

Proceedings: Non-Evidentiary Hearing on the Stipulation Regarding Transition of Successor Operator to the Brooklyn Oil Units between Debtors and the Ad Hoc Committee and the objection thereto filed by the Rudman Partnership

Orders:

☒ On or before **April 16, 2021**, the Debtors and the Ad Hoc Committee shall file a revised and simplified form of order approving their stipulation.

☒ On or before **April 26, 2021**, the Debtors shall file stipulation granting relief from stay that would apply to other operating agreements rejected by Sklar Exploration Company. If the Debtor is unable to reach a stipulation by that deadline, counterparties to those operating agreements may file motions for relief from stay to initiate removal procedures of Sklar Exploration Co. as operator.

Date: April 12, 2021

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, U.S. Bankruptcy Judge