**EXHIBIT "A"**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC, EIN: 72-1417930<br><br>    Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| PRUET PRODUCTION CO.,<br><br>    Plaintiff<br><br>v.<br><br>SKLAR EXPLORATION COMPANY, LLC,<br><br><br>    Defendant. | Adv. No. 21-01052-EEB |

**EAST WEST BANK'S ANSWER TO COMPLAINT FOR
DECLARATORY JUDGMENT**

Intervenor East West Bank, a California state banking corporation ("EWB"), in its capacity as a lender and the administrative agent under the Credit Agreement dated June 15, 2018 with Sklar Exploration Company LLC ("SEC") and Sklarco LLC ("Sklarco") (collectively, the "Debtors"), through counsel, for its answer to plaintiff's complaint for declaratory relief hereby submits as follows:

**Answer**

1. Admits that the Pruet Parties hold non-operating working interests in oil and gas properties operated by SEC; lacks knowledge and information regarding the other factual allegations of paragraph 1 and, on that basis denies them; submits the balance of paragraph 1 contains legal conclusions or legal arguments that do not require a response and, on that basis and to the extent necessary, denies them.

2. Lacks knowledge and information regarding the factual allegations of paragraph 2 and, on that basis denies them; submits the balance of paragraph 2 contains legal conclusions or legal arguments that do not require a response and, on that basis and to the extent necessary, denies them.

3. Admitted.

4. Lacks knowledge and information regarding the factual allegations of paragraph 4 and, on that basis denies them.

5. Admitted.

6. Submits that paragraph 6 contains legal conclusions or legal arguments that do not require a response.

7. Submits that paragraph 7 contains legal conclusions or legal arguments that do not require a response.

8. Submits that paragraph 8 contains legal conclusions or legal arguments that do not require a response

9. Admits the first sentence of paragraph 9; lacks knowledge and information regarding the authenticity of Exhibit A and, on that basis, denies the second sentence of paragraph 9.

10. Admits that the quoted passage is from the corresponding exhibit to the complaint; submits that the balance of paragraph 10 contains legal conclusions or legal arguments that do not require a response and, on that basis and to the extent necessary, denies them.

11. Submits that paragraph 11 contains legal conclusions or legal arguments that do not require a response and, on that basis and to the extent necessary, denies them.

12. Admits the first sentence of paragraph 12; lacks knowledge and information regarding the authenticity of Exhibit B and, on that basis, denies the second sentence of paragraph 12.

13. Admits that the quoted passage is from the corresponding exhibit to the complaint; submits that the balance of paragraph 13 contains legal conclusions or legal arguments that do not require a response and, on that basis and to the extent necessary, denies them.

14. Submits that paragraph 14 contains legal conclusions or legal arguments that do not require a response and, on that basis and to the extent necessary, denies them.

15. Admits the first sentence of paragraph 15; lacks knowledge and information regarding the authenticity of Exhibit C and, on that basis, denies the second sentence of paragraph 15.

16. Admits that the quoted passage is from the corresponding exhibit to the complaint; submits that the balance of paragraph 16 contains legal conclusions or legal arguments that do not require a response and, on that basis and to the extent necessary, denies them.

17. Submits that paragraph 17 contains legal conclusions or legal arguments that do not require a response and, on that basis and to the extent necessary, denies them.

18. Admits the first sentence of paragraph 18; lacks knowledge and information regarding the authenticity of Exhibit D and, on that basis, denies the second sentence of paragraph 18.

19. Admits the first sentence of paragraph 19; lacks knowledge and information regarding the authenticity of Exhibit E and, on that basis, denies the second sentence of paragraph 19.

20. Submits that paragraph 20 contains legal conclusions or legal arguments that do not require a response and, on that basis and to the extent necessary, denies them.

21. Admits the first sentence of paragraph 21; lacks knowledge and information regarding the authenticity of Exhibit F and, on that basis, denies the second sentence of paragraph 21.

22. Admits that the quoted passage is from the corresponding exhibit to the complaint; submits that the balance of paragraph 22 contains legal conclusions or legal arguments that do not require a response and, on that basis and to the extent necessary, denies them.

23. Submits that paragraph 23 contains legal conclusions or legal arguments that do not require a response and, on that basis and to the extent necessary, denies them.

24. Admits the first sentence of paragraph 24; lacks knowledge and information regarding the authenticity of Exhibit G and, on that basis, denies the second sentence of paragraph 24.

25. Admits that the quoted passage is from the corresponding exhibit to the complaint; submits that the balance of paragraph 25 contains legal conclusions or legal arguments that do not require a response and, on that basis and to the extent necessary, denies them.

26. Submits that paragraph 26 contains legal conclusions or legal arguments that do not require a response and, on that basis and to the extent necessary, denies them.

27. Lacks knowledge and information regarding the factual allegations of paragraph 27 and, on that basis denies them.

28. Lacks knowledge and information regarding the factual allegations of paragraph 28 and, on that basis denies them; submits that the balance of paragraph 28 contains legal conclusions or legal arguments that do not require a response and, on that basis and to the extent necessary, denies them.

29. Lacks knowledge and information regarding the factual allegations of paragraph 29 and, on that basis denies them; submits that the balance of paragraph 29 contains legal conclusions or legal arguments that do not require a response and, on that basis and to the extent necessary, denies them.

30. Lacks knowledge and information regarding the factual allegations of paragraph 30 and, on that basis denies them.

31. Lacks knowledge and information regarding the factual allegations of paragraph 31 and, on that basis denies them.

32. Submits that paragraph 32 contains legal conclusions or legal arguments that do not require a response and, on that basis and to the extent necessary, denies them.

33. Submits that paragraph 33 contains legal conclusions or legal arguments that do not require a response and, on that basis and to the extent necessary, denies them.

34. Lacks knowledge and information regarding the factual allegations of paragraph 34 and, on that basis denies them.

35. Submits that paragraph 35 contains legal conclusions or legal arguments that do not require a response.

36. Submits that paragraph 36 contains legal conclusions or legal arguments that do not require a response.

37. Denied.

. . .

. . .

. . .

**Affirmative Defenses**

1. The Complaint fails to state a claim upon which relief may be granted.

2. Plaintiff's claims are barred by bankruptcy principles of equity, including without limitation the principle of equality of distribution.

3. Plaintiff's claims are or may be barred by laches, acquiescence, waiver, estoppel, forfeiture, ratification, or the tender back or similar doctrine.

4. Plaintiff's claims are or may be barred or precluded by prior order of the Court, law of the case, or issue or claim preclusion.

5. The claims of Plaintiff, and/or all or certain of the parties for whom Plaintiff purports to act as agent, are or may be barred by judicial admission, judicial estoppel, and/or other principles of preclusion by virtue of their proofs of claim, signed under penalty of perjury, representing that the claim is not subject to any right of setoff.

DATED this 16th day of April, 2021.

SNELL & WILMER L.L.P.

By: /s/ Bryce A. Suzuki
Bryce A. Suzuki
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Phone: 602-382-6000
Email: bsuzuki@swlaw.com

Stephanie A. Kanan
1200 17th Street, Suite 1900
Denver, Colorado 80202
Phone: (303) 634-2086
Email: skanan@swlaw.com