**EXHIBIT "B"**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br>EIN: 72-1417930<br><br>   Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| PRUET PRODUCTION CO.,<br><br>   Plaintiff<br><br>v.<br><br>SKLAR EXPLORATION COMPANY, LLC,<br><br>   Defendant. | Adv. No. 21-01052-EEB |

**ORDER GRANTING EAST WEST BANK'S MOTION
TO INTERVENE IN ADVERSARY PROCEEDING**

THIS MATTER, having come before the Court on East West Bank's Motion to Intervene in Adversary Proceeding ("Motion"), the Court having reviewed the Motion, finding good cause for granting the requested relief, does hereby

**ORDER**

That the Motion is GRANTED. EWB is hereby authorized to intervene in this Adversary Proceeding. EWB shall file the form of answer attached as Exhibit A to the Motion, and is hereby authorized to participate as a party to this Adversary Proceeding.

DONE and entered this ___ day of April, 2021 at Denver, Colorado.

BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge

4826-7624-6758