UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

**ORDER APPROVING STIPULATION TO RELIEF FROM STAY TO PROCEED WITH TRANSITION OF SUCCESSOR OPERATOR FOR THE BROOKLYN OIL UNITS**

THIS MATTER, having come before the Court on the Stipulation to Relief from Stay to Proceed with Transition of Successor Operator to the Brooklyn Oil Units ("Stipulation"), the Court having reviewed the Stipulation and finding good cause for granting the requested relief, does hereby

ORDER

That the Stipulation is APPROVED.

DONE and entered this _____ day of April, 2021 at Denver, Colorado.

BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge