## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 | ) | |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |
| | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor-in-Possession. | ) | |
| | ) | |

### NOTICE OF DEBTORS' OBJECTION TO CLAIM NO. 129
### FILED BY BRENDA DIANN SCOTT

### OBJECTION DEADLINE:  MAY 20, 2021

**YOU ARE HEREBY NOTIFIED** that the Debtors have filed with the Court an *Objection to Claim No. 129 filed by Brenda Diann Scott ("Objection")* and request the following relief: disallowance of Claim No. 129 filed by Brenda Diann Scott in its entirety and for such Claim to be expunged in its entirety.  A copy of the pleading is included with this notice.

If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The Court will not consider general objections.  In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: April 20, 2021.                          Respectfully submitted,

By: */s/ Keri L. Riley*
   Keri L. Riley #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln Street, Suite 1720
Denver, Colorado 80264
Telephone:  (303) 832-2400
E-mail: klr@kutnerlaw.com