UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930<br><br>  Debtor.<br><br>SKLARCO, LLC<br>EIN:  72-1425432<br>  Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11<br><br><br><br>Case No. 20-12380-EEB<br><br>Chapter 11 |

## ORDER APPROVING STIPULATION TO RELIEF FROM STAY TO PROCEED WITH TRANSITION OF SUCCESSOR OPERATOR FOR THE BROOKLYN OIL UNITS

THIS MATTER, having come before the Court on the Stipulation to Relief from Stay to Proceed with Transition of Successor Operator to the Brooklyn Oil Units ("Stipulation"), the Court having reviewed the Stipulation and finding good cause for granting the requested relief, does hereby

ORDER that the Stipulation is APPROVED. A final hearing on the Ad Hoc Committee's Motion for Relief from Stay (Docket No. 671) is no longer necessary and will not be scheduled in conjunction with a final hearing on plan confirmation as previously ordered.

Dated: April 20, 2021

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge