UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

IN RE:  SKLAR EXPLORATION COMPANY, LLC             CHAPTER 11
　　　　　Debtor                                                                        CASE NO. 20-12377-EEB

IN RE:  SKLARCO, LLC                                                      CHAPTER 11
　　　　　Debtor                                                                        CASE NO. 20-12380-EEB

**Jointly Administered Under
Case No. 20-12377-EEB**

## NOTICE OF WITHDRAWAL OF OBJECTIONS TO MOTIONS TO ASSUME

COME NOW Kudzu Oil Properties, LLC, Alabama Oil Company, and Apple River Investments, LLC (collectively, the "Kudzu Parties") and file this their Notice of Withdrawal of Objections to Motions to Assume and would respectfully show as follows, to-wit:

1. Notice is hereby given that the following pleadings filed by the Kudzu Parties and/or Kudzu Oil Properties, LLC withdraw their objections **[DKS #1076, 1082, 1083, 1084, 1085, 1087, 1089, 1094, 1096, 1098, 1122, 1123, 1124, 1125, 1126, 1127, 1128, 1129, 1130]** to the Debtors' motions outlined in Paragraph 2.

2. The Objections referenced in Paragraph 1 are hereby withdrawn with respect to the following Debtors' motions:

| MOTION DK # | AGREEMENT | OBJECTION DK # |
|---|---|---|
| 847 | Findley 2-5 Joint Operating Agreement | 1076 |
| 855 | Southwest Brooklyn Oil Unit Agreement & Unit Operating Agreement | 1082 |
| 857 | Southeast Brooklyn Oil Unit Agreement & Unit Operating Agreement | 1083 |
| 859 | Northwest Brooklyn Oil Unit Agreement & Unit Operating Agreement | 1084 |
| 863 | Fishpond Unit Agreement & Unit Operating Agreement | 1085 |
| 865 | Silver Creek Joint Operating Agreement | 1087 |

| | | |
|---|---|---|
| 867 | Pate Joint Operating Agreement | 1089 |
| 869 | South Harmony Participation & Operating Agreement | 1094 |
| 881 | Kings Dome Joint Operating Agreement | 1096 |
| 883 | Shipps Creek Participation & Operating Agreement & Recording Supplement | 1098 |
| 885 | South Woodlawn Participation & Operating Agreement | 1122 |
| 887 | LCCOU II Unit Agreement & Unit Operating Agreement | 1123 |
| 889 | LCCOU IV Unit Agreement & Unit Operating Agreement | 1124 |
| 892 | Mt. Carmel Participation & Operating Agreement | 1125 |
| 899 | Red River Participation & Operating Agreement & Sublease | 1126 |
| 903 | North Beach Participation & Operating Agreement | 1127 |
| 906 | West Tyler/Swan Participation & Operating Agreement | 1128 |
| 908 | Escambia Participation Agreement, Operating Agreement, & Recording Supplement | 1129 |
| 910 | Oakhay Creek Participation & Operating Agreement | 1130 |

3. Accordingly, notice is hereby given that the Kudzu Parties and/or Kudzu Oil Properties, LLC withdraw the objections referenced above to the pending Debtors' motions scheduled in Paragraph 2.

WHEREFORE, PREMISES CONSIDERED, notice is hereby given of the withdrawal of the objections referenced in the prior numbered paragraphs.

THIS, the 22nd day of April, 2021.

>Respectfully submitted,
>
>*/s/ Craig M. Geno*
>Craig M. Geno; MSB No. 4793
>LAW OFFICES OF CRAIG M. GENO, PLLC
>587 Highland Colony Parkway
>Ridgeland, MS 39157
>601-427-0048 - Telephone
>601-427-0050 - Facsimile
>cmgeno@cmgenolaw.com
>
>-and-
>
>Timothy M. Swanson (47267)
>MOYE WHITE LLP
>1400 16th Street, 6th Floor
>Denver, CO 80202
>303-292-2900 - Telephone
>303-292-4510 - Facsimile
>tim.swanson@moyewhite.com
>
>*Counsel for Kudzu Oil Properties, LLC, Alabama Oil Company, and Apple River Investments, LLC*

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused a copy of the above and foregoing to be served via CM/ECF to all parties that have filed electronic appearances and requested service in this case.

THIS, the 22nd day of April, 2021.

>*/s/ Craig M. Geno*
>Craig M. Geno

N:\Firm Data\Users\Bankrupt\Kudzu Oil, Apple River, Alabama Oil (Sklar Bkcy)\Pleadings\Notice of Withdrawal of Objs to Mots to Assume 4-22-21.wpd