# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In Re: SKLAR EXPLORATION COMPANY, LLC, DEBTOR | CASE NO: 20-12377-EEB<br>CHAPTER 11 |

## NOTICE OF WITHDRAWAL OF CLAIM PURSUANT TO RULE 3006

**NOTICE** is given that, in accordance with Bankruptcy Rule 3006, the undersigned creditor or authorized agent thereof hereby withdraws the following proof of claim filed in this case:

| | |
|---|---|
| Creditor Name & Address: | Yazoo Valley Electric Power Association<br>P.O. Box 8<br>Yazoo City, MS 39194 |
| Court Claim No.: | 0000010068 |
| Date Claim Filed: | 09/18/2020 (filed online via EPIQ claims processing center) |
| Total Amount of Claim: | $10,874.10 |

The undersigned hereby notifies the Court that the above-referenced claim is withdrawn and in support thereof would state that as of the date hereof no objection to the claim has been filed, the claimant is not a defendant in an adversary proceeding in the case, and the claimant has not accepted or rejected the plan or otherwise participated meaningfully in the case.

The undersigned authorizes the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

**RESPECTFULLY SUBMITTED,** this the 22nd day of April, 2021.

YAZOO VALLEY ELECTRIC POWER ASSOCIATION

By: _____
ALEXANDRA H. OGLESBY, MS Bar No. 102466
BRADLEY F. HATHAWAY, MS Bar No. 10203
**Campbell DeLong, LLP**
923 Washington Avenue (38701)
Post Office Box 1856
Greenville, MS 38702-1856
Telephone: (662) 335-6011
Facsimile: (662) 335-6017
E-Mail: aoglesby@campbelldelongllp.com,
bhathaway@campbelldelongllp.com
*Counsel for Yazoo Valley Electric Power Association*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that, on April 22, 2021, the foregoing instrument was electronically filed and served via CM/ECF. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

**DATED,** this the 22nd day of April, 2021.

_____
ALEXANDRA H. OGLESBY

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Submitted: 4/22/2021 12:04:47 PM


User Information

Alexandra Oglesby
PO Box 1856
Greenville
MS
38702

aoglesby@campbelldelongllp.com
662-335-6011