**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
The Honorable Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC<br>EIN:  72-1417930<br>    Debtor | Case No. 20-12377 EEB<br><br>Chapter 11 |
| SKLARCO, LLC,<br>EIN: 72-1425432<br>    Debtor. | Case No. 20-12380 EEB<br><br>Chapter 11 |

**NOTICE OF FAILURE TO COMPLY WITH
LOCAL BANKRUPTCY RULE 5005-4**

On April 22, 2021, Attorney Alexandra H. Oglesby filed a Notice of Withdrawal of Claim on behalf Yazoo Valley Electric Power Association in paper.  Pursuant to Local Bankruptcy Rule 5005-4, enacted on December 1, 2017, all documents filed by attorneys must be electronically filed via CM/ECF.

PLEASE TAKE NOTICE that future filings by Attorney Alexandra H. Oglesby must be filed electronically.  Failure to do so may result in the issuance of sanctions pursuant to Local Bankruptcy Rule 1001-1(g).[1]

DATED this 22nd day of April, 2021.

BY THE COURT:

*Elizabeth E. Brown*
_____
Elizabeth E. Brown, Bankruptcy Judge

---

[1] Registration information and training for attorneys filing through CM/ECF are available under "Electronic Services" on the Court's website at www.cob.uscourts.gov.  Proofs of claim may be filed electronically through the Court's online proof of claim system at https://www.cob.uscourts.gov/proof-claim.