# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: )<br>)<br>SKLAR EXPLORATION COMPANY, LLC )<br>EIN: 72-1417930 )<br>)<br>Debtor-in-Possession. )<br>)| Case No. 20-12377-EEB<br><br>Chapter 11 |
| IN RE: )<br>)<br>SKLARCO, LLC )<br>EIN: 72-1425432 )<br>)<br>Debtor-in-Possession. )| Case No. 20-12380-EEB<br><br>Chapter 11 |

## STIPULATED MOTION FOR EXTENSION OF OBJECTION DEADLINE

**COMES NOW**, the *Ad Hoc* Committee of Working Interest Owners of Debtors Sklar Exploration Company, LLC, and Sklarco, LLC (the "***Ad Hoc* Committee**"), and the Debtors (the collectively, the "**Movants**"), by and through their undersigned counsel, for their Stipulated Motion for Extension of Objection Deadline (the "**Stipulated Motion**"). In support of the Stipulated Motion, the Movants state as follows:

1. The objection deadline to the Debtors' Amended and Restated Joint Plan of Reorganization Dated December 18, 2020 (Docket No. 1080) (the "**Amended Plan**") is presently set for April 23, 2021.

2. The Movants have been in discussions regarding, *inter alia*, the terms of the Amended Plan, the Resignation and Transition Schedule (as such term is defined in the Amended Plan) and potential objections/resolutions thereto.

3. However, the Movants have been unable to fully resolve any objections the *Ad Hoc* Committee may have to the Amended Plan and rather than file an objection thereto, the Movants desire additional time to negotiate and potentially resolve any remaining objections.

4. Accordingly, the Movants jointly stipulate and request that the *Ad Hoc* Committee and each of its members (Fant Energy Limited, FPCC USA, Inc., McCombs Energy, Ltd., JF Howell Interests, LP, and Pruet Production Co., both in its individual capacity and as agent for certain owners of working interests listed in the Verified Rule 2019 Statement of Multiple Representation filed at Docket No. 162 as amended by Docket No. 211) be given through May 7, 2021, to file any objections it may have to the Amended Plan.

WHEREFORE, the Movants request that the Court enter an order granting the relief requested in the Stipulated Motion and for all such other and further relief the Court deems fair and equitable under the circumstances.

| | |
|---|---|
| Dated: April 23, 2021 | Dated: April 23, 2021 |
| **KUTNER BRINEN DICKEY RILEY, P.C.** | **MOYE WHITE LLP** |
| By: */s/ Keri L. Riley* <br> Keri Riley, #47605 <br> 1660 Lincoln Street, Suite 1850 <br> Denver, CO 80264 <br> (303) 832-2400 <br> klr@kutnerlaw.com | By: */s/ Timothy M. Swanson* <br> Timothy M. Swanson, #47267 <br> 1400 16th Street, 6th Floor <br> Denver, CO 80202 <br> (303) 292 2900 <br> Tim.Swanson@moyewhite.com |
| *Counsel for the Debtors* | *Counsel for the Ad Hoc Committee of Working Interest Owners of Sklar Exploration Company, LLC* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 23, 2021, the foregoing ***Stipulated Motion for Extension of Objection Deadline*** was filed on the Court's electronic filing system CM/ECF and was electronically served upon all parties receiving electronic notice.

/s/*Timothy M. Swanson*
Timothy M. Swanson
