# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SKLAR EXPLORATION COMPANY, LLC ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 ) | |
| ) | Chapter 11 |
| Debtor-in-Possession. ) | |
| ) | |
| IN RE: ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | |
| ) | Chapter 11 |
| Debtor-in-Possession. ) | |

## PROPOSED ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF OBJECTION DEADLINE

This matter having come before the Court on the *Stipulated Motion for Extension of Objection Deadline* jointly filed by the *Ad Hoc* Committee of Working Interest Owners of Sklar Exploration Company, LLC, and the Debtors; the Court having reviewed the Stipulated Motion and is advised in the premises thereof; the Court HEREBY ORDERS:

1. The Stipulated Motion is granted.

2. The *Ad Hoc* Committee and each of its members (Fant Energy Limited, FPCC USA, Inc., McCombs Energy, Ltd., JF Howell Interests, LP, and Pruet Production Co., both in its individual capacity and as agent for certain owners of working interests listed in the Verified Rule 2019 Statement of Multiple Representation filed at Docket No. 162 as amended by Docket No. 211) shall have up through and including **May 7, 2021**, to file its objection, if any, to the Amended Plan.

Dated:

_____
United States Bankruptcy Judge