**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**ORDER GRANTING *EX PARTE* CONSENT MOTION TO EXTEND**
**PLAN OBJECTION AND VOTING DEADLINE FILED BY ANDERSON**
**EXPLORATION ENERGY COMPANY, L.C., AEEC II, LLC,**
**TCP COTTONWOOD, L.P., AND SUGAR OIL PROPERTIES, L.P.**

THIS MATTER having come before the Court on the *Ex Parte* Consent Motion to Extend Plan Objection and Voting Deadline filed by Anderson Exploration Energy Company, L.C., AEEC II, LLC, TCP Cottonwood, L.P., and Sugar Oil Properties, L.P. (the "Motion"). The Court, having considered the Motion, finds there is good cause for the relief sought. Accordingly, the Court finds said Motion is well taken and it is:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED** and that Anderson Exploration Energy Company, L.C., AEEC II, LLC, TCP Cottonwood, L.P., and Sugar Oil Properties, L.P. shall have until and through April 30, 2021 to file any objection to, and to submit ballots for, the Amended and Restated Joint Plan of Reorganization Dated December 18, 2020, as it may be further amended.

**DONE AND ORDERED** this the _____ day of April, 2021.

_____
UNITED STATES BANKRUPTCY JUDGE