**Fill in this information to identify your case**

UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO

Debtor 1:  SKLAR EXPLORATION COMPANY, LLC

Case #:  20-12377-EEB

First Name          Middle Name          Last Name

Chapter:  11

Debtor 2:

First Name          Middle Name          Last Name

## Local Bankruptcy Form 9013-1.4
## Movant's Certificate of Contested Matter and Request for Hearing

**Complete applicable sections.**

**Part 1**   **Certificate and Request for Hearing**

On April 5, 2021, Sklar Exploration Company, LLC and Sklarco, LLC (the "Movants"), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled Motion to Assume Agency Services Agreement pursuant to 11 U.S.C. Section 365 and Approve Amendment to Agency Services Agreement (the "Motion") at docket no. 1174.  Movant hereby certifies that the following is true and correct:

1. Service of the Motion, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Loal Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Motion on April 16, 2021.
2. Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 (or in the manner permitted by Court order, a copy of which is attached), as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice on April 16, 2021.

3. Objections and requests for hearing on the motion/application have been filed by the following party/parties:
   a. The Rudman Partnership; CTM 2005, Ltd; and MER Energy, Ltd. (Docket No. 1196)

4. The docket numbers for each of the following relevant documents are:
   a. the Motion and all documents attached thereto and served therewith, docket no. 1174;
   b. the Notice, docket no. 1180
   c. the Certificate of Service of the Motion, docket no. 1189;
   d. the Proposed Order, docket no. 1174; and
   e. the Limited Objection to the Motion, docket no. 1196.

5. Resolution of this contested matter will require a determination of a legal issue.  Movants estimate the hearing will proceed as follows:
   a. The hearing is anticipated to take 1 hour;
   b. The Movants anticipate 1 witness to the extent there are factual issues that must be determined;
   c. the Movants do not anticipate the use of expert testimony; and
   d. the Movants do not anticipate that any discovery will be required..

Accordingly, Movants request that the Court set this matter for hearing pursuant to L.B.R. 9013-1.

**Part 2**  **Signature of Movant's Attorney or Movant (if unpresented)**

DATED: April 23, 2021            Respectfully submitted,

By:   */s/ Keri L. Riley*
        Keri L. Riley #47605
        **KUTNER BRINEN DICKEY RILEY, P.C.**
        1660 Lincoln Street, Suite 1720
        Denver, CO 80264
        Telephone: (303) 832-2400
        Email:  klr@kutnerlaw.com