| Fill in this information to identify your case | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | |
| Debtor 1: SKLAR EXPLORATION COMPANY, LLC, et al.<br>First Name    Middle Name    Last Name | Case #: | 20-12377-EEB |
| Debtor 2:<br>First Name    Middle Name    Last Name | Chapter: | 11 |

## Local Bankruptcy Form 9013-1.4
## Movant's Certificate of Contested Matter and Request for Hearing

**Complete applicable sections.**

### Part 1  Certificate and Request for Hearing

On March 22, 2021, The Rudman Partnership (the "Movant"), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled The Rudman Partnership's Application for Administrative Expense Priority Claim pursuant to 11 U.S.C. Section 503(b) (the "Motion") at docket no. 1148.  Sklar Exploration Company, LLC and Sklarco, LLC (together "Respondents") hereby certifies that the following is true and correct:

1. Service of the Motion, Notice, and Proposed Order were made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Loal Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Motion on March 22, 2021.

2. Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 (or in the manner permitted by Court order, a copy of which is attached), as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice on March 22, 2021.

3. Objections and requests for hearing on the motion/application have been filed by the following party/parties:
   a. Sklar Exploration Company and Sklarco, LLC (Docket No. 1173)
   b. East West Bank (Docket No. 1170)
   c. Joinder by the Official Committee of Unsecured Creditors (Docket No. 1172)

4. The docket numbers for each of the following relevant documents are:
   a. the Motion and all documents attached thereto and served therewith, docket no. 1148;
   b. the Notice, docket no. 1149;
   c. the Certificate of Service of the Motion and Notice, docket nos. 1148 and 1149;
   d. the Proposed Order, docket no. 1148; and
   e. the Objections to the Motion, docket no. 1173, 1170, and 1172.

5. Resolution of this contested matter will require a determination of factual and legal issues.  Respondents estimate the hearing will proceed as follows:
   a. The hearing is anticipated to take 3 hours;
   b. To the extent an evidentiary hearing is necessary, the Respondents anticipate 1-3 witnesses;
   c. the Respondents do not anticipate the use of expert testimony; and
   d. the Respondents do not anticipate that any discovery will be required..

Accordingly, Respondents request that the Court set this matter for hearing pursuant to L.B.R. 9013-1.

**Part 2**   **Signature of Movant's Attorney or Movant (if unpresented)**

DATED: April 23, 2021       Respectfully submitted,

                                          By:   */s/ Keri L. Riley*
                                                  Keri L. Riley #47605
                                                  **KUTNER BRINEN DICKEY RILEY, P.C.**
                                                  1660 Lincoln Street, Suite 1720
                                                  Denver, CO 80264
                                                  Telephone: (303) 832-2400
                                                  Email: klr@kutnerlaw.com