| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 3/8/2021 | Avery Alcorn | Bankruptcy Case Admin | 525 | 0.1 | 52.50 | Complete Time Entries in Nexonia for WE 03/05 |
| 3/15/2021 | Avery Alcorn | Bankruptcy Case Admin | 525 | 0.1 | 52.50 | Make time entries in Nexonia for WE 03/13 |
| 3/22/2021 | Avery Alcorn | Bankruptcy Case Admin | 525 | 0.1 | 52.50 | Make Time Entries in Nexonia for WE 03/20 |
| 3/29/2021 | Avery Alcorn | Bankruptcy Case Admin | 525 | 0.1 | 52.50 | Make Time Entries in Nexonia for WE 03/27 |
| 3/5/2021 | Todd Bearup | Business Analysis | 550 | 1.8 | 990.00 | Work on A/R vs. JIB analysis at request of CRO. Discussion w/ CFO for analysis. |
| 3/8/2021 | Todd Bearup | Business Analysis | 550 | 2.0 | 1,100.00 | Continued work on JIB-Net analysis and wind down analysis. |
| 3/8/2021 | Todd Bearup | Business Analysis | 550 | 1.8 | 990.00 | Work on JIB-Net analysis and SEC wind-down analysis |
| 3/9/2021 | Todd Bearup | Business Analysis | 550 | 0.5 | 275.00 | Review filed doc and provide to mgmt team. Correspondence w/ Ops re: upcoming Ops call. |
| 3/9/2021 | Todd Bearup | Business Analysis | 550 | 0.4 | 220.00 | Meeting w/ CFO to review JIB vs. Suspense analysis and modifications. |
| 3/9/2021 | Todd Bearup | Business Analysis | 550 | 1.9 | 1,045.00 | Work on modification of wind-down model and assumptions based on meeting w/ management team. |
| 3/9/2021 | Todd Bearup | Business Analysis | 550 | 1.6 | 880.00 | Additional discussion and work on wind-down analysis. |
| 3/9/2021 | Todd Bearup | Business Analysis | 550 | 1.8 | 990.00 | Meeting w/ CFO, COO and Controller to review/modify wind-down assumptions |
| 3/10/2021 | Todd Bearup | Business Analysis | 550 | 2.0 | 1,100.00 | Update and modify the JIB-A/R vs. Suspense Analysis and provide to CRO. |
| 3/17/2021 | Todd Bearup | Business Analysis | 550 | 1.6 | 880.00 | Update various analysis at request of CRO, lender, lender's counsel. |
| 3/25/2021 | Todd Bearup | Business Analysis | 550 | 1.9 | 1,045.00 | Work on the A/R Rev to Suspense model. |
| 3/1/2021 | Todd Bearup | Business Operations | 550 | 0.5 | 275.00 | Discussion w/ CFO, Controller re: wind-down gameplan. Resignation of head of A/P. |
| 3/2/2021 | Todd Bearup | Business Operations | 550 | 1.2 | 660.00 | Correspondence and discussions w/ CFO and accounting re: several matters, including, MOR, check run, SEC wind-down matters. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 3/2/2021 | James Katchadurian | Business Operations | 725 | 0.3 | 217.50 | Review of emails re Alabama Oil and Gas Board and related followup (0.3) |
| 3/3/2021 | Todd Bearup | Business Operations | 550 | 0.6 | 330.00 | Weekly accounting call. Discuss weekly A/P run, etc. |
| 3/3/2021 | Todd Bearup | Business Operations | 550 | 0.5 | 275.00 | Review, approve and send wires for Ops. |
| 3/3/2021 | Todd Bearup | Business Operations | 550 | 0.9 | 495.00 | Discussion w/ CEO re: recent filed amended plan and disclosure statement. |
| 3/3/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | various ops emails (0.5); |
| 3/4/2021 | Todd Bearup | Business Operations | 550 | 0.7 | 385.00 | Correspondence and discussions w/ accounting. Review and approve wires. |
| 3/4/2021 | Todd Bearup | Business Operations | 550 | 0.4 | 220.00 | Update discussion w/ CFO, COO. |
| 3/4/2021 | James Katchadurian | Business Operations | 725 | 0.2 | 145.00 | Call w T Bearup re cashflow (0.2); |
| 3/4/2021 | James Katchadurian | Business Operations | 725 | 0.8 | 580.00 | Respond to EWB email re 13 week budget questions (0.8) |
| 3/4/2021 | James Katchadurian | Business Operations | 725 | 1.2 | 870.00 | Call w EWB - S Bonomo\ML Allen re 13 week budget and other ops issues and related followup (1.2); |
| 3/4/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | Review of cashflow forecast and proposed AP Run - Emails w T Bearup. Re same (0.5) |
| 3/5/2021 | Todd Bearup | Business Operations | 550 | 0.5 | 275.00 | Discussion w/ CFO, Controller, CRO re: prospective hedges re: EWB. And follow-up. |
| 3/8/2021 | Todd Bearup | Business Operations | 550 | 0.5 | 275.00 | Discussions and correspondence w/ CFO, Controller, accounting re: A/P run. |
| 3/8/2021 | James Katchadurian | Business Operations | 725 | 1.0 | 725.00 | Call w T Bearup\J Strausser\H Gwinn re 13 week cashflow \ AP\ LC Exposure (1.0); |
| 3/8/2021 | James Katchadurian | Business Operations | 725 | 0.3 | 217.50 | Call w T Bearup re various \ cash (0.3) |
| 3/8/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | Review of updated JIB v Suspense analysis (0.5); |
| 3/8/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | various emails re budget and ap payments this week (0.5); |
| 3/9/2021 | Todd Bearup | Business Operations | 550 | 0.7 | 385.00 | Dealing w/ Wolfepak issues. |
| 3/9/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | Call w K Riley re plan negotiations (0.5) |
| 3/9/2021 | James Katchadurian | Business Operations | 725 | 0.2 | 145.00 | Various emails re wind-down and budget (0.2) |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 3/10/2021 | James Katchadurian | Business Operations | 725 | 0.8 | 580.00 | review of amended plan and related comments \ emails (0.8); |
| 3/10/2021 | James Katchadurian | Business Operations | 725 | 0.3 | 217.50 | various ops\cashflow related emails (0.3) |
| 3/10/2021 | James Katchadurian | Business Operations | 725 | 1.0 | 725.00 | Review of Tiger stip and Jim Hicks Correspondence and emails re same (1.0) |
| 3/10/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | Call w Trustee\Chamberlain (0.5) |
| 3/11/2021 | Todd Bearup | Business Operations | 550 | 1.8 | 990.00 | Update and follow-up discussions with CFO, COO an controller re: payroll wire, A/P run, amending wind-down plan, potential savings. |
| 3/11/2021 | James Katchadurian | Business Operations | 725 | 1.0 | 725.00 | Call w S Bonomo \ ML Allen re budget and related followup (1.0); |
| 3/11/2021 | James Katchadurian | Business Operations | 725 | 1.0 | 725.00 | Calls w K Riley re open issues and cash (1.0); |
| 3/12/2021 | Todd Bearup | Business Operations | 550 | 0.8 | 440.00 | Update discussion w/ CFO and correspondence w/ Controller, accounting. Approve and initiate wire. |
| 3/12/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | Call w Plante Moran re tax attributes for Howard and the trusts (0.5) |
| 3/12/2021 | James Katchadurian | Business Operations | 725 | 1.0 | 725.00 | Call w S Bonomo\ML Allen re budget\Jib analysis and related followup (1.0); |
| 3/12/2021 | James Katchadurian | Business Operations | 725 | 0.8 | 580.00 | Call w M Jones \ J Strausser re wind-down budget and related - followup on open issues (0.8) |
| 3/15/2021 | Todd Bearup | Business Operations | 550 | 0.9 | 495.00 | Correspondence w/ CFO re: latest update re: MS and LA LoCs, cash forecast questions, controller travel update. |
| 3/15/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | various emails re cashflow budget detail w T Bearup (0.5) |
| 3/15/2021 | James Katchadurian | Business Operations | 725 | 1.0 | 725.00 | review and revise post confirmatiion g&a budget and send same to EWB (1.0) |
| 3/15/2021 | James Katchadurian | Business Operations | 725 | 0.3 | 217.50 | Call w K Riley re cash collateral budget (0.3) |
| 3/15/2021 | James Katchadurian | Business Operations | 725 | 0.3 | 217.50 | Followup call w K Riley (0.3); |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 3/15/2021 | James Katchadurian | Business Operations | 725 | 1.0 | 725.00 | review of g&a budget w A Alcorn and review for edits to operating model - related data review (1.0) |
| 3/15/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | Call w K Riley re Cash collateral and timelines (0.5) |
| 3/15/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | Review of claims register (0.5) |
| 3/15/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | various emails w S Bonomo re 13 week cashflow (0.5) |
| 3/15/2021 | James Katchadurian | Business Operations | 725 | 1.0 | 725.00 | further followup w S Bonomo and correspondence\calls w K Riley re cash collateral budget (1.0); |
| 3/16/2021 | Todd Bearup | Business Operations | 550 | 0.5 | 275.00 | Work w/ accounting re: A/P run, EWB accts wire authorization, etc. |
| 3/16/2021 | Todd Bearup | Business Operations | 550 | 0.6 | 330.00 | Approve and issue wires. Correspondence and discussion with Land Dept. re: potential outflow from Rev account for Tisdale. |
| 3/16/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | various ops related emails (0.5) |
| 3/17/2021 | James Katchadurian | Business Operations | 725 | 1.0 | 725.00 | Call w K Riley\D Graham\B Ford\ M Jones\J Strausser re DS hearing and planning (1.0) |
| 3/17/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | Revise \ comment and second review pro fee analysis and send to EWB (0.5); |
| 3/17/2021 | James Katchadurian | Business Operations | 725 | 0.3 | 217.50 | Call w K Riley re next steps and transition plan (0.3) |
| 3/19/2021 | Todd Bearup | Business Operations | 550 | 0.5 | 275.00 | Correspondence re: accounting. |
| 3/19/2021 | Todd Bearup | Business Operations | 550 | 0.5 | 275.00 | Review January production revenue run (initial not final). And update model. |
| 3/19/2021 | Todd Bearup | Business Operations | 550 | 0.5 | 275.00 | Update discussion w/ Controller. |
| 3/19/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | Call w K Riley re next steps (0.5) |
| 3/19/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | review of 13 week cash budget (0.5); |
| 3/22/2021 | Todd Bearup | Business Operations | 550 | 0.5 | 275.00 | Discussions w/ accounting, CFO. Review and approve wires. |
| 3/22/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | review of various solicitation materials (0.5); |
| 3/22/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | review of docket and new claim from Barnet Skelton (0.5); |
| 3/23/2021 | Todd Bearup | Business Operations | 550 | 0.4 | 220.00 | Review revenue run and initiate wire. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 3/23/2021 | Todd Bearup | Business Operations | 550 | 0.8 | 440.00 | Ops call and follow-up w/ CRO, CFO, COO and accounting. |
| 3/23/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | Call w Clay Della Cava re Boulder Lease (0.5); |
| 3/23/2021 | James Katchadurian | Business Operations | 725 | 0.2 | 145.00 | Corr w T Bearup (0.2) |
| 3/23/2021 | James Katchadurian | Business Operations | 725 | 0.3 | 217.50 | Emails w LL Boulder (0.3) |
| 3/24/2021 | Todd Bearup | Business Operations | 550 | 1.8 | 990.00 | Weekly proposed A/P run call with accounting and follow-up. |
| 3/24/2021 | Todd Bearup | Business Operations | 550 | 0.5 | 275.00 | Discuss Conecuh tax issues w/ CFO and follow-up. |
| 3/24/2021 | James Katchadurian | Business Operations | 725 | 1.0 | 725.00 | Various emails re transition process and related memo from D Graham (1.0) |
| 3/24/2021 | James Katchadurian | Business Operations | 725 | 0.3 | 217.50 | Review of fee analysis (0.3); |
| 3/24/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | Call w K Riley re status and next steps (0.5) |
| 3/25/2021 | Todd Bearup | Business Operations | 550 | 0.6 | 330.00 | Discussions w/ CFO and accounting re: issuing certain checks and wires. Approve and initiate wires. |
| 3/25/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | Call w M Jones re transition (0.5) |
| 3/25/2021 | James Katchadurian | Business Operations | 725 | 1.0 | 725.00 | various emails re transition w sklar team (1.0); |
| 3/25/2021 | James Katchadurian | Business Operations | 725 | 0.3 | 217.50 | review of payroll file (0.3) |
| 3/26/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | Call w A Alcorn re JOA analysis (0.5) |
| 3/26/2021 | James Katchadurian | Business Operations | 725 | 1.0 | 725.00 | Review joa data and related (1.0) |
| 3/26/2021 | James Katchadurian | Business Operations | 725 | 1.0 | 725.00 | Call w A Alcorn\S Lloyd \ J Strausser re JOA Assumption analysis (1.0); |
| 3/26/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | Call w EWB \ UCC Counsel (0.5); |
| 3/26/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | pre-call re joa analysis review A Alcorn\J Strausser\K Riley \ S Lloyd (0.5) |
| 3/29/2021 | Todd Bearup | Business Operations | 550 | 0.6 | 330.00 | Work w/ accounting and ops to approve and send wires. |
| 3/29/2021 | James Katchadurian | Business Operations | 725 | 1.0 | 725.00 | Review of Agency Services Agreement and related amendment (1.0); |
| 3/29/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | emails w K Riley re plan status (0.5) |
| 3/30/2021 | Todd Bearup | Business Operations | 550 | 0.4 | 220.00 | Work w/ accounting and ops to approve and send wires. |
| 3/30/2021 | Todd Bearup | Business Operations | 550 | 0.6 | 330.00 | Weekly update operations call and follow-up discussions. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 3/30/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | Call w K Riley re plan status and negotiations w Ad Hoc's (0.5); |
| 3/30/2021 | James Katchadurian | Business Operations | 725 | 1.5 | 1,087.50 | Call w M Jones\J Strausser re Boulder Lease \ Ops issues and Gas Plant questions from EWB - review of lease (1.5) |
| 3/31/2021 | Todd Bearup | Business Operations | 550 | 0.5 | 275.00 | Work w/ accounting re: wire approvals. |
| 3/31/2021 | James Katchadurian | Business Operations | 725 | 0.6 | 435.00 | calls w K Riley re next steps\timelines and other plan settlement issues (0.6) |
| 3/31/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | Review and approve Feb MOR (0.5); |
| 3/31/2021 | James Katchadurian | Business Operations | 725 | 1.0 | 725.00 | review of ad hoc draft stip and related comments on same (1.0) |
| 3/31/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | review and comment on scheduling\assumption status report (0.5) |
| 3/1/2021 | Todd Bearup | Cash Management | 550 | 1.8 | 990.00 | Prep cash forecast for updates and actuals. |
| 3/2/2021 | Todd Bearup | Cash Management | 550 | 1.2 | 660.00 | Review and correspondence w/ accounting re: proposed A/P run for the week. |
| 3/3/2021 | Todd Bearup | Cash Management | 550 | 0.8 | 440.00 | Additional work on variance report and cash forecast. |
| 3/3/2021 | Todd Bearup | Cash Management | 550 | 1.9 | 1,045.00 | Work on and provide variance report and update cash forecast. |
| 3/4/2021 | Todd Bearup | Cash Management | 550 | 1.2 | 660.00 | Finalize proposed A/P check run and provide to CRO. |
| 3/5/2021 | Todd Bearup | Cash Management | 550 | 1.8 | 990.00 | Based on feedback from CRO, modify check run and cash forecast after discussion w/ CFO and Controller. |
| 3/8/2021 | Todd Bearup | Cash Management | 550 | 1.7 | 935.00 | Prep cash forecast and variance tab for actuals and model updates. |
| 3/8/2021 | Todd Bearup | Cash Management | 550 | 0.9 | 495.00 | Discussion and follow-up w/ CRO, CFO and controller re: cash management, a/p extension, upcoming LOCs. |
| 3/9/2021 | Todd Bearup | Cash Management | 550 | 1.7 | 935.00 | Meeting w/ CFO re: A/P run request and modification from prior week. |
| 3/10/2021 | Todd Bearup | Cash Management | 550 | 1.8 | 990.00 | Finalize the variance report and update cash forecast. Provide to CRO. |
| 3/11/2021 | Todd Bearup | Cash Management | 550 | 0.5 | 275.00 | Update and modify cash forecast. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 3/12/2021 | Todd Bearup | Cash Management | 550 | 1.5 | 825.00 | Modification of cash forecast based on input from CRO. |
| 3/15/2021 | Todd Bearup | Cash Management | 550 | 0.4 | 220.00 | Review Harold's Ops update email re: upcoming operations projects in cash forecast. |
| 3/22/2021 | Todd Bearup | Cash Management | 550 | 1.9 | 1,045.00 | Prep model for actuals and update cash forecast with latest information. |
| 3/23/2021 | Todd Bearup | Cash Management | 550 | 1.7 | 935.00 | Work on coding w/ accounting and begin to prepare variance report. |
| 3/24/2021 | Todd Bearup | Cash Management | 550 | 2.0 | 1,100.00 | Finalize variance report from prior week and update cash forecast w/ latest intel re: A/P run. |
| 3/24/2021 | Todd Bearup | Cash Management | 550 | 0.4 | 220.00 | Correspondence and discussions w/ Land and CFO re: upcoming suspense release forecasts. |
| 3/25/2021 | Todd Bearup | Cash Management | 550 | 0.8 | 440.00 | Modify proposed A/P run based on Conecuh tax situation and CRO request to pay Boulder rent. |
| 3/29/2021 | Todd Bearup | Cash Management | 550 | 1.8 | 990.00 | Prep model for actuals and update forecast. |
| 3/30/2021 | Todd Bearup | Cash Management | 550 | 1.7 | 935.00 | Work w/ accounting for actuals from prior week and variance report. Update cash forecast. |
| 3/31/2021 | Todd Bearup | Cash Management | 550 | 2.0 | 1,100.00 | Finalize variance report and update cash forecast. |
| 3/31/2021 | Todd Bearup | Cash Management | 550 | 0.4 | 220.00 | Discussions w/ accounting re: allocation of Southern Pine in cash fcst. |
| 3/1/2021 | Avery Alcorn | Claims Management | 525 | 0.2 | 105.00 | Read and review dkt #891 created by the UCC of SklarEx |
| 3/16/2021 | Todd Bearup | Claims Management | 550 | 1.8 | 990.00 | Prep model for actuals and update forecast. |
| 3/16/2021 | Todd Bearup | Claims Management | 550 | 1.5 | 825.00 | Begin variance analysis. |
| 3/17/2021 | Todd Bearup | Claims Management | 550 | 1.8 | 990.00 | Discussions w/ CFO, COO re: proposed A/P run to conserve cash. Finalize proposed A/P run and update cash forecast. |
| 3/17/2021 | Todd Bearup | Claims Management | 550 | 0.8 | 440.00 | Discussion w/ accounting and additional review of A/P. Joe modified as we were on the phone. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|------------|------------------|------|-------|------------|-------------|
| 3/26/2021 | Avery Alcorn | Creditor Interaction | 525 | 0.3 | 157.50 | Call with EWB and counsel, Unsecured Creditors Committee counsel, Debtor's counsel, JK RE contract assumption and rejection work product |
| 3/4/2021 | Todd Bearup | Debtor Issues | 550 | 0.9 | 495.00 | Discussion w/ CRO. Follow-up discussion w/ CFO and correspondence re: Zoom meeting tomorrow w/ accounting re: winddown game plan, hedging plan, etc. |
| 3/5/2021 | Todd Bearup | Debtor Issues | 550 | 0.6 | 330.00 | Discussion w/ CEO re: cash forecast, current cash and professional fees. |
| 3/10/2021 | Todd Bearup | Debtor Issues | 550 | 1.4 | 770.00 | Conference call w/ CRO and Avery re: various information requests and analysis. |
| 3/11/2021 | Todd Bearup | Debtor Issues | 550 | 0.9 | 495.00 | Update discussions w/ CEO. Included CFO and COO at different points. |
| 3/11/2021 | Todd Bearup | Debtor Issues | 550 | 0.3 | 165.00 | Provide January MOR to lender at request of CRO. |
| 3/12/2021 | Todd Bearup | Debtor Issues | 550 | 0.5 | 275.00 | Discussion w/ CRO re: modification of cash forecast and wind-down budget and follow-up. |
| 3/15/2021 | Todd Bearup | Debtor Issues | 550 | 1.9 | 1,045.00 | Update several analysis based on input or questions from CRO. |
| 3/17/2021 | Todd Bearup | Debtor Issues | 550 | 1.1 | 605.00 | Various discussions w/ CEO re: receipts and disbursements going back 4 years prior to filing. |
| 3/17/2021 | Todd Bearup | Debtor Issues | 550 | 0.8 | 440.00 | Call w/ CRO and follow-up modification/update re: Prof fee schedule, variance report, A/P run, cash forecast. |
| 3/19/2021 | Todd Bearup | Debtor Issues | 550 | 0.7 | 385.00 | Review and discuss filings based on yesterday's Update Hearing. Discuss w/ COO. |
| 3/25/2021 | Todd Bearup | Debtor Issues | 550 | 0.5 | 275.00 | Discussion w/ debtor re: information request list and strategy to begin data room for eventual transition from operator role. |
| 12/28/2020 | Todd Bearup | Expense - Mileage | | | 18.14 | Roundtrip between home/client |
| 2/8/2021 | Todd Bearup | Expense - Mileage | | | 18.14 | Roundtrip between home/client |
| 2/12/2021 | Todd Bearup | Expense - Mileage | | | 18.14 | Roundtrip between home/client |
| 3/1/2021 | Todd Bearup | Expense - Mileage | | | 18.14 | Roundtrip between home/client |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 3/2/2021 | Todd Bearup | Expense - Mileage | | | 18.14 | Roundtrip between home/client |
| 3/3/2021 | Todd Bearup | Expense - Mileage | | | 18.14 | Roundtrip between home/client |
| 3/4/2021 | Todd Bearup | Expense - Mileage | | | 18.14 | Roundtrip between home/client |
| 3/5/2021 | Todd Bearup | Expense - Mileage | | | 18.14 | Roundtrip between home/client |
| 3/8/2021 | Todd Bearup | Expense - Mileage | | | 18.14 | Roundtrip between home/client |
| 3/9/2021 | Todd Bearup | Expense - Mileage | | | 18.14 | Roundtrip between home/client |
| 3/10/2021 | Todd Bearup | Expense - Mileage | | | 18.14 | Roundtrip between home/client |
| 3/11/2021 | Todd Bearup | Expense - Mileage | | | 18.14 | Roundtrip between home/client |
| 3/12/2021 | Todd Bearup | Expense - Mileage | | | 18.14 | Roundtrip between home/client |
| 3/16/2021 | Todd Bearup | Expense - Mileage | | | 18.14 | Roundtrip between home/client |
| 3/17/2021 | Todd Bearup | Expense - Mileage | | | 18.14 | Roundtrip between home/client |
| 3/19/2021 | Todd Bearup | Expense - Mileage | | | 18.14 | Roundtrip between home/client |
| 3/22/2021 | Todd Bearup | Expense - Mileage | | | 18.14 | Roundtrip between home/client |
| 3/24/2021 | Todd Bearup | Expense - Mileage | | | 18.14 | Roundtrip between home/client |
| 3/25/2021 | Todd Bearup | Expense - Mileage | | | 18.14 | Roundtrip between home/client |
| 3/29/2021 | Todd Bearup | Expense - Mileage | | | 18.14 | Roundtrip between home/client |
| 3/30/2021 | Todd Bearup | Expense - Mileage | | | 18.14 | Roundtrip between home/client |
| 3/31/2021 | Todd Bearup | Expense - Mileage | | | 18.14 | Roundtrip between home/client |
| 4/1/2021 | Todd Bearup | Expense - Mileage | | | 18.14 | Roundtrip between home/client |
| 3/11/2021 | Todd Bearup | Fee Applications | 550 | 1.3 | 715.00 | Work on February Fee App. |
| 3/12/2021 | Todd Bearup | Fee Applications | 550 | 1.9 | 1,045.00 | Finalize February Fee App and provide to CRO. |
| 3/1/2021 | Todd Bearup | Operating Reports | 550 | 2.0 | 1,100.00 | Walk through and modify Jan MOR w/ CFO and Controller. |
| 3/1/2021 | Todd Bearup | Operating Reports | 550 | 0.6 | 330.00 | Discussion w/ CFO, Controller re: Jan MOR. |
| 3/2/2021 | James Katchadurian | Operating Reports | 725 | 1.0 | 725.00 | review of mor and comment on same (1.0); |
| 3/3/2021 | James Katchadurian | Operating Reports | 725 | 0.3 | 217.50 | Review and finalize MOR (0.3); |
| 3/1/2021 | Avery Alcorn | Plan Issues | 525 | 0.5 | 262.50 | Review notices to Sklarco assumption motions where there was a database error, troubleshoot and identify all notices where mail merge did not work correctly |
| 3/1/2021 | Avery Alcorn | Plan Issues | 525 | 0.2 | 105.00 | Re-generate notices for sklarco assumption notices where an error was identified, upload new pdf files to sharefile |
| 3/1/2021 | Avery Alcorn | Plan Issues | 525 | 0.1 | 52.50 | Upload word versions of motions requested by Debtor's counsel to sharefile, follow up with Debtor's counsel RE same |
| 3/2/2021 | Avery Alcorn | Plan Issues | 525 | 0.1 | 52.50 | Generate updated sklarco listing of unidentified JOAs per request from Sutton Lloyd |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 3/2/2021 | Avery Alcorn | Plan Issues | 525 | 0.4 | 210.00 | Follow up with Sutton Lloyd RE Denmon #1 well JOA and Mayo 24-H wells as they related to the sklarco assumption motions |
| 3/2/2021 | James Katchadurian | Plan Issues | 725 | 0.2 | 145.00 | Call w M Jones (0.2) |
| 3/3/2021 | James Katchadurian | Plan Issues | 725 | 0.5 | 362.50 | call w K Riley re plan update\motions to assume \ reject (0.5); |
| 3/4/2021 | James Katchadurian | Plan Issues | 725 | 0.3 | 217.50 | Call w T Bearup re actiion items post EWB Call (0.3); |
| 3/4/2021 | James Katchadurian | Plan Issues | 725 | 0.2 | 145.00 | various emails w EWB (0.2) |
| 3/5/2021 | Avery Alcorn | Plan Issues | 525 | 0.1 | 52.50 | Follow up with Todd Bearup RE SEC winddown assumptions, including staffing plan for transitioning from operated to non-operated company |
| 3/5/2021 | James Katchadurian | Plan Issues | 725 | 0.5 | 362.50 | Call w J Strausser \ H Gwinn and T Bearup re Hedgiing program (0.5) |
| 3/5/2021 | James Katchadurian | Plan Issues | 725 | 0.5 | 362.50 | Call J Strausser re retention issues (0.5); |
| 3/8/2021 | Avery Alcorn | Plan Issues | 525 | 0.3 | 157.50 | Call with Holmes Gwin RE operating model update for new hedge program, questions RE retention or staffing plan for Sklarco versus SklarEx |
| 3/8/2021 | James Katchadurian | Plan Issues | 725 | 0.3 | 217.50 | Call w A Hirsch re Plan status (0.3) |
| 3/8/2021 | James Katchadurian | Plan Issues | 725 | 1.0 | 725.00 | Review budget and respond to S Bonomo (1.0) |
| 3/8/2021 | James Katchadurian | Plan Issues | 725 | 0.5 | 362.50 | Call w A Hirsch and K Riley re H Sklar Settlement (0.5); |
| 3/8/2021 | James Katchadurian | Plan Issues | 725 | 0.8 | 580.00 | Call w J Strauser re tax matter and respond to C Johnson re questiions (0.8); |
| 3/8/2021 | James Katchadurian | Plan Issues | 725 | 0.5 | 362.50 | followup call w K Riley re various (0.5) |
| 3/9/2021 | Avery Alcorn | Plan Issues | 525 | 0.2 | 105.00 | Call with JK RE SklarEx transition to nonoperated entity, timeline RE same, potential issues with collections on post petition accounts receivable |
| 3/9/2021 | Avery Alcorn | Plan Issues | 525 | 0.2 | 105.00 | Update SklarEx / SklarCo staffing plan, analyze alternative staffing approach |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 3/9/2021 | Avery Alcorn | Plan Issues | 525 | 0.4 | 210.00 | Review draft Sklarco staffing plan, SklarEx transition timing & assumptions |
| 3/9/2021 | James Katchadurian | Plan Issues | 725 | 0.3 | 217.50 | Call w A Alcorn re budget revisions (0.3) |
| 3/10/2021 | Avery Alcorn | Plan Issues | 525 | 0.4 | 210.00 | Update SklarCo accounts payable analysis for nonoperated properties, review by assumed or rejected contract |
| 3/10/2021 | Avery Alcorn | Plan Issues | 525 | 0.4 | 210.00 | Call with TB, JK RE Sklar cash collateral budget, discuss follow up questions from bank |
| 3/10/2021 | Avery Alcorn | Plan Issues | 525 | 0.9 | 472.50 | Call with TB, JK RE SklarEx staffing plan, transition from operated SklarEx to nonoperated family office post-confirmation |
| 3/10/2021 | Avery Alcorn | Plan Issues | 525 | 0.2 | 105.00 | Update SEC wind down plan for changes discussed with JK, send updated wind down plan to JK for further review |
| 3/10/2021 | Avery Alcorn | Plan Issues | 525 | 0.2 | 105.00 | Update Sklar wind down model based on input provided by TB for ongoing software needs |
| 3/10/2021 | Avery Alcorn | Plan Issues | 525 | 0.8 | 420.00 | Download accounts payable, accounts receivable detail reports from Wolfepak for SklarCo |
| 3/10/2021 | James Katchadurian | Plan Issues | 725 | 1.0 | 725.00 | review of jib v suspense analysis - review of revised 13 week and respond to EW Bank comments (1.0); |
| 3/10/2021 | James Katchadurian | Plan Issues | 725 | 1.5 | 1,087.50 | Call w T Bearup \ A Alcorn re projections \ wind-down plan (1.5) |
| 3/11/2021 | Avery Alcorn | Plan Issues | 525 | 1.5 | 787.50 | Generate check deposit reports from Wolfepak to cross reference against unapplied credits from revenue & JIB netting for nonoperated properties |
| 3/11/2021 | Avery Alcorn | Plan Issues | 525 | 0.5 | 262.50 | Generate updated sklarco JOA mapping for active operated leases per request from Olivia Moore |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 3/11/2021 | Avery Alcorn | Plan Issues | 525 | 0.2 | 105.00 | Call with JK RE SklarCo accounts payable review, discussion of potential cure costs related to assumption of certain joint operating agreements for SklarCo |
| 3/11/2021 | Avery Alcorn | Plan Issues | 525 | 0.5 | 262.50 | Review SklarCo accounts payable by well & joint operating agreement, analyze potential cure costs associated with JOA assumption |
| 3/11/2021 | Avery Alcorn | Plan Issues | 525 | 0.7 | 367.50 | Complete mapping for unapplied SklarCo cash in accounts payable to individual wells |
| 3/11/2021 | Avery Alcorn | Plan Issues | 525 | 0.5 | 262.50 | Research Continental Resources unapplied check deposits for JIB netting in Wolfepak |
| 3/11/2021 | Avery Alcorn | Plan Issues | 525 | 0.9 | 472.50 | Update unapplied cash receipts in accounts payable for SklarCo, map to leases by operator |
| 3/11/2021 | James Katchadurian | Plan Issues | 725 | 0.5 | 362.50 | Various emails w S Bonomo re cash\budget\payroll (0.5) |
| 3/11/2021 | James Katchadurian | Plan Issues | 725 | 0.2 | 145.00 | Call w K Riley re budget approval (0.2); |
| 3/11/2021 | James Katchadurian | Plan Issues | 725 | 1.0 | 725.00 | Call w M Jones \ J Strausser re wind down (1.0) |
| 3/12/2021 | James Katchadurian | Plan Issues | 725 | 0.5 | 362.50 | Call w T Bearup re open issues \ 13 week cashflow and related followup (0.5) |
| 3/13/2021 | James Katchadurian | Plan Issues | 725 | 1.0 | 725.00 | Review and revise wind-down budget and related staffing plan (1.0); |
| 3/15/2021 | Avery Alcorn | Plan Issues | 525 | 0.6 | 315.00 | Call with JK RE Sklar operating model update to factor in the current wind down plan for SklarEx, transition to non-operated status w/ SklarCo only |
| 3/15/2021 | Avery Alcorn | Plan Issues | 525 | 0.5 | 262.50 | Update Sklar operating model for most recently revised assumptions for wind down of SklarEx, go-forward expectations for G&A for SklarCo |
| 3/18/2021 | James Katchadurian | Plan Issues | 725 | 1.0 | 725.00 | DS Hearing (1.0) |
| 3/18/2021 | James Katchadurian | Plan Issues | 725 | 0.5 | 362.50 | Call w K Riley re post-hearing next steps and action items (0.5); |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 3/18/2021 | James Katchadurian | Plan Issues | 725 | 1.0 | 725.00 | DS Hearing preparation (1.0); |
| 3/19/2021 | Avery Alcorn | Plan Issues | 525 | 0.8 | 420.00 | Reconcile contract cure workbook from Devon Energy, send updated analysis to Marshall Jones, Sutton Lloyd, John Strausser, JK for further review |
| 3/19/2021 | Avery Alcorn | Plan Issues | 525 | 0.5 | 262.50 | Create master listing of all SklarCo wells assumed or rejected, send to Marshall Jones to assist with reconciling contract cure amounts from other operators |
| 3/23/2021 | James Katchadurian | Plan Issues | 725 | 0.3 | 217.50 | Call w K Riley re plan status negotiations w Ad Hoc Committee (0.3) |
| 3/24/2021 | Avery Alcorn | Plan Issues | 525 | 0.1 | 52.50 | Follow up with Debtor's counsel RE Sklarco properties assumed, request from EWB to reconcile assumption motions against reserve report |
| 3/25/2021 | Avery Alcorn | Plan Issues | 525 | 0.1 | 52.50 | Call with JK RE Sklarco contract assumptions, discussion RE bank request for follow up |
| 3/25/2021 | James Katchadurian | Plan Issues | 725 | 0.5 | 362.50 | Various emails re JOA Analysis and next steps w EWB (0.5) |
| 3/26/2021 | Avery Alcorn | Plan Issues | 525 | 1.4 | 735.00 | Download docket from Epiq, create cross-references against master contract assumption working file, reconcile against NSAI oneline by well |
| 3/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.4 | 210.00 | Update JOA Assumption docket reconciliation for objections filed for motions to assume certain executory contracts |
| 3/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.1 | 52.50 | Revise working file based on discussion with group, format for PDF, send to Debtor's counsel for circulation to interested parties |
| 3/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.7 | 367.50 | Update NSAI oneline for Final PV9% amounts in reserve report, create template for discussion with EWB, UCC of contracts assumed by SklarCo |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 3/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.1 | 52.50 | Finalize SklarCo assumption reconciliation based on discussion with JK, send revised version to JK for additional review |
| 3/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.2 | 105.00 | Call with Sutton Lloyd, John Strausser, Debtor's Counsel, JK RE updated contract assumption working list, reconciliation against reserve report |
| 3/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.4 | 210.00 | Create estimate of current cash flow from properties using current commodity prices, update assumption reconciliation with estimated current operating income |
| 3/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.2 | 105.00 | Call with JK RE updated JOA assumption analysis, review of process for updating estimated operating income |
| 3/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.1 | 52.50 | Call with JK RE deliverables for upcoming discussion with EWB, UCC |
| 3/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.8 | 420.00 | Call with Sutton Lloyd, John Strausser, Debtor's Counsel, JK RE contract assumption motions, review of NSAI oneline relative to leases & JOAs assumed |
| 3/30/2021 | Avery Alcorn | Plan Issues | 525 | 0.3 | 157.50 | Update master Sklarco assumption files for Ellen Graham and Simmons #2 JOAs identified by Sutton Lloyd |
| 3/30/2021 | Avery Alcorn | Plan Issues | 525 | 1.0 | 525.00 | Update Sklarco contract assumption and rejection list, create status report for Debtor's counsel, send to Debtor's counsel for further review |