**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br><br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>SKLARCO, LLC,<br><br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. 20-12377 EEB** |

**NOTICE OF HEARING ON DISCOVERY DISPUTE**

PLEASE TAKE NOTICE that a hearing on the discovery dispute between The Rudman Partnership and the Debtors arising from the 2004 examination held December 10, 2020, will be held on **Thursday, May 6, 2021, at 2:15 p.m. in Courtroom F**, United States Bankruptcy Court, U. S. Custom House, 721 19th Street, Denver, Colorado 80202.

The parties shall follow the procedures (including, but not limited to, the deadline to file a pre-hearing report (due on the Monday prior to the hearing) set forth on the court's website in the Courtroom Procedures section under "Expedited Discovery Dispute Procedures" at: https://www.cob.uscourts.gov/content/judge-elizabeth-e-brown-eeb.

Parties shall appear telephonically and shall call the Court prior to the hearing at 1-888-684-8852. The meeting access code is **345 4024** followed by the # sign. Please state your name clearly. Please stay on the line until the court operator takes the roll call and the hearing begins. **The Court will not contact parties by telephone. If a party has not called in to the conference line or is not present in court, it will be deemed a failure to appear, and be subject to imposition of sanctions as appropriate.**

DATED this 29th day of April, 2021.

BY THE COURT:

_Elizabeth E. Brown_
Elizabeth E. Brown, Bankruptcy Judge