# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## STONEHAM DRILLING CORPORATION'S SECOND *EX PARTE* CONSENT MOTION TO EXTEND PLAN OBJECTION DEADLINE

Stoneham Drilling Corporation ("Stoneham") hereby moves the Court for a second extension of time for filing any objections to Sklar Exploration Company, LLC's and Sklarco, LLC's (collectively, the "Debtors") Amended and Restated Joint Plan of Reorganization (the "Plan"), as follows:

1. Stoneham is an oilfield service company that provided contract drilling services for the Debtors. Stoneham has filed claims against the Debtors in the amount of $1,600,141.65.

2. Counsel for Stoneham has discussed certain informal objections to the Plan with counsel for the Debtors.

3. Stoneham hopes to reach a consensual resolution of any plan issues with the Debtors and other interested parties and to avoid the time and expense of filing objections.

4. The Court has granted Stoneham a prior extension of the objection deadline through and including April 30, 2021. *See* Docket No. 1213. Stoneham requests a short one-week extension of the Plan objection deadline through and including May 7, 2021.

5. The requested extension will not prejudice any party, and counsel for the Debtors consent to the requested extension.

1

**WHEREFORE**, Stoneham Drilling Corporation, respectfully requests that the Court enter an order, in substantially the form attached hereto, extending Stoneham's deadline to file any plan objections, if any, through and including May 7, 2021.

Dated: April 30, 2021

By: /s/ *James B. Bailey*
BRADLEY ARANT BOULT CUMMINGS LLP
James B. Bailey
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Email: jbailey@bradley.com

*Counsel for Stoneham Drilling Corporation*

### CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul Moss
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294
Email: Paul.Moss@usdoj.gov

Keri L. Riley
1660 Lincoln St., Ste.1850
Denver, CO 80202
303-832-2400
Email: klr@kutnerlaw.com

/s/ *James B. Bailey*
OF COUNSEL