UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| In re: | ) | |
|---|---|---|
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

**ORDER GRANTING STONEHAM DRILLING CORPORATION'S SECOND *EX PARTE* CONSENT MOTION TO EXTEND PLAN OBJECTION DEADLINE**

This cause came to be considered on Stoneham Drilling Corporation's Second *Ex Parte* Consent Motion to Extend Plan Objection Deadline (the "Motion"). The Court having considered the Motion finds there is sufficient basis for the relief sought. Accordingly, the Court finds said Motion is well taken and it is:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED** and Stoneham Drilling Corporation shall have until May 7, 2021 to file its objections, if any, to the Amended and Restated Joint Plan of Reorganization, as it may be further amended.

**DONE AND ORDERED** this the _____ day of _____, 2021.

_____
UNITED STATES BANKRUPTCY JUDGE

1