# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: <br><br> SKLAR EXPLORATION COMPANY, LLC, <br><br> Debtor. | Case No. 20-12377-EEB <br><br> Chapter 11 |
| In re: <br><br> SKLARCO, LLC, <br><br> Debtor. | Case No. 20-12380-EEB <br><br> Chapter 11 |

## *EX PARTE* CONSENT SECOND MOTION TO EXTEND PLAN OBJECTION AND VOTING DEADLINE FILED BY ANDERSON EXPLORATION ENERGY COMPANY, L.C., AEEC II, LLC, TCP COTTONWOOD, L.P., AND SUGAR OIL PROPERTIES, L.P.

Anderson Exploration Energy Company, L.C., AEEC II, LLC, TCP Cottonwood, L.P., and Sugar Oil Properties, L.P. (collectively, the "Anderson Parties") move the Court for a second extension of time for filing any objections to, and ballots for, Sklar Exploration Company, LLC's and Sklarco, LLC's (together, the "Debtors") Amended and Restated Joint Plan of Reorganization Dated December 18, 2020, and any amendments thereto (the "Plan"), and respectfully state as follows:

1. The Anderson Parties are working interest owners in multiple wells and projects operated by Debtor Sklar Exploration Company, LLC. The Anderson Parties hold pre-petition claims against the Debtors that, collectively, total more than $1 million.

2. Counsel for the Anderson Parties has discussed certain informal objections to the Plan with counsel for the Debtors and the Unsecured Creditors Committee.

3. The Anderson Parties hope to reach a consensual resolution of any Plan issues with the Debtors and other interested parties and to avoid the time and expense of filing objections.

1

4. The Court granted the Anderson Parties an extension to file any objection to the Plan, and their ballots, through and including April 30, 2021. (Docket No. 1215).

5. Negotiations are continuing. Accordingly, the Anderson Parties request another one-week extension, through and including May 7, 2021, to file any objection to the Plan and submit ballots.

6. The requested extension will not prejudice any party, and counsel for the Debtors consents to the requested extension.

**WHEREFORE**, Anderson Exploration Energy Company, L.C., AEEC II, LLC, TCP Cottonwood, L.P., and Sugar Oil Properties, L.P., respectfully request that the Court enter an order, in substantially the form attached hereto, extending their deadline to file any objections to the Plan and to submit ballots for the Plan through and including May 7, 2021.

Dated: April 30, 2021

Respectfully submitted:

KEAN MILLER LLP
/s/ J. Eric Lockridge
J. Eric Lockridge
(TX# 24013053, LA #30159)
eric.lockridge@keanmiller.com
KEAN MILLER LLP
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, LA  70802
Telephone:  (225) 387-0999
Telecopier: (225) 388-9133

*Counsel for Anderson Exploration Energy Company, L.C., AEEC II, LLC, TCP Cottonwood, L.P., and Sugar Oil Properties, L.P.*

2

23063773_2

## CERTIFICATE OF SERVICE

        I hereby certify that on April 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in the case, including the following counsel for the United States Trustee and the Debtors:

| | |
|---|---|
| Paul Moss | Keri L. Riley |
| Byron G. Rogers Federal Building | 1660 Lincoln St., Ste.1850 |
| 1961 Stout St. | Denver, CO 80202 |
| Ste. 12-200 | 303-832-2400 |
| Denver, CO 80294 | Email: klr@kutnerlaw.com |
| Email: Paul.Moss@usdoj.gov | |

        /s/ J. Eric Lockridge