# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11 |
| | **Joint Administered Under**<br>**Case No. 20-12377 EEB** |

## THE RUDMAN PARTNERSHIP's REPORT OF DISCOVERY DISPUTE PURSUANT TO THE COURT'S EXPEDITED DISCOVERY DISPUTE PROCEDURES

The Rudman Partnership hereby files its Report regarding an unresolved discovery dispute with Debtors, and respectfully represents as follows:

1. The documents to be produced and the subjects of examination at issue in this dispute are described in Movants' *Ex Parte Motion for Examination of Debtors Pursuant to Fed. R. Bankr. P. 2004 and Local Bankr. R. 2004-1* (the "2004 Motion") filed on October 16, 2020 [Docket No. 617] (granted by Order entered October 19, 2020 [Dkt. No. 619]).[1]

2. In particular, the Debtors' designated corporate representative was required to appear and testify regarding the following topics described in item 13.h:

h.  All payments withheld from any working interest owners (each to be described by name) arising from the sale, processing, treating and transporting of gas, raw make, residue gas, natural gas liquids, condensate and other plant products through the Abbyville Plant for each month since SEC took over its operation, the account number and name of financial institution where such

---

[1] Debtors filed a Motion to Reconsider the Order [Dkt. 619] which was resolved and did not relate to the issues here in dispute.

funds are being held, and the legal or contractual basis for such withholding of funds.

Debtors were likewise required to produce documents regarding to the same subject matter, as described on Exhibit A, item e, as follows:

e.      Documents stating, depicting or describing all payments withheld from any working interest owners (each to be described by name) arising from the sale, processing, treating and transporting of gas, raw make, residue gas, natural gas liquids, condensate and other plant products through the Abbyville Plant for each month since SEC took over its operation on or after March 1, 2020, the account number and name of financial institution where such funds are being held, and the legal or contractual basis for such withholding of funds.

3.      The Debtors did not produce responsive documents prior to or during the examination of the CRO James Katchedurian, and he did not have knowledge of relevant facts sufficient to answer questions regarding the subjects described above and agreed to supply the requested information following the examination.  Debtors' counsel, Mr. Duane Graham, agreed on the record during the examination that Debtors would provide the requested documents,[2] but despite numerous requests they have never produced documents identifying each working owner by name and the amounts withheld from each nor the accounts where such funds are being held.

Dated this 3rd day of May, 2021.

Respectfully submitted

**Maynes, Bradford, Shipps & Sheftel, LLP**

*/s/ Thomas H. Shipps*
Thomas H. Shipps
*/s/ Shay L. Denning*
Shay L. Denning
Maynes, Bradford, Shipps & Sheftel, LLP
835 E. Second Ave., Suite 123
Durango, CO  81301
Telephone: (970) 247-1755
Facsimile: (970) 247-8827
Email: tshipps@mbssllp.com;
         sdenning@mbssllp.com

---

[2] Transcript of Rule 2004 Examination taken December 10, 2020, p. 87.

and

*/s/ Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.
Attorney at Law
815 Walker, Suite 1502
Houston, TX 77002
Telephone: (713) 516-7450
Facsimile: (713) 659-8764
Email: barnetbjr@msn.com

Counsel for Movants

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that, on May 3, 2021, the foregoing instrument was electronically filed and served via email on Debtors' counsel and via CM/ECF on all attorneys and parties identified with the Court for electronic service on the record in this case, who were served by electronic service in accordance with the CM/ECF system on the date of filing

/s/ *Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.