# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, | ) | |
| LLC | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF CHANGE OF ADDRESS

Please check one box below that applies to you:

☐   Debtor(s)          ☐   Attorney for Debtor(s)

■   Creditor(s)          ☐   Attorney for Creditor(s)

☐   Entry of Appearance by Attorney

**Kenneth J. Buechler, attorney for Foote Oil & Gas Properties, LLC**
    (Enter Your Name and, if applicable, the Name of the Creditor or Business You Represent)

 **Foote Oil & Gas Properties, LLC**
(Print or Type the Name of the Person or Business whose Address is Being Changed or Entered)

 **2504 Pineridge Road, Jacksonville, FL 32207**
                    (New Street, Rural Route, or Post Office Box)

(New Telephone Number, Fax Number, and Email)

DATED this 3rd day of May 2021                Respectfully submitted,
                                                                BUECHLER LAW OFFICE, L.L.C.

                                                                */s/ K. Jamie Buechler*

                                                                _____
                                                                K. Jamie Buechler, #30906
                                                                999 18th Street, Suite 1230-S
                                                                Denver, Colorado 80202
                                                                720-381-0045 / 720-381-0382 FAX
                                                                Jamie@Kjblawoffice.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of May, 2022, a true and correct copy of the **NOTICE OF CHANGE OF ADDRESS** was placed in the United States mail, postage prepaid, properly addressed to the persons listed below:

**Via U.S. Mail**:

Foote Oil & Gas Properties, LLC
2504 Pineridge Road
Jacksonville, FL 32207

**Via CM/ECF**:

See Attached List.

By: _Sharon E. Fox_
      For Buechler Law Office, L.L.C.

Label Matrix for local noticing
1082-1
Case 20-12377-EEB
District of Colorado
Denver
Mon May  3 14:06:17 MDT 2021

James B. Bailey
1819 5th Ave. North
Birmingham, AL 35203-2120

Joseph Eric Bain
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002-6116

Jeffrey R. Barber
Jones Walker LLP
P.O. Box 427
190 E. Capitol Street (39201)
Suite 800
Jackson, MS 39201-2155

Grant Matthew Beiner
Munsch Hardt Kopf & Harr, PC
700 Milam Street
Suite 2700
Houston, TX 77002-2730

Jordan B. Bird
Cook, Yancey, King & Galloway
333 Texas Street, Suite 1700
Shreveport, LA 71101-3621

Florence Bonaccorso-Saenz
617 N. Third St.
Baton Rouge, LA 70802-5431

Daniel L. Bray
1801 Wewatta St.
Ste. 1000
Denver, CO 80202-6321

Casey Carlton Breese
Welborn Sullivan Meck & Tooley, P.C.
1125 17th Street
Suite 2200
Denver, CO 80202-2024

Duane Brescia
Clark Hill Strasburger
720 Brazos
Suite 700
Austin, TX 78701-2531

Jeffrey S. Brinen
Kutner Brinen Dickey Riley, P.C.
1660 Lincoln St, Suite 1720
Denver, CO 80264-1700

Kelsey Jamie Buechler
999 18th St.
Ste., 1230 S
Denver, CO 80202-2499

Jeffery Dayne Carruth
Weycer Kaplan Pulaski & Zuber, P.C.
24 Greenway Plaza, #2050
Houston, TX 77046-2445

John Childers
8150 N. Central Expressway, 10th Floor
Dallas, TX 75206-1815

Brent R. Cohen
1200 17th St.
Ste. 3000
Denver, CO 80202-5855

John Cornwell
Munsch Hardt Kopf & Harr PC
700 Milam St.
Ste 2700
Houston, TX 77002-2730

P. Matthew Cox
P.O. Box 45000
Salt Lake City, UT 84145-5000

Christopher M. Crowley
Feldmann Nagel Cantafio PLLC
1875 Lawrence Street
Suite 730
Denver, CO 80202-1847

Joseph D. DeGiorgio
Barrett Daffin Frappier LLP
1391 Speer Blvd
Suite 700
Denver, CO 80204-2554

Shay L. Denning
835 E. Second Ave.
Ste., 123
PO Box 2717
Durango, CO 81302-2717

Katherine Guidry Douthitt
Blanchard, Walker, O'Quin & Roberts
333 Texas Street, Regions Tower, Suite 7
Shreveport, LA 71101-3666

Benjamin Y. Ford
RSA Tower, 27th Floor
11 North Water Street
Mobile, AL 36602-3809

Jenny M.F. Fujii
Kutner Brinen Dickey Riley, P.C.
1660 Lincoln Street
Ste 1720
Denver, CO 80264-1700

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157-8784

Michael J. Guyerson
999 18th St.
Ste., 1230 South
Denver, CO 80202-2414

Jennifer Hardy
Willkie Farr & Gallagher LLP
600 Travis Street
Houston, TX 77002-3009

Theodore J. Hartl
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202-5535

Adam L. Hirsch
Davis Graham & Stubbs LLP
1550 17th Street
Suite 500
Denver, CO 80202-1500

Christopher D. Johnson
Munsch Hardt Kopf & Harr PC
700 Milam St.
Ste 2700
Houston, TX 77002-2730

Lee M. Kutner
1660 Lincoln St.
Ste. 1850
Denver, CO 80264-9911

Stephen K. Lecholop II
Rosenthal Pauerstein Sandoloski Agather
755 E Mulberry Ave
Ste 200
San Antonio, TX 78212-4285

Ryan Lorenz
14850 N. Scottsdale Rd.
Ste. 500
Scottsdale, AZ 85254-3464

Timothy C. Mohan
600 17th Street, Ste. 2020S
Denver, CO 80202-5415

Michael Niles
Berger Singerman LLP
313 N. Monroe Street
Ste 301
Tallahassee, FL 32301-7643

Matthew Okin
Okin Adams LLP
1113 Vine Street, Suite 240
Houston, TX 77002-1044

Robert Padjen
1300 Broadway
8th Floor
Denver, CO 80203-2104

Keri L. Riley
Kutner Brinen Dickey Riley, P.C.
1660 Lincoln Street
Suite 1720
Denver, CO 80264-1700

Michael D Rubenstein
Liskow and Lewis
1001 Fannin Street, Suite 1800
Houston, TX 77002-6756

Thomas H Shipps
Maynes, Bradford, Shipps & Sheftel, LLP
835 E. Second Avenue
P.O. Box 2717
Durango, Suite 123
Durango, CO 81302-2717

Sklarco, LLC
5395 Pearl Parkway
Suite 200
Boulder, CO 80301-2541

Eric Lockridge
400 Convention St., Ste. 700
Baton Rouge, LA 70802-5628

Christopher Meredith
Copeland, Cook, Taylor & Bush P.A.
P.O. Box 6020-39158
Ridgeland, MS 39158

Paul Moss
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Jennifer Norris Soto
Ayres, Shelton, Williams, Benson & Paine
P.O. Box 1764
Shreveport, LA 71166-1764

John Thomas Oldham
1113 Vine St., Ste. 240
Houston, TX 77002-1044

Jeremy L Retherford
Balch & Bingham
1901 Sixth Ave N Suite 1500
Birmingham, AL 35203-4642

Timothy Michael Riley
Hopping Green & Sams
119 S. Monroe St.
Suite 300
Tallahassee, FL 32301-1591

Ryan Seidemann
Louisiana Department of Justice
1885 North Third Street
Baton Rouge, LA 70802-5146

Barnet B Skelton Jr
Barnet B. Skelton, Jr.,
815 Walker, Suite 1502
Houston, TX 77002-5832

Jim F Spencer Jr
Watkins & Eager PLLC
P. O. Box 650
Jackson, MS 39205-0650

Armistead Mason Long
Gordon, Arata, Montgomery, Barnett, McCo
400 East Kaliste Saloom Road
Suite 4200
Lafayette, LA 70508-8522

David M. Miller
Spencer Fane LLP
1700 Lincoln St.
Suite 2000
Denver, CO 80203-4554

Kevin S. Neiman
999 18th St.
Ste., 1230 S
Denver, CO 80202-2499

Matthew J. Ochs
555 17th St.
Ste., 3200
Denver, CO 80202-3921

Robert L Paddock
Buck Keenan
2229 San Felipe
Ste 1000
Houston, TX 77019-5674

Brian Rich
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301-7643

Katherine A Ross
1801 California St.
Ste. 1600
Denver, CO 80202-2628

Andrew James Shaver
Bradley Arant Boult Cummings
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203-2120

Sklar Exploration Company, LLC
5395 Pearl Parkway
Suite 200
Boulder, CO 80301-2541

Bryce Suzuki
Bryce Suzuki
400 E Van Buren
One Arizona Center
Suite 1900
Phoenix, AZ 85004-2280

(c)TIMOTHY M. SWANSON
1400 16TH ST STE 600
DENVER CO  80202-1486

David R Taggart
Bradley Murchison Kelly & Shea
401 Edwards Street
Suite 1000
Shreveport, LA 71101-5529

Glenn Taylor
Copeland, Cook, Taylor & Bush P.A.
1076 Highland Colony Parkway
Concourse 600
Suite 200
Ridgeland, MS 39157-8804

Madison M. Tucker
Jones Walker LLP
201 St. Charles Avenue
New Orleans, LA 70170-5100

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Amy Vazquez
Jones Walker LLP
811 Main Street
Ste 2900
Houston, TX 77002-6116

Tyler Lee Weidlich
Beatty & Wozniak, P.C.
216 16th Street
Apt. 323
Denver, Ste 1100
Denver, CO 80202-5115

Elizabeth Helen Weller
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Fwy
Ste 1000
Dallas, TX 75207-2328

Deanna L. Westfall
Office of the Colorado Attorney General
1300 Broadway,  8th Floor
Denver, CO 80026


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


Timothy M. Swanson
1400 16th St.
6th Floor
Denver, CO 80202

| | | |
|---|---|---|
| End of Label Matrix | | |
| Mailable recipients | 68 | |
| Bypassed recipients | 0 | |
| Total | 68 | |