# Exhibit 2, part 2



**Exploration ≈ Company LLC**

Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

Steven R. Hatcher, Jr.,
Vice President – General Counsel

Telephone: 720-306-8310
E-Mail: shatcher@sklarexploration.com

May 23, 2017

VIA EMAIL & ADOBE ECHOSIGN

TO:     Working Interest Owners

RE:     Shipps Creek Prospect AMI Extension

Dear Owner,

Section 3.1 of Shipps Creek Prospect Participation Agreement (the "PA") dated June 1, 2012 and Article XV.K of the Operating Agreement (the "JOA") attached as Exhibit F to the PA, established an Area of Mutual Interest (the "AMI") consisting of certain lands identified in Exhibits A-2 to the PA and JOA. By Letter Agreement dated August 14, 2015 and Correction Letter dated August 18, 2015 (collectively, the "2015 Amendment"), the parties to the PA and JOA, or their successors in title, amended the AMI to include certain additional lands more specifically identified therein. Pursuant to Article XV.K of the JOA, "[the] AMI shall remain in force and effect for a term of five (5) years from the date of this Agreement…," and "shall terminate after five (5) years as to all such lands not covered by oil and gas leases and/or oil and gas interests subject to this Agreement." As such, the AMI is currently set to expire as to all lands not covered by oil and gas leases on June 1, 2017 (the "Termination Date").

The purpose of this letter is to propose a one (1) year extension of the AMI (the "AMI Extension"), as Sklar Exploration Company L.L.C. ("SEC") and its affiliate, Sklarco L.L.C. ("SKC"), are actively acquiring new leases within the AMI, and would like to continue to offer those leases to the working interest owners. To that end, we propose the following amendment (the "Amendment") to the first paragraph of Article XV.K of the JOA:

> The parties hereby create an Area of Mutual Interest ("AMI") consisting of the lands outlined by a bold red line on the plat attached hereto as Exhibit "A-2," as amended by the 2015 Amendment. This AMI shall remain in force and effect for a term of six (6) years from

Working Interest Owners
May 23, 2017
Page **2** of **3**

> the date of this Agreement and, insofar and only insofar as the AMI
> includes lands covered by oil and gas leases and/or oil and gas
> interests subject to this Agreement, as long thereafter as said oil and
> gas leases and/or oil and gas interests remain in force and effect.
> This AMI shall terminate after six (6) years as to all such lands not
> covered by oil and gas leases and/or oil and gas interests subject to
> this Agreement.

All parties who execute this Amendment will be entitled to participate in new leases acquired by
SEC and SKC during the AMI Extension pursuant to the terms of the AMI, as amended herein.
Conversely, any party that does not execute this Amendment will not be entitled to participate in
new leases acquired by SEC or SKC after the Termination Date. This Amendment does not affect
existing leases, or extensions or renewals of those leases, which remain subject to the terms of
Articles VIII.B and XV.K of the JOA.

Except as amended herein, the terms and provisions of the PA and JOA, as amended, shall remain
in full force and effect without modification. This Amendment shall be binding on all parties who
execute it, regardless of whether all parties execute it.

If the foregoing Amendment meets with your approval and you agree to be bound by all of the
terms and provisions contained herein, please evidence the same by executing this letter via Adobe
Echosign or by executing and returning a copy by email to Belinda Ayers
(BAyers@sklarexploration.com). Please return your executed Amendment to us as soon as
possible, but in any event no later than 5 p.m. Mountain Time on June 1, 2017. If we have not
received your executed Amendment by that time, this offer to amend the PA and JOA shall expire
as to your interest and it shall be conclusively presumed that you have rejected our offer and the
original terms of the AMI shall remain in effect as to your interest. If you have any questions
about this letter or the proposed Amendment, please feel free to give me a call.

Yours Very Truly,

Steven R. Hatcher, Jr.
Vice President – General Counsel
Sklar Exploration Company L.L.C.
Sklarco L.L.C.

Working Interest Owners
May 23, 2017
Page **3** of **3**

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2017.

Signature: _____

Printed Name: _____

Title: _____

Company: _____

Working Interest Owners
May 23, 2017
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS ___23rd___ DAY OF ___May_____, 2017.

Signature: _Mark P. Sealy_____

Printed Name: ___Mark P. Sealy_____

Title: ___Manager_____

Company: ___Marksco, LLC_____

Working Interest Owners
May 23, 2017
Page **3** of **3**

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2017.

Signature: _____

Printed Name: _____

Title: _____

Company: _____

**Signature:** *Charles W Shepherd*
Charles W Shepherd (May 23, 2017)

**Email:** wes.cec@juno.com

**Title:** COO

**Company:** Chanse Resources LLC

Working Interest Owners
May 23, 2017
Page **3** of **3**

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2017.

Signature: _____

Printed Name: _____

Title: _____

Company: _____

**Signature:** *Hansen Rada*
Hansen Rada (May 23, 2017)

**Email:** hrada@2020financial.com

**Title:** Managing Member

**Company:** Hbrada LLC

Working Interest Owners
May 23, 2017
Page **3** of **3**

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS  23rd  DAY OF _____ May _____ , 2017.

Signature: _____

Printed Name: ____ Mike Pickens _____

Title: _____ President _____

Company: ____ Pickens Financial Group LLC ____

Working Interest Owners
May 23, 2017
Page **3** of **3**

### SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2017.

Signature: _____

Printed Name: _____

Title: _____

Company: _____

**Signature:** *David Morgan*
David Morgan (May 24, 2017)

**Email:** david@jfhowell.com

**Title:** Manager

**Company:** JF Howell Interests, LP

Working Interest Owners
May 23, 2017
Page **3** of **3**

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2017.

Signature:    _____

Printed Name:   _____

Title:      _____

Company:    _____

**Signature:**  *David A Barlow*
David A Barlow (May 23, 2017)

**Email:**  dbarlow@sklarexploration.com

**Title:**  Member

**Company:**  Daboil Resources L.C.

Working Interest Owners
May 23, 2017
Page **3** of **3**

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2017.

Signature:         _____

Printed Name:   _____

Title:               _____

Company:        _____

**Signature:**  *Robert P. Bowman*
                 Robert P. Bowman (May 23, 2017)

**Email:**  rbowman@bundero.com

**Title:**  Manager

**Company:**  Bundero Investment Company, LLC

Working Interest Owners
May 23, 2017
Page **3** of **3**

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2017.

Signature: _____

Printed Name: _____

Title: _____

Company: _____

**Signature:** *David A Barlow*
David A Barlow (May 23, 2017)

**Email:** dbarlow@sklarexploration.com

**Title:** President

**Company:** Sklarco L.L.C.

Working Interest Owners
May 23, 2017
Page 3 of 3

### SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2017.

Signature:          _____

Printed Name:       _____

Title:              _____

Company:            _____

**Signature:** *Michael Johnson*
Michael Johnson (May 23, 2017)

**Email:** mej@lmhomes.net

**Title:** Manager

**Company:** Landmark Exploration, LLC

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS ___ DAY OF ___ , 2017.

Signature: _____

Printed Name: _____

Title: _____

Company: _____

Working Interest Owners
May 23, 2017
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _23_ DAY OF _MAY_____, 2017.

Signature: _____

Printed Name: _MARK  TIEMBO_____

Title: _MEMBER_____

Company: _TIEMBO  LTD_____

Working Interest Owners
May 23, 2017
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _24th_ DAY OF ___May___, 2017.

Signature: _____

Printed Name: _Terry Tomas_____

Title: _Owner/Manager_____

Company: _TST Energy, L.L.C._____

Working Interest Owners
May 23, 2017
Page **3** of **3**

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _24th_ DAY OF _May_ , 2017.

Signature: _[signature]_

Printed Name: _George E. Pochek, II_

Title: _President_

Company: _GCREW Properties, LLC_

Working Interest Owners
May 23, 2017
Page **3** of **3**

<u>**SIGNATURE PAGE TO AMENDMENT**</u>

AGREED AND ACCEPTED THIS _24_ DAY OF _MAY_ , 2017.

Signature: _John C. Aubrey_

Printed Name: _John C. Aubrey_

Title: _President_

Company: _Meritage Energy Ltd._

Working Interest Owners
May 23, 2017
Page **3** of **3**

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS 24th DAY OF _MAY_ , 2017.

Signature: _Wesley C. Herndon_

Printed Name: _Wesley C. Herndon_

Title: _V. P. RuDCO, LLC_

Company: _general Partner, MER Energy, LTD._

## Belinda Ayers

| | |
|---|---|
| **From:** | Joel <joelrd@ix.netcom.com> |
| **Sent:** | Wednesday, May 24, 2017 2:01 PM |
| **To:** | Belinda Ayers; Belinda Ayers; Chelsea Lunsford; Chris Farrell; Cory Ezelle; David Barlow; Don Eustes; Marshall Jones; Monty Shed; Steven Hatcher; Sutton Lloyd |
| **Subject:** | Re: Shipps Creek Prospect AMI Extension;  Approved. |

Belinda,

I agree with the proposed one year extension of the
AMI for Shipps Creek Prospect.

Thank you,

Joel Davis
832-723-1246

Please acknowledge receipt of approval.

-----Original Message-----
From: Belinda Ayers
Sent: May 23, 2017 12:23 PM
To: Belinda Ayers , Chelsea Lunsford , Chris Farrell , Cory Ezelle , David Barlow , Don Eustes , Marshall Jones , Monty Shed , Steven Hatcher , Sutton Lloyd
Subject: Shipps Creek Prospect AMI Extension

Dear Owner,

Please find attached a proposal from Steven Hatcher for a one-year extension of the AMI for Shipps Creek Prospect. Please return your executed ballot to me at bayers@sklarexploration.com as soon as possible, but no later than 5 P.M. Mountain Daylight Time on Thursday, June 1, 2017. You may also sign the ballot electronically by clicking on the link below:

https://secure.na1.echosign.com/public/esignWidget?wid=CBFCIBAA3AAABLblqZhDw2GHPw4J
Ggcj0y0cFBPrEOtdetx7KAsEaLvKEZHz760gyvD-3f3NVq_IqOPEJK4o*

Regards,
Belinda Ayers
Division Order Analyst



5395 Pearl Parkway, Suite 200  •  Boulder, CO 80301
*Direct:* 720.907.1511  *Fax:* 303.443.9668
BAyers@sklarexploration.com
www.sklarexploration.com

Working Interest Owners
May 23, 2017
Page 3 of 3

### SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _23_ DAY OF _May_____, 2017.

Signature: _____

Printed Name: __Stephen Swan_____

Title: __Manager_____

Company: __Fant Energy Ltd_____

Working Interest Owners
May 23, 2017
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS 23 DAY OF *MAY* , 2017.

Signature:

Printed Name: John P. Moffitt

Title: President

Company: GATEWAY EXPLORATION, LLC

Working Interest Owners
May 23, 2017
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS 25th DAY OF _____May_____, 2017.

Signature: _Wees Jian Chen_

Printed Name: _WEEI JIAN CHEN_

Title: _Assistant Vice President_

Company: _FPCC USA, INC._

Working Interest Owners
May 23, 2017
Page **3** of **3**

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS ___2-5___ DAY OF ___May___ , 2017.

Signature: _Martin J. Slpe_

Printed Name: _Martin J. Schaffer_

Title: _Manager_

Company: _MJS Interests, LLC_

shipps Creek Prospect AMI Extention

Working Interest Owners
May 23, 2017
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS 25th DAY OF __May_____, 2017.

Signature:

Printed Name:

Title:          Business Manager

Company:          Tara Rudman Revocable Trust

Shipps Creek Prospect AMI Extension

Working Interest Owners
May 23, 2017
Page **3** of **3**

### SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2017.

Signature: _____

Printed Name: _____

Title: _____

Company: _____

**Signature:** *Michael S. Reed*
Michael S. Reed (May 25, 2017)

**Email:** mike@aspenenergyinc.com

**Title:** President

**Company:** Aspen Energy, Inc.

Working Interest Owners
May 23, 2017
Page **3** of **3**

### SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2017.

Signature: _____

Printed Name: _____

Title: _____

Company: _____

**Signature:**   *Mark A. Arnold*
               Mark A. Arnold (May 26, 2017)

**Email:**   arnold@royaltyexploration.com

**Title:**   General Manager

**Company:**   Resource Ventures LLC

Working Interest Owners
May 23, 2017
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS 30th DAY OF _May_____, 2017.

Signature:

Printed Name: Wirt A. Yerger III

Title: manager

Company: Kudzu Oil Properties, LLC

Working Interest Owners
May 23, 2017
Page **3** of **3**

### SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2017.

Signature:          _____

Printed Name:    _____

Title:                 _____

Company:          _____

**Signature:**   *Justin Simons*
                     Justin Simons (May 30, 2017)

**Email:**   justin@hbcapllc.com

**Title:**   President

**Company:**   JJS Working Interests, LLC

Working Interest Owners
May 23, 2017
Page **3** of **3**

## <u>SIGNATURE PAGE TO AMENDMENT</u>

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2017.


Signature: _____

Printed Name: _____

Title: _____

Company: _____


**Signature:** *Brian Biffle*
Brian Biffle (May 30, 2017)

**Email:** bbiffle@2020financial.com

**Title:** Member

**Company:** BVS, LLC

Working Interest Owners
May 23, 2017
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS 31 DAY OF May                , 2017.

Signature:

Printed Name:    Richard E. Tauber

Title:    President

Company:    Tauber Exploration & Production Co.

Working Interest Owners
May 23, 2017
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2017.

Signature: _____

Printed Name: _____

Title: _____

Company: _____

**Signature:** *Steven H Craft*
Steven H Craft (Jun 1, 2017)

**Email:** julie@thecraftcompanies.com

**Title:** Manager

**Company:** Craft Exploration Company

| | |
|---|---|
| Name of Well/Prospect: | Shipps Creek |
| Prospect, County & State: | Conecuh and Escambia Counties, AL |
| Proposal: | AMI Extension |
| Date of Election: | May 16, 2018 |
| Transmittal Method: | Email Attachment & Adobe Echosign |
| Landman: | Steven Hatcher |

| Working Interest Owners | Date of Election | Election Deadline | Election Received | Response | Follow Up |
|---|---|---|---|---|---|
| JJS Working Interests LLC | May 16, 2018 | May 31, 2018 | May 29, 2018 | x | |
| Aspen Energy, Inc. | May 16, 2018 | May 31, 2018 | May 22, 2018 | x | |
| Bundero Investment Company, L.L.C. | May 16, 2018 | May 31, 2018 | May 24, 2018 | x | |
| BVS, LLC | May 16, 2018 | May 31, 2018 | May 17, 2018 | x | |
| Chanse Resources, L.L.C. | May 16, 2018 | May 31, 2018 | May 22, 2018 | x | |
| Craft Operating XXXV, LLC | May 16, 2018 | May 31, 2018 | June 20, 208 | x | sent reminders 5/29/18, 6/13/18 |
| Daboil Resources, LC | May 16, 2018 | May 31, 2018 | May 24, 2018 | x | |
| Joel Davis | May 16, 2018 | May 31, 2018 | May 18, 2018 | x | |
| Fant Energy Limited | May 16, 2018 | May 31, 2018 | May 18, 2018 | x | |
| FPCC USA, Inc. | May 16, 2018 | May 31, 2018 | May 23, 2018 | x | |
| Gateway Exploration, LLC | May 16, 2018 | May 31, 2018 | May 17, 2018 | x | |
| GCREW Properties, LLC | May 16, 2018 | May 31, 2018 | May 17, 2018 | x | |
| HBRada, LLC | May 16, 2018 | May 31, 2018 | May 22, 2018 | x | |
| JF Howell Interests, LP | May 16, 2018 | May 31, 2018 | May 29, 2018 | x | |
| Robert Israel | May 16, 2018 | May 31, 2018 | May 22, 2018 | x | |
| Robert Israel Trust UW Joan Israel | May 16, 2018 | May 31, 2018 | May 24, 2018 | x | |
| Kudzu Oil Properties, LLC | May 16, 2018 | May 31, 2018 | May 22, 2018 | x | |
| Landmark Exploration, LLC | May 16, 2018 | May 31, 2018 | May 21, 2018 | x | |
| Marksco, LLC | May 16, 2018 | May 31, 2018 | May 18, 2018 | x | |
| MER Energy, Ltd. | May 16, 2018 | May 31, 2018 | May 18, 2018 | x | |
| Meritage Energy, Ltd. | May 16, 2018 | May 31, 2018 | May 22, 2018 | x | |
| MJS Interests, LLC | May 16, 2018 | May 31, 2018 | May 18, 2018 | x | |
| Pickens Financial Group, LLC | May 16, 2018 | May 31, 2018 | May 17, 2018 | x | |
| Resource Ventures, LLC | May 16, 2018 | May 31, 2018 | May 23, 2018 | x | |
| Tara Rudman | May 16, 2018 | May 31, 2018 | May 18, 2018 | x | |
| Tauber Exploration & Production Co. | May 16, 2018 | May 31, 2018 | June 27, 2018 | x | sent reminders 5/29/18, 6/13/18 |
| Tiembo, Ltd. | May 16, 2018 | May 31, 2018 | May 17, 2018 | x | |
| TST Energy, LLC | May 16, 2018 | May 31, 2018 | May 24, 2018 | x | |
| | | | | | |

Working Interest Owners
May 16, 2018
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2018.

Signature: _____

Printed Name: _____

Title: _____

Company: _____

Signature: *Justin Simons*
Justin Simons (May 25, 2018)

Email: justin@hbcapllc.com

Title: President

Company: JJS Working Interets, LLC

Working Interest Owners
May 16, 2018
Page 3 of 3

### SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2018.

Signature: _____

Printed Name: _____

Title: _____

Company: _____


Signature: *Michael S. Reed*
Michael S. Reed (May 17, 2018)

Email: mike@aspenenergyinc.com

Title: President

Company: Aspen Energy, Inc.

Working Interest Owners
May 16, 2018
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS 23rd DAY OF _May_____, 2018.

Signature: _Rb P. B_____

Printed Name: _Robert P. Bowman_____

Title: _Manager_____

Company: _Bundero Investment Company, L.L.C._

Working Interest Owners
May 16, 2018
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS __17ᵗʰ__ DAY OF ___May_____, 2018.

Signature:        _____

Printed Name:     __Brian Biffle_____

Title:            __Managing Member_____

Company:          __BVS, LLC_____

Working Interest Owners
May 16, 2018
Page **3** of **3**

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2018.

Signature: _____

Printed Name: _____

Title: _____

Company: _____

**Signature:** _alsfw_
Charles W Shepherd (May 17, 2018)

**Email:** Wes.cec@juno.com

**Title:** Chief Operating Officer

**Company:** Chanse Resources LLC

Working Interest Owners
May 16, 2018
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2018.

Signature: _____

Printed Name: _____

Title: _____

Company: _____

**Signature:** *Steven H Craft*
Steven H Craft (Jun 14, 2018)

**Email:** julie@thecraftcompanies.com

**Title:** Manager

**Company:** Craft Operating Company XXXV

## Mary McPhillips

| | |
|---|---|
| **From:** | Joel Davis <joelrd@ix.netcom.com> |
| **Sent:** | Friday, May 18, 2018 1:29 PM |
| **To:** | Mary McPhillips |
| **Cc:** | Marshall Jones |
| **Subject:** | RE: AMI Extension Proposal; Shipps Creek Prospect, Conecuh and Escambia Counties, AL; Approved. |

Mary,

This will serve as my agreement with and acceptance of
the referenced Shipps Creek AMI Extension.

Thank you,

Joel Davis

(ps. Please let me know you have received this approval.)

---

**From:** Mary McPhillips [mailto:MMcPhillips@sklarexploration.com]
**Sent:** Wednesday, May 16, 2018 5:34 PM
**To:** Mary McPhillips
**Subject:** AMI Extension Proposal; Shipps Creek Prospect, Conecuh and Escambia Counties, AL

Dear Owners,

Please see the attached correspondence and election from Steven Hatcher regarding a 1 year extension of the Shipps Creek Prospect AMI. Please return your ballots to me no later than 5:00 p.m. MT on Thursday, May 31, 2018. If you prefer, you can execute the ballot electronically using Adobe Echosign by clicking the following link:

https://secure.na1.echosign.com/public/esignWidget?wid=CBFCIBAA3AAABLblqZhBwxv_w7_7KfSzxEr7Hrti_q8TBn1zM-2rpt3fg1XU_LRM9nxmhHy3XlrDKlYvgYJQ*

Thank you.

Mary McPhillips
Lease Analyst



720-477-4163

1

Working Interest Owners
May 16, 2018
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS __18th__ DAY OF __May__, 2018.

Signature: _____

Printed Name: Stephen Swan

Title: Manager

Company: Fant Energy LTD.

Working Interest Owners
May 16, 2018
Page 3 of 3

### SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _23_ DAY OF _____May_____, 2018.

Signature: _Weei Jiam Chen_

Printed Name: _WEEI JIAN CHEN_

Title: _Assistant Vice president_

Company: _FPCC USA_

8

Working Interest Owners
May 16, 2018
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS *17th* DAY OF *May*, 2018.

Signature: _*John P. Moffitt*_

Printed Name: _*John P. Moffitt*_

Title: _*President*_

Company: _*Gateway Exp.*_

Working Interest Owners
May 16, 2018
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS 17th DAY OF _MAY_____, 2018.

Signature: _George E. Jochetz_____

Printed Name: _George E. Jochetz III_____

Title: _President_____

Company: _GGREW Properties, LLC_____

Working Interest Owners
May 16, 2018
Page **3** of **3**

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2018.

Signature:          _____

Printed Name:     _____

Title:              _____

Company:          _____

**Signature:** *Hansen Rada*
Hansen Rada (May 18, 2018)

**Email:** hrada@tax-guard.com

**Title:** managing member

**Company:** Hbrada LLC

Working Interest Owners
May 16, 2018
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS 29 DAY OF _May_ , 2018.

Signature: _Dee M_

Printed Name: _David Morgan_

Title: _Manager_

Company: _J F Howell Interests_

Working Interest Owners
May 16, 2018
Page **3** of **3**

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2018.

Signature:        _____

Printed Name:     _____

Title:            _____

Company:          _____

**Signature:**  *robert israel*
                robert israel (May 17, 2018)

**Email:**  waves96@aol.com

**Title:**  manager

**Company:**  MCK

Working Interest Owners
May 16, 2018
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2018.

Signature: _____

Printed Name: _____

Title: _____

Company: _____

Signature: *Wirt A. Yerger, III*
Wirt A. Yerger, III (May 17, 2018)

Email: pam@cavaliergrp.com

Title: Manager

Company: Kudzu Oil Properties, LLC

Working Interest Owners
May 16, 2018
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS 21ˢᵗ DAY OF May , 2018.

Signature: _____

Printed Name: Michael Johnson

Title: Manager

Company: Landmark Exploration LLC.

Working Interest Owners
May 16, 2018
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS ___5/18/2018 at 13:48 AM PDT___ DAY OF _____, 2018.

Signature: _____

Printed Name: ____Mark P. Sealy____

Title: ____Manager____

Company: ____Marksco, L.L.C.____

Working Interest Owners
May 16, 2018
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _18_ DAY OF _MAY_ , 2018.

Signature: _Wesley C. Herndon_

Printed Name: _Wesley C. Herndon_

Title: _V. P. Rudco, LLC, Gen Partner_

Company: _MER Energy, LTD._

Working Interest Owners
May 16, 2018
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2018.


Signature:        _____

Printed Name:      _____

Title:              _____

Company:         _____


| | |
|---|---|
| **Signature:** | John C. Aubrey (May 17, 2018) |
| **Email:** | Jcaubrey@meritagenrg.com |
| **Title:** | President |
| **Company:** | MeritageEnergy Ltd |

Working Interest Owners
May 16, 2018
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _18th_ DAY OF _May_____, 2018.

Signature: _Martin J Schaffer_____

Printed Name: _Martin J. Schaffer_____

Title: _Manager_____

Company: _MJS INTERESTS, LLC_____

Working Interest Owners
May 16, 2018
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS 17th DAY OF _May_, 2018.

Signature: _____

Printed Name: _Mike Pickens_

Title: _President_

Company: _Pickens Financial Group LLC_

Working Interest Owners
May 16, 2018
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _28__ DAY OF __May___, 2018.

Signature: _Mark Arnold_____

Printed Name: _Mark A. Arnold_____

Title: _General Manager_____

Company: _Resource Ventures LLC_____

Working Interest Owners
May 16, 2018
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS 18th DAY OF MAY , 2018.

Signature: _R. Hiram Lucius_

Printed Name: _R. Hiram Lucius_

Title: _Business Manager_

Company: _Tara Rudman, Individually_

Working Interest Owners
May 16, 2018
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS ___ DAY OF _May_____, 2018.

Signature: _____

Printed Name: _Richard E. Tauber_

Title: _President_

Company: _Tauber Exploration & Production Co._

Received 6-27-18

Working Interest Owners
May 16, 2018
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _17th_ DAY OF _May_____, 2018.

Signature: _____

Printed Name: _____Mark S Rauch_____

Title: _____Member_____

Company: _____Tiembo, Ltd._____

Working Interest Owners
May 16, 2018
Page **3** of **3**

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2018.

Signature: _____

Printed Name: _____

Title: _____

Company: _____

Signature: *Tracy S. Toups*
Tracy S. Toups (May 23, 2018)

Email: Tracy3238@aol.com

Title: owner/manager

Company: TST Energy, L.L.C.

## Mary McPhillips

| | |
|---|---|
| **From:** | Mary McPhillips |
| **Sent:** | Wednesday, May 16, 2018 4:34 PM |
| **To:** | Mary McPhillips |
| **Subject:** | AMI Extension Proposal; Shipps Creek Prospect, Conecuh and Escambia Counties, AL |
| **Attachments:** | Shipps Second AMI Extension Letter 05162018.pdf |

Dear Owners,

Please see the attached correspondence and election from Steven Hatcher regarding a 1 year extension of the Shipps Creek Prospect AMI. Please return your ballots to me no later than 5:00 p.m. MT on Thursday, May 31, 2018. If you prefer, you can execute the ballot electronically using Adobe Echosign by clicking the following link:

https://secure.na1.echosign.com/public/esignWidget?wid=CBFCIBAA3AAABLbIqZhBwxv_w7_7KfSzxEr7Hrti_q8TBn1zM-2rpt3fg1XU_LRM9nxmhHy3XlrDKlYvgYJQ*

Thank you.

Mary McPhillips
Lease Analyst

**Sklar**
Exploration Company LLC

720-477-4163

## Mary McPhillips

| | |
|---|---|
| **From:** | Mary McPhillips |
| **Sent:** | Tuesday, May 29, 2018 11:39 AM |
| **To:** | Mary McPhillips |
| **Subject:** | FW: AMI Extension Proposal; Shipps Creek Prospect, Conecuh and Escambia Counties, AL |
| **Attachments:** | Shipps Second AMI Extension Letter 05162018.pdf; Shipps_Creek_050217.pdf |

Dear Owners,
Hope you had a great weekend! Can you please send your election back regarding the one year extension of the Shipps Creek Prospect AMI.  Our election deadline is Thursday, May 31.
Thank you so much.
Mary

**From:** Mary McPhillips
**Sent:** Thursday, May 24, 2018 9:54 AM
**To:** Mary McPhillips <MMcPhillips@sklarexploration.com>
**Subject:** FW: AMI Extension Proposal; Shipps Creek Prospect, Conecuh and Escambia Counties, AL

Dear Owners,
Can you please send your election back regarding the 1 year extension of the Shipps Creek Prospect AMI.
Thank you so much.
Mary

**From:** Mary McPhillips
**Sent:** Wednesday, May 16, 2018 4:34 PM
**To:** Mary McPhillips <MMcPhillips@sklarexploration.com>
**Subject:** AMI Extension Proposal; Shipps Creek Prospect, Conecuh and Escambia Counties, AL

Dear Owners,

Please see the attached correspondence and election from Steven Hatcher regarding a 1 year extension of the Shipps Creek Prospect AMI.  Please return your ballots to me no later than 5:00 p.m. MT on Thursday, May 31, 2018.  If you prefer, you can execute the ballot electronically using Adobe Echosign by clicking the following link:

https://secure.na1.echosign.com/public/esignWidget?wid=CBFCIBAA3AAABLblqZhBwxv_w7_7KfSzxEr7Hrti_q8TBn1zM-2rpt3fg1XU_LRM9nxmhHy3XlrDKlYvgYJQ*

Thank you.

Mary McPhillips
Lease Analyst



720-477-4163



Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

Steven R. Hatcher, Jr.,
Vice President – General Counsel

Telephone: 720-306-8310
E-Mail: shatcher@sklarexploration.com

May 16, 2018

VIA EMAIL & ADOBE ECHOSIGN

TO:     Working Interest Owners

RE:     Shipps Creek Prospect AMI Extension (Second Extension)

Dear Owner,

Section 3.1 of Shipps Creek Prospect Participation Agreement (the "PA") dated June 1, 2012 and Article XV.K of the Operating Agreement (the "JOA") attached as Exhibit F to the PA, established an Area of Mutual Interest (the "AMI") consisting of certain lands identified in Exhibits A-2 to the PA and JOA. By Letter Agreement dated August 14, 2015 and Correction Letter dated August 18, 2015 (collectively, the "2015 Amendment"), the parties to the PA and JOA, or their successors in title, amended the AMI to include certain additional lands more specifically identified therein. By Letter Agreement dated May 23, 2017, the parties extended the term of the AMI for one (1) additional year. As such, the AMI is currently set to expire as to all lands not covered by oil and gas leases on June 1, 2018 (the "Termination Date").

The purpose of this letter is to propose an additional one (1) year extension of the AMI (the "AMI Extension"), as Sklar Exploration Company L.L.C. ("SEC") and its affiliate, Sklarco L.L.C. ("SKC"), are actively acquiring new leases within the AMI, and would like to continue to offer those leases to the working interest owners. To that end, we propose the following amendment (the "Amendment") to the first paragraph of Article XV.K of the JOA:

> The parties hereby create an Area of Mutual Interest ("AMI") consisting of the lands outlined by a bold red line on the plat attached hereto as Exhibit "A-2," as amended by the 2015 Amendment. This AMI shall remain in force and effect for a term of seven (7) years from the date of this Agreement and, insofar and only insofar as the AMI includes lands covered by oil and gas leases and/or oil and gas

Working Interest Owners
May 16, 2018
Page 2 of 3

> interests subject to this Agreement, as long thereafter as said oil and
> gas leases and/or oil and gas interests remain in force and effect.
> This AMI shall terminate after seven (7) years as to all such lands
> not covered by oil and gas leases and/or oil and gas interests subject
> to this Agreement.

All parties who execute this Amendment will be entitled to participate in new leases acquired by SEC and SKC during the AMI Extension pursuant to the terms of the AMI, as amended herein. Conversely, any party that does not execute this Amendment will not be entitled to participate in new leases acquired by SEC or SKC after the Termination Date. This Amendment does not affect existing leases, or extensions or renewals of those leases, which remain subject to the terms of Articles VIII.B and XV.K of the JOA.

Except as amended herein, the terms and provisions of the PA and JOA, as amended, shall remain in full force and effect without modification. This Amendment shall be binding on all parties who execute it, regardless of whether all parties execute it.

If the foregoing Amendment meets with your approval and you agree to be bound by all of the terms and provisions contained herein, please evidence the same by executing this letter via Adobe Echosign or by executing and returning a copy by email to Mary McPhillips (MMcPhillips@sklarexploration.com). Please return your executed Amendment to us as soon as possible, but in any event no later than 5 p.m. Mountain Time on Thursday, May 31, 2018. If we have not received your executed Amendment by that time, this offer to amend the PA and JOA shall expire as to your interest and it shall be conclusively presumed that you have rejected our offer and the terms of the AMI, as previously amended, shall remain in effect as to your interest.

Incidentally, each of you will be receiving shortly a cash call for your proportionate share of the third and final installment ($1,183,807.50) due to Cedar Creek Land & Timber under that certain lease dated June 29, 2016. The third installment due under the terms of the lease is unrelated to this proposal to extend the Shipps Creek AMI and all parties are obligated to pay their proportionate share of such installment regardless of whether they elect to extend the AMI.

If you have any questions about this letter or the proposed Amendment, please feel free to reach out to Marshall or myself.

Yours Very Truly,

Steven R. Hatcher, Jr.
Vice President – General Counsel
Sklar Exploration Company L.L.C.
Sklarco L.L.C.

Working Interest Owners
May 16, 2018
Page 3 of 3

## <u>SIGNATURE PAGE TO AMENDMENT</u>

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2018.

Signature: _____

Printed Name: _____

Title: _____

Company: _____

| Name of Well/Prospect: | **Shipps Creek** |
| Prospect, County & State: | **Conecuh and Escambia Counties, AL** |
| Proposal: | **AMI Extension (Third Extension)** |
| Date of Election: | **April 23, 2019** |
| Transmittal Method: | **Email Attachment & Adobe Echosign** |
| Landman: | **Steven Hatcher** |

| Working Interest Owners | Date of Election | Election Deadline | Election Received | Response | Follow Up |
|---|---|---|---|---|---|
| JJS Working Interests LLC | April 23, 2019 | May 31, 2019 | May 1, 2019 | x | |
| Aspen Energy, Inc. | April 23, 2019 | May 31, 2019 | April 24, 2019 | x | |
| Bundero Investment Company, L.L.C. | April 23, 2019 | May 31, 2019 | April 25, 2019 | x | |
| BVS, LLC | April 23, 2019 | May 31, 2019 | April 24, 2019 | x | |
| Chanse Resources, L.L.C. | April 23, 2019 | May 31, 2019 | April 26, 2019 | x | |
| Craft Operating XXXV, LLC | April 23, 2019 | May 31, 2019 | June 3, 2019 | x | |
| Daboil Resources, LC | April 23, 2019 | May 31, 2019 | April 24, 2019 | x | |
| Joel Davis | April 23, 2019 | May 31, 2019 | April 24, 2019 | x | |
| Fant Energy Limited | April 23, 2019 | May 31, 2019 | April 24, 2019 | x | |
| FPCC USA, Inc. | April 23, 2019 | May 31, 2019 | May 15, 2019 | x | |
| Gateway Exploration, LLC | April 23, 2019 | May 31, 2019 | April 24, 2019 | x | |
| GCREW Properties, LLC | April 23, 2019 | May 31, 2019 | April 24, 2019 | x | |
| HBRada, LLC | April 23, 2019 | May 31, 2019 | April 26, 2019 | x | |
| JF Howell Interests, LP | April 23, 2019 | May 31, 2019 | May 16, 2019 | x | |
| Robert Israel | April 23, 2019 | May 31, 2019 | April 23, 2019 | x | |
| Robert Israel Trust UW Joan Israel | April 23, 2019 | May 31, 2019 | April 23, 2019 | x | |
| Kudzu Oil Properties, LLC | April 23, 2019 | May 31, 2019 | April 24, 2019 | x | |
| Landmark Exploration, LLC | April 23, 2019 | May 31, 2019 | April 24, 2019 | x | |
| Marksco, LLC | April 23, 2019 | May 31, 2019 | May 6, 2019 | x | |
| MER Energy, Ltd. | April 23, 2019 | May 31, 2019 | April 24, 2019 | x | |
| Meritage Energy, Ltd. | April 23, 2019 | May 31, 2019 | May 6, 2019 | x | |
| MJS Interests, LLC | April 23, 2019 | May 31, 2019 | April 24, 2019 | x | |
| Pickens Financial Group, LLC | April 23, 2019 | May 31, 2019 | April 24, 2019 | x | |
| Resource Ventures, LLC | April 23, 2019 | May 31, 2019 | April 24, 2019 | x | |
| Tauber Exploration & Production Co. | April 23, 2019 | May 31, 2019 | April 29, 2019 | x | |
| Tiembo, Ltd. | April 23, 2019 | May 31, 2019 | April 24, 2019 | x | |
| TST Energy, LLC | April 23, 2019 | May 31, 2019 | April 24, 2019 | x | |
| Sklar Exploration | April 23, 2019 | May 31, 2019 | April 23, 2019 | x | |

Working Interest Owners
April 23, 2019
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2019.

Signature: _____

Printed Name: _____

Title: _____

Company: _____

**Signature:** *Steven H Craft*
Steven H Craft (Jun 3, 2019)

**Email:** julie@thecraftcompanies.com

**Title:** Manager

**Company:** Craft Operating Company XXXV, LLC

Working Interest Owners
April 23, 2019
Page **3** of **3**

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2019.

Signature: _____

Printed Name: _____

Title: _____

Company: _____

**Signature:** *David Morgan*
David Morgan (May 16, 2019)

**Email:** David@jfhowell.com

**Title:** Manager

**Company:** JF Howell Interests, LP

Working Interest Owners
April 23, 2019
Page **3** of **3**

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS $\underline{15}$ DAY OF $\underline{May}$ , 2019.

Signature: _Weei Jian Chen_

Printed Name: _WEEI JIAN CHEN_

Title: _Assistant Vice president_

Company: _FPCC USA_

Working Interest Owners
April 23, 2019
Page 3 of 3

<u>**SIGNATURE PAGE TO AMENDMENT**</u>

AGREED AND ACCEPTED THIS ___ DAY OF _MAY_____, 2019.

Signature: _____

Printed Name: _John C. Aubrey_____

Title: _President_____

Company: _Meritage Energy Ltd._____

Working Interest Owners
April 23, 2019
Page **3** of **3**

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS ___6th___ DAY OF ___May___, 2019.

Signature: _____

Printed Name:     Mark Sealy

Title:     Manager

Company:     Marksco, LLC

Working Interest Owners
April 23, 2019
Page **3** of **3**

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2019.

Signature: _____

Printed Name: _____

Title: _____

Company: _____

Signature: *Justin Simons*
Justin Simons (May 1, 2019)

Email: justin@hbcapllc.com

Title: President

Company: JJS Working Interests, LLC

Working Interest Owners
April 23, 2019
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _28_ DAY OF _April_ , 2019.

Signature:

Printed Name: _Richard E. Tauber_

Title: _President_

Company: _Tauber Exploration & Production Co._

Working Interest Owners
April 23, 2019
Page **3** of **3**

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2019.

Signature: _____

Printed Name: _____

Title: _____

Company: _____

**Signature:** *Charles W Shepherd*
Charles W Shepherd (Apr 26, 2019)

**Email:** wes.cec@juno.com

**Title:** COO

**Company:** Chanse Resources LLC

Working Interest Owners
April 23, 2019
Page **3** of **3**

## **SIGNATURE PAGE TO AMENDMENT**

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2019.

Signature:          _____

Printed Name:       _____

Title:              _____

Company:            _____

**Signature:** *Hansen Rada*
Hansen Rada (Apr 25, 2019)

**Email:** hrada@2020financial.com

**Title:** Managing Memeber

**Company:** Hbrada LLC

Working Interest Owners
April 23, 2019
Page **3** of **3**

## **SIGNATURE PAGE TO AMENDMENT**

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2019.

Signature: _____

Printed Name: _____

Title: _____

Company: _____

**Signature:** *Robert P. Bowman*
Robert P. Bowman (Apr 25, 2019)

**Email:** rbowman@bundero.com

**Title:** Manager

**Company:** Bundero Investment Company, LLC

Working Interest Owners
April 23, 2019
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS **2 7** DAY OF **APRIL** _____, 2019.

Signature: _Mart J Sdffer_

Printed Name: _Martin J. Schaffer_

Title: _Manager_

Company: _MJS INTEREST, LLC_

Working Interest Owners
April 23, 2019
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _4th_ DAY OF _April_, 2019.

Signature: _Terry S. Toups_

Printed Name: _Terry S. Toups_

Title: _Owner/Manager_

Company: _T&T Energy, L.L.C._

## Mary McPhillips

| | |
|---|---|
| **From:** | Joel Davis <joelrd@ix.netcom.com> |
| **Sent:** | Wednesday, April 24, 2019 1:00 PM |
| **To:** | Mary McPhillips |
| **Subject:** | RE: Shipps Creek Prospect AMI Extension (Third Extension); Approved. |

Dear Mary,

I agree to the proposed amendment to extend the
Shipps Creek Prospect AMI.

Thank you,

Joel Davis

(PS. Please acknowledge receipt of Approval.)

---

**From:** Mary McPhillips [mailto:MMcPhillips@sklarexploration.com]
**Sent:** Tuesday, April 23, 2019 2:53 PM
**To:** Mary McPhillips
**Subject:** Shipps Creek Prospect AMI Extension (Third Extension)

Dear Owners,

Please see the attached proposed Amendment to extend the Shipps Creek Prospect for an additional year. Please execute your Amendment through this letter or electronically via Adobe Sign by clicking the link below. Should you have any questions, please feel free to contact our office.

Thank you.

https://secure.na1.echosign.com/public/esignWidget?wid=CBFCIBAA3AAABLblqZhCLTpsmQ8a1wQTEsu-rh7di73t6KVfP5LW-r4sbpviMPmAISWerDwCvOjS5xE3qe0w*

Mary McPhillips
Lease Analyst
5395 Pearl Parkway, Ste. 200
Boulder, CO 80301
Phone: 720-477-4163



1

Working Interest Owners
April 23, 2019
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS 24th DAY OF _April_ , 2019.

Signature:

Printed Name: George E. Jockey III

Title: President

Company: GCREW Properties, LLC

Working Interest Owners
April 23, 2019
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS 23ʳᵈ DAY OF April , 2019.

Signature: _____

Printed Name: Mike Pickens

Title: President

Company: Pickens Financial Group LLC

Shipps Creek Aml Extention #3

Working Interest Owners
April 23, 2019
Page 3 of 3

## <u>SIGNATURE PAGE TO AMENDMENT</u>

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2019.

Signature:       _____

Printed Name:    _____

Title:           _____

Company:         _____

**Signature:** *Brian Biffle*
Brian Biffle (Apr 24, 2019)

**Email:** bbiffle@2020financial.com

**Title:** Member

**Company:** BVS, LLC

Working Interest Owners
April 23, 2019
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2019.

Signature: _____

Printed Name: _____

Title: _____

Company: _____

**Signature:** *John P. Moffitt*
John P. Moffitt (Apr 24, 2019)

**Email:** jmoffitt@gatewayexp.com

**Title:** President

**Company:** Gateway Exploration

Working Interest Owners
April 23, 2019
Page **3** of **3**

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2019.

Signature: _____

Printed Name: _____

Title: _____

Company: _____

**Signature:** *Wesley C. Herndon*
Wesley C. Herndon (Apr 24, 2019)

**Email:** whern@sbcglobal.net

**Title:** V. P.

**Company:** Rudco, LLC, G.P. of MER Energy, Ltd

Working Interest Owners
April 23, 2019
Page **3** of **3**

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2019.

Signature: _____

Printed Name: _____

Title: _____

Company: _____

**Signature:** *Mark A Arnold*
Mark A Arnold (Apr 24, 2019)

**Email:** arnold@royaltyexploration.com

**Title:** General Manager

**Company:** Resource Ventures LLC

Working Interest Owners
April 23, 2019
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2019.

Signature: _____

Printed Name: _____

Title: _____

Company: _____

**Signature:** *David A. Barlow*
David A. Barlow (Apr 24, 2019)

**Email:** daboilresources@gmail.com

**Title:** Member

**Company:** Daboil Resources L.C.

Working Interest Owners
April 23, 2019
Page **3** of **3**

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS \_\_\_\_\_ DAY OF _____, 2019.

Signature: _____

Printed Name: _____

Title: _____

Company: _____

**Signature:** *Michael Johnson*
Michael Johnson (Apr 23, 2019)

**Email:** mej@lmhomes.net

**Title:** Manager

**Company:** Landmark Exploration, LLC

Working Interest Owners
April 23, 2019
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS 23rd DAY OF 2019 , 2019.

Signature: _____

Printed Name: Stephen Swan

Title: Manager

Company: Fant Energy

Working Interest Owners
April 23, 2019
Page 3 of 3

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS 23rd DAY OF April , 2019.

Signature: _____

Printed Name: _____Mrk S. Ranch_____

Title: _____Member_____

Company: _____Tiembo, Ltd._____

Working Interest Owners
April 23, 2019
Page **3** of **3**

## **SIGNATURE PAGE TO AMENDMENT**

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2019.

Signature:          _____

Printed Name:    _____

Title:                _____

Company:         _____

**Signature:** *Michael S. Reed*
Michael S. Reed (Apr 23, 2019)

**Email:** mike@aspenenergyinc.com

**Title:** President

**Company:** Aspen Energy, Inc.

Working Interest Owners
April 23, 2019
Page **3** of **3**

## **SIGNATURE PAGE TO AMENDMENT**

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2019.


Signature: _____

Printed Name: _____

Title: _____

Company: _____

**Signature:** *Wirt A. Yerger, III*
Wirt A. Yerger, III (Apr 23, 2019)

**Email:** pam@cavaliergrp.com

**Title:** Manager

**Company:** Kudzu Oil Properties, LLC



Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

Steven R. Hatcher, Jr.,
Vice President – Land & Legal

Telephone: 720-306-8310
E-Mail: shatcher@sklarexploration.com

April 23, 2019

VIA EMAIL & ADOBE ECHOSIGN

TO:     Working Interest Owners

RE:     Shipps Creek Prospect AMI Extension (Third Extension)

Dear Owner,

Section 3.1 of Shipps Creek Prospect Participation Agreement (the "PA") dated June 1, 2012 and
Article XV.K of the Operating Agreement (the "JOA") attached as Exhibit F to the PA, established
an Area of Mutual Interest (the "AMI") consisting of certain lands identified in Exhibits A-2 to
the PA and JOA. By Letter Agreement dated August 14, 2015 and Correction Letter dated August
18, 2015 (collectively, the "2015 Amendment"), the parties to the PA and JOA, or their successors
in title, amended the AMI to include certain additional lands more specifically identified therein.
By Letter Agreement dated May 23, 2017, the parties extended the term of the AMI for one (1)
additional year. Another extension for one (1) year was proposed and adopted by Letter
Agreement dated May 16, 2018. As such, the AMI is currently set to expire as to all lands not
covered by oil and gas leases on June 1, 2019 (the "Termination Date").

The purpose of this letter is to propose an additional one (1) year extension of the AMI (the "AMI
Extension"), as Sklar Exploration Company L.L.C. ("SEC") and its affiliate, Sklarco L.L.C.
("SKC"), are actively acquiring new leases within the AMI, and would like to continue to offer
those leases to the working interest owners. To that end, we propose the following amendment
(the "Amendment") to the first paragraph of Article XV.K of the JOA:

> The parties hereby create an Area of Mutual Interest ("AMI")
> consisting of the lands outlined by a bold red line on the plat attached
> hereto as Exhibit "A-2," as amended by the 2015 Amendment. This
> AMI shall remain in force and effect for a term of eight (8) years
> from the date of this Agreement and, insofar and only insofar as the

Working Interest Owners
April 23, 2019
Page **2** of **3**

> AMI includes lands covered by oil and gas leases and/or oil and gas
> interests subject to this Agreement, as long thereafter as said oil and
> gas leases and/or oil and gas interests remain in force and effect.
> This AMI shall terminate after eight (8) years as to all such lands
> not covered by oil and gas leases and/or oil and gas interests subject
> to this Agreement.

All parties who execute this Amendment will be entitled to participate in new leases acquired by
SEC and SKC during the AMI Extension pursuant to the terms of the AMI, as amended herein.
Conversely, any party that does not execute this Amendment will not be entitled to participate in
new leases acquired by SEC or SKC after the Termination Date. This Amendment does not affect
existing leases, or extensions or renewals of those leases, which remain subject to the terms of
Articles VIII.B and XV.K of the JOA.

Except as amended herein, the terms and provisions of the PA and JOA, as amended, shall remain
in full force and effect without modification. This Amendment shall be binding on all parties who
execute it, regardless of whether all parties execute it.

If the foregoing Amendment meets with your approval and you agree to be bound by all of the
terms and provisions contained herein, please evidence the same by executing this letter via Adobe
Echosign or by executing and returning a copy by email to Mary McPhillips
(MMcPhillips@sklarexploration.com). Please return your executed Amendment to us as soon as
possible, but in any event no later than 5 p.m. Mountain Time on Thursday, May 31, 2019. If we
have not received your executed Amendment by that time, this offer to amend the PA and JOA
shall expire as to your interest and it shall be conclusively presumed that you have rejected our
offer and the terms of the AMI, as previously amended, shall remain in effect as to your interest.

If you have any questions about this letter or the proposed Amendment, please feel free to reach
out to Marshall or myself.

Yours Very Truly,

Steven R. Hatcher, Jr.
Vice President – Land & Legal
Sklar Exploration Company L.L.C.
Sklarco L.L.C.

Working Interest Owners
April 23, 2019
Page **3** of **3**

## SIGNATURE PAGE TO AMENDMENT

AGREED AND ACCEPTED THIS _____ DAY OF _____, 2019.

Signature:          _____

Printed Name:    _____

Title:                 _____

Company:          _____

| Shipps Creek Extension Election | Election Received | Correction to Letter |
|---|---|---|
| Sklarco | | |
| JJS | 8/26/2015 | 8/27/2015 |
| **Aspen Energy** | 8/28/2015 | 8/28/2015 |
| Bundero | 8/17/2015 | 8/24/2015 |
| Craft Exploration | 8/19/2015 | 8/28/2015 |
| Joel Davis | 8/25/2015 | 8/25/2015 |
| Dickson Oil & Gas | | 8/24/2015 |
| Fant | | 9/2/2015 |
| **Gateway Exploration** | 8/28/2015 | 8/28/2015 |
| **GCREW** | 8/28/2015 | 8/28/2015 |
| JF Howell | 8/31/2015 | 8/24/2015 |
| Kudzu | 8/17/2015 | 8/24/2015 |
| Landmark Exploration | 8/17/2015 | 8/19/2015 |
| Marksco | 8/27/2015 | 8/24/2015 |
| McCombs | 8/25/2015 | 8/19/2015 |
| MER Energy | 8/19/2015 | 8/19/2015 |
| **Mertiage Energy** | 8/31/2015 | 8/31/2015 |
| MJS Intersts | 8/28/2015 | 8/28/2015 |
| Pickens Financial | 8/19/2015 | 8/19/2015 |
| Resource Ventures | 8/26/2015 | 8/26/2015 |
| **Tara Rudman** | 8/27/2015 | 8/27/2015 |
| Tauber | 8/31/2015 | 8/31/2015 |
| Tiembo | 8/31/2015 | 8/31/2015 |

2/5/16 — missing ~~Dickson~~, Fant ~~and Craft~~.

email sent 2/5/2016



Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

David A. Barlow, President-Chief Operating
Officer

Telephone: 720-836-1082

E-Mail: dbarlow@sklarexploration.com

August 14, 2015

To:    Working Interest Owners

RE:    Shipps Creek Prospect, Conecuh and Escambia Counties, Alabama

Dear Owners,

      As we noted by prior letter dated July 17, 2015, a 3D seismic shoot is being conducted to the west of the Shipps Creek AMI, and a portion of that 3D shoot will overlap with our existing Shipps Creek 3D seismic data and be merged with our data set. Our Geophysicist, Don Eustes, explained the reason for the overlap and for merging the data sets and the costs associated with that in that letter. The purpose of this letter is not to repeat what was already said there, but instead to make a separate proposal. Specifically, we (Sklar Exploration Company L.L.C. or "SEC") propose that, in connection with the Shipps Creek Prospect, we shoot additional 3D seismic data covering approximately 6 square miles as shown on the attached plat.

      The reason for acquiring additional data is twofold. First, the data can be acquired at an extraordinary low cost because it is being added to an existing shoot. The estimated costs, including permitting, data acquisition and processing, is $360,000 or $60,000 per square mile. Second, there is uncertainty about both the extent and the orientation of the newly discovered Kirkland Field (CCL&T 24-1 #1, CCL&T 13-16 #1 and CCL&T 13-11 #1 Wells). We hope that the newly acquired data will give us better seismic coverage of the western edge and flank of our existing 3D set. If all of the Shipps Creek Working Interest Owners (the "Owners") accept our proposal as set forth below, acquisition of and rights with respect to the newly acquired data will be governed by the terms of the Shipps Creek Participation Agreement ("Shipps Creek PA").

Working Interest Owners – Shipps Creek Prospect
August 14, 2015
Page 2 of 4

We hereby propose to expand the Shipps Creek Prospect (AMI and Contract Area) conditioned upon all of the Owners agreeing to the following:

1.      AMI/Contract Area: The Owners hereby amend the Shipps Creek PA and JOA (the terms and provisions of which together with any amendments thereto are hereby incorporated herein) to expand the existing Shipps Creek AMI and Contract Area to include the following described lands (the "Additional Lands") effective as of May 1, 2015, to-wit: Sections 3, 4, 5, 7, 8, 9, 10, 15, 16, 17 and the East Half of 19, Township 3 North, Range 10 East, Escambia County, Alabama.

2.      New Leases: We are in the process of acquiring some leases on the west side of our Shipps Creek AMI to protect the flank of our Kirkland Field.  Specifically, we have commitments to acquire +/-1,338 net acres at $200/acre (not including brokerage costs) and are actively leasing additional acreage.  Some of those leases cover lands located within the existing AMI, whereas others cover only lands located outside the AMI.  We plan to offer those leases covering lands located within the AMI – estimated to be approximately 542 net acres - by separate correspondence either under the terms of the existing AMI or the renewal/extension provisions of the Shipps Creek JOA.  This letter relates to those leases covering only lands located outside of the existing Shipps Creek AMI (the "New Leases") – estimated to be approximately 796 acres – but within the Additional Lands.  The Owners agree to pay their Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs) the New Leases and will thereafter own their Before Payout and After Payout share of the New Leases, which New Leases will be subject to and governed by the terms of the Shipps Creek PA and JOA, as amended and shall be assigned to the Owners using substantially the same form as the one attached to the Shipps Creek PA as Exhibit D (but with appropriate changes to reflect current ownership of the Owners and descriptions of the leases assigned).  Within five (5) days of receiving elections from all Owners agreeing to this proposal, we will send out invoices to each Owner for that Owner's share of costs to acquire the New Leases.  If an Owner fails to pay its invoice within fifteen (15) days, we may send that Owner a notice of default.  If the Owner fails to pay its invoice within fifteen (15) days from receipt of the notice of default, then we may seek collection of the amount due from said Owner, together with interest at the rate of 7% per annum and any attorney's fees incurred in collecting the same (all of which said Owner agrees to pay).  Any other leases acquired covering lands located outside of the existing Shipps Creek AMI but within the Additional Lands will be offered in the future under the terms of the AMI that is either expanded or created under the terms of this letter.

3.      Aspen Leases: One of the Owners, Aspen Energy, Inc. ("Aspen"), has notified us that it has acquired a lease or several leases covering +/-222.5 net acres located in Sections 10 and 15, T3N, R10E, Escambia County, Alabama (the "Aspen Leases").  By execution of this Agreement, Aspen agrees to assign  to all of the other Owners the same interest in the Aspen Leases as their current Before Payout and After Payout interest in the Shipps Creek Contract Area and each of said Owners hereby agrees to pay his/her/its Before Payout share of the actual costs of acquiring (including title, bonus, recording and brokerage costs) the Aspen Leases, and to thereafter own their Before Payout and After Payout share of the Aspen Leases.

Working Interest Owners – Shipps Creek Prospect
August 14, 2015
Page 3 of 4

4.     If any of the Owners presently owns a lease or leases, or an interest therein, covering any portion of the Additional Lands, then that Owner agrees to offer the same to the other Owners under the terms of the AMI.

                    IF TWO OR MORE BUT LESS THAN ALL OF THE OWNERS ELECT TO PARTICIPATE IN THE ABOVE PROPOSAL, then, in that event, and only in that event, the following shall apply:

A.     SEC shall send a notice (by fax or email) to those Owners who elect to participate (the "Electing Owners") setting out the names and interests of those owners who have elected not to participate (the "Nonparticipants") and asking each Electing Owner whether or not it desires to: (a) limit its participation to its Before Payout and After Payout interest under the Shipps Creek PA & JOA; or (b) participate for its Before Payout and After Payout interest under the Shipps Creek PA & JOA, and also assume and bear its proportionate share (i.e., the interest of the Electing Owner divided by the total interests of all Electing Owners) of the Before Payout and After Payout interests of the Nonparticipants. Failure to notify SEC (by fax or email) of its election within two business days after receipt of said notice shall be deemed an election under (a). Sklarco L.L.C. agrees that it will assume and bear any interest of the Nonparticipant(s) that the Electing Owners (other than Sklarco L.L.C.) elect not to acquire.

B.     The Electing Owners agree to enter into a new Participation Agreement (with attached JOA) with an AMI and Contract Area consisting of the Additional Lands (excluding, however, the oil, gas and mineral leases referenced in paragraph no. 2, above, which cover lands within the Shipps Creek Prospect) which agreement (and attached JOA) will be in substantially similar form to the Shipps Creek PA and JOA except that (i) it shall include the terms of paragraphs 2, 4, and, if Aspen is a party, 3, above, (ii) it will exclude the Nonparticipants, (iii) each Electing Owner's Before Payout and After Payout interest under Exhibit A to the JOA will include not only its Before Payout and After Payout interest under the Shipps Creek PA and JOA, but also any Before Payout and After Payout interests of the Nonparticipants that it elects to acquire pursuant to paragraph A, above, and (iv) the seismic to be shot pursuant to the Participation Agreement will be the seismic described in this letter.

                    Any questions about this proposal relating to Geophysics can be directed to Don Eustes; relating to Land can be directed to Marshall Jones; or otherwise to me. We would appreciate it if all owners will respond within fifteen (15) days of the date of this letter. Any owner who fails to respond within that time period will be deemed to have elected not to participate.

                              Yours very truly,

                              David A. Barlow
                              President & Chief Operating Officer

Enclosures
        Seismic Map
        Election Ballot

Working Interest Owners – Shipps Creek Prospect
August 14, 2015
Page 4 of 4

## ELECTION BALLOT/AGREEMENT

_____ I/We hereby affirmatively elect to participate in the above proposal by Sklar Exploration Company L.L.C. and agree to the terms and provisions set forth above. Without limitation upon the foregoing, I/we agree to pay my/our Before Payout share of the actual costs to acquire the additional 3D seismic data described above, including, without limitation, my/our share of the actual permitting, acquisition and processing costs, such seismic to be subject to the provisions of Subsection 1.2 of the Shipps Creek PA or similar provisions in the new Participation Agreement described above; to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the "New Leases" subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above; and if Aspen elects to participate in this proposal, to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the Aspen Leases subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above. If one or more of the Owners elect not to participate in this proposal, but more than one of them elect to participate, then, in that event, and only in that event, I/we agree to share in the costs to acquire the seismic covered by this letter, to share in costs to acquire the New Leases and to create a new Participation Agreement and JOA whose AMI and Contract Area consists of the Additional Lands which agreements will be in substantially similar form to the Shipps Creek PA and JOA except as otherwise provided above.

_____ I/We hereby affirmatively elect not to participate in the above proposal by Sklar Exploration Company L.L.C. and forever forfeit, relinquish and surrender any and all right, title and interest or claims to the New Leases, the Additional Lands, the additional 3D seismic data and any other leases or interests covering such Additional Lands (excluding, however, the above mentioned leases which cover property within the Shipps Creek Prospect).

Signature: _____

Printed Name: _____

Title: _____

Company: _____

Date: _____



Exhibit "A"

Shipps Creek Prospect, Conecuh and Escambia Counties, Alabama

Red line is western edge of original Shipp's Creek AMI
Green line is western edge of Shipp's Creek 3D
Dark Blue outline is additional lands for the Ship's Creek AMI
Purple outline is the new 3D seismic outline

Working Interest Owners – Shipps Creek Prospect
August 14, 2015
Page 4 of 4

## ELECTION BALLOT/AGREEMENT

✔   I/We hereby affirmatively elect to participate in the above proposal by Sklar Exploration Company L.L.C. and agree to the terms and provisions set forth above. Without limitation upon the foregoing, I/we agree to pay my/our Before Payout share of the actual costs to acquire the additional 3D seismic data described above, including, without limitation, my/our share of the actual permitting, acquisition and processing costs, such seismic to be subject to the provisions of Subsection 1.2 of the Shipps Creek PA or similar provisions in the new Participation Agreement described above; to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the "New Leases" subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above; and if Aspen elects to participate in this proposal, to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the Aspen Leases subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above. If one or more of the Owners elect not to participate in this proposal, but more than one of them elect to participate, then, in that event, and only in that event, I/we agree to share in the costs to acquire the seismic covered by this letter, to share in costs to acquire the New Leases and to create a new Participation Agreement and JOA whose AMI and Contract Area consists of the Additional Lands which agreements will be in substantially similar form to the Shipps Creek PA and JOA except as otherwise provided above.

_____   I/We hereby affirmatively elect not to participate in the above proposal by Sklar Exploration Company L.L.C. and forever forfeit, relinquish and surrender any and all right, title and interest or claims to the New Leases, the Additional Lands, the additional 3D seismic data and any other leases or interests covering such Additional Lands (excluding, however, the above mentioned leases which cover property within the Shipps Creek Prospect).

Signature: _Wesley C. Herndon_

Printed Name: _WESLEY C. HERNDON_

Title: _VICE-PRESIDENT RUDCO LLC_

Company: _GENERAL PARTNER, MER ENERGY, LTD._

Date: _8-19-2015_

Working Interest Owners – Shipps Creek Prospect
August 14, 2015
Page 4 of 4

## ELECTION BALLOT/AGREEMENT

⦿ I/We hereby affirmatively elect to participate in the above proposal by Sklar Exploration Company L.L.C. and agree to the terms and provisions set forth above. Without limitation upon the foregoing, I/we agree to pay my/our Before Payout share of the actual costs to acquire the additional 3D seismic data described above, including, without limitation, my/our share of the actual permitting, acquisition and processing costs, such seismic to be subject to the provisions of Subsection 1.2 of the Shipps Creek PA or similar provisions in the new Participation Agreement described above; to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the "New Leases" subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above; and if Aspen elects to participate in this proposal, to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the Aspen Leases subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above. If one or more of the Owners elect not to participate in this proposal, but more than one of them elect to participate, then, in that event, and only in that event, I/we agree to share in the costs to acquire the seismic covered by this letter, to share in costs to acquire the New Leases and to create a new Participation Agreement and JOA whose AMI and Contract Area consists of the Additional Lands which agreements will be in substantially similar form to the Shipps Creek PA and JOA except as otherwise provided above.

◯ I/We hereby affirmatively elect not to participate in the above proposal by Sklar Exploration Company L.L.C. and forever forfeit, relinquish and surrender any and all right, title and interest or claims to the New Leases, the Additional Lands, the additional 3D seismic data and any other leases or interests covering such Additional Lands (excluding, however, the above mentioned leases which cover property within the Shipps Creek Prospect).

Signature: _____

Printed Name: _____

Title: _____

Company: _____

Date: _____


**Signature:** *Justin Simons*
Justin Simons (Aug 26, 2015)

**Email:** justin@hbcapllc.com

**Title:** President

**Company:** JJS Working Interests, LLC

Working Interest Owners – Shipps Creek Prospect
August 14, 2015
Page 4 of 4

## ELECTION BALLOT/AGREEMENT

____X____        I/We hereby affirmatively elect to participate in the above proposal by Sklar Exploration Company L.L.C. and agree to the terms and provisions set forth above. Without limitation upon the foregoing, I/we agree to pay my/our Before Payout share of the actual costs to acquire the additional 3D seismic data described above, including, without limitation, my/our share of the actual permitting, acquisition and processing costs, such seismic to be subject to the provisions of Subsection 1.2 of the Shipps Creek PA or similar provisions in the new Participation Agreement described above; to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the "New Leases" subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above; and if Aspen elects to participate in this proposal, to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the Aspen Leases subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above. If one or more of the Owners elect not to participate in this proposal, but more than one of them elect to participate, then, in that event, and only in that event, I/we agree to share in the costs to acquire the seismic covered by this letter, to share in costs to acquire the New Leases and to create a new Participation Agreement and JOA whose AMI and Contract Area consists of the Additional Lands which agreements will be in substantially similar form to the Shipps Creek PA and JOA except as otherwise provided above.

_____        I/We hereby affirmatively elect not to participate in the above proposal by Sklar Exploration Company L.L.C. and forever forfeit, relinquish and surrender any and all right, title and interest or claims to the New Leases, the Additional Lands, the additional 3D seismic data and any other leases or interests covering such Additional Lands (excluding, however, the above mentioned leases which cover properly within the Shipps Creek Prospect).

Signature:          _____Accepted by letter dated 08/27/15_____

Printed Name:      _____Michael S. Reed_____

Title:              _____President_____

Company:          _____Aspen Energy, Inc._____

Date:              _____



# A S P E N
### E N E R G Y, I N C.

August 27, 2015

Sklar Exploration Company LLC
5395 Pearl Parkway, Suite 200
Boulder, Colorado   80301
Attention: J. Marshall Jones III, RPL

RE:    Shipps Creek Prospect
       Conecuh & Escambia Counties, Alabama

Gentlemen:

Aspen Energy, Inc. ("Aspen") elects to amend and concurs with the extension of the boundaries of the Area of Mutual Interest ("AMI") for Shipps Creek Prospect, Conecuh and Escambia Counties, Alabama ("Shipps Creek Prospect") as proposed in your letter dated August 14, 2015, and amended by letter dated August 18, 2015 *(copy attached)*; and continue to participate as a party in the Shipps Creek Prospect in accordance with the terms and conditions defined in its governing contracts.   Aspen agrees to participate in the proposed 3D seismic acquisition covering approximately six (6) square miles, paying its proportionate share of all costs in the acquisition, processing and its interpretation; and furthermore desires to participate and make elections in the acquisition of oil and gas interests, as and when proposed, in accordance with the applicable contracts for its before payout interest of one percent of eight-eighths (1% of 8/8ths) interest, proportionately reduced to the actual interest made available to acquire. Notwithstanding, the agreement to participate in the 3D seismic acquisition referenced above and make elections in the acquisition of oil and gas interests located within the boundaries of the AMI are in response to your letter dated August 14, 2015, (copy attached).

As to the "Aspen" leases referred to in the August 14, 2015 letter, Aspen agrees to offer these leases, to the extent that it owns or controls a 50% interest, to the Shipps Creek Prospect under the terms of the Participation Agreement.

Should you have questions, comments or need additional information, please advise. Thank you for your help and assistance in this matter.

Best Regards,

Aspen Energy, Inc.

By: _____
       Michael S. Reed
       President

161 St. Matthews Avenue       Suite 16       Louisville, KY  40207       502 897 1757       502 897 1758 fax       www.aspenenergyinc.com

Working Interest Owners – Shipps Creek Prospect
August 14, 2015
Page 4 of 4

## ELECTION BALLOT/AGREEMENT

✓       I/We hereby affirmatively elect to participate in the above proposal by Sklar Exploration Company L.L.C. and agree to the terms and provisions set forth above. Without limitation upon the foregoing, I/we agree to pay my/our Before Payout share of the actual costs to acquire the additional 3D seismic data described above, including, without limitation, my/our share of the actual permitting, acquisition and processing costs, such seismic to be subject to the provisions of Subsection 1.2 of the Shipps Creek PA or similar provisions in the new Participation Agreement described above; to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the "New Leases" subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above; and if Aspen elects to participate in this proposal, to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the Aspen Leases subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above. If one or more of the Owners elect not to participate in this proposal, but more than one of them elect to participate, then, in that event, and only in that event, I/we agree to share in the costs to acquire the seismic covered by this letter, to share in costs to acquire the New Leases and to create a new Participation Agreement and JOA whose AMI and Contract Area consists of the Additional Lands which agreements will be in substantially similar form to the Shipps Creek PA and JOA except as otherwise provided above.

_____       I/We hereby affirmatively elect not to participate in the above proposal by Sklar Exploration Company L.L.C. and forever forfeit, relinquish and surrender any and all right, title and interest or claims to the New Leases, the Additional Lands, the additional 3D seismic data and any other leases or interests covering such Additional Lands (excluding, however, the above mentioned leases which cover property within the Shipps Creek Prospect).

Signature: _____

Printed Name: _Robert P. Bowman_

Title: _Manager_

Company: _Bundero Investment Company_

Date: _8/17/15_

Working Interest Owners – Shipps Creek Prospect
August 14, 2015
Page 4 of 4

## ELECTION BALLOT/AGREEMENT

**⌄**       I/We hereby affirmatively elect to participate in the above proposal by Sklar Exploration Company L.L.C. and agree to the terms and provisions set forth above. Without limitation upon the foregoing, I/we agree to pay my/our Before Payout share of the actual costs to acquire the additional 3D seismic data described above, including, without limitation, my/our share of the actual permitting, acquisition and processing costs, such seismic to be subject to the provisions of Subsection 1.2 of the Shipps Creek PA or similar provisions in the new Participation Agreement described above; to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the "New Leases" subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above; and if Aspen elects to participate in this proposal, to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the Aspen Leases subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above. If one or more of the Owners elect not to participate in this proposal, but more than one of them elect to participate, then, in that event, and only in that event, I/we agree to share in the costs to acquire the seismic covered by this letter, to share in costs to acquire the New Leases and to create a new Participation Agreement and JOA whose AMI and Contract Area consists of the Additional Lands which agreements will be in substantially similar form to the Shipps Creek PA and JOA except as otherwise provided above.


_____       I/We hereby affirmatively elect not to participate in the above proposal by Sklar Exploration Company L.L.C. and forever forfeit, relinquish and surrender any and all right, title and interest or claims to the New Leases, the Additional Lands, the additional 3D seismic data and any other leases or interests covering such Additional Lands (excluding, however, the above mentioned leases which cover property within the Shipps Creek Prospect).


Signature: _____

Printed Name: Joel K. Davis _____

Title: _____

Company: _____

Date: 8-18-15 _____

## Camille Jenkins

| | |
|---|---|
| **From:** | Joel Davis <joelrd@ix.netcom.com> |
| **Sent:** | Tuesday, August 25, 2015 3:06 PM |
| **To:** | Camille Jenkins |
| **Cc:** | Marshall Jones |
| **Subject:** | RE: Shipps Creek Prospect Extension Proposal; Election to Participate. |

Camille,

This will serve as my election to participate
in Sklar's referenced proposal to extend
the Shipps Creek Prospect.

Let me know if anything further is required.

Thank you,

Joel Davis
832-723-1246

(ps. Please acknowledge receipt of election to participate).

---

**From:** Camille Jenkins [mailto:CJenkins@sklarexploration.com]
**Sent:** Friday, August 14, 2015 4:45 PM
**To:** Camille Jenkins
**Cc:** David Barlow; Marshall Jones; Steven Hatcher; Greg Rembert; Don Eustes; Cory Ezelle; Monty Shed; Valerie Walker; Sutton Lloyd; Chris Farrell
**Subject:** Shipps Creek Prospect Extension Proposal

Dear Owner,

Please see the attached letter and election regarding a proposed extension of the Shipps Creek Prospect. Please execute the attached election ballot and return to my attention as soon as possible. *If you prefer, you may execute the election ballot electronically using Adobe EchoSign by clicking the link below:*

https://secure.echosign.com/public/esignWidget?wid=CBFCIBAA2AAABLblqZhCqMw1yHfuS3shEb2JN6ktdyF7J3znal0jOL
3TJvn12sqCfP5qltwr-Ei_PvWlaf8I*

If you have any questions, feel free to contact me.

Thanks,
Camille Jenkins
*Lease Analyst*

1

Working Interest Owners – Shipps Creek Prospect
August 14, 2015
Page 4 of 4

## ELECTION BALLOT/AGREEMENT

✓ I/We hereby affirmatively elect to participate in the above proposal by Sklar Exploration Company L.L.C. and agree to the terms and provisions set forth above. Without limitation upon the foregoing, I/we agree to pay my/our Before Payout share of the actual costs to acquire the additional 3D seismic data described above, including, without limitation, my/our share of the actual permitting, acquisition and processing costs, such seismic to be subject to the provisions of Subsection 1.2 of the Shipps Creek PA or similar provisions in the new Participation Agreement described above; to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the "New Leases" subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above; and if Aspen elects to participate in this proposal, to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the Aspen Leases subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above. If one or more of the Owners elect not to participate in this proposal, but more than one of them elect to participate, then, in that event, and only in that event, I/we agree to share in the costs to acquire the seismic covered by this letter, to share in costs to acquire the New Leases and to create a new Participation Agreement and JOA whose AMI and Contract Area consists of the Additional Lands which agreements will be in substantially similar form to the Shipps Creek PA and JOA except as otherwise provided above.

~~I/We hereby affirmatively elect not to participate in the above proposal by Sklar Exploration Company L.L.C. and forever forfeit, relinquish and surrender any and all right, title and interest or claims to the New Leases, the Additional Lands, the additional 3D seismic data and any other leases or interests covering such Additional Lands (excluding, however, the above mentioned leases which cover property within the Shipps Creek Prospect).~~

Signature:       *Accepted by Letter dated 8/27/15*

Printed Name:    *John P. Moffitt*

Title:           *PRESIDENT*

Company:         *Gateway Exploration, LLC*

Date:            *8/27/15*



Sklar Exploration Company LLC
5395 Pearl Parkway, Suite 200          August 27, 2015
Boulder, Colorado   80301
Attention: J. Marshall Jones III, RPL

RE:   Shipps Creek Prospect
      Conecuh & Escambia Counties, Alabama

Gentlemen:

Gateway Exploration, LLC (Gateway) elects to amend and concurs with the extension of the boundaries of the Area of Mutual Interest ("AMI") for Shipps Creek Prospect, Conecuh and Escambia Counties, Alabama ("Shipps Creek Prospect") as proposed in your letter dated August 14, 2015, and amended by letter dated August 18, 2015 *(copy attached)*; and continue to participate as a party in the Shipps Creek Prospect in accordance with the terms and conditions defined in its governing contracts.   Gateway agrees to participate in the proposed 3D seismic acquisition covering approximately six (6) square miles, paying its proportionate share of all costs in the acquisition, processing and its interpretation; and furthermore desires to participate and make elections in the acquisition of oil and gas interests, as and when proposed, in accordance with the applicable contracts for its before payout interest of one and one-half of eight eighths (1.5%) interest, proportionately reduced to the actual interest made available to acquire.  Notwithstanding, the agreement to participate in the 3D seismic acquisition referenced above and make elections in the acquisition of oil and gas interests located within the boundaries of the AMI are in response to your letter dated August 14, 2015, (copy attached).

      Should you have questions, comments or need additional information, please advise.  Thank you for your help and assistance in this matter.

Yours truly,

Gateway Exploration, LLC

By:  John P. Moffitt
      President

3040 Post Oak, Suite 525   ●   Houston, Texas 77056   ●   Phone 713.750.9485   ●   Fax 713.750.9514

Working Interest Owners – Shipps Creek Prospect
August 14, 2015
Page 4 of 4

## ELECTION BALLOT/AGREEMENT

✓        I/We hereby affirmatively elect to participate in the above proposal by Sklar Exploration Company L.L.C. and agree to the terms and provisions set forth above. Without limitation upon the foregoing, I/we agree to pay my/our Before Payout share of the actual costs to acquire the additional 3D seismic data described above, including, without limitation, my/our share of the actual permitting, acquisition and processing costs, such seismic to be subject to the provisions of Subsection 1.2 of the Shipps Creek PA or similar provisions in the new Participation Agreement described above; to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the "New Leases" subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above; and if Aspen elects to participate in this proposal, to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the Aspen Leases subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above. If one or more of the Owners elect not to participate in this proposal, but more than one of them elect to participate, then, in that event, and only in that event, I/we agree to share in the costs to acquire the seismic covered by this letter, to share in costs to acquire the New Leases and to create a new Participation Agreement and JOA whose AMI and Contract Area consists of the Additional Lands which agreements will be in substantially similar form to the Shipps Creek PA and JOA except as otherwise provided above.

~~_____ I/We hereby affirmatively elect not to participate in the above proposal by Sklar Exploration Company L.L.C. and forever forfeit, relinquish and surrender any and all right, title and interest or claims to the New Leases, the Additional Lands, the additional 3D seismic data and any other leases or interests covering such Additional Lands (excluding, however, the above mentioned leases which cover property within the Shipps Creek Prospect).~~

Signature:       _Accepted by Letter dated 8/27/15_

Printed Name:    _George E. Jochetz III._

Title:           _PRESIDENT_

Company:         _GCREW Properties, LLC_

Date:            _8/27/15_

GCREW Properties, LLC
12323 Rip Van Winkle
Houston, TX  77024

Sklar Exploration Company LLC
5395 Pearl Parkway, Suite 200                                    August 27, 2015
Boulder, Colorado  80301
Attention: J. Marshall Jones III, RPL

RE:   Shipps Creek Prospect
        Conecuh & Escambia Counties, Alabama

Gentlemen:

GCREW Properties, LLC (GCREW), elects to amend and concurs with the extension of the boundaries of the Area of Mutual Interest ("AMI") for Shipps Creek Prospect, Conecuh and Escambia Counties, Alabama ("Shipps Creek Prospect") as proposed in your letter dated August 14, 2015, and amended by letter dated August 18, 2015 *(copy attached)*; and continue to participate as a party in the Shipps Creek Prospect in accordance with the terms and conditions defined in its governing contracts. GCREW agrees to participate in the proposed 3D seismic acquisition covering approximately six (6) square miles, paying its proportionate share of all costs in the acquisition, processing and its interpretation; and furthermore desires to participate and make elections in the acquisition of oil and gas interests, as and when proposed, in accordance with the applicable contracts for its before payout interest of one half of one percent of eight eighths (0.5%) interest, proportionately reduced to the actual interest made available to acquire.  Notwithstanding, the agreement to participate in the 3D seismic acquisition referenced above and make elections in the acquisition of oil and gas interests located within the boundaries of the AMI are in response to your letter dated August 14, 2015, (copy attached).

Should you have questions, comments or need additional information, please advise.  Thank you for your help and assistance in this matter.

Yours truly,

GCREW Properties, LLC

By: _____
George E. Jochetz III
President

Working Interest Owners – Shipps Creek Prospect
August 14, 2015
Page 4 of 4

## ELECTION BALLOT/AGREEMENT

_____      I/We hereby affirmatively elect to participate in the above proposal by Sklar Exploration Company L.L.C. and agree to the terms and provisions set forth above.  Without limitation upon the foregoing, I/we agree to pay my/our Before Payout share of the actual costs to acquire the additional 3D seismic data described above, including, without limitation, my/our share of the actual permitting, acquisition and processing costs, such seismic to be subject to the provisions of Subsection 1.2 of the Shipps Creek PA or similar provisions in the new Participation Agreement described above; to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the "New Leases" subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above; and if Aspen elects to participate in this proposal, to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the Aspen Leases subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above.  If one or more of the Owners elect not to participate in this proposal, but more than one of them elect to participate, then, in that event, and only in that event, I/we agree to share in the costs to acquire the seismic covered by this letter, to share in costs to acquire the New Leases and to create a new Participation Agreement and JOA whose AMI and Contract Area consists of the Additional Lands which agreements will be in substantially similar form to the Shipps Creek PA and JOA except as otherwise provided above.

_____      I/We hereby affirmatively elect not to participate in the above proposal by Sklar Exploration Company L.L.C. and forever forfeit, relinquish and surrender any and all right, title and interest or claims to the New Leases, the Additional Lands, the additional 3D seismic data and any other leases or interests covering such Additional Lands (excluding, however, the above mentioned leases which cover property within the Shipps Creek Prospect).

Signature: _____

Printed Name: David Morgan

Title: Manager

Company: JF Howell Interests, LP

Date: 8/31/2015

Working Interest Owners – Shipps Creek Prospect
August 14, 2015
Page **4** of 4

<div align="center">

**ELECTION BALLOT/AGREEMENT**

</div>

⊙        I/We hereby affirmatively elect to participate in the above proposal by Sklar Exploration Company L.L.C. and agree to the terms and provisions set forth above.  Without limitation upon the foregoing, I/we agree to pay my/our Before Payout share of the actual costs to acquire the additional 3D seismic data described above, including, without limitation, my/our share of the actual permitting, acquisition and processing costs, such seismic to be subject to the provisions of Subsection 1.2 of the Shipps Creek PA or similar provisions in the new Participation Agreement described above; to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the "New Leases" subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above; and if Aspen elects to participate in this proposal, to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the Aspen Leases subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above.  If one or more of the Owners elect not to participate in this proposal, but more than one of them elect to participate, then, in that event, and only in that event, I/we agree to share in the costs to acquire the seismic covered by this letter, to share in costs to acquire the New Leases and to create a new Participation Agreement and JOA whose AMI and Contract Area consists of the Additional Lands which agreements will be in substantially similar form to the Shipps Creek PA and JOA except as otherwise provided above.

○        I/We hereby affirmatively elect not to participate in the above proposal by Sklar Exploration Company L.L.C. and forever forfeit, relinquish and surrender any and all right, title and interest or claims to the New Leases, the Additional Lands, the additional 3D seismic data and any other leases or interests covering such Additional Lands (excluding, however, the above mentioned leases which cover property within the Shipps Creek Prospect).

Signature: _____

Printed Name: _____

Title: _____

Company: _____

Date: _____

Signature: *Wirt A Yerger III*
Wirt A Yerger III (Aug 17, 2015)

Email: pam@cavaliergrp.com

Title: Manager

Company: Kudzu Oil Properties, LLC

Working Interest Owners – Shipps Creek Prospect
August 14, 2015
Page **4** of **4**

<div align="center">

**ELECTION BALLOT/AGREEMENT**

</div>

⦿
_____
     I/We hereby affirmatively elect to participate in the above proposal by Sklar Exploration Company L.L.C. and agree to the terms and provisions set forth above.  Without limitation upon the foregoing, I/we agree to pay my/our Before Payout share of the actual costs to acquire the additional 3D seismic data described above, including, without limitation, my/our share of the actual permitting, acquisition and processing costs, such seismic to be subject to the provisions of Subsection 1.2 of the Shipps Creek PA or similar provisions in the new Participation Agreement described above; to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the "New Leases" subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above; and if Aspen elects to participate in this proposal, to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the Aspen Leases subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above.  If one or more of the Owners elect not to participate in this proposal, but more than one of them elect to participate, then, in that event, and only in that event, I/we agree to share in the costs to acquire the seismic covered by this letter, to share in costs to acquire the New Leases and to create a new Participation Agreement and JOA whose AMI and Contract Area consists of the Additional Lands which agreements will be in substantially similar form to the Shipps Creek PA and JOA except as otherwise provided above.

◯
_____
     I/We hereby affirmatively elect not to participate in the above proposal by Sklar Exploration Company L.L.C. and forever forfeit, relinquish and surrender any and all right, title and interest or claims to the New Leases, the Additional Lands, the additional 3D seismic data and any other leases or interests covering such Additional Lands (excluding, however, the above mentioned leases which cover property within the Shipps Creek Prospect).

Signature: _____

Printed Name: _____

Title: _____

Company: _____

Date: _____

    **Signature:** _Michael E Johnson_
            Michael E Johnson (Aug 17, 2015)

        **Email:** mej@lmhomes.net

         **Title:** Manager

    **Company:** Landmark Exploration, LLC

Working Interest Owners – Shipps Creek Prospect
August 14, 2015
Page 4 of 4

### ELECTION BALLOT/AGREEMENT

_MPN_        I/We hereby affirmatively elect to participate in the above proposal by Sklar Exploration Company L.L.C. and agree to the terms and provisions set forth above. Without limitation upon the foregoing, I/we agree to pay my/our Before Payout share of the actual costs to acquire the additional 3D seismic data described above, including, without limitation, my/our share of the actual permitting, acquisition and processing costs, such seismic to be subject to the provisions of Subsection 1.2 of the Shipps Creek PA or similar provisions in the new Participation Agreement described above; to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the "New Leases" subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above; and if Aspen elects to participate in this proposal, to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the Aspen Leases subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above.  If one or more of the Owners elect not to participate in this proposal, but more than one of them elect to participate, then, in that event, and only in that event, I/we agree to share in the costs to acquire the seismic covered by this letter, to share in costs to acquire the New Leases and to create a new Participation Agreement and JOA whose AMI and Contract Area consists of the Additional Lands which agreements will be in substantially similar form to the Shipps Creek PA and JOA except as otherwise provided above.


_____        I/We hereby affirmatively elect not to participate in the above proposal by Sklar Exploration Company L.L.C. and forever forfeit, relinquish and surrender any and all right, title and interest or claims to the New Leases, the Additional Lands, the additional 3D seismic data and any other leases or interests covering such Additional Lands (excluding, however, the above mentioned leases which cover property within the Shipps Creek Prospect).


Signature: _____

Printed Name: _____

Title: _____

Company: _____

Date: _____

Working Interest Owners – Shipps Creek Prospect
August 14, 2015
Page 4 of 4

## ELECTION BALLOT/AGREEMENT

✓      I/We hereby affirmatively elect to participate in the above proposal by Sklar Exploration Company L.L.C. and agree to the terms and provisions set forth above. Without limitation upon the foregoing, I/we agree to pay my/our Before Payout share of the actual costs to acquire the additional 3D seismic data described above, including, without limitation, my/our share of the actual permitting, acquisition and processing costs, such seismic to be subject to the provisions of Subsection 1.2 of the Shipps Creek PA or similar provisions in the new Participation Agreement described above; to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the "New Leases" subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above; and if Aspen elects to participate in this proposal, to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the Aspen Leases subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above. If one or more of the Owners elect not to participate in this proposal, but more than one of them elect to participate, then, in that event, and only in that event, I/we agree to share in the costs to acquire the seismic covered by this letter, to share in costs to acquire the New Leases and to create a new Participation Agreement and JOA whose AMI and Contract Area consists of the Additional Lands which agreements will be in substantially similar form to the Shipps Creek PA and JOA except as otherwise provided above.

_____      I/We hereby affirmatively elect not to participate in the above proposal by Sklar Exploration Company L.L.C. and forever forfeit, relinquish and surrender any and all right, title and interest or claims to the New Leases, the Additional Lands, the additional 3D seismic data and any other leases or interests covering such Additional Lands (excluding, however, the above mentioned leases which cover property within the Shipps Creek Prospect).

Signature: _____

Printed Name: John M Forney

Title: VP

Company: McCombs Energy

Date: 8.24.15

Working Interest Owners – Shipps Creek Prospect
August 14, 2015
Page 4 of 4

## ELECTION BALLOT/AGREEMENT

**X**       I/We hereby affirmatively elect to participate in the above proposal by Sklar Exploration Company L.L.C. and agree to the terms and provisions set forth above. Without limitation upon the foregoing, I/we agree to pay my/our Before Payout share of the actual costs to acquire the additional 3D seismic data described above, including, without limitation, my/our share of the actual permitting, acquisition and processing costs, such seismic to be subject to the provisions of Subsection 1.2 of the Shipps Creek PA or similar provisions in the new Participation Agreement described above; to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the "New Leases" subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above; and if Aspen elects to participate in this proposal, to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the Aspen Leases subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above. If one or more of the Owners elect not to participate in this proposal, but more than one of them elect to participate, then, in that event, and only in that event, I/we agree to share in the costs to acquire the seismic covered by this letter, to share in costs to acquire the New Leases and to create a new Participation Agreement and JOA whose AMI and Contract Area consists of the Additional Lands which agreements will be in substantially similar form to the Shipps Creek PA and JOA except as otherwise provided above.

~~_____ I/We hereby affirmatively elect not to participate in the above proposal by Sklar Exploration Company L.L.C. and forever forfeit, relinquish and surrender any and all right, title and interest or claims to the New Leases, the Additional Lands, the additional 3D seismic data and any other leases or interests covering such Additional Lands (excluding, however, the above mentioned leases which cover property within the Shipps Creek Prospect).~~

Signature: _Accepted by letter dated 8/27/2015_

Printed Name: _John C. Aubrey_

Title: _President_

Company: _Meritage Energy, Ltd._

Date: _8/29/2015_

Meritage Energy, LLC
3040 Post Oak, Suite 525
Houston, Texas 77056

Sklar Exploration Company LLC
5395 Pearl Parkway, Suite 200
Boulder, Colorado 80301
Attention: J. Marshall Jones III, RPL

August 27, 2015

RE:     Shipps Creek Prospect
        Conecuh & Escambia Counties, Alabama

Gentlemen:

Meritage Energy, LLC (Meritage) elects to amend and concurs with the extension of the boundaries of the Area of Mutual Interest ("AMI") for Shipps Creek Prospect, Conecuh and Escambia Counties, Alabama ("Shipps Creek Prospect") as proposed in your letter dated August 14, 2015, and amended by letter dated August 18, 2015 *(copy attached)*; and continue to participate as a party in the Shipps Creek Prospect in accordance with the terms and conditions defined in its governing contracts. Meritage agrees to participate in the proposed 3D seismic acquisition covering approximately six (6) square miles, paying its proportionate share of all costs in the acquisition, processing and its interpretation; and furthermore desires to participate and make elections in the acquisition of oil and gas interests, as and when proposed, in accordance with the applicable contracts for its before payout interest of one and one-half of eight eighths (1.5%) interest, proportionately reduced to the actual interest made available to acquire. Notwithstanding, the agreement to participate in the 3D seismic acquisition referenced above and make elections in the acquisition of oil and gas interests located within the boundaries of the AMI are in response to your letter dated August 14, 2015, (copy attached).

Should you have questions, comments or need additional information, please advise. Thank you for your help and assistance in this matter.

Yours truly,

Meritage Energy, LLC

By: _____
    John C. Aubrey
    President

Working Interest Owners – Shipps Creek Prospect
August 14, 2015
Page 4 of 4

## ELECTION BALLOT/AGREEMENT

✓     I/We hereby affirmatively elect to participate in the above proposal by Sklar Exploration Company L.L.C. and agree to the terms and provisions set forth above. Without limitation upon the foregoing, I/we agree to pay my/our Before Payout share of the actual costs to acquire the additional 3D seismic data described above, including, without limitation, my/our share of the actual permitting, acquisition and processing costs, such seismic to be subject to the provisions of Subsection 1.2 of the Shipps Creek PA or similar provisions in the new Participation Agreement described above; to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the "New Leases" subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above; and if Aspen elects to participate in this proposal, to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the Aspen Leases subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above. If one or more of the Owners elect not to participate in this proposal, but more than one of them elect to participate, then, in that event, and only in that event, I/we agree to share in the costs to acquire the seismic covered by this letter, to share in costs to acquire the New Leases and to create a new Participation Agreement and JOA whose AMI and Contract Area consists of the Additional Lands which agreements will be in substantially similar form to the Shipps Creek PA and JOA except as otherwise provided above.

_____     I/We hereby affirmatively elect not to participate in the above proposal by Sklar Exploration Company L.L.C. and forever forfeit, relinquish and surrender any and all right, title and interest or claims to the New Leases, the Additional Lands, the additional 3D seismic data and any other leases or interests covering such Additional Lands (excluding, however, the above mentioned leases which cover property within the Shipps Creek Prospect).

Signature:    _Martin J Schk_

Printed Name:    _Martin J. Schaffer_

Title:    _Manager_

Company:    _MJS Interests, LLC_

Date:    _8/24/2015_

Working Interest Owners – Shipps Creek Prospect
August 14, 2015
Page 4 of 4

## ELECTION BALLOT/AGREEMENT

_mp_        I/We hereby affirmatively elect to participate in the above proposal by Sklar Exploration Company L.L.C. and agree to the terms and provisions set forth above.  Without limitation upon the foregoing, I/we agree to pay my/our Before Payout share of the actual costs to acquire the additional 3D seismic data described above, including, without limitation, my/our share of the actual permitting, acquisition and processing costs, such seismic to be subject to the provisions of Subsection 1.2 of the Shipps Creek PA or similar provisions in the new Participation Agreement described above; to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the "New Leases" subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above; and if Aspen elects to participate in this proposal, to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the Aspen Leases subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above.  If one or more of the Owners elect not to participate in this proposal, but more than one of them elect to participate, then, in that event, and only in that event, I/we agree to share in the costs to acquire the seismic covered by this letter, to share in costs to acquire the New Leases and to create a new Participation Agreement and JOA whose AMI and Contract Area consists of the Additional Lands which agreements will be in substantially similar form to the Shipps Creek PA and JOA except as otherwise provided above.


_____        I/We hereby affirmatively elect not to participate in the above proposal by Sklar Exploration Company L.L.C. and forever forfeit, relinquish and surrender any and all right, title and interest or claims to the New Leases, the Additional Lands, the additional 3D seismic data and any other leases or interests covering such Additional Lands (excluding, however, the above mentioned leases which cover property within the Shipps Creek Prospect).


Signature: _Mike K. P_

Printed Name: _Michael K. Pickens_

Title: _President_

Company: _Pickens Financial Group, LLC_

Date: _8/17/15_

Working Interest Owners -- Shipps Creek Prospect
August 14, 2015
Page 4 of 4

## ELECTION BALLOT/AGREEMENT

__X__       I/We hereby affirmatively elect to participate in the above proposal by Sklar Exploration Company L.L.C. and agree to the terms and provisions set forth above. Without limitation upon the foregoing, I/we agree to pay my/our Before Payout share of the actual costs to acquire the additional 3D seismic data described above, including, without limitation, my/our share of the actual permitting, acquisition and processing costs, such seismic to be subject to the provisions of Subsection 1.2 of the Shipps Creek PA or similar provisions in the new Participation Agreement described above; to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the "New Leases" subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above; and if Aspen elects to participate in this proposal, to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the Aspen Leases subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above. If one or more of the Owners elect not to participate in this proposal, but more than one of them elect to participate, then, in that event, and only in that event, I/we agree to share in the costs to acquire the seismic covered by this letter, to share in costs to acquire the New Leases and to create a new Participation Agreement and JOA whose AMI and Contract Area consists of the Additional Lands which agreements will be in substantially similar form to the Shipps Creek PA and JOA except as otherwise provided above.

____       I/We hereby affirmatively elect not to participate in the above proposal by Sklar Exploration Company L.L.C. and forever forfeit, relinquish and surrender any and all right, title and interest or claims to the New Leases, the Additional Lands, the additional 3D seismic data and any other leases or interests covering such Additional Lands (excluding, however, the above mentioned leases which cover property within the Shipps Creek Prospect).

Signature: _____

Printed Name: Mark A. Arnold

Title: General Manager

Company: Resource Ventures, LLC

Date: 8/26/2015

Working Interest Owners – Shipps Creek Prospect
August 14, 2015
Page 4 of 4

## ELECTION BALLOT/AGREEMENT

✓ I/We hereby affirmatively elect to participate in the above proposal by Sklar Exploration Company L.L.C. and agree to the terms and provisions set forth above. Without limitation upon the foregoing, I/we agree to pay my/our Before Payout share of the actual costs to acquire the additional 3D seismic data described above, including, without limitation, my/our share of the actual permitting, acquisition and processing costs, such seismic to be subject to the provisions of Subsection 1.2 of the Shipps Creek PA or similar provisions in the new Participation Agreement described above; to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the "New Leases" subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above; and if Aspen elects to participate in this proposal, to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the Aspen Leases subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above. If one or more of the Owners elect not to participate in this proposal, but more than one of them elect to participate, then, in that event, and only in that event, I/we agree to share in the costs to acquire the seismic covered by this letter, to share in costs to acquire the New Leases and to create a new Participation Agreement and JOA whose AMI and Contract Area consists of the Additional Lands which agreements will be in substantially similar form to the Shipps Creek PA and JOA except as otherwise provided above.

~~I/We hereby affirmatively elect not to participate in the above proposal by Sklar~~ Exploration Company L.L.C. and forever forfeit, relinquish and ~~surrender any and all~~ right, title and interest or claims to the New Leases, the ~~Additional Lands~~, the additional 3D seismic data and any other ~~leases or interests~~ covering such Additional Lands (excluding, however, the above ~~mentioned leases which cover property within the Shipps Creek Prospect)~~.

TARA RUDMAN

Signature: _Accepted by letter dated 08/27/15_

Printed Name: _R. Hiram Lucius_

Title: _Authorized Representative_

Company: _Tara Rudman, Individually_

Date: _____

## TARA RUDMAN REVOCABLE TRUST

*1700 Pacific Avenue, Suite 4700*
*Dallas, Texas 75201*
*(214) 220-3900*

August 27, 2015

Sklar Exploration Company LLC
5395 Pearl Parkway, Suite 200
Boulder, Colorado 80301
Attention: J. Marshall Jones III, RPL

RE:  Shipps Creek Prospect
     Conecuh & Escambia Counties, Alabama

Gentlemen:

      Tara Rudman, through the Tara Rudman Revocable Trust, elects to amend and concurs with the extension of the boundaries of the Area of Mutual Interest ("AMI") for Shipps Creek Prospect, Conecuh and Escambia Counties, Alabama ("Shipps Creek Prospect") as proposed in your letter dated August 14, 2015, and amended by letter dated August 18, 2015 *(copy attached)*; and continue to participate as a party in the Shipps Creek Prospect in accordance with the terms and conditions defined in its governing contracts. The Tara Rudman Revocable Trust agrees to participate in the proposed 3D seismic acquisition covering approximately six (6) square miles, paying its proportionate share of all costs in the acquisition, processing and its interpretation; and furthermore desires to participate and make elections in the acquisition of oil and gas interests, as and when proposed, in accordance with the applicable contracts for its before payout interest of two percent of eight-eighths (2% of 8/8ths) interest, proportionately reduced to the actual interest made available to acquire. Notwithstanding, the agreement to participate in the 3D seismic acquisition referenced above and make elections in the acquisition of oil and gas interests located within the boundaries of the AMI are in response to your letter dated August 14, 2015, (copy attached).

      Should you have questions, comments or need additional information, please advise. Thank you for your help and assistance in this matter.

Best Regards,

Tara Rudman Revocable Trust

By: *R. Hiram Lucius*

*R. Hiram Lucius, Authorized Representative &*
*Business Manager*

## ELECTION BALLOT/AGREEMENT

_____✓_____  I/We hereby affirmatively elect to participate in the above proposal by Sklar Exploration Company L.L.C. and agree to the terms and provisions set forth above. Without limitation upon the foregoing, I/we agree to pay my/our Before Payout share of the actual costs to acquire the additional 3D seismic data described above, including, without limitation, my/our share of the actual permitting, acquisition and processing costs, such seismic to be subject to the provisions of Subsection 1.2 of the Shipps Creek PA or similar provisions in the new Participation Agreement described above; to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the "New Leases" subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above; and if Aspen elects to participate in this proposal, to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the Aspen Leases subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above. If one or more of the Owners elect not to participate in this proposal, but more than one of them elect to participate, then, in that event, and only in that event, I/we agree to share in the costs to acquire the seismic covered by this letter, to share in costs to acquire the New Leases and to create a new Participation Agreement and JOA whose AMI and Contract Area consists of the Additional Lands which agreements will be in substantially similar form to the Shipps Creek PA and JOA except as otherwise provided above.

_____  I/We hereby affirmatively elect not to participate in the above proposal by Sklar Exploration Company L.L.C. and forever forfeit, relinquish and surrender any and all right, title and interest or claims to the New Leases, the Additional Lands, the additional 3D seismic data and any other leases or interests covering such Additional Lands (excluding, however, the above mentioned leases which cover property within the Shipps Creek Prospect).

Signature: 

Printed Name: _Richard E. Tauber_

Title: _President_

Company: _Tauber Exploration & Production Co._

Date: _August 28, 2015_

Working Interest Owners -- Shipps Creek Prospect
August 14, 2015
Page 4 of 4

### ELECTION BALLOT/AGREEMENT

*MR*  I/We hereby affirmatively elect to participate in the above proposal by Sklar Exploration Company L.L.C. and agree to the terms and provisions set forth above. Without limitation upon the foregoing, I/we agree to pay my/our Before Payout share of the actual costs to acquire the additional 3D seismic data described above, including, without limitation, my/our share of the actual permitting, acquisition and processing costs, such seismic to be subject to the provisions of Subsection 1.2 of the Shipps Creek PA or similar provisions in the new Participation Agreement described above; to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the "New Leases" subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above; and if Aspen elects to participate in this proposal, to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the Aspen Leases subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above. If one or more of the Owners elect not to participate in this proposal, but more than one of them elect to participate, then, in that event, and only in that event, I/we agree to share in the costs to acquire the seismic covered by this letter, to share in costs to acquire the New Leases and to create a new Participation Agreement and JOA whose AMI and Contract Area consists of the Additional Lands which agreements will be in substantially similar form to the Shipps Creek PA and JOA except as otherwise provided above.

_____  I/We hereby affirmatively elect not to participate in the above proposal by Sklar Exploration Company L.L.C. and forever forfeit, relinquish and surrender any and all right, title and interest or claims to the New Leases, the Additional Lands, the additional 3D seismic data and any other leases or interests covering such Additional Lands (excluding, however, the above mentioned leases which cover property within the Shipps Creek Prospect).

Signature: _Mark Rauch by APA_

Printed Name: _MARK RAUCH_

Title: _____

Company: _TIEMBO LTD_

Date: _8/28/2015_

Working Interest Owners – Shipps Creek Prospect
August 14, 2015
Page 4 of 4

## ELECTION BALLOT/AGREEMENT

⦿ I/We hereby affirmatively elect to participate in the above proposal by Sklar Exploration Company L.L.C. and agree to the terms and provisions set forth above. Without limitation upon the foregoing, I/we agree to pay my/our Before Payout share of the actual costs to acquire the additional 3D seismic data described above, including, without limitation, my/our share of the actual permitting, acquisition and processing costs, such seismic to be subject to the provisions of Subsection 1.2 of the Shipps Creek PA or similar provisions in the new Participation Agreement described above; to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the "New Leases" subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above; and if Aspen elects to participate in this proposal, to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the Aspen Leases subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above. If one or more of the Owners elect not to participate in this proposal, but more than one of them elect to participate, then, in that event, and only in that event, I/we agree to share in the costs to acquire the seismic covered by this letter, to share in costs to acquire the New Leases and to create a new Participation Agreement and JOA whose AMI and Contract Area consists of the Additional Lands which agreements will be in substantially similar form to the Shipps Creek PA and JOA except as otherwise provided above.

◯ I/We hereby affirmatively elect not to participate in the above proposal by Sklar Exploration Company L.L.C. and forever forfeit, relinquish and surrender any and all right, title and interest or claims to the New Leases, the Additional Lands, the additional 3D seismic data and any other leases or interests covering such Additional Lands (excluding, however, the above mentioned leases which cover property within the Shipps Creek Prospect).

Signature: _____

Printed Name: _____

Title: _____

Company: _____

Date: _____

Signature: *Steven H Craft*
Steven H Craft (Aug 19, 2015)

Email: julie@thecraftcompanies.com

Title: Manager

Company: Craft Exploration Company

Working Interest Owners – Shipps Creek Prospect
August 14, 2015
Page 4 of 4

## ELECTION BALLOT/AGREEMENT

◉ I/We hereby affirmatively elect to participate in the above proposal by Sklar Exploration Company L.L.C. and agree to the terms and provisions set forth above. Without limitation upon the foregoing, I/we agree to pay my/our Before Payout share of the actual costs to acquire the additional 3D seismic data described above, including, without limitation, my/our share of the actual permitting, acquisition and processing costs, such seismic to be subject to the provisions of Subsection 1.2 of the Shipps Creek PA or similar provisions in the new Participation Agreement described above; to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the "New Leases" subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above; and if Aspen elects to participate in this proposal, to pay my/our Before Payout share of the actual costs to acquire (including title, bonus, recording and brokerage costs), and own my/our Before Payout and After Payout share of, the Aspen Leases subject to and governed by the terms of this letter agreement and either the Shipps Creek PA and JOA, as amended herein, or the new Participation Agreement described above. If one or more of the Owners elect not to participate in this proposal, but more than one of them elect to participate, then, in that event, and only in that event, I/we agree to share in the costs to acquire the seismic covered by this letter, to share in costs to acquire the New Leases and to create a new Participation Agreement and JOA whose AMI and Contract Area consists of the Additional Lands which agreements will be in substantially similar form to the Shipps Creek PA and JOA except as otherwise provided above.

◯ I/We hereby affirmatively elect not to participate in the above proposal by Sklar Exploration Company L.L.C. and forever forfeit, relinquish and surrender any and all right, title and interest or claims to the New Leases, the Additional Lands, the additional 3D seismic data and any other leases or interests covering such Additional Lands (excluding, however, the above mentioned leases which cover property within the Shipps Creek Prospect).

Signature: _____

Printed Name: _____

Title: _____

Company: _____

Date: _____

Signature: *C. Bickham Dickson*
C. Bickham Dickson (Feb 6, 2016)

Email: bickham@bdicksonproperties.com

Title: Owner

Company: Dickson Oil & Gas, LLC

| Shipps Creek Extension Election | Election Received | Correction to Letter |
|---|---|---|
| Sklarco | | |
| JJS | 8/26/2015 | 8/27/2015 |
| **Aspen Energy** | 8/28/2015 | 8/28/2015 |
| Bundero | 8/17/2015 | 8/24/2015 |
| Craft Exploration | 8/19/2015 | 8/28/2015 |
| Joel Davis | 8/25/2015 | 8/25/2015 |
| Dickson Oil & Gas | | 8/24/2015 |
| Fant | | 9/2/2015 |
| **Gateway Exploration** | 8/28/2015 | 8/28/2015 |
| **GCREW** | 8/28/2015 | 8/28/2015 |
| JF Howell | 8/31/2015 | 8/24/2015 |
| Kudzu | 8/17/2015 | 8/24/2015 |
| Landmark Exploration | 8/17/2015 | 8/19/2015 |
| Marksco | 8/27/2015 | 8/24/2015 |
| McCombs | 8/25/2015 | 8/19/2015 |
| MER Energy | 8/19/2015 | 8/19/2015 |
| **Mertiage Energy** | 8/31/2015 | 8/31/2015 |
| MJS Intersts | 8/28/2015 | 8/28/2015 |
| Pickens Financial | 8/19/2015 | 8/19/2015 |
| Resource Ventures | 8/26/2015 | 8/26/2015 |
| **Tara Rudman** | 8/27/2015 | 8/27/2015 |
| Tauber | 8/31/2015 | 8/31/2015 |
| Tiembo | 8/31/2015 | 8/31/2015 |



Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

Steven R. Hatcher, Jr., Attorney

Telephone: 720-306-8310
E-Mail: shatcher@sklarexploration.com

August 18, 2015

To:     Working Interest Owners

Re:     Correction to Letter Dated August 14, 2015
        Shipps Creek Prospect, Conecuh & Escambia Counties, Alabama

Dear Owners:

It has been brought to our attention that there is an error in the description of lands contained in Paragraph 1 of our letter dated August 14, 2015 (the "Letter") regarding the potential expansion of the Shipps Creek Prospect. Paragraph 1 should read as follows:

1.      AMI/Contract Area: The Owners hereby amend the Shipps Creek PA and JOA (the terms and provisions of which together with any amendments thereto are hereby incorporated herein) to expand the existing Shipps Creek AMI and Contract Area to include the following described lands (the "Additional Lands") effective as of May 1, 2015, to-wit: Sections 3, 4, 5, 7, 8, 9, 10, 15, 16, 17 and 18, Township 3 North, Range 10 East, Escambia County, Alabama, and the East Half of Section 13, Township 3 North, Range 9 East, Escambia County, Alabama.

Please note that the plat attached to the Letter is, in fact, correct and that the dark blue outline on the plat shows the Additional Lands described above. Please acknowledge your receipt of this correction letter and your agreement that the Letter be amended to include the lands described above by executing this correction letter in the space provided below and returning it to our Boulder office (Attn: Camille Jenkins) along with your election. We apologize for any confusion. If you have any questions, please feel free to contact myself or Marshall.

AGREED TO AND ACCEPTED                          Very truly yours,
THIS _____ DAY OF AUGUST, 2015

Signature: _____            Steven R. Hatcher, Jr.

Printed Name: _____

Title: _____

Company: _____



Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

Steven R. Hatcher, Jr., Attorney

Telephone: 720-306-8310
E-Mail: shatcher@sklarexploration.com

August 18, 2015

To:      Working Interest Owners

Re:      Correction to Letter Dated August 14, 2015
         Shipps Creek Prospect, Conecuh & Escambia Counties, Alabama

Dear Owners:

It has been brought to our attention that there is an error in the description of lands contained in Paragraph
1 of our letter dated August 14, 2015 (the "Letter") regarding the potential expansion of the Shipps Creek
Prospect. Paragraph 1 should read as follows:

1.       AMI/Contract Area: The Owners hereby amend the Shipps Creek PA and JOA (the terms and
provisions of which together with any amendments thereto are hereby incorporated herein) to expand the
existing Shipps Creek AMI and Contract Area to include the following described lands (the "Additional
Lands") effective as of May 1, 2015, to-wit: Sections 3, 4, 5, 7, 8, 9, 10, 15, 16, 17 and 18, Township 3
North, Range 10 East, Escambia County, Alabama, and the East Half of Section 13, Township 3 North,
Range 9 East, Escambia County, Alabama.

Please note that the plat attached to the Letter is, in fact, correct and that the dark blue outline on the plat
shows the Additional Lands described above. Please acknowledge your receipt of this correction letter and
your agreement that the Letter be amended to include the lands described above by executing this correction
letter in the space provided below and returning it to our Boulder office (Attn: Camille Jenkins) along with
your election. We apologize for any confusion. If you have any questions, please feel free to contact myself
or Marshall.

AGREED TO AND ACCEPTED                          Very truly yours,
THIS _19th_ DAY OF AUGUST, 2015

Signature: _Wesley C. Hernn_                    Steven R. Hatcher, Jr.
Printed Name: _Wesley C. Herndon_
Title: _V.P. Rudco LLC_
Company: _General Partner, MER Energy, Ltd._



Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

Steven R. Hatcher, Jr., Attorney

Telephone: 720-306-8310
E-Mail: shatcher@sklarexploration.com

August 18, 2015

To:      Working Interest Owners

Re:      Correction to Letter Dated August 14, 2015
         Shipps Creek Prospect, Conecuh & Escambia Counties, Alabama

Dear Owners:

It has been brought to our attention that there is an error in the description of lands contained in Paragraph 1 of our letter dated August 14, 2015 (the "Letter") regarding the potential expansion of the Shipps Creek Prospect. Paragraph 1 should read as follows:

1.       AMI/Contract Area: The Owners hereby amend the Shipps Creek PA and JOA (the terms and provisions of which together with any amendments thereto are hereby incorporated herein) to expand the existing Shipps Creek AMI and Contract Area to include the following described lands (the "Additional Lands") effective as of May 1, 2015, to-wit: Sections 3, 4, 5, 7, 8, 9, 10, 15, 16, 17 and 18, Township 3 North, Range 10 East, Escambia County, Alabama, and the East Half of Section 13, Township 3 North, Range 9 East, Escambia County, Alabama.

Please note that the plat attached to the Letter is, in fact, correct and that the dark blue outline on the plat shows the Additional Lands described above. Please acknowledge your receipt of this correction letter and your agreement that the Letter be amended to include the lands described above by executing this correction letter in the space provided below and returning it to our Boulder office (Attn: Camille Jenkins) along with your election. We apologize for any confusion. If you have any questions, please feel free to contact myself or Marshall.

AGREED TO AND ACCEPTED                          Very truly yours,
THIS 27th DAY OF AUGUST, 2015

Signature:   _____                  _____
Printed Name: Justin Simons                      Steven R. Hatcher, Jr.
Title:       President
Company:     JJS Working Interest, LLC



**Exploration Company LLC**

Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

Steven R. Hatcher, Jr., Attorney

Telephone: 720-306-8310
E-Mail: shatcher@sklarexploration.com

August 18, 2015

To:     Working Interest Owners

Re:     Correction to Letter Dated August 14, 2015
        Shipps Creek Prospect, Conecuh & Escambia Counties, Alabama

Dear Owners:

It has been brought to our attention that there is an error in the description of lands contained in Paragraph 1 of our letter dated August 14, 2015 (the "Letter") regarding the potential expansion of the Shipps Creek Prospect. Paragraph 1 should read as follows:

1.      AMI/Contract Area: The Owners hereby amend the Shipps Creek PA and JOA (the terms and provisions of which together with any amendments thereto are hereby incorporated herein) to expand the existing Shipps Creek AMI and Contract Area to include the following described lands (the "Additional Lands") effective as of May 1, 2015, to-wit: Sections 3, 4, 5, 7, 8, 9, 10, 15, 16, 17 and 18, Township 3 North, Range 10 East, Escambia County, Alabama, and the East Half of Section 13, Township 3 North, Range 9 East, Escambia County, Alabama.

Please note that the plat attached to the Letter is, in fact, correct and that the dark blue outline on the plat shows the Additional Lands described above. Please acknowledge your receipt of this correction letter and your agreement that the Letter be amended to include the lands described above by executing this correction letter in the space provided below and returning it to our Boulder office (Attn: Camille Jenkins) along with your election. We apologize for any confusion. If you have any questions, please feel free to contact myself or Marshall.

AGREED TO AND ACCEPTED                          Very truly yours,
THIS _____ DAY OF AUGUST, 2015
                Acceptance by letter dated
Signature:      August 27, 2015                 Steven R. Hatcher, Jr.

Printed Name:   Michael S. Reed

Title:          President

Company:        Aspen Energy, Inc.



Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

Steven R. Hatcher, Jr., Attorney

Telephone: 720-306-8310
E-Mail: shatcher@sklarexploration.com

August 18, 2015

To:      Working Interest Owners

Re:      Correction to Letter Dated August 14, 2015
         Shipps Creek Prospect, Conecuh & Escambia Counties, Alabama

Dear Owners:

It has been brought to our attention that there is an error in the description of lands contained in Paragraph 1 of our letter dated August 14, 2015 (the "Letter") regarding the potential expansion of the Shipps Creek Prospect. Paragraph 1 should read as follows:

1.       AMI/Contract Area: The Owners hereby amend the Shipps Creek PA and JOA (the terms and provisions of which together with any amendments thereto are hereby incorporated herein) to expand the existing Shipps Creek AMI and Contract Area to include the following described lands (the "Additional Lands") effective as of May 1, 2015, to-wit: Sections 3, 4, 5, 7, 8, 9, 10, 15, 16, 17 and 18, Township 3 North, Range 10 East, Escambia County, Alabama, and the East Half of Section 13, Township 3 North, Range 9 East, Escambia County, Alabama.

Please note that the plat attached to the Letter is, in fact, correct and that the dark blue outline on the plat shows the Additional Lands described above. Please acknowledge your receipt of this correction letter and your agreement that the Letter be amended to include the lands described above by executing this correction letter in the space provided below and returning it to our Boulder office (Attn: Camille Jenkins) along with your election. We apologize for any confusion. If you have any questions, please feel free to contact myself or Marshall.

AGREED TO AND ACCEPTED                                    Very truly yours,
THIS _19th_ DAY OF AUGUST, 2015

Signature:      _al ?. &_                                 Steven R. Hatcher, Jr.
Printed Name:   _Robert P. Bowman_
Title:          _Manager_
Company:        _Bundero Investment Company, L.L.C._



Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

Steven R. Hatcher, Jr., Attorney

Telephone: 720-306-8310
E-Mail: shatcher@sklarexploration.com

August 18, 2015

To:      Working Interest Owners

Re:      Correction to Letter Dated August 14, 2015
         Shipps Creek Prospect, Conecuh & Escambia Counties, Alabama

Dear Owners:

It has been brought to our attention that there is an error in the description of lands contained in Paragraph 1 of our letter dated August 14, 2015 (the "Letter") regarding the potential expansion of the Shipps Creek Prospect.  Paragraph 1 should read as follows:

1.       AMI/Contract Area: The Owners hereby amend the Shipps Creek PA and JOA (the terms and provisions of which together with any amendments thereto are hereby incorporated herein) to expand the existing Shipps Creek AMI and Contract Area to include the following described lands (the "Additional Lands") effective as of May 1, 2015, to-wit: Sections 3, 4, 5, 7, 8, 9, 10, 15, 16, 17 and 18, Township 3 North, Range 10 East, Escambia County, Alabama, and the East Half of Section 13, Township 3 North, Range 9 East, Escambia County, Alabama.

Please note that the plat attached to the Letter is, in fact, correct and that the dark blue outline on the plat shows the Additional Lands described above.  Please acknowledge your receipt of this correction letter and your agreement that the Letter be amended to include the lands described above by executing this correction letter in the space provided below and returning it to our Boulder office (Attn: Camille Jenkins) along with your election.  We apologize for any confusion.  If you have any questions, please feel free to contact myself or Marshall.

AGREED TO AND ACCEPTED
THIS 28th DAY OF AUGUST, 2015

Signature: _____

Printed Name: Steven H Craft

Title: MANAGER

Company: CRAFT Exploration Company

Very truly yours,

_____
Steven R. Hatcher, Jr.



**Exploration Company LLC**

Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

Steven R. Hatcher, Jr., Attorney

Telephone: 720-306-8310
E-Mail: shatcher@sklarexploration.com

August 18, 2015

To:      Working Interest Owners

Re:      Correction to Letter Dated August 14, 2015
         Shipps Creek Prospect, Conecuh & Escambia Counties, Alabama

Dear Owners:

It has been brought to our attention that there is an error in the description of lands contained in Paragraph 1 of our letter dated August 14, 2015 (the "Letter") regarding the potential expansion of the Shipps Creek Prospect. Paragraph 1 should read as follows:

1.      AMI/Contract Area: The Owners hereby amend the Shipps Creek PA and JOA (the terms and provisions of which together with any amendments thereto are hereby incorporated herein) to expand the existing Shipps Creek AMI and Contract Area to include the following described lands (the "Additional Lands") effective as of May 1, 2015, to-wit: Sections 3, 4, 5, 7, 8, 9, 10, 15, 16, 17 and 18, Township 3 North, Range 10 East, Escambia County, Alabama, and the East Half of Section 13, Township 3 North, Range 9 East, Escambia County, Alabama.

Please note that the plat attached to the Letter is, in fact, correct and that the dark blue outline on the plat shows the Additional Lands described above. Please acknowledge your receipt of this correction letter and your agreement that the Letter be amended to include the lands described above by executing this correction letter in the space provided below and returning it to our Boulder office (Attn: Camille Jenkins) along with your election. We apologize for any confusion. If you have any questions, please feel free to contact myself or Marshall.

AGREED TO AND ACCEPTED
THIS 20ᵗʰ DAY OF AUGUST, 2015

Signature:  _Joel N Davis_____

Printed Name:  _Joel R. Davis_____

Title:  _____

Company:  _____

Very truly yours,

_Steve Hatcher_____
Steven R. Hatcher, Jr.

## Camille Jenkins

| | |
|---|---|
| **From:** | Joel Davis <joelrd@ix.netcom.com> |
| **Sent:** | Tuesday, August 25, 2015 3:12 PM |
| **To:** | Camille Jenkins |
| **Cc:** | Marshall Jones |
| **Subject:** | RE: Correction to Letter Dated August 14, 2015 (Shipps Creek Prospect); Approved. |

Camille,

I agree to the amendment
in the referenced correction letter.

Let me know if anything further is required.

Thank you,

Joel Davis
832-723-1246

(ps. Please let me know you have received this approval).

---

**From:** Camille Jenkins [mailto:CJenkins@sklarexploration.com]
**Sent:** Tuesday, August 18, 2015 5:07 PM
**To:** Camille Jenkins
**Cc:** Marshall Jones; Steven Hatcher; David Barlow; Monty Shed; Greg Rembert; Cory Ezelle; Don Eustes
**Subject:** Correction to Letter Dated August 14, 2015 (Shipps Creek Prospect)

Dear Owner,

Please see the attached correspondence from Steven Hatcher regarding a correction to our Letter dated August 14, 2015 concerning the potential expansion of the Shipps Creek Prospect. After your review, please execute the letter in the space provided and return to me along with your election.

Thanks,
Camille Jenkins
*Lease Analyst*



5395 Pearl Parkway, Suite 200 • Boulder, CO 80301
direct 720.477.4163 • mobile 225.281.6630
cjenkins@sklarexploration.com • www.sklarexploration.com



Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

Steven R. Hatcher, Jr., Attorney

Telephone: 720-306-8310
E-Mail: shatcher@sklarexploration.com

August 18, 2015

To:     Working Interest Owners

Re:     Correction to Letter Dated August 14, 2015
        Shipps Creek Prospect, Conecuh & Escambia Counties, Alabama

Dear Owners:

It has been brought to our attention that there is an error in the description of lands contained in Paragraph 1 of our letter dated August 14, 2015 (the "Letter") regarding the potential expansion of the Shipps Creek Prospect. Paragraph 1 should read as follows:

1.      AMI/Contract Area: The Owners hereby amend the Shipps Creek PA and JOA (the terms and provisions of which together with any amendments thereto are hereby incorporated herein) to expand the existing Shipps Creek AMI and Contract Area to include the following described lands (the "Additional Lands") effective as of May 1, 2015, to-wit: Sections 3, 4, 5, 7, 8, 9, 10, 15, 16, 17 and 18, Township 3 North, Range 10 East, Escambia County, Alabama, and the East Half of Section 13, Township 3 North, Range 9 East, Escambia County, Alabama.

Please note that the plat attached to the Letter is, in fact, correct and that the dark blue outline on the plat shows the Additional Lands described above. Please acknowledge your receipt of this correction letter and your agreement that the Letter be amended to include the lands described above by executing this correction letter in the space provided below and returning it to our Boulder office (Attn: Camille Jenkins) along with your election. We apologize for any confusion. If you have any questions, please feel free to contact myself or Marshall.

AGREED TO AND ACCEPTED                          Very truly yours,
THIS 24 DAY OF AUGUST, 2015

Signature:    _Bickham Dickson_                 _Steven Hatcher_
                                                Steven R. Hatcher, Jr.
Printed Name: _Bickham Dickson_

Title:        _Manager / Owner_

Company:      _Dickson Oil + Gas, LLC_



Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

Steven R. Hatcher, Jr., Attorney

Telephone: 720-306-8310
E-Mail: shatcher@sklarexploration.com

August 18, 2015

To:     Working Interest Owners

Re:     Correction to Letter Dated August 14, 2015
        Shipps Creek Prospect, Conecuh & Escambia Counties, Alabama

Dear Owners:

It has been brought to our attention that there is an error in the description of lands contained in Paragraph 1 of our letter dated August 14, 2015 (the "Letter") regarding the potential expansion of the Shipps Creek Prospect. Paragraph 1 should read as follows:

1.      AMI/Contract Area: The Owners hereby amend the Shipps Creek PA and JOA (the terms and provisions of which together with any amendments thereto are hereby incorporated herein) to expand the existing Shipps Creek AMI and Contract Area to include the following described lands (the "Additional Lands") effective as of May 1, 2015, to-wit: Sections 3, 4, 5, 7, 8, 9, 10, 15, 16, 17 and 18, Township 3 North, Range 10 East, Escambia County, Alabama, and the East Half of Section 13, Township 3 North, Range 9 East, Escambia County, Alabama.

Please note that the plat attached to the Letter is, in fact, correct and that the dark blue outline on the plat shows the Additional Lands described above. Please acknowledge your receipt of this correction letter and your agreement that the Letter be amended to include the lands described above by executing this correction letter in the space provided below and returning it to our Boulder office (Attn: Camille Jenkins) along with your election. We apologize for any confusion. If you have any questions, please feel free to contact myself or Marshall.

AGREED TO AND ACCEPTED                          Very truly yours,
THIS _____ DAY OF AUGUST, 2015

                                                Steven R. Hatcher, Jr.
Signature: _____

Printed Name: _STEPHEN  S  SWAN_

Title: _MANAGER_

Company: _FANT ENERGY LTD_



Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

Steven R. Hatcher, Jr., Attorney

Telephone: 720-306-8310
E-Mail: shatcher@sklarexploration.com

August 18, 2015

To:     Working Interest Owners

Re:     Correction to Letter Dated August 14, 2015
        Shipps Creek Prospect, Conecuh & Escambia Counties, Alabama

Dear Owners:

It has been brought to our attention that there is an error in the description of lands contained in Paragraph 1 of our letter dated August 14, 2015 (the "Letter") regarding the potential expansion of the Shipps Creek Prospect.  Paragraph 1 should read as follows:

1.      AMI/Contract Area: The Owners hereby amend the Shipps Creek PA and JOA (the terms and provisions of which together with any amendments thereto are hereby incorporated herein) to expand the existing Shipps Creek AMI and Contract Area to include the following described lands (the "Additional Lands") effective as of May 1, 2015, to-wit: Sections 3, 4, 5, 7, 8, 9, 10, 15, 16, 17 and 18, Township 3 North, Range 10 East, Escambia County, Alabama, and the East Half of Section 13, Township 3 North, Range 9 East, Escambia County, Alabama.

Please note that the plat attached to the Letter is, in fact, correct and that the dark blue outline on the plat shows the Additional Lands described above.  Please acknowledge your receipt of this correction letter and your agreement that the Letter be amended to include the lands described above by executing this correction letter in the space provided below and returning it to our Boulder office (Attn: Camille Jenkins) along with your election.  We apologize for any confusion.  If you have any questions, please feel free to contact myself or Marshall.

AGREED TO AND ACCEPTED
THIS _____ DAY OF AUGUST, 2015                        Very truly yours,

Signature:  ~Acceptance by letter~
            ~dated August 27, 2015~                    Steven R. Hatcher, Jr.

Printed Name:  John P. Moffitt

Title:  President

Company:  Gateway Exploration, LLC



Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

Steven R. Hatcher, Jr., Attorney

Telephone: 720-306-8310
E-Mail: shatcher@sklarexploration.com

August 18, 2015

To:     Working Interest Owners

Re:     Correction to Letter Dated August 14, 2015
        Shipps Creek Prospect, Conecuh & Escambia Counties, Alabama

Dear Owners:

It has been brought to our attention that there is an error in the description of lands contained in Paragraph 1 of our letter dated August 14, 2015 (the "Letter") regarding the potential expansion of the Shipps Creek Prospect. Paragraph 1 should read as follows:

1.      AMI/Contract Area: The Owners hereby amend the Shipps Creek PA and JOA (the terms and provisions of which together with any amendments thereto are hereby incorporated herein) to expand the existing Shipps Creek AMI and Contract Area to include the following described lands (the "Additional Lands") effective as of May 1, 2015, to-wit: Sections 3, 4, 5, 7, 8, 9, 10, 15, 16, 17 and 18, Township 3 North, Range 10 East, Escambia County, Alabama, and the East Half of Section 13, Township 3 North, Range 9 East, Escambia County, Alabama.

Please note that the plat attached to the Letter is, in fact, correct and that the dark blue outline on the plat shows the Additional Lands described above. Please acknowledge your receipt of this correction letter and your agreement that the Letter be amended to include the lands described above by executing this correction letter in the space provided below and returning it to our Boulder office (Attn: Camille Jenkins) along with your election. We apologize for any confusion. If you have any questions, please feel free to contact myself or Marshall.

AGREED TO AND ACCEPTED                          Very truly yours,
THIS _____ DAY OF AUGUST, 2015
                        Acceptance by letter
Signature: _____ dated August 27, 2015
                                                Steven R. Hatcher, Jr.
Printed Name: _George E. Jochetz III_
Title: _President_
Company: _GC REW Properties, LLC_



Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

Steven R. Hatcher, Jr., Attorney

Telephone: 720-306-8310
E-Mail: shatcher@sklarexploration.com

August 18, 2015

To:     Working Interest Owners

Re:     Correction to Letter Dated August 14, 2015
        Shipps Creek Prospect, Conecuh & Escambia Counties, Alabama

Dear Owners:

It has been brought to our attention that there is an error in the description of lands contained in Paragraph 1 of our letter dated August 14, 2015 (the "Letter") regarding the potential expansion of the Shipps Creek Prospect. Paragraph 1 should read as follows:

1.      AMI/Contract Area: The Owners hereby amend the Shipps Creek PA and JOA (the terms and provisions of which together with any amendments thereto are hereby incorporated herein) to expand the existing Shipps Creek AMI and Contract Area to include the following described lands (the "Additional Lands") effective as of May 1, 2015, to-wit: Sections 3, 4, 5, 7, 8, 9, 10, 15, 16, 17 and 18, Township 3 North, Range 10 East, Escambia County, Alabama, and the East Half of Section 13, Township 3 North, Range 9 East, Escambia County, Alabama.

Please note that the plat attached to the Letter is, in fact, correct and that the dark blue outline on the plat shows the Additional Lands described above. Please acknowledge your receipt of this correction letter and your agreement that the Letter be amended to include the lands described above by executing this correction letter in the space provided below and returning it to our Boulder office (Attn: Camille Jenkins) along with your election. We apologize for any confusion. If you have any questions, please feel free to contact myself or Marshall.

AGREED TO AND ACCEPTED                          Very truly yours,
THIS 21 DAY OF AUGUST, 2015

Signature: _____            Steven R. Hatcher, Jr.
Printed Name: David Morgan
Title: Manager
Company: JF Howell Interests



Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

Steven R. Hatcher, Jr., Attorney

Telephone: 720-306-8310
E-Mail: shatcher@sklarexploration.com

August 18, 2015

To:     Working Interest Owners

Re:     Correction to Letter Dated August 14, 2015
        Shipps Creek Prospect, Conecuh & Escambia Counties, Alabama

Dear Owners:

It has been brought to our attention that there is an error in the description of lands contained in Paragraph 1 of our letter dated August 14, 2015 (the "Letter") regarding the potential expansion of the Shipps Creek Prospect. Paragraph 1 should read as follows:

1.      AMI/Contract Area: The Owners hereby amend the Shipps Creek PA and JOA (the terms and provisions of which together with any amendments thereto are hereby incorporated herein) to expand the existing Shipps Creek AMI and Contract Area to include the following described lands (the "Additional Lands") effective as of May 1, 2015, to-wit: Sections 3, 4, 5, 7, 8, 9, 10, 15, 16, 17 and 18, Township 3 North, Range 10 East, Escambia County, Alabama, and the East Half of Section 13, Township 3 North, Range 9 East, Escambia County, Alabama.

Please note that the plat attached to the Letter is, in fact, correct and that the dark blue outline on the plat shows the Additional Lands described above. Please acknowledge your receipt of this correction letter and your agreement that the Letter be amended to include the lands described above by executing this correction letter in the space provided below and returning it to our Boulder office (Attn: Camille Jenkins) along with your election. We apologize for any confusion. If you have any questions, please feel free to contact myself or Marshall.

AGREED TO AND ACCEPTED                              Very truly yours,
THIS ᶜᵗ DAY OF AUGUST, 2015

Signature: _____                  _____
Printed Name: Wirt A. Yerger III                    Steven R. Hatcher, Jr.
Title: Manager
Company: Kudzu Oil Properties, LLC



Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

Steven R. Hatcher, Jr., Attorney

Telephone: 720-306-8310
E-Mail: shatcher@sklarexploration.com

August 18, 2015

To:    Working Interest Owners

Re:    Correction to Letter Dated August 14, 2015
       Shipps Creek Prospect, Conecuh & Escambia Counties, Alabama

Dear Owners:

It has been brought to our attention that there is an error in the description of lands contained in Paragraph 1 of our letter dated August 14, 2015 (the "Letter") regarding the potential expansion of the Shipps Creek Prospect. Paragraph 1 should read as follows:

1.    AMI/Contract Area: The Owners hereby amend the Shipps Creek PA and JOA (the terms and provisions of which together with any amendments thereto are hereby incorporated herein) to expand the existing Shipps Creek AMI and Contract Area to include the following described lands (the "Additional Lands") effective as of May 1, 2015, to-wit: Sections 3, 4, 5, 7, 8, 9, 10, 15, 16, 17 and 18, Township 3 North, Range 10 East, Escambia County, Alabama, and the East Half of Section 13, Township 3 North, Range 9 East, Escambia County, Alabama.

Please note that the plat attached to the Letter is, in fact, correct and that the dark blue outline on the plat shows the Additional Lands described above. Please acknowledge your receipt of this correction letter and your agreement that the Letter be amended to include the lands described above by executing this correction letter in the space provided below and returning it to our Boulder office (Attn: Camille Jenkins) along with your election. We apologize for any confusion. If you have any questions, please feel free to contact myself or Marshall.

AGREED TO AND ACCEPTED                          Very truly yours,
THIS 19ᵗʰ DAY OF AUGUST, 2015

Signature: _M E Jo_                             Steven R. Hatcher, Jr.
Printed Name: _Michael E. Johnson_
Title: _Manager_
Company: _Landmark Exploration, LLC._



Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

Steven R. Hatcher, Jr., Attorney

Telephone: 720-306-8310
E-Mail: shatcher@sklarexploration.com

August 18, 2015

To:    Working Interest Owners

Re:    Correction to Letter Dated August 14, 2015
       Shipps Creek Prospect, Conecuh & Escambia Counties, Alabama

Dear Owners:

It has been brought to our attention that there is an error in the description of lands contained in Paragraph 1 of our letter dated August 14, 2015 (the "Letter") regarding the potential expansion of the Shipps Creek Prospect. Paragraph 1 should read as follows:

1.      AMI/Contract Area: The Owners hereby amend the Shipps Creek PA and JOA (the terms and provisions of which together with any amendments thereto are hereby incorporated herein) to expand the existing Shipps Creek AMI and Contract Area to include the following described lands (the "Additional Lands") effective as of May 1, 2015, to-wit: Sections 3, 4, 5, 7, 8, 9, 10, 15, 16, 17 and 18, Township 3 North, Range 10 East, Escambia County, Alabama, and the East Half of Section 13, Township 3 North, Range 9 East, Escambia County, Alabama.

Please note that the plat attached to the Letter is, in fact, correct and that the dark blue outline on the plat shows the Additional Lands described above. Please acknowledge your receipt of this correction letter and your agreement that the Letter be amended to include the lands described above by executing this correction letter in the space provided below and returning it to our Boulder office (Attn: Camille Jenkins) along with your election. We apologize for any confusion. If you have any questions, please feel free to contact myself or Marshall.

AGREED TO AND ACCEPTED
THIS 26th DAY OF AUGUST, 2015

Signature: _M.P. A_

Printed Name: _Mark P. Sealy_

Title: _Owner_

Company: _Marksco, LLC_

Very truly yours,

_Steven R. Hatcher_

Steven R. Hatcher, Jr.



Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

Steven R. Hatcher, Jr., Attorney

Telephone: 720-306-8310
E-Mail: shatcher@sklarexploration.com

August 18, 2015

To:     Working Interest Owners

Re:     Correction to Letter Dated August 14, 2015
        Shipps Creek Prospect, Conecuh & Escambia Counties, Alabama

Dear Owners:

It has been brought to our attention that there is an error in the description of lands contained in Paragraph 1 of our letter dated August 14, 2015 (the "Letter") regarding the potential expansion of the Shipps Creek Prospect. Paragraph 1 should read as follows:

1.      AMI/Contract Area: The Owners hereby amend the Shipps Creek PA and JOA (the terms and provisions of which together with any amendments thereto are hereby incorporated herein) to expand the existing Shipps Creek AMI and Contract Area to include the following described lands (the "Additional Lands") effective as of May 1, 2015, to-wit: Sections 3, 4, 5, 7, 8, 9, 10, 15, 16, 17 and 18, Township 3 North, Range 10 East, Escambia County, Alabama, and the East Half of Section 13, Township 3 North, Range 9 East, Escambia County, Alabama.

Please note that the plat attached to the Letter is, in fact, correct and that the dark blue outline on the plat shows the Additional Lands described above. Please acknowledge your receipt of this correction letter and your agreement that the Letter be amended to include the lands described above by executing this correction letter in the space provided below and returning it to our Boulder office (Attn: Camille Jenkins) along with your election. We apologize for any confusion. If you have any questions, please feel free to contact myself or Marshall.

AGREED TO AND ACCEPTED
THIS _19th_ DAY OF AUGUST, 2015

Signature: _Jahn m Forney_

Printed Name: _John M Forney_

Title: _VP_

Company: _McCombs Energy_

Very truly yours,

_Steven R. Hatcher_

Steven R. Hatcher, Jr.



Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

Steven R. Hatcher, Jr., Attorney

Telephone: 720-306-8310
E-Mail: shatcher@sklarexploration.com

August 18, 2015

To:  Working Interest Owners

Re:  Correction to Letter Dated August 14, 2015
     Shipps Creek Prospect, Conecuh & Escambia Counties, Alabama

Dear Owners:

It has been brought to our attention that there is an error in the description of lands contained in Paragraph 1 of our letter dated August 14, 2015 (the "Letter") regarding the potential expansion of the Shipps Creek Prospect.  Paragraph 1 should read as follows:

1.     AMI/Contract Area: The Owners hereby amend the Shipps Creek PA and JOA (the terms and provisions of which together with any amendments thereto are hereby incorporated herein) to expand the existing Shipps Creek AMI and Contract Area to include the following described lands (the "Additional Lands") effective as of May 1, 2015, to-wit: Sections 3, 4, 5, 7, 8, 9, 10, 15, 16, 17 and 18, Township 3 North, Range 10 East, Escambia County, Alabama, and the East Half of Section 13, Township 3 North, Range 9 East, Escambia County, Alabama.

Please note that the plat attached to the Letter is, in fact, correct and that the dark blue outline on the plat shows the Additional Lands described above.  Please acknowledge your receipt of this correction letter and your agreement that the Letter be amended to include the lands described above by executing this correction letter in the space provided below and returning it to our Boulder office (Attn: Camille Jenkins) along with your election.  We apologize for any confusion.  If you have any questions, please feel free to contact myself or Marshall.

AGREED TO AND ACCEPTED                    Very truly yours,
THIS ▬▬ DAY OF AUGUST, 2015 *
                                          Steven R. Hatcher, Jr.
Signature:     _____
Printed Name:  John C. Aubrey            *Accepted by Letter
Title:         President                  Dated August 27, 2015
Company:       Meritage Energy Ltd.



Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

Steven R. Hatcher, Jr., Attorney

Telephone: 720-306-8310
E-Mail: shatcher@sklarexploration.com

August 18, 2015

To:     Working Interest Owners

Re:     Correction to Letter Dated August 14, 2015
        Shipps Creek Prospect, Conecuh & Escambia Counties, Alabama

Dear Owners:

It has been brought to our attention that there is an error in the description of lands contained in Paragraph 1 of our letter dated August 14, 2015 (the "Letter") regarding the potential expansion of the Shipps Creek Prospect. Paragraph 1 should read as follows:

1.      AMI/Contract Area: The Owners hereby amend the Shipps Creek PA and JOA (the terms and provisions of which together with any amendments thereto are hereby incorporated herein) to expand the existing Shipps Creek AMI and Contract Area to include the following described lands (the "Additional Lands") effective as of May 1, 2015, to-wit: Sections 3, 4, 5, 7, 8, 9, 10, 15, 16, 17 and 18, Township 3 North, Range 10 East, Escambia County, Alabama, and the East Half of Section 13, Township 3 North, Range 9 East, Escambia County, Alabama.

Please note that the plat attached to the Letter is, in fact, correct and that the dark blue outline on the plat shows the Additional Lands described above. Please acknowledge your receipt of this correction letter and your agreement that the Letter be amended to include the lands described above by executing this correction letter in the space provided below and returning it to our Boulder office (Attn: Camille Jenkins) along with your election. We apologize for any confusion. If you have any questions, please feel free to contact myself or Marshall.

AGREED TO AND ACCEPTED                           Very truly yours,
THIS 2-9 DAY OF AUGUST, 2015

Signature: _Mat J. Sch___                        Steven R. Hatcher, Jr.

Printed Name: _Martin J. Schaffer_

Title: _Manager_

Company: _MJS Interests LLC_



**Exploration Company LLC**

Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

Steven R. Hatcher, Jr., Attorney

Telephone: 720-306-8310
E-Mail: shatcher@sklarexploration.com

August 18, 2015

To: Working Interest Owners

Re: Correction to Letter Dated August 14, 2015
Shipps Creek Prospect, Conecuh & Escambia Counties, Alabama

Dear Owners:

It has been brought to our attention that there is an error in the description of lands contained in Paragraph 1 of our letter dated August 14, 2015 (the "Letter") regarding the potential expansion of the Shipps Creek Prospect. Paragraph 1 should read as follows:

1.    AMI/Contract Area: The Owners hereby amend the Shipps Creek PA and JOA (the terms and provisions of which together with any amendments thereto are hereby incorporated herein) to expand the existing Shipps Creek AMI and Contract Area to include the following described lands (the "Additional Lands") effective as of May 1, 2015, to-wit: Sections 3, 4, 5, 7, 8, 9, 10, 15, 16, 17 and 18, Township 3 North, Range 10 East, Escambia County, Alabama, and the East Half of Section 13, Township 3 North, Range 9 East, Escambia County, Alabama.

Please note that the plat attached to the Letter is, in fact, correct and that the dark blue outline on the plat shows the Additional Lands described above. Please acknowledge your receipt of this correction letter and your agreement that the Letter be amended to include the lands described above by executing this correction letter in the space provided below and returning it to our Boulder office (Attn: Camille Jenkins) along with your election. We apologize for any confusion. If you have any questions, please feel free to contact myself or Marshall.

AGREED TO AND ACCEPTED
THIS __19th__ DAY OF AUGUST, 2015.

Signature: _Michael K. Pickens_

Printed Name: _Michael K. Pickens_

Title: _President_

Company: _Pickens Financial Group, LLC_

Very truly yours,

_Steven Hatcher_

Steven R. Hatcher, Jr.



Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

Steven R. Hatcher, Jr., Attorney

Telephone: 720-306-8310
E-Mail: shatcher@sklarexploration.com

August 18, 2015

To:    Working Interest Owners

Re:    Correction to Letter Dated August 14, 2015
       Shipps Creek Prospect, Conecuh & Escambia Counties, Alabama

Dear Owners:

It has been brought to our attention that there is an error in the description of lands contained in Paragraph 1 of our letter dated August 14, 2015 (the "Letter") regarding the potential expansion of the Shipps Creek Prospect. Paragraph 1 should read as follows:

1.    AMI/Contract Area: The Owners hereby amend the Shipps Creek PA and JOA (the terms and provisions of which together with any amendments thereto are hereby incorporated herein) to expand the existing Shipps Creek AMI and Contract Area to include the following described lands (the "Additional Lands") effective as of May 1, 2015, to-wit: Sections 3, 4, 5, 7, 8, 9, 10, 15, 16, 17 and 18, Township 3 North, Range 10 East, Escambia County, Alabama, and the East Half of Section 13, Township 3 North, Range 9 East, Escambia County, Alabama.

Please note that the plat attached to the Letter is, in fact, correct and that the dark blue outline on the plat shows the Additional Lands described above. Please acknowledge your receipt of this correction letter and your agreement that the Letter be amended to include the lands described above by executing this correction letter in the space provided below and returning it to our Boulder office (Attn: Camille Jenkins) along with your election. We apologize for any confusion. If you have any questions, please feel free to contact myself or Marshall.

AGREED TO AND ACCEPTED                           Very truly yours,
THIS 18ᵀᴴ DAY OF AUGUST, 2015

Signature: _____             _____
Printed Name: Mark A. Arnold                    Steven R. Hatcher, Jr.
Title: General Manager
Company: Resource Ventures, LLC



Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

Steven R. Hatcher, Jr., Attorney

Telephone: 720-306-8310
E-Mail: shatcher@sklarexploration.com

August 18, 2015

To:      Working Interest Owners

Re:      Correction to Letter Dated August 14, 2015
         Shipps Creek Prospect, Conecuh & Escambia Counties, Alabama

Dear Owners:

It has been brought to our attention that there is an error in the description of lands contained in Paragraph 1 of our letter dated August 14, 2015 (the "Letter") regarding the potential expansion of the Shipps Creek Prospect. Paragraph 1 should read as follows:

1.      AMI/Contract Area: The Owners hereby amend the Shipps Creek PA and JOA (the terms and provisions of which together with any amendments thereto are hereby incorporated herein) to expand the existing Shipps Creek AMI and Contract Area to include the following described lands (the "Additional Lands") effective as of May 1, 2015, to-wit: Sections 3, 4, 5, 7, 8, 9, 10, 15, 16, 17 and 18, Township 3 North, Range 10 East, Escambia County, Alabama, and the East Half of Section 13, Township 3 North, Range 9 East, Escambia County, Alabama.

Please note that the plat attached to the Letter is, in fact, correct and that the dark blue outline on the plat shows the Additional Lands described above. Please acknowledge your receipt of this correction letter and your agreement that the Letter be amended to include the lands described above by executing this correction letter in the space provided below and returning it to our Boulder office (Attn: Camille Jenkins) along with your election. We apologize for any confusion. If you have any questions, please feel free to contact myself or Marshall.

AGREED TO AND ACCEPTED                          Very truly yours,
THIS ____ DAY OF AUGUST, 2015
         Acceptance by letter dated
Signature: August 27, 2015 _____
                                                Steven R. Hatcher, Jr.
Printed Name: _R. Hiram Lucius_____

Title:       _Autorized Representative_ & Business Manager

Company:     _Tara Rudman_____



Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

Steven R. Hatcher, Jr., Attorney

Telephone: 720-306-8310
E-Mail: shatcher@sklarexploration.com

August 18, 2015

To:     Working Interest Owners

Re:     Correction to Letter Dated August 14, 2015
        Shipps Creek Prospect, Conecuh & Escambia Counties, Alabama

Dear Owners:

It has been brought to our attention that there is an error in the description of lands contained in Paragraph 1 of our letter dated August 14, 2015 (the "Letter") regarding the potential expansion of the Shipps Creek Prospect. Paragraph 1 should read as follows:

1.      AMI/Contract Area: The Owners hereby amend the Shipps Creek PA and JOA (the terms and provisions of which together with any amendments thereto are hereby incorporated herein) to expand the existing Shipps Creek AMI and Contract Area to include the following described lands (the "Additional Lands") effective as of May 1, 2015, to-wit: Sections 3, 4, 5, 7, 8, 9, 10, 15, 16, 17 and 18, Township 3 North, Range 10 East, Escambia County, Alabama, and the East Half of Section 13, Township 3 North, Range 9 East, Escambia County, Alabama.

Please note that the plat attached to the Letter is, in fact, correct and that the dark blue outline on the plat shows the Additional Lands described above. Please acknowledge your receipt of this correction letter and your agreement that the Letter be amended to include the lands described above by executing this correction letter in the space provided below and returning it to our Boulder office (Attn: Camille Jenkins) along with your election. We apologize for any confusion. If you have any questions, please feel free to contact myself or Marshall.

AGREED TO AND ACCEPTED
THIS 25th DAY OF AUGUST, 2015

Signature: _____

Printed Name: _R-CHARD E. TAUBER_

Title: _PRESIDENT_

Company: _TAUBER EXPLORATION PRODUCTION Co._

Very truly yours,

Steven R. Hatcher, Jr.



Shreveport Office
401 Edwards St., Ste. 1601
Shreveport, Louisiana 71101
Phone: 318-227-8668
Facsimile: 318-227-9012

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 720-961-5477
Facsimile: 303-443-1551

Steven R. Hatcher, Jr., Attorney

Telephone: 720-306-8310
E-Mail: shatcher@sklarexploration.com

August 18, 2015

To:     Working Interest Owners

Re:     Correction to Letter Dated August 14, 2015
        Shipps Creek Prospect, Conecuh & Escambia Counties, Alabama

Dear Owners:

It has been brought to our attention that there is an error in the description of lands contained in Paragraph 1 of our letter dated August 14, 2015 (the "Letter") regarding the potential expansion of the Shipps Creek Prospect. Paragraph 1 should read as follows:

1.      AMI/Contract Area: The Owners hereby amend the Shipps Creek PA and JOA (the terms and provisions of which together with any amendments thereto are hereby incorporated herein) to expand the existing Shipps Creek AMI and Contract Area to include the following described lands (the "Additional Lands") effective as of May 1, 2015, to-wit: Sections 3, 4, 5, 7, 8, 9, 10, 15, 16, 17 and 18, Township 3 North, Range 10 East, Escambia County, Alabama, and the East Half of Section 13, Township 3 North, Range 9 East, Escambia County, Alabama.

Please note that the plat attached to the Letter is, in fact, correct and that the dark blue outline on the plat shows the Additional Lands described above. Please acknowledge your receipt of this correction letter and your agreement that the Letter be amended to include the lands described above by executing this correction letter in the space provided below and returning it to our Boulder office (Attn: Camille Jenkins) along with your election. We apologize for any confusion. If you have any questions, please feel free to contact myself or Marshall.

AGREED TO AND ACCEPTED                          Very truly yours,
THIS _____ DAY OF AUGUST, 2015

Signature:  _Mark Rauch by TJH_                 Steven R. Hatcher, Jr.

Printed Name:  _MARK RAUCH_

Title:  _____

Company:  _TIEMBO LTD_

2016   1147
Recorded in the Above
Deed Book & Page   00571
04-27-2016 10:09:04 AM
Mattie Booker, Probate Judge
Conecuh County, Alabama

**RECORDING SUPPLEMENT TO**
**OPERATING AGREEMENT AND FINANCING STATEMENT**
(Shipps Creek Prospect)

THIS AGREEMENT is entered into by and between SKLAR EXPLORATION COMPANY L.L.C., hereinafter referred to as "Operator," and the signatory party or parties other than Operator, hereinafter referred to individually as "Non-Operator," and collectively as "Non-Operators."

WHEREAS, the parties to this agreement are owners of Oil and Gas Leases and/or Oil and Gas Interests identified in Exhibit "A-1," attached hereto and made a part hereof, which cover and affect the lands located within the bold black line identified in Exhibit "A-2," attached hereto and made a part hereof (said lands, Leases and Interests being hereinafter called the "Contract Area"), and in any instance in which the Leases or Interests of a party are not of record, the party or parties hereto that own the interest or rights therein are reflected on Exhibit "A," attached hereto and made a part hereof;

WHEREAS, the parties hereto have executed an Operating Agreement dated June 1, 2012 and a Letter Agreement dated August 14, 2014 amending said Operating Agreement (collectively referred to herein as the "Operating Agreement") covering the Contract Area for the purpose of exploring and developing such lands, Leases and Interests for Oil and Gas; and

WHEREAS, the parties hereto have executed this agreement for the purpose of imparting notice to all persons of the rights and obligations of the parties under the Operating Agreement and for the further purpose of perfecting those rights capable of perfection.

NOW, THEREFORE, in consideration of the mutual rights and obligations of the parties hereto, it is agreed as follows:

1.   This agreement supplements the Operating Agreement, which Agreement in its entirety is incorporated herein by reference, and all terms used herein shall have the meaning ascribed to them in the Operating Agreement.

2.   The parties do hereby agree that:

   A.   The Oil and Gas Leases and/or Oil and Gas Interests of the parties comprising the Contract Area shall be subject to and burdened with the terms and provisions of this agreement and the Operating Agreement, and the parties do hereby commit such Leases and Interests to the performance thereof.

   B.   The exploration and development of the Contract Area for Oil and Gas shall be governed by the terms and provisions of the Operating Agreement, as supplemented by this agreement.

   C.   All costs and liabilities incurred in operations under this agreement and the Operating Agreement shall be borne and paid, and all equipment and materials acquired in operations on the Contract Area shall be owned, by the parties hereto, as provided in the Operating Agreement.

   D.   Regardless of the record title ownership of the Oil and Gas Leases and/or Oil and Gas Interests identified in Exhibit "A-1," all production of Oil and Gas from the Contract Area shall be owned by the parties as provided in the Operating Agreement; provided, further, that (i) nothing contained in this agreement shall be deemed an assignment or cross-assignment of interests covered hereby and (ii) the actual interests of parties in the Contract Area or in any well drilled therein pursuant to the Operating Agreement may differ from the interests of the parties reflected in Exhibit "A" due to assignments, elections, forfeitures or other transfers made pursuant to the terms of the Operating Agreement.

   E.   Each party shall pay or deliver, or cause to be paid or delivered, all burdens on its share of the production from the Contract Area as provided in the Operating Agreement.

   F.   An overriding royalty, production payment, net profits interest or other burden payable out of production hereafter created, assignments of production given as security for the payment of money and those overriding royalties, production payments and other burdens payable out of production heretofore created and defined as Subsequently Created Interests in the Operating Agreement shall be (i) borne solely by the party whose interest is burdened therewith, (ii) subject to suspension if a party is required to assign or relinquish to another party an interest which is subject to such burden, and (iii) subject to the lien and security interest hereinafter provided if the party subject to such burden fails to pay its share of expenses chargeable hereunder and under the Operating Agreement, all upon the terms and provisions and in the times and manner provided by the Operating Agreement.

2016  1148
Recorded in the Above  00572
Deed Book & Page

G. The Oil and Gas Leases and/or Oil and Gas Interests which are subject hereto may not be assigned or transferred except in accordance with the terms, provisions and restrictions of the Operating Agreement and that certain Participation Agreement (Shipps Creek Prospect) dated June 1, 2012, by and between Sklar Exploration Company L.L.C. ("Operator") and McCombs Energy, LTD, et al., which includes as Exhibit "F" a form of the Operating Agreement.

This agreement and the Operating Agreement shall be binding upon and shall inure to the benefit of the parties hereto, and their respective heirs, devisees, legal representatives, and assigns, and the terms hereof shall be deemed to run with the leases or interests included within the Contract Area.

H. The parties shall have the right to acquire an interest in renewal, extension and replacement leases, leases proposed to be surrendered, wells proposed to be abandoned, and interests to be relinquished as a result of non-participation in subsequent operations, all in accordance with the terms and provisions of the Operating Agreement.

I. The rights and obligations of the parties and the adjustment of interests among them in the event of a failure or loss of title, each party's right to propose operations, obligations with respect to participation in operations on the Contract Area and the consequences of a failure to participate in operations, the rights and obligations of the parties regarding the marketing of production, and the rights and remedies of the parties for failure to comply with financial obligations shall be as provided in the Operating Agreement.

J. Each party's interest under this agreement and under the Operating Agreement shall be subject to relinquishment for its failure to participate in subsequent operations and each party's share of production and costs shall be reallocated on the basis of such relinquishment, all upon the terms and provisions provided in the Operating Agreement. Nothing in this Section 2(J) is intended to add to, modify, or amend the terms and provisions of the Operating Agreement.

K. All other matters with respect to exploration and development of the Contract Area and the ownership and transfer of the Oil and Gas Leases and/or Oil and Gas Interest therein shall be governed by the terms and provisions of the Operating Agreement.

3. The parties hereby grant reciprocal liens and security interests as follows:

A. Each party grants to the other parties hereto a lien upon any interest it now owns or hereafter acquires in Oil and Gas Leases and Oil and Gas Interests in the Contract Area, and a security interest and/or purchase money security interest in any interest it now owns or hereafter acquires in the personal property and fixtures on or used or obtained for use in connection therewith, to secure performance of all of its obligations under this agreement and the Operating Agreement including but not limited to payment of expense, interest and fees, the proper disbursement of all monies paid under this agreement and the Operating Agreement, the assignment or relinquishment of interest in Oil and Gas Leases as required under this agreement and the Operating Agreement, and the proper performance of operations under this agreement and the Operating Agreement. Such lien and security interest granted by each party hereto shall include such party's leasehold interests, working interests, operating rights, and royalty and overriding royalty interests in the Contract Area now owned or hereafter acquired and in lands pooled or unitized therewith or otherwise becoming subject to this agreement and the Operating Agreement, the Oil and Gas when extracted therefrom and equipment situated thereon or used or obtained for use in connection therewith (including, without limitation, all wells, tools, and tubular goods), and accounts (including, without limitation, accounts arising from the sale of production at the wellhead), contract rights, inventory and general intangibles relating thereto or arising therefrom, and all proceeds and products of the foregoing.

B. All parties acquiring an interest in Oil and Gas Leases and Oil and Gas Interests covered by this agreement and the Operating Agreement, whether by assignment, merger, mortgage, operation of law, or otherwise, shall be deemed to have taken subject to the lien and security interest granted by the Operating Agreement and this instrument as to all obligations attributable to such interest under this agreement and the Operating Agreement whether or not such obligations arise before or after such interest is acquired.

C. To the extent that the parties have a security interest under Alabama's Uniform Commercial Code -- Secured Transactions, Ala. Code §§ 7-9A-101, et seq., as hereafter amended, supplemented or replaced, they shall be entitled to exercise the rights and remedies of a secured party under the Code. The bringing of a suit and the obtaining of judgment by a party for the secured indebtedness shall not be deemed an election of remedies or otherwise affect the lien rights or security interest as security for the payment thereof. In addition, upon default by any party in the payment of its share of expenses, interest or fees, or upon the improper use of funds by the Operator, the other parties shall have the right, without prejudice to other rights or remedies, to collect from the purchaser the proceeds from the sale of such defaulting party's share of Oil and Gas until the

2016   1149
Recorded in the Above
Deed  Book & Page    00573

amount owed by such party, plus interest, has been received, and shall have the right to offset the amount owed against the proceeds from the sale of such defaulting party's share of Oil and Gas. All purchasers of production may rely on a notification of default from the non-defaulting party or parties stating the amount due as a result of the default, and all parties waive any recourse available against purchasers for releasing production proceeds as provided in this paragraph.

D.  If any party fails to pay its share of expenses within sixty (60) days after rendition of a statement therefor by Operator the non-defaulting parties, including Operator, shall, upon request by Operator, pay the unpaid amount in the proportion that the interest of each such party bears to the interest of all such parties. Each party so paying its share of the unpaid amount shall be entitled to recover the amount it paid plus five hundred percent (500%) of that amount out of the proceeds from the sale of the defaulting party's share of oil and for gas, and, to secure payment thereof, be subrogated to the liens and security rights described in this paragraph 3 and in the Operating Agreement.

E.  If any party does not perform all of its obligations under this agreement or the Operating Agreement, and the failure to perform subjects such party to foreclosure or execution proceedings pursuant to the provisions of this agreement or the Operating Agreement, to the extent allowed by governing law, the defaulting party waives any available right of redemption from and after the date of judgment, any required valuation or appraisement of the mortgaged or secured property prior to sale, any available right to stay execution or to require a marshalling of assets and any required bond in the event a receiver is appointed.

F.  The lien and security interest granted in this paragraph 3 supplements identical rights granted under the Operating Agreement.

G.  Each party does hereby grant to the other parties a power of sale as to any property that is subject to the lien granted hereunder or under the Operating Agreement, such power of sale to be exercised against the interests of any party that does not timely perform all of its obligations under this agreement and the Operating Agreement and by and for the benefit of the party to whom such obligations are owed (hereafter sometimes referred to as the "Obligee"). Such power of sale shall be executed in accordance with the following procedure: Obligee shall be authorized, at its option, whether or not possession of the interest in question is taken, to sell the interest against which the lien has been granted (or such part or parts thereof as Obligee may from time to time elect to sell) under the power of sale which is hereby given, at public outcry, to the highest bidder for cash, at the front or main door of the courthouse of the county in which the interest to be sold, or a substantial and material part thereof, is located, after first giving notice by publication once a week for three successive weeks of the time, place and terms of such sale, together with a description of the interest to be sold, by publication in some newspaper published in the county or counties in which the interest to be sold is located. If there are interests to be sold in more than one county, publication shall be made in all counties where any of the interests to be sold are located. The sale shall be held sometime during the applicable legal hours of sale on the day designated for the exercise of the power of sale hereunder. Obligee may (but is not required to) bid at any sale held hereunder in the form of cash, cash equivalents and/or cancellation of all or any part of the obligations, or any combination thereof, and may purchase the interests, or any part thereof, if the highest bidder therefor. The purchaser at any such sale shall be under no obligation to see to the proper application of the purchase money. At any sale, all or any part of the interests, whether real, personal or mixed, may be offered for sale in parcels or en masse for one total price, and the proceeds of any such sale en masse shall be accounted for in one account without distinction between the items included therein and without assigning to them any proportion of such proceeds, the obligated party hereby waiving the application of any doctrine of marshalling or like proceeding. In case Obligee, in the exercise of the power of sale herein given, elects to sell any interests in parts or parcels, sales thereof may be held from time to time, and the power of sale granted herein shall not be fully exercised until all of the interests not previously sold shall have been sold or all the obligations shall have been paid or otherwise satisfied in full. The purchase money, proceeds and avails, or any other sums collected by Obligee pursuant to this power of sale shall be applied by the Obligee against the costs and expenses of such sale, including reasonable attorneys' fees, then shall be credited against the obligations for which the sale was made, then shall be applied against any obligations then outstanding from the defaulting party to the Obligee and, finally, to the extent any remains, shall be paid to the party who had owed the obligations.

H.  The above described security will be financed at the wellhead of the well or wells located on the Contract Area and this Recording Supplement may be filed in the land records in the County or Parish in which the Contract Area is located, and as a financing statement in all recording offices required under the Uniform Commercial Code or other applicable state statutes to perfect the above-described security interest, and any party hereto may file a continuation statement as necessary under the Uniform Commercial Code, or other state laws.

4.  This agreement shall be effective as of the date of the Operating Agreement as above recited. Upon termination of this agreement and the Operating Agreement and the satisfaction of all obligations thereunder, Operator is authorized to file of record in all necessary recording offices a notice of

2016   1150
Recorded in the Above
Deed Book & Page
04-27-2016 10:09:04 AM
00574

termination, and each party hereto agrees to execute such a notice of termination as to Operator's interest, upon the request of Operator, if Operator has complied with all of its financial obligations.

5. This agreement and the Operating Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective heirs, devisees, legal representatives, successors and assigns. No sale, encumbrance, transfer or other disposition shall be made by any party of any interest in the Leases or Interests subject hereto except as expressly permitted under the Operating Agreement and, if permitted, shall be made expressly subject to this agreement and the Operating Agreement and without prejudice to the rights of the other parties. If the transfer is permitted, the assignee of an ownership interest in any Oil and Gas Lease shall be deemed a party to this agreement and the Operating Agreement as to the interest assigned from and after the effective date of the transfer of ownership; provided, however, that the other parties shall not be required to recognize any such sale, encumbrance, transfer or other disposition for any purpose hereunder until thirty (30) days after they have received a copy of the instrument of transfer or other satisfactory evidence thereof in writing from the transferor or transferee. No assignment or other disposition of interest by a party shall relieve such party of obligations previously incurred by such party under this agreement or the Operating Agreement with respect to the interest transferred, including without limitation the obligation of a party to pay all costs attributable to an operation conducted under this agreement and the Operating Agreement in which such party has agreed to participate prior to making such assignment, and the lien and security interest granted by Article VII.B. of the Operating Agreement and hereby shall continue to burden the interest transferred to secure payment of any such obligations.

6. In the event of a conflict between the terms and provisions of this agreement and the terms and provisions of the Operating Agreement, then, as between the parties, the terms and provisions of the Operating Agreement shall control.

7. This agreement shall be binding upon each Non-Operator when this agreement or a counterpart thereof has been executed by such Non-Operator and Operator notwithstanding that this agreement is not then or thereafter executed by all of the parties to which it is tendered or which are listed on Exhibit "A" as owning an interest in the Contract Area or which own, in fact, an interest in the Contract Area. In the event that any provision herein is illegal or unenforceable, the remaining provisions shall not be affected, and shall be enforced as if the illegal or unenforceable provision did not appear herein.

IN WITNESS WHEREOF, this agreement shall be effective as of June 1, 2012.

### OPERATOR

ATTEST OR WITNESS                                    SKLAR EXPLORATION COMPANY L.L.C.

Print Name: _J. Marshall Jones III_

By: _____
       David A. Barlow
       President – Chief Operating Officer

Print Name: _Sutton Lloyd_

### NON-OPERATORS

ATTEST OR WITNESS                                    SKLARCO L.L.C.

Print Name: _J. Marshall Jones III_

By: _____
       David A. Barlow
       President – Chief Operating Officer

Print Name: _Sutton Lloyd_

ATTEST OR WITNESS                                    MCCOMBS ENERGY, LTD.

Print Name: _____

By: _____
       Larry Wyont
       Vice President

Print Name: _____

SHIPPS CREEK PROSPECT
RECORDING SUPPLEMENT

2016  1151
Recorded in the Above  00575
Deed Book & Page

termination, and each party hereto agrees to execute such a notice of termination as to Operator's interest, upon the request of Operator, if Operator has complied with all of its financial obligations.

5. This agreement and the Operating Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective heirs, devisees, legal representatives, successors and assigns. No sale, encumbrance, transfer or other disposition shall be made by any party of any interest in the Leases or Interests subject hereto except as expressly permitted under the Operating Agreement and, if permitted, shall be made expressly subject to this agreement and the Operating Agreement and without prejudice to the rights of the other parties. If the transfer is permitted, the assignee of an ownership interest in any Oil and Gas Lease shall be deemed a party to this agreement and the Operating Agreement as to the interest assigned from and after the effective date of the transfer of ownership; provided, however, that the other parties shall not be required to recognize any such sale, encumbrance, transfer or other disposition for any purpose hereunder until thirty (30) days after they have received a copy of the instrument of transfer or other satisfactory evidence thereof in writing from the transferor or transferee. No assignment or other disposition of interest by a party shall relieve such party of obligations previously incurred by such party under this agreement or the Operating Agreement with respect to the interest transferred, including without limitation the obligation of a party to pay all costs attributable to an operation conducted under this agreement and the Operating Agreement in which such party has agreed to participate prior to making such assignment, and the lien and security interest granted by Article VII.B. of the Operating Agreement and hereby shall continue to burden the interest transferred to secure payment of any such obligations.

6. In the event of a conflict between the terms and provisions of this agreement and the terms and provisions of the Operating Agreement, then, as between the parties, the terms and provisions of the Operating Agreement shall control.

7. This agreement shall be binding upon each Non-Operator when this agreement or a counterpart thereof has been executed by such Non-Operator and Operator notwithstanding that this agreement is not then or thereafter executed by all of the parties to which it is tendered or which are listed on Exhibit "A" as owning an interest in the Contract Area or which own, in fact, an interest in the Contract Area. In the event that any provision herein is illegal or unenforceable, the remaining provisions shall not be affected, and shall be enforced as if the illegal or unenforceable provision did not appear herein.

IN WITNESS WHEREOF, this agreement shall be effective as of June 1, 2012.

## OPERATOR

ATTEST OR WITNESS                     SKLAR EXPLORATION COMPANY L.L.C.

Print Name: _____           By: _____
                                            David A. Barlow
                                            President – Chief Operating Officer
Print Name: _____

## NON-OPERATORS

ATTEST OR WITNESS                     SKLARCO L.L.C.

Print Name: _____           By: _____
                                            David A. Barlow
                                            President – Chief Operating Officer
Print Name: _____

ATTEST OR WITNESS                     MCCOMBS ENERGY, LTD.

Print Name: OLIVIA BAILEY             By: _____
                                            Larry Wyont
Print Name: Samantha Martinez               Vice President

Recorded in the Above
Deed Book & Page
04-27-2016 10:09:04 AM

ATTEST OR WITNESS

JJS WORKING INTERESTS, LLC          00576
By: Houston Bulldog Capital
Management, LLC, Manager

Print Name: Ashley Kinnard

By: _____
        Justin Simons
        Manager

Print Name: DANIEL W. DEWALCH

---

ATTEST OR WITNESS

FANT ENERGY LIMITED
By: Richard E. Fant, L.L.C., General Partner

Print Name: _____

By: _____
        Stephen Swan
        Manager

Print Name: _____

---

ATTEST OR WITNESS

PICKENS FINANCIAL GROUP, L.L.C.

Print Name: _____

By: _____
        Michael K. Pickens
        Vice President

Print Name: _____

---

ATTEST OR WITNESS

JF HOWELL INTERESTS, L.P.
By: Howell Investments, L.L.C., General Partner

Print Name: _____

By: _____
        David Morgan
        Manager

Print Name: _____

---

ATTEST OR WITNESS

TAUBER EXPLORATION & PRODUCTION CO.

Print Name: _____

By: _____
        Richard E. Tauber
        President

Print Name: _____

---

ATTEST OR WITNESS

TIEMBO, LTD.
By: Simba Investors L.L.C., General Partner

Print Name: _____

By: _____
        Mark Rauch
        Member

Print Name: _____

Recorded in the Above
Deed Book & Page
04-27-2016 10:09:04 AM

2016  1153

00577

ATTEST OR WITNESS

Print Name: _____

Print Name: _____

JJS WORKING INTERESTS, LLC
By: Houston Bulldog Capital
Management, LLC, Manager

By: _____
        Justin Simons
        Manager

ATTEST OR WITNESS

Print Name: _____Joye Vick_____

Print Name: _____Joshua Gooch_____

FANT ENERGY LIMITED
By: Richard E. Fant, L.L.C., General Partner

By: _____
        Stephen Swan
        Manager

ATTEST OR WITNESS

Print Name: _____

Print Name: _____

PICKENS FINANCIAL GROUP, L.L.C.

By: _____
        Michael K. Pickens
        Vice President

ATTEST OR WITNESS

Print Name: _____

Print Name: _____

JF HOWELL INTERESTS, L.P.
By: Howell Investments, L.L.C., General Partner

By: _____
        David Morgan
        Manager

ATTEST OR WITNESS

Print Name: _____

Print Name: _____

TAUBER EXPLORATION & PRODUCTION CO.

By: _____
        Richard E. Tauber
        President

ATTEST OR WITNESS

Print Name: _____

Print Name: _____

TIEMBO, LTD.
By: Simba Investors L.L.C., General Partner

By: _____
        Mark Rauch
        Member

2016   1154
Recorded in the Above
Deed  Book & Page
02/25/2016  09:04 AM

00578

ATTEST OR WITNESS

JJS WORKING INTERESTS, LLC
By: Houston Bulldog Capital
Management, LLC, Manager

By: _____
        Justin Simons
        Manager

Print Name: _____

Print Name: _____


ATTEST OR WITNESS

FANT ENERGY LIMITED
By: Richard E. Fant, L.L.C., General Partner

By: _____
        Stephen Swan
        Manager

Print Name: _____

Print Name: _____


ATTEST OR WITNESS

PICKENS FINANCIAL GROUP, L.L.C.

Print Name: _Chon Kim_

Print Name: _PAUL R. JACKSON_

By: _____
        Michael K. Pickens
        Vice President

Ships Oak Supplement to JOA
2/23/2016


ATTEST OR WITNESS

JF HOWELL INTERESTS, L.P.
By: Howell Investments, L.L.C., General Partner

By: _____
        David Morgan
        Manager

Print Name: _____

Print Name: _____


ATTEST OR WITNESS

TAUBER EXPLORATION & PRODUCTION CO.

By: _____
        Richard E. Tauber
        President

Print Name: _____

Print Name: _____


ATTEST OR WITNESS

TIEMBO, LTD.
By: Simba Investors L.L.C., General Partner

By: _____
        Mark Rauch
        Member

Print Name: _____

Print Name: _____

2016   1155   00579
Recorded in the Above
Deed Book & Page
2016 11:09:04 AM

ATTEST OR WITNESS

Print Name: _____

Print Name: _____

JJS WORKING INTERESTS, LLC
By: Houston Bulldog Capital
Management, LLC, Manager

By: _____
    Justin Simons
    Manager


ATTEST OR WITNESS

Print Name: _____

Print Name: _____

FANT ENERGY LIMITED
By: Richard E. Fant, L.L.C., General Partner

By: _____
    Stephen Swan
    Manager


ATTEST OR WITNESS

Print Name: _____

Print Name: _____

PICKENS FINANCIAL GROUP, L.L.C.

By: _____
    Michael K. Pickens
    Vice President


ATTEST OR WITNESS

Print Name: _Grayson C. Clarke_

Print Name: _Shana T. Jump_

JF HOWELL INTERESTS, L.P.
By: Howell Investments, L.L.C., General Partner

By: _____
    David Morgan
    Manager


ATTEST OR WITNESS

Print Name: _____

Print Name: _____

TAUBER EXPLORATION & PRODUCTION CO.

By: _____
    Richard E. Tauber
    President


ATTEST OR WITNESS

Print Name: _____

Print Name: _____

TIEMBO, LTD.
By: Simba Investors L.L.C., General Partner

By: _____
    Mark Rauch
    Member

2016   1156
Recorded in the Above
Deed  Book & Page
04-27-2016  10:09:04 AM

00580

ATTEST OR WITNESS

Print Name: _____

Print Name: _____

JJS WORKING INTERESTS, LLC
By: Houston Bulldog Capital
Management, LLC, Manager

By: _____
     Justin Simons
     Manager


ATTEST OR WITNESS

Print Name: _____

Print Name: _____

FANT ENERGY LIMITED
By: Richard E. Fant, L.L.C., General Partner

By: _____
     Stephen Swan
     Manager


ATTEST OR WITNESS

Print Name: _____

Print Name: _____

PICKENS FINANCIAL GROUP, L.L.C.

By: _____
     Michael K. Pickens
     Vice President


ATTEST OR WITNESS

Print Name: _____

Print Name: _____

JF HOWELL INTERESTS, L.P.
By: Howell Investments, L.L.C., General Partner

By: _____
     David Morgan
     Manager


ATTEST OR WITNESS

Print Name: Rachel Clary

Print Name: JOHN ROBINSON

TAUBER EXPLORATION & PRODUCTION CO.

By: _____
     Richard E. Tauber
     President

*SHIPPS CREEK PROSPECT RECORDING SUPPLEMENT*


ATTEST OR WITNESS

Print Name: _____

Print Name: _____

TIEMBO, LTD.
By: Simba Investors L.L.C., General Partner

By: _____
     Mark Rauch
     Member

2016   1157
Recorded in the Above
Deed  Book & Page
04-27-2016, 10:09:04 AM

00581

ATTEST OR WITNESS

JJS WORKING INTERESTS, LLC
By: Houston Bulldog Capital
Management, LLC, Manager

Print Name: _____

By: _____
        Justin Simons
        Manager

Print Name: _____


ATTEST OR WITNESS

FANT ENERGY LIMITED
By: Richard E. Fant, L.L.C., General Partner

Print Name: _____

By: _____
        Stephen Swan
        Manager

Print Name: _____


ATTEST OR WITNESS

PICKENS FINANCIAL GROUP, L.L.C.

Print Name: _____

By: _____
        Michael K. Pickens
        Vice President

Print Name: _____


ATTEST OR WITNESS

JF HOWELL INTERESTS, L.P.
By: Howell Investments, L.L.C., General Partner

Print Name: _____

By: _____
        David Morgan
        Manager

Print Name: _____


ATTEST OR WITNESS

TAUBER EXPLORATION & PRODUCTION CO.

Print Name: _____

By: _____
        Richard E. Tauber
        President

Print Name: _____


ATTEST OR WITNESS

TIEMBO, LTD.
By: Simba Investors L.L.C., General Partner

Print Name: _Shannon Rhodes_

By: _____
        Mark Rauch
        Member

Print Name: _SHARON HUDEK_

ATTEST OR WITNESS

Print Name: _Tammy Dyess_

Print Name: _Kelly Weissinger_

KUDZU OIL PROPERTIES, LLC

By: _____
    Wirt A. Yerger, III
    Manager

2016   1158
Recorded in the Above
Deed  Book & Page
04-27-2016 10:09:04 AM

00582

---

ATTEST OR WITNESS

Print Name: _____

Print Name: _____

MARKSCO, L.L.C.

By: _____
    Mark P. Sealy
    Manager

---

ATTEST OR WITNESS

Print Name: _____

Print Name: _____

LANDMARK EXPLORATION, LLC

By: _____
    Michael Johnson
    Manager

---

ATTEST OR WITNESS

Print Name: _____

Print Name: _____

CRAFT EXPLORATION COMPANY, LLC

By: _____
    Steven H. Craft
    Manager

---

ATTEST OR WITNESS

Print Name: _____

Print Name: _____

DICKSON OIL & GAS, LLC

By: _____
    C. Bickham Dickson, III
    Manager

---

ATTEST OR WITNESS

Print Name: _____

Print Name: _____

BUNDERO INVESTMENT COMPANY, L.L.C.

By: _____
    Robert P. Bowman
    Manager

2016 1159
Recorded in the Above
Deed Book & Page
04-27-2016 10:09:04 AM

00583

ATTEST OR WITNESS

KUDZU OIL PROPERTIES, LLC

Print Name: _____

By: _____
    Wirt A. Yerger, III
    Manager

Print Name: _____


ATTEST OR WITNESS

MARKSCO, L.L.C.

Print Name: _Christine M Fritson_

By: _____
    Mark P. Sealy
    Manager

Print Name: _Dianne LaCroix_


ATTEST OR WITNESS

LANDMARK EXPLORATION, LLC

Print Name: _____

By: _____
    Michael Johnson
    Manager

Print Name: _____


ATTEST OR WITNESS

CRAFT EXPLORATION COMPANY, LLC

Print Name: _____

By: _____
    Steven H. Craft
    Manager

Print Name: _____


ATTEST OR WITNESS

DICKSON OIL & GAS, LLC

Print Name: _____

By: _____
    C. Bickham Dickson, III
    Manager

Print Name: _____


ATTEST OR WITNESS

BUNDERO INVESTMENT COMPANY, L.L.C.

Print Name: _____

By: _____
    Robert P. Bowman
    Manager

Print Name: _____

2016   1160
Recorded in the Above
Deed Book & Page
10:09:04 AM
00584

ATTEST OR WITNESS

KUDZU OIL PROPERTIES, LLC

Print Name: _____

By: _____
    Wirt A. Yerger, III
    Manager

Print Name: _____


ATTEST OR WITNESS

MARKSCO, L.L.C.

Print Name: _____

By: _____
    Mark P. Sealy
    Manager

Print Name: _____


ATTEST OR WITNESS

LANDMARK EXPLORATION, LLC

*Carmen N Crutwell*
Print Name: Carmen H. Crutwell

By: *[signature]*
    Michael Johnson
    Manager

*Dina Russell*
Print Name: Dina Russell


ATTEST OR WITNESS

CRAFT EXPLORATION COMPANY, LLC

Print Name: _____

By: _____
    Steven H. Craft
    Manager

Print Name: _____


ATTEST OR WITNESS

DICKSON OIL & GAS, LLC

Print Name: _____

By: _____
    C. Bickham Dickson, III
    Manager

Print Name: _____


ATTEST OR WITNESS

BUNDERO INVESTMENT COMPANY, L.L.C.

Print Name: _____

By: _____
    Robert P. Bowman
    Manager

Print Name: _____

2016   1161
Recorded in the Above
Deed  Book & Page
BR-ESQ14 G0:09:04 AM
00585

ATTEST OR WITNESS

KUDZU OIL PROPERTIES, LLC

_____
Print Name: _____

By: _____
      Wirt A. Yerger, III
      Manager

_____
Print Name: _____


ATTEST OR WITNESS

MARKSCO, L.L.C.

_____
Print Name: _____

By: _____
      Mark P. Sealy
      Manager

_____
Print Name: _____


ATTEST OR WITNESS

LANDMARK EXPLORATION, LLC

_____
Print Name: _____

By: _____
      Michael Johnson
      Manager

_____
Print Name: _____


ATTEST OR WITNESS

CRAFT EXPLORATION COMPANY, LLC

_____
Print Name: _____

By: _____
      Steven H. Craft
      Manager

_____
Print Name: _____


ATTEST OR WITNESS

DICKSON OIL & GAS, LLC

_____
Print Name: _____

By: _____
      C. Bickham Dickson, III
      Manager

_____
Print Name: _____


ATTEST OR WITNESS

BUNDERO INVESTMENT COMPANY, L.L.C.

_____
Print Name: _____

By: _____
      Robert P. Bowman
      Manager

_____
Print Name: _____

2016   1162
Recorded in the Above
Deed  Book & Page
DATE: 05/24/16  09:04 AM
00586

ATTEST OR WITNESS

Print Name: _____

Print Name: _____

KUDZU OIL PROPERTIES, LLC

By: _____
     Wirt A. Yerger, III
     Manager


ATTEST OR WITNESS

Print Name: _____

Print Name: _____

MARKSCO, L.L.C.

By: _____
     Mark P. Sealy
     Manager


ATTEST OR WITNESS

Print Name: _____

Print Name: _____

LANDMARK EXPLORATION, LLC

By: _____
     Michael Johnson
     Manager


ATTEST OR WITNESS

Print Name: _____

Print Name: _____

CRAFT EXPLORATION COMPANY, LLC

By: _____
     Steven H. Craft
     Manager


ATTEST OR WITNESS

Print Name: _____

Print Name: _____

DICKSON OIL & GAS, LLC

By: _____
     C. Bickham Dickson, III
     Manager


ATTEST OR WITNESS

Print Name: _____

Print Name: _____

BUNDERO INVESTMENT COMPANY, L.L.C.

By: _____
     Robert P. Bowman
     Manager

2016   1163
Recorded in the Above
Deed  Book & Page
04-27-2016 10:09:04 AM

00587

ATTEST OR WITNESS

Print Name: _____

Print Name: _____

KUDZU OIL PROPERTIES, LLC

By: _____
    Wirt A. Yerger, III
    Manager


ATTEST OR WITNESS

Print Name: _____

Print Name: _____

MARKSCO, L.L.C.

By: _____
    Mark P. Sealy
    Manager


ATTEST OR WITNESS

Print Name: _____

Print Name: _____

LANDMARK EXPLORATION, LLC

By: _____
    Michael Johnson
    Manager


ATTEST OR WITNESS

Print Name: _____

Print Name: _____

CRAFT EXPLORATION COMPANY, LLC

By: _____
    Steven H. Craft
    Manager


ATTEST OR WITNESS

Print Name: _____

Print Name: _____

DICKSON OIL & GAS, LLC

By: _____
    C. Bickham Dickson, III
    Manager


ATTEST OR WITNESS

Print Name: _Philip Stephens_

Print Name: _RANDY S. BARTLETT_

BUNDERO INVESTMENT COMPANY, L.L.C.

By: _____
    Robert P. Bowman
    Manager

2016   1184
Recorded in the Above
Deed Book & Page
04-27-2016 10:09:04 AM

ATTEST OR WITNESS

RESOURCE VENTURES, LLC

Print Name: _Grant J. Tomlin_

By: _____   00588
       Mark A. Arnold
       Manager

Print Name: _Julie Feagler_


ATTEST OR WITNESS

ASPEN ENERGY, INC.

Print Name: _____

By: _____
       Michael S. Reed
       President

Print Name: _____


ATTEST OR WITNESS

Print Name: _____

_____
JOEL R. DAVIS

Print Name: _____


ATTEST OR WITNESS

GATEWAY EXPLORATION, LLC

Print Name: _____

By: _____
       John P. Moffit
       President

Print Name: _____


ATTEST OR WITNESS

GCREW PROPERTIES, LLC

Print Name: _____

By: _____
       George E. Jochetz, III
       President

Print Name: _____


ATTEST OR WITNESS

MER ENERGY, LTD.
By: Rudco, LLC, General Partner

Print Name: _____

By: _____
       Wesley C. Herndon
       Vice-President

Print Name: _____


ATTEST OR WITNESS

MERITAGE ENERGY, LTD.

Print Name: _____

By: _____
       John C. Aubrey
       President

Print Name: _____

```
2016   1165
Recorded in the Above
Deed  Book & Page
04-27-2016  10:09:04 AM
```

00589

| | |
|---|---|
| ATTEST OR WITNESS | RESOURCE VENTURES, LLC |
| Print Name: _____ | By: _____<br>Mark A. Arnold<br>Manager |
| Print Name: _____ | |

| | |
|---|---|
| ATTEST OR WITNESS | ASPEN ENERGY, INC. |
| *Maureen R King*<br>Print Name: _____ | By: _____<br>Michael S. Reed<br>President |
| *Doug Jones*<br>Print Name: DOUG JONES | |

| | |
|---|---|
| ATTEST OR WITNESS | |
| Print Name: _____ | _____<br>JOEL R. DAVIS |
| Print Name: _____ | |

| | |
|---|---|
| ATTEST OR WITNESS | GATEWAY EXPLORATION, LLC |
| Print Name: _____ | By: _____<br>John P. Moffit<br>President |
| Print Name: _____ | |

| | |
|---|---|
| ATTEST OR WITNESS | GCREW PROPERTIES, LLC |
| Print Name: _____ | By: _____<br>George E. Jochetz, III<br>President |
| Print Name: _____ | |

| | |
|---|---|
| ATTEST OR WITNESS | MER ENERGY, LTD.<br>By: Rudco, LLC, General Partner |
| Print Name: _____ | By: _____<br>Wesley C. Herndon<br>Vice-President |
| Print Name: _____ | |

| | |
|---|---|
| ATTEST OR WITNESS | MERITAGE ENERGY, LTD. |
| Print Name: _____ | By: _____<br>John C. Aubrey<br>President |
| Print Name: _____ | |

2016   1167
Recorded in the Above
Deed, Book & Page
04-27-2016 10:09:04 AM

00591

ATTEST OR WITNESS

RESOURCE VENTURES, LLC

Print Name: _____

By: _____
      Mark A. Arnold
      Manager

Print Name: _____


ATTEST OR WITNESS

ASPEN ENERGY, INC.

Print Name: _____

By: _____
      Michael S. Reed
      President

Print Name: _____


ATTEST OR WITNESS

Print Name: _____

JOEL R. DAVIS _____

Print Name: _____


ATTEST OR WITNESS

GATEWAY EXPLORATION, LLC

Print Name: _HERMAN HERNANDEZ_

By: _John P. Moffit_
      John P. Moffit
      President

Print Name: _JOSH ZENTMYRE_


ATTEST OR WITNESS

GCREW PROPERTIES, LLC

Print Name: _____

By: _____
      George E. Jochetz, III
      President

Print Name: _____


ATTEST OR WITNESS

MER ENERGY, LTD.
By: Rudco, LLC, General Partner

Print Name: _____

By: _____
      Wesley C. Herndon
      Vice-President

Print Name: _____


ATTEST OR WITNESS

MERITAGE ENERGY, LTD.

Print Name: _____

By: _____
      John C. Aubrey
      President

Print Name: _____

2016 1168
Recorded in the Above
Deed Book & Page
04-27-2016 10:09:04 AM

00592

ATTEST OR WITNESS

_____

Print Name: _____

_____

Print Name: _____

RESOURCE VENTURES, LLC

By: _____
    Mark A. Arnold
    Manager

ATTEST OR WITNESS

_____

Print Name: _____

_____

Print Name: _____

ASPEN ENERGY, INC.

By: _____
    Michael S. Reed
    President

2016 1166
Recorded in the Above
Deed Book & Page
04-27-2016 10:09:04 AM

00590

ATTEST OR WITNESS

_____

Print Name: _____

_____

Print Name: _____

RESOURCE VENTURES, LLC

By: _____
    Mark A. Arnold
    Manager

ATTEST OR WITNESS

_____

Print Name: _____

_____

Print Name: _____

ASPEN ENERGY, INC.

By: _____
    Michael S. Reed
    President

ATTEST OR WITNESS

_____

Print Name: _____

_____

Print Name: _____

_____
JOEL R. DAVIS

ATTEST OR WITNESS

_____

Print Name: _____

_____

Print Name: _____

GATEWAY EXPLORATION, LLC

By: _____
    John P. Moffit
    President

ATTEST OR WITNESS

_____

Print Name: _____

_____

Print Name: _____

GCREW PROPERTIES, LLC

By: _____
    George E. Jochetz, III
    President

ATTEST OR WITNESS

_____

Print Name: _____

_____

Print Name: _____

MER ENERGY, LTD.
By: Rudco, LLC, General Partner

By: _____
    Wesley C. Herndon
    Vice-President

ATTEST OR WITNESS

_____

Print Name: _____

MERITAGE ENERGY, LTD.

By: _____
    John C. Aubrey

RECORDING SUPPLEMENT TO OPERATING AGREEMENT BUT FOR NIPPS CREEK

Recorded in the Above
04-27-2016 10:09:04 AM

ATTEST OR WITNESS

RESOURCE VENTURES, LLC        00593

Print Name: _____

By: _____
       Mark A. Arnold
       Manager

Print Name: _____


ATTEST OR WITNESS

ASPEN ENERGY, INC.

Print Name: _____

By: _____
       Michael S. Reed
       President

Print Name: _____


ATTEST OR WITNESS

Print Name: _____

_____
JOEL R. DAVIS

Print Name: _____


ATTEST OR WITNESS

GATEWAY EXPLORATION, LLC

Print Name: _____

By: _____
       John P. Moffit
       President

Print Name: _____


ATTEST OR WITNESS

GCREW PROPERTIES, LLC

Print Name: _____

By: _____
       George E. Jochetz, III
       President

Print Name: _____


ATTEST OR WITNESS

MER ENERGY, LTD.
By: Rudco, LLC, General Partner

Print Name: _____

By: _____
       Wesley C. Herndon
       Vice-President

Print Name: _____


ATTEST OR WITNESS

MERITAGE ENERGY, LTD.

Print Name: _____

By: _____
       John C. Aubrey
       President

Print Name: _____

2016   1170
Recorded in the Above
Deed  Book & Page
04-25-2016 10:09:04 AM
00594

ATTEST OR WITNESS

Print Name: _____

Print Name: _____


RESOURCE VENTURES, LLC

By: _____
     Mark A. Arnold
     Manager


ATTEST OR WITNESS

Print Name: _____

Print Name: _____


ASPEN ENERGY, INC.

By: _____
     Michael S. Reed
     President


ATTEST OR WITNESS

Print Name: _____

Print Name: _____


_____
JOEL R. DAVIS


ATTEST OR WITNESS

Print Name: _____

Print Name: _____


GATEWAY EXPLORATION, LLC

By: _____
     John P. Moffit
     President


ATTEST OR WITNESS

Print Name: _____

Print Name: _____


GCREW PROPERTIES, LLC

By: _____
     George E. Jochetz, III
     President


ATTEST OR WITNESS

Print Name: _____

Print Name: _____


MER ENERGY, LTD.
By: Rudco, LLC, General Partner

By: _____
     Wesley C. Herndon
     Vice-President


ATTEST OR WITNESS

Print Name: _Connies Pelletier_

Print Name: _Susan Orr_


MERITAGE ENERGY, LTD.

By: _____
     John C. Aubrey
     President

Recorded in the Above
Deed Book & Page
04-27-2016 10:09:04 AM

ATTEST OR WITNESS

_Stacie Cardenas_

Print Name: _Stacie C_

_Rupinder Kaur_

Print Name: _Rupinder Kaur_

MJS INTERESTS, LLC

00595

By: _Mart J Schll_

     Martin J. Schaffer
     Manager


ATTEST OR WITNESS

Print Name: _____

Print Name: _____

TARA RUDMAN

By: _____

     R. Hiram Lucius
     Authorized Representative


**This instrument prepared by:**
Duane A. Graham, Esq.
Armbrecht Jackson LLP
P.O. Box 290
Mobile, AL 36601

2016  1172
Recorded in the Above
Deed  Book & Page
DEC 27-2016 10:09:04 AM

ATTEST OR WITNESS

MJS INTERESTS, LLC

Print Name: _____

By: _____
      Martin J. Schaffer
      Manager

00596

ATTEST OR WITNESS

TARA RUDMAN

*Kasha Hancock*
Print Name: KASHA HANCOCK

By: _____
      R. Hiram Lucius
      Authorized Representative

*Frances Manske*
Print Name: Frances Manske

This instrument prepared by:
Duane A. Graham, Esq.
Armbrecht Jackson LLP
P.O. Box 290
Mobile, AL 36601

## ACKNOWLEDGMENTS

STATE OF COLORADO

COUNTY OF BOULDER

**00597**

I, _Camille Jenkins_, a notary public in and for said County and State, hereby certify that David A. Barlow, whose name as President – Chief Operating Officer of SKLAR EXPLORATION COMPANY L.L.C., a Louisiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _22_ day of _February_, 2016.

CAMILLE CULPEPPER JENKINS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154003785
MY COMMISSION EXPIRES JANUARY 27, 2019

_Camille Jenkins_
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _1/27/2019_

STATE OF COLORADO

COUNTY OF BOULDER

I, _Camille Jenkins_, a notary public in and for said County and State, hereby certify that David A. Barlow, whose name as President – Chief Operating Officer of SKLARCO L.L.C., a Louisiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _22_ day of _February_, 2016.

CAMILLE CULPEPPER JENKINS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154003785
MY COMMISSION EXPIRES JANUARY 27, 2019

_Camille Jenkins_
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _1/27/2019_

STATE OF TEXAS

COUNTY OF HARRIS

I, _____, a notary public in and for said County and State, hereby certify that Larry Wyont, whose name as Vice President of MCCOMBS ENERGY, LTD., a Texas limited partnership, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

SHIPPS CREEK PROSPECT
RECORDING SUPPLEMENT

Recorded in the Above
Deed Book & Page
04-27-2016 10:09:04 AM
2016      1174

## ACKNOWLEDGMENTS

STATE OF COLORADO

00598

COUNTY OF BOULDER

I, _____, a notary public in and for said County and State, hereby certify that David A. Barlow, whose name as President – Chief Operating Officer of SKLAR EXPLORATION COMPANY L.L.C., a Louisiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF COLORADO

COUNTY OF BOULDER

I, _____, a notary public in and for said County and State, hereby certify that David A. Barlow, whose name as President – Chief Operating Officer of SKLARCO L.L.C., a Louisiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF TEXAS

COUNTY OF HARRIS

I, _Sharon M. McDonald_, a notary public in and for said County and State, hereby certify that Larry Wyont, whose name as Vice President of MCCOMBS ENERGY, LTD., a Texas limited partnership, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _24_ day of _February_, 2016.

_Sharon M. McDonald_
NOTARY PUBLIC

SHARON M. McDONALD
Notary Public, State of Texas
Commission Expires 12-29-2017

[AFFIX NOTARIAL SEAL]

My Commission Expires: _12/29/2017_

2016  1175
Recorded in the Above
Deed  Book & Page
04-27-2016 10:09:04 AM

STATE OF TEXAS

COUNTY OF HARRIS

00599

I, DAPHENE R. NORWOOD _____, a notary public in and for said County in said State, hereby certify that Justin Simons, whose name as Manager of Houston Bulldog Capital Management, LLC, the Manager of JJS WORKING INTERESTS, LLC, a Texas limited liability company, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the 31ST day of MARCH , 2016.

DAPHENE R. NORWOOD
Notary Public, State of Texas
Comm. Expires 05-13-2018
Notary ID 129817322

*Daphene R. Norwood*
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My commission expires: MAY 13, 2018

STATE OF TEXAS

COUNTY OF _____

I, _____, a notary public in and for said County and State, hereby certify that Stephen Swan, whose name as Manager of Richard E. Fant, LLC, the General Partner of FANT ENERGY LIMITED, a Texas limited partnership, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said limited partnership.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF TEXAS

COUNTY OF _____

I, _____, a notary public in and for said County and State, hereby certify that Michael K. Pickens, whose name as Vice President of PICKENS FINANCIAL GROUP, L.L.C., a Texas limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

2016   1176
Recorded in the Above
Deed  Book & Page
04-27-2016 10:09:04 AM

00600

STATE OF TEXAS

COUNTY OF HARRIS

I, _____, a notary public in and for said County in said State, hereby certify that Justin Simons, whose name as Manager of Houston Bulldog Capital Management, LLC, the Manager of JJS WORKING INTERESTS, LLC, a Texas limited liability company, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My commission expires: _____

---

STATE OF TEXAS

COUNTY OF _Harris_

I, _Kari Diane Cooksey_, a notary public in and for said County and State, hereby certify that Stephen Swan, whose name as Manager of Richard E. Fant, LLC, the General Partner of FANT ENERGY LIMITED, a Texas limited partnership, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said limited partnership.

Given under my hand and notarial seal this the _14th_ day of _March_, 2016.

KARI DIANE COOKSEY
Notary Public, State of Texas
Comm Expires 02-09 2020
Notary ID 130530488

_Kari Diane Cooksey_
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _2-09-2020_

---

STATE OF TEXAS

COUNTY OF _____

I, _____, a notary public in and for said County and State, hereby certify that Michael K. Pickens, whose name as Vice President of PICKENS FINANCIAL GROUP, L.L.C., a Texas limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

2016   1177
Recorded in the Above
Deed  Book & Page
04-27-2016 10:09:04 AM
00601

STATE OF TEXAS

COUNTY OF HARRIS

I, _____, a notary public in and for said County in said State, hereby certify that Justin Simons, whose name as Manager of Houston Bulldog Capital Management, LLC, the Manager of JJS WORKING INTERESTS, LLC, a Texas limited liability company, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My commission expires: _____

STATE OF TEXAS

COUNTY OF _____

I, _____, a notary public in and for said County and State, hereby certify that Stephen Swan, whose name as Manager of Richard E. Fant, LLC, the General Partner of FANT ENERGY LIMITED, a Texas limited partnership, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said limited partnership.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF TEXAS

COUNTY OF _Dallas_

I, _Kathy Laux_____, a notary public in and for said County and State, hereby certify that Michael K. Pickens, whose name as Vice President of PICKENS FINANCIAL GROUP, L.L.C., a Texas limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _24_ day of _February_, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _10/29/18_

KATHY LAUX
My Commission Expires
October 29, 2018

2016    1178
Recorded in the Above
Deed  Book & Page
04-27-2016 10:09:04 AM

STATE OF LOUISIANA

PARISH OF CADDO                                                                          00602

     I, _Melissa R Shank_, a notary public in and for said Parish and State, hereby certify that David Morgan, whose name as Manager of Howell Investments, L.L.C., acting as the General Partner of JF HOWELL INTERESTS, L.P., a Texas limited partnership, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

     Given under my hand and notarial seal this the _2nd_ day of _March_, 2016.

_Melissa R Shank_
NOTARY PUBLIC
_#68325_

[AFFIX NOTARIAL SEAL]

My commission ~~expires:~~ _is for Life_


STATE OF TEXAS

COUNTY OF HARRIS

     I, _____, a notary public in and for said County and State, hereby certify that Richard E. Tauber, whose name as President of TAUBER EXPLORATION & PRODUCTION, CO., a Texas corporation, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

     Given under my hand and notarial seal this the _____ day of _____, 2016.


_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____


STATE OF TEXAS

COUNTY OF HARRIS

     I, _____, a notary public in and for said County and State, hereby certify that Mark Rauch, whose name as Member of Simba Investors, L.L.C., the General Partner of TIEMBO, LTD., a Texas limited partnership, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such Member and with full authority, executed the same voluntarily for and as the act of said company.

     Given under my hand and notarial seal this the _____ day of _____, 2016.


_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

2016   1179
Recorded in the Above
Deed  Book & Page
04-27-2016 10:09:04 AM

STATE OF LOUISIANA

PARISH OF CADDO                                                    00603

I, _____, a notary public in and for said Parish and State, hereby certify that David Morgan, whose name as Manager of Howell Investments, L.L.C., acting as the General Partner of JF HOWELL INTERESTS, L.P., a Texas limited partnership, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My commission expires: _____

STATE OF TEXAS

COUNTY OF HARRIS

I, _MYLA  WUNDERLICH_____, a notary public in and for said County and State, hereby certify that Richard E. Tauber, whose name as President of TAUBER EXPLORATION & PRODUCTION, CO., a Texas corporation, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _30th_ day of _MARCH_____, 2016.

MYLA WUNDERLICH
Notary Public, State of Texas
Commission Expires 02-11-2020
Notary ID 12482280-0

_myla wunderlich_
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

SHIPS CREEK PROSPECT
RECORDING SUPPLEMENT

STATE OF TEXAS

COUNTY OF HARRIS

I, _____, a notary public in and for said County and State, hereby certify that Mark Rauch, whose name as Member of Simba Investors, L.L.C., the General Partner of TIEMBO, LTD., a Texas limited partnership, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such Member and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF LOUISIANA

PARISH OF CADDO

2016    1180
Recorded in the Above
Deed    Book & Page
04-27-2016 10:09:04 AM

00604

I, _____, a notary public in and for said Parish and State, hereby certify that David Morgan, whose name as Manager of Howell Investments, L.L.C., acting as the General Partner of JF HOWELL INTERESTS, L.P., a Texas limited partnership, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My commission expires: _____

STATE OF TEXAS

COUNTY OF HARRIS

I, _____, a notary public in and for said County and State, hereby certify that Richard E. Tauber, whose name as President of TAUBER EXPLORATION & PRODUCTION, CO., a Texas corporation, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF TEXAS

COUNTY OF HARRIS

I, _Patti L Hanson_, a notary public in and for said County and State, hereby certify that Mark Rauch, whose name as Member of Simba Investors, L.L.C., the General Partner of TIEMBO, LTD., a Texas limited partnership, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such Member and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the ___2___ day of ___March___, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: ___1/18/2019___

STATE OF MISSISSIPPI

COUNTY OF Madison                                        00605

I, Pamela F. Sebren , a notary public in and for said County and State, hereby certify that Wirt A. Yerger, III, whose name as Manager of KUDZU OIL PROPERTIES, LLC, a Mississippi limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _23_ day of _February_, 2016.

_Pamela F Sebren_
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _July 18, 2017_

STATE OF LOUISIANA

PARISH OF CADDO

I, _____, a notary public in and for said Parish and State, hereby certify that Mark P. Sealy, whose name as Manager of MARKSCO, L.L.C., a Louisiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF MISSISSIPPI

COUNTY OF _____

I, _____, a notary public in and for said County and State, hereby certify that Michael Johnson, whose name as Manager of LANDMARK EXPLORATION, LLC, a Mississippi limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

2016    1182
Recorded in the Above
Deed  Book & Page
04-27-2016 10:09:04 AM

STATE OF MISSISSIPPI

COUNTY OF _____                                    00600

I, _____, a notary public in and for said County and State, hereby certify that Wirt A. Yerger, III, whose name as Manager of KUDZU OIL PROPERTIES, LLC, a Mississippi limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____


STATE OF LOUISIANA

PARISH OF CADDO

I, *Melissa P Riddick*, a notary public in and for said Parish and State, hereby certify that Mark P. Sealy, whose name as Manager of MARKSCO, L.L.C., a Louisiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the *24th* day of *February*, 2016.

*Melissa P Riddick*
NOTARY PUBLIC
MELISSA P. RIDDICK, Notary Public
Caddo Parish, Louisiana
My Commission is for Life #6454

[AFFIX NOTARIAL SEAL]

My Commission Expires: *at death*


STATE OF MISSISSIPPI

COUNTY OF _____

I, _____, a notary public in and for said County and State, hereby certify that Michael Johnson, whose name as Manager of LANDMARK EXPLORATION, LLC, a Mississippi limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

2016   1183
Recorded in the Above
Deed Book & Page
04-27-2016 10:09:04 AM

STATE OF MISSISSIPPI

COUNTY OF _____

00607

I, _____, a notary public in and for said County and State, hereby certify that Wirt A. Yerger, III, whose name as Manager of KUDZU OIL PROPERTIES, LLC, a Mississippi limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF LOUISIANA

PARISH OF CADDO

I, _____, a notary public in and for said Parish and State, hereby certify that Mark P. Sealy, whose name as Manager of MARKSCO, L.L.C., a Louisiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF MISSISSIPPI

COUNTY OF Rankin

I, Lena M. Mayfield, a notary public in and for said County and State, hereby certify that Michael Johnson, whose name as Manager of LANDMARK EXPLORATION, LLC, a Mississippi limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the 29 day of February, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: 4-29-2017

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 92353
LENA M. MAYFIELD
Commission Expires
April 29, 2017
RANKIN COUNTY

Recorded in the Above
Deed Book & Page
04-27-2016 10:09:04 AM

2016    1184

STATE OF MISSISSIPPI

COUNTY OF _MADISON_                                          00608

I, _Julie Den Herder_, a notary public in and for said County and State, hereby certify that Steven H. Craft, whose name as Manager of CRAFT EXPLORATION COMPANY, LLC, a Mississippi limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _25th_ day of _FEBRUARY_, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _10-15-16_

STATE OF LOUISIANA

PARISH OF CADDO

I, _____, a notary public in and for said Parish and State, hereby certify that C. Bickham Dickson, III, whose name as Manager of DICKSON OIL & GAS, LLC, a Louisiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF LOUISIANA

PARISH OF CADDO

I, _____, a notary public in and for said Parish and State, hereby certify that Robert P. Bowman, whose name as Manager of BUNDERO INVESTMENT COMPANY, LLC, a Louisiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

2016 1185
Recorded in the Above
Deed Book & Page
04-27-2016 10:09:04 AM

00609

STATE OF MISSISSIPPI

COUNTY OF _____

I, _____, a notary public in and for said County and State, hereby certify that Steven H. Craft, whose name as Manager of CRAFT EXPLORATION COMPANY, LLC, a Mississippi limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF LOUISIANA

PARISH OF CADDO

I, _George Portocarraro_, a notary public in and for said Parish and State, hereby certify that C. Bickham Dickson, III, whose name as Manager of DICKSON OIL & GAS, LLC, a Louisiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _15_ day of _MARCH_, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _LIFE TIME_

STATE OF LOUISIANA

PARISH OF CADDO

I, _____, a notary public in and for said Parish and State, hereby certify that Robert P. Bowman, whose name as Manager of BUNDERO INVESTMENT COMPANY, LLC, a Louisiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

2016   1186
Recorded in the Above
Deed  Book & Page
04-27-2016 10:09:04 AM

STATE OF MISSISSIPPI

00610

COUNTY OF _____

I, _____, a notary public in and for said County and State, hereby certify that Steven H. Craft, whose name as Manager of CRAFT EXPLORATION COMPANY, LLC, a Mississippi limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF LOUISIANA

PARISH OF CADDO

I, _____, a notary public in and for said Parish and State, hereby certify that C. Bickham Dickson, III, whose name as Manager of DICKSON OIL & GAS, LLC, a Louisiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF LOUISIANA

PARISH OF CADDO

I, _Deborah W. Cox_, a notary public in and for said Parish and State, hereby certify that Robert P. Bowman, whose name as Manager of BUNDERO INVESTMENT COMPANY, LLC, a Louisiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _24th_ day of _February_, 2016.

_Deborah W. Cox_
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _for life_

DEBORAH W. COX 24623
Notary Public
Parish of Caddo
State of Louisiana

2016 1187
Recorded in the Above
Deed Book & Page
04-27-2016 10:09:04 AM

00611

STATE OF COLORADO

COUNTY OF __Douglas__

I, __JoAnne Scherfel__, a notary public in and for said County and State, hereby certify that Mark A. Arnold, whose name as Manager of RESOURCE VENTURES, LLC, an Indiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the __14th__ day of __March__, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

> JOANNE SCHERFEL
> Notary Public
> State of Colorado
> Notary ID 20014001784
> My Commission Expires Mar 5, 2017

STATE OF _____

COUNTY OF _____

I, _____, a notary public in and for said County in said State, hereby certify that Michael S. Reed, whose name as President of ASPEN ENERGY, INC., a _____ corporation, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF _____

COUNTY OF _____

I, _____, a notary public in and for said County in said State, hereby certify that JOEL R. DAVIS, whose name is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he executed the same voluntarily on the day the same bears date.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

Recorded in the Above
Deed Book & Page
04-27-2016 10:09:04 AM

STATE OF COLORADO

COUNTY OF _____

00612

I, _____, a notary public in and for said County and State, hereby certify that Mark A. Arnold, whose name as Manager of RESOURCE VENTURES, LLC, an Indiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF Kentucky

COUNTY OF Jefferson

I, Terri P Jones, a notary public in and for said County in said State, hereby certify that Michael S. Reed, whose name as President of ASPEN ENERGY, INC., a Kentucky corporation, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the 10th day of March, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: Sept 12, 2016

STATE OF _____

COUNTY OF _____

I, _____, a notary public in and for said County in said State, hereby certify that JOEL R. DAVIS, whose name is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he executed the same voluntarily on the day the same bears date.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

Recorded in the Above
Deed Book & Page
04-27-2016 10:09:04 AM

STATE OF _Texas_

COUNTY OF _Harris_

00614

I, _Christina A Melancon_ a notary public in and for said County in said State, hereby certify that John P. Moffit, whose name as President of GATEWAY EXPLORATION, LLC, a _____ limited liability company, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _23rd_ day of _February_, 2016.

CHRISTINA A MELANCON
MY COMMISSION EXPIRES
October 9, 2019

_Christina a Melancon_
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _October 9, 2019_

STATE OF _____

COUNTY OF _____

I, _____, a notary public in and for said County in said State, hereby certify that George E. Jochetz, III, whose name as President of GCREW PROPERTIES, LLC a _____ limited liability company, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF _____

COUNTY OF _____

I, _____, a notary public in and for said County in said State, hereby certify that Wesley C. Herndon, whose name as Vice-President of Rudco, LLC, the General Partner of MER ENERGY LTD., a _____ limited partnership, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said partnership.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

Recorded in the Above
Deed Book & Page
04-27-2016 10:09:04 AM

STATE OF _____

COUNTY OF _____

00615

I, _____, a notary public in and for said County in said State, hereby certify that John P. Moffit, whose name as President of GATEWAY EXPLORATION, LLC, a _____ limited liability company, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF Texas

COUNTY OF Harris

I, Christina A Melancon, a notary public in and for said County in said State, hereby certify that George E. Jochetz, III, whose name as President of GCREW PROPERTIES, LLC a _____ limited liability company, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the 23rd day of February, 2016.

CHRISTINA A MELANCON
MY COMMISSION EXPIRES
October 9, 2019

Christina a melancon
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: October 9, 2019

STATE OF _____

COUNTY OF _____

I, _____, a notary public in and for said County in said State, hereby certify that Wesley C. Herndon, whose name as Vice-President of Rudco, LLC, the General Partner of MER ENERGY LTD., a _____ limited partnership, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said partnership.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

```
2016   1189
Recorded in the Above
Deed  Book & Page
04-27-2016 10:09:04 AM
```

STATE OF COLORADO

COUNTY OF _____

 I, _____, a notary public in and for said County and State, hereby certify that Mark A. Arnold, whose name as Manager of RESOURCE VENTURES, LLC, an Indiana limited liability company, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said company.

00613

  Given under my hand and notarial seal this the _____ day of _____, 2016.


            _____
               NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____


STATE OF _____

COUNTY OF _____

 I, _____, a notary public in and for said County in said State, hereby certify that Michael S. Reed, whose name as President of ASPEN ENERGY, INC., a _____ corporation, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said company.

  Given under my hand and notarial seal this the _____ day of _____, 2016.


            _____
               NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____


STATE OF *Texas*

COUNTY OF *Harris*

 I, *Stacy Barnes*_____, a notary public in and for said County in said State, hereby certify that JOEL R. DAVIS, whose name is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he executed the same voluntarily on the day the same bears date.

  Given under my hand and notarial seal this the *12* day of *April*, 2016.

[NOTARY SEAL:
STACY R BARNES
NOTARY PUBLIC STATE OF TEXAS
MY COMM. EXP. 2/10/2020
NOTARY ID 10383220]

            _____
               NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: *2/10/2020*

2016 1192
Recorded in the Above
Deed Book & Page
04-27-2016 10:09:04 AM

00616

STATE OF _____

COUNTY OF _____

I, _____, a notary public in and for said County in said State, hereby certify that John P. Moffit, whose name as President of GATEWAY EXPLORATION, LLC, a _____ limited liability company, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF _____

COUNTY OF _____

I, _____, a notary public in and for said County in said State, hereby certify that George E. Jochetz, III, whose name as President of GCREW PROPERTIES, LLC a _____ limited liability company, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF _Texas_

COUNTY OF _Dallas_

I, _Dana L Irby_, a notary public in and for said County in said State, hereby certify that Wesley C. Herndon, whose name as Vice-President of Rudco, LLC, the General Partner of MER ENERGY LTD., a _Texas_ limited partnership, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said partnership.

Given under my hand and notarial seal this the _15TH_ day of _April_, 2016.

DANA L IRBY
My Commission Expires
April 23, 2018

_Dana L. Irby_
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _04/23/18_



DANA L IRBY
My Commission Expires
April 23, 2018

STATE OF _Texas_

COUNTY OF _Harris_

00617

I, _Connie S Pelletier_ , a notary public in and for said County in said State, hereby certify that John C. Aubrey, whose name as President of MERITAGE ENERGY, LTD., a _Texas_ limited partnership, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said partnership.

Given under my hand and notarial seal this the _8_ day of _March_, 2016.

```
+-----------------------------------+
|   CONNIE S. PELLETIER             |
|   Notary Public, State of Texas   |
|   My Commission Expires           |
|   July 28, 2018                   |
+-----------------------------------+
```

_Connie S Pelletier_
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _7/28/2018_

STATE OF _____

COUNTY OF _____

I, _____, a notary public in and for said County in said State, hereby certify that Martin J. Schaffer, whose name as Manager of MJS INTERESTS, LLC a _____ limited liability company, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF _____

COUNTY OF _____

I, _____, a notary public in and for said County in said State, hereby certify that R. Hiram Lucius, whose name as the Authorized Representative of TARA RUDMAN is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in his capacity as such Authorized Represntative, executed the same voluntarily on the day the same bears date.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

Page 16 of 25

Recorded in the Above
Deed Book & Page
04-27-2016 10:09:04 AM

STATE OF _____                                       00618

COUNTY OF _____


I, _____, a notary public in and for said County in said State, hereby certify that John C. Aubrey, whose name as President of MERITAGE ENERGY, LTD., a _____ limited partnership, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said partnership.

Given under my hand and notarial seal this the _____ day of _____, 2016.


_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____


STATE OF _Texas_____

COUNTY OF _Dallas_____

I, _Jonathan J Day_____, a notary public in and for said County in said State, hereby certify that Martin J. Schaffer, whose name as Manager of MJS INTERESTS, LLC a _____ limited liability company, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _7th_ day of _April_____, 2016.

JONATHAN J DAY
My Commission Expires
April 25, 2019

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____


STATE OF _____

COUNTY OF _____


I, _____, a notary public in and for said County in said State, hereby certify that R. Hiram Lucius, whose name as the Authorized Representative of TARA RUDMAN is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in his capacity as such Authorized Represntative, executed the same voluntarily on the day the same bears date.

Given under my hand and notarial seal this the _____ day of _____, 2016.


_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

2016   1195
Recorded in the Above
Deed Book & Page
04-27-2016 10:09:04 AM

00619

STATE OF _____

COUNTY OF _____

I, _____, a notary public in and for said County in said State, hereby certify that John C. Aubrey, whose name as President of MERITAGE ENERGY, LTD., a _____ limited partnership, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said partnership.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF _____

COUNTY OF _____

I, _____, a notary public in and for said County in said State, hereby certify that Martin J. Schaffer, whose name as Manager of MJS INTERESTS, LLC a _____ limited liability company, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in such capacity and with full authority, executed the same voluntarily for and as the act of said company.

Given under my hand and notarial seal this the _____ day of _____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

My Commission Expires: _____

STATE OF _TEXAS_____

COUNTY OF _DALLAS____

I, _Linda Sanders_____, a notary public in and for said County in said State, hereby certify that R. Hiram Lucius, whose name as the Authorized Representative of TARA RUDMAN is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, in his capacity as such Authorized Represntative, executed the same voluntarily on the day the same bears date.

Given under my hand and notarial seal this the _29th_ day of _March_____, 2016.

_____
NOTARY PUBLIC

[AFFIX NOTARIAL SEAL]

LINDA SANDERS
ID # 00444802-0
Notary Public, State of Texas
My Commission Expires
05/14/2016

My Commission Expires: _5/14/2016_

2016   1196
Recorded in the Above
Deed Book & Page
04-27-2016 10:09:04 AM

00620

EXHIBIT "A"

## PARTIES WITH INTERESTS IN CONTRACT AREA

| Party | Decimal Interest |
|---|---|
| Aspen Energy, Inc.<br>161 St. Matthews Ave., Suite 16<br>Louisville, KY 40207 | 0.01000000 |
| Bundero Investment Company, L.L.C.<br>333 Texas Street, Suite 300<br>Shreveport, LA 71101 | 0.01000000 |
| Craft Exploration Company L.L.C.<br>P.O. Box 2430<br>Madison, MS 39130 | 0.01000000 |
| Joel Davis<br>P.O. Box 540988<br>Houston, TX 77254 | 0.00250000 |
| Dickson Oil & Gas, LLC<br>P.O. Box 52479<br>Shreveport, LA 71135 | 0.01000000 |
| Fant Energy Limited<br>P.O. Box 55205<br>Houston, TX 77255 | 0.10000000 |
| Gateway Exploration, LLC<br>3040 Post Oak, Suite 525<br>Houston, TX 77056 | 0.01500000 |
| GCREW Properties, LLC<br>12323 Rip Van Winkle<br>Houston, TX 77024 | 0.00500000 |
| JF Howell Interests, L.P.<br>416 Travis St., Suite 700<br>Shreveport, LA 71101 | 0.05000000 |
| JJS Working Interests Escambia, LLC<br>4295 San Felipe, Suite 207<br>Houston, TX 77027 | 0.10000000 |
| Kudzu Oil Properties, LLC<br>300 Concourse Blvd, Suite 101<br>Ridgeland, MS 39157 | 0.02000000 |
| Landmark Exploration, LLC<br>P.O. Box 12004<br>Jackson, MS 39236 | 0.02000000 |
| Marksco, L.L.C.<br>333 Texas Street, Suite 1050<br>Shreveport, LA 71101 | 0.02000000 |
| McCombs Energy, Ltd.<br>5599 San Felipe, Suite 1200<br>Houston, TX 77056 | 0.26500000 |

2016   1197
Recorded in the Above
Deed  Book & Page
04-27-2016 10:09:04 AM
00621

| | |
|---|---|
| MER Energy, Ltd.<br>6500 Greenville Ave., Suite 110<br>Dallas, TX 75206 | 0.01600000 |
| Meritage Energy, Ltd.<br>2800 Post Oak Blvd., Suite 3200<br>Houston, TX 77056 | 0.01500000 |
| MJS Interests, LLC<br>9266 Hathaway Street<br>Dallas, TX 75220 | 0.00400000 |
| Pickens Financial Group, LLC<br>10100 N. Central Expressway, Suite 200<br>Dallas, TX 75231-4159 | 0.05000000 |
| Resource Ventures, LLC<br>8369 South Park Lane, Suite B<br>Littleton, CO 80120 | 0.01125000 |
| Tara Rudman<br>1700 Pacific Ave., Suite 4700<br>Dallas, TX 75201-4670 | 0.02000000 |
| Sklarco, LLC<br>401 Edwards Street, Suite 1601<br>Shreveport, LA 71101 | 0.20125000 |
| Tauber Exploration & Production Company<br>55 Waugh Drive, Suite 600<br>Houston, TX 77007 | 0.02500000 |
| Tiembo Ltd.<br>P.O. Box 270415<br>Houston, TX 77277-0415 | 0.02000000 |
| TOTAL | 1.00000000 |

2016    1198
Recorded in the Above
Deed Book & Page
04-27-2016 10:09:04 AM

EXHIBIT "A-1"

00622

## OIL, GAS AND MINERAL LEASES

1. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 05/24/2015, by and between Lomax Monk, Jr. and Rita Monk, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2015 Page 2477, of the official public records of Escambia County, Alabama.

2. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 05/24/2015, by and between Angie Monk, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2015 Page 2491, of the official public records of Escambia County, Alabama.

3. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 05/24/2015, by and between Valerie Monk Brown, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2015 Page 2467, of the official public records of Escambia County, Alabama.

4. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 05/24/2015, by and between Lorna Monk Covin, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2015 Page 2486, of the official public records of Escambia County, Alabama.

5. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 05/24/2015, by and between John Monk, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2015 Page 2472, of the official public records of Escambia County, Alabama.

6. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 06/14/2012, by and between Cedar Creek Land and Timber, Inc, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012 Page 3443, of the official public records of Conecuh County, Alabama.

7. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 06/14/2012, by and between Cedar Creek Land & Timber, Inc., as Lessor, and Cedar Creek Land & Timber, Inc., as Lessee, recorded on Book 536, Page 166, of the official public records of Escambia County, Alabama.

8. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 05/24/2015, by and between Gloria Monk Forsyth, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2015 Page 2462, of the official public records of Escambia County, Alabama.

9. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 08/02/2012, by and between Edwards Family Trust Dated June 8, 2006 Charles M. Edwards, Trustee, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 539 Page 966, of the official public records of Escambia County, Alabama.

10. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 08/02/2012, by and between Edwards Family Trust Dated May 15, 1995 by Charles M. Edwards, Trustee, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 539 Page 962, of the official public records of Escambia County, Alabama.

11. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 07/10/2015, by and between Ernest W. Dolihite, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Page 5572, of the official public records of Escambia County, Alabama.

12. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 07/10/2015, by and between Amy L Dolihite, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 2012 Page 5569, of the official public records of Escambia County, Alabama.

13. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 08/01/2015, by and between Lillie Merle Chavers, Trustee, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 539 Page 959, of the official public records of Escambia County, Alabama.

14. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 08/01/2015, by and between Richard Dale Chavers & Patricia D. Chavers, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 539 Page 956, of the official public records of Escambia County, Alabama.

15. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 08/24/2015, by and between William Paul Till, Jr., as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 552 Page 502, of the official public records of Escambia County, Alabama.

16. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 08/24/2012, by and between Larry F. Lewis, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 552 Page 504, of the official public records of Escambia County, Alabama.

17. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 10/15/2015, by and between Angie Monk, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 543 Page990, of the official public records of Escambia County, Alabama.

18. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 10/15/2015, by and between Lomax Monk, Jr Rita Monk, as Lessor, and Sklarco, LLC, as Lessee, recorded on Bk 543 Page 994, of the official public records of Escambia County, Alabama.

19. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 10/01/2015, by and between Holly G. French, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 551 Page 584, of the official public records of Escambia County, Alabama.

20. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 10/08/2012, by and between Barbara Jean Frank, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 551 Page 586, of the official public records of Escambia County, Alabama.

21. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 10/01/2015, by and between Carol G. West, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 551 Page 590, of the official public records of Escambia County, Alabama.

22. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 10/20/2015, by and between Wendy A. Spraberry, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 551 Page 588, of the official public records of Escambia County, Alabama.

23. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 10/01/2015, by and between Debra Lee Price, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 551 Page 575, of the official public records of Escambia County, Alabama.

24. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 10/20/2015, by and between Robert Lathrop, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 551 Page 580, of the official public records of Escambia County, Alabama.

25. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 10/20/2012, by and between Larry S. Lathrop, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 551 Page 578, of the official public records of Escambia County, Alabama.

26. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 11/07/2015, by and between James J. Irvine, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 551 Page 582, of the official public records of Escambia County, Alabama.

27. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 10/15/2015, by and between Lorna Monk Colvin, as Lessor, and Sklarco, LLC, as Lessee, recorded on BK 543 PAGE 986, of the official public records of Escambia County, Alabama.

28. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 10/20/2015, by and between Christopher Lathrop, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 551 Page 592, of the official public records of Escambia County, Alabama.

Recorded in the Above
Deed Book & Page
04-27-2016 10:09:04 AM

00623

29. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 10/22/2015, by and between Larry and Loma Covin, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012, Page 7860, of the official public records of Escambia County, Alabama.

30. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 10/01/2012, by and between Terrence Michael Moore, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 551 Page 568, of the official public records of Escambia County, Alabama.

31. Oil and Mineral Lease dated 10/15/2015, by and between Gloria Monk Forsyth, as Lessor, and Sklarco, LLC, as Lessee, recorded on BK 545 PAGE 519, of the official public records of Escambia County, Alabama.

32. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 11/28/2015, by and between Jamie Austin, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 551 Page 573, of the official public records of Escambia County, Alabama.

33. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 10/01/2015, by and between Linda Babb, sole heir at law of Mary Kupfer, deceased, married, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 551 Page 594, of the official public records of Escambia County, Alabama.

34. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 10/15/2015, by and between Valerie Monk Brown, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 545, Page 523, of the official public records of Escambia County, Alabama.

35. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 10/15/2015, by and between John Monk, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 545, Page 527, of the official public records of Escambia County, Alabama.

36. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 10/01/2015, by and between Beverly Moore Houston, rep. by AIF Darlene Howser, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 551 Page 570, of the official public records of Escambia County, Alabama.

37. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 01/29/2013, by and between Simmons Living Trust, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2013, Page 1550, of the official public records of Escambia County, Alabama.

38. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 08/08/2012, by and between George M. Bray, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012, Page 5834, of the official public records of Escambia County, Alabama.

39. Oil, Gas and Mineral Lease dated 06/27/2012, by and between Charles D. Sullivan, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012 Page 5394; Ratified in Book 2012 Page 8470, of the official public records of Conecuh County, Alabama.

40. Oil, Gas and Mineral Lease dated 06/14/2012, by and between Elsie Jane Dyess, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2012 Page 5344; Ratified in Book 2012 Page 8459, of the official public records of Conecuh County, Alabama.

41. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 03/19/2013, by and between Cedar Creek Land & Timber, Inc., as Lessor, and Sklarco, LLC, as Lessee, recorded on 04/12/2013 Book 553, Page 534, of the official public records of Escambia County, Alabama.

42. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 10/01/2012, by and between Russell Moore, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 559, Page 56, of the official public records of Escambia County, Alabama.

43. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 02/27/2013, by and between Betty Speights, as Lessor, and Sklarco, LLC, as Lessee.

44. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 03/01/2013, by and between Shirley Jean Waldrop, as Lessor, and Sklarco, LLC, as Lessee.

45. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 01/24/2013, by and between Black Stone Natural Resources I, L.P., as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2013, Page 2806, of the official public records of Escambia County, Alabama.

46. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 11/22/2013, by and between Cedar Creek Land & Timber, Inc., as Lessor, and Sklarco, LLC, as Lessee, recorded on 07/22/2013 Book 559, Page 338, of the official public records of Escambia County, Alabama.

47. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 05/31/2013, by and between Mary Ann Taylor, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2013, Page 3343, of the official public records of Escambia County, Alabama.

48. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 10/28/2013, by and between Steven D. Graves, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 2013, Page 5973, of the official public records of Conecuh County, Alabama.

49. Oil, Gas and Mineral Lease dated 07/31/2014, by and between Cedar Creek Land & Timber, Inc., as Lessor, and Sklarco, LLC, as Lessee, recorded on 05/14/2015 Book 597, Page 893, of the official public records of Escambia County, Alabama.

50. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 10/10/2015, by and between Victoria Trading Company, LLC, as Lessor, and Sklarco, LLC, as Lessee.

51. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 10/29/2014, by and between Sklarco, LLC, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 586 page 81, of the official public records of Escambia County, Alabama.

52. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 10/12/2015, by and between Thomas R. Morris, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/05/2016, Book 610, Page 728, of the official public records of Escambia County, Alabama.

53. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 10/10/2014, by and between Kay G. Glenday, as Lessor, and Sklarco, LLC, as Lessee, recorded on 10/29/2014, Book 585, Page 840, of the official public records of Escambia County, Alabama.

54. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 10/10/2014, by and between Rexonad Beaufort, Inc., Edwin C. James, President, as Lessor, and Sklarco, LLC, as Lessee, recorded on 11/04/2014, Book 586, Page 85, of the official public records of Escambia County, Alabama.

55. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 10/10/2014, by and between Therese Greer, as Lessor, and Sklarco, LLC, as Lessee, recorded on 10/22/2014, Book 585, Page 298, of the official public records of Escambia County, Alabama.

56. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 10/10/2014, by and between Ansley Green, as Lessor, and Sklarco, LLC, as Lessee, recorded on 10/22/2014, Book 585, Page 295, of the official public records of Escambia County, Alabama.

57. Oil & Gas Oil, Gas and Mineral Lease dated 10/10/2014, by and between John Mason Carter, as Lessor, and Sklarco, LLC, as Lessee, recorded on Book 586, Page 667, of the official public records of Escambia County, Alabama.

2016   1200
Case:20-12377-MBR   Doc#:8332-3 Filed:02/05/21   Entered:02/05/21 15:14:31   Page 203 of 207
of 2007
Deed Book & Page
04-27-2016 10:09:04 AM
00624

58. Oil, Gas and Mineral Oil, Gas and Mineral Lease dated 11/18/2014, by and between Jana L. Bickham, Executrix of the Estate of Joe P. Pritchett, as Lessor, and Sklarco, LLC, as Lessee, recorded on 12/18/2014, Book 589, Page 742, of the official public records of Escambia County, Alabama.

59. Oil, Gas and Mineral Lease dated 12/12/2014, by and between Daniel W. McMillan, as Lessor, and Rose Hill Exploration, LLC, as Lessee, recorded on 01/09/2015, Book 591, Page 235, of the official public records of Escambia County, Alabama.

60. Oil, Gas and Mineral Lease dated 12/12/2014, by and between Ed Leigh McMillan, II Family 2009 Irrevocable Trust, as Lessor, and Rose Hill Exploration, LLC, as Lessee, recorded on 01/09/2015, Book 591, Page 230, of the official public records of Escambia County, Alabama.

61. Oil, Gas and Mineral Lease dated 12/12/2014, by and between D.W. McMillan Trust, as Lessor, and Rose Hill Exploration, LLC, as Lessee, recorded on 01/09/2015, Book 591, Page 237, of the official public records of Escambia County, Alabama.

62. Oil, Gas and Mineral Lease dated 12/12/2014, by and between Paul D. Owens, Jr. and Katherine M. Owens, his wife, as Lessor, and Rose Hill Exploration, LLC, as Lessee, recorded on 01/09/2015, Book 591, Page 233, of the official public records of Escambia County, Alabama.

63. Oil, Gas and Mineral Lease dated 12/12/2014, by and between D.W. McMillan Foundation, as Lessor, and Rose Hill Exploration, LLC, as Lessee, recorded on 01/09/2015, Book 591, Page 241, of the official public records of Escambia County, Alabama.

64. Oil, Gas and Mineral Lease dated 10/21/2014, by and between Marion E. Harlan, Individually and Marion E. Harlan, Successor Trustee of the Clifford S. Schwander, Sr. and Marion L. Schwander Trust, and Marion E. Harlan, Conservator for Clifford S. Schwander, Jr., as Lessor, and ExploraCorp, LLC, as Lessee, recorded on 12/04/2014, Book 588, Page 63, of the official public records of Escambia County, Alabama.

65. Oil, Gas and Mineral Lease dated 10/21/2014, by and between Stanley Schwenden, as Lessor, and ExploraCorp, LLC, as Lessee, recorded on 12/04/2014, Book 588, Page 57, of the official public records of Escambia County, Alabama.

66. Oil, Gas and Mineral Lease dated 10/21/2014, by and between Eleanor M. Perry, as Lessor, and ExploraCorp, LLC, as Lessee, recorded on 12/04/2014, Book 588, Page 60, of the official public records of Escambia County, Alabama.

67. Oil, Gas and Mineral Lease dated 05/10/2015, by and between Roy Guffey Oil Company William B. Guffey, Asset Manager, as Lessor, and Sklarco, LLC, as Lessee, recorded on 05/29/2015, Book 598, Page 469, of the official public records of Escambia County, Alabama.

68. Oil, Gas and Mineral Lease dated 05/15/2015, by and between Barbara Hill Kimzey, as Lessor, and Sklarco, LLC, as Lessee, recorded on 05/29/2015, Book 598, Page 475, of the official public records of Escambia County, Alabama.

69. Oil, Gas and Mineral Lease dated 05/15/2015, by and between Rollin Harvey Hill, a married man, as Lessor, and Sklarco, LLC, as Lessee, recorded on 05/29/2015, Book 598, Page 472, of the official public records of Escambia County, Alabama.

70. Oil, Gas and Mineral Lease dated 09/30/2015, by and between Steve Francis O'Neal, a married man, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/07/2016, Book 610, Page 895, of the official public records of Escambia County, Alabama.

71. Oil, Gas and Mineral Lease dated 12/02/2015, by and between James Brook Clement, a single man, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/07/2016, Book 610, Page 928, of the official public records of Escambia County, Alabama.

72. Oil, Gas and Mineral Lease dated 09/30/2015, by and between Gordon Kelley O'Neal, a single man, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/07/2016, Book 610, Page 871, of the official public records of Escambia County, Alabama.

73. Oil, Gas and Mineral Lease dated 09/30/2015, by and between Edwin Sanford, III, a married man, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/07/2016, Book 610, Page 875, of the official public records of Escambia County, Alabama.

74. Oil, Gas and Mineral Lease dated 10/12/2015, by and between William Bertrand Spencer, a married man, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/07/2016, Book 610, Page 879, of the official public records of Escambia County, Alabama.

75. Oil, Gas and Mineral Lease dated 10/12/2015, by and between Ross Spencer Coker Trust and Christian Spencer Coker Trust Established under the Will of Nancy Spencer Coker, David Coker, Trustee, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/07/2016, Book 610, Page 891 of the official public records of Escambia County, Alabama.

76. Oil, Gas and Mineral Lease dated 10/12/2015, by and between Sally Spencer Dalgarno, a married woman, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/07/2016, Book 610, Page 887, of the official public records of Escambia County, Alabama.

77. Oil, Gas and Mineral Lease dated 09/30/2015, by and between Caroline Frances O'Neal, an unmarried women, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/07/2016, Book 610, Page 899, of the official public records of Escambia County, Alabama.

78. Oil, Gas and Mineral Lease dated 10/22/2015, by and between Shirley Geck, a widow, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/07/2016, Book 610, Page 903, of the official public records of Escambia County, Alabama.

79. Oil, Gas and Mineral Lease dated 09/29/2015, by and between Sam Faircloth, a married man, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/07/2016, Book 610, Page 906, of the official public records of Escambia County, Alabama.

80. Oil, Gas and Mineral Lease dated 10/30/2015, by and between Elizabeth R. Epstein, an unmarried woman, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/07/2016, Book 610, Page 910, of the official public records of Escambia County, Alabama.

81. Oil, Gas and Mineral Lease dated 09/30/215, by and between Mary H. Strain Family Trust, Jane S. Blount, Trustee, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/07/2016, Book 610, Page 913, of the official public records of Escambia County, Alabama.

82. Oil, Gas and Mineral Lease dated 09/30/2015, by and between Lovelace Properties, LLC, Barbara Burton, as Manager, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/07/2016, Book 610, Page 917, of the official public records of Escambia County, Alabama.

83. Oil, Gas and Mineral Lease dated 10/28/2015, by and between Mary Lee O. Watson, Michael D. Godwin, John Thaddeus Moore, Co-Executors of the Estate of Lee M. Otts, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/07/2016, Book 610, Page 921, of the official public records of Escambia County, Alabama.

Recorded in the Above
Deed Book & Page
04-27-2016 10:09:04 AM

00625

84. Oil, Gas and Mineral Lease dated 10/28/2015, by and between Cynthia A. Moore, a married woman, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/07/2016, Book 610, Page 923, of the official public records of Escambia County, Alabama.

85. Oil, Gas and Mineral Lease dated 10/27/2015, by and between Jean F. Hodges, a single women, by her Attorney in Fact, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/07/2016, Book 610, Page 924, of the official public records of Escambia County, Alabama.

86. Oil, Gas and Mineral Lease dated 09/30/2015, by and between Ben Kelly Strain Testamentary Trust, by Erin Joann Strain and William Dudley Strain, Co-Trustees, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/07/2016, Book 610, Page 855, of the official public records of Escambia County, Alabama.

87. Oil, Gas and Mineral Lease dated 09/30/2015, by and between, John Cleveland Lovelace, a married man, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/07/2016, Book 610, Page 863, of the official public records of Escambia County, Alabama.

88. Oil, Gas and Mineral Lease dated 09/30/2015, by and between William Yancey Lovelace, Jr., a married man, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/07/2016, Book 610, Page 867, of the official public records of Escambia County, Alabama.

89. Oil, Gas and Mineral Lease dated 09/30/2015, by and between Lenora Kelly Sanford Alford, a married woman, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/07/2016, Book 610, Page 859, of the official public records of Escambia County, Alabama.

90. Oil, Gas and Mineral Lease dated 09/23/2015, by and between Sandra A. Townsend, widow and single woman, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/07/2016, Book 610, Page 841, of the official public records of Escambia County, Alabama.

91. Oil, Gas and Mineral Lease dated 09/29/2015, by and between A.F. Holley, Jr. and Lenis Holley, both individually and as Co-Trustees of the A.F. Holley, Sr. Trust, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/07/2016, Book 610, Page 842, of the official public records of Escambia County, Alabama.

92. Oil, Gas and Mineral Lease dated 09/30/2015, by and between Hester Lovelace Gordon, a married woman, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/07/2016, Book 610, Page 846, of the official public records of Escambia County, Alabama.

93. Oil, Gas and Mineral Lease dated 09/30/2015, by and between Hermine M. Downing, Individually and as Executrix of The Estate of John Lee Downing, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/07/2016, Book 610, Page 850, of the official public records of Escambia County, Alabama.

94. Oil, Gas and Mineral Lease dated 09/30/2015, by and between Robert Harvey O'Neal, a single man, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/07/2016, Book 610, Page 851, of the official public records of Escambia County, Alabama.

95. Oil, Gas and Mineral Lease dated 05/05/2015, by and between Sherri L. Crosby, a married, sole Heir-at-Law of Helen Geraldine Crosby, as Lessor, and Sklarco, LLC, as Lessee, recorded on 06/10/2015, Book 599, Page 10, of the official public records of Escambia County, Alabama.

96. Oil, Gas and Mineral Lease dated 01/01/2015, by and between Douglas E. Smith, a married man, as Lessor, and Sklarco, LLC, as Lessee, recorded on 07/02/2015, Book 600, Page 690, of the official public records of Escambia County, Alabama.

97. Oil, Gas and Mineral Lease dated 01/01/2015, by and between Elaine S. Reid, widow, as Lessor, and Sklarco, LLC, as Lessee, recorded on 07/02/2015, Book 600, Page 687, of the official public records of Escambia County, Alabama.

98. Oil, Gas and Mineral Lease dated 05/05/2015, by and between Frances McGraw Hardy, Life Estate, and Samuel D. Hardy, Betty Hardy Harrell, Sharon Hardy Pierce and Carol Dorsey-Phillips, Remaindermen, as Lessor, and Sklarco, LLC, as Lessee, recorded on 06/29/2015, Book 600, Page 345, of the official public records of Escambia County, Alabama.

99. Oil, Gas and Mineral Lease dated 05/05/2015, by and between Pam Johnson, sole heir of Clifford Schwander, Jr., as Lessor, and ExploraCorp, LLC, as Lessee, recorded on 05/27/2015, Book 598, Page 343, of the official public records of Escambia County, Alabama.

100. Oil, Gas and Mineral Lease dated 07/10/2015, by and between Cynthia L. Dolihite, a single women, as Lessor, and Sklarco, LLC, as Lessee, recorded on 07/17/2015, Book 2015, Page 4291, of the official public records of Conecuh County, Alabama.

101. Oil, Gas and Mineral Lease dated 08/24/2015, by and between D.W. McMillan Trust, as Lessor, and Sklar Exploration Company, LLC, as Lessee, recorded on 09/16/2015, Book 605, Page 7, of the official public records of Escambia County, Alabama.

102. Oil, Gas and Mineral Lease dated 07/10/2015, by and between Pamela J. Davis, a single woman, as Lessor, and Sklarco, LLC, as Lessee, recorded on 07/17/2015, Book 2015, Page 4279, of the official public records of Conecuh County, Alabama.

103. Oil, Gas and Mineral Lease dated 10/01/2015, by and between Robert Zieman, as Lessor, and Sklarco, LLC, as Lessee, recorded on 10/01/2015, Book 605, Page 894, of the official public records of Escambia County, Alabama.

104. Oil, Gas and Mineral Lease dated 10/08/2015, by and between Pauline S. Beasley, married, as Lessor, and Sklarco, LLC, as Lessee, recorded on 10/29/2015, Book 607, Page 630, of the official public records of Escambia County, Alabama.

105. Oil, Gas and Mineral Lease dated 11/15/2015, by and between Ruby Maria Pettis, a married woman, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/05/2016, Book 610, Page 746, of the official public records of Escambia County, Alabama.

106. Oil, Gas and Mineral Lease dated 11/15/2015, by and between Jewel L. Pugh, widow, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/05/2016, Book 610, Page 749, of the official public records of Escambia County, Alabama.

107. Oil, Gas and Mineral Lease dated 11/15/2015, by and between Linda Kat Butts, a married woman, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/05/2016, Book 610, Page 731, of the official public records of Escambia County, Alabama.

108. Oil, Gas and Mineral Lease dated 10/09/2015, by and between Samuel H. Rodgers, a married man, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/05/2016, Book 610, Page 722, of the official public records of Escambia County, Alabama.

109. Oil, Gas and Mineral Lease dated 10/09/2015, by and between William Goolsby, a married man, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/05/2016, Book 610, Page 734, of the official public records of Escambia County, Alabama.

110. Oil, Gas and Mineral Lease dated 08/21/2015, by and between Sarah Martha Brown, an un married woman, as Lessor, and Sklarco, LLC, as Lessee, recorded on 09/09/2015, Book 604, Page 620, of the official public records of Escambia County, Alabama.

2016   1203
Recorded in the Above
Deed Book & Page
04-27-2016 10:09:04 AM
00626

111. Oil, Gas and Mineral Lease dated 08/15/2015, by and between John E. Pritchett, Jr., an unmarried man, as Lessor, and Sklarco, LLC, as Lessee, recorded on 08/31/2015, Book 604, Page 221, of the official public records of Escambia County, Alabama.

112. Oil, Gas and Mineral Lease dated 08/04/2015, by and between Trustmark National Bank as Successor Trustee to Ed Leigh McMillan and John R. Downing as Trustees for the Former Shareholders of Citizens Bank, as Lessor, and Sklarco, LLC, as Lessee, recorded on 11/17/2015, Book 608, Page 367, of the official public records of Escambia County, Alabama.

113. Oil, Gas and Mineral Lease dated 08/24/2015, by and between D.W. McMillan Trust, as Lessor, and Sklar Exploration Company, LLC, as Lessee, recorded on 09/16/20105, Book 605, Page 10, of the official public records of Escambia County, Alabama.

114. Oil, Gas and Mineral Lease dated 10/20/2015, by and between Wendy A. Spraberry, a married woman, as Lessor, and Sklarco, LLC, as Lessee, recorded on 10/29/2015, Book 607, Page 609, of the official public records of Escambia County, Alabama.

115. Oil, Gas and Mineral Lease dated 11/28/2015, by and between Jamie Austin, fka Jamie Lieux Rumph, married, as Lessor, and Sklarco, LLC, as Lessee, recorded on 10/29/2015, Book 607, Page 605, of the official public records of Escambia County, Alabama.

116. Oil, Gas and Mineral Lease dated 10/09/2015, by and between Vivian Maddox Weaver, single, as Lessor, and Sklarco, LLC, as Lessee, recorded on 10/29/2015, Book 607, Page 615, of the official public records of Escambia County, Alabama.

117. Oil, Gas and Mineral Lease dated 10/09/2015, by and between Lou Jean Petty, married, as Lessor, and Sklarco, LLC, as Lessee, recorded on 10/29/2015, Book 607, Page 612, of the official public records of Escambia County, Alabama.

118. Oil, Gas and Mineral Lease dated 10/09/2015, by and between Rebecca R. Blackburn, married, as Lessor, and Sklarco, LLC, as Lessee, recorded on 10/29/2015, Book 607, Page 618, of the official public records of Escambia County, Alabama.

119. Oil, Gas and Mineral Lease dated 10/09/2015, by and between James Ray Weaver, married, as Lessor, and Sklarco, LLC, as Lessee, recorded on 10/29/2015, Book 607, Page 621, of the official public records of Escambia County, Alabama.

120. Oil, Gas and Mineral Lease dated 10/09/2015, by and between Chadwick David Scott, single, as Lessor, and Sklarco, LLC, as Lessee, recorded on 10/29/2015, Book 607, Page 624, of the official public records of Escambia County, Alabama.

121. Oil, Gas and Mineral Lease dated 10/09/2015, by and between Patricia Weaver Tranum, married, as Lessor, and Sklarco, LLC, as Lessee, recorded on 10/29/2015, Book 607, Page 627, of the official public records of Escambia County, Alabama.

122. Oil, Gas and Mineral Lease dated 11/15/2015, by and between Stephen Horace Pugh, married, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/05/2016, Book 610, Page 740, of the official public records of Escambia County, Alabama.

123. Oil, Gas and Mineral Lease dated 10/09/2015, by and between Mary Rufus Smith, married, as Lessor, and Sklarco, LLC, as Lessee, recorded on 12/09/2015, Book 609, Page 612, of the official public records of Escambia County, Alabama.

124. Oil, Gas and Mineral Lease dated 11/15/2015, by and between Robert Randall Pugh, married, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/05/2016, Book 610, Page 737, of the official public records of Escambia County, Alabama.

125. Oil, Gas and Mineral Lease dated 10/08/2015, by and between Mary Ann Trimble-Jones, fka, Mary Ann Trimble Vignolo, married, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/05/2016, Book 610, Page 743, of the official public records of Escambia County, Alabama.

126. Oil, Gas and Mineral Lease dated 10/08/2015, by and between Jean Reynolds Morgan Thomas, married, as Lessor, and Sklarco, LLC, as Lessee, recorded on NEEDS TO BE RECORDED BY KELLY of the official public records of Escambia County, Alabama.

127. Oil, Gas and Mineral Lease dated 10/02/2015, by and between Michael Wayne Trimble, married, as Lessor, and Sklarco, LLC, as Lessee, recorded on 01/05/2016, Book 610, Page 725, of the official public records of Escambia County, Alabama.

128. Oil, Gas and Mineral Lease dated 09/24/2015, by and between Joyce S. Smith, widow, as Lessor, and Sklarco, LLC, as Lessee, recorded on 10/06/2015, Book 606, Page 229, of the official public records of Escambia County, Alabama.

129. Oil, Gas and Mineral Lease dated 10/23/2015, by and between Linda Austin Seykora, as Trustee of the Linda Austin Seykora Amended and Restated Revocable Living Trust Agreement, dated the 28th day of July, 2011, as Lessor, and Sklarco, LLC, as Lessee, recorded on 11/20/2015, Book 608, Page 678, of the official public records of Escambia County, Alabama.

130. Oil, Gas and Mineral Lease dated 10/09/2015, by and between William H. Whittle, married, as Lessor, and Sklarco, LLC, as Lessee, recorded on 11/17/2015, Book 608, Page 369, of the official public records of Escambia County, Alabama.

131. Oil, Gas and Mineral Lease dated 10/20/2015, by and between Christopher Lathrop, unmarried, as Lessor, and Sklarco, LLC, as Lessee, recorded on 11/17/2015, Book 608, Page 391, of the official public records of Escambia County, Alabama.

132. Oil, Gas and Mineral Lease dated 10/09/2015, by and between Roy H. Weaver, Jr., married, as Lessor, and Sklarco, LLC, as Lessee, recorded on 11/17/2015, Book, 608, Page 394, of the official public records of Escambia County, Alabama.

133. Oil, Gas and Mineral Lease dated 10/09/2015, by and between Charles Douglas Scott, married, as Lessor, and Sklarco, LLC, as Lessee, recorded on 11/17/2015, Book 608, Page 388, of the official public records of Escambia County, Alabama.

134. Oil, Gas and Mineral Lease dated 10/09/2015, by and between Lizzie Kate Higdon, married, as Lessor, and Sklarco, LLC, as Lessee, recorded on 11/17/2015, Book 608, Page 385, of the official public records of Escambia County, Alabama.

135. Oil, Gas and Mineral Lease dated 10/09/2015, by and between Karen R. Weaver, married, as Lessor, and Sklarco, LLC, as Lessee, recorded on 11/17/2015, Book 608, Page 382, of the official public records of Escambia County, Alabama.

136. Oil, Gas and Mineral Lease dated 10/09/2015, by and between Lawrence T. Weaver, married, as Lessor, and Sklarco, LLC, as Lessee, recorded on 11/17/2015, Book 608, Page 372, of the official public records of Escambia County, Alabama.

137. Oil, Gas and Mineral Lease dated 10/23/2015, by and between Constance A. Kuncicky, as Trustee of that certain Constance A. Kuncicky Revocable Living Trust dated the 15th day of August, 1996, as Lessor, and Sklarco, LLC, as Lessee, recorded on 11/20/2015, Book 608, Page 681, of the official public records of Escambia County, Alabama.

138. Oil, Gas and Mineral Lease dated 05/01/2015, by and between Janice Pettis, as Lessor, and Sklarco, LLC, as Lessee, recorded on 05/29/2015, Book 598, Page 478, of the official public records of Escambia County, Alabama.

139. Oil, Gas and Mineral Lease dated 06/02/2015, by and between Patricia V. Saloom Assemany, a single woman, as Lessor, and Aspen Energy, Inc., as Lessee, recorded on 12/02/2015, Book 609, Page 614, of the official public records of Escambia County, Alabama.

Recorded in the Above
Deed Book & Page
04-27-2016 10:09:04 AM
Roxana Booker, Probate Judge
Conecuh County, Alabama     00627

140. Oil, Gas and Mineral Lease dated 04/29/2015, by and between, Otis Clyde Bates, a widower, as Lessor, and Aspen Energy, Inc., as Lessee, recorded on 12/02/2015, Book 609, Page 55, of the official public records of Escambia County, Alabama.

141. Oil, Gas and Mineral Lease dated 04/22/2015, by and between, Judy G. Brown, a widow, as Lessor, and Aspen Energy, Inc., as Lessee, recorded on 12/02/2015, Book 609, Page 22, of the official public records of Escambia County, Alabama.

142. Oil, Gas and Mineral Lease dated 04/29/2015, by and between Eunice Idelia Carter, a widow, as Lessor, and Aspen Energy, Inc., as Lessee, recorded on 12/02/2015, Book 609, Page 57, of the official public records of Escambia County, Alabama.

143. Oil, Gas and Mineral Lease dated 04/23/2015, by and between Linda G. Cone, a married woman, as Lessor, and Aspen Energy, Inc., as Lessee, recorded on 12/02/2015, Book 609, Page 43, of the official public records of Escambia County, Alabama.

144. Oil, Gas and Mineral Lease dated 04/21/2015, by and between Mary Joe Crosby, a married woman, as Lessor, and Aspen Energy, Inc., as Lessee, recorded on 12/02/2015, Book 609, Page 37, of the official public records of Escambia County, Alabama.

145. Oil, Gas and Mineral Lease dated 08/07/2015, by and between Elijah Lavaughn Hart, as Lessor, and Aspen Energy, Inc., as Lessee, recorded on 12/02/2015, Book 609, Page 39, of the official public records of Escambia County, Alabama.

146. Oil, Gas and Mineral Lease dated 05/29/2015, by and between Escon, Inc., an Alabama Corporation, Represented herein by Kathy B. Hanks, President, as Lessor, and Aspen Energy, Inc., as Lessee, recorded on 12/02/2015, Book 609, Page 10, of the official public records of Escambia County, Alabama.

147. Oil, Gas and Mineral Lease dated 04/23/2015, by and between Broox G. Garrett, Jr., a married man, as Lessor, and Aspen Energy, Inc., as Lessee, recorded on 12/02/2015, Book 609, Page 8, of the official public records of Escambia County, Alabama.

148. Oil, Gas and Mineral Lease dated 04/22/2015, by and between Joseph Edwards Glass, Jr., as Lessor, and Aspen Energy, Inc., as Lessee, recorded on 12/02/2015, Book 609, Page 20, of the official public records of Escambia County, Alabama.

149. Oil, Gas and Mineral Lease dated 04/22/2015, by and between Richard H. Glass, a divorced man, as Lessor, and Aspen Energy, Inc., as Lessee, recorded on 12/02/2015, Book 609, Page 18, of the official public records of Escambia County, Alabama.

150. Oil, Gas and Mineral Lease dated 05/21/2015, by and between Frances McGraw Hardy, a divorced woman, Samuel D. Hardy, a single man, Betty Hardy Harrell, a married woman, Sharon Hardy Pierce, a widow, and Carol Dorsey Phillips, a married woman, as Lessor, and Aspen Energy, Inc., as Lessee, recorded on 12/02/2015, Book 609, Page 51, of the official public records of Escambia County, Alabama.

151. Oil, Gas and Mineral Lease dated 05/01/2015, by and between Chester Hix, a married man, as Lessor, and Aspen Energy, Inc., as Lessee, recorded on 12/02/2015, Book 609, Page 45, of the official public records of Escambia County, Alabama.

152. Oil, Gas and Mineral Lease dated 04/22/2015, by and between Homer D. Holland, a married man, as Lessor, and Aspen Energy, Inc., as Lessee, recorded on 12/02/2015, Book 609, Page 28, of the official public records of Escambia County, Alabama.

153. Oil, Gas and Mineral Lease dated 04/22/2015, by and between James R. Holland, a single man, as Lessor, and Aspen Energy, Inc., as Lessee, recorded on 12/02/2015, Book 609, Page 26, of the official public records of Escambia County, Alabama.

154. Oil, Gas and Mineral Lease dated 04/22/2015, by and between Richard Thomas Holland, III, as Lessor, and Aspen Energy, Inc., as Lessee, recorded on 12/02/2015, Book 609, Page 30, of the official public records of Escambia County, Alabama.

155. Oil, Gas and Mineral Lease dated 04/22/2015, by and between Anita G. Martindale, a widow, as Lessor, and Aspen Energy, Inc., as Lessee, recorded on 12/02/2015, Book 609, Page 16, of the official public records of Escambia County, Alabama.

156. Oil, Gas and Mineral Lease dated 04/30/2015, by and between Laura H. McCready, a married woman, as Lessor, and Aspen Energy, Inc., as Lessee, recorded on 12/02/2015, Book 609, Page 49, of the official public records of Escambia County, Alabama.

157. Oil, Gas and Mineral Lease dated 04/23/2015, by and between Lida G. McDowell, a married woman, as Lessor, and Aspen Energy, Inc., as Lessee, recorded on 12/02/2015, Book 609, Page 41, of the official public records of Escambia County, Alabama.

158. Oil, Gas and Mineral Lease dated 04/21/2015, by and between Alison N. Parish, a married woman, as Lessor, and Aspen Energy, Inc., as Lessee, recorded on 12/02/2015, Book 609, Page 34, of the official public records of Escambia County, Alabama.

159. Oil, Gas and Mineral Lease dated 04/30/2015, by and between Elizabeth F. Polland, a married woman, as Lessor, and Aspen Energy, Inc., as Lessee, recorded on 12/02/2015, Book 609, Page 47, of the official public records of Escambia County, Alabama.

160. Oil, Gas and Mineral Lease dated 05/21/2015, by and between George W. Pritchett and wife Lisa H. Pritchett, as Lessor, and Aspen Energy, Inc., as Lessee, recorded on 12/02/2015, Book 609, Page 12, of the official public records of Escambia County, Alabama.

161. Oil, Gas and Mineral Lease dated 04/22/2015, by and between Jo Ann S. Schumack and husband Ronald L. Schumack, as Lessor, and Aspen Energy, Inc., as Lessee, recorded on 12/02/2015, Book 609, Page 24, of the official public records of Escambia County, Alabama.

162. Oil, Gas and Mineral Lease dated 05/29/2015, by and between Kathryn Ann Till, a married woman, as Lessor, and Aspen Energy, Inc., as Lessee, recorded on 12/02/2015, Book 609, Page 6, of the official public records of Escambia County, Alabama.

163. Oil, Gas and Mineral Lease dated 04/21/2015, by and between Martha Tucker, a married woman, as Lessor, and Aspen Energy, Inc., as Lessee, recorded on 12/02/2015, Book 609, Page 32, of the official public records of Escambia County, Alabama.

164. Oil, Gas and Mineral Lease dated 04/30/2015, by and between John F. Watson, a married man, as Lessor, and Aspen Energy, Inc., as Lessee, recorded on 12/02/2015, Book 609, Page 45, of the official public records of Escambia County, Alabama.

2016   1203.001
Recorded in the Above
Deed  Book & Page
04-27-2016 10:09:04 AM
Rosene Booker, Probate Judge
Conecuh County, Alabama

00628

EXHIBIT "A-2"

Page 25 of 25

Book/Pg: 2016/1147
Term/Cashier: CONECUH5-PC / CRL
Tran: 12634.63040.79554
Recorded: 04-27-2016 10:18:56
DFE Deed Tax                              0.50
INF Indexing Fee (Computer Fnd)          5.00
REC Recording Fee                      171.00
ADI Additional Indexing Fee             19.00
Total Fees:  $ 195.50