UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor-in-Possession. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN:  72-1425432 ) | Chapter 11 |
| ) | |
| Debtor-in-Possession. ) | |

## REPORT REGARDING DISCOVERY DISPUTE WITH
## THE RUDMAN PARTNERSHIP

The Debtors, Sklar Exploration Company, LLC ("SEC"), and Sklarco, LLC ("Sklarco" and together "Debtors") state their Report Regarding Discovery Dispute with The Rudman Partnership as follows:

1. On October 16, 2020, the Pickens Financial Group, LLC, Tauber Exploration & Production Co., and the Rudman Partnership ("Rudman" and collectively, the "Movants") filed their *Ex Parte Motion for Examination of Debtors Pursuant to Fed. R. Bankr. P. 2004 and Local Bankr. R. 2004-1* (Docket No. 617) ("Rudman Motion").[1] The Rudman Motion was granted on October 19, 2020.

2. The Rudman Motion requests a number of documents, including, without limitation:

> h. All payments withheld from any working interest owners (each to be described by name) arising from the sale, processing, treating and transporting of gas, raw make, residue gas, natural gas liquids, condensate and other plant products through the Abbyville Plant for each month since SEC took over its operation, the account number and name of financial institution where such funds are being held, and the legal or contractual basis for such withholding of funds.

3. By agreement with the Movants, SEC produced documents responsive to the document requests, including extensive documents related to the amounts held in suspense for the

---

[1] The discovery dispute is only raised by The Rudman Partnership.  The Pickens Financial Group and Tauber Exploration & Production Co. are no longer represented by counsel for the Rudman Partnership in this case.

various holders of working interests ("WIOs") in the operated properties, including the Abbyville Gas Plant.

4. On December 10, 2020, the Movants conducted the examination pursuant to Fed. R. Bankr. P. 2004, at which certain additional documents were requested.

5. By email on February 15, 2021, additional documents were produced to the Rudman Partnership that showed the total amount withheld from WIOs and held in suspense in SEC's revenue account for the management fee. The amounts shown as held in suspense are in the aggregate.

6. To further satisfy the request for yet additional documents, SEC offered to produce statements on a per owner basis for all WIOs that would show all deducts on a per owner basis, as SEC's accounting system cannot produce a report that states the amount held in suspense specifically for management fees on a per owner basis. The Rudman Partnership declined.

7. The Rudman Partnership asserts that additional production of documents is required to provide a document that states the amount of revenue held in suspense solely for the management fee for 14% of WIOs who did not execute the amendment to the JOA governing the gas plant on a per owner basis. However, no such document exists.

8. Though not specifically incorporated into Rule 2004, Fed. R. Civ. P. 34 governing the production of documents by request under Fed. R. Civ. P. 26(b) requires a party to "produce and pert the requesting party to inspect . . . items in the responding party's possession, custody, or control[.]" There is nothing in Rule 2004 nor the Federal Rules of Civil Procedure that require a party to create documents specifically for a document request.

9. The Debtors have complied with the Rudman Partnership's by providing all information and documents in their possession, custody, or control, and do not have any further responsive documents to provide.

DATED: May 3, 2021

Respectfully submitted,

By:   /s/ Keri L. Riley
      Keri L. Riley, #47605
      **KUTNER BRINEN DICKEY RILEY, P.C.**
      1660 Lincoln Street, Suite 1720
      Denver, CO 80264
      Telephone: (303) 832-2400
      Email: klr@kutnerlaw.com