# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Joint Administered Under**<br>**Case No. 20-12377 EEB** |

## AGREED MOTION TO VACATE HEARING ON DISCOVERY DISPUTE PURSUANT TO THE COURT'S EXPEDITED DISCOVERY DISPUTE PROCEDURES

The Rudman Partnership and Debtors hereby file this Agreed Motion to Vacate Hearing, and respectfully represent as follows:

1. In response to a Notice of Discovery Dispute submitted by The Rudman Partnership on April 28, 2021, the Court entered a Notice of Hearing on Discovery Dispute [Dkt. No. 1223] setting a hearing on the matter for May 6, 2021 at 2:15 p.m.

2. The parties have conferred and request that the hearing on the discovery dispute be removed from today's docket and abated in order to afford time to resolve the matters in controversy.

Dated this 6th day of May, 2021.

        Respectfully submitted,

        **Maynes, Bradford, Shipps & Sheftel, LLP**

        */s/ Thomas H. Shipps*
        Thomas H. Shipps
        */s/ Shay L. Denning*
        Shay L. Denning
        Maynes, Bradford, Shipps & Sheftel, LLP
        835 E. Second Ave., Suite 123
        Durango, CO  81301
        Telephone: (970) 247-1755
        Facsimile: (970) 247-8827
        Email: tshipps@mbssllp.com

        and

        */s/ Barnet B. Skelton, Jr.*
        Barnet B. Skelton, Jr.
        Attorney at Law
        815 Walker, Suite 1502
        Houston, TX  77002
        Telephone: (713) 516-7450
        Facsimile: (713) 659-8764
        Email: barnetbjr@msn.com

        *Counsel for The Rudman Partnership*

        **KUTNER BRINEN DICKEY RILEY, P.C.**

        By: */s/ Keri Riley*
          Keri Riley, #47605
          1660 Lincoln Street, Suite 1850
          Denver, CO 80264
          (303) 832-2400
          klr@kutnerlaw.com

          *Counsel for Debtors*

        and

        */s/Duane A. Graham*
        ARMBRECHT JACKSON LLP
        Post Office Box 290
        Mobile, AL 36601
        251-405-1300
        251-432-6843 (fax)
        dag@ajlaw.com

        *Special Alabama Counsel for the Debtors*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on May 6, 2021, the foregoing instrument was electronically filed and served via email on Debtors' counsel and via CM/ECF on all attorneys and parties identified with the Court for electronic service on the record in this case, who were served by electronic service in accordance with the CM/ECF system on the date of filing.

        /s/ *Barnet B. Skelton, Jr.*
        Barnet B. Skelton, Jr.