# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11 |
| | **Joint Administered Under**<br>**Case No. 20-12377 EEB** |

## ORDER GRANTING AGREED MOTION TO VACATE HEARING ON DISCOVERY DISPUTE PURSUANT TO THE COURT'S EXPEDITED DISCOVERY DISPUTE PROCEDURES

The Court has reviewed the Agreed Motion to Vacate Hearing filed by the Rudman Partnership and Debtors and finds that the relief requested should be granted. Accordingly,

It is ORDERED that the Agreed Motion to Vacate Hearing is granted and that the hearing scheduled by the Court in that certain Notice of Hearing on Discovery Dispute [Dkt. No. 1223], setting a hearing on the matter for May 6, 2021 at 2:15 p.m., is hereby vacated.

DONE and entered this _____ day of May, 2021 at Denver, Colorado.

BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge