## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## STONEHAM DRILLING CORPORATION'S LIMITED OBJECTION TO PLAN AND RESERVATION OF RIGHTS

Stoneham Drilling Corporation ("Stoneham") hereby objects to Sklar Exploration Company, LLC's and Sklarco, LLC's (collectively, the "Debtors") Amended and Restated Joint Plan of Reorganization (the "Plan"), as follows:

1. Stoneham is an oilfield service company that provided contract drilling services for the Debtors. Stoneham has filed claims against the Debtors in the amount of $1,600,141.65. Stoneham's claims are secured by the property described in the Notice of Perfection of Lien Against Mineral Property Pursuant to 11 U.S.C. § 546(b)(2) [Docket No. 368] (the "Stoneham Lien Property").

2. Counsel for Stoneham has discussed certain informal objections to the Plan with counsel for the Debtors and has proposed language to resolve all objections. Counsel for Stoneham understands that the Debtors intend to file an amended plan of reorganization that will resolve Stoneham's objections. Nonetheless, Stoneham files this Limited Objection and Reservation of Rights out of an abundance of caution and to preserve all objections to any amended plan.

3.      The Plan proposes to treat Stoneham's Class B. 1 Claim in the amount of $1,600,141.65 as a Class 6 general unsecured claim of SEC. The proposed treatment of Stoneham's claims against the Debtors violates, among other things, sections 1123, 1129, 506, 553, and 1111 of the Bankruptcy Code.

4.      Stoneham objects to the Plan to the extent it does not preserve Stoneham's lien against the Stoneham Lien Property, Stoneham's rights of setoff and recoupment, and Stoneham's right to immediately and without further order of the Bankruptcy Court enforce and foreclose Stoneham's lien and pursue and recover any claims against non-Debtor parties other than the Creditor Trust.

5.      Accordingly, Stoneham objects to the Plan (as it may be further amended) to the extent it does not include the following language (or similar language approved by Stoneham's counsel):

> For the avoidance of doubt and to the extent Allowed, Stoneham Drilling Corporation's ("Stoneham") Class B. 1 Claim in the amount of $1,600,141.65 is treated and paid as a Class 6 general unsecured claim of SEC solely for purposes of payments under the Plan. Notwithstanding anything to the contrary in the Plan: (i) Stoneham's liens and all related claims are preserved against (a) the property described in the Notice of Perfection of Lien Against Mineral Property Pursuant to 11 U.S.C. § 546(b)(2) [Docket No. 368] (the "Stoneham Lien Property"); and (b) the Debtors', Reorganized Debtors', and the Creditor Trust's interests, if any, in the Stoneham Lien Property; (ii) the Plan does not release, discharge, enjoin, stay, or otherwise modify Stoneham's rights, claims, and defenses against all non-Debtor parties or the Creditor Trust, including the right to immediately, and without further order of the Bankruptcy Court, enforce and foreclose Stoneham's lien and pursue and recover any claims against non-Debtor parties other than the Creditor Trust; and (iii) subject to Section 8.16 herein, Stoneham reserves against the Debtors, Reorganized Debtors, and the Creditor Trust any rights of setoff, recoupment, netting, and similar rights under any applicable contract, statute (including sections 506 and 553 of the Bankruptcy Code), common law, or equitable principle.

6.      Stoneham further reserves all objections with respect to any amendment to the Plan that adversely affects Stoneham's rights and claims against the Stoneham Lien Property, the Debtors, the Reorganized Debtors, or any third parties.

**WHEREFORE**, Stoneham Drilling Corporation, respectfully requests that the Court deny confirmation of the Plan, as it may be further amended, unless the Plan includes appropriate language preserving all of the Stoneham's rights and claims as set forth herein.

Dated: May 7, 2021
By: /s/ *James B. Bailey*
BRADLEY ARANT BOULT CUMMINGS LLP
James B. Bailey
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Email: jbailey@bradley.com

***Counsel for Stoneham Drilling Corporation***

### CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul Moss
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294
Email: Paul.Moss@usdoj.gov

Keri L. Riley
1660 Lincoln St., Ste.1850
Denver, CO 80202
303-832-2400
Email: klr@kutnerlaw.com

/s/ *James B. Bailey*
OF COUNSEL