## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930<br><br>    Debtor.<br><br>In re:<br><br>SKLARCO, LLC<br>EIN: 72-1425432<br><br>    Debtor. | )<br>)<br>) Case No. 20-12377 EEB<br>) Chapter 11<br>)<br>)<br>)<br>)<br>)<br>) Case No. 20-12380 EEB<br>) Chapter 11<br>)<br>) **Jointly Administered** |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned with the law firm of Ballard Spahr LLP hereby gives notice of his entry of appearance on behalf of Louisiana Tower Operating LLC ("LTO"), a party in interest in these proceedings, and requests that all notices, pleadings, motions, applications and other documents filed and/or served in this case (including, without limitation, all notices described in Rule 2002 of the Federal Rules of Bankruptcy Procedure), be sent to the following:

> Michael L. Schuster
> Ballard Spahr LLP
> 1225 17th Street, Suite 2300
> Denver, CO, 80202-5596

This notice and request is in addition to any other such notice and request filed in this matter by another attorney with Ballard Spahr LLP. Neither this notice nor any subsequent appearance, pleading, claim, or suit is intended to waive LTO's: (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding involving matters so triable or in any case, controversy or proceeding related thereto; (iii) right to seek withdrawal of the reference by the United States District Court for the District of Colorado in any matter subject to mandatory or discretionary withdrawal; or (iv) rights, claims, actions, defenses, setoffs, recoupments to which LTO may be entitled under agreements, in law, or in equity, any and all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved by LTO.

Dated: May 7, 2021.

**BALLARD SPAHR LLP**

By: */s/ Michael L. Schuster*
Michael L. Schuster , #51773
1225 17th Street, Suite 2300
Denver, CO, 80202-5596
Telephone: (303) 299-7363
Facsimile: (303) 296-3956
Email: schusterm@ballardspahr.com

*Attorneys for Louisiana Tower Operating LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 7, 2021, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was served electronically via the Court's CM/ECF notice system to all parties registered to receive Notices of Electronic Filing in the above-styled case.

*/s/ Michael L. Schuster*