UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
|   Debtor. | ) | |
| | ) | |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE PLAN SUPPLEMENT**

The Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together, "Debtors"), by and through their attorneys, Kutner Brinen Dickey Riley, P.C., move the Court for entry of an Order extending the date by which the Debtors are required to file their Plan Supplement, and in support thereof, state as follows:

1. On March 11, 2021, the Debtors filed their Amended and Restated Joint Plan of Reorganization Dated December 18, 2020 ("Plan"), and Amended Disclosure Statement to Accompany Amended and Restated Joint Plan of Reorganization Dated December 18, 2020 ("Disclosure Statement").

2. The Plan includes a provision for a Plan Supplement to be filed no later than twenty-one (21) days prior to a hearing on confirmation of the Plan. The Plan Supplement will include certain documents necessary to effectuating the Plan, including the Creditor Trust Agreement and SEC's Resignation and Transition Schedule.

3. A preliminary hearing on confirmation of the Plan is currently set for May 28, 2021, and the Plan Supplement is therefore required to be filed on or before May 7, 2021.

4. A number of parties have either raised informal objections to the Plan, or have filed objections to confirmation. The Debtors have been negotiating with almost all of the objecting parties regarding their objections to confirmation, and anticipate filing a Second Amended and Restated Joint Plan of Reorganization in the next week.

5. The Debtors have also prepared the Resignation and Transition Schedule, and have circulated multiple drafts to East West Bank, the Official Committee of Unsecured Creditors ("Committee"), the *Ad Hoc* Committee of Working Interest Owners ("*Ad Hoc* Committee"), and some of the working interest owners. The Debtors are still negotiating the terms of the Resignation and Transition Schedule with these parties, which may result in additional modifications.

6. The Committee has also prepared the Creditor Trust Agreement, and has provided a draft to the Debtors, East West Bank, and the *Ad Hoc* Committee, resulting in certain changes to the Creditor Trust Agreement that are still being reviewed by the various parties.

7. The Debtors anticipate that these negotiations will continue ahead of the hearing on confirmation. To facilitate settlement discussions and allow the respective parties sufficient time to review recent changes to the drafts of the various documents, the Debtors request and extension of five (5) days, through and including May 12, 2021, of the time in which the Debtors are required to file their Plan Supplement.

8. The brief extension will facilitate settlement discussions, and will reduce or eliminate objections ahead of the preliminary hearing on confirmation of the Plan.

9. Counsel for the Debtors has conferred with counsel for East West Bank and the Committee, who do not oppose the requested relief.

WHEREFORE, the Debtors pray the Court make and enter an Order extending the date by which the Debtors are required to file their Plan Supplement by five (5) dats, through and including May 12, 2021, and for such further and additional relief as to the Court may appear just and proper.

DATED: May 7, 2021                    Respectfully submitted,

By: */s/ Keri L. Riley*
Jeffrey S. Brinen, #20565
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln St., Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
E-Mail: klr@kutnerlaw.com