UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:  )<br> ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC  )<br>EIN: 72-1417930  ) | Chapter 11 |
|  )<br>Debtor.  )<br> ) | |
|  ) | Case No. 20-12380-EEB |
| SKLARCO, LLC  )<br>EIN: 72-1425432  ) | Chapter 11 |
|  )<br>Debtor.  ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO
FILE PLAN SUPPLEMENT**

THIS MATTER, having come before the Court on the Debtors' Motion for Extension of Time to File Plan Supplement (the "Motion"), the Court having reviewed the Motion and finding good cause for granting the requested relief, does hereby:

**ORDER THAT:**

The Motion is GRANTED. The Debtors shall file the Plan Supplement on or before May 12, 2021.

Dated: May 10, 2021

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge