## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 | ) | |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |
| | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor-in-Possession. | ) | |
| | ) | |

## NOTICE OF FILING OF PLAN SUPPLEMENT IN CONNECTION WITH SECOND AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION

**PLEASE TAKE NOTICE** that the above-captioned Debtors and Debtors-in-Possession (collectively, the "Debtors") hereby file this Plan Supplement, as defined in Section 1.68 of the Amended and Restated Joint Plan of Reorganization ("Plan") and as may be further modified, amended, or supplemented from time to time in accordance with the Plan, consisting of the following documents:

| Exhibit A | Resignation and Transition Schedule |
|---|---|
| Exhibit B | Creditor Trust Agreement |
| Exhibit C | Mineral Leases Reserved to Creditor Trust as Set forth in Section 8.4.2.e[1] |
| Exhibit D | Escrow Agreement for Equity Interests |

**PLEASE TAKE FURTHER NOTICE** that the documents contained in this Plan Supplement are not final and remain subject to (a) further review, negotiations, and modifications, and (b) final documentation in a manner consistent with the Plan. The Debtors, in accordance with the Plan, reserve the right to amend, modify, or supplement this Plan Supplement through the Effective Date, and any of the schedules, exhibits, and designations contained herein.

---

[1] Such mineral leases are in addition to those interest specifically identified in Section 8.4.2.a-d.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek confirmation of the Plan at the Confirmation Hearing scheduled for **1:30 p.m. (Mountain Time) on May 28, 2021**, before the Honorable Elizabeth E. Brown, United States Bankruptcy Judge for the District of Colorado, at the United States Bankruptcy Court, which hearing shall be held by Zoom.

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings, including the Plan and Plan Supplement, be found (1) on the docket of Case No. 20-12377-EEB in the Bankruptcy Court for the District of Colorado or (2) free of charge on the website maintained by the Debtors' claims agent at https://dm.epiq11.com/case/sklar/dockets.

DATED:  May 12, 2021                    Respectfully Submitted,


By:  *s/ Keri L. Riley*
     Keri L. Riley, #47605
     **KUTNER BRINEN DICKEY RILEY, P.C.**
     1660 Lincoln Street, Suite 1720
     Denver, CO 80264
     Telephone:  (303) 832-2400
     Email: klr@kutnerlaw.com

# Exhibit A

## RESIGNATION AND TRANSITION SCHEDULE

### *OVERVIEW OF TIMETABLE FOR WIND DOWN OF SEC OPERATIONS*

This Resignation and Transition Schedule is intended for supplementary purposes. To the extent a conflict exists between this Schedule and an Operating Agreement, including without limitation, Unit Operating Agreements, the applicable Operating Agreement will control.

1.      The anticipated schedule for the resignation and transition of SEC's operations to one or more successor operators is attached hereto as Exhibit 1, and is broken out by geographical region. It is SEC's goal to identify a potential successor operator for each property that is willing and capable of undertaking the duties of an operator, although SEC cannot unilaterally select the successor. Instead, the working interest owners as to each property will first have to elect the successor in accordance with the respective Operating Agreement, following which the applicable state regulatory agency will have to approve the elected successor before the successor is effectively in place. SEC has already begun efforts to identify potential successors to facilitate working interest owners in electing a successor operator.

To further facilitate an expedient and orderly transition to a successor operator SEC has also begun the process of uploading information to a data room(s) that potential successor operators may need to review prior to accepting such a position and prior to a vote to select such operator as SEC's successor. Creation of the data room(s) is a cumbersome manual process that requires extensive time and effort from SEC's land, engineering, regulatory, and accounting departments to pull, index, and upload significant records. SEC is limited in its ability to do this for all properties simultaneously, as SEC has limited manpower, and time must be split between data production and maintaining ongoing operations.

SEC believes that this data room upload can be accomplished within the time projected on the attached schedule for the various properties. Data room access will be provided to potential successor operators upon execution of a non-disclosure agreement. Such data room access will begin on the "start" date of the data room population, with documents to be uploaded on a rolling basis as they become available. During the due diligence period, potential successor operators may, upon reasonable notice, arrange to inspect the subject property, and SEC field operators shall be made reasonably available to facilitate such inspection. Notwithstanding anything to the contrary, nothing contained herein is intended to limit or restrict the ability of any working interest owner to propose a successor operator or request a meeting to vote on the change of operator and/or the successor operator to the extent allowed under the applicable Operating Agreement.

2.      Once the data room for a particular property has been uploaded and the required due diligence period has concluded with one or more potential successor operators identified, SEC will promptly tender its written resignation as operator in accordance with the applicable Operating Agreement, which will be accompanied by a written ballot proposal to all working interest owners concerning the election of a successor operator. For the avoidance of a doubt, the data room shall remain open and available to potential successor operators through the applicable voting period and until the successor operator is confirmed in accordance with the applicable Operating Agreement and State and Federal Law.

If affirmative ballots approving the election of the successor operator are received within the applicable time period and by the required percentages, the successor will be deemed duly elected. The appropriate state regulatory agencies will be notified immediately, if they have not already been notified, that this process has begun to assist the successor operator in receiving requisite approvals in an expeditious manner.

If insufficient affirmative ballots approving the successor operator are received within the required timeframe, SEC may, in its discretion and as permitted by the applicable operating agreements, resolicit the election of a successor operator or proceed in accordance with Paragraph 3 below.

3.      If the data room for a particular property has been uploaded and the due diligence period has concluded but no potential successor operator has been identified, SEC will promptly tender its written resignation as operator, which will be accompanied by a notice calling for a meeting of working interest owners under the applicable Operating Agreement for the purpose of selecting a successor operator. The required meeting will be within a reasonable period of time under the circumstances and the provisions of the applicable operating agreement. The appropriate state regulatory agencies will be notified immediately, if they have not already been notified, that this process has begun. SEC assumes that a successor operator would be elected by the required number of affirmative votes at this meeting. If no successor operator can be elected by the required number of votes, SEC may, in its discretion, revise its anticipated timetable for effectuating a transition to ensure that the well remains operational until a duly elected successor operator can take over operations in accordance with applicable State and Federal Law and regulations.

4.      Once a successor operator has been duly elected under the applicable operating agreement, SEC will work cooperatively with that successor to logistically prepare for the successor to take over actual operations. These logistical efforts include plans for the transfer of physical operations, the transfer of documents related to the operations, the sharing of accounting and title data sufficient to allow the successor to assume all required accounting functions, including, without limitation, the payment of royalty and working interest owner revenue and the issuance of JIB's, and liability insurance issues.

5.      SEC will reasonably cooperate with the duly elected successor to determine the timing and process under which the applicable change of operator forms, petitions, or other materials should be filed with the agency.

6.      Once the required filings have been made with the applicable state regulatory bodies, the timetable largely depends on the discretion of the state agency. In most cases, SEC anticipates that the successor's approval will be obtained within 60 days of filing, but if the agency requires an evidentiary hearing prior to approval of the successor, completion of required hearings and approval of the successor operator could take as long as 3-4 months. SEC will continue actual operations until such time as the successor has been duly elected by the working interest owners and duly approved by the state agency.

7.      Once the applicable state agency has approved the successor operator, SEC will obtain, to the extent possible, a release or discharge from any bonding or other obligations that SEC may have with the applicable state agency.

8.      The transition to a new operator will occur in accordance with industry standards.  It is anticipated that the effective date of the transfer of operations to the successor operator will be on the first day of the month next following the date the successor operator is approved by the relevant state agency.  As such, the successor operator will be responsible for the payment and JIBs of all operational expenses incurred from the effective date forward and the distribution of revenues from all production occurring from the effective date forward.   To the extent necessary, at the discretion of the Independent Manager, SEC may contract with the successor operator for a short period of time following the effective date under which SEC would continue to provide operational services to allow the successor sufficient time to effectuate the transition.

9.      In the event of a dispute during or regarding the transition, such disputes shall be adjudicated in the applicable State or County Court for the property at issue and in accordance with the relevant Operating Agreement.

10.     SEC owns the real property located under North Beach and Abbyville gas plants.  SEC proposes to offer to sell the real property on which the North Beach and Abbyville plants are located to the current working interest owners under both the North Beach Prospect Agreement and the Escambia Prospect Agreement for the appraised value.  If those working interest owners do not wish to purchase such property, SEC will offer to sell it to the successor operator(s) for the appraised value.  SEC anticipates having a current appraisal by June 1, 2021.

11.     SEC shall use its best efforts to obtain the consent of parties holding an ownership interest in seismic data for the respective prospects to transfer the seismic data to the successor operator(s) and, subject to and upon receipt of such consent, shall promptly transfer such seismic data to the duly approved successor operator.

**Sklar Exploration Company LLC**

**Resignation and Transition Schedule - DRAFT**

1

| | START | END | DAYS |
|---|---|---|---|
| **Tranche 1: Alabama - Brooklyn** | | | |
| Create and populate data room | 4/19/21 | 5/17/21 | 28 |
| Successor Operator Due Diligence | 5/17/21 | 7/1/21 | 45 |
| Resign and elect successor operator | 7/1/21 | 7/21/21 | 20 |
| Regulatory body submission and approval | 7/22/21 | 9/20/21 | 60 |
| **Tranche 2: Alabama - Little Cedar Creek** | | | |
| Create and populate data room | 5/17/21 | 6/14/21 | 28 |
| Successor Operator Due Diligence | 6/14/21 | 6/28/21 | 14 |
| Resign and elect successor operator | 6/28/21 | 7/18/21 | 20 |
| Regulatory body submission and approval | 7/19/21 | 9/17/21 | 60 |
| **Tranche 3: Alabama - Other** | | | |
| Create and populate data room | 6/14/21 | 7/5/21 | 21 |
| Successor Operator Due Diligence | 7/5/21 | 7/19/21 | 14 |
| Resign and elect successor operator | 7/19/21 | 8/8/21 | 20 |
| Regulatory body submission and approval | 8/9/21 | 10/8/21 | 60 |
| **Tranche 4: Florida** | | | |
| Create and populate data room | 7/5/21 | 7/19/21 | 14 |
| Successor Operator Due Diligence | 7/19/21 | 8/2/21 | 14 |
| Resign and elect successor operator | 8/2/21 | 8/22/21 | 20 |
| Regulatory body submission and approval | 8/23/21 | 10/22/21 | 60 |
| **Tranche 5: Mississippi** | | | |
| Create and populate data room | 7/19/21 | 8/9/21 | 21 |
| Successor Operator Due Diligence | 8/9/21 | 8/23/21 | 14 |
| Resign and elect successor operator | 8/23/21 | 9/12/21 | 20 |
| Regulatory body submission and approval | 9/13/21 | 11/12/21 | 60 |
| **Tranche 6: Louisiana** | | | |
| Create and populate data room | 8/9/21 | 8/30/21 | 21 |
| Successor Operator Due Diligence | 8/30/21 | 9/13/21 | 14 |
| Resign and elect successor operator | 9/13/21 | 10/3/21 | 20 |
| Regulatory body submission and approval | 10/4/21 | 12/3/21 | 60 |
| **Tranche 7: East Texas** | | | |
| Create and populate data room | 8/30/21 | 9/20/21 | 21 |
| Successor Operator Due Diligence | 9/20/21 | 10/4/21 | 14 |
| Resign and elect successor operator | 10/4/21 | 10/24/21 | 20 |
| Regulatory body submission and approval | 10/25/21 | 12/24/21 | 60 |
| **Tranche 8: All Other** | | | |
| Create and populate data room | 9/20/21 | 10/18/21 | 28 |
| Successor Operator Due Diligence | 10/18/21 | 11/1/21 | 14 |
| Resign and elect successor operator | 11/1/21 | 11/21/21 | 20 |
| Regulatory body submission and approval | 11/22/21 | 1/21/22 | 60 |



| Tranche | Reference | JOAs |
|---|---|---|
| 1 | Alabama - Brooklyn | SEBOU, SWBOU, Escambia Prospect, North Beach Prospect |
| 2 | Alabama - Little Cedar Creek | LCCOU II, LCCOU IV |
| 3 | Alabama - Other | Fishpond Oil Unit, Shipps Creek |
| 4 | Florida | Mt Carmel |
| 5 | Mississippi | Oakhay Creek, South Kings Dome, South Harmony |
| 6 | Louisiana | East Castor, Fin Deep, Red River, Gibsland, West Arcadia, West Bryceland Saddle, Bracky Branch |
| 7 | East Texas | Multiple:  Cass County, Smith County, Limestone County & Freestone County |
| 8 | All Other | TBD |

# Exhibit B

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## CREDITOR TRUST AGREEMENT

This Creditor Trust Agreement is entered into this ___ day of _____, 2021 by and among Sklar Exploration Company, LLC and Sklarco, LLC (each a "Debtor," and collectively, the "Debtors") and r² advisors llc, as Creditor Trustee (the "Creditor Trustee").

## RECITALS

WHEREAS Debtors filed for relief under Chapter 11 of the Bankruptcy Code on April 1, 2020 (the "Petition Date").

WHEREAS Debtors filed their Joint Plan of Reorganization on December 18, 2020 (as subsequently amended, the "Plan").

WHEREAS the Plan, among other things, provides for the creation of a Creditor Trust and the appointment of the Creditor Trustee.

WHEREAS the primary purposes of the Creditor Trust are to (1) receive and pursue claims and Causes of Action, and distributing the proceeds of such claims and Causes of Action; and (2) receive funds and distribute funds in accordance with the Plan and this Creditor Trust Agreement.

WHEREAS the Creditor Trustee has accepted such appointment and has agreed to serve in such capacity under the terms of the Plan and this Creditor Trust Agreement.

NOW THEREFORE, in consideration of the premises and mutual covenants and agreements contained herein, the Debtors and Creditor Trustee agree as follows:

4845-0793-7257v.1

# ARTICLE I
# DEFINITIONS

**Section 1.1** ***Defined Terms***.  Unless otherwise defined herein, capitalized terms shall have the meaning ascribed below.  Capitalized terms not defined herein shall have the meaning ascribed to such term in the Plan.

Avoidance Actions means the Debtors' causes of action for any avoidance or recovery action under sections 502, 506, 510, 541, 542, 543, 544, 545, 547, 548, 549, 550, 551, 553 and 724(a) of the Bankruptcy Code, or under related state or federal statutes and common law, including fraudulent transfers, whether or not litigation has been commenced with respect to such causes of action as of the Effective Date.

Causes of Action means any and all of the Estates' and the Debtors' actions, Claims, demands, rights, defenses, counterclaims, suits, causes of action, liabilities, obligations, debts, judgments, remedies, damages, recoupments, cross claims, counterclaims, third-party claims, indemnity claims, contribution claims, and any other claim, whether known or unknown, foreseen or unforeseen, direct or indirect, derivative, choate or inchoate, in law, equity, or otherwise, including all Avoidance Actions, and any and all other claims or rights of any value whatsoever, at law or in equity, against any Creditor or other third party, including any and all claims against any Insiders, members, officers, directors, managers or employees of the Debtors; *provided*, *however*, that, when used in the Plan, the term "Causes of Action" does not include any Claim, obligation, suit, judgment, damages, right, remedy, cause of action, charge, cost, debt, indebtedness, or liabilities released or waived pursuant to Paragraph 10.5 of the Plan or by order of the Bankruptcy Court, nor does the term "Causes of Action" include any appeals pending under applicable State Law for the refund of severance taxes.  When used in the Plan, the term "Causes of Action" shall also specifically include any claim, demand, right, and cause of action that may only be asserted by a Person other than the Debtor (including the Holder of a Claim or Interest) on a derivative or other basis.  A Cause of Action shall not under any circumstances be waived as a result of the failure of the Debtors to describe such Cause of Action with specificity in the Plan.  Except as expressly provided herein, nothing in the Plan operates as a release of any of the Causes of Action.

Confirmation Date shall mean the date on which the Order for Confirmation is entered on the docket in the bankruptcy case.

Distribution shall mean any distribution made pursuant to and in accordance with the Plan.

Distribution Date shall mean any date on which the Creditor Trustee makes a Distribution under this Creditor Trust Agreement.

Estates shall mean the Debtors' bankruptcy estates.

Indemnified Parties shall mean, individually and collectively, each of the Creditor Trustee and the Creditor Trustee's employees, affiliates, officers, directors, principals, attorneys, accountants, experts, agents, and their respective affiliates.

Creditor Trust Beneficiary shall have the meaning ascribed to such term in Section 3.1.

Creditor Trust Expenses shall have the meaning ascribed to such term in Section 5.4.

Creditor Trust Termination Date shall have the meaning ascribed to such term in Section 2.7.

Permitted Investments shall have the meaning ascribed to such term in Section 5.3.

Proceeds shall mean the net amount of any and all of the proceeds of or recoveries realized or received from the Trust Assets.

Register shall have the meaning ascribed to such term in Section 3.4.

Trust Assets shall mean and include Causes of Action and Avoidance Actions, vested in the Creditor Trust free and clear of liens, claims, encumbrances, charges and all interests.

Trustee Parties shall have the meaning ascribed to such term in Section 6.1.

**Section 1.2 *Interpretation*.**   When a reference is made in this Creditor Trust Agreement to a section or article, such reference shall be to a section or article of this Creditor Trust Agreement unless otherwise clearly indicated to the contrary.

(a)    Whenever the words "include" "includes" or "including" are used in this Creditor Trust Agreement they shall be deemed to be followed by the words "without limitation."

(b)    The words "hereof," "herein" and "herewith" and words of similar import shall, unless otherwise stated, be construed to refer to this Creditor Trust Agreement as a whole and not to any particular provision of this Creditor Trust Agreement, and article, section, paragraph, exhibit and schedule references are to the articles, sections, paragraphs, exhibits and schedules of this Creditor Trust Agreement unless otherwise specified.

(c)    The meaning assigned to each term defined herein shall be equally applicable to both the singular and the plural forms of such term. Where a word is defined herein, each of its other grammatical forms shall have a corresponding meaning.

(d)    A reference to any party to this Creditor Trust Agreement or any other agreement or document shall include such party's successors and permitted assigns.

(e)     A reference to any legislation or to any provision of any legislation shall include any amendment to, and any modification or reenactment thereof, any legislative provision substituted therefor and all regulations and statutory instruments issued thereunder or pursuant thereto.

(f)     When calculating the period of time before which, within which or following which any act is to be done or step taken pursuant to this Creditor Trust Agreement, the date that is the reference date in calculating such period shall be excluded. If the last day of such period is a non-Business Day, the period in question shall end on the next succeeding Business Day.

(g)     Any reference in this Creditor Trust Agreement to $ shall mean U.S. dollars.

## ARTICLE II
## CREATION/TERMINATION OF CREDITOR TRUST

**Section 2.1** *Creation of the Creditor Trust*. The Creditor Trust is hereby constituted and created, in accordance with Treasury Regulations Section 301.7701-4(d) and Revenue Procedure 94-45 to: (i) administer, hold, and liquidate the Trust Assets, including Causes of Action (including Avoidance Actions); (ii) administer, investigate, prosecute, settle or abandon all Trust Assets in the name of, and for the benefit of, the Estates, subject to the limitations set forth in the Plan; (iii) after payment of the expenses incurred in the liquidation of the Creditor Trust Assets, distribute surplus amounts recovered therefrom to in accordance with the Plan; and (iv) object to Claims.

**Section 2.2** *Appointment and Acceptance of the Creditor Trustee*. Thomas Kim is hereby appointed as the Creditor Trustee, to act and serve as the Creditor Trustee of the Creditor Trust. Thomas Kim hereby accepts the appointment as the Creditor Trustee of the Creditor Trust, and, in such capacity, agrees to hold the Trust Assets, in trust, in accordance with the terms of this Creditor Trust Agreement and to administer the Creditor Trust pursuant to the terms and conditions of this Creditor Trust Agreement and the Plan.

**Section 2.3** *Name of the Trust*.   The trust established through the Plan and pursuant to this Creditor Trust Agreement shall bear the name "Sklarco Creditor Trust." In connection with the exercise of Trustee's powers under this Creditor Trust Agreement, the Trustee may use this name or such variation thereof as the Creditor Trustee, in the Creditor Trustee's discretion, may determine to be appropriate.

**Section 2.4** *Transfer of Assets to the Trust*. Pursuant to the Plan and the Confirmation Order, on the Effective Date, the Trust Assets shall be unconditionally and irrevocably transferred, assigned and delivered by the Debtors to the Creditor Trust, in trust, to be administered for the benefit of the Estates, free and clear of all claims, liens, encumbrances, charges and other interests. Any cash, proceeds or other property received from third parties arising from or related to the prosecution, settlement, or compromise of any Causes of Action (including Avoidance Actions) shall constitute Trust Assets for purposes of Distributions under this Creditor Trust Agreement. Upon the transfer of the Trust Assets, the

4

Creditor Trust shall succeed to all of the Debtors' and the Estates' rights, title, and interests in and to the Trust Assets, and the Debtors and the Estates will have no further interest in or with respect to the Trust Assets or the Creditor Trust.

**Section 2.5** *Maintenance of Cash and Proceeds*. Any and all cash and proceeds shall be maintained by the Creditor Trustee in an account designated for such purposes in accordance with the Plan.

**Section 2.6** *Fiscal Year*. The fiscal year of the Creditor Trust shall be the calendar year.

**Section 2.7** *Termination of Creditor Trust*. The Creditor Trustee shall liquidate the Trust Assets in an orderly and expeditious manner in accordance with this Creditor Trust Agreement and the Plan. The Creditor Trust shall automatically terminate upon the date (a) all Disputed Claims have been resolved, (b) all Trust Assets have been liquidated, (c) all duties and obligations of the Creditor Trustee under this Creditor Trust Agreement have been fulfilled, (d) all Distributions required to be made under the Plan and this Creditor Trust Agreement have been made, and (e) the Bankruptcy Cases have been closed (the "Creditor Trust Termination Date"); provided, however, in no event shall the Creditor Trust be dissolved later than five (5) years after the Effective Date, subject to the right of the Creditor Trustee to seek further order of the Bankruptcy Court extending the term of the Creditor Trust.

## ARTICLE III
## BENEFICIARIES

**Section 3.1** *Creditor Trust Beneficiaries*. Creditors receiving distributions under this Creditor Trust Agreement and in accordance with the Plan shall herein be referred to as the "Creditor Trust Beneficiaries".

**Section 3.2** *Interests of Creditor Trust Beneficiaries*. The Creditor Trust Beneficiaries shall have undivided beneficial interests in the Trust Assets (the "Beneficial Interests"). The ownership of a Beneficial Interest hereunder shall not entitle any Creditor Trust Beneficiary to any title in or to the Trust Assets or to any right to call for a partition or division of Trust Assets or to require an accounting.

**Section 3.3** *No Suits by Creditor Trust Beneficiaries*. No Creditor Trust Beneficiary shall have any right by virtue of any provision of this Creditor Trust Agreement to institute any action or proceeding, at law or in equity, against any person, including the Creditor Trustee, with respect to the Trust Assets; provided, however, that a Creditor Trust Beneficiary shall be permitted to institute in the Bankruptcy Court an action or proceeding, in law or in equity, against the Creditor Trustee solely with respect to this Creditor Trust Agreement or the Trust Assets, and the Creditor Trustee shall have no liability to any Creditor Trust Beneficiary except for acts or omissions arising from gross negligence, intentional misconduct, willful misconduct or actual fraud.

4845-0793-7257v.1

**Section 3.4** *Recording of Beneficial Interests in Trust Assets*.   As soon as practical after the creation of the Creditor Trust, the Creditor Trustee or a duly authorized agent of the Creditor Trustee shall record all ownership and transfers of Beneficial Interests in a register (the "Register") maintained by the Creditor Trustee (or a duly authorized agent of the Creditor Trustee) for such purpose.

**Section 3.5** *Transferability of Beneficial Interests*. The Beneficial Interests in the Creditor Trust shall not be certificated and no physical certificates shall be issued representing the Beneficial Interests. The Beneficial Interests shall not be transferable, assignable, pledged, sold, or hypothecated, in whole or in part, except with respect to a transfer by will or under the laws of descent and distribution, or as otherwise provided in this Creditor Trust Agreement.

**Section 3.6** *Notice of Change of Address; Undeliverable Property*. Each Creditor Trust Beneficiary shall be responsible for providing the Creditor Trustee with written notice of any change in address. The Creditor Trustee is not obligated to make any effort to determine the correct address of a Creditor Trust Beneficiary.

(a) All Distributions under the Plan and this Creditor Trust Agreement, shall be made to Creditors in accordance with the notice provision of the Plan, unless the Creditor Trustee has been notified in writing of a change of address, including, without limitation.  In the event that any Distribution to any such Creditor is returned as undeliverable, no Distribution to such Holder shall be made unless and until the Creditor Trustee has been notified of the then current address of such Holder, at which time or as soon as reasonably practicable thereafter, such Distribution shall be made to such Holder without interest.  Undeliverable Distributions shall remain in the possession of the Creditor Trust until the earlier of (i) such time as the relevant Distribution becomes deliverable and (ii) the time period specified in subsection (b) hereof.

(b) At the later of the expiration of one (1) year after the Effective Date and the date a Claim becomes an Allowed General Unsecured Claim, any undeliverable Distribution shall be deemed unclaimed property and shall revest in the Creditor Trust and be distributed in accordance with the Plan, this Creditor Trust Agreement, or as otherwise ordered by the Bankruptcy Court.

**Section 3.7** *Notice of Transfer of Beneficial Interest*. Any notice of a change of beneficial interest ownership shall be provided in accordance with, and subject to, any notice requirements in this Article III. The notice shall be executed by both the transferee and the transferor. The notice must clearly describe the interest to be transferred. Any such transfer will not be effective until and unless the Creditor Trustee receives written notice of such transfer. The Creditor Trustee may rely upon such signatures and acknowledgments as evidence of such transfer without the requirement of any further investigation. The Creditor Trustee may establish supplemental procedures to govern the registration and transfer of beneficial interests if reasonably necessary.

4845-0793-7257v.1

# ARTICLE IV
# TAX AND SECURITIES MATTERS

**Section 4.1** *Tax Treatment*. The Creditor Trust is established for the sole purpose of liquidating, monetizing, and distributing the Trust Assets, and any proceeds therefrom, in accordance with Treasury Regulation section 301.7701-4(d) and Revenue Procedure 94-45, with no objective to continue or engage in the conduct of a trade or business. The Creditor Trust is intended to qualify as a liquidating trust for U.S. federal income tax purposes. In general, a liquidating trust is not a separate taxable entity for U.S. federal income tax purposes, but is instead treated as a grantor trust, i.e., pass-through entity. All parties must treat the transfer of the portion of the Trust Assets attributable to the Creditor Trust Beneficiaries as a transfer of such assets directly to the Creditor Trust Beneficiaries followed by a contribution of the Trust Assets to the Creditor Trust. Consistent therewith, all parties must treat the Creditor Trust as a grantor trust of which the Creditor Trust Beneficiaries are the owners and grantors. The Creditor Trustee shall determine the fair market value of the Trust Assets (including, for the avoidance of doubt, Causes of Action) as soon as possible after the Effective Date, and the Creditor Trust Beneficiaries and the Creditor Trustee shall consistently use this valuation for all U.S. federal income tax purposes, including for determining gain, loss, or tax basis. The Creditor Trustee shall make such valuation available to the Beneficiaries by request pursuant to the request for information provision in this Creditor Trust Agreement or in a manner deemed appropriate by the Creditor Trustee.

**Section 4.2** *Tax Basis*. For all federal income tax purposes, a Distribution will be allocated to the principal amount of an Allowed General Unsecured Claim first and then, to the extent the Distribution exceeds the principal amount of the Allowed General Unsecured Claim, to the portion of the Allowed General Unsecured Claim representing accrued but unpaid interest.

**Section 4.3** *Tax Identification Numbers*. The Creditor Trustee may require any Creditor Trust Beneficiary to furnish to the Creditor Trustee necessary information for tax and reporting purposes, including such Creditor Trust Beneficiary's Employer or Taxpayer Identification Number as assigned by the Internal Revenue Service or the Social Security Administration, as the case may be, and the Creditor Trustee may condition any Distribution to any Creditor Trust Beneficiary upon the receipt of such information.

**Section 4.4** *Withholding Taxes*. Any federal, state, or local withholding taxes or other amounts required to be withheld under applicable law shall be deducted from Distributions hereunder. All Creditor Trust Beneficiaries shall be required to provide any information necessary to effect the withholding of such taxes.

**Section 4.5** *Securities Laws*. Under section 1145 of the Bankruptcy Code, the issuance of Beneficial Interests in the Creditor Trust under the Plan shall be exempt from registration under the Securities Act of 1933, as amended, and applicable state and local laws requiring registration of securities.

# ARTICLE V

7

## POWERS OF AND LIMITATIONS ON THE CREDITOR TRUSTEE

**Section 5.1** *Powers of the Creditor Trustee*. In connection with the administration of the Creditor Trust, the Creditor Trustee is authorized to perform any and all acts necessary and desirable to accomplish the purposes of the Creditor Trust. The Creditor Trustee will act for the Creditor Trust, the Debtors and the Estates, subject to the provisions of the Plan, the Confirmation Order and this Creditor Trust Agreement. On the Effective Date, the Creditor Trustee shall succeed to all rights of the Debtors and the Estates with respect to the Trust Assets necessary to protect, conserve and liquidate all the Trust Assets. Without limiting, but subject to, the foregoing, the Creditor Trustee shall be expressly authorized to:

(a) prosecute, collect, compromise, settle, or abandon any Cause of Action and Avoidance Action without further approval of or application to the Bankruptcy Court (except to the extent required by this Creditor Trust Agreement, the Plan, or the Confirmation Order);

(b) appear and have standing in the Bankruptcy Court (or any other court having jurisdiction over the Creditor Trust Assets) to be heard with regard to the Causes of Action (including Avoidance Actions), object to Claims, and other matters that may affect or relate to the Trust Assets;

(c) act on behalf of the Debtors, the Estates or the Creditor Trust in prosecuting, compromising, settling, or defending any Cause of Action, Avoidance Action, or rights (whether legal or equitable) pertaining to a Creditor Trust Asset that exist as of the Effective Date or could arise at any time thereafter, whether under the Bankruptcy Code or other applicable law, including in all adversary proceedings and contested matters then pending (whether or not originally asserted in the name of the Debtors, the Estates, or the Creditor Trust, or any other authorized representative of the Estates, such as the Creditors' Committee) or that can be commenced in the Bankruptcy Court and in all actions and proceedings that may be pending (whether or not originally asserted in the name of the Debtors, the Estates, or the Creditor Trust, or any other authorized representative of the Estates, such as the Creditors' Committee) or that can be commenced elsewhere;

(d) receive, manage, invest, supervise, and protect the Trust Assets, including paying taxes, if any, or other obligations incurred in connection therewith;

(e) open and maintain bank accounts in the name of the Creditor Trust, draw checks and drafts thereon on the sole signature of the Creditor Trustee, and terminate such accounts as the Creditor Trustee deems appropriate;

(f) liquidate and monetize the Trust Assets and Causes of Action (including Avoidance Actions);

(g) execute any documents and pleadings, and take any other actions related to, or in connection with, the liquidation of the Trust Assets and Causes of

4845-0793-7257v.1

Action (including Avoidance Actions) and the exercise of the Creditor Trustee's powers granted by the Plan and this Creditor Trust Agreement, including, but not limited to, the exercise of the Debtors' rights to conduct discovery and oral examination of any Person under Rule 2004 of the Federal Rules of Bankruptcy Procedure;

(h)    hold legal title to any and all rights of the Creditor Trust Beneficiaries in or arising from the Trust Assets;

(i)    protect and enforce the rights to the Trust Assets vested in the Creditor Trust by this Creditor Trust Agreement by any method deemed appropriate including, without limitation, by judicial proceedings or pursuant to any applicable bankruptcy, insolvency, moratorium, or similar law and general principles of equity;

(j)    make Distributions as may be authorized by Order of the Bankruptcy Court, this Creditor Trust Agreement, or the Plan;

(k)    file, if necessary, any and all tax returns with respect to the Creditor Trust, pay taxes, if any;

(l)    oversee compliance with the Creditor Trust's accounting, finance, and reporting obligations;

(m)    make any and all necessary filings in accordance with any applicable law, statute, or regulation;

(n)    determine and satisfy any and all uncontested liabilities created, incurred, or assumed by the Creditor Trust;

(o)    pay any and all expenses and make all other payments in connection with the Creditor Trust without further order of the Bankruptcy Court;

(p)    retain professionals, if any, including, without limitation, counsel, accountants, investment advisors, auditors, and other agents on behalf of the Creditor Trust necessary or desirable to carry out the obligations of the Creditor Trustee hereunder.   A professional shall not be disqualified from serving as counsel to the Creditor Trustee solely because of that professional's prior retention by the Debtors or the Committee;

(q)    pay, without application to the Bankruptcy Court or any other court of competent jurisdiction, professionals retained by the Creditor Trustee;

(r)    invest moneys received by the Creditor Trust or otherwise held by the Creditor Trust in accordance with Section 5.3 hereof; in the event that the Creditor Trustee determines that the Creditor Trust Beneficiaries or the Creditor Trust may, will, or have become subject to adverse tax consequences, in the Creditor Trustee's

4845-0793-7257v.1

sole discretion, take such actions that will, or are intended to, alleviate such adverse tax consequences;

(s)      utilize Trust Assets to obtain, purchase and maintain all appropriate insurance policies and pay all insurance premiums and costs the Creditor Trustee deems necessary or advisable to insure the acts and omissions of the Creditor Trustee;

(t)      exercise any and all powers granted to the Creditor Trustee under the Plan or Confirmation Order;

(u)      employ such employees as the Creditor Trustee may deem necessary or appropriate to assist the Creditor Trustee in carrying out the Creditor Trustee's powers and duties under this Creditor Trust Agreement;

(v)      [intentionally left blank]

(w)      execute and deliver all documents and take all actions that are not inconsistent with the provisions of the Plan, the Confirmation Order, and this Creditor Trust Agreement that the Creditor Trustee deems reasonably necessary to consummate the Plan or desirable to further the purposes of the Creditor Trust;

(x)      use, sell at public or private sale, assign, transfer, abandon or otherwise dispose of the Trust Assets or convert the same to Cash without Bankruptcy Court approval, but consistent with the provisions herein; and

(y)      object to Claims.

**Section 5.2** *Limitations on Creditor Trustee*. The Creditor Trustee shall not at any time, on behalf of the Creditor Trust or the Creditor Trust Beneficiaries, (i) enter into or engage in any trade or business, or (ii) take any actions that are not related, directly or indirectly, to the purposes of this Creditor Trust Agreement and the Creditor Trust or the administration or implementation of the terms hereof. The Creditor Trustee shall not pursue, commence or settle any Causes of Action not otherwise released pursuant to the Plan without the prior consent of the Creditor Trust Oversight Committee, including, but not limited to, any claims against current or former officers or directors for breach of fiduciary duties. The Creditor Trust Oversight Committee, however, may authorize settlement parameters for the Creditor Trustee to settle certain Causes of Action without having to seek further authority from the Creditor Trust Oversight Committee.

**Section 5.3** *Investment of Creditor Trust Monies*. The Creditor Trustee shall invest any funds held by the Creditor Trustee pending the Distribution of such funds pursuant to this Creditor Trust Agreement in short - term, tax - exempt investments ("Permitted Investments"). Subject to definitive guidance from the IRS or a court of competent jurisdiction to the contrary (including the receipt by the Creditor Trustee of a private letter ruling if the Creditor Trustee so requests one, or the receipt of an adverse determination by the IRS upon audit if not contested by the Creditor Trustee), the Creditor Trustee shall (a) treat the funds and other

property held by the Creditor Trustee as held in a single trust for federal income tax purposes in accordance with the trust provisions of the Internal Revenue Code (sections 641 et seq.), and (b) to the extent permitted by applicable law, report consistently with the foregoing for state and local income tax purposes.

**Section 5.4** *Payment of Claims, Expenses and Liabilities of the Creditor Trust*. The Creditor Trustee shall arrange for the disbursement of funds for the payment of the following claims, expenses and liabilities (collectively, the "Creditor Trust Expenses"):

      (a)    all claims, fees, expenses, charges, liabilities, and obligations of the Creditor Trust as contemplated by this Creditor Trust Agreement and as required by law,

      (b)    compensation to, and reimbursement of expenses incurred (or to be incurred) by, the Creditor Trustee, and all professionals retained by the Creditor Trust in connection with the performance of the duties of such parties under this Creditor Trust Agreement, including, without limitation, the reasonable fees, disbursements, advances and related expenses of the Creditor Trustee's agents, advisors, professionals, and experts, and

      (c)    all claims, fees, expenses, charges, liabilities, and obligations of the Creditor Trust as set forth in this Creditor Trust Agreement for the benefit of an Indemnified Party.

**Section 5.5** *Allocation of Costs and Expenses*. The Creditor Trustee shall be responsible for allocating all costs and expenses of the Creditor Trust, including the fees and expenses of the Creditor Trustee and its retained professionals, between costs and expenses incurred in the prosecution and resolution of Claims, Causes of Action, and Avoidance Actions, and the administration and closing of the Chapter 11 Case. Proceeds of Causes of Action and Avoidance Action may be used to pay for costs and expenses of the Creditor Trust.

**Section 5.6** *Non-Cash Trust Assets*. To the extent Trust Assets consist of property other than Cash or Permitted Investments, the Creditor Trustee shall reduce such Trust Assets to Cash and Permitted Investments. The Creditor Trustee shall determine the preferred timing of reducing such Trust Assets to Cash and Permitted Investments.

**Section 5.7** *Distributions*. After the Effective Date and the establishment and funding of any necessary reserves, the Creditor Trustee shall make Distribution to holders of Allowed Claims in accordance with the terms of the Plan and this Creditor Trust Agreement. In the event that the Creditor Trustee elects to make a Distribution prior to the resolution of all Disputed Claims, the Creditor Trustee shall hold in trust any Distributions with respect to Disputed Claims of parties asserting an interest in the Trust Assets until such Disputed Claims (i) become Allowed General Unsecured Claims that entitle the holders of such Claim to be a Creditor Trust Beneficiary, or (ii) become disallowed by Final Order of the Bankruptcy Court. Prior to making any Distributions to Creditor Trust Beneficiaries, the Creditor Trustee may retain such amounts (x) as are reasonably necessary to meet contingent liabilities, fund required

4845-0793-7257v.1

or appropriate reserves, and to maintain the value of the Trust Assets during the liquidation, (y) to pay reasonable expenses (including, but not limited to, any taxes imposed on the Creditor Trust or in respect of the Trust Assets), and (z) to satisfy other liabilities incurred by the Creditor Trust in accordance with the Plan and this Creditor Trust Agreement.

Section 5.8 *Books and Records*. The Creditor Trustee shall maintain, in respect of the Creditor Trust and the Creditor Trust Beneficiaries, books and records relating to the assets and the income of the Creditor Trust and the payment of expenses of the Creditor Trust, in accordance with, and for the purposes of complying with, the provisions of Article IV hereof. Any books and records determined by the Creditor Trustee, in the Creditor Trustee's sole discretion, not to be reasonably necessary for administering the Creditor Trust or for the Creditor Trustee's compliance with this Creditor Trust Agreement may, to the extent not prohibited by applicable law, be destroyed.

Section 5.9 *Cash Payments*. All payments required to be made by the Creditor Trustee under the Plan and this Creditor Trust Agreement shall be made, at the sole discretion of the Creditor Trustee, in either Cash, check, or wire transfer and, if in check form, drawn on a domestic bank selected by the Creditor Trustee.

Section 5.10 *Settlement of Causes of Action and Avoidance Actions*. Subject to Section 5.2, above, the Creditor Trustee shall be authorized to settle any Cause of Action, including Avoidance Actions, without notice to any party or approval of the Bankruptcy Court.

Section 5.11 *Fractional Cents*. Any other provision of this Creditor Trust Agreement to the contrary notwithstanding, no payment of fractions of cents will be made. Whenever any payment of a fraction of a cent would otherwise be called for, the actual payment shall reflect a rounding down of such fraction to the nearest whole cent.

Section 5.12 *Periodic Reporting*. Within thirty (30) days after the last day of each calendar quarter in which the Trust shall remain in existence, the Creditor Trustee shall file a report with the Bankruptcy Court of all Trust Assets held and received by the Creditor Trust, all Creditor Trust Expenses, and all disbursements to Creditor Trust Beneficiaries. The Creditor Trustee's report shall be provided to the Creditor Trust Oversight Committee upon filing with the Bankruptcy Court, and shall be available to any Creditor Trust Beneficiary upon written request in the manner provided in this Creditor Trust Agreement. The Creditor Trustee shall provide statements, reports, submissions, and information to the Trust Oversight Committee as may reasonably be requested, including without limitation, periodic updates on the status of the Creditor Trust, the Trust Assets (including tax refunds), and the projected timing and amount of future distributions (to the extent known by the Creditor Trustee).

# ARTICLE VI
# CONCERNING THE CREDITOR TRUSTEE

Section 6.1 *Generally*. The Creditor Trustee accepts and undertakes to discharge the Creditor Trust created by this Creditor Trust Agreement upon the terms and conditions hereof.

The Creditor Trustee shall exercise such of the rights and powers vested in the Creditor Trustee by this Creditor Trust Agreement, and use the same degree of care and skill in the Creditor Trustee's exercise as a prudent person would exercise or use under the circumstances in the conduct of the Creditor Trustee's own affairs. No provision of this Creditor Trust Agreement shall be construed to relieve the Creditor Trustee or the Creditor Trustee's employees, affiliates, officers, directors, principals, attorneys, accountants, experts, and agents (collectively with the Creditor Trustee, the "Trustee Parties") from liability for that Trustee Party's own gross negligence, intentional misconduct, willful misconduct, or fraud, except that:

     (a)    the Trustee Parties shall not be liable for any action taken in good faith in reliance upon the advice of attorneys, accountants, and other professionals.

     (b)    the Trustee Parties undertake to perform such duties and only such duties as are specifically set forth in this Creditor Trust Agreement, and to the fullest extent permitted by applicable law no implied covenants or obligations shall be read into this Creditor Trust Agreement against the Trustee Parties;

     (c)    the Trustee Parties shall not be liable for any error of judgment made in good faith, and whether or not therein expressly so provided, every provision of this Creditor Trust Agreement relating to the conduct or affecting the liability of or affording protection to the Trustee Parties shall be subject to the provisions of this section.

**Section 6.2 *Certain Rights of the Creditor Trustee*.** Except as otherwise provided in this Creditor Trust Agreement:

     (a)    the Creditor Trustee may rely and shall be protected in acting upon any resolution, statement, instrument, opinion, report, notice, request, consent, order, or other paper or document reasonably believed by the Creditor Trustee to be genuine and to have been signed or presented by the proper party or parties;

     (b)    the Creditor Trustee may consult with counsel, and the advice or opinion of counsel shall be full and complete protection to the Creditor Trustee in respect of any action taken, suffered, or omitted by the Creditor Trustee in good faith and in reliance on, or in accordance with, such advice or opinion;

     (c)    persons dealing with the Creditor Trustee shall look only to the Trust Assets to satisfy any liability incurred by the Creditor Trustee to such person in carrying out the terms of this Creditor Trust Agreement and the Creditor Trustee, and his professionals, shall have no personal or individual obligation to satisfy any such liability;

     (d)    whenever, in the administration of this Creditor Trust Agreement, the Creditor Trustee shall deem it desirable that a matter be proved or established prior to taking, suffering or omitting any action hereunder, the Creditor Trustee (unless other evidence be herein specifically prescribed) may, in the absence of bad faith on the

part of the Creditor Trustee, rely upon an opinion of counsel or certificate furnished to the Creditor Trustee by or on behalf of the Creditor Trust Beneficiaries;

(e)     the Creditor Trustee shall not be bound to make any investigation into the facts or matters stated in any resolution, certificate, statement, instrument, opinion, report, notice, request, direction, consent, order, bond, or other paper or document, but the Creditor Trustee, in the Creditor Trustee's discretion, may make such further inquiry or investigation into such facts or matters as the Creditor Trustee may see fit, and, if the Creditor Trustee shall determine to make such further inquiry or investigation, the Creditor Trustee shall be entitled to examine the books, records and premises of the relevant person or entity, personally or by agent or attorney; and

(f)     the Creditor Trustee may execute any of the trusts or powers hereunder or perform any duties hereunder either directly or by or through agents or attorneys and the Creditor Trustee shall not be responsible for any misconduct or negligence on the part of any agent or attorney appointed with due care by the Creditor Trustee hereunder.

**Section 6.3** *Liability to Third Persons*. Except with regard to Trust Assets erroneously or improperly received or held by such Creditor Trust Beneficiary, no Creditor Trust Beneficiary shall be subject to any personal liability whatsoever, in tort, contract, or otherwise, to any Person in connection with the Trust Assets or the affairs of the Creditor Trust, except for such Creditor Trust Beneficiary's own gross negligence, intentional misconduct, willful misconduct, or fraud. The Creditor Trustee and any agent of the Creditor Trustee shall not be subject to any personal liability whatsoever, in tort, contract, or otherwise, to any Person in connection with the Trust Assets or the affairs of the Creditor Trust, except for the gross negligence, intentional misconduct, willful misconduct, or fraud of the Creditor Trustee or any such agent of the Creditor Trustee. Any Person shall look solely to the Trust Assets for satisfaction of claims of any nature arising in connection with affairs of the Creditor Trust.

**Section 6.4** *Indemnity*. Indemnified Parties shall be indemnified by the Creditor Trust from any losses, claims, damages, liabilities, or expenses (including, without limitation, reasonable attorneys' fees, disbursements, and related expenses) that such Indemnified Parties may incur or to which such Indemnified Parties may become subject in connection with any action, suit, proceeding, or investigation brought by or threatened against such Indemnified Parties on account of the acts or omissions of such Indemnified Parties in connection the Creditor Trust or this Creditor Trust Agreement; provided, however, that the Creditor Trust shall not be liable to indemnify the Indemnified Parties for any such Indemnified Parties' acts or omissions constituting gross negligence, intentional misconduct, willful misconduct, or fraud; and, provided further, that nothing in this Section 6.4 shall be deemed to restrict any Trustee Party's right to receive indemnity based on acts or omissions taken in accordance with the provisions of Sections 6.1 and 6.2, as applicable.

**Section 6.5** *Compensation and Reimbursement*.

(a)     The Creditor Trustee shall be entitled to payment and reimbursement of fees charged at $500 per hour, subject to annual increase, and incurred expenses.

(b)     The Creditor Trustee may retain counsel, accountants, or other professionals, including but not limited to those previously retained by the Debtor or the Committee, without further approval by the Bankruptcy Court, on terms the Creditor Trustee determines to be reasonable.

(c)     Subsequent to the Effective Date, the reasonable fees and expenses of any professionals retained by the Creditor Trustee in connection with the prosecution of the Causes of Action (including Avoidance Actions) and Claim objections shall be:

(i) deemed an expense of the Creditor Trust, and

(ii) paid by the Creditor Trust in accordance with any applicable retention agreements without any requirement of approval by the Bankruptcy Court of the retention, fees or expenses payable to such professionals.

**Section 6.6** *Exculpatory Provisions*. The Creditor Trustee shall not have any obligation, responsibility or liability for: (i) the validity, execution (except the Creditor Trustee's own execution), enforceability, legality, or sufficiency of this Creditor Trust Agreement; and (ii) taking any action under this Creditor Trust Agreement, if taking such action (x) would subject the Creditor Trustee to a tax in any jurisdiction where the Creditor Trust is not then subject to a tax, or (y) would require the Creditor Trust to qualify to do business in any jurisdiction where it is not then so qualified, unless the Creditor Trustee receives an indemnity satisfactory to the Creditor Trustee against such tax (or equivalent liability), or any liability resulting from such qualification.

## ARTICLE VII
## CREDITOR TRUSTEE AND SUCCESSOR CREDITOR TRUSTEES

**Section 7.1** *Resignation*. The Creditor Trustee may resign and be discharged by giving at least 60 days' prior written notice to be filed with the Bankruptcy Court and shall be effective upon the appointment of a successor Trustee.

**Section 7.2** *Removal*. After the payment of all outstanding fees and expenses of the Creditor Trustee and the professionals retained by the Creditor Trust accrued through such date, the Creditor Trustee may be removed by a vote of a majority of the members of the Creditor Trust Oversight Committee, and only in conjunction with appointment of a successor Creditor Trustee.

**Section 7.3** *Appointment of Successor*. In the event of the Creditor Trustee's resignation or removal, the Creditor Trust Oversight Committee shall appoint the successor Creditor Trustee. In the event a successor Creditor Trustee is not appointed within 60 days after the occurrence or effectiveness, as applicable, of the prior Creditor Trustee's death,

incapacitation, resignation, or removal, the Creditor Trust Oversight Committee shall be authorized to move the Bankruptcy Court for the appointment of a successor Trustee.

**Section 7.4** *Acceptance of Appointment by  Successor Creditor Trustee*. The death, incapacitation, resignation, or removal of the Creditor Trustee shall not operate to terminate the Creditor Trust created by this Creditor Trust Agreement or to revoke any existing agency created pursuant to the terms of this Creditor Trust Agreement or invalidate any action theretofore taken by the Creditor Trustee. Any successor Creditor Trustee appointed  hereunder shall execute an instrument accepting such successor Creditor Trustee's appointment which shall be filed with the Bankruptcy Court. There upon, such   successor Creditor Trustee shall, without any further act, become vested with all the liabilities, duties, powers, rights, title, discretion, and privileges of the predecessor Creditor Trustee in the Creditor Trust with like effect as if originally named Creditor Trustee and shall be deemed appointed pursuant to section 1123(b)(3)(B) of the Bankruptcy Code to retain and enforce the rights and obligations under the Plan and this Creditor Trust Agreement.

## ARTICLE VIII
## CREDITOR TRUST OVERSIGHT COMMITTEE

**Section 8.1** *Creditor Trust Oversight Committee*.  Each member of the Creditor Trust Oversight Committee shall be a Creditor Trust Beneficiary or authorized  representative of a Creditor Trust Beneficiary.

**Section 8.2** *Creditor Trust Oversight Committee Tenure and Replacement*. Each member of the Creditor Trust Oversight Committee will serve until death, incapacitation or resignation. A member of the Creditor Trust Oversight Committee may resign at any time by providing a written notice of resignation to the Creditor Trustee and remaining members of the Creditor Trust Oversight Committee. A member of the Creditor Trust Oversight Committee is deemed to have resigned as of the date of any transfer of the member's Beneficial Interest; provided, however, a transfer of a member's Beneficial Interest pursuant to merger or acquisition shall not be deemed a resignation of the Creditor Trust Beneficiary from the Creditor Trust Oversight Committee. Upon the resignation, death or incapacity of a Creditor Trust Oversight Committee member, a successor member may, but shall not be required to, be appointed by a majority of the remaining members of the Creditor Trust Oversight Committee.

**Section 8.3** *Initial Members of the Creditor Trust Oversight Committee.*  The initial members of the Creditor Trust Oversight Committee shall be:

> Stoneham Drilling Corporation
> Mesa Fluids, LLC
> TCP Cottonwood, L.P.
> Kelley Brothers Contractors, Inc.
> Baker Hughes Company
> Fant Energy Limited

**Section 8.4** *Creditor Trust Oversight Committee Action*. Except as may otherwise be provided herein, a majority of the members of the Creditor Trust Oversight Committee shall

16

constitute a quorum for any action by the Creditor Trust Oversight Committee, and the act of a majority of those present at any meeting at which a quorum is present, shall be the act of the Creditor Trust Oversight Committee. In the event of a tie vote, the Creditor Trustee shall be deemed a voting member for the sole purpose of breaking any such tie vote of the Creditor Trust Oversight Committee, except with respect to votes as to the Creditor Trustee's compensation, in which case, lead counsel for the Creditor Trustee shall be deemed a voting member. Any or all members of the Creditor Trust Oversight Committee may participate in a regular or special meeting by use of computer, telephone, or similar communications equipment by means of which all persons participating in the meeting may hear each other. The Creditor Trust Oversight Committee may adopt, by majority vote of all members, by-laws or other rules of procedure that are not inconsistent with the terms of this Creditor Trust Agreement. Notwithstanding anything contained in this section 8.3, a Creditor Trust Oversight Committee member shall be recused from the Creditor Trust Oversights Committee's deliberations and votes on any matters as to which such member has a conflicting interest as determined by both the Creditor Trustee and the other members of the Creditor Trust Oversight Committee.

**Section 8.5** *Creditor Trust Oversight Committee Action Without a Meeting*. Any action required or permitted to be taken by the Creditor Trust Oversight Committee may be taken without a meeting by such procedures as may be agreed upon by a majority of the Creditor Trust Oversight Committee, including negative notice procedures.

**Section 8.6** *Periodic Consultation with Creditor Trust Oversight Committee*. In addition to any other consultation and reporting requirements set forth in this Creditor Trust Agreement, the Creditor Trustee shall report and consult with the Creditor Trust Oversight Committee at its discretion or as reasonably requested by the Creditor Trust Oversight Committee or any member thereof concerning the status and administration of the Creditor Trust and the Assets.

## ARTICLE IX
## MISCELLANEOUS PROVISIONS

**Section 9.1** *Debtors' Further Assurances*. The Reorganized Debtors and  their respective officers, directors, professionals, and agents will take such actions  and execute such documents as are reasonably requested by the Creditor Trustee to implement the provisions of this Creditor Trust Agreement including, without limitation, cooperating with the Creditor Trustee's reasonable requests for books, records, and both written and oral information.

**Section 9.2** *Attorney-Client Privileges*. Without compromising any  other attorney- client privileges of the Debtors , any and all attorney-client privileges, work product immunity, and other privileges of the Debtors related solely to the Trust Assets shall vest in the Creditor Trust and the Creditor Trustee. For the limited purpose of retaining the attorney-client privileges of the Debtors alone, the Creditor Trustee shall be deemed to be an officer of the Debtors and, as such, no communications  between  the  Debtors, any of the Debtors' officers, directors, professionals, and agents on the one hand,  and the Creditor Trustee, the members of the Creditor Trust Oversight Committee, their professionals and agents on the other, shall be deemed to have  waived  the  attorney-client privileges held by the Debtors.

**Section 9.3** *Construction*. This Creditor Trust Agreement and the Creditor Trust created hereby shall be governed by and construed in accordance with the laws of the State of Colorado without giving effect to choice of law principles. The Creditor Trustee's interpretation of the provisions of this Creditor Trust Agreement and the provisions of the Plan shall be deemed conclusive in the absence of a contrary interpretation of a court of competent jurisdiction. To the extent the terms of this Creditor Trust Agreement are inconsistent with the terms set forth in the Plan, then the terms of the Plan shall govern and control. To the extent the terms of this Creditor Trust Agreement are inconsistent with the terms set forth in the Confirmation Order, then the terms of the Confirmation Order shall govern and control.

**Section 9.4** *Jurisdiction*. The parties agree that the Bankruptcy Court shall have exclusive jurisdiction to determine all controversies and disputes arising under or in connection with this Creditor Trust Agreement. The Creditor Trustee shall have the exclusive power and authority to bring any action in any court of competent jurisdiction including without limitation, the Bankruptcy Court, to prosecute Causes of Action, and Avoidance Actions, and as set forth in the Plan concurrent power and authority with the Reorganized Debtors to bring Claim objections,.

**Section 9.5** *Severability*. In the event any provision of this Creditor Trust Agreement shall be determined by Final Order of a court of proper jurisdiction to be invalid or unenforceable to any extent, the remainder of this Creditor Trust Agreement shall not be affected thereby, and each provision of this Creditor Trust Agreement shall be valid and enforceable to the fullest extent permitted by law.

**Section 9.6** *Notices*. Any notice, consent, approval or other communication required or permitted to be given in accordance with this Creditor Trust Agreement shall be in writing and shall be deemed to have been sufficiently given, for all purposes, if delivered personally or by overnight courier or electronic mail to the following address (it being understood that any party may change its address by similar written notice to the other party):

       (i) if to the Creditor Trustee:

       Thomas Kim
       1518 Blake Street
       Denver, CO 80202

       With a copy to:

       [****]

       (ii) if to Debtors:

       [****]

       With a copy to:

[****]

**Section 9.7** *Entire Agreement*. This Creditor Trust Agreement (including the recitals hereof and, to the extent applicable, the Plan, and the Confirmation Order) constitutes the entire agreement by and among the parties with respect to the subject matter hereof, and there are no representations, warranties, covenants, or obligations except as set forth herein, in the Plan, and in the Confirmation Order. This Creditor Trust Agreement (together with the Plan and the Confirmation Order) supersedes all prior and contemporaneous agreements, understandings, negotiations, and discussions, written or oral, if any, of the parties hereto relating to any transaction contemplated hereunder. Except as otherwise specifically provided herein, nothing in this Creditor Trust Agreement is intended or shall be construed to confer upon or to give any Person other than the parties hereto.

**Section 9.8** *Request for Information*. Any party seeking to request information regarding the status of the Creditor Trust must provide by a written letter to counsel for the Creditor Trust identifying: (a) such party's name, mailing address, email address, and phone number; (b) stating why such person or entity is a party-interest in the case (and if necessary explain why such person or entity is an agent for the party-in-interest); and (c) what information such party is requesting. The Creditor Trust shall provide the requested information to the requesting party in a timely manner, subject only to attorney-client privilege and reasonable confidentiality protections. The Creditor Trust can, in its sole and absolute discretion, deliver the requested information either by electronic means or overnight courier. The Creditor Trust or the party-in-interest may petition the Bankruptcy Court if there is a dispute as to whether the party requesting the information is entitled to some or all of the sought information.

**Section 9.9** *Amendment*. This Creditor Trust Agreement may only be amended with the consent of at least two thirds of the members of the Credit Trust Oversight Committee (which consent shall not be unreasonably withheld) or, in the absence of such agreement, by order of the Bankruptcy Court. Any amendment shall be consistent with the purpose of the Plan and this Creditor Trust Agreement.

IN WITNESS WHEREOF, the undersigned have caused this instrument to be executed as of the date first above written.

[DEBTOR]                                                   Creditor Trustee

By: _____                        By: _____

Name:                                                            Name: Thomas Kim
Its:

20

Exhibit C

| Lease Name | Lease Type Code | Lease Status Code | Lessee Id | Lessee Name | Lessor Id | Lessor Name | Operator Id | Operator Name | Lease State | Lease County | Lease Expiration Date | Lease Effective Date | Lease Legal Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| George G. Womack, Sr. | FEE | HBPP | SKLA01 | Sklarco, LLC | WOMG01 | George G. Womack | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 01/22/2017 | 01/22/2014 | 295 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| George G. Womack, Sr. | FEE | HBPP | SKLA01 | Sklarco, LLC | WOMG01 | George G. Womack | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 01/22/2017 | 01/22/2014 | 295 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| George G. Womack, Sr. | FEE | HBPP | SKLA01 | Sklarco, LLC | WOMG01 | George G. Womack | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 01/22/2017 | 01/22/2014 | 295 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Roy Jack McCarroll | FEE | HBPP | SAYO01 | Saye Oil Company Attn: Mr. Jon E. Saye, President | MCCR03 | Roy Jack McCarroll | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 01/24/2017 | 01/24/2014 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Roy Jack McCarroll | FEE | HBPP | SAYO01 | Saye Oil Company Attn: Mr. Jon E. Saye, President | MCCR03 | Roy Jack McCarroll | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 01/24/2017 | 01/24/2014 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Roy Jack McCarroll | FEE | HBPP | SAYO01 | Saye Oil Company Attn: Mr. Jon E. Saye, President | MCCR03 | Roy Jack McCarroll | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 01/24/2017 | 01/24/2014 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Corrina McCullough Whitfield Allen | FEE | HBPP | SKLA01 | Sklarco, LLC | ALLC03 | Corrina McCullough Whitfield Allen | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 12/21/2016 | 12/21/2013 | 295 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Corrina McCullough Whitfield Allen | FEE | HBPP | SKLA01 | Sklarco, LLC | ALLC03 | Corrina McCullough Whitfield Allen | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 12/21/2016 | 12/21/2013 | 295 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Corrina McCullough Whitfield Allen | FEE | HBPP | SKLA01 | Sklarco, LLC | ALLC03 | Corrina McCullough Whitfield Allen | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 12/21/2016 | 12/21/2013 | 295 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Larry McCarroll | FEE | HBPP | SAYO01 | Saye Oil Company Attn: Mr. Jon E. Saye, President | MCCL01 | Larry McCarroll | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 01/24/2017 | 01/24/2014 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Larry McCarroll | FEE | HBPP | SAYO01 | Saye Oil Company Attn: Mr. Jon E. Saye, President | MCCL01 | Larry McCarroll | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 01/24/2017 | 01/24/2014 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Larry McCarroll | FEE | HBPP | SAYO01 | Saye Oil Company Attn: Mr. Jon E. Saye, President | MCCL01 | Larry McCarroll | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 01/24/2017 | 01/24/2014 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| The Curtin Family LLC | FEE | HBP | SAYO01 | Saye Oil Company Attn: Mr. Jon E. Saye, President | CURF01 | The Curtain Family LLC C. Cody White, Jr., Manager | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 04/04/2017 | 04/04/2014 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| The Curtin Family LLC | FEE | HBP | SAYO01 | Saye Oil Company Attn: Mr. Jon E. Saye, President | CURF01 | The Curtain Family LLC C. Cody White, Jr., Manager | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 04/04/2017 | 04/04/2014 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| The Curtin Family LLC | FEE | HBP | SAYO01 | Saye Oil Company Attn: Mr. Jon E. Saye, President | CURF01 | The Curtain Family LLC C. Cody White, Jr., Manager | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 04/04/2017 | 04/04/2014 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Lon R. Williams Individual Retirement Account | FEE | | SAYO01 | Saye Oil Company Attn: Mr. Jon E. Saye, President | LONR01 | Lon R. Williams Individual Retirement Ac Barry L. Dominick, | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 04/09/2011 | 04/09/2008 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |

| Lease Royalty (Memo) | Lease Royalty (Int) | Lease ORRI (Int) | Bonus/Acre | Total Bonus | Tract Legal Description | Tract State | Tract County | SubTract Legal Description |
|---|---|---|---|---|---|---|---|---|
| 0.2 | 0.2 | 0 | 150 | 92.18 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL<br>This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 150 | 92.18 | 255 acres located in the W/2 of the NE/4; fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL | Alabama | Baldwin | 255 acres located in the W/2 of the NE/4; fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 150 | 92.18 | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. | Alabama | Baldwin | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. |
| 0.2 | 0.2 | 0 | 150 | 139.47 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL<br>This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 150 | 139.47 | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL | Alabama | Baldwin | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 150 | 139.47 | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. | Alabama | Baldwin | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. |
| 0.2 | 0.2 | 0 | 300 | 276.56 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL<br>This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 300 | 276.56 | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL | Alabama | Baldwin | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 300 | 276.56 | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. | Alabama | Baldwin | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. |
| 0.2 | 0.2 | 0 | 150 | 139.47 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL<br>This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 150 | 139.47 | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL | Alabama | Baldwin | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 150 | 139.47 | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. | Alabama | Baldwin | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. |
| 0.25 | 0.25 | 0 | 150 | 1106.25 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL<br>This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.25 | 0.25 | 0 | 150 | 1106.25 | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL | Alabama | Baldwin | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.25 | 0.25 | 0 | 150 | 1106.25 | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. | Alabama | Baldwin | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. |
| 0.2 | 0.2 | 0 | 152 | 159.13 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL<br>This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |

| Lease Name | Lease Type Code | Lease Status Code | Lessee Id | Lessee Name | Lessor Id | Lessor Name | Opera tor Id | Operator Name | Lease State | Lease County | Lease Expiration Date | Lease Effective Date | Lease Legal Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lon R. Williams Individual Retirement Account | FEE | | SAYO01 | Saye Oil Company Attn: Mr. Jon E. Saye, President | LONR01 | Lon R. Williams Individual Retirement Ac Barry L. Dominick, | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 04/09/2011 | 04/09/2008 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Brent S. Womack, Sr. | FEE | HBPP | SAYO01 | Saye Oil Company Attn: Mr. Jon E. Saye, President | WOMB01 | Brent S. Womack, Sr. | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 04/15/2017 | 04/15/2014 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Brent S. Womack, Sr. | FEE | HBPP | SAYO01 | Saye Oil Company Attn: Mr. Jon E. Saye, President | WOMB01 | Brent S. Womack, Sr. | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 04/15/2017 | 04/15/2014 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Brent S. Womack, Sr. | FEE | HBPP | SAYO01 | Saye Oil Company Attn: Mr. Jon E. Saye, President | WOMB01 | Brent S. Womack, Sr. | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 04/15/2017 | 04/15/2014 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Oakland Agency Account | FEE | HBPP | SAYO01 | Saye Oil Company Attn: Mr. Jon E. Saye, President | OAKA01 | Oakland Agency Account | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 01/25/2017 | 01/25/2014 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Oakland Agency Account | FEE | HBPP | SAYO01 | Saye Oil Company Attn: Mr. Jon E. Saye, President | OAKA01 | Oakland Agency Account | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 01/25/2017 | 01/25/2014 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Sammo, LLC | FEE | | SAYO01 | Saye Oil Company Attn: Mr. Jon E. Saye, President | SAML01 | Sammo, LLC Bobbie C. Hicks, Managing Partner | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 08/25/2014 | 08/25/2011 | 295 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Sammo, LLC | FEE | | SAYO01 | Saye Oil Company Attn: Mr. Jon E. Saye, President | SAML01 | Sammo, LLC Bobbie C. Hicks, Managing Partner | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 08/25/2014 | 08/25/2011 | 295 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Reba E. Nelson | FEE | HBPP | SKLA01 | Sklarco, LLC | NELR01 | Reba E. Nelson | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 02/01/2017 | 02/01/2014 | 295 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Reba E. Nelson | FEE | HBPP | SKLA01 | Sklarco, LLC | NELR01 | Reba E. Nelson | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 02/01/2017 | 02/01/2014 | 295 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Reba E. Nelson | FEE | HBPP | SKLA01 | Sklarco, LLC | NELR01 | Reba E. Nelson | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 02/01/2017 | 02/01/2014 | 295 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Florence W. Stewart | FEE | HBPP | SKLA01 | Sklarco, LLC | STEF05 | Florence W. Stewart | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 02/01/2017 | 02/01/2014 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Florence W. Stewart | FEE | HBPP | SKLA01 | Sklarco, LLC | STEF05 | Florence W. Stewart | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 02/01/2017 | 02/01/2014 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Florence W. Stewart | FEE | HBPP | SKLA01 | Sklarco, LLC | STEF05 | Florence W. Stewart | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 02/01/2017 | 02/01/2014 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| John M. Coghlan | FEE | HBPP | SAYO01 | Saye Oil Company Attn: Mr. Jon E. Saye, President | COGJ01 | John M. Coghlan | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 11/26/2016 | 11/26/2007 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL;255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4 OUTSIDE ACERAGE RENEWED IN LEASE 28 |
| Betty Nelson McCutchen | FEE | HBP | SAYO01 | Saye Oil Company Attn: Mr. Jon E. Saye, President | MCCB01 | Betty Nelson McCutchen | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 11/21/2010 | 11/21/2007 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL;255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4 |
| M. Wayne Nelson | FEE | HBP | SAYO01 | Saye Oil Company Attn: Mr. Jon E. Saye, President | NELM02 | M. Wayne Nelson C/O Betty Nelson McCutchen | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 11/21/2010 | 11/21/2007 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL;255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4 |

| Lease Royalty (Memo) | Lease Royalty (Int) | Lease ORRI (Int) | Bonus/Acre | Total Bonus | Tract Legal Description | Tract State | Tract County | SubTract Legal Description |
|---|---|---|---|---|---|---|---|---|
| 0.2 | 0.2 | 0 | 152 | 159.13 | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL | Alabama | Baldwin | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 150 | 111.66 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 150 | 111.66 | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL | Alabama | Baldwin | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 150 | 111.66 | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. | Alabama | Baldwin | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. |
| 0.25 | 0.25 | 0 | 200 | 5242 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.25 | 0.25 | 0 | 200 | 5242 | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL | Alabama | Baldwin | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.25 | 0.25 | 0 | 150 | 534.68 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.25 | 0.25 | 0 | 150 | 534.68 | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL | Alabama | Baldwin | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 300 | 11062.5 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 300 | 11062.5 | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL | Alabama | Baldwin | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 300 | 11062.5 | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. | Alabama | Baldwin | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. |
| 0.2 | 0.2 | 0 | 300 | 11062.5 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 300 | 11062.5 | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL | Alabama | Baldwin | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 300 | 11062.5 | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. | Alabama | Baldwin | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. |
| 0.2 | 0.2 | 0 | 150 | 5531.25 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 102 | 1880.63 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 102 | 1880.63 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |

| Lease Name | Lease Type Code | Lease Status Code | Lessee Id | Lessee Name | Lessor Id | Lessor Name | Opera tor Id | Operator Name | Lease State | Lease County | Lease Expiration Date | Lease Effective Date | Lease Legal Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Frances Nelson Shipp | FEE | HBPP | SAYO01 | Saye Oil Company Attn: Mr. Jon E. Saye, President | SHIF01 | Frances Nelson Shipp | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 11/08/2010 | 11/08/2007 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL;255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4 OUTSIDE ACERACE RENEWED IN LEASE 21 |
| Betty C. Gonzales, LIFE TENNANT; CHARLES G. COGHLA | FEE | HBP | SAYO01 | Saye Oil Company Attn: Mr. Jon E. Saye, President | GONB01 | Betty C. Gonzales | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 11/08/2010 | 11/08/2007 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL;255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4 |
| Sandra Berry Nelson | FEE | HBP | SAYO01 | Saye Oil Company Attn: Mr. Jon E. Saye, President | NELS01 | Sandra Berry Nelson | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 11/20/2010 | 11/20/2007 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL;255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4 Outside acreage renewed in lease 24 |
| Shamred Associates , Inc. | FEE | HBP | SAYO01 | Saye Oil Company Attn: Mr. Jon E. Saye, President | SHAA01 | Shamred Associates, Inc. Herbert D. Anderson, President | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 11/27/2010 | 11/27/2007 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL;255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4 |
| Jacquelyn Layton Stuart | FEE | HBP | SAYO01 | Saye Oil Company Attn: Mr. Jon E. Saye, President | STUJ01 | Jacquelyn Layton Stuart | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 11/29/2010 | 11/29/2010 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL;255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4 |
| Donna Elizabeth Laskey Newton | FEE | HBPP | SKLA01 | Sklarco, LLC | NEWD01 | Donna Elizabeth Laskey Newton | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 09/10/2015 | 09/10/2012 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Donna Elizabeth Laskey Newton | FEE | HBPP | SKLA01 | Sklarco, LLC | NEWD01 | Donna Elizabeth Laskey Newton | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 09/10/2015 | 09/10/2012 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Donna Elizabeth Laskey Newton | FEE | HBPP | SKLA01 | Sklarco, LLC | NEWD01 | Donna Elizabeth Laskey Newton | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 09/10/2015 | 09/10/2012 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Phillip Mark Dufour | FEE | HBPP | SKLA01 | Sklarco, LLC | DUFP01 | Phillip Mark Dufour | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 09/09/2016 | 09/09/2013 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Phillip Mark Dufour | FEE | HBPP | SKLA01 | Sklarco, LLC | DUFP01 | Phillip Mark Dufour | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 09/09/2016 | 09/09/2013 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Phillip Mark Dufour | FEE | HBPP | SKLA01 | Sklarco, LLC | DUFP01 | Phillip Mark Dufour | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 09/09/2016 | 09/09/2013 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Joseph H. Womack | FEE | HBPP | SKLA01 | Sklarco, LLC | WOMJ01 | Joseph H. Womack | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 09/28/2015 | 09/28/2012 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Joseph H. Womack | FEE | HBPP | SKLA01 | Sklarco, LLC | WOMJ01 | Joseph H. Womack | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 09/28/2015 | 09/28/2012 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Joseph H. Womack | FEE | HBPP | SKLA01 | Sklarco, LLC | WOMJ01 | Joseph H. Womack | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 09/28/2015 | 09/28/2012 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Brandon Ross | FEE | HBPP | SKLA01 | Sklarco, LLC | ROSB01 | Brandon Ross | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 09/29/2015 | 09/29/2012 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |

| Lease Royalty (Memo) | Lease Royalty (Int) | Lease ORRI (Int) | Bonus/Acre | Total Bonus | Tract Legal Description | Tract State | Tract County | SubTract Legal Description |
|---|---|---|---|---|---|---|---|---|
| 0.2 | 0.2 | 0 | 150 | 2765.62 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 150 | 5531.25 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 102 | 1880.63 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 102 | 188.06 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 102 | 94.03 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.22 | 0.22 | 0 | 300 | 368.74 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.22 | 0.22 | 0 | 300 | 368.74 | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL | Alabama | Baldwin | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.22 | 0.22 | 0 | 300 | 368.74 | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. | Alabama | Baldwin | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. |
| 0.2 | 0.2 | 0 | 200 | 92.18 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 200 | 92.18 | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL | Alabama | Baldwin | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 200 | 92.18 | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. | Alabama | Baldwin | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. |
| 0.2 | 0.2 | 0 | 200 | 131.1 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 200 | 131.1 | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL | Alabama | Baldwin | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 200 | 131.1 | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. | Alabama | Baldwin | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. |
| 0.2 | 0.2 | 0 | 0 | 50 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |

| Lease Name | Lease Type Code | Lease Status Code | Lessee Id | Lessee Name | Lessor Id | Lessor Name | Opera tor Id | Operator Name | Lease State | Lease County | Lease Expiration Date | Lease Effective Date | Lease Legal Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Brandon Ross | FEE | HBPP | SKLA01 | Sklarco, LLC | ROSB01 | Brandon Ross | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 09/29/2015 | 09/29/2012 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Brandon Ross | FEE | HBPP | SKLA01 | Sklarco, LLC | ROSB01 | Brandon Ross | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 09/29/2015 | 09/29/2012 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Fort Worth Royalty Company | FEE | PAID | SKLA01 | Sklarco, LLC | FORW03 | Fort Worth Royalty Company | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 10/26/2015 | 10/26/2012 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Fort Worth Royalty Company | FEE | PAID | SKLA01 | Sklarco, LLC | FORW03 | Fort Worth Royalty Company | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 10/26/2015 | 10/26/2012 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Fort Worth Royalty Company | FEE | PAID | SKLA01 | Sklarco, LLC | FORW03 | Fort Worth Royalty Company | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 10/26/2015 | 10/26/2012 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| DPR Enterprises | FEE | HBPP | SKLA01 | Sklarco, LLC | DPRE01 | DPR Enterprises | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 10/26/2015 | 10/26/2012 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| DPR Enterprises | FEE | HBPP | SKLA01 | Sklarco, LLC | DPRE01 | DPR Enterprises | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 10/26/2015 | 10/26/2012 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| DPR Enterprises | FEE | HBPP | SKLA01 | Sklarco, LLC | DPRE01 | DPR Enterprises | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 10/26/2015 | 10/26/2012 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| POGO Producing Company LLC | FEE | HBPP | SKLA01 | Sklarco, LLC | POGP01 | Plains Exploration & Production Company POGO Producing Compa | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 02/15/2015 | 02/15/2014 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| POGO Producing Company LLC | FEE | HBPP | SKLA01 | Sklarco, LLC | POGP01 | Plains Exploration & Production Company POGO Producing Compa | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 02/15/2015 | 02/15/2014 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| POGO Producing Company LLC | FEE | HBPP | SKLA01 | Sklarco, LLC | POGP01 | Plains Exploration & Production Company POGO Producing Compa | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 02/15/2015 | 02/15/2014 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Emil Mosbacher Oil and Gas, LLC | FEE | HBPP | SKLA01 | Sklarco, LLC | EMIM01 | Emil Mosbacher Oil & Gas LLC | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 10/29/2015 | 10/29/2013 | 295 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Emil Mosbacher Oil and Gas, LLC | FEE | HBPP | SKLA01 | Sklarco, LLC | EMIM01 | Emil Mosbacher Oil & Gas LLC | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 10/29/2015 | 10/29/2013 | 295 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Emil Mosbacher Oil and Gas, LLC | FEE | HBPP | SKLA01 | Sklarco, LLC | EMIM01 | Emil Mosbacher Oil & Gas LLC | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 10/29/2015 | 10/29/2013 | 295 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Robert E. King Family LLC | FEE | HBPP | SKLA01 | Sklarco, LLC | ROBE01 | Robert E. King Family LLC | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 09/10/2016 | 09/10/2013 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |

| Lease Royalty (Memo) | Lease Royalty (Int) | Lease ORRI (Int) | Bonus/Acre | Total Bonus | Tract Legal Description | Tract State | Tract County | SubTract Legal Description |
|---|---|---|---|---|---|---|---|---|
| 0.2 | 0.2 | 0 | 0 | 50 | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL | Alabama | Baldwin | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 0 | 50 | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. | Alabama | Baldwin | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. |
| 0.25 | 0.25 | 0 | 0 | 500 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4 in Baldwin County, AL |
| 0.25 | 0.25 | 0 | 0 | 500 | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL | Alabama | Baldwin | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.25 | 0.25 | 0 | 0 | 500 | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. | Alabama | Baldwin | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. |
| 0.25 | 0.25 | 0 | 0 | 500 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4 in Baldwin County, AL |
| 0.25 | 0.25 | 0 | 0 | 500 | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL | Alabama | Baldwin | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4 in Baldwin County, AL |
| 0.25 | 0.25 | 0 | 0 | 500 | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. | Alabama | Baldwin | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. |
| 0.25 | 0.25 | 0 | 200 | 1032.5 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4 in Baldwin County, AL |
| 0.25 | 0.25 | 0 | 200 | 1032.5 | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL | Alabama | Baldwin | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4 in Baldwin County, AL |
| 0.25 | 0.25 | 0 | 200 | 1032.5 | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. | Alabama | Baldwin | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. |
| 0.25 | 0.25 | 0 | 200 | 442.5 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4 in Baldwin County, AL |
| 0.25 | 0.25 | 0 | 200 | 442.5 | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL | Alabama | Baldwin | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4 in Baldwin County, AL |
| 0.25 | 0.25 | 0 | 200 | 442.5 | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. | Alabama | Baldwin | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. |
| .25 | 0.25 | 0 | 200 | 368.74 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4 in Baldwin County, AL |

| Lease Name | Lease Type Code | Lease Status Code | Lessee Id | Lessee Name | Lessor Id | Lessor Name | Operator Id | Operator Name | Lease State | Lease County | Lease Expiration Date | Lease Effective Date | Lease Legal Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert E. King Family LLC | FEE | HBPP | SKLA01 | Sklarco, LLC | ROBE01 | Robert E. King Family LLC | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 09/10/2016 | 09/10/2013 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Robert E. King Family LLC | FEE | HBPP | SKLA01 | Sklarco, LLC | ROBE01 | Robert E. King Family LLC | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 09/10/2016 | 09/10/2013 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Shannon Ross Starnes | FEE | HBPP | SKLA01 | Sklarco, LLC | STAS01 | Shannon Ross Starnes | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 09/29/2015 | 09/29/2012 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Shannon Ross Starnes | FEE | HBPP | SKLA01 | Sklarco, LLC | STAS01 | Shannon Ross Starnes | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 09/29/2015 | 09/29/2012 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| Shannon Ross Starnes | FEE | HBPP | SKLA01 | Sklarco, LLC | STAS01 | Shannon Ross Starnes | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Baldwin | 09/29/2015 | 09/29/2012 | 335 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL; |
| BOROUGHS PROPERTIES, LTD | FEE | HBP | SKLA01 | Sklarco, LLC | UNKNOWN | UNKNOWN / OTHERS | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 02/12/2012 | 02/12/2011 | SEC 2 SW/4 OF NW/4; SEC 3 E/2 OF NE/2P; SEC 35 W/2 OF SW/E |
| BOROUGHS PROPERTIES, LTD | FEE | HBP | SKLA01 | Sklarco, LLC | UNKNOWN | UNKNOWN / OTHERS | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 02/12/2012 | 02/12/2011 | SEC 2 SW/4 OF NW/4; SEC 3 E/2 OF NE/2P; SEC 35 W/2 OF SW/E |
| BOROUGHS PROPERTIES, LTD | FEE | HBP | SKLA01 | Sklarco, LLC | UNKNOWN | UNKNOWN / OTHERS | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 02/12/2012 | 02/12/2011 | SEC 2 SW/4 OF NW/4; SEC 3 E/2 OF NE/2P; SEC 35 W/2 OF SW/E |
| AGEE S BROUGHTON, III | FEE | HBP | SKLA01 | Sklarco, LLC | BROA03 | Agee S. Broughton, III | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 02/12/2012 | 02/12/2011 | SEC 2 SW/4 OF NW/4; SEC 3 E/2 OF NE/2P; SEC 35 W/2 OF SW/E |
| AGEE S BROUGHTON, III | FEE | HBP | SKLA01 | Sklarco, LLC | BROA03 | Agee S. Broughton, III | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 02/12/2012 | 02/12/2011 | SEC 2 SW/4 OF NW/4; SEC 3 E/2 OF NE/2P; SEC 35 W/2 OF SW/E |
| AGEE S BROUGHTON, III | FEE | HBP | SKLA01 | Sklarco, LLC | BROA03 | Agee S. Broughton, III | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 02/12/2012 | 02/12/2011 | SEC 2 SW/4 OF NW/4; SEC 3 E/2 OF NE/2P; SEC 35 W/2 OF SW/E |
| ANN B MAGEE | FEE | HBP | SKLA01 | Sklarco, LLC | MAGA01 | Ann B. Magee | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 02/12/2012 | 02/12/2011 | SEC 2 SW/4 OF NW/4; SEC 3 E/2 OF NE/2P; SEC 35 W/2 OF SW/E |
| ANN B MAGEE | FEE | HBP | SKLA01 | Sklarco, LLC | MAGA01 | Ann B. Magee | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 02/12/2012 | 02/12/2011 | SEC 2 SW/4 OF NW/4; SEC 3 E/2 OF NE/2P; SEC 35 W/2 OF SW/E |
| ANN B MAGEE | FEE | HBP | SKLA01 | Sklarco, LLC | MAGA01 | Ann B. Magee | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 02/12/2012 | 02/12/2011 | SEC 2 SW/4 OF NW/4; SEC 3 E/2 OF NE/2P; SEC 35 W/2 OF SW/E |
| JAMES J MCWILLIAMS, III | FEE | HBP | SKLA01 | Sklarco, LLC | MCWJ01 | James J. McWilliams, III | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 02/12/2012 | 02/12/2011 | SEC 2 SW/4 OF NW/4; SEC 3 E/2 OF NE/2P; SEC 35 W/2 OF SW/E |
| JAMES J MCWILLIAMS, III | FEE | HBP | SKLA01 | Sklarco, LLC | MCWJ01 | James J. McWilliams, III | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 02/12/2012 | 02/12/2011 | SEC 2 SW/4 OF NW/4; SEC 3 E/2 OF NE/2P; SEC 35 W/2 OF SW/E |
| JAMES J MCWILLIAMS, III | FEE | HBP | SKLA01 | Sklarco, LLC | MCWJ01 | James J. McWilliams, III | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 02/12/2012 | 02/12/2011 | SEC 2 SW/4 OF NW/4; SEC 3 E/2 OF NE/2P; SEC 35 W/2 OF SW/E |
| RENEAI MCWILLIAMS | FEE | | SKLA01 | Sklarco, LLC | MCWR01 | Renaei McWilliams | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 02/12/2012 | 02/12/2011 | SEC 2 SW/4 OF NW/4; SEC 3 E/2 OF NE/2P; SEC 35 W/2 OF SW/E |
| RENEAI MCWILLIAMS | FEE | HBP | SKLA01 | Sklarco, LLC | MCWR01 | Renaei McWilliams | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 02/12/2012 | 02/12/2011 | SEC 2 SW/4 OF NW/4; SEC 3 E/2 OF NE/2P; SEC 35 W/2 OF SW/E |
| RENEAI MCWILLIAMS | FEE | HBP | SKLA01 | Sklarco, LLC | MCWR01 | Renaei McWilliams | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 02/12/2012 | 02/12/2011 | SEC 2 SW/4 OF NW/4; SEC 3 E/2 OF NE/2P; SEC 35 W/2 OF SW/E |

| Lease Royalty (Memo) | Lease Royalty (Int) | Lease ORRI (Int) | Bonus/Acre | Total Bonus | Tract Legal Description | Tract State | Tract County | SubTract Legal Description |
|---|---|---|---|---|---|---|---|---|
| .25 | 0.25 | 0 | 200 | 368.74 | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL | Alabama | Baldwin | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| .25 | 0.25 | 0 | 200 | 368.74 | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. | Alabama | Baldwin | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. |
| 0.2 | 0.2 | 0 | 50 | 50 | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL. This 40 acres is less and excepted from the 295 gross tract | Alabama | Baldwin | 40 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 50 | 50 | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL | Alabama | Baldwin | 255 acres located in the W/2 of the NE/4; the fractional NW/4; NW/4 of SW/4; NE/4 of SW/4; NW/4 of SE/4 in Baldwin County, AL |
| 0.2 | 0.2 | 0 | 50 | 50 | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. | Alabama | Baldwin | 40 acres located in the NW/4 of the SW/4 of Sec. 35, T2N-R2E in Baldwin Co., AL. |
| 0.21 | 0.21 | 0 | 50 | 3333.5 | 40GA: SW/4 of NW/4 Sec 2 T5N-R5E Monroe Co, AL | Alabama | Monroe | 40GA: SW/4 of NW/4 Sec 2 T5N-R5E Monroe Co, AL |
| 0.21 | 0.21 | 0 | 50 | 3333.5 | 80 GA;the E/2 of the NE/4 section 3 , T 5 N, R 5 E Monroe Co, AL | Alabama | Monroe | 80 GA;the E/2 of the NE/4 section 3 , T 5 N, R 5 E Monroe Co, AL |
| 0.21 | 0.21 | 0 | 50 | 3333.5 | 80 GA; the W/2 of the SW/4, section 35, T6N-R5E Monroe County, AL | Alabama | Monroe | 80 GA; the W/2 of the SW/4, section 35, T6N-R5E Monroe County, AL |
| 0.21 | 0.21 | 0 | 50 | 1667 | 40GA: SW/4 of NW/4 Sec 2 T5N-R5E Monroe Co, AL | Alabama | Monroe | 40GA: SW/4 of NW/4 Sec 2 T5N-R5E Monroe Co, AL |
| 0.21 | 0.21 | 0 | 50 | 1667 | 80 GA;the E/2 of the NE/4 section 3 , T 5 N, R 5 E Monroe Co, AL | Alabama | Monroe | 80 GA;the E/2 of the NE/4 section 3 , T 5 N, R 5 E Monroe Co, AL |
| 0.21 | 0.21 | 0 | 50 | 1667 | 80 GA; the W/2 of the SW/4, section 35, T6N-R5E Monroe County, AL | Alabama | Monroe | 80 GA; the W/2 of the SW/4, section 35, T6N-R5E Monroe County, AL |
| 0.21 | 0.21 | 0 | 50 | 1667 | 40GA: SW/4 of NW/4 Sec 2 T5N-R5E Monroe Co, AL | Alabama | Monroe | 40GA: SW/4 of NW/4 Sec 2 T5N-R5E Monroe Co, AL |
| 0.21 | 0.21 | 0 | 50 | 1667 | 80 GA;the E/2 of the NE/4 section 3 , T 5 N, R 5 E Monroe Co, AL | Alabama | Monroe | 80 GA;the E/2 of the NE/4 section 3 , T 5 N, R 5 E Monroe Co, AL |
| 0.21 | 0.21 | 0 | 50 | 1667 | 80 GA; the W/2 of the SW/4, section 35, T6N-R5E Monroe County, AL | Alabama | Monroe | 80 GA; the W/2 of the SW/4, section 35, T6N-R5E Monroe County, AL |
| 0.21 | 0.21 | 0 | 50 | 1111 | 40GA: SW/4 of NW/4 Sec 2 T5N-R5E Monroe Co, AL | Alabama | Monroe | 40GA: SW/4 of NW/4 Sec 2 T5N-R5E Monroe Co, AL |
| 0.21 | 0.21 | 0 | 50 | 1111 | 80 GA;the E/2 of the NE/4 section 3 , T 5 N, R 5 E Monroe Co, AL | Alabama | Monroe | 80 GA;the E/2 of the NE/4 section 3 , T 5 N, R 5 E Monroe Co, AL |
| 0.21 | 0.21 | 0 | 50 | 1111 | 80 GA; the W/2 of the SW/4, section 35, T6N-R5E Monroe County, AL | Alabama | Monroe | 80 GA; the W/2 of the SW/4, section 35, T6N-R5E Monroe County, AL |
| 0.21 | 0.21 | 0 | 50 | 1111 | 40GA: SW/4 of NW/4 Sec 2 T5N-R5E Monroe Co, AL | Alabama | Monroe | 40GA: SW/4 of NW/4 Sec 2 T5N-R5E Monroe Co, AL |
| 0.21 | 0.21 | 0 | 50 | 1111 | 80 GA;the E/2 of the NE/4 section 3 , T 5 N, R 5 E Monroe Co, AL | Alabama | Monroe | 80 GA;the E/2 of the NE/4 section 3 , T 5 N, R 5 E Monroe Co, AL |
| 0.21 | 0.21 | 0 | 50 | 1111 | 80 GA; the W/2 of the SW/4, section 35, T6N-R5E Monroe County, AL | Alabama | Monroe | 80 GA; the W/2 of the SW/4, section 35, T6N-R5E Monroe County, AL |

| Lease Name | Lease Type Code | Lease Status Code | Lessee Id | Lessee Name | Lessor Id | Lessor Name | Opera tor Id | Operator Name | Lease State | Lease County | Lease Expiration Date | Lease Effective Date | Lease Legal Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JADE MCWILLIAMS OSTERDAY | FEE | HBP | SKLA01 | Sklarco, LLC | OSTJ01 | Jade McWilliams Freeman | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 02/12/2012 | 02/12/2011 | SEC 2 SW/4 OF NW/4; SEC 3 E/2 OF NE/2P; SEC 35 W/2 OF SW/E |
| JADE MCWILLIAMS OSTERDAY | FEE | HBP | SKLA01 | Sklarco, LLC | OSTJ01 | Jade McWilliams Freeman | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 02/12/2012 | 02/12/2011 | SEC 2 SW/4 OF NW/4; SEC 3 E/2 OF NE/2P; SEC 35 W/2 OF SW/E |
| JADE MCWILLIAMS OSTERDAY | FEE | HBP | SKLA01 | Sklarco, LLC | OSTJ01 | Jade McWilliams Freeman | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 02/12/2012 | 02/12/2011 | SEC 2 SW/4 OF NW/4; SEC 3 E/2 OF NE/2P; SEC 35 W/2 OF SW/E |
| AUGUSTA TAPIA, ET VIR MARK TAPIA | FEE | HBP | SKLA01 | Sklarco, LLC | TAPM01 | Mark Tapia Augusta Tapia | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 03/19/2012 | 03/19/2011 | SEC 34 E/2 OF SE/4 |
| ERSELL BECK | FEE | HBP | SKLA01 | Sklarco, LLC | BECE01 | Ersell Beck | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 03/19/2012 | 03/19/2011 | SEC 34 E/2 OF SE/4 |
| WILLIE THAMES | FEE | HBP | SKLA01 | Sklarco, LLC | THAW01 | Willie Thames | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 02/23/2014 | 02/23/2011 | S/2 OF NW/4 OF NW/4 & N/2 OF NW/4 OF NW/4 |
| WILLIE THAMES | FEE | HBP | SKLA01 | Sklarco, LLC | THAW01 | Willie Thames | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 02/23/2014 | 02/23/2011 | S/2 OF NW/4 OF NW/4 & N/2 OF NW/4 OF NW/4 |
| ANNETTE JEFFERS | FEE | HBP | SKLA01 | Sklarco, LLC | JEFA01 | Annette Jeffers | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 02/23/2014 | 02/23/2011 | S/2OF NW/4 OF NW/4 |
| TERESA DAVIS | FEE | HBP | SKLA01 | Sklarco, LLC | DAVT01 | Teresa Davis | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 02/23/2014 | 02/23/2011 | S/2 OF NW/4 OF NW/4 |
| ALEX THAMES | FEE | HBP | SKLA01 | Sklarco, LLC | THAA01 | Alex Thames | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 02/23/2014 | 02/23/2011 | S/2 OF NW/4 OF NW/4 |
| JOHN THAMES | FEE | HBP | SKLA01 | Sklarco, LLC | THAJ01 | John Thames | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 02/23/2014 | 02/23/2011 | S/2 OF NW/4 OF NW/4 |
| PAMELA THAMES | FEE | HBP | SKLA01 | Sklarco, LLC | THAP01 | Pamela Thames | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 08/28/2014 | 02/28/2011 | S/2 OF NW/4 OF NW/4 |
| MICHAEL THAMES | FEE | HBP | SKLA01 | Sklarco, LLC | THAM01 | Michael Thames | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 02/23/2014 | 02/23/2011 | S/2 OF NW/4 OF NW/4 |
| EUGENE THOMAS | FEE | HBP | SKLA01 | Sklarco, LLC | THOE01 | Eugene Thomas | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 04/03/2014 | 04/03/2011 | N/2 OF NW/4 OF NW/4 |
| HAZEL T NERO | FEE | HBP | SKLA01 | Sklarco, LLC | NERH01 | Hazel T Nero | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 04/03/2014 | 04/03/2011 | N/2 OF NW/4 OF NW/4 |
| HELEN T LYONS | FEE | HBP | SKLA01 | Sklarco, LLC | LYOH01 | Helen T Lyons | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 04/03/2014 | 04/03/2011 | N/2 OF NW/4 OF NW/4 |
| THEODORE THOMAS | FEE | HBP | SKLA01 | Sklarco, LLC | THAT01 | Theodore Thomas | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 04/22/2016 | 04/22/2013 | S/2 OF NW/4 OF NW/4 |
| LORETTA MCCANTS | FEE | HBP | SKLA01 | Sklarco, LLC | MCCL03 | Loretta Mc Cants | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 04/22/2016 | 04/22/2013 | S/2 OF NW/4 OF NW/4 |
| SHIRLEY M THOMAS | FEE | HBP | SKLA01 | Sklarco, LLC | THAS01 | Shirley Thames | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 04/22/2016 | 04/22/2013 | S/2 OF NW/4 OF NW/4 |
| MINNIE E STALLWORTH | FEE | HBP | SKLA01 | Sklarco, LLC | STAM01 | Minnie E Stallworth | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 04/22/2016 | 04/22/2013 | S/2 OF NW/4 OF NW/4 |
| EARNESTINE KING | FEE | HBP | SKLA01 | Sklarco, LLC | KINE03 | Earnestine King | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 04/22/2016 | 04/22/2013 | S/2 OF NW/4 OF NW/4 |
| EVELYN MURRAY | FEE | HBP | SKLA01 | Sklarco, LLC | MURE02 | Evelyn Murray | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 04/22/2016 | 04/22/2013 | S/2 OF NW/4 OF NW/4 |
| DAVID MIDDLETON | FEE | HBP | SKLA01 | Sklarco, LLC | MIDD02 | David Middleton | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/25/2013 | 10/25/2010 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025; |
| DAVID MIDDLETON | FEE | HBP | SKLA01 | Sklarco, LLC | MIDD02 | David Middleton | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/25/2013 | 10/25/2010 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025; |

| Lease Royalty (Memo) | Lease Royalty (Int) | Lease ORRI (Int) | Bonus/Acre | Total Bonus | Tract Legal Description | Tract State | Tract County | SubTract Legal Description |
|---|---|---|---|---|---|---|---|---|
| 0.21 | 0.21 | 0 | 50 | 1111 | 40GA: SW/4 of NW/4 Sec 2 T5N-R5E Monroe Co, AL | Alabama | Monroe | 40GA: SW/4 of NW/4 Sec 2 T5N-R5E Monroe Co, AL |
| 0.21 | 0.21 | 0 | 50 | 1111 | 80 GA;the E/2 of the NE/4 section 3 , T 5 N, R 5 E Monroe Co, AL | Alabama | Monroe | 80 GA;the E/2 of the NE/4 section 3 , T 5 N, R 5 E Monroe Co, AL |
| 0.21 | 0.21 | 0 | 50 | 1111 | 80 GA; the W/2 of the SW/4, section 35, T6N-R5E Monroe County, AL | Alabama | Monroe | 80 GA; the W/2 of the SW/4, section 35, T6N-R5E Monroe County, AL |
| 0.21 | 0.21 | 0 | 152 | 6080 | 80 GA;the E/2 of the SE/4 Section 34, T6N-R5E Monroe Co, AL | Alabama | Monroe | 80 GA;the E/2 of the SE/4 Section 34, T6N-R5E Monroe Co, AL |
| 0.21 | 0.21 | 0 | 50 | 6080 | 80 GA;the E/2 of the SE/4 Section 34, T6N-R5E Monroe Co, AL | Alabama | Monroe | 80 GA;the E/2 of the SE/4 Section 34, T6N-R5E Monroe Co, AL |
| 0.1875 | 0.1875 | 0 | 100 | 1600 | 20 GA; N/2 of NW/4 of NW/4 Section 2, T5N-R5E Monroe Co, AL | Alabama | Monroe | 20 GA; N/2 of NW/4 of NW/4 Section 2, T5N-R5E Monroe Co, AL |
| 0.1875 | 0.1875 | 0 | 100 | 1600 | 20 GA; S/2 of NW/4 of NW/4, Section, T5N-R5E Monroe Co, AL | Alabama | Monroe | 20 GA; S/2 of NW/4 of NW/4, Section, T5N-R5E Monroe Co, AL |
| 0.1875 | 0.1875 | 0 | 151.51 | 50 | 20 GA; S/2 of NW/4 of NW/4, Section 2, T5N-R5E Monroe Co, AL | Alabama | Monroe | 20 GA; S/2 of NW/4 of NW/4, Section 2, T5N-R5E Monroe Co, AL |
| 0.1875 | 0.1875 | 0 | 151.51 | 50 | 20 GA; S/2 of NW/4 of NW/4, Section 2, T5N-R5E Monroe Co, AL | Alabama | Monroe | 20 GA; S/2 of NW/4 of NW/4, Section 2, T5N-R5E Monroe Co, AL |
| 0.1875 | 0.1875 | 0 | 151.51 | 50 | 20 GA; S/2 of NW/4 of NW/4, Section 2, T5N-R5E Monroe Co, AL | Alabama | Monroe | 20 GA; S/2 of NW/4 of NW/4, Section 2, T5N-R5E Monroe Co, AL |
| 0.1875 | 0.1875 | 0 | 151.51 | 50 | 20 GA; S/2 of NW/4 of NW/4, Section 2, T5N-R5E Monroe Co, AL | Alabama | Monroe | 20 GA; S/2 of NW/4 of NW/4, Section 2, T5N-R5E Monroe Co, AL |
| 0.1875 | 0.1875 | 0 | 151.51 | 50 | 20 GA; S/2 of NW/4 of NW/4, Section 2, T5N-R5E Monroe Co, AL | Alabama | Monroe | 20 GA; S/2 of NW/4 of NW/4, Section 2, T5N-R5E Monroe Co, AL |
| 0.1875 | 0.1875 | 0 | 151.51 | 50 | 20 GA; S/2 of NW/4 of NW/4, Section 2, T5N-R5E Monroe Co, AL | Alabama | Monroe | 20 GA; S/2 of NW/4 of NW/4, Section 2, T5N-R5E Monroe Co, AL |
| 0.1875 | 0.1875 | 0 | 100 | 333.33 | 20 GA; N/2 of NW/4 of NW/4 Section 2, T5N-R5E Monroe Co, AL | Alabama | Monroe | 20 GA; N/2 of NW/4 of NW/4 Section 2, T5N-R5E Monroe Co, AL |
| 0.1875 | 0.1875 | 0 | 100 | 333.33 | 20 GA; N/2 of NW/4 of NW/4 Section 2, T5N-R5E Monroe Co, AL | Alabama | Monroe | 20 GA; N/2 of NW/4 of NW/4 Section 2, T5N-R5E Monroe Co, AL |
| 0.1875 | 0.1875 | 0 | 100 | 333.33 | 20 GA; N/2 of NW/4 of NW/4 Section 2, T5N-R5E Monroe Co, AL | Alabama | Monroe | 20 GA; N/2 of NW/4 of NW/4 Section 2, T5N-R5E Monroe Co, AL |
| 0.1875 | 0.1875 | 0 | 200 | 400 | 20 GA; S/2 of NW/4 of NW/4, Section 2, T5N-R5E Monroe Co, AL | Alabama | Monroe | 20 GA; S/2 of NW/4 of NW/4, Section 2, T5N-R5E Monroe Co, AL |
| 0.1875 | 0.1875 | 0 | 200 | 200 | 20 GA; S/2 of NW/4 of NW/4, Section 2, T5N-R5E Monroe Co, AL | Alabama | Monroe | 20 GA; S/2 of NW/4 of NW/4, Section 2, T5N-R5E Monroe Co, AL |
| 0.1875 | 0.1875 | 0 | 200 | 400 | 20 GA; S/2 of NW/4 of NW/4, Section 2, T5N-R5E Monroe Co, AL | Alabama | Monroe | 20 GA; S/2 of NW/4 of NW/4, Section 2, T5N-R5E Monroe Co, AL |
| 0.1875 | 0.1875 | 0 | 200 | 400 | 20 GA; S/2 of NW/4 of NW/4, Section 2, T5N-R5E Monroe Co, AL | Alabama | Monroe | 20 GA; S/2 of NW/4 of NW/4, Section 2, T5N-R5E Monroe Co, AL |
| 0.1875 | 0.1875 | 0 | 200 | 200 | 20 GA; S/2 of NW/4 of NW/4, Section 2, T5N-R5E Monroe Co, AL | Alabama | Monroe | 20 GA; S/2 of NW/4 of NW/4, Section 2, T5N-R5E Monroe Co, AL |
| 0.1875 | 0.1875 | 0 | 200 | 400 | 20 GA; S/2 of NW/4 of NW/4, Section 2, T5N-R5E Monroe Co, AL | Alabama | Monroe | 20 GA; S/2 of NW/4 of NW/4, Section 2, T5N-R5E Monroe Co, AL |
| 0.1875 | 0.1875 | 0 | 125 | 700.37 | - ALIAS: 19-T04N-R06E-13  (50 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 125 | 700.37 | - ALIAS: 19-T04N-R06E-0025  (3.31 Ac.) | Alabama | Monroe | |

| Lease Name | Lease Type Code | Lease Status Code | Lessee Id | Lessee Name | Lessor Id | Lessor Name | Opera tor Id | Operator Name | Lease State | Lease County | Lease Expiration Date | Lease Effective Date | Lease Legal Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAVID MIDDLET ON | FEE | HBP | SKLA01 | Sklarco, LLC | MIDD02 | David Middleton | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/25/2013 | 10/25/2010 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025; |
| DAVID MIDDLET ON | FEE | HBP | SKLA01 | Sklarco, LLC | MIDD02 | David Middleton | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/25/2013 | 10/25/2010 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025; |
| I.N.HICKO X | FEE | HBP | SKLA01 | Sklarco, LLC | HICI01 | I.N. HICKOX | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/28/2013 | 10/28/2010 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025; |
| I.N.HICKO X | FEE | HBP | SKLA01 | Sklarco, LLC | HICI01 | I.N. HICKOX | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/28/2013 | 10/28/2010 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025; |
| I.N.HICKO X | FEE | HBP | SKLA01 | Sklarco, LLC | HICI01 | I.N. HICKOX | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/28/2013 | 10/28/2010 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025; |
| I.N.HICKO X | FEE | HBP | SKLA01 | Sklarco, LLC | HICI01 | I.N. HICKOX | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/28/2013 | 10/28/2010 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025; |
| SUSANNA H E. MIDDLET ON | FEE | HBP | SKLA01 | Sklarco, LLC | MIDS01 | Susannah E. Middleton | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/22/2013 | 10/22/2010 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025; |
| SUSANNA H E. MIDDLET ON | FEE | HBP | SKLA01 | Sklarco, LLC | MIDS01 | Susannah E. Middleton | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/22/2013 | 10/22/2010 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025; |
| SUSANNA H E. MIDDLET ON | FEE | HBP | SKLA01 | Sklarco, LLC | MIDS01 | Susannah E. Middleton | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/22/2013 | 10/22/2010 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025; |
| SUSANNA H E. MIDDLET ON | FEE | HBP | SKLA01 | Sklarco, LLC | MIDS01 | Susannah E. Middleton | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/22/2013 | 10/22/2010 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025; |
| ESTATE OF OVERTON PRATT TURNER, SR. REPESENT ED BY | FEE | HBP | SKLA01 | Sklarco, LLC | TURO01 | The Estate of Overton Pratt Turner Sr., Rep. by Swain Turner | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/25/2013 | 10/25/2010 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025; |
| ESTATE OF OVERTON PRATT TURNER, SR. REPESENT ED BY | FEE | HBP | SKLA01 | Sklarco, LLC | TURO01 | The Estate of Overton Pratt Turner Sr., Rep. by Swain Turner | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/25/2013 | 10/25/2010 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025; |
| ESTATE OF OVERTON PRATT TURNER, SR. REPESENT ED BY | FEE | HBP | SKLA01 | Sklarco, LLC | TURO01 | The Estate of Overton Pratt Turner Sr., Rep. by Swain Turner | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/25/2013 | 10/25/2010 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025; |
| ESTATE OF OVERTON PRATT TURNER, SR. REPESENT ED BY | FEE | HBP | SKLA01 | Sklarco, LLC | TURO01 | The Estate of Overton Pratt Turner Sr., Rep. by Swain Turner | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/25/2013 | 10/25/2010 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025; |
| ANNE GRANT PICKENS | FEE | HBP | SKLA01 | Sklarco, LLC | PICA01 | Anne Grant Pickens | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/31/2012 | 09/29/2010 | 19-T04N-R06E-04; |

| Lease Royalty (Memo) | Lease Royalty (Int) | Lease ORRI (Int) | Bonus/Acre | Total Bonus | Tract Legal Description | Tract State | Tract County | SubTract Legal Description |
|---|---|---|---|---|---|---|---|---|
| 0.1875 | 0.1875 | 0 | 125 | 700.37 | - ALIAS: 19-T04N-R06E-14 (43 Ac.) | Alabama | Monroe | - ALIAS: 19-T04N-R06E-14 (43 Ac.) Coley 24-16#1 |
| 0.1875 | 0.1875 | 0 | 125 | 700.37 | - ALIAS: 24-T04N-R05E-11 (83 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 125 | 1400.87 | - ALIAS: 19-T04N-R06E-13 (50 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 125 | 1400.87 | - ALIAS: 19-T04N-R06E-0025 (3.31 Ac.) | Alabama | Monroe | - ALIAS: 19-T04N-R06E-14 (43 Ac.) |
| 0.1875 | 0.1875 | 0 | 125 | 1400.87 | - ALIAS: 19-T04N-R06E-14 (43 Ac.) | Alabama | Monroe | Coley 24-16#1 |
| 0.1875 | 0.1875 | 0 | 125 | 1400.87 | - ALIAS: 24-T04N-R05E-11 (83 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 125 | 2801.71 | - ALIAS: 19-T04N-R06E-13 (50 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 125 | 2801.71 | - ALIAS: 19-T04N-R06E-0025 (3.31 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 125 | 2801.71 | - ALIAS: 19-T04N-R06E-14 (43 Ac.) | Alabama | Monroe | - ALIAS: 19-T04N-R06E-14 (43 Ac.) Coley 24-16#1 |
| 0.1875 | 0.1875 | 0 | 125 | 2801.71 | - ALIAS: 24-T04N-R05E-11 (83 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 125 | 700.37 | - ALIAS: 19-T04N-R06E-13 (50 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 125 | 700.37 | - ALIAS: 19-T04N-R06E-0025 (3.31 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 125 | 700.37 | - ALIAS: 19-T04N-R06E-14 (43 Ac.) | Alabama | Monroe | - ALIAS: 19-T04N-R06E-14 (43 Ac.) Coley 24-16#1 |
| 0.1875 | 0.1875 | 0 | 125 | 700.37 | - ALIAS: 24-T04N-R05E-11 (83 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 100 | 4500 | - ALIAS: 19-T04N-R06E-04 (45 Ac.) | Alabama | Monroe | |

| Lease Name | Lease Type Code | Lease Status Code | Lessee Id | Lessee Name | Lessor Id | Lessor Name | Opera tor Id | Operator Name | Lease State | Lease County | Lease Expiration Date | Lease Effective Date | Lease Legal Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ELLA FAIRE HOUSE AND ROBIN HOUSE | FEE | HBP | SKLA01 | Sklarco, LLC | UNKNOWN | UNKNOWN / OTHERS | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 09/23/2013 | 09/23/2010 | N/2 OF NW/4: BEING 74 ACRES MORE OR LESS IN MONROE COUNTY, AL; T04N R6E SEC30;SW/4 OF SW/4 T04N R6E SEC19; |
| ELLA FAIRE HOUSE AND ROBIN HOUSE | FEE | HBP | SKLA01 | Sklarco, LLC | UNKNOWN | UNKNOWN / OTHERS | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 09/23/2013 | 09/23/2010 | N/2 OF NW/4: BEING 74 ACRES MORE OR LESS IN MONROE COUNTY, AL; T04N R6E SEC30;SW/4 OF SW/4 T04N R6E SEC19; |
| NELL P HADLEY | FEE | HBP | SKLA01 | Sklarco, LLC | HADN01 | Nell P. Hadley | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/07/2013 | 12/07/2010 | 24-T04N-R05E-00032;24-T04N-R05E-00033;24-T04N-R05E-00032;24-T04N-R05E-00032;24-T04N-R05E-00032; |
| NELL P HADLEY | FEE | HBP | SKLA01 | Sklarco, LLC | HADN01 | Nell P. Hadley | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/07/2013 | 12/07/2010 | 24-T04N-R05E-00032;24-T04N-R05E-00033;24-T04N-R05E-00032;24-T04N-R05E-00032;24-T04N-R05E-00032; |
| NELL P HADLEY | FEE | HBP | SKLA01 | Sklarco, LLC | HADN01 | Nell P. Hadley | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/07/2013 | 12/07/2010 | 24-T04N-R05E-00032;24-T04N-R05E-00033;24-T04N-R05E-00032;24-T04N-R05E-00032; |
| NELL P HADLEY | FEE | HBP | SKLA01 | Sklarco, LLC | HADN01 | Nell P. Hadley | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/07/2013 | 12/07/2010 | 24-T04N-R05E-00032;24-T04N-R05E-00033;24-T04N-R05E-00032;24-T04N-R05E-00032; |
| NELL P HADLEY | FEE | HBP | SKLA01 | Sklarco, LLC | HADN01 | Nell P. Hadley | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/07/2013 | 12/07/2010 | 24-T04N-R05E-00032;24-T04N-R05E-00033;24-T04N-R05E-00032;24-T04N-R05E-00032; |
| NELL P HADLEY | FEE | HBP | SKLA01 | Sklarco, LLC | HADN01 | Nell P. Hadley | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/07/2013 | 12/07/2010 | 24-T04N-R05E-00032;24-T04N-R05E-00032;24-T04N-R05E-00032; |
| JEWEL D CAYLOR | FEE | HBP | SKLA01 | Sklarco, LLC | CAYJ01 | JEWEL D. CAYLOR | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 09/30/2013 | 09/30/2010 | 24-T04N-R05E-00031;24-T04N-R05E-00031; |
| HALMA S COLEY | FEE | HBP | SKLA01 | Sklarco, LLC | COLH08 | Halma S. Coley | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 11/17/2013 | 11/17/2010 | N/2 OF NW/4: BEING 74 ACRES MORE OR LESS IN MONROE COUNTY, AL; T04N R6E SEC30;SW/4 OF SW/4 T04N R6E SEC19;30-T04N-R06E-00032;30-T04N-R06E-00032; |
| HALMA S COLEY | FEE | HBP | SKLA01 | Sklarco, LLC | COLH08 | Halma S. Coley | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 11/17/2013 | 11/17/2010 | N/2 OF NW/4: BEING 74 ACRES MORE OR LESS IN MONROE COUNTY, AL; T04N R6E SEC30;SW/4 OF SW/4 T04N R6E SEC19;30-T04N-R06E-00032;30-T04N-R06E-00032; |
| HALMA S COLEY | FEE | HBP | SKLA01 | Sklarco, LLC | COLH08 | Halma S. Coley | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 11/17/2013 | 11/17/2010 | N/2 OF NW/4: BEING 74 ACRES MORE OR LESS IN MONROE COUNTY, AL; T04N R6E SEC30;SW/4 OF SW/4 T04N R6E SEC19;30-T04N-R06E-00032;30-T04N-R06E-00032; |
| HALMA S COLEY | FEE | HBP | SKLA01 | Sklarco, LLC | COLH08 | Halma S. Coley | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 11/17/2013 | 11/17/2010 | N/2 OF NW/4: BEING 74 ACRES MORE OR LESS IN MONROE COUNTY, AL; T04N R6E SEC30;SW/4 OF SW/4 T04N R6E SEC19;30-T04N-R06E-00032;30-T04N-R06E-00032; |
| SUZANNE VEREEN | FEE | HBP | SKLA01 | Sklarco, LLC | VERS01 | Suzanne Vereen | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/16/2013 | 12/16/2010 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025; |
| SUZANNE VEREEN | FEE | HBP | SKLA01 | Sklarco, LLC | VERS01 | Suzanne Vereen | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/16/2013 | 12/16/2010 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025; |
| SUZANNE VEREEN | FEE | HBP | SKLA01 | Sklarco, LLC | VERS01 | Suzanne Vereen | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/16/2013 | 12/16/2010 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025; |
| SUZANNE VEREEN | FEE | HBP | SKLA01 | Sklarco, LLC | VERS01 | Suzanne Vereen | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/16/2013 | 12/16/2010 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025; |
| Thomas F. and Betty D. Mason | FEE | HBP | SKLA01 | Sklarco, LLC | MAST01 | Thomas F. and Betty D. Mason | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 11/30/2013 | 11/30/2010 | 3.02 ACRES, SE/4, T04,R5E;19-T04N-R06E-00032;19-T04N-R06E-00032;19-T04N-R06E-00032;19-T04N-R06E-00032;18-T04N-R06E-;19-T04N-R06E-100001;18-T04N-R06E-100001; |
| Thomas F. and Betty D. Mason | FEE | HBP | SKLA01 | Sklarco, LLC | MAST01 | Thomas F. and Betty D. Mason | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 11/30/2013 | 11/30/2010 | 3.02 ACRES, SE/4, T04,R5E;19-T04N-R06E-00032;19-T04N-R06E-00032;19-T04N-R06E-00032;19-T04N-R06E-00032;18-T04N-R06E-;19-T04N-R06E-100001;18-T04N-R06E-100001; |
| Thomas F. and Betty D. Mason | FEE | HBP | SKLA01 | Sklarco, LLC | MAST01 | Thomas F. and Betty D. Mason | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 11/30/2013 | 11/30/2010 | 3.02 ACRES, SE/4, T04,R5E;19-T04N-R06E-00032;19-T04N-R06E-00032;19-T04N-R06E-00032;19-T04N-R06E-00032;18-T04N-R06E-;19-T04N-R06E-100001;18-T04N-R06E-100001; |

| Lease Royalty (Memo) | Lease Royalty (Int) | Lease ORRI (Int) | Bonus/Acre | Total Bonus | Tract Legal Description | Tract State | Tract County | SubTract Legal Description |
|---|---|---|---|---|---|---|---|---|
| 0.1875 | 0.1875 | 0 | 100 | 5700 | - ALIAS: 19-T04N-R06E-03 (40 Ac.)     SW/4 OF SW/4 T04N R6E SEC19 | Alabama | Monroe | SW/4 OF SW/4 T04N R6E SEC19 |
| 0.1875 | 0.1875 | 0 | 100 | 5700 | N/2 OF NW/4: BEING 74 ACRES MORE OR LESS IN MONROE COUNTY, AL; TO4N R6E SEC30<br>- ALIAS: 30-T04N-R06E-02 (74 Ac.) | Alabama | Monroe | N/2 OF NW/4: BEING 74 ACRES MORE OR LESS IN MONROE COUNTY, AL; TO4N R6E SEC30 |
| 0.1875 | 0.1875 | 0 | 100 | 2420 | - ALIAS: 24-T04N-R05E-00032 (4.9859751922 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 100 | 2420 | - ALIAS: 24-T04N-R05E-00032 (22.265624957 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 100 | 2420 | - ALIAS: 24-T04N-R05E-00032 (14.8 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 100 | 2420 | - ALIAS: 24-T04N-R05E-00033 (2 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 100 | 2420 | - ALIAS: 24-T04N-R05E-00032 (4.36 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 100 | 2420 | - ALIAS: 24-T04N-R05E-00032 (1.98 Ac.)                    I | Alabama | Monroe | I |
| 0.1875 | 0.1875 | 0 | 100 | 2650 | - ALIAS: 24-T04N-R05E-00031 (43.828695666 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 100 | 600.1 | - ALIAS: 19-T04N-R06E-03 (40 Ac.)     SW/4 OF SW/4 T04N R6E SEC19 | Alabama | Monroe | SW/4 OF SW/4 T04N R6E SEC19 |
| 0.1875 | 0.1875 | 0 | 100 | 600.1 | - ALIAS: 30-T04N-R06E-00032 (5.003 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 100 | 600.1 | - ALIAS: 30-T04N-R06E-00032 (2 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 100 | 600.1 | N/2 OF NW/4: BEING 74 ACRES MORE OR LESS IN MONROE COUNTY, AL; TO4N R6E SEC30<br>- ALIAS: 30-T04N-R06E-02 (74 Ac.) | Alabama | Monroe | N/2 OF NW/4: BEING 74 ACRES MORE OR LESS IN MONROE COUNTY, AL; TO4N R6E SEC30 |
| 0.1875 | 0.1875 | 0 | 125 | 175.11 | - ALIAS: 19-T04N-R06E-13 (50 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 125 | 175.11 | - ALIAS: 19-T04N-R06E-0025 (3.31 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 125 | 175.11 | - ALIAS: 19-T04N-R06E-14 (43 Ac.) | Alabama | Monroe | - ALIAS: 19-T04N-R06E-14 (43 Ac.)<br>Coley 24-16#1 |
| 0.1875 | 0.1875 | 0 | 125 | 175.11 | - ALIAS: 24-T04N-R05E-11 (83 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 150 | 4939.5 | 16.67 gross acres  - ALIAS: 18-T04N-R06E-00031 (16.67 Ac.) | Alabama | Monroe | 16.67 gross acres |
| 0.1875 | 0.1875 | 0 | 150 | 4939.5 | - ALIAS: 19-T04N-R06E-00032 (12.38 Ac.) | Alabama | Monroe | 12.38 gross Acres |
| 0.1875 | 0.1875 | 0 | 150 | 4939.5 | - ALIAS: 19-T04N-R06E-00032 (2 Ac.) | Alabama | Monroe | 2.0 gross acres |

| Lease Name | Lease Type Code | Lease Status Code | Lessee Id | Lessee Name | Lessor Id | Lessor Name | Opera tor Id | Operator Name | Lease State | Lease County | Lease Expiration Date | Lease Effective Date | Lease Legal Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thomas F. and Betty D. Mason | FEE | HBP | SKLA01 | Sklarco, LLC | MAST01 | Thomas F. and Betty D. Mason | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 11/30/2013 | 11/30/2010 | 3.02 ACRES, SE/4, T04,R5E;19-T04N-R06E-00032;19-T04N-R06E-00032;19-T04N-R06E-00032;18-T04N-R06E-;19-T04N-R06E-100001;18-T04N-R06E-100001; |
| Thomas F. and Betty D. Mason | FEE | HBP | SKLA01 | Sklarco, LLC | MAST01 | Thomas F. and Betty D. Mason | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 11/30/2013 | 11/30/2010 | 3.02 ACRES, SE/4, T04,R5E;19-T04N-R06E-00032;19-T04N-R06E-00032;19-T04N-R06E-00032;18-T04N-R06E-;19-T04N-R06E-100001;18-T04N-R06E-100001; |
| Thomas F. and Betty D. Mason | FEE | HBP | SKLA01 | Sklarco, LLC | MAST01 | Thomas F. and Betty D. Mason | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 11/30/2013 | 11/30/2010 | 3.02 ACRES, SE/4, T04,R5E;19-T04N-R06E-00032;19-T04N-R06E-00032;19-T04N-R06E-00032;18-T04N-R06E-;19-T04N-R06E-100001;18-T04N-R06E-100001; |
| Thomas F. and Betty D. Mason | FEE | HBP | SKLA01 | Sklarco, LLC | MAST01 | Thomas F. and Betty D. Mason | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 11/30/2013 | 11/30/2010 | 3.02 ACRES, SE/4, T04,R5E;19-T04N-R06E-00032;19-T04N-R06E-00032;19-T04N-R06E-00032;18-T04N-R06E-;19-T04N-R06E-100001;18-T04N-R06E-100001; |
| Thomas F. and Betty D. Mason | FEE | HBP | SKLA01 | Sklarco, LLC | MAST01 | Thomas F. and Betty D. Mason | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 11/30/2013 | 11/30/2010 | 3.02 ACRES, SE/4, T04,R5E;19-T04N-R06E-00032;19-T04N-R06E-00032;19-T04N-R06E-00032;18-T04N-R06E-;19-T04N-R06E-100001;18-T04N-R06E-100001; |
| WILLIE E SHEFFIELD | FEE | HBP | SKLA01 | Sklarco, LLC | SHEF01 | Willie E. Scheffield | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/14/2013 | 12/14/2010 | N/2 OF NW/4: BEING 74 ACRES MORE OR LESS IN MONROE COUNTY, AL; T04N R6E SEC30;SW/4 OF SW/4 T04N R6E SEC19;30-T04N-R06E-00032;30-T04N-R06E-00032; |
| WILLIE E SHEFFIELD | FEE | HBP | SKLA01 | Sklarco, LLC | SHEF01 | Willie E. Scheffield | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/14/2013 | 12/14/2010 | N/2 OF NW/4: BEING 74 ACRES MORE OR LESS IN MONROE COUNTY, AL; T04N R6E SEC30;SW/4 OF SW/4 T04N R6E SEC19;30-T04N-R06E-00032;30-T04N-R06E-00032; |
| WILLIE E SHEFFIELD | FEE | HBP | SKLA01 | Sklarco, LLC | SHEF01 | Willie E. Scheffield | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/14/2013 | 12/14/2010 | N/2 OF NW/4: BEING 74 ACRES MORE OR LESS IN MONROE COUNTY, AL; T04N R6E SEC30;SW/4 OF SW/4 T04N R6E SEC19;30-T04N-R06E-00032;30-T04N-R06E-00032; |
| WILLIE E SHEFFIELD | FEE | HBP | SKLA01 | Sklarco, LLC | SHEF01 | Willie E. Scheffield | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/14/2013 | 12/14/2010 | N/2 OF NW/4: BEING 74 ACRES MORE OR LESS IN MONROE COUNTY, AL; T04N R6E SEC30;SW/4 OF SW/4 T04N R6E SEC19;30-T04N-R06E-00032;30-T04N-R06E-00032; |
| RAY JONES | FEE | HBP | SKLA01 | Sklarco, LLC | JONR03 | Ray Jones | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 01/04/2014 | 01/04/2011 | N/2 OF NW/4: BEING 74 ACRES MORE OR LESS IN MONROE COUNTY, AL; T04N R6E SEC30;SW/4 OF SW/4 T04N R6E SEC19;30-T04N-R06E-00032;30-T04N-R06E-00032; |
| RAY JONES | FEE | HBP | SKLA01 | Sklarco, LLC | JONR03 | Ray Jones | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 01/04/2014 | 01/04/2011 | N/2 OF NW/4: BEING 74 ACRES MORE OR LESS IN MONROE COUNTY, AL; T04N R6E SEC30;SW/4 OF SW/4 T04N R6E SEC19;30-T04N-R06E-00032;30-T04N-R06E-00032; |
| RAY JONES | FEE | HBP | SKLA01 | Sklarco, LLC | JONR03 | Ray Jones | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 01/04/2014 | 01/04/2011 | N/2 OF NW/4: BEING 74 ACRES MORE OR LESS IN MONROE COUNTY, AL; T04N R6E SEC30;SW/4 OF SW/4 T04N R6E SEC19;30-T04N-R06E-00032;30-T04N-R06E-00032; |
| RAY JONES | FEE | HBP | SKLA01 | Sklarco, LLC | JONR03 | Ray Jones | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 01/04/2014 | 01/04/2011 | N/2 OF NW/4: BEING 74 ACRES MORE OR LESS IN MONROE COUNTY, AL; T04N R6E SEC30;SW/4 OF SW/4 T04N R6E SEC19;30-T04N-R06E-00032;30-T04N-R06E-00032; |
| MEDFORD MOSLEY | FEE | HBP | SKLA01 | Sklarco, LLC | MOSM01 | Margaret Horton Moss | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 01/04/2014 | 01/04/2011 | N/2 OF NW/4: BEING 74 ACRES MORE OR LESS IN MONROE COUNTY, AL; T04N R6E SEC30;SW/4 OF SW/4 T04N R6E SEC19;30-T04N-R06E-00032;30-T04N-R06E-00032; |
| MEDFORD MOSLEY | FEE | HBP | SKLA01 | Sklarco, LLC | MOSM01 | Margaret Horton Moss | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 01/04/2014 | 01/04/2011 | N/2 OF NW/4: BEING 74 ACRES MORE OR LESS IN MONROE COUNTY, AL; T04N R6E SEC30;SW/4 OF SW/4 T04N R6E SEC19;30-T04N-R06E-00032;30-T04N-R06E-00032; |
| MEDFORD MOSLEY | FEE | HBP | SKLA01 | Sklarco, LLC | MOSM01 | Margaret Horton Moss | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 01/04/2014 | 01/04/2011 | N/2 OF NW/4: BEING 74 ACRES MORE OR LESS IN MONROE COUNTY, AL; T04N R6E SEC30;SW/4 OF SW/4 T04N R6E SEC19;30-T04N-R06E-00032;30-T04N-R06E-00032; |
| MEDFORD MOSLEY | FEE | HBP | SKLA01 | Sklarco, LLC | MOSM01 | Margaret Horton Moss | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 01/04/2014 | 01/04/2011 | N/2 OF NW/4: BEING 74 ACRES MORE OR LESS IN MONROE COUNTY, AL; T04N R6E SEC30;SW/4 OF SW/4 T04N R6E SEC19;30-T04N-R06E-00032;30-T04N-R06E-00032; |
| ARHTUR L LUKER AND JUNE W. LUKER | FEE | HBP | SKLA01 | Sklarco, LLC | LUKA02 | Arthur Levan Luker & June Weaver Luker | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 01/12/2014 | 01/12/2011 | 24-T04N-R05E-00032;24-T04N-R05E-00032; |
| ARHTUR L LUKER AND JUNE W. LUKER | FEE | HBP | SKLA01 | Sklarco, LLC | LUKA02 | Arthur Levan Luker & June Weaver Luker | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 01/12/2014 | 01/12/2011 | 24-T04N-R05E-00032;24-T04N-R05E-00032; |

| Lease Royalty (Memo) | Lease Royalty (Int) | Lease ORRI (Int) | Bonus/Acre | Total Bonus | Tract Legal Description | Tract State | Tract County | SubTract Legal Description |
|---|---|---|---|---|---|---|---|---|
| 0.1875 | 0.1875 | 0 | 150 | 4939.5 | - ALIAS: 19-T04N-R06E-00032 (0.65 Ac.) | Alabama | Monroe | .65 gross acres |
| 0.1875 | 0.1875 | 0 | 150 | 4939.5 | - ALIAS: 19-T04N-R06E-00032 (22.93 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 150 | 4939.5 | - ALIAS: 18-T04N-R06E-00031 (2.77 Ac.) | Alabama | Monroe | 2.77 gross acres |
| 0.1875 | 0.1875 | 0 | 150 | 4939.5 | - ALIAS: 19-T04N-R06E-00032 (25 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 150 | 4939.5 | 3.02 ACRES, SE/4, T04,R5E | Alabama | Monroe | 3.02 ACRES, SE/4, T04,R5E |
| 0.1875 | 0.1875 | 0 | 100 | 2500.04 | - ALIAS: 19-T04N-R06E-03 (40 Ac.)    SW/4 OF SW/4 T04N R6E SEC19 | Alabama | Monroe | SW/4 OF SW/4 T04N R6E SEC19 |
| 0.1875 | 0.1875 | 0 | 100 | 2500.04 | - ALIAS: 30-T04N-R06E-00032 (5.003 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 100 | 2500.04 | - ALIAS: 30-T04N-R06E-00032 (2 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | | 100 | 2500.04 | N/2 OF NW/4: BEING 74 ACRES MORE OR LESS IN MONROE COUNTY, AL; TO4N R6E SEC30 - ALIAS: 30-T04N-R06E-02 (74 Ac.) | Alabama | Monroe | N/2 OF NW/4: BEING 74 ACRES MORE OR LESS IN MONROE COUNTY, AL; TO4N R6E SEC30 |
| 0.25 | 0.25 | 0 | 100 | 2500.04 | - ALIAS: 19-T04N-R06E-03 (40 Ac.)    SW/4 OF SW/4 T04N R6E SEC19 | Alabama | Monroe | SW/4 OF SW/4 T04N R6E SEC19 |
| 0.25 | 0.25 | 0 | 100 | 2500.04 | - ALIAS: 30-T04N-R06E-00032 (5.003 Ac.) | Alabama | Monroe | |
| 0.25 | 0.25 | 0 | 100 | 2500.04 | - ALIAS: 30-T04N-R06E-00032 (2 Ac.) | Alabama | Monroe | |
| 0.25 | 0.25 | 0 | 100 | 2500.04 | N/2 OF NW/4: BEING 74 ACRES MORE OR LESS IN MONROE COUNTY, AL; TO4N R6E SEC30 - ALIAS: 30-T04N-R06E-02 (74 Ac.) | Alabama | Monroe | N/2 OF NW/4: BEING 74 ACRES MORE OR LESS IN MONROE COUNTY, AL; TO4N R6E SEC30 |
| 0.25 | 0.25 | 0 | 100 | 549.95 | - ALIAS: 19-T04N-R06E-03 (40 Ac.)    SW/4 OF SW/4 T04N R6E SEC19 | Alabama | Monroe | SW/4 OF SW/4 T04N R6E SEC19 |
| 0.25 | 0.25 | 0 | 100 | 549.95 | - ALIAS: 30-T04N-R06E-00032 (5.003 Ac.) | Alabama | Monroe | |
| 0.25 | 0.25 | 0 | 100 | 549.95 | - ALIAS: 30-T04N-R06E-00032 (2 Ac.) | Alabama | Monroe | |
| 0.25 | 0.25 | 0 | 100 | 549.95 | N/2 OF NW/4: BEING 74 ACRES MORE OR LESS IN MONROE COUNTY, AL; TO4N R6E SEC30 - ALIAS: 30-T04N-R06E-02 (74 Ac.) | Alabama | Monroe | N/2 OF NW/4: BEING 74 ACRES MORE OR LESS IN MONROE COUNTY, AL; TO4N R6E SEC30 |
| 0.1875 | 0.1875 | 0 | 100 | 500 | - ALIAS: 24-T04N-R05E-00032 (2 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 100 | 500 | - ALIAS: 24-T04N-R05E-00032 (6 Ac.) | Alabama | Monroe | |

| Lease Name | Lease Type Code | Lease Status Code | Lessee Id | Lessee Name | Lessor Id | Lessor Name | Opera tor Id | Operator Name | Lease State | Lease County | Lease Expiration Date | Lease Effective Date | Lease Legal Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ANNIE LAURIE VEREEN | FEE | HBP | SKLA01 | Sklarco, LLC | VERA01 | Annie Laurie Vereen | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 01/03/2014 | 01/03/2011 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025; |
| ANNIE LAURIE VEREEN | FEE | HBP | SKLA01 | Sklarco, LLC | VERA01 | Annie Laurie Vereen | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 01/03/2014 | 01/03/2011 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025; |
| ANNIE LAURIE VEREEN | FEE | HBP | SKLA01 | Sklarco, LLC | VERA01 | Annie Laurie Vereen | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 01/03/2014 | 01/03/2011 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025; |
| ANNIE LAURIE VEREEN | FEE | HBP | SKLA01 | Sklarco, LLC | VERA01 | Annie Laurie Vereen | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 01/03/2014 | 01/03/2011 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025; |
| FLC HEIRS, LLC | FEE | HBP | SKLA01 | Sklarco, LLC | FLCH01 | FLC Heirs, LLC | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/16/2013 | 12/16/2010 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025;3.02 ACRES, SE/4, T04,R5E; |
| FLC HEIRS, LLC | FEE | HBP | SKLA01 | Sklarco, LLC | FLCH01 | FLC Heirs, LLC | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/16/2013 | 12/16/2010 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025;3.02 ACRES, SE/4, T04,R5E; |
| FLC HEIRS, LLC | FEE | HBP | SKLA01 | Sklarco, LLC | FLCH01 | FLC Heirs, LLC | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/16/2013 | 12/16/2010 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025;3.02 ACRES, SE/4, T04,R5E; |
| FLC HEIRS, LLC | FEE | HBP | SKLA01 | Sklarco, LLC | FLCH01 | FLC Heirs, LLC | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/16/2013 | 12/16/2010 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025;3.02 ACRES, SE/4, T04,R5E; |
| FLC HEIRS, LLC | FEE | HBP | SKLA01 | Sklarco, LLC | FLCH01 | FLC Heirs, LLC | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/16/2013 | 12/16/2010 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14;19-T04N-R06E-0025;3.02 ACRES, SE/4, T04,R5E; |
| ESTATE OF R.L. MOORE, REP. BY MARY ANN BLANK | FEE | HBP | SKLA01 | Sklarco, LLC | BLAA01 | The Estate Of R. Lamar Moore, Rep. by Mary Ann Blank | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 01/07/2011 | 01/07/2011 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14; |
| ESTATE OF R.L. MOORE, REP. BY MARY ANN BLANK | FEE | HBP | SKLA01 | Sklarco, LLC | BLAA01 | The Estate Of R. Lamar Moore, Rep. by Mary Ann Blank | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 01/07/2011 | 01/07/2011 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14; |
| ESTATE OF R.L. MOORE, REP. BY MARY ANN BLANK | FEE | HBP | SKLA01 | Sklarco, LLC | BLAA01 | The Estate Of R. Lamar Moore, Rep. by Mary Ann Blank | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 01/07/2011 | 01/07/2011 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14; |
| ESTATE OF R.L. MOORE, REP. BY MARY ANN BLANK | FEE | HBP | SKLA01 | Sklarco, LLC | BLAA01 | The Estate Of R. Lamar Moore, Rep. by Mary Ann Blank | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 01/07/2014 | 01/07/2011 | 24-T04N-R05E-11;19-T04N-R06E-13;19-T04N-R06E-14; |
| JOHN M. AND SONYA W. KIRCHHARR | FEE | HBP | SKLA01 | Sklarco, LLC | KIRJ01 | John M. Kirchharr and Sonya Kirchharr, married | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/03/2013 | 10/03/2010 | 24-T04N-R05E-00032;24-T04N-R05E-00032;24-T04N-R05E-00032; |

| Lease Royalty (Memo) | Lease Royalty (Int) | Lease ORRI (Int) | Bonus/Acre | Total Bonus | Tract Legal Description | Tract State | Tract County | SubTract Legal Description |
|---|---|---|---|---|---|---|---|---|
| 0.1875 | 0.1875 | 0 | 125 | 175.11 | - ALIAS: 19-T04N-R06E-13 (50 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 125 | 175.11 | - ALIAS: 19-T04N-R06E-0025 (3.31 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 125 | 175.11 | - ALIAS: 19-T04N-R06E-14 (43 Ac.) | Alabama | Monroe | - ALIAS: 19-T04N-R06E-14 (43 Ac.)  Coley 24-16#1 |
| 0.1875 | 0.1875 | 0 | 125 | 175.11 | - ALIAS: 24-T04N-R05E-11 (83 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 100 | 4558 | - ALIAS: 19-T04N-R06E-13 (50 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 100 | 4558 | - ALIAS: 19-T04N-R06E-0025 (3.31 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 100 | 4558 | - ALIAS: 19-T04N-R06E-14 (43 Ac.) | Alabama | Monroe | - ALIAS: 19-T04N-R06E-14 (43 Ac.)  Coley 24-16#1 |
| 0.1875 | 0.1875 | 0 | 100 | 4558 | 3.02 ACRES, SE/4, T04,R5E | Alabama | Monroe | 3.02 ACRES, SE/4, T04,R5E |
| 0.1875 | 0.1875 | 0 | 100 | 4558 | - ALIAS: 24-T04N-R05E-11 (83 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 125 | 175.11 | - ALIAS: 19-T04N-R06E-13 (50 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 125 | 175.11 | - ALIAS: 19-T04N-R06E-0025 (3.31 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 125 | 175.11 | - ALIAS: 19-T04N-R06E-14 (43 Ac.) | Alabama | Monroe | - ALIAS: 19-T04N-R06E-14 (43 Ac.)  Coley 24-16#1 |
| 0.1875 | 0.1875 | 0 | 125 | 175.11 | - ALIAS: 24-T04N-R05E-11 (83 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 100 | 1468 | - ALIAS: 24-T04N-R05E-00032 (4.9859751922 Ac.) | Alabama | Monroe | |

| Lease Name | Lease Type Code | Lease Status Code | Lessee Id | Lessee Name | Lessor Id | Lessor Name | Opera tor Id | Operator Name | Lease State | Lease County | Lease Expiration Date | Lease Effective Date | Lease Legal Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JOHN M. AND SONYA W. KIRCHHA RR | FEE | HBP | SKLA01 | Sklarco, LLC | KIRJ01 | John M. Kirchharr and Sonya Kirchharr, married | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/03/2013 | 10/03/2010 | 24-T04N-R05E-00032;24-T04N-R05E-00032;24-T04N-R05E-00032; |
| JOHN M. AND SONYA W. KIRCHHA RR | FEE | HBP | SKLA01 | Sklarco, LLC | KIRJ01 | John M. Kirchharr and Sonya Kirchharr, married | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/03/2013 | 10/03/2010 | 24-T04N-R05E-00032;24-T04N-R05E-00032;24-T04N-R05E-00032; |
| GEORGE E. SNOW JR., AND HOLLIE E. SNOW | FEE | HBP | SKLA01 | Sklarco, LLC | SNOG01 | George Edward Snow, Jr., & Hollie Snow married | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 11/09/2013 | 11/09/2010 | 24-T04N-R05E-00032;24-T04N-R05E-00032; |
| GEORGE E. SNOW JR., AND HOLLIE E. SNOW | FEE | HBP | SKLA01 | Sklarco, LLC | SNOG01 | George Edward Snow, Jr., & Hollie Snow married | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 11/09/2013 | 11/09/2010 | 24-T04N-R05E-00032;24-T04N-R05E-00032; |
| MARIBELL KADEL BY CLINT KADELL AIF | FEE | HBP | SKLA01 | Sklarco, LLC | KADM01 | Maribell Kadel, rep by Clint Kadel, AIF | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 01/24/2014 | 01/24/2011 | SEC 19: NW/4 OF SW/4; NE/SW; NW/ SE LYING WEST OF HWY 21  SEC 24: S/2 OF THE S/E |
| MARIBELL KADEL BY CLINT KADELL AIF | FEE | HBP | SKLA01 | Sklarco, LLC | KADM01 | Maribell Kadel, rep by Clint Kadel, AIF | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 01/24/2014 | 01/24/2011 | SEC 19: NW/4 OF SW/4; NE/SW; NW/ SE LYING WEST OF HWY 21  SEC 24: S/2 OF THE S/E |
| MARIBELL KADEL BY CLINT KADELL AIF | FEE | HBP | SKLA01 | Sklarco, LLC | KADM01 | Maribell Kadel, rep by Clint Kadel, AIF | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 01/24/2014 | 01/24/2011 | SEC 19: NW/4 OF SW/4; NE/SW; NW/ SE LYING WEST OF HWY 21  SEC 24: S/2 OF THE S/E |
| MARIBELL KADEL BY CLINT KADELL AIF | FEE | HBP | SKLA01 | Sklarco, LLC | KADM01 | Maribell Kadel, rep by Clint Kadel, AIF | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 01/24/2014 | 01/24/2011 | SEC 19: NW/4 OF SW/4; NE/SW; NW/ SE LYING WEST OF HWY 21  SEC 24: S/2 OF THE S/E |
| JAMES U BLACKSHE R TRUST, BANC TRUST AS TRUSTEE FOR | FEE | HBP | SKLA01 | Sklarco, LLC | BLAJ06 | James U. Blacksher | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 04/24/2014 | 04/24/2011 | SEC 19:NW/4 OF SW/4; NE/SW; NW/SE LYING WEST OF HWY 21 AND SEC25: NE/4 AND SEC24: S/2 OF SE/4; 3.03 ACRES IN SE CORNER OD NE/SE |
| JAMES U BLACKSHE R TRUST, BANC TRUST AS TRUSTEE FOR | FEE | HBP | SKLA01 | Sklarco, LLC | BLAJ06 | James U. Blacksher | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 04/24/2014 | 04/24/2011 | SEC 19:NW/4 OF SW/4; NE/SW; NW/SE LYING WEST OF HWY 21 AND SEC25: NE/4 AND SEC24: S/2 OF SE/4; 3.03 ACRES IN SE CORNER OD NE/SE |
| JAMES U BLACKSHE R TRUST, BANC TRUST AS TRUSTEE FOR | FEE | HBP | SKLA01 | Sklarco, LLC | BLAJ06 | James U. Blacksher | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 04/24/2014 | 04/24/2011 | SEC 19:NW/4 OF SW/4; NE/SW; NW/SE LYING WEST OF HWY 21 AND SEC25: NE/4 AND SEC24: S/2 OF SE/4; 3.03 ACRES IN SE CORNER OD NE/SE |

| Lease Royalty (Memo) | Lease Royalty (Int) | Lease ORRI (Int) | Bonus/Acre | Total Bonus | Tract Legal Description | Tract State | Tract County | SubTract Legal Description |
|---|---|---|---|---|---|---|---|---|
| 0.1875 | 0.1875 | 0 | 100 | 1468 | - ALIAS: 24-T04N-R05E-00032 (22.265624957 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 100 | 1468 | - ALIAS: 24-T04N-R05E-00032 (4.36 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 100 | 840 | - ALIAS: 24-T04N-R05E-00032 (2 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 100 | 840 | - ALIAS: 24-T04N-R05E-00032 (14.8 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 125 | 175.11 | - ALIAS: 19-T04N-R06E-13 (50 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 125 | 175.11 | - ALIAS: 19-T04N-R06E-0025 (3.31 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 125 | 175.11 | - ALIAS: 19-T04N-R06E-14 (43 Ac.) | Alabama | Monroe | - ALIAS: 19-T04N-R06E-14 (43 Ac.) Coley 24-16#1 |
| 0.1875 | 0.1875 | 0 | 125 | 175.11 | - ALIAS: 24-T04N-R05E-11 (83 Ac.) | Alabama | Monroe | |
| 0.23 | 0.23 | 0 | 210 | 17518.43 | - ALIAS: 19-T04N-R06E-13 (50 Ac.) | Alabama | Monroe | |
| 0.23 | 0.23 | 0 | 210 | 17518.43 | - ALIAS: 19-T04N-R06E-0025 (3.31 Ac.) | Alabama | Monroe | |
| 0.23 | 0.23 | 0 | 210 | 17518.43 | - ALIAS: 19-T04N-R06E-14 (43 Ac.) | Alabama | Monroe | - ALIAS: 19-T04N-R06E-14 (43 Ac.) Coley 24-16#1 |

| Lease Name | Lease Type Code | Lease Status Code | Lessee Id | Lessee Name | Lessor Id | Lessor Name | Opera tor Id | Operator Name | Lease State | Lease County | Lease Expiration Date | Lease Effective Date | Lease Legal Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAMES U BLACKSHER TRUST, BANC TRUST AS TRUSTEE FOR | FEE | HBP | SKLA01 | Sklarco, LLC | BLAJ06 | James U. Blacksher | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 04/24/2014 | 04/24/2011 | SEC 19:NW/4 OF SW/4; NE/SW; NW/SE LYING WEST OF HWY 21 AND SEC25: NE/4 AND SEC24: S/2 OF SE/4; 3.03 ACRES IN SE CORNER OD NE/SE |
| JAMES U BLACKSHER TRUST, BANC TRUST AS TRUSTEE FOR | FEE | HBP | SKLA01 | Sklarco, LLC | BLAJ06 | James U. Blacksher | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 04/24/2014 | 04/24/2011 | SEC 19:NW/4 OF SW/4; NE/SW; NW/SE LYING WEST OF HWY 21 AND SEC25: NE/4 AND SEC24: S/2 OF SE/4; 3.03 ACRES IN SE CORNER OD NE/SE |
| JAMES U BLACKSHER TRUST, BANC TRUST AS TRUSTEE FOR | FEE | HBP | SKLA01 | Sklarco, LLC | BLAJ06 | James U. Blacksher | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 04/24/2014 | 04/24/2011 | SEC 19:NW/4 OF SW/4; NE/SW; NW/SE LYING WEST OF HWY 21 AND SEC25: NE/4 AND SEC24: S/2 OF SE/4; 3.03 ACRES IN SE CORNER OD NE/SE |
| JOHN L BLACKSHER TRUST, REVOCAB LE TRUAT BY WESLEY | FEE | HBP | SKLA01 | Sklarco, LLC | BLAJ07 | John L. Blacksher Trust | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 03/24/2014 | 03/24/2011 | |
| JOHN L BLACKSHER TRUST, REVOCAB LE TRUAT BY WESLEY | FEE | HBP | SKLA01 | Sklarco, LLC | BLAJ07 | John L. Blacksher Trust | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 03/24/2014 | 03/24/2011 | |
| JOHN L BLACKSHER TRUST, REVOCAB LE TRUAT BY WESLEY | FEE | HBP | SKLA01 | Sklarco, LLC | BLAJ07 | John L. Blacksher Trust | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 03/24/2014 | 03/24/2011 | |
| JOHN L BLACKSHER TRUST, REVOCAB LE TRUAT BY WESLEY | FEE | HBP | SKLA01 | Sklarco, LLC | BLAJ07 | John L. Blacksher Trust | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 03/24/2014 | 03/24/2011 | |

| Lease Royalty (Memo) | Lease Royalty (Int) | Lease ORRI (Int) | Bonus/Acre | Total Bonus | Tract Legal Description | Tract State | Tract County | SubTract Legal Description |
|---|---|---|---|---|---|---|---|---|
| 0.23 | 0.23 | 0 | 210 | 17518.43 | 3.02 ACRES, SE/4, T04,R5E | Alabama | Monroe | 3.02 ACRES, SE/4, T04,R5E |
| 0.23 | 0.23 | 0 | 210 | 17518.43 | - ALIAS: 24-T04N-R05E-11 (83 Ac.) | Alabama | Monroe | |
| 0.23 | 0.23 | 0 | 210 | 17518.43 | - ALIAS: 25-T04N-R05E-00031 (160 Ac.) | Alabama | Monroe | |
| 0.23 | 0.23 | 0 | 210 | 17581.43 | - ALIAS: 19-T04N-R06E-13 (50 Ac.) | Alabama | Monroe | |
| 0.23 | 0.23 | 0 | 210 | 17581.43 | - ALIAS: 19-T04N-R06E-0025 (3.31 Ac.) | Alabama | Monroe | |
| 0.23 | 0.23 | 0 | 210 | 17581.43 | - ALIAS: 19-T04N-R06E-14 (43 Ac.) | Alabama | Monroe | - ALIAS: 19-T04N-R06E-14 (43 Ac.)<br>Coley 24-16#1 |
| 0.23 | 0.23 | 0 | 210 | 17581.43 | 3.02 ACRES, SE/4, T04,R5E | Alabama | Monroe | 3.02 ACRES, SE/4, T04,R5E |

| Lease Name | Lease Type Code | Lease Status Code | Lessee Id | Lessee Name | Lessor Id | Lessor Name | Operator Id | Operator Name | Lease State | Lease County | Lease Expiration Date | Lease Effective Date | Lease Legal Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JOHN L BLACKSHER TRUST, REVOCABLE TRUAT BY WESLEY | FEE | HBP | SKLA01 | Sklarco, LLC | BLAJ07 | John L. Blacksher Trust | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 03/24/2014 | 03/24/2011 | |
| JOHN L BLACKSHER TRUST, REVOCABLE TRUAT BY WESLEY | FEE | HBP | SKLA01 | Sklarco, LLC | BLAJ07 | John L. Blacksher Trust | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 03/24/2014 | 03/24/2011 | |
| URIAH LAND COMPANY, LLC, BY T. BESTOR WARD, III, M | FEE | HBP | SKLA01 | Sklarco, LLC | URIC01 | Uriah Land Company | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 03/24/2014 | 03/24/2011 | |
| URIAH LAND COMPANY, LLC, BY T. BESTOR WARD, III, M | FEE | HBP | SKLA01 | Sklarco, LLC | URIC01 | Uriah Land Company | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 03/24/2014 | 03/24/2011 | |
| URIAH LAND COMPANY, LLC, BY T. BESTOR WARD, III, M | FEE | HBP | SKLA01 | Sklarco, LLC | URIC01 | Uriah Land Company | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 03/24/2014 | 03/24/2011 | |
| URIAH LAND COMPANY, LLC, BY T. BESTOR WARD, III, M | FEE | HBP | SKLA01 | Sklarco, LLC | URIC01 | Uriah Land Company | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 03/24/2014 | 03/24/2011 | |
| URIAH LAND COMPANY, LLC, BY T. BESTOR WARD, III, M | FEE | HBP | SKLA01 | Sklarco, LLC | URIC01 | Uriah Land Company | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 03/24/2014 | 03/24/2011 | |
| URIAH LAND COMPANY, LLC, BY T. BESTOR WARD, III, M | FEE | HBP | SKLA01 | Sklarco, LLC | URIC01 | Uriah Land Company | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 03/24/2014 | 03/24/2011 | |

| Lease Royalty (Memo) | Lease Royalty (Int) | Lease ORRI (Int) | Bonus/Acre | Total Bonus | Tract Legal Description | Tract State | Tract County | SubTract Legal Description |
|---|---|---|---|---|---|---|---|---|
| 0.23 | 0.23 | 0 | 210 | 17581.43 | - ALIAS: 24-T04N-R05E-11  (83 Ac.) | Alabama | Monroe | |
| 0.23 | 0.23 | 0 | 210 | 17581.43 | - ALIAS: 25-T04N-R05E-00031  (160 Ac.) | Alabama | Monroe | |
| 0.23 | 0.23 | 0 | 210 | 17581.43 | - ALIAS: 19-T04N-R06E-13  (50 Ac.) | Alabama | Monroe | |
| 0.23 | 0.23 | 0 | 210 | 17581.43 | - ALIAS: 19-T04N-R06E-0025  (3.31 Ac.) | Alabama | Monroe | |
| 0.23 | 0.23 | 0 | 210 | 17581.43 | - ALIAS: 19-T04N-R06E-14  (43 Ac.) | Alabama | Monroe | - ALIAS: 19-T04N-R06E-14 (43 Ac.) Coley 24-16#1 |
| 0.23 | 0.23 | 0 | 210 | 17581.43 | 3.02 ACRES, SE/4, T04,R5E | Alabama | Monroe | 3.02 ACRES, SE/4, T04,R5E |
| 0.23 | 0.23 | 0 | 210 | 17581.43 | - ALIAS: 24-T04N-R05E-11  (83 Ac.) | Alabama | Monroe | |
| 0.23 | 0.23 | 0 | 210 | 17581.43 | - ALIAS: 25-T04N-R05E-00031  (160 Ac.) | Alabama | Monroe | |

| Lease Name | Lease Type Code | Lease Status Code | Lessee Id | Lessee Name | Lessor Id | Lessor Name | Operator Id | Operator Name | Lease State | Lease County | Lease Expiration Date | Lease Effective Date | Lease Legal Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Steven G Luker | FEE | HBP | SKLA01 | Sklarco, LLC | LUKS01 | Steven G. Luker | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/13/2014 | 10/13/2011 | |
| Diane Luker | FEE | HBP | SKLA01 | Sklarco, LLC | LUKD03 | Diane Luker | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/13/2013 | 10/13/2011 | |
| Patricia Luker Morris | FEE | HBP | SKLA01 | Sklarco, LLC | MORP01 | Patricia Luker Morris | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/13/2014 | 10/13/2011 | |
| Cindy Luker Barnes | FEE | HBP | SKLA01 | Sklarco, LLC | BARC07 | Cindy Luker Barnes | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/13/2014 | 10/13/2011 | |
| Brandon Luker | FEE | HBP | SKLA01 | Sklarco, LLC | LUKB01 | Brandon Luker | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/13/2014 | 10/13/2011 | |
| Thomas Luker | FEE | HBP | SKLA01 | Sklarco, LLC | LUKT01 | Thomas Luker | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/13/2014 | 10/13/2011 | |
| Bobby Pickron | FEE | HBP | SKLA01 | Sklarco, LLC | PICB01 | Bobby Pickron | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 11/30/2014 | 11/30/2011 | |
| William H. Moore | FEE | HBP | SKLA01 | Sklarco, LLC | MOOW03 | William H Moore | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/01/2014 | 12/01/2011 | |
| William H. Moore | FEE | HBP | SKLA01 | Sklarco, LLC | MOOW03 | William H Moore | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/01/2014 | 12/01/2011 | |
| William H. Moore | FEE | HBP | SKLA01 | Sklarco, LLC | MOOW03 | William H Moore | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/01/2014 | 12/01/2011 | |
| William H. Moore | FEE | HBP | SKLA01 | Sklarco, LLC | MOOW03 | William H Moore | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/01/2014 | 12/01/2011 | |
| Russell Moore, Jr | FEE | HBP | SKLA01 | Sklarco, LLC | MOOR02 | Russell L Moore Jr. | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/01/2014 | 12/01/2011 | |
| Russell Moore, Jr | FEE | HBP | SKLA01 | Sklarco, LLC | MOOR02 | Russell L Moore Jr. | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/01/2014 | 12/01/2011 | |
| Russell Moore, Jr | FEE | HBP | SKLA01 | Sklarco, LLC | MOOR02 | Russell L Moore Jr. | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/01/2014 | 12/01/2011 | |
| Russell Moore, Jr | FEE | HBP | SKLA01 | Sklarco, LLC | MOOR02 | Russell L Moore Jr. | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/01/2014 | 12/01/2011 | |
| Robert A. Moore | FEE | HBP | SKLA01 | Sklarco, LLC | MOOR03 | Robert A. Moore | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/01/2014 | 12/01/2011 | |
| Robert A. Moore | FEE | HBP | SKLA01 | Sklarco, LLC | MOOR03 | Robert A. Moore | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/01/2014 | 12/01/2011 | |
| Robert A. Moore | FEE | HBP | SKLA01 | Sklarco, LLC | MOOR03 | Robert A. Moore | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/01/2014 | 12/01/2011 | |
| Robert A. Moore | FEE | HBP | SKLA01 | Sklarco, LLC | MOOR03 | Robert A. Moore | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/01/2014 | 12/01/2011 | |
| Mary Ann Blank | FEE | HBP | SKLA01 | Sklarco, LLC | BLAM01 | Mary Ann Blank | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/01/2014 | 12/01/2011 | |
| Mary Ann Blank | FEE | HBP | SKLA01 | Sklarco, LLC | BLAM01 | Mary Ann Blank | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/01/2014 | 12/01/2011 | |
| Mary Ann Blank | FEE | HBP | SKLA01 | Sklarco, LLC | BLAM01 | Mary Ann Blank | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/01/2014 | 12/01/2011 | |
| Mary Ann Blank | FEE | HBP | SKLA01 | Sklarco, LLC | BLAM01 | Mary Ann Blank | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 12/01/2014 | 12/01/2011 | |
| Overton P. Turner, Jr. | FEE | HBP | SKLA01 | Sklarco, LLC | TURO02 | Overton Pratt Turner Jr. | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/25/2014 | 10/25/2011 | |
| Overton P. Turner, Jr. | FEE | HBP | SKLA01 | Sklarco, LLC | TURO02 | Overton Pratt Turner Jr. | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/25/2014 | 10/25/2011 | |

| Lease Royalty (Memo) | Lease Royalty (Int) | Lease ORRI (Int) | Bonus/Acre | Total Bonus | Tract Legal Description | Tract State | Tract County | SubTract Legal Description |
|---|---|---|---|---|---|---|---|---|
| 0.1875 | 0.1875 | 0 | 0 | 150 | - ALIAS: 24-T04N-R05E-00032 (6 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 0 | 75 | - ALIAS: 24-T04N-R05E-00032 (6 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 0 | 150 | - ALIAS: 24-T04N-R05E-00032 (6 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 0 | 150 | - ALIAS: 24-T04N-R05E-00032 (6 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 0 | 75 | - ALIAS: 24-T04N-R05E-00032 (6 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 0 | 150 | - ALIAS: 24-T04N-R05E-00032 (6 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 150 | 300 | - ALIAS: 24-T04N-R05E-00032 (2 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 0 | 0 | - ALIAS: 19-T04N-R06E-13 (50 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 0 | 0 | - ALIAS: 19-T04N-R06E-0025 (3.31 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 0 | 0 | - ALIAS: 19-T04N-R06E-14 (43 Ac.) | Alabama | Monroe | - ALIAS: 19-T04N-R06E-14 (43 Ac.) Coley 24-16#1 |
| 0.1875 | 0.1875 | 0 | 0 | 0 | - ALIAS: 24-T04N-R05E-11 (83 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 0 | 0 | - ALIAS: 19-T04N-R06E-13 (50 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 0 | 0 | - ALIAS: 19-T04N-R06E-0025 (3.31 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 0 | 0 | - ALIAS: 19-T04N-R06E-14 (43 Ac.) | Alabama | Monroe | - ALIAS: 19-T04N-R06E-14 (43 Ac.) Coley 24-16#1 |
| 0.1875 | 0.1875 | 0 | 0 | 0 | - ALIAS: 24-T04N-R05E-11 (83 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 0 | 0 | - ALIAS: 19-T04N-R06E-13 (50 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 0 | 0 | - ALIAS: 19-T04N-R06E-0025 (3.31 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 0 | 0 | - ALIAS: 19-T04N-R06E-14 (43 Ac.) | Alabama | Monroe | - ALIAS: 19-T04N-R06E-14 (43 Ac.) Coley 24-16#1 |
| 0.1875 | 0.1875 | 0 | 0 | 0 | - ALIAS: 24-T04N-R05E-11 (83 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 0 | 0 | - ALIAS: 19-T04N-R06E-13 (50 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 0 | 0 | - ALIAS: 19-T04N-R06E-0025 (3.31 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 0 | 0 | - ALIAS: 19-T04N-R06E-14 (43 Ac.) | Alabama | Monroe | - ALIAS: 19-T04N-R06E-14 (43 Ac.) Coley 24-16#1 |
| 0.1875 | 0.1875 | 0 | 0 | 0 | - ALIAS: 24-T04N-R05E-11 (83 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 0 | 0 | - ALIAS: 19-T04N-R06E-13 (50 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 0 | 0 | - ALIAS: 19-T04N-R06E-0025 (3.31 Ac.) | Alabama | Monroe | |

| Lease Name | Lease Type Code | Lease Status Code | Lessee Id | Lessee Name | Lessor Id | Lessor Name | Operator Id | Operator Name | Lease State | Lease County | Lease Expiration Date | Lease Effective Date | Lease Legal Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overton P. Turner, Jr. | FEE | HBP | SKLA01 | Sklarco, LLC | TURO02 | Overton Pratt Turner Jr. | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/25/2014 | 10/25/2011 | |
| Overton P. Turner, Jr. | FEE | HBP | SKLA01 | Sklarco, LLC | TURO02 | Overton Pratt Turner Jr. | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/25/2014 | 10/25/2011 | |
| Swain T. Byrd | FEE | HBP | SKLA01 | Sklarco, LLC | BYRS01 | Swain Turner Byrd | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/25/2014 | 10/25/2011 | |
| Swain T. Byrd | FEE | HBP | SKLA01 | Sklarco, LLC | BYRS01 | Swain Turner Byrd | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/25/2014 | 10/25/2011 | |
| Swain T. Byrd | FEE | HBP | SKLA01 | Sklarco, LLC | BYRS01 | Swain Turner Byrd | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/25/2014 | 10/25/2011 | |
| Swain T. Byrd | FEE | HBP | SKLA01 | Sklarco, LLC | BYRS01 | Swain Turner Byrd | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/25/2014 | 10/25/2011 | |
| Mary Louise T. Cunningham | FEE | HBP | SKLA01 | Sklarco, LLC | CUNM02 | Marie Louise Turner Cunningham | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/25/2014 | 10/25/2011 | |
| Mary Louise T. Cunningham | FEE | HBP | SKLA01 | Sklarco, LLC | CUNM02 | Marie Louise Turner Cunningham | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/25/2014 | 10/25/2011 | |
| Mary Louise T. Cunningham | FEE | HBP | SKLA01 | Sklarco, LLC | CUNM02 | Marie Louise Turner Cunningham | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/25/2014 | 10/25/2011 | |
| Mary Louise T. Cunningham | FEE | HBP | SKLA01 | Sklarco, LLC | CUNM02 | Marie Louise Turner Cunningham | SEC | SKLAR EXPLORATION CO., L.L.C. | Alabama | Monroe | 10/25/2014 | 10/25/2011 | |
| Old Farm LLC | FEE | HBP | SKLA01 | Sklarco, LLC | OLDF01 | Old Farm, LLC John F. Trickett | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 08/29/2010 | 08/29/2007 | SW/4 of Sec 7 T13N R 13W |
| Cornelia S Morgan | FEE | HBP | SKLA01 | Sklarco, LLC | MORC01 | Cornelia S. Morgan | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 08/29/2010 | 08/29/2007 | SW/4 of Sec 7 T13N R 13W |
| Sandra E Townsend Phillips | FEE | HBP | SKLA01 | Sklarco, LLC | PHIS01 | Sandra Elizabeth Townson Phillips | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 06/28/2008 | 06/28/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Sandra E Townsend Phillips | FEE | HBP | SKLA01 | Sklarco, LLC | PHIS01 | Sandra Elizabeth Townson Phillips | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 06/28/2008 | 06/28/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Sandra E Townsend Phillips | FEE | HBP | SKLA01 | Sklarco, LLC | PHIS01 | Sandra Elizabeth Townson Phillips | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 06/28/2008 | 06/28/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Sandra E Townsend Phillips | FEE | HBP | SKLA01 | Sklarco, LLC | PHIS01 | Sandra Elizabeth Townson Phillips | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 06/28/2008 | 06/28/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| MOna R Williams Lewing | FEE | HBP | SKLA01 | Sklarco, LLC | LEWM02 | Mona R. Williams Lewing | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 06/20/2008 | 06/20/2005 | Sec 15 T13N R14W 40ac |
| Janice Neil Gill | FEE | HBP | SKLA01 | Sklarco, LLC | GILJ04 | Janice Neil Gill | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 06/20/2008 | 06/20/2005 | Sec 15 T13N R14W 40ac |
| Herbert Marshall Juergens | FEE | HBP | SKLA01 | Sklarco, LLC | JUEH01 | Herbert Marshall Juergens | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 03/17/2011 | 03/17/2008 | Sec 7 T13N R14W 10Ac NE//4 NW/4 NW/4 |
| Mary Ann Edwards Griffith | FEE | HBP | SKLA01 | Sklarco, LLC | GRIM06 | Mary Ann Edwards Griffith | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 05/15/2010 | 05/15/2007 | Sec 11 T13N R14W; 50ac W/2 more or less; 80 ac W/2 NE/4; 143.66 ac W/2 |
| Mary Ann Edwards Griffith | FEE | HBP | SKLA01 | Sklarco, LLC | GRIM06 | Mary Ann Edwards Griffith | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 05/15/2010 | 05/15/2007 | Sec 11 T13N R14W; 50ac W/2 more or less; 80 ac W/2 NE/4; 143.66 ac W/2 |

| Lease Royalty (Memo) | Lease Royalty (Int) | Lease ORRI (Int) | Bonus/Acre | Total Bonus | Tract Legal Description | Tract State | Tract County | SubTract Legal Description |
|---|---|---|---|---|---|---|---|---|
| 0.1875 | 0.1875 | 0 | 0 | 0 | - ALIAS: 19-T04N-R06E-14 (43 Ac.) | Alabama | Monroe | - ALIAS: 19-T04N-R06E-14 (43 Ac.) Coley 24-16#1 |
| 0.1875 | 0.1875 | 0 | 0 | 0 | - ALIAS: 24-T04N-R05E-11 (83 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 0 | 0 | - ALIAS: 19-T04N-R06E-13 (50 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 0 | 0 | - ALIAS: 19-T04N-R06E-0025 (3.31 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 0 | 0 | - ALIAS: 19-T04N-R06E-14 (43 Ac.) | Alabama | Monroe | - ALIAS: 19-T04N-R06E-14 (43 Ac.) Coley 24-16#1 |
| 0.1875 | 0.1875 | 0 | 0 | 0 | - ALIAS: 24-T04N-R05E-11 (83 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 0 | 0 | - ALIAS: 19-T04N-R06E-13 (50 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 0 | 0 | - ALIAS: 19-T04N-R06E-0025 (3.31 Ac.) | Alabama | Monroe | |
| 0.1875 | 0.1875 | 0 | 0 | 0 | - ALIAS: 19-T04N-R06E-14 (43 Ac.) | Alabama | Monroe | - ALIAS: 19-T04N-R06E-14 (43 Ac.) Coley 24-16#1 |
| 0.1875 | 0.1875 | 0 | 0 | 0 | - ALIAS: 24-T04N-R05E-11 (83 Ac.) | Alabama | Monroe | |
| 0.2 | 0.2 | 0 | 200 | 16000 | Sec 7 T13N R13W; 160 ac SW/4 | Louisiana | De Soto | Sec 7 T13N R13W; 160 ac SW/4 |
| 0.2 | 0.2 | 0 | 200 | 16000 | Sec 7 T13N R13W; 160 ac SW/4 | Louisiana | De Soto | Sec 7 T13N R13W; 160 ac SW/4 |
| 0.1667 | 0.1667 | 0 | 100 | 5276 | 212 ac T13N R14W sec 15; | Louisiana | De Soto | 212 ac T13N R14W sec 15; |
| 0.1667 | 0.1667 | 0 | 100 | 5276 | 60ac T13N R14W sec 15; | Louisiana | De Soto | 60ac T13N R14W sec 15; |
| 0.1667 | 0.1667 | 0 | 100 | 5276 | 40 ac Sec 15 T13N R14W; | Louisiana | De Soto | 40 ac Sec 15 T13N R14W; |
| 0.1667 | 0.1667 | 0 | 100 | 5276 | 40ac Sec 15 T13N R14W; | Louisiana | De Soto | 40ac Sec 15 T13N R14W; |
| 0.1667 | 0.1667 | 0 | 75 | 375 | 40 ac Sec 15 T13N R14W; | Louisiana | De Soto | 40 ac Sec 15 T13N R14W; |
| 0.1667 | 0.1667 | 0 | 75 | 375 | 40 ac Sec 15 T13N R14W; | Louisiana | De Soto | 40 ac Sec 15 T13N R14W; |
| 0.2 | 0.2 | 0 | 300 | 3000 | Sec 7 T13N R13W; 10ac NE/4 NW/4 NW/4 | Louisiana | De Soto | Sec 7 T13N R13W; 10ac NE/4 NW/4 NW/4 |
| 0.1875 | 0.1875 | 0 | 200 | 54732 | sec 11 T13N R14W; 80 ac W/2 NE/4 | Louisiana | De Soto | sec 11 T13N R14W; 80 ac W/2 NE/4 |
| 0.1875 | 0.1875 | 0 | 200 | 54732 | sec 11 T13N R14W; 143.66 ac w/2 lying N of the center lin of Roadway know as Fire tower rd & E of the old Mansfiled Shreveport rd | Louisiana | De Soto | sec 11 T13N R14W; 143.66 ac w/2 lying N of the center lin of Roadway know as Fire tower rd & E of the old Mansfiled Shreveport rd |

| Lease Name | Lease Type Code | Lease Status Code | Lessee Id | Lessee Name | Lessor Id | Lessor Name | Operator Id | Operator Name | Lease State | Lease County | Lease Expiration Date | Lease Effective Date | Lease Legal Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mary Ann Edwards Griffith | FEE | HBP | SKLA01 | Sklarco, LLC | GRIM06 | Mary Ann Edwards Griffith | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 05/15/2010 | 05/15/2007 | Sec 11 T13N R14W; 50ac W/2 more or less; 80 ac W/2 NE/4; 143.66 ac W/2 |
| Michael D Burford, JR. | FEE | HBP | SKLA01 | Sklarco, LLC | BURM01 | Michael Derrick Burford, Jr. | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 05/15/2010 | 05/15/2007 | Sec 11 SE/4,, E/2 of NE/4 240ac; Sec 12 SW/4 of NW/4 200.00 ac |
| Michael D Burford, JR. | FEE | HBP | SKLA01 | Sklarco, LLC | BURM01 | Michael Derrick Burford, Jr. | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 05/15/2010 | 05/15/2007 | Sec 11 SE/4,, E/2 of NE/4 240ac; Sec 12 SW/4 of NW/4 200.00 ac |
| Michael D Burford, JR. | FEE | HBP | SKLA01 | Sklarco, LLC | BURM01 | Michael Derrick Burford, Jr. | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 05/15/2010 | 05/15/2007 | Sec 11 SE/4,, E/2 of NE/4 240ac; Sec 12 SW/4 of NW/4 200.00 ac |
| Michael D Burford, JR. | FEE | HBP | SKLA01 | Sklarco, LLC | BURM01 | Michael Derrick Burford, Jr. | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 05/15/2010 | 05/15/2007 | Sec 11 SE/4,, E/2 of NE/4 240ac; Sec 12 SW/4 of NW/4 200.00 ac |
| Cody Edward Burford | FEE | HBP | SKLA01 | Sklarco, LLC | BURC01 | Christopher Burgess | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 05/15/2010 | 05/15/2007 | Sec 11 SE/4,, E/2 of NE/4 240ac; Sec 12 SW/4 of NW/4 200.00 ac |
| Cody Edward Burford | FEE | HBP | SKLA01 | Sklarco, LLC | BURC01 | Christopher Burgess | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 05/15/2010 | 05/15/2007 | Sec 11 SE/4,, E/2 of NE/4 240ac; Sec 12 SW/4 of NW/4 200.00 ac |
| Cody Edward Burford | FEE | HBP | SKLA01 | Sklarco, LLC | BURC01 | Christopher Burgess | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 05/15/2010 | 05/15/2007 | Sec 11 SE/4,, E/2 of NE/4 240ac; Sec 12 SW/4 of NW/4 200.00 ac |
| Cody Edward Burford | FEE | HBP | SKLA01 | Sklarco, LLC | BURC01 | Christopher Burgess | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 05/15/2010 | 05/15/2007 | Sec 11 SE/4,, E/2 of NE/4 240ac; Sec 12 SW/4 of NW/4 200.00 ac |
| Franklin Farms LLC | FEE | HBP | UNKNOWN | UNKNOWN / OTHERS | FRAF01 | Franklin Farms, LLC | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 08/20/2010 | 08/20/2007 | Sec 11 T13N R14W; 126.63ac W/2 sec 11 |
| William Jefferson Cole | FEE | HBP | UNKNOWN | UNKNOWN / OTHERS | COLW03 | William Jefferson Cole | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 08/20/2010 | 08/20/2007 | Sec 11 T13N R14W; 126.63ac W/2 sec 11 |
| Sybil G Clark | FEE | HBP | SKLA01 | Sklarco, LLC | CLAS01 | Sybil G. Clarke | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 05/15/2010 | 05/15/2007 | T13N R14W sec 12; 120ac N/2 NW/4; SE/4 NW/4 |
| Old Farm LLC | FEE | HBP | SKLA01 | Sklarco, LLC | OLDF01 | Old Farm, LLC John F. Trickett | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 08/07/2010 | 08/07/2007 | Sec 12 T13N R14W 160 ac NE/4 |
| Cornelia S Morgan | FEE | HBP | SKLA01 | Sklarco, LLC | MORC01 | Cornelia S. Morgan | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 08/07/2010 | 08/07/2007 | Sec 12 T13N R14W 160 ac NE/4 |
| Carolyn Griffith Moffett | FEE | HBP | SKLA01 | Sklarco, LLC | MOFC01 | Carolyn Griffith Moffett | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| Carolyn Griffith Moffett | FEE | HBP | SKLA01 | Sklarco, LLC | MOFC01 | Carolyn Griffith Moffett | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| Carolyn Griffith Moffett | FEE | HBP | SKLA01 | Sklarco, LLC | MOFC01 | Carolyn Griffith Moffett | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| Carolyn Griffith Moffett | FEE | HBP | SKLA01 | Sklarco, LLC | MOFC01 | Carolyn Griffith Moffett | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| Barbara Griffith Couch | FEE | HBP | SKLA01 | Sklarco, LLC | COUB01 | Barbara Griffith Couch | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| Barbara Griffith Couch | FEE | HBP | SKLA01 | Sklarco, LLC | COUB01 | Barbara Griffith Couch | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| Barbara Griffith Couch | FEE | HBP | SKLA01 | Sklarco, LLC | COUB01 | Barbara Griffith Couch | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |

| Lease Royalty (Memo) | Lease Royalty (Int) | Lease ORRI (Int) | Bonus/Acre | Total Bonus | Tract Legal Description | Tract State | Tract County | SubTract Legal Description |
|---|---|---|---|---|---|---|---|---|
| 0.1875 | 0.1875 | 0 | 200 | 54732 | sec 11 T13N R14W; 50ac W/2 lying S & E of the center lind of Fire Tower Rd | Louisiana | De Soto | sec 11 T13N R14W; 50ac W/2 lying S & E of the center lind of Fire Tower Rd |
| 0.1875 | 0.1875 | 0 | 200 | 44000 | sec 11 T13N R14W; 80 ac E/2 of NE/4 | Louisiana | De Soto | sec 11 T13N R14W; 80 ac E/2 of NE/4 |
| 0.1875 | 0.1875 | 0 | 200 | 44000 | Sec 11 T13N R14W; 160  ac SE/4 | Louisiana | De Soto | Sec 11 T13N R14W; 160  ac SE/4 |
| 0.1875 | 0.1875 | 0 | 200 | 44000 | Sec 12 T13N R14W; 40 ac NW/4 SW/4 | Louisiana | De Soto | Sec 12 T13N R14W; 40 ac NW/4 SW/4 |
| 0.1875 | 0.1875 | 0 | 200 | 44000 | sec 12 T13N R14W; 200 ac SW/4 | Louisiana | De Soto | sec 12 T13N R14W; 200 ac SW/4 |
| 0.1875 | 0.1875 | 0 | 200 | 44000 | sec 11 T13N R14W; 80 ac E/2 of NE/4 | Louisiana | De Soto | sec 11 T13N R14W; 80 ac E/2 of NE/4 |
| 0.1875 | 0.1875 | 0 | 200 | 44000 | Sec 11 T13N R14W; 160  ac SE/4 | Louisiana | De Soto | Sec 11 T13N R14W; 160  ac SE/4 |
| 0.1875 | 0.1875 | 0 | 200 | 44000 | Sec 12 T13N R14W; 40 ac NW/4 SW/4 | Louisiana | De Soto | Sec 12 T13N R14W; 40 ac NW/4 SW/4 |
| 0.1875 | 0.1875 | 0 | 200 | 44000 | sec 12 T13N R14W; 200 ac SW/4 | Louisiana | De Soto | sec 12 T13N R14W; 200 ac SW/4 |
| 0.22 | 0.22 | 0 | 200 | 12663 | Sec 11 T13N R14W; 126.63 ac W/2 lying W of the Mansfield Shreveport rd | Louisiana | De Soto | Sec 11 T13N R14W; 126.63 ac W/2 lying W of the Mansfield Shreveport rd |
| 0.22 | 0.22 | 0 | 200 | 12663 | Sec 11 T13N R14W; 126.63 ac W/2 lying W of the Mansfield Shreveport rd | Louisiana | De Soto | Sec 11 T13N R14W; 126.63 ac W/2 lying W of the Mansfield Shreveport rd |
| 0.2 | 0.2 | 0 | 200 | 24000 | Sec 12 T13N 14W; 120 ac N/2 of NW/4 | Louisiana | De Soto | Sec 12 T13N 14W; 120 ac N/2 of NW/4 |
| 0.2 | 0.2 | 0 | 200 | 16000 | 160ac T13N R14W sec 12; NE/4 sec 12 | Louisiana | De Soto | 160ac T13N R14W sec 12; NE/4 sec 12 |
| 0.2 | 0.2 | 0 | 200 | 16000 | 160ac T13N R14W sec 12; NE/4 sec 12 | Louisiana | De Soto | 160ac T13N R14W sec 12; NE/4 sec 12 |
| 0.1667 | 0.1667 | 0 | 50 | 882.5 | 65.9ac T13N R14W sec 14 | Louisiana | De Soto | 65.9ac T13N R14W sec 14 |
| 0.1667 | 0.1667 | 0 | 50 | 882.5 | 95 ac T13N R14W sec 14; | Louisiana | De Soto | 95 ac T13N R14W sec 14; |
| 0.1667 | 0.1667 | 0 | 50 | 882.5 | 5ac T13N R14W sec 14; | Louisiana | De Soto | 5ac T13N R14W sec 14; |
| 0.1667 | 0.1667 | 0 | 50 | 882.5 | 3.6 ga, Sec 15 T13N R14W; E side described in Bk 304 pg 1 reg 343534 | Louisiana | De Soto | 3.6 ga, Sec 15 T13N R14W; E side described in Bk 304 pg 1 reg 343534 |
| 0.1667 | 0.1667 | 0 | 50 | 882.5 | 65.9ac T13N R14W sec 14 | Louisiana | De Soto | 65.9ac T13N R14W sec 14 |
| 0.1667 | 0.1667 | 0 | 50 | 882.5 | 95 ac T13N R14W sec 14; | Louisiana | De Soto | 95 ac T13N R14W sec 14; |
| 0.1667 | 0.1667 | 0 | 50 | 882.5 | 5ac T13N R14W sec 14; | Louisiana | De Soto | 5ac T13N R14W sec 14; |

| Lease Name | Lease Type Code | Lease Status Code | Lessee Id | Lessee Name | Lessor Id | Lessor Name | Opera tor Id | Operator Name | Lease State | Lease County | Lease Expiration Date | Lease Effective Date | Lease Legal Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barbara Griffith Couch | FEE | HBP | SKLA01 | Sklarco, LLC | COUB01 | Barbara Griffith Couch | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| Lena Griffith Savarese | FEE | HBP | SKLA01 | Sklarco, LLC | SAVL01 | Lena Griffith Savarese | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| Lena Griffith Savarese | FEE | HBP | SKLA01 | Sklarco, LLC | SAVL01 | Lena Griffith Savarese | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| Lena Griffith Savarese | FEE | HBP | SKLA01 | Sklarco, LLC | SAVL01 | Lena Griffith Savarese | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| Lena Griffith Savarese | FEE | HBP | SKLA01 | Sklarco, LLC | SAVL01 | Lena Griffith Savarese | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| Dana Griffith | FEE | HBP | SKLA01 | Sklarco, LLC | GRID02 | Dana Griffith | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| Dana Griffith | FEE | HBP | SKLA01 | Sklarco, LLC | GRID02 | Dana Griffith | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| Dana Griffith | FEE | HBP | SKLA01 | Sklarco, LLC | GRID02 | Dana Griffith | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| Dana Griffith | FEE | HBP | SKLA01 | Sklarco, LLC | GRID02 | Dana Griffith | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| Janis G Figueroa | FEE | HBP | SKLA01 | Sklarco, LLC | FIGJ01 | Janis G Figueroa | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| Janis G Figueroa | FEE | HBP | SKLA01 | Sklarco, LLC | FIGJ01 | Janis G Figueroa | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| Janis G Figueroa | FEE | HBP | SKLA01 | Sklarco, LLC | FIGJ01 | Janis G Figueroa | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| Janis G Figueroa | FEE | HBP | SKLA01 | Sklarco, LLC | FIGJ01 | Janis G Figueroa | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| Mary Ann Edwards Griffith | FEE | HBP | SKLA01 | Sklarco, LLC | GRIM06 | Mary Ann Edwards Griffith | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 03/06/2011 | 03/06/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| Mary Ann Edwards Griffith | FEE | HBP | SKLA01 | Sklarco, LLC | GRIM06 | Mary Ann Edwards Griffith | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 03/06/2011 | 03/06/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| Mary Ann Edwards Griffith | FEE | HBP | SKLA01 | Sklarco, LLC | GRIM06 | Mary Ann Edwards Griffith | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 03/06/2011 | 03/06/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| Mary Ann Edwards Griffith | FEE | HBP | SKLA01 | Sklarco, LLC | GRIM06 | Mary Ann Edwards Griffith | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 03/06/2011 | 03/06/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| Carolyn Lowrey | FEE | HBP | SKLA01 | Sklarco, LLC | LOWC01 | Carolyn Lowrey | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| Carolyn Lowrey | FEE | HBP | SKLA01 | Sklarco, LLC | LOWC01 | Carolyn Lowrey | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| Carolyn Lowrey | FEE | HBP | SKLA01 | Sklarco, LLC | LOWC01 | Carolyn Lowrey | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| John Perry Lowrey | FEE | HBP | SKLA01 | Sklarco, LLC | LOWJ01 | John Perry Lowrey | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| John Perry Lowrey | FEE | HBP | SKLA01 | Sklarco, LLC | LOWJ01 | John Perry Lowrey | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| John Perry Lowrey | FEE | HBP | SKLA01 | Sklarco, LLC | LOWJ01 | John Perry Lowrey | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |

| Lease Royalty (Memo) | Lease Royalty (Int) | Lease ORRI (Int) | Bonus/Acre | Total Bonus | Tract Legal Description | Tract State | Tract County | SubTract Legal Description |
|---|---|---|---|---|---|---|---|---|
| 0.1667 | 0.1667 | 0 | 50 | 882.5 | 3.6 ga, Sec 15 T13N R14W; E side described in Bk 304 pg 1 reg 343534 | Louisiana | De Soto | 3.6 ga, Sec 15 T13N R14W; E side described in Bk 304 pg 1 reg 343534 |
| 0.1667 | 0.1667 | 0 | 50 | 882.5 | 65.9ac T13N R14W sec 14 | Louisiana | De Soto | 65.9ac T13N R14W sec 14 |
| 0.1667 | 0.1667 | 0 | 50 | 882.5 | 95 ac T13N R14W sec 14; | Louisiana | De Soto | 95 ac T13N R14W sec 14; |
| 0.1667 | 0.1667 | 0 | 50 | 882.5 | 5ac T13N R14W sec 14; | Louisiana | De Soto | 5ac T13N R14W sec 14; |
| 0.1667 | 0.1667 | 0 | 50 | 882.5 | 3.6 ga, Sec 15 T13N R14W; E side described in Bk 304 pg 1 reg 343534 | Louisiana | De Soto | 3.6 ga, Sec 15 T13N R14W; E side described in Bk 304 pg 1 reg 343534 |
| 0.1667 | 0.1667 | 0 | 50 | 441 | 65.9ac T13N R14W sec 14 | Louisiana | De Soto | 65.9ac T13N R14W sec 14 |
| 0.1667 | 0.1667 | 0 | 50 | 441 | 95 ac T13N R14W sec 14; | Louisiana | De Soto | 95 ac T13N R14W sec 14; |
| 0.1667 | 0.1667 | 0 | 50 | 441 | 5ac T13N R14W sec 14; | Louisiana | De Soto | 5ac T13N R14W sec 14; |
| 0.1667 | 0.1667 | 0 | 50 | 441 | 3.6 ga, Sec 15 T13N R14W; E side described in Bk 304 pg 1 reg 343534 | Louisiana | De Soto | 3.6 ga, Sec 15 T13N R14W; E side described in Bk 304 pg 1 reg 343534 |
| 0.1667 | 0.1667 | 0 | 50 | 441 | 65.9ac T13N R14W sec 14 | Louisiana | De Soto | 65.9ac T13N R14W sec 14 |
| 0.1667 | 0.1667 | 0 | 50 | 441 | 95 ac T13N R14W sec 14; | Louisiana | De Soto | 95 ac T13N R14W sec 14; |
| 0.1667 | 0.1667 | 0 | 50 | 441 | 5ac T13N R14W sec 14; | Louisiana | De Soto | 5ac T13N R14W sec 14; |
| 0.1667 | 0.1667 | 0 | 50 | 441 | 3.6 ga, Sec 15 T13N R14W; E side described in Bk 304 pg 1 reg 343534 | Louisiana | De Soto | 3.6 ga, Sec 15 T13N R14W; E side described in Bk 304 pg 1 reg 343534 |
| 0.1667 | 0.1667 | 0 | 50 | 353 | 65.9ac T13N R14W sec 14 | Louisiana | De Soto | 65.9ac T13N R14W sec 14 |
| 0.1667 | 0.1667 | 0 | 50 | 353 | 95 ac T13N R14W sec 14; | Louisiana | De Soto | 95 ac T13N R14W sec 14; |
| 0.1667 | 0.1667 | 0 | 50 | 353 | 5ac T13N R14W sec 14; | Louisiana | De Soto | 5ac T13N R14W sec 14; |
| 0.1667 | 0.1667 | 0 | 50 | 353 | 3.6 ga, Sec 15 T13N R14W; E side described in Bk 304 pg 1 reg 343534 | Louisiana | De Soto | 3.6 ga, Sec 15 T13N R14W; E side described in Bk 304 pg 1 reg 343534 |
| 0.1667 | 0.1667 | 0 | 50 | 176.5 | 65.9ac T13N R14W sec 14 | Louisiana | De Soto | 65.9ac T13N R14W sec 14 |
| 0.1667 | 0.1667 | 0 | 50 | 176.5 | 95 ac T13N R14W sec 14; | Louisiana | De Soto | 95 ac T13N R14W sec 14; |
| 0.1667 | 0.1667 | 0 | 50 | 176.5 | 5ac T13N R14W sec 14; | Louisiana | De Soto | 5ac T13N R14W sec 14; |
| 0.1667 | 0.1667 | 0 | 50 | 176.5 | 3.6 ga, Sec 15 T13N R14W; E side described in Bk 304 pg 1 reg 343534 | Louisiana | De Soto | 3.6 ga, Sec 15 T13N R14W; E side described in Bk 304 pg 1 reg 343534 |
| 0.1667 | 0.1667 | 0 | 50 | 176.5 | 65.9ac T13N R14W sec 14 | Louisiana | De Soto | 65.9ac T13N R14W sec 14 |
| 0.1667 | 0.1667 | 0 | 50 | 176.5 | 95 ac T13N R14W sec 14; | Louisiana | De Soto | 95 ac T13N R14W sec 14; |
| 0.1667 | 0.1667 | 0 | 50 | 176.5 | 5ac T13N R14W sec 14; | Louisiana | De Soto | 5ac T13N R14W sec 14; |

| Lease Name | Lease Type Code | Lease Status Code | Lessee Id | Lessee Name | Lessor Id | Lessor Name | Opera tor Id | Operator Name | Lease State | Lease County | Lease Expiration Date | Lease Effective Date | Lease Legal Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| John Perry Lowrey | FEE | HBP | SKLA01 | Sklarco, LLC | LOWJ01 | John Perry Lowrey | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | Sec 14 T13N R14W trk 14-1 65.9ac; 14-2 95 ac; 14-3 5ac; Sec 15 trk 15-04a 3.6ac |
| Luther M Upchurch, et al | FEE | HBP | SKLA01 | Sklarco, LLC | UPCL01 | Luther M. Upchurch | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/25/2009 | 07/25/2009 | Sec 14 & 15 T13N R14W |
| Luther M Upchurch, et al | FEE | HBP | SKLA01 | Sklarco, LLC | UPCL01 | Luther M. Upchurch | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/25/2009 | 07/25/2009 | Sec 14 & 15 T13N R14W |
| George McGovern, Jr. | FEE | HBP | SKLA01 | Sklarco, LLC | MCGG02 | George McGovern, Jr. | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | Sec 14 T13N R14W 90ac |
| Patrick K McGovern | FEE | HBP | UNKNOWN | UNKNOWN / OTHERS | MCGP03 | Patrick K. McGovern | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/01/2011 | 02/01/2008 | T13N R14W sec 14 5ac |
| Elsa Rocquin Mims | FEE | HBP | SKLA01 | Sklarco, LLC | MIME01 | Elsa Rocquin Mims Jack R Mims | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 02/26/2011 | 02/26/2008 | Sec 14 T13N R14W 13.33ac; S/2SW/4 |
| Charles T Odum, Jr. | FEE | HBP | SKLA01 | Sklarco, LLC | ODUC01 | Charles T Odum, Jr. | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 08/16/2008 | 08/16/2005 | Sec 14 T13N R14W 40ac |
| Desert Partners LP | FEE | HBP | SKLA01 | Sklarco, LLC | DESP01 | Desert Partners II, L.P. | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 03/14/2011 | 03/14/2008 | T13N R14W SEC 15, 16, 21 & 22; 1427AC TOTAL |
| Desert Partners LP | FEE | HBP | SKLA01 | Sklarco, LLC | DESP01 | Desert Partners II, L.P. | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 03/14/2011 | 03/14/2008 | T13N R14W SEC 15, 16, 21 & 22; 1427AC TOTAL |
| Desert Partners LP | FEE | HBP | SKLA01 | Sklarco, LLC | DESP01 | Desert Partners II, L.P. | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 03/14/2011 | 03/14/2008 | T13N R14W SEC 15, 16, 21 & 22; 1427AC TOTAL |
| Desert Partners LP | FEE | HBP | SKLA01 | Sklarco, LLC | DESP01 | Desert Partners II, L.P. | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 03/14/2011 | 03/14/2008 | T13N R14W SEC 15, 16, 21 & 22; 1427AC TOTAL |
| Carolyn Griffith Moffett | FEE | HBP | SKLA01 | Sklarco, LLC | MOFC01 | Carolyn Griffith Moffett | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/11/2008 | 07/11/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Carolyn Griffith Moffett | FEE | HBP | SKLA01 | Sklarco, LLC | MOFC01 | Carolyn Griffith Moffett | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/11/2008 | 07/11/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Carolyn Griffith Moffett | FEE | HBP | SKLA01 | Sklarco, LLC | MOFC01 | Carolyn Griffith Moffett | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/11/2008 | 07/11/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Carolyn Griffith Moffett | FEE | HBP | SKLA01 | Sklarco, LLC | MOFC01 | Carolyn Griffith Moffett | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/11/2008 | 07/11/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Barbara Griffith Couch | FEE | HBP | SKLA01 | Sklarco, LLC | COUB01 | Barbara Griffith Couch | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/11/2008 | 07/11/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Barbara Griffith Couch | FEE | HBP | SKLA01 | Sklarco, LLC | COUB01 | Barbara Griffith Couch | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/11/2008 | 07/11/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Barbara Griffith Couch | FEE | HBP | SKLA01 | Sklarco, LLC | COUB01 | Barbara Griffith Couch | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/11/2008 | 07/11/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Barbara Griffith Couch | FEE | HBP | SKLA01 | Sklarco, LLC | COUB01 | Barbara Griffith Couch | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/11/2008 | 07/11/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Lena Griffith Savarese | FEE | HBP | SKLA01 | Sklarco, LLC | SAVL01 | Lena Griffith Savarese | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/11/2008 | 07/11/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Lena Griffith Savarese | FEE | HBP | SKLA01 | Sklarco, LLC | SAVL01 | Lena Griffith Savarese | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/11/2008 | 07/11/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Lena Griffith Savarese | FEE | HBP | SKLA01 | Sklarco, LLC | SAVL01 | Lena Griffith Savarese | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/11/2008 | 07/11/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |

| Lease Royalty (Memo) | Lease Royalty (Int) | Lease ORRI (Int) | Bonus/Acre | Total Bonus | Tract Legal Description | Tract State | Tract County | SubTract Legal Description |
|---|---|---|---|---|---|---|---|---|
| 0.1667 | 0.1667 | 0 | 50 | 176.5 | 3.6 ga, Sec 15 T13N R14W; E side described in Bk 304 pg 1 reg 343534 | Louisiana | De Soto | 3.6 ga, Sec 15 T13N R14W; E side described in Bk 304 pg 1 reg 343534 |
| 0.2 | 0.2 | 0 | 50 | 1735 | 65.9ac T13N R14W sec 14 | Louisiana | De Soto | 65.9ac T13N R14W sec 14 |
| 0.2 | 0.2 | 0 | 50 | 1735 | 3.6 ga, Sec 15 T13N R14W; E side described in Bk 304 pg 1 reg 343534 | Louisiana | De Soto | 3.6 ga, Sec 15 T13N R14W; E side described in Bk 304 pg 1 reg 343534 |
| 0.2 | 0.2 | 0 | 150 | 7125 | 95 ac T13N R14W sec 14; | Louisiana | De Soto | 95 ac T13N R14W sec 14; |
| 0.2 | 0.2 | 0 | 0 | 375 | 5ac T13N R14W sec 14; | Louisiana | De Soto | 5ac T13N R14W sec 14; |
| 0.2 | 0.2 | 0 | 150 | 1995.5 | 13.18ac TN R14W sec 14; | Louisiana | De Soto | 13.18ac TN R14W sec 14; |
| 0.1875 | 0.1875 | 0 | 0 | 100 | 40ac Sec 15 T13N R14W; | Louisiana | De Soto | 40ac Sec 15 T13N R14W; |
| 0.25 | 0.25 | 0 | 0 | 0 | T13N R14W sec 15; 274 ac | Louisiana | De Soto | T13N R14W sec 15; 274 ac |
| 0.25 | 0.25 | 0 | 0 | 0 | T13N R14W sec 16; 34.63 ac E/2 of E/2 of NE/4 | Louisiana | De Soto | T13N R14W sec 16; 34.63 ac E/2 of E/2 of NE/4 |
| 0.25 | 0.25 | 0 | 0 | 0 | T13N R14W sec 21; 628.56ac | Louisiana | | T13N R14W sec 21; 628.56ac |
| 0.25 | 0.25 | 0 | 0 | 0 | T13N R14W sec 22; 440 ac N/2 & N/3/4 of N/2 pf S/2 | Louisiana | De Soto | T13N R14W sec 22; 440 ac N/2 & N/3/4 of N/2 pf S/2 |
| 0.1667 | 0.1667 | 0 | 75 | 2812.5 | 212 ac T13N R14W sec 15; | Louisiana | De Soto | 212 ac T13N R14W sec 15; |
| 0.1667 | 0.1667 | 0 | 75 | 2812.5 | 60ac T13N R14W sec 15; | Louisiana | De Soto | 60ac T13N R14W sec 15; |
| 0.1667 | 0.1667 | 0 | 75 | 2812.5 | 40 ac Sec 15 T13N R14W; | Louisiana | De Soto | 40 ac Sec 15 T13N R14W; |
| 0.1667 | 0.1667 | 0 | 75 | 2812.5 | 40ac Sec 15 T13N R14W; | Louisiana | De Soto | 40ac Sec 15 T13N R14W; |
| 0.1667 | 0.1667 | 0 | 75 | 2812.5 | 212 ac T13N R14W sec 15; | Louisiana | De Soto | 212 ac T13N R14W sec 15; |
| 0.1667 | 0.1667 | 0 | 75 | 2812.5 | 60ac T13N R14W sec 15; | Louisiana | De Soto | 60ac T13N R14W sec 15; |
| 0.1667 | 0.1667 | 0 | 75 | 2812.5 | 40 ac Sec 15 T13N R14W; | Louisiana | De Soto | 40 ac Sec 15 T13N R14W; |
| 0.1667 | 0.1667 | 0 | 75 | 2812.5 | 40ac Sec 15 T13N R14W; | Louisiana | De Soto | 40ac Sec 15 T13N R14W; |
| 0.1667 | 0.1667 | 0 | 75 | 2812.5 | 212 ac T13N R14W sec 15; | Louisiana | De Soto | 212 ac T13N R14W sec 15; |
| 0.1667 | 0.1667 | 0 | 75 | 2812.5 | 60ac T13N R14W sec 15; | Louisiana | De Soto | 60ac T13N R14W sec 15; |
| 0.1667 | 0.1667 | 0 | 75 | 2812.5 | 40 ac Sec 15 T13N R14W; | Louisiana | De Soto | 40 ac Sec 15 T13N R14W; |

| Lease Name | Lease Type Code | Lease Status Code | Lessee Id | Lessee Name | Lessor Id | Lessor Name | Opera tor Id | Operator Name | Lease State | Lease County | Lease Expiration Date | Lease Effective Date | Lease Legal Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lena Griffith Savarese | FEE | HBP | SKLA01 | Sklarco, LLC | SAVL01 | Lena Griffith Savarese | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/11/2005 | 07/11/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Dana Griffith | FEE | HBP | SKLA01 | Sklarco, LLC | GRID02 | Dana Griffith | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/11/2008 | 07/11/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Dana Griffith | FEE | HBP | SKLA01 | Sklarco, LLC | GRID02 | Dana Griffith | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/11/2008 | 07/11/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Dana Griffith | FEE | HBP | SKLA01 | Sklarco, LLC | GRID02 | Dana Griffith | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/11/2008 | 07/11/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Dana Griffith | FEE | HBP | SKLA01 | Sklarco, LLC | GRID02 | Dana Griffith | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/11/2008 | 07/11/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Janis G Fidueroa | FEE | HBP | SKLA01 | Sklarco, LLC | FIGJ01 | Janis G Figueroa | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/11/2008 | 07/11/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Janis G Fidueroa | FEE | HBP | SKLA01 | Sklarco, LLC | FIGJ01 | Janis G Figueroa | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/11/2008 | 07/11/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Janis G Fidueroa | FEE | HBP | SKLA01 | Sklarco, LLC | FIGJ01 | Janis G Figueroa | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/11/2008 | 07/11/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Janis G Fidueroa | FEE | HBP | SKLA01 | Sklarco, LLC | FIGJ01 | Janis G Figueroa | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/11/2008 | 07/11/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Mary Ann Griffith | FEE | HBP | SKLA01 | Sklarco, LLC | GRIM06 | Mary Ann Edwards Griffith | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 08/19/2008 | 08/19/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Mary Ann Griffith | FEE | HBP | SKLA01 | Sklarco, LLC | GRIM06 | Mary Ann Edwards Griffith | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 08/19/2008 | 08/19/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Mary Ann Griffith | FEE | HBP | SKLA01 | Sklarco, LLC | GRIM06 | Mary Ann Edwards Griffith | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 08/19/2008 | 08/19/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Mary Ann Griffith | FEE | HBP | SKLA01 | Sklarco, LLC | GRIM06 | Mary Ann Edwards Griffith | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 08/19/2008 | 08/19/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Caroln Lowery | FEE | HBP | SKLA01 | Sklarco, LLC | LOWC01 | Carolyn Lowrey | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/22/2008 | 07/22/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Caroln Lowery | FEE | HBP | SKLA01 | Sklarco, LLC | LOWC01 | Carolyn Lowrey | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/22/2008 | 07/22/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Caroln Lowery | FEE | HBP | SKLA01 | Sklarco, LLC | LOWC01 | Carolyn Lowrey | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/22/2008 | 07/22/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Caroln Lowery | FEE | HBP | SKLA01 | Sklarco, LLC | LOWC01 | Carolyn Lowrey | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/22/2008 | 07/22/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| John Perry Lowrey | FEE | HBP | SKLA01 | Sklarco, LLC | LOWJ01 | John Perry Lowrey | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/22/2008 | 07/22/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| John Perry Lowrey | FEE | HBP | SKLA01 | Sklarco, LLC | LOWJ01 | John Perry Lowrey | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/22/2008 | 07/22/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| John Perry Lowrey | FEE | HBP | SKLA01 | Sklarco, LLC | LOWJ01 | John Perry Lowrey | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/22/2008 | 07/22/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| John Perry Lowrey | FEE | HBP | SKLA01 | Sklarco, LLC | LOWJ01 | John Perry Lowrey | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/22/2008 | 07/22/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Waylan R Nattin Sr., et al | FEE | HBP | SKLA01 | Sklarco, LLC | NATW01 | Waylan R Nattin, Sr. | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 06/16/2008 | 06/16/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Waylan R Nattin Sr., et al | FEE | HBP | SKLA01 | Sklarco, LLC | NATW01 | Waylan R Nattin, Sr. | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 06/16/2008 | 06/16/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Waylan R Nattin Sr., et al | FEE | HBP | SKLA01 | Sklarco, LLC | NATW01 | Waylan R Nattin, Sr. | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 06/16/2008 | 06/16/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Waylan R Nattin Sr., et al | FEE | HBP | SKLA01 | Sklarco, LLC | NATW01 | Waylan R Nattin, Sr. | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 06/16/2008 | 06/16/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Leslie Brent Mosley | FEE | HBP | SKLA01 | Sklarco, LLC | MOSL01 | Leslie Brent Moseley | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/11/2008 | 07/11/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |

| Lease Royalty (Memo) | Lease Royalty (Int) | Lease ORRI (Int) | Bonus/Acre | Total Bonus | Tract Legal Description | Tract State | Tract County | SubTract Legal Description |
|---|---|---|---|---|---|---|---|---|
| 0.1667 | 0.1667 | 0 | 75 | 2812.5 | 40ac Sec 15 T13N R14W; | Louisiana | De Soto | 40ac Sec 15 T13N R14W; |
| 0.1667 | 0.1667 | 0 | 75 | 1406.25 | 212 ac T13N R14W sec 15; | Louisiana | De Soto | 212 ac T13N R14W sec 15; |
| 0.1667 | 0.1667 | 0 | 75 | 1406.25 | 60ac T13N R14W sec 15; | Louisiana | De Soto | 60ac T13N R14W sec 15; |
| 0.1667 | 0.1667 | 0 | 75 | 1406.25 | 40 ac Sec 15 T13N R14W; | Louisiana | De Soto | 40 ac Sec 15 T13N R14W; |
| 0.1667 | 0.1667 | 0 | 75 | 1406.25 | 40ac Sec 15 T13N R14W; | Louisiana | De Soto | 40ac Sec 15 T13N R14W; |
| 0.1667 | 0.1667 | 0 | 75 | 1406.25 | 212 ac T13N R14W sec 15; | Louisiana | De Soto | 212 ac T13N R14W sec 15; |
| 0.1667 | 0.1667 | 0 | 75 | 1406.25 | 60ac T13N R14W sec 15; | Louisiana | De Soto | 60ac T13N R14W sec 15; |
| 0.1667 | 0.1667 | 0 | 75 | 1406.25 | 40 ac Sec 15 T13N R14W; | Louisiana | De Soto | 40 ac Sec 15 T13N R14W; |
| 0.1667 | 0.1667 | 0 | 75 | 1406.25 | 40ac Sec 15 T13N R14W; | Louisiana | De Soto | 40ac Sec 15 T13N R14W; |
| 0.1875 | 0.1875 | 0 | 100 | 1500 | 212 ac T13N R14W sec 15; | Louisiana | De Soto | 212 ac T13N R14W sec 15; |
| 0.1875 | 0.1875 | 0 | 100 | 1500 | 60ac T13N R14W sec 15; | Louisiana | De Soto | 60ac T13N R14W sec 15; |
| 0.1875 | 0.1875 | 0 | 100 | 1500 | 40 ac Sec 15 T13N R14W; | Louisiana | De Soto | 40 ac Sec 15 T13N R14W; |
| 0.1875 | 0.1875 | 0 | 100 | 1500 | 40ac Sec 15 T13N R14W; | Louisiana | De Soto | 40ac Sec 15 T13N R14W; |
| 0.1667 | 0.1667 | 0 | 75 | 562.5 | 212 ac T13N R14W sec 15; | Louisiana | De Soto | 212 ac T13N R14W sec 15; |
| 0.1667 | 0.1667 | 0 | 75 | 562.5 | 60ac T13N R14W sec 15; | Louisiana | De Soto | 60ac T13N R14W sec 15; |
| 0.1667 | 0.1667 | 0 | 75 | 562.5 | 40 ac Sec 15 T13N R14W; | Louisiana | De Soto | 40 ac Sec 15 T13N R14W; |
| 0.1667 | 0.1667 | 0 | 75 | 562.5 | 40ac Sec 15 T13N R14W; | Louisiana | De Soto | 40ac Sec 15 T13N R14W; |
| 0.1667 | 0.1667 | 0 | 75 | 562.5 | 212 ac T13N R14W sec 15; | Louisiana | De Soto | 212 ac T13N R14W sec 15; |
| 0.1667 | 0.1667 | 0 | 75 | 562.5 | 60ac T13N R14W sec 15; | Louisiana | De Soto | 60ac T13N R14W sec 15; |
| 0.1667 | 0.1667 | 0 | 75 | 562.5 | 40 ac Sec 15 T13N R14W; | Louisiana | De Soto | 40 ac Sec 15 T13N R14W; |
| 0.1667 | 0.1667 | 0 | 75 | 562.5 | 40ac Sec 15 T13N R14W; | Louisiana | De Soto | 40ac Sec 15 T13N R14W; |
| 0.1875 | 0.1875 | 0 | 100 | 5276 | 212 ac T13N R14W sec 15; | Louisiana | De Soto | 212 ac T13N R14W sec 15; |
| 0.1875 | 0.1875 | 0 | 100 | 5276 | 60ac T13N R14W sec 15; | Louisiana | De Soto | 60ac T13N R14W sec 15; |
| 0.1875 | 0.1875 | 0 | 100 | 5276 | 40 ac Sec 15 T13N R14W; | Louisiana | De Soto | 40 ac Sec 15 T13N R14W; |
| 0.1875 | 0.1875 | 0 | 100 | 5276 | 40ac Sec 15 T13N R14W; | Louisiana | De Soto | 40ac Sec 15 T13N R14W; |
| 0.2 | 0.2 | 0 | 100 | 5276 | 212 ac T13N R14W sec 15; | Louisiana | De Soto | 212 ac T13N R14W sec 15; |

| Lease Name | Lease Type Code | Lease Status Code | Lessee Id | Lessee Name | Lessor Id | Lessor Name | Opera tor Id | Operator Name | Lease State | Lease County | Lease Expiration Date | Lease Effective Date | Lease Legal Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Leslie Brent Mosley | FEE | HBP | SKLA01 | Sklarco, LLC | MOSL01 | Leslie Brent Moseley | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/11/2008 | 07/11/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Leslie Brent Mosley | FEE | HBP | SKLA01 | Sklarco, LLC | MOSL01 | Leslie Brent Moseley | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/11/2008 | 07/11/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Leslie Brent Mosley | FEE | HBP | SKLA01 | Sklarco, LLC | MOSL01 | Leslie Brent Moseley | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 07/11/2008 | 07/11/2005 | T13N R14W Sec 15; NE/4; S/2Se/4; NE/4SE/4; E/2NW/4 = 356.6ac |
| Betty Carole Edwards | FEE | HBP | SKLA01 | Sklarco, LLC | EDWB01 | Betty Carole Edwards | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 10/15/2010 | 10/15/2007 | T13N R14W sec 16 40ac NE/4 SE/4 |
| Robert Dale Jones | FEE | HBP | SKLA01 | Sklarco, LLC | JONR04 | Robert Dale Jones Sharon Hildebrand Jones | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 11/30/2010 | 11/30/2007 | Sec 16T13N R14W 120ac; W/2 SE/4; SE/4 SE/4 |
| William Jefferson Cole, et ux | FEE | HBP | SKLA02 | Sklarco, LLC | COLW03 | William Jefferson Cole | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 10/12/2010 | 10/12/2007 | Sec 16 T13N R14W 65 ac W/2 NW/4 |
| Cody Hislope | FEE | HBP | SKLA01 | Sklarco, LLC | HISC01 | Cody Hislope | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 03/03/2011 | 03/03/2008 | T13N R14W sec 22 5 ac lot 7 Jon Ares Sbd. |
| Terry Cole Jr. | FEE | HBP | SKLA01 | Sklarco, LLC | COLT04 | Terry Cole, Jr | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 03/04/2011 | 03/04/2008 | T13N R14W sec 22 5 ac lot 7 e/2 Jon Acres Subd |
| Martin Dwayne Lingle | FEE | HBP | SKLA01 | Sklarco, LLC | LINM01 | Martin Dwayne Lingle Janice Burr Lingle | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 03/04/2011 | 03/04/2008 | T13N R14W sec 22 10ac lot 8 jon Acres Aubd |
| Asley Tad Hillin | FEE | HBP | SKLA01 | Sklarco, LLC | HILA01 | Hilliard Acquisitions II LLC | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 03/14/2011 | 03/14/2008 | T13N R14W  SEC 15, 16, 21 & 22; 1427AC TOTAL |
| Asley Tad Hillin | FEE | HBP | SKLA01 | Sklarco, LLC | HILA01 | Hilliard Acquisitions II LLC | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 03/14/2011 | 03/14/2008 | T13N R14W  SEC 15, 16, 21 & 22; 1427AC TOTAL |
| Asley Tad Hillin | FEE | HBP | SKLA01 | Sklarco, LLC | HILA01 | Hilliard Acquisitions II LLC | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 03/14/2011 | 03/14/2008 | T13N R14W  SEC 15, 16, 21 & 22; 1427AC TOTAL |
| Asley Tad Hillin | FEE | HBP | SKLA01 | Sklarco, LLC | HILA01 | Hilliard Acquisitions II LLC | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 03/14/2011 | 03/14/2008 | T13N R14W  SEC 15, 16, 21 & 22; 1427AC TOTAL |
| Simeon K Horton | FEE | HBP | SKLA01 | Sklarco, LLC | HORS01 | Simeon K Horton James V Horton | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 03/14/2011 | 03/14/2008 | T13N R14W  SEC 15, 16, 21 & 22; 1427AC TOTAL |
| Simeon K Horton | FEE | HBP | SKLA01 | Sklarco, LLC | HORS01 | Simeon K Horton James V Horton | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 03/14/2011 | 03/14/2008 | T13N R14W  SEC 15, 16, 21 & 22; 1427AC TOTAL |
| Simeon K Horton | FEE | HBP | SKLA01 | Sklarco, LLC | HORS01 | Simeon K Horton James V Horton | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 03/14/2011 | 03/14/2008 | T13N R14W  SEC 15, 16, 21 & 22; 1427AC TOTAL |
| Simeon K Horton | FEE | HBP | SKLA01 | Sklarco, LLC | HORS01 | Simeon K Horton James V Horton | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | De Soto | 03/14/2011 | 03/14/2008 | T13N R14W  SEC 15, 16, 21 & 22; 1427AC TOTAL |
| Margaret R. Goodfellow | FEE | HBP | SKLA01 | Sklarco, LLC | GOOM01 | Margaret R. Goodfellow | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | Tensas | 08/06/2017 | 08/06/2012 | 1GLA02-13N-11E-17-01<br>------------------------<br>80 ac; W/2 of SW/4 sec 17 T13N-R11E Tensas Pa., LA |
| Sharon R. Lanius | FEE | HBP | SKLA01 | Sklarco, LLC | LANS12 | Sharon R. Lanius | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | Tensas | 08/06/2017 | 08/06/2012 | 1GLA02-13N-11E-17-01<br>------------------------<br>80 ac; W/2 of SW/4 T13N-R11E Tensas Pa., LA |
| Martha R. Singer | FEE | HBP | SKLA01 | Sklarco, LLC | SINM01 | Martha R. Singer | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | Tensas | 08/06/2017 | 08/06/2012 | 1GLA02-13N-11E-17-01<br>------------------------<br>80 ac; W/2 of SW/4 T13N-R11E Tensas Pa., LA |
| Donna R. Goldich | FEE | HBP | SKLA01 | Sklarco, LLC | GOLD01 | Donna R. Goldich | SEC | SKLAR EXPLORATION CO., L.L.C. | Louisiana | Tensas | 08/06/2017 | 08/06/2012 | 1GLA02-13N-11E-17-01<br>------------------------<br>80 ac; W/2 of SW/4 T13N-R11E Tensas Pa., LA |
| John N. Foscue | FEE | EXP | SKLA01 | Sklarco, LLC | FOSJ01 | John N. Foscue | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Cherokee | 06/14/2008 | 06/14/2005 | 133.221 acres located in the John B. Kerr Survey, A-493, and the Jose Pineda Survey, A-41, Blk 31, Cherokee County Texas covering tracts 006-C, 006-B, 006, 014-B, 014-C, 014-E, 014-D, 006-A, 006-F, 00 |

| Lease Royalty (Memo) | Lease Royalty (Int) | Lease ORRI (Int) | Bonus/Acre | Total Bonus | Tract Legal Description | Tract State | Tract County | SubTract Legal Description |
|---|---|---|---|---|---|---|---|---|
| 0.2 | 0.2 | 0 | 100 | 5276 | 60ac T13N R14W sec 15; | Louisiana | De Soto | 60ac T13N R14W sec 15; |
| 0.2 | 0.2 | 0 | 100 | 5276 | 40 ac Sec 15 T13N R14W; | Louisiana | De Soto | 40 ac Sec 15 T13N R14W; |
| 0.2 | 0.2 | 0 | 100 | 5276 | 40ac Sec 15 T13N R14W; | Louisiana | De Soto | 40ac Sec 15 T13N R14W; |
| 0.2 | 0.2 | 0 | 200 | 8000 | 380ac T13N 14W sec 16; | Louisiana | De Soto | 380ac T13N 14W sec 16; |
| 0.22 | 0.22 | 0 | 200 | 24000 | 120 ac T13N R14W sec 16; W/2 of SE/4 SE/4 of SE/4 | Louisiana | De Soto | 120 ac T13N R14W sec 16; W/2 of SE/4 SE/4 of SE/4 |
| 0.22 | 0.22 | 0 | 200 | 13000 | 65ac T13N R14W sec 16; W/2 of NW/4 | Louisiana | De Soto | 65ac T13N R14W sec 16; W/2 of NW/4 |
| 0.2 | 0.2 | 0 | 300 | 1500 | T13N R14W sec 22; Sac lot 7 w/2 K Jon Acres Subd | Louisiana | De Soto | T13N R14W sec 22; Sac lot 7 w/2 K Jon Acres Subd |
| 0.2 | 0.2 | 0 | 350 | 1750 | T13N R14W Sec 22; Sac lot 7 K Jon Acres subd | Louisiana | De Soto | T13N R14W Sec 22; Sac lot 7 K Jon Acres subd |
| 0.2 | 0.2 | 0 | 325 | 3250 | T13N R14W 10ac lot 8 K Jon acres Subd. | Louisiana | De Soto | T13N R14W 10ac lot 8 K Jon acres Subd. |
| 0.25 | 0.25 | 0 | 0 | 0 | T13N R14W sec 15; 274 ac | Louisiana | De Soto | T13N R14W sec 15; 274 ac |
| 0.25 | 0.25 | 0 | 0 | 0 | T13N R14W sec 16; 34.63 ac E/2 of E/2 of NE/4 | Louisiana | De Soto | T13N R14W sec 16; 34.63 ac E/2 of E/2 of NE/4 |
| 0.25 | 0.25 | 0 | 0 | 0 | T13N R14W sec 21; 628.56ac | Louisiana | | T13N R14W sec 21; 628.56ac |
| 0.25 | 0.25 | 0 | 0 | 0 | T13N R14W sec 22; 440 ac N/2 & N/3/4 of N/2 pf S/2 | Louisiana | De Soto | T13N R14W sec 22; 440 ac N/2 & N/3/4 of N/2 pf S/2 |
| 0.25 | 0.25 | 0 | 0 | 0 | T13N R14W sec 15; 274 ac | Louisiana | De Soto | T13N R14W sec 15; 274 ac |
| 0.25 | 0.25 | 0 | 0 | 0 | T13N R14W sec 16; 34.63 ac E/2 of E/2 of NE/4 | Louisiana | De Soto | T13N R14W sec 16; 34.63 ac E/2 of E/2 of NE/4 |
| 0.25 | 0.25 | 0 | 0 | 0 | T13N R14W sec 21; 628.56ac | Louisiana | | T13N R14W sec 21; 628.56ac |
| 0.25 | 0.25 | 0 | 0 | 0 | T13N R14W sec 22; 440 ac N/2 & N/3/4 of N/2 pf S/2 | Louisiana | De Soto | T13N R14W sec 22; 440 ac N/2 & N/3/4 of N/2 pf S/2 |
| .16666 | 0.16666 | 0.03 | 100 | 2000 | 80 ac; W/2 of SW/4 T13N-R11E Tensas Pa., LA | Louisiana | Tensas | 80 ac; W/2 of SW/4 T13N-R11E Tensas Pa., LA Martha Singer et al |
| .1666 | 0.1666 | 0.03 | 100 | 2000 | 80 ac; W/2 of SW/4 T13N-R11E Tensas Pa., LA | Louisiana | Tensas | 80 ac; W/2 of SW/4 T13N-R11E Tensas Pa., LA Martha Singer et al |
| .1666 | 0.1666 | 0.03 | 100 | 2000 | 80 ac; W/2 of SW/4 T13N-R11E Tensas Pa., LA | Louisiana | Tensas | 80 ac; W/2 of SW/4 T13N-R11E Tensas Pa., LA Martha Singer et al |
| .1666 | 0.1666 | 0.03 | 100 | 2000 | 80 ac; W/2 of SW/4 T13N-R11E Tensas Pa., LA | Louisiana | Tensas | 80 ac; W/2 of SW/4 T13N-R11E Tensas Pa., LA Martha Singer et al |
| 0.16666667 | 0.166667 | 0 | 75 | 104.08 | 32.526 acres MOL in John B. Kerry Svy A-493 Cherokee Co., TX Described in Deed dated August 18, 1988 from MC Weavers Greenhouses, inc. to Ray Evans etux Vol 1074, pg 373 Cherokee Co., TX | Texas | Cherokee | 32.526 acres MOL in John B. Kerry Svy A-493 Cherokee Co., TX Described in Deed dated August 18, 1988 from MC Weavers Greenhouses, inc. to Ray Evans etux Vol 1074, pg 373 Cherokee Co., TX |

| Lease Name | Lease Type Code | Lease Status Code | Lessee Id | Lessee Name | Lessor Id | Lessor Name | Opera tor Id | Operator Name | Lease State | Lease County | Lease Expiration Date | Lease Effective Date | Lease Legal Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| John N. Foscue | FEE | EXP | SKLA01 | Sklarco, LLC | FOSJ01 | John N. Foscue | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Cherokee | 06/14/2008 | 06/14/2005 | 133.221 acres located in the John B. Kerr Survey, A-493, and the Jose Pineda Survey, A-41, Blk 31, Cherokee County Texas covering tracts 006-C, 006-B, 006, 014-B, 014-C, 014-E, 014-D, 006-A, 006-F, 00 |
| John N. Foscue | FEE | EXP | SKLA01 | Sklarco, LLC | FOSJ01 | John N. Foscue | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Cherokee | 06/14/2008 | 06/14/2005 | 133.221 acres located in the John B. Kerr Survey, A-493, and the Jose Pineda Survey, A-41, Blk 31, Cherokee County Texas covering tracts 006-C, 006-B, 006, 014-B, 014-C, 014-E, 014-D, 006-A, 006-F, 00 |
| John N. Foscue | FEE | EXP | SKLA01 | Sklarco, LLC | FOSJ01 | John N. Foscue | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Cherokee | 06/14/2008 | 06/14/2005 | 133.221 acres located in the John B. Kerr Survey, A-493, and the Jose Pineda Survey, A-41, Blk 31, Cherokee County Texas covering tracts 006-C, 006-B, 006, 014-B, 014-C, 014-E, 014-D, 006-A, 006-F, 00 |
| John N. Foscue | FEE | EXP | SKLA01 | Sklarco, LLC | FOSJ01 | John N. Foscue | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Cherokee | 06/14/2008 | 06/14/2005 | 133.221 acres located in the John B. Kerr Survey, A-493, and the Jose Pineda Survey, A-41, Blk 31, Cherokee County Texas covering tracts 006-C, 006-B, 006, 014-B, 014-C, 014-E, 014-D, 006-A, 006-F, 00 |
| John N. Foscue | FEE | EXP | SKLA01 | Sklarco, LLC | FOSJ01 | John N. Foscue | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Cherokee | 06/14/2008 | 06/14/2005 | 133.221 acres located in the John B. Kerr Survey, A-493, and the Jose Pineda Survey, A-41, Blk 31, Cherokee County Texas covering tracts 006-C, 006-B, 006, 014-B, 014-C, 014-E, 014-D, 006-A, 006-F, 00 |
| John N. Foscue | FEE | EXP | SKLA01 | Sklarco, LLC | FOSJ01 | John N. Foscue | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Cherokee | 06/14/2008 | 06/14/2005 | 133.221 acres located in the John B. Kerr Survey, A-493, and the Jose Pineda Survey, A-41, Blk 31, Cherokee County Texas covering tracts 006-C, 006-B, 006, 014-B, 014-C, 014-E, 014-D, 006-A, 006-F, 00 |
| John N. Foscue | FEE | EXP | SKLA01 | Sklarco, LLC | FOSJ01 | John N. Foscue | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Cherokee | 06/14/2008 | 06/14/2005 | 133.221 acres located in the John B. Kerr Survey, A-493, and the Jose Pineda Survey, A-41, Blk 31, Cherokee County Texas covering tracts 006-C, 006-B, 006, 014-B, 014-C, 014-E, 014-D, 006-A, 006-F, 00 |
| John N. Foscue | FEE | EXP | SKLA01 | Sklarco, LLC | FOSJ01 | John N. Foscue | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Cherokee | 06/14/2008 | 06/14/2005 | 133.221 acres located in the John B. Kerr Survey, A-493, and the Jose Pineda Survey, A-41, Blk 31, Cherokee County Texas covering tracts 006-C, 006-B, 006, 014-B, 014-C, 014-E, 014-D, 006-A, 006-F, 00 |
| John N. Foscue | FEE | EXP | SKLA01 | Sklarco, LLC | FOSJ01 | John N. Foscue | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Cherokee | 06/14/2008 | 06/14/2005 | 133.221 acres located in the John B. Kerr Survey, A-493, and the Jose Pineda Survey, A-41, Blk 31, Cherokee County Texas covering tracts 006-C, 006-B, 006, 014-B, 014-C, 014-E, 014-D, 006-A, 006-F, 00 |
| John N. Foscue | FEE | EXP | SKLA01 | Sklarco, LLC | FOSJ01 | John N. Foscue | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Cherokee | 06/14/2008 | 06/14/2005 | 133.221 acres located in the John B. Kerr Survey, A-493, and the Jose Pineda Survey, A-41, Blk 31, Cherokee County Texas covering tracts 006-C, 006-B, 006, 014-B, 014-C, 014-E, 014-D, 006-A, 006-F, 00 |
| John N. Foscue | FEE | EXP | SKLA01 | Sklarco, LLC | FOSJ01 | John N. Foscue | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Cherokee | 06/14/2008 | 06/14/2005 | 133.221 acres located in the John B. Kerr Survey, A-493, and the Jose Pineda Survey, A-41, Blk 31, Cherokee County Texas covering tracts 006-C, 006-B, 006, 014-B, 014-C, 014-E, 014-D, 006-A, 006-F, 00 |
| Joseph A. Foscue | FEE | EXP | SKLA01 | Sklarco, LLC | FOSJ02 | Joseph A. Foscue | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Cherokee | 06/14/2008 | 06/14/2005 | 133.221 acres located in the John B. Kerr Survey, A-493, and the Jose Pineda Survey, A-41, Blk 31, Cherokee County Texas covering tracts 006-C, 006-B, 006, 014-B, 014-C, 014-E, 014-D, 006-A, 006-F, 00 |
| Joseph A. Foscue | FEE | EXP | SKLA01 | Sklarco, LLC | FOSJ02 | Joseph A. Foscue | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Cherokee | 06/14/2008 | 06/14/2005 | 133.221 acres located in the John B. Kerr Survey, A-493, and the Jose Pineda Survey, A-41, Blk 31, Cherokee County Texas covering tracts 006-C, 006-B, 006, 014-B, 014-C, 014-E, 014-D, 006-A, 006-F, 00 |
| Joseph A. Foscue | FEE | EXP | SKLA01 | Sklarco, LLC | FOSJ02 | Joseph A. Foscue | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Cherokee | 06/14/2008 | 06/14/2005 | 133.221 acres located in the John B. Kerr Survey, A-493, and the Jose Pineda Survey, A-41, Blk 31, Cherokee County Texas covering tracts 006-C, 006-B, 006, 014-B, 014-C, 014-E, 014-D, 006-A, 006-F, 00 |
| Joseph A. Foscue | FEE | EXP | SKLA01 | Sklarco, LLC | FOSJ02 | Joseph A. Foscue | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Cherokee | 06/14/2008 | 06/14/2005 | 133.221 acres located in the John B. Kerr Survey, A-493, and the Jose Pineda Survey, A-41, Blk 31, Cherokee County Texas covering tracts 006-C, 006-B, 006, 014-B, 014-C, 014-E, 014-D, 006-A, 006-F, 00 |
| Joseph A. Foscue | FEE | EXP | SKLA01 | Sklarco, LLC | FOSJ02 | Joseph A. Foscue | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Cherokee | 06/14/2008 | 06/14/2005 | 133.221 acres located in the John B. Kerr Survey, A-493, and the Jose Pineda Survey, A-41, Blk 31, Cherokee County Texas covering tracts 006-C, 006-B, 006, 014-B, 014-C, 014-E, 014-D, 006-A, 006-F, 00 |
| Joseph A. Foscue | FEE | EXP | SKLA01 | Sklarco, LLC | FOSJ02 | Joseph A. Foscue | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Cherokee | 06/14/2008 | 06/14/2005 | 133.221 acres located in the John B. Kerr Survey, A-493, and the Jose Pineda Survey, A-41, Blk 31, Cherokee County Texas covering tracts 006-C, 006-B, 006, 014-B, 014-C, 014-E, 014-D, 006-A, 006-F, 00 |
| Joseph A. Foscue | FEE | EXP | SKLA01 | Sklarco, LLC | FOSJ02 | Joseph A. Foscue | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Cherokee | 06/14/2008 | 06/14/2005 | 133.221 acres located in the John B. Kerr Survey, A-493, and the Jose Pineda Survey, A-41, Blk 31, Cherokee County Texas covering tracts 006-C, 006-B, 006, 014-B, 014-C, 014-E, 014-D, 006-A, 006-F, 00 |
| Joseph A. Foscue | FEE | EXP | SKLA01 | Sklarco, LLC | FOSJ02 | Joseph A. Foscue | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Cherokee | 06/14/2008 | 06/14/2005 | 133.221 acres located in the John B. Kerr Survey, A-493, and the Jose Pineda Survey, A-41, Blk 31, Cherokee County Texas covering tracts 006-C, 006-B, 006, 014-B, 014-C, 014-E, 014-D, 006-A, 006-F, 00 |

| Lease Royalty (Memo) | Lease Royalty (Int) | Lease ORRI (Int) | Bonus/Acre | Total Bonus | Tract Legal Description | Tract State | Tract County | SubTract Legal Description |
|---|---|---|---|---|---|---|---|---|
| 0.16666667 | 0.166667 | 0 | 75 | 104.08 | 5.292 ac MOL in John B. Kerr Svy A-493 Cherokee Co., TX Described in Deed dated 11/17/1988 from MC Weaver Greenhouses, Inc. to Jerry Carlille Vol 1081, Page 425 Cherokee Co., TX | | Cherokee | 5.292 ac MOL in John B. Kerr Svy A-493 Cherokee Co., TX Described in Deed dated 11/17/1988 from MC Weaver Greenhouses, Inc. to Jerry Carlille Vol 1081, Page 425 Cherokee Co., TX |
| 0.16666667 | 0.166667 | 0 | 75 | 104.08 | 3.0 ac MOL in John B. Kerr Svy A-493 Cherokee Co., TX Described in Deed dated May 16, 1956 from Adrian Russell Anderson etux to Marilyn Anderson Evans Vol 452, pg 313 Cherokee Co., TX | Texas | Cherokee | 3.0 ac MOL in John B. Kerr Svy A-493 Cherokee Co., TX Described in Deed dated May 16, 1956 from Adrian Russell Anderson etux to Marilyn Anderson Evans Vol 452, pg 313 Cherokee Co., TX |
| 0.16666667 | 0.166667 | 0 | 75 | 104.08 | .156 ac MOL in John B. Kerry Svy A-493 Cherokee Co., TX Described in Deed dated September 1, 1977 from Adrian Russell Anderson etux to Marilyn Anderson Evans etux Vol 727, P, 425 Cherokee Co., TX | Texas | Cherokee | .156 ac MOL in John B. Kerry Svy A-493 Cherokee Co., TX Described in Deed dated September 1, 1977 from Adrian Russell Anderson etux to Marilyn Anderson Evans etux Vol 727, P, 425 Cherokee Co., TX |
| 0.16666667 | 0.166667 | 0 | 75 | 104.08 | 3 acres MOL in John B. Kerr Svy A-493 Cherokee Co., TX described in Deed dated December 15, 1987 from Genevieve Anderson Smith etux Vol 1052, page 772 | Texas | Cherokee | 3 acres MOL in John B. Kerr Svy A-493 Cherokee Co., TX described in Deed dated December 15, 1987 from Genevieve Anderson Smith etux Vol 1052, page 772 |
| 0.16666667 | 0.166667 | 0 | 75 | 104.08 | .778 ac MOL in John B. Kerr Svy A-493 Cherokee Co., TX Described in Deed dated 9/23/1977 from Adrian Russell Anderson etux to Marilyn Anderson Evans etux Vol 729, Pg 129 Cherokee Co., TX | Texas | Cherokee | .778 ac MOL in John B. Kerr Svy A-493 Cherokee Co., TX Described in Deed dated 9/23/1977 from Adrian Russell Anderson etux to Marilyn Anderson Evans etux Vol 729, Pg 129 Cherokee Co., TX |
| 0.16666667 | 0.166667 | 0 | 75 | 104.08 | 1.259 ac MOL in John B. Kerry Svy A-493 Cherokee Co., TX Described in Deed dated April 4, 2005 from Jeana Renee' Pierce Brooks to Wayne McCullough Vol 1715, Page 271 Cherokee Co., TX | Texas | Cherokee | 1.259 ac MOL in John B. Kerry Svy A-493 Cherokee Co., TX Described in Deed dated April 4, 2005 from Jeana Renee' Pierce Brooks to Wayne McCullough Vol 1715, Page 271 Cherokee Co., TX |
| 0.16666667 | 0.166667 | 0 | 75 | 104.08 | 30.00 ac MOL being part of that certain 80 acre tract of land out of the John B. Kerr Svy A-493 Cherokee Co., TX described in Deed from S.P. Copeland to BR Frierson dated 10/14/1916 Vol 70, pg 543 Save & except 50 acre MOL described in deed from AN barber etux to LS Koen dated 11/9/44 Vol 270, pg 26 | Texas | Cherokee | 30.00 ac MOL being part of that certain 80 acre tract of land out of the John B. Kerr Svy A-493 Cherokee Co., TX described in Deed from S.P. Copeland to BR Frierson dated 10/14/1916 Vol 70, pg 543 Save & except 50 acre MOL described in deed from AN barber etux to LS Koen dated 11/9/44 Vol 270, pg 26 |
| 0.16666667 | 0.166667 | 0 | 75 | 104.08 | 6.11 ac in Jose Pineda Svy A-41 Blk 31, Cherokee Co., TX described in deed dated 7/10/68 from Grady Wiggins etux to Floyd H. Verheyden etux Vol 599, Page 388 Cherokee Co., TX | Texas | Cherokee | 6.11 ac in Jose Pineda Svy A-41 Blk 31, Cherokee Co., TX described in deed dated 7/10/68 from Grady Wiggins etux to Floyd H. Verheyden etux Vol 599, Page 388 Cherokee Co., TX |
| 0.16666667 | 0.166667 | 0 | 75 | 104.08 | 48.6 ac MOL in Jose Pineda Svy A-41, Blk 31 Cherokee Co., TX described in deed dated December 7, 1994 from The Veterans Land Board of the State of Texaas to FH Verheyden Vol 1262, Pg 63 Cherokee Co., TX | Texas | Cherokee | 48.6 ac MOL in Jose Pineda Svy A-41, Blk 31 Cherokee Co., TX described in deed dated December 7, 1994 from The Veterans Land Board of the State of Texaas to FH Verheyden Vol 1262, Pg 63 Cherokee Co., TX |
| 0.16666667 | 0.166667 | 0 | 75 | 104.08 | 1.5 ac MOL in Jose Pineda Svy A-41 Blk 31 Cherokee Co., TX Being 2.5 ac described in deed dated March 12, 1982 from JW Glover etux to Michael Ray Terry Vol 839, Pg 255 Cherokee Co., TX Save & Except 1.0 acres | Texas | Cherokee | 1.5 ac MOL in Jose Pineda Svy A-41 Blk 31 Cherokee Co., TX Being 2.5 ac described in deed dated March 12, 1982 from JW Glover etux to Michael Ray Terry Vol 839, Pg 255 Cherokee Co., TX Save & Except 1.0 acres |
| 0.16666667 | 0.166667 | 0 | 75 | 104.08 | 1.0 acre in Jose Pineda Svy A-41 Blk 31 Cherokee Co., TX described in deed 10/28/88 from Michael Ray Terry etux to Wilbur Rawlinson etux Vol 1080, pg 524 Cherokee Co., TX | Texas | Cherokee | 1.0 acre in Jose Pineda Svy A-41 Blk 31 Cherokee Co., TX described in deed 10/28/88 from Michael Ray Terry etux to Wilbur Rawlinson etux Vol 1080, pg 524 Cherokee Co., TX |
| 0.166666666 | 0.166667 | 0 | 75 | 104.08 | 32.526 acres MOL in John B. Kerry Svy A-493 Cherokee Co., TX Described in Deed dated August 18, 1988 from MC Weavers Greenhouses, Inc. to Ray Evans etux Vol 1074, pg 373 Cherokee Co., TX | Texas | Cherokee | 32.526 acres MOL in John B. Kerry Svy A-493 Cherokee Co., TX Described in Deed dated August 18, 1988 from MC Weavers Greenhouses, Inc. to Ray Evans etux Vol 1074, pg 373 Cherokee Co., TX |
| 0.166666666 | 0.166667 | 0 | 75 | 104.08 | 5.292 ac MOL in John B. Kerr Svy A-493 Cherokee Co., TX Described in Deed dated 11/17/1988 from MC Weaver Greenhouses, Inc. to Jerry Carlille Vol 1081, Page 425 Cherokee Co., TX | Texas | Cherokee | 5.292 ac MOL in John B. Kerr Svy A-493 Cherokee Co., TX Described in Deed dated 11/17/1988 from MC Weaver Greenhouses, Inc. to Jerry Carlille Vol 1081, Page 425 Cherokee Co., TX |
| 0.166666666 | 0.166667 | 0 | 75 | 104.08 | 3.0 ac MOL in John B. Kerr Svy A-493 Cherokee Co., TX Described in Deed dated May 16, 1956 from Adrian Russell Anderson etux to Marilyn Anderson Evans Vol 452, pg 313 Cherokee Co., TX | Texas | Cherokee | 3.0 ac MOL in John B. Kerr Svy A-493 Cherokee Co., TX Described in Deed dated May 16, 1956 from Adrian Russell Anderson etux to Marilyn Anderson Evans Vol 452, pg 313 Cherokee Co., TX |
| 0.166666666 | 0.166667 | 0 | 75 | 104.08 | .156 ac MOL in John B. Kerry Svy A-493 Cherokee Co., TX Described in Deed dated September 1, 1977 from Adrian Russell Anderson etux to Marilyn Anderson Evans etux Vol 727, P, 425 Cherokee Co., TX | Texas | Cherokee | .156 ac MOL in John B. Kerry Svy A-493 Cherokee Co., TX Described in Deed dated September 1, 1977 from Adrian Russell Anderson etux to Marilyn Anderson Evans etux Vol 727, P, 425 Cherokee Co., TX |
| 0.166666666 | 0.166667 | 0 | 75 | 104.08 | 3 acres MOL in John B. Kerr Svy A-493 Cherokee Co., TX described in Deed dated December 15, 1987 from Genevieve Anderson Smith etux Vol 1052, page 772 | Texas | Cherokee | 3 acres MOL in John B. Kerr Svy A-493 Cherokee Co., TX described in Deed dated December 15, 1987 from Genevieve Anderson Smith etux Vol 1052, page 772 |
| 0.166666666 | 0.166667 | 0 | 75 | 104.08 | .778 ac MOL in John B. Kerry Svy A-493 Cherokee Co., TX Described in Deed dated 9/23/1977 from Adrian Russell Anderson etux to Marilyn Anderson Evans etux Vol 729, Pg 129 Cherokee Co., TX | Texas | Cherokee | .778 ac MOL in John B. Kerr Svy A-493 Cherokee Co., TX Described in Deed dated 9/23/1977 from Adrian Russell Anderson etux to Marilyn Anderson Evans etux Vol 729, Pg 129 Cherokee Co., TX |
| 0.166666666 | 0.166667 | 0 | 75 | 104.08 | 1.259 ac MOL in John B. Kerry Svy A-493 Cherokee Co., TX Described in Deed dated April 4, 2005 from Jeana Renee' Pierce Brooks to Wayne McCullough Vol 1715, Page 271 Cherokee Co., TX | Texas | Cherokee | 1.259 ac MOL in John B. Kerry Svy A-493 Cherokee Co., TX Described in Deed dated April 4, 2005 from Jeana Renee' Pierce Brooks to Wayne McCullough Vol 1715, Page 271 Cherokee Co., TX |
| 0.166666666 | 0.166667 | 0 | 75 | 104.08 | 30.00 ac MOL being part of that certain 80 acre tract of land out of the John B. Kerr Svy A-493 Cherokee Co., TX described in Deed from S.P. Copeland to BR Frierson dated 10/14/1916 Vol 70, pg 543 Save & except 50 acre MOL described in deed from AN barber etux to LS Koen dated 11/9/44 Vol 270, pg 26 | Texas | Cherokee | 30.00 ac MOL being part of that certain 80 acre tract of land out of the John B. Kerr Svy A-493 Cherokee Co., TX described in Deed from S.P. Copeland to BR Frierson dated 10/14/1916 Vol 70, pg 543 Save & except 50 acre MOL described in deed from AN barber etux to LS Koen dated 11/9/44 Vol 270, pg 26 |
| 0.166666666 | 0.166667 | 0 | 75 | 104.08 | 6.11 ac in Jose Pineda Svy A-41 Blk 31, Cherokee Co., TX described in deed dated 7/10/68 from Grady Wiggins etux to Floyd H. Verheyden etux Vol 599, Page 388 Cherokee Co., TX | Texas | Cherokee | 6.11 ac in Jose Pineda Svy A-41 Blk 31, Cherokee Co., TX described in deed dated 7/10/68 from Grady Wiggins etux to Floyd H. Verheyden etux Vol 599, Page 388 Cherokee Co., TX |

| Lease Name | Lease Type Code | Lease Status Code | Lessee Id | Lessee Name | Lessor Id | Lessor Name | Opera tor Id | Operator Name | Lease State | Lease County | Lease Expiration Date | Lease Effective Date | Lease Legal Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Joseph A. Foscue | FEE | EXP | SKLA01 | Sklarco, LLC | FOSJ02 | Joseph A. Foscue | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Cherokee | 06/14/2008 | 06/14/2005 | 133.221 acres located in the John B. Kerr Survey, A-493, and the Jose Pineda Survey, A-41, Blk 31, Cherokee County Texas covering tracts 006-C, 006-B, 006, 014-B, 014-C, 014-E, 014-D, 006-A, 006-F, 00 |
| Joseph A. Foscue | FEE | EXP | SKLA01 | Sklarco, LLC | FOSJ02 | Joseph A. Foscue | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Cherokee | 06/14/2008 | 06/14/2005 | 133.221 acres located in the John B. Kerr Survey, A-493, and the Jose Pineda Survey, A-41, Blk 31, Cherokee County Texas covering tracts 006-C, 006-B, 006, 014-B, 014-C, 014-E, 014-D, 006-A, 006-F, 00 |
| Joseph A. Foscue | FEE | EXP | SKLA01 | Sklarco, LLC | FOSJ02 | Joseph A. Foscue | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Cherokee | 06/14/2008 | 06/14/2005 | 133.221 acres located in the John B. Kerr Survey, A-493, and the Jose Pineda Survey, A-41, Blk 31, Cherokee County Texas covering tracts 006-C, 006-B, 006, 014-B, 014-C, 014-E, 014-D, 006-A, 006-F, 00 |
| Debbie Sue Betts Williams | FEE | HBP | SKLA01 | Sklarco, LLC | WILD01 | Debbie Sue Betts Williams | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 06/01/2006 | 06/01/2003 | 102.5 acres located in the James W. Winters Survey, A-904 in Leon Co., TX. |
| Debbie Sue Betts Williams | FEE | HBP | SKLA01 | Sklarco, LLC | WILD01 | Debbie Sue Betts Williams | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 06/01/2006 | 06/01/2003 | 102.5 acres located in the James W. Winters Survey, A-904 in Leon Co., TX. |
| Beverly Dianne Betts Boyd | FEE | HBP | SKLA01 | Sklarco, LLC | BOYB01 | Beverly Dianne Betts Boyd | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 06/01/2006 | 06/01/2003 | 102.5 acres located in the James W. Winters Survey, A-904 in Leon Co., TX. |
| Beverly Dianne Betts Boyd | FEE | HBP | SKLA01 | Sklarco, LLC | BOYB01 | Beverly Dianne Betts Boyd | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 06/01/2006 | 06/01/2003 | 102.5 acres located in the James W. Winters Survey, A-904 in Leon Co., TX. |
| Houston Ed Betts | FEE | HBP | SKLA01 | Sklarco, LLC | BETH01 | Houston Ed Betts | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 06/01/2006 | 06/01/2003 | 102.5 acres located in the James W. Winters Survey, A-904 in Leon Co., TX. |
| Houston Ed Betts | FEE | HBP | SKLA01 | Sklarco, LLC | BETH01 | Houston Ed Betts | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 06/01/2006 | 06/01/2003 | 102.5 acres located in the James W. Winters Survey, A-904 in Leon Co., TX. |
| Doris M. Betts | FEE | HBP | SKLA01 | Sklarco, LLC | BETD01 | Doris M. Betts, Deceased | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 06/04/2006 | 06/04/2003 | 20 acres located in the James W. Winters Survey, A-904 in Leon Co., TX. |
| Michael J. Betts | FEE | HBP | SKLA01 | Sklarco, LLC | BETM01 | Michael J. Betts | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 06/04/2006 | 06/04/2003 | 20 acres located in the James W. Winters Survey, A-904 in Leon Co., TX. |
| John K. Wade | FEE | HBP | SKLA01 | Sklarco, LLC | WADJ01 | John K. Wade | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 06/04/2006 | 06/04/2003 | 20 acres located in the James W. Winters Survey, A-904 in Leon Co., TX. |
| Chris R. Wade | FEE | HBP | SKLA01 | Sklarco, LLC | WADC02 | Chris R. Wade | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 06/04/2006 | 06/04/2003 | 20 acres located in the James W. Winters Survey, A-904 in Leon Co., TX. |
| Jerry Carter | FEE | HBP | SKLA01 | Sklarco, LLC | CARJ02 | Jane White Carpenter | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 06/04/2006 | 06/04/2003 | 140 acres located in the James W. Winters Survey, A-904 in Leon Co., TX. |
| Jerry Carter | FEE | HBP | SKLA01 | Sklarco, LLC | CARJ02 | Jane White Carpenter | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 06/04/2006 | 06/04/2003 | 140 acres located in the James W. Winters Survey, A-904 in Leon Co., TX. |
| Don Michael Keisler | FEE | HBP | SKLA01 | Sklarco, LLC | KEID01 | Don Michael Keisler | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 06/04/2006 | 06/04/2003 | 140 acres located in the James W. Winters Survey, A-904 in Leon Co., TX. |
| Don Michael Keisler | FEE | HBP | SKLA01 | Sklarco, LLC | KEID01 | Don Michael Keisler | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 06/04/2006 | 06/04/2003 | 140 acres located in the James W. Winters Survey, A-904 in Leon Co., TX. |
| Virginia Keisler Hill | FEE | HBP | SKLA01 | Sklarco, LLC | HILV01 | Virginia Keisler Hill | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 06/04/2006 | 06/04/2003 | 140 acres located in the James W. Winters Survey, A-904 in Leon Co., TX. |

| Lease Royalty (Memo) | Lease Royalty (Int) | Lease ORRI (Int) | Bonus/Acre | Total Bonus | Tract Legal Description | Tract State | Tract County | SubTract Legal Description |
|---|---|---|---|---|---|---|---|---|
| 0.166666666 | 0.166667 | 0 | 75 | 104.08 | 48.6 ac MOL in Jose Pineda Svy A-41, Blk 31 Cherokee Co., TX described in deed dated December 7, 1994 from The Veterans Land Board of the State of Texas to FH Verheyden Vol 1262, Pg 63 Cherokee Co., TX | Texas | Cherokee | 48.6 ac MOL in Jose Pineda Svy A-41, Blk 31 Cherokee Co., TX described in deed dated December 7, 1994 from the Veterans Land Board of the State of Texas to FH Verheyden Vol 1262, Pg 63 Cherokee Co., TX |
| 0.166666666 | 0.166667 | 0 | 75 | 104.08 | 1.5 ac MOL in Jose Pineda Svy A-41 Blk 31 Cherokee Co, TX Being 2.5 ac described in deed dated March 12, 1982 from JW Glover etux to Michael Ray Terry Vol 839, Pg 255 Cherokee Co., TX Save & Except 1.0 acres | Texas | Cherokee | 1.5 ac MOL in Jose Pineda Svy A-41 Blk 31 Cherokee Co, TX Being 2.5 ac described in deed dated March 12, 1982 from JW Glover etux to Michael Ray Terry Vol 839, Pg 255 Cherokee Co., TX Save & Except 1.0 acres |
| 0.166666666 | 0.166667 | 0 | 75 | 104.08 | 1.0 acre in Jose Pineda Svy A-41 Blk 31 Cherokee Co., TX described in deed dated 10/28/88 from Michael Ray Terry etux to Wilbur Rawlinson etux Vol 1080, pg 524 Cherokee Co., TX | Texas | Cherokee | 1.0 acre in Jose Pineda Svy A-41 Blk 31 Cherokee Co., TX described in deed dated 10/28/88 from Michael Ray Terry etux to Wilbur Rawlinson etux Vol 1080, pg 524 Cherokee Co., TX |
| 0.08333333 | 0.083333 | 0 | 50 | 640.63 | 20 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. | Texas | Leon | 20 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. |
| 0.08333333 | 0.083333 | 0 | 50 | 640.63 | 82.5 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. | Texas | Leon | 82.5 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. |
| 0.08333333 | 0.083333 | 0 | 50 | 640.62 | 20 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. | Texas | Leon | 20 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. |
| 0.08333333 | 0.083333 | 0 | 50 | 640.62 | 82.5 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. | Texas | Leon | 82.5 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. |
| 0.16666667 | 0.166667 | 0 | 0 | 0 | 20 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. | Texas | Leon | 20 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. |
| 0.16666667 | 0.166667 | 0 | 0 | 0 | 82.5 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. | Texas | Leon | 82.5 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. |
| 0.16666667 | 0.166667 | 0 | 100 | 1281.25 | 20 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. | Texas | Leon | 20 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. |
| 0.16666667 | 0.166667 | 0 | 100 | 1281.25 | 20 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. | Texas | Leon | 20 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. |
| 0.16666667 | 0.166667 | 0 | 100 | 427.08 | 20 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. | Texas | Leon | 20 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. |
| 0.16666667 | 0.166667 | 0 | 100 | 284.72 | 20 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. | Texas | Leon | 20 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. |
| 0.16666667 | 0.166667 | 0 | 50 | 4166.66 | The North 100 acres of a 200 acre tract of land, MOL, being the same land described in that certain deed dated December 7, 1943 from Sam Bain, et ux to H.L. Manning and recorded in Volume 131, Page 3 of the Deed Records of Leon Co., TX. | Texas | Leon | The North 100 acres of a 200 acre tract of land, MOL, being the same land described in that certain deed dated December 7, 1943 from Sam Bain, et ux to H.L. Manning and recorded in Volume 131, Page 3 of the Deed Records of Leon Co., TX. |
| 0.16666667 | 0.166667 | 0 | 50 | 4166.66 | | Texas | Leon | |
| 0.16666667 | 0.166667 | 0 | 50 | 2083.33 | The North 100 acres of a 200 acre tract of land, MOL, being the same land described in that certain deed dated December 7, 1943 from Sam Bain, et ux to H.L. Manning and recorded in Volume 131, Page 3 of the Deed Records of Leon Co., TX. | Texas | Leon | The North 100 acres of a 200 acre tract of land, MOL, being the same land described in that certain deed dated December 7, 1943 from Sam Bain, et ux to H.L. Manning and recorded in Volume 131, Page 3 of the Deed Records of Leon Co., TX. |
| 0.16666667 | 0.166667 | 0 | 50 | 2083.33 | | Texas | Leon | |
| 0.16666667 | 0.166667 | 0 | 50 | 2083.33 | The North 100 acres of a 200 acre tract of land, MOL, being the same land described in that certain deed dated December 7, 1943 from Sam Bain, et ux to H.L. Manning and recorded in Volume 131, Page 3 of the Deed Records of Leon Co., TX. | Texas | Leon | The North 100 acres of a 200 acre tract of land, MOL, being the same land described in that certain deed dated December 7, 1943 from Sam Bain, et ux to H.L. Manning and recorded in Volume 131, Page 3 of the Deed Records of Leon Co., TX. |

| Lease Name | Lease Type Code | Lease Status Code | Lessee Id | Lessee Name | Lessor Id | Lessor Name | Opera tor Id | Operator Name | Lease State | Lease County | Lease Expiration Date | Lease Effective Date | Lease Legal Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Virginia Keisler Hill | FEE | HBP | SKLA01 | Sklarco, LLC | HILV01 | Virginia Keisler Hill | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 06/04/2006 | 06/04/2003 | 140 acres located in the James W. Winters Survey, A-904 in Leon Co., TX. |
| Ann Ward Sadler | FEE | HBP | SKLA01 | Sklarco, LLC | SADA01 | Ann Ward Sadler | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 06/04/2006 | 06/04/2003 | 140 acres located in the James W. Winters Survey, A-904 in Leon Co., TX. |
| Ann Ward Sadler | FEE | HBP | SKLA01 | Sklarco, LLC | SADA01 | Ann Ward Sadler | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 06/04/2006 | 06/04/2003 | 140 acres located in the James W. Winters Survey, A-904 in Leon Co., TX. |
| Robert L. King Estate Trust | FEE | HBP | SKLA01 | Sklarco, LLC | KINR01 | Robert L. King Estate Trust Robert L. King Trust-Grace A. | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 07/30/2006 | 07/30/2003 | 102.5 acres located in the James W. Winters Survey, A-904 in Leon Co., TX. |
| Robert L. King Estate Trust | FEE | HBP | SKLA01 | Sklarco, LLC | KINR01 | Robert L. King Estate Trust Robert L. King Trust-Grace A. | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 07/30/2006 | 07/30/2003 | 102.5 acres located in the James W. Winters Survey, A-904 in Leon Co., TX. |
| Robert L. King, III, Trust | FEE | HBP | SKLA01 | Sklarco, LLC | KINR02 | Robert L. King, III Trust Grace A. Towery, Trustee | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 07/30/2006 | 07/30/2003 | 102.5 acres located in the James W. Winters Survey, A-904 in Leon Co., TX. |
| Robert L. King, III, Trust | FEE | HBP | SKLA01 | Sklarco, LLC | KINR02 | Robert L. King, III Trust Grace A. Towery, Trustee | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 07/30/2006 | 07/30/2003 | 102.5 acres located in the James W. Winters Survey, A-904 in Leon Co., TX. |
| Clayton A. King | FEE | HBP | SKLA01 | Sklarco, LLC | KINC01 | King's Club, Inc. | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 07/30/2006 | 07/30/2003 | 102.5 acres located in the James W. Winters Survey, A-904 in Leon Co., TX. |
| Clayton A. King | FEE | HBP | SKLA01 | Sklarco, LLC | KINC01 | King's Club, Inc. | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 07/30/2006 | 07/30/2003 | 102.5 acres located in the James W. Winters Survey, A-904 in Leon Co., TX. |
| Robert L. King Estate Trust | FEE | HBP | SKLA01 | Sklarco, LLC | KINR01 | Robert L. King Estate Trust Robert L. King Trust-Grace A. | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 07/30/2006 | 07/30/2003 | 102.5 acres located in the James W. Winters Survey, A-904 in Leon Co., TX. |
| Robert L. King Estate Trust | FEE | HBP | SKLA01 | Sklarco, LLC | KINR01 | Robert L. King Estate Trust Robert L. King Trust-Grace A. | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 07/30/2006 | 07/30/2003 | 102.5 acres located in the James W. Winters Survey, A-904 in Leon Co., TX. |
| Kelly A. Wade | FEE | HBP | SKLA01 | Sklarco, LLC | WADK01 | Kelly A. Wade Estate Cause No. 5346 in Leon County Court, TX | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 08/26/2006 | 08/26/2003 | 20 acres located in the James W. Winters Survey, A-904 in Leon Co., TX. |
| Lisa A. Wade | FEE | HBP | SKLA01 | Sklarco, LLC | WADL01 | Lisa A. Wade Estate Cause No. 5346 in Leon County Court, TX | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 08/26/2006 | 08/26/2003 | 20 acres located in the James W. Winters Survey, A-904 in Leon Co., TX. |
| SEGB, Inc. | FEE | HBP | SEC | SKLAR EXPLORATION CO., L.L.C. | SEGB01 | SEGB, Inc. | SEC | SKLAR EXPLORATION CO., L.L.C. | Texas | Leon | 04/01/2006 | 04/01/2001 | The  North 100 acres of a 200 acre tract of land, MOL, being the same land described in that certain deed dated December 7, 1943 from Sam Bain, et ux to H.L. Manning and recorded in Volume 131, Page 3 |

| Lease Royalty (Memo) | Lease Royalty (Int) | Lease ORRI (Int) | Bonus/Acre | Total Bonus | Tract Legal Description | Tract State | Tract County | SubTract Legal Description |
|---|---|---|---|---|---|---|---|---|
| 0.16666667 | 0.166667 | 0 | 50 | 2083.33 | | Texas | Leon | |
| 0.16666667 | 0.166667 | 0 | 50 | 4166.66 | The North 100 acres of a 200 acre tract of land, MOL, being the same land described in that certain deed dated December 7, 1943 from Sam Bain, et ux to H.L. Manning and recorded in Volume 131, Page 3 of the Deed Records of Leon Co., TX. | Texas | Leon | The North 100 acres of a 200 acre tract of land, MOL, being the same land described in that certain deed dated December 7, 1943 from Sam Bain, et ux to H.L. Manning and recorded in Volume 131, Page 3 of the Deed Records of Leon Co., TX. |
| 0.16666667 | 0.166667 | 0 | 50 | 4166.66 | | Texas | Leon | |
| 0.08333333 | 0.083333 | 0 | 75 | 843.43 | 20 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. | Texas | Leon | 20 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. |
| 0.08333333 | 0.083333 | 0 | 75 | 843.43 | 82.5 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. | Texas | Leon | 82.5 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. |
| 0.08333333 | 0.083333 | 0 | 75 | 843.43 | 20 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. | Texas | Leon | 20 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. |
| 0.08333333 | 0.083333 | 0 | 75 | 843.43 | 82.5 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. | Texas | Leon | 82.5 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. |
| 0.08333333 | 0.083333 | 0 | 75 | 1078.45 | 20 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. | Texas | Leon | 20 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. |
| 0.08333333 | 0.083333 | 0 | 75 | 1078.45 | 82.5 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. | Texas | Leon | 82.5 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. |
| 0.08333333 | 0.083333 | 0 | 75 | 1078.44 | 20 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. | Texas | Leon | 20 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. |
| 0.08333333 | 0.083333 | 0 | 75 | 1078.44 | 82.5 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. | Texas | Leon | 82.5 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. |
| 0.08333333 | 0.083333 | 0 | 100 | 142.36 | 20 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. | Texas | Leon | 20 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. |
| 0.08333333 | 0.083333 | 0 | 100 | 142.36 | 20 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. | Texas | Leon | 20 acres of land, MOL, out of the James W. Winters Survey, A-904, Leon Co., TX, and being the same land described in a deed dated July 2, 1945 from F. S. Betts to H.L. Manning and recorded in Volume 140, Page 614 of the Deed Records of Leon Co., TX. |
| 0.2 | 0.2 | 0 | 0 | 0 | The North 100 acres of a 200 acre tract of land, MOL, being the same land described in that certain deed dated December 7, 1943 from Sam Bain, et ux to H.L. Manning and recorded in Volume 131, Page 3 of the Deed Records of Leon Co., TX. | Texas | Leon | The North 100 acres of a 200 acre tract of land, MOL, being the same land described in that certain deed dated December 7, 1943 from Sam Bain, et ux to H.L. Manning and recorded in Volume 131, Page 3 of the Deed Records of Leon Co., TX. |

# Exhibit D

## ESCROW AGREEMENT

THIS ESCROW AGREEMENT (the "*Agreement*") is made and entered into as of **[•]**, by and among Sklar Exploration Company, LLC ("*SEC*"), a Louisiana limited liability company; SklarCo, LLC ("*SklarCo*"), a Louisiana limited liability company; Howard Sklar, as trustee of the Howard F. Sklar Inter Vivos Trust ("*Sklar*") (each a "*Party*" and together the "*Parties*"); and [*Escrow Agent*], a [•] organized under the laws of [•] (the "*Escrow Agent*").

WHEREAS, pursuant to that certain [*Confirmation Order*] dated [•] (the "*Confirmation Order*") confirming that certain "Amended and Restated Joint Plan of Reorganization Dated December 18, 2020" (the "*Plan*"), entered by the United States Bankruptcy Court, District of Colorado (the "*Court*") in the jointly administered Chapter 11 bankruptcy cases of SEC and Sklar (together, the "*Debtors*"), Case Nos. 20-12377-EEB and 20-12380-EEB (together, the "*Bankruptcy Case*"), the Court ordered that all membership interests in SEC (the "*SEC Interests*") and SklarCo (the "*SklarCo Interests*") (collectively, the "*Interests*") be placed in escrow and under the control of the Escrow Agent, chosen by Sklar, East West Bank ("*EWB*"), and [*Creditor Trustee*], as trustee of the [*Creditor Trust*] (the "*Creditor Trustee*"), subject to this Agreement and any valid liens until all payments under the Plan are completed.

NOW, THEREFORE, in consideration of the mutual promises contained herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereto agree as follows:

## ARTICLE I
## ESTABLISHMENT OF ESCROW

1.1     Subsequent to the execution of this Agreement, on the Effective Date (as defined in the Confirmation Order) of the Plan, the Debtors shall execute all necessary documents and/or take all necessary actions in order to transfer the Interests to the Escrow Agent.

1.2     The parties hereto hereby appoint the Escrow Agent, and the Escrow Agent hereby agrees to serve, as the escrow agent and depositary subject to the terms and conditions set forth herein.  The Escrow Agent shall receive the Interests and agrees to hold the Interests in a separate and distinct account (the "*Escrow Account*") which is hereby established and which will be held and disbursed by the Escrow Agent only in accordance with the express terms and conditions of this Agreement.

## ARTICLE II
## COMPENSATION; EXPENSES

2.1     As compensation for its services to be rendered under this Agreement, for each year or any portion thereof, the Escrow Agent shall receive a fee in the amount specified in Exhibit A to this Agreement and shall be reimbursed upon request for all expenses, disbursements and advances, including reasonable fees of outside counsel, if any, incurred or made by it in connection with the carrying out of its duties under this Agreement.  The Debtors shall pay such fees and expenses under terms of written invoice(s) sent by Escrow Agent.

## ARTICLE III
## REPRESENTATIONS AND WARRANTIES

3.1     The Parties each hereto hereby represents and warrants as of the date hereof and each date prior to the termination of this Agreement as follows:

(a) such party is duly organized, validly existing and in good standing under the laws of the State of its organization;

(b) such Party is in full compliance with all applicable anti-money laundering and anti-terrorist financing laws and regulations;

(c) the Escrow Account will be used by such Party for business use only and not primarily for personal, family or household use;

(d) such Party will not use the Escrow Account for illegal transactions, including, without limitation, those prohibited by the Unlawful Internet Gambling Enforcement Act, 31 U.S.C. Section 5361 et. seq.

## ARTICLE IV
## EXCULPATION AND INDEMNIFICATION

4.1     The obligations and duties of the Escrow Agent are confined to those specifically set forth in this Agreement which obligations and duties shall be deemed purely ministerial in nature.  No additional obligations and duties of the Escrow Agent shall be inferred or implied from the terms of any other documents or agreements, notwithstanding references herein to other documents or agreements.  In the event that any of the terms and provisions of any other agreement between any of the parties hereto conflict or are inconsistent with any of the terms and provisions of this Agreement, the terms and provisions of this Agreement shall govern and control the duties of the Escrow Agent in all respects.  The Escrow Agent shall not be subject to, or be under any obligation to ascertain or construe the terms and conditions of any other instrument, or to interpret this Agreement in light of any other agreement whether or not now or hereafter deposited with or delivered to the Escrow Agent or referred to in this Agreement.  The Escrow Agent shall not be obligated to inquire as to the form, execution, sufficiency, or validity of any such instrument nor to inquire as to the identity, authority, or rights of the person or persons executing or delivering same.  The Escrow Agent shall have no duty to know or inquire as to the performance or nonperformance of any provision of any other agreement, instrument, or document.  The Escrow Agent is authorized to comply with and rely upon any notices, instructions or other communications believed by it to have been sent or given by the Parties or by a person or persons authorized by the Parties.  The Escrow Agent specifically allows for receiving direction by written or electronic transmission from an authorized representative with the following caveat, the Parties agree to indemnify and hold harmless the Escrow Agent against any and all claims, taxes, losses, damages, liabilities, judgments, costs and expenses (including reasonable attorneys' fees) (collectively, "*Losses*") incurred or sustained by the Escrow Agent as a result of or in connection with the Escrow Agent's reliance upon and compliance with instructions or directions given by written or electronic transmission, provided, however, that such Losses have not arisen from the gross negligence or willful misconduct of the Escrow Agent, it being understood that forbearance on the part of the Escrow

- 2 -

Agent to verify or confirm that the person giving the instructions or directions, is, in fact, an authorized person shall not be deemed to constitute gross negligence or willful misconduct.

4.2     The Escrow Account shall be maintained in accordance with applicable laws, rules and regulations and policies and procedures of general applicability to escrow accounts established by the Escrow Agent.  The Escrow Agent shall not be liable for any act that it may do or omit to do hereunder in good faith and in the exercise of its own best judgment or for any damages not directly resulting from its gross negligence or willful misconduct.  Without limiting the generality of the foregoing sentence, it is hereby agreed that in no event will the Escrow Agent be liable for any lost profits or other indirect, special, incidental or consequential damages which the parties may incur or experience by reason of having entered into or relied on this Agreement or arising out of or in connection with the Escrow Agent's duties hereunder, notwithstanding that the Escrow Agent was advised or otherwise made aware of the possibility of such damages.  The Escrow Agent shall not be liable for acts of God, acts of war, breakdowns or malfunctions of machines or computers, interruptions or malfunctions of communications or power supplies, labor difficulties, actions of public authorities, or any other similar cause or catastrophe beyond the Escrow Agent's reasonable control.  Any act done or omitted to be done by the Escrow Agent pursuant to the advice of its attorneys shall be conclusively presumed to have been performed or omitted in good faith by the Escrow Agent.

4.3     In the event the Escrow Agent is notified of any dispute, disagreement or legal action relating to or arising in connection with the escrow, the Escrow Fund, or the performance of the Escrow Agent's duties under this Agreement, the Escrow Agent will not be required to determine the controversy or to take any action regarding it.  The Escrow Agent may hold all documents and funds and may wait for settlement of any such controversy by final appropriate legal proceedings, arbitration, or other means as, in the Escrow Agent's discretion, it may require.  Furthermore, if confronted with conflicting demands such that it determines in good faith that it risks incurring expense or liability regardless of any action it may take or refrain from taking, the Escrow Agent may, at its option, file an action of interpleader requiring the parties to answer and litigate any claims and rights among themselves.  The Escrow Agent is authorized, at its option, to deposit with the court in which such action is filed, all documents and funds held in escrow, except all costs, expenses, charges, and reasonable attorneys' fees incurred by the Escrow Agent due to the interpleader action and which Debtors agree on a joint and several basis to pay, subject to the Debtors' rights to reimbursement, recovery, or payment from the other parties to the interpleader action.  Upon initiating such action, the Escrow Agent shall be fully released and discharged of and from all subsequent obligations and liability otherwise imposed by the terms of this Agreement.

4.4     The Parties hereby agree, on a joint and several basis, to indemnify and hold the Escrow Agent, and its directors, officers, employees, and agents, harmless from and against all costs, taxes, damages, judgments, attorneys' fees (whether such attorneys shall be regularly retained or specifically employed), expenses, obligations and liabilities of every kind and nature which the Escrow Agent, and its directors, officers, employees, and agents, may incur, sustain, or be required to pay in connection with or arising out of this Agreement, unless the aforementioned results from the Escrow Agent's gross negligence or willful misconduct, and to pay the Escrow Agent on demand the amount of all such costs, damages, judgments, attorneys' fees, expenses, obligations, and liabilities.  Without limitation, the foregoing indemnities shall extend to any breach of the representations, warranties or covenants in this Agreement.  The costs and expenses of enforcing this right of indemnification also shall be paid by the Parties.  The

- 3 -

4824-3587-9401.2

foregoing indemnities in this paragraph shall survive the resignation or substitution of the Escrow Agent and the termination of this Agreement.

## ARTICLE V
## TERMINATION OF AGREEMENT

5.1    The Parties may, at any time, fully or partially terminate this Agreement by delivering to the Escrow Agent written notice (a "*Termination Notice*") signed by the Parties, EWB, and Creditor Trustee, setting forth (i) the requested full or partial termination date and (ii) instructions for the return or delivery of the applicable Interests.  A Termination Notice may address either the SEC Interests or the SklarCo Interests, or both, as follows:

(a)    With respect to the SEC Interests, under Section 7.1 of the Plan, following wind down and liquidation of SEC pursuant to the terms of the Plan, all Interests in SEC shall be terminated.

(b)    With respect to the SklarCo Interests, under Section 7.2 of the Plan, upon satisfaction of all obligations under the Plan, all Interests in SklarCo shall be returned to Sklar.

5.2    A Termination Notice shall be received by the Escrow Agent not fewer than two (2) Business Days prior to the requested full or partial termination date.

## ARTICLE VI
## RESIGNATION OF ESCROW AGENT

6.1    The Escrow Agent may resign at any time upon giving at least thirty (30) days prior written notice to the Parties, EWB and Creditor Trustee; provided that no such resignation shall become effective until the appointment of a successor escrow agent which shall be accomplished as follows:  The Debtors shall use their best efforts to select a successor escrow agent within thirty (30) days after receiving such notice.  If the Debtors fail to appoint a successor escrow agent within such time, the Escrow Agent shall have the right at the expense of the Debtors to petition the Court for the appointment of a successor escrow agent.  The successor escrow agent shall execute and deliver an instrument accepting such appointment and it shall, without further acts, be vested with all the estates, properties, rights, powers, and duties of the predecessor escrow agent as if originally named as escrow agent.  Upon delivery of such instrument, the Escrow Agent shall be discharged from any further duties and liability under this Agreement.  The Escrow Agent shall be paid any outstanding fees and expenses prior to transferring assets to a successor escrow agent.

## ARTICLE VII
## NOTICES

7.1    All notices required by this Agreement shall be in writing and shall be deemed to have been received (a) immediately if sent by facsimile transmission (with a confirming copy sent the same Business Day by registered or certified mail), or by hand delivery (with signed return receipt), (b) the next Business Day if sent by nationally recognized overnight courier or (c) the second following Business Day if sent by registered or certified mail, in any case to the respective addresses as follows:

- 4 -

If to SEC:

Sklar Exploration Company, LLC
[*Street Address*]
[*Suite Number*]
[*City, State, Zip*]
Attention: [*Contact Person*]
Telephone: [*Contact Person's Direct Line*]
Fax: [*Contact Person's Direct Line*]
Email address: [•]

If to SklarCo:

SklarCo, LLC
[*Street Address*]
[*Suite Number*]
[*City, State, Zip*]
Attention: [*Contact Person*]
Telephone: [*Contact Person's Direct Line*]
Fax: [*Contact Person's Direct Line*]
Email address: [•]

If to EWB:

East West Bank
[*Street Address*]
[*Suite Number*]
[*City, State, Zip*]
Attention: [*Contact Person*]
Telephone: [*Contact Person's Direct Line*]
Fax: [*Contact Person's Direct Line*]
Email address: [•]

If to Sklar:

Howard Sklar, as Trustee of the Howard Sklar Trust
[*Street Address*]
[*Suite Number*]
[*City, State, Zip*]
Telephone: [•]
Fax: [•]
Email address: [•]

If to Creditor Trustee:

[Creditor Trustee]
[*Street Address*]
[*Suite Number*]
[*City, State, Zip*]

- 5 -

Attention:  [*Contact Person*]
Telephone:  [*Contact Person's Direct Line*]
Fax:  [*Contact Person's Direct Line*]
Email address: [•]

If to the Escrow Agent:

[Escrow Agent]
[*Street Address*]
[*Suite Number*]
[*City, State, Zip*]
Attention:  [*Contact Person*]
Telephone:  [*Contact Person's Direct Line*]
Fax:  [*Contact Person's Direct Line*]
Email address: [•]

## ARTICLE VIII
## MISCELLANEOUS PROVISIONS

8.1     Each party hereto represents and warrants that such party has all requisite corporate or other power, authority and capacity, and such other consents and approvals as are required to enter into this Agreement and to perform the obligations required of it hereunder and thereunder. The execution and delivery of this Agreement, and the consummation of the transactions contemplated herein, have been duly and validly authorized by all necessary action. This Agreement constitutes a valid and legally binding agreement of such party enforceable in accordance with its terms, and no offset, counterclaim or defense exists to the full performance by such party of this Agreement, except as the same may be limited by bankruptcy, insolvency, reorganization and similar laws affecting the enforcement of creditors' rights generally and by general equity principles.

8.2     This Agreement shall be governed by and construed in accordance with the laws of the State of Colorado and the parties hereto consent to jurisdiction in Colorado and venue in any state or Federal court located in Colorado.

8.3     Any bank or corporation into which the Escrow Agent may be merged or with which it may be consolidated, or any bank or corporation to whom the Escrow Agent may transfer a substantial amount of its escrow business, shall be the successor to the Escrow Agent without the execution or filing of any paper or any further act on the part of any of the parties, anything herein to the contrary notwithstanding.

8.4     This Agreement may be amended, modified, and/or supplemented only by an instrument in writing executed by all parties hereto.

8.5     This Agreement may be executed by the parties hereto individually or in one or more counterparts, each of which shall be an original and all of which shall together constitute one and the same agreement**.**  This Agreement, signed and transmitted by facsimile machine or pdf file, is to be treated as an original document and the signature of any party hereon, if so transmitted, is to be considered as an original signature, and the document so transmitted is to be considered to have the same binding effect as a manually executed original.

8.6     The headings used in this Agreement are for convenience only and shall not constitute a part of this Agreement.  Any references in this Agreement to any other agreement, instrument, or document are for the convenience of the parties and shall not constitute a part of this Agreement.

8.7     As used in this Agreement, "*Business Day*" means a day other than a Saturday, Sunday, or other day when banking institutions are authorized or required by law or executive order to be closed.

8.8     This Agreement constitutes a contract solely among the Parties by which it has been executed and is enforceable solely by the parties by which it has been executed and no other persons.  It is the intention of the Parties hereto that this Agreement may not be enforced on a third party beneficiary or any similar basis.

8.9     The Parties agree that if any provision of this Agreement shall under any circumstances be deemed invalid or inoperative this Agreement shall be construed with the invalid or inoperative provisions deleted and the rights and obligations of the parties shall be construed and enforced accordingly.

8.10    No party hereto shall assign its rights hereunder until its assignee has submitted to the Escrow Agent (i) Patriot Act disclosure materials and the Escrow Agent has determined that on the basis of such materials it may accept such assignee as a customer and (ii) assignee has delivered an IRS Form W-8 or W-9, as appropriate, to the Escrow Agent which the Escrow Agent has determined to have been properly signed and completed.  In addition, the foregoing rights to assign shall be subject, in the case of any party having an obligation to indemnify the Escrow Agent, to the Escrow Agent's approval based upon the financial ability of assignee to indemnify it being reasonably comparable to the financial ability of assignor, which approval shall not be unreasonably withheld.

8.11    No Plan Assets.  All Parties hereto aside from Escrow Agent represent and warrant themselves at the date of this Agreement and at all times until the termination of this Agreement that they are not and are not acting on behalf of (i) an "employee benefit plan" within the meaning of Section 3(3) of the Employee Retirement Income Security Act of 1974, as amended, ("*ERISA*") that is subject to Part 4 of Subtitle B of Title I of ERISA, (ii) a "plan" within the meaning fo Section 4975(e)(1) of the Internal Revenue Code of 1986, as amended (the "*Code*"), to which Section 4975 of the Code applies, (iii) an entity whose underlying assets include "plan assets" subject to Title I of ERISA or Section 4974 of the Code by reason of Section 3(42) of ERISA, U.S. Department of Labor Regulation 29 CFR Section 25 10.3-101 or otherwise, or (IV) a "governmental plan" (as defined in ERISA or the Code) or another type of plan (or an entity whose assets are considered to include the assets of any such governmental or other plan) that is subject to any law, rule or restriction that is substantively similar or of similar effect to Section 406 of ERISA or Section 4975 of the Code ("*Similar Law*").  All Parties hereto aside from Escrow Agent will provide written notice to Escrow Agent if it is aware that it is in breach of this representation and warranty or is aware that with the passing of time, giving of notice or expiring of any applicable grace period it will be in breach of this representation and warranty.

*[signatures appear on the following page(s)]*

4824-3587-9401.2

IN WITNESS WHEREOF, the parties hereto have executed and delivered this Agreement as of the day and year first above written.

SEC:

**Sklar Exploration Company, LLC**

By: _____
    Name: _____
    Title: _____

SklarCo:

**SklarCo, LLC**

By: _____
    Name: _____
    Title: _____

Sklar:

**Howard Sklar, as Trustee of the Howard F. Sklar Inter Vivos Trust**

By: _____
    Name: _____
    Title: _____

Escrow Agent:

**[•]**

By: _____
    Name: _____
    Title: _____

Escrow Agreement

## EXHIBIT A

## ESCROW AGENT FEE SCHEDULE

Set-Up Fee:                              $[•]

Tax Reporting Set-up Fee:                $[•]

Administration Fee:                      $[_____]
                                         **Covers the first [      ] months from the date of
                                         this agreement ('the Initial Period").  Should the
                                         escrow account remain open beyond the Initial
                                         Period, Escrow Agent may bill an additional fee
                                         of [$        ] annually.**

Wire Disbursement Fee                    **[•]**


**THE SET-UP FEES AND ADMINISTRATION FEES FOR THE INITIAL PERIOD ARE DUE
UPON EXECUTION OF THE ESCROW AGREEMENT.\***

Escrow Agent reserves the right to bill at cost for all out-of-pocket expenses, including out-of-pocket
expenses in connection with the closing.  Out-of-pocket expenses include, but are not limited to,
professional services (e.g. legal or accounting), travel expenses, telephone and facsimile transmission
costs, postage (including express mail and overnight delivery charges), and copying charges.

***\*(The Administration Fee will be invoiced yearly in advance, without pro-ration for partial years.
Wire disbursement fees will be invoiced on an annual basis in arrears.)***