United States Bankruptcy Court

District of Colorado

In re:                                                                                          Case No. 20-12377-EEB

Sklar Exploration Company, LLC                                                                  Chapter 11

Sklarco, LLC

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 1082-1 | User: admin | Page 1 of 9 |
|---|---|---|
| Date Rcvd: May 10, 2021 | Form ID: pdf904 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Sklar Exploration Company, LLC, Sklarco, LLC, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301-2541 |
| aty | + | Benjamin Y. Ford, RSA Tower, 27th Floor, 11 North Water Street, Mobile, AL 36602-3809 |
| aty | + | Cook, Yancey, King & Galloway, APLC, 333 Texas Street, Suite 1700, P.O. Box 22260, Shreveport, LA 71120-2260 |
| cr | + | AEEC II, LLC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | AEH Investments, LLC, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| cr | + | Anderson Exploration Energy Company, LC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Baker Hughes Holdings, LLC FKA Baker Hughes, a GE, C/O Christopher J. Ryan, 17021 Aldine Westfield Road, Houston, TX 77073-5101 |
| cr | + | Barbara P Lawrence, 55 Hill Circle, Evergreen, CO 80439-4618 |
| cr | + | Barnette & Benefield, Inc., PO Box 550, Haynesville, LA 71038-0550 |
| cr | + | Bundero Investment Company, LLC, 401 Edwards Street, Suite 820, Shreveport, LA 71101-5521 |
| cr | + | Estate of Pamela Page, Deceased, P.O. Box 374, Evergreen, CO 80437-0374 |
| cr | + | Foote Oil and Gas Properties, LLC, 1655 Prudential Drive, #161B, Jacksonville, FL 32207-8105 |
| cr | + | Franks Exploration Company, LLC, P.O. Box 7655, Shreveport, LA 71137-7655 |
| cr | + | Hughes Oil South, LLC, P.O. Box 608, Oxford, MS 38655-0608 |
| cr | + | I & L Miss I, LP, 4761 Frank Luck Dr, Addison, TX 75001-3202 |
| cr | + | J&A Harris, LP, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| cr | + | John H. Smith, c/o Quitman Tank Solutions, LLC, PO Box 90, Quitman, MS 39355-0090 |
| cr | + | KMR Investments, LLC, P.O. Box 417, Homer, LA 71040-0417 |
| cr | + | Kingston, LLC, 2790 South Thompson Street, Suite 102, Springdale, AR 72764-6303 |
| cr | + | Kodiak Gas Services, LLC, 15320 Hwy. 105, Suite 210, Montgomery, TX 77356-2602 |
| cr | + | Pickens Financial Group, LLC, 10100 N. Central Expressway, Suite 200, Dallas, TX 75231-4169 |
| cr | + | Stoneham Drilling Corporation, c/o Bradley, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | + | Sugar Oil Properties, L.P., 625 Market Street, Suite 100, Shreveport, LA 71101-5392 |
| cr | + | TCP Cottonwood, L.P., 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Tauber Exploration & Production Company, 55 Waugh Drive, Suite 700, Houston, TX 77007-5837 |
| intp | | The Juneau Group, 2386A Rice Blvd. #232, Houston, TX 77005 |
| 18754408 | + | Anderson Investment Holdings, LP, AEEC II, LLC, 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |
| 18754411 | + | Apple River Investments, L.L.C., Attn Robert M. Boeve, President, 1503 Garfield Road North, Traverse City, MI 49696-1111 |
| 18754484 | + | East West Bank Treasury Department, 135 North Los Robles Avenue, Suite 600, ATTN Linda Cox, Pasadena, CA 91101-4549 |
| 18754510 | #+ | FPCC USA, Inc., 245 Commerce Green Blvd, Ste 250, Sugar Land, TX 77478-3760 |
| 18754497 | + | Fant Energy Limited, P.O. Box 55205, Houston, TX 77255-5205 |
| 18754529 | + | H&H Construction, LLC, Ladon E. Hall, Sole Manager, P.O. Box 850, Flomaton, AL 36441-0850 |
| 18754560 | | JD Fields & Company, Inc., P.O. Box 134401, Houston, TX 77219-4401 |
| 18754567 | + | JJS Working Interest LLC, 2001 Kirby Dr, Suite 1110, Houston, TX 77019-6081 |
| 18754578 | + | Kelley Brothers Contractors, Inc., P.O. Drawer 1079, Waynesboro, MS 39367-1079 |
| 18754588 | + | Kudzu Oil Properties, LLC, 300 Concourse Blvd, Suite 101, Ridgeland, MS 39157-2091 |
| 18754598 | # | Lucas Petroleum Group, Inc., 327 Congress Avenue, Suite 500, Austin, TX 78701-3656 |
| 18754612 | + | Meritage Energy, Ltd., C/O BKD, LLP, 2700 Post Oak Blvd, Ste 1500, Houston, TX 77056-5829 |
| 18754613 | | Mesa Fluids, LLC, c/o Juno Financial, P.O. Box 173928, Denver, CO 80217-3928 |
| 18754664 | | Pro-Tek Field Services, LLC, P.O. Box 919269, Dallas, TX 75391-9269 |
| 18754666 | + | Pruet Oil Company, LLC, 217 West Capitol St. Ste 201, Jackson, MS 39201-2099 |
| 18754673 | + | Rapad Well Service Co., Inc., 217 West Capitol Street, Jackson, MS 39201-2004 |
| 18754720 | #+ | Stoneham Drilling Corporation, 707 17th Street, Suite 3250, Denver, CO 80202-3433 |

| District/off: 1082-1 | User: admin | Page 2 of 9 |
|---|---|---|
| Date Rcvd: May 10, 2021 | Form ID: pdf904 | Total Noticed: 50 |

18754721     #  Strago Petroleum Corporation, 3209 Hamm Road, Pearland, TX 77581-5503
18754735     +  TCP Cottonwood, L.P., 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680
18754760     +  Union Oilfield Supply, Inc., 12 John Dykes Road, Waynesboro, MS 39367-8371

TOTAL: 46

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: cmccord@mccordprod.com | May 10 2021 22:59:00 | CTM 2005, Ltd., 55 Waugh Drive, Suite 515, Houston, TX 77007-5840 |
| cr | + Email/PDF: dor_tac_bankruptcy@state.co.us | May 11 2021 01:01:23 | Colorado Department Of Revenue, 1375 Sherman St., Room 504, Attention Bankruptcy Unit, Denver, CO 80261-3000 |
| cr | + Email/Text: bankruptcy@coag.gov | May 10 2021 23:00:00 | Colorado Department of Law, 1300 Broadway, 8th Floor, Denver, CO 80203-2104 |
| cr | Email/Text: tim.swanson@moyewhite.com | May 10 2021 23:00:00 | Kudzu Oil Properties, LLC, c/o Timothy M. Swanson, Moye White LLP, 1400 16th Street, 6th Floor, Denver, CO 80202 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Hall Management, LLC, 4913 Oak Point Drive |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2021                    Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam L. Hirsch | on behalf of Interested Party Howard F. Sklar adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |
| Adam L. Hirsch | on behalf of Interested Party Howard Sklar Trust adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |
| Amy Vazquez | on behalf of Creditor FPCC USA  Inc. avazquez@joneswalker.com |
| Andrew James Shaver | on behalf of Creditor Premium Oilfield Services  LLC ashaver@bradley.com |
| Armistead Mason Long | |

District/off: 1082-1                                    User: admin                                         Page 3 of 9
Date Rcvd: May 10, 2021                            Form ID: pdf904                                    Total Noticed: 50

on behalf of Creditor Pine Island Chemical Solutions  L.L.C. along@gamb.law

Barnet B Skelton, Jr

on behalf of Creditor Tauber Exploration & Production Company barnetbjr@msn.com

Barnet B Skelton, Jr

on behalf of Creditor Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr

on behalf of Creditor MER Energy  LTD barnetbjr@msn.com

Barnet B Skelton, Jr

on behalf of Creditor MR Oil & Gas  LLC barnetbjr@msn.com

Barnet B Skelton, Jr

on behalf of Creditor I & L Miss I  LP barnetbjr@msn.com

Barnet B Skelton, Jr

on behalf of Creditor The Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr

on behalf of Creditor Pickens Financial Group  LLC barnetbjr@msn.com

Barnet B Skelton, Jr

on behalf of Creditor CTM 2005  Ltd. barnetbjr@msn.com

Belinda Harrison

belindapittsharrison@gmail.com  belindapittsharrison@gmail.com

Brent R. Cohen

on behalf of Creditor Fant Energy Limited bcohen@lrrc.com  brent-cohen-8759@ecf.pacerpro.com,jeastin@lrrc.com

Brian Rich

on behalf of Creditor Fletcher Exploration  LLC brich@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich

on behalf of Creditor Fletcher Petroleum Company  LLC brich@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich

on behalf of Creditor Fletcher Petroleum Corp. brich@bergersingerman.com
efile@bergersingerman.com;efile@ecf.inforuptcy.com

Bryce Suzuki

on behalf of Creditor East-West Bank bsuzuki@swlaw.com  tina.daniels@bclplaw.com

Bryce Suzuki

on behalf of Intervenor East West Bank bsuzuki@swlaw.com  tina.daniels@bclplaw.com

Christopher Meredith

on behalf of Attorney Copeland  Cook, Taylor & Bush, P.A. cmeredith@cctb.com,
bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

Christopher Meredith

on behalf of Creditor Eastern Fishing & Rental Tool Company  Inc. cmeredith@cctb.com,
bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

Christopher Meredith

on behalf of Creditor PAR Minerals Corporation cmeredith@cctb.com
bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

Christopher Meredith

on behalf of Creditor Coastal Exploration  Inc. cmeredith@cctb.com,
bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

Christopher D. Johnson

on behalf of Creditor Committee The Official Committee of Unsecured Creditors cjohnson@munsch.com  scurry@munsch.com

Christopher M. Crowley

on behalf of Creditor Liquid Gold Well Service  Inc. ccrowley@fncmlaw.com

Craig M. Geno

on behalf of Creditor Alabama Oil Company cmgeno@cmgenolaw.com
kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com

Craig M. Geno

on behalf of Creditor Kudzo Oil Properties  LLC cmgeno@cmgenolaw.com,
kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com

Craig M. Geno

on behalf of Creditor Kudzu Oil Properties  LLC cmgeno@cmgenolaw.com,
kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com

District/off: 1082-1                         User: admin                              Page 4 of 9
Date Rcvd: May 10, 2021                      Form ID: pdf904                          Total Noticed: 50

Craig M. Geno
                        on behalf of Creditor Apple River Investments  LLC cmgeno@cmgenolaw.com,
                        kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com

Daniel L. Bray
                        on behalf of Creditor Weatherford U.S.  L.P. daniel.bray@huschblackwell.com,
                        ann.stolfa@huschblackwell.com;LegalSupportTeam-Litigation-DEN@huschblackwell.com;daniel-bray-5348@ecf.pacerpro.com

David M. Miller
                        on behalf of Creditor Bri-Chem Supply Corp.  LLC dmiller@spencerfane.com, akarant@spencerfane.com

David R Taggart
                        on behalf of Creditor JF Howell Interests  LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

David R Taggart
                        on behalf of Interested Party JF Howell Interests  LP dtaggart@bradleyfirm.com,
                        kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

David R Taggart
                        on behalf of Creditor JH Howell Interests  LP dtaggart@bradleyfirm.com,
                        kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

Deanna L. Westfall
                        on behalf of Creditor Colorado Department Of Revenue deanna.westfall@coag.gov  bncmail@w-legal.com

Duane Brescia
                        on behalf of Creditor Seitel Data  Ltd. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com

Duane Brescia
                        on behalf of Creditor Lucas Petroleum Group  Inc. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com

Duane Brescia
                        on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com  djaenike@clarkhill.com;ckclark@clarkhill.com

Elizabeth Helen Weller
                        on behalf of Creditor McLeod ISD beth.weller@lgbs.com

Elizabeth Helen Weller
                        on behalf of Creditor Atlanta ISD beth.weller@lgbs.com

Elizabeth Helen Weller
                        on behalf of Creditor Linden-Kildare CISD beth.weller@lgbs.com

Eric Lockridge
                        on behalf of Creditor Sugar Oil Properties  L.P. eric.lockridge@keanmiller.com,
                        Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

Eric Lockridge
                        on behalf of Creditor Anderson Exploration Energy Company  L.C. eric.lockridge@keanmiller.com,
                        Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

Eric Lockridge
                        on behalf of Creditor Anderson Exploration Energy Company  LC eric.lockridge@keanmiller.com,
                        Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

Eric Lockridge
                        on behalf of Creditor TCP Cottonwood  L.P. eric.lockridge@keanmiller.com,
                        Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

Eric Lockridge
                        on behalf of Creditor AEEC II  LLC eric.lockridge@keanmiller.com,
                        Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

Florence Bonaccorso-Saenz
                        on behalf of Creditor Louisiana Department of Revenue florence.saenz@la.gov

Glenn Taylor
                        on behalf of Creditor Coastal Exploration  Inc. gtaylor@cctb.com

Glenn Taylor
                        on behalf of Creditor PAR Minerals Corporation gtaylor@cctb.com

Glenn Taylor
                        on behalf of Creditor Eastern Fishing & Rental Tool Company  Inc. gtaylor@cctb.com

Grant Matthew Beiner
                        on behalf of Creditor Committee The Official Committee of Unsecured Creditors gbeiner@munsch.com

James B. Bailey
                        on behalf of Creditor Stoneham Drilling Corporation jbailey@bradley.com  ashaver@bradley.com,jbailey@ecf.courtdrive.com

Jeffery Dayne Carruth
                        on behalf of Creditor Halliburton Energy Services  Inc. jcarruth@wkpz.com

District/off: 1082-1          User: admin          Page 5 of 9

Date Rcvd: May 10, 2021          Form ID: pdf904          Total Noticed: 50

Jeffrey R. Barber
on behalf of Creditor FPCC USA Inc. jbarber@joneswalker.com

Jeffrey S. Brinen
on behalf of Debtor Sklar Exploration Company LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jeffrey S. Brinen
on behalf of Debtor Sklarco LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jennifer Hardy
on behalf of Creditor JJS Interests Steele Kings LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
on behalf of Creditor JJS Working Interests LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
on behalf of Creditor JJS Interests Escambia LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Norris Soto
on behalf of Creditor Barnette & Benefield Inc. jennifersoto@arklatexlaw.com, curtisshelton@arklatexlaw.com,

Jenny M.F. Fujii
on behalf of Defendant Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
on behalf of Debtor Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
on behalf of Cross-Claimant Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
on behalf of Debtor Sklarco LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jeremy L Retherford
on behalf of Creditor RAPAD Well Service Co. Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
on behalf of Creditor Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
on behalf of Plaintiff Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
on behalf of Creditor Pruet Oil Company LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
on behalf of Interested Party Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com

Jim F Spencer, Jr
on behalf of Creditor Landmark Exploration LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
on behalf of Creditor Lexington Investments LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
on behalf of Creditor Landmark Oil and Gas LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
on behalf of Creditor Stone Development LLC jspencer@watkinseager.com, mryan@watkinseager.com

John Cornwell
on behalf of Creditor Committee The Official Committee of Unsecured Creditors jcornwell@munsch.com
hvalentine@munsch.com

John Thomas Oldham
on behalf of Creditor Kodiak Gas Services LLC joldham@okinadams.com, bmoore@okinadams.com

Jonathan Dickey
on behalf of Creditor Foote Oil & Gas Properties LLC jmd@kutnerlaw.com, vlm@kutnerlaw.com

Jordan B. Bird
on behalf of Creditor Bundero Investment Company LLC jordan.bird@cookyancey.com

Jordan B. Bird
on behalf of Attorney Cook Yancey, King & Galloway, APLC jordan.bird@cookyancey.com

Jordan B. Bird
on behalf of Creditor J&A Harris LP jordan.bird@cookyancey.com

Jordan B. Bird
on behalf of Creditor Hughes Oil South LLC jordan.bird@cookyancey.com

Jordan B. Bird

District/off: 1082-1
Date Rcvd: May 10, 2021

User: admin
Form ID: pdf904

Page 6 of 9
Total Noticed: 50

| | |
|---|---|
| | on behalf of Creditor Franks Exploration Company  LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor Hall Management  LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor Kingston  LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor AEH Investments  LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor KMR Investments  LLC jordan.bird@cookyancey.com |
| Joseph D. DeGiorgio | |
| | on behalf of Creditor Ford Motor Credit Company  LLC josephde@bdfgroup.com |
| Joseph Eric Bain | |
| | on behalf of Creditor FPCC USA  Inc. jbain@joneswalker.com, kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com |
| Katherine A Ross | |
| | on behalf of Creditor Bureau of Land Management katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine A Ross | |
| | on behalf of Creditor Office of Natural Resources Revenue katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine A Ross | |
| | on behalf of Creditor Internal Revenue Service katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine Guidry Douthitt | |
| | on behalf of Creditor Dickson Oil & Gas  L.L.C. kdouthitt@bwor.com |
| Katherine Guidry Douthitt | |
| | on behalf of Creditor C. Bickham Dickson  III kdouthitt@bwor.com |
| Kelsey Jamie Buechler | |
| | on behalf of Creditor Foote Oil and Gas Properties  LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com |
| Kelsey Jamie Buechler | |
| | on behalf of Creditor Foote Oil & Gas Properties  LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com |
| Keri L. Riley | |
| | on behalf of Defendant Sklar Exploration Company  LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Keri L. Riley | |
| | on behalf of Debtor Sklarco  LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Keri L. Riley | |
| | on behalf of Debtor Sklar Exploration Company  LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Kevin S. Neiman | |
| | on behalf of Plaintiff Plains Marketing  L.P. kevin@ksnpc.com |
| Kevin S. Neiman | |
| | on behalf of Counter-Defendant Plains Marketing  L.P. kevin@ksnpc.com |
| Kevin S. Neiman | |
| | on behalf of Creditor Plains Marketing  L.P. kevin@ksnpc.com |
| Kevin S. Neiman | |
| | on behalf of Creditor Plains Gas Solutions  LLC kevin@ksnpc.com |
| Lee M. Kutner | |
| | on behalf of Debtor Sklar Exploration Company  LLC vlm@kutnerlaw.com |
| Lee M. Kutner | |
| | on behalf of Debtor Sklarco  LLC vlm@kutnerlaw.com |
| Madison M. Tucker | |
| | on behalf of Creditor FPCC USA  Inc. mtucker@joneswalker.com, madison-tucker-7703@ecf.pacerpro.com |
| Matthew Okin | |
| | on behalf of Creditor Kodiak Gas Services  LLC mokin@okinadams.com |
| Matthew J. Ochs | |
| | on behalf of Creditor Pruet Oil Company  LLC mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Matthew J. Ochs | |
| | on behalf of Creditor RAPAD Well Service Co.  Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com |

District/off: 1082-1                          User: admin                                      Page 7 of 9
Date Rcvd: May 10, 2021                    Form ID: pdf904                          Total Noticed: 50

Matthew J. Ochs
              on behalf of Creditor Pruet Production Co. mjochs@hollandhart.com  tldevlin@hollandhart.com

Matthew J. Ochs
              on behalf of Plaintiff Pruet Production Co. mjochs@hollandhart.com  tldevlin@hollandhart.com

Michael Niles
              on behalf of Creditor Fletcher Exploration  LLC mniles@bergersingerman.com,
              efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Niles
              on behalf of Creditor Fletcher Petroleum Company  LLC mniles@bergersingerman.com,
              efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Niles
              on behalf of Creditor Fletcher Petroleum Corp. mniles@bergersingerman.com
              efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Schuster
              on behalf of Interested Party Louisiana Tower Operating LLC schusterm@ballardspahr.com  henningc@ballardspahr.com

Michael D Rubenstein
              on behalf of Interested Party BPX Properties (NA) LP mdrubenstein@liskow.com

Michael D Rubenstein
              on behalf of Interested Party BP America Production Company mdrubenstein@liskow.com

Michael J. Guyerson
              on behalf of Creditor Estate of Pamela Page  Deceased , celina@kjblawoffice.com;teresa@kjblawoffice.com

Michael J. Guyerson
              on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com  celina@kjblawoffice.com;teresa@kjblawoffice.com

P. Matthew Cox
              on behalf of Creditor Ally Bank pmc@scmlaw.com  mw@scmlaw.com

Paul Moss
              on behalf of U.S. Trustee US Trustee Paul.Moss@usdoj.gov

Robert Padjen
              on behalf of Creditor Colorado Department of Law Robert.padjen@coag.gov

Robert L Paddock
              on behalf of Creditor Strago Petroleum Corporation rpaddock@buckkeenan.com  myers@buckkeenan.com

Robert L Paddock
              on behalf of Creditor Gateway Exploration  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock
              on behalf of Creditor Meritage Energy Ltd rpaddock@buckkeenan.com  myers@buckkeenan.com

Robert L Paddock
              on behalf of Creditor Harvest Gas Management  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock
              on behalf of Creditor GCREW Properties  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Ryan Lorenz
              on behalf of Creditor Juno Financial LLC RLorenz@ClarkHill.com

Ryan Seidemann
              on behalf of Creditor State of Louisiana  Depatment of Natural Resources, Office of Mineral Resources
              seidemannr@ag.louisiana.gov

Ryco Exploration, LLC.
              rsmith.ryco@att.net

Shay L. Denning
              on behalf of Creditor Tauber Exploration & Production Company sdenning@mbssllp.com

Shay L. Denning
              on behalf of Creditor I & L Miss I  LP sdenning@mbssllp.com

Shay L. Denning
              on behalf of Creditor MR Oil & Gas  LLC sdenning@mbssllp.com

Shay L. Denning
              on behalf of Creditor CTM 2005  Ltd. sdenning@mbssllp.com

Shay L. Denning
              on behalf of Creditor Rudman Partnership sdenning@mbssllp.com

Shay L. Denning

District/off: 1082-1                    User: admin                         Page 8 of 9
Date Rcvd: May 10, 2021                 Form ID: pdf904                      Total Noticed: 50

    on behalf of Creditor Pickens Financial Group LLC sdenning@mbssllp.com

Shay L. Denning

    on behalf of Creditor MER Energy LTD sdenning@mbssllp.com

Stephen K. Lecholop, II

    on behalf of Creditor McCombs Energy Ltd. slecholop@rpsalaw.com, amartinez@rpsalaw.com

Stephen K. Lecholop, II

    on behalf of Creditor McCombs Exploration LLC slecholop@rpsalaw.com, amartinez@rpsalaw.com

Theodore J. Hartl

    on behalf of Interested Party Louisiana Tower Operating LLC hartlt@ballardspahr.com blessingb@ballardspahr.com

Thomas H Shipps

    on behalf of Creditor MER Energy LTD tshipps@mbssllp.com

Thomas H Shipps

    on behalf of Creditor Tauber Exploration & Production Company tshipps@mbssllp.com

Thomas H Shipps

    on behalf of Creditor I & L Miss I LP tshipps@mbssllp.com

Thomas H Shipps

    on behalf of Creditor The Rudman Partnership tshipps@mbssllp.com

Thomas H Shipps

    on behalf of Creditor Pickens Financial Group LLC tshipps@mbssllp.com

Thomas H Shipps

    on behalf of Creditor CTM 2005 Ltd. tshipps@mbssllp.com

Thomas H Shipps

    on behalf of Creditor MR Oil & Gas LLC tshipps@mbssllp.com

Thomas H Shipps

    on behalf of Creditor Rudman Partnership tshipps@mbssllp.com

Timothy C. Mohan

    on behalf of Cross Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan

    on behalf of Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan

    on behalf of Creditor Lufkin Industries LLC tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan

    on behalf of Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com

Timothy C. Mohan

    on behalf of Creditor Baker Petrolite LLC tmohan@foley.com tim.mohan4@gmail.com

Timothy C. Mohan

    on behalf of Creditor GE Oil & Gas Pressure Control US tmohan@foley.com tim.mohan4@gmail.com

Timothy C. Mohan

    on behalf of Creditor Baker Hughes Oilfield Operations LLC tmohan@foley.com tim.mohan4@gmail.com

Timothy C. Mohan

    on behalf of Cross Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com

Timothy C. Mohan

    on behalf of Defendant Baker Hughes Oilfield Operations Inc. tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan

    on behalf of Creditor Baker Hughes Holdings LLC FKA Baker Hughes, a GE Company LLC tmohan@foley.com, tim.mohan4@gmail.com

Timothy M. Swanson

    on behalf of Creditor Alabama Oil & Gas LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com

Timothy M. Swanson

    on behalf of Creditor Kudzu Oil Properties LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com

Timothy M. Swanson

    on behalf of Creditor Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company LLC and Sklarco, LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com

Timothy M. Swanson

    on behalf of Creditor Alabama Oil Company tim.swanson@moyewhite.com

District/off: 1082-1

Date Rcvd: May 10, 2021

User: admin

Form ID: pdf904

Page 9 of 9

Total Noticed: 50

audra.albright@moyewhite.com;hope.stone@moyewhite.com

Timothy M. Swanson

on behalf of Creditor Kudzo Oil Properties  LLC tim.swanson@moyewhite.com,
audra.albright@moyewhite.com;hope.stone@moyewhite.com

Timothy M. Swanson

on behalf of Creditor Apple River Investments  LLC tim.swanson@moyewhite.com,
audra.albright@moyewhite.com;hope.stone@moyewhite.com

Timothy Michael Riley

on behalf of Attorney Hopping Green & Sams timothyr@hgslaw.com

Tyler Lee Weidlich

on behalf of Creditor Pro-Tek Field Services  LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com

Tyler Lee Weidlich

on behalf of Creditor Pioneer Wireline Services  LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com

US Trustee

USTPRegion19.DV.ECF@usdoj.gov


TOTAL: 167

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO
FILE PLAN SUPPLEMENT**

THIS MATTER, having come before the Court on the Debtors' Motion for Extension of Time to File Plan Supplement (the "Motion"), the Court having reviewed the Motion and finding good cause for granting the requested relief, does hereby:

**ORDER THAT:**

The Motion is GRANTED.  The Debtors shall file the Plan Supplement on or before May 12, 2021.

**Dated:**  May 10, 2021

**BY THE COURT:**

Elizabeth E. Brown,
**United States Bankruptcy Judge**