# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930<br><br>Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| SKLARCO, LLC<br>EIN: 72-1425432<br><br>Debtor. | Case No. 20-12380-EEB<br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |

## NOTICE OF FPCC USA, INC.'S ELECTION UNDER
## BANKRUPTCY CODE SECTION 365(N)

FPCC USA, Inc. ("**FPCC USA**") hereby provides notice of its election to retain intellectual property rights pursuant to section 365(n) of the U.S Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (the **"Bankruptcy Code"**), and respectfully states as follows:

## NOTICE

1. FPCC USA and Sklar Exploration Company, LLC (the "**Debtor**" or "**SEC**") are parties to a:

   1) Seismic Data License Agreement, dated March 24, 2017, related to Shipps Creek 3D Seismic Data;

   2) Seismic Data License Agreement, dated August 7, 2017, related to Escambia Prospect 3D Seismic Data;

   3) Seismic Data License Agreement, dated August 20, 2017, related to Brewton Prospect Seismic Data;

   4) Seismic Data License Agreement, dated August 20, 2017, related to Mt. Carmel Prospect Seismic Data; and

       5) Seismic Data License Agreement, dated June 30, 2016, related to West Tyler 3D Seismic Data (collectively, the "**Seismic Data License Agreements**").

2. On February 26, 2021, the Debtor filed the *Omnibus Motion to Reject Joint Operating Agreements and Related Oil and Gas Contracts* [Dkt. No. 927], as amended [Dkt. No. 1150], which, among other things, sought to reject the Seismic Data License Agreements, among other contracts and leases, pursuant to section 365 of the Bankruptcy Code (such motion, as amended, being the "**Rejection Motion**").

3. The Bankruptcy Court approved and granted the Rejection Motion on March 23, 21. [Dkt. No. 1151].

4. FPCC USA hereby provides notice of its election to retain its right to the intellectual property under the Seismic Data License Agreements to the fullest extent permitted by Bankruptcy Code § 365(n)(1)(B)(i)-(ii).

5. FPCC USA further reserves all rights related to the Seismic Data License Agreement and under Bankruptcy Code § 365(n).

*[Continues on Next Page]*

Dated: May 13, 2021.                    Respectfully submitted,

                                **JONES WALKER LLP**

                                By: */s/ Joseph E. Bain*

Joseph E. Bain
811 Main Street, Ste. 2900
Houston, Texas 77002
Tel: 713-437-1800
Fax: 713-437-1801
Email: jbain@joneswalker.com

-and-

Madison M. Tucker
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Tel: 504-582-8000
Fax: 504-589-8261
Email: mtucker@joneswalker.com

*Counsel for FPCC USA, Inc.*

## CERTIFICATE OF SERVICE

    I certify that on May 13, 2021, I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in this case.

                                */s/ Joseph E. Bain*
                                Joseph E. Bain