| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 4/30/2021 | | Admin Fee | | | 773.90 | Admin Fee |
| 4/5/2021 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.1 | 52.50 | Make Time Entries in Nexonia for WE 04/03 |
| 4/12/2021 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.1 | 52.50 | Call with JK RE Sklar status of stipulation to relieve SklarEx as operator of Brooklyn fields |
| 4/19/2021 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.1 | 52.50 | Make Time Entries in Nexonia for WE 04/17 |
| 4/26/2021 | Todd Bearup | Business Analysis | 550.00 | 1.7 | 935.00 | Work on JIB/AR vs. Suspense Analysis update per debtor's counsel via CFO. |
| 4/28/2021 | Todd Bearup | Business Analysis | 550.00 | 0.5 | 275.00 | Update Kim's latest A/R analysis and provide to the group. |
| 4/1/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Weekly accounting call re: proposed A/P and updates. |
| 4/1/2021 | Todd Bearup | Business Operations | 550.00 | 0.4 | 220.00 | Review field reports for the week. |
| 4/2/2021 | Todd Bearup | Business Operations | 550.00 | 1.8 | 990.00 | Review March final production report and updated model. |
| 4/2/2021 | James Katchadurian | Business Operations | 725.00 | 0.3 | 217.50 | review of cash budget and related (0.3); |
| 4/3/2021 | James Katchadurian | Business Operations | 725.00 | 1.0 | 725.00 | review of amended plan and ds and related cash flow and operating budgets (1.0) |
| 4/5/2021 | Todd Bearup | Business Operations | 550.00 | 0.6 | 330.00 | Interacting w/ CFO and accounting to approve/send wires. |
| 4/6/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Interacting w/ accounting to approve/send wires. |
| 4/6/2021 | Todd Bearup | Business Operations | 550.00 | 0.4 | 220.00 | Weekly Ops call |
| 4/7/2021 | Todd Bearup | Business Operations | 550.00 | 0.6 | 330.00 | Accounting call re: discussion of weekly A/P for next week. And follow-up. |
| 4/7/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Review Louisiana LoC replacement agreement with LORA. |
| 4/8/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Review daily field reports from Ops and daily production report. |
| 4/8/2021 | Todd Bearup | Business Operations | 550.00 | 0.3 | 165.00 | Interacting w/ accounting and accounting to approve/send wires. |
| 4/9/2021 | Todd Bearup | Business Operations | 550.00 | 0.4 | 220.00 | Interacting w/ accounting and accounting to approve/send wires. |
| 4/12/2021 | Todd Bearup | Business Operations | 550.00 | 0.8 | 440.00 | Discussions and correspondence w/ CFO and accounting re: cash flow, LOCs, payroll. Review, approve wires. |
| 4/13/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Weekly operations call. |
| 4/14/2021 | Todd Bearup | Business Operations | 550.00 | 0.6 | 330.00 | Review and issue wires. |
| 4/15/2021 | Todd Bearup | Business Operations | 550.00 | 0.3 | 165.00 | Review, approve and send wires. |
| 4/16/2021 | Todd Bearup | Business Operations | 550.00 | 0.9 | 495.00 | Work w/ accounting to review, approve, send wires and review status of rent payments. |
| 4/19/2021 | James Katchadurian | Business Operations | 725.00 | 1.0 | 725.00 | various emails re open ap and rent payable to shreveport LL (1.0); |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 4/20/2021 | Todd Bearup | Business Operations | 550.00 | 0.6 | 330.00 | Weekly ops call and follow-up. Review, approve and send wires. |
| 4/21/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Review, approve and send wires. |
| 4/21/2021 | James Katchadurian | Business Operations | 725.00 | 0.5 | 362.50 | Call w J Strausser\M Jones\K Riley\ B Ford re transition plan (0.5); |
| 4/22/2021 | Todd Bearup | Business Operations | 550.00 | 1.0 | 550.00 | Review, approve and send wires and review monthly revenue run. |
| 4/23/2021 | Todd Bearup | Business Operations | 550.00 | 0.4 | 220.00 | Review, approve and send wires. |
| 4/26/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Review, approve and send wires via accounting/ops. |
| 4/27/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Update discussion with Controller re: latest progress in Chapter 11 and view of the future. |
| 4/27/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Weekly ops call and follow-up. |
| 4/28/2021 | Todd Bearup | Business Operations | 550.00 | 0.6 | 330.00 | Review, approve and send wires via accounting/ops. |
| 4/28/2021 | Todd Bearup | Business Operations | 550.00 | 1.5 | 825.00 | Review proposed A/P run from accounting and provide feedback. |
| 4/28/2021 | Todd Bearup | Business Operations | 550.00 | 0.4 | 220.00 | Review proposed payroll and provide feedback to controller. |
| 4/29/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Update discussion w/ CFO and COO re: potential voting and cash flow issues. |
| 4/30/2021 | Todd Bearup | Business Operations | 550.00 | 0.3 | 165.00 | Review, approve and send wires via accounting/ops. |
| 4/1/2021 | Todd Bearup | Cash Management | 550.00 | 1.7 | 935.00 | Update cash forecast and discuss w/ CFO. |
| 4/5/2021 | Todd Bearup | Cash Management | 550.00 | 1.8 | 990.00 | Modify model to prep for actuals. Update cash forecast. |
| 4/6/2021 | Todd Bearup | Cash Management | 550.00 | 1.9 | 1,045.00 | Work with accounting re: last week's actuals coding. |
| 4/7/2021 | Todd Bearup | Cash Management | 550.00 | 2.0 | 1,100.00 | Finalize variance report after follow-up w/ accting re: missing transactions in Wolfepak. Provide to CRO. |
| 4/12/2021 | Todd Bearup | Cash Management | 550.00 | 1.7 | 935.00 | Prep model for actuals, update cash forecast. |
| 4/13/2021 | Todd Bearup | Cash Management | 550.00 | 1.8 | 990.00 | Correspondence w/ accounting and work on variance report and updating cash fcst. |
| 4/14/2021 | Todd Bearup | Cash Management | 550.00 | 1.9 | 1,045.00 | Finish up variance report and update cash forecast and provide to CRO. |
| 4/15/2021 | Todd Bearup | Cash Management | 550.00 | 0.8 | 440.00 | Modify and finalized proposed A/P run and provide to CRO for approval. |
| 4/16/2021 | Todd Bearup | Cash Management | 550.00 | 1.3 | 715.00 | Extend cash forecast thru July at request of CRO. |
| 4/19/2021 | Todd Bearup | Cash Management | 550.00 | 1.8 | 990.00 | Prep cash model for actuals and update with latest intel. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 4/20/2021 | Todd Bearup | Cash Management | 550.00 | 1.7 | 935.00 | Work w/ accounting re: coding actuals from prior week for variance report. |
| 4/21/2021 | Todd Bearup | Cash Management | 550.00 | 1.9 | 1,045.00 | Finalize variance report and extended cash forecast and provide to CRO. |
| 4/21/2021 | Todd Bearup | Cash Management | 550.00 | 0.5 | 275.00 | Review extended cash forecast w/ CFO and Controller. |
| 4/22/2021 | Todd Bearup | Cash Management | 550.00 | 1.5 | 825.00 | Finalize variance report and extended cash forecast and provide to CRO. |
| 4/23/2021 | Todd Bearup | Cash Management | 550.00 | 1.9 | 1,045.00 | Review, modify and work w/ accounting re: proposed A/P run. |
| 4/26/2021 | Todd Bearup | Cash Management | 550.00 | 1.5 | 825.00 | Prep model for actuals and ask CRO to approve proposed A/R run for the week. |
| 4/27/2021 | Todd Bearup | Cash Management | 550.00 | 1.9 | 1,045.00 | Work with accounting for coding last week's transactions for actuals in the model. |
| 4/28/2021 | Todd Bearup | Cash Management | 550.00 | 1.8 | 990.00 | Finalize variance report and update cash forecast and provide to CRO. |
| 4/30/2021 | Todd Bearup | Cash Management | 550.00 | 0.5 | 275.00 | Review daily check-off book and update cash forecast. |
| 4/1/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.9 | 1,045.00 | Work on JIB A/R vs. Suspense analysis w/ assistance of CFO. |
| 4/3/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.3 | 165.00 | Provide Feb MOR to lender per their request. |
| 4/5/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.4 | 770.00 | Work w/ CFO to update JIB vs. Suspense model. |
| 4/6/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.7 | 935.00 | Work w/ CFO to finalize updated JIB vs. Suspense model and provide to CRO. |
| 4/8/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.8 | 440.00 | Read yesterday's filings. |
| 4/9/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.5 | 825.00 | Discussions w/ COO and CEO re: claims, historical cash flow, cash forecast, etc. |
| 4/10/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.9 | 1,045.00 | Begin backing up files. |
| 4/11/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.5 | 825.00 | Continue to back-up files per CRO request. |
| 4/13/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.8 | 440.00 | Review and update prof. fees analysis. |
| 4/14/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.0 | 550.00 | Deal with potential creditor ballot amount issues with Epiq. |
| 4/14/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.3 | 715.00 | update JIB vs. Suspense analysis and provide to CFO and CRO. |
| 4/15/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.5 | 825.00 | Begin to extend cash forecast out thru June production. |
| 4/15/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.5 | 275.00 | Updated discussion w/ CRO |
| 4/16/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.4 | 220.00 | Read EWB filing. |
| 4/19/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.7 | 385.00 | Update discussions w/ CFO and COO. |
| 4/21/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.3 | 165.00 | Review Snell & Wilmer legal fees for Jan & Feb. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 4/22/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.6 | 330.00 | Review correspondence re: Vines judgement and timing of cash receipts. Provide to CRO. |
| 4/23/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.5 | 825.00 | Review today's filings and provide to COO and CFO. |
| 4/29/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.8 | 990.00 | Update professional fee analysis and provide to Joe for reconciliation. |
| 4/6/2021 | James Katchadurian | Expense - Airfare | 162.50 | | 162.50 | Change in fare--Change in fare |
| 4/6/2021 | James Katchadurian | Expense - Airfare | 1,026.30 | | 1,026.30 | Airfare--Airfare |
| 4/15/2021 | James Katchadurian | Expense - Hotel | 611.33 | | 611.33 | Hotel--Hotel |
| 4/12/2021 | James Katchadurian | Expense - Meals | 3.80 | | 3.80 | Coffee--Coffee |
| 4/12/2021 | James Katchadurian | Expense - Meals | 23.00 | | 23.00 | Meals--Meals |
| 4/15/2021 | James Katchadurian | Expense - Meals | 12.42 | | 12.42 | Dinner--Dinner |
| 4/15/2021 | James Katchadurian | Expense - Meals | 3.84 | | 3.84 | Coffee--Coffee |
| 4/15/2021 | James Katchadurian | Expense - Meals | 4.05 | | 4.05 | Coffee--Coffee |
| 4/5/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client. |
| 4/6/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client. |
| 4/7/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client. |
| 4/9/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client. |
| 4/12/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 4/13/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 4/14/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 4/15/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 4/19/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 4/20/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 4/21/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 4/22/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 4/23/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 4/26/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 4/27/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 4/28/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 4/29/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 4/15/2021 | James Katchadurian | Expense - Rental | 917.18 | | 917.18 | Hertz--Hertz |
| 4/12/2021 | James Katchadurian | Expense - Transportation | 15.00 | | 15.00 | Park at Kutner--Park at Kutner |
| 4/12/2021 | James Katchadurian | Expense - Transportation | 216.17 | | 216.17 | Transport to JFK Airport--Transport to JFK Airport |
| 4/7/2021 | Todd Bearup | Fee Applications | 550.00 | 1.8 | 990.00 | Work on March Fee Application. |
| 4/12/2021 | Todd Bearup | Fee Applications | 550.00 | 1.6 | 880.00 | Continue work on March Fee App. |
| 4/23/2021 | Todd Bearup | Fee Applications | 550.00 | 0.7 | 385.00 | Finalize March Fee App and provide to debtor's counsel for filing. |
| 4/29/2021 | Todd Bearup | Operating Reports | 550.00 | 1.2 | 660.00 | Walk through March MOR w/ CFO and Controller. |
| 4/5/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | review of data for ewb and related objection (0.5); |
| 4/5/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | various emails re rudman (0.5) |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 4/6/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Call w M Jones\J Strausser\D Graham\B Ford and K Riley re Transition (1.0) |
| 4/6/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w K Riley\J Brinen re next steps (0.5) |
| 4/6/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Review of monthly jib detail (0.5) |
| 4/6/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | travel planning (0.5); |
| 4/6/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w K Riley re next steps (0.5); |
| 4/6/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | various emails re new operators and nexts steps (0.5) |
| 4/6/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Docket\Objection review (1.0); |
| 4/7/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | emails re EWB questions (0.5); |
| 4/7/2021 | James Katchadurian | Plan Issues | 725.00 | 0.1 | 72.50 | email w D Graham re Pruett (0.1); |
| 4/8/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | various emails re EWB questions on gas plant and IT (0.5); |
| 4/8/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Review and respond to EWB emails re document request - download docs and provide to EWB and counsel (0.5); |
| 4/8/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Review of 13 week cash forecast and comment on same - review of variance report (1.0) |
| 4/8/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | review of AP run and AR JIB Statements (1.0) |
| 4/9/2021 | James Katchadurian | Plan Issues | 725.00 | 0.2 | 145.00 | various emails w K Riley (0.2) |
| 4/9/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Review 13 week cashflow revisions and related cash management emails w T Bearup (0.5); |
| 4/12/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | emails w J Strausser\M Jones re retention (0.3) |
| 4/12/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Discussion w J Brinen \ K Riley re case status (0.5) |
| 4/12/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | Call w K Riley re hearing (0.3) |
| 4/12/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Docket review - review of pruett representation and hearing preparation (1.0); |
| 4/13/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Meeting w M Jones re next steps (1.0); |
| 4/13/2021 | James Katchadurian | Plan Issues | 725.00 | 2.0 | 1,450.00 | Onsite @ Sklar - various meetings re transition (2.0) |
| 4/13/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Call w K Riley\M Jones\D Graham \B Ford and J Strausser re hearing recap and transition issues and related followup (1.0) |
| 4/13/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Call w K Riley\M Jones\D Graham \B Ford and J Strausser re transition next steps (1.0); |
| 4/13/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Meeting w M Jones\J Strausser re retention issues and related model (1.0) |
| 4/14/2021 | James Katchadurian | Plan Issues | 725.00 | 1.2 | 870.00 | Call w A Hirsch \ H Sklar\ K Riley (1.2); |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 4/14/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Various emails w Eqiq re aggregation of claims information and related analysis (1.0); |
| 4/14/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w J Brinen re brooklyn stip and next steps (0.5) |
| 4/14/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | onsite - call w IT Consultant re infrastructure and next steps w consolidation and related followup (1.0); |
| 4/15/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Call w D Graham\B Ford \ C Albrecht and related (1.0) |
| 4/15/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | various discussions re transition to new operators (1.0); |
| 4/15/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | review of 13 week cashflow w T Bearup and related followup items (1.0); |
| 4/15/2021 | James Katchadurian | Plan Issues | 725.00 | 0.4 | 290.00 | Onsite - review open ap run for the week (0.4); |
| 4/16/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | review brooklyn stip and comment on same (1.0); |
| 4/16/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | calls w K Riley re transition and open issues re plan process - follow-up on open issues (1.0); |
| 4/16/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Review of AR analysis (1.0) |
| 4/17/2021 | James Katchadurian | Plan Issues | 725.00 | 0.8 | 580.00 | email w K Riley re Brooklyn Stip - further review of stip (0.8); |
| 4/19/2021 | James Katchadurian | Plan Issues | 725.00 | 0.4 | 290.00 | review objection to claim and related comments (0.4); |
| 4/19/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | call w Charlie (0.3); |
| 4/20/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Call w K Riley re next steps and transition plan - followup on same (1.0); |
| 4/21/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | call w K Riley re various plan \ transition issues (0.3); |
| 4/22/2021 | James Katchadurian | Plan Issues | 725.00 | 0.8 | 580.00 | call w A Hirsch \ K Riley re plan (0.8); |
| 4/23/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | various emails re JIBs and revenue related to Pruett (0.5); |
| 4/23/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Various emails re voting status and claims against wrong debtors (0.5); |
| 4/26/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Call w K Riley re MSJ and review and comment on same (1.0); |
| 4/26/2021 | James Katchadurian | Plan Issues | 725.00 | 0.8 | 580.00 | various emails re objections and review of same (0.8); |
| 4/27/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | review and revise declaration to MSJ (1.0); |
| 4/28/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | review of draft voting declaration and email w K Riley re same (0.3) |
| 4/28/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Review of LL proposals and emails w team re same (0.5); |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 4/28/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | review of KB statement for Feb\March (0.3); |
| 4/29/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Review MOR and correspond with team re questions (0.5); |
| 4/30/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | review various emails from Ad Hoc Committee and related issues to transition (1.0) |
| 4/30/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | emails re boulder lease (0.3) |
| 4/30/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | review and approve MOR (1.0) |
| 4/30/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Calls w K Riley\J Brinen re next steps and status - various emails re same (1.0); |
| 4/12/2021 | James Katchadurian | Travel Time | 362.50 | 6.0 | 2,175.00 | Travel to Sklar (6.0) |
| 4/15/2021 | James Katchadurian | Travel Time | 362.50 | 6.0 | 2,175.00 | Travel from DEN-LGA (6.0); |