IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLORADO

| | |
|---|---|
| In Re: | Bankruptcy No. 20-12377-EEB |
| | (Chapter 11) |
| SKLAR EXPLORATION COMPANY, LLC | |
| Debtor. | |

**WITHDRAWAL OF OBJECTION TO CONFIRMATION OF
CHAPTER 11 PLAN OF REORGANIZATOIN**

Ally Bank hereby withdraws its Objection to Confirmation of Plan (Docket No. 1179) filed on April 7, 2021.

DATED this 20th day of May, 2021

SNOW, CHRISTENSEN & MARTINEAU

/s/ P. Matthew Cox
P. Matthew Cox 9879 UT
10 Exchange Place, Eleventh Floor
PO Box 45000
Salt Lake City, UT 84145
Telephone: (801) 521-9000
pmc@scmlaw.com
*Attorneys for Ally Bank*

CERTIFICATE OF SERVICE

      I hereby certify that on this _____ day of May, 2021 a true and correct copy of the foregoing was served electronically upon all parties who appear of record and have entered their appearance herein accordingly.

| | |
|---|---|
| Jeffrey S. Brinen<br>Kutner Brinen Dickey Riley, P.C.<br>1660 Lincoln St.<br>Ste. 1720<br>Denver, CO 80264<br>jsb@kutnerlaw.com | (via ECF and U.S. Mail) |
| Kerri L. Riley<br>Kutner Brinen Dickey Riley, P.C.<br>1660 Lincoln St.<br>Ste. 1720<br>Denver, CO 80264<br>klr@kutnerlaw.com | (via ECF and U.S. Mail) |
| Lee M. Kutner<br>1660 Lincoln St.<br>Ste. 1850<br>Denver, CO 80264<br>lmk@kutnerlaw.com | (via ECF and U.S. Mail) |
| Benjamin Y. Ford<br>RSA Tower, 27th Floor<br>11 North Water Street<br>Mobile, AL 36602 | (via ECF and U.S. Mail) |
| Jenny M.F. Fujii<br>Kutner Brinen Dickey Riley, P.C.<br>1660 Lincoln St.<br>Ste. 1720<br>Denver, CO 80264<br>jmf@kutnerlaw.com | (via ECF and U.S. Mail) |

Robert Samuel Boughner         (via ECF)
U.S. Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294
Samuel.Boughner@usdoj.gov


                                                    /s/ P. Matthew Cox

4845-7297-4570, v. 1