UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | CASE NO. 20-12377-EEB |
| ) | |
| SKLAR EXPLORATION COMPANY LLC ) | CHAPTER 11 |
| EIN 72-1417930 ) | |
| ) | |
| ) | |
| SKLARCO, LLC ) | CASE NO. 20-12380-EEB |
| EIN 72-1425432 ) | |
| ) | CHAPTER 11 |
| Debtor. ) | |
| ) | |

LOUISIANA DEPARTMENT OF REVENUE'S
NOTICE OF WITHDRAWAL OF
OBJECTION TO CONFIRMATION OF AMENDED AND RESTATED JOINT PLAN OF
REOGANIZATION DATED DECEMBER 18, 2020

The Secretary of the Louisiana Department of Revenue ("LDR"), through undersigned counsel, hereby withdraws its Objection to Confirmation **[Doc. No. 1211]** to the Debtor's Amended and Restated Joint Plan of Reorganization Dated December 18, 2020 [Doc. No. 1080] based on the agreed language included in the Second Amended and Restated Joint Plan of Reorganization Dated December 18, 2020 [Doc. No. 1251], as detailed in the redlined version [Doc. No. 1253], specifically including, but not necessarily limited to, the language added within:

- Section 1.1;
- Section 3.3;
- Section 8.1, Section 8.12(c), Section 8.16, and Section 8.17; and
- Section 10.6

Respectfully submitted,

LOUISIANA DEPARTMENT OF REVENUE

/s/ Florence Bonaccorso-Saenz
Florence Bonaccorso-Saenz (La. Bar No. 25493)
Senior Bankruptcy Counsel, Litigation Division
617 N. Third St., Office 780
Post Office Box 4064 (Zip Code 70821-4064)
Baton Rouge, LA  70802
Tele: (225) 219-2083, Fax: (225) 231-6235
Email: Florence.Saenz@la.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 20, 2021, a copy of the LOUISIANA DEPARTMENT OF REVENUE'S NOTICE OF WITHDRAWAL OF OBJECTION TO THE AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION DATED DECEMBER 18, 2020 was served electronically through the CM/ECF system on the following parties (and any other parties requesting electronic notice through the court):

*VIA CM/ECF:*

| | |
|---|---|
| Keri L. Riley | Christopher Meredith |
| Jeffrey S. Brinen | David M. Miller |
| Christopher D. Johnson | Timothy C. Mohan |
| James B. Bailey | Kevin S. Neiman |
| Victoria N. Argeroplos | Michael Niles |
| Joseph Eric Bain | Matthew J. Ochs |
| Grant Matthew Beiner | Matthew Okin |
| Jordan B. Bird | Jennifer Norris Soto |
| Duane Brescia | John Thomas Oldham |
| Daniel L. Bray | Robert L. Paddock |
| Casy Carlton Breese | Robert Padjen |
| Jeffrey Dayne Carruth | Jeremy L. Retherford |
| John Childers | Brian Rich |
| John Cornwell | Timothy Michael Riley |
| Christopher M. Crowley | Katherine A. Ross |
| Shay L. Denning | Michael D. Rubenstein |
| Jonathan Dickey | Craig K. Schuenemann |
| Katherine Guidry Douthitt | Ryan Seidmann |
| Benjamin Y. Ford | Andrew James Shaver |
| Jenny M.F. Fujii | Thomas H. Shipps |
| Craig M. Geno | Barnet B. Skeleton, Jr. |
| Michael J. Guyerson | Jim F. Spencer, Jr. |
| Jennifer Hardy | Bryce Suzuki |
| Theodore J. Hartl | Timothy M. Swanson |
| Adam L. Hirsch | David R. Taggart |
| Stephen K. Lecholop II | Glenn Taylor |
| Eric Lockridge | Madison M. Tucker |
| Armistead Mason Long | Amy Vazquez |
| Ryan Lorenz | Deanna L. Westfall |

/s/ Florence Bonaccorso-Saenz
Florence Bonaccorso-Saenz
Senior Bankruptcy Counsel
Litigation Division
Louisiana Department of Revenue