UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING FIRST OMNIBUS OBJECTION TO
INCORRECTLY FILED CLAIMS
(Sklarco, LLC)**

THIS MATTER having come before the Court on Sklarco, LLC's First Omnibus Objection Incorrectly Filed Claims (the "Objection"), notice having been provided and no substantiated responses having been received, cause being shown to the Court for the granting of the requested relief, it is hereby

**ORDERED THAT:**

1. The Objection is GRANTED;

2. The following claims are disallowed and expunged in their entirety solely as to Sklarco, LLC:

| CLAIM NUMBER | CLAIM NAME | TOTAL CLAIM AMOUNT |
|---|---|---|
| 200 | BABE DEVELOPMENT LLC | $24,419.35 |
| 227 | DBC RESOURCES II LP | $18,847.62 |
| 266 | DBC RESOURCES II LP | $0.00 |
| 226 | DBC RESOURCES LP | $84,908.51 |
| 265 | DBC RESOURCES LP | $0.00 |
| 253 | DON B SAUNDERS TRUST | $2,893.45 |
| 284 | DON B SAUNDERS TRUST | $2,893.45 |
| 230 | FOUR-D LLC | $4,495.03 |
| 270 | FOUR-D LLC | $0.00 |
| 232 | GJR INVESTMENTS INC | $2,893.45 |

| | | |
|---|---|---|
| 272 | GJR INVESTMENTS INC | $0.00 |
| 234 | HANSON OPERATING COMPANY INC | $142,744.79 |
| 274 | HANSON OPERATING COMPANY INC | $0.00 |
| 235 | HUGHES 2000 CT LLC | $99,453.09 |
| 275 | HUGHES 2000 CT LLC | $0.00 |
| 115 | JOHN O FARMER INC | $290.03 |
| 10053 | JOHN O FARMER INC | $290.03 |
| 201 | JOYCO INVESTMENTS LLC | $22,699.50 |
| 237 | PAM LIN CORPORATION | $8,428.09 |
| 277 | PAM LIN CORPORATION | $0.00 |
| 238 | PAULA W DENLEY LLC | $2,137.70 |
| 278 | PAULA W DENLEY LLC | $0.00 |
| 239 | PETROLEUM INVESTMENTS INC | $5,533.13 |
| 279 | PETROLEUM INVESTMENTS INC | $0.00 |
| 10093 | SUGAR OIL PROPERTIES LP | $229,099.24 |
| 10094 | SUGAR OIL PROPERTIES LP | $0.00 |
| 242 | WALLACE & WALLACE LC | $1,329.18 |
| 282 | WALLACE & WALLACE LLC | $0.00 |
| 70 | WHITE RESOURCES LLC | $43,283.82 |

3. The claims agent is authorized and directed to take such action as is necessary to modify and updated the claims register to reflect the relief granted in this Order.

4. Nothing contained in the Objection or the Order shall be construed as a modification, waiver, or release as to any claims asserted against SEC, nor a modification, waiver, or release as to SEC's ability to object to such claims.

DONE and entered this _____ day of _____, 2021 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge