## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) |
| SKLAR EXPLORATION COMPANY, LLC | ) Case No. 20-12377-EEB |
| EIN: 72-1417930 | ) |
| | ) Chapter 11 |
| Debtor-in-Possession. | ) |
| | ) |
| | ) |
| IN RE: | ) |
| | ) |
| SKLARCO, LLC | ) Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) |
| | ) Chapter 11 |
| | ) |
| | ) |
| Debtor-in-Possession. | ) |
| | ) |

## NOTICE OF FIRST OMNIBUS OBJECTION TO
## INCORRECTLY FILED CLAIMS
## (Sklarco, LLC)

### OBJECTION DEADLINE:  JUNE 21, 2021

**YOU ARE HEREBY NOTIFIED** that Sklarco, LLC ("Sklarco") has filed with the Court its *First Omnibus Objection to Incorrectly Filed Claims ("Objection")* and request the following relief: disallowance and expungement of claims **only as to Sklarco** that were incorrectly filed in both Sklarco's case and Sklar Exploration Company, LLC's case, comprised of the following claims:

| CLAIM NUMBER | CLAIM NAME | TOTAL CLAIM AMOUNT |
|---|---|---|
| 200 | BABE DEVELOPMENT LLC | $24,419.35 |
| 227 | DBC RESOURCES II LP | $18,847.62 |
| 266 | DBC RESOURCES II LP | $0.00 |
| 226 | DBC RESOURCES LP | $84,908.51 |
| 265 | DBC RESOURCES LP | $0.00 |
| 253 | DON B SAUNDERS TRUST | $2,893.45 |
| 284 | DON B SAUNDERS TRUST | $2,893.45 |
| 230 | FOUR-D LLC | $4,495.03 |
| 270 | FOUR-D LLC | $0.00 |
| 232 | GJR INVESTMENTS INC | $2,893.45 |
| 272 | GJR INVESTMENTS INC | $0.00 |
| 234 | HANSON OPERATING COMPANY INC | $142,744.79 |
| 274 | HANSON OPERATING COMPANY INC | $0.00 |

| 235 | HUGHES 2000 CT LLC | $99,453.09 |
|---|---|---|
| 275 | HUGHES 2000 CT LLC | $0.00 |
| 201 | JOYCO INVESTMENTS LLC | $22,699.50 |
| 237 | PAM LIN CORPORATION | $8,428.09 |
| 277 | PAM LIN CORPORATION | $0.00 |
| 238 | PAULA W DENLEY LLC | $2,137.70 |
| 278 | PAULA W DENLEY LLC | $0.00 |
| 239 | PETROLEUM INVESTMENTS INC | $5,533.13 |
| 279 | PETROLEUM INVESTMENTS INC | $0.00 |
| 10093 | SUGAR OIL PROPERTIES LP | $229,099.24 |
| 10094 | SUGAR OIL PROPERTIES LP | $0.00 |
| 242 | WALLACE & WALLACE LC | $1,329.18 |
| 282 | WALLACE & WALLACE LLC | $0.00 |
| 70 | WHITE RESOURCES LLC | $43,283.82 |

A copy of the pleading is included with this notice.  Nothing contained herein is intended to waive, release, or modify the claims as to Sklar Exploration Company, LLC, and pertains solely to Sklarco.  Sklar Exploration Company, LLC reserves all rights to object to such claims in its discretion.

If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The Court will not consider general objections.  In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: May 21, 2021                          Respectfully submitted,

By: */s/ Keri L. Riley*
    Keri L. Riley #47605
    **KUTNER BRINEN DICKEY RILEY, P.C.**
    1660 Lincoln Street, Suite 1720
    Denver, Colorado 80264
    Telephone:  (303) 832-2400
    E-mail: klr@kutnerlaw.com