**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

```
-----------------------------------------------------------x
                                              :
In re                                         :
                                              :
SKLAR EXPLORATION COMPANY, LLC,               :     Case No. 20-12377 (EEB)
EIN: 72-1417930                               :     Chapter 11
                                              :
        Debtor-in-Possession.                 :
                                              :
                                              :
-----------------------------------------------------------x
                                              :
In re                                         :
                                              :
SKLARCO, LLC                                  :     Case No. 20-12380 (EEB)
EIN: 72-1425432                               :     Chapter 11
                                              :
                                              :
        Debtor-in-Possession.                 :
                                              :
                                              :
-----------------------------------------------------------x
```

**DECLARATION OF EMILY YOUNG**
**OF EPIQ CORPORATE RESTRUCTURING, LLC**
**REGARDING VOTING AND TABULATION OF BALLOTS CAST ON**
**AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION**

I, Emily Young, declare, under penalty of perjury:

      1.      I am a Senior Consultant of Epiq Corporate Restructuring, LLC ("**Epiq**") located at 777 Third Avenue, 12th Floor, New York, New York 10017. I am over the age of 18 years. I do not have a direct interest in these chapter 11 cases and should be considered an impartial party.

      2.      I submit this declaration (the "**Declaration**") with respect to the solicitation and tabulation of votes cast on the *Amended and Restated Joint Plan of Reorganization dated*

*December 18, 2020* (as amended, supplemented, or modified from time to time, the "**Plan**").[1] Except as otherwise indicated herein, all facts set forth herein are based upon my personal knowledge or my review of relevant documents. I am authorized to submit this Declaration on behalf of Epiq. If I were called upon to testify, I could and would testify competently as to the facts set forth herein.

3.      In accordance with the *Order Appointing Epiq Corporate Restructuring, LLC as Claims, Noticing, Solicitation and Administrative Agent* [Docket No. 481], Epiq was appointed and authorized to assist the Debtors with, *inter alia*, soliciting, receiving, reviewing, determining the validity of, and tabulating Ballots cast on the Plan by holders of Claims in the Voting Classes (as defined below).

4.      Pursuant to the Plan and the *Amended Disclosure Statement to Accompany Amended and Restated Joint Plan of Reorganization dated December 18, 2020*, holders of Claims in the following Classes (the "**Voting Classes**") were entitled to vote to accept or reject the Plan:

| Class | Debtor | Description |
|-------|--------|-------------|
| Class A | Sklarco, LLC | Allowed Secured Claim held by East West Bank |
| Class C | Sklarco, LLC | Allowed General Unsecured Claims against Sklarco |
| Class D | Sklarco, LLC | Member Interest held by Howard Trust |
| Class 2 | Sklar Exploration Company, LLC | Allowed Secured Claim held by East West Bank |
| Class 3 | Sklar Exploration Company, LLC | Allowed Secured Claim held by Ford Motor Credit |
| Class 4 | Sklar Exploration Company, LLC | Allowed Secured Claim held by Ally Bank |

---

[1]      Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan (as defined herein).

| Class | Debtor | Description |
|-------|--------|-------------|
| Class 6 | Sklar Exploration Company, LLC | Allowed General Unsecured Claims against SEC |
| Class 7 | Sklar Exploration Company, LLC | Member Interest held by Howard Trust |

5.     Epiq was instructed by the Debtors to solicit, review, determine the validity of, and tabulate Ballots submitted by holders of Claims in the Voting Classes.

6.     In accordance with the *Order Approving Disclosure Statement and Setting Zoom Confirmation Hearing* [Docket No. 1140], Epiq solicited the holders of Claims in the Voting Classes.  Epiq's *Affidavit of Service of Solicitation Materials* [Docket No. 1176] was filed with the Court on April 6, 2021.

7.     For a Ballot to be counted as valid, the Ballot must have been properly completed, executed by the relevant holder, or such holder's authorized representative, and must have been received by Epiq by April 23, 2021, 5:00 p.m. (prevailing Mountain Time) (the "**Voting Deadline**").

*8.*     Pursuant to the *Order Granting* Ex Parte *Consent Second Motion to Extend Plan Objection and Voting Deadline Filed by Anderson Exploration Energy Company, L.C. AEEC II, LLC, TCP Cottonwood, L.P., and Sugar Oil Properties, L.P.*, (Docket No. 1228) the Voting Deadline was extended to May 7, 2021 for Anderson Exploration Energy Company, L.C. AEEC II, LLC, TCP Cottonwood, L.P., and Sugar Oil Properties, L.P.

9.     All validly executed Ballots cast by holders of Claims in the Voting Classes received by Epiq on or before the Voting Deadline were tabulated.  I declare that the results of the voting by holders of Claims in the Voting Classes are as set forth in **Exhibit A** hereto, which is a

true and correct copy of the final tabulation of votes cast by timely and properly executed Ballots received by Epiq.

10.     A report of all Ballots received but not included in the tabulation prepared by Epiq and the reasons for exclusion of such Ballots is attached as **__Exhibit B__** hereto.

[*remainder of page intentionally left blank*]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Dated:  May 21, 2021
         Chatham, Georgia

                                    /s/ Emily Young
                                    _____
                                    Emily Young
                                    Senior Consultant
                                    Epiq Corporate Restructuring, LLC

**Exhibit A**

## Tabulation Summary

| Sklarco, LLC (20-12380) | | | | | |
|---|---|---|---|---|---|
| **VOTING CLASS** | **TOTAL BALLOTS COUNTED** | | | | **Class Voting Result** |
| | **ACCEPT** | | **REJECT** | | |
| | **AMOUNT** | **NUMBER** | **AMOUNT** | **NUMBER** | |
| **Class A** Allowed Secured Claim held by East West Bank | $22,989,650.74 **100.00%** | 1 **100.00%** | $0.00 **0.00%** | 0 **0.00%** | Accept |
| **Class C** General Unsecured Claims against Sklarco | $982,672.54 **99.97%** | 17 **94.44%** | $290.03 **.03%** | 1 **5.56%** | Accept |
| **Class D** Member Interest Held by Howard Trust | Class contained claim/interest that was entitled to vote, but no ballot was returned in this class. | | | | |

| Sklar Exploration Company, LLC (20-12377) | | | | | |
|---|---|---|---|---|---|
| **VOTING CLASS** | **TOTAL BALLOTS COUNTED** | | | | **Class Voting Result** |
| | **ACCEPT** | | **REJECT** | | |
| | **AMOUNT** | **NUMBER** | **AMOUNT** | **NUMBER** | |
| **Class 2** Allowed Secured Claim held by East West Bank | $22,989,650.74 **100.00%** | 1 **100.00%** | $0.00 **0.00%** | 0 **0.00%** | Accept |
| **Class 3** Allowed Secured Claim held by Ford Motor Credit | Class contained claim/interest that was entitled to vote, but no ballot was returned in this class. | | | | |

| VOTING CLASS | TOTAL BALLOTS COUNTED | | | | Class Voting Result |
| --- | --- | --- | --- | --- | --- |
| | ACCEPT | | REJECT | | |
| | AMOUNT | NUMBER | AMOUNT | NUMBER | |
| **Sklar Exploration Company, LLC (20-12377)** | | | | | |
| **Class 4** Allowed Secured Claim held by Ally Bank | Class contained claim/interest that was entitled to vote, but no ballot was returned in this class. | | | | |
| **Class 6** General Unsecured Claims against SEC | $6,662,614.10 <br><br> **74.38%** | 104 <br><br> **77.04%** | $2,295,383.38 <br><br> **25.62%** | 31 <br><br> **22.96%** | Accept |
| **Class 7** Member Interest Held by Howard Trust | Class contained claim/interest that was entitled to vote, but no ballot was returned in this class. | | | | |

**<u>Exhibit B</u>**

**EXHIBIT B**

Report of Excluded Ballots

| Claim Number | Schedule Number | Plan Class | Plan Class Description | Name | Voting Amount | Accept/Reject | Ballot Number | Reason for Exclusion |
|---|---|---|---|---|---|---|---|---|
| 10066 | | 6 | Allowed General Unsecured Claims Against Sklar Exploration | BANKS, PAMELA D HOLMES | $1.00 | A | 84 | BALLOT RECEIVED AFTER VOTING DEADLINE |
| | 377000410 | 6 | Allowed General Unsecured Claims Against Sklar Exploration | BONAVENTURE SAFETY, LLC | $4,228.00 | A | 87 | BALLOT RECEIVED AFTER VOTING DEADLINE |
| 209 | | 6 | Allowed General Unsecured Claims Against Sklar Exploration | DUNN, JAMES B | $2,000.00 | A | 85 | BALLOT RECEIVED AFTER VOTING DEADLINE |
| 208 | | 6 | Allowed General Unsecured Claims Against Sklar Exploration | DUNN, JANET F | $566.17 | | 4 | DOES NOT INDICATE ACCEPTANCE OR REJECTION OF THE PLAN |
| 101 | | 6 | Allowed General Unsecured Claims Against Sklar Exploration | EAST WEST BANK | $35,678.89 | | 10042 | DOES NOT INDICATE ACCEPTANCE OR REJECTION OF THE PLAN |
| 231/271 | | 6 | Allowed General Unsecured Claims Against Sklar Exploration | GASTON OIL COMPANY INC | $12,734.50 | | 10070 | DOES NOT INDICATE ACCEPTANCE OR REJECTION OF THE PLAN |
| 145 | | 6 | Allowed General Unsecured Claims Against Sklar Exploration | HALL MANAGEMENT COMPANY LLC | $5,618.76 | A | 86 | BALLOT RECEIVED AFTER VOTING DEADLINE |
| 255/285 | | 6 | Allowed General Unsecured Claims Against Sklar Exploration | JCE GALBRAITH OIL & GAS LLC | $5,619.77 | R | 10099 | BALLOT RECEIVED AFTER VOTING DEADLINE |
| 255/285 | | 6 | Allowed General Unsecured Claims Against Sklar Exploration | JCE GALBRAITH OIL & GAS LLC | $5,619.77 | R | 10100 | BALLOT RECEIVED AFTER VOTING DEADLINE |
| 239/279 | | 6 | Allowed General Unsecured Claims Against Sklar Exploration | PETROLEUM INVESTMENTS INC | $5,534.13 | R | 10092 | BALLOT SUPERSEDED BY LATER RECEIVED AND COUNTED BALLOT |
| 239/279 | | 6 | Allowed General Unsecured Claims Against Sklar Exploration | PETROLEUM INVESTMENTS INC | $5,534.13 | R | 10093 | BALLOT SUPERSEDED BY LATER RECEIVED AND COUNTED BALLOT |
| 239/279 | | 6 | Allowed General Unsecured Claims Against Sklar Exploration | PETROLEUM INVESTMENTS INC | $5,534.13 | R | 10094 | BALLOT SUPERSEDED BY LATER RECEIVED AND COUNTED BALLOT |
| 239/279 | | 6 | Allowed General Unsecured Claims Against Sklar Exploration | PETROLEUM INVESTMENTS INC | $5,534.13 | R | 10095 | BALLOT SUPERSEDED BY LATER RECEIVED AND COUNTED BALLOT |
| 10110 | | 6 | Allowed General Unsecured Claims Against Sklar Exploration | ROBERT E KING FAMILY LLC | $1.00 | A | 88 | BALLOT RECEIVED AFTER VOTING DEADLINE |
| 254/286 | | 6 | Allowed General Unsecured Claims Against Sklar Exploration | SAWYER DRILLING & SERVICE LLC | $11,067.22 | R | 10073 | BALLOT SUPERSEDED BY LATER RECEIVED AND COUNTED BALLOT |
| 129 | | 6 | Allowed General Unsecured Claims Against Sklar Exploration | SCOTT, BRENDA DIANN | $18,241,696.80 | R | 18 | CLAIM SUBJECT TO OBJECTION TO EXPUNGE |
| 200 | | C | Allowed General Unsecured Claims Against Sklarco | BABE DEVELOPMENT LLC | $24,419.35 | R | 10062 | CLAIM SUBJECT TO OBJECTION TO EXPUNGE AS TO SKLARCO |
| 227/266 | | C | Allowed General Unsecured Claims Against Sklarco | DBC RESOURCES II LP | $18,848.62 | R | 10050 | CLAIM SUBJECT TO OBJECTION TO EXPUNGE AS TO SKLARCO |
| 226/265 | | C | Allowed General Unsecured Claims Against Sklarco | DBC RESOURCES LP | $84,909.51 | R | 10048 | CLAIM SUBJECT TO OBJECTION TO EXPUNGE AS TO SKLARCO |
| 253 | | C | Allowed General Unsecured Claims Against Sklarco | DON B SAUNDERS TRUST | $2,893.45 | R | 10068 | CLAIM SUBJECT TO OBJECTION TO EXPUNGE AS TO SKLARCO |
| 230/270 | | C | Allowed General Unsecured Claims Against Sklarco | FOUR-D LLC | $4,496.03 | R | 10056 | CLAIM SUBJECT TO OBJECTION TO EXPUNGE AS TO SKLARCO |
| 232/272 | | C | Allowed General Unsecured Claims Against Sklarco | GJR INVESTMENTS INC | $2,894.45 | R | 10066 | CLAIM SUBJECT TO OBJECTION TO EXPUNGE AS TO SKLARCO |
| 234/274 | | C | Allowed General Unsecured Claims Against Sklarco | HANSON OPERATING COMPANY INC | $142,745.79 | R | 10059 | CLAIM SUBJECT TO OBJECTION TO EXPUNGE AS TO SKLARCO |
| 235/275 | | C | Allowed General Unsecured Claims Against Sklarco | HUGHES 2000 CT LLC | $99,454.09 | R | 10054 | CLAIM SUBJECT TO OBJECTION TO EXPUNGE AS TO SKLARCO |
| 201 | | C | Allowed General Unsecured Claims Against Sklarco | JOYCO INVESTMENTS LLC | $22,699.50 | R | 10061 | CLAIM SUBJECT TO OBJECTION TO EXPUNGE AS TO SKLARCO |
| 237/277 | | C | Allowed General Unsecured Claims Against Sklarco | PAM LIN CORPORATION | $8,429.09 | R | 10052 | CLAIM SUBJECT TO OBJECTION TO EXPUNGE AS TO SKLARCO |

**EXHIBIT B**

Report of Excluded Ballots

| Claim Number | Schedule Number | Plan Class | Plan Class Description | Name | Voting Amount | Accept/Reject | Ballot Number | Reason for Exclusion |
|---|---|---|---|---|---|---|---|---|
| 238/278 | | C | Allowed General Unsecured Claims Against Sklarco | PAULA W DENLEY LLC | $2,138.70 | R | 10081 | CLAIM SUBJECT TO OBJECTION TO EXPUNGE AS TO SKLARCO |
| 239/279 | | C | Allowed General Unsecured Claims Against Sklarco | PETROLEUM INVESTMENTS INC | $5,534.13 | R | 10097 | CLAIM SUBJECT TO OBJECTION TO EXPUNGE AS TO SKLARCO |
| 239/279 | | C | Allowed General Unsecured Claims Against Sklarco | PETROLEUM INVESTMENTS INC | $5,534.13 | R | 10098 | CLAIM SUBJECT TO OBJECTION TO EXPUNGE AS TO SKLARCO |
| 10094 | | C | Allowed General Unsecured Claims Against Sklarco | SUGAR OIL PROPERTIES LP | $1.00 | R | 10088 | CLAIM SUBJECT TO OBJECTION TO EXPUNGE AS TO SKLARCO |
| 99 | | C | Allowed General Unsecured Claims Against Sklarco | TM MCCOY & CO INC | $83,877.20 | A | 10015 | BALLOT SUPERSEDED BY LATER RECEIVED AND COUNTED BALLOT |
| 242/282 | | C | Allowed General Unsecured Claims Against Sklarco | WALLACE & WALLACE LLC | $1,330.18 | R | 10083 | CLAIM SUBJECT TO OBJECTION TO EXPUNGE AS TO SKLARCO |
| 70 | | C | Allowed General Unsecured Claims Against Sklarco | WHITE RESOURCES LLC | $43,283.82 | R | 23 | CLAIM SUBJECT TO OBJECTION TO EXPUNGE AS TO SKLARCO |