# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377 EEB |
| SKLAR EXPLORATION COMPANY, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| ) | Case No. 20-12380 EEB |
| SKLARCO, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | **Jointly Administered Under** |
| ) | **Case No. 20-12377 EEB** |
| ) | |

## NOTICE OF WITHDRAWAL OF OBJECTIONS TO MOTIONS TO ASSUME

Fant Energy Limited ("Fant Energy"), by and through its undersigned attorneys, hereby files is Notice of Withdrawal of Objections to Motions to Assume and states as follows:

1. Notice is hereby given that Fant Energy withdraws the following objections (**Docket Nos. 1086, 1090, 1092 1113, 1114, 1115, 1117, 1118, 1119, 1120, 1121**) to the Debtors' motions outlined in Paragraph 2.

2. The Objections referenced in Paragraph 1 are hereby withdrawn with respect to the following Debtors' motions:

| MOTION DOCKET NO. | AGREEMENT | OBJECTION DOCKET NO. |
|---|---|---|
| 863 | Fish Pond Unit | 1086 |
| 865 | Silver Creek | 1092 |
| 867 | Pate | 1090 |
| 885 | South Woodlawn Participation Operating Agreement | 1114 |
| 887 | LCCOU II Unit Agreement and Unit Operating Agreement | 1120 |
| 889 | LCCOU IV Unit Agreement and Unit Operating Agreement | 1119 |

1

| 892 | Mt. Carmel Participation Operating Agreement | 1118 |
|---|---|---|
| 901 | West Arcadia Exploration Agreement | 1115 |
| 906 | West Tyler/Swan Participation Operating Agreement | 1117 |
| 908 | Escambia Participation Agreement, Operating Agreement, and Recording Supplement | 1113 |
| 958 | Pate 10-1#1 | 1121 |

3. Accordingly, notice is hereby given that Fant Energy withdraws the objections referenced above to the pending Debtors' motions scheduled in Paragraph 2.

WHEREFORE, Fant Energy hereby withdraws the objections referenced in the prior numbered paragraphs.

Dated this 24th day of May, 2021         Respectfully submitted,

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

*/s/ Brent R. Cohen*
Brent R. Cohen, No. 11297
1200 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 623-9000
Email: bcohen@lewisroca.com

*Counsel for Fant Energy Limited*

2

114537287.1

## CERTIFICATE OF SERVICE

I hereby certify that, on May 24, 2021 I caused a copy of the above and foregoing to be served via CM/ECF to all parties that have filed electronic appearances and requested service in this case.

*/s/ Jennifer Eastin*
Of: LEWIS ROCA ROTHGERBER CHRISTIE LLP

114537287.1