UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN:  72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER DISALLOWING CLAIM NO. 129 FILED BY BRENDA DIANN SCOTT**

THIS MATTER having come before the Court on the Debtors' Objection to Claim No. 129 Filed by Brenda Diann Scott (the "Objection"), notice having been provided and no substantiated responses having been received, cause being shown to the Court for the granting of the requested relief, it is hereby

**ORDERED THAT:**

1. The Objection is SUSTAINED;

2. Claim No. 129 filed by Brenda Diann Scott is hereby DISALLOWED and expunged in its entirety.

Dated: May 25, 2021

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge