# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11 |
| | **Joint Administered Under**<br>**Case No. 20-12377 EEB** |

**MOVANTS' CERTIFICATE OF UNCONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER RE: MOTION OF THE RUDMAN PARTNERSHIP AND MER ENERGY, LTD. FOR RELIEF FROM THE AUTOMATIC STAY TO AUTHORIZE REMOVAL AND REPLACEMENT OF SKLAR EXPLORATION COMPANY, LLC AS OPERATOR OF THE ESCAMBIA PROSPECT, THE SHIPPS CREEK PROSPECT, AND THE FISHPOND OIL UNIT (Docket No. 1231)**

### Certificate and Request

On May 3, 2021, The Rudman Partnership and MER Energy, Ltd., Movants, filed a motion pursuant to L.B.R. 4001-1 entitled, Motion of the Rudman Partnership and MER Energy, Ltd. for Relief From the Automatic Stay to Authorize Removal and Replacement of Sklar Exploration Company, LLC as Operator of the Escambia Prospect, the Shipps Sreek Prospect, and the Fishpond Oil Unit (Docket no. 1231). Movant hereby certifies and shows the Court:

1. Service of the notice and motion were timely made on all parties against whom relief is sought pursuant to L.B.R. 4001-1(a), as is shown on the certificate of service previously filed with the notice (Docket 1231-6).

2. A hearing on said motion/application was scheduled for May 27, 2021 at 1:30 p.m.

3. No objections to or requests for hearing on the motion were received by the undersigned or filed with the court or, if filed, were withdrawn.

WHEREFORE, Movants pray that the Court forthwith enter an order, a form of which was submitted to the Court with the Motion (Docket no. 1231-5) granting the requested relief.

Dated this 26th day of May, 2021.

                Respectfully submitted,

                **Maynes, Bradford, Shipps & Sheftel, LLP**

                */s/ Thomas H. Shipps*
                Thomas H. Shipps
                */s/ Shay L. Denning*
                Shay L. Denning
                Maynes, Bradford, Shipps & Sheftel, LLP
                835 E. Second Ave., Suite 123
                Durango, CO 81301
                Telephone: (970) 247-1755
                Facsimile: (970) 247-8827
                Email: tshipps@mbssllp.com;
                        sdenning@mbssllp.com

                and

                */s/ Barnet B. Skelton, Jr.*
                Barnet B. Skelton, Jr.
                Attorney at Law
                815 Walker, Suite 1502
                Houston, TX 77002
                Telephone: (713) 516-7450
                Facsimile: (713)659-8764
                Email: barnetbjr@msn.com

                Counsel for Movants

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2021 a copy of the foregoing CERTIFICATE OF NO OBJECTION AND REQUEST FOR ENTRY OF ORDER RE: MOTION FOR RELIEF OF STAY AND OPPORTUNITY FOR HEARING PURSUANT TO 11 U.S.C.§ 362(d) was electronically through the CM/ECF system on the following parties (and any other parties requesting electronic notice through the court) and to other interested parties via United States Male, first class, postage prepaid:

*VIA CM/ECF*:

Paul Moss
Keri L. Riley
Jeffrey S. Brinen
Christopher D. Johnson
James B. Bailey
Victoria N. Argeroplos
Joseph Eric Bain
Grant Matthew Beiner
Jordan B. Bird
Duane Brescia
Daniel L. Bray
Casy Carlton Breese
Jeffrey Dayne Carruth
John Childers
John Cornwell
Christopher M. Crowley
Jonathan Dickey
Katherine Guidry Douthitt
Benjamin Y. Ford
Jenny M.F. Fujii
Craig M. Geno
Michael J. Guyerson
Jennifer Hardy
Theodore J. Hartl
Adam L. Hirsch
Stephen K. Lecholop II
Eric Lockridge
Armistead Mason Long
Ryan Lorenz
Christopher Meredith
David M. Miller

Timothy C. Mohan
Kevin S. Neiman
Michael Niles
Matthew J. Ochs
Matthew Okin
Jennifer Norris Soto
John Thomas Oldham
Robert L. Paddock
Robert Padjen
Jeremy L. Retherford
Brian Rich
Timothy Michael Riley
Katherine A. Ross
Michael D. Rubenstein
Craig K. Schuenemann
Ryan Seidmann
Andrew James Shaver
Jim F. Spencer, Jr.
Bryce Suzuki
Timothy M. Swanson
David R. Taggart
Glenn Taylor
Madison M. Tucker
Amy Vazquez
Deanna L. Westfall

**USPS 1st Class:**

Sklar Exploration
Company, LLC
**(Operator)**
c/o James Katchadurian,CRO
5395 Pearl Pkwy., #200
Boulder, CO 80301

Adams Oil & Gas LLC
P. O. Box 1225
Brewton, AL 36427

Ansaben Trust
321 Paseo Encinal St
San Antonio, TX 78212

Aspen Energy Inc.
161 St. Matthews Avenue
Suite 16
Louisville, KY 40207

Bantam Creek LLC
4712 Lakeside Drive
Colleyville, TX 76034

Barnes Creek Drilling LLC
PO Box 2153,
Dept 1906
Birmingham, AL 35287-1906

Baxterville, LLC
4323 Snowberry Lane
Naples, FL 34119

Brandon Working Interest, LLC
PO Box 2766
Laurel, MS 39442

Bundero Investment Company, LLC
401 Edwards St, Ste 820
Shreveport, LA 71101

BVS, LLC
2010 Balsam Drive
Boulder, CO 80304

Steven E.Calhoun
7965 Seawall Circle
Huntington Beach, CA 92648

Carl Herrin Oil and Gas, LLC
Attorney in Fact
7700 Broadway
#104-202
San Antonio, TX 78209

CDM Max, LLC
19500 State Highway 249,
Suite 380
Houston, TX 77070

Central Exploration Co, Inc.
P.O. Box 203295
Houston, TX 77216-3295

Central Petroleum, Inc.
P. O. Box 2547
Madison, MS 39130-2547

CFBR Partners LLC
91 Montford Avenue
Mill Valley, CA 94941

Chanse Resources, L.L.C.
P.O. Box 1572
Shreveport, LA 71165

J. Bruns Clement
P. O. Box 4168
Lake Charles, LA 70606-4168

Craft Exploration Company LLC
222 East Tyler Street
Longview, TX 75601

Craft Operating XXXV, LLC
325 Lakeshire Parkway
Canton, MS 39046

Crow Partners, Ltd.
P. O. Box 540988
Houston TX 77254-0988

Daboil Resources, LC
505 Geneva Avenue
Boulder, CO 80302

Joel Davis
P.O. Box 540988
Houston, TX 77254

C. Bickham Dickson, III
P O Box 52479
Shreveport, LA 71135

Dickson Oil & Gas, LLC
P.O. Box 52479
Shreveport LA 71135

DoublePine Investments, Ltd.
4851 LBJ Freeway,
Suite 210
Dallas, TX 75244

Ed L. Dunn
P O Box 94
Milton, FL 32572

Janet Faulkner Dunn
8576 CR 120
Centerville, TX 75833

ELBA Exploration LLC
PO Box 807
Milton, FL 32572

Embayment Production, LLC
P.O. Box 187
Jackson, MS 39205-0187

Eustes Energy Inc
349 Dogwood South Lane
Haughton, LA 71037

Ezelle Energy LLC
601 Elmwood St
Shreveport, LA 71104

Fant Energy Limited
P.O. Box 55205
Houston, TX 77255

Fletcher Exploration, LLC
101 Lottie Lane #5
Fairhope, AL 36532

Rhodna F. Fouts
P.O. Box 660566
Birmingham, AL 35266

FPCC USA, Inc.
245 Commerce Green Blvd,
Ste 250
Sugar Land, TX 77478

Gateway Exploration, LLC
3555 Timmons Lane
Suite 730
Houston, TX 77027

GCREW Properties, LLC
12323 Rip Van Winkle
Houston, TX 77024

Gotham Energy, LLC
P.O. Box 1865
Mobile, AL 36633

Harvest Gas Management, LLC
10050 Bayou Glen Road
Houston, TX 77042

HBRada, LLC
2010 Alpine Drive
Boulder, CO 80304

Horace, LLC
493 Canyon Point Circle
Golden, CO 80403

Robert Israel
2920 6th Street
Boulder, CO 80304

Robert Israel Trust UW
Joan Israel
2920 6th Street
Boulder, CO 80304

Fleet Howell
416 Travis St. Suite 715
Shreveport, LA 71101

JF Howell Interests, LP
416 Travis Street, Suite700
Shreveport, LA 71101

JDGP, LLC
4323 Snowberry Lane
Naples FL 34119

Jeffreys Drilling, LLC
349 Mockingbird Land
Madison, MS 39110

JJS Interests Escambia, LLC
2001 Kirby Dr Suite 1110
Houston, TX 77019

JJS Working Interests LLC
4295 San Felipe, Ste 207
Houston, TX 77027

JSS Interests LLC
Attn: Mr. Wayne J. Henderson
8550 United Plaza Blvd,
Suite 1001
Baton Rouge, LA 70809

Jura-Search, Inc.
P.O. Box 320426
Flowood, MS 39232

John Kubala
1021 E Lighton Trail
Fayetteville, AR 72701

Kidd Production, Ltd.
102 North College
Suite 106
Tyler, TX 75702

Kitchco Exploration LLC
333 W. Loop North
Suite 41
Houston, TX 77024

Kudzu Oil Properties, LLC
300 Concourse Blvd.
Suite 101
Ridgeland, MS 39157

Kwazar Resources, LLC
P.O. Box 7417
Spanish Fort, AL 36577

Landmark Exploration, LLC
P O Box 12004
Jackson, MS 39236-2004

Marksco, LLC
333 Texas Street Suite1050
Shreveport, LA 71101

Patrick J. McBride
2152 Moonstone Circle
El Dorado Hills, CA 95762

McCombs Energy Ltd., LLC
472 York Road
Natchez, MS 39120

McCombs Exploration, LLC
750 East Mulberry
Suite 403
San Antonio, TX 78212

MER Energy, Ltd.
PO BOX 843755
Dallas, TX 75284

Meritage Energy, Ltd.
2700 Post Oak Blvd.
Ste. 1500
Houston TX 77056

Michael Management, Inc.
P.O. Box 922
Fairhope, AL 36533

Midroc Operating Company
P.O. Box 678039
Dallas, TX 75267-8039

Jeffrey D. Miller
4984 FM 977 E.
Leona, TX 75850

MJS Interests, LLC
9266 Hathaway Street
Dallas, TX 75220

MKP G-S Trust
10100 North Central Expressway
Suite 200
Dallas, TX 75231-2417

John C. Nix, Jr.
PO Box 807
Milton, FL 32572-0807

North American Reserves Corp., Nominee
26113 Oak Ridge Drive
The Woodlands, TX 77380

Panacea Energy, LLC
P. O. Box 2547
Madison, MS 39130-2547

Parous Energy, LLC
2408 Timberlock A-5
The Woodlands, TX 77380

Pickens Financial Group, LLC
10100 N. Central Expressway
Ste 200
Dallas TX 75231-4159

Plains Gas Solutions, LLC
333 Clay Street, Suite 1600
Houston, TX 77002

Porter Estate Company
Oakley Ranch, Inc.
100 Bush Street #550
San Francisco, CA 94104

Billy R. Powell
136 Swan Sea Lane
Madison, MS 39110

Pruet Production Co.
PO Box 11407
Birmingham, AL 35246-1129

Rawls Resources, Inc.
PO Box 2238
Ridgeland, MS 39158-2238

Resource Ventures, LLC
7112 W Jefferson Ave
Suite 106
Lakewood, CO 80235

Rivers Number I, LLC
129 Woodland Circle
Jackson, MS 39216

William R. &
Gloria R. Rollo Rev Trust
P O Box 894
Milton, FL 32572

Regions Bank,
Agent and AIF
NRRE Ops Group
PO Box 11566
Birmingham, AL 35202

Royalty Exploration, LLC
7112 W. Jefferson Ave
Suite 106
Lakewood, CO 80235

Rudman Family Trust
5910 North Central Expressway
Ste. 1662
Dallas, TX 75206

The Rudman Partnership
1700 Pacific Ave.
Suite 4700
Dallas, TX 75201

Tara Rudman Revocable Trust
5910 North Central Expressway
Ste. 1662
Dallas, TX 75206

Saglio LLC
124 One Madison Plaza
Suite 1500
Madison, MS 39110

William S. Schreier
62 McGregor Drive
Southampton, NY 11968

Simco Energy, LLC
2001 Kirby Dr, Ste 1110
Houston, TX 77019

Spanish Fort Royalty, LLC
P. O. Box 7429
Spanish Fort, AL 36577

Strago Petroleum Corporation
3209 Hamm Road
Pearland, TX 77581-5503

Super Rabbit, LLC
P.O. Box 200760
Dallas, TX 75320-0760

Tauber Exploration &
Production Co
55 Waugh Drive, Ste 600
Houston, TX 77007

Tensas Production Company, LLC
PO Box 78
St. Joseph, LA 71366

Tiembo Ltd.
P.O. Box 270415
Houston, TX 77277-0415

Tisdale Natural Resources, LLC
PO Box 281
Andalusia, AL 36420

Trek Exploration, L.L.C.
3839 McKinney Ave
Suite 155-269
Dallas TX 75204

Trimble Energy, LLC
11816 Inwood Road #11
Dallas,TX 75244

Trimble Energy, LLC
5855 Milton Street
Apt. 405
Dallas, TX 75244

TST Energy, LLC
3238 Barksdale Blvd
Bossier City LA 71112

Vickery Exploration, LLC
333 Summerville Drive
Madison, MS 39110

WAC Exploration Company, L.L.C.
333 Texas Street, Suite 2121
Shreveport LA 71111

Windancer Operating of Alabama, LLC
330 Marshall Street, Suite 300
Shreveport, LA 71101

*/s/Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.