UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO REMOVE SKLAR EXPLORATION COMPANY, LLC AS OPERATOR AND APPOINT A SUCCESSOR OPERATOR OF THE ESCAMBIA PROSPECT, THE SHIPPS CREEK PROSPECT, AND THE FISHPOND OIL UNIT**

THIS MATTER, having come before the Court on the Motion of The Rudman Partnership and MER Energy, Ltd. for Relief from the Automatic Stay To Authorize Removal and Replacement of Sklar Exploration Company, LLC as Operator of the Escambia Prospect, and the Shipps Creek Prospect, and the Fishpond Oil Unit ("Motion"), the Court having reviewed the Motion and finding good cause for granting the requested relief, does hereby

FIND

1. The Court previously entered an Order dated April 12, 2021 (Docket No. 1186) authorizing counterparties to operating agreements rejected by Sklar Exploration Company, LLC to file motions for relief from stay to initiate removal procedures of Sklar Exploration Company, LLC as operator if said counterparties were unable to reach a stipulation on such matters by April 26, 2021, and

2. No such stipulations have been reached (other than the stipulation for the Brooklyn Oil Units approved by the Court in the Order Approving Stipulation to Relief from Stay to Proceed with Transition of Successor Operator for the Brooklyn Oil Units dated April 20, 2021 (Docket No. 1195)).

ORDER

1. That the Motion is GRANTED;

2. Relief form the automatic stay pursuant to 11 U.S.C. § 362 is granted to the fullest extent necessary to authorize The Rudman Partnership and its fellow working interest owners in the Escambia Prospect and Fishpond Oil Unit, and MER Energy, Ltd. and its fellow working interest owners in the Shipps Creek Prospect, to remove Sklar Exploration Company, LLC as Operator and to appoint a successor Operator in accordance with applicable Alabama law and the provisions of the Joint Operating Agreements for the Escambia Prospect and Shipps Creek Prospect and the Unit Operating Agreement for the Fishpond Unit.[1] Officials of the duly authorized agencies and departments of the State of Alabama and the Counties thereof are likewise authorized to act in accordance with this Order without further leave of this Court.

3. The fourteen day-stay provided for in Rule 4001(a)(3) of the Bankruptcy Rules is waived.

Dated: May 27, 2021

BY THE COURT:

Elizabeth E. Brown,
**United States Bankruptcy Judge**

---

[1] The Rudman Partnership is a working interest owner in the Escambia Prospect and the Fishpond Unit; MER Energy, Ltd. is a working interest owner in the Shipps Creek Prospect.