**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

| | | | |
|---|---|---|---|
| Debtor : | SKLAR EXPLORATION COMPANY, LLC | Case #: | 20-12377-EEB |
| | SKLARCO, LLC | Chapter: | 11 |

<u>**Local Bankruptcy Form 9013-1.3**</u>
**Movant's Certificate of Non-Contested Matter and Request for Entry of Order**

**Complete applicable sections.**

**Part 1   Certificate**

Sklarco, LLC (the "Movant"), filed Motions to Assume Executory Contracts as follows:

1. On February 23, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Fin Deep Joint Operating Agreement  at Docket No. 831 – Notice of the Motion at Docket No. 832 – Certificate of Service of the Motion and Notice at Docket Nos. 831 and 1077.

2. On February 23, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Martin Field Joint Operating Agreement at Docket No. 833 – Notice of the Motion at Docket No. 834 – Certificate of Service of the Motion and Notice at Docket Nos. 833 and 1077.

3. On February 23, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Moncrief Joint Operating Agreement at Docket No. 835 – Notice of the Motion at Docket No. 836 – Certificate of Service of the Motion and Notice at Dockets Nos. 836 and 1077.

4. On February 23, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume North Saline Joint Operating Agreement at Docket No. 837 – Notice of the Motion at Docket No. 838 – Certificate of Service of the Motion and Notice at Dockets Nos. 837 and 1077.

5. On February 23, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume West Bryceland Saddle Participation & Operating Agreement at Docket No. 839 – Notice of the Motion at Docket No. 840 – Certificate of Service of the Motion and Notice at Docket Nos. 839 and 1077.

6. On February 23, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Wiggins #1 Joint Operating Agreement at Docket No. 841 – Notice of the Motion at Docket No. 842 – Certificate of Service of the Motion and Notice at Docket Nos. 841 and 1077.

7. On February 23, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Anderson Johnson 11-9 #1 Joint Operating Agreement at Docket No. 843 – Notice of the Motion at Docket No. 844 – Certificate of Service of the Motion and Notice at Docket Nos. 843 and 1077.

8. On February 23, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Fair Oil Ltd. #1 Joint Operating Agreement at Docket No. 845 – Notice of the Motion at Docket No. 846 – Certificate of Service of the Motion and Notice at Docket Nos. 845 and 1077.

9. On February 25, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume GC Williams #4 Joint Operating Agreement at Docket No. 851 – Notice of the Motion at Docket No. 852 – Certificate of Service of the Motion and Notice at Docket Nos. 851 and 1078.

10. On February 25, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Hilliard Warren #1 Joint Operating Agreement at Docket No. 853 – Notice of the Motion at Docket No. 854 – Certificate of Service of the Motion and Notice at Docket Nos. 853 and 1078.

11. On February 25, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Northeast Brooklyn Oil Unit Agreement and Unit Operating Agreement at Docket No. 861 – Notice of the Motion at Docket No. 862 – Certificate of Service of the Motion and Notice at Docket Nos. 861 and 1078.

12. On February 25, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume LE Warner #1 Joint Operating Agreement at Docket No. 871 – Notice of the Motion at Docket No. 872 – Certificate of Service of the Motion and Notice at Docket Nos. 871 and 1078.

13. On February 25, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume NE Thompsonville Joint Operating Agreement at Docket No. 873 – Notice of the Motion at Docket No. 874 – Certificate of Service of the Motion and Notice at Docket Nos. 873 and 1078.

14. On February 25, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Starcke #C-1 Joint Operating Agreement at Docket No. 875 – Notice of the Motion at Docket No. 876 – Certificate of Service of the Motion and Notice at Docket Nos. 875 and 1078.

15. On February 25, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Teledyne #1 Joint Operating Agreement at Docket No. 877 – Notice of the Motion at Docket No. 878 – Certificate of Service of the Motion and Notice at Docket Nos. 877 and 1078.

16. On February 25, 2021, the Debtor, Sklarco, ,LLC, filed a Motion to Assume Sun #R-1 Joint Operating Agreement at Docket No. 879 – Notice of the Motion at Docket No. 880 – Certificate of Service of the Motion and Notice at Docket Nos. 879 and 1078.

17.  On February 26, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Guill Gas Unit Joint Operating Agreement at Docket No. 920 – Notice of the Motion at Docket No. 972 – Certificate of Service of the Motion and Notice at Docket No. 1142.

18. On February 26, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Dupont 38 Joint Operating Agreement at Docket No. 921 – Notice of the Motion at Docket No. 973 – Certificate of Service of the Motion and Notice at Docket No. 1142.

19. On February 26, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Wardner Joint Operating Agreement at Docket No. 922 – Notice of the Motion at Docket No. 974 – Certificate of Service of the Motion and Notice at Docket No. 1142.

20. On February 26, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Young L-1 Joint Operating Agreement at Docket No. 923 – Notice of the Motion at Docket No. 975 – Certificate of Service of the Motion and Notice at Docket No. 1142.

21. On February 26, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Shugart West 31 Joint Operating Agreement at Docket No. 924 – Notice of the Motion at Docket No. 976 – Certificate of Service for the Motion and Notice at Docket No. 1142.

22. On February 26, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume J. Brown Heirs Joint Operating Agreement at Docket No. 914 – Notice of the Motion at Docket No. 965 – Certificate of Service for the Motion and Notice at Docket No. 1142.

23. On February 26, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume North Gahagan Joint Operating Agreement at Docket No. 915 – Notice of the Motion at Docket No. 966 – Certificate of Service for the Motion and Notice at Docket No. 1142.

24. On February 26, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Yarbrough Joint Operating Agreement at Docket No. 916 – Notice of the Motion at Docket No. 968 – Certificate of Service for the Motion and Notice at Docket No. 1142.

25. On February 26, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Grayson Unit Joint Operating Agreement at Docket No. 917 – Notice of the Motion at Docket No. 969 – Certificate of Service for the Motion and Notice at Docket No. 1142.

26. On February 26, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Canty #1 Joint Operating Agreement at Docket No. 918 – Notice of the Motion at Docket No. 970 – Certificate of Service for the Motion and Notice at Docket No. 1142.

27. On February 26, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Droke #1 and A-1 Joint Operating Agreement at Docket No. 919 – Notice of the Motion at Docket No. 971 – Certificate of Service for the Motion and Notice at Docket No. 1142.

28. On February 26, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume East Castor Joint Operating Agreement at Docket No. 894 – Notice of the Motion at Docket No. 895 – Certificate of Service for the Motion and Notice at Docket No. 1141.

29. On February 26, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Gibsland Joint Operating Agreement at Docket No. 897 – Notice of the Motion at Docket No. 898 – Certificate of Service for the Motion and Notice at Docket No. 1141.

30. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Toler #2 Joint Operating Agreement at Docket No. 954 – Notice of the Motion at Docket No. 1051 – Certificate of Service for the Motion and Notice at Docket No. 1153.

31. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Toler #1 Joint Operating Agreement at Docket No. 955 – Notice of the Motion at Docket No. 1052 – Certificate of Service for the Motion and Notice at Docket No. 1153.

32. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Harrison GU E#11 Joint Operating Agreement at Docket No. 956 – Notice of the Motion at Docket No. 1053 – Certificate of Service for the Motion and Notice at Docket No. 1153.

33. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Stephens #3 Joint Operating Agreement at Docket No. 957 – Notice of the Motion at Docket No. 1054 – Certificate of Service for the Motion and Notice at Docket No. 1153.

34. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume McKenzie N.D. Section 27 and 34 Joint Operating Agreement at Docket No. 959 – Notice of the Motion at Docket No. 1041 – Certificate of Service of the Motion and Notice at Docket No. 1143.

35. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume McKenzie N.D. Section 28 and 33 Joint Operating Agreement at Docket No. 960 – Notice of the Motion at Docket No. 1042 – Certificate of Service of the Motion and Notice at Docket No.. 1143.

36. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume McKenzie N.D. Section 29 and 32 Joint Operating Agreement at Docket No. 961 – Notice of the Motion at Docket No. 1043 – Certificate of Service of the Motion and Notice at Docket No. 1143.

37. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume McKenzie N.D. Section 28 Joint Operating Agreement at Docket No. 962 – Notice of the Motion at Docket No. 1044 – Certificate of Service of the Motion and Notice at Docket No. 1143.

38. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Toby Horton GU #1-12 Joint Operating Agreement at Docket No. 963 – Notice of the Motion at Docket No. 1045 – Certificate of Service of the Motion and Notice at Docket No. 1143.

39. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume W.M. Stevens #1 and #2 Joint Operating Agreement at Docket No. 964 – Notice of the Motion at Docket No. 1046 – Certificate of Service of the Motion and Notice at Docket No. 1143.

40. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Thrasher #4 and #5 Joint Operating Agreement at Docket No. 942 – Notice of the Motion at Docket No. 1060 – Certificate of Service of the Motion and Notice at Docket No. 1153.

41. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Thrasher #1 Joint Operating Agreement at Docket No. 943 – Notice of the Motion at Docket No. 1067 – Certificate of Service of the Motion and Notice at Docket No. 1153.

42. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Shugart West 30 Joint Operating Agreement at Docket No. 944 – Notice of the Motion at Docket No. 1061 – Certificate of Service of the Motion and Notice at Docket No. 1153.

43. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Fisher Duncan Unit Joint Operating Agreement at Docket No. 945 – Notice of the Motion at Docket No. 1062 – Certificate of Service of the Motion and Notice at Docket No. 1153.

44. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Haynesville Mercantile #3 Joint Operating Agreement at Docket No. 946 – Notice of the Motion at Docket No. 1068 – Certificate of Service of the Motion and Notice at Docket No. 1153.

45. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Shaula 30 Fed Com 3H and 4H Joint Operating Agreement at Docket No. 947 – Notice of the Motion at Docket No. 1063 – Certificate of Service of the Motion and Notice at Docket No. 1153.

46. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Denmon #1 Joint Operating Agreement at Docket No. 948 – Notice of the Motion at Docket No. 1064 – Certificate of Service of the Motion and Notice at Docket No. 1153.

47. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Horning A Lease Joint Operating Agreement at Docket No. 949 – Notice of the Motion at Docket No. 1065 – Certificate of Service of the Motion and Notice at Docket No. 1153.

48. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Miami Fee #11 Joint Operating Agreement at Docket No. 950 – Notice of the Motion at Docket No. 1066 – Certificate of Service of the Motion and Notice at Docket No. 1153.

49. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Miami Fee #1 Joint Operating Agreement at Docket No. 951 – Notice of the Motion at Docket No. 1048 – Certificate of Service of the Motion and Notice at Docket No. 1153.

50. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Taylor Heirs #11-1 Joint Operating Agreement at Docket No. 952 – Notice of the Motion at Docket No. 1049 – Certificate of Service of the Motion and Notice at Docket No. 1153.

51. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Stephens #4 Joint Operating Agreement at Docket No. 953 – Notice of the Motion at Docket No. 1050 – Certificate of Service of the Motion and Notice at Docket No. 1153.

52. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Paluxy B Sand Unit – Unit Agreement and Unit Operating Agreement at Docket No. 932 – Notice of the Motion at Docket No. 1007 – Certificate of Service of the Motion and Notice at Docket No. 1153.

53. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Dorcheat Unit – Unit Agreement and Related Joint Operating Agreement at Docket No. 933 – Notice of the Motion at Docket No. 1008 – Certificate of Service of the Motion and Notice at Docket No. 1143.

54. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Bellwood Lake Unit – Unit Agreement and Unit Operating Agreement at Docket No. 934 – Notice of the Motion at Docket No. 1009 – Certificate of Service of the Motion and Notice at Docket No. 1143.

55. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Black Lake Field Unit – Unit Agreement and Unit Operating Agreement at Docket No. 935 – Notice of the Motion at Docket No. 1010 – Certificate of Service of the Motion and Notice at Docket No. 1143.

56. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Schumann Joint Operating Agreement at Docket No. .936 – Notice of the Motion at Docket No. 1011 – Certificate of Service of the Motion and Notice at Docket No. 1143.

57. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Kelly-Lincoln Joint Operating Agreement at Docket No. 937 – Notice of the Motion at Docket No. 1056 – Certificate of Service of the Motion and Notice at Docket No. 1153.

58. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Mary T. Havens Joint Operating Agreement at Docket No. 938 – Notice of the Motion at Docket No. 1057 – Certificate of Service of the Motion and Notice at Docket No. 1153.

59. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Clarksville Cotton Valley Unit – Unit Agreement and Unit Operating Agreement at Docket No. 939 – Notice of the Motion at Docket No. 1058 – Certificate of Service of the Motion and Notice at Docket No. 1153.

60. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume McWhorter Gas Unit Joint Operating Agreement at Docket No. 940 – Notice of the Motion at Docket No. 1069 – Certificate of Service of the Motion and Notice at Docket No. 1153.

61. On March 1, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Thrasher #3 Joint Operating Agreement at Dockeet No. 941 – Notice of the Motion at Docket No. 1059 – Certificate of Service of the Motion and Notice at Docket No. 1153.

62. On March 2, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Lillie J. Price Joint Operating Agreement at Docket No. 999 – Notice of the Motion at Docket No. 1032 – Certificate of Service of the Motion and Notice at Docket No. 1143.

63. On March 2, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Lohmann #1 Joint Operating Agreement at Docket No. 1000 – Notice of the Motion at Docket No. 1033 – Certificate of Service of the Motion and Notice at Docket No. 1143.

64. On March 2, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume H.B. Frost Gas Unit Joint Operating Agreement at Docket No. 1001 – Notice of the Motion at Docket No. 1034 – Certificate of Service of the Motion and Notice at Docket No. 1143.

65. On March 2, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Beall, R#1 Joint Operating Agreement at Docket No. 1002 – Notice of the Motion at Docket No. 1035 – Certificate of Service of the Motion and Notice at Docket No. 1143.

66. On March 2, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume C.W. Lee Joint Operating Agreement at Docket No. 1003 – Notice of the Motion at Docket No. 1036 – Certificate of Service of the Motion and Notice at Docket No. 1143.

67. On March 2, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume West Grice Unit 17-13 #1 Joint Operating Agreement at Docket No. 1004 – Notice of the Motion at Docket No. 1037 – Certificate of Service of the Motion and Notice at Docket No. 1143.

68. On March 2, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Harrison C-1 Gas Unit Joint Operating Agreement at Docket No. 1005 – Notice of the Motion at Docket No. 1038 – Certificate of Service of the Motion and Notice at Docket No. 1143.

69. On March 2, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume HB Frost Unit #23H Joint Operating Agreement at Docket No. 1006 – Notice of the Motion at Docket No. 1039 – Certificate of Service of the Motion and Notice at Docket No. 1143.

70. On March 2, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Kuehne Ranch Unit Operating Agreement at Docket No. 987 – Notice of the Motion at Docket No. 1020 – Certificate of Service of the Motion and Notice at Docket No. 1143.

71. On March 2, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume W.C. Williams Leases Joint Operating Agreement at Docket No. 988 – Notice of the Motion at Docket No. 1021 – Certificate of Service of the Motion and Notice at Docket No. 1143.

72. On March 2, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Clayton-Franks Joint Operating Agreement at Docket No. 989 – Notice of the Motion at Docket No. 1022 – Certificate of Service of the Motion and Notice at Docket No. 1143.

73. On March 2, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Smith Estate #1 Joint Operating Agreement at Docket No. 990 – Notice of the Motion at Docket No. 1023 – Certificate of Service of the Motion and Notice at Docket No. 1143.

74. On March 2, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Robinson #1 Joint Operating Agreement at Docket No. 991 – Notice of the Motion at Docket No. 1024 – Certificate of Service of the Motion and Notice at Docket No. 1143.

75. On March 2, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Brown A-3 Joint Operating Agreement at Docket No. 992 – Notice of the Motion at Docket No. 1025 – Certificate of Service of the Motion and Notice at Docket No. 1143.

76. On March 2, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume R.L. Bond No. 1 Joint Operating Agreement at Docket No. 993 – Notice of the Motion at Docket No. 1026 – Certificate of Service of the Motion and Notice at Docket No. 1143.

77. On March 2, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Hair Grove #1 and #2 Joint Operating Agreement at Docket No. 994 – Notice of the Motion at Docket No. 1027 – Certificate of Service of the Motion and Notice at Docket No. 1143.

78. On March 2, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Williamson #3 Joint Operating Agreement at Docket No. 995 – Notice of the Motion at Docket No. 1028 – Certificate of Service of the Motion and Notice at Docket No. 1143.

79. On March 2, 2021, the Debtor, Sklarco, LLC, fileed a Motion to Assume Deason #1 Joint Operating Agreement at Docket No. 996 – Notice of the Motion at Docket No. 1029 – Certificate of Service of the Motion and Notice at Docket No. 1143.

80. On March 2, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Harrison E GU 1 Joint Operating Agreement at Docket No. 997 – Notice of the Motion at Docket No. 1030 – Certificate of Service of the Motion and Notice at Docket No. 1143.

81. On March 2, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Cooke, J.W. #2 Joint Operating Agreement at Docket No. 998 – Notice of the Motion at Docket No. 1031 – Certificate of Service of the Motion and Notice at Docket No. 1143.

82. On March 2, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Fairway (James Lime) Unit Agreement, Unit Operating Agreement and Gas Plant Agreement at Docket No. 979 – Notice of the Motion at Docket No. 1012 – Certificate of Service of the Motion and Notice at Docket No. 1143.

83. On March 2, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Cottle-Reeves Unit Joint Operating Agreement at Docket No. 980 – Notice of the Motion at Docket No. 1013 – Certificate of Service of the Motion and Notice at Docket No. 1143.

84. On March 2, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume B.H. Clements #1 Joint Operating Agreement at Docket No. 981 – Notice of the Motion at Docket No. 1014 – Certificate of Service of the Motion and Notice at Docket No. 1143.

85. On March 2, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Evans J #1 Joint Operating Agreement at Docket No. 982 – Notice of the Motion at Docket No. 1015 – Certificate of Service of the Motion and Notice at Docket No. 1143.

86. On March 2, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Oleo Stockton Unit No. 1 Joint Operating Agreement at Docket No. 983 – Notice of the Motion at Docket No. 1017 – Certificate of Service of the Motion and Notice at Docket No. 1143.

87. On March 2, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Coquina Waterflood Unit Operating Agreement at Docket No. 984 – Notice of the Motion at Docket No. 1018 – Certificate of Service of the Motion and Notice at Docket No. 1143.

88. On March 2, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Ellen Graham #1 Joint Operating Agreement at Docket No. 985 – Notice of the Motion at Docket No. 1016 – Certificate of Service of the Motion and Notice at Docket No. 1143.

89. On March 2, 2021, the Debtor, Sklarco, LLC, filed a Motion to Assume Francis #1, #2 and #3 Joint Operating Agreement at Docket No. 986 – Notice of the Motion at Docket No. 1019 – Certificate of Service of the Motion and Notice at Docket No. 1143.

Accordingly, Movant requests that the Court enter an order granting the requested relief.

**Part 2  Signature of Movant's Attorney or Movant (if unrepresented)**

Dated: May 27, 2021                                    Respectfully submitted,

                                                       By:      */s/Keri L. Riley*
                                                                Jeffrey S. Brinen #20565
                                                                Keri L. Riley #47605
                                                                **KUTNER BRINEN DICKEY RILEY, P.C.**
                                                                1660 Lincoln Street, Suite 1720
                                                                Denver, CO  80264
                                                                Telephone:  (303) 832-2400
                                                                E-Mail: klr@kutnerlaw.com