UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minute Order*

| | |
|---|---|
| Date: May 28, 2021 | **Honorable Elizabeth E. Brown, Presiding**<br>Kerstin Cass, Law Clerk |
| In re:   Sklar Exploration Company, LLC,<br>               Debtor. | **Case. No. 20-12377 EEB**<br>Chapter 11 |
| Sklarco, LLC,<br>               Debtor. | **Case. No. 20-12380 EEB**<br>Chapter 11 |
| | **Jointly Administered Under 20-12377 EEB** |

| | Video Conference Appearances | | Representing |
|---|---|---|---|
| Counsel | Paul Moss | UST | |
| Counsel | Keri Riley, James Katchadurian | Debtor(s) | |
| Counsel | Chris Johnson | Committee | Creditors' Committee |
| Counsel | Bryce Suzuki | Creditor | East West Bank |
| Counsel | Eric Lockridge | Creditor | Anderson Exploration Energy Co., TCP Cottonwood, L.P., AEEC II, LLC and Sugar Oil Properties |
| Counsel | Brent Cohen | | Fant Energy Ltd. |
| Counsel | Joseph Bain | Creditor | FPCC USA |
| Counsel | Jordan Bird | Creditor | Franks Exploration Co, AEH Investments, J & A Harris Bundero Investment Co., Kingston, Hughes Oil South, KMR Investments, Tommy Youngblood |
| Counsel | Timothy Swanson | Creditor | Ad Hoc Committee of Working Interest Owners |
| Counsel | David R Taggart | Creditor | JF Howell Interests, LP |
| Counsel | Jennifer Hardy | Creditor | JJS Interests Escambia, LLC, JJS Interests Steele Kings, LLC, JJS Working Interests, LLC |
| Counsel | Chris Crowley | Creditor | Liquid Gold Well Service, Inc |
| Counsel | Jeremy Retherford, Matt Ochs | Creditor | Pruet Oil Company, LLC, Pruet Production Co. (individually and as agent) |
| Counsel | Adam Hirsch | Creditor | Howard Sklar, Howard Sklar Trust |
| Counsel | Robert Paddock | Creditor | Strago Petroleum Corporation, Meritage Energy Ltd, Gateway Exploration, Harvest Gas Management, G Crew Properties |
| Counsel | Thomas Shipps, Barnet Skelton Jr., | Creditor | Rudman Partnership, CTM 2005, Ltd., and MER Energy, Ltd. |
| Counsel | Michael Schuster | Creditor | Louisiana Tower Operating LLC |
| Counsel | Katherine Ross | Creditor | Internal Revenue Service |

Proceedings:  Zoom Non-Evidentiary Hearing on: (1) Confirmation of the Debtors' Amended Plan; (2) the Contested Motions to Assume Operating Agreements; (3) Debtors' Motion to Assume Agency Services Agreement Pursuant to 11 U.S.C. § 365 and Approve Amendment to

Agency Services Agreement (Dkt. No. 1174); (4) The Rudman Partnership's Application for Administrative Expense Priority Claim Pursuant to 11 U.S.C. § 503(b) (Dkt. No. 1148); and all objections thereto

Orders:

☒ For the reasons stated on the record, the Court held plan confirmation, the Debtors' Motion to Assume Agency Services Agreement, and the Rudman Partnership's Application for Administrative Expense in abeyance pending further order of the Court.

☒ On or before **June 4, 2021,** the Debtor shall complete uploads of relevant documents to the data room related to the replacement of Sklar Exploration Co. as operator of the Brooklyn Oil units, failing which the Court may convert the Debtors' cases to chapter 7. The parties and/or interested successor operators who have signed an NDA, including both business persons and attorneys, may participate in a Zoom call on the morning of June 4, 2021 regarding any outstanding issues. The Debtor shall participate, make arrangements for the call, and shall make its relevant business representatives available for questioning on this Zoom call. The Court will reserve 1:30 p.m., Mountain Standard Time, on June 4, 2021 available for a Zoom hearing on any unresolved issues. Parties should contact chambers no later than 12:00 p.m. if they require a hearing.

☒ On or before **June 30, 2021,** the Debtor shall complete uploads of relevant documents to the data room relating to SEC's remaining properties for review by parties and prospective successor operators who have signed an NDA, failing which this Court may convert the Debtors' cases to chapter 7.

☒ On or before **June 30, 2021**, Howard Sklar shall *verify* in writing on behalf of himself and the Sklar family trusts that he manages that: (1) the assets listed on Sklarco's schedules are complete and accurate; and (2) that the assets are actually owned by Sklarco and not merely managed by Sklarco on behalf of the Sklar family trusts and/or others. If either of those representations cannot be made, then on or before **June 30, 2021** Sklarco shall amend its schedules to accurately portray the assets it owns as well as a list of the assets it manages on behalf of others, with appropriate designations as to ownership versus agency interests. Howard Sklar shall then *verify* in writing on behalf of himself and the Sklar family trusts that he manages that the Amended Schedules of Sklarco are complete and accurate.

Date: May 28, 2021

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, U.S. Bankruptcy Judge