# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 | ) | |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | |

## ORDER GRANTING *AD HOC* COMMITTEE OF WORKING INTEREST OWNERS' *EX PARTE* MOTION FOR A RULE 2004 EXAM OF DEBTORS' CHIEF OPERATING OFFICER MARSHALL JONES

This matter having come before the Court upon the *Ad Hoc* Committee of Working Interest Owners of Debtor Sklar Exploration Company, LLC (the "***Ad Hoc* Committee**"), for their *Ex Parte* Motion for a Rule 2004 Exam of Debtors' Chief Operating Officer Marshall Jones (the "**Motion**");[1] the Court having jurisdiction to consider the Motion; and upon consideration of the Motion; and due and appropriate notice having been given and no further notice being needed; and upon the proceedings before the Court; and good and sufficient cause having been shown; it is hereby

---

[1] Capitalized terms not expressly defined herein shall have the meanings ascribed to them in the Motion.

1

**ORDERED**:

1. The Motion is granted;

2. The Debtors, Sklar Exploration Company, LLC ("**SEC**"), and Sklarco, LLC ("**Sklarco**" collectively with SEC, the "**Debtors**"), shall each individually respond to and produce documents to the *Ad Hoc* Committee in response to the Request for Documents, attached as <u>Exhibit 1</u> to the Motion, within seven (7) days after service of a copy of this Order and any subpoena issued pursuant thereto;

3. The Debtors shall make Marshall Jones available for deposition by the *Ad Hoc* Committee on the topics set forth on <u>Exhibit 1</u> to the Motion promptly after the receipt of all documents produced in connection with any subpoena issued pursuant to this Order;

4. The *Ad Hoc* Committee is authorized to issue a subpoena, pursuant to Fed. R. Civ. P. 45 as incorporated by Fed. R. Bankr. P. 9016, for the documents requested on <u>Exhibit 1</u> to the Motion and to command Marshall Jones to appear for a deposition;

5. This Order shall be effective and enforceable immediately upon entry;

6. This Court retains jurisdiction with respect to any matters or disputes arising from or related to the implementation of this Order; and

7. This Order is without prejudice to the ability of the *Ad Hoc* Committee to request from the Court further discovery from the Debtors or any other persons or entities.

DATED: June __, 2021

                                                              _____
                                                              Honorable Elizabeth E. Brown
                                                             United States Bankruptcy Judge