## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br><br>**Joint Administered Under**<br>**Case No. 20-12377 EEB** |

### <u>ORDER GRANTING *EX PARTE* MOTION FOR 2004 EXAMINATION</u>

On June 2, 2021, Thomas H. Shipps and Barnet B. Skelton, Jr., on behalf of the Rudman Partnership, CTM 2005, Ltd. and MER Energy, LLC ("Movants"), filed a Motion for Examination of Howard Sklar, Individually and as Trustee and Executor, Pursuant to Fed. R. Bankr. P. 2004 and Local Bankr. R. 2004-1 ("Motion"). This court, having considered the Motion, hereby

ORDERS that the Motion is Granted, and that the Movants are authorized to conduct an examination of Howard Sklar, individually and as Trustee of the Howard Trust, Adam Grantor Trust, Jacob Grantor Trust and Sam Grantor Trust and as Executor of the Succession of Miriam Mandel Sklar, Deceased pursuant to Fed.R.Bankr.P 2004 and L.B.R. 2004−1; and

FURTHER ORDERS that Movants may compel the attendance of witnesses and production of documents in the manner prescribed by Fed.R.BankrP. 2004(c) and 9016.

Dated:

By:_____
        Elizabeth E. Brown
        United States Bankruptcy Judge