(COB 245 vo2004Exam)(02/11)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado ,
HONORABLE Elizabeth E. Brown

In re:

    Sklar Exploration Company, LLC
    Sklarco, LLC

Debtor(s)

Case No.:   20−12377−EEB
Chapter:    11

## ORDER GRANTING MOTION FOR 2004 EXAMINATION

    On June 2, 2021 , Thomas H. Shipps and Barnet B. Skelton, Jr., on behalf of the Rudman Partnership, CTM 2005, Ltd. and MER Energy, LLC ("Movants") filed a motion for examination under Rule 2004 ("Motion"). This court, having considered the Motion, hereby

    ORDERS that the Movants are authorized to conduct an examination of Howard Sklar, individually and as Trustee of the Howard Trust, Adam Grantor Trust, Jacob Grantor Trust and Sam Grantor Trust and as Executor of the Succession of Miriam Mandel Sklar, Deceased, pursuant to Fed.R.Bankr.P 2004 and L.B.R. 2004−1; and

    FURTHER ORDERS that Movant may compel the attendance of witnesses and production of documents in the manner prescribed by Fed.R.BankrP. 2004(c) and 9016.

Dated:  6/3/21

BY THE COURT:
s/ Elizabeth E. Brown
United States Bankruptcy Judge