# EXHIBIT 1

## SEC OPERATING UNITS/WELLS IN TEXAS & LOUISIANA

| PROJECT (by State) | AGT. NAME/DATE | PROPERTY DESCRIPTION | SKLARCO Assume | Reject | SEC Assume | Reject | JF Howell has interest Yes | No |
|---|---|---|---|---|---|---|---|---|
| **LOUISIANA** | | | | | | | | |
| Martin Prospect, Martin Field, Red River Parish, Louisiana (R. Doc. 833) (R. Doc. 927-1, item 106) | Participation Agreement, 4/1/2002 | Sect. 1, 2, 10, 11 Township 13N Range 9W, Red River Parish, LA | x | | | x | x | |
| Red River Participation & Operating Agreement and Sublease (R. Doc. 899) (R. Doc. 927-1, item 76) | Operating Agreement 4/1/06 | Red River Prospect, Caddo and Bossier Parishes, LA | x | | | x | x | |
| Participation Agreement West Loco Smackover Area (R. Doc. 927-1 item 8) | JOA (AAPL 610-1982) 1/1/2010 | West Loco Smackover Area, Union Parish, Louisiana | | ? | | x | x | |
| Fryeburg Prospect, JOA (AAPL 610-1989) (R. Doc. 927-1, item 40, 114) | Participation Agreement 4/1/2012 | Fryberg Prospect, Webster and Bienville Parishes, LA | | ? | | x | x | |
| Glade Bayou Prospect (R. Doc. 927-1, item 41) | JOA (AAPL 610-1982) 4/1/13 | Tensas Parish, LA | | ? | | x | x | |
| | | | | | | | | |

| PROJECT (by State) | AGT. NAME/DATE | PROPERTY DESCRIPTION | SKLARCO Assume | Reject | SEC Assume | Reject | JF Howell has interest Yes | No |
|---|---|---|---|---|---|---|---|---|
| **TEXAS** | | | | | | | | |
| Silver Creek Prospect (R. Doc 865) (R. Doc. 927-1, 109) | Joint Operating Agreement (AAPL 610-1982) 12/1/16 | Smith County, TX | x | | | | x | |
| Steeles Creek Prospect (R. Doc. 927-1, item 9) | JOA (610-1982) 10/20/1999 | Limestone County, TX | | ? | | x | x | |
| | | | | | | | | |