# EXHIBIT 2

## Topics for Deposition

### **DEFINITIONS**

1.      "SEC" means Sklar Exploration Company, LLC.

2.      "Sklarco" means Sklarco, LLC.

3.      "Debtors" means collectively SEC and Sklarco, along with their employees, agents, managers, members, affiliates, representatives (including advisors), consultants, attorneys and all Persons acting or purporting to act on his behalf.

4.      "Bankruptcy Cases" means the jointly administered bankruptcy cases pending in the United States Bankruptcy Court for the District of Colorado, Case No. 20-12377-EEB and Case No. 20-12380-EEB.

5.      "Bankruptcy Court" means the United States Bankruptcy Court for the District of Colorado in which the Bankruptcy Cases are pending.

6.      "Petition Date" means April 1, 2020.

7.      "Texas and Louisiana properties operated by SEC" means for the purposes of this Motion those units and wells identified on the Exhibit 1 hereto.

8.      "Mr. Gwin" means Mr. Homes Gwin, individually and in his capacity as the Controller of SEC.

9.      "Person" means, without limitation, natural persons and individuals; sole proprietorships; limited liability companies; general and limited partnerships; profit and nonprofit corporations; unincorporated associations; or any other legal or governmental entity, organization or body of any type whatsoever; as well as agents, employees, or instrumentalities of such entities.

10.     "Agreement" means all oral or written understandings, formal or informal, binding or nonbinding, between more than one party, including written contracts, letter agreements, side agreements, addenda to agreements and any other such understandings however reflected.

11.     "Document" and/or "documents" means any writing or other form of record (including any writing or data stored on electronic storage devices) within the scope of the word "document" as that term is used in Rules 26 and 34 of the Federal Rules of Civil Procedure (as incorporated by FER. R. BANKR. P. 7026 and 7034) and includes (without limitation) all types of written, typed, printed, recorded or graphic material, however produced or reproduced, of any kind and description, and whether an original, master, duplicate or copy, including (but not limited to) papers, notes of conversations, contracts, electronic mail, computer files, agreements, drawings, telegrams, tape recordings, communications, letters, memoranda, handwritten notes,

reports, studies, working papers, corporate records, minutes of meetings (including board or committee meetings), notebooks, bank deposit slips, bank checks, canceled checks, diaries, diary entries, appointment books, calendars, photographs, transcriptions or sound recordings of any type of personal or telephone conversations or negotiations, notes or records of meetings or conferences, or things similar to any of the foregoing, including any data, information or statistics contained within any data storage modules, tapes, discs, or other memory device, or other information retrievable from storage systems, including (but not limited) to computer generated reports and print-outs or data compilations from which information can be obtained and translated, if necessary. Any copy containing (or having attached) any alterations, notes, comments, or other materials not included in the originals or copies referred to in the preceding sentence shall be deemed a separate document within the foregoing definition.

12. "Relating to" or "relate to" means discussing, describing, pertaining to, containing, analyzing, evaluating, studying, recording, memorializing, reporting on, commenting on, reviewed in conjunction with, evidencing, setting forth, considering, recommending, or constituting, in whole or in part.

13. The term "Communication" means, without limitation, any correspondence, memoranda, voice mail, e-mail, contact, discussion, or other kind of written, oral, or electronic exchange between two or more persons, including, but not limited to, all telephone conversations, face-to-face conversations, meetings, visits, and conferences.

## TOPICS

**Topic No. 1**: The location and description of the production, sales, expense, accounts payable, accounts receivable, suspense, cash call advance and JIB accounting files and records for each of the producing wells for each of the units on Exhibit 1.

**Topic No. 2**: Location, organization and description of the accounting procedures and files for each of the wells for each of the units on Exhibit 1, including compilation of JIBs and payment of proceeds of the sale of production to working interest owners.

**Topic No. 3**: Description and location of the files available electronically pertaining or relating to the accounting records for each of the wells for each of the units described on Exhibit 1.

**Topic No. 4**: Description of the working interplay between the Accounting Department and the Engineering Department, Land Department, and Regulatory Department of SEC.

**Topic No. 5**: The location and description of all periodic financial and tax reports prepared or generated on each of the wells for each of the units described on Exhibit 1 prepared for submission to SEC, the East West Bank or any working interest owners in such wells and units.

**Topic No. 6**: The location and description of any audits pertaining to each of the wells for each of the units described on Exhibit 1 whether such audits were prepared on a well or unit basis or on some other basis such as a consolidated basis, from January 1, 2015 to date.