IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930<br><br>    Debtor-in-Possession. | )<br>)<br>) Case No. 20-12377-EEB<br>)<br>) Chapter 11<br>)<br>) |
| IN RE:<br><br>SKLARCO, LLC<br>EIN: 72-1425432<br><br>    Debtor-in-Possession. | )<br>)<br>) Case No. 20-12380-EEB<br>)<br>) Chapter 11<br>)<br>) |

**ORDER GRANTING *EX PARTE* MOTION FOR A RULE 2004
EXAM OF HOLMES GWIN, CONTROLLER**

This matter having come before the Court upon JF Howell Interests, LP (the "**JFHI**"), for its *Ex Parte* Motion for a Rule 2004 Exam of Holmes Gwin, Controller (the "**Motion**");[1] the Court having jurisdiction to consider the Motion; and upon consideration of the Motion; and due and appropriate notice having been given and no further notice being needed; and upon the proceedings before the Court; and good and sufficient cause having been shown; it is hereby

    **ORDERED**:

    1.    The Motion is granted;

    2.    The Debtors, Sklar Exploration Company, LLC ("**SEC**"), and Sklarco, LLC ("**Sklarco**" collectively with SEC, the "**Debtors**"), shall make Holmes Gwin available for deposition

---

[1] Capitalized terms not expressly defined herein shall have the meanings ascribed to them in the Motion.

by JFHI on the topics set forth on Exhibit 2 to the Motion at a time and place as agreed by the Debtors and JF Howell Interests, LP or upon the further order of this Court;

3. This Order shall be effective and enforceable immediately upon entry;

4. This Court retains jurisdiction with respect to any matters or disputes arising from or related to the implementation of this Order; and

5. This Order is without prejudice to the ability of JFHI to request from the Court further discovery from the Debtors or any other persons or entities.

DATED: June __, 2021

                                                                                                                  _____

Honorable Elizabeth E. Brown
United States Bankruptcy Judge