| CHANGE OF OPERATOR TASKS | SEBOU | SW BOU | Escambia | North Beach | Fishpond | Shipps Creek | Mt. Carmel | South Harmony | Oakhay Creek | S Kings Dome | E Castor | Fin Deep | West Arcadia | Gibsland | Red River | W Bryceland | Bracky Branch | Steeles Creek | S Woodlawn |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hauling and disposal permits and contracts | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| List of well-site equipment | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Third party service contacts, including MSA's, for field workers or service | x | x | x | x | x | x | x | | | | | | | | | | | | |
| List of vendors | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Current gas processing, treatment, gathering, marketing and sales agreements, including take-in-kind elections | x | x | x | x | x | x | x | | | | | | | | | | | | |
| Copies of all required insurance coverages required under the JOAs; | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| List of known current liabilities | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Permits for operations of the unit well and alternates | x | x | x | x | x | x | x | | | | | | | | | | | | |
| Regulatory and environmental files | x | x | x | x | x | x | x | | | | | | | | | | | | |
| Most recent operating reports to the governing state or local mineral board | x | x | x | x | x | x | x | | | | | | | | | | | | |
| A list of all production proceeds held in suspense and an explanation of the reason for the suspense | x | x | x | x | x | x | x | x | | | | | | | | | | | |
| Most recent cycle of JIB to WIO's | x | x | x | x | x | x | x | x | | | | | | | | | | | |
| Most recent severance tax files, including copies of filed tax returns | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Current pay-deck information; | x | x | x | x | x | x | x | x | | | | | | | x | | | x | |
| Division order title opinions, as revised or amended; | x | x | x | x | x | x | x | x | | | | | | | | | | | |
| Complete well engineering files | x | x | x | x | x | x | x | x | | | | | | | | | | | |
| Operating agreements with all revisions for the unit; | x | x | x | x | x | x | x | x | | | | | | | | | | | |
| Unitization orders with application and associated maps | x | x | N/A | N/A | x | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| ROW agreements; | x | x | x | x | x | x | x | x | | | | | | | | | | | |
| Surface and subsurface surveys and maps | x | x | x | x | x | x | x | x | | | | | | | | | | | |
| Copies of any complaints, answers or other similar proceedings in pending non-bankruptcy litigation | x | x | x | x | x | x | x | x | | | | | | | | | | | |
| Copies of all demands from WIO's and royalty or ladowners related to the units | x | x | x | x | x | x | x | x | | | | | | | | | | | |
| Copies of all demands by third parties or regulatory agencies regarding the unit, the well, or the operation thereof | x | x | x | x | x | x | x | x | | | | | | | | | | | |
| **To be provided to successor operator following voting by working interest owners** | | | | | | | | | | | | | | | | | | | |
| List of all known current liabilities for each unit as of the date of resignation of SEC | | | | | | | | | | | | | | | | | | | |
| All regulatory and environmental files | | | | | | | | | | | | | | | | | | | |
| All logs, core analyses and interpretations on all unit wells | | | | | | | | | | | | | | | | | | | |
| Complete well engineering files | | | | | | | | | | | | | | | | | | | |
| Complete geology files for the unit | | | | | | | | | | | | | | | | | | | |
| Complete land files for the unit including oil and gas leases, assignments, farm-outs, farm-ins, etc | | | | | | | | | | | | | | | | | | | |
| Complete set of division orders or letters in lieu and full division order files | | | | | | | | | | | | | | | | | | | |

| CHANGE OF OPERATOR TASKS | SEBOU | SWBOU | Escambia | North Beach | Fishpond | Shipps Creek | Mt. Carmel | South Harmony | Oakhay Creek | S Kings Dome | E Castor | Fin Deep | West Arcadia | Gibsland | Red River | W/ Bryceland | Bracky Branch | Steeles Creek | S Woodlawn |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Complete set of tax reports to working interest owners, royalty and ORRI owners for all prior periods | | | | | | | | | | | | | | | | | | | |
| All seismic data with interpretations and all licenses and agreements governing the use of the data, subject to any confidentiality and nondisclosure restrictions | | | | | | | | | | | | | | | | | | | |