United States Bankruptcy Court
District of Colorado

In re:                                                                                      Case No. 20-12377-EEB

Sklar Exploration Company, LLC                                                              Chapter 11

Sklarco, LLC

    Debtors

# CERTIFICATE OF NOTICE

District/off: 1082-1                          User: admin                                   Page 1 of 9

Date Rcvd: Jun 03, 2021                       Form ID: pdf904                               Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Sklar Exploration Company, LLC, Sklarco, LLC, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301-2541 |
| aty | + | Benjamin Y. Ford, RSA Tower, 27th Floor, 11 North Water Street, Mobile, AL 36602-3809 |
| aty | + | Casey Carlton Breese, Welborn Sullivan Meck & Tooley, P.C., 1125 17th Street, Suite 2200, Denver, CO 80202-2024 |
| aty | + | Clark Hill Strasburger, ATTN: Duane J. Brescia, 720 Brazos, Suite 700, Austin, TX 78701-2531 |
| aty | + | Cook, Yancey, King & Galloway, APLC, 333 Texas Street, Suite 1700, P.O. Box 22260, Shreveport, LA 71120-2260 |
| aty | + | Hopping Green & Sams, Hopping Green & Sams, P.A., 119 S. Monroe Street, Suite 300, Tallahassee, FL 32301 UNITED STATES 32301-1591 |
| aty | + | John Childers, 8150 N. Central Expressway, 10th Floor, Dallas, TX 75206-1815 |
| cr | + | AEEC II, LLC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | AEH Investments, LLC, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| cr | + | Anderson Exploration Energy Company, LC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Atlanta ISD, Linebarger Goggan Blair & Sampson, LLP, c/o Elizabeth Weller, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | + | Baker Hughes Holdings, LLC FKA Baker Hughes, a GE, C/O Christopher J. Ryan, 17021 Aldine Westfield Road, Houston, TX 77073-5101 |
| cr | + | Barbara P Lawrence, 55 Hill Circle, Evergreen, CO 80439-4618 |
| cr | + | Barnette & Benefield, Inc., PO Box 550, Haynesville, LA 71038-0550 |
| cr | + | Bundero Investment Company, LLC, 401 Edwards Street, Suite 820, Shreveport, LA 71101-5521 |
| cr | + | C. Bickham Dickson, III, 307 Deborah Drive, Shreveport, LA 71106-6009 |
| cr | + | Dickson Oil & Gas, L.L.C., 307 Deborah Drive, Shreveport, LA 71106-6009 |
| cr | + | Estate of Pamela Page, Deceased, P.O. Box 374, Evergreen, CO 80437-0374 |
| cr | + | Fant Energy Limited, c/o Jackson Walker, 1401 McKinney Street, Suite 1900, Houston, TX 77010-4037 |
| cr | + | Foote Oil and Gas Properties, LLC, 1655 Prudential Drive, #161B, Jacksonville, FL 32207-8105 |
| cr | + | Franks Exploration Company, LLC, P.O. Box 7655, Shreveport, LA 71137-7655 |
| cr | + | Hughes Oil South, LLC, P.O. Box 608, Oxford, MS 38655-0608 |
| cr | + | I & L Miss I, LP, 4761 Frank Luck Dr, Addison, TX 75001-3202 |
| cr | + | J&A Harris, LP, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| cr | + | John H. Smith, c/o Quitman Tank Solutions, LLC, PO Box 90, Quitman, MS 39355-0090 |
| cr | + | KMR Investments, LLC, P.O. Box 417, Homer, LA 71040-0417 |
| cr | + | Kingston, LLC, 2790 South Thompson Street, Suite 102, Springdale, AR 72764-6303 |
| cr | + | Kodiak Gas Services, LLC, 15320 Hwy. 105, Suite 210, Montgomery, TX 77356-2602 |
| cr | | Landmark Exploration, LLC, C/O Jim F. Spencer, Jr., Esq., Watkins & Eager PLLC, PO Box 650, PO Box 650 Jackson, MS 39205-0650 |
| cr | | Landmark Oil and Gas, LLC, C/O Jim F. Spencer, Jr., Esq., Watkins & Eager PLLC, PO Box 650, PO Box 650 Jackson, MS 39205-0650 |
| cr | | Lexington Investments, LLC, C/O Jim F. Spencer, Jr., Esq., Watkins & Eager PLLC, PO Box 650, PO Box 650 Jackson, MS 39205-0650 |
| cr | + | Linden-Kildare CISD, Linebarger Goggan Blair & Sampson, LLP, c/o Elizabeth Weller, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | + | Lucas Petroleum Group, Inc., c/o Duane J. Brescia, Clark Hill Strasburger, 720 Brazos, Suite 700, Austin, TX 78701-2531 |
| cr | + | McCombs Energy, Ltd., 755 E Mulberry Ave, Ste 200, San Antonio, TX 78212-4285 |
| cr | + | McCombs Exploration, LLC, 755 E Mulberry Ave, Ste 200, San Antonio, TX 78212-4285 |
| cr | + | McLeod ISD, Linebarger Goggan Blair & Sampson, LLP, c/o Elizabeth Weller, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | + | Pickens Financial Group, LLC, 10100 N. Central Expressway, Suite 200, Dallas, TX 75231-4169 |
| cr | + | Pine Island Chemical Solutions, L.L.C., c/o Armistead M. Long, Gordon, Arata, Montgomery, Barnett, 400 East Kaliste Saloom Road, Suite 4200 Lafayette, LA 70508-8522 |
| cr | + | Seitel Data, Ltd., c/o Duane J. Brescia, Clark Hill Strasburger, 720 Brazos, Suite 700, Austin, TX 78701-2531 |
| cr | | Stone Development, LLC, C/O Jim F. Spencer, Jr., Esq., Watkins & Eager PLLC, PO Box 650, PO Box 650 Jackson, MS 39205-0650 |
| cr | + | Stoneham Drilling Corporation, c/o Bradley, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | + | Sugar Oil Properties, L.P., 625 Market Street, Suite 100, Shreveport, LA 71101-5392 |
| cr | + | TCP Cottonwood, L.P., 333 Texas Street, #2020, Shreveport, LA 71101-3680 |

District/off: 1082-1     User: admin     Page 2 of 9

Date Rcvd: Jun 03, 2021     Form ID: pdf904     Total Noticed: 53

| | | |
|---|---|---|
| cr | + | Tauber Exploration & Production Company, 55 Waugh Drive, Suite 700, Houston, TX 77007-5837 |
| intp | | The Juneau Group, 2386A Rice Blvd. #232, Houston, TX 77005 |
| crcm | + | The Official Committee of Unsecured Creditors, Munsch Hardt Kopf & Harr PC, 700 Milam St., Suite 2700, Houston, TX 77002-2730 |
| cr | + | Weatherford U.S., L.P., Attn: Greg Koush, 2000 St. James Place, Houston, TX 77056-4123 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: tim.swanson@moyewhite.com | Jun 04 2021 00:27:00 | Alabama Oil Company, c/o Timothy M Swanson, Moye White LLP, 1400 16th Street, 6th Floor, Denver, CO 80202 |
| cr | + | Email/Text: cmccord@mccordprod.com | Jun 04 2021 00:26:00 | CTM 2005, Ltd., 55 Waugh Drive, Suite 515, Houston, TX 77007-5840 |
| cr | + | Email/PDF: dor_tac_bankruptcy@state.co.us | Jun 04 2021 00:45:35 | Colorado Department Of Revenue, 1375 Sherman St., Room 504, Attention Bankruptcy Unit, Denver, CO 80261-3000 |
| cr | + | Email/Text: bankruptcy@coag.gov | Jun 04 2021 00:27:00 | Colorado Department of Law, 1300 Broadway, 8th Floor, Denver, CO 80203-2104 |
| cr | | Email/Text: tim.swanson@moyewhite.com | Jun 04 2021 00:27:00 | Kudzu Oil Properties, LLC, c/o Timothy M. Swanson, Moye White LLP, 1400 16th Street, 6th Floor, Denver, CO 80202 |
| cr | + | Email/Text: LDRBankruptcy.EBN@la.gov | Jun 04 2021 00:25:00 | Louisiana Department of Revenue, Senior Bankruptcy Counsel, Litigation Division, 617 N. Third Street, Office 780, Baton Rouge, LA 70802, UNITED STATES OF AMERICA 70802-5431 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | | Armbrecht Jackson, LLP |
| sp | | Berg Hill Greenleaf & Ruscitti, LLP |
| consult | | CR3 Partners |
| cr | | Hall Management, LLC, 4913 Oak Point Drive |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2021 at the address(es) listed below:**

District/off: 1082-1 | User: admin | Page 3 of 9
Date Rcvd: Jun 03, 2021 | Form ID: pdf904 | Total Noticed: 53

| Name | Email Address |
|---|---|
| Adam L. Hirsch | on behalf of Interested Party Howard F. Sklar adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |
| Adam L. Hirsch | on behalf of Interested Party Howard Sklar Trust adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |
| Amy Vazquez | on behalf of Creditor FPCC USA  Inc. avazquez@joneswalker.com |
| Andrew James Shaver | on behalf of Creditor Premium Oilfield Services  LLC ashaver@bradley.com |
| Armistead Mason Long | on behalf of Creditor Pine Island Chemical Solutions  L.L.C. along@gamb.law |
| Barnet B Skelton, Jr | on behalf of Creditor Tauber Exploration & Production Company barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor Rudman Partnership barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor MER Energy  LTD barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor MR Oil & Gas  LLC barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor I & L Miss I  LP barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor The Rudman Partnership barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor Pickens Financial Group  LLC barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor CTM 2005  Ltd. barnetbjr@msn.com |
| Belinda Harrison | belindapittsharrison@gmail.com  belindapittsharrison@gmail.com |
| Brent R. Cohen | on behalf of Creditor Fant Energy Limited bcohen@lrrc.com  brent-cohen-8759@ecf.pacerpro.com,jeastin@lrrc.com |
| Brian Rich | on behalf of Creditor Fletcher Exploration  LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Brian Rich | on behalf of Creditor Fletcher Petroleum Company  LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Brian Rich | on behalf of Creditor Fletcher Petroleum Corp. brich@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Bryce Suzuki | on behalf of Creditor East-West Bank bsuzuki@swlaw.com  tina.daniels@bclplaw.com |
| Bryce Suzuki | on behalf of Intervenor East West Bank bsuzuki@swlaw.com  tina.daniels@bclplaw.com |
| Christopher Meredith | on behalf of Attorney Copeland  Cook, Taylor & Bush, P.A. cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com |
| Christopher Meredith | on behalf of Creditor Eastern Fishing & Rental Tool Company  Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com |
| Christopher Meredith | on behalf of Creditor PAR Minerals Corporation cmeredith@cctb.com bankruptcy-group@cctb.com;2363508420@filings.docketbird.com |
| Christopher Meredith | on behalf of Creditor Coastal Exploration  Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com |
| Christopher D. Johnson | on behalf of Creditor Committee The Official Committee of Unsecured Creditors cjohnson@munsch.com  scurry@munsch.com |

District/off: 1082-1 | User: admin | Page 4 of 9
Date Rcvd: Jun 03, 2021 | Form ID: pdf904 | Total Noticed: 53

Christopher M. Crowley
on behalf of Creditor Liquid Gold Well Service  Inc. ccrowley@fncmlaw.com

Craig M. Geno
on behalf of Creditor Alabama Oil Company cmgeno@cmgenolaw.com
kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com

Craig M. Geno
on behalf of Creditor Kudzo Oil Properties  LLC cmgeno@cmgenolaw.com,
kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com

Craig M. Geno
on behalf of Creditor Kudzu Oil Properties  LLC cmgeno@cmgenolaw.com,
kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com

Craig M. Geno
on behalf of Creditor Apple River Investments  LLC cmgeno@cmgenolaw.com,
kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com

Daniel L. Bray
on behalf of Creditor Weatherford U.S.  L.P. daniel.bray@huschblackwell.com,
ann.stolfa@huschblackwell.com;LegalSupportTeam-Litigation-DEN@huschblackwell.com;daniel-bray-5348@ecf.pacerpro.com

David M. Miller
on behalf of Creditor Bri-Chem Supply Corp.  LLC dmiller@spencerfane.com, akarant@spencerfane.com

David R Taggart
on behalf of Creditor JH Howell Interests  LP dtaggart@bradleyfirm.com,
kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

David R Taggart
on behalf of Creditor JF Howell Interests  LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

David R Taggart
on behalf of Interested Party JF Howell Interests  LP dtaggart@bradleyfirm.com,
kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

Deanna L. Westfall
on behalf of Creditor Colorado Department Of Revenue deanna.westfall@coag.gov  bncmail@w-legal.com

Duane Brescia
on behalf of Creditor Seitel Data  Ltd. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com

Duane Brescia
on behalf of Creditor Lucas Petroleum Group  Inc. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com

Duane Brescia
on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com  djaenike@clarkhill.com;ckclark@clarkhill.com

Elizabeth Helen Weller
on behalf of Creditor McLeod ISD beth.weller@lgbs.com

Elizabeth Helen Weller
on behalf of Creditor Atlanta ISD beth.weller@lgbs.com

Elizabeth Helen Weller
on behalf of Creditor Linden-Kildare CISD beth.weller@lgbs.com

Eric Lockridge
on behalf of Creditor Sugar Oil Properties  L.P. eric.lockridge@keanmiller.com,
Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

Eric Lockridge
on behalf of Creditor Anderson Exploration Energy Company  L.C. eric.lockridge@keanmiller.com,
Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

Eric Lockridge
on behalf of Creditor Anderson Exploration Energy Company  LC eric.lockridge@keanmiller.com,
Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

Eric Lockridge
on behalf of Creditor TCP Cottonwood  L.P. eric.lockridge@keanmiller.com,
Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

Eric Lockridge
on behalf of Creditor AEEC II  LLC eric.lockridge@keanmiller.com,
Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

Florence Bonaccorso-Saenz
on behalf of Creditor Louisiana Department of Revenue florence.saenz@la.gov

Glenn Taylor
on behalf of Creditor Coastal Exploration  Inc. gtaylor@cctb.com

Glenn Taylor
on behalf of Creditor PAR Minerals Corporation gtaylor@cctb.com

Glenn Taylor
on behalf of Creditor Eastern Fishing & Rental Tool Company  Inc. gtaylor@cctb.com

Grant Matthew Beiner
on behalf of Creditor Committee The Official Committee of Unsecured Creditors gbeiner@munsch.com

James B. Bailey
on behalf of Creditor Stoneham Drilling Corporation jbailey@bradley.com  ashaver@bradley.com,jbailey@ecf.courtdrive.com

Jeffery Dayne Carruth
on behalf of Creditor Halliburton Energy Services  Inc. jcarruth@wkpz.com

Jeffrey R. Barber
on behalf of Creditor FPCC USA  Inc. jbarber@joneswalker.com

Jeffrey S. Brinen
on behalf of Debtor Sklar Exploration Company  LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jeffrey S. Brinen
on behalf of Debtor Sklarco  LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jennifer Hardy
on behalf of Creditor JJS Interests Steele Kings  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
on behalf of Creditor JJS Working Interests  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
on behalf of Creditor JJS Interests Escambia  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Norris Soto
on behalf of Creditor Barnette & Benefield  Inc. jennifersoto@arklatexlaw.com, curtisshelton@arklatexlaw.com,

Jenny M.F. Fujii
on behalf of Defendant Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
on behalf of Debtor Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
on behalf of Cross-Claimant Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
on behalf of Debtor Sklarco  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jeremy L Retherford
on behalf of Creditor RAPAD Well Service Co.  Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
on behalf of Creditor Pruet Production Co. jretherford@balch.com  kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
on behalf of Plaintiff Pruet Production Co. jretherford@balch.com  kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
on behalf of Creditor Pruet Oil Company  LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
on behalf of Interested Party Pruet Production Co. jretherford@balch.com  kskelton@balch.com,skynerd@pruet.com

Jim F Spencer, Jr
on behalf of Creditor Landmark Exploration  LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
on behalf of Creditor Lexington Investments  LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
on behalf of Creditor Landmark Oil and Gas  LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
on behalf of Creditor Stone Development  LLC jspencer@watkinseager.com, mryan@watkinseager.com

John Cornwell
on behalf of Creditor Committee The Official Committee of Unsecured Creditors jcornwell@munsch.com
hvalentine@munsch.com

John Thomas Oldham
on behalf of Creditor Kodiak Gas Services  LLC joldham@okinadams.com, bmoore@okinadams.com

Jonathan Dickey

on behalf of Creditor Foote Oil & Gas Properties  LLC jmd@kutnerlaw.com, vlm@kutnerlaw.com

Jordan B. Bird

on behalf of Creditor KMR Investments  LLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor Bundero Investment Company  LLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Attorney Cook  Yancey, King & Galloway, APLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor J&A Harris  LP jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor Hughes Oil South  LLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor Franks Exploration Company  LLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor Hall Management  LLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor Kingston  LLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor AEH Investments  LLC jordan.bird@cookyancey.com

Joseph D. DeGiorgio

on behalf of Creditor Ford Motor Credit Company  LLC josephde@bdfgroup.com

Joseph Eric Bain

on behalf of Creditor FPCC USA  Inc. jbain@joneswalker.com, kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com

Katherine A Ross

on behalf of Creditor Bureau of Land Management katherine.ross@usdoj.gov
USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov

Katherine A Ross

on behalf of Creditor Office of Natural Resources Revenue katherine.ross@usdoj.gov
USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov

Katherine A Ross

on behalf of Creditor Internal Revenue Service katherine.ross@usdoj.gov
USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov

Katherine Guidry Douthitt

on behalf of Creditor Dickson Oil & Gas  L.L.C. kdouthitt@bwor.com

Katherine Guidry Douthitt

on behalf of Creditor C. Bickham Dickson  III kdouthitt@bwor.com

Kelsey Jamie Buechler

on behalf of Creditor Foote Oil and Gas Properties  LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com

Kelsey Jamie Buechler

on behalf of Creditor Foote Oil & Gas Properties  LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com

Keri L. Riley

on behalf of Defendant Sklar Exploration Company  LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Keri L. Riley

on behalf of Debtor Sklarco  LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Keri L. Riley

on behalf of Debtor Sklar Exploration Company  LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Kevin S. Neiman

on behalf of Creditor Plains Gas Solutions  LLC kevin@ksnpc.com

Kevin S. Neiman

on behalf of Plaintiff Plains Marketing  L.P. kevin@ksnpc.com

Kevin S. Neiman

on behalf of Counter-Defendant Plains Marketing  L.P. kevin@ksnpc.com

Kevin S. Neiman

on behalf of Creditor Plains Marketing  L.P. kevin@ksnpc.com

Lee M. Kutner

on behalf of Debtor Sklar Exploration Company  LLC vlm@kutnerlaw.com

District/off: 1082-1                          User: admin                          Page 7 of 9
Date Rcvd: Jun 03, 2021                   Form ID: pdf904                    Total Noticed: 53

Lee M. Kutner
on behalf of Debtor Sklarco  LLC vlm@kutnerlaw.com

Madison M. Tucker
on behalf of Creditor FPCC USA  Inc. mtucker@joneswalker.com, madison-tucker-7703@ecf.pacerpro.com

Matthew Okin
on behalf of Creditor Kodiak Gas Services  LLC mokin@okinadams.com

Matthew J. Ochs
on behalf of Creditor Pruet Oil Company  LLC mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J. Ochs
on behalf of Creditor RAPAD Well Service Co.  Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J. Ochs
on behalf of Creditor Pruet Production Co. mjochs@hollandhart.com  tldevlin@hollandhart.com

Matthew J. Ochs
on behalf of Plaintiff Pruet Production Co. mjochs@hollandhart.com  tldevlin@hollandhart.com

Michael Niles
on behalf of Creditor Fletcher Exploration  LLC mniles@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Niles
on behalf of Creditor Fletcher Petroleum Company  LLC mniles@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Niles
on behalf of Creditor Fletcher Petroleum Corp. mniles@bergersingerman.com
efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Schuster
on behalf of Interested Party Louisiana Tower Operating LLC schusterm@ballardspahr.com  henningc@ballardspahr.com

Michael D Rubenstein
on behalf of Interested Party BPX Properties (NA) LP mdrubenstein@liskow.com

Michael D Rubenstein
on behalf of Interested Party BP America Production Company mdrubenstein@liskow.com

Michael J. Guyerson
on behalf of Creditor Estate of Pamela Page  Deceased , celina@kjblawoffice.com;teresa@kjblawoffice.com

Michael J. Guyerson
on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com  celina@kjblawoffice.com;teresa@kjblawoffice.com

P. Matthew Cox
on behalf of Creditor Ally Bank pmc@scmlaw.com  mw@scmlaw.com

Paul Moss
on behalf of U.S. Trustee US Trustee Paul.Moss@usdoj.gov

Robert Padjen
on behalf of Creditor Colorado Department of Law Robert.padjen@coag.gov

Robert L Paddock
on behalf of Creditor Strago Petroleum Corporation rpaddock@buckkeenan.com  myers@buckkeenan.com

Robert L Paddock
on behalf of Creditor Gateway Exploration  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock
on behalf of Creditor Meritage Energy Ltd rpaddock@buckkeenan.com  myers@buckkeenan.com

Robert L Paddock
on behalf of Creditor Harvest Gas Management  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock
on behalf of Creditor GCREW Properties  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Ryan Lorenz
on behalf of Creditor Juno Financial LLC RLorenz@ClarkHill.com

Ryan Seidemann
on behalf of Creditor State of Louisiana  Depatment of Natural Resources, Office of Mineral Resources
seidemannr@ag.louisiana.gov

Ryco Exploration, LLC.
rsmith.ryco@att.net

Shay L. Denning

on behalf of Creditor Tauber Exploration & Production Company sdenning@mbssllp.com

Shay L. Denning

on behalf of Creditor I & L Miss I  LP sdenning@mbssllp.com

Shay L. Denning

on behalf of Creditor MR Oil & Gas  LLC sdenning@mbssllp.com

Shay L. Denning

on behalf of Creditor CTM 2005  Ltd. sdenning@mbssllp.com

Shay L. Denning

on behalf of Creditor Rudman Partnership sdenning@mbssllp.com

Shay L. Denning

on behalf of Creditor Pickens Financial Group  LLC sdenning@mbssllp.com

Shay L. Denning

on behalf of Creditor MER Energy  LTD sdenning@mbssllp.com

Stephen K. Lecholop, II

on behalf of Creditor McCombs Energy  Ltd. slecholop@rpsalaw.com, amartinez@rpsalaw.com

Stephen K. Lecholop, II

on behalf of Creditor McCombs Exploration  LLC slecholop@rpsalaw.com, amartinez@rpsalaw.com

Theodore J. Hartl

on behalf of Interested Party Louisiana Tower Operating LLC hartlt@ballardspahr.com  blessingb@ballardspahr.com

Thomas H Shipps

on behalf of Creditor MER Energy  LTD tshipps@mbssllp.com

Thomas H Shipps

on behalf of Creditor Tauber Exploration & Production Company tshipps@mbssllp.com

Thomas H Shipps

on behalf of Creditor I & L Miss I  LP tshipps@mbssllp.com

Thomas H Shipps

on behalf of Creditor The Rudman Partnership tshipps@mbssllp.com

Thomas H Shipps

on behalf of Creditor Pickens Financial Group  LLC tshipps@mbssllp.com

Thomas H Shipps

on behalf of Creditor CTM 2005  Ltd. tshipps@mbssllp.com

Thomas H Shipps

on behalf of Creditor MR Oil & Gas  LLC tshipps@mbssllp.com

Thomas H Shipps

on behalf of Creditor Rudman Partnership tshipps@mbssllp.com

Timothy C. Mohan

on behalf of Cross Defendant Kelley Brothers Contractors  Inc. tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan

on behalf of Defendant Kelley Brothers Contractors  Inc. tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan

on behalf of Creditor Lufkin Industries  LLC tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan

on behalf of Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com  tim.mohan4@gmail.com

Timothy C. Mohan

on behalf of Creditor Baker Petrolite LLC tmohan@foley.com  tim.mohan4@gmail.com

Timothy C. Mohan

on behalf of Creditor GE Oil & Gas Pressure Control US tmohan@foley.com  tim.mohan4@gmail.com

Timothy C. Mohan

on behalf of Creditor Baker Hughes Oilfield Operations LLC tmohan@foley.com  tim.mohan4@gmail.com

Timothy C. Mohan

on behalf of Cross Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com  tim.mohan4@gmail.com

Timothy C. Mohan

on behalf of Defendant Baker Hughes Oilfield Operations  Inc. tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan

on behalf of Creditor Baker Hughes Holdings  LLC FKA Baker Hughes, a GE Company LLC tmohan@foley.com, tim.mohan4@gmail.com

Timothy M. Swanson
on behalf of Creditor Alabama Oil & Gas  LLC tim.swanson@moyewhite.com,
audra.albright@moyewhite.com;hope.stone@moyewhite.com

Timothy M. Swanson
on behalf of Creditor Kudzu Oil Properties  LLC tim.swanson@moyewhite.com,
audra.albright@moyewhite.com;hope.stone@moyewhite.com

Timothy M. Swanson
on behalf of Creditor Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company  LLC and Sklarco, LLC
tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com

Timothy M. Swanson
on behalf of Creditor Alabama Oil Company tim.swanson@moyewhite.com
audra.albright@moyewhite.com;hope.stone@moyewhite.com

Timothy M. Swanson
on behalf of Creditor Kudzo Oil Properties  LLC tim.swanson@moyewhite.com,
audra.albright@moyewhite.com;hope.stone@moyewhite.com

Timothy M. Swanson
on behalf of Creditor Apple River Investments  LLC tim.swanson@moyewhite.com,
audra.albright@moyewhite.com;hope.stone@moyewhite.com

Timothy Michael Riley
on behalf of Attorney Hopping Green & Sams timothyr@hgslaw.com

Tyler Lee Weidlich
on behalf of Creditor Pro-Tek Field Services  LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com

Tyler Lee Weidlich
on behalf of Creditor Pioneer Wireline Services  LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov


TOTAL: 167

(COB 245 vo2004Exam)(02/11)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado ,
HONORABLE Elizabeth E. Brown

In re:

    Sklar Exploration Company, LLC
    Sklarco, LLC

Debtor(s)

Case No.:    20−12377−EEB
Chapter:    11

---

### ORDER GRANTING MOTION FOR 2004 EXAMINATION

    On June 2, 2021 , Thomas H. Shipps and Barnet B. Skelton, Jr., on behalf of the Rudman Partnership, CTM 2005, Ltd. and MER Energy, LLC ("Movants") filed a motion for examination under Rule 2004 ("Motion"). This court, having considered the Motion, hereby

    ORDERS that the Movants are authorized to conduct an examination of Howard Sklar, individually and as Trustee of the Howard Trust, Adam Grantor Trust, Jacob Grantor Trust and Sam Grantor Trust and as Executor of the Succession of Miriam Mandel Sklar, Deceased, pursuant to Fed.R.Bankr.P 2004 and L.B.R. 2004−1; and

    FURTHER ORDERS that Movant may compel the attendance of witnesses and production of documents in the manner prescribed by Fed.R.BankrP. 2004(c) and 9016.

Dated:  6/3/21

BY THE COURT:

s/ Elizabeth E. Brown
United States Bankruptcy Judge