UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**LIMITED RESPONSE TO JF HOWELL INTERESTS, LP'S *EX PARTE* MOTIONS FOR RULE 2004 EXAMINATIONS OF SUTTON LLOYD, RICHARD WEST, KIM ANDERSON, AND HOLMES GWIN**

The Debtors, Sklar Exploration Company, LLC ("SEC" or "Debtor"), by and through its attorneys, Kutner Brinen Dickey Riley, P.C., states its limited response to the *Ex Parte* Motions for Rule 2004 Examinations filed by JF Howell Interests, LP ("JF Howell") as follows:

1.      At a hearing on May 28, 2021, the Court ordered SEC to complete data rooms for all properties operated by SEC on or before June 30, 2021.

2.      SEC is diligently working to upload documents and complete the data rooms within the time set by the Court.

3.      On June 4, 2021, JF Howell filed *Ex Parte* Motions for Rule 2004 Examinations of Sutton Lloyd, Richard West, Kim Anderson, and Holmes Gwin (Docket Nos. 1288-1291) (the "Howell 2004 Examinations").  The Howell 2004 Examinations generally seek to require testimony regarding the location of documents that will be uploaded to the data room(s) for certain properties located in Texas and Louisiana, and the people JF Howell seeks to examine are some of the same individuals who are working to complete the data rooms for all of the properties.

4.      As a general matter, SEC does not oppose the Howell 2004 Examinations, or JF Howell's intent to seek the information it is requesting.

5.      Indeed, prior to JF Howell filing the Howell 2004 Examinations, SEC offered, repeatedly, to set a conference call with employees of SEC to discuss the location of documents and any additional information regarding the wells.  Counsel for JF Howell elected not to provide dates or availability for a conference call.

6.      SEC and its employees remain open to discussing the properties, the resignation and transition process, and/or the data rooms with potential successor operators, or the working interest owners, including JF Howell.

7.      SEC remains committed and dedicated to completion of the data rooms for the operated properties within the time set by the Court.


Dated: June 7, 2021                    Respectfully submitted,


By:  ___/s/  Keri L. Riley_____
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln St., Suite 1850
Denver, CO   80264
Tel: 303-832-2400
E-mail: klr@kutnerlaw.com