# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: <br><br> Sklar Exploration Company, LLC, <br> Debtor. | Case No. 20-12377 EEB <br> Chapter 11 |
| In re: <br><br> Sklarco, LLC, <br> Debtor. | Case No. 20-12380 EEB <br> Chapter 11 <br><br> **Joint Administered Under** <br> **Case No. 20-12377 EEB** |

## MOVANTS' CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER RE: MOTION TO WITHDRAW AS COUNSEL FOR PICKENS FINANCIAL GROUP LLC

On March 11, 2021, Thomas H. Shipps and Shay L. Denning of Maynes, Bradford, Shipps & Sheftel, LLP, and Barnet B. Skelton, Jr. (collectively the "Attorneys") filed a motion pursuant to pursuant to L.B.R. 9010-4(a) and 9013-1, and Rule 1.16 of the Rules of Professional Conduct, entitled Motion to Withdraw as Counsel for Pickens Financial Group LLC (the "Motion") at Docket No. 1103. Movant hereby certifies that the following is true and correct:

1.  Service of the Motion, Notice, and Proposed Order was timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules

of Bankruptcy Procedure and the Court's Local Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice on March 11, 2011.

    a. Mailing or other service of the Notice was timely made on all other creditors and parties of interest pursuant to L.B.R. 2002-1 and 9013-1, as shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice on March 11, 2021.

2. The Docket numbers for each of the following relevant documents are:

    a. The Motion and all documents attached thereto and served therewith (Doc. No. 1103);

    b. The Notice (Doc. No. 1104);

    c. The Certificate of Service of the Motion was attached to the Motion (Doc No, 1103);

    d. The Certificate of Service of the Notice was attached to the Notice (Doc. No. 1104);

    e. The Proposed Order (Doc. No 1103-2).

3. No objections to or requests for hearing on the Motion were received by the undersigned, or filed with the Court by the date designated in the Notice.

WHEREFORE, Movant prays that the Court forthwith enter an order granting the requested relief.

        Respectfully submitted,

        **Maynes, Bradford, Shipps & Sheftel, LLP**

        */s/ Thomas H. Shipps*
        Thomas H. Shipps
        */s/ Shay L. Denning*
        Shay L. Denning
        Maynes, Bradford, Shipps & Sheftel, LLP
        835 E. Second Ave., Suite 123

        Durango, CO  81301
        Telephone: (970) 247-1755
        Facsimile: (970) 247-8827
        Email: tshipps@mbssllp.com;
            sdenning@mbssllp.com

        and

        */s/ Barnet B. Skelton, Jr.*
        Barnet B. Skelton, Jr.
        Attorney at Law
        815 Walker, Suite 1502
        Houston, TX  77002
        Telephone: (713) 516-7450
        Facsimile: (713)659-8764
        Email: barnetbjr@msn.com

        Counsel for Movants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on June 9, 2021, the foregoing instrument was electronically filed and served via CM.ECF pursuant to L.B.R. 9036-1. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing. Additionally, service was made via U.S. First Class Mail to the following:

Pickens Financial Group LLC
Attn: Mike Pickens
10100 N Central Expressway, Suite 200
Dallas, Texas 75231

        */s/ Kate Potemkin*
        Kate Potemkin