UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930<br><br>  Debtor.<br><br>_____<br><br>SKLARCO, LLC<br>EIN: 72-1425432<br>  Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11<br><br><br><br><br>Case No. 20-12380-EEB<br><br>Chapter 11 |

### ORDER ALLOWING WITHDRAWAL OF COUNSEL FOR PICKENS FINANCIAL GROUP, LLC

UPON CONSIDERATION of the Motion to Withdraw as Counsel for Pickens Financial Group, LLC ("Motion") requesting authorization for Thomas H. Shipps and Shay L. Denning of Maynes, Bradford, Shipps & Sheftel, LLP, and Barnet B. Skelton, Jr. to withdraw as counsel for Pickens Financial Group, LLC ("Pickens"), and it appearing that notice was properly given and no adverse interest appearing, the Court hereby

ORDERS that Thomas H. Shipps and Shay L. Denning of Maynes, Bradford, Shipps & Sheftel, LLP, and Barnet B. Skelton, Jr. are hereby granted leave to withdraw as counsel for Pickens.

Dated: this 10th day of June, 2021.

BY THE COURT:

_Elizabeth E. Brown_
Honorable Elizabeth E. Brown
United States Bankruptcy Judge