UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
|   Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
|   Debtor. | ) | |

**ORDER ALLOWING WITHDRAWAL OF COUNSEL FOR TAUBER EXPLORATION & PRODUCTION COMPANY**

UPON CONSIDERATION of the Motion to Withdraw as Counsel for Tauber Exploration & Production Company ("Motion") requesting authorization for Thomas H. Shipps and Shay L. Denning of Maynes, Bradford, Shipps & Sheftel, LLP, and Barnet B. Skelton, Jr. to withdraw as counsel for Tauber Exploration & Production Company ("Tauber"), and the Court hereby

ORDERS that Thomas H. Shipps and Shay L. Denning of Maynes, Bradford, Shipps & Sheftel, LLP, and Barnet B. Skelton, Jr. are hereby granted leave to withdraw as counsel for Tauber.

Dated: this 10th day of June, 2021.

BY THE COURT;

_Elizabeth E. Brown_
Honorable Elizabeth E. Brown
United States Bankruptcy Judge