United States Bankruptcy Court
District of Colorado

In re:  
Sklar Exploration Company, LLC  
Sklarco, LLC  
    Debtors

Case No. 20-12377-EEB  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 9  
Date Rcvd: Jun 10, 2021     Form ID: pdf904     Total Noticed: 49

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Sklar Exploration Company, LLC, Sklarco, LLC, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301-2541 |
| aty | + | Benjamin Y. Ford, RSA Tower, 27th Floor, 11 North Water Street, Mobile, AL 36602-3809 |
| aty | + | Cook, Yancey, King & Galloway, APLC, 333 Texas Street, Suite 1700, P.O. Box 22260, Shreveport, LA 71120-2260 |
| cr | + | AEEC II, LLC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | AEH Investments, LLC, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| cr | + | Anderson Exploration Energy Company, LC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Barbara P Lawrence, 55 Hill Circle, Evergreen, CO 80439-4618 |
| cr | + | Barnette & Benefield, Inc., PO Box 550, Haynesville, LA 71038-0550 |
| cr | + | Bundero Investment Company, LLC, 401 Edwards Street, Suite 820, Shreveport, LA 71101-5521 |
| cr | + | Estate of Pamela Page, Deceased, P.O. Box 374, Evergreen, CO 80437-0374 |
| cr | + | Foote Oil and Gas Properties, LLC, 1655 Prudential Drive, #161B, Jacksonville, FL 32207-8105 |
| cr | + | Franks Exploration Company, LLC, P.O. Box 7655, Shreveport, LA 71137-7655 |
| cr | + | Hughes Oil South, LLC, P.O. Box 608, Oxford, MS 38655-0608 |
| cr | + | I & L Miss I, LP, 4761 Frank Luck Dr, Addison, TX 75001-3202 |
| cr | + | J&A Harris, LP, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| cr | + | John H. Smith, c/o Quitman Tank Solutions, LLC, PO Box 90, Quitman, MS 39355-0090 |
| cr | + | KMR Investments, LLC, P.O. Box 417, Homer, LA 71040-0417 |
| cr | + | Kingston, LLC, 2790 South Thompson Street, Suite 102, Springdale, AR 72764-6303 |
| cr | + | Kodiak Gas Services, LLC, 15320 Hwy. 105, Suite 210, Montgomery, TX 77356-2602 |
| cr | + | Pickens Financial Group, LLC, 10100 N. Central Expressway, Suite 200, Dallas, TX 75231-4169 |
| cr | + | Stoneham Drilling Corporation, c/o Bradley, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | + | Sugar Oil Properties, L.P., 625 Market Street, Suite 100, Shreveport, LA 71101-5392 |
| cr | + | TCP Cottonwood, L.P., 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Tauber Exploration & Production Company, 55 Waugh Drive, Suite 700, Houston, TX 77007-5837 |
| intp | | The Juneau Group, 2386A Rice Blvd. #232, Houston, TX 77005 |
| 18754408 | + | Anderson Investment Holdings, LP, AEEC II, LLC, 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |
| 18754411 | + | Apple River Investments, L.L.C., Attn Robert M. Boeve, President, 1503 Garfield Road North, Traverse City, MI 49696-1111 |
| 18754484 | + | East West Bank Treasury Department, 135 North Los Robles Avenue, Suite 600, ATTN Linda Cox, Pasadena, CA 91101-4549 |
| 18754510 | #+ | FPCC USA, Inc., 245 Commerce Green Blvd, Ste 250, Sugar Land, TX 77478-3760 |
| 18754497 | + | Fant Energy Limited, P.O. Box 55205, Houston, TX 77255-5205 |
| 18754529 | + | H&H Construction, LLC, Ladon E. Hall, Sole Manager, P.O. Box 850, Flomaton, AL 36441-0850 |
| 18754560 | | JD Fields & Company, Inc., P.O. Box 134401, Houston, TX 77219-4401 |
| 18754567 | + | JJS Working Interest LLC, 2001 Kirby Dr, Suite 1110, Houston, TX 77019-6081 |
| 18754578 | + | Kelley Brothers Contractors, Inc., P.O. Drawer 1079, Waynesboro, MS 39367-1079 |
| 18754588 | + | Kudzu Oil Properties, LLC, 300 Concourse Blvd, Suite 101, Ridgeland, MS 39157-2091 |
| 18754598 | # | Lucas Petroleum Group, Inc., 327 Congress Avenue, Suite 500, Austin, TX 78701-3656 |
| 18754612 | + | Meritage Energy, Ltd., C/O BKD, LLP, 2700 Post Oak Blvd, Ste 1500, Houston, TX 77056-5829 |
| 18754613 | | Mesa Fluids, LLC, c/o Juno Financial, P.O. Box 173928, Denver, CO 80217-3928 |
| 18754664 | | Pro-Tek Field Services, LLC, P.O. Box 919269, Dallas, TX 75391-9269 |
| 18754666 | + | Pruet Oil Company, LLC, 217 West Capitol St. Ste 201, Jackson, MS 39201-2099 |
| 18754673 | + | Rapad Well Service Co., Inc., 217 West Capitol Street, Jackson, MS 39201-2004 |
| 18754720 | #+ | Stoneham Drilling Corporation, 707 17th Street, Suite 3250, Denver, CO 80202-3433 |
| 18754721 | # | Strago Petroleum Corporation, 3209 Hamm Road, Pearland, TX 77581-5503 |
| 18754735 | + | TCP Cottonwood, L.P., 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |

| District/off: 1082-1 | User: admin | Page 2 of 9 |
|---|---|---|
| Date Rcvd: Jun 10, 2021 | Form ID: pdf904 | Total Noticed: 49 |

| | | |
|---|---|---|
| 18754760 | + | Union Oilfield Supply, Inc., 12 John Dykes Road, Waynesboro, MS 39367-8371 |

TOTAL: 45

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: cmccord@mccordprod.com | Jun 10 2021 23:06:00 | CTM 2005, Ltd., 55 Waugh Drive, Suite 515, Houston, TX 77007-5840 |
| cr | + Email/PDF: dor_tac_bankruptcy@state.co.us | Jun 11 2021 01:02:28 | Colorado Department Of Revenue, 1375 Sherman St., Room 504, Attention Bankruptcy Unit, Denver, CO 80261-3000 |
| cr | + Email/Text: bankruptcy@coag.gov | Jun 10 2021 23:07:00 | Colorado Department of Law, 1300 Broadway, 8th Floor, Denver, CO 80203-2104 |
| cr | Email/Text: tim.swanson@moyewhite.com | Jun 10 2021 23:07:00 | Kudzu Oil Properties, LLC, c/o Timothy M. Swanson, Moye White LLP, 1400 16th Street, 6th Floor, Denver, CO 80202 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Hall Management, LLC, 4913 Oak Point Drive |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2021          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam L. Hirsch | on behalf of Interested Party Howard F. Sklar adam.hirsch@dgslaw.com robin.anderson@dgslaw.com |
| Adam L. Hirsch | on behalf of Interested Party Howard Sklar Trust adam.hirsch@dgslaw.com robin.anderson@dgslaw.com |
| Amy Vazquez | on behalf of Creditor FPCC USA Inc. avazquez@joneswalker.com |
| Andrew James Shaver | on behalf of Creditor Premium Oilfield Services LLC ashaver@bradley.com |
| Armistead Mason Long | on behalf of Creditor Pine Island Chemical Solutions L.L.C. along@gamb.law |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 3 of 9 |
| Date Rcvd: Jun 10, 2021 | Form ID: pdf904 | Total Noticed: 49 |

Barnet B Skelton, Jr
    on behalf of Creditor Tauber Exploration & Production Company barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor MER Energy  LTD barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor MR Oil & Gas  LLC barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor I & L Miss I  LP barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor The Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor Pickens Financial Group  LLC barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor CTM 2005  Ltd. barnetbjr@msn.com

Belinda Harrison
    belindapittsharrison@gmail.com  belindapittsharrison@gmail.com

Brent R. Cohen
    on behalf of Creditor Fant Energy Limited bcohen@lrrc.com  brent-cohen-8759@ecf.pacerpro.com,jeastin@lrrc.com

Brian Rich
    on behalf of Creditor Fletcher Exploration  LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich
    on behalf of Creditor Fletcher Petroleum Company  LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich
    on behalf of Creditor Fletcher Petroleum Corp. brich@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com

Bryce Suzuki
    on behalf of Creditor East-West Bank bsuzuki@swlaw.com  tina.daniels@bclplaw.com

Bryce Suzuki
    on behalf of Intervenor East West Bank bsuzuki@swlaw.com  tina.daniels@bclplaw.com

Christopher Meredith
    on behalf of Attorney Copeland  Cook, Taylor & Bush, P.A. cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

Christopher Meredith
    on behalf of Creditor Eastern Fishing & Rental Tool Company  Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

Christopher Meredith
    on behalf of Creditor PAR Minerals Corporation cmeredith@cctb.com bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

Christopher Meredith
    on behalf of Creditor Coastal Exploration  Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;2363508420@filings.docketbird.com

Christopher D. Johnson
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors cjohnson@munsch.com  scurry@munsch.com

Christopher M. Crowley
    on behalf of Creditor Liquid Gold Well Service  Inc. ccrowley@fncmlaw.com

Craig M. Geno
    on behalf of Creditor Alabama Oil Company cmgeno@cmgenolaw.com kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com

Craig M. Geno
    on behalf of Creditor Kudzo Oil Properties  LLC cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com

Craig M. Geno
    on behalf of Creditor Kudzu Oil Properties  LLC cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com

Craig M. Geno

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 4 of 9 |
| Date Rcvd: Jun 10, 2021 | Form ID: pdf904 | Total Noticed: 49 |

    on behalf of Creditor Apple River Investments LLC cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com;spurvis@cmgenolaw.com;cmgeno@ecf.courtdrive.com

Daniel L. Bray
    on behalf of Creditor Weatherford U.S. L.P. daniel.bray@huschblackwell.com, ann.stolfa@huschblackwell.com;LegalSupportTeam-Litigation-DEN@huschblackwell.com;daniel-bray-5348@ecf.pacerpro.com

David M. Miller
    on behalf of Creditor Bri-Chem Supply Corp. LLC dmiller@spencerfane.com, akarant@spencerfane.com

David R Taggart
    on behalf of Creditor JF Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

David R Taggart
    on behalf of Interested Party JF Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

David R Taggart
    on behalf of Creditor JH Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

Deanna L. Westfall
    on behalf of Creditor Colorado Department Of Revenue deanna.westfall@coag.gov bncmail@w-legal.com

Duane Brescia
    on behalf of Creditor Seitel Data Ltd. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com

Duane Brescia
    on behalf of Creditor Lucas Petroleum Group Inc. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com

Duane Brescia
    on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com djaenike@clarkhill.com;ckclark@clarkhill.com

Elizabeth Helen Weller
    on behalf of Creditor McLeod ISD beth.weller@lgbs.com

Elizabeth Helen Weller
    on behalf of Creditor Atlanta ISD beth.weller@lgbs.com

Elizabeth Helen Weller
    on behalf of Creditor Linden-Kildare CISD beth.weller@lgbs.com

Eric Lockridge
    on behalf of Creditor Sugar Oil Properties L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

Eric Lockridge
    on behalf of Creditor Anderson Exploration Energy Company L.C. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

Eric Lockridge
    on behalf of Creditor Anderson Exploration Energy Company LC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

Eric Lockridge
    on behalf of Creditor TCP Cottonwood L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

Eric Lockridge
    on behalf of Creditor AEEC II LLC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

Florence Bonaccorso-Saenz
    on behalf of Creditor Louisiana Department of Revenue florence.saenz@la.gov

Glenn Taylor
    on behalf of Creditor Coastal Exploration Inc. gtaylor@cctb.com

Glenn Taylor
    on behalf of Creditor PAR Minerals Corporation gtaylor@cctb.com

Glenn Taylor
    on behalf of Creditor Eastern Fishing & Rental Tool Company Inc. gtaylor@cctb.com

Grant Matthew Beiner
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors gbeiner@munsch.com

James B. Bailey
    on behalf of Creditor Stoneham Drilling Corporation jbailey@bradley.com ashaver@bradley.com,jbailey@ecf.courtdrive.com

Jeffery Dayne Carruth
    on behalf of Creditor Halliburton Energy Services Inc. jcarruth@wkpz.com

Jeffrey R. Barber
 on behalf of Creditor FPCC USA  Inc. jbarber@joneswalker.com

Jeffrey S. Brinen
 on behalf of Debtor Sklar Exploration Company  LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jeffrey S. Brinen
 on behalf of Debtor Sklarco  LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jennifer Hardy
 on behalf of Creditor JJS Interests Steele Kings  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
 on behalf of Creditor JJS Working Interests  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
 on behalf of Creditor JJS Interests Escambia  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Norris Soto
 on behalf of Creditor Barnette & Benefield  Inc. jennifersoto@arklatexlaw.com, curtisshelton@arklatexlaw.com,

Jenny M.F. Fujii
 on behalf of Defendant Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
 on behalf of Debtor Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
 on behalf of Cross-Claimant Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
 on behalf of Debtor Sklarco  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jeremy L Retherford
 on behalf of Creditor RAPAD Well Service Co.  Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
 on behalf of Creditor Pruet Production Co. jretherford@balch.com  kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
 on behalf of Plaintiff Pruet Production Co. jretherford@balch.com  kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
 on behalf of Creditor Pruet Oil Company  LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
 on behalf of Interested Party Pruet Production Co. jretherford@balch.com  kskelton@balch.com,skynerd@pruet.com

Jim F Spencer, Jr
 on behalf of Creditor Landmark Exploration  LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
 on behalf of Creditor Lexington Investments  LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
 on behalf of Creditor Landmark Oil and Gas  LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
 on behalf of Creditor Stone Development  LLC jspencer@watkinseager.com, mryan@watkinseager.com

John Cornwell
 on behalf of Creditor Committee The Official Committee of Unsecured Creditors jcornwell@munsch.com
 hvalentine@munsch.com

John Thomas Oldham
 on behalf of Creditor Kodiak Gas Services  LLC joldham@okinadams.com, bmoore@okinadams.com

Jonathan Dickey
 on behalf of Creditor Foote Oil & Gas Properties  LLC jmd@kutnerlaw.com, vlm@kutnerlaw.com

Jordan B. Bird
 on behalf of Creditor Bundero Investment Company  LLC jordan.bird@cookyancey.com

Jordan B. Bird
 on behalf of Attorney Cook  Yancey, King & Galloway, APLC jordan.bird@cookyancey.com

Jordan B. Bird
 on behalf of Creditor J&A Harris  LP jordan.bird@cookyancey.com

Jordan B. Bird
 on behalf of Creditor Hughes Oil South  LLC jordan.bird@cookyancey.com

Jordan B. Bird

| | |
|---|---|
| | on behalf of Creditor Franks Exploration Company LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor Hall Management LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor Kingston LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor AEH Investments LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor KMR Investments LLC jordan.bird@cookyancey.com |
| Joseph D. DeGiorgio | |
| | on behalf of Creditor Ford Motor Credit Company LLC josephde@bdfgroup.com |
| Joseph Eric Bain | |
| | on behalf of Creditor FPCC USA Inc. jbain@joneswalker.com, kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com |
| Katherine A Ross | |
| | on behalf of Creditor Bureau of Land Management katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine A Ross | |
| | on behalf of Creditor Office of Natural Resources Revenue katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine A Ross | |
| | on behalf of Creditor Internal Revenue Service katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine Guidry Douthitt | |
| | on behalf of Creditor Dickson Oil & Gas L.L.C. kdouthitt@bwor.com |
| Katherine Guidry Douthitt | |
| | on behalf of Creditor C. Bickham Dickson III kdouthitt@bwor.com |
| Kelsey Jamie Buechler | |
| | on behalf of Creditor Foote Oil and Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com |
| Kelsey Jamie Buechler | |
| | on behalf of Creditor Foote Oil & Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com |
| Keri L. Riley | |
| | on behalf of Debtor Sklarco LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Keri L. Riley | |
| | on behalf of Debtor Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Keri L. Riley | |
| | on behalf of Defendant Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Kevin S. Neiman | |
| | on behalf of Plaintiff Plains Marketing L.P. kevin@ksnpc.com |
| Kevin S. Neiman | |
| | on behalf of Counter-Defendant Plains Marketing L.P. kevin@ksnpc.com |
| Kevin S. Neiman | |
| | on behalf of Creditor Plains Marketing L.P. kevin@ksnpc.com |
| Kevin S. Neiman | |
| | on behalf of Creditor Plains Gas Solutions LLC kevin@ksnpc.com |
| Lee M. Kutner | |
| | on behalf of Debtor Sklar Exploration Company LLC vlm@kutnerlaw.com |
| Lee M. Kutner | |
| | on behalf of Debtor Sklarco LLC vlm@kutnerlaw.com |
| Madison M. Tucker | |
| | on behalf of Creditor FPCC USA Inc. mtucker@joneswalker.com, madison-tucker-7703@ecf.pacerpro.com |
| Matthew Okin | |
| | on behalf of Creditor Kodiak Gas Services LLC mokin@okinadams.com |
| Matthew J. Ochs | |
| | on behalf of Creditor Pruet Oil Company LLC mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Matthew J. Ochs | |
| | on behalf of Creditor RAPAD Well Service Co. Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com |

Case:20-12377-MER   Doc#:1313   Filed:06/12/21   Entered:06/12/21 22:15:54   Page7 of 10

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 7 of 9 |
| Date Rcvd: Jun 10, 2021 | Form ID: pdf904 | Total Noticed: 49 |

| | |
|---|---|
| Matthew J. Ochs | on behalf of Creditor Pruet Production Co. mjochs@hollandhart.com  tldevlin@hollandhart.com |
| Matthew J. Ochs | on behalf of Plaintiff Pruet Production Co. mjochs@hollandhart.com  tldevlin@hollandhart.com |
| Michael Niles | on behalf of Creditor Fletcher Exploration  LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael Niles | on behalf of Creditor Fletcher Petroleum Company  LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael Niles | on behalf of Creditor Fletcher Petroleum Corp. mniles@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael Schuster | on behalf of Interested Party Louisiana Tower Operating LLC schusterm@ballardspahr.com  henningc@ballardspahr.com |
| Michael D Rubenstein | on behalf of Interested Party BPX Properties (NA) LP mdrubenstein@liskow.com |
| Michael D Rubenstein | on behalf of Interested Party BP America Production Company mdrubenstein@liskow.com |
| Michael J. Guyerson | on behalf of Creditor Estate of Pamela Page  Deceased , celina@kjblawoffice.com;teresa@kjblawoffice.com |
| Michael J. Guyerson | on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com  celina@kjblawoffice.com;teresa@kjblawoffice.com |
| P. Matthew Cox | on behalf of Creditor Ally Bank pmc@scmlaw.com  mw@scmlaw.com |
| Paul Moss | on behalf of U.S. Trustee US Trustee Paul.Moss@usdoj.gov |
| Robert Padjen | on behalf of Creditor Colorado Department of Law Robert.padjen@coag.gov |
| Robert L Paddock | on behalf of Creditor Strago Petroleum Corporation rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L Paddock | on behalf of Creditor Gateway Exploration  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Robert L Paddock | on behalf of Creditor Meritage Energy Ltd rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L Paddock | on behalf of Creditor Harvest Gas Management  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Robert L Paddock | on behalf of Creditor GCREW Properties  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Ryan Lorenz | on behalf of Creditor Juno Financial LLC RLorenz@ClarkHill.com |
| Ryan Seidemann | on behalf of Creditor State of Louisiana  Depatment of Natural Resources, Office of Mineral Resources seidemannr@ag.louisiana.gov |
| Ryco Exploration, LLC. | rsmith.ryco@att.net |
| Shay L. Denning | on behalf of Creditor Tauber Exploration & Production Company sdenning@mbssllp.com |
| Shay L. Denning | on behalf of Creditor I & L Miss I  LP sdenning@mbssllp.com |
| Shay L. Denning | on behalf of Creditor MR Oil & Gas  LLC sdenning@mbssllp.com |
| Shay L. Denning | on behalf of Creditor CTM 2005  Ltd. sdenning@mbssllp.com |
| Shay L. Denning | on behalf of Creditor Rudman Partnership sdenning@mbssllp.com |
| Shay L. Denning | |

Case:20-12377-MER Doc#:1313 Filed:06/12/21 Entered:06/12/21 22:15:54 Page8 of 10

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 8 of 9 |
| Date Rcvd: Jun 10, 2021 | Form ID: pdf904 | Total Noticed: 49 |

| | |
|---|---|
| | on behalf of Creditor Pickens Financial Group LLC sdenning@mbssllp.com |
| Shay L. Denning | |
| | on behalf of Creditor MER Energy LTD sdenning@mbssllp.com |
| Stephen K. Lecholop, II | |
| | on behalf of Creditor McCombs Energy Ltd. slecholop@rpsalaw.com, amartinez@rpsalaw.com |
| Stephen K. Lecholop, II | |
| | on behalf of Creditor McCombs Exploration LLC slecholop@rpsalaw.com, amartinez@rpsalaw.com |
| Theodore J. Hartl | |
| | on behalf of Interested Party Louisiana Tower Operating LLC hartlt@ballardspahr.com blessingb@ballardspahr.com |
| Thomas H Shipps | |
| | on behalf of Creditor MER Energy LTD tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor Tauber Exploration & Production Company tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor I & L Miss I LP tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor The Rudman Partnership tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor Pickens Financial Group LLC tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor CTM 2005 Ltd. tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor MR Oil & Gas LLC tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor Rudman Partnership tshipps@mbssllp.com |
| Timothy C. Mohan | |
| | on behalf of Cross Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Creditor Lufkin Industries LLC tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Creditor Baker Petrolite LLC tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Creditor GE Oil & Gas Pressure Control US tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Creditor Baker Hughes Oilfield Operations LLC tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Cross Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Defendant Baker Hughes Oilfield Operations Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Creditor Baker Hughes Holdings LLC FKA Baker Hughes, a GE Company LLC tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Alabama Oil & Gas LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Kudzu Oil Properties LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company LLC and Sklarco, LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Alabama Oil Company tim.swanson@moyewhite.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 9 of 9 |
| Date Rcvd: Jun 10, 2021 | Form ID: pdf904 | Total Noticed: 49 |

audra.albright@moyewhite.com;hope.stone@moyewhite.com

Timothy M. Swanson

on behalf of Creditor Kudzo Oil Properties LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com

Timothy M. Swanson

on behalf of Creditor Apple River Investments LLC tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com

Timothy Michael Riley

on behalf of Attorney Hopping Green & Sams timothyr@hgslaw.com

Tyler Lee Weidlich

on behalf of Creditor Pro-Tek Field Services LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com

Tyler Lee Weidlich

on behalf of Creditor Pioneer Wireline Services LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com

US Trustee

USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 167

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

## ORDER ALLOWING WITHDRAWAL OF COUNSEL FOR PICKENS FINANCIAL GROUP, LLC

UPON CONSIDERATION of the Motion to Withdraw as Counsel for Pickens Financial Group, LLC ("Motion") requesting authorization for Thomas H. Shipps and Shay L. Denning of Maynes, Bradford, Shipps & Sheftel, LLP, and Barnet B. Skelton, Jr. to withdraw as counsel for Pickens Financial Group, LLC ("Pickens"), and it appearing that notice was properly given and no adverse interest appearing, the Court hereby

ORDERS that Thomas H. Shipps and Shay L. Denning of Maynes, Bradford, Shipps & Sheftel, LLP, and Barnet B. Skelton, Jr. are hereby granted leave to withdraw as counsel for Pickens.

Dated: this 10th day of June, 2021.

BY THE COURT:

*Elizabeth E. Brown*
Honorable Elizabeth E. Brown
United States Bankruptcy Judge