| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|------------------|------|-------|-----------|-------------|
| 5/6/2021 | Avery Alcorn | Bankruptcy Case Admin | 525 | 0.5 | 262.50 | Review hedging model from Holmes Gwin, construct discussion points to identify hedge strategy for SklarCo |
| 5/3/2021 | Todd Bearup | Business Operations | 550 | 0.5 | 275.00 | Review, approve, question, send wires while interacting w/ accounting |
| 5/3/2021 | Todd Bearup | Business Operations | 550 | 0.5 | 275.00 | Review daily field reports from the weekend. Daily production reports from the weekend. And the check-off book. |
| 5/4/2021 | Todd Bearup | Business Operations | 550 | 0.5 | 275.00 | Weekly ops discussion and follow-up. |
| 5/4/2021 | Todd Bearup | Business Operations | 550 | 0.4 | 220.00 | Review, approve, send wires while interacting w/ accounting |
| 5/5/2021 | Todd Bearup | Business Operations | 550 | 0.5 | 275.00 | Correspondence w/ debtor's counsel and land re: settlement and payout of suspense funds for certain parties. |
| 5/5/2021 | Todd Bearup | Business Operations | 550 | 0.4 | 220.00 | Weekly proposed A/P discussion and follow-up. |
| 5/6/2021 | Todd Bearup | Business Operations | 550 | 0.5 | 275.00 | Review daily field reports and daily operations reports for week. Correspodndence w/ Epiq and accounting. |
| 5/7/2021 | Todd Bearup | Business Operations | 550 | 0.8 | 440.00 | Discussion/correspondence w/ CFO re: Mississippi LoCs replacements/wires. |
| 5/9/2021 | James Katchadurian | Business Operations | 725 | 1.0 | 725.00 | to do list review (1.0) |
| 5/10/2021 | Todd Bearup | Business Operations | 550 | 0.5 | 275.00 | Review ops reports for weekend. Review, approve send wires. |
| 5/10/2021 | James Katchadurian | Business Operations | 725 | 0.2 | 145.00 | email w T Bearup re various (0.2); |
| 5/10/2021 | James Katchadurian | Business Operations | 725 | 0.2 | 145.00 | call w Sklar team and EWB re hedging going forward (0.2); |
| 5/10/2021 | James Katchadurian | Business Operations | 725 | 1.0 | 725.00 | various emails re hedges and review of model\data to support hedging (1.0) |
| 5/10/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | Call w A Alcorn re Hedge data (0.5) |
| 5/11/2021 | Todd Bearup | Business Operations | 550 | 0.4 | 220.00 | Weekly Ops call and follow-up. |
| 5/11/2021 | Todd Bearup | Business Operations | 550 | 0.6 | 330.00 | Review, discuss, approve and send wires. |
| 5/11/2021 | James Katchadurian | Business Operations | 725 | 0.8 | 580.00 | prepare dilligence requests for brad walker - email\call w K Riley re same (0.8) |
| 5/11/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | various emails re ops issues \ boulder lease (0.5) |
| 5/11/2021 | James Katchadurian | Business Operations | 725 | 1.0 | 725.00 | Call w B Walker and K Riley re transition (1.0); |
| 5/12/2021 | Todd Bearup | Business Operations | 550 | 0.6 | 330.00 | Review payroll per controller, approve and send payroll wire. |
| 5/12/2021 | Todd Bearup | Business Operations | 550 | 0.5 | 275.00 | Weekly Ops call and follow-up. |
| 5/12/2021 | James Katchadurian | Business Operations | 725 | 1.5 | 1,087.50 | Call w Brad Walker re transition (1.5); |
| 5/13/2021 | James Katchadurian | Business Operations | 725 | 0.3 | 217.50 | review and approve payroll (0.3) |
| 5/13/2021 | James Katchadurian | Business Operations | 725 | 1.0 | 725.00 | Call w Brad Walker re transition (1.0); |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 5/14/2021 | Todd Bearup | Business Operations | 550 | 0.4 | 220.00 | |
| | | | | | | Correspondence w/ CRO re: cash position. Correspondence w/ debtor's counsel, Controller, CFO re: US Trustee fees. |
| 5/17/2021 | Todd Bearup | Business Operations | 550 | 0.5 | 275.00 | Review, approve and wire payments. Review ops information from weekend. |
| 5/17/2021 | James Katchadurian | Business Operations | 725 | 1.0 | 725.00 | create agenda for onsite meeting w B Walker and related diligence prep (1.0) |
| 5/17/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | |
| | | | | | | Call w M Jones\J Strasser re agenda (0.5); |
| 5/18/2021 | Todd Bearup | Business Operations | 550 | 0.8 | 440.00 | Weekly Ops call w/ CFO, COO and Ops. Discussion w/ Controller re: check run. |
| 5/18/2021 | James Katchadurian | Business Operations | 725 | 1.0 | 725.00 | Working Dinner w B Walker (1.0); |
| 5/18/2021 | James Katchadurian | Business Operations | 725 | 2.0 | 1,450.00 | |
| | | | | | | lunch meeting w B Walker\M Jones\ J Strasser and related meet and great (2.0) |
| 5/18/2021 | James Katchadurian | Business Operations | 725 | 2.5 | 1,812.50 | Company overview w M Jones\B Walker\J Strasser (2.5); |
| 5/19/2021 | Todd Bearup | Business Operations | 550 | 0.5 | 275.00 | Working through wiring issues when Joe is out for a few days. |
| 5/19/2021 | James Katchadurian | Business Operations | 725 | 4.0 | 2,900.00 | Onsite working session w B Walker and Sklar team (4.0) |
| 5/19/2021 | James Katchadurian | Business Operations | 725 | 1.0 | 725.00 | meeting w K Riley\J Brinen and B Walker and related followup (1.0) |
| 5/20/2021 | Todd Bearup | Business Operations | 550 | 0.4 | 220.00 | Review, approve and send wires. |
| 5/20/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | review of jibs v revenue analysis (0.5); |
| 5/23/2021 | James Katchadurian | Business Operations | 725 | 0.3 | 217.50 | review open issues list (0.3) |
| 5/24/2021 | Todd Bearup | Business Operations | 550 | 0.8 | 440.00 | Review, approve, send wires. Review Revenue Run. |
| 5/25/2021 | Todd Bearup | Business Operations | 550 | 0.5 | 275.00 | Review, approve wires, timing of Southern Pine payment. |
| 5/25/2021 | James Katchadurian | Business Operations | 725 | 0.3 | 217.50 | |
| | | | | | | Call w J Strasser re fant production (0.3); |
| 5/26/2021 | Todd Bearup | Business Operations | 550 | 0.5 | 275.00 | Review, approve payroll. |
| 5/26/2021 | Todd Bearup | Business Operations | 550 | 0.6 | 330.00 | Review, approve and send wires. |
| 5/27/2021 | James Katchadurian | Business Operations | 725 | 0.5 | 362.50 | Call w K Riley \J Brinen re transition issues (0.5) |
| 5/28/2021 | Todd Bearup | Business Operations | 550 | 0.7 | 385.00 | Review, approve and send wires |
| 5/28/2021 | Todd Bearup | Business Operations | 550 | 0.6 | 330.00 | Weekly acct. A/P disbursement call. |
| 5/29/2021 | James Katchadurian | Business Operations | 725 | 1.0 | 725.00 | Review of various emails from Stan Kynerd (1.0) |
| 5/3/2021 | Todd Bearup | Cash Management | 550 | 0.8 | 440.00 | |
| | | | | | | Work on proposed A/P run with accounting. |
| 5/3/2021 | Todd Bearup | Cash Management | 550 | 1.5 | 825.00 | Prep model for actuals and and update forecast. |
| 5/4/2021 | Todd Bearup | Cash Management | 550 | 1.6 | 880.00 | Work with accounting for coding prior week's actuals. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|-----------------|------|-------|-----------|-------------|
| 5/5/2021 | Todd Bearup | Cash Management | 550 | 1.9 | 1,045.00 | Finalize weekly variance report and updated cash fcst. Provide to CRO. |
| 5/5/2021 | Todd Bearup | Cash Management | 550 | 1.4 | 770.00 | Work on proposed AFE spreadsheet to review with mgmt team and CRO. |
| 5/6/2021 | Todd Bearup | Cash Management | 550 | 1.1 | 605.00 | Correspondence w/ CRO, CFO, COO and controller re: various cash flow related matters. |
| 5/7/2021 | Todd Bearup | Cash Management | 550 | 1.7 | 935.00 | Modify cash fcst tool to include AFE scenario analysis for proposed June AFEs |
| 5/10/2021 | Todd Bearup | Cash Management | 550 | 1.5 | 825.00 | Update discussion w/ CFO re: cash related expenses re: Mississippi LoCs and potential upcoming management proposed AFEs. |
| 5/10/2021 | Todd Bearup | Cash Management | 550 | 1.8 | 990.00 | Prep forecast for actuals and update based on latest intel. |
| 5/11/2021 | Todd Bearup | Cash Management | 550 | 1.8 | 990.00 | Work w/ accounting re: coding last week's actuals. Update cash forecast. |
| 5/11/2021 | Todd Bearup | Cash Management | 550 | 1.2 | 660.00 | Finalize AFE proposal and provide all docs to CRO. |
| 5/12/2021 | Todd Bearup | Cash Management | 550 | 1.9 | 1,045.00 | Finalize VAR report and updated cash forecast. |
| 5/17/2021 | Todd Bearup | Cash Management | 550 | 1.7 | 935.00 | Update JIB/AR vs. Suspense file for a view of collectable receivables. |
| 5/17/2021 | Todd Bearup | Cash Management | 550 | 1.9 | 1,045.00 | Prep model for actuals, update with latest intel. |
| 5/18/2021 | Todd Bearup | Cash Management | 550 | 1.8 | 990.00 | Work on VAR report w/ accounting. |
| 5/18/2021 | Todd Bearup | Cash Management | 550 | 1.5 | 825.00 | Finalize VAR report and update cash forecast. Provide to CRO. |
| 5/20/2021 | Todd Bearup | Cash Management | 550 | 0.4 | 220.00 | Update cash forecast |
| 5/24/2021 | Todd Bearup | Cash Management | 550 | 1.8 | 990.00 | Prep model for actuals and update cash forecast with latest inetl. |
| 5/25/2021 | Todd Bearup | Cash Management | 550 | 1.9 | 1,045.00 | Work w/ accounting for coding of prior week actuals and VAR report. |
| 5/26/2021 | Todd Bearup | Cash Management | 550 | 1.8 | 990.00 | Finalize VAR report and updated cash forecast. Provide to CRO. |
| 5/28/2021 | Todd Bearup | Cash Management | 550 | 0.5 | 275.00 | Update Cash Forecast. |
| 5/3/2021 | Todd Bearup | Claims Management | 550 | 0.6 | 330.00 | Discussion w/ Controller, CFO re: response to Epiq's claim reconciliation request. |
| 5/18/2021 | Todd Bearup | Debtor Issues | 550 | 0.5 | 275.00 | Tour and intros of staff with Independent Manager |
| 5/18/2021 | Todd Bearup | Debtor Issues | 550 | 1.8 | 990.00 | Lunch and subsequent discussions w/ Independent Manager. |
| 5/19/2021 | Todd Bearup | Debtor Issues | 550 | 1.5 | 825.00 | Continue discussing debtor issues w/ CRO, CFO, COO and IM. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|-----------------|------|-------|-----------|-------------|
| 5/19/2021 | Todd Bearup | Debtor Issues | 550 | 1.9 | 1,045.00 | Continue update discussions w/ Independent Manager. |
| 5/19/2021 | Todd Bearup | Debtor Issues | 550 | 2.0 | 1,100.00 | Walk through JIB/AR vs. Suspense analysis, cash forecast and VAR report with Independent Manager. |
| 5/19/2021 | Todd Bearup | Debtor Issues | 550 | 0.9 | 495.00 | Discussion w/ CRO and Independent Manager and follow-up requests. |
| 5/20/2021 | Todd Bearup | Debtor Issues | 550 | 1.0 | 550.00 | Update JIB-AR vs. Suspense analysis at request of Ind. Mgr. |
| 5/20/2021 | Todd Bearup | Debtor Issues | 550 | 0.8 | 440.00 | Update professional fee analysis for CRO. |
| 5/21/2021 | Todd Bearup | Debtor Issues | 550 | 1.8 | 990.00 | Work on various analysis at request of CRO and/or Ind. Mgr. |
| 5/21/2021 | Todd Bearup | Debtor Issues | 550 | 1.5 | 825.00 | Work on various analysis at request of CRO and/or Ind. Mgr. |
| 5/24/2021 | Todd Bearup | Debtor Issues | 550 | 0.5 | 275.00 | Correspondence w/ CRO, CFO and controller |
| 5/24/2021 | Todd Bearup | Debtor Issues | 550 | 1.5 | 825.00 | Provide various data and spreadsheets to CRO at his request re: suspense codes and insurance. |
| 5/27/2021 | Todd Bearup | Debtor Issues | 550 | 1.0 | 550.00 | Work w/ CRO, Controller, CFO re: several different issues. |
| 5/28/2021 | Todd Bearup | Debtor Issues | 550 | 2.1 | 1,155.00 | Court hearing and follow-up. |
| 5/21/2021 | Todd Bearup | Expense - Meals | 99 | | 99.27 | Lunch with CRO, COO, CFO and new Ind. Mgr |
| 5/21/2021 | Todd Bearup | Expense - Meals | 60 | | 60.19 | Working lunch with management team, CRO and Ind. Mgr. |
| 5/3/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip to/from client |
| 5/4/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip to/from client |
| 5/5/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip to/from client |
| 5/7/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip to/from client |
| 5/10/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip between home/client |
| 5/11/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip between home/client |
| 5/12/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip between home/client |
| 5/13/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip between home/client |
| 5/17/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip between home/client |
| 5/18/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip between home/client |
| 5/19/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip between home/client |
| 5/20/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip between home/client |
| 5/21/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip between home/client |
| 5/24/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip between home/client |
| 5/25/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip between home/client |
| 5/26/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip between home/client |
| 5/28/2021 | Todd Bearup | Expense - Mileage | 18 | | 18.14 | Roundtrip between home/client |
| 4/15/2021 | James Katchadurian | Expense - Transportatic | 174 | | 173.56 | Transport home from Lga |
| 5/10/2021 | Todd Bearup | Fee Applications | 550 | 1.5 | 825.00 | Work on April Fee App |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|-----------------|------|-------|-----------|-------------|
| 5/11/2021 | Todd Bearup | Fee Applications | 550 | 1.8 | 990.00 | Finish up April Fee App and provide to CRO for approval. |
| 5/13/2021 | Todd Bearup | Fee Applications | 550 | 0.8 | 440.00 | Modify and update April fee app per CRO. |
| 5/11/2021 | James Katchadurian | Litigation | 725 | 1.0 | 725.00 | Call re discovery \ plan objections (1.0); |
| 5/12/2021 | James Katchadurian | Litigation | 725 | 0.5 | 362.50 | various emails re discovery issues (0.5); |
| 5/14/2021 | James Katchadurian | Litigation | 725 | 0.5 | 362.50 | Call w K Riley re plan issues (0.5); |
| 5/14/2021 | James Katchadurian | Litigation | 725 | 0.5 | 362.50 | Call re Skelton Discovery w Counsel and Co. (0.5); |
| 5/28/2021 | Todd Bearup | Operating Reports | 550 | 1.0 | 550.00 | Review April MOR. |
| 5/3/2021 | James Katchadurian | Plan Issues | 725 | 0.3 | 217.50 | review of rudman response (0.3); |
| 5/3/2021 | James Katchadurian | Plan Issues | 725 | 0.2 | 145.00 | Call w L Newman re projections (0.2) |
| 5/3/2021 | James Katchadurian | Plan Issues | 725 | 1.2 | 870.00 | call w K Riley\D Graham\B Ford \M Jones\ J Strausser re resignation\transition schedule and other plan objections (1.2) |
| 5/3/2021 | James Katchadurian | Plan Issues | 725 | 1.0 | 725.00 | Call w T Pohl re term sheet and various followup up correspondence \ vmails (1.0); |
| 5/4/2021 | James Katchadurian | Plan Issues | 725 | 1.0 | 725.00 | review of various emails re plan issues\discovery requests\ar updates and other operational issues (1.0) |
| 5/4/2021 | James Katchadurian | Plan Issues | 725 | 0.3 | 217.50 | various emails re meeting with Brad Walker (0.3) |
| 5/4/2021 | James Katchadurian | Plan Issues | 725 | 0.2 | 145.00 | Various emails re stoneham plan language (0.2); |
| 5/5/2021 | James Katchadurian | Plan Issues | 725 | 0.3 | 217.50 | emails re hedge analysis and review of same (0.3); |
| 5/5/2021 | James Katchadurian | Plan Issues | 725 | 0.3 | 217.50 | emails re discovery dispute (0.3) |
| 5/6/2021 | James Katchadurian | Plan Issues | 725 | 0.5 | 362.50 | various emails re transition of the gas plant (0.5) |
| 5/6/2021 | James Katchadurian | Plan Issues | 725 | 0.5 | 362.50 | various emails re hedges and call w H Gwinn re same (0.5) |
| 5/6/2021 | James Katchadurian | Plan Issues | 725 | 0.7 | 507.50 | review of variance reports/13 week cashflow and emails w T Bearup re same (0.7); |
| 5/7/2021 | James Katchadurian | Plan Issues | 725 | 1.0 | 725.00 | Call re Ad Hoc Committee requests w Sklar team and related followup (1.0) |
| 5/10/2021 | Avery Alcorn | Plan Issues | 525 | 0.4 | 210.00 | Call with Mary Lou Allen, Stuart Bonomo, Holmes Gwin, JK RE hedge strategy, confirmation of volumes in reserve report, execution plan |
| 5/10/2021 | Avery Alcorn | Plan Issues | 525 | 0.3 | 157.50 | Call with JK RE hedging proposal from Holmes Gwin, discussion of hedge levels and strategy |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 5/10/2021 | Avery Alcorn | Plan Issues | 525 | 0.1 | 52.50 | Review East West Bank commodity update, hedge quotes for oil and gas contained within |
| 5/10/2021 | Avery Alcorn | Plan Issues | 525 | 0.2 | 105.00 | Call with Holmes Gwin RE hedge strategy, actual production volumes for last 6 months versus hedge limitations in bank facility |
| 5/12/2021 | James Katchadurian | Plan Issues | 725 | 1.0 | 725.00 | review of plan and ds revisions (1.0); |
| 5/12/2021 | James Katchadurian | Plan Issues | 725 | 0.3 | 217.50 | Various emails re transition plan and timelines\dataroom (0.3) |
| 5/13/2021 | Avery Alcorn | Plan Issues | 525 | 0.1 | 52.50 | Follow up with John Strausser, JK RE request for documentation of COPAS overhead by property for SklarEx operated properties |
| 5/13/2021 | James Katchadurian | Plan Issues | 725 | 2.0 | 1,450.00 | Review of por and transition plan assumptions and related model (2.0) |
| 5/14/2021 | James Katchadurian | Plan Issues | 725 | 1.5 | 1,087.50 | Call w B Walker re transition (1.5); |
| 5/14/2021 | James Katchadurian | Plan Issues | 725 | 0.2 | 145.00 | followup on NDA (0.2); |
| 5/14/2021 | James Katchadurian | Plan Issues | 725 | 1.0 | 725.00 | various emails re discovery and open plan issues (1.0); |
| 5/16/2021 | James Katchadurian | Plan Issues | 725 | 0.5 | 362.50 | various emails re depositions (0.5); |
| 5/16/2021 | James Katchadurian | Plan Issues | 725 | 1.2 | 870.00 | review of amended plan and plan supplement (1.2); |
| 5/17/2021 | James Katchadurian | Plan Issues | 725 | 0.2 | 145.00 | various emails re depo (0.2) |
| 5/19/2021 | James Katchadurian | Plan Issues | 725 | 1.0 | 725.00 | Dinner w K Riley\J Brinen (1.0); |
| 5/20/2021 | James Katchadurian | Plan Issues | 725 | 0.5 | 362.50 | emails re balloting process and related (0.5) |
| 5/21/2021 | James Katchadurian | Plan Issues | 725 | 1.0 | 725.00 | Various emails and calls re Transition Plan and related (1.0); |
| 5/24/2021 | Avery Alcorn | Plan Issues | 525 | 0.9 | 472.50 | Call with JK RE Sklar operating model assumptions, timing of transition to new Brooklyn operator, review of updated model during working session |
| 5/24/2021 | Avery Alcorn | Plan Issues | 525 | 1.0 | 525.00 | Update SklarEx, SklarCo operating model for change of operator from SklarEx to another operator, compare model variant to prior live version |
| 5/24/2021 | Avery Alcorn | Plan Issues | 525 | 0.2 | 105.00 | Call with JK RE Sklar operating model changes, revisions requested and extension through year-end 2021 |
| 5/24/2021 | Avery Alcorn | Plan Issues | 525 | 0.6 | 315.00 | Update SklarEx, SklarCo operating model for prices as of 05/24/21 |
| 5/24/2021 | James Katchadurian | Plan Issues | 725 | 0.8 | 580.00 | Call w A Alcorn re model revisions \suspense analysis review (0.8); |
| 5/24/2021 | James Katchadurian | Plan Issues | 725 | 0.3 | 217.50 | emails re budget revisions (0.3) |
| 5/24/2021 | James Katchadurian | Plan Issues | 725 | 1.0 | 725.00 | Model review and Suspense account analysis (1.0); |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|------------------|------|-------|-----------|-------------|
| 5/24/2021 | James Katchadurian | Plan Issues | 725 | 1.0 | 725.00 | various emails re ops issues (1.0) |
| 5/24/2021 | James Katchadurian | Plan Issues | 725 | 1.0 | 725.00 | Call w K Riley, J Brinen \D Graham\ S Lloyd & J Strausser (1.0); |
| 5/24/2021 | James Katchadurian | Plan Issues | 725 | 1.0 | 725.00 | Call w K Riley (0.3); Calls\emails re update to operating budget - review budget and research revisions (1.0) |
| 5/24/2021 | James Katchadurian | Plan Issues | 725 | 0.4 | 290.00 | emails w B Walker re insurance - research and revert re same (0.4) |
| 5/25/2021 | Avery Alcorn | Plan Issues | 525 | 0.1 | 52.50 | Follow up with Holmes Gwin RE discussion requested on hedging strategy |
| 5/25/2021 | Avery Alcorn | Plan Issues | 525 | 0.3 | 157.50 | Generate wolfepak reports for Ad Valorem taxes, revenue suspense |
| 5/25/2021 | Avery Alcorn | Plan Issues | 525 | 0.2 | 105.00 | Create master file for all ad valorem taxes paid from Wolfepak, create cross-references to JOA contracts |
| 5/25/2021 | Avery Alcorn | Plan Issues | 525 | 0.5 | 262.50 | Complete ad valorem tax analysis for historical SklarEx, generate summary and send to JK for review |
| 5/25/2021 | Avery Alcorn | Plan Issues | 525 | 0.4 | 210.00 | Analyze revenue suspense by category from Wolfepak GL output, generate summary of revenue suspense by suspense code |
| 5/25/2021 | Avery Alcorn | Plan Issues | 525 | 0.3 | 157.50 | Call with JK RE Fant objection, ad valorem tax historical payments, revenue suspense amounts |
| 5/25/2021 | Avery Alcorn | Plan Issues | 525 | 0.1 | 52.50 | Call with Holmes Gwin RE detailed liabilities by JOA or lease for purposes of SklarEx operator change data room |
| 5/25/2021 | Avery Alcorn | Plan Issues | 525 | 0.6 | 315.00 | Review revenue versus JIB for SklarCo trust entities, compare to data from John Strausser RE Fant objection |
| 5/25/2021 | Avery Alcorn | Plan Issues | 525 | 0.3 | 157.50 | Create historical payment summary by well for ad valorem taxes beginning January 2018 |
| 5/25/2021 | Avery Alcorn | Plan Issues | 525 | 0.2 | 105.00 | Call with Todd Bearup RE ad valorem taxes paid last year on operated properties, revenue suspense reconciliation by owner and suspense code |
| 5/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.8 | 420.00 | Analyze accounts payable detail exports for unique IDs to match outstanding accounts payable invoices, generate new reports from Wolfepak |
| 5/26/2021 | Avery Alcorn | Plan Issues | 525 | 1.1 | 577.50 | Create master dataset for all outstanding accounts payable by cost center, create cross references to lease and property tables |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|------|-----------|------------------|------|-------|------------|-------------|
| 5/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.9 | 472.50 | Review documentation produced for Fant Energy, compare to CRO report, confirm output from Wolfepak matches report produced |
| 5/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.5 | 262.50 | Analyze bank account activity for SklarCo, SklarEx for month of September 2019 confirm additional net transfers from SklarCo to SklarEx |
| 5/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.7 | 367.50 | Generate reports from Wolfepak for billable accounts, accounts payable, export to Excel workbooks |
| 5/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.5 | 262.50 | Update accounts payable workbook for cross references to leases, create data model to analyze post petition payables by lease and JOA |
| 5/26/2021 | Avery Alcorn | Plan Issues | 525 | 1.1 | 577.50 | Review cross-reference errors for accounts payble matching to individual properties and leases for data room |
| 5/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.2 | 105.00 | Call with JK RE objection to plan from Fant, request to follow up with John Strausser |
| 5/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.6 | 315.00 | Complete pivot table summary of post petition liabilities by property and JOA, send to John Strausser, Holmes Gwin, JK for additional review and comment |
| 5/26/2021 | Avery Alcorn | Plan Issues | 525 | 0.4 | 210.00 | Call with John Strausser RE Fant objection, request for document production |
| 5/26/2021 | James Katchadurian | Plan Issues | 725 | 1.0 | 725.00 | pre-call w Keri and Sklar team re open requests (1.0) |
| 5/26/2021 | James Katchadurian | Plan Issues | 725 | 0.5 | 362.50 | various emails re open issues from Stan Kynerd (0.5) |
| 5/26/2021 | James Katchadurian | Plan Issues | 725 | 0.2 | 145.00 | Call w Stan Kynerd (0.2); |
| 5/26/2021 | James Katchadurian | Plan Issues | 725 | 1.0 | 725.00 | Call with counsel for Ad-Hoc\UCC\EWK \ Sklar (1.0) |
| 5/27/2021 | Avery Alcorn | Plan Issues | 525 | 0.5 | 262.50 | Review prior analysis for trust activity Howard Trust contributions to SklarCo, generate report for last 4 years of SklarCo revenue versus JIB |
| 5/27/2021 | Avery Alcorn | Plan Issues | 525 | 0.7 | 367.50 | Call with JK RE JIB versus Revenue analysis for SklarCo, discussion of information produced for Fant document request |
| 5/27/2021 | Avery Alcorn | Plan Issues | 525 | 0.2 | 105.00 | Update sklar operating model for ad valorem tax assumptions for YE 2021, send updated model to JK |
| 5/27/2021 | James Katchadurian | Plan Issues | 725 | 0.5 | 362.50 | Call w J Strausser re transition (0.5); |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 5/27/2021 | James Katchadurian | Plan Issues | 725 | 0.5 | 362.50 | Call w M Jones\J Strausser re various and retention issues (0.5); |
| 5/27/2021 | James Katchadurian | Plan Issues | 725 | 0.4 | 290.00 | Call w Stan Kynerd (0.4) |
| 5/27/2021 | James Katchadurian | Plan Issues | 725 | 0.3 | 217.50 | emails re insuance contacts and outreach by Pruett (0.3); |
| 5/27/2021 | James Katchadurian | Plan Issues | 725 | 1.0 | 725.00 | Call w A Alcorn re various \ model revision and cash analysis and related followup (1.0); |
| 5/28/2021 | Avery Alcorn | Plan Issues | 525 | 0.1 | 52.50 | Call with JK RE revenue versus JIB analysis for pre-petition period |
| 5/28/2021 | Avery Alcorn | Plan Issues | 525 | 0.8 | 420.00 | Generate reports from Wolfepak for SklarCo revenue minus JIB for 4 years preceeding the petition date, reconcile calculations against amounts produced to Fant Energy |
| 5/28/2021 | Avery Alcorn | Plan Issues | 525 | 0.9 | 472.50 | Create summary of Howard Trust bank account activity for 4 years prior to the petition date, send summary of finding to JK for review |
| 5/28/2021 | James Katchadurian | Plan Issues | 725 | 1.0 | 725.00 | Hearing prep (1.0) |
| 5/28/2021 | James Katchadurian | Plan Issues | 725 | 1.5 | 1,087.50 | Hearing before judge brown (1.5); |
| 5/28/2021 | James Katchadurian | Plan Issues | 725 | 0.5 | 362.50 | followup calls \ emails w K Riley (0.5); |
| 5/28/2021 | James Katchadurian | Plan Issues | 725 | 0.5 | 362.50 | Followup calls w J Strausser and M Jones (0.5); |
| 5/28/2021 | James Katchadurian | Plan Issues | 725 | 0.5 | 362.50 | Review of various emails from Stan Kynerd (0.5) |
| 5/18/2021 | James Katchadurian | Travel Time | 363 | 6.0 | 2,175.00 | Travel to Boulder (6.0) |
| 5/20/2021 | James Katchadurian | Travel Time | 363 | 6.0 | 2,175.00 | Travel to NYC (6.0); |