# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: )<br>)<br>SKLAR EXPLORATION COMPANY, LLC )<br>EIN: 72-1417930 )<br>)<br>           Debtor-in-Possession. )<br>)<br>) | Case No. 20-12377-EEB<br><br>Chapter 11 |
| IN RE: )<br>)<br>SKLARCO, LLC )<br>EIN: 72-1425432 )<br>)<br>)<br>)<br>)<br>           Debtor-in-Possession. ) | Case No. 20-12380-EEB<br><br>Chapter 11 |

## STIPULATION TO EXTENSION OF DEADLINE TO FILE RESPONSE TO FIRST OMNIBUS OBJECTION TO INCORRECTLY FILED CLAIMS

The Debtor Sklarco, LLC ("**Sklarco**"), and Pruet Production Co. ("**Pruet**") both in its individual capacity and as agent for the Claimholders (as herein defined), by and through their undersigned attorneys, hereby enter into this Stipulation to Extension of Deadline to File Response to First Omnibus Objection to Incorrectly filed Claims (the "**Stipulation**") as follows:

### Recitals

WHEREAS, on May 21, 2021, Sklarco filed its First Omnibus Objection to Incorrectly Filed Claims [Doc. 1259] (the "**Claims Objection**") by which Sklarco objected to claims of certain claim holders identified in the Claims Objection for whom Pruet serves as agent (the "**Claimholders**")[1];

---

[1] The Claimholders are: Babe Development LLC; DBC Resources II LP; DBC Resources LP; Don B. Saunders Trust; Four-D LLC; GJR Investments Inc.; Hanson Operating Company Inc.; Hughes 2000 CT LLC; Joyco Investments LLC; Pam Lin Corporation; Paula W. Denley LLC; Petroleum Investments Inc.; Sugar Oil Properties LP; and Wallace

WHEREAS, the deadline for the Claimholders to respond to the Claims Objection currently is set for June 21, 2021.

WHEREAS, Sklarco and Pruet, on behalf of the Claimholders, are in discussions regarding resolution of the Claims Objection without the need of court intervention;

WHEREAS, to facilitate these discussions, Sklarco has agreed to extend the deadline to respond to the Claims Objection until July 21, 2021.

WHEREFORE, the Parties pray the Court enter an Order approving this Stipulation, extending the date by which the Claimholders are to file a response to the Claims Objection until July 21, 2021, and for such further and additional relief that may appear just and proper.

Dated: June 18, 2021

| | |
|---|---|
| *s/Keri Riley* | *s/Matthew J. Ochs* |
| Keri Riley | Matthew J. Ochs |
| KUTNER BRINEN DICKEY RILEY, P.C. | HOLLAND & HART LLP |
| 1660 Lincoln Street, Suite 1850 | 555 Seventeenth Street, Suite 3200 |
| Denver, CO 80264 | Denver, Colorado 80201-8749 |
| Telephone: (303) 832-2400 | Telephone: (303) 295-8299 |
| Email: klr@kutnerlaw.com | Email: mjochs@hollandhart.com |
| **Attorney for Sklarco, LLC** | -and- |
| | *s/Jeremy L. Retherford* |
| | Jeremy L. Retherford |
| | BALCH & BINGHAM LLP |
| | 1901 Sixth Avenue North, Suite 1500 |
| | Birmingham, Alabama 35203-4642 |
| | Telephone: (205) 226-3479 |
| | Email: jretherford@balch.com |
| | ***Attorneys for Pruet Production Co. in its individual capacity and as agent of the Claimholders*** |

---

& Wallace LLC. The Claims Objection includes an objection to the claim filed by White Resources, LLC. Pruet does not act as agent for White Resources and that entity is not included in the definition of "Claimholders" as used herein.

## CERTIFICATE OF SERVICE

I certify that on June 18, 2021, the foregoing was electronically filed with the Court via the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

                                                               _s/ Matthew J. Ochs_

16915175_v1