# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:  )<br>  )<br>SKLAR EXPLORATION COMPANY, LLC  )<br>EIN: 72-1417930  )<br>  )<br>  )<br>       Debtor-in-Possession.  )<br>  ) | Case No. 20-12377-EEB<br><br>Chapter 11 |
| IN RE:  )<br>  )<br>SKLARCO, LLC  )<br>EIN: 72-1425432  )<br>  )<br>  )<br>  )<br>       Debtor-in-Possession.  ) | Case No. 20-12380-EEB<br><br>Chapter 11 |

**ORDER APPROVING STIPULATION TO EXTENSION OF DEADLINE TO FILE RESPONSE TO FIRST OMNIBUS OBJECTION TO INCORRECTLY FILED CLAIMS**

THIS MATTER, having come before the Court on the Stipulation to Extension of Deadline to File Response to First Omnibus Objection to Incorrectly filed Claims (the "**Stipulation**"), the Court having reviewed the Stipulation and finding good cause for granting the requested relief, does hereby

ORDERED That the Stipulation is approved. The date by which the Claimholders (defined in the Stipulation) must file a response to the Claims Objection (defined in the Stipulation) is hereby extended until July 21, 2021.

Done and entered this ____ day of _____, 2021.

BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge