## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: SKLAR EXPLORATION COMPANY, LLC<br>Debtor | CHAPTER 11<br>CASE NO. 20-12377-EEB |
| IN RE: SKLARCO, LLC<br>Debtor | CHAPTER 11<br>CASE NO. 20-12380-EEB |
| | Jointly Administered Under<br>Case No. 20-12377-EEB |

### MOTION TO WITHDRAW AS COUNSEL

COME NOW the Law Offices of Craig M. Geno, PLLC and the law firm of Moye White LLP (the "Movants"), and file this their Motion to Withdraw as Counsel (the "Motion"), and in support thereof, would respectfully show unto this Honorable Court as follows, to-wit:

1. Movants have entered appearances in the above-styled and numbered Chapter 11 cases on behalf of Kudzu Oil Properties, LLC ("Kudzu").

2. Good cause exists to grant the requested relief. Kudzu has indicated to Movants that it no longer wish to litigate its claims and is amenable to allowing the bankruptcy cases to proceed accordingly. Kudzu has instructed Movants to take no further action on its behalf and to file a motion to withdraw as counsel. Movants do not wish to continue representing Kudzu under these circumstances. Kudzu has not elected to retain alternative counsel at this time; however, Movants have notified Kudzu that new counsel will be required if Kudzu wishes to appear in the future in this matter.

3. Kudzu has actual notice of the Motion to Withdraw.

4. The Court retains jurisdiction in this matter.

5. Kudzu's last known mailing address and telephone number is:

>Kudzu Oil Properties, LLC
>c/o Wirt A. Yerger, III, Manager
>300 Concourse Boulevard, Suite 101
>Ridgeland, Mississippi 39157-2091
>(601) 709-2285

6. Kudzu has the burden of keeping the Court informed of the mailing address, and any change thereof, where notices, pleadings and other documents may be served.

7. Kudzu is a legal entity, therefore, it has the obligation to hire another attorney to prepare for any hearing or trial in a contested matter or adversary proceeding and to appear on Kudzu's behalf at any future hearing or trial.

8. Kudzu is responsible for complying with all Court orders and time limitations established by any applicable statute, rule, or the Rules.

9. Kudzu has the obligation to decide whether to respond to any motion that may be filed in this case after the withdrawal of counsel, to file a timely response, and to respond to any Court orders requiring a response.

10. If Kudzu fails or refuses to meet these burdens, Kudzu may suffer sanctions, including the default or dismissal of any pending contested matter, adversary proceeding, and/or be unable to advance future arguments to the Court.

   a. The dates of pending matters and filing deadlines, including trials and hearings on contested matters or adversary proceedings are included in Exhibit "A", attached hereto and by reference incorporated herein.

11. The foregoing matters will not be delayed or affected by the withdrawal of counsel.

12. Service of process may be made upon Kudzu at the address in the Court's database.

13. Kudzu, as a legal entity, cannot appear without an attorney admitted to practice before this Court, and absent prompt appearance of a substitute attorney, pleadings, motions, and other

documents may be stricken, and default judgment or other sanctions may be imposed against the entity.

14. Kudzu and any other interested parties have the right to object to the proposed withdrawal of the Movants by filing with the Court an objection to the Movants' Motion to Withdraw within seven (7) days after filing the notice.

15. Other grounds to be assigned upon a hearing hereof.

WHEREFORE, PREMISES CONSIDERED, Movants respectfully pray that upon a hearing hereof this Honorable Court will enter its order authorizing and allowing the Movants to withdraw as counsel for Kudzu Oil Properties, LLC. Movants pray for general relief.

THIS, the 24th day of June, 2021.

Respectfully submitted,

_____
Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

-and-

Timothy M. Swanson (47267)
MOYE WHITE LLP
1400 16th Street, 6th Floor
Denver, CO 80202
303-292-2900 - Telephone
303-292-4510 - Facsimile
tim.swanson@moyewhite.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on June 24, 2021, the foregoing instrument was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

Paul Moss, Esq.
US Trustee's Office
paul.moss@usdoj.gov
USTPRegion19.DV.ECF@usdoj.gov

Stoneham Drilling Corporation
(Representative: Heather Stickel)
c/o James B. Bailey, Esq.
jbailey@bradley.com
ashaver@bradley.com
jbailey@ecf.courtdrive.com

TCP Cottonwood, L.P.
(Representative: Kyle C. McInnis)
c/o Eric Lockridge, Esq.
eric.lockridge@keanmiller.com
stephanie.gray@keanmiller.com
3303634420@filings.docketbird.com

J. Eric Lockridge, Esq.
eric.lockridge@keanmiller.com
stephanie.gray@keanmiller.com
3303634420@filings.docketbird.com

James B. Bailey, Esq.
jbailey@bradley.com
ashaver@bradley.com
jbailey@ecf.courtdrive.com

Katherine Guidry Douthitt, Esq.
kdouthitt@bwor.com

Michel D. Rubenstein, Esq.
mdrubenstein@liskow.com

Jeremy L. Retherford, Esq.
jretherford@balch.com
kskelton@balch.com

Madison Tucker, Esq.
mtucker@joneswalker.com
madison-tucker-7703@ecf.pacerpro.com

Amy L. Vazquez, Esq.
avazquez@joneswalker.com

Christopher H. Meredith, Esq.
Glenn G. Taylor, Esq.
cmeredith@cctb.com
bankruptcy-group@cctb.com
2363508420@filings.docketbird.com
gtaylor@cctb.com

David R. Taggart, Esq.
dtaggart@bradleyfirm.com
kburnley@bradleyfirm.com
nmobley@bradleyfirm.com

Paul H. Stephenson III, Esq.
Jim F. Spencer, Jr., Esq.
pstephenson@watkinseager.com
jspencer@watkinseager.com
mryan@watkinseager.com

Robert L. Paddock, Esq.
rpaddock@buckkeenan.com
myers@buckkeenan.com

David M. Miller, Esq.
dmiller@spencerfane.com
akarant@spencerfane.com

Kevin S. Neiman, Esq.
kevin@ksnpc.com

Ryan J. Lorenz, Esq.
rlorenz@clarkhill.com

Curtis R. Shelton, Esq.
Jennifer Norris Soto, Esq.
curtisshelton@arklatexlaw.com
jennifersoto@arklatexlaw.com

Katherine A. Ross, Esq.
U.S. Attorney's Office for the District of Colorado
Assistant United States Attorney
katherine.ross@usdoj.gov
USACO.ECFCivil@usdoj.gov
caseview.ecf@usdoj.gov
megan.ingebrigtsen@usdoj.gov

Stephen K. Lecholop II, Esq.
slecholop@rpsalaw.com
amartinez@rpsalaw.com

Theodore J. Hartl, Esq.
hartlt@ballardspahr.com
blessingb@ballardspahr.com

Belinda Harrison
belindapittsharrison@gmail.com

Jeff Carruth, Esq.
jcarruth@wkpz.com

Chris Crowley, Esq.
ccrowley@bdfgroup.com

Timothy C. Mohan, Esq.
tmohan@foley.com
tim.mohan4@gmail.com

Rapad Well Service Company, Inc.
(Representative: Chesley James)
c/o Jeremy Retherford, Esq.
jretherford@balch.com
kskelton@balch.com

Bryce A. Suzuki, Esq.
bsuzuki@swlaw.com
tina.daniels@bclplaw.com

Timothy M. Riley, Esq.
timothyr@hgslaw.com

Duane J. Brescia, Esq.
dbrescia@clarkhill.com
djaenike@clarkhill.com
ckclark@clarkhill.com

Matthew J. Ochs, Esq.
mjochs@hollandhart.com
tldevlin@hollandhart.com

Robert Padjen, Esq.
Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
robert.padjen@coag.gov
deanna.westfall@coag.gov
bncmail@w-legal.com

Joseph E. Bain, Esq.
jbain@joneswalker.com
kvrana@joneswalker.com
joesph-bain-8368@ecf.pacerpro.com

Jeffrey Barber, Esq.
jbarber@joneswalker.com

Daniel L. Bray, Esq.
daniel.bray@huschblackwell.com
ann.stolfa@huschblackwell.com
legalsupporttean-litigation-den@huschblackwell.com
daniel-bray-5348@ecf.pacerpro.com

Kelsey J. Buechler, Esq.
jamie@kjblawoffice.com
sharon@kjblawoffice.com

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
mokin@okinadams.com
joldham@okinadams.com
bmoore@okinadams.com

Ryco Exploration, LLC
ATTN: M. Robin Smith
rsmith.ryco@att.net

Jordan B. Bird, Esq.
jordan.bird@cookyancey.com

Michael L. Niles, Esq.
Brian G. Rich, Esq.
mniles@bergersingerman.com
brich@bergersingerman.com
efile@bergersingerman.com
efile@ecf.inforuptcy.com

John D. Cornwell, Esq.
Grant M. Beiner, Esq.
Christopher D. Johnson, Esq.
jcornwell@munsch.com
hvalentine@munsch.com
gbeiner@munsch.com
cjohnson@munsch.com
scurry@munsch.com

Ryan M. Seidemann, Esq.
Assistant Attorney General
Civil Division/Lands and Natural Resources
seidemannr@ag.louisiana.gov

Jennifer J. Hardy, Esq.
jhardy2@willkie.com
moa@willkie.com

Brent Cohen, Esq.
bcohen@lrrc.com
brent-cohen-8759@ecf.pacerpro.com
jeastin@lrrc.com

Armistead M. Long, Esq.
along@gamb.law

Andrew J. Shaver, Esq.
ashaver@bradley.com

Casey C. Breese, Esq.
cbreese@wsmtlaw.com

Michael E. Riddick, Esq.
Katherine Guidry Douthill, Esq.
mriddick@bwor.com
kdouthitt@bwor.com

Adam L. Hirsch, Esq.
adam.hirsch@dgslaw.com
robin.anderson@dgslaw.com

Florence Bonaccorso-Saenz, Esq.
florence.saenz@la.gov

P. Matthew Cox, Esq.
pmc@scmlaw.com
mw@scmlaw.com

Joseph D. DeGiorgio, Esq.
josephde@bdfgroup.com

Shay L. Denning, Esq.
Thomas H. Shipps, Esq.
Barnet B. Skelton, Jr., Esq.
sdenning@mbssllp.com
tshipps@mbssllp.com
barnetbjr@msn.com

Michael L. Schuster, Esq.
schusterm@ballardspahr.com
henningc@ballardspahr.com

Tyler L. Weidlich, Esq.
tweidlich@bwenergylaw.com
efile@bwenergylaw.com

Elizabeth H. Weller, Esq.
beth.weller@lgbs.com

Kelley Brothers Contractors, Inc.
(Representative: Jerry R. Kelley)
cmcmillan@kelleycompanies.com

John H. Smith
Quitman Tank Solutions, LLC
john.smith@quitmantanksolutions.com

Keri L. Riley, Esq.
Jeffrey S. Brinen, Esq.
Jenny M.F. Fuji, Esq.
Lee Kutner, Esq.
klr@kutnerlaw.com
jsb@kutnerlaw.com
jmf@kutnerlaw.com
vlm@kutnerlaw.com
lmk@kutnerlaw.com

Victoria Argeroplos, Esq.
vargeroplos@jw.com

In addition, service was made via U.S. First Class Mail to the following:

Apple River Investments, LLC
c/o Robert M. Boeve, President
1503 Garfield Road North
Traverse City, Michigan 49696-1111

Alabama Oil Company
c/o Walker Sturdivant, Partner
P.O. Box 230
Glendora, Mississippi 38928-0230

Kudzu Oil Properties, LLC
c/o Wirt A. Yerger, III, Manager
300 Concourse Boulevard, Suite 101
Ridgeland, Mississippi 39157-2091

Pickens Financial Group LLC
Attn: Mike Pickens
10100 N Central Expressway, Suite 200
Dallas, Texas 75231

Tauber Exploration & Production Company
Attn: Jim Goolsby, Jr., General Counsel
55 Waugh Drive, Suite 700
Houston, TX 77007

Mesa Fluids, LLC
(Representative: Aaron W. Merrell)
1669 South 580 East
American Fork, UT 84057

Baker Hughes Company
(Representative: Christopher J. Ryan)
2001 Rankin Road
Houston, TX 77073

Benjamin Y. Ford
RSA Tower, 27th Floor
11 North Water Street
Mobile, AL 36602

THIS, the 24th day of June, 2021.

/s/ Craig M. Geno
Craig M. Geno

N:\Firm Data\Users\Bankrupt\Kudzu Oil, Apple River, Alabama Oil (Sklar Bkcy)\Pleadings\Mot to Withdraw as Counsel - Kudzu Oil 6-18-21.wpd

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: SKLAR EXPLORATION COMPANY, LLC<br>Debtor | | CHAPTER 11<br>CASE NO. 20-12377-EEB |
| IN RE: SKLARCO, LLC<br>Debtor | | CHAPTER 11<br>CASE NO. 20-12380-EEB |

Jointly Administered Under
Case No. 20-12377-EEB

# EXHIBIT "A"

| Docket No. | Description | Deadline |
|---|---|---|
| 1286/1287 | 1286 - TRANSCRIPT<br>1287 - NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION<br>Deadline to file request for redaction | 6/25/2021 |
| 1158/1159 | 1158 - TRANSCRIPT<br>1159 - NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION<br>Transcript made available for remote electronic access | 6/28/2021 |
| 1276 | MINUTE ORDER<br>Debtor to complete uploads of relevant documents to the data room relating to SEC's remaining properties | 6/30/2021 |
| 1276 | MINUTE ORDER<br>Howard Sklar to verify in writing on behalf of himself and the Sklar family trusts that he manages that: (1) the assets listed on Sklarco's schedules are complete and accurate; and (2) that the assets are actually owned by Sklarco and not merely managed by Sklarco on behalf of the Sklar family trusts and/or others | 6/30/2021 |
| 1276 | MINUTE ORDER<br>If Howard Sklar cannot make the representations listed above, Sklarco shall amend its schedules to accurately portray the assets it owns as well as a list of the assets it manages on behalf of others; Howard Sklar to verify in writing that the amended schedules of Sklarco are complete and accurate | 6/30/2021 |

-9-

| Docket No. | Description | Deadline |
|---|---|---|
| 1286/1287 | 1286 - TRANSCRIPT<br>1287 - NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION<br>Redacted transcript due | 7/6/2021 |
| 1191/1192 | 1191 - TRANSCRIPT<br>1192 - NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION<br>Transcript made available for remote electronic access | 7/19/2021 |
| 1259 | FIRST OMNIBUS OBJECTION TO INCORRECTLY FILED CLAIMS (SKLARCO, LLC)<br>Objection deadline | 7/21/2021 |
| 1285 | ORDER APPROVING AMENDED NINTH STIPULATION EXTENDING THE COMMITTEE'S CHALLENGE PERIOD UNDER THE FINAL CASH COLLATERAL ORDER<br>Challenge period extended | 7/31/2021 |
| 1286/1287 | 1286 - TRANSCRIPT<br>1287 - NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION<br>Transcript made available for remote electronic access | 9/2/2021 |