## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:  SKLAR EXPLORATION COMPANY, LLC  Debtor | CHAPTER 11  CASE NO. 20-12377-EEB |
| IN RE:  SKLARCO, LLC  Debtor | CHAPTER 11  CASE NO. 20-12380-EEB |

Jointly Administered Under
Case No. 20-12377-EEB

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

UPON CONSIDERATION of the Motion to Withdraw as Counsel (the "Motion") **[DK #____]** requesting authorization for the Law Offices of Craig M. Geno, PLLC and the law firm of Moye White LLP to withdraw as counsel for Kudzu Oil Properties, LLC ("Kudzu"), and it appearing that notice was properly given and no adverse interest appearing, the Court hereby FINDS that the Motion is well-taken and the relief requested therein should be granted. It is, therefore,

ORDERED that the Law Offices of Craig M. Geno, PLLC and the law firm of Moye White LLP are hereby granted leave to withdraw as counsel for Kudzu.

**Dated: _____**

**BY THE COURT:**

_____
**Honorable Elizabeth E. Brown**
**United States Bankruptcy Judge**