UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: SKLAR EXPLORATION COMPANY, LLC<br>Debtor | CHAPTER 11<br>CASE NO. 20-12377-EEB |
| IN RE: SKLARCO, LLC<br>Debtor | CHAPTER 11<br>CASE NO. 20-12380-EEB |

Jointly Administered Under
Case No. 20-12377-EEB

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

UPON CONSIDERATION of the Motion to Withdraw as Counsel (the "Motion") **[DK #____]** requesting authorization for the Law Offices of Craig M. Geno, PLLC and the law firm of Moye White LLP to withdraw as counsel for Alabama Oil Company ("Alabama Oil"), and it appearing that notice was properly given and no adverse interest appearing, the Court hereby FINDS that the Motion is well-taken and the relief requested therein should be granted. It is, therefore,

ORDERED that the Law Offices of Craig M. Geno, PLLC and the law firm of Moye White LLP are hereby granted leave to withdraw as counsel for Alabama Oil.

**Dated:** _____

**BY THE COURT:**

_____
**Honorable Elizabeth E. Brown**
**United States Bankruptcy Judge**

N:\Firm Data\Users\Bankrupt\Kudzu Oil, Apple River, Alabama Oil (Sklar Bkcy)\Pleadings\Order - Mot to Withdraw as Counsel - Alabama Oil 6-18-21.wpd