## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLORADO

IN RE:  SKLAR EXPLORATION COMPANY, LLC
      Debtor

CHAPTER 11
CASE NO. 20-12377-EEB

IN RE:  SKLARCO, LLC
      Debtor

CHAPTER 11
CASE NO. 20-12380-EEB

Jointly Administered Under
Case No. 20-12377-EEB

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

UPON CONSIDERATION of the Motion to Withdraw as Counsel (the "Motion") **[DK #____]** requesting authorization for the Law Offices of Craig M. Geno, PLLC and the law firm of Moye White LLP to withdraw as counsel for Apple River Investments, LLC ("Apple River"), and it appearing that notice was properly given and no adverse interest appearing, the Court hereby FINDS that the Motion is well-taken and the relief requested therein should be granted.  It is, therefore,

ORDERED that the Law Offices of Craig M. Geno, PLLC and the law firm of Moye White LLP are hereby granted leave to withdraw as counsel for Apple River.

**Dated:** _____

**BY THE COURT:**

_____
**Honorable Elizabeth E. Brown**
**United States Bankruptcy Judge**

N:\Firm Data\Users\Bankrupt\Kudzu Oil, Apple River, Alabama Oil (Sklar Bkcy)\Pleadings\Order - Mot to Withdraw as Counsel - Apple River 6-18-21.wpd