# RESIGNATION AND TRANSITION SCHEDULE

## *OVERVIEW OF TIMETABLE FOR WIND DOWN OF SEC OPERATIONS*

This Resignation and Transition Schedule is intended for supplementary purposes. To the extent a conflict exists between this Schedule and an Operating Agreement, including without limitation, Unit Operating Agreements, the applicable Operating Agreement will control.

1. The anticipated schedule for the resignation and transition of SEC's operations to one or more successor operators is attached hereto as Exhibit 1, and is broken out by geographical region. It is SEC's goal to identify a potential successor operator for each property that is willing and capable of undertaking the duties of an operator, although SEC cannot unilaterally select the successor. Instead, the working interest owners as to each property will first have to elect the successor in accordance with the respective Operating Agreement, following which the applicable state regulatory agency will have to approve the elected successor before the successor is effectively in place. SEC has already begun efforts to identify potential successors to facilitate working interest owners in electing a successor operator.

To further facilitate an expedient and orderly transition to a successor operator SEC has created data room(s) that potential successor operators may need to review prior to accepting such a position and prior to a vote to select such operator as SEC's successor. All data rooms were completed by June 18, 2021, and SEC has provided additional information to potential successor operators based on requests.

Data room access will be provided to potential successor operators upon execution of a non-disclosure agreement. During the due diligence period, potential successor operators may, upon reasonable notice, arrange to inspect the subject property, and SEC field operators shall be made reasonably available to facilitate such inspection. Notwithstanding anything to the contrary, nothing contained herein is intended to limit or restrict the ability of any working interest owner to propose a successor operator or request a meeting to vote on the change of operator and/or the successor operator to the extent allowed under the applicable Operating Agreement.

2. Once the required due diligence period has concluded with one or more potential successor operators identified, SEC will promptly tender its written resignation as operator in accordance with the applicable Operating Agreement, which will be accompanied by a written ballot proposal to all working interest owners concerning the election of a successor operator. For the avoidance of a doubt, the data room shall remain open and available to potential successor operators through the applicable voting period and until the successor operator is confirmed in accordance with the applicable Operating Agreement and State and Federal Law.

If affirmative ballots approving the election of the successor operator are received within the applicable time period and by the required percentages, the successor will be deemed duly elected. The appropriate state regulatory agencies will be notified immediately, if they have not already been notified, that this process has begun to assist the successor operator in receiving requisite approvals in an expeditious manner.

If insufficient affirmative ballots approving the successor operator are received within the required timeframe, SEC may, in its discretion and as permitted by the applicable operating agreements, resolicit the election of a successor operator or proceed in accordance with Paragraph 3 below.

3. If the due diligence period has concluded but no potential successor operator has been identified, SEC will promptly tender its written resignation as operator, which will be accompanied by a notice calling for a meeting of working interest owners under the applicable Operating Agreement for the purpose of selecting a successor operator. The required meeting will be within a reasonable period of time under the circumstances and the provisions of the applicable operating agreement. The appropriate state regulatory agencies will be notified immediately, if they have not already been notified, that this process has begun. SEC assumes that a successor operator would be elected by the required number of affirmative votes at this meeting. If no successor operator can be elected by the required number of votes, SEC may, in its discretion, revise its anticipated timetable for effectuating a transition to ensure that the well remains operational until a duly elected successor operator can take over operations in accordance with applicable State and Federal Law and regulations.

4. Once a successor operator has been duly elected under the applicable operating agreement, SEC will work cooperatively with that successor to logistically prepare for the successor to take over actual operations. These logistical efforts include plans for the transfer of physical operations, the transfer of documents related to the operations, the sharing of accounting and title data sufficient to allow the successor to assume all required accounting functions, including, without limitation, the payment of royalty and working interest owner revenue and the issuance of JIB's, and liability insurance issues.

5. SEC will reasonably cooperate with the duly elected successor to determine the timing and process under which the applicable change of operator forms, petitions, or other materials should be filed with the agency.

6. Once the required filings have been made with the applicable state regulatory bodies, the timetable largely depends on the discretion of the state agency. In most cases, SEC anticipates that the successor's approval will be obtained within 60 days of filing, but if the agency requires an evidentiary hearing prior to approval of the successor, completion of required hearings and approval of the successor operator could take as long as 3-4 months. SEC will continue actual operations until such time as the successor has been duly elected by the working interest owners and duly approved by the state agency.

7. Once the applicable state agency has approved the successor operator, SEC will obtain, to the extent possible, a release or discharge from any bonding or other obligations that SEC may have with the applicable state agency.

8. The transition to a new operator will occur in accordance with industry standards. It is anticipated that the effective date of the transfer of operations to the successor operator will be on the first day of the month next following the date the successor operator is approved by the relevant state agency. As such, the successor operator will be responsible for the payment and JIBs of all

operational expenses incurred from the effective date forward and the distribution of revenues from all production occurring from the effective date forward. To the extent necessary, at the discretion of the Independent Manager, SEC may contract with the successor operator for a short period of time following the effective date under which SEC would continue to provide operational services to allow the successor sufficient time to effectuate the transition.

9. In the event of a dispute during or regarding the transition, such disputes shall be adjudicated in the applicable State or County Court for the property at issue and in accordance with the relevant Operating Agreement.

10. SEC owns the real property located under North Beach and Abbyville gas plants. SEC proposes to offer to sell the real property on which the North Beach and Abbyville plants are located to the current working interest owners under both the North Beach Prospect Agreement and the Escambia Prospect Agreement for the appraised value. If those working interest owners do not wish to purchase such property, SEC will offer to sell it to the successor operator(s) for the appraised value. SEC is currently working to get an appraisal of this real property.

11. SEC shall use its best efforts to obtain the consent of parties holding an ownership interest in seismic data for the respective prospects to transfer the seismic data to the successor operator(s) and, subject to and upon receipt of such consent, shall promptly transfer such seismic data to the duly approved successor operator.

**Sklar Exploration Company LLC**

**Resignation and Transition Schedule - DRAFT**

Mon, 4/19/2021

1

| | START | END | DAYS |
|---|---|---|---|
| **Tranche 1: Alabama - Brooklyn** | | | |
| Create and populate data room | 4/19/21 | 6/4/21 | 46 |
| Successor Operator Due Diligence | 6/4/21 | 7/2/21 | 28 |
| Resign and elect successor operator | 7/2/21 | 7/16/21 | 14 |
| Regulatory body submission and approval | 7/17/21 | 9/15/21 | 60 |
| **Tranche 2: Alabama - Little Cedar Creek** | | | |
| Create and populate data room | 5/24/21 | 6/4/21 | 11 |
| Resign and elect successor operator | 7/9/21 | 7/23/21 | 14 |
| Regulatory body submission and approval | 7/24/21 | 9/22/21 | 60 |
| **Tranche 3: Alabama - Other** | | | |
| Create and populate data room | 5/24/21 | 6/4/21 | 11 |
| Resign and elect successor operator | 7/16/21 | 7/30/21 | 14 |
| Regulatory body submission and approval | 7/31/21 | 9/29/21 | 60 |
| **Tranche 4: Florida** | | | |
| Create and populate data room | 5/31/21 | 6/4/21 | 4 |
| Resign and elect successor operator | 7/23/21 | 8/6/21 | 14 |
| Regulatory body submission and approval | 8/7/21 | 10/6/21 | 60 |
| **Tranche 5: Mississippi** | | | |
| Create and populate data room | 6/1/21 | 6/5/21 | 4 |
| Resign and elect successor operator | 7/30/21 | 8/13/21 | 14 |
| Regulatory body submission and approval | 8/14/21 | 10/13/21 | 60 |
| **Tranche 6: Louisiana** | | | |
| Create and populate data room | 6/3/21 | 6/23/21 | 20 |
| Resign and elect successor operator | 8/6/21 | 8/20/21 | 14 |
| Regulatory body submission and approval | 8/21/21 | 10/20/21 | 60 |
| **Tranche 7: East Texas** | | | |
| Create and populate data room | 6/3/21 | 6/30/21 | 27 |
| Resign and elect successor operator | 8/13/21 | 8/27/21 | 14 |
| Regulatory body submission and approval | 8/28/21 | 10/27/21 | 60 |
| **Tranche 8: All Other** | | | |
| Create and populate data room | 6/21/21 | 6/30/21 | 9 |
| Resign and elect successor operator | 8/20/21 | 9/3/21 | 14 |
| Regulatory body submission and approval | 9/4/21 | 11/3/21 | 60 |

