## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Case No. 20-12377-EEB |
| Sklar Exploration Company, LLC, | ) | Chapter 11 |
| Debtor. | ) ) ) | |
| In re: | ) | Case No. 20-12380-EEB |
| Sklarco, LLC, | ) | Chapter 11 |
| Debtor. | ) ) ) | Jointly Administered Under Case No. 20-12377-EEB |

### VERIFICATION PURSUANT TO MINUTE ORDER FOR MAY 28, 2021 HEARING
### [DOCKET NO. 1276]

I, Howard F. Sklar, (i) for myself; (ii) as trustee for the (x) Howard Trust (TIN: 72-6094620), an irrevocable inter vivos trust created under the laws of the State of Louisiana, (y) Alan Grantor Trust (TIN: 72-6157679), an irrevocable inter vivos trust created under the laws of the State of Louisiana[1], and (z) the Jacob Grantor Trust (TIN: 72-6094619), an irrevocable inter vivos trust created under the laws of the State of Louisiana[2]; and (iii) as the duly appointed Independent Executor of the Succession of Miriam Mandel Sklar (TIN: 27-6579529) pursuant to that certain order dated April 21, 2010, of the First Judicial District Court, Caddo Parish, Louisiana, Suit No. 540336-B, respectfully submit this verification pursuant to the Court's Minute Order for the May 28, 2021 Zoom Non-Evidentiary Hearing [Docket No. 1276] (the "Minute Order"), as follows:

---

[1] Alan Sklar is the only beneficiary of the Alan Grantor Trust.
[2] Jacob Sklar is the only beneficiary of the Jacob Grantor Trust.

## The Minute Order

1. The Minute Order provides:

   On or before **June 30, 2021**, Howard Sklar shall *verify* in writing on behalf of himself and the Sklar family trusts that he manages that: (1) the assets listed on Sklarco's schedules are complete and accurate; and (2) that the assets are actually owned by Sklarco and not merely managed by Sklarco on behalf of the Sklar family trusts and/or others. If either of those representations cannot be made, then on or before **June 30, 2021** Sklarco shall amend its schedules to accurately portray the assets it owns as well as the list of the assets it manages on behalf of others, with appropriate designations as to the ownership versus agency interests. Howard Sklar shall then *verify* in writing on behalf of himself and the Sklar family trusts that he manages that the Amended Schedules of Sklarco are complete and accurate.

## Verification

2. I hereby *verify*, on behalf of myself and the Sklar family trusts and estates I manage that:

   a. The real property assets listed on Schedule A/B for Sklarco, LLC ("Sklarco"), as amended on June 30, 2021, are a complete and accurate listing of Sklarco's real property assets to the best of my knowledge (collectively, the "Scheduled Assets").[3]

   b. The Scheduled Assets are actually owned by Sklarco and not merely managed by Sklarco on behalf of the Sklar family trusts and/or others.

   c. Sklarco's ownership of the Scheduled Assets is as set forth in the Agency Services Agreement, dated July 2, 2010 (the "ASA").[4]

---

[3] Because I have been uninvolved in the management of Sklarco and Sklar Exploration Company, LLC ("SEC" and together with Sklarco, the "Debtors") since CR3 Partners, LLC was appointed as the Debtors' Chief Restructuring Officer, I am unable to verify the current value of any assets disclosed on the schedules or to what extent personal property assets that were initially disclosed in the case remain assets of Sklarco.

[4] The ASA was previously disclosed in Amended Schedule G [Sklarco Docket Nos. 42, 51; SEC Docket Nos. 364, 560], each draft of the Debtors' disclosure statements [SEC Docket Nos. 740, 925, 1101, 1110], the Debtors' motion

3. On behalf of myself and the trusts and estates that I manage, I have agreed to amend the ASA to avoid any concern over my claiming any residual ownership interest in the Scheduled Assets on behalf of myself or the trusts and estates I manage in contravention of the Debtors' Amended Joint Plan of Reorganization Dated December 28, 2020, as amended. The Debtors have asked the Court to approve the proposed amendment to the ASA in their motion to assume the ASA [SEC Docket No. 1174]. The proposed amendment to the ASA has the support of both Debtors, East West Bank, the Official Committee of Unsecured Creditors, and me.

I verify under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. § 1746(2).

Executed on June 30, 2021

By: _____
Howard F. Sklar, for himself and
in the representative capacities identified above


**Agreed and Acknowledged as to Form and Substance:**

_____
Alan Sklar, as beneficiary of the Alan Sklar Grantor Trust

_____
Jacob Sam Sklar, as beneficiary of the Jacob Grantor Trust

---

to assume the Agency Services Agreement [Docket No. 1174], and in connection with the parties' Rule 2004 exams of the Debtors.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 30, 2021, the foregoing **VERIFICATION PURSUANT TO MINUTE ORDER FOR MAY 28, 2021 HEARING [DOCKET NO. 1276]** was filed on the Court's electronic filing system CM/ECF and was electronically served upon all parties receiving electronic notice.

/s/ Robin E. Anderson
Robin E. Anderson