IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: § § § Chapter 11 § SKLAR EXPLORATION COMPANY, § LLC, *et al.*,[2] § Case No. 20-12377-EEB § § Debtors. § (Jointly Administered) | |

**ORDER GRANTING EX PARTE MOTION FOR EXAMINATION OF HOWARD SKLAR PURSUANT TO FED. R. BANKR. P. 2004 AND LOCAL BANKR. R. 2004-1**

Having considered the Ex Parte Motion for Examination of Howard Sklar (the "2004 Motion") filed by the Official Committee of Unsecured Creditors (the "Committee") and the record of the case, and pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1, and having found good and just cause shown for the relief requested in the 2004 Motion, the Court

HEREBY ORDERS that the Committee's 2004 Motion is GRANTED; and it is further

ORDERED that the Committee is authorized to serve the requests identified on Exhibit A to the 2004 Motion pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule of Bankruptcy Procedure 2004-1 and Howard Sklar is ordered to comply with the same; and it is further

ORDERED that the Committee is authorized to examine Howard Sklar, individually, pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule of Bankruptcy Procedure 2004-1 with respect to the documents identified on Exhibit A to the Rule 2004 Motion and issues

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

4821-1926-8593v.3

raised therein related to this case prior to the Status Conference, or at a date mutually agreed upon by the parties.

Dated this _____ day of _____, 2021

                                                      BY THE COURT:

                                                      Elizabeth E. Brown
United States Bankruptcy Judge