**From:** Marshall Jones
**To:** rick fletcherpetroleum.com
**Subject:** Re: Sklar

Sorry I haven't called. Last week got away from me. I just boarded flight to Florida. I will see when a good time to discuss over the next couple of days. Hope you are well. I will be in touch.

Best-JMJ

> On Mar 22, 2021, at 8:32 AM, rick fletcherpetroleum.com
> <rick@fletcherpetroleum.com> wrote:
>
> Marshall , I was thinking that we could do up some agreement to where
> Fletcher operates on a joint venture of some kind where Sklar can help
> direct operations , that way we can keep a lot of the staff ...And it
> would be a win win where Howard and yourself helps direct and run the
> operations ..thoughts
>
> Rick Fletcher
> CEO
> Fletcher Petroleum Corp.
> 251.990.0733 ext. 215

**Exhibit 1**

**From:** rick fletcherpetroleum.com
**To:** Marshall Jones; alex fletcherpetroleum.com
**Subject:** Meeting
**Date:** Tuesday, April 20, 2021 2:31:06 PM

Marshall hope your having a good week , who should Alex talk to about the unitization? we are looking to be in front of the Oil and Gas board in July ...Also let me know if you and Howard are still interested in meeting as we would love to work out a operating partnership ..Thanks

Rick Fletcher
CEO
Fletcher Petroleum Corp.
251.990.0733 ext. 215

| | |
|---|---|
| **From:** | rick fletcherpetroleum.com |
| **To:** | Marshall Jones; Howard G-mail |
| **Cc:** | alex fletcherpetroleum.com; huck fletcherpetroleum.com; Rupert Phillips |
| **Subject:** | Reaching out to WI and mineral owners |
| **Date:** | Monday, May 3, 2021 1:16:55 PM |

Marshall / Howard , I just wanted to let you know we have started reaching out to WI and Mineral owners in the Sklar wells , letting them
know we are working with Sklar to possibly take over operations and asking for their support.
I heard from our Bankruptcy lawyer that Pruet is going after the operations, but I believe if we work together, we can get this done and keep Sklar with a voice in making the decisions.
Let me know if you have any concerns.
Thanks


Rick Fletcher
President / CEO
Fletcher Petroleum
251-990-0733 ext 215
cell 251-424-3448