## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SKLAR EXPLORATION COMPANY, LLC ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 ) | |
| ) | Chapter 11 |
| Debtor-in-Possession. ) | |
| ) | |
| IN RE: ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | |
| ) | Chapter 11 |
| ) | |
| Debtor-in-Possession. ) | |

**ORDER GRANTING *AD HOC* COMMITTEE OF WORKING INTEREST OWNERS'**
***EX PARTE* MOTION FOR A RULE 2004 EXAM OF HOWARD SKLAR**
**INDIVIDUALLY AND IN ANY CAPACITY HE IS INVOLVED WITH THE DEBTORS**

This matter having come before the Court upon the *Ad Hoc* Committee of Working Interest Owners of Debtor Sklar Exploration Company, LLC (the "***Ad Hoc* Committee**"), for their *Ex Parte* Motion for a Rule 2004 Exam of Howard Sklar Individually and in any Capacity he is Involved with the Debtors (the "**Motion**");[1] the Court having jurisdiction to consider the Motion; and upon consideration of the Motion; and due and appropriate notice having been given and no further notice being needed; and upon the proceedings before the Court; and good and sufficient cause having been shown; it is hereby

---

[1] Capitalized terms not expressly defined herein shall have the meanings ascribed to them in the Motion.

1

4816-3828-8369.1

**ORDERED**:

1. The Motion is granted;

2. The Debtors, Sklar Exploration Company, LLC ("**SEC**"), and Sklarco, LLC ("**Sklarco**" collectively with SEC, the "**Debtors**"), shall each individually respond to and produce documents to the *Ad Hoc* Committee in response to the Request for Documents, attached as Exhibit 2 to the Motion, within fourteen (14) days after service of a copy of this Order and any subpoena issued pursuant thereto;

3. Howard Sklar, in his individual capacity, shall respond to and produce documents to the *Ad Hoc* Committee in response to the Request for Documents, attached as Exhibit 2 to the Motion, within fourteen (14) days after service of a copy of this Order and any subpoena issued pursuant thereto;

4. The Debtors and Howard Sklar, in his individual capacity, shall make Howard Sklar available for deposition by the *Ad Hoc* Committee on the topics set forth on Exhibit 2 to the Motion promptly after the receipt of all documents produced in connection with any subpoena issued pursuant to this Order;

5. The *Ad Hoc* Committee is authorized to issue a subpoena, pursuant to Fed. R. Civ. P. 45 as incorporated by Fed. R. Bankr. P. 9016, for the documents requested on Exhibit 2 to the Motion and to command Howard Sklar to appear for a deposition;

6. This Order shall be effective and enforceable immediately upon entry;

7. This Court retains jurisdiction with respect to any matters or disputes arising from or related to the implementation of this Order; and

8. This Order is without prejudice to the ability of the *Ad Hoc* Committee to request from the Court further discovery from the Debtors or any other persons or entities.

4816-3828-8369.1

DATED: July __, 2021

                                                                                _____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge

4816-3828-8369.1