## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC, *et al.*,[1]<br><br>Debtors. | §<br>§   Chapter 11<br>§<br>§<br>§   Case No. 20-12377-EEB<br>§<br>§<br>§   (Jointly Administered) |

### COMMITTEE'S NOTICE OF EXAMINATION OF HOWARD SKLAR PURSUANT TO FED. R. BANKR. P. 2004 AND LOCAL BANKR. R. 2004-1

PLEASE TAKE NOTICE that pursuant to the Court's *Order Granting Motion for 2004 Examination* entered July 7, 2021 [Dkt. No. 1333], the Official Committee of Unsecured Creditors (the "Committee") of Sklar Exploration Company, LLC, ("SEC"), appointed in the above-captioned, jointly-administered bankruptcy cases, of SEC and Sklarco, LLC ("Sklarco", and collectively with SEC, the "Debtors"), shall conduct an examination of Howard Sklar on the topics set forth in the Committee's *Ex Parte Motion for Examination of Howard Sklar Pursuant to Fed. R. Bankr. P. 2004 and Local Bankr. R. 2004-1* (the "2004 Motion") [Dkt. No. 1330].

The Committee will examine Howard Sklar on July 13, 2021 at 1:00 p.m. Mountain Time and continue from day to day until completed.

The examination shall be conducted at the law office of Davis Graham & Stubbs LLP 1550 17th Street, Suite 500 Denver, CO 80202. The examination shall be transcribed by a court reporter authorized to administer oaths in the State of Colorado. Parties wishing to observe or participate via video conference should contact Howard Sklar's counsel, Adam Hirsch,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

303.892.7466, adam.hirsch@dgslaw.com, **no later than 4:00 p.m. (prevailing Mountain Time) on July 12, 2021.**

Respectfully submitted this 9th day of July 2021

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Christopher D. Johnson*
Christopher D. Johnson
Texas Bar No. 24012913
John D. Cornwell
Texas Bar No. 24050450
Grant M. Beiner
Texas Bar No. 24116090
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone: (713) 222-1470
Facsimile: (713) 222-1475
cjohnson@munsch.com
jcornwell@munsch.com
gbeiner@munsch.com

**COUNSEL FOR
THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on July 9, 2021.

*/s/ Grant M. Beiner*
Grant M. Beiner

4844-0826-8785v.1