| Fill in this information to identify your case | | | | | |
|---|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | | | |
| Debtor 1: | Sklar Exploration Company, LLC | | | Case #: | 20-12377-EEB |
| | First Name | Middle Name | Last Name | | |
| Debtor 2: | | | | Chapter: | 11 |
| | First Name | Middle Name | Last Name | | |

## Local Bankruptcy Form 9013-1.3
## Movant's Certificate of Non-Contested Matter and Request for Entry of Order

**Complete applicable sections.**

### Part 1  Certificate

On June 24, 2021, the Law Offices of Craig M. Geno, PLLC and the law firm of Moy White LLP (the "Movants"), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled, Motion to Withdraw as Counsel (the "Motion") at docket no. 1321. Movants hereby certify that the following is true and correct:

1. Service of the Motion, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Motion on June 24, 2021.
    a. Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1, as shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice on June 24, 2021.
2. The docket numbers for each of the following relevant documents are:
    a. the Motion and all documents attached thereto and served therewith, docket no., 1321;
    b. the Notice, docket no., 1322;
    c. the Certificate of Service of the Motion, docket no., 1321;
    d. the Certificate of Service of the Notice, docket no., 1322;
    e. the Proposed Order, docket no., 1321-1; and
3. No objections to or requests for hearing on the Motion were received by the undersigned, or filed with the Court by the date designated in the Notice.

Accordingly, Movants request that the Court enter an order granting the requested relief.

### Part 2  Signature of Movant's Attorney or Movant (if unrepresented)

Dated: _____7/12/2021_____     By: _____/s/ Craig M. Geno_____
                                   Craig M. Geno; MSB No. 4793
                                   LAW OFFICES OF CRAIG M. GENO, PLLC
                                   587 Highland Colony Parkway
                                   Ridgeland, MS 39157
                                   601-427-0048 - Telephone
                                   601-427-0050 - Facsimile
                                   cmgeno@cmgenolaw.com

                                   - and -

                                   Timothy M. Swanson (47267)
                                   MOYE WHITE LLP
                                   1400 16th Street, 6th Floor
                                   Denver, CO 80202
                                   303-292-2900 – Telephone
                                   303-292-4510 – Facsimile
                                   tim.swanson@moyewhite.com