IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **SKLAR EXPLORATION COMPANY, LLC** | ) | Case No. 20-12377-EEB |
| **and SKLARCO, LLC** | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **SKLARCO, LLC** | ) | Case No. 20-12380-EEB |
| | ) | |
| | ) | Chapter 11 |
| | ) | |

**OBJECTION OF THE RUDMAN PARTNERSHIP AND MER ENERGY, LTD. TO VERIFIED STATEMENT OF HOWARD SKLAR**
[Dkt. No. 1326]

The Rudman Partnership ("Rudman") and MER Energy, Ltd. ("MER"), by and through the undersigned counsel, hereby object to the Verified Statement of Howard Sklar:

1. In view of the continuing unanswered questions about the existence and extent of ownership in Sklarco's assets by various Sklar family trusts and the estate of Howard Sklar's deceased mother, the Court ordered Howard Sklar to file a verified statement regarding Sklarco's ownership of assets and its relationship as agent for the family trusts and estate.[1]

2. But the Verified Statement filed by Howard Sklar on June 30, 2021 [Dkt. No. 1326] obfuscates, rather than explains, the relationship between Sklarco and the Sklar family trusts and estate. Sklar states in paragraph 2.b that "[t]he Scheduled Assets are actually owned by

---

[1] Minute Order entered June 1, 2021 [Dkt. No. 1276].

1

Sklarco and not merely managed by Sklarco on behalf of the Sklar family trusts and/or others." In paragraph 2.c, Sklar then qualifies paragraph 2.b, by stating that "Sklarco's ownership of the Scheduled Assets is as set forth in the Agency Services Agreement, dated July 2, 2010 (the "ASA")."[2] But the ASA plainly states that

> each of the Principals desires to continue to retain Sklarco to develop, maintain and **manage** such Property on behalf of each Principal, including, but not limited to, the development, maintenance and **management** of all oil and gas properties …[and]
>
> Sklarco agrees to serve as the agent and attorney in fact for each of the Principals in accordance with the terms and conditions of this Agreement. Each of the Principals specifically acknowledges and agrees that the rights, titles and interests in the Property shall be recorded and held in the name of Sklarco, as nominee for each Principal.

(underscoring and bold font added). Sklarco cannot have it both ways. It cannot be absolute owner of the Scheduled Assets when the ASA provides it is acting as agent and nominee for the "Principals" and to manage the Properties on their behalf.

3. Sklarco also had an opportunity to set the record straight when if filed its Amended Schedules and Statement of Financial Affairs on June 30, 2021 [Dkt. No. 88 (filed in Case No. 20-12380)]. But instead, Sklarco's amendments make no mention of the interests of the Sklar trusts and estate, merely listing the interests of Sklarco in each lease, well or unit and stating "None" in answer to SOFA question 21 entitled "Property Held for Another."

4. Howard Sklar signed his Verified Statement and the Debtors filed their Amended Schedules and Statement of Financial Affairs admitting to no property being held as agent or for the benefit of others *after* having produced to Rudman and MER Energy, Ltd., pursuant to a Rule 2004 document request, a 664-page ownership "deck" allegedly prepared by Debtors, which

---

[2] Verification Pursuant to Minute Order for May 28, 2021 Hearing [Docket No. 1276] ¶ 2.c. (June 30, 2021) (Dkt. 1326).

demonstrates that **100% of Sklarco's interests in every one of its oil and gas properties is owned by a combination of one or more of the following**:  (a) Howard Trust; (b) Alan Grantor Trust; (c) Jacob Grantor Trust; (d) Succession of Miriam Mandel Sklar; (e) Maren Silberstein Revocable Trust; and (f) JJS Working Interests LLC[3] ("Sklar Family Entities").[4]  A copy of the ownership deck, which delineates the ownership interest of each Sklar Family Entity to the eighth decimal place, is attached hereto as Exhibit A.[5]  But two of the Sklar Family Entities, the Maren Silberstein Revocable Trust and JJS Working interest, LLC, are not parties to the ASA, adding confusion as to the basis on which Sklarco is acting for such entities, if not under the ASA.

5.  In other words, Sklarco's ownership as to all of its assets is only legal in nature, and Sklarco does not possess and has never possessed equitable or beneficial ownership to any of its listed assets.  Debtors cannot explain this away or assert they didn't know about it because it is Debtors who maintain these records for the Sklar Family Entities.

6.  Despite the fact that the possible equitable title of the Sklar Family Entities may not be property of the estate under Section 541(d) (other than the recorded interests of JJS Working Interests LLC), they are unrecorded interests in real property held in the name of Sklarco, yet neither the Committee nor the Debtors have taken any action to avoid such unrecorded interests under Section 544(a)(3).[6]

---

[3] It is unclear why JJS is listed because, unlike the other Sklar Family Entities, it has participated in its own name and has acquired interests reflected by recorded conveyances.

[4] The family relationships are as follows:  Alan and Jacob are Howard's sons, Miriam was Howard's mother, Maren is the daughter of Howard's deceased sister Judy, and JJS is an entity controlled by Justin S. Simons, the son of Howard's sister Suzanne S. Simons.

[5] Although the word "Confidential" is written at the top of each page, there is no confidentiality order or agreement respecting this document and Mr. Hirsch has so acknowledged to the undersigned counsel for Rudman.

[6] *See In re Richards*, 275 B.R. 586 (Bankr. D. Colo. 2002) ("Sections 541(a)(3) and 544(a) ensure that the bankruptcy creditors will be no worse off than if they had been allowed to exercise their rights under state

7. Rudman and MER request that both Howard Sklar and Debtors be compelled to appear in open Court and give testimony under oath and be examined by Rudman and MER and other parties in interest regarding:

(a) the relationship between Sklarco and the Sklar Family Entities;

(b) why Sklarco has not listed working interests and royalty interests of the Sklar Family Entities as "Property Held for Another" in answer to Question 21 of Sklarco's Statement of Financial Affairs;

(c) the assets, including interests in oil, gas and minerals, held by or in the name of Sklarco or SEC as to which Sklarco or SEC own only legal title and one or more of the Sklar Family Entities own beneficial title;

(d) the assets, including interests in oil, gas and minerals, held by or in the name of Sklarco or SEC under the terms of the ASA for the benefit of the Principals named in the ASA;

(e) the assets, including interests in oil, gas and minerals, held by or in the name of Sklarco or SEC for the benefit of the Sklar Family Entities that are not held as agent or otherwise on behalf of the Principals named in the ASA; and

(f) the assets, including interests in oil, gas and minerals, held by or in the name of Sklarco or SEC that are neither held for the benefit of the Sklar Family Entities nor subject to the terms of the ASA, and as to which Sklarco or SEC owns both legal and beneficial title.

---

law as judicial lien creditors on personal property or as bona fide purchasers of real property." *Id.* at 590.). Indeed, avoiding the unrecorded interests of the Sklar Family Entities would be a more direct and expeditious method of bringing the interests into the bankruptcy estate than substantive consolidation of a non-debtor. Once this was accomplished, those assets could utilized to satisfy the claims of SEC's creditors, essentially bypassing the step of substantive consolidation of the Debtors – another remedy the Committee declines to invoke.

Respectfully submitted,

**Maynes, Bradford, Shipps & Sheftel, LLP**

*/s/ Thomas H. Shipps*
Thomas H. Shipps

*/s/ Shay L. Denning*
Shay L. Denning
Maynes, Bradford, Shipps & Sheftel, LLP
835 E. Second Ave., Suite 123
Durango, CO  81301
Telephone: (970) 247-1755
Facsimile: (970) 247-8827
Email: tshipps@mbssllp.com;
         sdenning@mbssllp.com

*and*

*/s/ Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.
815 Walker, Suite 1502
Houston, TX  77002
Telephone: (713) 659-8761
Cell: (713) 516-7450
Facsimile: (713)659-8764
Email: barnetbjr@msn.com

ATTORNEYS FOR THE RUDMAN
PARTNERSHIP AND MER ENERGY, LTD.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on July 13, 2021, the foregoing instrument was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1.  All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

/s/ *Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.