UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:  SKLAR EXPLORATION COMPANY, LLC<br>　　　　　Debtor | CHAPTER 11<br>CASE NO. 20-12377-EEB |
| IN RE:  SKLARCO, LLC<br>　　　　　Debtor | CHAPTER 11<br>CASE NO. 20-12380-EEB |
| | Jointly Administered Under<br>Case No. 20-12377-EEB |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

UPON CONSIDERATION of the Motion to Withdraw as Counsel (the "Motion") **[DK #1323]** requesting authorization for the Law Offices of Craig M. Geno, PLLC and the law firm of Moye White LLP to withdraw as counsel for Apple River Investments, LLC ("Apple River"), and it appearing that notice was properly given and no adverse interest appearing, the Court hereby FINDS that the Motion is well-taken and the relief requested therein should be granted. It is, therefore,

ORDERED that the Law Offices of Craig M. Geno, PLLC and the law firm of Moye White LLP are hereby granted leave to withdraw as counsel for Apple River.

Dated: July 13, 2021

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge

N:\Firm