UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC, | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |
| In re: | ) |
| | ) Case No. 20-12380-EEB |
| SKLARCO, LLC, | ) |
| | ) Chapter 11 |
| Debtor. | ) |

**STONEHAM DRILLING CORPORATION'S NOTICE OF WITHDRAWAL OF
LIMITED OBJECTION TO PLAN**

Stoneham Drilling Corporation ("Stoneham") hereby withdraws its Limited Objection to Plan and Reservation of Rights [Docket No. 1239] (the "Limited Objection") and states as follows:

1. Stoneham is an oilfield service company that provided contract drilling services for the Debtors. Stoneham has filed claims against the Debtors in the amount of $1,600,141.65. Stoneham's claims are secured by the property described in the Notice of Perfection of Lien Against Mineral Property Pursuant to 11 U.S.C. § 546(b)(2) [Docket No. 368].

2. On May 7, 2021, Stoneham filed its Limited Objection with respect to the Debtors' Amended Chapter 11 Plan [Docket No. 1080].

3. The Debtors filed their Second Amended and Restated Joint Plan of Reorganization on May 14, 2021 [Docket No. 1251] (the "Second Amended Plan"). Stoneham approves of the language in Section 5.4 of the Second Amended Plan that reserves Stoneham's rights with respect to its lien and any claims against third parties. *See* Second Amended Plan at Section 5.4.

1

4. Accordingly, Stoneham withdraws its Limited Objection, without prejudice. Stoneham consents to confirmation of the Second Amended Plan, but reserves all rights, claims, defenses, and objections with respect to any further amended plan and the terms of any confirmation order.

Dated: July 14, 2021

By: _____/s/ *James B. Bailey*_____
BRADLEY ARANT BOULT CUMMINGS LLP
James B. Bailey
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama  35203
Telephone:  (205) 521-8000
Email: jbailey@bradley.com

*Counsel for Stoneham Drilling Corporation*

### CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul Moss
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294
Email: Paul.Moss@usdoj.gov

Keri L. Riley
1660 Lincoln St., Ste.1850
Denver, CO 80202
303-832-2400
Email: klr@kutnerlaw.com

*/s/ James B. Bailey*
OF COUNSEL