UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN:  72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

**EXPEDITED MOTION FOR ENTRY OF ORDER AUTHORIZING
DEBTORS' EMPLOYMENT OF BRADLEY WALKER AS
INTERIM CHIEF OPERATING ADVISOR**

The Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" or "Debtors"), by and through their attorneys, Kutner Brinen Dickey Riley, P.C., move the Court for entry of an Order pursuant to 11 U.S.C. §§ 105(a) and 363(b) authorizing the Debtors to employ Brad Walker as the interim Chief Operating Advisor ("COA") for SEC and Sklarco, and in support thereof state as follows:

**BACKGROUND**

1. The Debtors filed for relief under chapter 11 of the Bankruptcy Code on April 1, 2020. The Debtors remain Debtors-in-Possession.

2. The Office of the United States Trustee appointed an Official Committee of Unsecured Creditors ("Committee") on April 16, 2020.

3. SEC is engaged in business as an independent exploration and production company in the oil and gas industry. SEC is currently the operator of approximately 60 wells, and is in the process of winding down its operations and transitioning operations of wells to replacement operators who will be duly selected by working interest owners.

4. Sklarco is a Louisiana limited liability company engaged in business as the owner of certain oil and gas leases and property interests in East Texas, North Louisiana, South Mississippi, South Alabama, the Florida Panhandle, and the western United States.

5. On June 1, 2021, the *Ad Hoc* Committee of Working Interest Owners ("*Ad Hoc* Committee") filed an *Ex Parte* Motion for Rule 2004 Examination of Debtors' Chief Operating Officer Marshall Jones (Docket No. 1277), requesting the production of documents, namely emails, related to SEC's transition to successor operators or communications with potential successor operators.

6. During the course of preparing the documents for production to the *Ad Hoc* Committee, it was discovered that on or about March 22, 2021, Mr. J. Marshall Jones received communications from Richard Fletcher, the Chief Executive Officer of Fletcher Petroleum ("Fletcher"), inviting Mr. Jones to engage in discussions with Fletcher regarding a possible joint venture that would allow SEC to retain control of the operated properties. The prospect of this arrangement was raised again by Fletcher in later communications that occurred in or around April 2021.

7. As a result of the concerns raised by the communications, and the potential issues related to the communications, the Debtors have terminated Mr. Jones' employment as of July 1, 2021.

8. SEC is continuing to operate with limited staff, but currently lacks a Chief Operating Officer to assist in managing ongoing operations and facilitating the transition process to duly elected replacement operators. As a result, the Debtors seek to engage Brad Walker with Stone Tower Advisors, Inc. ("StoneTower") as Chief Operating Advisor ahead of confirmation of the Debtors' Second Amended and Restated Plan of Reorganization ("Plan").

9. Mr. Walker has extensive experience in oil and gas matters and is well qualified to serve as COA, and will provide additional assistance and advice on operational matters and matters regarding the transition of operations by SEC. A copy of Mr. Walker's resumé is attached hereto as Exhibit A.

10. A copy of Mr. Walker's engagement letter for his engagement as COA is attached hereto Exhibit B ("Engagement Agreement"). In accordance with the Engagement Agreement, Mr. Walker will bill for his services on an hourly basis. Mr. Walker bills at a rate of $425 per hour. Mr. Walker may also utilize other employees to provide services for the Debtors. A schedule of hourly rates charged by other employees is as follows:

| | |
|---|---|
| Managing Directors | $ 425 / hour |
| Directors | $ 250 / hour |
| Associates | $ 175 / hour |

11. The compensation is reasonable given the services that will be provided by Mr. Walker. Prior to confirmation, Mr. Walker will be engaged primarily in providing additional support during the transition process, and facilitating the Chief Restructuring Officer in managing the ongoing operations for SEC and Sklarco.

12. Mr. Walker has also been selected to act as the independent manager following confirmation of the Debtors' Plan. Mr. Walker's engagement as independent manager will be pursuant to a separate engagement agreement that will become effective on the Effective Date of the Plan. The Debtors do not believe that Mr. Walker's engagement as COA results in disqualifying Mr. Walker from later acting as the independent manager.

## LEGAL AUTHORITY

13. The Debtors seeks authorization to employ Mr. Walker as interim COA ahead of confirmation of the Plan pursuant to 11 U.S.C. §§ 105(a) and 363(b)(1).

14. Pursuant to section 363(b)(1), the debtor may "use, sell or lease, other than in the ordinary course of business, property of the estate[.]"

15. Section 105(a) further provides that, "The court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."

16. The Debtors believe that engagement of an interim COA is an ordinary-course transaction. However, out of an abundance of caution, and because Mr. Walker is proposed to act as the independent manager of the Debtors following confirmation of the Plan, the Debtors are seeking authorization for Mr. Walker's engagement out of an abundance of caution, and to keep creditors and parties in interest reasonably apprised regarding the changes in management of the Debtors.

17. Engagement of Mr. Walker as interim COA is a sound exercise of the Debtors' business judgment and is appropriate given the unique circumstances of this case. Mr. Jones' termination has left SEC with limited resources with which to complete the resignation and transition process, and the Debtors will benefit from the services of an additional professional with significant experience and knowledge of the oil and gas market.

18. While Mr. Walker is not being employed pursuant to section 327, to the best of Debtors' knowledge and Mr. Walker's knowledge, Mr. Walker does not have any relationship which would result in a conflict of interest with the Debtors, the Debtors' attorneys, the creditors

or any other party in interest or their respective attorneys and is "disinterested" as defined by 11 U.S.C. § 101(14).

19. The Debtors further assert that engagement of Mr. Walker during the interim period ahead of confirmation of a Plan will not disqualify him from acting as an independent manager following confirmation of the Plan, and will facilitate in the transition after confirmation as Mr. Walker will have additional time to become familiar with the Debtors' operations and the status of the transition by SEC to new, duly elected replacement operators.

20. The appointment of Mr. Walker as the interim COA is in the best interest of the Debtors, the respective estates, and the creditors, and will provide additional assistance to the Debtors during a critical time in their bankruptcy cases.

21. The Debtors submit that notice of this Motion is unnecessary. Engagement of Mr. Walker is an ordinary course engagement, and is not engagement of a professional within the scope of section 327. Expedited approval of Mr. Walker's engagement is also warranted given the recent and unanticipated departure of Mr. Jones. Furthermore, creditors in this case are well represented, with over 30 professionals representing multiple parties in interests, all of whom will receive immediate notice of this motion through the Court's CM/ECF system.

22. To implement Mr. Walker's engagement successfully, to the extent applicable, the Debtors further request that the Court waive the 14-day stay of an Order authorizing the use of property under Bankruptcy Rule 6004(h).

WHEREFORE, the Debtors pray the Court make and enter an Order authorizing the Debtors to employ Bradley Walker as interim Chief Operating Advisor, and for such further and additional relief as to the Court may appear just and proper.

DATED: July 14, 2021                              Respectfully submitted,

                                        By: /s/ Keri L. Riley
                                            Keri L. Riley, #47605
                                            **KUTNER BRINEN DICKEY RILEY, P.C.**
                                            1660 Lincoln St., Suite 1720
                                            Denver, CO 80264
                                            Telephone: (303) 832-2400
                                            E-Mail: klr@kutnerlaw.com

# CERTIFICATE OF SERVICE

I certify that on July 14, 2021, I served a complete copy of the foregoing **EXPEDITED MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTORS' EMPLOYMENT OF BRADLEY WALKER AS INTERIM CHIEF OPERATING ADVISOR** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Stoneham Drilling Corporation
(Representative: Heather Stickel)
c/o James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Mesa Fluids, LLC
(Representative: Aaron W. Merrell)
1669 South 580 East
American Fork, UT 84057

TCP Cottonwood, L.P.
(Representative: Kyle C. McInnis)
c/o Eric Lockridge
400 Convention Street
Suite 700
Baton Rouge, LA 70801

Rapad Well Service Company, Inc.
(Representative: Chesley James)
c/o Jeremy Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203-4642

Kelley Brothers Contractors, Inc.
(Representative: Jerry Kelley)
401 County Farm Road
Waynesboro, MS 39367

Baker Hughes Company
(Representative: Christopher J. Ryan)
2001 Rankin Road
Houston, TX 77073

Timothy C. Mohan, Esq.
Foley & Lardner, LLP
600 17th Street
Suite 2020 South
Denver, CO 80202

J. Eric Lockridge, Esq.
Kean Miller LLP
400 Convention Street
Suite 700
P.O. Box 3513
Baton Rouge, LA 70802

Craig K. Schuenemann, Esq.
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Giovanni M. Ruscitti, Esq.
Berg Hill Greenleaf Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302

Bryce A. Suzuki, Esq.
Bryan Cave Leighton Paisner, LLP
Two North Central Avenue
Suite 2100
Phoenix, AZ 85004-4406

James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Timothy M. Riley, Esq.
Hopping Green & Sams, P.A.
P.O. Box 6526
Tallahassee, FL 32314

Michel D. Rubenstein, Esq.
Liskow & Lewis
1001 Fannin Street
Suite 1800
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos
Suite 700
Austin, TX 78701

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, P.C.
999 18th Street
Suite 1230 South
Denver, CO 80202

Robert L. Paddock, Esq.
Buck Keenan LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Jeremy L. Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203

Matthew J. Ochs, Esq.
Holland & Hart, LLP
555 Seventeenth Street
Suite 3200
P.O. Box 8749
Denver, CO 80201-8749

Shay L. Denning, Esq.
Thomas H. Shipps, Esq.
Maynes, Bradford, Shipps & Sheftel, LLP
835 East Second Avenue
Suite 123
Durango, CO 81301

Robert Padjen, Esq.
Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202-1486

Joseph E. Bain, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Madison Tucker, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, Louisiana 70170

Barnet B. Skelton, Jr., Esq.
815 Walker
Suite 1502
Houston, TX 77002

Amy L. Vazquez, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams, LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Christopher H. Meredith, Esq.
Copeland Cook Taylor & Bush, P.A.
1076 Highland Colony Parkway
600 Concourse, Suite 200
P.O. Box 6020
Ridgeland, Mississippi 39158-6020

Michael L. Niles, Esq.
Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Victoria Argeroplos, Esq.
Jackson Walker LLP
1401 McKinney Street
Suite 1900
Houston, TX 77010

David R. Taggart, Esq.
Bradley Murchison Kelly & Shea, LLC
401 Edwards Street
Suite 1000
Shreveport, Louisiana 71101

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
P.O Box 22260
Shreveport, Louisiana 71120-2260

Paul H. Stephenson III, Esq.
Jim F. Spencer, Jr., Esq.
Watkins & Eager, PLLC
P.O. Box 650
Jackson, Mississippi 39205

John D. Cornwell, Esq.
Grant M. Beiner, Esq.
Christopher D. Johnson, Esq.
Munsch Hardt Kopf & Harr, P.C.
700 Milam Street
Suite 2700
Houston, TX 77002

Michael J. Guyerson, Esq.
Buechler Law Office, LLC
999 18th Street
Suite 1230 South
Denver, CO 80202

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
Shreveport, Louisiana 71120-2260

Robert L. Paddock, Esq.
Buck Keenan, LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Ryan M. Seidemann, Esq.
Assistant Attorney General
Civil Division/Lands and Natural Resources
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005

David M. Miller, Esq.
Spencer Fane LLP
1700 Lincoln Street
Suite 2000
Denver, CO 80203

Jennifer J. Hardy, Esq.
Willkie Farr & Gallagher, LLP
600 Travis Street
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos Street
Suite 700
Austin, TX 78701

Andrew G. Edson, Esq.
Clark Hill Strasburger
901 Main Street
Suite 6000
Dallas, TX 75202

Craig M. Geno, Esq.
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157

Christopher H. Meredith, Esq.
Glenn Gates Taylor, Esq.
Copeland Cook Taylor & Bush, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Curtis R. Shelton, Esq.
Jennifer Norris Soto, Esq.
Ayres Shelton Williams Benson & Paine, LLC
333 Texas Street, Suite 1400
P.O. Box 1764
Shreveport, Louisiana 71166

Armistead M. Long, Esq.
Gordon Arata Montgomery Barnett
McCollam Duplantis & Eagan, LLC
400 East Kaliste Saloon Road
Suite 4200
Lafayette, Louisiana 70508

Ryan J. Lorenz, Esq.
Clark Hill PLC
14850 North Scottsdale Road
Suite 500
Scottsdale, Arizona 85254

Brian G. Rich, Esq.
Michael J. Niles, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Katherine A. Ross, Esq.
U.S. Attorney's Office for the
  District of Colorado
Assistant United States Attorney
1801 California Street
Suite 1600
Denver, CO 80202

Ryco Exploration, LLC
401 Edwards Street
Suite 915
Shreveport, LA 71101
ATTN: M. Robin Smith

Ryco Exploration, LLC
40 Golf Club Drive
Haughton, LA 71037
ATTN: M. Robin Smith

Stephen K. Lecholop II, Esq.
Rosenthal Pauerstein, Esq.
Sandoloski Agather LLP
755 East Mulberry
Suite 200
San Antonio, TX 78212

Katherine Guidry Douthitt, Esq.
Blanchard Walker O'Quin & Roberts
P.O. Box 1126
Shreveport, Louisiana 71163

Andrew J. Shaver, Esq.
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Theodore J. Hartl, Esq.
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202-5596

John H. Smith
Quitman Tank Solutions, LLC
P.O. Box 90
Quitman, MS 39355

Belinda Harrison
58 County Road 5033
Heidelberg, MS 39439

Casey C. Breese, Esq.
Welborn Sullivan Meck & Tooley, P.C.
1125 17th Street
Suite 2200 South
Denver, CO 80202

Jeff Carruth, Esq.
Weycer Kaplan Pulaski & Zuber, P.C.
11 Greenway Plaza
Suite 1400
Houston, TX 77046

Michael E. Riddick, Esq.
Katherine Guidry Douthill, Esq.
Blanchard Walker O'Quin & Roberts, P.C.
333 Texas Street
Regions Tower
Suite 700
Shreveport, Louisiana 71101

Chris Crowley, Esq.
Feldmann Nagel Cantafio, PLLC
1875 Lawrence Street
Suite 730
Denver, CO 80202

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
Suite 600
Denver, CO 80206

Adam L. Hirsch, Esq.
Davis Graham & Stubbs LLP
1550 Seventeenth Street
Suite 500
Denver, CO 80202

Elizabeth Weller, Esq.
Linebarger Goggan Blair and Sampson, LLP
2777 North Stemmons Freeway
Suite 1000
Dallas, TX 75207

P. Matthew Cox, Esq.
Snow Christensen & Martineau
10 Exchange Place, Eleventh Floor
P.O. Box 45000
Salt Lake City, UT 84111

Michael L. Schuster, Esq.
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202-5596


/s/Vicky Martina
**Vicky Martina**