

# Brad Walker            bwalker@st-cap.com            214-616-6256

Mr. Walker has over 30 years of experience managing, advising and transacting businesses in a variety of industries including oil & gas, alternative energy, manufacturing, distribution, healthcare, technology, agriculture, retail, food retail, software and internet development. Mr. Walker has also led and advised management initiatives to address underperforming companies, implement action plans to improve cash flow, restructure key business units and spinoff nonperforming divisions.

Throughout his career, Mr. Walker has been successful at leading and advising the growth of emerging companies and revitalization of mature businesses. He has led multiple financing rounds with banks and equity groups. In addition, Mr. Walker has led, advised and raised capital for start-up comanies. Mr. Walker is also versed in many aspects of corporate IT operations and development.

Key Assignments:
- CRO / President of a large Texas based pipeline construction and maintenance company. Mr. Walker lead efforts to improve operating margins and reduced S,G&A expenses resulting in an annualized operating EBITDA improvement of $12 million. Lead programs to grow company's presence in the utility markets throughout Texas. Improved valuation by $80 million.
- CRO / President of a large off-shore oil & gas production company (>100 wells). Took over operations in bankruptcy to rebuild production from Hurricane Ike and settle issues with GLO, RRC and joint operators. Lead sale of company through a 363 sale process and recovery of extensive insurance claims.
- CRO of a large Bakken oil & gas production company. Led through bankruptcy and sale process
- CRO of a large Oil & Gas and Fire Protection distribution company specializing in branded products including grooved couplings and fittings, threaded iron, ball valves, hammer unions, Funklok and forged steel. Oversaw the sale of two divisions and wind down of remaining business.
- CEO / President / CRO of one of the largest independent, western ethanol refineries. Operated the company without further financing from the bank group by increasing cash flow $6 million per year. Led efforts to sell the plant and distribution systems to a strategic industry buyer.
- Interim CEO / Restructure advisor of a $110 million, 120 store chain. Mr. Walker reversed -12% customer count trends to save the chain from liquidation. His duties required a complete restructuring of the company's organization and wholesale changes to improve company operations. In addition, he renegotiated the company's $33 million of senior debt and $12 million of subordinated debt.
- CRO / President of the largest emergency room billing / claims processing company in the US. Improved the division's cash flow by $4 million annually. Redesigned claims processing and MIS systems supporting the billing and collection processes. Also, negotiated the settlement and exit of the parent company's $110 million in IT contracts, improving total annual IT expense by $12 million.
- CRO / transaction advisor to one of the largest US greenhouse growers of season flowers. Led the company through forbearance, bankruptcy, 363 auction sale of the company and wind down.
- CRO / president transaction advisor of a large US based solar cell manufacturer. Responsible for the wind down of a $185+ million investment in a 60 megawatt photovoltaic solar cell production facility and an associated R&D facility.
- CRO of a fast growing air filtration manufacturer / distributor / direct store delivery operation in the US. Lead efforts through strategic acquisition.
- CEO of a large manufacturing and distribution company specializing in optical technology / medical devices. Today, total US and International 3rd party sales of the company's products and specialty devices total more than $120 million. Improved annual cash flow by $6 million and increased enterprise value by approximately $30 million. Mr. Walker managed manufacturing facilities throughout the US including Worcester, MA, Birmingham, AL and Tucson, AZ. He also focused the international growth resulting in 35% annualized growth.
- President and CEO of a fast growing ISP provider. Led the company from startup through sale exit phase.
- Interim COO of a large specialty soda bottling company.
- Financial / restructure advisor for one of the nation's largest electronic vehicle lease finance companies. Company was first in industry to develop online automated tools to auto approve lease financings. Lead efforts to consolidate servicing processing centers and created liquidity by selling specific portfolios. Advised sale of large subprime portfolio and purchase of $150 million auto lease portfolio.
- Financial advisor for a large credit card processing company. Assisted company during the sale process, facilitated negotiations and communications with the secured lender, analyzed exit alternatives.
- Restructuring / transaction advisor for a $100+ million US based flexible packaging laminate / converter aluminum foil manufacturer. Advised the company through a difficult liquidity crisis and sale to a strategic buyer.
- Financial / investment advisor for a $220 million nationwide distribution / manufacturer of home and commercial building products. Led the company through refinancing of its $45 million credit facility. Recently lead company through a private sale transaction to a strategic competitor.
- Turnaround advisor for a $70 million natural gas compressor rental and servicing company.

- Financial / transaction advisor for a $190 million store chain. Action plans improved cash flow by more than $11 million annually. Developed plans to franchise cash flow negative stores and strengthen brand image. Restructured the company's debt to 20% of its original value. Worked with management to acquire US based competitors. Advised company through $100 million+ private equity transaction.
- Turnaround advisor for a $400 million grocery chain in Chapter 11. Action plans improved cash flow by $16 million. Lead the sale process to a strategic which more than doubled the creditor's expected returns.
- Financial and M&A advisor for a large southwest based USPS bulk mail carrier. Lead efforts to drop negative cash flow markets, negotiate with creditors to support debtor through a Chapter 11 process, developed projections and supported / advised through the sell process.
- Advisor to a large medical education and publishing company. Worked with the company management and board in evaluating various strategic alternatives to address the $300 million debt exposure.
- Turnaround advisor for a $400 million manufacturer in bankruptcy. Advised on restructuring / consolidating US and foreign manufacturing operations and distribution systems.
- Turnaround manager of a $150 million computer data storage manufacturer. Downsized manufacturing facilities, reorganized corporate overhead, closed foreign operations and interim managed operations. Lead company through various private capital raises.
- Turnaround advisor for a $60 million laboratory company. Revised system processes to improve A/R DSO's and lower error rates.
- Turnaround advisor for a $220 million publicly held pizza chain in Chapter 11. Action plans increased cash flow 400%. Also, assisted in the negotiations to restructure debt and emerge from bankruptcy.
- Turnaround advisor for a $60 million multi-concept retail franchisee. Closed negative cash flow stores, exited under-performing franchise concepts, reorganized management and restructured the secured debt. The company's cash flow was improved $7 million annually.
- Turnaround advisor to a $180 million "double drive through" hamburger chain. Developed plans to improve cash flow by $8 million annually.
- Turnaround advisor of a $45 million after-market automotive parts manufacturer. Supervised cash flow enhancement activity at the US and Mexico based manufacturing and assembly facilities. Closed one of three plant operations.
- Turnaround advisor of a $1.7 billion freight forwarder. Worked with management to improve domestic cash flow and mechanisms to bring to US cash from international divisions. Advised company through private equity investment stage.
- Financial advisor for a $38 million jewelry display manufacturer. Developed and implemented cash enhancement plan to downsize Texas manufacturing and assembly facility. Implemented outsourcing plan which moved a majority of raw assembly operations to Mexico and raw material sourcing to Hong Kong.
- Turnaround / financial advisor for an $80 million family owned retail grocery chain. Restructured its secured debt and paid-off its primary suppliers.
- Turnaround advisor for a Chicago $50 million based furniture chain / financing business. Mr. Walker oversaw the turnaround initiatives and instituted a unique program to reverse the $6 million per year "free financing" write-off. Lead company through liquidation of finance portfolio.
- Financial advisor working with a large US postal service logistics company through a Chapter 11 reorganization process.
- Advisor for the Creditor Committee of a large US bankruptcy case involving solar manufacturing and IP development.
- Financial advisor to a large regional metal recycling company.
- Financial advisor to a large, nationwide roofing company.

From 1984 to 1988, Mr. Walker was a partner with Beane Walker & Co. where he was responsible for its high tech venture capital investments. Notable ventures include InCare, one of the first cloud based networks and targeted the medical industry.

In 1980, Mr. Walker began his career at Arthur Andersen & Co. in the management consulting division (now Accenture). He was involved in developing management information systems for various oil & gas exploration companies, pipeline manufacturing and advertising industries.

Mr. Walker graduated cum laude from Baylor University with a major in Business Administration and minor Computer Sciences. He was an honor graduate receiving the H. L. Broom award for quantitative analysis.