UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930 | Chapter 11 |
| Debtor. | |
| | Case No. 20-12380-EEB |
| SKLARCO, LLC<br>EIN: 72-1425432<br>Debtor. | Chapter 11 |

**EXPEDITED ORDER AUTHORIZING
DEBTORS' EMPLOYMENT OF BRADLEY WALKER AS
INTERIM CHIEF OPERATING ADVISOR**

THIS MATTER, having come before the Court on the Debtors' Motion for Entry of Order Authorizing Debtors' Employment of Bradley Walker as Interim Chief Operating Advisor ("Motion"), the Court having considered the Motion and finding good cause for granting the requested relief, does hereby

ORDER

1. That the Motion is GRANTED;
2. The Debtors are authorized to employ Bradley Walker with Stone Tower Advisors, LLC as interim Chief Operating Advisor; and
3. To the extent applicable, the 14-day stay imposed by Fed. R. Bankr. P. 6004(h) is hereby waived, and this Order shall take immediate force and effect.

DONE and entered this _____ day of _____, 2021 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge