**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 | ) | |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |

**NOTICE OF WITHDRAWAL OF DOCKET NO. 1242**

**PLEASE TAKE NOTICE THAT** the undersigned counsel for the *Ad Hoc* Committee hereby withdraws its *Ad Hoc Committee of Working Interest Owners' Objection to Debtors' Amended and Restated Joint Plan of Reorganization Dated December 18, 2020 (Docket No. 1080)* filed at Docket No. 1242.

**PLEASE TAKE FURTHER NOTICE THAT** that this Notice of Withdrawal is filed in reliance on the Debtors' unconditional commitment and representations that Debtor Sklarco, LLC, will vote in favor of Pruet Production Co. as successor operator to all of Debtor Sklar Exploration Company, LLC's, Alabama, Mississippi, and Florida properties when any such ballots are issued to the working interest owners for purposes of electing a successor operator.

**[INTENTIONAL PAGE BREAK – SIGNATURE PAGE FOLLOWS]**

1

Dated: July 14, 2021.  Respectfully submitted,

**AD HOC COMMITTEE OF WORKING INTEREST HOLDERS OF SKLAR EXPLORATION COMPANY, LLC, AND SKLARCO, LLC**

By: */s/Timothy M. Swanson*
Timothy M. Swanson (Colorado No. 47267)
MOYE WHITE LLP
1400 16th Street
6th Floor
Denver, Colorado 80202-1486
Tel: (303) 292-2900
Fax: (303) 292 4510
Tim.Swanson@moyewhite.com
*Counsel to the Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company, LLC, and Sklarco, LLC*

--and--

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, Mississippi 39157
Tel: (601) 427-0048
Fax: (601) 427-0050
cmgeno@cmgenolaw.com
*Counsel to the Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company, LLC, and Sklarco, LLC*

## Certificate of Service

I hereby certify that on this 14th day of July 2021, I caused the foregoing *Notice of Withdrawal of Docket No. 1242* to be served *via* CM/ECF to all parties that have filed electronic appearances and requested service in this case.

*s/Timothy M. Swanson*
Timothy M. Swanson