# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: )<br> )<br>SKLAR EXPLORATION COMPANY, LLC ) Case No. 20-12377-EEB<br>EIN: 72-1417930 )<br> ) Chapter 11<br> Debtor-in-Possession. )<br> )<br> )<br>IN RE: )<br> )<br>SKLARCO, LLC ) Case No. 20-12380-EEB<br>EIN: 72-1425432 )<br> ) Chapter 11<br> )<br> )<br> Debtor-in-Possession. )<br> ) | |

## STATUS REPORT

**COMES NOW**, the *Ad Hoc* Committee of Working Interest Owners of Debtors Sklar Exploration Company, LLC, and Sklarco, LLC (the "***Ad Hoc* Committee**"), and Debtors Sklarco, LLC ("**Sklarco**"), and Sklar Exploration Company, LLC ("**SEC**" and together with Sklarco, "**Debtors**"), by and through their undersigned counsel, for their Status Report.

1. On March 11, 2021, the Debtors filed their *Amended and Restated Joint Plan of Reorganization Dated December 18, 2020* (Docket No. 1080) (the "**First Amended Plan**").

2. The First Amended Plan provides that SEC shall liquidate and transition its operations to successor operators in accordance with applicable agreements governing all such operations to be transitioned. The transition of SEC's operations to successor operators occurs by an election to whereby all the working interest owners vote on the new successor.

3. On May 7, 2021, the *Ad Hoc* Committee filed its Objection to the First Amended Plan (Docket No. 1242) (the "**Objection**").

4. On May 14, 2021, the Debtors filed their *Second Amended and Restated Joint Plan of Reorganization Dated December 18, 2020* (Docket No. 1251) (the "**Second Amended Plan**"). The Second Amended Plan similarly provides that SEC shall liquidate and transition its operations to one or more successor operators.

1

4831-0623-5890.1

2

5. On May 28, 2021, the Court held confirmation of the Debtors' Second Amended Plan in abeyance. (Docket No. 1276).

6. The Court has set a status conference to discuss the status of the case and confirmation of the Debtor's Second Amended Plan on July 15, 2021, at 10:00 a.m. (the "**Status Conference**"). (Docket No. 1327).

7. Sklarco has voted executed ballots in favor of Pruet Production Co. ("**Pruet**") in connection with the transition of operatorship regarding the Southeast and Southwest Brooklyn Oil Units. Sklarco has unconditionally agreed to vote in favor of Pruet as successor operator in connection with all of the Alabama, Mississippi, and Florida properties when all such ballots are issued for those properties.

8. The *Ad Hoc* Committee has withdrawn its Objection. (*See* Docket No. 1355).

9. Counsel for the *Ad Hoc* Committee and the Debtors shall confirm the foregoing to the Court, on the record, at the Status Conference.

10. All parties shall reserve all other rights to their fullest extent.

**[INTENTIONAL PAGE BREAK – SIGNATURE PAGE FOLLOWS\**

Dated: July 14, 2021

| | |
|---|---|
| ***SKLARCO, LLC, AND SKLAR EXPLORATION COMPANY, LLC*** | ***AD HOC* COMMITTEE OF WORKING INTEREST HOLDERS OF SKLAR EXPLORATION COMPANY, LLC, AND SKLARCO, LLC** |

By: <u>/s/ Keri L. Riley</u>
Jeffrey S. Brinen, #20565
Keri L. Riley, #47605
KUTNER BRINEN DICKEY RILEY, P.C. 1660 Lincoln St., Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
E-Mail: klr@kutnerlaw.com
*Counsel to Debtors Sklarco, LLC, and Sklar Exploration Company, LLC*

By: <u>/s/Timothy M. Swanson</u>
Timothy M. Swanson (Colorado No. 47267)
MOYE WHITE LLP
1400 16th Street
6th Floor
Denver, Colorado 80202-1486
Tel: (303) 292-2900
Fax: (303) 292 4510
Tim.Swanson@moyewhite.com
*Counsel to the Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company, LLC, and Sklarco, LLC*

--and--

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, Mississippi 39157
Tel: (601) 427-0048
Fax: (601) 427-0050
cmgeno@cmgenolaw.com
*Counsel to the Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company, LLC, and Sklarco, LLC*

3

4831-0623-5890.1

## Certificate of Service

   I hereby certify that on this 14th day of July 2021, I caused the foregoing ***Status Report*** to be served *via* CM/ECF to all parties that have filed electronic appearances and requested service in this case.

                   *s/Timothy M. Swanson*
                   Timothy M. Swanson

4831-0623-5890.1