**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

*Minute Order*

| Date: July 15, 2021 | **Honorable Elizabeth E. Brown, Presiding** |
| --- | --- |
| | Kerstin Cass, Law Clerk |

| In re: | Sklar Exploration Company, LLC, Debtor. | **Case. No. 20-12377 EEB** Chapter 11 |
| --- | --- | --- |
| | Sklarco, LLC, Debtor. | **Case. No. 20-12380 EEB** Chapter 11 |

**Jointly Administered Under 20-12377 EEB**

| | Video Conference Appearances | | Representing |
| --- | --- | --- | --- |
| Counsel | Paul Moss | UST | |
| Counsel | Keri Riley, Jeff Brinen, James Katchadurian | Debtor(s) | |
| Counsel | John Cornwell, Grant Biner | Committee | Creditors' Committee |
| Counsel | Bryce Suzuki | Creditor | East West Bank |
| Counsel | Eric Lockridge | Creditor | Anderson Exploration Energy Co., TCP Cottonwood, L.P., AEEC II, LLC and Sugar Oil Properties |
| Counsel | Brent Cohen | | Fant Energy Ltd. |
| Counsel | Joseph Bain | Creditor | FPCC USA |
| Counsel | Jordan Bird | Creditor | Franks Exploration Co, AEH Investments, J & A Harris Bundero Investment Co., Kingston, Hughes Oil South, KMR Investments, Tommy Youngblood |
| Counsel | Timothy Swanson | Creditor | Ad Hoc Committee of Working Interest Owners |
| Counsel | Joseph Bain | Creditor | FPCC USA, Inc. |
| Counsel | Jennifer Hardy | Creditor | JJS Interests Escambia, LLC, JJS Interests Steele Kings, LLC, JJS Working Interests, LLC |
| Counsel | Chris Crowley | Creditor | Liquid Gold Well Service, Inc |
| Counsel | Duane Brescia | Creditor | Lucas Petroleum Group |
| Counsel | Stephen Lecholop | Creditor | McCombs Energy |
| Counsel | Glenn Taylor | Creditor | PAR Minerals Corp., Eastern Fishing & Rental Tool Company, Inc., Coastal Exploration, Inc. |
| Counsel | Jeremy Retherford, Matt Ochs | Creditor | Pruet Oil Company, LLC, Pruet Production Co. (individually and as agent) |
| Counsel | Thomas Shipps, Barnet Skelton Jr., | Creditor | Rudman Partnership, CTM 2005, Ltd., and MER Energy, Ltd. |
| Counsel | Adam Hirsch | Creditor | Howard Sklar, Howard Sklar Trust |
| Counsel | Robert Paddock | Creditor | Strago Petroleum Corporation, Meritage Energy Ltd, Gateway Exploration, Harvest Gas Management, G Crew Properties |

| Counsel | Thane Huggs | Creditor | Stroud Petroleum Inc. |
| Counsel | James Bailey | Creditor | Stoneham Drilling |
| Counsel | Michael Schuster | Creditor | Louisiana Tower Operating LLC |

Proceedings: Zoom Status Conference

Orders:

☒ The Court set an in-person evidentiary hearing on pending matters for August 16-17, 2021. Parties may attend/observe by phone but may not present evidence by phone. A separate scheduling order will enter.

☒ The Court indicated that it would not rule on the Debtors' Expedited Application to Employ Bradley Walker as Interim Chief Operating Advisor as Court approval under 11 U.S.C. § 327 is unnecessary.

Date: July 15, 2021

BY THE COURT:

Elizabeth E. Brown, U.S. Bankruptcy Judge