**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
The Honorable Elizabeth E. Brown

| | |
|---|---|
| In re:<br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11 |
| | **Jointly Administered Under**<br>**Case No. 20-12377 EEB** |

**ORDER AND NOTICE OF <u>IN-PERSON</u> EVIDENTIARY HEARING**

      NOTICE IS HEREBY GIVEN that the Court will hold a two-day evidentiary hearing on **August 16-17, 2021 starting at 9:30 a.m.** each day in **Courtroom F**, United States Bankruptcy Court for the District of Colorado, U.S. Custom House, 721 19th Street, Denver, Colorado 80202 on the following matters: (1) confirmation of the Debtors' Second Amended Plan and all objections thereto; (2) Sklarco's Motions to Assume Operating Agreements and the objection by Rudman Partnership; (3) Debtors' Motion to Assume and Approve Amendment to Agency Services Agreement and objection by Rudman Partnership; (4) the Motion to Appoint a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104, or in the Alternative, Convert to Chapter 7 filed by Rudman Partnership and all objections thereto.

      1.      **<u>In-Person and Telephonic Attendance</u>** – Any party intending to present evidence shall appear in-person. Any party that does not intend to present evidence may appear and/or observe the hearing by telephone. Parties wishing to appear telephonically shall call the Court prior to the hearing at 1-888-684-8852. The meeting access code is **<u>345 4024</u>** followed by the # sign. Please state your name clearly. Please stay on the line until the court operator takes the roll call and the hearing begins. The Court will not contact parties by telephone. Attendance by Zoom is not available at this hearing.

      2.      **<u>Exhibit Format</u>:** Parties shall use electronic exhibits. Each exhibit shall be saved as a separate PDF document and named as follows, "Exhibit Marker – Exhibit Name" (e.g., "Exhibit A – Contract"). Multiple exhibits may not be lumped together into one PDF document. Plaintiff/Movant shall use numbers. Defendant/Respondent shall use letters. All exhibits in excess of ten (10) pages, shall be numbered at the bottom of the page.

    3.    **Courtroom Electronic Evidence Training**: Any party presenting electronic evidence shall contact the Court Technology Department at https://www.cob.uscourts.gov/courtroom-technology to arrange for training prior to the hearing. Additional information about courtroom technology is available on Courtroom F's website

    4.    **Witness and Exhibit Lists: On or before August 2, 2021,** the parties shall:

    a. Exchange with one another FULL SETS of pre-marked exhibits (including rebuttal exhibits). *Do not file the exhibits with the Court*.

    b. File with the Court and serve on opposing party(parties) a List of Witnesses and Exhibits, substantially in the form of Local Bankr. Form 9070-1.1.

    c. The parties are encouraged to confer and, if possible, prepare a set of stipulated exhibits prior to the trial for use by the Court and all parties.

    5.    **Objections to Exhibits: On or before August 9, 2021,** the parties shall:

    a. File with the Court and serve on opposing party(parties) any written objections to the opposing party's exhibits.

        i. If written objections are filed, the objector must attach a copy of the contested exhibit for the Court's review, unless the nature of the objection involves the fact that the party proffering the exhibit has failed to adequately identify and/or exchange it.

        ii. If written objections are not filed, then all objections except as to relevancy will be deemed waived.

        iii. The parties should be aware, however, that if the party offering the exhibit never refers to the exhibit either during testimony or in closing argument, then in the Court's discretion, it may not review or consider the exhibit, despite its admission into evidence

    6.    **Court Copies of Exhibits: On or before 5:00 p.m. on August 12, 2021,** each party shall deliver to the Court copies of their electronic exhibits. Exhibits may be delivered by either (1) delivering to the Court two (2) USB "thumb" drives each containing electronic copies of your exhibits and your List of Witnesses and Exhibits; or (2) emailing the exhibits to CourtroomF@cob.uscourts.gov. Please be aware that there may be size limitations on emailed exhibits. All exhibits shall meet the formatting requirements set forth above.

    a. USB thumb drives may be delivered to the Court [U.S. Bankruptcy Court, 721 19th Street, Denver, 80202] via a delivery service (USPS, FedEx, UPS, etc.), in person, or by courier. If using in-person or courier delivery, thumb drives (please put thumb drives in a sealed envelope) should be left either in a designated filing drop box, or in the

    designated exhibit drop box located near the Bankruptcy Court Clerk's Office Intake Counter.

   b. Parties shall refrain from amending exhibits or exhibit lists after they have delivered copies to the Court.

 7. **Retention of Exhibits:** After the trial, the parties shall retain custody of their own exhibits in accordance with Local Bankruptcy Rule 9070-1(a)(3).

Dated this 15th day of July, 2021.

          BY THE COURT:

          *Elizabeth E. Brown*
          Elizabeth E. Brown,
          United States Bankruptcy Court