IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 | ) | |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | |

**SECOND STIPULATION TO EXTENSION OF DEADLINE TO FILE RESPONSE TO FIRST OMNIBUS OBJECTION TO INCORRECTLY FILED CLAIMS**

The Debtor Sklarco, LLC ("**Sklarco**"), and Pruet Production Co. ("**Pruet**") both in its individual capacity and as agent for the Claimholders (as herein defined), by and through their undersigned attorneys, hereby enter into this Second Stipulation to Extension of Deadline to File Response to First Omnibus Objection to Incorrectly filed Claims (the "**Stipulation**") as follows:

**Recitals**

WHEREAS, on May 21, 2021, Sklarco filed its First Omnibus Objection to Incorrectly Filed Claims [Doc. 1259] (the "**Claims Objection**") by which Sklarco objected to claims of certain claim holders identified in the Claims Objection for whom Pruet serves as agent (the "**Claimholders**").[1]

---

[1] The Claimholders are: Babe Development LLC; DBC Resources II LP; DBC Resources LP; Don B. Saunders Trust; Four-D LLC; GJR Investments Inc.; Hanson Operating Company Inc.; Hughes 2000 CT LLC; Joyco Investments LLC; Pam Lin Corporation; Paula W. Denley LLC; Petroleum Investments Inc.; Sugar Oil Properties LP; and Wallace

WHEREAS, the deadline for the Claimholders to respond to the Claims Objection originally was set for June 21, 2021.

WHEREAS, Sklarco and Pruet, on behalf of the Claimholders, have engaged and continue to engage in discussions regarding resolution of the Claims Objection without the need of court intervention.

WHEREAS, to facilitate these discussions, Sklarco agreed to extend the deadline to respond to the Claims Objection until July 21, 2021 and the Court approved such stipulation at Docket No. 1317.

WHEREAS, to facilitate continued discussions regarding resolution of the Claims Objection, Sklarco agreed to extend the deadline to respond to the Claims Objection until August 31, 2021.

WHEREFORE, the Parties pray the Court enter an Order approving this Stipulation, extending the date by which the Claimholders are to file a response to the Claims Objection until August 31, 2021, and for such further and additional relief that may appear just and proper.

Dated: July 20, 2021

| | |
|---|---|
| */s/ Keri Riley* | */s/ Matthew J. Ochs* |
| Keri Riley | Matthew J. Ochs |
| KUTNER BRINEN DICKEY RILEY, P.C. | HOLLAND & HART LLP |
| 1660 Lincoln Street, Suite 1720 | 555 Seventeenth Street, Suite 3200 |
| Denver, CO 80264 | Denver, CO 80201-8749 |
| Telephone: (303) 832-2400 | Telephone: (303) 295-8299 |
| Email: klr@kutnerlaw.com | Email: mjochs@hollandhart.com |
| | |
| *Counsel for Sklarco, LLC* | -and- |

_____

& Wallace LLC. The Claims Objection includes an objection to the claim filed by White Resources, LLC. Pruet does not act as agent for White Resources and that entity is not included in the definition of "Claimholders" as used herein.

2

Jeremy L. Retherford
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL  35203-4642
Telephone: (205) 226-3479
Email: jretherford@balch.com

*Attorneys for Pruet Production Co.*
*in its individual capacity and*
*as agent of the Claimholders*

**CERTIFICATE OF SERVICE**

I certify that on July 20, 2021, the foregoing was electronically filed with the Court via the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

/s/ *Matthew J. Ochs*

17089093_v1