# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SKLAR EXPLORATION COMPANY, LLC ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 ) | |
| ) | Chapter 11 |
| Debtor-in-Possession. ) | |
| ) | |
| IN RE: ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | |
| ) | Chapter 11 |
| ) | |
| Debtor-in-Possession. ) | |

## ORDER APPROVING SECOND STIPULATION TO EXTENSION OF DEADLINE TO FILE RESPONSE TO FIRST OMNIBUS OBJECTION TO INCORRECTLY FILED CLAIMS

THIS MATTER, having come before the Court on the Second Stipulation to Extension of Deadline to File Response to First Omnibus Objection to Incorrectly filed Claims (the "**Stipulation**"), the Court having reviewed the Stipulation and finding good cause for granting the requested relief, does hereby

ORDER

That the Stipulation is approved. The date by which the Claimholders (defined in the Stipulation) must file a response to the Claims Objection (defined in the Stipulation) is hereby extended until August 31, 2021.

Dated: July 21, 2021

BY THE COURT:

_____
Elizabeth E. Brown,
United States Bankruptcy Judge