**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| **SKLAR EXPLORATION COMPANY, LLC** | **Case No. 20-12377-EEB** |
| **SKLARCO, LLC** | **Case No. 20-12380-EEB** |
| *Debtors* | **(Jointly Administered)** |

**AMENDED VERIFIED STATEMENT OF MULTIPLE REPRESENTATION**

The law firm of Copeland, Cook, Taylor & Bush, P.A. ("CCTB") of Ridgeland, Mississippi, files this *Amended Verified Statement of Multiple Representation* under Federal Rule of Bankruptcy Procedure 2019, as follows:

1. CCTB has been asked to represent the following parties-in-interest in the above-referenced jointly administered bankruptcy cases: (1) PAR Minerals Corporation ("PAR"); (2) Eastern Energy Services, Inc. ("Eastern"); (3) Coastal Exploration, Inc. ("Coastal"); and (4) Fletcher Petroleum Corp. ("Fletcher").

2. PAR's address is 701 Texas Street, Shreveport, Louisiana 71101. CCTB's representation of PAR in these cases began in April 2020.

3. Eastern's address is 2406 Moose Drive, Laurel, Mississippi 39440. CCTB's representation of Eastern in these cases began in April 2020.

4. Coastal's address is 701 Avignon Drive, Suite 101, Ridgeland, Mississippi 39157. CCTB's representation of Coastal in these cases began in April 2020.

5. Fletcher's address is 25 Spring Run Drive, Fairhope, Alabama 36532. CCTB's representation of Fletcher in these cases began in June 2021.

6. PAR, Eastern, Coastal, and Fletcher are all longstanding clients of CCTB.

7. CCTB is acting as counsel for PAR, Eastern, Coastal, and Fletcher. Each party was informed of the multiple representation by CCTB and has consented thereto.

**THIS** the 21st day of July, 2021.

                                          Respectfully submitted,

                                          **COPELAND, COOK, TAYLOR & BUSH, P.A.**

                                          By: /s/ Christopher H. Meredith
                                               Christopher H. Meredith, MSB No. 103656

OF COUNSEL
Copeland, Cook, Taylor & Bush, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway [Zip—39157]
P.O. Box 6020
Ridgeland, MS 39158-6020
Phone: 601-856-7200
Facsimile: 601-856-7626
cmeredith@cctb.com

## VERIFICATION UNDER 28 U.S.C. § 1746

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

**EXECUTED** on this the 21st day of July, 2021.

                                          /s/ Christopher H. Meredith

## CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing through the Court's Electronic Filing System upon all parties signed up to receive such notices.

**THIS** the 21st day of July, 2021.

                                          /s/ Christopher H. Meredith
                                          Of Counsel