| Fill in this information to identify your case | | | |
|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | |
| Debtor 1: | Sklar Exploration Company, LLC | Case #: | 20-12377 EEB |
| Debtor 2: | Sklarco, LLC | Case #: | 20-12380 EEB |
| | | Chapter: | 11 |

## Local Bankruptcy Form 4001-1.1
## Notice of Motion for Relief from Stay and Opportunity for Hearing

**Complete applicable sections.**

### Part 1  Objection Deadline

Objection deadline: **August 12, 2021**.

### Part 2  Notice

NOTICE IS HEREBY GIVEN that a Motion for Relief from Stay has been filed, a copy of which is attached hereto.

A hearing on the Motion has been has been set for **Thursday, August 19, 2021,** at **1:30 p.m** via telephone conference:

**Telephone number: 1-888-684-8852; Meeting Access Code: 345 4024 followed by the # sign**

Parties need to make arrangements to electronically file their witness and exhibit lists and exhibits with the Court at least 24 hours prior to the hearing. The hearing will be conducted in accordance with the provisions of L.B.R. 4001-1.

If you desire to oppose the Motion, you must file with this court a written objection to the Motion on or before the objection deadline stated above and serve a copy upon movant's attorney, whose address is listed below.

If you file an objection, you are required to comply with L.B.R. 4001-1 regarding hearing procedures, including (i) the timely submission and exchange of witness lists and exhibits and (ii) participation at the above-scheduled hearing personally or through counsel, if represented.

If you fail to file an objection, the scheduled hearing will be vacated, and an order granting the relief requested may be granted without further notice to you.

### Part 3  Signature of Movant's Attorney or Movant (if unrepresented)

Dated: July 21, 2021

By: /s/ Christopher H. Meredith
    Signature

Bar Number (if applicable): MS Bar No. 103656
Mailing Address: P.O. Box 6020, Ridgeland, MS 39158
Telephone number: 601-427-1343
Facsimile number: 
E-mail address: cmeredith@cctb.com