IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Case No. 20-12377-EEB |
| | ) | Chapter 11 |
| Sklar Exploration Company, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Case No. 20-12380-EEB |
| | ) | Chapter 11 |
| Sklarco, LLC, | ) | |
| | ) | |
| Debtor. | ) | Jointly Administered Under |
| | ) | Case No. 20-12377-EEB |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c), the Federal Rules of Bankruptcy Procedure, and the Local Rule of this Court, Howard F. Sklar, (i) for himself; (ii) as trustee for the (x) Howard Trust (TIN: 72-6094620), an irrevocable *inter vivos* trust created under the laws of the State of Louisiana, (y) Alan Grantor Trust (TIN: 72-6157679), an irrevocable *inter vivos* trust created under the laws of the State of Louisiana, and (z) the Jacob Grantor Trust (TIN: 72-6094619), an irrevocable *inter vivos* trust created under the laws of the State of Louisiana; and (iii) as the duly appointed Independent Executor of the Succession of Miriam Mandel Sklar (TIN: 27-6579529) pursuant to that certain order dated April 21, 2010, of the First Judicial District Court, Caddo Parish, Louisiana, Suit No. 540336-B (in each such capacity, "HFS"), and the Rudman Partnership, MER Energy, LLC, and CTM 2005, Ltd. (collectively, the "Examiners" and with HFS, the "Parties"), hereby move for entry of the proposed Stipulated Protective Order submitted herewith (this "Motion"). As grounds for this Motion, the Parties state as follows:

1.  The Parties anticipate that they will disclose and request documents and information with respect to Examiners' examination of HFS pursuant to Fed. R. Bankr. P. 2004 (the "Examination"), which a Party may consider to be confidential, including, without

limitation, documents which contains confidential business information, personal information, or other confidential information.

2. Counsel for the Parties have agreed to request that the Court enter an appropriate protective order to preserve the confidential nature of the documents and information at issue concerning the Examination.

3. Pursuant to Fed. R. Civ. P. 26(c), the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court, this Court has the authority to enter protective orders to protect disclosing parties.

4. The Parties jointly request that the Court enter the attached Stipulated Protective Order.

5. The Parties have agreed to all terms of the Stipulated Protective Order.

WHEREFORE, the Parties respectfully request that the Court enter the Proposed Stipulated Protective Order submitted herewith.

Dated: July 23, 2021

By: */s/ Adam L. Hirsch*
    Adam L. Hirsch, Reg. No. 44306
    Davis Graham & Stubbs LLP
    1550 17th Street, Suite 500
    Denver, Colorado 80202
    Telephone: 303.892.9400
    Facsimile: 303.893.1379
    Email: adam.hirsch@dgslaw.com

By: */s/ Barnet B. Skelton, Jr.*
    Barnet B. Skelton, Jr.
    Attorney at Law
    815 Walker, Suite 1502
    Houston, Texas 77002
    Telephone: 713.516.7450
    Facsimile: 713.659.8764
    Email: barnetbjr@msn.com

*Counsel to Howard F. Sklar*      and

                    Maynes, Bradford, Shipps & Sheftel, LLP
                    Thomas H. Shipps
                    Shay L. Denning
                    835 E. Second Ave., Suite 123
                    Durango, Colorado 81301
                    Telephone:  970.247.1755
                    Facsimile:  970.247.8827
                    Email: tshipps@mbssllp.com
                            sdenning@mbssllp.com

*Counsel to the Rudman Partnership, MER Energy, LLC and CTM 2005, Ltd.*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on July 23, 2021, the foregoing **JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** was filed using the Court's electronic filing system CM/ECF and was electronically served upon all parties appearing in this case.

                                                          */s/ Robin E. Anderson*