**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE: | Chapter 11 |
| SKLAR EXPLORATION COMPANY, LLC | Case No. 20-12377-EEB |
| | |
| SKLARCO, LLC | Case No. 20-12380-EEB |
| *Debtors* | (Jointly Administered) |

**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the *Motion for Relief from the Automatic Stay, to Permit Fletcher Petroleum Corp. to Pursue Establishment of a Partial Field-Wide Unit to Be Known as Brooklyn Oil Unit II* (Dkt. # 1369), together with its proposed Order (Dkt. # 1369-1) and *Notice of Motion for Relief from Stay and Opportunity for Hearing* (Dkt. # 1369-2) (collectively, the "Motion and Notice") was served on July 21, 2021 via Notice of Electronic Filing through the Court's Electronic Filing System upon all parties who are signed up to receive such notices.

I further certify that a true and correct copy of the Motion and Notice was served on July 23, 2021 via first-class mail, postage prepaid upon all parties listed on Exhibit "A" attached hereto. Said Exhibit "A" comprises the Court's mailing matrices for both Case No. 20-12377-EEB and Case No. 20-12380-EEB, with duplicate entries removed as indicated.

**THIS** the 23rd day of July, 2021.

Respectfully submitted,

/s/ Christopher H. Meredith
Christopher H. Meredith, MSB No. 103656
Copeland, Cook, Taylor & Bush, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway
Ridgeland, MS  39157
Telephone:  (601) 856-7200
cmeredith@cctb.com
*An Attorney for Fletcher Petroleum Corp.*

## **CERTIFICATE OF SERVICE**

Service provided via Notice of Electronic Filing through the Court's Electronic Filing System upon all parties signed up to receive such notices. Service will also be made upon all creditors and parties-in-interest via first-class mail, and an Amended Certificate of Service will be filed.

**THIS** the 23rd day of July, 2021.

/s/ Christopher H. Meredith
Of Counsel