IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| SKLAR EXPLORATION COMPANY, LLC, *et al.*,[1] | § § § | Case No. 20-12377-EEB |
| Debtors. | § § § | (Jointly Administered) |

**ORDER APPROVING TENTH STIPULATION EXTENDING
THE COMMITTEE'S CHALLENGE PERIOD UNDER THE
FINAL CASH COLLATERAL ORDER**

THIS MATTER, having come before the Court on the stipulation by and between the Official Committee of Unsecured Creditors of Sklar Exploration Company, LLC, and East West Bank (the "Stipulation"), the Court having reviewed the Stipulation and finding good cause for granting the requested relief, does hereby

ORDER

1. That the Stipulation is APPROVED;

2. The Challenge Period is hereby extended through and including the earlier of the plan effective date or September 15, 2021, as may be further extended in writing by EWB and the Committee; and

3. The Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to the interpretation or enforcement of this Stipulation.

Dated: July 28, 2021

BY THE COURT:

Elizabeth E. Brown,
**United States Bankruptcy Judge**