IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: § § **SKLAR EXPLORATION COMPANY, LLC**, *et al.*,[1] § § § **Debtors.** § | | Chapter 11 Case No. 20-12377-EEB (Jointly Administered) |

**MONTHLY FEE STATEMENT OF CR3 PARTNERS, LLC AND JAMES KATCHADURIAN AS CRO AND FINANCIAL ADVISOR TO THE DEBTORS FOR THE PERIOD JUNE 1, 2021 THROUGH JUNE 30, 2021**

| Name of Applicant: | CR3 Partners, LLC |
|---|---|
| Applicant's Role in Case: | Chief Restructuring Officer and Financial Advisor to the Debtors |
| Date Order of Employment Entered: | June 15, 2020 [Dkt. No. 429] |
| | Beginning of Period | End of Period |
| Time period covered by this statement: | 6/1/21 | 6/30/21 |
| Summary of Total Fees and Expenses Requested | | |
| Total Fees for Services Rendered During Statement Period | | $114,652.50 |
| Expenses (100%) | | $1,545.61 |
| **TOTAL FEES AND EXPENSES** | | **$116,198.11** |

Pursuant to the Order Approving Interim Advance Payment Procedures ("Interim Compensation Order") [Dkt. No. 322] entered by the Court on May 18, 2020, CR3 Partners, LLC ("CR3"), CRO and Financial Advisor to the Debtors, submits this Monthly Fee Statement of services rendered and expenses incurred in this case for the period from June 1, 2021 through June 30, 2021, (the "Statement Period").

**ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED**

A. **Summary of Services Rendered by Each Professional**

The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each providing services during the Statement Period for which CR3 seeks compensation.

| Name | Position | Hours | Hourly Rate | Total Compensation |
|---|---|---|---|---|
| James Katchadurian | Partner | 49.2 | $725.00 | $35,670.00 |
| William Snyder | Partner | 0.0 | $795.00 | |
| Avery Alcorn | Director | 8.7 | $525.00 | $4,567.50 |
| Todd Bearup | Director | 135.3 | $550.00 | $74,415.00 |
| Manny Chavira | Manager | 0.0 | $450.00 | |
| **TOTAL FEES BY CONSULTANT** | | **193.2** | | **$114,652.50** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

The time records of CR3 consisting of a daily breakdown of the tasks performed organized by project category, and detail as to the disbursements incurred are attached as **Exhibit A** to this Monthly Fee Statement.

B. **Summary of Services Rendered By Category**

The following itemization presents a summary of the services rendered by CR3 by Task Category.

| Task Category | Hours | Fees Earned |
|---|---|---|
| Bankruptcy Case Admin | 0.6 | $315.00 |
| Business Analysis | 9.4 | $5,170.00 |
| Business Operations | 31.5 | $17,722.50 |
| Cash Management | 31.0 | $17,050.00 |
| Debtor Issues | 61.6 | $33,880.00 |
| Fee Applications | 2.8 | $1,540.00 |
| Operating Reports | 3.1 | $1,705.00 |
| **TOTAL HOURS AND FEES** | **193.2** | **$114,652.50** |

C. **Summary of Expenses Incurred By Category**

The following itemization presents a summary of the expenses incurred for the Statement Period by category of disbursement.

| Expense Category | Total Expenses |
|---|---|
| Admin Fee | $1,146.53 |
| Expense - Mileage | $399.08 |
| Expense - Meals | |
| Expense - Transportation | |
| Expense - Hotel | |
| Expense - Airfare | |
| Expense - Rental | |
| | |
| **TOTAL EXPENSES** | **$1,545.61** |

WHEREFORE, pursuant to the Interim Compensation Order, CR3 requests payment of compensation in the amount of (i) $114,652.50 on account of actual, reasonable and necessary professional services rendered to the Debtor by CR3 and (ii) reimbursement of actual and necessary costs and expenses in the amount of $1,545.61 incurred on behalf of the Debtor.

DATED: July 12, 2021            Respectfully submitted,

**CR3 Partners, LLC**

By: /s/ James Katchadurian

# EXHIBIT A

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 6/1/2021 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.2 | 105.00 | Call with JK RE status of hearing on 05/28, update on negotiation of plan with constituent groups |
| 6/1/2021 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.2 | 105.00 | Make Time Entries in Nexonia through WE 05/29 |
| 6/16/2021 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.1 | 52.50 | Call with J. Katchadurian RE status of plan confirmation, transition of operatorship from SklarEx |
| 6/21/2021 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.1 | 52.50 | Make Time Entries in Nexonia for WE 06/19 |
| 6/3/2021 | Todd Bearup | Business Analysis | 550.00 | 0.7 | 385.00 | Work on A/R analysis |
| 6/4/2021 | Todd Bearup | Business Analysis | 550.00 | 1.8 | 990.00 | Update JIB-AR vs. Suspense Analysis. |
| 6/9/2021 | Todd Bearup | Business Analysis | 550.00 | 0.8 | 440.00 | Update professional fee analysis at request of lender. |
| 6/10/2021 | Todd Bearup | Business Analysis | 550.00 | 1.9 | 1,045.00 | Work on division of interest analysis at debtor's counsel's request. |
| 6/11/2021 | Todd Bearup | Business Analysis | 550.00 | 1.0 | 550.00 | Update JIB-AR vs. Suspense analysis and provide to CRO and debtor's counsel |
| 6/16/2021 | Todd Bearup | Business Analysis | 550.00 | 1.4 | 770.00 | Continued work on deck, lease, well analysis. |
| 6/16/2021 | Todd Bearup | Business Analysis | 550.00 | 1.8 | 990.00 | Work on deck, lease well analysis. |
| 6/1/2021 | Todd Bearup | Business Operations | 550.00 | 1.1 | 605.00 | Weekly ops call. Recap of Friday's court hearing w/ CFO, Controller, COO. |
| 6/2/2021 | Todd Bearup | Business Operations | 550.00 | 1.9 | 1,045.00 | Discussions w/ CFO and Controller re: CFO's resignation. |
| 6/2/2021 | Todd Bearup | Business Operations | 550.00 | 0.6 | 330.00 | Accounting call re: proposed A/P run and follow-up. |
| 6/3/2021 | Todd Bearup | Business Operations | 550.00 | 1.0 | 550.00 | Review transition issues w/ CFO including review of JIBs. |
| 6/4/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Work w/ accounting to review, approve, send wires. |
| 6/7/2021 | Todd Bearup | Business Operations | 550.00 | 0.8 | 440.00 | Call and follow-up re: upcoming insurance renewal |
| 6/7/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Work w/ accounting to review, approve, send wires |
| 6/8/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Weekly ops call and fcst follow-up. |
| 6/8/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Discussion w/ Sr. Accountant re: update on status of case. |
| 6/9/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Deal w/ potential AT&T and Verizon shutoff issues. |
| 6/9/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Weekly ops call and fcst follow-up. |
| 6/9/2021 | Todd Bearup | Business Operations | 550.00 | 0.6 | 330.00 | Discussion w/ Controller re: retention and CFO transition. |
| 6/10/2021 | Todd Bearup | Business Operations | 550.00 | 0.3 | 165.00 | Review and approve payroll. |
| 6/10/2021 | James Katchadurian | Business Operations | 725.00 | 0.5 | 362.50 | docket review and related followup (0.5) |
| 6/10/2021 | James Katchadurian | Business Operations | 725.00 | 0.5 | 362.50 | Review of fee analysis and send same to EWB (0.5) |
| 6/11/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Review, approve, send wires |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 6/11/2021 | James Katchadurian | Business Operations | 725.00 | 0.5 | 362.50 | review of fee analysis (0.5); |
| 6/12/2021 | James Katchadurian | Business Operations | 725.00 | 1.0 | 725.00 | review of various emails re transition (1.0); |
| 6/14/2021 | Todd Bearup | Business Operations | 550.00 | 1.6 | 880.00 | Deal w/ resignation of key employee w/ controller and CFO. |
| 6/14/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Review, approve, initiate wires. |
| 6/15/2021 | Todd Bearup | Business Operations | 550.00 | 1.8 | 990.00 | Work on decks analysis for court. |
| 6/15/2021 | Todd Bearup | Business Operations | 550.00 | 0.4 | 220.00 | Review, approve and initiate wires. |
| 6/16/2021 | Todd Bearup | Business Operations | 550.00 | 0.8 | 440.00 | Update discussions re: JIBs and data rooms w/ CEO. |
| 6/16/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Review, approve and initiate wires. |
| 6/17/2021 | Avery Alcorn | Business Operations | 525.00 | 0.6 | 315.00 | Create lease operating statement master workbook, calculate non-operated property lease operated statement |
| 6/17/2021 | Avery Alcorn | Business Operations | 525.00 | 0.6 | 315.00 | Review largest fields per NSAI report, generate lease operating statement for individuals fields from Wolfepak, net to SklarCo interest |
| 6/17/2021 | Avery Alcorn | Business Operations | 525.00 | 0.4 | 210.00 | Review lease operating statement, verify calculations for SklarCo non-operated properties, send updated report and summary of method to Holmes Gwin for review |
| 6/17/2021 | Todd Bearup | Business Operations | 550.00 | 0.6 | 330.00 | Review, approve and initiate wires re: Gas plant, Thomas Till, etc. |
| 6/21/2021 | Todd Bearup | Business Operations | 550.00 | 1.1 | 605.00 | Review daily tasks as interim CFO. |
| 6/21/2021 | Todd Bearup | Business Operations | 550.00 | 0.6 | 330.00 | Review, approve, send wires |
| 6/22/2021 | Todd Bearup | Business Operations | 550.00 | 0.9 | 495.00 | Weekly Ops call and follow-up w/ forecast model. |
| 6/22/2021 | Todd Bearup | Business Operations | 550.00 | 0.4 | 220.00 | Review, approve and send wires. |
| 6/23/2021 | Todd Bearup | Business Operations | 550.00 | 1.5 | 825.00 | Weekly acct. call. Review final adjusted revenue run. Approve amount of disbursement and send in system. |
| 6/24/2021 | Todd Bearup | Business Operations | 550.00 | 1.2 | 660.00 | Work w/ accounting re: CFO duties, payroll, A/P, etc. |
| 6/25/2021 | Todd Bearup | Business Operations | 550.00 | 1.2 | 660.00 | Update JIB-AR vs. Suspense analysis. |
| 6/25/2021 | Todd Bearup | Business Operations | 550.00 | 1.1 | 605.00 | Review, approve and send wires. Along with other CFO duties. |
| 6/28/2021 | Todd Bearup | Business Operations | 550.00 | 0.6 | 330.00 | Review, approve, send wires |
| 6/29/2021 | Todd Bearup | Business Operations | 550.00 | 0.6 | 330.00 | Weekly ops meeting and follow-up. Review, approve and send wires. |
| 6/29/2021 | Todd Bearup | Business Operations | 550.00 | 1.8 | 990.00 | Work on various gating IRS issues to resolve potential issues blocking emergence. |
| 6/30/2021 | Todd Bearup | Business Operations | 550.00 | 0.4 | 220.00 | Review, approve, send wires |
| 6/1/2021 | Todd Bearup | Cash Management | 550.00 | 1.7 | 935.00 | Work on model in preparation for actuals. Update forecast. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 6/1/2021 | Todd Bearup | Cash Management | 550.00 | 1.9 | 1,045.00 | Work w/ accounting to get actuals for VAR report. |
| 6/2/2021 | Todd Bearup | Cash Management | 550.00 | 1.8 | 990.00 | Update and finalize VAR and cash forecast and provide to CRO. |
| 6/3/2021 | Todd Bearup | Cash Management | 550.00 | 1.2 | 660.00 | Finalize proposed A/P run with accounting and provide to CRO. |
| 6/7/2021 | Todd Bearup | Cash Management | 550.00 | 1.8 | 990.00 | Prep model for actuals and update forecast |
| 6/8/2021 | Todd Bearup | Cash Management | 550.00 | 1.7 | 935.00 | Work w/ accounting to code actuals, plug in model. |
| 6/10/2021 | Todd Bearup | Cash Management | 550.00 | 1.9 | 1,045.00 | Finalize suggested A/P request for next week, model and VAR report. |
| 6/14/2021 | Todd Bearup | Cash Management | 550.00 | 1.8 | 990.00 | Prep model for actuals from prior week, update cash forecast. |
| 6/15/2021 | Todd Bearup | Cash Management | 550.00 | 1.9 | 1,045.00 | Work on VAR report and coding w/ accounting. Updated forecast. |
| 6/16/2021 | Todd Bearup | Cash Management | 550.00 | 1.7 | 935.00 | Finalize VAR report and cash forecast. Send to CRO w/ proposed AP report. |
| 6/18/2021 | Todd Bearup | Cash Management | 550.00 | 0.5 | 275.00 | A/P check run follow-up and discussion. |
| 6/21/2021 | Todd Bearup | Cash Management | 550.00 | 1.8 | 990.00 | Prep model for last week's actuals, update forecast. |
| 6/22/2021 | Todd Bearup | Cash Management | 550.00 | 1.7 | 935.00 | Finalize VAR report and updated cash forecast and provide to CRO. |
| 6/22/2021 | Todd Bearup | Cash Management | 550.00 | 1.9 | 1,045.00 | Work w/ accounting re: coding actuals. Update cash forecast and VAR report. |
| 6/23/2021 | Todd Bearup | Cash Management | 550.00 | 1.2 | 660.00 | Modify proposed A/P run and send to CRO for approval. |
| 6/24/2021 | Todd Bearup | Cash Management | 550.00 | 1.3 | 715.00 | Update cash forecast. Prep for controller vacation. |
| 6/28/2021 | Todd Bearup | Cash Management | 550.00 | 1.5 | 825.00 | Prep model for actuals and update cash forecast. |
| 6/29/2021 | Todd Bearup | Cash Management | 550.00 | 1.8 | 990.00 | Work w/ accounting to code last week's actuals and get into model. |
| 6/30/2021 | Todd Bearup | Cash Management | 550.00 | 1.9 | 1,045.00 | Review and finalize VAR report and update cash forecast. |
| 6/2/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.2 | 660.00 | Discussions w/ CEO re: post-hearing. Discussions w/ Sutton re: data room prep. |
| 6/4/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.7 | 385.00 | Conf. Call re: Data Room w/ debtors, potential successor operators and all lawyers. Follow-up discussion w/ management team. |
| 6/4/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.7 | 385.00 | Discussions w/ COO and Controller re: other potential employees that may resign. |
| 6/7/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.5 | 825.00 | Continue prep for additional 2004 exams. |
| 6/7/2021 | Todd Bearup | Debtor Issues | 550.00 | 2.0 | 1,100.00 | Work w/ management team to setup data room, email search for 2004 exams (Jones, Lloyd). |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 6/8/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.5 | 825.00 | Discussion CFO transition issues w/ CFO, Controller, Accting |
| 6/8/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.9 | 495.00 | Follow-up re: 2004 exam preperations. |
| 6/9/2021 | Todd Bearup | Debtor Issues | 550.00 | 2.0 | 1,100.00 | Upload email searches to drive for debtor's counsel to review. |
| 6/14/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.4 | 220.00 | Facilitate creditor contact info for A/R calls from debtor's counsel. |
| 6/15/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.5 | 275.00 | Discussions w/ controller re: key employee issues and resignation aftermath. |
| 6/16/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.9 | 495.00 | Conf call w/ debtor's counsel, CRO, CFO and Land Man re: data room and data related. And follow-up w/ mgmt team. |
| 6/16/2021 | Todd Bearup | Debtor Issues | 550.00 | 2.0 | 1,100.00 | Coordinate land and accounting to get info for the court re: SKR leases, wells. |
| 6/17/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.7 | 935.00 | Work w/ land and accounting re: wells, lease analysis per debtor's counsel. |
| 6/17/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.8 | 990.00 | Work w/ CFO , CRO re: full model assumptions and updates. |
| 6/17/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.2 | 660.00 | Discussions w/ Controller and CFO re: transition coverage issues. |
| 6/18/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.1 | 605.00 | Follow-up with final day of employment for CFO and land person and subsequent transition. |
| 6/18/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.3 | 715.00 | Conf call w/ debtor's counsel, Howard's counsel and mgmt team for game plan to resolve decks/wells issue. |
| 6/18/2021 | Todd Bearup | Debtor Issues | 550.00 | 2.0 | 1,100.00 | Continued work on deck, property analysis for court. |
| 6/19/2021 | Todd Bearup | Debtor Issues | 550.00 | 2.0 | 1,100.00 | Continued work on Sklarco property analysis |
| 6/19/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.9 | 1,045.00 | Continued work on Sklarco property analysis |
| 6/19/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.3 | 165.00 | Correspondence w/ former CFO and current landman. |
| 6/19/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.7 | 935.00 | Additional work on SKC property analysis. |
| 6/21/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.8 | 990.00 | Work on property analysis w/ Landman and CEO. |
| 6/21/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.9 | 1,045.00 | Continue work on property analysis. |
| 6/22/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.5 | 825.00 | Continued work on property analysis |
| 6/22/2021 | Todd Bearup | Debtor Issues | 550.00 | 2.0 | 1,100.00 | Work on property analysis. |
| 6/23/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.8 | 990.00 | Finalize deck and pivot table in order to send to counsel for discussion. |
| 6/23/2021 | Todd Bearup | Debtor Issues | 550.00 | 2.0 | 1,100.00 | Additional work and discussions re: 2004 exam SKC decks prep. |
| 6/23/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.7 | 935.00 | Continue to work and modify property analysis for 2004 exam. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 6/24/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.3 | 165.00 | Data room call w/ counsel for ad hoc, debtor and lender counsel. |
| 6/24/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.9 | 1,045.00 | Work w/ CEO and landman to refine the final deck for 2004 exam. |
| 6/24/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.8 | 990.00 | Work w/ management team to modify 2004 exam property analysis and provide to debtor's counsel and CRO. |
| 6/25/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.8 | 990.00 | Follow-up re: IRS objection matters and potential modification of schedules. |
| 6/28/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.8 | 990.00 | Work w/ Kim and Howard re: 2004 Exam data prep. |
| 6/28/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.5 | 825.00 | Continued work on property analysis for 2004 exam and schedules modification. |
| 6/28/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.9 | 1,045.00 | Continued work on property analysis for 2004 exam and schedules modification. |
| 6/29/2021 | Todd Bearup | Debtor Issues | 550.00 | 2.0 | 1,100.00 | Continued work on SKC asset amendment related docs. |
| 6/29/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.8 | 990.00 | Correspondence and work on transition schedule, ballot issues for various property tranches. |
| 6/29/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.5 | 825.00 | Continued correspondence and work on transition schedule, ballot issues for various property tranches. |
| 6/30/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.5 | 825.00 | Finalize amendment docs and review language from debtor's counsel. |
| 6/30/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.8 | 990.00 | Modify and review file amendment docs re: SKC assets. |
| 6/1/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 6/2/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 6/3/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 6/4/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 6/7/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 6/8/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 6/9/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 6/10/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 6/14/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 6/15/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 6/16/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 6/17/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 6/18/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 6/19/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 6/21/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 6/22/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 6/23/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 6/24/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 6/25/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 6/28/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 6/29/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 6/30/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 6/9/2021 | Todd Bearup | Fee Applications | 550.00 | 1.5 | 825.00 | Work on May Fee App |
| 6/11/2021 | Todd Bearup | Fee Applications | 550.00 | 1.3 | 715.00 | Work on May Fee App and provide to CRO. |
| 6/1/2021 | Todd Bearup | Operating Reports | 550.00 | 0.5 | 275.00 | Final review of April MOR. |
| 6/28/2021 | Todd Bearup | Operating Reports | 550.00 | 1.5 | 825.00 | Review May MOR. |
| 6/30/2021 | Todd Bearup | Operating Reports | 550.00 | 1.1 | 605.00 | Finish review of MOR w/ controller. |
| 6/1/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | vairous emails re transition (1.0) |
| 6/1/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | call w K Riley (0.5); |
| 6/2/2021 | James Katchadurian | Plan Issues | 725.00 | 0.2 | 145.00 | revieww of JIB run (0.2); |
| 6/2/2021 | James Katchadurian | Plan Issues | 725.00 | 1.5 | 1,087.50 | call w entire sklar team and counsel re next steps and open issues - followup emails re same (1.5) |
| 6/2/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | vairous emails re transition (1.0) |
| 6/3/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | various calls and emails re transition and related w K Riley and Sklar team (1.0); |
| 6/3/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | emails w boulder LL (0.5); |
| 6/4/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | various emails and calls \ review of status report (1.0) |
| 6/4/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | various emails re transition (0.5) |
| 6/4/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Call w Ad Hoc's etc. and related followup (1.0) |
| 6/4/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | emails w Holmes (0.3); |
| 6/6/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | various emails re Transition and open questions (0.5); |
| 6/7/2021 | James Katchadurian | Plan Issues | 725.00 | 0.8 | 580.00 | Calls \ emails w M Jones re retention and related data review (0.8); |
| 6/7/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | emails w T Bearup re discovery request (0.3); |
| 6/7/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | call w K Riley re various (0.5) |
| 6/7/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | various calls and emails re transition (1.0); |
| 6/7/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | review of 2004 orders and objection (0.3) |
| 6/8/2021 | James Katchadurian | Plan Issues | 725.00 | 0.2 | 145.00 | Emails w ML Allen (0.2); |
| 6/8/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w H Gwinn re various (0.5); |
| 6/8/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | call w J Strausser re retention plan and related followup (0.5); |
| 6/8/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | email re ED update from T Bearup (0.3); |
| 6/9/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Various emails re transition (1.0) |
| 6/9/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w T Bearup re document pulls of 2004's and other related issues (0.5); |
| 6/10/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | review of various emails re transition and related followups (1.0); |
| 6/10/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Review of correspondence from counsel (0.5) |
| 6/11/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | review of open ar and emails w T Bearup re same (0.5) |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 6/11/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w Mary Lou Allen re various open issues (0.5) |
| 6/11/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | emails w H Gwinn re payroll and related questions \ review of same (0.5) |
| 6/12/2021 | James Katchadurian | Plan Issues | 725.00 | 0.8 | 580.00 | review of fee statement and review of time details (0.8); |
| 6/14/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | review of draft transition schedule (0.5) |
| 6/14/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | revew of pro-fee schedule and send to ML Allen of EWB (0.5); |
| 6/14/2021 | James Katchadurian | Plan Issues | 725.00 | 0.7 | 507.50 | review of budget and revise same (0.7); |
| 6/14/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | various emails re transition (1.0); |
| 6/15/2021 | Avery Alcorn | Plan Issues | 525.00 | 1.2 | 630.00 | Create comparison of Sklar operating model versions provided to parties in interest in March 2021 versus May 2021, send to J. Katchadurian for review and comment |
| 6/15/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | various emails re transition schedule (0.5); |
| 6/15/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | review of updated data room schedule (0.5); |
| 6/15/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | review of budget and circulate same to internal team (1.0) |
| 6/16/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.4 | 210.00 | Generate lease operating statement from Wolfepak for SklarEx operated properties, send to Holmes Gwin for review |
| 6/16/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.8 | 420.00 | Generate lease operating statement from Wolfepak for Howard, Alan, Sam, and other Trust entitities |
| 6/16/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | update call w K Riley\J Brinen (1.0) |
| 6/16/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | call w A Alcorn re update on budget (0.3); |
| 6/16/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w Sklar\Arbrecht\Kutner teams (0.5) |
| 6/17/2021 | Avery Alcorn | Plan Issues | 525.00 | 1.1 | 577.50 | Update Sklar operating model with functionality to toggle operator burdens on or off based on SklarEx winddown assumptions |
| 6/17/2021 | Avery Alcorn | Plan Issues | 525.00 | 1.1 | 577.50 | Call with Holmes Gwin, John Strausser, J. Katchadurian, T. Bearup RE assumption in Sklar operating model, discussion of winddown timing and assumptions for SklarEx |
| 6/17/2021 | Avery Alcorn | Plan Issues | 525.00 | 1.0 | 525.00 | Update Sklar operating model for transition from SklarEx operator to new operator, verify transitions are flowing through model correctly, send to J. Katchadurian and T. Bearup for review |
| 6/17/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | call w M Jones re various (0.5); |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 6/17/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Call w A Alcorn\H Gwinn\ J Strausser\ T Bearup re budget revisions\comments (1.0); |
| 6/17/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Call w K Riley and D Graham and related followup (1.0); |
| 6/18/2021 | James Katchadurian | Plan Issues | 725.00 | 0.2 | 145.00 | correspondence w B Walker (0.2); |
| 6/18/2021 | James Katchadurian | Plan Issues | 725.00 | 1.5 | 1,087.50 | review of model and related assuptions and revise accordingly - review of variance analysis (1.5) |
| 6/18/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | emails w K Riley re Bank\UCC\Ad Hoc meeting today and other (0.3); |
| 6/21/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.1 | 52.50 | Update sklar operating model based on discussions with J. Katchadurian, send updated version, printable versions per request |
| 6/21/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.2 | 105.00 | Call with J. Katchadurian RE changes to Sklar operating model, discussion of variance from earlier versions of operating model to current |
| 6/21/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Review of model revisions and delta analysis re updated model - emails re same (1.0); |
| 6/21/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Various emails w B Walker and related followup (0.5) |
| 6/22/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.2 | 105.00 | Call with J. Katchadurian RE SklarCo beneficial ownership for Howard Trust, request in minute order from Honorable Judge Brown |
| 6/22/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.2 | 105.00 | Call with T. Bearup RE request for assistance on identify decimal interest for all SklarCo properties pursuant to request from party in interest |
| 6/22/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Call w K Riley\J Brinen and B Walker and related followup (1.0); |
| 6/22/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | varoius emails re variance reporting and 13 week budgets & LOS - review of same and produce to Counsel \EWB (1.0); |
| 6/22/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Various emals w K Riley re EWB requests for 13 week budget and followup re LOS and Operating budget (0.5); |
| 6/22/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | various ops emails (0.5); |
| 6/22/2021 | James Katchadurian | Plan Issues | 725.00 | 0.2 | 145.00 | emails w B Walker\K Riley re EL (0.2); |
| 6/22/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | various emails re ad hoc's and sklarex transition process (0.5) |
| 6/22/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | Emails re skelton requests (0.3) |
| 6/22/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | emails re budget and other reporting (0.3) |
| 6/23/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | emails re skelton analysis (0.3); |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 6/23/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | review of various ops emails (0.5) |
| 6/24/2021 | James Katchadurian | Plan Issues | 725.00 | 0.4 | 290.00 | Call re data rooms and related w Ad Hoc \ Debtor \ EWB and UCC (0.4); |
| 6/24/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | review updated deck analysis and related litigation production (1.0) |
| 6/25/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w Keri\Jeff (0.5) |
| 6/26/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Various emails re open issues and transition issues (1.0); |
| 6/27/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | various emails re transition \ balloting etc (1.0) |
| 6/28/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | emails w Keri\Jeff plus other ops emails (0.5) |
| 6/28/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | review of todo list re transition (1.0); |
| 6/29/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Call w K Riley\J Brinen re status and transition and related followup (1.0) |
| 6/29/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Calls w T Bearup re transition issues \ schedule amendment and related followup (1.0); |
| 6/29/2021 | James Katchadurian | Plan Issues | 725.00 | 0.8 | 580.00 | Various emails re transition including review of status report and comment on same as well as related transition schedule (0.8); |
| 6/30/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.1 | 52.50 | Call with J. Katchadurian RE request to assist with preparation of Sklar schedules of owned assets |
| 6/30/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.1 | 52.50 | Follow up with K. Riley RE assumptions motions for SklarCo operating agreements |
| 6/30/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w T Bearup re decks and sch amendment and review of same (0.5) |
| 6/30/2021 | James Katchadurian | Plan Issues | 725.00 | 0.2 | 145.00 | Call w A Alcorn re revisions \ issues w deck analysis (0.2); |
| 6/30/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Review of confirmation brief and comment on same (1.0) |
| 6/30/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w K Riley re amended schedules and review of revised (0.5); |