IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| SKLAR EXPLORATION COMPANY, LLC, *et al.*,[1] | § § § § | Case No. 20-12377-EEB |
| Debtors. | § § | (Jointly Administered) |

## WITNESS AND EXHIBIT LIST OF
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The Official Committee of Unsecured Creditors (the "Committee") of Sklar Exploration Company, LLC ("SEC"), appointed in the above-captioned, jointly-administered bankruptcy cases of SEC and Sklarco, LLC ("Sklarco", and collectively with SEC, the "Debtors"), files this Witness and Exhibit List for the hearings set on August 16, 2021, at 10:30 a.m. (the "Hearings") to be held in person before the Honorable Bankruptcy Judge Elizabeth E. Brown at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom F, Denver, Colorado 80202.

## WITNESSES

The Committee may call the following witnesses at the Hearings:

1. Mr. Aaron Merrell. Mr. Merrell is a Committee representative and employed by Mesa Fluids LLC. Mr. Merrell may be called to testify regarding the Committee's support of confirmation of the Second Amended Joint Plan of Reorganization.

2. Mr. James Katchadurian. Mr. Katchadurian is Chief Restructuring Officer of the Debtors and may be called to testify regarding all matters relevant to confirmation of the Second Amended Joint Plan of Reorganization.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

1

3. <u>Mr. Howard Sklar</u>. Mr. Sklar may be called to testify regarding all matters relevant to confirmation of the Second Amended Joint Plan of Reorganization.

4. Any witness listed or used by any other party, and

5. Any witness necessary to rebut the testimony of a witness called or designated by another party.

## **EXHIBITS**

The Committee may introduce the following exhibits at the Hearings:

1. Any exhibit listed on **Attachment 1** to this Witness & Exhibit List.

2. Any exhibit or demonstrative designated or used by any other party, and to which the Committee does not object to its admissibility.

3. Any exhibits necessary to rebut the testimony of witnesses called or designated by any other party or evidence or arguments presented by another party.

## **RESERVATION OF RIGHTS**

The Committee reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearings.

[*Remainder of page intentionally left blank*]

DATED: August 2, 2021

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Christopher D. Johnson*
Christopher D. Johnson
Texas Bar No. 24012913
John D. Cornwell
Texas Bar No. 24050450
Grant M. Beiner
Texas Bar No. 24116090
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone: (713) 222-1470
Facsimile: (713) 222-1475
cjohnson@munsch.com
jcornwell@munsch.com
gbeiner@munsch.com

**COUNSEL FOR
THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on August 2, 2021.

*/s/ Grant M. Beiner*
Grant M. Beiner

4850-3262-8212v.1

## ATTACHMENT 1

## EXHIBITS FOR HEARINGS

| Exhibit Number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| OCC - 1 | Joint Plan of Reorganization Dated December 18, 2020 [Dkt. No. 739] | | | |
| OCC - 2 | Second Amended Joint Plan of Reorganization Dated December 18, 2020 [Dkt. No. 1251] | | | |
| OCC - 3 | Plan Supplement in Connection with Second Amended and Restated Joint Plan of Reorganization [Dkt. No. 1247] | | | |
| OCC - 4 | The Committee's Statement in Support of the Plan | | | |
| OCC - 5 | Final Order Authorizing Use of Cash Collateral, Granting Adequate Protection, and Providing Related Relief [Dkt. No. 433] | | | |
| | All Documents Identified on the Debtors' List of Witness and Exhibits | | | |
| | Any exhibit offered or listed by another party | | | |
| | Any exhibit for purposes of rebuttal or impeachment | | | |