# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 20-12377 EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) |
| EIN: 72-1417930 | ) Chapter 11 |
| | ) |
|     Debtor. | ) |
| | ) |
| | ) Case No. 20-12380 EEB |
| SKLARCO, LLC | ) |
| EIN: 72-1425432 | ) Chapter 11 |
| | ) |
|     Debtor. | ) |
| | ) |

## FANT ENERGY'S WITNESS AND EXHIBIT LIST

Fant Energy Limited ("Fant Energy"), by and through its undersigned attorneys, hereby submits its witness and exhibit list pursuant to the Court's Order and Notice of In-Person Evidentiary Hearing [ECF No. 1358], and states as follows:

The following applies to Sklarco's Motions to Assume Operating Agreements [ECF Nos. 855, 857, 881, 883, 892, and 903].

**WITNESSES:**

Fant Energy may call:

1. David Hilton
   Pruet Production Company
   217 West Capitol Street
   Jackson, MS 39201.

Mr. Hilton may testify with respect to anticipated operations at the North Beach, Mount Carmel, Shipps Creek, Southeast Brooklyn Oil Unit, Southwest Brooklyn Oil Unit and the likely need for operating funds represented by Sklarco's unpaid cash calls.

Fant Energy reserves the right to call any witness designated by any other party.

**EXHIBITS:**

Exhibit A – Sklar Exploration's Cash Call Tracker.

1

Fant Energy reserves the right to use any exhibit designated by any other party or exhibits necessary for rebuttal or cross examination

Dated this 2nd day of August, 2021.

    Respectfully submitted,

    **LEWIS ROCA ROTHGERBER CHRISTIE LLP**

    */s/ Brent R. Cohen*
    Brent R. Cohen, No. 11297
    1200 Seventeenth Street, Suite 3000
    Denver, CO 80202
    Tel: (303) 623-9000
    Email: bcohen@lrrc.com

    *Counsel for Fant Energy Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2021 I caused the foregoing **FANT ENERGY'S WITNESS AND EXHIBIT LIST** to be served via CM/ECF to all parties that have filed electronic appearances and requested service in this case.

    */s/ Lisa Elliott*
    OF: LEWIS ROCA ROTHGERBER CHRISTIE LLP