## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br>EIN:  72-1417930<br><br>    Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| SKLARCO, LLC,<br>EIN:  72-1425432<br><br>    Debtor. | Case No. 20-12380-EEB<br><br>Chapter 11 |

### EAST WEST BANK'S WITNESS AND EXHIBIT LIST

Secured creditor, East West Bank, a California state banking corporation ("EWB"), in its capacity as a lender and the administrative agent under the Credit Agreement dated June 15, 2018 with Sklar Exploration Company LLC ("SEC") and Sklarco LLC ("Sklarco") (collectively, the "Debtors"), through counsel, hereby designates the following witnesses and exhibits for the evidentiary hearings scheduled to commence on August 16, 2021, at 10:30 a.m. (the "Hearings") to be held in person before the Honorable Bankruptcy Judge Elizabeth E. Brown at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom F, Denver, Colorado 80202.

### WITNESSES

EWB may call the following witnesses for the Hearings:

1.    Any witness identified by any other party, and

2.    Any witness necessary to rebut the testimony of a witness called or designated by another party.

4813-9112-4724

## EXHIBITS

EWB may seek to introduce the following exhibits:

1.      Any exhibit or demonstrative designated or used by any other party.

2.      Any exhibits necessary to rebut the testimony of witnesses called or designated by any other party or evidence or arguments presented by another party.

## RESERVATION OF RIGHTS

EWB reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearings, to use or introduce transcripts or other documents or exhibits for impeachment purposes, to request judicial notice of adjudicative facts pursuant to Fed. R. Evid. 201, and to introduce rebuttal evidence and/or call any rebuttal witness(es) as necessary.

DATED this 2nd day of August, 2021.

SNELL & WILMER L.L.P.


By: */s/  Bryce A. Suzuki*
Bryce A. Suzuki
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Phone:  602-382-6000
Email:  bsuzuki@swlaw.com

Stephanie A. Kanan
1200 17th Street, Suite 1900
Denver, Colorado 80202
Phone:  (303) 634-2086
Email:  skanan@swlaw.com

2

4813-9112-4724

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 2nd day of August 2021, a copy of the foregoing document was filed via ECF and was served by electronic transmission to all registered ECF users appearing in this case.


/s/     *Bryce A. Suzuki*

3

4813-9112-4724