| Fill in this information to identify your case | | | |
|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | |
| Debtor 1: | Sklar Exploration Company, LLC  <br>Business Name | Case #: | 20-12377-EEB |
| Debtor 2: | Sklarco, LLC  <br>Business Name | Chapter: | 11 |

# Local Bankruptcy Form 9070-1.1
# List of Witnesses and Exhibits

**Complete applicable sections.**

Patrick S. Layng, the United States Trustee for Region 19 (the "UST"), for his List of Witnesses and Exhibits for Hearing concerning his objection (at Docket No. 1207) to the Second Amended And Restated Joint Plan of Reorganization Dated December 18, 2020 (the "Plan" at Docket No. 1251) of Sklar Exploration Company, LLC and Sklarco, LLC (the "Debtors"), the UST hereby designates the following witnesses and exhibits for the hearing set on August 16, 2021, at 9:30 am at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom F, Denver, Colorado 80202.

## Part 1  Witnesses

UST **will call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| No UST **will call** witness. | |

UST **may call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| UST **may call** witness:  <br>Howard Sklar | The UST may call Mr. Sklar regarding his knowledge of Debtors' business operations and administration, Monthly Operating Reports, Debtors' Petition, Schedules and Statement of Financial Affairs. |
| UST **may call** witness:  <br>James Katchadurian | The UST may call Mr. Katchadurian regarding his knowledge of Debtors' business operations and administration, Monthly Operating Reports, Debtors' Petition, Schedules and Statement of Financial Affairs and Plan and exhibits and any amendments thereto. |
| Any witness listed and/or called or endorsed by the Debtors, creditors or any other party. | |
| Any witness necessary for impeachment or rebuttal. | |
| Any witness necessary to authenticate any document introduced at the hearing. | |

## Part 2 Exhibits

The UST intends to use exhibits introduced by Debtors, the Committee of Unsecured Creditors and/or creditors.

| UST Exhibit number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| A | Any exhibit offered by any creditor or other party. | | | |
| B | Any exhibit necessary for rebuttal. | | | |

## Part 3 Signature

Dated: August 2, 2021

Respectfully submitted,

PATRICK S. LAYNG
UNITED STATES TRUSTEE

By: /s/ Paul Moss
Paul Moss, #26903
Trial Attorney for the U.S. Trustee
Byron G. Rogers Federal Building
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
(303) 312-7995 telephone
Paul.Moss@usdoj.gov

## Part 4 L.B.R. 9013-1 Certificate of Service of List of Witnesses and Exhibits

I (the undersigned) certify that on August 2, 2021, I served a complete copy of the **United States Trustee's List of Witnesses and Exhibits for Hearing concerning his Objection to Debtors' Second Amended And Restated Joint Plan of Reorganization Dated December 18, 2020,** on the following parties (and any and all parties who have requested electronic notice through the court's CM/ECF system) in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

*VIA CM/ECF*:

| | |
|---|---|
| Keri L. Riley | Christopher Meredith |
| Jeffrey S. Brinen | David M. Miller |
| Christopher D. Johnson | Timothy C. Mohan |
| James B. Bailey | Kevin S. Neiman |
| Victoria N. Argeroplos | Michael Niles |
| Joseph Eric Bain | Matthew J. Ochs |
| Grant Matthew Beiner | Matthew Okin |
| Jordan B. Bird | Jennifer Norris Soto |
| Duane Brescia | John Thomas Oldham |
| Daniel L. Bray | Robert L. Paddock |
| Casy Carlton Breese | Robert Padjen |
| Jeffrey Dayne Carruth | Jeremy L. Retherford |
| John Childers | Brian Rich |
| John Cornwell | Timothy Michael Riley |
| Christopher M. Crowley | Katherine A. Ross |
| Shay L. Denning | Michael D. Rubenstein |
| Jonathan Dickey | Craig K. Schuenemann |
| Katherine Guidry Douthitt | Ryan Seidmann |
| Benjamin Y. Ford | Andrew James Shaver |
| Jenny M.F. Fujii | Thomas H. Shipps |
| Craig M. Geno | Barnet B. Skeleton, Jr. |
| Michael J. Guyerson | Jim F. Spencer, Jr. |
| Jennifer Hardy | Bryce Suzuki |
| Theodore J. Hartl | Timothy M. Swanson |
| Adam L. Hirsch | David R. Taggart |
| Stephen K. Lecholop II | Glenn Taylor |
| Eric Lockridge | Madison M. Tucker |
| Armistead Mason Long | Amy Vazquez |
| Ryan Lorenz | Deanna L. Westfall |

By: /s/ Paul Moss
Office of U.S. Trustee