# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC, | ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 | ) | |
|    Debtor. | ) | Chapter 11 |
| _____ | ) | |
| | ) | |
| In Re: | ) | |
| | ) | |
| SKLARCO, LLC, | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | |
|    Debtor. | ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administered Under |
| | ) | Bankruptcy Case No. 20-12377-EEB |

## INTERNAL REVENUE SERVICE'S FORM 9070-1.1
## LIST OF WITNESSES AND EXHIBITS

The Internal Revenue Service ("IRS"), an agency of the United States, hereby designates the following witnesses and exhibits for the evidentiary hearing set for August 16-17, 2021, at 9:30 a.m. each day in Courtroom F:

**Part 1 Witnesses**

Party *will call* the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| IRS Insolvency Specialist Salvador Rivera | IRS Claims |
| | |

Party *may call* the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| Any witness called by another party | |
| Any witness needed for rebuttal | |
| | |

**Part 2 Exhibits**

| Exhibit number | Description | Offered | Admitted | Additional comments |
|---|---|---|---|---|
| A | IRS Proof of Claim 30-1 | | | |
| B | IRS Proof of Claim 30-2 | | | |
| C | IRS Proof of Claim 30-3 | | | |
| D | IRS Proof of Claim 2-1 Case No. 20-12380-EEB | | | |
| E | IRS Proof of Claim 2-2 Case No. 20-12380-EEB | | | |
| | | | | |

Respectfully submitted,

                      MATTHEW T. KIRSCH
                      Acting United States Attorney

Date: August 2, 2021

                      *s/ Katherine A. Ross*
                      **Katherine A. Ross**
                      Assistant U.S. Attorney
                      United States Attorney's Office
                      1801 California Street, Ste. 1600
                      Denver, Colorado 80202
                      Telephone: 303-454-0100
                      Email: katherine.ross@usdoj.gov
                      Counsel for the Internal Revenue Service

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2021, I served a copy of the foregoing document upon each party listed below as indicated:

Sklar Exploration Company, LLC
and Sklarco, LLC
5395 Pearl Parkway, Suite 200
Boulder, CO 80301
Debtor(s)

and it was delivered electronically via CM/ECF to:

| Keri L. Riley | Jenny M.F. Fujii | Jeffrey S. Brinen |
| Counsel for Debtor(s) | Counsel for Debtor(s) | Counsel for Debtor(s) |
| | | |
| Lee M. Kutner | Benjamin Y. Ford | Paul Moss |
| Counsel for Debtor(s) | Counsel for Debtor(s) | U.S. Trustee |

And all parties in interest who have requested notice pursuant to the CM/ECF system

*s/Megan Ingebrigtsen*
U.S. Attorney's Office

3