UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

## LIST OF WITNESSES AND EXHIBITS

**The Debtors, Sklar Exploration Company, LLC and Sklarco, LLC** hereby designates the following witnesses and exhibits for the hearing on confirmation of the Debtors' *Second Amended and Restated Plan of Reorganization* (Docket No. 1251) ("Plan") and the Rudman Partnership's *Motion to Appoint a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104, or in the Alternative, Convert to Chapter 7* (Docket No. 308) ("Trustee Motion") set for **August 16 and 17, 2021** at the U.S. Bankruptcy Court, 721 19th Street, Denver, CO.

### Part 1  Witnesses

The Debtors **will call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| James Katchadurian, CR3 Partners, CRO | Mr. Katchadurian will be called to testify regarding all matters relevant to the Plan and Trustee Motion, including but not limited to the elements required for confirmation of the Plan in accordance with 11 U.S.C. § 1129(a). |
| Howard Sklar | Mr. Sklar will be called for to testify regarding the pre-Petition history of the Debtors and the *Verification Pursuant to Minute Order for May 28, 2021 Hearing (Docket No. 1326)*. |

Party **may call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| Aaron Merrell, Representative of the Official Committee of Unsecured Creditors | Mr. Merrell may be called to testify regarding the Official Committee of Unsecured Creditor's support of confirmation of the Plan. |
| Brad Walker | Mr. Walker may be called to testify regarding the Plan, specifically the terms of his engagement as Independent Manager following confirmation. |

| | |
|---|---|
| Emily Young, Epiq Corporate Restructuring, LLC | Ms. Young may be called to testify regarding the voting and tabulation of ballots for the Plan |
| Any witness listed and/or called to testify by any other party | |
| Any witness necessary for rebuttal or impeachment | |
| Any witness necessary to authenticate any document introduced at the hearing. | |

## Part 2  Exhibits

| Exhibit number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| Debtors' Ex. 1 | Second Amended and Restated Plan of Reorganization (Docket No. 1251) | | | |
| Debtors' Ex. 2 | Amendment to Second Amended and Restated Plan of Reorganization (Docket No. 1385) | | | |
| Debtors' Ex. 3 | Plan Supplement in Connection with Second Amended and Restated Plan of Reorganization (Docket No. 1247) | | | |
| Debtors' Ex. 4 | Amended Resignation and Transition Schedule | | | |
| Debtors' Ex. 5 | Amended Disclosure Statement to Accompany Amended and Restated Plan of Reorganization (Docket No. 1101) | | | |
| Debtors' Ex. 6 | Amended Projections to Accompany Plan | | | |
| Debtors' Ex. 7 | Engagement Agreement for Stone Tower Advisors, Inc. & Brad Walker | | | |
| Debtors' Ex. 8 | Sklarco's Schedule A/B (Case No. 20-12380; Docket No. 89) | | | |
| Debtors' Ex. 9 | Sklarco's Amended Schedules and Statement of Financial Affairs (Case No. 20-12380; Docket No. 51) | | | |
| Debtors' Ex. 10 | SEC's Amended Schedules and Statement of Financial Affairs (Docket No. 560) | | | |
| Debtors' Ex. 11 | Cash Analysis Summary Report (Docket No. 905) | | | |
| Debtors' Ex. 12 | Cash Analysis Report | | | |

| | | | | |
|---|---|---|---|---|
| Debtors' Ex. 13 | Final Order Authorizing Use of Cash Collateral, Granting Adequate Protection, and Providing Related Relief (Docket No. 433) | | | |
| Debtors' Ex. 14 | Declaration of Emily Young of Epiq Corporate Restructuring, LLC Regarding Voting and Tabulation of Ballots Cast on Amended and Restated Joint Plan of Reorganization (Docket No. 1261) | | | |
| Debtors' Ex. 15 | Verification of Howard Sklar Pursuant to Minute Order for May 28, 2021 Hearing (Docket No. 1326) | | | |
| Debtors' Ex. 16 | Proof of Claim for The Rudman Partnership | | | |
| Debtors' Ex. 17 | Proof of Claim for MER Energy, Ltd. | | | |
| Debtors' Ex. 18 | Proof of Claim for CTM 2005. Ltd. | | | |
| Debtors' Ex. 19 | SEC's Form 720s for Tax Year 2014 | | | |
| Debtors' Ex. 20 | SEC's Form 720s for Tax Year 2015 | | | |
| Debtors' Ex. 21 | SEC's Form 720s for Tax Year 2016 | | | |
| Debtors' Ex. 22 | SEC's Form 720s for Tax Year 2017 | | | |
| Debtors' Ex. 23 | SEC's Form 720s for Tax Year 2018 | | | |
| Debtors' Ex. 24 | SEC's Form 720s for Tax Year 2019 | | | |
| Debtors' Ex. 25 | SEC's Form 720s for Tax Year 2020 | | | |
| | Any Exhibits introduced by any other party | | | |
| | Any Exhibit necessary for rebuttal or impeachment | | | |

Debtors reserve the right to supplement, amend or delete any witness and exhibits prior to the hearing. Debtors also reserve the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document filed in the Debtors' case.  Debtors finally reserve the right to introduce exhibits previously admitted.

| Part 3 | Signature |
|---|---|

Dated: August 2, 2021							Respectfully submitted,

By: */s/ Keri L. Riley*
	Jeffrey S. Brinen, #20565
	Keri L. Riley, #47605
	**KUTNER BRINEN DICKEY RILEY, P.C.**
	1660 Lincoln Street, Suite 1720
	Denver, CO 80264
	Telephone: (303) 832-2910
	E-Mail: klr@kutnerlaw.com