UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

## LIST OF WITNESSES AND EXHIBITS

**The Debtors, Sklar Exploration Company, LLC and Sklarco, LLC** hereby designates the following witnesses and exhibits for the hearing on confirmation of the Debtors' *Motion to Amend Agency Services Agreement Pursuant to 11 U.S.C. § 365 and Amend Agency Services Agreement* (Docket No. 1174) ("ASA Motion") set for **August 16 and 17, 2021** at the U.S. Bankruptcy Court, 721 19th Street, Denver, CO.

### Part 1  Witnesses

The Debtors **will call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| James Katchadurian, CR3 Partners, CRO | Mr. Katchadurian will be called to testify regarding all matters relevant to the ASA Motion, including, without limitation, the business judgement exercised in assuming the ASA and the amendment thereto. |
| Howard Sklar | Mr. Sklar will be called to testify regarding the ASA and the Amendment thereto. |

Party **may call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| Any witness listed and/or called to testify by any other party | |
| Any witness necessary for rebuttal or impeachment | |
| Any witness necessary to authenticate any document introduced at the hearing. | |

### Part 2  Exhibits

| Exhibit number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| | The Debtors incorporate by reference its Witness and Exhibit List with respect to the hearing on confirmation of the Second Amended and Restated Plan of Reorganization (Docket No. 1389). To avoid confusion, Exhibit Numbers are continued from the prior list. | | | |
| Debtors' Ex. 26 | Debtors' Motion to Amend Agency Services Agreement Pursuant to 11 U.S.C. § 365 and Amend Agency Services Agreement (Docket No. 1174) | | | |
| Debtors' Ex. 27 | Agency Services Agreement by and between the Debtors, Howard F. Sklar, Miriam Sklar, L.C., the Howard Sklar Trust, the Alan Sklar Trust, the Sam Sklar Trust, and the Succession of Miriam Mandel Sklar | | | |
| Debtors' Ex. 28 | Second Amendment to Agency Services Agreement | | | |
| | Any Exhibits introduced by any other party | | | |
| | Any Exhibit necessary for rebuttal or impeachment | | | |

Debtors reserve the right to supplement, amend or delete any witness and exhibits prior to the hearing. Debtors also reserve the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document filed in the Debtors' case. Debtors finally reserve the right to introduce exhibits previously admitted.

## Part 3   Signature

Dated: August 2, 2021

Respectfully submitted,

By: */s/ Keri L. Riley*
    Jeffrey S. Brinen, #20565
    Keri L. Riley, #47605
    **KUTNER BRINEN DICKEY RILEY, P.C.**
    1660 Lincoln Street, Suite 1720
    Denver, CO 80264
    Telephone: (303) 832-2910
    E-Mail: klr@kutnerlaw.com