UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

## LIST OF WITNESSES AND EXHIBITS

**The Debtors, Sklar Exploration Company, LLC and Sklarco, LLC** hereby designates the following witnesses and exhibits for the hearing on confirmation of the Debtors' contested Motions to Assume certain Operating Agreements ("Contested Assumption Motions") set for **August 16 and 17, 2021** at the U.S. Bankruptcy Court, 721 19th Street, Denver, CO.

### Part 1  Witnesses

The Debtors **will call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| James Katchadurian, CR3 Partners, CRO | Mr. Katchadurian will be called to testify regarding all matters relevant to the Contested Assumption Motions, including, without limitation, the business judgement exercised in assuming the various operating agreements. |

Party **may call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| John Strausser | Mr. Strausser may be called to testify regarding any matters relevant to the Contested Assumption Motions. |
| Any witness listed and/or called to testify by any other party | |
| Any witness necessary for rebuttal or impeachment | |
| Any witness necessary to authenticate any document introduced at the hearing. | |

## Part 2: Exhibits

| Exhibit number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| | The Debtors incorporate by reference their Witness and Exhibit List with respect to the hearing on confirmation of the Second Amended and Restated Plan of Reorganization (Docket No. 1389) and with respect to the Motion to Assume the Agency Services Agreement. To avoid confusion, Exhibit Numbers are continued from the prior lists. | | | |
| Debtors' Ex. 29 | Escambia Participation and Operating Agreement | | | |
| Debtors' Ex. 30 | North Beach Participation & Operating Agreement | | | |
| Debtors' Ex. 31 | Shipps Creek Operating Agreement | | | |
| Debtors' Ex. 32 | Fish Pond Unit Operating Agreement | | | |
| Debtors' Ex. 33 | Southeast Brooklyn Oil Unit Operating Agreement | | | |
| Debtors' Ex. 34 | Southwest Brooklyn Oil Unit Operating Agreement | | | |
| Debtors' Ex. 35 | Kings Dome Operatin Agreement | | | |
| | Any Exhibits designated or introduced in connection with the hearing on confirmation of the Second Amended and Restated Plan of Reorganization or Motion to Assume Agency Services Agreement | | | |
| | Any Exhibits introduced by any other party | | | |
| | Any Exhibit necessary for rebuttal or impeachment | | | |

Debtors reserve the right to supplement, amend or delete any witness and exhibits prior to the hearing. Debtors also reserve the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document filed in the Debtors' case. Debtors finally reserve the right to introduce exhibits previously admitted.

## Part 3 Signature

Dated: August 2, 2021

Respectfully submitted,

By: */s/ Keri L. Riley*
    Jeffrey S. Brinen, #20565
    Keri L. Riley, #47605
    **KUTNER BRINEN DICKEY RILEY, P.C.**
    1660 Lincoln Street, Suite 1720
    Denver, CO 80264
    Telephone: (303) 832-2910
    E-Mail: klr@kutnerlaw.com