IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **SKLAR EXPLORATION COMPANY, LLC** | ) | Case No. 20-12377-EEB |
| **and SKLARCO, LLC** | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |
| **SKLARCO, LLC** | ) | Case No. 20-12380-EEB |
| | ) | |
| | ) | Chapter 11 |
| | ) | |

**FIRST AMENDED LIST OF WITNESSES AND EXHIBITS
FOR EVIDENTIARY HEARING -- AUGUST 16-17, 2021
(Docket No. 1358)
(THE RUDMAN PARTNERSHIP, CTM 2005, LTD., MER ENERGY, LTD.)**

The Rudman Partnership ("Rudman"), CTM 2005, Ltd. ("CTM"), and MER Energy, Ltd. ("MER") (collectively, the "Plan Objectors" or "Rudman Parties") hereby designate the witnesses and exhibits for the hearing set for August 16-17, 2021, at 9:30 a.m. at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom F, Fifth Floor, Denver, Colorado 80202. The Court's Order setting the hearing (Dkt. No. 1358) identified the four matters to be considered at the hearing and also directed that the Plaintiff/Movant use numbers and that the Defendant/Respondent use letters in labeling exhibits. The parties who have filed documents on these matters are movants in some instances and objectors in others, and there will likely be substantial crossover and use of exhibits among the four matters. Accordingly, unless otherwise directed by the Court, the Debtors and East West Bank and the Plan Objectors have

1

*LIST OF WITNESSES AND EXHIBITS*
*(RUDMAN)*

agreed that supporters of the Plan will use numbers for all exhibits and the Plan Objectors will use letters.

## I. WITNESSES

The Rudman Parties will call the following witnesses:

| Witness Name | Nature of Testimony |
|---|---|
| W.R. Trey Sibley, III, General Counsel, The Rudman Partnership | Mr. Sibley will testify as a rebuttal witness regarding matters raised by Debtors during the presentation of their evidence. To the extent necessary, he will also testify regarding the agreements entered into between The Rudman Partnership and the Debtors, including without limitation Participation Agreements, Joint Operating Agreements ("JOA's"), and Unit Agreements. He will also testify about Authorizations for Expenditures ("AFE's") and Cash Call Advance notices received from Sklar Exploration Company, LLC ("SEC"), joint interest billings ("JIB's"), and payments made to and received from SEC arising from those agreements and notices. Mr. Sibley may also testify about the standards of conduct and prudent operations for oil and gas operators and non-operators, and the improper use by Debtors of Cash Call Advances by, and production revenues of, the Working Interest Owners ("WIO's"). In addition, Mr. Sibley may testify as to the nature of the agreements surrounding the Abbyville Gas Plant Management Fee, the reasons why the Management Fee being charged by SEC was not properly authorized by unanimous amendment of the Escambia JOA, and the calculation of the Management Fee amounts wrongfully withheld from revenues owing to The Rudman Partnership. Further, Mr. Sibley may testify about SEC's transmittal of ballots for selecting a replacement, successor operator for the |

*LIST OF WITNESSES AND EXHIBITS*
*(RUDMAN)*

|  | |
|---|---|
|  | Escambia Prospect in relation to Abbyville plant management and operations. |
|  | He may testify about the Debtors' reserve report being too dated to be an accurate projection of revenues to be anticipated given the substantial rise in oil and gas prices since its preparation and other deficiencies. |
|  | Mr. Sibley is an attorney licensed in the State of Texas and has been employed The Rudman Partnership for over 40 years and has been its general counsel for 33 years. In the course and scope of his employment he has been involved with the drafting, interpretation. and performance of the terms of all manner of oil and gas contracts and instruments including participation agreements, JOA's, farmout agreements, oil and gas leases, assignments and bills of sale, AFE's, cash call requests, division orders and area of mutual interest agreements. |
|  | His experience is not only as a lawyer but as manager of the operations of The Rudman Partnership, which has significant oil and gas holdings in many states, and in that capacity has years of experience in the acquisition and operation of working interests in oil, gas and other minerals and is familiar with the standards of conduct and operations of oil and gas operators and non-operators. |
|  | He also has personal knowledge of all contracts and dealings of The Rudman Partnership with Sklarco, LLC and SEC. |
| Howard Sklar | Mr. Sklar will be cross-examined on any matters about which he has formerly testified or about which he testifies at the hearings. Mr. Sklar's prior testimony provided in these proceedings, including testimony rendered in depositions or in prior hearings, e.g., the Cash |

3

*LIST OF WITNESSES AND EXHIBITS*
*(RUDMAN)*

|  | |
|---|---|
|  | Collateral hearing of May 12, 2020, will be introduced. Mr. Sklar's testimony will be obtained regarding activities involving the Debtors both before and after the filing of the petition for bankruptcy reorganization. Mr. Sklar may also be called upon to testify about matters contained in statements made or documents prepared on behalf of the Debtors.<br><br>Among other specific matters, Mr. Sklar will be asked to testify about the Debtors' Plan, the Agency Services Agreement (as amended), the proposed amendment of the current Agency Services Agreement, and the completeness and accuracy of disclosures of Debtors with respect to relationships and transactions involving the various Sklar family trusts and estates and the respective oil and gas and other property held in the name of Sklarco in which the beneficiaries have ownership interests. Mr. Sklar, or other witnesses designated by the Debtors, may also be called on to testify regarding agreements entered into between the Debtors and between the Debtors and third parties and the issuance of JIB's and notices for Cash Call Advances, and the accounting related to the conduct of operations and activities associated with both operating and nonoperating oil and gas leasehold interests, and other matters related thereto.<br><br>Mr. Sklar may also be asked to testify about any Exhibits relating to the Debtors, Maevlo Production, LP (and affiliated entities), the Sklar Trusts, the Agency Services Agreement and any filings or documents produced in this case. Mr. Sklar may also be called upon to testify about the pending Plan and its relationship to other court proceedings in which he is or has been involved during the pendency of the Debtors' bankruptcy proceedings. |

*LIST OF WITNESSES AND EXHIBITS*
*(RUDMAN)*

| Marshall Jones | The Rudman Parties reserve the right to introduce Mr. Jones's prior testimony provided in these proceedings, including testimony rendered in depositions or in prior hearings, e.g., the Cash Collateral hearing of May 11, 2020. |
|---|---|
| Johne Strausser | Mr. Strausser's prior testimony from the Cash Collateral hearing of May 11, 2020, as well as any other hearings or depositions in these cases, will be introduced and he may be examined in person regarding the subject matter of such testimony. He will also be asked about the Debtors commingling of funds, their co-dependence at all times on the use of each others' funds, the fact that they could not have survived as viable entities without such use. He will futher be examined about Debtors' use of funds belonging to WIO's and the amount of such funds used during the pendency of this case. Mr. Strausser's testimony will also be obtained regarding the Debtors' Plan, the Agency Services Agreement (as amended) and the completeness and accuracy of disclosures of Debtors with respect to relationships and transactions involving the various Sklar family trusts. Mr. Strausser may also be called on to testify regarding the agreements entered into between the Debtors and between the Debtors and third parties and the issuance of JIB's and notices for Cash Call Advances, and the accounting related to the conduct of operations and activities associated with both operating and nonoperating oil and gas leasehold interests, and other matters related thereto. Among other matters, Mr. Strausser may be called upon to review the assessment and payment by Sklarco of JIB's and Cash Call Advances. Mr. Strausser may also be called upon to discuss the debt/financing obligations of SEC and Sklarco and relationship of those obligations to the Sklar family trusts. |

*LIST OF WITNESSES AND EXHIBITS*
*(RUDMAN)*

| | |
|---|---|
| | He will also be asked to testify about accounting involving the allocation of revenues and expenses associated with operation of the the Alabama gas plants, gathering systems, and the Brooklyn Oil Units, both before and after the filing the Debtors' bankruptcy actions, and the calculation of the Management Fee and withholding of Management Fees from the revenues payable to The Rudman Partnership.<br><br>Mr. Strausser may also be asked to testify about any Exhibits relating to the Debtors and any filings or documents produced in this case, and any documents relating to the financial affairs of Debtors. He may also be called upon to discuss valuation of the Debtors. |
| James R. Katchadurian, Chief Restructuring Officer for SEC, and partner for CR3 | Mr. Katchadurian's prior testimony given in heaings and depositions related to the Debtors will be introduced, including without limitation his deposition of December 10, 2020. Mr. Katchadurian's testimony will be obtained regarding his/CR3's review of the activities involving the Debtors both before and after the filing of the petition for bankruptcy reorganization. Mr. Katchadurian may also be called upon to testify about matters contained in statements made or documents prepared on behalf of the Debtors, including without limitation its role in the election of successor operators.<br><br>Among other specific matters, Mr. Katchadurian will be asked to testify about the Debtors' Plan, the Agency Services Agreement (as amended), the proposed amendment of the current Agency Services Agreement, and the completeness and accuracy of disclosures of Debtors with respect to relationships and transactions involving the various Sklar family trusts. Mr. Katchadurian, or other witnesses designated |

*LIST OF WITNESSES AND EXHIBITS*
*(RUDMAN)*

| | |
|---|---|
| | by the Debtors, may also be called on to testify regarding agreements entered into between the Debtors and between the Debtors and third parties and the issuance of JIB's and notices for Cash Call Advances, and the accounting related to the conduct of operations and activities associated with both operating and nonoperating oil and gas leasehold interests, and other matters related thereto. |
| Corporate Representative of East West Bank | A designated corporate representative of East West Bank with knowledge of relevant facts may be called to testify concerning the Debtors' Plan, the Credit Agreement with Debtors, the advances of funds to Debtors and the purposes thereof, the bank's knowledge of the assets owned by various Sklar family trusts and estates, and the involvement of the "Sklar Enterprise Entities", the "Sklar Group" (as defined in the Credit Agreement) with the Debtors, and the validity, extent and priority of any liens securing the bank's alleged claim. |

In addition, Rudman Parties may call any witness called by any other party or necessary for rebuttal or impeachment.

## II. EXHIBITS

| Exhibit No. | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| RUD-A | Transcript of April 9, 2020 Hearing [Docket No. 85] | | | Electronic Bates Nos. RUD000001-RUD000076 |
| RUD-B | **DO NOT USE** | | | Electronic Bates Nos. RUD000077-RUD000077 |

*LIST OF WITNESSES AND EXHIBITS*
*(RUDMAN)*

| | | | | |
|---|---|---|---|---|
| RUD-C | Transcript of May 8, 2020 Hearing [Docket No. 283] | | | Electronic Bates Nos. RUD000078-RUD000148 |
| RUD-D | Transcript of Evidentiary Hearing on Cash Collateral and other Motions of May 11, 2020 | | | Electronic Bates Nos. RUD000149-RUD000331 |
| RUD-E | Transcript of Continued Evidentiary Hearing on Cash Collateral and other Motions of May 12, 2020 | | | Electronic Bates Nos. RUD000332-RUD000569 |
| RUD-F | Escambia Prospect Participation Agreement and JOA, together with Letter from David Barlow To Escambia Working Interest Owners dated June 11, 2012 and Executed Amendment to Operating Agreement, together with Letter from J. Marshall Jones, III, dated February 13, 2020 and partially executed Amendment F to Operating Agreement, together with Recording Supplements Conecuh and Escambia Counties, Alabama | | | Electronic Bates Nos. RUD000570-RUD000798 |
| RUD-G | **DO NOT USE** | | | Electronic Bates Nos. RUD000799-RUD000799 |
| RUD-H | Recorded Partial Assignment of Oil, Gas and other Mineral | | | Electronic Bates Nos. RUD000800- |

8

*LIST OF WITNESSES AND EXHIBITS*
*(RUDMAN)*

|  | Leases—Escambia Prospect |  |  | RUD000817 |
|---|---|---|---|---|
| RUD-I | **DO NOT USE** |  |  | Electronic Bates Nos. RUD000818-RUD000818 |
| RUD-J | The Rudman Partnership-Cash Call CCL&T 3-2#1 Workover dated Feb. 5, 2020 |  |  | Electronic Bates Nos. RUD000819-RUD000819 |
| RUD-K | The Rudman Partnership-Cash Call CCL&T Thomasson 33-12#1 Workover dated Feb. 11, 2020 |  |  | Electronic Bates Nos. RUD000820-RUD000820 |
| RUD-L | The Rudman Partnership-Cash Call CCL&T 35-13#1 Workover dated Feb. 18, 2020 |  |  | Electronic Bates Nos. RUD000821-RUD000821 |
| RUD-M | SEC-The Rudman Partnership Settlement Statement dated Jan.31, 2020 |  |  | Electronic Bates Nos. RUD000822-RUD000840 |
| RUD-N | Debtors' Data Room Spreadsheet-Cash Call Tracker |  |  | Electronic Bates Nos. RUD000841-RUD000854 |
| RUD-O | Sklarco Non-Payment of Cash Advance Summary [Docket No. 308-3] |  |  | Electronic Bates Nos. RUD000855-RUD000859 |
| RUD-P | Debtors' Motion To 1) Honor and Pay ORRI, R, WIO; and 2) Offset JIB Obligations [Docket No. 37] |  |  | Electronic Bates Nos. RUD000860-RUD000866 |
| RUD-Q | Debtors' Motion For Entry of Order for Payment of Pre- |  |  | Electronic Bates Nos. RUD000867-RUD000871 |

9

*LIST OF WITNESSES AND EXHIBITS*
*(RUDMAN)*

|  |  |  |  |  |
|---|---|---|---|---|
|  | Petition JIBs-Critical Vendors [Docket No. 41] |  |  |  |
| RUD-R | SEC Schedule of Payments to Insiders [Docket No. 308-2] |  |  | Electronic Bates Nos. RUD000872-RUD000873 |
| RUD-S | SEC Statement of Financial Affairs [Docket No. 102] |  |  | Electronic Bates Nos. RUD000874-RUD000902 |
| RUD-T | Status Report on Motions Set for Hearing on April 27, 2020 [Docket No. 173] |  |  | Electronic Bates Nos. RUD000903-RUD000917 |
| RUD-U | Sklarco, LLC Schedule of Payments to Insiders [Docket No. 308-1] |  |  | Electronic Bates Nos. RUD000918-RUD000921 |
| RUD-V | Agency Services Agreement July 2, 2010 [Docket No. 308-4] |  |  | Electronic Bates Nos. RUD000922-RUD000935 |
| RUD-W | First Amendment to Agency Services Agreement Aug 31, 2015 [Docket No. 308-5] |  |  | Electronic Bates Nos. RUD000936-RUD000939 |
| RUD-X | Debtors' Report on Issues Raised by Court with email attachment [Docket No. 299] |  |  | Electronic Bates Nos. RUD000940-RUD000945 |
| RUD-Y | SEC Statement of Financial Affairs [Docket No. 324] |  |  | Electronic Bates Nos. RUD000946-RUD000976 |

10

*LIST OF WITNESSES AND EXHIBITS*
*(RUDMAN)*

| | | | | |
|---|---|---|---|---|
| RUD-Z | Sklarco Schedule G: Executory Contracts and Unexpired Leases [Docket No. 360] | | | Electronic Bates Nos. RUD000977-RUD000993 |
| RUD-AA | SEC Schedule G: Executory Contracts and Unexpired Leases [Docket No. 364] | | | Electronic Bates Nos. RUD000994-RUD001016 |
| RUD-BB | Sklarco Schedule A/B: Assets – Real and Personal Property [Docket No. 29] | | | Electronic Bates Nos. RUD001017-RUD001103 |
| RUD-CC | Sklarco Schedule G: Executory Contracts and Unexpired Leases [Docket No. 31] | | | Electronic Bates Nos. RUD001104-RUD001120 |
| RUD-DD | Sklarco Schedule H: Your Codebtors [Docket No. 32] | | | Electronic Bates Nos. RUD001121-RUD001121 |
| RUD-EE | Sklarco Statement of Financial Affairs [Docket No. 27] | | | Electronic Bates Nos. RUD001122-RUD001138 |
| RUD-FF | SEC Audited Financial Statements December 31, 2018 and 2017 | | | Electronic Bates Nos. RUD001139-RUD001164 |
| RUD-GG | Sklarco Schedule H: our Codebtors [Docket 361] | | | Electronic Bates Nos. RUD001165-RUD001166 |
| RUD-HH | Brooklyn Unit Boundary Map Unit Agreement Attachments A-E | | | Electronic Bates Nos. RUD001167-RUD001186 |
| RUD-II | Sklar Map of Alabama Prospects | | | Electronic Bates Nos. RUD001187- |

11

*LIST OF WITNESSES AND EXHIBITS*
*(RUDMAN)*

|  |  |  |  | RUD001187 |
|---|---|---|---|---|
| RUD-JJ | Mineral Royalty Deed Patricia Shoemaker |  |  | Electronic Bates Nos. RUD001188-RUD001190 |
| RUD-KK | Agency Services Agreement between Sklarco and co-trustees for Maren Silbertein April 14, 2008 |  |  | Elctronic Bates Nos. RUD001191-RUD001201 |
| RUD-LL | Letter from Howard F. Sklar to sons, nephews and niece dated Dec. 13, 2019 |  |  | Electronic Bates Nos. RUD001202-RUD001209 |
| RUD-MM | Alan Trust Ownership Deck |  |  | Electronic Bates Nos. RUD001210-RUD001324 |
| RUD-NN | Howard Trust Ownership Deck |  |  | Electronic Bates Nos. RUD001325-RUD001596 |
| RUD-OO | JJS Ownership Deck |  |  | Electronic Bates Nos. RUD001597-RUD001695 |
| RUD-PP | Maren Silberstein Rev. Trust Ownership Deck |  |  | Electronic Bates Nos. RUD001696-RUD001977 |
| RUD-QQ | Sam Trust Ownership Deck |  |  | Electronic Bates Nos. RUD001978-RUD002091 |
| RUD-RR | Succession of Miriam Mandel Sklar Ownership Deck |  |  | Electronic Bates Nos. RUD002092-RUD002108 |

*LIST OF WITNESSES AND EXHIBITS*
*(RUDMAN)*

| RUD-SS | Sklarco Investments Beneficial Interest Red Sheet LTP Opportunity Fund I with Distribution Amounts | | | Electronic Bates Nos. RUD002109-RUD002109 |
|---|---|---|---|---|
| RUD-TT | Sklarco Investments Beneficial Interest Red Sheet Fern Park Apartment Homes, LLC with CF | | | Electronic Bates Nos. RUD002110-RUD002110 |
| RUD-UU | Sklarco Investments Beneficial Interest Red Sheet Trout Creek Ventures with CF and Emails | | | Electronic Bates Nos. RUD002111-RUD002114 |
| RUD-VV | Sklarco Investments Beneficial Interest Red Sheet 9.7 Conroe | | | Electronic Bates Nos. RUD002115-RUD002115 |
| RUD-WW | Sklaro Investments Beneficial Interest Red Sheet Fern Park Aparment Homes LLC without CF | | | Elctronic Bates Nos. RUD004292-RUD004292 |
| RUD-XX | Sklarco Investments Beneficial Interest Red Sheet LTP Opportunity Fund I Without Distribution Amounts | | | Electronic Bates Nos. RUD002116-RUD002116 |
| RUD-YY | Sklarco Investments Beneficial Interest Red Sheet LTP TimberQuest Fund Ltd. Partnership | | | Electronic Bates Nos. RUD002117-RUD002117 |
| RUD-ZZ | Sklarco Investments Beneficial Interest Red Sheet | | | Electronic Bates Nos. RUD002118- |

*LIST OF WITNESSES AND EXHIBITS*
*(RUDMAN)*

|  |  |  |  |  |
|---|---|---|---|---|
|  | Sanus Pharmaceuticals LLC |  |  | RUD002118 |
| RUD-AAA | Sklarco Investments Beneficial Interest Red Sheet Trout Creek Ventures without CF |  |  | Electronic Bates Nos. RUD002119-RUD002119 |
| RUD-BBB | Sklarco Investments Beneficial Interest Red Sheet West Arcadia Pipeline, LLC |  |  | Electronic Bates Nos. RUD002120-RUD002120 |
| RUD-CCC | Sklarco, LLC Settlement Statement ALAN Trust - 4-30-2021 |  |  | Electronic Bates Nos. RUD002121-RUD002287 |
| RUD-DDD | Sklarco, LLC Settlement Statement Howard Trust – 4-30-2021 |  |  | Electronic Bates Nos. RUD002288-RUD002932 |
| RUD-EEE | Sklarco, LLC Settlement Statement JJS Working Interests, LLC 4-30-2021 |  |  | Electronic Bates Nos. RUD002933-RUD002977 |
| RUD-FFF | Sklarco, LLC Settlement Statement Maren Silberstein Rev Trust 4-30-2021 |  |  | Electronic Bates Nos. RUD002978-RUD003430 |
| RUD-GGG | Sklarco, LLC Settlement Statement SAM Trust 4-30-2021 |  |  | Electronic Bates Nos. RUD003431-RUD003596 |
| RUD-HHH | Sklarco, LLC Settlement Statement Succession of Miriam Mandel Sklar – 4-30-2021 |  |  | Electronic Bates Nos. RUD003597-RUD003604 |
| RUD-III | Beneficial Interest SKC Cedar Creek L & T |  |  | Elctronic Bates Nos. RUD003605-RUD003605 |

*LIST OF WITNESSES AND EXHIBITS*
*(RUDMAN)*

|  |  |  |  |  |
|---|---|---|---|---|
|  | 13-11 #1 Shipps Creek |  |  |  |
| RUD-JJJ | Beneficial Interest SKC Fishpond Oil Unit - Escambia |  |  | Electronic Bates Nos. RUD003606-RUD003606 |
| RUD-KKK | Beneficial Interest SKC Southeast Brooklyn Oil Unit |  |  | Electronic Bates Nos. RUD003607-RUD003607 |
| RUD-LLL | Beneficial Interest SKC Southwest Brooklyn Oil Unit |  |  | Electronic Bates Nos. RUD003608-RUD003608 |
| RUD-MMM | Credit Agreement SEC and Sklarco, LLC East West Bank 6-15-2018 |  |  | Electronic Bates Nos. RUD003609-RUD003712 |
| RUD-NNN | Consent Judgment Howard F. Sklar v. Jane Belser Sklar 4-9-2021 |  |  | Electronic Bates Nos. RUD003713-RUD003719 |
| RUD-OOO | Monthly Operating Report SEC and Sklarco, LLC Period Ending 5/31/2021 CRO James Katchadurian |  |  | Electronic Bates Nos. RUD003720-RUD003810 |
| RUD-PPP | MER Energy Ltd Ballot – Debtors' Amended and Restated Plan |  |  | Electronic Bates Nos. RUD003811-RUD003813 |
| RUD-QQQ | The Rudman Partnership Ballot – Debtors' Amended and Restated Plan |  |  | Elctronic Bates Nos. RUD003814-RUD003816 |
| RUD-RRR | Verification of Howard F. Sklar (Docket No. 1326) filed 6/30/2021 |  |  | Electronic Bates Nos. RUD003817-RUD003820 |

*LIST OF WITNESSES AND EXHIBITS*
*(RUDMAN)*

| | | | | |
|---|---|---|---|---|
| RUD-SSS | Plan Supplement filed on May 12, 2021 [Dkt. No. 1247], including (A) Resignation and Transition Schedule; (B) Creditor Trust Agreement; (C) Mineral Leases Reserved to Creditors' Trust; and (D) Escrow Agreement for Equity Interests. | | | Electronic Bates Nos. RUD003821-RUD003906 |
| RUD-TTT | Second Amended Plan filed on May 14, 2021 [Dkt. No. 1251] | | | Electronic Bates Nos. RUD003907-RUD003947 |
| RUD-UUU | Sklarco's Amended Schedules and SOFA filed June 30, 2021 [Dkt. No. 80 (in *In re Sklarco*; Case No. 20-12380-EEB)] | | | Electronic Bates Nos. RUD003948-RUD004273 |
| RUD-VVV | Escambia Ballot for Successor Operator | | | Electronic Bates Nos. RUD004274-RUD004291 |

**CONFIDENTIAL EXHIBITS**

| Exhibit No. | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| RUD-WWW CONFIDENTIAL | Inter Vivos Trust (Alan Grantor Trust) April 21, 2015 | | | Electronic Bates Nos. RUD004293-RUD004377 |
| RUD-XXX CONFIDENTIAL | Inter Vivos Trust (Jacob Grantor Trust) October 16, 2010 | | | Electronic Bates Nos. RUD004378-RUD004475 |

16

*LIST OF WITNESSES AND EXHIBITS*
*(RUDMAN)*

| | | | | | |
|---|---|---|---|---|---|
| RUD-YYY CONFIDENTIAL | SAM Trust Agreement Designations of Trustees | | | | Electronic Bates Nos. RUD004476-RUD004487 |
| RUD-ZZZ CONFIDENTIAL | Inter Vivos Trust (Howard Trust) February 27, 2011 | | | | Electronic Bates Nos. RUD004488-RUD004504 |
| RUD-AAAA CONFIDENTIAL | Federal Income Tax Return 2019 Alan Sklar | | | | Electronic Bates Nos. RUD004505-RUD004777 |
| RUD-BBBB CONFIDENTIAL | Alan Sklar 2019 Depletion Schedule | | | | Electronic Bates Nos. RUD004778-RUD004779 |
| RUD-CCCC CONFIDENTIAL | Federal Income Tax Return 2019 Jacob Sklar | | | | Electronic Bates Nos. RUD004780-RUD005019 |
| RUD-DDDD CONFIDENTIAL | Jacob Sklar 2019 Depletion and IDC Schedules | | | | Electronic Bates Nos. RUD005020-RUD005030 |
| RUD-EEEE | Federal Income Tax Return 2019 Miriam Sklar | | | | Electronic Bates Nos. RUD005031-RUD005161 |
| RUD-FFFF | Miriam Sklar 2019 Depletion Schedule | | | | Electronic Bates Nos. RUD005162-RUD005164 |

In addition, Rudman Parties may utilize any exhibit offered by any other party and any document necessary for impeachment or rebuttal or to refresh the recollection of a witness.

Dated: August 4, 2021.

                                            Respectfully submitted,

**Maynes, Bradford, Shipps & Sheftel, LLP**
*/s/ Thomas H. Shipps*
Thomas H. Shipps
*/s/ Shay L. Denning*
Shay L. Denning
Maynes, Bradford, Shipps & Sheftel, LLP
835 E. Second Ave., Suite 123
Durango, CO 81301
Telephone: (970) 247-1755
Cell: (970)749-1479; (970) 946-0846
Facsimile: (970) 247-8827
Email: tshipps@mbssllp.com;
       sdenning@mbssllp.com

and

*/s/ Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.
815 Walker, Suite 1502
Houston, TX 77002
Telephone: (713) 659-8761
Cell: (713) 516-7450
Facsimile: (713)659-8764
Email: barnetbjr@msn.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that, on August 4, 2021, the foregoing instrument was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing

                                            /s/ *Kate Potemkin*
                                            Kate Potemkin