## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | Chapter 11 |
| EIN: 72-1417930 | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | Case No. 20-12380-EEB |
| | ) | Chapter 11 |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | |
| | ) | *Jointly Administered Under* |
| Debtor. | ) | *Case No. 20-12377-EEB* |

### UNITED STATES TRUSTEE'S NOTICE OF WITHDRAWAL OF OBJECTION TO THE AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION DATED DECEMBER 18, 2020

Patrick S. Layng, the United States Trustee for Region 19 (the "UST"), by and through his undersigned counsel, hereby files this Notice of Withdrawal of his Objection to Debtors' Amended and Restated Joint Plan of Reorganization Dated December 18, 2020 (the "UST Objection" at Docket No. 1207).   The UST states and alleges as follows:

1.     On April 1, 2020 (the "Petition Date"), Sklar Exploration Company, LLC and Sklarco, LLC (together the "Debtors") commenced the above-captioned jointly administered chapter 11 cases.

2.     Debtors continue to remain debtors-in-possession.  A committee of unsecured creditors was appointed on April 16, 2020, in the case of Sklar Exploration Company, LLC.

3.     On December 18, 2020, the Debtors filed their Disclosure Statement and Joint Plan of Reorganization Dated December 18, 2020.

4.     On March 11, 2021, Debtors filed their Amended and Restated Joint Plan of Reorganization Dated December 18, 2020 (the "Plan" at Docket No. 1080).

5.     On April 23, 2021, the UST Objection was filed and was primarily concerned with the Plan's exculpation language and the Plan's request that Sklar Exploration Company, LLC, receive a discharge under the Plan when it was ineligible for discharge under § 1141(d)(3).

6.     On May 14, 2021, Debtors filed their Second Amended and Restated Joint Plan of Reorganization Dated December 18, 2020, which partially resolved the UST Objection related to concerns in the Plan's the exculpation clause, however, the Second Amended Plan did not resolve language related to Sklar Exploration Company, LLC, receiving a chapter 11 discharge.

7.      On August 2, 2012, the Debtors file an Amendment to Second Amended and Restated Joint Plan of Reorganization Dated December 18, 2020, which stated that Sklar Exploration Company, LLC, would not receive a discharge in it chapter 11 case.   The remaining issue in the UST's Objection expressed concerns of potentially unfiled tax returns by Debtors, however, Debtors' position is that all outstanding returns were filed as advised by their tax professionals.   The IRS is represented in the above-captioned case by counsel and Debtors are working directly with the IRS on the issues of the status of their tax returns and tax liability, if any.

8.      Based on the above stated reasons, the UST files this Notice of Withdrawal of his Objection to Debtors' Amended and Restated Joint Plan of Reorganization Dated December 18, 2020 (at Docket No. 1207).

WHEREFORE, the United States Trustee hereby files his Notice of Withdrawal of his Objection to Debtors' Amended and Restated Joint Plan of Reorganization Dated December 18, 2020, for the reasons discussed above and for such other relief as the Court deems appropriate.

Dated: August 5, 2021                                Respectfully submitted,

PATRICK S. LAYNG
UNITED STATES TRUSTEE

/s/ Paul Moss
By: Paul Moss, #26903
Trial Attorney for the U.S. Trustee
Byron G. Rogers Federal Building
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
(303) 312-7995 telephone
Paul.Moss@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 5, 2021, a copy of the UNITED STATES TRUSTEE'S NOTICE OF WITHDRAWAL OF OBJECTION TO THE AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION DATED DECEMBER 18, 2020 was served electronically through the CM/ECF system on the following parties (and any other parties requesting electronic notice through the court):

*VIA CM/ECF:*

Keri L. Riley
Jeffrey S. Brinen
Christopher D. Johnson
James B. Bailey
Victoria N. Argeroplos
Joseph Eric Bain
Grant Matthew Beiner
Jordan B. Bird
Duane Brescia
Daniel L. Bray
Casy Carlton Breese
Jeffrey Dayne Carruth
John Childers
John Cornwell
Christopher M. Crowley
Shay L. Denning
Jonathan Dickey
Katherine Guidry Douthitt
Benjamin Y. Ford
Jenny M.F. Fujii
Craig M. Geno
Michael J. Guyerson
Jennifer Hardy
Theodore J. Hartl
Adam L. Hirsch
Stephen K. Lecholop II
Eric Lockridge
Armistead Mason Long
Ryan Lorenz
Christopher Meredith
David M. Miller

Timothy C. Mohan
Kevin S. Neiman
Michael Niles
Matthew J. Ochs
Matthew Okin
Jennifer Norris Soto
John Thomas Oldham
Robert L. Paddock
Robert Padjen
Jeremy L. Retherford
Brian Rich
Timothy Michael Riley
Katherine A. Ross
Michael D. Rubenstein
Craig K. Schuenemann
Ryan Seidmann
Andrew James Shaver
Thomas H. Shipps
Barnet B. Skeleton, Jr.
Jim F. Spencer, Jr.
Bryce Suzuki
Timothy M. Swanson
David R. Taggart
Glenn Taylor
Madison M. Tucker
Amy Vazquez
Deanna L. Westfall

*/s/ Paul Moss*
*Office of U.S. Trustee*

3