U.S. Bankruptcy Court of Colorado
721 19th Street
Denver, Co 80202

```
FILED
CLERK OF COURT

AUG - 5 2021

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO
```

Case No. 20-12377 EEB

Please note that the old address for Wallace & Wallace, LLC was:

6163 Kay Brook Drive
Byram, MS 39272

The new address for Wallace & Wallace, LLC is:

770 Harbor Boulevard, Unit 4B
Destin, Fl 32541

Thank you,

*Ruth Wallace* (signature)
Ruth Wallace