IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **SKLAR EXPLORATION COMPANY, LLC** | ) | Case No. 20-12377-EEB |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **SKLARCO, LLC** | ) | Case No. 20-12380-EEB |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

**OBJECTIONS OF THE RUDMAN PARTNERSHIP, CTM 2005, LTD., MER ENERGY, LTD. TO CERTAIN OF DEBTORS' EXHIBITS**
(*Related to Docket Nos. 1389, 1390, and 1391*)

The Rudman Partnership ("Rudman"), CTM 2005, Ltd. ("CTM"), and MER Energy, Ltd. ("MER") (collectively, "Rudman Parties"), hereby submit their objections to the admissibility of certain of the exhibits listed by the Debtors for potential introduction at the scheduled August 16-17, 2021 evidentiary hearing on the matters addressed in the Court's Order and Notice of In-Person Evidentiary Hearing dated July 15, 2021 (Docket No. 1358). In accordance with that Order, a copy of each contested exhibit is attached for the Court's review. Specifically, the Rudman Parties object as follows:

a. <u>Debtors' Exhibit 4 – Amended Resignation and Transition Schedule</u>: The grounds for objection are: hearsay, lack of foundation, and relevance.

b. <u>Debtors' Exhibit 6 – Amended Projections to Accompany Plan</u>: Hearsay and absence of expert designation, expert report, and underlying documentation supporting projections (including absence of reserve report).

c. <u>Debtors' Exhibit 11 – Cash Analysis Summary Report</u>: lack of foundation; relevance.

d. <u>Debtors' Exhibit 12 – Cash Analysis Report</u>: lack of foundation; relevance.[1]

As to Debtors' remaining designated exhibits, the Rudman Parties have agreed to admissibility, but otherwise reserve the right to contest the accuracy or validity of matters asserted therein. Counsel for the Debtors and for the Rudman Parties have conferred and intend to confirm at or before the hearing which of their respective exhibits are duplications and how they will be handled at the hearing.

Dated: August 9, 2021.

Respectfully submitted,

**Maynes, Bradford, Shipps & Sheftel, LLP**
*/s/ Thomas H. Shipps*
Thomas H. Shipps
*/s/ Shay L. Denning*
Shay L. Denning
Maynes, Bradford, Shipps & Sheftel, LLP
835 E. Second Ave., Suite 123
Durango, CO 81301
Telephone: (970) 247-1755
Cell: (970)749-1479; (970) 946-0846
Facsimile: (970) 247-8827
Email: tshipps@mbssllp.com;
 sdenning@mbssllp.com

---

[1] Debtors' Exhibit 12 was exchanged in a non-fileable, Excel format. Counsel for the Rudman Parties attempted to convert the exhibit to PDF format for purposes of tendering this objection; however, the size of the document prevented its filing as an attachment.

and

*/s/ Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.
815 Walker, Suite 1502
Houston, TX 77002
Telephone: (713) 659-8761
Cell: (713) 516-7450
Facsimile: (713) 659-8764
Email: barnetbjr@msn.com

Counsel to The Rudman Partnership, MER Energy, Ltd. and CTM 2005, Ltd.

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that, on August 9, 2021, the foregoing instrument was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

/s/ *Kate Potemkin*
Kate Potemkin