**Sklar Exploration Company LLC**
**Resignation and Transition Schedule - DRAFT**

