| Values in 000's ($M) | 2021 | 2022 | 2023 | 2021-2023 |
|---|---:|---:|---:|---:|
| **SklarEx** | | | | |
| **Operated Volume** | | | | |
| OIL (BBL) | 206,240 | - | - | 206,240 |
| GAS (MCF) | 892,709 | - | - | 892,709 |
| PLANT PRODUCT (BBL) | 42,966 | - | - | 42,966 |
| *Oil Price - WTI NYMEX (5/24)* | *31.47* | *60.72* | *57.58* | |
| *Gas Price - HHUB NYMEX (5/24)* | *1.50* | *2.83* | *2.62* | |
| *Realized Price - Oil ($/Bbl)* | *62.63* | *-* | *-* | |
| *Realized Price - Gas ($/Mcf)* | *2.65* | *-* | *-* | |
| *Realized Price - NGL ($/Bbl)* | *3.18* | *-* | *-* | |
| Operated Oil Revenue | $ 12,916 | $ - | $ - | $ 12,916 |
| Operated Gas Revenue | 2,362 | - | - | 2,362 |
| Operated NGL Revenue | 137 | - | - | 137 |
| **Total Operated Revenue** | **15,415** | **-** | **-** | **15,415** |
| Revenue Payable to Others | (14,490) | - | - | (14,490) |
| Severance Tax Payable | (925) | - | - | (925) |
| Ad Valorem Tax Payable | - | - | - | - |
| **Subtotal Revenue Adjustments** | **(15,415)** | **-** | **-** | **(15,415)** |
| **Net Oil & Gas Revenue** | **$ -** | **$ -** | **$ -** | **$ -** |
| **Lease Operated Expenses** | | | | |
| Operating Expenses | (1,820) | - | - | (1,820) |
| Expenses Due From Others | 1,820 | - | - | 1,820 |
| Ad Valorem Tax Due From Others | - | - | - | - |
| COPAS Overhead Due From Others | 346 | - | - | 346 |
| **Net LOE** | **$ 346** | **$ -** | **$ -** | **$ 346** |
| **Oil & Gas Operating Income** | **$ 346** | **$ -** | **$ -** | **$ 346** |
| **Gas Plant Revenue** | | | | |
| Throughput (MCF) | 794,764 | - | - | 794,764 |
| *Realized Fee ($/Mcf)* | *0.65* | *-* | *-* | *0.65* |
| Processing Fee Revenue | $ 514 | $ - | $ - | $ 514 |
| **Subtotal Gas Plant Revenue** | **$ 514** | **$ -** | **$ -** | **$ 514** |
| **Gas Plant Expenses** | | | | |
| Operating Expense | (805) | - | - | (805) |
| Administrative Expenses | (66) | - | - | (66) |
| Repairs & Maintenance | (21) | - | - | (21) |
| Expenses Due From Others | 975 | - | - | 975 |
| **Net Gas Plant Expenses** | **$ 82** | **$ -** | **$ -** | **$ 82** |
| **Gas Plant Operating Income** | **$ 596** | **$ -** | **$ -** | **$ 596** |
| **Total Operating Income** | **$ 942** | **$ -** | **$ -** | **$ 942** |
| **G&A, Other** | | | | |
| Interest Expense | - | - | - | - |
| Payroll & Benefits | (792) | - | - | (792) |
| CEO Salary | - | - | - | - |
| Office Lease | (145) | - | - | (145) |
| Office Expenses | (86) | - | - | (86) |
| Software License Fees | (36) | - | - | (36) |
| Winddown Legal Fees | (629) | - | - | (629) |
| Moving & Storage | (75) | - | - | (75) |
| **Total G&A** | **(1,762)** | **-** | **-** | **(1,762)** |
| **SEC Adjusted Operating Income** | **$ (820)** | **$ -** | **$ -** | **$ (820)** |

| Values in 000's ($M) | 2021 | 2022 | 2023 | 2021-2023 |
|---|---:|---:|---:|---:|
| **SklarCo** | | | | |
| **Net Volume** | | | | |
| OIL (BBL) | 70,129 | 129,738 | 112,729 | 312,596 |
| GAS (MCF) | 179,942 | 305,083 | 234,274 | 719,299 |
| PLANT PRODUCT (BBL) | 13,598 | 23,514 | 17,816 | 54,928 |
| *Oil Price - WTI NYMEX (5/24)* | *31.47* | *60.02* | *57.24* | |
| *Gas Price - HHUB NYMEX (5/24)* | *1.50* | *2.78* | *2.61* | |
| *Realized Price - Oil ($/Bbl)* | *61.59* | *58.73* | *56.02* | |
| *Realized Price - Gas ($/Mcf)* | *2.55* | *2.34* | *2.18* | |
| *Realized Price - NGL ($/Bbl)* | *3.15* | *3.00* | *2.87* | |
| **Oil Revenue** | | | | |
| SklarEx Operated Oil Revenue | $ 3,057 | $ 5,507 | $ 4,588 | $ 13,152 |
| Non-Operated Oil Revenue | 1,262 | 2,113 | 1,727 | 5,102 |
| **Subtotal Oil Revenue** | 4,319 | 7,620 | 6,316 | 18,254 |
| **Gas Revenue** | | | | |
| SklarEx Operated Gas Revenue | $ 413 | $ 652 | $ 469 | $ 1,534 |
| Non-Operated Gas Revenue | 46 | 63 | 42 | 151 |
| **Subtotal Gas Revenue** | 459 | 715 | 510 | 1,685 |
| **NGL Revenue** | | | | |
| SklarEx Operated NGL Revenue | $ 34 | $ 57 | $ 41 | $ 132 |
| Non-Operated NGL Revenue | 9 | 14 | 10 | 32 |
| **Subtotal NGL Revenue** | 43 | 71 | 51 | 164 |
| **Severance Taxes** | | | | |
| SklarEx Operated Severance Tax | $ - | $ - | $ - | $ - |
| Non-Operated Severance Tax | (186) | (310) | (252) | (747) |
| **Subtotal NGL Revenue** | (186) | (310) | (252) | (747) |
| **Total Revenue** | $ 4,635 | $ 8,096 | $ 6,625 | $ 19,356 |
| **Lease Operated Expenses** | | | | |
| SklarEx Operated Expenses | (681) | (902) | (811) | (2,394) |
| Non-Operated Expenses | (222) | (443) | (443) | (1,109) |
| Ad Valorem Taxes | (35) | - | - | (35) |
| **Total LOE Expenses** | (938) | (1,346) | (1,254) | (3,538) |
| **Total Operating Income** | $ 3,697 | $ 6,750 | $ 5,371 | $ 15,819 |
| **G&A, Other** | | | | |
| Hedge Settlement | - | - | - | - |
| Recurring Investment Income** | 99 | 198 | 198 | 495 |
| JUD, SMMS** | 60 | 120 | 120 | 300 |
| Interest Expense | (689) | (999) | (797) | (2,485) |
| Payroll & Benefits | - | (1,348) | (1,348) | (2,697) |
| Independent Mgr | - | (240) | (240) | (480) |
| Office Lease | - | (96) | (96) | (192) |
| Office Expenses | - | (96) | (96) | (192) |
| Software License Fees | - | (42) | (42) | (84) |
| Moving & Storage | - | (42) | (42) | (84) |
| **Subject to Determination of Ownership | | | | |
| **Subtotal SKC G&A, Other** | (530) | (2,546) | (2,343) | (5,419) |
| **SKC Adjusted Operating Income** | $ 3,270 | $ 4,205 | $ 3,028 | $ 10,503 |
| **SEC + SKC Adjusted Operating Income** | $ 2,450 | $ 4,205 | $ 3,028 | $ 9,682 |

| Values in 000's ($M) | 2021 | 2022 | 2023 | 2021-2023 |
|---|---|---|---|---|
| **Calculated Fields** | | | | |
| UCC Trust | 250 | - | - | |
| SEC Cash Reserve | - | - | - | |
| SKC Cash Reserve | 250 | - | - | |
| **Total Cash Reserve Funding** | $ 500 | $ - | $ - | |
| UCC Trust Reserve Balance | | | | |
| SEC Cash Reserve Balance | | | | |
| SKC Cash Reserve Balance | | | | |
| **Post-Reserve SEC Operating Cash Flow** | $ (820) | $ - | $ - | $ - |
| **Post-Reserve SKC Operating Cash Flow (After Funding SEC Shortfall)** | $ 1,950 | $ 4,205 | $ 3,028 | $ 9,182 |
| SEC Bank-Dedicated Cash Flow | - | - | - | - |
| SKC Bank-Dedicated Cash Flow | 1,755 | 3,784 | 2,725 | 8,264 |
| **Total Bank-Dedicated Cash Flow** | $ 1,755 | $ 3,784 | $ 2,725 | $ 8,264 |
| **Beginning Loan Balance** | $ 20,172 | $ 18,417 | $ 14,633 | $ - |
| Repayment | (1,755) | (3,784) | (2,725) | - |
| **Ending Loan Balance** | $ 18,417 | $ 14,633 | $ 11,908 | $ - |
| SEC Unsecured Creditor Fund | - | - | - | |
| SKC Contributed Unsecured Creditor Fund | 195 | 420 | 303 | |
| **Total Unsecured Creditor Fund** | $ 195 | $ 420 | $ 303 | |
| **Unsec. Creditor Fund Beg. Balance** | $ - | $ 39 | $ 32 | |
| Unsecured Creditor Fund Payments | (195) | (420) | (303) | |
| **Unsec. Creditor Fund End. Balance** | $ - | $ - | $ - | |
| Total PV of SKC Operating Income | 28,038 | 23,445 | 19,778 | |
| Total PV of SKC Adj. Operating Income | 14,021 | 10,687 | 8,345 | |
| PV SKC Oper. Income to Loan Bal | 65.7% | 62.4% | 60.2% | |
| PV SKC Adj. Oper. Income to Loan Bal | 131.4% | 136.9% | 142.7% | |

| Values in 000's ($M) | 7/1/2021 | 8/1/2021 | 9/1/2021 | 10/1/2021 | 11/1/2021 | 12/1/2021 |
|---|---|---|---|---|---|---|
| **SklarEx** | | | | | | |
| **Operated Volume** | | | | | | |
| OIL (BBL) | 64,633 | 63,871 | 61,139 | 16,447 | 150 | - |
| GAS (MCF) | 268,267 | 264,388 | 252,119 | 107,934 | - | - |
| PLANT PRODUCT (BBL) | 13,882 | 13,725 | 13,125 | 2,235 | - | - |
| *Oil Price - WTI NYMEX (5/24)* | *63.87* | *63.61* | *63.26* | *62.78* | *62.20* | *61.89* |
| *Gas Price - HHUB NYMEX (5/24)* | *2.92* | *2.95* | *2.95* | *2.97* | *3.04* | *3.17* |
| *Realized Price - Oil ($/Bbl)* | *63.00* | *62.74* | *62.39* | *61.67* | *58.60* | *-* |
| *Realized Price - Gas ($/Mcf)* | *2.63* | *2.66* | *2.66* | *2.64* | *-* | *-* |
| *Realized Price - NGL ($/Bbl)* | *3.19* | *3.18* | *3.16* | *3.14* | *-* | *-* |
| Operated Oil Revenue | $ 4,072 | $ 4,007 | $ 3,814 | $ 1,014 | $ 9 | $ - |
| Operated Gas Revenue | 705 | 702 | 670 | 285 | - | - |
| Operated NGL Revenue | 44 | 44 | 42 | 7 | - | - |
| **Total Operated Revenue** | 4,821 | 4,753 | 4,526 | 1,306 | 9 | - |
| Revenue Payable to Others | (4,532) | (4,468) | (4,254) | (1,228) | (8) | - |
| Severance Tax Payable | (289) | (285) | (272) | (78) | (1) | - |
| Ad Valorem Tax Payable | - | - | - | - | - | - |
| **Subtotal Revenue Adjustments** | (4,821) | (4,753) | (4,526) | (1,306) | (9) | - |
| **Net Oil & Gas Revenue** | $ - | $ - | $ - | $ - | $ - | $ - |
| **Lease Operated Expenses** | | | | | | |
| Operating Expenses | (489) | (489) | (489) | (262) | (90) | - |
| Expenses Due From Others | 489 | 489 | 489 | 262 | 90 | - |
| Ad Valorem Tax Due From Others | - | - | - | - | - | - |
| COPAS Overhead Due From Others | 89 | 89 | 89 | 47 | 34 | - |
| **Net LOE** | $ 89 | $ 89 | $ 89 | $ 47 | $ 34 | $ - |
| **Oil & Gas Operating Income** | $ 89 | $ 89 | $ 89 | $ 47 | $ 34 | $ - |
| **Gas Plant Revenue** | | | | | | |
| Throughput (MCF) | 206,074 | 202,138 | 191,893 | 194,659 | - | - |
| *Realized Fee ($/Mcf)* | *0.65* | *0.65* | *0.65* | *0.65* | *-* | *-* |
| Processing Fee Revenue | $ 133 | $ 131 | $ 124 | $ 126 | $ - | $ - |
| **Subtotal Gas Plant Revenue** | $ 133 | $ 131 | $ 124 | $ 126 | $ - | $ - |
| **Gas Plant Expenses** | | | | | | |
| Operating Expense | (201) | (201) | (201) | (201) | - | - |
| Administrative Expenses | (17) | (17) | (17) | (17) | - | - |
| Repairs & Maintenance | (5) | (5) | (5) | (5) | - | - |
| Expenses Due From Others | 244 | 244 | 244 | 244 | - | - |
| **Net Gas Plant Expenses** | $ 21 | $ 21 | $ 21 | $ 21 | $ - | $ - |
| **Gas Plant Operating Income** | $ 154 | $ 151 | $ 145 | $ 146 | $ - | $ - |
| **Total Operating Income** | $ 242 | $ 240 | $ 233 | $ 193 | $ 34 | $ - |
| **G&A, Other** | | | | | | |
| Interest Expense | - | - | - | - | - | - |
| Payroll & Benefits | (132) | (132) | (132) | (132) | (132) | (132) |
| CEO Salary | - | - | - | - | - | - |
| Office Lease | (24) | (24) | (24) | (24) | (24) | (24) |
| Office Expenses | (16) | (16) | (16) | (16) | (11) | (11) |
| Software License Fees | (6) | (6) | (6) | (6) | (6) | (6) |
| Winddown Legal Fees | (76) | (76) | (134) | (122) | (110) | (110) |
| Moving & Storage | - | - | - | - | - | (75) |
| **Total G&A** | (255) | (255) | (312) | (300) | (283) | (358) |
| **SEC Adjusted Operating Income** | $ (12) | $ (15) | $ (79) | $ (107) | $ (249) | $ (358) |

| Values in 000's ($M) | 7/1/2021 | 8/1/2021 | 9/1/2021 | 10/1/2021 | 11/1/2021 | 12/1/2021 |
|---|---|---|---|---|---|---|
| **SklarCo** | | | | | | |
| **Net Volume** | | | | | | |
| OIL (BBL) | 12,243 | 12,074 | 11,533 | 11,714 | 11,160 | 11,405 |
| GAS (MCF) | 31,711 | 31,136 | 29,587 | 30,028 | 28,529 | 28,950 |
| PLANT PRODUCT (BBL) | 2,380 | 2,344 | 2,234 | 2,273 | 2,165 | 2,202 |
| *Oil Price - WTI NYMEX (5/24)* | *63.87* | *63.61* | *63.26* | *62.78* | *62.20* | *61.89* |
| *Gas Price - HHUB NYMEX (5/24)* | *2.92* | *2.95* | *2.95* | *2.97* | *3.04* | *3.17* |
| *Realized Price - Oil ($/Bbl)* | *62.48* | *62.23* | *61.88* | *61.42* | *60.86* | *60.55* |
| *Realized Price - Gas ($/Mcf)* | *2.47* | *2.50* | *2.50* | *2.52* | *2.60* | *2.73* |
| *Realized Price - NGL ($/Bbl)* | *3.19* | *3.18* | *3.16* | *3.14* | *3.11* | *3.09* |
| **Oil Revenue** | | | | | | |
| SklarEx Operated Oil Revenue | $ 541 | $ 532 | $ 506 | $ 509 | $ 480 | $ 489 |
| Non-Operated Oil Revenue | 224 | 219 | 208 | 210 | 199 | 202 |
| **Subtotal Oil Revenue** | **765** | **751** | **714** | **719** | **679** | **691** |
| **Gas Revenue** | | | | | | |
| SklarEx Operated Gas Revenue | $ 70 | $ 70 | $ 67 | $ 68 | $ 67 | $ 71 |
| Non-Operated Gas Revenue | 8 | 8 | 7 | 7 | 7 | 8 |
| **Subtotal Gas Revenue** | **78** | **78** | **74** | **76** | **74** | **79** |
| **NGL Revenue** | | | | | | |
| SklarEx Operated NGL Revenue | $ 6 | $ 6 | $ 6 | $ 6 | $ 5 | $ 5 |
| Non-Operated NGL Revenue | 2 | 2 | 1 | 1 | 1 | 1 |
| **Subtotal NGL Revenue** | **8** | **7** | **7** | **7** | **7** | **7** |
| **Severance Taxes** | | | | | | |
| SklarEx Operated Severance Tax | $ - | $ - | $ - | $ - | $ - | $ - |
| Non-Operated Severance Tax | (33) | (32) | (31) | (31) | (29) | (30) |
| **Subtotal NGL Revenue** | **(33)** | **(32)** | **(31)** | **(31)** | **(29)** | **(30)** |
| **Total Revenue** | **$ 818** | **$ 804** | **$ 764** | **$ 771** | **$ 731** | **$ 747** |
| **Lease Operated Expenses** | | | | | | |
| SklarEx Operated Expenses | (115) | (115) | (115) | (115) | (111) | (111) |
| Non-Operated Expenses | (37) | (37) | (37) | (37) | (37) | (37) |
| Ad Valorem Taxes | - | - | - | - | - | (35) |
| **Total LOE Expenses** | **(152)** | **(152)** | **(152)** | **(152)** | **(148)** | **(183)** |
| **Total Operating Income** | **$ 666** | **$ 652** | **$ 612** | **$ 619** | **$ 583** | **$ 564** |
| **G&A, Other** | | | | | | |
| Hedge Settlement | - | - | - | - | - | - |
| Recurring Investment Income** | 17 | 17 | 17 | 17 | 17 | 17 |
| JUD, SMMS** | 10 | 10 | 10 | 10 | 10 | 10 |
| Interest Expense | (103) | (102) | (97) | (98) | (93) | (94) |
| Payroll & Benefits | - | - | - | - | - | - |
| Independent Mgr | - | - | - | - | - | - |
| Office Lease | - | - | - | - | - | - |
| Office Expenses | - | - | - | - | - | - |
| Software License Fees | - | - | - | - | - | - |
| Moving & Storage | - | - | - | - | - | - |
| *\*\*Subject to Determination of Ownership* | | | | | | |
| **Subtotal SKC G&A, Other** | **(76)** | **(75)** | **(70)** | **(71)** | **(66)** | **(68)** |
| **SKC Adjusted Operating Income** | **$ 590** | **$ 577** | **$ 542** | **$ 548** | **$ 517** | **$ 496** |
| **SEC + SKC Adjusted Operating Income** | **$ 578** | **$ 562** | **$ 463** | **$ 441** | **$ 268** | **$ 138** |

| Values in 000's ($M) | 7/1/2021 | 8/1/2021 | 9/1/2021 | 10/1/2021 | 11/1/2021 | 12/1/2021 |
|---|---|---|---|---|---|---|
| **Calculated Fields** | | | | | | |
| UCC Trust | 250 | - | - | - | - | - |
| SEC Cash Reserve | - | - | - | - | - | - |
| SKC Cash Reserve | 125 | 125 | - | - | - | - |
| **Total Cash Reserve Funding** | $ 375 | $ 125 | $ - | $ - | $ - | $ - |
| UCC Trust Reserve Balance | 250 | 250 | 250 | 250 | 250 | 250 |
| SEC Cash Reserve Balance | - | - | - | - | - | - |
| SKC Cash Reserve Balance | 125 | 250 | 250 | 250 | 250 | 250 |
| **Post-Reserve SEC Operating Cash Flow** | $ (12) | $ (15) | $ (79) | $ (107) | $ (249) | $ (358) |
| **Post-Reserve SKC Operating Cash Flow (After Funding SEC Shortfall)** | $ 202 | $ 438 | $ 463 | $ 441 | $ 268 | $ 138 |
| SEC Bank-Dedicated Cash Flow | - | - | - | - | - | - |
| SKC Bank-Dedicated Cash Flow | 182 | 394 | 417 | 397 | 241 | 124 |
| **Total Bank-Dedicated Cash Flow** | $ 182 | $ 394 | $ 417 | $ 397 | $ 241 | $ 124 |
| **Beginning Loan Balance** | $ 20,172 | $ 19,990 | $ 19,596 | $ 19,179 | $ 18,782 | $ 18,542 |
| Repayment | (182) | (394) | (417) | (397) | (241) | (124) |
| **Ending Loan Balance** | $ 19,990 | $ 19,596 | $ 19,179 | $ 18,782 | $ 18,542 | $ 18,417 |
| SEC Unsecured Creditor Fund | - | - | - | - | - | - |
| SKC Contributed Unsecured Creditor Fund | 20 | 44 | 46 | 44 | 27 | 14 |
| **Total Unsecured Creditor Fund** | $ 20 | $ 44 | $ 46 | $ 44 | $ 27 | $ 14 |
| **Unsec. Creditor Fund Beg. Balance** | $ 20 | $ 64 | $ 110 | $ 44 | $ 71 | $ 85 |
| Unsecured Creditor Fund Payments | - | - | (110) | - | - | (85) |
| **Unsec. Creditor Fund End. Balance** | $ 20 | $ 64 | $ - | $ 44 | $ 71 | $ - |
| Total PV of SKC Operating Income | 30,133 | 29,683 | 29,237 | 28,835 | 28,416 | 28,038 |
| Total PV of SKC Adj. Operating Income | 16,259 | 15,784 | 15,315 | 14,882 | 14,435 | 14,021 |
| PV SKC Oper. Income to Loan Bal | 66.3% | 66.0% | 65.6% | 65.1% | 65.3% | 65.7% |
| PV SKC Adj. Oper. Income to Loan Bal | 122.9% | 124.1% | 125.2% | 126.2% | 128.4% | 131.4% |

| Values in 000's ($M) | | 1/1/2022 | 2/1/2022 | 3/1/2022 | 4/1/2022 | 5/1/2022 | 6/1/2022 | 7/1/2022 | 8/1/2022 | 9/1/2022 | 10/1/2022 | 11/1/2022 | 12/1/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SklarEx** | | | | | | | | | | | | | |
| **Operated Volume** | | | | | | | | | | | | | |
| OIL (BBL) | | - | - | - | - | - | - | - | - | - | - | - | - |
| GAS (MCF) | | - | - | - | - | - | - | - | - | - | - | - | - |
| PLANT PRODUCT (BBL) | | - | - | - | - | - | - | - | - | - | - | - | - |
| *Oil Price - WTI NYMEX (5/24)* | | *62.20* | *61.89* | *61.39* | *60.99* | *60.70* | *60.62* | *60.23* | *59.61* | *60.78* | *60.42* | *59.98* | *59.79* |
| *Gas Price - HHUB NYMEX (5/24)* | | *3.04* | *3.17* | *3.27* | *3.18* | *3.01* | *2.62* | *2.56* | *2.59* | *2.64* | *2.63* | *2.62* | *2.64* |
| *Realized Price - Oil ($/Bbl)* | | - | - | - | - | - | - | - | - | - | - | - | - |
| *Realized Price - Gas ($/Mcf)* | | - | - | - | - | - | - | - | - | - | - | - | - |
| *Realized Price - NGL ($/Bbl)* | | - | - | - | - | - | - | - | - | - | - | - | - |
| Operated Oil Revenue | $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - |
| Operated Gas Revenue | | - | - | - | - | - | - | - | - | - | - | - | - |
| Operated NGL Revenue | | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operated Revenue** | | - | - | - | - | - | - | - | - | - | - | - | - |
| Revenue Payable to Others | | - | - | - | - | - | - | - | - | - | - | - | - |
| Severance Tax Payable | | - | - | - | - | - | - | - | - | - | - | - | - |
| Ad Valorem Tax Payable | | - | - | - | - | - | - | - | - | - | - | - | - |
| **Subtotal Revenue Adjustments** | | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Oil & Gas Revenue** | $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - |
| **Lease Operated Expenses** | | | | | | | | | | | | | |
| Operating Expenses | | - | - | - | - | - | - | - | - | - | - | - | - |
| Expenses Due From Others | | - | - | - | - | - | - | - | - | - | - | - | - |
| Ad Valorem Tax Due From Others | | - | - | - | - | - | - | - | - | - | - | - | - |
| COPAS Overhead Due From Others | | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net LOE** | $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - |
| **Oil & Gas Operating Income** | $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - |
| **Gas Plant Revenue** | | | | | | | | | | | | | |
| Throughput (MCF) | | - | - | - | - | - | - | - | - | - | - | - | - |
| *Realized Fee ($/Mcf)* | | - | - | - | - | - | - | - | - | - | - | - | - |
| Processing Fee Revenue | $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - |
| **Subtotal Gas Plant Revenue** | $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - |
| **Gas Plant Expenses** | | | | | | | | | | | | | |
| Operating Expense | | - | - | - | - | - | - | - | - | - | - | - | - |
| Administrative Expenses | | - | - | - | - | - | - | - | - | - | - | - | - |
| Repairs & Maintenance | | - | - | - | - | - | - | - | - | - | - | - | - |
| Expenses Due From Others | | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Gas Plant Expenses** | $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - |
| **Gas Plant Operating Income** | $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - |
| **Total Operating Income** | $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - |
| **G&A, Other** | | | | | | | | | | | | | |
| Interest Expense | | - | - | - | - | - | - | - | - | - | - | - | - |
| Payroll & Benefits | | - | - | - | - | - | - | - | - | - | - | - | - |
| CEO Salary | | - | - | - | - | - | - | - | - | - | - | - | - |
| Office Lease | | - | - | - | - | - | - | - | - | - | - | - | - |
| Office Expenses | | - | - | - | - | - | - | - | - | - | - | - | - |
| Software License Fees | | - | - | - | - | - | - | - | - | - | - | - | - |
| Winddown Legal Fees | | - | - | - | - | - | - | - | - | - | - | - | - |
| Moving & Storage | | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total G&A** | | - | - | - | - | - | - | - | - | - | - | - | - |
| **SEC Adjusted Operating Income** | $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - $ | - |

| Values in 000's ($M) | 1/1/2022 | 2/1/2022 | 3/1/2022 | 4/1/2022 | 5/1/2022 | 6/1/2022 | 7/1/2022 | 8/1/2022 | 9/1/2022 | 10/1/2022 | 11/1/2022 | 12/1/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SklarCo** | | | | | | | | | | | | |
| **Net Volume** | | | | | | | | | | | | |
| OIL (BBL) | 11,284 | 10,087 | 11,009 | 10,654 | 11,046 | 10,676 | 11,036 | 11,008 | 10,672 | 11,003 | 10,725 | 10,537 |
| GAS (MCF) | 28,370 | 25,097 | 27,212 | 25,920 | 26,429 | 25,235 | 25,747 | 25,420 | 24,208 | 24,536 | 23,437 | 23,473 |
| PLANT PRODUCT (BBL) | 2,161 | 1,912 | 2,074 | 1,981 | 2,028 | 1,944 | 1,991 | 1,974 | 1,884 | 1,910 | 1,831 | 1,824 |
| Oil Price - WTI NYMEX (5/24) | 61.39 | 60.99 | 60.70 | 60.62 | 60.23 | 59.61 | 60.78 | 60.42 | 59.98 | 59.79 | 57.80 | 57.88 |
| Gas Price - HHUB NYMEX (5/24) | 3.27 | 3.18 | 3.01 | 2.62 | 2.56 | 2.59 | 2.64 | 2.63 | 2.62 | 2.64 | 2.71 | 2.86 |
| Realized Price - Oil ($/Bbl) | 60.06 | 59.66 | 59.39 | 59.31 | 58.93 | 58.32 | 59.49 | 59.14 | 58.70 | 58.52 | 56.54 | 56.59 |
| Realized Price - Gas ($/Mcf) | 2.83 | 2.74 | 2.56 | 2.18 | 2.12 | 2.15 | 2.20 | 2.20 | 2.18 | 2.21 | 2.28 | 2.42 |
| Realized Price - NGL ($/Bbl) | 3.07 | 3.05 | 3.04 | 3.03 | 3.01 | 2.98 | 3.04 | 3.02 | 3.00 | 2.99 | 2.89 | 2.89 |
| **Oil Revenue** | | | | | | | | | | | | |
| SklarEx Operated Oil Revenue | $ 481 | $ 427 | $ 464 | $ 451 | $ 468 | $ 449 | $ 476 | $ 474 | $ 459 | $ 473 | $ 449 | $ 436 |
| Non-Operated Oil Revenue | 197 | 175 | 190 | 181 | 183 | 173 | 180 | 177 | 168 | 171 | 157 | 161 |
| **Subtotal Oil Revenue** | **678** | **602** | **654** | **632** | **651** | **623** | **657** | **651** | **627** | **644** | **606** | **596** |
| **Gas Revenue** | | | | | | | | | | | | |
| SklarEx Operated Gas Revenue | $ 72 | $ 62 | $ 63 | $ 52 | $ 51 | $ 50 | $ 52 | $ 51 | $ 49 | $ 50 | $ 49 | $ 52 |
| Non-Operated Gas Revenue | 8 | 7 | 7 | 5 | 5 | 5 | 5 | 5 | 4 | 4 | 4 | 5 |
| **Subtotal Gas Revenue** | **80** | **69** | **70** | **56** | **56** | **54** | **57** | **56** | **53** | **54** | **53** | **57** |
| **NGL Revenue** | | | | | | | | | | | | |
| SklarEx Operated NGL Revenue | $ 5 | $ 5 | $ 5 | $ 5 | $ 5 | $ 5 | $ 5 | $ 5 | $ 5 | $ 5 | $ 4 | $ 4 |
| Non-Operated NGL Revenue | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| **Subtotal NGL Revenue** | **7** | **6** | **6** | **6** | **6** | **6** | **6** | **6** | **6** | **6** | **5** | **5** |
| **Severance Taxes** | | | | | | | | | | | | |
| SklarEx Operated Severance Tax | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Non-Operated Severance Tax | (29) | (26) | (28) | (26) | (27) | (25) | (26) | (26) | (24) | (25) | (23) | (24) |
| **Subtotal NGL Revenue** | **(29)** | **(26)** | **(28)** | **(26)** | **(27)** | **(25)** | **(26)** | **(26)** | **(24)** | **(25)** | **(23)** | **(24)** |
| **Total Revenue** | **$ 735** | **$ 651** | **$ 702** | **$ 668** | **$ 686** | **$ 657** | **$ 693** | **$ 687** | **$ 661** | **$ 679** | **$ 642** | **$ 635** |
| **Lease Operated Expenses** | | | | | | | | | | | | |
| SklarEx Operated Expenses | (82) | (82) | (79) | (79) | (79) | (79) | (73) | (70) | (70) | (70) | (70) | (70) |
| Non-Operated Expenses | (37) | (37) | (37) | (37) | (37) | (37) | (37) | (37) | (37) | (37) | (37) | (37) |
| Ad Valorem Taxes | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total LOE Expenses** | **(119)** | **(119)** | **(116)** | **(116)** | **(116)** | **(116)** | **(110)** | **(107)** | **(107)** | **(107)** | **(107)** | **(107)** |
| **Total Operating Income** | **$ 616** | **$ 531** | **$ 586** | **$ 552** | **$ 570** | **$ 541** | **$ 583** | **$ 580** | **$ 554** | **$ 572** | **$ 536** | **$ 528** |
| **G&A, Other** | | | | | | | | | | | | |
| Hedge Settlement | - | - | - | - | - | - | - | - | - | - | - | - |
| Recurring Investment Income** | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 |
| JUD, SMMS** | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Interest Expense | (94) | (83) | (91) | (86) | (87) | (83) | (84) | (83) | (78) | (79) | (75) | (76) |
| Payroll & Benefits | (112) | (112) | (112) | (112) | (112) | (112) | (112) | (112) | (112) | (112) | (112) | (112) |
| Independent Mgr | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) |
| Office Lease | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) |
| Office Expenses | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) |
| Software License Fees | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) |
| Moving & Storage | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) |
| **Subject to Determination of Ownership | | | | | | | | | | | | |
| **Subtotal SKC G&A, Other** | **(223)** | **(212)** | **(219)** | **(215)** | **(216)** | **(212)** | **(213)** | **(211)** | **(207)** | **(208)** | **(204)** | **(205)** |
| **SKC Adjusted Operating Income** | **$ 393** | **$ 319** | **$ 366** | **$ 337** | **$ 354** | **$ 329** | **$ 370** | **$ 369** | **$ 347** | **$ 364** | **$ 332** | **$ 323** |
| **SEC + SKC Adjusted Operating Income** | **$ 393** | **$ 319** | **$ 366** | **$ 337** | **$ 354** | **$ 329** | **$ 370** | **$ 369** | **$ 347** | **$ 364** | **$ 332** | **$ 323** |

| Values in 000's ($M) | 1/1/2022 | 2/1/2022 | 3/1/2022 | 4/1/2022 | 5/1/2022 | 6/1/2022 | 7/1/2022 | 8/1/2022 | 9/1/2022 | 10/1/2022 | 11/1/2022 | 12/1/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Calculated Fields** | | | | | | | | | | | | |
| UCC Trust | - | - | - | - | - | - | - | - | - | - | - | - |
| SEC Cash Reserve | - | - | - | - | - | - | - | - | - | - | - | - |
| SKC Cash Reserve | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cash Reserve Funding** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| UCC Trust Reserve Balance | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| SEC Cash Reserve Balance | - | - | - | - | - | - | - | - | - | - | - | - |
| SKC Cash Reserve Balance | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| **Post-Reserve SEC Operating Cash Flow** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Post-Reserve SKC Operating Cash Flow (After Funding SEC Shortfall)** | $ 393 | $ 319 | $ 366 | $ 337 | $ 354 | $ 329 | $ 370 | $ 369 | $ 347 | $ 364 | $ 332 | $ 323 |
| SEC Bank-Dedicated Cash Flow | - | - | - | - | - | - | - | - | - | - | - | - |
| SKC Bank-Dedicated Cash Flow | 354 | 287 | 330 | 303 | 319 | 297 | 333 | 332 | 312 | 328 | 298 | 291 |
| **Total Bank-Dedicated Cash Flow** | $ 354 | $ 287 | $ 330 | $ 303 | $ 319 | $ 297 | $ 333 | $ 332 | $ 312 | $ 328 | $ 298 | $ 291 |
| Beginning Loan Balance | $ 18,417 | $ 18,063 | $ 17,776 | $ 17,446 | $ 17,143 | $ 16,824 | $ 16,528 | $ 16,194 | $ 15,862 | $ 15,550 | $ 15,222 | $ 14,924 |
| Repayment | (354) | (287) | (330) | (303) | (319) | (297) | (333) | (332) | (312) | (328) | (298) | (291) |
| **Ending Loan Balance** | $ 18,063 | $ 17,776 | $ 17,446 | $ 17,143 | $ 16,824 | $ 16,528 | $ 16,194 | $ 15,862 | $ 15,550 | $ 15,222 | $ 14,924 | $ 14,633 |
| SEC Unsecured Creditor Fund | - | - | - | - | - | - | - | - | - | - | - | - |
| SKC Contributed Unsecured Creditor Fund | 39 | 32 | 37 | 34 | 35 | 33 | 37 | 37 | 35 | 36 | 33 | 32 |
| **Total Unsecured Creditor Fund** | $ 39 | $ 32 | $ 37 | $ 34 | $ 35 | $ 33 | $ 37 | $ 37 | $ 35 | $ 36 | $ 33 | $ 32 |
| Unsec. Creditor Fund Beg. Balance | $ 39 | $ 71 | $ 108 | $ 34 | $ 69 | $ 102 | $ 37 | $ 74 | $ 109 | $ 36 | $ 70 | $ 102 |
| Unsecured Creditor Fund Payments | - | - | (108) | - | - | (102) | - | - | (109) | - | - | (102) |
| **Unsec. Creditor Fund End. Balance** | $ 39 | $ 71 | $ - | $ 34 | $ 69 | $ - | $ 37 | $ 74 | $ - | $ 36 | $ 70 | $ - |
| Total PV of SKC Operating Income | 27,676 | 27,239 | 26,904 | 26,505 | 26,144 | 25,755 | 25,399 | 24,998 | 24,591 | 24,214 | 23,810 | 23,445 |
| Total PV of SKC Adj. Operating Income | 13,624 | 13,319 | 13,095 | 12,819 | 12,574 | 12,306 | 12,065 | 11,781 | 11,493 | 11,228 | 10,941 | 10,687 |
| PV SKC Oper. Income to Loan Bal | 65.3% | 65.3% | 64.8% | 64.7% | 64.4% | 64.2% | 63.8% | 63.5% | 63.2% | 62.9% | 62.7% | 62.4% |
| PV SKC Adj. Oper. Income to Loan Bal | 132.6% | 133.5% | 133.2% | 133.7% | 133.8% | 134.3% | 134.2% | 134.6% | 135.3% | 135.6% | 136.4% | 136.9% |

| Values in 000's ($M) | 1/1/2023 | 2/1/2023 | 3/1/2023 | 4/1/2023 | 5/1/2023 | 6/1/2023 | 7/1/2023 | 8/1/2023 | 9/1/2023 | 10/1/2023 | 11/1/2023 | 12/1/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SklarEx** | | | | | | | | | | | | |
| **Operated Volume** | | | | | | | | | | | | |
| OIL (BBL) | - | - | - | - | - | - | - | - | - | - | - | - |
| GAS (MCF) | - | - | - | - | - | - | - | - | - | - | - | - |
| PLANT PRODUCT (BBL) | - | - | - | - | - | - | - | - | - | - | - | - |
| *Oil Price - WTI NYMEX (5/24)* | *57.80* | *57.88* | *58.20* | *58.61* | *58.31* | *58.03* | *57.78* | *56.54* | *57.29* | *57.05* | *56.83* | *56.63* |
| *Gas Price - HHUB NYMEX (5/24)* | *2.71* | *2.86* | *2.97* | *2.92* | *2.76* | *2.43* | *2.40* | *2.44* | *2.48* | *2.49* | *2.48* | *2.52* |
| *Realized Price - Oil ($/Bbl)* | - | - | - | - | - | - | - | - | - | - | - | - |
| *Realized Price - Gas ($/Mcf)* | - | - | - | - | - | - | - | - | - | - | - | - |
| *Realized Price - NGL ($/Bbl)* | - | - | - | - | - | - | - | - | - | - | - | - |
| Operated Oil Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Operated Gas Revenue | - | - | - | - | - | - | - | - | - | - | - | - |
| Operated NGL Revenue | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operated Revenue** | - | - | - | - | - | - | - | - | - | - | - | - |
| Revenue Payable to Others | - | - | - | - | - | - | - | - | - | - | - | - |
| Severance Tax Payable | - | - | - | - | - | - | - | - | - | - | - | - |
| Ad Valorem Tax Payable | - | - | - | - | - | - | - | - | - | - | - | - |
| **Subtotal Revenue Adjustments** | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Oil & Gas Revenue** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Lease Operated Expenses** | | | | | | | | | | | | |
| Operating Expenses | - | - | - | - | - | - | - | - | - | - | - | - |
| Expenses Due From Others | - | - | - | - | - | - | - | - | - | - | - | - |
| Ad Valorem Tax Due From Others | - | - | - | - | - | - | - | - | - | - | - | - |
| COPAS Overhead Due From Others | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net LOE** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Oil & Gas Operating Income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Gas Plant Revenue** | | | | | | | | | | | | |
| Throughput (MCF) | - | - | - | - | - | - | - | - | - | - | - | - |
| *Realized Fee ($/Mcf)* | - | - | - | - | - | - | - | - | - | - | - | - |
| Processing Fee Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Subtotal Gas Plant Revenue** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Gas Plant Expenses** | | | | | | | | | | | | |
| Operating Expense | - | - | - | - | - | - | - | - | - | - | - | - |
| Administrative Expenses | - | - | - | - | - | - | - | - | - | - | - | - |
| Repairs & Maintenance | - | - | - | - | - | - | - | - | - | - | - | - |
| Expenses Due From Others | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Gas Plant Expenses** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Gas Plant Operating Income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Operating Income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **G&A, Other** | | | | | | | | | | | | |
| Interest Expense | - | - | - | - | - | - | - | - | - | - | - | - |
| Payroll & Benefits | - | - | - | - | - | - | - | - | - | - | - | - |
| CEO Salary | - | - | - | - | - | - | - | - | - | - | - | - |
| Office Lease | - | - | - | - | - | - | - | - | - | - | - | - |
| Office Expenses | - | - | - | - | - | - | - | - | - | - | - | - |
| Software License Fees | - | - | - | - | - | - | - | - | - | - | - | - |
| Winddown Legal Fees | - | - | - | - | - | - | - | - | - | - | - | - |
| Moving & Storage | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total G&A** | - | - | - | - | - | - | - | - | - | - | - | - |
| **SEC Adjusted Operating Income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

| Values in 000's ($M) | 1/1/2023 | 2/1/2023 | 3/1/2023 | 4/1/2023 | 5/1/2023 | 6/1/2023 | 7/1/2023 | 8/1/2023 | 9/1/2023 | 10/1/2023 | 11/1/2023 | 12/1/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SklarCo** | | | | | | | | | | | | |
| **Net Volume** | | | | | | | | | | | | |
| OIL (BBL) | 10,380 | 9,252 | 10,065 | 9,551 | 9,738 | 9,299 | 9,482 | 9,355 | 8,934 | 9,112 | 8,703 | 8,858 |
| GAS (MCF) | 22,840 | 20,100 | 21,696 | 20,450 | 20,594 | 19,419 | 19,565 | 19,069 | 17,995 | 18,142 | 17,128 | 17,277 |
| PLANT PRODUCT (BBL) | 1,768 | 1,551 | 1,669 | 1,567 | 1,573 | 1,478 | 1,484 | 1,441 | 1,355 | 1,362 | 1,281 | 1,288 |
| Oil Price - WTI NYMEX (5/24) | 58.20 | 58.61 | 58.31 | 58.03 | 57.78 | 56.54 | 57.29 | 57.05 | 56.83 | 56.63 | 56.45 | 55.17 |
| Gas Price - HHUB NYMEX (5/24) | 2.97 | 2.92 | 2.76 | 2.43 | 2.40 | 2.44 | 2.48 | 2.49 | 2.48 | 2.52 | 2.60 | 2.80 |
| Realized Price - Oil ($/Bbl) | 56.92 | 57.33 | 57.04 | 56.78 | 56.53 | 55.30 | 56.05 | 55.81 | 55.59 | 55.39 | 55.21 | 53.94 |
| Realized Price - Gas ($/Mcf) | 2.53 | 2.49 | 2.32 | 2.00 | 1.96 | 2.01 | 2.05 | 2.06 | 2.05 | 2.08 | 2.16 | 2.37 |
| Realized Price - NGL ($/Bbl) | 2.91 | 2.93 | 2.92 | 2.90 | 2.89 | 2.83 | 2.86 | 2.85 | 2.84 | 2.83 | 2.82 | 2.76 |
| **Oil Revenue** | | | | | | | | | | | | |
| SklarEx Operated Oil Revenue | $ 431 | $ 387 | $ 418 | $ 394 | $ 400 | $ 373 | $ 386 | $ 379 | $ 360 | $ 366 | $ 348 | $ 347 |
| Non-Operated Oil Revenue | 160 | 143 | 156 | 148 | 151 | 141 | 146 | 143 | 137 | 139 | 132 | 131 |
| **Subtotal Oil Revenue** | 591 | 530 | 574 | 542 | 551 | 514 | 531 | 522 | 497 | 505 | 480 | 478 |
| **Gas Revenue** | | | | | | | | | | | | |
| SklarEx Operated Gas Revenue | $ 53 | $ 46 | $ 46 | $ 38 | $ 37 | $ 36 | $ 37 | $ 36 | $ 34 | $ 35 | $ 34 | $ 37 |
| Non-Operated Gas Revenue | 5 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 4 |
| **Subtotal Gas Revenue** | 58 | 50 | 50 | 41 | 40 | 39 | 40 | 39 | 37 | 38 | 37 | 41 |
| **NGL Revenue** | | | | | | | | | | | | |
| SklarEx Operated NGL Revenue | $ 4 | $ 4 | $ 4 | $ 4 | $ 4 | $ 3 | $ 3 | $ 3 | $ 3 | $ 3 | $ 3 | $ 3 |
| Non-Operated NGL Revenue | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| **Subtotal NGL Revenue** | 5 | 5 | 5 | 5 | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| **Severance Taxes** | | | | | | | | | | | | |
| SklarEx Operated Severance Tax | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Non-Operated Severance Tax | (23) | (21) | (23) | (22) | (22) | (20) | (21) | (21) | (20) | (20) | (19) | (19) |
| **Subtotal NGL Revenue** | (23) | (21) | (23) | (22) | (22) | (20) | (21) | (21) | (20) | (20) | (19) | (19) |
| **Total Revenue** | $ 630 | $ 564 | $ 607 | $ 566 | $ 574 | $ 537 | $ 555 | $ 545 | $ 518 | $ 526 | $ 502 | $ 503 |
| **Lease Operated Expenses** | | | | | | | | | | | | |
| SklarEx Operated Expenses | (70) | (70) | (70) | (67) | (67) | (67) | (67) | (67) | (67) | (67) | (67) | (67) |
| Non-Operated Expenses | (37) | (37) | (37) | (37) | (37) | (37) | (37) | (37) | (37) | (37) | (37) | (37) |
| Ad Valorem Taxes | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total LOE Expenses** | (107) | (107) | (107) | (104) | (104) | (104) | (104) | (104) | (104) | (104) | (104) | (104) |
| **Total Operating Income** | $ 524 | $ 457 | $ 500 | $ 462 | $ 470 | $ 433 | $ 451 | $ 441 | $ 414 | $ 422 | $ 398 | $ 399 |
| **G&A, Other** | | | | | | | | | | | | |
| Hedge Settlement | - | - | - | - | - | - | - | - | - | - | - | - |
| Recurring Investment Income** | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 |
| JUD, SMMS** | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Interest Expense | (75) | (66) | (72) | (68) | (69) | (66) | (67) | (66) | (63) | (64) | (61) | (62) |
| Payroll & Benefits | (112) | (112) | (112) | (112) | (112) | (112) | (112) | (112) | (112) | (112) | (112) | (112) |
| Independent Mgr | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) |
| Office Lease | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) |
| Office Expenses | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) | (8) |
| Software License Fees | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) |
| Moving & Storage | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) | (4) |
| **Subject to Determination of Ownership | | | | | | | | | | | | |
| **Subtotal SKC G&A, Other** | (203) | (195) | (201) | (197) | (198) | (195) | (196) | (195) | (191) | (193) | (189) | (190) |
| **SKC Adjusted Operating Income** | $ 320 | $ 262 | $ 299 | $ 265 | $ 272 | $ 238 | $ 255 | $ 246 | $ 222 | $ 230 | $ 209 | $ 209 |
| **SEC + SKC Adjusted Operating Income** | $ 320 | $ 262 | $ 299 | $ 265 | $ 272 | $ 238 | $ 255 | $ 246 | $ 222 | $ 230 | $ 209 | $ 209 |

| Values in 000's ($M) | 1/1/2023 | 2/1/2023 | 3/1/2023 | 4/1/2023 | 5/1/2023 | 6/1/2023 | 7/1/2023 | 8/1/2023 | 9/1/2023 | 10/1/2023 | 11/1/2023 | 12/1/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Calculated Fields** | | | | | | | | | | | | |
| UCC Trust | - | - | - | - | - | - | - | - | - | - | - | - |
| SEC Cash Reserve | - | - | - | - | - | - | - | - | - | - | - | - |
| SKC Cash Reserve | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cash Reserve Funding** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| UCC Trust Reserve Balance | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| SEC Cash Reserve Balance | - | - | - | - | - | - | - | - | - | - | - | - |
| SKC Cash Reserve Balance | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| **Post-Reserve SEC Operating Cash Flow** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Post-Reserve SKC Operating Cash Flow (After Funding SEC Shortfall)** | $ 320 | $ 262 | $ 299 | $ 265 | $ 272 | $ 238 | $ 255 | $ 246 | $ 222 | $ 230 | $ 209 | $ 209 |
| SEC Bank-Dedicated Cash Flow | - | - | - | - | - | - | - | - | - | - | - | - |
| SKC Bank-Dedicated Cash Flow | 288 | 236 | 269 | 239 | 244 | 214 | 229 | 222 | 200 | 207 | 188 | 188 |
| **Total Bank-Dedicated Cash Flow** | $ 288 | $ 236 | $ 269 | $ 239 | $ 244 | $ 214 | $ 229 | $ 222 | $ 200 | $ 207 | $ 188 | $ 188 |
| Beginning Loan Balance | $ 14,633 | 14,345 | 14,109 | 13,839 | 13,600 | 13,356 | 13,142 | 12,912 | 12,691 | 12,491 | 12,284 | 12,096 |
| Repayment | (288) | (236) | (269) | (239) | (244) | (214) | (229) | (222) | (200) | (207) | (188) | (188) |
| **Ending Loan Balance** | $ 14,345 | $ 14,109 | $ 13,839 | $ 13,600 | $ 13,356 | $ 13,142 | $ 12,912 | $ 12,691 | $ 12,491 | $ 12,284 | $ 12,096 | $ 11,908 |
| SEC Unsecured Creditor Fund | - | - | - | - | - | - | - | - | - | - | - | - |
| SKC Contributed Unsecured Creditor Fund | 32 | 26 | 30 | 27 | 27 | 24 | 25 | 25 | 22 | 23 | 21 | 21 |
| **Total Unsecured Creditor Fund** | $ 32 | $ 26 | $ 30 | $ 27 | $ 27 | $ 24 | $ 25 | $ 25 | $ 22 | $ 23 | $ 21 | $ 21 |
| Unsec. Creditor Fund Beg. Balance | $ 32 | $ 58 | $ 88 | $ 27 | $ 54 | $ 78 | $ 25 | $ 50 | $ 72 | $ 23 | $ 44 | $ 65 |
| Unsecured Creditor Fund Payments | - | - | (88) | - | - | (78) | - | - | (72) | - | - | (65) |
| **Unsec. Creditor Fund End. Balance** | $ 32 | $ 58 | $ - | $ 27 | $ 54 | $ - | $ 25 | $ 50 | $ - | $ 23 | $ 44 | $ - |
| Total PV of SKC Operating Income | 23,085 | 22,711 | 22,418 | 22,073 | 21,770 | 21,451 | 21,173 | 20,874 | 20,579 | 20,313 | 20,032 | 19,778 |
| Total PV of SKC Adj. Operating Income | 10,440 | 10,187 | 9,997 | 9,767 | 9,572 | 9,366 | 9,195 | 9,006 | 8,822 | 8,663 | 8,493 | 8,345 |
| PV SKC Oper. Income to Loan Bal | 62.1% | 62.1% | 61.7% | 61.6% | 61.4% | 61.3% | 61.0% | 60.8% | 60.7% | 60.5% | 60.4% | 60.2% |
| PV SKC Adj. Oper. Income to Loan Bal | 137.4% | 138.5% | 138.4% | 139.2% | 139.5% | 140.3% | 140.4% | 140.9% | 141.6% | 141.8% | 142.4% | 142.7% |