UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF FILING CASH ANALYSIS SUMMARY REPORT BY CR3 PARTNERS**

The Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together, "Debtors"), by and through their attorneys, Kutner Brinen, P.C., hereby state their Notice of Filing Cash Analysis Summary Report ("Cash Analysis Report") by CR3 Partners, and in support thereof, state as follows:

1. The Cash Analysis Report was prepared in accordance with the *Order Granting Debtors' Motion for Entry of Order Authorizing Debtors' Employment of CR3 Partners as Chief Restructuring Officer* (Docket No. 429) to detail the disposition funds received from working interest owners and review the funds that should have been paid to working interest owners for the 120 days prior to the Petition Date.

2. On October 15, 2020, the Debtors filed the *Notice of Completion of Report Detailing Disposition of Funds* to apprise creditors and parties in interest that the report had been completed.

3. A full copy of the report, which is a voluminous, a multi-tabbed excel document, was shortly thereafter uploaded to the data room together with the Cash Analysis Report. Thereafter, CR3 and the Debtors arranged a zoom meeting with the Official Committee of Unsecured Creditors, East West Bank, and any creditors requesting to attend the meeting to provide further information regarding the Cash Analysis Report and answer any questions.

4. A copy of the Cash Analysis Report is attached hereto as Exhibit A.

Dated: February 22, 2021                      Respectfully submitted,

                                                  By:   */s/ Keri L. Riley*_____
                                                          Jeffrey S. Brinen, #20565
                                                          Keri L. Riley, #47605
                                                          **KUTNER BRINEN, P.C.**
                                                          1660 Lincoln St., Suite 1720
                                                          Denver, CO 80264
                                                          Tel: 303-832-2400
                                                          E-mail: klr@kutnerlaw.com

# CERTIFICATE OF SERVICE

I certify that on February 26, 2021, I served a complete copy of the foregoing **NOTICE OF FILING CASH ANALYSIS SUMMARY REPORT BY CR3 PARTNERS** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Stoneham Drilling Corporation
(Representative: Heather Stickel)
c/o James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Mesa Fluids, LLC
(Representative: Aaron W. Merrell)
1669 South 580 East
American Fork, UT 84057

TCP Cottonwood, L.P.
(Representative: Kyle C. McInnis)
c/o Eric Lockridge
400 Convention Street
Suite 700
Baton Rouge, LA 70801

Rapad Well Service Company, Inc.
(Representative: Chesley James)
c/o Jeremy Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203-4642

Kelley Brothers Contractors, Inc.
(Representative: Jerry Kelley)
401 County Farm Road
Waynesboro, MS 39367

Baker Hughes Company
(Representative: Christopher J. Ryan)
2001 Rankin Road
Houston, TX 77073

Timothy C. Mohan, Esq.
Foley & Lardner, LLP
600 17th Street
Suite 2020 South
Denver, CO 80202

J. Eric Lockridge, Esq.
Kean Miller LLP
400 Convention Street
Suite 700
P.O. Box 3513
Baton Rouge, LA 70802

Craig K. Schuenemann, Esq.
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Giovanni M. Ruscitti, Esq.
Berg Hill Greenleaf Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302

Bryce A. Suzuki, Esq.
Bryan Cave Leighton Paisner, LLP
Two North Central Avenue
Suite 2100
Phoenix, AZ 85004-4406

James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Timothy M. Riley, Esq.
Hopping Green & Sams, P.A.
P.O. Box 6526
Tallahassee, FL 32314

Michel D. Rubenstein, Esq.
Liskow & Lewis
1001 Fannin Street
Suite 1800
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos
Suite 700
Austin, TX 78701

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, P.C.
999 18th Street
Suite 1230 South
Denver, CO 80202

Robert L. Paddock, Esq.
Buck Keenan LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Jeremy L. Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203

Matthew J. Ochs, Esq.
Holland & Hart, LLP
555 Seventeenth Street
Suite 3200
P.O. Box 8749
Denver, CO 80201-8749

Shay L. Denning, Esq.
Thomas H. Shipps, Esq.
Maynes, Bradford, Shipps & Sheftel, LLP
835 East Second Avenue
Suite 123
Durango, CO 81301

Robert Padjen, Esq.
Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202-1486

Joseph E. Bain, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Madison Tucker, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, Louisiana 70170

Barnet B. Skelton, Jr., Esq.
815 Walker
Suite 1502
Houston, TX 77002

Amy L. Vazquez, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams, LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Christopher H. Meredith, Esq.
Copeland Cook Taylor & Bush, P.A.
1076 Highland Colony Parkway
600 Concourse, Suite 200
P.O. Box 6020
Ridgeland, Mississippi 39158-6020

Michael L. Niles, Esq.
Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Victoria Argeroplos, Esq.
Jackson Walker LLP
1401 McKinney Street
Suite 1900
Houston, TX 77010

David R. Taggart, Esq.
Bradley Murchison Kelly & Shea, LLC
401 Edwards Street
Suite 1000
Shreveport, Louisiana 71101

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
P.O Box 22260
Shreveport, Louisiana 71120-2260

Paul H. Stephenson III, Esq.
Jim F. Spencer, Jr., Esq.
Watkins & Eager, PLLC
P.O. Box 650
Jackson, Mississippi 39205

John D. Cornwell, Esq.
Grant M. Beiner, Esq.
Christopher D. Johnson, Esq.
Munsch Hardt Kopf & Harr, P.C.
700 Milam Street
Suite 2700
Houston, TX 77002

Michael J. Guyerson, Esq.
Buechler Law Office, LLC
999 18th Street
Suite 1230 South
Denver, CO 80202

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
Shreveport, Louisiana 71120-2260

Robert L. Paddock, Esq.
Buck Keenan, LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Ryan M. Seidemann, Esq.
Assistant Attorney General
Civil Division/Lands and Natural Resources
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005

David M. Miller, Esq.
Spencer Fane LLP
1700 Lincoln Street
Suite 2000
Denver, CO 80203

Jennifer J. Hardy, Esq.
Willkie Farr & Gallagher, LLP
600 Travis Street
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos Street
Suite 700
Austin, TX 78701

Andrew G. Edson, Esq.
Clark Hill Strasburger
901 Main Street
Suite 6000
Dallas, TX 75202

Craig M. Geno, Esq.
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157

Christopher H. Meredith, Esq.
Glenn Gates Taylor, Esq.
Copeland Cook Taylor & Bush, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Curtis R. Shelton, Esq.
Jennifer Norris Soto, Esq.
Ayres Shelton Williams Benson & Paine, LLC
333 Texas Street, Suite 1400
P.O. Box 1764
Shreveport, Louisiana 71166

Armistead M. Long, Esq.
Gordon Arata Montgomery Barnett
McCollam Duplantis & Eagan, LLC
400 East Kaliste Saloon Road
Suite 4200
Lafayette, Louisiana 70508

Ryan J. Lorenz, Esq.
Clark Hill PLC
14850 North Scottsdale Road
Suite 500
Scottsdale, Arizona 85254

Brian G. Rich, Esq.
Michael J. Niles, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Katherine A. Ross, Esq.
U.S. Attorney's Office for the
  District of Colorado
Assistant United States Attorney
1801 California Street
Suite 1600
Denver, CO 80202

Ryco Exploration, LLC
401 Edwards Street
Suite 915
Shreveport, LA 71101
ATTN: M. Robin Smith

Ryco Exploration, LLC
40 Golf Club Drive
Haughton, LA 71037
ATTN: M. Robin Smith

Stephen K. Lecholop II, Esq.
Rosenthal Pauerstein, Esq.
Sandoloski Agather LLP
755 East Mulberry
Suite 200
San Antonio, TX 78212

Katherine Guidry Douthitt, Esq.
Blanchard Walker O'Quin & Roberts
P.O. Box 1126
Shreveport, Louisiana 71163

Andrew J. Shaver, Esq.
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Theodore J. Hartl, Esq.
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202-5596

John H. Smith
Quitman Tank Solutions, LLC
P.O. Box 90
Quitman, MS 39355

Belinda Harrison
58 County Road 5033
Heidelberg, MS 39439

Casey C. Breese, Esq.
Welborn Sullivan Meck & Tooley, P.C.
1125 17th Street
Suite 2200 South
Denver, CO 80202

Jeff Carruth, Esq.
Weycer Kaplan Pulaski & Zuber, P.C.
11 Greenway Plaza
Suite 1400
Houston, TX 77046

Michael E. Riddick, Esq.
Katherine Guidry Douthill, Esq.
Blanchard Walker O'Quin & Roberts, P.C.
333 Texas Street
Regions Tower
Suite 700
Shreveport, Louisiana 71101

Chris Crowley, Esq.
Feldmann Nagel Cantafio, PLLC
1875 Lawrence Street
Suite 730
Denver, CO 80202

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
Suite 600
Denver, CO 80206

Adam L. Hirsch, Esq.
Davis Graham & Stubbs LLP
1550 Seventeenth Street
Suite 500
Denver, CO 80202

**/s/Vicky Martina**
**Vicky Martina**
**Kutner Brinen PC**

# 120 Day Cash Analysis Summary

October 13, 2020





**PARTNERS** FOR THE ROAD AHEAD
**CONFIDENTIAL**

# Disclaimer

Attorney Client Privilege<br>Not for Distribution

*Confidential*

This summary report has been prepared solely for informational purposes from data supplied by the Company and others and is being furnished by CR3 Partners LLC ("CR3") in compliance with the order of the bankruptcy court to the extent that there is any conflict between this summary and the complete report, the complete report shall control.

CR3 has attempted to provide information from sources believed to be reliable including the company's books and records; however, CR3 has not independently verified all the information and data contained herein. CR3 makes no representation or warranty as to the accuracy or completeness of such information and shall not have any liability for any representations (express or implied) contained herein, or from any omissions from, this report, or any other written or oral communications transmitted to the recipient by CR3 in the course of the recipient's evaluation.

The information contained herein has been prepared to assist creditors in making their own evaluation of financial issues and does not purport to be all-inclusive or to contain all of the information that an interested party may need or desire for such evaluation. Each recipient of the information should perform its own independent analysis and evaluation. The information contained herein is not a substitute for such independent analysis and evaluation.

This summary and the complete report is not an audit of Sklar Exploration, rather it is a report that organizes the receipts and disbursements during the period from 9/1/2019 to 4/1/2020. The data and analysis in this report are subject to continuous review and amendment and will be supplemented as appropriate.



1

**CONFIDENTIAL**



# Table of Contents

Report Scope                                3

Methodology                                 4

Summary Analysis                            5

Complete Report Index                       6

Appendix – Summary Report                   7



**CONFIDENTIAL**



# Report Scope

- Within the CRO retention order (Docket #429, paragraph 5), CR3 Partners was asked to prepare an analysis relative to Sklar Exploration (SEC's) disposition for funds for the six months prior to the petition date and covers the following areas:

  - .. report detailing on a well by well basis, SEC's receipt and disposition of funds received from Working Interest Owners
  - a sample examination of invoices and proof of payment for expenditures on each well over the same period
  - and a review of the disposition of funds that should have been paid to Working Interest Owners fir the six-month period prior to the filing of the Debtors' bankruptcy petitions.

This full analysis will be made available to all constituents upon request.

Note -   The dataset itself is voluminous and as such this summary is being prepared to discuss the relevant gross disbursements and related analysis.



3

**CONFIDENTIAL**



# Methodology

- In order to accomplish the task at hand, CR3 worked with the finance team at Sklar as well as outside consultants to pull raw data from the company's WolfePack accounting system and the books and records of the company

- Over 54 thousand lines for raw data were retrieved in relation to just the base payments file

- Over 120 thousand lines of additional data tables were retrieved from the accounting system to enable CR3 to correlate each payment by field, well and Working Interest Owner

- Cash is fungible.  Given that fact, CR3 took the approach that we needed to trace all inflows and outflows during the relevant reference period and use that dataset as the basis of presentation.  CR3 then split out disbursements into their component parts by field, well and WI Owner as shown in the complete report

**CONFIDENTIAL**

4



# Summary Analysis

- Cash Receipt and Disbursement Summary Statistics –

  - Gross Oil and Gas Receipts during the period were -    $43.6 million

  - Gross Oil and Gas Disbursements during the period were -    $35.4 million
  - Field Level Disbursements (LOE) were -    $6.7 million
  - Corporate expenses during the period were -    $4.2 million
  - Capital Expenditures were -    $15.9 million
  - Distributions to Sklarco -    $1.9 million

- Summary report follows in Appendix A

Note: revenue distributions to Sklarco are not included in Oil and Gas Disbursements



5

**CONFIDENTIAL**



# Complete Report – Index

The Complete Report consists of four tabs of data \ analysis:

SklarEx-Cash – this is a summary of the cash inflows and outflows during the period broken down by major account title

SklarEx-Disbursements - this tab breaks down the disbursements by the 191 properties by major account type

SklarEx-JIB_Cash_Calls – this tab shows all cash calls received, applied, and their balances by property and working interest owner

SklarEx-Rev_Suspense – this tab represents revenue suspense by working interest owner and well

**Note** – CR3 would be happy to schedule a call to discuss in detail. These are large data files and we did our best to represent a complex operation in a simplified manner.



6

**CONFIDENTIAL**



# Appendix

**CONFIDENTIAL**

**Sklar Exploration Company, LLC**
**Cash Analysis**

| | 09-01-19 thru 04-01-20 | 09/01/19 09/30/19 | 10/01/19 10/31/19 | 11/01/19 11/30/19 | 12/01/19 12/31/19 | 01/01/20 01/31/20 | 02/01/20 02/29/20 | 03/01/20 03/31/20 | 04/01/20 04/01/20 |
|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash** | $1,615,069 | $1,615,069 | $1,586,600 | $1,027,721 | $778,723 | ($58,307) | $459,880 | $523,209 | $1,578,081 |
| **Receipts** | | | | | | | | | |
| Oil & Gas Revenue | $43,597,719 | $6,387,043 | $6,372,198 | $6,550,659 | $6,166,768 | $6,679,822 | $6,238,550 | $5,202,678 | – |
| **Disbursements** | | | | | | | | | |
| Oil & Gas Revenue | ($35,433,134) | ($6,374,612) | ($5,055,185) | ($5,120,002) | ($5,011,788) | ($5,286,865) | ($5,485,089) | ($3,752,523) | $652,930 |
| **Net Revenue** | $8,164,585 | $12,431 | $1,317,013 | $1,430,657 | $1,154,981 | $1,392,956 | $753,461 | $1,450,155 | $652,930 |
| **Disbursements** | | | | | | | | | |
| Administrative Assets | ($8,723) | – | – | – | – | – | ($8,723) | – | – |
| Holding Account - Admin | ($13,500) | ($156) | ($559) | – | – | ($163) | – | ($12,623) | – |
| Lease Operating Expense | ($4,561,696) | ($678,725) | ($727,357) | ($559,752) | ($905,795) | ($683,008) | ($710,778) | ($296,282) | – |
| Notes Payable - Ford | ($251,895) | ($40,226) | ($41,384) | ($40,173) | ($41,826) | ($40,694) | ($42,852) | ($4,739) | – |
| Other Investment Income | ($382) | – | ($382) | – | – | – | – | – | – |
| Leasehold Costs | ($938,959) | ($155,169) | ($157,015) | ($92,672) | ($292,304) | ($89,654) | ($137,491) | ($14,654) | – |
| No GL Account, Flag | $10,772 | $937 | $1,160 | ($600) | ($1,409) | ($10,927) | ($62,559) | ($312,328) | $396,499 |
| Insurance, Incl. Prepaid | ($387,216) | ($92,209) | ($122,398) | ($49,803) | ($38,280) | ($30,514) | – | ($54,012) | – |
| Cash Transfer Accts | ($18) | – | – | – | – | ($18) | – | – | – |
| Other Assets | ($100,000) | – | – | – | – | – | – | ($100,000) | – |
| Prospect Inventory | ($8,673) | – | – | – | – | – | ($8,673) | – | – |
| Other Jib/Rev Items | ($417,436) | – | ($443,953) | – | $26,517 | – | – | – | – |
| **Gross Field OpEx Disbursements** | ($6,677,725) | ($965,548) | ($1,491,889) | ($742,999) | ($1,253,096) | ($854,977) | ($971,076) | ($794,639) | $396,499 |
| **JIB Receipts - Expenses** | $7,856,083 | $1,211,766 | $1,030,046 | $1,300,520 | $1,386,774 | $973,476 | $898,288 | $1,054,797 | $417 |
| **Net Field OpEx Disbursements** | $1,178,358 | $246,219 | ($461,843) | $557,521 | $133,678 | $118,498 | ($72,788) | $260,158 | $396,916 |
| **Net Operating Income** | $9,342,943 | $258,650 | $855,170 | $1,988,178 | $1,288,659 | $1,511,454 | $680,673 | $1,710,313 | $1,049,846 |
| **Corporate Expenses** | | | | | | | | | |
| Payroll & Benefits | ($2,804,910) | ($284,791) | ($331,819) | ($410,028) | ($582,749) | ($351,036) | ($409,146) | ($421,194) | ($14,147) |
| Retainers, Law Firms | ($253,377) | – | – | – | – | – | – | ($240,431) | ($12,946) |
| Aircraft Expenses | ($1,621) | ($241) | ($276) | ($276) | ($276) | – | ($552) | – | – |
| Corporate Credit Card | ($211,535) | ($25,575) | ($33,144) | ($37,791) | ($28,865) | ($24,276) | ($37,365) | ($24,520) | – |
| Rent & Other SG&A | ($880,750) | ($120,266) | ($109,614) | ($113,221) | ($160,446) | ($188,776) | ($135,803) | ($52,623) | – |
| Unknown - No Contra-Entry | ($5,000) | – | – | – | – | – | – | ($5,000) | – |
| HRA Reimbursement | $3,071 | $517 | $53 | $475 | $224 | $144 | $142 | $1,516 | – |
| **Subtotal** | ($4,154,122) | ($430,356) | ($474,799) | ($560,841) | ($772,111) | ($563,944) | ($582,724) | ($742,253) | ($27,093) |
| **Net Operating Cash Flow (EBITDAX)** | $5,188,821 | ($171,706) | $380,370 | $1,427,337 | $516,548 | $947,510 | $97,949 | $968,060 | $1,022,753 |
| Completion Tangible Costs | ($754,946) | ($90,765) | ($93,212) | ($24,747) | ($21,425) | ($368,861) | ($155,936) | – | – |
| Drilling Tangible Costs | ($929,783) | ($84,955) | ($186,718) | ($125,951) | ($473,221) | ($46,239) | ($12,700) | – | – |
| Intangible Completion Costs | ($4,210,051) | ($920,738) | ($427,891) | ($256,361) | ($684,868) | ($444,397) | ($1,227,516) | ($248,279) | – |
| Intangible Drilling Costs | ($8,154,586) | ($882,198) | ($1,409,340) | ($724,368) | ($1,983,742) | ($1,056,099) | ($1,618,691) | ($480,147) | – |
| Surface Equip Tangible | ($222,845) | – | ($219,923) | – | ($2,923) | – | – | – | – |
| Surface Production Equipment | ($1,644,522) | ($564,168) | ($199,967) | ($93,274) | ($279,260) | ($350,344) | ($194,117) | $36,609 | – |
| **Gross CapEx Disbursements** | ($15,916,734) | ($2,542,824) | ($2,537,051) | ($1,224,702) | ($3,445,439) | ($2,265,941) | ($3,208,961) | ($691,818) | – |
| **Cash Call Receipts** | $14,978,296 | $2,613,926 | $2,642,580 | $425,857 | $2,545,356 | $2,276,511 | $3,177,941 | $1,296,126 | – |
| **Net CapEx Disbursements** | ($938,438) | $71,102 | $105,529 | ($798,844) | ($900,083) | $10,571 | ($31,020) | $604,309 | – |
| **Net Disbursements, Debt Service, Account Transfers** | | | | | | | | | |
| Alan Trust | – | – | – | – | – | – | – | – | – |
| Sam Trust | – | – | – | – | – | – | – | – | – |
| Judy Trust | – | – | – | – | – | – | – | – | – |
| Howard Trust | – | – | – | – | – | – | – | – | – |
| Miriam Trust | – | – | – | – | – | – | – | – | – |
| Maren Trust | – | – | – | – | – | – | – | – | – |
| Maevlo | ($447,061) | ($17,866) | ($6,265) | ($212,930) | – | ($210,000) | – | – | – |
| EWB - Note Payable | ($938,298) | ($109,999) | ($103,813) | – | ($173,495) | ($104,894) | ($3,600) | ($442,497) | – |
| SklarCo - Operating | ($1,879,260) | $200,000 | ($934,700) | ($664,560) | ($280,000) | ($125,000) | – | ($75,000) | – |
| SklarEx - Benefits | ($69,000) | ($17,000) | – | ($8,000) | – | ($25,000) | – | ($19,000) | – |
| SklarEx - Payroll | ($1,996,700) | ($260,000) | ($262,000) | ($353,000) | ($158,500) | ($288,000) | ($327,700) | ($347,500) | – |
| SklarEx - Revenue | $7,656,100 | $700,000 | $902,000 | $2,072,100 | $2,000,000 | $514,000 | $668,000 | – | $800,000 |
| SklarEx - Operating | ($5,590,400) | ($423,000) | ($640,000) | ($1,711,100) | ($1,841,500) | ($201,000) | ($340,300) | $366,500 | ($800,000) |
| **Subtotal** | ($3,264,619) | $72,135 | ($1,044,778) | ($877,490) | ($453,495) | ($439,894) | ($3,600) | ($517,497) | – |
| **Change in Cash** | $985,765 | ($28,470) | ($558,879) | ($248,998) | ($837,030) | $518,187 | $63,329 | $1,054,872 | $1,022,753 |
| **Ending Cash** | $2,600,834 | $1,586,600 | $1,027,721 | $778,723 | ($58,307) | $459,880 | $523,209 | $1,578,081 | $2,600,834 |

| IRVINE | HOUSTON | DALLAS | CHICAGO | CHARLOTTE | BOSTON | NEW YORK |
|---|---|---|---|---|---|---|
| 300 Spectrum Center Dr. Suite 400 Irvine, CA 92618 | 4801 Woodway Dr. Suite 300 East Houston, TX 77056 | 13355 Noel Rd. Suite 310 Dallas, TX 75240 | 30 S. Wacker Dr. 22nd Floor Chicago, IL 60606 | 615 S. College St. 9th Floor Charlotte, NC 28202 | One Marina Dr. Suite 1410 Boston, MA 02210 | 450 Lexington Ave. 4th Floor New York, NY 10017 |



**PARTNERS** FOR THE ROAD AHEAD