UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| Debtor. | ) | |

## DEBTORS' WRITTEN OBJECTIONS TO
## LIST OF WITNESSES AND EXHIBITS

The Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together "Debtors"), by and through their attorneys, Kutner Brinen Dickey Riley, P.C., state their written objections to the Lists of Witnesses and Exhibits as follows:

### INTRODUCTION

1. The matters set for hearing on August 16 and 17, 2021 include confirmation of the Debtors' *Second Amended and Restated Plan of Reorganization* ("Plan") (Docket No. 1251) and the objections to confirmation, the Rudman Partnership's *Motion to Appoint a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104, or in the Alternative, Convert to Chapter 7* (Docket No. 308), Sklarco's Motions to Assume various operating agreement and the objections thereto, and the Debtors' *Motion to Amend Agency Services Agreement Pursuant to 11 U.S.C. § 365 and Amend Agency Services Agreement* (Docket No. 1174) and the Rudman Partnerships' Limited Objection thereto.

2. In connection with the various matters set for hearing, Lists of Witnesses and Exhibits were filed by the following parties:

   a. The Official Committee of Unsecured Creditors ("Committee"), Docket No. 1381;

   b. Fant Energy, Docket No. 1382;

   c. East West Bank, Docket No. 1383;

    d. The Office of the United States Trustee ("UST"), Docket No. 1384;

    e. Internal Revenue Service ("IRS"), Docket No. 1387; and

    f. The Rudman Partnership, CTM 2005, LTD, and MER Energy, LTD (the "Rudman Group"), Docket No. 1393.

3. The UST has since withdrawn its objection to confirmation of the Plan, and the Debtors do not anticipate that the UST intends to present evidence at the upcoming hearing. However, to the extent the UST does intend to present additional evidence, the Debtors are not objecting to any witnesses or exhibits designated on the UST's witness and exhibit lists.

4. Similarly, the Debtors are not objecting to any witnesses or exhibits identified by the Committee, Fant Energy, East West Bank, or the IRS. The Debtors reserve the right to object to relevancy at trial.

5. As such, all objections contained herein relate to the witnesses and exhibits designated by the Rudman Group.

## OBJECTIONS TO WITNESSES

The Debtors object to the Rudman Group's designation of W.R. Trey Sibley, III based on the description of Mr. Sibley's testimony identified in the Rudman Group's designation of witnesses. Pursuant to the witness and exhibit list, Mr. Sibley will testify regarding "the agreements entered into between the Rudman Partnership and the Debtors[.]" To the extent that Mr. Sibley is called to testify regarding the legal effect of such documents, such testimony would require expert conclusions, and Mr. Sibley has not been designated as an expert, nor has he submitted an expert report. Testimony regarding the legal effect of such conclusions would therefore be improper expert testimony in accordance with Fed. R. Evid. 701 and 702. Mr. Sibley is further designated as a witness to testify regarding the "standards of conduct and prudent operations for oil and gas operators and non-operators" as well as SEC's use of cash call advances. This proposed testimony again required expert conclusions, lacks foundation, is irrelevant, and is outside the scope of Mr. Sibley's knowledge, and is therefore impermissible in accordance with Fed. R. Evid. 701, 702, 602, and 401.

Mr. Sibley is further designated as a witness to testify regarding the reserve report completed for Sklarco, and the projections. This again calls for expert testimony, with no apparent information given regarding Mr. Sibley's qualifications to testify regarding such matters, and no expert report provided. Furthermore, to the extent the reserve report is referenced directly, any

such testimony would rely on hearsay, and violates the best evidence rule as the reserve report is not designated as an exhibit. Mr. Sibley's testimony on this subject would therefore be impermissible in accordance with Fed. R. Evid. 701, 702, 401, 602, 801, 802, and 1004.

The Rudman Group has further designated Howard Sklar, J. Marshall Jones, John Strausser, and Mr. Katchadurian as witnesses. While the Debtors are not opposed to the designation of the witnesses, the Debtors object to the proposed manner of examination. The Rudman Group intends to introduce prior testimony of the respective witnesses, but has not established that any of the witnesses are unavailable in accordance with Fed. R. Evid. 804(b)(1). Indeed, the Debtors have designated Mr. Sklar and Mr. Katchadurian as will-call witnesses, and both will be present at trial. As a result, any prior testimony is impermissible hearsay pursuant to Fed. R. Evid. 801 and 802.

## OBJECTIONS TO EXHIBITS

| **EXHIBIT** | **DESCRIPTION** | **OBJECTION** | **F.R.E.** |
|---|---|---|---|
| RUD - A | Transcript of April 9, 2020 Hearing [Docket No. 85] | Hearsay, Relevance, Foundation | 801, 802, 401, 602 |
| RUD - C | Transcript of May 8, 2020 Hearing [Docket No. 283] | Hearsay, Relevance, Foundation | 801, 802, 401, 602 |
| RUD - D | Transcript of Evidentiary Hearing on Cash Collateral and other Motions of May 11, 2020 | Hearsay, Hearsay within Hearsay, Relevance, Foundation | 801, 802, 805, 401, 602 |
| RUD - E | Transcript of Continued Evidentiary Hearing on Cash Collateral and other Motions of May 12, 2020 | Hearsay, Hearsay within Hearsay, Relevance, Foundation | 801, 802, 805, 401, 602 |
| RUD - M | SEC-The Rudman Partnership Settlement Statement dated Jan.31, 2020 | Hearsay, Relevance, Foundation, Authentication | 801, 802, 401, 602, 901 |
| RUD - FF | SEC Audited Financial Statements December 31, 2018 and 2017 | Hearsay, Relevance, Foundation, Authentication, Improper Expert Conclusions and/or Report | 801, 802, 401, 602, 901, 701, 702 |
| RUD - HH | Brooklyn Unit Boundary Map Unit Agreement Attachments A-E | Hearsay, Relevance, Foundation, Authentication | 801, 802, 401, 602, 901 |
| RUD - II | Sklar Map of Alabama Prospects | Hearsay, Relevance, Foundation, Authentication | 801, 802, 401, 602, 901 |

| RUD - JJ | Mineral Royalty Deed Patricia Shoemaker | Hearsay, Relevance, Foundation, Authentication | 801, 802, 401, 602, 901 |
|---|---|---|---|
| RUD - KK | Agency Services Agreement between Sklarco and co-trustees for Maren Silberstein April 14, 2008 | Hearsay, Relevance, Foundation, Authentication | 801, 802, 401, 602, 901 |
| RUD- LL | Letter from Howard F. Sklar to sons, nephews and niece dated Dec. 13, 2019 | Hearsay, Relevance | 801, 802, 401 |
| RUD - III | Beneficial Interest SKC Cedar Creek L & T 13-11 #1 Shipps Creek | Hearsay, Relevance, Foundation, Authentication | 801, 802, 401, 602, 901 |
| RUD - JJJ | Beneficial Interest SKC Fishpond Oil Unit - Escambia | Hearsay, Relevance, Foundation, Authentication | 801, 802, 401, 602, 901 |
| RUD - KKK | Beneficial Interest SKC Southeast Brooklyn Oil Unit | Hearsay, Relevance, Foundation, Authentication | 801, 802, 401, 602, 901 |
| RUD - LLL | Beneficial Interest SKC Southwest Brooklyn Oil Unit | Hearsay, Relevance, Foundation, Authentication | 801, 802, 401, 602, 901 |
| RUD - NNN | Consent Judgment Howard F. Sklar v. Jane Belser Sklar 4-9- 2021 | Hearsay, Relevance, Foundation, Authentication | 801, 802, 401, 602, 901 |
| RUD - VVV | Escambia Ballot for Successor Operator | Hearsay, Relevance, Hearsay Within Hearsay, Foundation, Authentication | 801, 802, 805, 401, 602, 901 |
| RUD - WWW (Confidential)[1] | Inter Vivos Trust (Alan Grantor Trust) April 21, 2015 | Hearsay, Relevance, Foundation, Authentication | 801, 802, 401, 602, 901 |
| RUD - XXX (Confidential) | Inter Vivos Trust (Jacob Grantor Trust) October 16, 2010 | Hearsay, Relevance, Foundation, Authentication | 801, 802, 401, 602, 901 |
| RUD - YYY (Confidential) | SAM Trust Agreement Designations of Trustees | Hearsay, Relevance, Foundation, Authentication | 801, 802, 401, 602, 901 |
| RUD - ZZZ (Confidential) | Inter Vivos Trust (Howard Trust) February 27, 2011 | Hearsay, Relevance, Foundation, Authentication | 801, 802, 401, 602, 901 |
| RUD - AAAA (Confidential) | Federal Income Tax Return 2019 Alan Sklar | Hearsay, Relevance, Foundation, Authentication, Improper Expert Conclusions and/or Report | 801, 802, 401, 602, 901, 701, 702 |
| RUD - BBBB (Confidential) | Alan Sklar 2019 Depletion Schedule | Hearsay, Relevance, Foundation, Authentication, | 801, 802, 401, 602, 901, 701, 702 |

---

[1] Confidential exhibits will be filed separately and under seal.

|  |  | Improper Expert Conclusions and/or Report |  |
|---|---|---|---|
| RUD - CCCC (Confidential) | Federal Income Tax Return 2019 Jacob Sklar | Hearsay, Relevance, Foundation, Authentication, Improper Expert Conclusions and/or Report | 801, 802, 401, 602, 901, 701, 702 |
| RUD - DDDD (Confidential) | Jacob Sklar 2019 Depletion and IDC Schedules | Hearsay, Relevance, Foundation, Authentication, Improper Expert Conclusions and/or Report | 801, 802, 401, 602, 901, 701, 702 |
| RUD - EEEE (Confidential) | Federal Income Tax Return 2019 Miriam Sklar | Hearsay, Relevance, Foundation, Authentication, Improper Expert Conclusions and/or Report | 801, 802, 401, 602, 901, 701, 702 |
| RUD - FFFF (Confidential) | Miriam Sklar 2019 Depletion Schedule | Hearsay, Relevance, Foundation, Authentication, Improper Expert Conclusions and/or Report | 801, 802, 401, 602, 901, 701, 702 |
|  | Any exhibits necessary for impeachment or rebuttal | Defendant reserves the right to object to any such exhibits |  |
|  | Any exhibit endorsed by any other party | Defendant reserves the right to object to any such exhibits |  |
|  |  |  |  |
|  |  |  |  |

Dated: August 9, 2021.    Respectfully submitted,

By: */s/ Keri L. Riley*
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln St., Suite 1720
Denver, CO  80264
Telephone:  (303) 832-2910
E-Mail: klr@kutnerlaw.com