**Sklar Exploration Co., L.L.C.**
401 Edwards Street, Suite 1601
Shreveport, LA 71101
(303)541-1559

# Settlement Statement

## Exhibit RUD-M

The Rudman Partnership
4851 LBJ Freeway, Ste 210
Dallas, TX 75244

Account: ▮
Date: 01/31/2020

**Account:** ▮ **- Statement of Account:**

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 12/31/2019 | | Balance Forward | 24,959.68 | |
| 01/13/2020 | 10485 | Partial Payment Ck# 39805 | | (8,623.44) |
| 01/13/2020 | 10485 | Partial Payment Ck# 39805 | | (13,068.24) |
| 01/13/2020 | 10485 | Payment-Thank You! Ck# 39805 | | (3,268.00) |
| 01/24/2020 | CC308-15 | Cash Call - CCL&T 32-9 #1 AFE 308-15 | 4,375.95 | |
| 01/24/2020 | CC308-16 | Cash Call - CCL&T 34-14 #1 AFE 308-16 | 4,645.33 | |
| 01/24/2020 | CC308-17 | Cash Call - CCL&T 2-4 #1 AFE 308-17 | 4,645.33 | |
| 01/24/2020 | CC309-W5 | Cash Call - CC:&T 4-1 #1 AFE 309-W5 | 2,318.44 | |
| | | New Balance Forward | 15,985.05 | |

*Handwritten annotation: PAID 1/28/20 ck # 39831*

**Prepaid Balance by Project:**

| Property# | AFE# | Description | Beginning Balance | Pre-Pmts Applied | Balance Remaining |
|---|---|---|---|---|---|
| 1BRO04 | 309-W5 | CCL&T 4-1 #1 WI (R13E) | 2,318.44 | 7.64 | 2,310.80 |
| 1BRO05 | 308-14 | CCL&T 35-5 #1 | 4,527.57 | 4,527.57 | 0.00 |
| 1BRO05 | 308-15 | CCL&T 32-9 #1 WI | 4,375.95 | 4,326.84 | 49.11 |
| 1BRO05 | 308-16 | CCL&T 34-14 #1 WI | 4,645.33 | 33.86 | 4,611.47 |
| 1BRO05 | 308-17 | CCL&T 2-4 #1 | 4,645.33 | 14.43 | 4,630.90 |
| 1BRO05 | 308-18 | CCL&T 2-2 #1 | 8,865.65 | 36.06 | 8,829.59 |
| 1BRO05 | 308-W4 | CCL&T 2-9 #1 | 649.48 | | 649.48 |
| 1BRO05 | 308-W5 | CCL&T 4-3 #1 | 1,900.70 | | 1,900.70 |
| | | **Prepaid Balance Totals:** | **31,928.45** | **8,946.40** | **22,982.05** |

**Summary by LEASE:**

| Property# | Description | Expenses | Pre-Pmts Applied | You Owe |
|---|---|---|---|---|
| | Unpaid Previous Balance | | | 15,985.05 |
| 1BRO04 | Southeast Brooklyn Oil Unit | 3,766.25 | 7.64 | 3,758.61 |
| 1BRO05 | Southwest Brooklyn Oil Unit | 26,093.75 | 8,938.76 | 17,154.99 |
| 1CED75 | CCL&T 2-15 #1 | 493.27 | | 493.27 |
| 1ESC01 | Escambia Prospect | 230.90 | | 230.90 |
| 1ESC02 | Escambia Prospect Pipeline | (4,561.24) | | (4,561.24) |
| 1FIS01 | Fishpond Oil Unit | 14,402.16 | | 14,402.16 |
| 2FIN02 | Findley 2-5 #1 | 28.13 | | 28.13 |

*Handwritten annotation: Paid (15,985.05 struck through with 3,758.61)*

From: Sklar Exploration Co., L.L.C.  
To: The Rudman Partnership  

For Billing Dated 01/31/2020  
Account: ▮▮▮▮  Page 2

**Summary by LEASE:**

| Property# | Description | Expenses | Pre-Pmts Applied | You Owe |
|---|---|---|---|---|
| 2PAT09 | Pate 3-9 #1 (Fletcher Pet) | 114.99 | | 114.99 |
| | Totals: | 40,568.21 | 8,946.40 | 47,606.86 |

**PLEASE PAY THIS AMOUNT** ------------------^

$ 31,621.78

Please visit www.sklarexploration.com for Direct Deposit and Change of Address forms.

RUD000823

| From: | Sklar Exploration Co., L.L.C. | | | For Billing Dated 01/31/2020 | |
|---|---|---|---|---|---|
| To: | The Rudman Partnership | | | Account: Page 3 | |

**LEASE: (1BRO04) Southeast Brooklyn Oil Unit    County: CONECUH, AL**

**Expenses:**

| Reference | Description | Deck/AFE | Invoice Amt | Total | Your Share |
|---|---|---|---|---|---|
| **Lease Operating Expense** | | | | | |
| *Survey, DOC Hearings, Permits* | | | | | |
| 121619396 | Tom Joiner & Associates Inc.- Air permits, 10/2019 | 1 | 238.35 | | |
| 121619396 | Tom Joiner & Associates Inc.- Air permits, 10/2019 | 1 | 285.72 | 524.07 | 16.62 |
| *Location Clean Up/Pit Closure* | | | | | |
| 0808-000650 | Republic Services #808 | 1 | 2.72 | | |
| 0484-000542 | Republic Services #808 | 1 | 38.21 | 40.93 | 1.30 |
| *Engineering & Supervision* | | | | | |
| TM0120HD | Production Superintendent Time & Mileage - DeLeon | 1 | 3,297.42 | 3,297.42 | 104.58 |
| *Instru/Monitoring & Automation* | | | | | |
| 481006 | SPL, Inc.- Site inspection/repair | 1 | 172.50 | | |
| 482843 | SPL, Inc.- Total Flow repair | 1 | 2,711.66 | | |
| 4149 | BTech Service & Supply Inc.- Test safety system | 1 | 275.00 | | |
| 4150 | BTech Service & Supply Inc.- Test safety system & make repairs | 1 | 310.43 | | |
| 4151 | BTech Service & Supply Inc.- Test safety system | 1 | 275.00 | | |
| 4152 | BTech Service & Supply Inc.- Test safety system | 1 | 275.00 | | |
| 4153 | BTech Service & Supply Inc.- Test safety system | 1 | 275.00 | | |
| 4154 | BTech Service & Supply Inc.- Test safety system | 1 | 275.00 | | |
| 4123 | BTech Service & Supply Inc.- Reset pilots & repaired | 1 | 290.52 | | |
| 20-00581 | KCS Automation, LLC- Replaced POT battery | 1 | 438.20 | | |
| 90991647 | IHS Global, Inc.- Field Direct 12/2019 | 1 | 169.20 | | |
| BARC015511 | Bristol, Inc.- Zedi Access Monitoring 12/2019 | 1 | 99.00 | | |
| BARC015523 | Bristol, Inc.- Zedi Access Monitoring 12/2019 | 1 | 99.00 | | |
| BARC015524 | Bristol, Inc.- Zedi Access Monitoring 12/2019 | 1 | 99.00 | | |
| BARC015527 | Bristol, Inc.- Zedi Access Monitoring 12/2019 | 1 | 99.00 | | |
| BARC015541 | Bristol, Inc.- Zedi Access Monthly Fee, 12/2019 | 1 | 99.00 | | |
| BARC015550 | Bristol, Inc.- Zedi Access Monthly Fee, 12/2019 | 1 | 99.00 | | |
| BARC015551 | Bristol, Inc.- Zedi Access Monthly Fee, 12/2019 | 1 | 99.00 | | |
| BARC015553 | Bristol, Inc.- Zedi Access Monthly Fee, 12/2019 | 1 | 99.00 | | |
| BARC015562 | Bristol, Inc.- Zedi Access Monthly Fee, 12/2019 | 1 | 99.00 | | |
| 481012 | SPL, Inc.- Inpspection/repair, flare meter display | 1 | 360.00 | | |
| 2030020274 | SPL, Inc.- Gas thru Heptanes | 1 | 300.00 | | |
| BSINV01020 | Bristol, Inc.- Zedi Engineering-Design-Commissioning-Mo, CCLT 4-1 & CCLT 34-13 | 1 | 1,745.91 | | |
| 482831 | SPL, Inc.- Quarterly gas sample for analysis | 1 | 641.92 | | |
| 482830 | SPL, Inc.- Quarterly gas sample for | 1 | 125.14 | 9,531.48 | 302.30 |

RUD000824

| From: | Sklar Exploration Co., L.L.C. | | | For Billing Dated 01/31/2020 | |
|---|---|---|---|---|---|
| To: | The Rudman Partnership | | | Account: | Page 4 |

**LEASE: (1BRO04) Southeast Brooklyn Oil Unit (Continued)**
**Expenses: (Continued)**

| Reference | Description | Deck/AFE | Invoice Amt | Total | Your Share |
|---|---|---|---|---|---|
| | analysis | | | | |
| **Chemicals** | | | | | |
| 18569 | White Resources LLC | 1 | 787.05 | | |
| 18563 | White Resources LLC- Acid sticks | 1 | 2,231.72 | | |
| 18577 | White Resources LLC | 1 | 376.30 | | |
| 18578 | White Resources LLC | 1 | 282.23 | | |
| 18579 | White Resources LLC | 1 | 564.45 | | |
| 18580 | White Resources LLC | 1 | 282.23 | | |
| 18581 | White Resources LLC | 1 | 376.30 | | |
| 910755421 | Baker Hughes, a GE Company, LLC- Paraffin Inhibitor | 1 | 1,304.17 | 6,204.45 | 196.78 |
| **Company Pumping - Gauging** | | | | | |
| ALPU0120 | Pumper Time & Mileage - Kinsey/Hester/Hoomes/Hart/Moye/Blackman/Davis/Kinsey/Hinote | 1 | 16,316.27 | 16,316.27 | 517.49 |
| **Telephone & Communications** | | | | | |
| 20010100844 | Your Message Center, Inc. | 1 | 12.93 | 12.93 | 0.41 |
| **Logging & Wireline** | | | | | |
| 488 | Slickline South, LLC- Fluid Level Determination | 1 | 1,666.00 | 1,666.00 | 52.84 |
| **Repairs & Maint-Surface Equip** | | | | | |
| WMR19-3667 | Whirlwind Methane Recovery Systems, LLC- VRU | 1 | 450.46 | | |
| 136699 | Union Oilfield Supply, Inc.- Hydraulic hose | 1 | 119.31 | | |
| 257986 | White's T&J Oilfield Supply, Inc.- LMI Metering Pump | 1 | 927.73 | | |
| 137006 | Union Oilfield Supply, Inc.- Kimray | 1 | 516.17 | | |
| 137013 | Union Oilfield Supply, Inc.- Waterfinding paste | 1 | 30.85 | | |
| 137041 | Union Oilfield Supply, Inc.- Meltblown pads, Sock net boom 5x10 | 1 | 162.18 | | |
| 733035 | The McPherson Companies, Inc.- Proteck R&O 100 Bulk Ga | 1 | 528.74 | | |
| 137113 | Union Oilfield Supply, Inc.- Blue moly lubricant | 1 | 47.12 | | |
| 137114 | Union Oilfield Supply, Inc.- Blue moly lubricant | 1 | 47.12 | | |
| 4406 | BTech Service & Supply Inc.- Repaired safety system | 1 | 567.66 | | |
| 23562 | Carnley Electric Inc- Replaced 150hp motor on power oil pump | 1 | 540.00 | | |
| 23564 | Carnley Electric Inc- Replaced power supply on VRU | 1 | 270.00 | | |
| 751668 | The McPherson Companies, Inc.- Gear oil | 1 | 254.05 | 4,461.39 | 141.50 |
| **Supplies** | | | | | |
| 137023 | Union Oilfield Supply, Inc.- Turkish wipers | 1 | 47.58 | | |
| 137097 | Union Oilfield Supply, Inc.- Turkish wipers | 1 | 47.58 | 95.16 | 3.02 |
| **Salt Water Disposal** | | | | | |
| 2019-12-005 | Wastewater Disposal Services, Inc.- 12/16-31/2019 | 1 | 100.00 | | |
| 2020-01-002 | Wastewater Disposal Services, Inc.- 1/1-15/2020 | 1 | 100.00 | | |
| 80107 | S&S Construction, LLC | 1 | 360.00 | | |
| 80111 | S&S Construction, LLC | 1 | 540.00 | | |
| 80104 | S&S Construction, LLC | 1 | 630.00 | 1,730.00 | 54.86 |

From: Sklar Exploration Co., L.L.C.  
To: The Rudman Partnership  

For Billing Dated 01/31/2020  
Account: ▮▮▮▮▮▮▮ Page 5

**LEASE: (1BRO04) Southeast Brooklyn Oil Unit   (Continued)**  
**Expenses:   (Continued)**

| Reference | Description | Deck/AFE | Invoice Amt | Total | Your Share |
|---|---|---|---|---|---|
| **Utilities** | | | | | |
| 613710006 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 475.18 | | |
| 613710046 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 4,940.01 | | |
| 613710050 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 5,348.42 | | |
| 613710057 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 6,775.28 | | |
| 613710063 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 99.52 | | |
| 613710064 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 5,090.04 | | |
| 613710075 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 5,396.35 | | |
| 613710076 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 5,258.10 | | |
| 613710077 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 4,756.25 | | |
| 613710078 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 4,573.26 | | |
| 613710080 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 427.73 | 43,140.14 | 1,368.24 |
| **Vacuum Truck** | | | | | |
| 80114 | S&S Construction, LLC- Pulled oil samples | 1 | 180.00 | | |
| 80115 | S&S Construction, LLC- Pulling oil samples | 1 | 180.00 | | |
| 80117 | S&S Construction, LLC- Pulling oil samples | 1 | 180.00 | | |
| 80118 | S&S Construction, LLC- Pulling oil samples | 1 | 180.00 | | |
| 80119 | S&S Construction, LLC- Pull cellars & load boxes | 1 | 180.00 | 900.00 | 28.55 |
| **Ad Valorem Taxes** | | | | | |
| 123119 | dba Clarke & Company- Ad Valorem tax services 2019 | 1 | 1,440.00 | 1,440.00 | 45.67 |
| **Other Revenue Deductions** | | | | | |
| 1219PLAM | 12-19 Rejected Load - Logan 5-7 #1 | 1 | 150.00 | | |
| 1119TRAN | 11-19 Transportation Fee on 17,193mcf @$.50/mcf | 1 | 8,596.50 | | |
| CP04025636 | Pruet Production Co   10-19 | 1 | 1,618.00 | 10,364.50 | 328.72 |
| **COPAS Overhead** | | | | | |
| RBO38311 | Adm Overhead - Producing | 1 | 17,770.72 | 17,770.72 | 563.62 |
| **Miscellaneous** | | | | | |
| 18804650 RI | Stratum Reservoir Intermediate LLC- Ambient storage 3/4 section | 1 | 651.00 | 651.00 | 20.64 |
| | **Total Lease Operating Expense** | | | 118,146.46 | 3,747.14 |
| **Intangible Completion Costs** | | | | | |
| **Engineering & Supervision Svcs** | | | | | |
| TM0120RW | Engineer Time & Mileage - West | 309-W5-1 | 240.96 | 240.96 | 7.64 |
| TM0120RW | Engineer Time & Mileage - West | 309-W4-1 | 361.44 | 361.44 | 11.47 |
| | **Total Intangible Completion Costs** | | | 602.40 | 19.11 |
| | **Total Expenses for LEASE** | | | 118,748.86 | 3,766.25 |

| From: | Sklar Exploration Co., L.L.C. | | | For Billing Dated 01/31/2020 | |
|---|---|---|---|---|---|
| To: | The Rudman Partnership | | | Account: | Page 6 |

### LEASE: (1BRO04) Southeast Brooklyn Oil Unit (Continued)

| Billing Summary by Deck/AFE | | | | | |
|---|---|---|---|---|---|
| | Deck 1 | 1 | 0.03171608 | 118,146.46 | 3,747.14 |
| | Workover | 309-W4-1 | 0.03171608 | 361.44 | 11.47 |
| | Workover | 309-W5-1 | 0.03171608 | 240.96 | 7.64 |

| LEASE Summary: | Wrk Int | ExpensesPre-Pmt Applied | | You Owe |
|---|---|---|---|---|
| 1BRO04 | 0.03171608 | 3,766.25 | 7.64 | 3,758.61 |

### LEASE: (1BRO05) Southwest Brooklyn Oil Unit    County: CONECUH, AL

**Expenses:**

| Reference | Description | Deck/AFE | Invoice Amt | Total | Your Share |
|---|---|---|---|---|---|
| **Lease Operating Expense** | | | | | |
| *Survey, DOC Hearings, Permits* | | | | | |
| 121619396 | Tom Joiner & Associates Inc.- Air permits, 10/2019 | 1 | 2,935.49 | | |
| 121619396 | Tom Joiner & Associates Inc.- Air permits, 10/2019 | 1 | 322.57 | 3,258.06 | 195.04 |
| *Location Preparation/Dirt Work* | | | | | |
| 56628 | Kelley Brothers Contractors, Inc.- Repairing washout in roads | 1 | 4,234.00 | 4,234.00 | 253.45 |
| *Location Clean Up/Pit Closure* | | | | | |
| 0808-000650 | Republic Services #808 | 1 | 3.97 | | |
| 0484-000542 | Republic Services #808 | 1 | 55.97 | 59.94 | 3.59 |
| *Engineering & Supervision* | | | | | |
| TM0120EV | Field Supervisor Time & Mileage - Vines | 1 | 1,924.28 | | |
| TM0120HD | Production Superintendent Time & Mileage - DeLeon | 1 | 721.48 | | |
| EWHD0120 | - EWB Credit Card<br>- 01/20<br>- Harold DeLeon<br>- Rent | 1 | 129.16 | 2,774.92 | 166.12 |
| *Instru/Monitoring & Automation* | | | | | |
| 4155 | BTech Service & Supply Inc.- Test safety system | 1 | 275.00 | | |
| 4156 | BTech Service & Supply Inc.- Test safety system & make repairs | 1 | 369.03 | | |
| 4157 | BTech Service & Supply Inc.- Test safety system | 1 | 275.00 | | |
| 4158 | BTech Service & Supply Inc.- Test safety system | 1 | 275.00 | | |
| 4159 | BTech Service & Supply Inc.- Test safety system | 1 | 275.00 | | |
| 4160 | BTech Service & Supply Inc.- Test safety system | 1 | 275.00 | | |
| 4161 | BTech Service & Supply Inc.- Test safety system | 1 | 275.00 | | |
| 4162 | BTech Service & Supply Inc.- Test safety system | 1 | 275.00 | | |
| 4163 | BTech Service & Supply Inc.- Test safety system | 1 | 275.00 | | |
| 4165 | BTech Service & Supply Inc.- Test safety system & make repairs | 1 | 345.85 | | |
| 4166 | BTech Service & Supply Inc.- Test safety system & make repairs | 1 | 651.30 | | |
| 4122 | BTech Service & Supply Inc.- Parts | 1 | 591.48 | | |
| 481007 | SPL, Inc.- Pump draggers, Box of charts | 1 | 323.92 | | |
| 20-00579 | KCS Automation, LLC- Reprogrammed DCM board | 1 | 110.00 | | |
| 481009 | SPL, Inc.- Replacing transmitter | 1 | 227.50 | | |

From: Sklar Exploration Co., L.L.C.  
To: The Rudman Partnership

For Billing Dated 01/31/2020  
Account: ▓▓▓▓▓▓   Page   7

**LEASE: (1BRO05) Southwest Brooklyn Oil Unit   (Continued)**  
**Expenses:   (Continued)**

| Reference | Description | Deck/AFE | Invoice Amt | Total | Your Share |
|---|---|---|---|---|---|
| 20-00582 | KCS Automation, LLC- Replaced tank display box | 1 | 3,031.00 | | |
| 90991647 | IHS Global, Inc.- Field Direct 12/2019 | 1 | 337.97 | | |
| BARC015510 | Bristol, Inc.- Zedi Access Monthly Fee, 12/2019 | 1 | 99.00 | | |
| BARC015516 | Bristol, Inc.- Zedi Access Monitoring 12/2019 | 1 | 99.00 | | |
| BARC015519 | Bristol, Inc.- Zedi Access Monitoring 12/2019 | 1 | 99.00 | | |
| BARC015520 | Bristol, Inc.- Zedi Access Monitoring 12/2019 | 1 | 693.00 | | |
| BARC015521 | Bristol, Inc.- Zedi Access Monitoring 12/2019 | 1 | 99.00 | | |
| BARC015525 | Bristol, Inc.- Zedi Access Monitoring 12/2019 | 1 | 99.00 | | |
| BARC015530 | Bristol, Inc.- Zedi Access Monitoring, 12/2019 | 1 | 99.00 | | |
| BARC015548 | Bristol, Inc.- Zedi Access Monthly Fee, 12/2019 | 1 | 99.00 | | |
| BARC015549 | Bristol, Inc.- Zedi Access Monthly Fee, 12/2019 | 1 | 99.00 | | |
| BARC015552 | Bristol, Inc.- Zedi Access Monthly Fee, 12/2019 | 1 | 99.00 | | |
| BARC015555 | Bristol, Inc.- Zedi Access Monthly Fee, 12/2019 | 1 | 99.00 | | |
| BARC015556 | Bristol, Inc.- Zedi Access Monthly Fee, 12/2019 | 1 | 99.00 | | |
| BARC015557 | Bristol, Inc.- Zedi Access Monthly Fee, 12/2019 | 1 | 99.00 | | |
| BARC015558 | Bristol, Inc.- Zedi Access Monthly Fee, 12/2019 | 1 | 99.00 | | |
| BARC015559 | Bristol, Inc.- Zedi Access Monthly Fee, 12/2019 | 1 | 99.00 | | |
| BARC015560 | Bristol, Inc.- Zedi Access Monthly Fee, 12/2019 | 1 | 99.00 | | |
| BARC015561 | Bristol, Inc.- Zedi Access Monthly Fee, 12/2019 | 1 | 99.00 | | |
| 20-00583 | KCS Automation, LLC- Reprogrammed Total Flow computer | 1 | 95.00 | | |
| 20-00584 | KCS Automation, LLC- Replaced pressure transmitter | 1 | 628.60 | | |
| 20-00585 | KCS Automation, LLC- Troubleshoot tank 645 offline | 1 | 438.20 | | |
| 481050 | SPL, Inc.- Parts purchased for site CCLT 34-14, Batteries, Elements, Chart Pens | 1 | 521.02 | | |
| 481051 | SPL, Inc.- Parts purchased for site CCLT 2-4 Elements, Chart Pens | 1 | 332.60 | | |
| 481052 | SPL, Inc.- Parts purchased for site CCLT 3-2, Batteries, Elements, Chart Pens | 1 | 521.02 | | |
| 481010 | SPL, Inc.- Total Flow repair | 1 | 2,661.66 | | |
| 481013 | SPL, Inc.- Inspection/calibration of Barton recorders | 1 | 400.00 | | |
| 20-00590 | KCS Automation, LLC- Replaced POT battery | 1 | 438.20 | | |
| 2030020274 | SPL, Inc.- Gas thru Heptanes | 1 | 180.00 | | |
| BSINV01020 | Bristol, Inc.- WI & WS Conversions | 1 | 6,110.70 | | |
| 4403 | BTech Service & Supply Inc.- Install hp | 1 | 4,035.05 | | |

RUD000828

| From: | Sklar Exploration Co., L.L.C. | | | For Billing Dated 01/31/2020 | |
|---|---|---|---|---|---|
| To: | The Rudman Partnership | | | Account: Page 8 | |

**LEASE: (1BRO05) Southwest Brooklyn Oil Unit   (Continued)**
**Expenses:   (Continued)**

| Reference | Description | Deck/AFE | Invoice Amt | Total | Your Share |
|---|---|---|---|---|---|
| | separator | | | | |
| 20-00600 | KCS Automation, LLC- Replaced tank display | 1 | 2,274.00 | | |
| 20-00601 | KCS Automation, LLC- Troubleshoot tank level reading | 1 | 205.00 | | |
| 482831 | SPL, Inc.- Quarterly gas sample for analysis | 1 | 770.28 | | |
| 482830 | SPL, Inc.- Quarterly gas sample for analysis | 1 | 250.28 | | |
| 20-00603 | KCS Automation, LLC- Replaced SWT battery | 1 | 438.20 | | |
| 20-00604 | KCS Automation, LLC- Troubleshoot tank 57 reading | 1 | 205.00 | | |
| 20-00606 | KCS Automation, LLC- Troubleshoot callout problem | 1 | 370.00 | 31,339.86 | 1,876.08 |
| **Chemicals** | | | | | |
| 18568 | White Resources LLC | 1 | 787.05 | | |
| 18570 | White Resources LLC | 1 | 376.30 | | |
| 18571 | White Resources LLC | 1 | 658.53 | | |
| 18572 | White Resources LLC | 1 | 752.60 | | |
| 18573 | White Resources LLC | 1 | 658.53 | | |
| 18574 | White Resources LLC | 1 | 846.68 | | |
| 18575 | White Resources LLC | 1 | 376.30 | | |
| 18576 | White Resources LLC | 1 | 658.53 | | |
| 18582 | White Resources LLC | 1 | 658.53 | | |
| 910716859 | Baker Hughes, a GE Company, LLC- Paraffin Inhibitor | 1 | 1,341.08 | | |
| 910755409 | Baker Hughes, a GE Company, LLC- Petrosweet Scavenger | 1 | 1,631.23 | | |
| 910755413 | Baker Hughes, a GE Company, LLC- Paraffin Inhibitor | 1 | 1,304.17 | | |
| 910785229 | Baker Hughes, a GE Company, LLC- Petrosweet Scavenger | 1 | 1,515.80 | | |
| 910785236 | Baker Hughes, a GE Company, LLC- Scale Inhibitor | 1 | 1,459.25 | 13,024.58 | 779.68 |
| **Company Pumping - Gauging** | | | | | |
| ALPU0120 | Pumper Time & Mileage - Kinsey/Hester/Hoomes/Hart/Moye/Blackman/Davis/Kinsey/Hinote | 1 | 26,254.36 | 26,254.36 | 1,571.66 |
| **Telephone & Communications** | | | | | |
| 20010100844 | Your Message Center, Inc. | 1 | 50.37 | 50.37 | 3.01 |
| **Safety & H2S Training** | | | | | |
| I0067086 | Secorp Industries- H2S calibrations | 1 | 468.76 | 468.76 | 28.06 |
| **Compression** | | | | | |
| 20015164 | Kodiak Gas Services, LLC- 2/2020 | 1 | 3,981.03 | | |
| 20015166 | Kodiak Gas Services, LLC- 2/2020 | 1 | 4,751.29 | 8,732.32 | 522.74 |
| **Repairs & Maint-Surface Equip** | | | | | |
| 136577 | Union Oilfield Supply, Inc.- Gauge | 1 | 84.74 | | |
| 136578 | Union Oilfield Supply, Inc.- Gauge | 1 | 91.51 | | |
| 136579 | Union Oilfield Supply, Inc.- Gauge | 1 | 88.99 | | |
| EWCK0120 | - EWB Credit Card<br>- 01/20<br>- Chase Kinsey<br>- Pressure Tank<br>- Tape for Insulation<br>- Tank for Fresh Water | 1 | 684.49 | | |
| EWLH0120 | - EWB Credit Card<br>- 01/2020<br>- LaVaughn Hart | 1 | 1,641.13 | | |

From: Sklar Exploration Co., L.L.C.  
To: The Rudman Partnership

For Billing Dated 01/31/2020  
Account:        Page 9

**LEASE: (1BRO05) Southwest Brooklyn Oil Unit (Continued)**  
**Expenses: (Continued)**

| Reference | Description | Deck/AFE | Invoice Amt | Total | Your Share |
|---|---|---|---|---|---|
| | - Sump Pump Assembly | | | | |
| 136681 | Union Oilfield Supply, Inc.- Nipple, Coupling | 1 | 14.25 | | |
| 136808 | Union Oilfield Supply, Inc.- Gauge, Hex bushing | 1 | 61.83 | | |
| 136811 | Union Oilfield Supply, Inc.- Gauge, Hex bushing | 1 | 61.83 | | |
| 136814 | Union Oilfield Supply, Inc.- Gauge, Hex bushing | 1 | 61.83 | | |
| 136816 | Union Oilfield Supply, Inc.- Gauge, Hex bushing | 1 | 61.83 | | |
| 257985 | White's T&J Oilfield Supply, Inc.- LMI Metering Pump | 1 | 927.73 | | |
| 136923 | Union Oilfield Supply, Inc.- Rubber pipe insulation | 1 | 588.06 | | |
| 136924 | Union Oilfield Supply, Inc.- Rubber pipe insulation | 1 | 571.87 | | |
| 74119 | H&H Construction, LLC- Install high pressure separator | 1 | 12,237.00 | | |
| 136988 | Union Oilfield Supply, Inc.- Duct tape, Paint bucket, Paint brush | 1 | 128.16 | | |
| 0939-510446 | Consolidated Electrical Distributors Inc- Electrical | 1 | 53.21 | | |
| 0939-510447 | Consolidated Electrical Distributors Inc- Electrical | 1 | 53.21 | | |
| 23510 | Carnley Electric Inc- Replaced flare igniter battery | 1 | 552.00 | | |
| 137014 | Union Oilfield Supply, Inc.- Waterfiding paste | 1 | 30.85 | | |
| 23511 | Carnley Electric Inc- Installed wise guy, transmitter | 1 | 540.00 | | |
| 23524 | Carnley Electric Inc- Replaced casing transmitter, replaced bad display & charger on tank gauge reset button | 1 | 450.00 | | |
| 733035 | The McPherson Companies, Inc.- Proteck R&O 100 Bulk Ga | 1 | 1,374.74 | | |
| 137131 | Union Oilfield Supply, Inc.- Gasket material, High temp silicon, Type T gaskets, Tape | 1 | 172.02 | | |
| 137162 | Union Oilfield Supply, Inc.- Hex plugs, Couplings, Nipples, Tee | 1 | 20.86 | | |
| CI-00000144 | SPOC Automation, Inc.- Reprogrammed HMI | 1 | 16.57 | | |
| 137224 | Union Oilfield Supply, Inc.- Hatch gasket | 1 | 84.04 | | |
| 137228 | Union Oilfield Supply, Inc.- Pipe wrenches, Packing hooks, Bench yoke vise | 1 | 839.11 | | |
| 20248056 | GE Oil & Gas- Replace valve assembly | 1 | 1,306.77 | | |
| 137279 | Union Oilfield Supply, Inc.- Nipples, Ball valves, Teflon tape | 1 | 1,035.73 | | |
| 751668 | The McPherson Companies, Inc.- Gear oil | 1 | 660.53 | 24,494.89 | 1,466.33 |
| **Supplies** | | | | | |
| EWSS0120 | - EWB Credit Card<br>- 01/2020<br>- Stephen Hester<br>- Duct Tape<br>- Zip Ties | 1 | 32.12 | | |

| From: | Sklar Exploration Co., L.L.C. | | | For Billing Dated 01/31/2020 | |
|---|---|---|---|---|---|
| To: | The Rudman Partnership | | | Account:     Page 10 | |

**LEASE: (1BRO05) Southwest Brooklyn Oil Unit   (Continued)**
**Expenses:   (Continued)**

| Reference | Description | Deck/AFE | Invoice Amt | Total | Your Share |
|---|---|---|---|---|---|
| | - Starting Fluid | | | | |
| 137024 | Union Oilfield Supply, Inc.- Turkish wipers | 1 | 47.58 | | |
| 137098 | Union Oilfield Supply, Inc.- Turkish wipers | 1 | 47.58 | 127.28 | 7.62 |
| **Salt Water Disposal** | | | | | |
| 43326 | American Remediation & Environmental Inc | 1 | 855.00 | | |
| 2019-12-005 | Wastewater Disposal Services, Inc.- 12/16-31/2019 | 1 | 870.00 | | |
| 56493 | Kelley Brothers Contractors, Inc. | 1 | 834.40 | | |
| 56488 | Kelley Brothers Contractors, Inc. | 1 | 436.50 | | |
| 80061 | S&S Construction, LLC | 1 | 360.00 | | |
| 2020-01-002 | Wastewater Disposal Services, Inc.- 1/1-15/2020 | 1 | 650.00 | | |
| 80072 | S&S Construction, LLC | 1 | 360.00 | | |
| 80113 | S&S Construction, LLC | 1 | 360.00 | | |
| 80101 | S&S Construction, LLC | 1 | 450.00 | | |
| 56625 | Kelley Brothers Contractors, Inc. | 1 | 436.50 | | |
| 56624 | Kelley Brothers Contractors, Inc. | 1 | 150.50 | 5,762.90 | 344.98 |
| **Utilities** | | | | | |
| 613710033 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 254.61 | | |
| 613710034 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 5,893.40 | | |
| 613710036 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 814.97 | | |
| 613710037 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 3,791.79 | | |
| 613710038 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 5,598.97 | | |
| 613710039 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 191.38 | | |
| 613710040 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 617.14 | | |
| 613710041 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 4,647.19 | | |
| 613710042 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 7,802.15 | | |
| 613710043 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 440.25 | | |
| 613710044 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 1,207.02 | | |
| 613710045 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 4,393.20 | | |
| 613710054 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 5,082.06 | | |
| 613710058 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 450.61 | | |
| 613710067 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 5,211.49 | | |
| 613710070 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 886.49 | | |
| 613710071 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 442.10 | | |
| 613710072 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 6,436.64 | | |
| 613710073 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 600.36 | | |

| From: | Sklar Exploration Co., L.L.C. | | | For Billing Dated 01/31/2020 | |
|---|---|---|---|---|---|
| To: | The Rudman Partnership | | | Account: | Page 11 |

**LEASE: (1BRO05) Southwest Brooklyn Oil Unit   (Continued)**
**Expenses:   (Continued)**

| Reference | Description | Deck/AFE | Invoice Amt | Total | Your Share |
|---|---|---|---|---|---|
| 613710074 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 1 | 388.28 | 55,150.10 | 3,301.43 |
| **Vacuum Truck** | | | | | |
| 80106 | S&S Construction, LLC- Pulled samples of oil | 1 | 180.00 | | |
| 80116 | S&S Construction, LLC- Pulling oil samples | 1 | 180.00 | | |
| 80110 | S&S Construction, LLC- Pulled oil from SWT | 1 | 180.00 | | |
| 80103 | S&S Construction, LLC- Pulled rainwater from cellars | 1 | 270.00 | 810.00 | 48.49 |
| **Sales/Use Tax** | | | | | |
| 1219ALA | AL sales/use tax not paid by vendor 12/2019 | 1 | 15.33 | 15.33 | 0.91 |
| **Ad Valorem Taxes** | | | | | |
| 123119 | dba Clarke & Company- Ad Valorem tax services 2019 | 1 | 3,020.00 | 3,020.00 | 180.79 |
| **Other Revenue Deductions** | | | | | |
| 1219PLAM | 12-19 Rejected Load - CCL&T 2-11 #1 | 1 | 150.00 | | |
| 1119TRAN | 11-19 Transportation Fee on 121,037mcf @$.50/mcf | 1 | 60,518.50 | | |
| CP04025635 | Pruet Production Co   10-19 | 1 | 388.50 | 61,057.00 | 3,655.03 |
| **COPAS Overhead** | | | | | |
| RBO38312 | Adm Overhead - Producing | 1 | 29,079.36 | 29,079.36 | 1,740.76 |
| | **Total Lease Operating Expense** | | | 269,714.03 | 16,145.77 |
| **Intangible Completion Costs** | | | | | |
| **Engineering & Supervision Svcs** | | | | | |
| TM0120HD | Production Superintendent Time & Mileage - DeLeon | 308-16-1 | 324.58 | 324.58 | 19.43 |
| TM0120RW | Engineer Time & Mileage - West | 308-17-1 | 240.96 | 240.96 | 14.43 |
| TM0120RW | Engineer Time & Mileage - West | 308-15-1 | 722.88 | 722.88 | 43.27 |
| TM0120RW | Engineer Time & Mileage - West | 308-W1-1 | 240.96 | 240.96 | 14.42 |
| TM0120RW | Engineer Time & Mileage - West | 308-16-1 | 240.96 | 240.96 | 14.43 |
| TM0120RW | Engineer Time & Mileage - West | 308-18-1 | 602.40 | 602.40 | 36.06 |
| KRC 0391 | Kenny Copeland- 1/16-20/2020 | 308-15-1 | 9,433.52 | 9,433.52 | 564.72 |
| **Coil Tubing Unit** | | | | | |
| 90058437 | C&J Spec-Rent Services, Inc. | 308-14-1 | 55,007.59 | | |
| 3160713 | Oil States Energy Services, LLC- Coil tubing assist | 308-14-1 | 1,312.89 | 56,320.48 | 3,371.48 |
| **Pipe Testing** | | | | | |
| 63398 | A & B Pump & Supply, Inc.- Joints 2 7-8" tubing tested | 308-15-1 | 3,492.17 | 3,492.17 | 209.05 |
| **Equipment Rentals** | | | | | |
| 143019 | Pro-Tek Field Services LLC- Vertical Separator | 308-14-1 | 12,480.00 | 12,480.00 | 747.09 |
| 23340 | Pryor Packers Inc.- Barton chart recorder | 308-15-1 | 261.82 | 261.82 | 15.67 |
| **Transportation & Trucking** | | | | | |
| 3825 | Davis Hot Shot Service, LLC- Haul equipment | 308-15-1 | 2,200.00 | 2,200.00 | 131.70 |
| **Production Testing** | | | | | |
| PN0027078 | Eastern Fishing & Rental Tools Inc- Well test | 308-14-1 | 18,172.73 | 18,172.73 | 1,087.87 |
| **Workover Rig** | | | | | |
| 50253 | Rapad Well Service Co Inc- 1/16-20/2020 | 308-15-1 | 19,612.50 | 19,612.50 | 1,174.05 |

RUD000832

From: Sklar Exploration Co., L.L.C.  
To: The Rudman Partnership

For Billing Dated 01/31/2020  
Account: ▇▇▇▇ Page 12

## LEASE: (1BRO05) Southwest Brooklyn Oil Unit (Continued)
### Expenses: (Continued)

| Reference | Description | Deck/AFE | Invoice Amt | Total | Your Share |
|---|---|---|---|---|---|
| **Perforation Services** | | | | | |
| 7312 | TCP Specialists, LLC | 308-15-1 | 12,270.37 | 12,270.37 | 734.54 |
| **Completion Fluids** | | | | | |
| 001550 | D & M Drilling Fluids, Inc.- 4% KCL, Packer fluid w/mixed chemicals | 308-15-1 | 4,360.00 | 4,360.00 | 261.00 |
| **Stimulation Services** | | | | | |
| PPS1820 | Precise Propellant Stimulation, LLC | 308-15-1 | 13,421.59 | 13,421.59 | 803.45 |
| **Repairs & Maint-Surface Equip** | | | | | |
| 136956 | Union Oilfield Supply, Inc.- Swage, Valve, Nipple, SMLS pipe | 308-14-1 | 5,277.66 | 5,277.66 | 315.93 |
| **Repairs & Maint-Sub Surface Eq** | | | | | |
| 23340 | Pryor Packers Inc.- Redress | 308-15-1 | 3,966.52 | 3,966.52 | 237.45 |
| **COPAS Overhead** | | | | | |
| ROL0120 | Rig On Location - CCL&T 32-9 #1 WI | 308-15-1 | 2,538.16 | 2,538.16 | 151.94 |
| | **Total Intangible Completion Costs** | | | 166,180.26 | 9,947.98 |

| | | | | Total | Your Share |
|---|---|---|---|---|---|
| | **Total Expenses for LEASE** | | | 435,894.29 | 26,093.75 |
| Billing Summary by Deck/AFE | Deck 1 | 1 | 0.05986256 | 269,714.03 | 16,145.77 |
| | Workover | 308-14-1 | 0.05986256 | 92,250.87 | 5,522.37 |
| | Workover | 308-15-1 | 0.05986256 | 72,279.53 | 4,326.84 |
| | Workover | 308-16-1 | 0.05986256 | 565.54 | 33.86 |
| | Workover | 308-17-1 | 0.05986256 | 240.96 | 14.43 |
| | Workover | 308-18-1 | 0.05986256 | 602.40 | 36.06 |
| | Workover | 308-W1-1 | 0.05986256 | 240.96 | 14.42 |

| LEASE Summary: | Wrk Int | Expenses | Pre-Pmt Applied | You Owe |
|---|---|---|---|---|
| 1BRO05 | 0.05986256 | 26,093.75 | 8,938.76 | 17,154.99 |

## LEASE: (1CED75) CCL&T 2-15 #1 County: ESCAMBIA, AL

### Expenses:

| Reference | Description | Deck/AFE | Invoice Amt | Total | Your Share |
|---|---|---|---|---|---|
| **Lease Operating Expense** | | | | | |
| *Survey, DOC Hearings, Permits* | | | | | |
| 121619396 | Tom Joiner & Associates Inc.- Air permits, 10/2019 | 1 | 44.46 | 44.46 | 3.44 |
| *Location Clean Up/Pit Closure* | | | | | |
| 0808-000650 | Republic Services #808 | 1 | 0.18 | | |
| 0484-000542 | Republic Services #808 | 1 | 2.55 | 2.73 | 0.21 |
| *Engineering & Supervision* | | | | | |
| TM0120HD | Production Superintendent Time & Mileage - DeLeon | 1 | 423.45 | 423.45 | 32.75 |
| *Instru/Monitoring & Automation* | | | | | |
| 90991647 | IHS Global, Inc.- Field Direct 12/2019 | 1 | 14.10 | | |
| BARC015522 | Bristol, Inc.- Zedi Access Monitoring 12/2019 | 1 | 99.00 | | |
| 2030020274 | SPL, Inc.- Gas thru Heptanes | 1 | 60.00 | | |
| 482831 | SPL, Inc.- Quarterly gas sample for analysis | 1 | 128.38 | 301.48 | 23.32 |
| *Chemicals* | | | | | |
| 910785233 | Baker Hughes, a GE Company, LLC- Paraffin Inhibitor | 1 | 1,304.17 | 1,304.17 | 100.87 |
| *Company Pumping - Gauging* | | | | | |
| ALPU0120 | Pumper Time & Mileage - Kinsey/Hester/Hoomes/Hart/Moye/Blackman/Davis/Kinsey/Hinote | 1 | 1,483.30 | 1,483.30 | 114.72 |

RUD000833

| From: | Sklar Exploration Co., L.L.C. | | | For Billing Dated 01/31/2020 | |
|---|---|---|---|---|---|
| To: | The Rudman Partnership | | | Account: | Page 13 |

### LEASE: (1CED75) CCL&T 2-15 #1 (Continued)
**Expenses:** (Continued)

| Reference | Description | Deck/AFE | Invoice Amt | Total | Your Share |
|---|---|---|---|---|---|
| **Telephone & Communications** | | | | | |
| 20010100844 | Your Message Center, Inc. | 1 | 1.11 | 1.11 | 0.09 |
| **Compression** | | | | | |
| 20015175 | Kodiak Gas Services, LLC- 2/2020 | 1 | 1,260.00 | 1,260.00 | 97.45 |
| **Repairs & Maint-Surface Equip** | | | | | |
| 136844 | Union Oilfield Supply, Inc.- Gold Flake SBR | 1 | 23.31 | 23.31 | 1.80 |
| **Salt Water Disposal** | | | | | |
| 43326 | American Remediation & Environmental Inc | 1 | 380.00 | 380.00 | 29.39 |
| **COPAS Overhead** | | | | | |
| RBO38318 | Adm Overhead - Producing | 1 | 1,153.61 | 1,153.61 | 89.23 |
| | **Total Lease Operating Expense** | | | 6,377.62 | 493.27 |

| LEASE Summary: | Wrk Int | Expenses | You Owe |
|---|---|---|---|
| 1CED75 | 0.07734375 | 493.27 | 493.27 |

### LEASE: (1ESC01) Escambia Prospect    County: ESCAMBIA, AL
**Expenses:**

| Reference | Description | Deck/AFE | Invoice Amt | Total | Your Share |
|---|---|---|---|---|---|
| **Leasehold Costs** | | | | | |
| *Lease Bonus* | | | | | |
| 1ESC010102 | Sklarco LLC- Monica Blair, c/o Max Reid, L041 Renewal | PC02 | 140.00 | | . |
| 1ESC010130 | Sklarco LLC- Stephanie Feagin Fowler, L276 Renewal | PC02 | 2,000.00 | 2,140.00 | 165.52 |
| *Brokerage Costs* | | | | | |
| 123119 | Kelly L. Baker- Abstract, Due Diligence, Leasing, 12/2019 | PC02 | 845.43 | 845.43 | 65.38 |
| | **Total Leasehold Costs** | | | 2,985.43 | 230.90 |

| LEASE Summary: | Wrk Int | Expenses | You Owe |
|---|---|---|---|
| 1ESC01 | 0.07734375 | 230.90 | 230.90 |

### LEASE: (1ESC02) Escambia Prospect Pipeline   County: CONECUH, AL
**Expenses:**

| Reference | Description | Deck/AFE | Invoice Amt | Total | Your Share |
|---|---|---|---|---|---|
| **Lease Operating Expense** | | | | | |
| *Engineering & Supervision* | | | | | |
| EWEV1219 | - EWB Credit Card<br>- 12/2019<br>- Edward Vines<br>- December Rent | 2 | 107.14 | | |
| TM0120EV | Field Supervisor Time & Mileage - Vines | 2 | 931.40 | | |
| TM0120HD | Production Superintendent Time & Mileage - DeLeon | 2 | 301.96 | | |
| EWEV0120 | - EWB Credit Card<br>- 01/20<br>- Edward Vines<br>- Meals | 2 | 26.92 | 1,367.42 | 105.76 |
| *Instru/Monitoring & Automation* | | | | | |
| 90991647 | IHS Global, Inc.- Field Direct 12/2019 | 2 | 141.00 | | |
| 0056951-IN | Stric-Lan Companies, LLC- Hosting/Management 12/2019 | 2 | 50.00 | | |
| BARC015515 | Bristol, Inc.- Zedi Access Monitoring | 2 | 99.00 | | . |

From: Sklar Exploration Co., L.L.C.  
To: The Rudman Partnership

For Billing Dated 01/31/2020  
Account: Page 14

**LEASE: (1ESC02) Escambia Prospect Pipeline (Continued)**  
**Expenses: (Continued)**

| Reference | Description | Deck/AFE | Invoice Amt | Total | Your Share |
|---|---|---|---|---|---|
| | 12/2019 | | | | |
| BARC015517 | Bristol, Inc.- Zedi Access Monitoring 12/2019 | 2 | 99.00 | | |
| BARC015518 | Bristol, Inc.- Zedi Access Monitoring 12/2019 | 2 | 99.00 | | |
| BARC015520 | Bristol, Inc.- Zedi Access Monitoring 12/2019 | 2 | 297.00 | | |
| BARC015528 | Bristol, Inc.- Zedi Access Monitoring 12/2019 | 2 | 99.00 | | |
| BARC015529 | Bristol, Inc.- Zedi Access Monitoring, 12/2019 | 2 | 99.00 | | |
| BARC015538 | Bristol, Inc.- Zedi Access Monthly Fee, 12/2019 | 2 | 99.00 | | |
| 2030020274 | SPL, Inc.- Gas thru Heptanes | 2 | 240.00 | | |
| 482831 | SPL, Inc.- Quarterly gas sample for analysis | 2 | 641.92 | 1,963.92 | 151.90 |
| **Contract Labor** | | | | | |
| 4409 | BTech Service & Supply Inc.- Build fire loop | 2 | 1,190.91 | 1,190.91 | 92.11 |
| **Pipeline Expense** | | | | | |
| 910785232 | Baker Hughes, a GE Company, LLC- Corrosion Inhibitor | 2 | 686.77 | 686.77 | 53.12 |
| **Compression** | | | | | |
| 91155633RI | CSI Compressco Operating, LLC- 1/2020 | 2 | 6,250.00 | 6,250.00 | 483.39 |
| **Repairs & Maint-Surface Equip** | | | | | |
| 136663 | Union Oilfield Supply, Inc.- Turkish wipers | 2 | 95.17 | | |
| 136664 | Union Oilfield Supply, Inc.- Flex gasket | 2 | 15.48 | | |
| 136984 | Union Oilfield Supply, Inc.- Flex gasket, Teflon tape, Pipe thread | 2 | 89.94 | | |
| 74719 | H&H Construction, LLC- Pig lines | 2 | 1,206.00 | | |
| 137039 | Union Oilfield Supply, Inc.- Fluid filled gauges, Domestic tape | 2 | 219.31 | 1,625.90 | 125.76 |
| **Salt Water Disposal** | | | | | |
| 43326 | American Remediation & Environmental Inc | 2 | 380.00 | | |
| 2019-12-005 | Wastewater Disposal Services, Inc.- 12/16-31/2019 | 2 | 70.00 | 450.00 | 34.80 |
| **Utilities** | | | | | |
| 613710048 | Southern Pine Electric Cooperative- 11/23-12/23/2019 | 2 | 19.82 | | |
| 613710068 | Southern Pine Electric Cooperative- 11/23-12/23/2019 | 2 | 43.40 | | |
| 613710053 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 2 | 191.73 | | |
| 613710068 | Southern Pine Electric Cooperative- 12/23/2019-1/23/2020 | 2 | 45.68 | 300.63 | 23.25 |
| **Ad Valorem Taxes** | | | | | |
| 123119 | dba Clarke & Company- Ad Valorem tax services 2019 | 2 | 1,080.00 | 1,080.00 | 83.53 |
| **Other Revenue Deductions** | | | | | |
| 1119TRAN | 11-19 Transportation Fee on 121,037mcf @$.50/mcf | 2 | 60,518.50- | | |
| 1119TRAN | 11-19 Transportation Fee on 17,193mcf @$.50/mcf | 2 | 8,596.50- | | |
| 1119TRAN | 11-19 Transportation Fee on 16,573mcf @$.50/mcf | 2 | 8,286.50- | 77,401.50- | 5,986.52- |
| | **Total Lease Operating Expense** | | | 62,485.95- | 4,832.90- |

RUD000835

| From: | Sklar Exploration Co., L.L.C. | | | For Billing Dated 01/31/2020 | |
|---|---|---|---|---|---|
| To: | The Rudman Partnership | | | Account: | Page 15 |

## LEASE: (1ESC02) Escambia Prospect Pipeline (Continued)
**Expenses: (Continued)**

| Reference | Description | Deck/AFE | Invoice Amt | Total | Your Share |
|---|---|---|---|---|---|
| **Leasehold Costs** | | | | | |
| *Legal Fees* | | | | | |
| 1041225 | GHD Services, Inc.- Phase II Site Assessment for plant closing | 2 | 3,512.38 | 3,512.38 | 271.66 |
| | **Total Leasehold Costs** | | | 3,512.38 | 271.66 |
| | **Total Expenses for LEASE** | | | 58,973.57- | 4,561.24- |

| LEASE Summary: | Wrk Int | Expenses | You Owe |
|---|---|---|---|
| 1ESC02 | 0.07734375 | 4,561.24- | 4,561.24- |

## LEASE: (1FIS01) Fishpond Oil Unit  County: ESCAMBIA, AL
**Expenses:**

| Reference | Description | Deck/AFE | Invoice Amt | Total | Your Share |
|---|---|---|---|---|---|
| **Lease Operating Expense** | | | | | |
| *Survey, DOC Hearings, Permits* | | | | | |
| 121619396 | Tom Joiner & Associates Inc.- Air permits, 10/2019 | 2 | 294.89 | 294.89 | 22.81 |
| *Location Clean Up/Pit Closure* | | | | | |
| 0808-000650 | Republic Services #808 | 2 | 0.36 | | |
| 0484-000542 | Republic Services #808 | 2 | 5.10 | 5.46 | 0.42 |
| *Engineering & Supervision* | | | | | |
| EWEV1219 | - EWB Credit Card<br>- 12/2019<br>- Edward Vines<br>- December Rent | 2 | 267.86 | | |
| EWEV0120 | - EWB Credit Card<br>- 01/20<br>- Edward Vines<br>- Meals | 2 | 43.57 | | |
| EWHD0120 | - EWB Credit Card<br>- 01/20<br>- Harold DeLeon<br>- Rent | 2 | 193.55 | 504.98 | 39.06 |
| *Instru/Monitoring & Automation* | | | | | |
| 4164 | BTech Service & Supply Inc.- Test safety system & make repairs | 2 | 416.70 | | |
| 4200 | BTech Service & Supply Inc.- Test safety system & make repairs | 2 | 382.60 | | |
| 90991647 | IHS Global, Inc.- Field Direct 12/2019 | 2 | 42.30 | | |
| BARC015526 | Bristol, Inc.- Zedi Access Monitoring 12/2019 | 2 | 99.00 | | |
| BARC015544 | Bristol, Inc.- Zedi Access Monthly Fee, 12/2019 | 2 | 99.00 | | |
| 2030020274 | SPL, Inc.- Gas thru Heptanes | 2 | 60.00 | | |
| 4404 | BTech Service & Supply Inc.- Convert wellhead to power oil | 2 | 944.18 | | |
| 20-00605 | KCS Automation, LLC- Troubleshoot tank level reading | 2 | 540.00 | 2,583.78 | 199.84 |
| *Chemicals* | | | | | |
| 910755412 | Baker Hughes, a GE Company, LLC- Paraffin Inhibitor | 2 | 2,668.97 | 2,668.97 | 206.42 |
| *Company Pumping - Gauging* | | | | | |
| ALPU0120 | Pumper Time & Mileage - Kinsey/Hester/Hoomes/Hart/Moye/Blackman/Davis/Kinsey/Hinote | 2 | 2,818.26 | 2,818.26 | 217.98 |

From: Sklar Exploration Co., L.L.C.  
To: The Rudman Partnership

For Billing Dated 01/31/2020  
Account:     Page 16

**LEASE: (1FIS01) Fishpond Oil Unit (Continued)**  
**Expenses: (Continued)**

| Reference | Description | Deck/AFE | Invoice Amt | Total | Your Share |
|---|---|---|---|---|---|
| **Telephone & Communications** | | | | | |
| 20010100844 | Your Message Center, Inc. | 2 | 2.22 | 2.22 | 0.17 |
| **Compression** | | | | | |
| 20015165 | Kodiak Gas Services, LLC- 2/2020 | 2 | 6,550.00 | 6,550.00 | 506.60 |
| **Repairs & Maint-Surface Equip** | | | | | |
| 136810 | Union Oilfield Supply, Inc.- Face dry gauge, Hex bushing | 2 | 63.58 | | |
| 136817 | Union Oilfield Supply, Inc.- Gauge, hex bushing | 2 | 63.58 | | |
| 74219 | H&H Construction, LLC- Power oil hookup | 2 | 21,454.00 | | |
| 136960 | Union Oilfield Supply, Inc.- Pipe insulation | 2 | 940.89 | | |
| 136990 | Union Oilfield Supply, Inc.- Tube, Angle Iron | 2 | 660.53 | | |
| 137081 | Union Oilfield Supply, Inc.- Ball valves, Nipples, SMLS pipe, Check valve | 2 | 1,803.64 | | |
| 23523 | Carnley Electric Inc- Replaced fuse, cleaned contacts on VRU | 2 | 270.00 | 25,256.22 | 1,953.41 |
| **Supplies** | | | | | |
| EWSS0120 | - EWB Credit Card - 01/2020 - Stephen Hester - Duct Tape - Zip Ties - Starting Fluid | 2 | 32.12 | 32.12 | 2.49 |
| **Salt Water Disposal** | | | | | |
| 43326 | American Remediation & Environmental Inc | 2 | 190.00 | | |
| 56490 | Kelley Brothers Contractors, Inc. | 2 | 341.50 | | |
| 56491 | Kelley Brothers Contractors, Inc. | 2 | 148.90 | | |
| 56626 | Kelley Brothers Contractors, Inc. | 2 | 337.50 | 1,017.90 | 78.72 |
| **Utilities** | | | | | |
| 613710051 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 2 | 1,271.23 | | |
| 613710055 | Southern Pine Electric Cooperative- 11/26-12/29/2019 | 2 | 1,631.25 | 2,902.48 | 224.49 |
| **Ad Valorem Taxes** | | | | | |
| 123119 | dba Clarke & Company- Ad Valorem tax services 2019 | 2 | 360.00 | 360.00 | 27.85 |
| **COPAS Overhead** | | | | | |
| RBO38330 | Adm Overhead - Producing | 2 | 3,459.90 | 3,459.90 | 267.60 |
| | **Total Lease Operating Expense** | | | **48,457.18** | **3,747.86** |
| **Intangible Completion Costs** | | | | | |
| **Engineering & Supervision Svcs** | | | | | |
| TM0120HD | Production Superintendent Time & Mileage - DeLeon | 227-W4-1 | 1,820.86 | | |
| TM0120JV | Operations Engineer Time & Mileage - Vittitow | 227-W4-1 | 3,685.84 | | |
| EWJV0120 | - EWB Credit Card - 01/20 - John Vittitow - Meals - Fuel - Hotel | 227-W4-1 | 2,562.09 | 8,068.79 | 624.07 |
| **Instru/Monitoring & Automation** | | | | | |
| BSINV01021 | Bristol, Inc.- Conversion back to Prod. | 227-W4-1 | 872.96 | 872.96 | 67.52 |

RUD000837

From: Sklar Exploration Co., L.L.C.  
To: The Rudman Partnership

For Billing Dated 01/31/2020  
Account: ▮▮▮▮  Page 17

**LEASE: (1FIS01) Fishpond Oil Unit  (Continued)**  
**Expenses:  (Continued)**

| Reference | Description | Deck/AFE | Invoice Amt | Total | Your Share |
|---|---|---|---|---|---|
| **Coil Tubing Unit** | | | | | |
| 90058434 | C&J Spec-Rent Services, Inc. | 227-W4-1 | 89,097.68 | | |
| 3160706 | Oil States Energy Services, LLC- Coil tubing assist | 227-W4-1 | 1,312.89 | 90,410.57 | 6,992.69 |
| **Transportation & Trucking** | | | | | |
| 10046 | GRS Services, LLC- Hauled equipment | 227-W4-1 | 500.00 | 500.00 | 38.67 |
| **Production Testing** | | | | | |
| PN0027076 | Eastern Fishing & Rental Tools Inc- Well test | 227-W4-1 | 19,300.09 | 19,300.09 | 1,492.74 |
| **Stimulation Services** | | | | | |
| 489 | Slickline South, LLC | 227-W4-1 | 2,836.00 | 2,836.00 | 219.34 |
| **Repairs & Maint-Surface Equip** | | | | | |
| 136942 | Union Oilfield Supply, Inc.- Swage, Valve, Nipple, SMLS pipe | 227-W4-1 | 8,850.91 | 8,850.91 | 684.57 |
| **Sales/Use Tax** | | | | | |
| 1219ALA | AL sales/use tax not paid by vendor 12/2019 | 227-W4-1 | 143.76 | 143.76 | 11.12 |
| | **Total Intangible Completion Costs** | | | 130,983.08 | 10,130.72 |
| **Tangible Completion Costs** | | | | | |
| **Electrical & Control Systems** | | | | | |
| CI-00000145 | SPOC Automation, Inc.- HG150-4-3-N3R 150HP, 480V, 3PH Harmonic Filter Package | 227-W4-1 | 6,769.56 | 6,769.56 | 523.58 |
| | **Total Tangible Completion Costs** | | | 6,769.56 | 523.58 |
| | **Total Expenses for LEASE** | | | 186,209.82 | 14,402.16 |
| Billing Summary by Deck/AFE | AWPO eff 08-01-18 | 2 | 0.07734371 | 48,457.18 | 3,747.86 |
| | Workover | 227-W4-1 | 0.07734371 | 137,752.64 | 10,654.30 |

| LEASE Summary: | Wrk Int | | Expenses | You Owe |
|---|---|---|---|---|
| 1FIS01 | 0.07734371 | | 14,402.16 | 14,402.16 |

**LEASE: (2AND04)  Anderson-Johnson 11-9 #1   County: CONECUH, AL**  
**Expenses:**

| Reference | Description | Deck/AFE | Invoice Amt | Total | Your Share |
|---|---|---|---|---|---|
| **Lease Operating Expense** | | | | | |
| **LOE - Outside Operations** | | | | | |
| 123119 | Fletcher Petroleum Co., LLC | 4 | 2,475.55 | 2,475.55 | 9.57 |
| | **Total Lease Operating Expense** | | | 2,475.55 | 9.57 |
| **ICC - Unproven** | | | | | |
| **ICC - Outside Ops - U** | | | | | |
| 123119 | Fletcher Petroleum Co., LLC | 4 | 10,617.88 | 10,617.88 | 41.06 |
| | **Total ICC - Unproven** | | | 10,617.88 | 41.06 |
| **Other - Unproven** | | | | | |
| **Prepaid LOE, IDC, ICC, TC - U** | | | | | |
| 123119 | Fletcher Petroleum Co., LLC | 4 | 13,093.43- | 13,093.43- | 50.63- |
| | **Total Other - Unproven** | | | 13,093.43- | 50.63- |
| | **Total Expenses for LEASE** | | | 0.00 | 0.00 |

| LEASE Summary: | Wrk Int | | Expenses | You Owe |
|---|---|---|---|---|
| 2AND04 | 0.00386719 | | 0.00 | 0.00 |

From: Sklar Exploration Co., L.L.C.  
To: The Rudman Partnership  

For Billing Dated 01/31/2020  
Account: ▮▮▮▮  Page 18

### LEASE: (2FIN02) Findley 2-5 #1   County: CONECUH, AL
**API: 01035203430000**

**Expenses:**

| Reference | Description | Deck/AFE | Invoice Amt | Total | Your Share |
|---|---|---|---|---|---|
| **Lease Operating Expense** | | | | | |
| *LOE - Outside Operations* | | | | | |
| 123119-1 | Fletcher Petroleum Co., LLC | 1 | 7,002.55 | 7,002.55 | 28.13 |
| | Total Lease Operating Expense | | | 7,002.55 | 28.13 |

| LEASE Summary: | Wrk Int | Expenses | You Owe |
|---|---|---|---|
| 2FIN02 | 0.00401668 | 28.13 | 28.13 |

### LEASE: (2MAR07) Marshall 11-11 #1   County: CONECUH, AL

**Expenses:**

| Reference | Description | Deck/AFE | Invoice Amt | Total | Your Share |
|---|---|---|---|---|---|
| **Lease Operating Expense** | | | | | |
| *LOE - Outside Operations* | | | | | |
| 123119-3 | Fletcher Petroleum Co., LLC | 1 | 3,143.73 | 3,143.73 | 30.39 |
| | Total Lease Operating Expense | | | 3,143.73 | 30.39 |
| **ICC - Unproven** | | | | | |
| *ICC - Outside Ops - U* | | | | | |
| 123119-3 | Fletcher Petroleum Co., LLC | 1 | 617.88 | 617.88 | 5.98 |
| | Total ICC - Unproven | | | 617.88 | 5.98 |
| **Other - Unproven** | | | | | |
| *Prepaid LOE, IDC, ICC, TC - U* | | | | | |
| 123119-3 | Fletcher Petroleum Co., LLC | 1 | 3,761.61- | 3,761.61- | 36.37- |
| | Total Other - Unproven | | | 3,761.61- | 36.37- |
| | **Total Expenses for LEASE** | | | 0.00 | 0.00 |

| LEASE Summary: | Wrk Int | Expenses | You Owe |
|---|---|---|---|
| 2MAR07 | 0.00966798 | 0.00 | 0.00 |

### LEASE: (2PAT09) Pate 3-9 #1 (Fletcher Pet)   County: CONECUH, AL

**Expenses:**

| Reference | Description | Deck/AFE | Invoice Amt | Total | Your Share |
|---|---|---|---|---|---|
| **Lease Operating Expense** | | | | | |
| *LOE - Outside Operations* | | | | | |
| 123119-5 | Fletcher Petroleum Co., LLC | 1 | 5,946.76 | 5,946.76 | 114.99 |
| | Total Lease Operating Expense | | | 5,946.76 | 114.99 |

| LEASE Summary: | Wrk Int | Expenses | You Owe |
|---|---|---|---|
| 2PAT09 | 0.01933594 | 114.99 | 114.99 |

### LEASE: (2PAT10) Pate 10-1 #1 (Fletcher Pet)   County: CONECUH, AL

**Expenses:**

| Reference | Description | Deck/AFE | Invoice Amt | Total | Your Share |
|---|---|---|---|---|---|
| **Lease Operating Expense** | | | | | |
| *LOE - Outside Operations* | | | | | |
| 123119-4 | Fletcher Petroleum Co., LLC | 2 | 781.14 | 781.14 | 22.66 |
| | Total Lease Operating Expense | | | 781.14 | 22.66 |
| **IDC - Unpoven** | | | | | |
| *IDC - Outside Ops - U* | | | | | |
| 123119-4 | Fletcher Petroleum Co., LLC | 1 | 20,826.04 | 20,826.04 | 604.04 |
| | Total IDC - Unpoven | | | 20,826.04 | 604.04 |

RUD000839

From: Sklar Exploration Co., L.L.C.  
To: The Rudman Partnership

For Billing Dated 01/31/2020  
Account: ▮▮▮▮  Page 19

**LEASE: (2PAT10) Pate 10-1 #1 (Fletcher Pet) (Continued)**  
**Expenses: (Continued)**

| Reference | Description | Deck/AFE | Invoice Amt | Total | Your Share |
|---|---|---|---|---|---|
| **ICC - Unproven** | | | | | |
| *ICC - Outside Ops - U* | | | | | |
| 123119-4 | Fletcher Petroleum Co., LLC | 2 | 83,699.69 | 83,699.69 | 2,427.61 |
| | **Total ICC - Unproven** | | | **83,699.69** | **2,427.61** |
| **Tangible Completion-Unproven** | | | | | |
| *TCC - Outside Ops - U* | | | | | |
| 123119-4 | Fletcher Petroleum Co., LLC | 2 | 116,533.77 | 116,533.77 | 3,379.94 |
| | **Total Tangible Completion-Unproven** | | | **116,533.77** | **3,379.94** |
| **Other - Unproven** | | | | | |
| *Prepaid LOE, IDC, ICC, TC - U* | | | | | |
| 123119-4 | Fletcher Petroleum Co., LLC | 2 | 221,840.64- | 221,840.64- | 6,434.25- |
| | **Total Other - Unproven** | | | **221,840.64-** | **6,434.25-** |
| | **Total Expenses for LEASE** | | | **0.00** | **0.00** |

| Billing Summary by Deck/AFE | | | | | |
|---|---|---|---|---|---|
| .37500000 BCP | | 1 | 0.02900391 | 20,826.04 | 604.04 |
| .37500000 ACP | | 2 | 0.02900391 | 20,826.04- | 604.04- |

**LEASE Summary:**     **Wrk Int**     **Expenses**     **You Owe**  
**2PAT10**     0.02900391     0.00     0.00

RUD000840