Exhibit RUD-FF

**SKLAR EXPLORATION COMPANY, LLC**
**Combined and Consolidated Financial Statements**
**and**
**Independent Auditors' Report**
**December 31, 2018 and 2017**

**SKLAR EXPLORATION COMPANY, LLC**

**Table of Contents**

Page

Independent Auditor's Report .................................................................................................. 1
Combined and Consolidated Financial Statements
    Combined and Consolidated Balance Sheets ............................................................. 3
    Combined and Consolidated Statements of Operations and Comprehensive Income (Loss) ...... 4
    Combined and Consolidated Statement of Changes in Trust Principal ....................... 5
    Combined and Consolidated Statements of Cash Flows ............................................. 6
    Notes to Combined and Consolidated Financial Statements ....................................... 8



**Plante & Moran, PLLC**
Suite 600
8181 E. Tufts Avenue
Denver, CO 80237
Tel: 303.740.9400
Fax: 303.740.9009
plantemoran.com

**Independent Auditor's Report**

To the Members
Sklar Exploration Company, LLC

We have audited the accompanying combined and consolidated financial statements of Sklar Exploration Company, LLC (the "Company"), which comprise the combined and consolidated balance sheet as of December 31, 2018, and the related combined and consolidated statements of operations and comprehensive income (loss), changes in trust principal, and cash flows for the year then ended, and the related notes to the combined and consolidated financial statements.

### Management Responsibility for the Combined and Consolidated Financial Statements

Management is responsible for the preparation and fair presentation of these combined and consolidated financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal controls relevant to the preparation and fair presentation of combined and consolidated financial statements that are free from material misstatement, whether due to fraud or error.

### Auditor's Responsibility

Our responsibility is to express an opinion on these combined and consolidated financial statements based on our audit. We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the combined and consolidated financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the combined and consolidated financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the combined and consolidated financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the combined and consolidated financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the combined and consolidated financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

### Opinion

In our opinion, the combined and consolidated financial statements referred to above present fairly, in all material respects, the financial position of the Company as of December 31, 2018 and the results of their operations and their cash flows for the year then ended in accordance with accounting principles generally accepted in the United States of America.

### Other Matter

*Report on Prior Year Combined and Consolidated Financial Statements.*

The combined and consolidated financial statements of Sklar Exploration Company, LLC as of December 31, 2017 were audited by EKS&H LLLP, whose report dated May 30, 2018 expressed an unqualified opinion on those statements.

*Plante & Moran, PLLC*

May 30, 2019

1



# SKLAR EXPLORATION COMPANY, LLC

## Combined and Consolidated Balance Sheets

|  | December 31, | |
| --- | --- | --- |
|  | 2018 | 2017 |
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | $ 3,602,993 | $ 2,617,310 |
| Marketable securities, at fair value | 392,325 | 112,606 |
| Accrued oil and gas revenue | 6,689,104 | 7,973,994 |
| Joint interest billing receivable | 4,976,093 | 3,901,167 |
| Accounts receivable - related parties | 101,943 | 10,568 |
| Prepaid expenses and other | 624,458 | 521,012 |
| Commodity derivative asset | 563,025 | - |
| Notes receivable - related parties | 65,137 | 56,475 |
| Total current assets | 17,015,078 | 15,193,132 |
| Oil and gas properties, using the successful efforts method of accounting | | |
| Oil and gas properties | 108,671,399 | 104,646,409 |
| Prepaid drilling obligations | 1,293,716 | 2,290,927 |
| Accumulated depletion, depreciation, and amortization | (73,304,273) | (69,080,273) |
| Net oil and gas properties | 36,660,842 | 37,857,063 |
| Property and equipment, net | 698,417 | 795,911 |
| Non-current assets | | |
| Investments in partnerships | 3,573,085 | 3,466,476 |
| Notes receivable - related parties, net of current portion | 50,082 | 59,168 |
| Commodity derivative asset | 451,140 | - |
| Debt issuance costs, net | 188,449 | - |
| Other long-term assets | 1,703,540 | 1,689,680 |
| Total non-current assets | 5,966,296 | 5,215,324 |
| Total assets | $ 60,340,633 | $ 59,061,430 |
| **Liabilities and Trust Principal** | | |
| Current liabilities | | |
| Accounts payable - trade | $ 8,334,118 | $ 7,869,268 |
| Accounts payable - production | 13,485,645 | 14,411,320 |
| Accrued liabilities | 744,764 | 97,385 |
| Current portion of notes payable | 231,310 | 366,840 |
| Commodity derivative liability | - | 425,879 |
| Cash call prepayments | 3,351,896 | 4,337,955 |
| Total current liabilities | 26,147,733 | 27,508,647 |
| Non-current liabilities | | |
| Notes payable, net of current portion | 23,161,518 | 18,450,000 |
| Asset retirement obligations | 3,471,650 | 3,468,144 |
| Total non-current liabilities | 26,633,168 | 21,918,144 |
| Total liabilities | 52,780,901 | 49,426,791 |
| Commitments and contingencies (Note 11) | | |
| Trust principal | | |
| Trust principal | 7,559,732 | 9,614,475 |
| Accumulated other comprehensive income | - | 20,164 |
| Total trust principal | 7,559,732 | 9,634,639 |
| Total liabilities and trust principal | $ 60,340,633 | $ 59,061,430 |

See notes to combined and consolidated financial statements.

RUD001142

## SKLAR EXPLORATION COMPANY, LLC

## Combined and Consolidated Statements of Operations and Comprehensive Income (Loss)

|  | For the Years Ended December 31, | |
|---|---|---|
|  | 2018 | 2017 |
| **Production revenue** | | |
| Oil | $ 16,045,828 | $ 15,229,211 |
| Gas | 2,091,598 | 1,747,821 |
| Other | 884,609 | 581,415 |
| Total production revenue | 19,022,035 | 17,558,447 |
| **Operating expenses** | | |
| Lease operating | 3,806,349 | 3,254,805 |
| Exploration, dry hole costs, and unproved property write-offs | 930,972 | 1,214,735 |
| Production taxes | 1,308,634 | 1,207,365 |
| Other operating | 638,603 | 694,825 |
| General and administrative | 4,693,540 | 4,591,305 |
| Depreciation, depletion, amortization, and accretion | 4,639,305 | 5,087,636 |
| Impairment of proved oil and gas properties | 3,892,694 | - |
| Total operating expenses | 19,910,097 | 16,050,671 |
| (Loss) income from operations | (888,062) | 1,507,776 |
| **Other income (expense)** | | |
| Management fee | 552,000 | 982,200 |
| Realized loss on derivatives and volume production payments | (1,112,304) | (141,949) |
| Unrealized gain (loss) on derivatives and volume production payments | 1,287,404 | (656,279) |
| Realized gains and dividends on marketable securities | 14,105 | 3,192 |
| Unrealized loss on marketable securities | (54,946) | - |
| Interest expense | (1,237,441) | (791,636) |
| Income from investments in partnerships, net | 953,734 | 590,101 |
| (Loss) gain on sale of assets | (1,904) | 703,003 |
| Other income | 331,847 | 165,497 |
| Total other income | 732,495 | 854,129 |
| Net (loss) income | (155,567) | 2,361,905 |
| **Other comprehensive income** | | |
| Gain on marketable securities | - | 12,600 |
| Total other comprehensive income | - | 12,600 |
| Comprehensive (loss) income | $ (155,567) | $ 2,374,505 |

See notes to combined and consolidated financial statements.

- 4 -

RUD001143

## SKLAR EXPLORATION COMPANY, LLC

### Combined and Consolidated Statement of Changes in Trust Principal
### For the Years Ended December 31, 2018 and 2017

| | Trust Principal | Accumulated Other Comprehensive Income | Trust Principal |
|---|---|---|---|
| Balance - January 1, 2017 | $ 10,272,116 | $ 7,564 | $ 10,279,680 |
| Distributions | (3,019,546) | - | (3,019,546) |
| Net income | 2,361,905 | - | 2,361,905 |
| Unrealized gain on marketable securities | - | 12,600 | 12,600 |
| Balance - December 31, 2017 | 9,614,475 | 20,164 | $ 9,634,639 |
| Change in accounting principle (Note 1) | 20,164 | (20,164) | - |
| Distributions | (1,919,340) | - | (1,919,340) |
| Net loss | (155,567) | - | (155,567) |
| Balance - December 31, 2018 | $ 7,559,732 | - | $ 7,559,732 |

See notes to combined and consolidated financial statements.

RUD001144

## SKLAR EXPLORATION COMPANY, LLC

### Combined and Consolidated Statements of Cash Flows

|  | For the Years Ended December 31, | |
|---|---|---|
|  | 2018 | 2017 |
| **Cash flows from operating activities** | | |
| Net income (loss) | $ (155,567) | $ 2,361,905 |
| Adjustments to reconcile net income (loss) to net cash provided by operating activities: | | |
| Depreciation, depletion, and amortization | 4,472,265 | 4,963,013 |
| Accretion of asset retirement obligation | 167,040 | 124,623 |
| Exploration, dry hole costs, and unproved property write-offs | 903,667 | 754 |
| Loss (gain) on sale of assets | 1,904 | (703,003) |
| (Gain) loss on equity investments in partnerships – equity method | (85,000) | - |
| Forgiveness of note receivable - related party | - | 75,000 |
| Gain on sale of marketable securities | (14,105) | - |
| Unrealized loss on marketable securities | 54,946 | - |
| Amortization of put premium | 246,480 | - |
| Amortization of loan fees | 41,857 | - |
| Unrealized (gain) loss on derivative contracts | (1,287,404) | 656,279 |
| Impairment of proved oil and gas properties | 3,892,694 | - |
| Changes in operating assets and liabilities: | | |
| Accrued oil and gas revenue | 1,284,890 | (880,975) |
| Joint interest billing receivable, net of cash call prepayments | (2,060,985) | 756,715 |
| Accounts receivable - related parties | (91,375) | (10,568) |
| Prepaid expenses and other | (117,306) | 348,878 |
| Accounts payable - trade | 481,544 | 3,873,513 |
| Accounts payable - production | (925,675) | 1,678,704 |
| Settlement of asset retirement obligations | (199,826) | (15,514) |
| Accrued liabilities | 647,379 | (161,368) |
| Net cash provided by operating activities | 7,257,423 | 13,067,956 |
| **Cash flows from investing activities:** | | |
| Investments in oil and gas properties and property and equipment | (9,178,202) | (8,088,522) |
| Prepaid drilling obligations | 997,211 | (1,397,233) |
| Proceeds from sale of oil and gas properties | 279,025 | 883,338 |
| Proceeds from sale of property and equipment | 33,970 | 60,523 |
| Purchase of marketable securities | (370,729) | - |
| Proceeds from sale of marketable securities | 50,168 | - |
| Decrease in notes receivable – related party | 425 | 15,400 |
| Net contributions to partnerships | (21,609) | (29,970) |
| Purchase of derivative instruments | (399,120) | (230,400) |
| Net cash used in investing activities | (8,608,861) | (8,786,864) |
| **Cash flows from financing activities:** | | |
| Net repayments on notes payable | (18,640,747) | (777,217) |
| Proceeds from borrowings on line of credit and notes payable | 23,127,514 | - |
| Distributions | (1,919,340) | (3,019,546) |
| Payments for debt issuance costs | (230,306) | - |
| Net cash provided by (used in) financing activities: | 2,337,121 | (3,796,763) |
| Net increase in cash and cash equivalents | 985,683 | 484,329 |
| Cash and cash equivalents - beginning of year | 2,617,310 | 2,132,981 |
| Cash and cash equivalents - end of year | 3,602,993 | 2,617,310 |

See notes to combined and consolidated financial statements.

RUD001145

## SKLAR EXPLORATION COMPANY, LLC

### Combined and Consolidated Statements of Cash Flows

(Continued from the previous page)

Supplemental disclosure of cash flow information:

> Cash paid for interest for the years ended December 31, 2018 and 2017 was $1,195,584 and $791,636, respectively.

Supplemental disclosure of non-cash activity:

> During the years ended December 31, 2018 and 2017, the Company financed insurance premiums of $426,001 and $333,425, respectively.

> During the years ended December 31, 2018 and 2017, the Company incurred new asset retirement obligations of $36,292 and $51,355, respectively.

> During the year ended December 31, 2018, the Company added new vehicles through notes payable totaling $89,221.

> The Company had accrued capital expenditures in accounts payable of $218,063 and $234,757, as of December 31, 2018 and 2017, respectively.

See notes to combined and consolidated financial statements.

- 7 -

RUD001146

## SKLAR EXPLORATION COMPANY, LLC
### Notes to Combined and Consolidated Financial Statements

## Note 1 – Description of Business and Summary of Significant Accounting Policies

Sklar Exploration Company, LLC (the "Company") is engaged primarily in the acquisition, development, production, exploration for, and the sale of crude oil, natural gas, and natural gas liquids. The Company sells its oil and natural gas products to domestic pipelines and refineries.

### Management's Plans with Respect to Liquidity and Capital Resources

As of December 31, 2018, the Company had a working capital deficit of $9.1 million. The Company intends to fund this working capital deficit through a continued emphasis on positive EBITDAX and has the option to market certain of its oil and gas properties and other investments to generate cash flows. In addition, the Company's minimum current ratio as required under its Credit Facility (Note 9) is effective June 2019 and the Company anticipates achieving such covenant from cash flows generated from operations and borrowing base redeterminations.  Further, the Company executed a new credit facility during 2018 with a borrowing base of $25.0 million, with an outstanding balance of $23.0 million and letters of credit of $675,000 as of December 31, 2018 (Note 9).

### Principles of Consolidation

The accompanying combined and consolidated financial statements include the accounts of Sklar Exploration Company, LLC; Sklarco, LLC; Sklar Transport Company, LLC; Howard Grantor Trust; Jacob Grantor Trust; and Alan Grantor Trust, which collectively operate as the Sklar Exploration Company, LLC. All intercompany accounts and transactions have been eliminated in consolidation.

### Use of Estimates

The preparation of the combined and consolidated financial statements in conformity with accounting principles generally accepted in the United States of America ("U.S. GAAP") requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the combined and consolidated financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

Depreciation, depletion, and amortization of oil and gas properties and the impairment of proved oil and gas properties are determined using estimates of proved oil and gas reserves. There are numerous uncertainties in estimating the quantity of reserves and in projecting the future rates of production and timing of development expenditures, including future costs to dismantle, dispose, and restore the Company's properties. Oil and gas reserve engineering is a subjective process of estimating underground accumulations of oil and gas that cannot be measured in an exact way. In addition, significant estimates include the estimated cost and timing related to asset retirement obligations, the recoverability of unproved oil and gas properties, and the valuation of derivative instruments and notes receivable related to the Volume Production Payment ("VPP") and the recoverability of investments in partnerships.

- 8 -

**SKLAR EXPLORATION COMPANY, LLC**
**Notes to Combined and Consolidated Financial Statements**

## Note 1 - Description of Business and Summary of Significant Accounting Policies (continued)

Cash and Cash Equivalents

The Company considers all highly liquid instruments purchased with an original maturity of three months or less to be cash equivalents. The Company continually monitors its positions with, and the credit quality of, the financial institutions with which it invests. As of the balance sheet date, and periodically throughout the year, the Company has maintained balances in various operating accounts in excess of federally insured limits.

Marketable Securities and Comprehensive Income (Loss)

Comprehensive income (loss) is used to refer to net income (loss) plus other comprehensive income (loss). Other comprehensive income (loss) is comprised of gains and losses that under US GAAP are reported as separate components of trust principal instead of net income (loss). As of January 1, 2018 the Company adopted ASU 2016-01, *Financial Instruments – Overall (Subtopic 825-10): Recognition and Measurement of Financial Assets and Financial Liabilities*, and its related amendments in February 2018, ASU 2018-03, *Technical Corrections and Improvements to Financial Instruments—Overall (Subtopic 825-10): Recognition and Measurement of Financial Assets and Financial Liabilities*, which requires equity investments (except those accounted for under the equity method of accounting) to be measured at fair value with changes in fair market value recognized in net income. Prior to January 1, 2018, the Company recorded all fair market value changes in marketable securities to trust principal. As of January 1, 2018, the Company reclassified $20,164 of accumulated other comprehensive income to trust principal, and recorded a loss for the change in the fair value of marketable securities of $54,956 for the year ended December 31, 2018.

Accounts Receivable

The Company routinely assesses the recoverability of all material oil and gas and other receivables to determine their collectability. Many of the Company's receivables are from a limited number of purchasers. Accordingly, accounts receivable from such purchasers could be significant. Generally, crude oil and gas receivables are collected within 30 to 60 days of production. The Company also has receivables from joint interest owners of properties operated by the Company. The Company may have the ability to withhold future revenue disbursements to recover any non-payment of joint interest billings.

Concentrations of Credit Risk

The Company generally sells more than 80% of its oil and gas production to two purchasers. Management considers the risk of these sales and related receivable concentrations to be low given that oil and gas are commodities and can be readily sold to a multitude of other potential customers.

RUD001148

**SKLAR EXPLORATION COMPANY, LLC**
**Notes to Combined and Consolidated Financial Statements**

## Note 1 – Description of Business and Summary of Significant Accounting Policies (continued)

Oil and Gas Properties

The Company accounts for its oil and gas operations using the successful efforts method of accounting. Accordingly, all productive wells, development dry holes, related asset retirement obligation assets, and productive leases are capitalized and amortized, principally by prospect, on a units-of-production basis over the life of the remaining proved reserves. The costs of unsuccessful exploratory projects, geological and geophysical, and other exploration activities are expensed. Sales of proved properties are generally accounted for as a normal retirement with no gains and losses unless such treatment significantly affects the units-of-production depletion rate. During the year ended December 31, 2018, the Company received proceeds of $279,025 that were treated as a normal retirement.

The Company reviews its proved oil and gas properties for impairment whenever events and circumstances indicate a decline in the recoverability of their carrying value may have occurred. The Company estimates the expected future cash flows of its oil and gas properties and compares such future cash flows to the carrying amount of the oil and gas properties to determine if the carrying amount is recoverable. If the carrying amount exceeds the estimated undiscounted future cash flows, the Company will adjust the carrying amount of the oil and gas properties to fair value. The factors used to determine fair value include, but are not limited to, estimates of proved reserves, future commodity pricing, future production estimates, anticipated capital expenditures, and a discount rate commensurate with the risk associated with realizing the expected cash flows projected. At December 31, 2018 and 2017, the Company determined that there were proved property impairments of approximately $3.9 million and $0, respectively.

During the year ended December 31, 2017, the Company sold unproved properties for total proceeds of $883,338 and recognized a gain of $694,798 for proceeds received in excess of basis. No unproved properties were sold in 2018.

Costs associated with unevaluated exploratory wells are excluded from the depletable basis until the determination of proved reserves, at which time those costs are reclassified to proved oil and gas properties and subject to depletion. If it is determined that the exploratory well costs were not successful in establishing proved reserves, such costs are expensed at the time of such determination. Costs associated with development wells that are unevaluated or are waiting on access to transportation or processing facilities are reclassified into developmental wells-in-progress and are excluded from the depletable basis until the wells are fully evaluated or gain access to transportation and processing facilities. As of December 31, 2018, and 2017, the Company had $882,480 and $0, respectively, designated as exploratory wells-in-progress, included in unproved properties.

- 10 -

**SKLAR EXPLORATION COMPANY, LLC**
**Notes to Combined and Consolidated Financial Statements**

**Note 1 – Description of Business and Summary of Significant Accounting Policies (continued)**

Oil and Gas Properties (continued)

The following table reflects the net changes in capitalized exploratory well costs during the years ended December 31, 2018 and 2017. The table does not include amounts that were capitalized and either subsequently expensed or reclassified to producing well costs during the same period. Exploratory wells-in-progress are included in unproved oil and gas properties.

|  | December 31, | |
|---|---|---|
|  | 2018 | 2017 |
| Beginning balance | $ - | $ 754 |
| Additions to capitalized exploratory well costs pending the determination of proved reserves | 882,480 | - |
| Reclassifications to proved properties due to the determination of proved reserves | - | - |
| Capitalized exploratory well costs charged to expense | - | (754) |
| Ending balance | $ 882,480 | $ - |

Capitalized costs for unproved oil and gas properties are assessed at least annually to determine if impairment in value needs to be recognized. Proceeds from sales of partial interests in unproved leases are accounted for as a recovery of cost without recognizing any gain or loss. A gain or loss is recognized for all other sales of unproved properties. Costs of properties abandoned, delay rentals, and geological and geophysical costs are expensed as incurred. During the year ended December 31, 2018, the Company made the strategic decision to write-off certain unproved properties, resulting in write-offs of approximately $0.9 million included in exploration, dry hole and unproved property write-off expense in the combined and consolidated statements of operations and comprehensive income (loss). No such write-offs of unproved properties occurred during the year ended December 31, 2017.

The provision for depletion, depreciation, and amortization of oil and gas properties is calculated on a prospect basis, based on proved reserves, using the units-of-production method.

Cash Call Prepayments

Cash call prepayments represent advances paid to the Company from its working interest partners to offset future expenditures related to the drilling and completion of oil and gas wells.

Capitalized Interest

Interest incurred on funds borrowed to finance certain acquisition and development activities is capitalized. To qualify for interest capitalization, the costs incurred must relate to the acquisition of unproved reserves, drilling of wells to prove the reserves, or the installation of necessary pipelines and facilities to make the property ready for production. During the years ended December 31, 2018 and 2017, the Company did not capitalize any interest costs because the allowable portion was immaterial.

- 11 -

**SKLAR EXPLORATION COMPANY, LLC**
**Notes to Combined and Consolidated Financial Statements**

## Note 1 - Description of Business and Summary of Significant Accounting Policies (continued)

### Property and Equipment

Property and equipment are stated at cost. Depreciation is provided utilizing the straight-line method over the estimated useful lives for owned assets, ranging from 3 to 39 years, and the related lease terms for leasehold improvements. Depreciation for the years ended December 31, 2018 and 2017, were $248,265 and $310,492, respectively.

During the years ended December 31, 2018 and 2017, the Company sold property and equipment for proceeds of $33,970 and $60,523, respectively, and recognized a loss on sale of $1,904 in 2018 and recognized a gain on sale of $8,205 in 2017.

### Non-Oil and Gas Long-Lived Assets

Non-oil and gas long-lived assets to be held and used are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount may not be recoverable. When required, impairment losses on assets to be held and used are recognized based on the fair value of the asset. Long-lived assets to be disposed of by sale are reported at the lower of their carrying amount or fair value less cost to sell. No impairment was recorded related to non-oil and gas long-lived assets for the years ended December 31, 2018 and 2017.

### Investments in Partnerships

Investee companies that are not consolidated but over which the Company exercises significant influence are accounted for under the equity method of accounting. Whether or not the Company exercises significant influence with respect to an investee depends on an evaluation of several factors, including, among others, representation on the investee company's board of directors and ownership level, which is generally a 20% to 50% interest in the voting securities of the investee company. Under the equity method of accounting, an investee company's accounts are not reflected within the Company's combined and consolidated balance sheets and statements of operations and comprehensive income (loss); however, the Company's share of the earnings or losses of the investee company is reflected in other income (expense) in the combined and consolidated statements of operations and comprehensive income (loss). Distributions, if any, are recorded as a reduction to the investment balance. The Company's carrying value in an equity method investee company is reflected in investments in partnerships in the Company's combined and consolidated balance sheets.

When the Company's carrying value in an equity method investee company is reduced to zero, no further losses are recorded in the Company's combined and consolidated financial statements unless the Company guaranteed obligations of the investee company or has committed additional funding. When the investee company subsequently reports income, the Company will not record its share of such income until it equals the amount of its share of losses not previously recognized. The investment is reviewed for impairment when events or changes in circumstances indicate that the carrying value might not be recoverable. The Company did not recognize any impairments during the years ended December 31, 2018 and 2017 related to its equity method investments.

- 12 -

**SKLAR EXPLORATION COMPANY, LLC**
**Notes to Combined and Consolidated Financial Statements**

### Note 1 – Description of Business and Summary of Significant Accounting Policies (continued)

#### Investments in Partnerships (continued)

Investee companies not accounted for under the consolidation or the equity method of accounting are accounted for under the cost method of accounting. Under this method, the Company's share of the earnings or losses of such investee companies is not included in the combined and consolidated balance sheets or statements of operations and comprehensive income (loss). Distributions received from investee companies and impairment charges are included in the combined and consolidated statements of operations and comprehensive income (loss) as current earnings.

The Company adopted ASU 2016-01 and 2018-03 effective January 1, 2018 on a prospective basis for its privately held equity securities without readily determinable fair values. The Company elected the measurement alternative to record these investments at cost and to adjust for impairments and observable price changes with a same or similar security from the same issuer within the statement of operations. If the investment is considered to be other-than-temporarily impaired, the investment will be recorded at fair value by recognizing an impairment through the statement of operations and establishing a new carrying value for the investment. For the Company's privately held equity securities not accounted for as equity-method investments as of December 31, 2018, there was no adjustment for impairment or observable price change during fiscal year 2018. The aggregate carrying value of the Company's privately held equity securities not accounted for as equity-method investments of $2,712,513 and is included in investments in partnerships on the combined and consolidated balance sheets.

#### Asset Retirement Obligations

The Company accounts for its future asset retirement obligations by recording the fair value of the liability during the period in which it was incurred. The associated asset retirement costs are capitalized as part of the carrying amount of the long-lived asset. The increase in carrying value of a property associated with the capitalization of an asset retirement cost is included in proved oil and gas properties in the combined and consolidated balance sheets. The Company depletes the amount added to proved oil and gas property costs using the units-of-production method. The Company's asset retirement obligations consist of costs related to the plugging of wells, removal of facilities and equipment, and site restoration on its oil and gas properties. Subsequent to initial measurement, the asset retirement obligations are required to be accreted each period to present value. There were no revisions made to the asset retirement obligation during the years ended December 31, 2018 and 2017.

#### Derivatives

The Company periodically uses commodity derivative financial instruments to achieve a more predictable cash flow from its gas and oil production by reducing its exposure to price fluctuations. In addition, the Company may mitigate exposure to interest rate risk by entering into interest rate swap contracts. Accounting standards require that derivative instruments (including certain derivative instruments embedded in other contracts) be recorded at fair market value and included in the combined and consolidated balance sheets as assets or liabilities. The Company classifies realized gains and losses on its derivative instruments in operating cash flows in the accompanying combined and consolidated statements of cash flows.

- 13 -

**SKLAR EXPLORATION COMPANY, LLC**
**Notes to Combined and Consolidated Financial Statements**

## Note 1 - Description of Business and Summary of Significant Accounting Policies (continued)

Revenue Recognition

The Company recognizes revenue when production is sold to a purchaser, delivery has occurred, and the title is transferred. The Company records its share of revenue based on its share of revenue interest in the respective producing well. At December 31, 2018 and 2017, the Company did not have any material gas imbalances.

Management Fees

The Company charges certain related parties a monthly fee for management services related to oil and gas assets that the Company manages on their behalf (Note 10).

Administrative Reimbursements

The Company is entitled as operator of certain wells to be reimbursed for general and administrative expenses in accordance with the terms of each specific Joint Operating Agreement and COPAS overhead reimbursement guidance. Amounts of these reimbursements were $2,658,281 and $2,938,725 for the years ended December 31, 2018 and 2017, respectively, and are classified as a reduction to general and administrative expenses in the accompanying combined and consolidated statements of operations and comprehensive income (loss).

Income Taxes

Sklar Exploration Company, LLC; Sklarco, LLC; and Sklar Transport, LLC are organized as limited liability companies ("LLCs") and, therefore, do not pay income taxes on their taxable income or receive benefits on their taxable losses. Instead, the members of these limited liability companies are liable for federal and state income taxes arising from any taxable income of these entities and receive the benefits of taxable losses.

Howard Grantor Trust, Jacob Grantor Trust, and Alan Grantor Trust are grantor type trusts. As such, all income is taxed to the grantor.

The Tax Cuts and Jobs Act ("Tax Act") was signed into law on December 22, 2017. The Tax Act includes significant changes to the U.S. income tax system, including limitations on the deductibility of interest expense; the creation of a new 20% deduction on qualified business income generated by pass-through entities; and acceleration of depreciation rates on investments in new and used tangible property. The Company does not expect the Tax Act to have a financial impact on the Company because, due to its election to be treated as an LLC for income tax purposes, it is not subject to federal income tax, and the tax effect of its activities pass through to the Company's members. As such, no provision for federal income taxes has been recorded on the accompanying combined and consolidated financial statements.

Beginning January 1, 2018, new rules will apply to IRS audits of partnerships and limited liability companies that are taxed as partnerships. Under these rules, adjustments resulting from an IRS audit of the partnership will be assessed at the partnership level.

- 14 -

**SKLAR EXPLORATION COMPANY, LLC**
**Notes to Combined and Consolidated Financial Statements**

## Note 1 – Description of Business and Summary of Significant Accounting Policies (continued)

Non-Cash Compensation

The Company recognizes expenses for employee services received in exchange for overriding royalty interests ("ORRI") on the date of assignment based on the fair value of the interests awarded. The determination of the estimated fair value of the ORRI on the date of pay-out is determined by the income valuation technique using a discounted cash flows model. Significant inputs to the valuation model include the estimated future production, oil future pricing, and the applicable credit-adjusted discount rate. Compensation cost is recognized 100% on the date of assignment, and is recorded as general and administrative expense and a reduction to proved oil and gas properties. There were no expenses recognized during the years ended December 31, 2018 and 2017, related to ORRI's.

Recently Issued Accounting Pronouncements

*Lease Accounting*

In February 2016, the Financial Accounting Standards Board ("FASB") issued Accounting Standards Update ("ASU") No. 2016-02, *Leases*, which will require lessees to recognize a right-of-use asset and a lease liability for all leases that are not short-term in nature. For a lessor, the accounting applied is also largely unchanged from previous guidance. The new rules will be effective for the Company in 2020. The Company is currently in the process of evaluating the impact of adoption of the new rules on the Company's financial condition, results of operations, and cash flows.

*Revenue from Contracts with Customers*

In May 2014, the FASB issued ASU No. 2014-09, *Revenue from Contracts with Customers (Topic 606)*, as amended, which supersedes current revenue recognition requirements and industry-specific guidance. The codification was amended through additional ASUs and, as amended, requires an entity to recognize revenue when it transfers promised goods or services to customers in an amount that reflects the consideration the entity expects to be entitled to in exchange for those goods or services. The Company is required to adopt the new standard in 2019 and may adopt either retrospectively to each prior reporting period presented or as a cumulative-effect adjustment as of the date of adoption using one of two retrospective application methods. The Company is continuing to evaluate the provisions of this new guidance and has not determined the impact this standard may have on its financial condition, results of operations, cash flows and related disclosures, or decided upon the method of adoption.

## Note 2 – Marketable Securities

|  | December 31, | |
|---|---|---|
|  | **2018** | **2017** |
| Securities available for sale |  |  |
| Cost | $ 433,166 | $ 92,442 |
| Cumulative unrealized (loss) gain | (40,841) | 20,164 |
| Fair Value | $ 392,325 | $ 112,606 |

RUD001154

**SKLAR EXPLORATION COMPANY, LLC**
**Notes to Combined and Consolidated Financial Statements**

## Note 2 - Marketable Securities (continued)

Management evaluates securities for other-than-temporary impairment on at least a quarterly basis and more frequently when economic or market concerns warrant such evaluation. Consideration is given to (1) the length of time and the extent to which the fair value has been less than cost, (2) the financial condition and near-term prospects of the issuer, and (3) the intent and ability of the Company to retain its investment in the issuer for a period of time sufficient to allow for any anticipated recovery in fair value.

Market changes in interest rates and market changes in credit spreads will cause normal fluctuations in the market value of securities and the possibility of temporary unrealized losses. The Company has determined that there was no other-than-temporary impairment associated with these securities at December 31, 2018 and 2017.

## Note 3 - Investments in Partnerships

The Company's material investments in companies that are accounted for on the equity method of accounting consist of the following: (1) 20.0% interest in Sanus Pharmaceuticals LLC, which is engaged in developing high end silver nitrate ointment; (2) 28.0% interest in Trout Creek Ventures LP, a technology company; (3) 33.3% interest in West Arcadia Pipeline LLC, a pipeline at a field operated by the Company; and (4) 20.8% interest in Fern Park Apartment Homes LLC, a real estate investment company. The investments in these companies amounted to $860,572 and $775,572 at December 31, 2018 and 2017, respectively. The Company has not elected to account for the equity method investments at fair value.

The Company's aggregate investment in partnerships at December 31, 2018 was $3,573,085, including cost and equity method investments of $2,712,513 and $860,572, respectively. The $953,734 of income at the end of 2018 from partnerships is related to distributions. The Company's aggregate investment in partnerships at December 31, 2017 was $3,466,476 including cost and equity method investments of $2,690,904 and $775,572, respectively. The $590,101 of income during 2017 from partnerships is comprised of net distributions on cost method investments and equity method investments that exceeded the equity method investment basis of $444,149 and $145,952, respectively.

- 16 -

**SKLAR EXPLORATION COMPANY, LLC**
**Notes to Combined and Consolidated Financial Statements**

## Note 4 - Property and Equipment

Property and equipment consist of the following:

|  | December 31, | |
|---|---|---|
|  | 2018 | 2017 |
| Software | $ 1,100,326 | $ 1,012,902 |
| Vehicles | 652,889 | 638,579 |
| Furniture and fixtures | 445,464 | 445,464 |
| Leasehold improvements | 441,708 | 441,708 |
| Machinery and equipment | 305,354 | 305,354 |
| Buildings | 173,329 | 173,329 |
| Total property and equipment | 3,119,070 | 3,017,336 |
| Less accumulated depreciation and amortization | (2,420,653) | (2,221,425) |
|  | $ 698,417 | $ 795,911 |

Depreciation expense for the years ended December 31, 2018 and 2017 was $248,265 and $310,492, respectively.

## Note 5 - Oil and Gas Properties

Oil and gas properties consist of the following:

|  | December 31, | |
|---|---|---|
|  | 2018 | 2017 |
| Proved oil and gas properties | $ 106,817,839 | $ 104,004,951 |
| Unproved oil and gas properties | 1,853,560 | 641,458 |
|  | 108,671,399 | 104,646,409 |
| Less accumulated depletion, depreciation, and amortization | (73,304,273) | (69,080,273) |
|  | $ 35,367,126 | $ 35,566,136 |

Depletion expense on the Company's proved properties was $4,224,000 and $4,652,521 for the years ended December 31, 2018 and 2017, respectively.

RUD001156

**SKLAR EXPLORATION COMPANY, LLC**
**Notes to Combined and Consolidated Financial Statements**

## Note 6 - Fair Value Measurements

Authoritative guidance defines fair value as the price that would be received to sell an asset or paid to transfer a liability (an exit price) in an orderly transaction between market participants at the measurement date. The guidance establishes a hierarchy for inputs used in measuring fair value that maximizes the use of observable inputs and minimizes the use of unobservable inputs by requiring that the most observable inputs be used when available. Observable inputs are inputs that market participants would use in pricing the asset or liability based on market data obtained from sources independent of the Company. Unobservable inputs are inputs that reflect the Company's assumptions of what market participants would use in pricing the asset or liability based on the best information available in the circumstances. The hierarchy is broken down into three levels based on the reliability of the inputs as follows:

Level 1: Quoted prices are available in active markets for identical assets or liabilities;

Level 2: Quoted prices in active markets for similar assets and liabilities that are observable for the asset or liability; or

Level 3: Unobservable pricing inputs that are generally less observable from objective sources, such as discounted cash flow models or valuations.

The assets and liabilities are classified based on the lowest level of input that is significant to the fair value measurement. The Company's policy is to recognize transfers in and/or out of the fair value hierarchy as of the end of the reporting period in which the event or change in circumstances caused the transfer. The Company has consistently applied the valuation techniques discussed below in all periods presented. The Company's management assesses the reasonableness of the underlying assumptions in its fair value measurements.

The following table presents the Company's financial assets and liabilities that were accounted for at fair value on a recurring basis as of December 31, 2018 by level within the fair value hierarchy:

| | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| Mutual funds | $ 392,325 | $ - | $ - | $ 392,325 |
| Commodity derivative instruments | - | 1,014,165 | - | 1,014,165 |
| Volume production payment | - | - | 65,137 | 65,137 |
| Total | $ 392,325 | $ 1,014,165 | $ 65,137 | $ 1,471,627 |

- 18 -

## SKLAR EXPLORATION COMPANY, LLC
### Notes to Combined and Consolidated Financial Statements

### Note 6 - Fair Value Measurements (continued)

The following table presents the Company's financial assets and liabilities that were accounted for at fair value on a recurring basis as of December 31, 2017 by level within the fair value hierarchy:

|  | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| Mutual funds | $ 100,547 | $ - | $ - | $ 100,547 |
| Equity securities | 12,059 | - | - | 12,059 |
| Commodity derivative instruments | - | (425,879) | - | (425,879) |
| Volume production payment (Note 10) | - | - | 65,643 | 65,643 |
| Total | $ 112,606 | $ (425,879) | $ 65,643 | $ (247,630) |

The Company's investment in mutual funds and equity securities are valued based on publicly available daily prices.

The Company's commodity derivative instruments consisted of collars and put options. The fair values of the collars and put options were determined under the income valuation technique using an option-pricing model. The valuation model requires a variety of inputs, including contractual terms, published forward prices, historical commodity volatilities, and discount rates, as appropriate. The Company's estimates of fair value of commodity derivatives included consideration of the counterparty's creditworthiness, the Company's creditworthiness, and the time value of money. The consideration of these factors results in an estimated exit price for each derivative asset or liability under a marketplace participant's view. All of the significant inputs are observable, either directly or indirectly; therefore, the Company's derivative instruments are included within the Level 2 fair value hierarchy. The counterparty on the Company's commodity derivative instruments is the same financial institution that holds the credit facility (Note 10). Accordingly, the Company is not required to post collateral on these derivatives.

The Company determines the fair value of its VPP (Note 10) under the income valuation technique using a discounted cash flows model. Significant inputs to the valuation model include the contracted remaining notional amount, oil future pricing, and the applicable credit-adjusted discount rate. The Company's estimate of fair value of its VPP also includes consideration of the counterparty's creditworthiness, the time value of money, the underlying collateral, and significant assumptions and inputs determined by management. The consideration of these factors results in an estimated exit price of the VPP under a market place participant's view. All of the significant inputs are unobservable; therefore, the Company's VPP are included within the Level 3 fair value hierarchy.

### Non-Recurring Fair Value Measurements

The Company uses the income valuation technique to estimate the fair value of asset retirement obligations using the amounts and timing of expected future dismantlement costs, credit-adjusted risk-free rate, and time value of money. Accordingly, the fair value is based on unobservable pricing inputs and, therefore, is included within the Level 3 fair value hierarchy. See Note 7 for additional information.

RUD001158

**SKLAR EXPLORATION COMPANY, LLC**
**Notes to Combined and Consolidated Financial Statements**

## Note 6 - Fair Value Measurements (continued)

Non-Recurring Fair Value Measurements (continued)

Proved oil and gas properties are recorded at fair value only if an impairment is required under the accounting guidance. During the year ended December 31, 2018, the Company wrote down certain proved oil and gas properties to their estimated fair value of approximately $4.2 million, resulting in an impairment expense of $3,892,694. See Note 10 for further discussion. The Company uses Level 3 inputs and the income valuation technique to measure the fair value of the oil and gas properties using discount rates and price forecasts selected by the Company's management. The discount rate is a rate that management believes is representative of current market conditions and includes estimates for the risk premium.

## Note 7 - Asset Retirement Obligations

The following table presents the reconciliation of the beginning and ending aggregate carrying amount of the obligations associated with the retirement of oil and gas properties:

|  | December 31, | |
|---|---|---|
|  | 2018 | 2017 |
| Asset retirement obligations, beginning of period | $ 3,468,144 | $ 3,307,680 |
| Liabilities incurred | 36,292 | 51,355 |
| Accretion expense | 167,040 | 124,623 |
| Settlements | (199,826) | (15,514) |
| Asset retirement obligations, end of period | $ 3,471,650 | $ 3,468,144 |

## Note 8 - Derivative Instruments

The Company periodically uses derivative financial instruments to achieve a more predictable cash flow by reducing its exposure to commodity price fluctuations. The Company uses mark-to-market accounting to account for their derivative contracts. Under this method of accounting, derivatives continue to be reported as assets and liabilities at their estimated fair values for each reporting period. However, both the realized and unrealized components related to the changes in fair value are recorded in other expense in the combined and consolidated statements of operations and comprehensive income (loss).

- 20 -

**SKLAR EXPLORATION COMPANY, LLC**
**Notes to Combined and Consolidated Financial Statements**

## Note 8 - Derivative Instruments (continued)

At December 31, 2018, the terms of outstanding commodity collars and purchased put contracts were as follows:

| Commodity | Quantity Remaining | Units | Prices | Price Index | Contract Period | Estimated Fair Value |
|---|---|---|---|---|---|---|
| Natural Gas Collar | 360,000 | MMBTUs | $3.00 - $2.25 | Henry Hub | 1/19-12/19 | $ (45,444) |
| Natural Gas Collar | 120,000 | MMBTUs | $3.00 - $2.25 | Henry Hub | 1/20-06/20 | (14,602) |
| Natural Gas Collar | 120,000 | MMBTUs | $3.15 - $2.25 | Henry Hub | 1/20-12/20 | (3,683) |
| Crude Oil Put | 96,000 | Barrels | 50.00 | NYMEX WTI | 1/19-12/19 | 608,469 |
| Crude Oil Put | 36,000 | Barrels | 50.00 | NYMEX WTI | 1/20-06/20 | 251,835 |
| Crude Oil Put | 24,000 | Barrels | 50.00 | NYMEX WTI | 7/20-12/20 | 156,991 |
| Crude Oil Collar | 12,000 | Barrels | $75.40 - $47.50 | NYMEX WTI | 1/20-12/20 | 60,599 |
| Grand Total | | | | | | $1,014,165 |

The Company classifies the fair value amounts of derivative assets and liabilities as net current or non-current derivative assets or net current or non-current derivative liabilities, whichever the case may be, by commodity and by counterparty. The Company enters into derivatives under a master netting arrangement with two counterparties, which, in an event of default, allows the Company to offset payables to and receivables from the defaulting counterparties. The Company's commodity derivative contracts represent $63,729 of gross liabilities offset by $1,077,894 of gross derivative assets as presented on the combined and consolidated balance sheets as of December 31, 2018.

The table below summarizes the realized and unrealized gains and losses related to the Company's derivative instruments. These realized and unrealized gains and losses are recorded in the accompanying combined and consolidated statements of operations and comprehensive income (loss).

| | Location of (Loss) Gain Recognized in Earnings | For the Years Ended December 31, 2018 | 2017 |
|---|---|---|---|
| Commodity derivative instruments | | | |
| Realized loss on derivatives | Other income | $ (1,112,304) | $ (141,949) |
| Unrealized gain (loss) on derivatives | Other income | 1,287,404 | (656,279) |
| Total realized and unrealized gains (losses) recorded | | $ 175,100 | $ (798,228) |

- 21 -

## SKLAR EXPLORATION COMPANY, LLC
### Notes to Combined and Consolidated Financial Statements

### Note 9 - Notes Payable

Notes payable consist of the following:

| | December 31, | |
| --- | --- | --- |
| | 2018 | 2017 |
| Line-of-credit payable to bank payable in monthly installments of interest (3.67% at December 31, 2017) on the outstanding balance, payment of $325,000 due in January 2019, remaining principal due at maturity and is collateralized by the oil and gas properties. Amount extinguished in 2018 with proceeds from the Credit Facility. | $               - | $       18,450,000 |
| Line-of-credit payable under the Credit Facility     (see below). | 23,000,000 | - |
| In July 2017, the Company entered into an updated ten-month insurance note payable agreement with an original principal balance of $333,425. In June 2018, the Company entered into an updated then-month insurance note payable agreement with an original principal balance of $426,001. The insurance note payable bears interest of 6.00% per annum. | 178,910 | 166,712 |
| Several vehicles notes payable with rates ranging from 0% to 8.24%, maturing at various dates through 2023. | 213,918 | 200,128 |
| | 23,392,828 | 18,816,840 |
| Less current portion | (231,310) | (366,840) |
| | $   23,161,518 | $   18,450,000 |

In June 2018, the Company exited its preexisting credit facility and entered into a new $50.0 million senior secured revolving credit facility (the "Credit Facility") with East West Bank (the "Lender"). The Credit Facility matures in June 2022. The Credit Facility specifies an aggregate maximum credit amount equal to $50.0 million and a maximum borrowing base, as determined by the Lender.   Amounts outstanding under the Credit Facility are collateralized by substantially all of the Company's oil and gas properties. The determination of the borrowing base takes into consideration the estimated value of the Company's oil and gas properties in accordance with the Lender's customary practices for oil and gas loans. The borrowing base is subject to scheduled redeterminations on a semiannual basis. The amount available for borrowing could be increased or decreased as a result of such redeterminations. Under certain circumstances, the Company and Lender shall each have the option to request unscheduled borrowing base redeterminations. As of December 31, 2018, the Company's borrowing base was $25.0 million, of which $23.0 million was outstanding.

The Company has the option to request borrowings under either a Base Rate or LIBOR loan, as defined in the Credit Facility. LIBOR loans bear interest with an applicable margin ranging from 2.50 percent to 3.50 percent, and Base Rate loans bear interest with an applicable margin ranging from 0.50 percent to 1.50 percent depending on the borrowing base utilization percentage. Interest is generally paid monthly on the last day of the month. Principal may be prepaid in increments of not less than $100,000. Additionally, the Company incurs other fees associated with the Credit Facility. As of December 31, 2018, the weighted-average interest rate on the outstanding balance under the Credit Facility was approximately 5.0 percent.

RUD001161

**SKLAR EXPLORATION COMPANY, LLC**
**Notes to Combined and Consolidated Financial Statements**

## Note 9 - Notes Payable (continued)

The Credit Facility includes customary terms and covenants that place limitations on certain types of activities, including certain distributions and the incurrence of additional debt, and requires satisfaction of certain financial covenants, such as a minimum current ratio (deferred until June 2019), maximum leverage, minimum interest coverage and minimum debt service coverage ratios, each as defined in the Credit Facility. The Company was in compliance with these financial covenants of the Credit Facility at December 31, 2018.   Subsequent to year end, the Company paid down the principal in the amount of $400,000.

Maturities of notes payable are as follows:

| Year Ending December 31, | | |
|---|---|---|
| 2019 | $ | 231,310 |
| 2020 | | 48,416 |
| 2021 | | 49,778 |
| 2022 | | 23,037,443 |
| Thereafter | | 25,881 |
| Total | $ | 23,392,828 |

## Note 10 - Related Party Transactions

Volume Production Payment

On January 1, 2014, the Company entered into a VPP transaction with the Company's chief financial officer. In this transaction, the Company's chief financial officer conveyed a limited term overriding royalty interest in certain producing properties in Alabama, Louisiana, and Texas in return for a note payable to the Company with a face amount of approximately $300,000. Aggregate volumes to be delivered under the VPP approximate 4,200 barrels of oil. The VPP with the chief financial officer is scheduled to be paid to the Company in monthly installments through February 2019.

The fair value of the VPP as of December 31, 2018 and 2017 of $65,137 and $65,643, respectively, is included in notes receivable - related parties in the accompanying combined and consolidated balance sheets. The Company bears all pricing risk with the VPP, and the VPP is collateralized by real estate of the Company's chief financial officer.

Judy Trust FBO Maren Silberstein and Succession of Miriam Mandel Sklar

The Company charges the Judy Trust FBO Maren Silberstein a monthly fee of $15,000 for management services related to oil and gas assets owned by the trust. Judy Sklar Silberstein is the deceased sister of Howard Sklar. The Company charges the Succession of Miriam Mandel Sklar a monthly fee of $30,000 for management services related to oil and gas assets owned by the trust.

Investments with Related Parties

The Company has historically had ownership interests in numerous internally controlled entities in which other related parties also had ownership interests.

- 23 -

**SKLAR EXPLORATION COMPANY, LLC**
**Notes to Combined and Consolidated Financial Statements**

## Note 10 - Related Party Transactions (continued)

Other

The Company has one note receivable from an employee that is not recorded at fair value. As of December 31, 2018, and 2017, the total receivable on the Company's books is $50,000 and 50,000, respectively. The note which had an original maturity date of December 31, 2018, was extended to mature December 31, 2020.

During 2017, the Company entered into a services agreement whereby the Company was to provide specific geological, geophysical, engineering, and other services to another party, which was terminated in January 2018. The Company recognized approximately $450,000 in management fees in connection with this arrangement during 2017 and $12,000 in 2018.

## Note 11 - Commitments and Contingencies

Operating Leases

The Company leases facilities under non-cancelable operating leases. Rent expense for the years ended December 31, 2018 and 2017 was $550,254 and $510,378, respectively, which is included in general and administrative expenses in the accompanying combined and consolidated statements of operations and comprehensive income (loss).

Future minimum lease payments under these leases are approximately as follows:

| Year Ending December 31, | |
| --- | --- |
| 2019 | $ 398,733 |
| 2020 | 412,475 |
| 2021 | 424,941 |
| 2022 | 437,672 |
| 2023 | 450,430 |
| | $ 2,124,251 |

Litigation

In the normal course of business, the Company is party to litigation from time to time. The Company maintains insurance to cover certain actions and believes that resolution of such litigation will not have a material adverse effect on the Company.

RUD001163

**SKLAR EXPLORATION COMPANY, LLC**
**Notes to Combined and Consolidated Financial Statements**

## Note 11 - Commitments and Contingencies (continued)

### Letters-of-Credit

The Company has secured letters-of-credit with East West Bank. December 31, 2018 the Company had $675,000 outstanding on the letter-of-credit with East West Bank

## Note 12 - Trust Principal

The combined and consolidated group consists of three LLCs and three trusts (Note 1). The LLCs equity consists of members' equity and the trust's equity consists of principal and income equity. These various equity accounts are collectively referred to in the combined and consolidated financial statements as Trust Principal.

## Note 13 - Employee Benefit Plan

The Company sponsors a 401(k) Plan ("Plan") to provide retirement and incidental benefits for its employees. All employees are eligible to participate after six months of service and attaining age 21, provided the employee worked at least 1,000 hours during the Plan year. Employer contributions include a 100% match on deferrals up to 6% of salary. The Company contributed $149,707 in 2018 and $174,542 in 2017.

## Note 14 - Subsequent Events

The Company has evaluated all subsequent events through the independent auditor's report date, which is the date the combined and consolidated financial statements were available to be issued. Except as already disclosed, there were no material subsequent events that required additional adjustment or disclosure in these combined and consolidated financial statements.

RUD001164