Exhibit RUD-HH



Exhibit "A"
Boundary Lines of Unit Area and Tracts

"PROPOSED BROOKLYN OIL UNITS"

## NORTHEAST BROOKLYN OIL UNIT

## TRACT DESCRIPTIONS

## EXHIBIT B TO UNIT AGREEMENT

Tract 1:
The South Half of the South Half of the Southeast Quarter
Section 20, Township 4 North, Range 13 East

Tract 2:
Boothe & Casey 29-8
The Northeast Quarter
Section 29, Township 4 North, Range 13 East

Tract 3:
Thomasson 29-10
The Southeast Quarter
Section 29, Township 4 North, Range 13 East

Tract 4:
CCLT 32-2
The Northeast Quarter
Section 32, Township 4 North, Range 13 East

Tract 5:
The Southeast Quarter of the Northwest Quarter
Section 21, Township 4 North, Range 13 East

Tract 6:
CCLT 21-14
The Southwest Quarter
Section 21, Township 4 North, Range 13 East

Tract 7:
Jones 28-6
The Northwest Quarter
Section 28, Township 4 North, Range 13 East

Tract 8:
CCLT 28-13
The Southwest Quarter
Section 28, Township 4 North, Range 13 East

Tract 9:
CCLT 33-4
The Northwest Quarter
Section 33, Township 4 North, Range 13 East

Tract 10:
The Northeast Quarter
Section 21, Township 4 North, Range 13 East

Tract 11:
CCLT 21-10, 4-13
The Southeast Quarter
Section 21, Township 4 North, Range 13 East

Tract 12:
Jones 28-7, 4-13
The Northeast Quarter
Section 28, Township 4 North, Range 13 East

Tract 13:
CCLT 28-15
The Southeast Quarter
Section 28, Township 4 North, Range 13 East

Tract 14:
CCLT 33-2, 4-13
The Northeast Quarter
Section 33, Township 4 North, Range 13 East

Tract 15:
CCLT 22-6
The Northwest Quarter
Section 22, Township 4 North, Range 13 East

Tract 16:
CCLT 22-13
The Southwest Quarter
Section 22, Township 4 North, Range 13 East

Tract 17:
Jackson 27-6
The Northwest Quarter
Section 27, Township 4 North, Range 13 East

Tract 18:
CCLT 27-13
The Southwest Quarter
Section 27, Township 4 North, Range 13 East

Tract 19:
CCLT 34-4
The Northwest Quarter
Section 34, Township 4 North, Range 13 East

Tract 20:
The West Half of the Northeast Quarter
Section 22, Township 4 North, Range 13 East

Tract 21:
The West Half of the Southeast Quarter
Section 22, Township 4 North, Range 13 East

Tract 22:
Lewis 27-7
The Northeast Quarter
Section 27, Township 4 North, Range 13 East

Tract 23:
The West Half of the Southeast Quarter
Section 27, Township 4 North, Range 13 East

Tract 24:
CCLT 34-2
The Northeast Quarter
Section 34, Township 4 North, Range 13 East

Tract 25:
The Southwest Quarter of the Northwest Quarter
Section 35, Township 4 North, Range 13 East

2

RUD001169

EXHIBITS "C-1," "C-2,"and "C-3"


Isopach maps showing net porosity feet based on hydrocarbon
pore volume



All hydrocarbon feet values based on 10% Porosity cutoff

**WELL SYMBOLS**
- Oil Well
- Plugged and Abandoned
- Shut In Oil and Gas
- Temporarily Abandoned
- Producing Oil
- DRY

PROPOSED NORTHWEST BROOKLYN OIL UNIT

PROPOSED NORTHEAST BROOKLYN OIL UNIT

PROPOSED SOUTHEAST BROOKLYN OIL UNIT

0        2,500
FEET

Exhibit:  No. ___C-1___
Docket:  No. _____
Date:  No. _____

**PRUET PRODUCTION CO.**
Jackson, Mississippi

NorthEast Brooklyn Oil Unit
Conecuh and Escambia Counties, Alabama

**Smackover Zone 1 HCFT**
Exhibit C-1

By: Robert Williams; AAPG, PG-TX #3964

March 9, 2018



All hydrocarbon feet values based on 6% Porsoity cutoff

PRUET PRODUCTION CO.
Jackson, Mississippi

NorthEast Brooklyn Oil Unit
Conecuh and Escambia Counties, Alabama

Smackover Zone 4 HCFT
Exhibit C-2

By: Robert Williams; AAPG, PG-TX #3964

March 9, 2018

Exhibit:  No. _C-2_____
Docket:  No._____
Date: No._____

WELL SYMBOLS
● Oil Well
◆ Plugged and Abandoned
✕ Shut In Oil and Gas
● Temporarily Abandoned
● Producing Oil
✧ DRY

0        2,500
FEET



All hydrocarbon feet values based on 6% Porsoity cutoff

WELL SYMBOLS
- Oil Well
- Plugged and Abandoned
- Shut In Oil and Gas
- Temporarily Abandoned
- Producing Oil
- DRY

Exhibit: No. ____C-3____

Docket: No. _____

Date: No. _____

0        2,500
FEET

PRUET PRODUCTION CO.
Jackson, Mississippi

NorthEast Brooklyn Oil Unit
Conecuh and Escambia Counties, Alabama

**Smackover Zone 5 HCFT**
Exhibit C-3

By: Robert Williams; AAPG, PG-TX #3964

March 9, 2018

Tract Participation Schedule (50% HCPV + 50% Productivity)
North East Brooklyn Oil Unit

| Tract | Well | Permit No. | Description | Section | Township-Range | Zone 1 HCPV Acre-ft | Zone 2 HCPV Acre-ft | Zone 3 HCPV Acre-ft | Zone 4 HCPV Acre-ft | Zone 5 HCPV Acre-ft | Zone 6 HCPV Acre-ft | Hydrocarbon Pore Volume (Acre-Ft) | HCPV Tract Factor | Best 6 Months Production | Productivity Tract factor | Total Tract Factor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 5/2 of the S/2 of SE/4 | 20 | 4N-13E | 1.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.27 | 0.0002769866 | | 0.000000000 | 0.0001384933 |
| 2 | BOOTHE & CASEY 29-8 | 16583 | NE/4 | 29 | 4N-13E | 247.06 | 0.00 | 0.00 | 0.12 | 0.77 | 0.00 | 247.95 | 0.0540078092 | 47327 | 0.0761659374 | 0.0651218733 |
| 3 | THOMASSON 29-10 | 16512 | SE/4 | 29 | 4N-13E | 458.62 | 0.00 | 0.00 | 1.58 | 10.85 | 0.00 | 471.05 | 0.1027358421 | 65236 | 0.1049878735 | 0.1038618578 |
| 4 | CCLT 32-2 | 16486 | NE/4 | 32 | 4N-13E | 397.37 | 0.00 | 0.00 | 0.00 | 49.95 | 0.00 | 447.32 | 0.0975603373 | 67046 | 0.1079008818 | 0.1027305715 |
| 5 | | | SE/4 OF NW/4 | 21 | 4N-13E | 4.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.77 | 0.0010403356 | | 0.000000000 | 0.0005201677 |
| 6 | CCLT 21-14 | 16635 | SW/4 | 21 | 4N-13E | 38.43 | 0.00 | 0.00 | 18.84 | 0.00 | 0.00 | 57.27 | 0.0124905672 | 6222 | 0.0100134059 | 0.0112519866 |
| 7 | JONES 28-6 | 16623 | NW/4 | 28 | 4N-13E | 96.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 96.97 | 0.0211491235 | 9110 | 0.0146612228 | 0.0179051731 |
| 8 | CCLT 28-13 | 16597 | SW/4 | 28 | 4N-13E | 371.4 | 0.00 | 0.00 | 0.00 | 1.48 | 0.00 | 372.88 | 0.0813249990 | 73182 | 0.1177758072 | 0.0995504031 |
| 9 | CCLT 33-4 | 16656-B | NW/4 | 33 | 4N-13E | 321.5 | 0.00 | 0.00 | 0.00 | 1.13 | 0.00 | 322.63 | 0.0703654914 | 66771 | 0.1074582332 | 0.0889118623 |
| 10 | | | NE/4 | 21 | 4N-13E | 56.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 56.14 | 0.0122441146 | | 0.000000000 | 0.0061220573 |
| 11 | CCLT 21-10, 4-13 | 16570 | SE/4 | 21 | 4N-13E | 306.94 | 0.00 | 0.00 | 2.80 | 0.00 | 0.00 | 309.74 | 0.0675541869 | 40711 | 0.0655184456 | 0.0665363162 |
| 12 | JONES 28-7, 4-13 | 16948 | NE/4 | 28 | 4N-13E | 175.61 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 175.61 | 0.0383004803 | 664 | 0.0010686116 | 0.0196845459 |
| 13 | CCLT 28-15 | 16682 | SE/4 | 28 | 4N-13E | 339.93 | 0.00 | 0.00 | 0.00 | 43.88 | 0.00 | 383.81 | 0.0837088282 | 54902 | 0.0883548004 | 0.0860328343 |
| 14 | CCLT 33-2, 4-13 | 16788 | NE/4 | 33 | 4N-13E | 373.9 | 0.00 | 0.00 | 0.00 | 0.13 | 0.00 | 374.03 | 0.0815758136 | 53992 | 0.0868923875 | 0.0842340506 |
| 15 | CCLT 22-6 | 16786-B-1 | NW/4 | 22 | 4N-13E | 105.93 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 105.94 | 0.0231054774 | 26896 | 0.0432852083 | 0.0331953428 |
| 16 | CCLT 22-13 | 16621 | SW/4 | 22 | 4N-13E | 135.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 135.26 | 0.0297182589 | 3848 | 0.0061937975 | 0.0179555282 |
| 17 | JACKSON 27-6 | 15415 | NW/4 | 27 | 4N-13E | 188.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 188.11 | 0.0410267259 | 5224 | 0.0084072698 | 0.0247169979 |
| 18 | CCLT 27-13 | 16723 | SW/4 | 27 | 4N-13E | 225.71 | 0.00 | 0.00 | 0.00 | 0.35 | 0.00 | 226.06 | 0.0493036078 | 14080 | 0.0226597164 | 0.0359816621 |
| 19 | CCLT 34-4 | 16896 | NW/4 | 34 | 4N-13E | 401.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 401.57 | 0.0875822781 | 67420 | 0.1085027045 | 0.0980424913 |
| 20 | | | W/2 OF NE/4 | 22 | 4N-13E | 6.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.55 | 0.0014285527 | | 0.000000000 | 0.0007142764 |
| 21 | | | W/2 OF SE/4 | 22 | 4N-13E | 0.51 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.51 | 0.0001123008 | | 0.000000000 | 0.0000556154 |
| 22 | LEWIS 27-7 | 15710 | NE/4 | 27 | 4N-13E | 60.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.26 | 0.0133142852 | 12195 | 0.0196260825 | 0.0163843838 |
| 23 | | | W/2 OF SE/4 | 27 | 4N-13E | 34.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34.09 | 0.0074350172 | | 0.000000000 | 0.0037175086 |
| 24 | CCLT 34-2 | 17043-B | NE/4 | 34 | 4N-13E | 104.18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 104.18 | 0.0227216220 | 6541 | 0.0105267901 | 0.0166242060 |
| 25 | | | SW/4 of NW/4 | 35 | 4N-13E | 0.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.09 | 0.0000196290 | | 0.000000000 | 0.0000098145 |
| | Total | | | | | | | | | | | 4,585,060 | 1.000000000 | 621367 | 1.000000000 | 1.000000000 |

Participation Factor is based on 50% hydrocarbon pore volume acre feet and 50% productivity factor
Productivity Factor is based on the best 6 months oil production for each well with a 13.6 BOE/MCF applied to the gas production for the same period

PRUET PRODUCTION CO.
North East Brooklyn Oil Unit
Conecuh Co., Alabama

Docket Numbers: 4-4-18-05 & 4-4-18-06 & 4-4-18-07 & 4-4-18-08
Date: March 13, 2018

TRACT PARTICIPATION SCHEDULE

EXHIBIT "D"

## EXHIBIT E
### TO UNIT AGREEMENT FOR THE NORTHEAST BROOKLYN OIL UNIT

SUMMARY OF UNIT REVENUE INTEREST

| Royalty and Overriding Royalty | | Total Unit Interest |
|---|---|---|
| ADRIAN C ALLEN REVOCABLE TRUST | R | 0.00137317 |
| ADRIENNE P WATKINS TRUST | R | 0.00104253 |
| ADRIENNE WATKINS IRRE MIN TRST | R | 0.00103323 |
| ADRIENNE WATKINS IRRE MIN TRT | R | 0.00103323 |
| ALBERT CLARK TATE III | R | 0.00011703 |
| ALBERT W KEY | R | 0.00008671 |
| ALFRETINA PHARR F/B/O | R | 0.00005042 |
| ALFRETINA PHARR-SANDERS | R | 0.00012333 |
| ALICIA LEWIS | R | 0.00000853 |
| ALITHIA BARHAM | R | 0.00006006 |
| ALLEN C PHILLIPS | R | 0.00538554 |
| AMANDA J  LITTLES | R | 0.00026352 |
| AMY C HAMITER PYLANT | R | 0.00117512 |
| ANNA DOWNING | R | 0.00018308 |
| ANTOINETTE WILSON | R | 0.00008687 |
| ARISSA WIGGS | R | 0.00001063 |
| ARTHUR HILL JR | R | 0.00001126 |
| ASHLEY PARRIMON | R | 0.00002990 |
| ATWOOD M KIMBROUGH | R | 0.00006503 |
| AUBURN UNIVERSITY | R | 0.00304501 |
| AYUANNA WIGGS | R | 0.00001063 |
| BARBARA J SCOTT | R | 0.00014074 |
| BARROW FAMILY REVOCABLE TRUST | R | 0.00066155 |
| BETTY JO ALEXANDER | R | 0.00010329 |
| BLACK STONE NATURAL RES I LP | R | 0.00045989 |
| BOBBIE SMALL | R | 0.00002002 |
| CAMILLA HUXFORD | R | 0.00102485 |
| CARL LIKELY | R | 0.00000878 |
| CARMEN REED | R | 0.00003511 |
| CARRIE LEWIS TOLLIVER | R | 0.00012800 |
| Cary Page | R | 0.00140646 |
| CATHERINE STRINGER | R | 0.00001756 |
| CATHRYN ABBOTT JONES | R | 0.00033078 |
| CEDAR CREEK LAND & TIMBER INC | R | 0.11319042 |
| CHANDRA JONES | R | 0.00001755 |
| CHARLES D SEARCY | R | 0.00006006 |
| CHARLES FOUNTAIN | R | 0.00008945 |
| CHARLES R GODWIN | R | 0.00005107 |
| CHARLES ROBERT TAIT III | R | 0.00011793 |

| | | |
|---|---|---|
| CHARLES ROBERT TAIT JR | R | 0.00009434 |
| CHERYL ROGERS | R | 0.00000853 |
| CK SHAFFER FAMILY TRUST | R | 0.00022887 |
| CLAUDE E HAMILTON  III | R | 0.00073457 |
| CLAYTON COBB JR | R | 0.00016267 |
| COLEMAN W FOUNTAIN | R | 0.0000894S |
| CORADINE THOMA5 | R | 0.00008687 |
| COURTNEY JOANA JONES | R | 0.00046136 |
| COURTNEY JONES | R | 0.00083930 |
| CYNTHIA RILLING | R | 0.00045773 |
| DAN M DOWNING | R | 0.00018308 |
| DANIEL W MCMILLAN | R | 0.00062179 |
| DARCIA DUBOSE CHEEKS | R | 0.00078186 |
| DARREL PRESTON BRANNON | R | 0.00011793 |
| DARRYL ANDRE PHARR | R | 0.00001448 |
| DAVID EARL MILLER | R | 0.00034286 |
| DAVID J PHARR | R | 0.00001448 |
| DAVID L BISSMEYER | R | 0.00000283 |
| DAVID LEE PHARR | R | 0.00008687 |
| DAWN HILL | R | 0.00001126 |
| DEBORAH JEAN SAMUEL GREEN | R | 0.00001282 |
| DEBORAH SHAFFER | R | 0.00022887 |
| DEBRA COBB DAVI5 | R | 0.00000160 |
| DEBRA HURSEY-LEE | R | 0.00003003 |
| DEMING TIMBERLAND LLC | R | 0.00212554 |
| DENISE FRANCE | R | 0.00001248 |
| DIANA ADELE TAIT CRABTREE | R | 0.00011793 |
| DIANE WOOD5 CARTER | R | 0.00006883 |
| DONALD TOLLIVER | R | 0.00001248 |
| DORI5 HILL DREW | R | 0.00004504 |
| DOUGLAS M LITTLES | R | 0.00000965 |
| DOUGLAS SAMUEL | R | 0.00000854 |
| DOWNING FAMILY PROPERTIES LLC | R | 0.00639201 |
| DOWNING MCDOWELL MINERALS LLC | R | 0.00018308 |
| DR WILLIAM HAMILTON  JR | R | 0.00073457 |
| E L MCMILLAN III | R | 0.00062179 |
| EARL L JONES | R | 0.00003511 |
| ED LEIGH MCMILLAN TRUST | R | 0.00007458 |
| EDWARD D SCRUGGS | R | 0.00029887 |
| EDWARD MCMILLAN TATE | R | 0.00011703 |
| ELIZABETH ANN SALTER BOOTHE | R | 0.00248408 |
| ELTON CROSBY | R | 0.00008945 |
| ELVIRA MCMILLAN TATE | R | 0.00077548 |
| ELVIRA TATE HOSKINS | R | 0.00011703 |
| ERIN LEWIS | R | 0.000008S3 |
| ERIN PEGROSS | R | 0.00001126 |
| EVELYN DELOIS ERVIN | R | 0.00002560 |
| EVELYN M TOUSSAINT | R | 0.00006144 |

RUD001176

| | | |
|---|---|---|
| FELICIA HILL | R | 0.00000667 |
| FLOWING WELL LLC | R | 0.00282342 |
| FRANCETTA PHARR-WILLIAMS | R | 0.00008687 |
| FREDERICK CLARK | R | 0.00001040 |
| GEORGE LEWIS JR | R | 0.00002560 |
| GEORGE S DENNIS | R | 0.00004284 |
| GLORIA M LITTLES-ANDRADES | R | 0.00005666 |
| HARDY LITTLES  JR | R | 0.00000965 |
| HAROLD W HAMITER | R | 0.00001385 |
| HAYWOOD HANNA III | R | 0.00014943 |
| HELEN HILL BROWN | R | 0.00002002 |
| HERBERT LITTLES | R | 0.00046772 |
| HERBERT PARRIMON | R | 0.00002990 |
| HERMINE M DOWNING | R | 0.00060753 |
| HERSCHEL LEE ABBOTT III | R | 0.00033078 |
| HUBERT E KIDD | R | 0.00001144 |
| IVA LEE MCMILLAN TRUST | R | 0.00447478 |
| JACK M WATKINS TRUST | R | 0.00310899 |
| JACK WHITE | R | 0.00008945 |
| JACQUELINE COSBY-HART | R | 0.00000854 |
| James A. Bull | R | 0.00610188 |
| JAMES ADRIAN ALLEN | R | 0.00045773 |
| JAMES BOYD BEL | R | 0.00066155 |
| JAMES C KIMBROUGH | R | 0.00002168 |
| JAMES E HAMITER | R | 0.00236410 |
| JAMES HILL | R | 0.00004504 |
| JAMES K COOK AND SUSAN M COOK | R | 0.00008008 |
| JANE D DUNAWAY | R | 0.00016274 |
| JEAN KIRBY JONES | R | 0.000S1243 |
| JEAN MILLER STIMPSON | R | 0.00034286 |
| JEANNE BEL INGRAHAM | R | 0.00066155 |
| JEFFERY LIKELY | R | 0.00000878 |
| JENNIFER JONES-BUTLER | R | 0.00003511 |
| JENNY H MCGOWIN BAD ADDRESS | R | 0.00036729 |
| JEPPIE CORTEZ SAMUEL JR | R | 0.00001282 |
| JERLENE JONES STEVENSON | R | 0.00012289 |
| JERRY HUCKABY | R | 0.00006006 |
| JIMMIE LAMONT DUREN | R | 0.00001448 |
| JIMMY B JACKSON | R | 0.00105833 |
| JIMMY W ADKISSON | R | 0.00008945 |
| JOAN P BEL WHITT TRUSTEE OF | R | 0.000661S4 |
| JOE NATHAN LITTLES | R | 0.00005666 |
| JOE NATHAN LITTLES AND SARAH LITTLES | R | 0.00012076 |
| JOHN E DOWNING | R | 0.00016274 |
| JOHN K LITTLES | R | 0.00051473 |
| JOHN K LITTLES AND BESSIE M LITTLES | R | 0.00009079 |
| JOHN R MILLER III | R | 0.00047546 |
| JOHN ROBERT DOWNING | R | 0.00003978 |

RUD001177

| | | |
|---|---|---|
| JOHNNY M JACKSON | R | 0.00060026 |
| JOSEPH R FUQUA | R | 0.00008945 |
| JOYCE A JONES | R | 0.00003511 |
| JULIE H PLEUS | R | 0.00073457 |
| KARL R GUSTAFSON | R | 0.00002317 |
| KATHERINE M OWENS | R | 0.00124360 |
| KATHLEEN E JONES | R | 0.00003511 |
| KAY MITCHELL | R | 0.00014943 |
| KEITH DOROME HILL a minor | R | 0.00004504 |
| KENNETH BARHAM | R | 0.00006006 |
| KENNETH CALVIN SIMMONS | R | 0.00000869 |
| KERSH GROUP LLC | R | 0.00117026 |
| KNIGHT PETROLEUM LP | R | 0.00000572 |
| LAURA W GRIER | R | 0.00051243 |
| LENARDO BURTON | R | 0.00078186 |
| LEWIS S  HAMILTON | R | 0.00073457 |
| LINDA H CHAVERS | R | 0.00131742 |
| LISA D HEATON | R | 0.00016274 |
| LISA D NORDMEYER | R | 0.00009154 |
| LYNN ELLEN COBB COLLINS | R | 0.00000160 |
| M TRAVIS HOLZBORN | R | 0.00030377 |
| MAE ADELE TAIT SHARP | R | 0.00009434 |
| MARGARET LEWIS | R | 0.00002560 |
| MARGARET THOMASSON ESTATE | R | 0.00108351 |
| MARION COLLEEN CHILDRESS | R | 0.00115394 |
| MARY G TOLLIVER | R | 0.00009008 |
| MARY SHELSA FRYE ALEXANDER | R | 0.00007244 |
| MATAGORDA B1 LP | R | 0.00002763 |
| MELODY CRAWFORD FOR THE BENEFIT | R | 0.00001170 |
| MEREDITH MCCLEARY | R | 0.00027080 |
| MICHAEL BRIAN CROOKSHANK | R | 0.00011793 |
| MICHAEL ROBBINS | R | 0.00000878 |
| MICHAEL T LEWIS | R | 0.00000853 |
| MILYN M WOODS | R | 0.00003441 |
| MINNIE STALLWORTH | R | 0.00000965 |
| MINNIE TATE DUBILIER | R | 0.00011703 |
| MONTE MCGOUGIN | R | 0.00008945 |
| MYRON HILL | R | 0.00001001 |
| NANCY M MELTON | R | 0.00034286 |
| Nathan James Bull | R | 0.00610188 |
| NATHANIEL ROBBINS | R | 0.00000878 |
| NEWPORT FIVE LLC | R | 0.00046811 |
| NORA REGINA PAGE | R | 0.00008687 |
| NORMAN R FINDLEY | R | 0.00008945 |
| OWEN BARHAM | R | 0.00006006 |
| PAMELA MILDRED JONES | R | 0.00008192 |
| PASIA J WOODS | R | 0.00001147 |
| PATRICIA D MCFARLAND | R | 0.00005469 |

RUD001178

| | | |
|---|---|---|
| PATRICIA LEWIS | R | 0.00000853 |
| PATRICIA LOVELACE | R | 0.00008192 |
| PATSY R SAMUEL TILLERY | R | 0.00006379 |
| PERCY HART | R | 0.00001040 |
| PERRY L SESSIONS AND | R | 0.00277850 |
| PETER B HAMILTON  JR | R | 0.00066155 |
| PEYTON H CARMICHAEL | R | 0.00073457 |
| PHILIPPA PEYTON M  BETHEA | R | 0.00036729 |
| PHILLIPS OPERATIONS LLC | R | 0.00233688 |
| PROBATE COURT CLERK FOR BUSTER JOHNSON | R | 0.00009359 |
| PROBATE COURT CLERK FOR KAREN | R | 0.00002080 |
| PROBATE COURT CLERK FOR LEON HILL | R | 0.00009359 |
| PROBATE COURT CLERK FOR ODIELS | R | 0.00002080 |
| RALLS PROPERTIES LLC | R | 0.00088127 |
| RANDALL M GOODNER TST SHARE A | R | 0.00125335 |
| REBECCA LOUISE SALTER CASEY | R | 0.00248408 |
| REGINALD PHARR | R | 0.00008687 |
| RHONDA WATSON-POWERS | R | 0.00001501 |
| RICHARD COBB | R | 0.00003950 |
| ROABIE DOWNING JOHN5ON | R | 0.00048820 |
| ROABIE DOWNING JOHNSON AND | R | 0.00000001 |
| ROBERT C MCMILLAN 2011 REVOC TRUST | R | 0.00124360 |
| ROBERT H KIRBY | R | 0.00051243 |
| ROBERT J SAMUEL | R | 0.00009569 |
| ROCHELLE MARIE CASLIN | R | 0.00001501 |
| ROCK SPRINGS ENERGY LLC | R | 0.00001134 |
| ROCK SPRINGS MINERALS I LLC | R | 0.00052156 |
| RODERICK L BROWN | R | 0.00001501 |
| RODERICK W GOODNER TRUST SH A | R | 0.00125335 |
| RODNEY ALEXANDER BROWN | R | 0.00001501 |
| ROYCE L WOODS | R | 0.00001147 |
| RUS5ELL ALLEN COBB | R | 0.00006400 |
| SARA B NEAL MARITAL TRUST | R | 0.00074580 |
| SARAH ETHEL FAYE GOFF | R | 0.00007244 |
| SHAUN A WOODS | R | 0.00001147 |
| SHAW ENERGY INC | R | 0.00004284 |
| SHERONE HILL | R | 0.00002002 |
| SOURCE ROCK MINERALS II LLC | R | 0.00021259 |
| SPANISH FORT ROYALTY LLC | R | 0.00004284 |
| SSC MINERALS LLC | R | 0.00087770 |
| ST PALESTINE MISSIONARY BAPTIST | R | 0.00051259 |
| STELLA LIVINGSTON HAWKINS | R | 0.00048821 |
| STEPHANIE COBB KELLER | R | 0.00000160 |
| STIRLING H HAMILTON  JR DECEASED | R | 0.00073457 |
| SUSAN ALLEN WINCHESTER | R | 0.00045773 |
| SUZANNE ALLEN REVOCABLE TRUST | R | 0.00137317 |
| SUZANNE W ZIMMER | R | 0.00051243 |
| TAMELA MCCLINTON | R | 0.00001448 |

| | | |
|---|---|---|
| TED MCCLEARY | R | 0.00027080 |
| TERRENCE HILL | R | 0.00000667 |
| TERRY M JORDAN | R | 0.00008945 |
| THE SHAFFER FAMILY LIVING TRUST | R | 0.00022887 |
| THERIE HILL JR | R | 0.00002002 |
| THOMAS E MCMILLAN  JR | R | 0.00077550 |
| TITANIA CHRISTIAN | R | 0.00001448 |
| TRACE A HAMITER | R | 0.00117512 |
| TRANT L KIDD SPECIAL TRUST | R | 0.00006598 |
| TRINA MARVETTE DUREN | R | 0.00001448 |
| TSA FAMILY LTD PARTNERSHIP | R | 0.00004284 |
| ULANDRA HENRY | R | 0.00000667 |
| VERA FRANCES TAIT | R | 0.00009434 |
| W T NEAL FAMILY STOCK LLC | R | 0.00718038 |
| W VINCENT MASON | R | 0.00006144 |
| WALTER BYRON JONES JR | R | 0.00008192 |
| WANDA L CONERLY | R | 0.00001001 |
| WAYNE COBB | R | 0.00000160 |
| WENDELL PHILLIPS SIMPSON TTEE | R | 0.00029886 |
| WILEY W DOWNING IV | R | 0.00009154 |
| WILLIAM FENNER FRYE IV | R | 0.00007244 |
| WILLIAM MACK OAKES AND | R | 0.00212921 |
| WILLIAM W BARROW | R | 0.00008945 |
| WILLIE IRVING LITTLES | R | 0.00000965 |
| WILLIE PEARL KINCAID | R | 0.00006006 |
| ZORA LEWIS | R | 0.00000853 |
| ASPEN ENERGY INC | O | 0.00112532 |
| Aspen Energy Inc. | O | 0.00109834 |
| BABE DEVELOPMENT COMPANY LLC | O | 0.00061838 |
| Christopher Ashley Farrell | O | 0.00010512 |
| Daboil Resources, LC | O | 0.00027936 |
| David Bissmeyer | O | 0.00000173 |
| DAVID L BISSMEYER | O | 0.00000185 |
| DOUGLAS LADSON MCBRIDE III | O | 0.00061838 |
| Eustes Energy Inc | O | 0.00046560 |
| Ezelle Energy LLC | O | 0.00046560 |
| FRANK A PERKINS | O | 0.00012764 |
| HARVEST GAS MANAGEMENT LLC | O | 0.00000844 |
| HUBERT E KIDD | O | 0.00000034 |
| JEFFREYS & POWELL LLC | O | 0.00126844 |
| Jeffreys & Powell, LLC | O | 0.00080851 |
| JOYCO INVESTMENTS LLC | O | 0.00061838 |
| JULIE SCOTT MCBRIDE | O | 0.00061838 |
| KNIGHT PETROLEUM LP | O | 0.00000017 |
| LAWRENCE R BARIA | O | 0.00039379 |
| Lawrence R. Baria | O | 0.00050849 |
| M JOHNSON INVESTMENT PTN I | O | 0.00000034 |
| MARY TAYLOR MICHAEL | O | 0.00010810 |

| | | |
|---|---|---|
| MAX C JOHNSON | O | 0.00000487 |
| Max C. Johnson | O | 0.00000854 |
| OPAL L KIDD FAMILY PARTNERSHIP LTD | O | 0.00005145 |
| Opal L. Kidd Family Partnership, Lt | O | 0.00004068 |
| PATRICK J MCBRIDE | O | 0.00007815 |
| Patrick J. McBride | O | 0.00007627 |
| PFLANZER PARTNERS LTD | O | 0.00001563 |
| Pflanzer Partners, Ltd | O | 0.00001526 |
| ROCK SPRINGS ENERGY LLC | O | 0.00000739 |
| ROCK SPRINGS MINERALS I LLC | O | 0.00030670 |
| ROCK SPRINGS MINERALS I LLC | O | 0.00001281 |
| Rock Springs Minerals I, LLC | O | 0.00031896 |
| Rock Springs Oil Co. | O | 0.00000693 |
| RONNIE FOUTS | O | 0.00010810 |
| SELLARS FAMILY LLC | O | 0.00002931 |
| Sellars Family, LLC | O | 0.00003051 |
| SOURCE ROCK MINERALS II LLC | O | 0.00013856 |
| Source Rock Minerals II, LLC | O | 0.00013001 |
| SUE HANSON MCBRIDE | O | 0.00061838 |
| THE SELLARS FAMILY TRUST | O | 0.00000195 |
| Trant K. Kidd Family Partnership, Lt | O | 0.00000S09 |
| TRANT L KIDD FAMILY PART LTD | O | 0.00000033 |
| TRANT L KIDD SPECIAL TRUST | O | 0.00000153 |
| Valhalla Royalty, LLC | O | 0.00004646 |
| WSK PROPERTIES LLC | O | 0.00000033 |
| WSK Properties, LLC | O | 0.00000509 |

**TOTAL ROYALTY AND OVERRIDING ROYALTY INTEREST**       0.24601912

Working Interest Ownership                         Total Unit Interest

| | | |
|---|---|---|
| AEH INVESTMENTS LLC | W | 0.00737990 |
| ALFRETINA PHARR-SANDERS | W | 0.00000103 |
| ANDERSON EXPLORATION ENERGY | W | 0.01897465 |
| Andre Burton | W | 0.00000023 |
| ANTOINETTE WILSON | W | 0.00000051 |
| ASPEN ENERGY INC | W | 0.01664767 |
| B & H Royalty | W | 0.00000446 |
| BANTAM CREEK LLC | W | 0.00003763 |
| BARBARA M SUGAR | W | 0.00860703 |
| BLACK STONE ENERGY COMPANY LLC | W | 0.00137968 |
| BLACK STONE NATURAL RES I LP | W | 0.00017857 |
| C H OIL AND GAS LLC | W | 0.00227698 |
| CENTRAL PETROLEUM INC | W | 0.00075899 |
| CHATEAU BLANCHE LLC | W | 0.00036836 |
| CORADINE THOMAS | W | 0.00000051 |
| CROW PARTNERS LTD | W | 0.000S5257 |
| DARCIA DUBOSE CHEEKS | W | 0.00000463 |

| | | |
|---|---|---|
| DARLENE K HALL | W | 0.00590392 |
| DARRYL ANDRE PHARR | W | 0.00000009 |
| DAVID J PHARR | W | 0.00000009 |
| DAVID LEE PHARR | W | 0.00000051 |
| DBC RESOURCES LP | W | 0.04308093 |
| DCOD LLC | W | 0.03763752 |
| DENISE FRANCE | W | 0.00009359 |
| Denlene Burton | W | 0.00000023 |
| Dennis L Burton Jr | W | 0.00000023 |
| DON B SAUNDERS TRUST | W | 0.00472314 |
| DONALD TOLLIVER | W | 0.00009359 |
| DOUBLEPINE INVESTMENTS LTD | W | 0.00007527 |
| EDWARD L YARBROUGH JR | W | 0.00118079 |
| EL DORADO GULF COAST PRODUCTION LLC | W | 0.00135580 |
| FIDDLER INVESTMENTS | W | 0.01254579 |
| FOUR D LLC | W | 0.00472314 |
| Francetta Williams | W | 0.00000051 |
| FRANKS EXPLORATION CO LLC | W | 0.05785845 |
| GASTON OIL COMPANY INC | W | 0.01328383 |
| GJR INVESTMENTS INC | W | 0.00472314 |
| GOTHAM ENERGY LLC | W | 0.00112224 |
| HALL AND HALL LLC | W | 0.00216969 |
| HALL MANAGEMENT LLC | W | 0.00590392 |
| HANSON OPERATING CO INC | W | 0.04413890 |
| HARKNESS A DUNCAN FAMILY TRUST | W | 0.00472314 |
| HARVEST GAS MANAGEMENT LLC | W | 0.00268036 |
| HUGHES 2000 CT LLC | W | 0.02169692 |
| HUGHESOIL INC | W | 0.14189786 |
| J & A HARRIS LP | W | 0.04780407 |
| JCE GALBRAITH OIL & GAS LLC | W | 0.00590392 |
| JEFFREYS DRILLING LLC | W | 0.01112702 |
| JIMMIE LAMONT DUREN | W | 0.00000009 |
| JIMMY B JACKSON | W | 0.00020911 |
| JMS OIL & GAS HOLDINGS LLC | W | 0.00231708 |
| JOE R WHITE JR | W | 0.00009487 |
| JOHNNY M JACKSON | W | 0.00020911 |
| JURA SEARCH INC | W | 0.00150773 |
| Kayetta B Snow | W | 0.00000023 |
| Kidd Production, Ltd | W | 0.00003482 |
| KING OIL LLC | W | 0.00019117 |
| KKS OIL & GAS LTD | W | 0.00135580 |
| KMR INVESTMENTS LLC | W | 0.01735754 |
| Krystle Burton | W | 0.00000023 |
| KUDZU OIL PROPERTIES LLC | W | 0.00237184 |
| Kwazar Resources, LLC | W | 0.00001161 |
| LAMANCHA INVESTMENTS II LLC | W | 0.00036836 |
| LANDMARK EXPLORATION LLC | W | 0.00150037 |
| LEANNE D FORD | W | 0.00130182 |

| | | |
|---|---|---|
| Lenardo Burton | W | 0.00000348 |
| LEONARD E WILLIAMS | W | 0.00472314 |
| M JOHNSON INVESTMENT PTN I | W | 0.00435372 |
| M JOHNSON INVESTMENT PTN II | W | 0.00036942 |
| MARLIN EXPLORATION INC | W | 0.00180262 |
| MATAGORDA WI LLC | W | 0.00008288 |
| MAX C JOHNSON | W | 0.00003010 |
| NORA REGINA PAGE | W | 0.00000051 |
| NORTHSTAR PRODUCING I LIMITED | W | 0.00056928 |
| OPAL L KIDD FAMILY PARTNERSHIP LTD | W | 0.00029731 |
| PAM LIN CORPORATION | W | 0.00885588 |
| PATRICK J MCBRIDE | W | 0.00102122 |
| PAULA W DENLEY LLC | W | 0.00216969 |
| PETRODRILL LLC | W | 0.00036836 |
| PETROLEUM INVESTMENTS INC | W | 0.00590392 |
| PFLANZER PARTNERS LTD | W | 0.00082710 |
| PINE ENERGIES INC | W | 0.00224190 |
| PRUET PRODUCTION CO | W | 0.00590393 |
| RAB OIL & GAS HOLDINGS LLC | W | 0.00236157 |
| REGINALD PHARR | W | 0.00000051 |
| RIDGWAY MANAGEMENT INC | W | 0.00075899 |
| Rio Neches Properties, LLC | W | 0.00001339 |
| RIVER BOTTOM ACREAGE | W | 0.01077464 |
| Roosth 806, Ltd. | W | 0.00001339 |
| ROYALTY EXPLORATION LLC | W | 0.00450066 |
| RUDMAN  FAMILY TRUST | W | 0.00003763 |
| RYCO EXPLORATION LLC | W | 0.00688398 |
| SAWYER DRILLING & SERVICE INC | W | 0.01180785 |
| SELLARS FAMILY LLC | W | 0.00029646 |
| SENEFF 2007 INVESTMENT LLC | W | 0.00004449 |
| SHELLEY MARIE CHAVANNE | W | 0.00018880 |
| SKLAR EXPLORATION AGENT | W | 0.05338092 |
| SPINDLETOP OIL & GAS CO | W | 0.01742041 |
| Steven E. Calhoun | W | 0.00001161 |
| STROUD FAMILY LLC | W | 0.00206523 |
| SUGAR OIL PROPERTIES LP | W | 0.00885589 |
| SUGAR PROPERTIES TRUST | W | 0.00024885 |
| SUMMIT LLC | W | 0.00216969 |
| TAMELA MCCLINTON | W | 0.00000009 |
| TARA RUDMAN REVOCABLE TRUST | W | 0.00003763 |
| THE COLEMAN REVOC LIVING TRUST | W | 0.00590392 |
| THE RUDMAN PARTNERSHIP | W | 0.00124193 |
| THE WOLFE RUDMAN ESTATE | W | 0.00006858 |
| TISDALE NATURAL RESOURCES | W | 0.00181094 |
| TITANIA CHRISTIAN | W | 0.00000009 |
| TOM YOUNGBLOOD | W | 0.01181421 |
| TRANT L KIDD FAMILY PART LTD | W | 0.00000199 |
| TRIMBLE ENERGY LLC | W | 0.00007527 |

RUD001183

| | | |
|---|---|---|
| TRINA MARVETTE DUREN | W | 0.00000009 |
| TYLER OIL & GAS LLC | W | 0.00073664 |
| W D MOUNGER | W | 0.00S90392 |
| WALLACE & WALLACE LLC | W | 0.00216969 |
| William Tavis Pate & Claudette Pate | W | 0.00008928 |
| WOLFE E RUDMAN | W | 0.00031138 |
| WSK PROPERTIES LLC | W | 0.00000199 |
| | | |
| TOTAL WORKING INTEREST REVENUE | | 0.7S398088 |
| TOTAL UNIT RESERVE INTEREST | | 1.00000000 |

**SUMMARY OF UNIT OWNERSHIPS AS COST ARE SHARED**
**(Gross Working Interest)**

| Gross Working Interest | Total Unit Interest |
|---|---|
| AEH INVESTMENTS LLC | 0.00979276 |
| ALFRETINA PHARR-SANDERS | 0.00000103 |
| ANDERSON EXPLORATION ENERGY | 0.02S17839 |
| Andre Burton | 0.00000023 |
| ANTOINETTE WILSON | 0.00000051 |
| ASPEN ENERGY INC | 0.02209061 |
| B & H Royalty | 0.00000446 |
| BANTAM CREEK LLC | 0.00004994 |
| BARBARA M SUGAR | 0.01142109 |
| BLACK STONE ENERGY COMPANY LLC | 0.00183076 |
| BLACK STONE NATURAL RES I LP | 0.00017837 |
| C H OIL AND GAS LLC | 0.00302144 |
| CENTRAL PETROLEUM INC | 0.00100715 |
| CHATEAU BLANCHE LLC | 0.00048879 |
| CORADINE THOMAS | 0.00000051 |
| CROW PARTNERS LTD | 0.00073323 |
| DARCIA DUBOSE CHEEKS | 0.00000463 |
| DARLENE K HALL | 0.00783421 |
| DARRYL ANDRE PHARR | 0.00000009 |
| DAVID J PHARR | 0.00000009 |
| DAVID LEE PHARR | 0.00000051 |
| DBC RESOURCES LP | 0.05716620 |
| DCOD LLC | 0.04994306 |
| DENISE FRANCE | 0.00009359 |
| Denlene Burton | 0.00000023 |
| Dennis L Burton Jr | 0.00000023 |
| DON B SAUNDERS TRUST | 0.00626737 |
| DONALD TOLLIVER | 0.00009359 |
| DOUBLEPINE INVESTMENTS LTD | 0.00009988 |
| EDWARD L YARBROUGH JR | 0.00156685 |
| EL DORADO GULF COAST PRODUCTION LLC | 0.00179908 |
| FIDDLER INVESTMENTS | 0.01664763 |

| | |
|---|---|
| FOUR D LLC | 0.00626737 |
| Francetta Williams | 0.00000051 |
| FRANKS EXPLORATION CO LLC | 0.07677522 |
| GASTON OIL COMPANY INC | 0.01762696 |
| GJR INVESTMENTS INC | 0.00626737 |
| GOTHAM ENERGY LLC | 0.00148916 |
| HALL AND HALL LLC | 0.00287907 |
| HALL MANAGEMENT LLC | 0.00783421 |
| HANSON OPERATING CO INC | 0.05857007 |
| HARKNESS A DUNCAN FAMILY TRUST | 0.00626737 |
| HARVEST GAS MANAGEMENT LLC | 0.00355671 |
| HUGHES 2000 CT LLC | 0.02879070 |
| HUGHESOIL INC | 0.18829122 |
| J & A HARRIS LP | 0.06343357 |
| JCE GALBRAITH OIL & GAS LLC | 0.00783421 |
| JEFFREYS DRILLING LLC | 0.01476499 |
| JIMMIE LAMONT DUREN | 0.00000009 |
| JIMMY B JACKSON | 0.00020911 |
| JMS OIL & GAS HOLDINGS LLC | 0.00307465 |
| JOE R WHITE JR | 0.00012419 |
| JOHNNY M JACKSON | 0.00007527 |
| JURA SEARCH INC | 0.00200068 |
| Kayetta B Snow | 0.00000023 |
| Kidd Production, Ltd | 0.00003482 |
| KING OIL LLC | 0.00025367 |
| KKS OIL & GAS LTD | 0.00179908 |
| KMR INVESTMENTS LLC | 0.02303257 |
| Krystle Burton | 0.00000023 |
| KUDZU OIL PROPERTIES LLC | 0.00314731 |
| Kwazar Resources, LLC | 0.00001161 |
| LAMANCHA INVESTMENTS II LLC | 0.00048879 |
| LANDMARK EXPLORATION LLC | 0.00199091 |
| LEANNE D FORD | 0.00172744 |
| Lenardo Burton | 0.00000348 |
| LEONARD E WILLIAMS | 0.00626737 |
| M JOHNSON INVESTMENT PTN I | 0.00577716 |
| M JOHNSON INVESTMENT PTN II | 0.00049020 |
| MARLIN EXPLORATION INC | 0.00239198 |
| MATAGORDA WI LLC | 0.00008288 |
| MAX C JOHNSON | 0.00003994 |
| NORA REGINA PAGE | 0.00000051 |
| NORTHSTAR PRODUCING I LIMITED | 0.00075540 |
| OPAL L KIDD FAMILY PARTNERSHIP LTD | 0.00039452 |
| PAM LIN CORPORATION | 0.01175131 |
| PATRICK J MCBRIDE | 0.00135510 |
| PAULA W DENLEY LLC | 0.00287907 |
| PETRODRILL LLC | 0.00048879 |
| PETROLEUM INVESTMENTS INC | 0.00783421 |

| | |
|---|---|
| PFLANZER PARTNERS LTD | 0.00109752 |
| PINE ENERGIES INC | 0.00297489 |
| PRUET PRODUCTION CO | 0.00783421 |
| RAB OIL & GAS HOLDINGS LLC | 0.00313368 |
| REGINALD PHARR | 0.00000051 |
| RIDGWAY MANAGEMENT INC | 0.00100715 |
| Rio Neches Properties, LLC | 0.00001339 |
| RIVER BOTTOM ACREAGE | 0.01429739 |
| Roosth 806, Ltd. | 0.00001339 |
| ROYALTY EXPLORATION LLC | 0.00597214 |
| RUDMAN  FAMILY TRUST | 0.00003763 |
| RYCO EXPLORATION LLC | 0.00913469 |
| SAWYER DRILLING & SERVICE INC | 0.01566841 |
| SELLARS FAMILY LLC | 0.00039338 |
| SENEFF 2007 INVESTMENT LLC | 0.00005904 |
| SHELLEY MARIE CHAVANNE | 0.00025053 |
| SKLAR EXPLORATION AGENT | 0.07083376 |
| SPINDLETOP OIL & GAS CO | 0.02311600 |
| Steven E. Calhoun | 0.00001161 |
| STROUD FAMILY LLC | 0.00274045 |
| 5UGAR OIL PROPERTIES LP | 0.01175131 |
| SUGAR PROPERTIES TRUST | 0.00033022 |
| SUMMIT LLC | 0.00287907 |
| TAMELA MCCLINTON | 0.00000009 |
| TARA RUDMAN REVOCABLE TRUST | 0.00004994 |
| THE COLEMAN REVOC LIVING TRUST | 0.00783421 |
| THE RUDMAN PARTNERSHIP | 0.00164797 |
| THE WOLFE RUDMAN ESTATE | 0.00009100 |
| TISDALE NATURAL RESOURCES | 0.00240302 |
| TITANIA CHRISTIAN | 0.00000009 |
| TOM YOUNGBLOOD | 0.01567685 |
| TRANT L KIDD FAMILY PART LTD | 0.00000264 |
| TRIMBLE ENERGY LLC | 0.00009988 |
| TRINA MARVETTE DUREN | 0.00000009 |
| TYLER OIL & GAS LLC | 0.00097748 |
| W D MOUNGER | 0.00783421 |
| WALLACE & WALLACE LLC | 0.00287907 |
| William Tavis Pate & Claudette Pate | 0.00008928 |
| WOLFE E RUDMAN | 0.00041319 |
| WSK PROPERTIES LLC | 0.00000264 |
| | |
| TOTAL WORKING INTEREST COST | 1.00000000 |

RUD001186