Exhibit RUD-II

