# Exhibit RUD-JJ

SB1185

B:2020 P:2002
Deed - Mineral
2/4/2020 2:03:04 PM
Page:1 of 3
Stephen Flemming
Conecuh County, Alabama

**THIS IS NOT AN OIL AND GAS LEASE. YOU ARE SELLING ALL OR A PORTION OF YOUR MINERAL OR ROYALTY INTERESTS.**

## MINERAL ROYALTY DEED

**Dated:** Executed this 21st day of January, 2020, however for all purposes this document is to be effective as of January 1, 2020.

**Grantor:** PATRICIA SHOEMAKER, herein dealing in her sole and separate property, whose address is 8921 Cove Avenue, Pensacola Florida 32534 (hereinafter referred to as "Grantor").

**Grantee:** MAEVLO PRODUCTION, LP, whose address is Box No. 287, 6140 S. Gun Club Road K6, Aurora, Colorado 80016 (hereinafter referred to as "Grantee")

**Consideration:** Ten Dollars ($10.00) and other good and valuable consideration to the Grantor paid by the Grantee herein named, the receipt and sufficiency of which is hereby acknowledged;

Grantor does hereby GRANT, BARGAIN, SELL, CONVEY, TRANSFER, ASSIGN and DELIVER unto Grantee ALL of Grantor's undivided interest in and to all of the oil, gas and other minerals in, on, under and that may be produced from the following described land situated in Conecuh County, Alabama, to wit:

*See Exhibit "A" attached:*

together with rights of ingress and egress at all times for the purpose of mining, drilling, exploring, operating and developing said lands for oil, gas and other minerals, and storing, handling, transporting and marketing the same therefrom.

This sale is made subject to any rights now existing in any lessee or assigns under any valid and subsisting oil and gas lease and/or leases heretofore executed and now of legal record; it being understood and agreed that the Grantees herein shall have, receive and enjoy the herein granted percentage interests in and to all bonuses, rents, royalties and other benefits which may accrue thereunder from and after the effective date hereof, precisely as if Grantees herein had been at the date of making said lease and/or leases the owners of the same percentage interests in and to the minerals in and under lands above described and lessor therein.

```
5.00 Indexing Fee
3.00 FirstPage Fee
6.00 AddlPages Fee
32.00 Deed Tax
1.00 MineralDeed Tax
Total Fees: $47.00
```

RUD001188

TO HAVE AND TO HOLD the herein assigned interest together with all and singular the rights, privileges and appurtenances thereunder or in any wise belonging thereto unto the Grantee herein, its respective heirs, successors and assigns forever, and subject to the foregoing, Grantor does hereby bind itself, its successors and assigns to warrant and forever defend all and singular the herein assigned interests unto Grantees, their respective heirs, successors and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof by, through or under Grantor, but not otherwise.

**GRANTOR**

**PATRICIA SHOEMAKER**

*Patricia Shoemaker*
By:

Prepared by: Maevlo Production LP
Box No. 287
6140 S. Gun Club Road K6
Aurora, Colorado 80016

**ACKNOWLEDGEMENT**

State of Florida
County of Escambia

On this 21 day of January, 2020, before me personally appeared PATRICIA SHOEMAKER, known to be the same person described in and who executed the within and foregoing instrument and acknowledged to me that he executed the same.

(Seal) DEEPA STORY
Notary Public State of Florida
Commission # GC 091783
My Comm. Expires May 26, 2021

Signature of Notary
5/26/2021
My Commission expires

RUD001189

Exhibit A

To that certain Mineral Deed, dated this 21st day of January, 2020, between PATRICIA SHOEMAKER as Grantor and MAEVLO PRODUCTION, LP as Grantee

The interest captured under this conveyance instrument shall include all undivided interest in and to all of the oil, gas and other minerals in, on, under and that may be produced from the lands found within:

**Northwest Brooklyn Unit** as more particularly described by metes and bound in that certain decision rendered by the State Oil and Gas Board of Alabama on December 17, 2018, Order No. 2018-50.

The Unit Area for the Northwest Brooklyn Oil Unit consists of the South Half of the Southeast Quarter of Section 22, the South Half of the South Half of Section 23, the South Half of the Southwest Quarter and the Southeast Quarter of Section 24, Section 25, Section 26, Section 27, the South Half and the South Half of the North Half of Section 28, the South Half and the South Half of the North Half of Section 29, the East Half of the Southeast Quarter of Section 30, the North Half of the Northeast Quarter and the Southeast Quarter of the Northeast Quarter of Section 31, the North Half of Section 32, the Northeast Quarter and the North Half of the Northwest Quarter of Section 33, the Northwest Quarter of Section 34, the Northeast Quarter of Section 35 and the North Half, the Southwest Quarter and the North Half of the Southeast Quarter of Section 36, all in Township 4 North, Range 12 East; and the Southwest Quarter of Section 19, the West Half of Section 29, Section 30, the North Half, the North Half of the Southwest Quarter and the Northwest Quarter of the Northwest Quarter of the Southeast Quarter of Section 31 and the Northwest Quarter of Section 32, all in Township 4 North, Range 13 East, all in Conecuh County, Alabama, containing 6,720 acres, more or less.

being a Unit Interest of 0.00015407 in the Northwest Brooklyn Unit owned by Grantor;

**The Nick Ross 24-11 #2** well located within the SW/4 of Section 24 of Township 4 North, Rage 12 East, Conecuh County, Alabama.

RUD001190