Exhibit RUD-LL

# Howard F. Sklar

5395 Pearl Parkway, Suite 200
Boulder, Colorado 80301
(318) 227-8668 hfsklar@gmail.com

December 13, 2019

VIA EMAIL & OVERNIGHT COURRIER

To:   Justin Simons, Jonathon Simons, Maren Silberstein Watson, Jacob Sklar and Alan Sklar

Re:   Succession of Miriam Mandel Sklar

To My Sons, Nephews and Niece:

    As you are aware, I am the executor of your grandmother's Succession (the "Succession") pursuant to her Last Will and Testament dated November 28, 2006 (the "Will"). I have administered the Succession for the past nine years with the purpose of satisfying all debts owed by your grandmother at the time of her death and distributing property in accordance with her Will. I am writing to each of you because the last remaining bequests, or gifts, to be funded under her Will are to each of you. Your grandmother's Will provided that each of you would share in a cash gift (in trust) equal to the generation-skipping transfer tax (GSTT) exemption for the year 2010, or $4,631,612. However, your grandmother did not leave enough cash at her death to satisfy these gifts. It was my hope that the property owned by the Succession, consisting of mostly oil and gas properties and other investments, would eventually generate enough revenue to satisfy all debts and fully fund the gifts to each of you. However, due to depletion of the oil and gas properties owned by the Succession and sustained low commodity prices, it has become clear to me that this will not happen.

    Since the Succession is unable to fulfill the gifts to each of you in cash, I have made the decision to distribute to each of you, in lieu of a cash gift, a share of the remaining property owned by the Succession. Before the Succession property can be distributed, two last remaining debts must be satisfied, as follows:

1. Debt to my company, Sklar Exploration Company L.L.C., in the amount of $308,609.82. This debt is attributable to expenses associated with the continued operation of the oil and gas properties owned by the Succession which Sklar Exploration Company L.L.C. has paid.

2. Debt to B'nai Zion Congregation, Shreveport, LA in amount of $240,000.00. This debt is attributable to an Agreement dated September 26, 2008, between Howard Sklar and Miriam Sklar, as donors, and B'nai Zion Congregation, as donee, to fund a $1,100,000.00

donation to the congregation over a twenty-year period. The Succession's portion of the remaining debt is $240,000.00, which is due in equal annual installments of $30,000.00 from me personally, and $30,000.00 from your Grandmother's estate, with the installments to continue until July 1, 2027, when the final installment becomes due, unless prior to that date, Rabbi Jana DeBenedetti ceases to be employed at B'nai Zion Congregation in Shreveport. (Your grandmother was very fond of Rabbi Jana, and she wanted to provide a mechanism to ensure that Rabbi Jana was paid a fairer salary by B'nai Zion. I joined in the donation on a personal level at the request of your grandmother).

In order to generate enough cash to satisfy these debts, I propose to sell to sell certain oil and gas properties (the "Sale Properties") owned by the Succession located in Bienville and Natchitoches Parishes, Louisiana, as identified in Exhibit A attached hereto, to my other company, Sklarco L.L.C., for $598,900.00. The purchase price for these reserves is based on a third-party valuation performed by T.W. McGuire and Associates, Shreveport, Louisiana, and is enclosed as Exhibit B. By completing this sale, the Succession should have sufficient cash to satisfy all remaining debts, including final expenses associated with closing the Succession, and fund any further expenses associated with the Succession properties prior to distribution. Once we have paid or provided for payment of the debts, the remaining properties will be distributed to each of you in equal shares, as set forth in your grandmother's Will, and we will close the Succession.

In making this offer to purchase the Sale Properties, I am merely trying to facilitate the close of the Succession on the most favorable terms I believe possible. I considered trying to pursue a sale of the Sale Properties to an unrelated third party, but I don't think that is likely to result in as good a deal for the succession. Of course, Sklarco L.L.C. already owns interests in the Sale Properties; I do believe they are worth the proposed sales price; and I would be thrilled to have any of you acquire these properties for your own account on the same terms as I am willing to buy them, if you prefer that to my purchase of them. If any of you would like to purchase all or a portion of these properties on the same terms upon which I propose to sell them to Sklarco L.L.C., please let me know.

If you have any questions regarding the plan I have outlined in this letter or about the Succession in general, please do not hesitate to contact me.

Very truly yours,

Howard F. Sklar

Love Uncle Hud

# EXHIBIT A

## Sale Properties

| Prospect | Well | Field | S-T-R | GWI | NRI |
|---|---|---|---|---|---|
| Fin Deep Prospect | Rushing Et Al #2 | Ashland | 1-13N-8W | 0.06500000 | 0.04922227 |
| East Castor Prospect | Echo Papa 10-10 #1 | Castor | 10-14N-7W | 0.06398438 | 0.05831190 |
| East Castor Prospect | JB Evans 11-4 #1 | Castor | 11-14N-7W | 0.06427281 | 0.04921516 |

EXHIBIT A

Date : 12/09/2019  2:44:55PM
Partner :  SUCCESSION OF MIRIAM M. SKLAR

# ECONOMIC SUMMARY PROJECTION
## SKLAR EXPLORATION CO., LLC
### All Cases
Discount Rate : 10.00
As of : 07/01/2019

Est. Cum Oil (Mbbl) : 6.96
Est. Cum Gas (MMcf) : 6,069.92
Est. Cum Water (Mbbl) : 7.67

| Year | Oil Gross (Mbbl) | Gas Gross (MMcf) | Oil Net (Mbbl) | Gas Net (MMcf) | Oil Price ($/bbl) | Gas Price ($/Mcf) | Oil & Gas Rev. Net (M$) | Misc. Rev. Net (M$) | Costs Net (M$) | Taxes Net (M$) | Invest. Net (M$) | NonDisc. CF Annual (M$) | Cum Disc. CF (M$) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | 0.47 | 895.28 | 0.03 | 48.19 | 56.72 | 2.47 | 120.47 | 0.00 | 5.50 | 6.20 | 0.00 | 108.77 | 106.16 |
| 2020 | 0.78 | 1,343.86 | 0.04 | 72.51 | 55.73 | 2.52 | 185.05 | 0.00 | 10.99 | 9.35 | 0.00 | 164.70 | 255.69 |
| 2021 | 0.56 | 964.82 | 0.03 | 52.17 | 54.23 | 2.58 | 136.23 | 0.00 | 10.99 | 6.72 | 0.00 | 118.51 | 353.04 |
| 2022 | 0.41 | 725.77 | 0.02 | 39.32 | 53.65 | 2.60 | 103.44 | 0.00 | 10.64 | 5.07 | 0.00 | 87.74 | 418.27 |
| 2023 | 0.28 | 723.48 | 0.02 | 38.46 | 53.72 | 2.67 | 103.52 | 0.00 | 10.99 | 4.91 | 6.50 | 81.11 | 472.65 |
| 2024 | 0.22 | 558.95 | 0.01 | 29.84 | 54.11 | 2.74 | 82.42 | 0.00 | 10.99 | 3.81 | 0.00 | 67.61 | 513.83 |
| 2025 | 0.18 | 445.23 | 0.01 | 23.83 | 55.57 | 2.82 | 67.77 | 0.00 | 10.99 | 3.05 | 0.00 | 53.73 | 543.44 |
| 2026 | 0.15 | 365.07 | 0.01 | 19.58 | 57.23 | 2.90 | 57.28 | 0.00 | 10.99 | 2.51 | 0.00 | 43.78 | 565.28 |
| 2027 | 0.13 | 258.49 | 0.01 | 14.10 | 58.95 | 2.99 | 42.57 | 0.00 | 6.08 | 1.81 | 0.00 | 34.67 | 580.94 |
| 2028 | 0.11 | 201.77 | 0.01 | 11.00 | 60.72 | 3.08 | 34.24 | 0.00 | 4.99 | 1.42 | 0.00 | 27.83 | 592.35 |
| 2029 | 0.03 | 70.90 | 0.00 | 3.49 | 62.27 | 3.15 | 11.10 | 0.00 | 2.62 | 0.45 | 0.00 | 8.03 | 595.32 |
| 2030 | 0.03 | 60.27 | 0.00 | 2.97 | 62.46 | 3.16 | 9.46 | 0.00 | 2.62 | 0.38 | 0.00 | 6.46 | 597.48 |
| 2031 | 0.02 | 46.43 | 0.00 | 2.29 | 62.46 | 3.16 | 7.29 | 0.00 | 2.35 | 0.29 | 0.00 | 4.64 | 598.90 |
| Rem. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 12.4 | 3.37 | 6,660.32 | 0.18 | 357.76 | 55.59 | 2.66 | 960.83 | 0.00 | 100.76 | 45.99 | 6.50 | 807.58 | 598.90 |
| Ult. | 10.33 | 12,730.25 | | | | | | | | | | | |

Eco. Indicators
Return on Investment (disc) : 131.618
Return on Investment (undisc) : 125.244
Years to Payout : 0.03
Internal Rate of Return (%) : >1000

Present Worth Profile (M$)
PW  5.00% :  689.47   PW 20.00% :  471.75
PW  8.00% :  632.38   PW 30.00% :  388.62
PW  9.00% :  615.22   PW 40.00% :  330.89
PW 12.00% :  568.55   PW 50.00% :  288.73
PW 15.00% :  528.10   PW 60.00% :  256.65

Total 1

TRC Standard Eco.rpt

RUD001205

HFS009096

# ECONOMIC PROJECTION
## SKLAR EXPLORATION CO, LLC
### All Cases
Discount Rate: 10.00
As of: 07/01/2019

Date: 12/09/2019  2:44:55PM
Partner: SUCCESSION OF MIRIAM M. SKLAR
Retrieval Code: 129545287
Reserve Cat.: Proved Producing
Location:
Archive Set: default

Case: Rushing etal #2
Type: LEASE CASE
Field: Ashland
Operator: Sklar Exploration Co.
Reservoir: T-1
Co., State: Natchitoches, LA
API No.: 17069204440000

Est. Cum Oil (Mbbl): 3.14
Est. Cum Gas (MMcf): 1,252.78
Est. Cum Water (Mbbl): 2.78

| Year | Oil Gross (Mbbl) | Gas Gross (MMcf) | Oil Net (Mbbl) | Gas Net (MMcf) | Oil Price ($/bbl) | Gas Price ($/Mcf) | Oil & Gas Rev. Net (M$) | Misc. Rev. Net (M$) | Costs Net (M$) | Taxes Net (M$) | Invest. Net (M$) | NonDisc. CF Annual (M$) | Cum Disc. CF (M$) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | 0.08 | 79.67 | 0.00 | 3.92 | 56.72 | 2.47 | 9.91 | 0.00 | 2.88 | 0.52 | 0.00 | 6.51 | 6.36 |
| 2020 | 0.14 | 109.66 | 0.01 | 5.40 | 55.73 | 2.52 | 13.98 | 0.00 | 5.77 | 0.72 | 0.00 | 7.49 | 13.18 |
| 2021 | 0.09 | 73.54 | 0.00 | 3.62 | 54.23 | 2.58 | 9.58 | 0.00 | 5.77 | 0.48 | 0.00 | 3.33 | 15.93 |
| 2022 | 0.06 | 49.98 | 0.00 | 2.46 | 53.65 | 2.60 | 6.56 | 0.00 | 5.41 | 0.33 | 0.00 | 0.82 | 16.55 |
| Rem. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 3.4 | 0.37 | 312.85 | 0.02 | 15.40 | 55.22 | 2.53 | 40.03 | 0.00 | 19.83 | 2.05 | 0.00 | 18.15 | 16.55 |
| Ult. | 3.51 | 1,565.63 | | | | | | | | | | | |

Major Phase: Gas
Initial Rate: 16,169.00 Mcf/month
Abandonment: 3,857.07 Mcf/month
Initial Decline: 42.584 %/year  b = 0.50
Initial Ratio: 0.000 bbl/Mcf
Abandon Ratio: 0.001 bbl/Mcf
Abandon Day: 12/08/2022

### Eco. Indicators

|  | Initial | 1st Rev. | 2nd Rev. |
|---|---|---|---|
| Return on Investment (disc): | 0.000 | | |
| Return on Investment (undisc): | 0.000 | | |
| Years to Payout: | 0.00 | | |
| Internal Rate of Return (%): | 0.00 | | |
| Working Interest: | 0.06500000 | 0.00000000 | 0.00000000 |
| Revenue Interest: | 0.04922227 | 0.00000000 | 0.00000000 |
| Rev. Date: | | | |

### Present Worth Profile (M$)
PW 5.00%:  17.32
PW 8.00%:  16.85
PW 9.00%:  16.70
PW 12.00%: 16.26
PW 15.00%: 15.84
PW 20.00%: 15.18
PW 30.00%: 14.01
PW 40.00%: 12.99
PW 50.00%: 12.10
PW 60.00%: 11.32

TRC Standard Eco.rpt

2

| Date: 12/09/2019 2:44:55PM | | | | | | | | | | | Case: Rushing etal #2 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Partner: SUCCESSION OF MIRIAM M. SKLAR | | | | ECONOMIC PROJECTION | | | | | | | Type: RECOMPLETION CASE | |
| Retrieval Code: | | | | SKLAR EXPLORATION CO., LLC | | | | | | | Field: Ashland | |
| Reserve Cat.: Proved Behind Pipe | | | | All Cases | | | | | | | Operator: Sklar Exploration Co. | |
| Location: | | | | Discount Rate: 10.00 | | | | | | | Reservoir: Hosston | |
| Archive Set: default | | | | As of: 07/01/2019 | | | | | | | Co., State: Natchitoches, LA | |
| | | | | | | | | | | | API No.: | |

Est. Cum Oil (Mbbl): 0.00
Est. Cum Gas (MMcf): 0.00
Est. Cum Water (Mbbl): 0.00

| Year | Oil Gross (Mbbl) | Gas Gross (MMcf) | Oil Net (Mbbl) | Gas Net (MMcf) | Oil Price ($/bbl) | Gas Price ($/Mcf) | Oil & Gas Rev. Net (M$) | Misc. Rev. Net (M$) | Costs Net (M$) | Taxes Net (M$) | Invest. Net (M$) | NonDisc. CF Annual (M$) | Cum Disc. CF (M$) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2020 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2022 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2023 | 0.00 | 193.31 | 0.00 | 9.51 | 0.00 | 2.67 | 25.41 | 0.00 | 5.77 | 1.19 | 6.50 | 11.95 | 7.86 |
| 2024 | 0.00 | 130.79 | 0.00 | 6.44 | 0.00 | 2.74 | 17.64 | 0.00 | 5.77 | 0.80 | 0.00 | 11.07 | 14.61 |
| 2025 | 0.00 | 93.93 | 0.00 | 4.62 | 0.00 | 2.82 | 13.04 | 0.00 | 5.77 | 0.58 | 0.00 | 6.69 | 18.31 |
| 2026 | 0.00 | 70.90 | 0.00 | 3.49 | 0.00 | 2.90 | 10.12 | 0.00 | 5.77 | 0.44 | 0.00 | 3.92 | 20.27 |
| 2027 | 0.00 | 9.27 | 0.00 | 0.46 | 0.00 | 2.99 | 1.36 | 0.00 | 0.86 | 0.06 | 0.00 | 0.45 | 20.48 |

| Rem. 7.7 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 0.00 | 498.20 | 0.00 | 24.52 | 0.00 | 2.76 | 67.57 | 0.00 | 23.93 | 3.07 | 6.50 | 34.07 | 20.48 |
| Ult. | 0.00 | 498.20 | | | | | | | | | | | |

| Major Phase: Gas | | | Eco. Indicators | | | |
|---|---|---|---|---|---|---|
| Initial Rate: | 20,000.00 | Mcf/month | Return on Investment (disc): | 5.467 | | Present Worth Profile (M$) |
| Abandonment: | 5,000.00 | Mcf/month | Return on Investment (undisc): | 6.242 | | PW 5.00%: 26.37 PW 20.00%: 12.47 |
| Initial Decline: | 38.229 | %/year  b = 0.50 | Years to Payout: | 3.80 | | PW 8.00%: 22.65 PW 30.00%: 7.68 |
| Initial Ratio: | 0.000 | bbl/Mcf | Internal Rate of Return (%): | 350.00 | | PW 9.00%: 21.54 PW 40.00%: 4.78 |
| Abandon Ratio: | 0.000 | bbl/Mcf | | Initial | 1st Rev. 2nd Rev. | PW 12.00%: 18.53 PW 50.00%: 3.00 |
| Abandon Day: | 02/24/2027 | | Working Interest: | 0.06500000 | 0.00000000 0.00000000 | PW 15.00%: 15.95 PW 60.00%: 1.90 |
| | | | Revenue Interest: | 0.04922227 | 0.00000000 0.00000000 | |
| | | | Rev. Date: | | | |

TRC Standard Eco.rpt

3

RUD001207

HFS009098

Date: 12/09/2019 2:44:55PM
Partner: SUCCESSION OF MIRIAM M. SKLAR
Retrieval Code: 129533510
Reserve Cat.: Proved Producing
Location:
Archive Set: default

Est. Cum Oil (Mbbl): 2.51
Est. Cum Gas (MMcf): 3,084.11
Est. Cum Water (Mbbl): 3.10

## ECONOMIC PROJECTION
### SKLAR EXPLORATION CO., LLC
All Cases
Discount Rate: 10.00
As of: 07/01/2019

Case: Echo Papa 10-10 #1
Type: LEASE CASE
Field: Castor
Operator: Sklar Exploration Co.
Reservoir: T-2 Sand
Co., State: Bienville, LA
API No.:

| Year | Oil Gross (Mbbl) | Gas Gross (MMcf) | Oil Net (Mbbl) | Gas Net (MMcf) | Oil Price ($/bbl) | Gas Price ($/Mcf) | Oil & Gas Rev. Net (M$) | Misc. Rev. Net (M$) | Costs Net (M$) | Taxes Net (M$) | Invest. Net (M$) | NonDisc. CF Annual (M$) | Cum Disc. CF (M$) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | 0.25 | 454.04 | 0.01 | 26.48 | 56.72 | 2.47 | 66.21 | 0.00 | 1.30 | 3.41 | 0.00 | 61.50 | 60.02 |
| 2020 | 0.39 | 700.07 | 0.02 | 40.82 | 55.73 | 2.52 | 104.12 | 0.00 | 2.61 | 5.26 | 0.00 | 96.26 | 147.38 |
| 2021 | 0.28 | 515.36 | 0.02 | 30.05 | 54.23 | 2.58 | 78.43 | 0.00 | 2.61 | 3.87 | 0.00 | 71.95 | 206.47 |
| 2022 | 0.22 | 396.19 | 0.01 | 23.10 | 53.65 | 2.60 | 60.75 | 0.00 | 2.61 | 2.97 | 0.00 | 55.17 | 247.47 |
| 2023 | 0.17 | 314.07 | 0.01 | 18.31 | 53.72 | 2.67 | 49.44 | 0.00 | 2.61 | 2.36 | 0.00 | 44.48 | 277.39 |
| 2024 | 0.14 | 255.72 | 0.01 | 14.91 | 54.11 | 2.74 | 41.30 | 0.00 | 2.61 | 1.92 | 0.00 | 36.78 | 299.77 |
| 2025 | 0.12 | 211.19 | 0.01 | 12.31 | 55.57 | 2.82 | 35.10 | 0.00 | 2.61 | 1.59 | 0.00 | 30.91 | 316.80 |
| 2026 | 0.10 | 177.79 | 0.01 | 10.37 | 57.23 | 2.90 | 30.39 | 0.00 | 2.61 | 1.34 | 0.00 | 26.45 | 329.99 |
| 2027 | 0.08 | 151.04 | 0.00 | 8.81 | 58.95 | 2.99 | 26.62 | 0.00 | 2.61 | 1.14 | 0.00 | 22.88 | 340.32 |
| 2028 | 0.06 | 118.12 | 0.00 | 6.89 | 60.72 | 3.08 | 21.45 | 0.00 | 2.37 | 0.89 | 0.00 | 18.18 | 347.78 |
| Rem. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 9.4 | 1.81 | 3,293.60 | 0.11 | 192.06 | 55.46 | 2.64 | 513.82 | 0.00 | 24.53 | 24.74 | 0.00 | 464.55 | 347.78 |
| Ult. | 4.32 | 6,377.72 | | | | | | | | | | | |

Major Phase: Gas
Initial Rate: 81,788.00 Mcf/month
Abandonment: 10,000.00 Mcf/month
Initial Decline: 32.245 %/year  b = 0.50
Initial Ratio: 0.001 bbl/Mcf
Abandon Ratio: 0.001 bbl/Mcf
Abandon Day: 11/28/2028

### Eco. Indicators
| | Initial | 1st Rev. | 2nd Rev. |
|---|---|---|---|
| Return on Investment (disc): | 0.000 | | |
| Return on Investment (undisc): | 0.000 | | |
| Years to Payout: | 0.00 | | |
| Internal Rate of Return (%): | 0.00 | | |
| Working Interest: | 0.06398438 | 0.00000000 | 0.00000000 |
| Revenue Interest: | 0.05831190 | 0.00000000 | 0.00000000 |
| Rev. Date: | | | |

Present Worth Profile (M$)
PW 5.00%: 398.87
PW 8.00%: 366.75
PW 9.00%: 357.04
PW 12.00%: 330.51
PW 15.00%: 307.39
PW 20.00%: 274.96
PW 30.00%: 226.70
PW 40.00%: 192.91
PW 50.00%: 168.12
PW 60.00%: 149.21

TRC Standard Eco.rpt

4

**ECONOMIC PROJECTION**
**SKLAR EXPLORATION CO., LLC**
All Cases
Discount Rate: 10.00
As of: 07/01/2019

Date: 12/09/2019 2:44:55PM
Partner: SUCCESSION OF MIRIAM M. SKLAR
Retrieval Code: 129792234
Reserve Cat.: Proved Producing
Location:
Archive Set: default

Case: J B Evans 11-4 #1
Type: LEASE CASE
Field: Castor
Operator: Sklar Exploration Co.
Reservoir: T-2 Sand
Co., State: Bienville, LA
API No.:

Est. Cum Oil (Mbbl): 1.31
Est. Cum Gas (MMcf): 1,733.03
Est. Cum Water (Mbbl): 1.78

| Year | Oil Gross (Mbbl) | Gas Gross (MMcf) | Oil Net (Mbbl) | Gas Net (MMcf) | Oil Price ($/bbl) | Gas Price ($/Mcf) | Oil & Gas Rev. Net (M$) | Misc. Rev. Net (M$) | Costs Net (M$) | Taxes Net (M$) | Invest. Net (M$) | NonDisc. CF Annual (M$) | Cum Disc. CF (M$) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | 0.14 | 361.57 | 0.01 | 17.79 | 56.72 | 2.47 | 44.35 | 0.00 | 1.31 | 2.27 | 0.00 | 40.77 | 39.79 |
| 2020 | 0.26 | 534.13 | 0.01 | 26.29 | 55.73 | 2.52 | 66.95 | 0.00 | 2.62 | 3.37 | 0.00 | 60.95 | 95.14 |
| 2021 | 0.18 | 375.92 | 0.01 | 18.50 | 54.23 | 2.58 | 48.21 | 0.00 | 2.62 | 2.37 | 0.00 | 43.22 | 130.64 |
| 2022 | 0.13 | 279.60 | 0.01 | 13.76 | 53.65 | 2.60 | 36.13 | 0.00 | 2.62 | 1.76 | 0.00 | 31.75 | 154.25 |
| 2023 | 0.10 | 216.10 | 0.01 | 10.64 | 53.72 | 2.67 | 28.67 | 0.00 | 2.62 | 1.36 | 0.00 | 24.69 | 170.86 |
| 2024 | 0.08 | 172.44 | 0.00 | 8.49 | 54.11 | 2.74 | 23.47 | 0.00 | 2.62 | 1.09 | 0.00 | 19.77 | 182.90 |
| 2025 | 0.07 | 140.11 | 0.00 | 6.90 | 55.57 | 2.82 | 19.63 | 0.00 | 2.62 | 0.88 | 0.00 | 16.13 | 191.78 |
| 2026 | 0.06 | 116.38 | 0.00 | 5.73 | 57.23 | 2.90 | 16.77 | 0.00 | 2.62 | 0.74 | 0.00 | 13.41 | 198.47 |
| 2027 | 0.05 | 98.18 | 0.00 | 4.83 | 58.95 | 2.99 | 14.58 | 0.00 | 2.62 | 0.62 | 0.00 | 11.34 | 203.59 |
| 2028 | 0.04 | 83.65 | 0.00 | 4.12 | 60.72 | 3.08 | 12.80 | 0.00 | 2.62 | 0.53 | 0.00 | 9.65 | 207.54 |
| 2029 | 0.03 | 70.90 | 0.00 | 3.49 | 62.27 | 3.15 | 11.10 | 0.00 | 2.62 | 0.45 | 0.00 | 8.03 | 210.51 |
| 2030 | 0.03 | 60.27 | 0.00 | 2.97 | 62.46 | 3.16 | 9.46 | 0.00 | 2.62 | 0.38 | 0.00 | 6.46 | 212.67 |
| 2031 | 0.02 | 46.43 | 0.00 | 2.29 | 62.46 | 3.16 | 7.29 | 0.00 | 2.35 | 0.29 | 0.00 | 4.64 | 214.09 |
| Rem. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 12.4 | 1.20 | 2,555.67 | 0.06 | 125.78 | 55.93 | 2.67 | 339.41 | 0.00 | 32.47 | 16.13 | 0.00 | 290.81 | 214.09 |
| Ult. | 2.50 | 4,288.70 | | | | | | | | | | | |

Major Phase: Gas
Initial Rate: 65,861.00 Mcf/month
Abandonment: 4,000.00 Mcf/month
Initial Decline: 37.223 %/year  b = 0.50
Initial Ratio: 0.000 bbl/Mcf
Abandon Ratio: 0.000 bbl/Mcf
Abandon Day: 11/24/2031

**Eco. Indicators**

| | Initial | 1st Rev. | 2nd Rev. |
|---|---|---|---|
| Return on Investment (disc): | 0.000 | | |
| Return on Investment (undisc): | 0.000 | | |
| Years to Payout: | 0.00 | | |
| Internal Rate of Return (%): | 0.00 | | |
| Working Interest: | 0.06427281 | 0.00000000 | 0.00000000 |
| Revenue Interest: | 0.04921516 | 0.00000000 | 0.00000000 |
| Rev. Date: | | | |

**Present Worth Profile (M$)**
PW 5.00%: 246.91   PW 20.00%: 169.14
PW 8.00%: 226.14   PW 30.00%: 140.24
PW 9.00%: 219.95   PW 40.00%: 120.21
PW 12.00%: 203.25  PW 50.00%: 105.51
PW 15.00%: 188.91  PW 60.00%: 94.23

TRC Standard Eco.rpt                                                5