BENEFICIAL INTEREST **Exhibit RUD-III** 1st & 2nd YS
SKC KS

| | | | |
|---|---|---|---|
| Property: | Cedar Creek Land & Timber 13-11 #1 (1CED68) | Field: | Shipps Creek |
| | SW/4 of Section 13, T3N-R10E | County: | Escambia |
| Operator: | SEC | State: | AL |
| Payor: | SEC | Additional Info: | |
| | | CFB Page: | |
| GWI: | 0.20125000 BPPO | Land: | |
| GWI: | 0.27380952 OEE | ACCT: | |
| GWI: | 0.29462781 APPO | | |
| BPPO NRI: | 0.15093750 Before 50k bbls | | |
| APPO NRI: | 0.20218833 Before 50k bbls | | |
| BPPO NRI: | 0.14087500 After 50k bbls | | |
| APPO NRI: | 0.18870911 After 50k bbls | | |

| Name | BPPO GWI | OEE BPPO GWI | APPO GWI |
|---|---|---|---|
| JUD | | | |
| HOW | 0.20125000 | 0.27380952 | 0.29462781 |
| SMMS | | | |
| ALA | | | |
| JON | | | |
| JUS | | | |
| SAM | | | |
| | 0.20125000 | 0.27380952 | 0.29462781 |

| Name | BPPO NRI before 50k barrels | APPO NRI before 50k barrels | BPPO NRI after 50k barrels | APPO NRI after 50k barrels |
|---|---|---|---|---|
| JUD | | | | |
| HOW | 0.15093750 | 0.20218833 | 0.14087500 | 0.18870911 |
| SMMS | | | | |
| ALA | | | | |
| JON | | | | |
| JUS | | | | |
| SAM | | | | |
| | 0.15093750 | 0.20218833 | 0.14087500 | 0.18870911 |

COMMENTS: Allocated the same as Shipps Creek Prospect.

| ACCOUNTING |
|---|
| Deck Entered by: _____  Date: _____ |
| Accounting Deck Provided to: Land _____ DB: _____  Date: _____ |