<b><span style="color:red">Exhibit RUD-JJJ</span></b>

| | BENEFICIAL INTEREST | | | |
|---|---|---|---|---|
| | SKC | | 2nd YS | |
| | | | TCR | |

Well: Fishpond Oil Unit  Field: Escambia
Sections 9 & 10, T3N-R12E  Escambia
 State: AL
Operator: SEC  Additional Info:
Payor: SEC  CFB Page:

 Land:
Unit AWPO1 GWI: 0.26300778  ACCT:
Unit AWPO1 GWI: 0.35391000 OEE Insurance
Unit AWPO1 NRI: 0.17029756
Unit AWPO2 GWI: 0.24837500 After Rudman Non-Consent Penalty
Unit AWPO2 GWI: 0.35293073 OEE Insurance
Unit AWPO2 NRI: 0.16082283 After Rudman Non-Consent Penalty
Unit AWPO2 GWI: 0.35059549 OEE InsuranceAfter Rudman Non-Consent Penalty

| Name | CCLT 9-8 & Tracts 3-6 Actual AWPO1 GWI | CCLT 9-8 & Tracts 3-6 Tract Factor AWPO1 GWI | CCLT 10-5 Actual AWPO1 GWI | CCLT 10-5 Tract Factor AWPO1 GWI | Unit Total AWPO1 GWI | Unit Total AWPO1 OEE |
|---|---|---|---|---|---|---|
| HOW | 0.24650000 | 0.11153931 | 0.27322615 | 0.14959347 | 0.26113278 | 0.35138696 |
| SMMS | | | | | | |
| SUT | | | | | | |
| SUZ | | | | | | |
| ALA | 0.00093750 | 0.00042421 | 0.00093750 | 0.00051329 | 0.00093750 | 0.00126152 |
| JON | | | | | | |
| JUS | | | | | | |
| SAM | 0.00093750 | 0.00042421 | 0.00093750 | 0.00051329 | 0.00093750 | 0.00126152 |
| | **0.24837500** | **0.11238773** | **0.27510115** | **0.15062005** | **0.26300778** | **0.35391001** |
| | TF: 0.45249212 | | TF: 0.54750789 | | | |

| Name | CCLT 9-8 & Tracts 3-6 Actual AWPO1 NRI | CCLT 9-8 & Tracts 3-6 Tract Factor AWPO1 NRI | CCLT 10-5 Actual AWPO1 NRI | CCLT 10-5 Tract Factor AWPO1 NRI | Unit Total AWPO1 NRI |
|---|---|---|---|---|---|
| HOW | 0.15959563 | 0.07221576 | 0.17691394 | 0.09686180 | 0.16907756 |
| SMMS | | | | | |
| SUT | | | | | |
| SUZ | | | | | |
| ALA | 0.00061359 | 0.00027765 | 0.00060703 | 0.00033235 | 0.00061001 |
| JON | | | | | |
| JUS | | | | | |
| SAM | 0.00061359 | 0.00027765 | 0.00060703 | 0.00033235 | 0.00061001 |
| | **0.16082281** | **0.07277107** | **0.17812800** | **0.09752651** | **0.17029758** |
| | TF: 0.45249212 | | TF: 0.54750789 | | |

| Name | CCLT 9-8 & Tracts 3-6 Actual AWPO2 GWI | CCLT 9-8 & Tracts 3-6 Tract Factor AWPO2 GWI | CCLT 10-5 Actual AWPO2 GWI | CCLT 10-5 Tract Factor AWPO2 GWI | 10/2/18 Unit Total AWPO2 GWI | 10/25/18 Unit Total AWPO2 OEE |
|---|---|---|---|---|---|---|
| HOW | 0.24650000 | 0.11153931 | 0.24650000 | 0.13496069 | 0.24650000 | 0.34794883 |
| SMMS | | | | | | |
| SUT | | | | | | |
| SUZ | | | | | | |
| ALA | 0.00093750 | 0.00042421 | 0.00093750 | 0.00051329 | 0.00093750 | 0.00132333 |
| JON | | | | | | |
| JUS | | | | | | |
| SAM | 0.00093750 | 0.00042421 | 0.00093750 | 0.00051329 | 0.00093750 | 0.00132333 |
| | **0.24837500** | **0.11238773** | **0.24837500** | **0.13598727** | **0.24837500** | **0.35059550** |
| | TF: 0.45249212 | | TF: 0.54750789 | | | |

| Name | CCLT 9-8 & Tracts 3-6 Actual AWPO2 NRI | CCLT 9-8 & Tracts 3-6 Tract Factor AWPO2 NRI | CCLT 10-5 Actual AWPO2 NRI | CCLT 10-5 Tract Factor AWPO2 NRI | 10/2/18 Unit Total AWPO2 NRI |
|---|---|---|---|---|---|
| HOW | 0.15959563 | 0.07221575 | 0.15959563 | 0.08737988 | 0.15959563 |
| SMMS | | | | | |
| SUT | | | | | |
| SUZ | | | | | |
| ALA | 0.00061359 | 0.00027765 | 0.00061359 | 0.00033595 | 0.00061360 |
| JON | | | | | |
| JUS | | | | | |
| SAM | 0.00061359 | 0.00027765 | 0.00061359 | 0.00033595 | 0.00061360 |
| | **0.16082281** | **0.07277106** | **0.16082281** | **0.08805177** | **0.16082283** |
| | TF: 0.45249212 | | TF: 0.54750789 | | |

COMMENTS: Unit contains CCLT 10-5 and the CCLT 9-8.

ACCOUNTING

Deck Entered by: _____  Date: _____

Accounting Deck Provided to: Land _____  DB: _____  Date: _____