**BENEFICIAL INTEREST**
**SKC**

<span style="color:red">**Exhibit RUD-KKK**</span>

**1st & 2nd YS**
**KE**

Legal: _____

Well: **Southeast Brooklyn Oil Unit**

Operator: SEC

Payor: SEC

GWI: **0.12114665**

NRI: **0.08483665**

OEE: **0.14471785**   **3.2.20**

Field: Brooklyn

County: Escambia/Conecuh

State: AL

Additional Info:

CFB Page:

KR/MG:

Land: _____

| Name | Beneficial Intere | GWI | NRI | OEE (3.2.20) |
|------|-------------------|-----|-----|-----|
| **JUD** | | | | |
| **HOW** | 0.95867769 | 0.11614059 | 0.08133100 | 0.13873777 |
| **MIR** | | | | |
| **SKI** | | | | |
| **SUT** | | | | |
| **ALA** | 0.02066116 | 0.00250303 | 0.00175283 | 0.00299004 |
| **JON** | | | | |
| **JUS** | | | | |
| **SAM** | 0.02066116 | 0.00250303 | 0.00175282 | 0.00299004 |
| | **1.00000000** | **0.12114665** | 0.08483665 | **0.14471785** |

**COMMENTS:**   **Per removing bantam creek & doublepine from OEE deck**

**ACCOUNTING**

Deck Entered by: _____   Date: _____

Accounting Deck Provided to: Land _____   Date: _____

HFS126939