**Exhibit RUD-LLL**

**BENEFICIAL INTEREST**
**SKC**

2nd YS
OM

Legal: _____
Well: **Southwest Brooklyn Oil Unit**            Field: Brooklyn
                                                  County: Escambia/Conecuh
Operator: SEC                                     State: AL
Payor: SEC                                        Additional Info: ___
                                                  CFB Page: ___
GWI: **0.19649466**   as of 2-6-19
NRI: **0.14003064**   as of check dated 3-25-19   Land: ___
OEE: **0.21473863**                               ACCT: KR
OEE: **0.22282775**   per 1/31/20 JIB 2.6.20
OEE: **0.22421144**   3.2.20
GWI: **0.19557668**   CCL&T 35-15 Well Paid out effective 11/1/2019
NRI: **0.13859174**   CCL&T 35-15 Well Paid out effective 11/1/2019
OEE: **0.22300126**   CCL&T 35-15 Well Paid out effective 11/1/2019

| Name | Beneficial Interest | GWI | NRI | OEE | 2.6.2020 OEE | 3.2.20 OEE | CCL&T 35-15 Payout 8.27.20 GWI | CCL&T 35-15 Payout 8.27.20 NRI | CCL&T 35-15 Payout 8.27.20 OEE |
|---|---|---|---|---|---|---|---|---|---|
| JUD | | | | | | | | | |
| HOW | 0.95867769 | 0.18837504 | 0.13424424 | 0.20586513 | 0.21361999 | 0.21494650 | 0.18749500 | 0.13286481 | 0.21378633 |
| MIR | | | | | | | | | |
| SKI | | | | | | | | | |
| SUT | | | | | | | | | |
| ALA | 0.02066116 | 0.00405981 | 0.00289320 | 0.00443675 | 0.00460388 | 0.00463247 | 0.00404084 | 0.00286347 | 0.00460746 |
| JON | | | | | | | | | |
| JUS | | | | | | | | | |
| SAM | 0.02066116 | 0.00405981 | 0.00289320 | 0.00443675 | 0.00460388 | 0.00463247 | 0.00404084 | 0.00286346 | 0.00460747 |
| | 1.00000000 | 0.19649466 | 0.14003064 | 0.21473863 | 0.22282775 | 0.22421144 | 0.19557668 | 0.13859174 | 0.22300126 |

COMMENTS:  CCL&T 35-15 well paid out effective 11/1/2019. Prior period adjustments will need to be made to reflect PO as of this date.

**ACCOUNTING**
Deck Entered by: _____     Date: _____

Accounting Deck Provided to: Land _____   Date: _____