

Boulder Office
5395 Pearl Parkway, Ste. 200
Boulder, Colorado 80301
Phone: 303-541-1559
Facsimile: 303-443-1551

James Katchadurian, CRO
Telephone: (914) 646-9451
james.katchadurian@cr3partners.com

**Exhibit RUD-VVV**

July 27, 2021

TO: Working Interest Owners in the Escambia Prospect

From: Sklar Exploration Company L.L.C., as Operator of the Prospect Area

Re: Election of Successor Operator

_____

      As you are probably aware, Sklar Exploration Company, LLC ("SEC") is resigning as Operator under the Escambia Operating Agreement, as amended, in connection with its pending bankruptcy proceedings. The Escambia Operating Agreement governs, among other operations, the operation of the Abbeyville Gas Processing Plant and the CCL&T 2-15 #1 Well. It is therefore necessary for the Working Interest Owners to elect a successor Operator pursuant to the terms and provisions of the Operating Agreement. Two potential successor operators have been identified and have expressed an interest in serving as successor – Pruet Production Co. and Fletcher Petroleum Company, LLC. Each company has submitted certain materials of its own choosing providing further information about itself, and that information is enclosed herewith. On the next page is a ballot where you can indicate your choice of either Pruet or Fletcher to be the successor operator. Note that to be elected, the successor must receive the affirmative vote of two or more parties owning a majority interest in the Escambia Prospect. Ballots must be submitted within 15 days of your receipt hereof, and we will assume that this was received three business days after mailing. When completed, we ask that your ballot be mailed or emailed to the following:

    Sklar Exploration Company, LLC
    5395 Pearl Parkway, #200
    Boulder, CO 80301
    E-Mail: mmcphillips@sklarexploration.com

                                          Sincerely,
                                          Sklar Exploration Co. L.L.C.

                                          By: James Katchadurian
                                          As its Chief Restructuring Officer

RUD004274

BALLOT TO ELECT SUCCESSOR OPERATOR UNDER
THE ESCAMBIA OPERATING AGREEMENT


_____ The undersigned Working Interest Owner votes to elect Pruet Production Co. as the successor operator under the Escambia Operating Agreement.

_____ The undersigned Working Interest Owner votes to elect Fletcher Petroleum Company, LLC as the successor operator under the Escambia Operating Agreement.


Date: _____, 2021   _____
                                 Name of Working Interest Owner



                                 By: _____
                                     As its _____
                                     An Authorized Representative

RUD004275

PHONE 601-948-5279 / FAX 601-355-5438

## PRUET PRODUCTION CO.



217 WEST CAPITOL STREET / SUITE 201 • JACKSON, MISSISSIPPI 39201

July 1, 2021

Owners of Interest in Properties Operated by Sklar Exploration Company
SW and SE Brooklyn Oil Units and Little Cedar Creek Fields
Conecuh and Escambia Counties, Alabama

        Re:    Proposal to Succeed Sklar Exploration Company LLC as Operator of the Southwest and Southeast Brooklyn Oil Units, the Craft Hamiter 20-11, Craft Mack 17-4 and CCLT 2-15 Wells, and the North Beach and Escambia Operating Agreements.

The Addressed Parties are owners of interest in one or more of the referenced oil and gas properties. These properties are currently operated by Sklar Exploration Company LLC ("*Sklar*"), but in connection with the bankruptcy of Sklar, Sklar has made the decision to wind down its operations. Numerous parties have requested that Pruet Production Co. ("*Pruet*") succeed Sklar as operator on properties in the States of Alabama, Mississippi and Florida. Voting to select the successor operator for the referenced properties is scheduled to begin on or about July 1, 2021. Voting on remaining properties will begin at other dates.

By letter dated June 11, 2021, we provided information about Pruet, our philosophy on operations, and our involvement with these properties. A copy of the June 11, 2021 letter with the addendum is enclosed with this letter. Please review the attachment, but in summary:

1. Pruet and its predecessor affiliates have been in the oil and gas business continuously for 75 years;

2. Pruet is not a "*contract operator*"; Pruet operates wells in which it or an affiliate of Pruet owns an interest. Although Pruet's interest in the SW and SE Brooklyn Oil Units is relatively small, Pruet serves as attorney in fact for parties owning approximately 26.9% of working interest in the SE Brooklyn Oil Unit (*SEBOU*) and 11.2% of the working interest in the SW Brooklyn Oil Unit (*SWBOU*). In addition, Pruet is a member of the *Ad Hoc Committee of Working Interest Owners* in Sklar's bankruptcy, along with McCombs Energy, Ltd., FPCC USA, JF Howell Interests, LP and Fant Energy Limited, who own an additional approximate 17.9% of the SEBOU and 33.8% of the SWBOU, and who support Pruet as successor operator. Other parties expressing support for Pruet as the successor operator include the Rudman Partnership and affiliates, Pickens Financial Group, LLC, Tauber Exploration & Production Company, Michael Johnson/Landmark Oil & Gas LLC, L.F. "Bud" Goza/Strago, John Nix (and other members of the Avery Group), and others. Enclosed with this letter is a statement of support signed by various owners of interest in the SW and SE Brooklyn Oil Units;

3. Pruet operates the NW and NE Brooklyn Oil Units, and has implemented a successful secondary recovery program on these units (see addendum attached to the enclosed June 11, 2021 letter).

RUD004276

Sklar Exploration Company LLC Successor Operator
July 1, 2021
Page 2 of 2

Pruet has operated wells in Brooklyn and Little Cedar Creek Fields since 2011, and is intimately familiar with the intricacies of these properties;

4. The injection rates for the SWBOU and SEBOU are not sufficient to fill the reservoir void. With the exception of temporary increases of production arising from acid stimulations, the SWBOU and SEBOU are producing on a straight-line decline, providing evidence of the need to alter the injection program. Implementing an effective injection program for the SWBOU and SEBOU will result in additional recovery of reserves and a significant increase in asset value to the owners in these units;

5. Because the Smackover formation in the Sklar operated SEBOU and the Pruet operated NEBOU is in communication, it is imperative that both units be operated on a coordinated basis to realize maximum recovery of secondary reserves for both units;

6. Pruet understands the necessity of operating oil and gas wells on a cost-effective basis. We believe that cost savings for field operations on the units can be achieved through economy of scale and the imposition of Pruet's method of field operations. In addition, although permitted by the joint operating agreements, *Pruet does not charge to the joint account the salaries and benefits of its employees for offsite technical services.*

Pruet takes seriously the responsibilities entrusted to us as an operator of oil and gas properties. Pruet makes a conscious effort to keep our joint account fully informed of all matters relating to unit operations. Pruet understands the issues affecting these properties, and we look forward to working with you to address these matters.

Please do not hesitate to contact us with any follow up questions. You may contact me, David Hilton (VP of Operations at 601-718-9423 or by email to dhilton@pruet.com) or Stan Kynerd (General Counsel at 601-672-6388 or by email to skynerd@pruet.com).

We sincerely appreciate your support.

**YOUR VOTE IS IMPORTANT. PLEASE TAKE THE TIME TO EXERCISE YOUR RIGHTS TO SELECT THE SUCCESSOR OPERATOR.**

Very truly yours

William R. James
President

To Whom It May Concern:

We are working interest owners in the Southwest and Southeast Brooklyn Units (the "Units"). Sklar Exploration Company, LLC is resigning as operator of the Units and the working interests owners are required to elect a successor operator. While other operators have expressed an interest in this role, we have identified Pruet Production Co. ("Pruet") as the best firm to fill this role. Pruet's long track record of success and its stellar reputation in the industry makes Pruet the best choice. For that reason, we are submitting our ballots in favor of Pruet. By signing below, the undersigned authorizes its signature to be electronically-affixed to a single copy of this letter containing the signatures of the other working interest owners who also have signed this letter. The undersigned also authorizes a signed copy of this letter to be shared with other parties in interest.

_[signature]_ 6-22-21      _[signature]_ 6-20-21
Signature    Date    Signature

Kellye Echols
Printed Name     Printed Name     DALE CLARK
Coleman Revocable Trust     Printed N
Company     Company     DCOD
                        Company

_[signature]_ 6/28/21      Don B. Saunders    6-21-2021
Signature    Date      Signature    Date

DONALD L. CLARK      Don B. Saunders
Printed Name      Printed Name

DBC RESOURCES LP      Don Saunders Trust
Company      Company

_[signature]_ June 29, 2021      _[signature]_ 6-28-2021
Signature    Date      Signature    Date

Weei-Jian Chen      David Morgan
Printed Name      Printed Name

FPCC USA, Inc      JF Howell Interests, LP
Company      Company

10243602.1               **RUD004278**

| Signature / Date | Signature / Date |
|---|---|
| Signature: [signed] 6/20/2021<br>Printed Name: Darrell J. Mueller<br>Company: Fiddler Investments | Signature: Robert S. Gaston 6/21/21<br>Printed Name: ROBERT S. GASTON<br>Company: GASTON OIL Co., Inc. |
| Signature: [signed] 6/21/21<br>Printed Name: GRADY Cooksey Jr.<br>Company: GJR Investments Inc | Signature: [signed] 6.21.21<br>Printed Name: Simon Hall, CFO<br>Company: Hall + Hall, LLC |
| Signature: [signed] 6-21-2021<br>Printed Name: John Maxey<br>Company: HANSON OPERATING COMPANY, INC. | Signature: Cindy Meehl 6-23-2021<br>Printed Name: CINDY MEEHL<br>Company: Hughes 2000 CT. LLC |
| DocuSigned by: [signed] 6/22/2021<br>Printed Name: James M. Seneff, Jr.<br>Company: JMS Oil & Gas Holdings, LLC | Signature: [signed] 6/22/21<br>Printed Name: Michael Johnson, manager Landmark Exploration, LLC<br>Company: Landmark Exploration, LLC |

10243602.1

2

RUD004279

Signature: [signed] 6/2/21
Printed Name: GREGORY E BELISLE
Company: McCombs Energy, Ltd.

Signature: [signed] 6/22/21
Printed Name: CRAIG CLARK
Company: Tam-Lin Corporation

Signature: [signed] 6/23/2021
Printed Name: BRADEN C DESPOT
Company: Petroleum Investments Inc

Signature: [signed] 06/23/21
Printed Name: PAULA DENLEY
Company: PAULA W. DENLEY LLC

Signature: [signed] 6/23/2021
Printed Name: Mike Pickens
Company: Pickens Financial Group LLC

Signature: [DocuSigned by] Robert A. Bourne  6/22/2021
Printed Name: Robert A. Bourne
Company: RAB Oil & Gas Holdings, LLC

Signature: [signed] 6/28/21
Printed Name: W.R. (Trey) Sibley III
Company: Gen. Mgr. The Rudman Partnership

Signature: [signed] 5-22-21
Printed Name: L.F. GOZA
Company: Stargo Petroleum

_____ R L Sawyer 6/28/21 _____
Signature / Date

Ronald L. Sawyer
Printed Name

Sawyer Drilling & Service, LLC
Company

_____ Alvin Byrd 6/21/2021 _____
Signature / Date

Alvin W. Byrd
Printed Name

Summit LLC
Company

_____ Ruth A. Wallace 6-22-2021 _____
Signature / Date

Ruth H. Wallace
Printed Name

Wallace & Wallace, LLC
Company

_____ Micky 2Q 6/21/21 _____
Signature / Date

Mickey Quinlan
Printed Name

Sugar Oil Properties, LP
Company

_____ [signature] 6/22/21 _____
Signature / Date

Richard E. Tauber
Printed Name

Tauber Exploration & Production Co.
Company

_____ [signature] 6/28/21 _____
Signature / Date

Stephen Suler
Printed Name

Faut Energy
Company

PHONE 601-948-5279 / FAX 601-355-5438

## PRUET PRODUCTION CO.



217 WEST CAPITOL STREET / SUITE 201 • JACKSON, MISSISSIPPI 39201

June 11, 2021

Pruet Production Co.
217 West Capitol Street
Suite 201
Jackson, MS 39201

Re: Proposal to Succeed Sklar Exploration Company LLC as Operator of the Southwest and Southeast Brooklyn Oil Units, the Craft Hamiter 20-11, Craft Mack 17-4 and CCLT 2-15 Wells, and the North Beach and Escambia Operating Agreements.

The Addressed Parties are owners of interest in oil and gas properties currently operated by Sklar Exploration Company LLC ("*Sklar*"). As you are aware, Sklar filed for bankruptcy protection on April 1, 2020. Sklar has now made the decision to wind down operations, with the result that successor operators will be elected to succeed Sklar. Numerous parties have requested that Pruet Production Co. ("*Pruet*") succeed Sklar on properties in the States of Alabama, Mississippi and Florida. It is anticipated that voting for the successor operator will begin on or about July 1, 2021 on the following properties:

- Southwest Brooklyn Oil Unit
- Southeast Brooklyn Oil Units
- CCL&T 2-15 Well (Brooklyn Field)
- The North Beach operating agreement dated November 15, 2004, as amended, governing operations on the North Beach Gas Plant

- Craft Hamiter 20-11 Well (Little Cedar Creek Field)
- Craft Mack 17-4 Well (Little Cedar Creek Field)
- The Escambia Operating Agreement dated November 1, 2006 governing operations on the Abbyville Gas Plant, which processes gas produced from various fields, including the SW and SE Brooklyn Oil Units, and

The purpose of this letter is to explain Pruet's involvement in these properties and to ask for your support of Pruet to succeed Sklar as operator of these properties.[1]

Pruet and its predecessor affiliates have been in the oil and gas business continuously for 75 years. Pruet is not a "*contract operator*"; Pruet operates wells in which it or an affiliate of Pruet owns an interest.

---

[1] The North Beach and Escambia Operating Agreements require that a successor operator be elected from parties owning an interest in the Contract Area covered by the agreement. Conditioned upon Pruet being elected as the successor operator, Rudman Partnership has agreed to assign an interest to Pruet in the Escambia Operating Agreement, while JF Howells Interests, LP has agreed to assign an interest to Pruet in the North Beach Operating Agreement.

Sklar Exploration Company LLC Successor Operator
June 11, 2021
Page 2 of 3

Although Pruet's interest in the SW and SE Brooklyn Oil Units is relatively small, Pruet serves as attorney in fact for parties owning approximately 26.9% of working interest in the SE Brooklyn Oil Unit (*SEBOU*) and 11.2% of the working interest in the SW Brooklyn Oil Unit (*SWBOU*). In addition, Pruet is a member of the *Ad Hoc Committee of Working Interest Owners* in Sklar's bankruptcy, along with McCombs Energy, Ltd., FPCC USA, JF Howell Interests, LP and Fant Energy Limited, who own an additional approximate 17.9% of the SEBOU and 33.8% of the SWBOU, and who support Pruet as successor operator. Other parties expressing support for Pruet as the successor operator include the Rudman Partnership and affiliates, Pickens Financial Group, LLC, Tauber Exploration & Production Company, Michael Johnson/Landmark Oil & Gas LLC, L.F. "Bud" Goza/Strago, John Nix (and other members of the Avery Group), and others.

Pruet operates the NW and NE Brooklyn Oil Units, and has implemented a successful secondary recovery program on these units (see attached addendum for additional information). Pruet has operated wells in Brooklyn and Little Cedar Creek Fields since 2011, and is intimately familiar with the intricacies of these properties.

If elected as the successor operator for these properties, Pruet intends to quickly work with the joint account to address various issues, including the following:

A. The injection rates for the SWBOU and SEBOU are not sufficient to fill the reservoir void. With the exception of temporary increases of production arising from acid stimulations, the SWBOU and SEBOU are producing on a straight-line decline, providing evidence of the need to alter the injection program. Implementing an effective injection program for the SWBOU and SEBOU will result in additional recovery of reserves and a significant increase in asset value to the owners in these units;

B. Because the Smackover formation in the Sklar operated SEBOU and the Pruet operated NEBOU is in communication, it is imperative that both units be operated on a coordinated basis to realize maximum recovery of secondary reserves for both units. Operating these units in a competitive manner will likely result in a loss of reserves to both units;

C. The operating costs for the North Beach Plant are substantial and are allocated to the wells delivering gas to the plant on a throughput basis. Because of the minimal volume of gas being delivered to the North Beach Plant, the continued operation of the North Beach Plant is having a significant adverse impact on the overall economics of wells delivering gas to the North Beach Plant, including the Craft Mack 17-4 Well in Little Cedar Creek Field (and to a lesser extent the Craft Hamiter 20-11), and the Sklar Operated Little Cedar Creek Oil Unit II.

Pruet understands the necessity of operating oil and gas wells on a cost-effective basis. We believe that significant cost savings for field operations on the units can be achieved through economy of scale and the imposition of Pruet's method of field operations. In addition, although permitted by the joint operating agreements, Pruet does not charge to the joint account the salaries and benefits of its employees for offsite technical services. With such exception, Pruet's operations will be in accordance with the existing operating agreements governing the properties.

RUD004283

Sklar Exploration Company LLC Successor Operator
June 11, 2021
Page 3 of 3

Pruet takes seriously the responsibilities entrusted to us as an operator of oil and gas properties. Pruet makes a conscious effort to keep our joint account fully informed of all matters relating to unit operations. Pruet understands the issues affecting these properties, and we look forward to working with you to address these matters.

Attached with this letter is a separate document providing additional information relating to Pruet and our operations. Please note the graphs attached to the letter which reflect the success we have achieved on the NW and NE Brooklyn Oil Units.

Pruet has expended a significant amount of time and expense in conducting due diligence on these properties, with such efforts continuing on a daily basis. This due diligence, together with our knowledge of Brooklyn Field and operational experience in secondary recovery operations uniquely qualifies Pruet to succeed Sklar as the operator of these properties. We ask for your support as operator when the ballots are issued in the near future.

Please do not hesitate to contact us with any follow up questions. You may contact me, David Hilton (VP of Operations at 601-718-9423 or by email to dhilton@pruet.com) or Stan Kynerd (General Counsel at 601-672-6388 or by email to skynerd@pruet.com).

We sincerely appreciate your support.

Very truly yours

William R. James
President

RUD004284

Addendum to Letter Dated June 11, 2021
Pruet Production Co. Qualifications as Operator
Page 1 of 5

Pruet Production Co. ("*Pruet*") and parties represented by Pruet own significant interests in oil and gas properties currently operated by Sklar Exploration Company LLC ("*Sklar*"). As you are aware, Sklar filed for bankruptcy on April 1, 2020, over one year ago. Sklar has now made the decision to liquidate, which will necessitate the election of successor operators on the properties currently operated by Sklar. Many owners of interest in the properties currently operated by Sklar have requested that Pruet succeed Sklar as operator of the properties in Alabama, Mississippi and Florida. This letter provides a summary of Pruet's long history in the industry and our approach to operations. We hope you will find this information useful in deciding that Pruet should be named the successor operator of these properties. The initial election will relate to the SW and SE Brooklyn Oil Units, several non-unitized wells in Little Cedar Creek Field and Brooklyn Field and the North Beach and Abbyville Gas Plants. This letter will relate primarily to these properties.

### *Pruet's History*

Pruet traces its beginnings back to 1946 when Chesley Pruet first entered the drilling business as a partner in Zach Brooks Drilling Company. In 1955, Zach Brooks Drilling Company discovered Citronelle Field in south Alabama. A few years later, Mr. Pruet acquired the drilling rigs from Zach Brooks and formed Chesley Pruet Drilling Company. In 1968, Mr. Pruet and Dudley Hughes formed Pruet and Hughes Company, which continued until Pruet was incorporated in 1978[1]. The Pruet family continues to own and operate the company today. Headquartered in Jackson, Mississippi, Pruet Production Co.'s primary business is as an operator of oil and gas wells and as an owner of oil and gas interests, and is qualified to do business in Mississippi, Alabama, Florida, Louisiana, and Texas. Pruet and its predecessor affiliates have been in the oil and gas business continuously for 75 years.

Historically, Pruet Production Co. and its predecessor affiliates have (a) drilled and/or produced 1,179 wells in Alabama, Mississippi and Louisiana (excluding wells drilled by the drilling company for third parties), and (b) produced as an operator, since 1967, over 126 million barrels of oil and 424 billion cubic feet of natural gas[2].

### *Pruet's Management*

Management of Pruet is vested in William R. ("Randy") James as President, and Rick Calhoon as Vice President. Mr. James and Mr. Calhoon have served in these positions since the formation of Pruet in 1978. Mr. James and Mr. Calhoon have each served as the Chairman of the US Oil & Gas Association in Washington D.C., and as members on the Interstate Oil & Gas Compact Commission. Mr. James has also been inducted into the *All American Wildcatter's*

---

[1] Chesley Pruet and Dudley Hughes had an extraordinarily successful partnership for 10 years, during which they discovered numerous oil and gas fields in Alabama, including Choctaw Ridge, North Choctaw Ridge, Womack Hill, Sugar Ridge, Mill Creek, Silas, Sugar Ridge, Mill Creek, Silas and Turkey Creek Field. In 1978, Chesley Pruet and Dudley Hughes formed separate companies, although they maintained a close personal and professional relationship for the remainder of their lives.

[2] Statistics are not available for the period prior to 1967.

Addendum to Letter Dated June 11, 2021
Pruet Production Co. Qualifications as Operator
Page 2 of 5

*Association*. Both Mr. James and Mr. Calhoon are deeply involved in their communities, having served on the boards of various charitable organizations, hospitals, and banks, as well as leadership positions in their churches.

Pruet's field operations and related office functions are managed by J. David Hilton, as Vice-President- Operations, and Robert C. ("Bob") Herr IV. Mr. Hilton is a petroleum engineer (and a registered professional engineer in the State of Mississippi), while Mr. Herr is a geological engineer. Mr. Hilton and Mr. Herr are both recognized as experts by the Oil and Gas Boards for Mississippi and Alabama. Mr. Hilton and Mr. Herr are responsible for the proper and efficient operations of the wells operated by Pruet. Mr. Hilton has been an employee of Pruet since 1980, and has served as the Vice President-Operations for 24 years, since 1997.

**Pruet's Philosophy**

Pruet understands the necessity of operating its properties on a cost-efficient basis, with the goal of ensuring that all work is timely and properly performed. In addition to our engineering staff, Pruet employs (i) two individuals with responsibility for well ownership maintenance (division orders), (ii) two landmen, (iii) a land technician, (iv) an in-house attorney, (v) an engineering support clerk, and (vi) seven accountants and clerks with responsibility for revenue distribution, severance tax filings and payment, gas allocation, accounts payable and joint interest billings. Pruet employs a human resource manager, and an individual with responsibility for ensuring that insurance required by the operating agreements is properly maintained. The salaries and benefits paid by Pruet to its employees are absorbed by Pruet as a part of the producing overhead, and are not a direct charge to the joint account of the properties it operates. Although operators commonly charge to the joint account the salaries and benefits of offsite employees for technical services, **the offsite technical services provided by Pruet's employees are included within the administrative overhead and are not allocated as a direct charge to the joint account.**

**Pruet's Experience with Secondary Recovery and Gas Plant Operation in Alabama**

In Alabama, the regulatory process for implementing secondary recovery in a field is known as unitization. Pruet has a long history of implementing and operating secondary recovery operations in Alabama, including (i) Womack Hill Unit (1975, water flood); (ii) Wallers Creek Oil Unit (1991, water flood, assumed operations 1994[3]); (iii) Southwest Canaan Church (2001, water flood); (iv) West Canaan Church (2002, water flood); (v) Little Cedar Creek Oil Unit I (2005, gas injection, assumed operations 2011[4]); (vi) NW Brooklyn Oil Unit (2019, water flood); and (vii) NE Brooklyn Oil Unit (2019, water flood).

---

[3] Pruet assumed operations of Wallers Creek Oil Unit from Strago Petroleum Corporation.

[4] Little Cedar Creek Field was developed largely as a result of the discovery wells drilled by Midroc Operating Company. Secondary recovery for Little Cedar Creek Oil Unit I was implemented by Midroc in 2005. Midroc was owned by Don Clark and James Harris. In 2011, Pruet assumed operations of the Midroc properties, and implemented the extension of Little Cedar Creek Oil Unit I in 2014.

Addendum to Letter Dated June 11, 2021
Pruet Production Co. Qualifications as Operator
Page 3 of 5

In connection with the Womack Hill Unit, Pruet also operated for approximately 20 years a 10MMscf/d capacity fractionating gas processing plant, with amine treatment.

### The Secondary Recovery Program for Brooklyn Field

The Smackover formation for Brooklyn Field is primarily a gas expansion/depletion drive reservoir, consisting of heterogenous pools. Within Brooklyn Field, the Smackover formation consists of six zones. Partial fieldwide unitization was approved by the Alabama Oil and Gas Board effective January 1, 2019. Pruet was approved as the unit operator for the NW and NE Brooklyn Oil Units (the "NWBOU" and the "NEBOU"), while Sklar Exploration Company LLC ("Sklar") was approved as the unit operator for the SW and SE Brooklyn Oil Units (the "SWBOU" and the "SEBOU"). The Pruet-operated NWBOU consists primarily of the Zone 4 oil pool, commonly referred to as the Lower Smackover, but also produces from Zone 1 (the Upper Smackover) on the east side of the Unit, and Zone 3 on the north side of the unit. The Pruet-operated NEBOU consists of Zone 1 (the Upper Smackover), as does the Sklar operated SWBOU and SEBOU.

As reservoir pressure drops in a gas expansion/depletion drive reservoir, the ability to naturally produce oil declines. When reservoir pressure drops below the "bubble point"[5], gas production increases, as gas is coming out of solution, resulting in increase of the gas/oil ratio (the "GOR"). A symptom of declining reservoir pressure is the increase of gas at a time when the production of oil is declining without the effect of artificial stimulation. The purpose of a secondary recovery program is to maintain (and usually increase) reservoir pressure so as to displace hydrocarbons toward the wellbores, thus increasing the recovery of oil that would not otherwise be produced.

The Upper Smackover in both the Pruet operated NEBOU and the Sklar operated SEBOU is in communication, such that the failure to implement an effective injection program in both units will have an adverse effect on both units due to the lack of a counterbalancing reservoir pressure. Although the reservoir void in the NEBOU is being filled, the reservoir void in the SEBOU is continuing to expand. A continuing expansion of the reservoir void in the SEBOU will likely adversely affect both the NEBOU and the SEBOU, and thus the necessity that the secondary recovery program for both the NEBOU and the SEBOU be coordinated.

Following are graphs reflecting the average daily oil and gas production on the Pruet operated NWBOU and NEBOU for the period January 2019 – May 2021. The graph for the NWBOU reflects a dramatic decrease in the GOR, with a significant increase in oil production, while the graph for the NEBOU reflects a moderate decrease in the GOR, but a significant increase in the oil production. The daily production of oil for both the NWBOU and NEBOU is exceeding projections as presented during unitization hearings before the Alabama Oil and Gas Board.

---

[5] The pressure and temperature conditions at which the first bubble of gas comes out of solution in oil. Schlumberger Oilfield Glossary, https://www.glossary.oilfield.slb.com/

Addendum to Letter Dated June 11, 2021
Pruet Production Co. Qualifications as Operator
Page 4 of 5



NWBOU Daily Oil and Gas Production January 2019 - May 2021 (Weekly Mean)

NEBOU Daily Oil and Gas Production January 2019-May 2021 (Weekly Mean)

*Closing*

Pruet takes seriously the responsibilities entrusted to us as an operator of oil and gas wells. A number of working interest owners in the SW and SE Brooklyn Units already have voiced support for Pruet's election as successor operator to Sklar. Pruet understands the importance of this decision and wants to ensure that you have as much information as you need to make this

RUD004288

Addendum to Letter Dated June 11, 2021
Pruet Production Co. Qualifications as Operator
Page 5 of 5

decision. Please do not hesitate to contact us with any follow up questions. Additional questions for Pruet should be directed to , David Hilton (VP of Operations at 601-718-9423 or by email to dhilton@pruet.com) or Stan Kynerd (General Counsel at 601-672-6388 or by email to skynerd@pruet.com)..

RUD004289



June 30, 2021

Re: Proposal to Succeed Sklar Exploration Company, L.L.C. As Operator of Wells and Related Assets in Alabama and Florida

    Fletcher Petroleum Co., LLC ("Fletcher"), is submitting this proposal to the working interest owners in various oil and gas producing properties operated by Sklar Exploration Company, L.L.C., located in Alabama and Florida. Fletcher Petroleum was founded in 2010 by Rick Fletcher with the primary purpose of exploring and producing oil and gas assets in a safe and environmentally friendly manner. Fletcher has specialized in the drilling, completion, work-over and production operations of assets throughout the Gulf Coast region of the United States. Fletcher Petroleum stepped out and drilled the Brooklyn Field discovery well, the Amos 36-3, in the fall of 2010. To date, the Amos well has produced 750 MBO and 1.9 BCF of gas. Fletcher has continued to drill successful wells and is presently moving forward to unitize the Brooklyn Oil Unit II in the Fall of 2021.

    Fletcher currently operates over 800 oil, natural gas, water injection and water disposal wells in Alabama and Texas, spanning over 120,000 net acres. Fletcher has a staff of industry leading drilling engineers, reservoir engineers, production engineers, geologists, operations managers, landmen, and accounting personnel, in addition to our long-standing relationships with field consultants and service companies. Fletcher is very proud of the relationships it has built and maintained over the years with all of its landowners. Fletcher's accounting and administrative team provides service its working and royalty interest partners with their in-depth knowledge and expertise in the areas of revenue, accounts payable, joint interest billing, and production reporting functions.

    As a current working interest partner in many of the Sklar operated properties, Fletcher's assumption of operations will be focused on driving value for all interest owners involved by managing the operations of all assets in a prudent, cost-effective, and safe manner, with a keen focus on profitability. Fletcher always wants to own a working interest as it believes that assuming financial risk will make the operator do the best job possible, while watch costs effectively. Fletcher Petroleum continues to review prospective areas in Alabama/Florida/Texas and is preparing to drill three new wells in the near future. Fletcher is a strong believer in the future potential of Alabama's oil industry and will continue to explore and build upon its successes.

P.O. Box 2147, Fairhope, AL 36533  
25 Spring Run Dr., Fairhope, AL 36532

O: (251) 990-0733  
F: (251) 990-0737

Fletcher's skilled technical staff will use its experience and understanding of unique situations to find solutions we encounter, making Fletcher stand apart. Fletcher's team brings together decades of experience in secondary recovery operations and believes it can utilize that experience to better understand and develop the Sklar operated properties. If selected as the successor operator, Fletcher will strive to provide a smooth transition for all interest partners, working to be certain they are comfortable with the changes that occur.

Fletcher formally proposes the retention of its services for the Sklar operated properties located in Alabama and Florida. We greatly appreciate your careful consideration and the opportunity to continue to develop these properties for the benefit of the collective interest. If you have any questions or concerns, do not hesitate to reach out to Rick Fletcher (rick@fletcherpetroleum.com or 251-990-0733 ext 215) or Alex Owen, EVP of Exploration and Operations (alex@fletcherpetroleum.com or 251-990-0733 ext 217).

Sincerely,

Rick Fletcher, CEO
Fletcher Petroleum Co., LLC