IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: § | | Chapter 11 |
| § | | |
| SKLAR EXPLORATION COMPANY, § | | Case No. 20-12377-EEB |
| LLC, *et al.*,[1] § | | |
| § | | |
| Debtors. § | | (Jointly Administered) |

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' OBJECTION TO THE RUDMAN EXHIBITS**

The Official Committee of Unsecured Creditors (the "Committee") of Sklar Exploration Company, LLC, ("SEC"), appointed in the above-captioned, jointly-administered bankruptcy cases (the "Cases"), of SEC and Sklarco, LLC ("Sklarco", and collectively with SEC, the "Debtors"), hereby files its *Joinder* (this "Joinder") to the *Debtors' Written Objections to List of Witnesses and Exhibits* (the "Objection") [Dkt. No. 1398], and in support thereof, would respectfully show the Court as follow:

1. On April 1, 2020 ("Petition Date"), each of the Debtors filed a voluntary petition under Chapter 11 of the Bankruptcy Code with this Court, and by order of this Court, their corresponding bankruptcy Cases are jointly administered under Chapter 11 Case No. 20-12377 [Dkt. No. 8]. The Debtor remains in control of its business and affairs as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2. On July 15, 2021, the Court entered its *Order and Notice of In-Person Evidentiary Hearing* (the "Notice") [Dkt. No. 1359], whereby setting a two-day evidentiary hearing on August 16-17, 2021, with witness and exhibit lists being due on or before August 2, 2021, and all objections to exhibits being filed on or before August 9, 2021.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

4824-9561-0101v.1

3. On August 2, 2021, the Rudman Partnership, CTM 2005, Ltd., and MER Energy, Ltd. (collectively, the "Rudman Parties") filed their *List of Witnesses and Exhibits for Evidentiary Hearing – August 16-17, 2021* ("W&E List") [Dkt. No. 1388]. Shortly thereafter, on August 4, 2021, the Rudman Parties filed their *First Amended List of Witnesses and Exhibits for Evidentiary Hearing – August 16-17, 2021* ("Amended W&E List") [Dkt. No. 1393].

4. On August 9, 2021, the Debtors' filed the Objection, stating that the Rudman Group's designation of W.R. Trey Sibley, III calls for expert testimony without Mr. Sibley being designated as an expert or submitting an expert report. Therefore, Mr. Sibley's testimony would be improper expert testimony and impermissible in accordance with Fed. R. Evid. 701, 702, 602, and 401.

5. The Committee joins in the Objection filed by the Debtors and agrees that Mr. Sibley's testimony calls for expert testimony and the Rudman Parties have not submitted the appropriate expert report.

6. Furthermore, the Committee joins in the Debtors' Objection to the Rudman Parties exhibits based on all of the reasons set forth therein.

WHEREFORE, the Committee files this Joinder to the Debtors' Objection, and respectfully requests that the Court deny the Rudman Parties designation of W.R. Trey Sibley, III as a witness (for the purpose of expert testimony), and deny the exhibits submitted by the Rudman Parties on the basis set forth in the Objection.[2]

[*Remainder of page intentionally left blank*]

---

[2] These Exhibits include: RUD – A, C, D, E, M, FF, HH, II, JJ, KK, LL, III, JJJ, KKK, LLL, NNN, VVV, WWW, YYY, ZZZ, AAAA, BBBB, CCCC, DDDD, EEEE, and FFFF.

4824-9561-0101v.1

Respectfully submitted this 9th day of August, 2021

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Christopher D. Johnson*
Christopher D. Johnson
Texas Bar No. 24012913
John D. Cornwell
Texas Bar No. 24050450
Grant M. Beiner
Texas Bar No. 24116090
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone: (713) 222-1470
Facsimile: (713) 222-1475
cjohnson@munsch.com
jcornwell@munsch.com
gbeiner@munsch.com

**COUNSEL FOR
THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on August 9, 2021.

*/s/ Grant M. Beiner*
Grant M. Beiner