# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br>EIN:  72-1417930<br><br>   Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| SKLARCO, LLC,<br>EIN:  72-1425432<br><br>   Debtor. | Case No. 20-12380-EEB<br><br>Chapter 11 |

**EAST WEST BANK'S JOINDER IN DEBTORS' WRITTEN OBJECTIONS TO LIST OF WITNESSES AND EXHIBITS, AND ADDITIONAL OBJECTION**

East West Bank, a California state banking corporation ("EWB"), in its capacity as a lender and the administrative agent under the Credit Agreement dated June 15, 2018 with Sklar Exploration Company LLC ("SEC") and Sklarco LLC ("Sklarco") (collectively, the "Debtors"), through counsel, hereby joins the *Debtors' Written Objections to List of Witnesses and Exhibits* [ECF No. 1398], and respectfully submits the following additional objection:

1. East West Bank objects to the designation of an unidentified bank representative as a testifying witness. No bank representative intends to attend the hearings. All parties, except the Official Committee of Unsecured Creditors to the extent of its "Challenge" right, are bound by the stipulations and findings in the cash collateral order in this case. There is no valid purpose for calling a bank representative to testify regarding, among other things, "the validity, extent, and priority of any liens" securing the bank's claim, as Rudman is (and all objecting parties are) precluded from doing so under the final cash collateral order. Indeed, none of the areas of testimony identified by Rudman

4837-2703-6405

are proper or remotely relevant to the issues before the Court, and certainly none of them were timely raised in Rudman's confirmation objection(s). The only reason for such examination would be to obfuscate the issues, prolong the proceedings before the Court, and harass and impose an undue burden on EWB.

DATED this 9th day of August, 2021.

SNELL & WILMER L.L.P.

By: */s/ Bryce A. Suzuki*
Bryce A. Suzuki
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Phone: 602-382-6000
Email: bsuzuki@swlaw.com

Stephanie A. Kanan
1200 17th Street, Suite 1900
Denver, Colorado 80202
Phone: (303) 634-2086
Email: skanan@swlaw.com

4837-2703-6405

## Certificate of Service

I certify that on August 9, 2021, a copy of the foregoing document was filed via ECF and was served by electronic transmission to all registered ECF users appearing in this case.

                                          */s/ Bryce A. Suzuki*
Bryce A. Suzuki
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Phone: 602-382-6000
Email: bsuzuki@swlaw.com

3

4837-2703-6405