IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **SKLAR EXPLORATION COMPANY, LLC** | ) | Case No. 20-12377-EEB |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **SKLARCO, LLC** | ) | Case No. 20-12380-EEB |
| | ) | |
| | ) | Chapter 11 |
| | ) | |

**OBJECTION OF THE RUDMAN PARTNERSHIP, CTM 2005, LTD., MER ENERGY, LTD. TO DEBTORS' WITNESS DESIGNATIONS**
(*Related to Docket Nos. 1389, 1390, and 1391*)

The Rudman Partnership ("Rudman"), CTM 2005, Ltd. ("CTM"), and MER Energy, Ltd. ("MER") (collectively, "Rudman Parties"), hereby submit their objections to the designation of James Katchadurian, as a witness at the scheduled August 16-17, 2021 evidentiary hearing on the matters addressed in the Court's Order and Notice of In-Person Evidentiary Hearing dated July 15, 2021 (Docket No. 1358). Specifically, the Rudman Parties object to Debtors' witness designation as follows:

1. Debtor does not identify any expert witnesses, whether as retained experts or as non-retained experts giving expert testimony. However, it is apparent that Mr. Katchadurian will be called as a witness to testify about "Debtors' Exhibit 6 – Amended Projections to Accompany

Plan," which contains projections of oil and gas prices and other matters that are solely within the province of an expert in valuing and projecting future revenues from oil and gas reserves. Neither Mr. Katchadurian nor any other person has been designated as an expert witness, has submitted an expert report or, if not a retained expert, has submitted under Fed. R. Civ. P. 26(a)(2)(C), a summary of "(i) the subject matter on which the witness is expected to present evidence under Federal Rule of Evidence 702, 703, or 705; and (ii) a summary of the facts and opinions to which the witness is expected to testify."

    2.    Accordingly, Objectors request that the Court preclude Mr. Katchadurian or any other person from giving any expert testimony, including expert testimony concerning Exhibit 6, or opine on the value of any assets of Debtors, the future revenues to be paid to creditors under the Plan, nor the liquidation value of Debtors' assets in a Chapter 7 liquidation.

Dated: August 9, 2021.

                              Respectfully submitted,

                              **Maynes, Bradford, Shipps & Sheftel, LLP**
                              */s/ Thomas H. Shipps*
                              Thomas H. Shipps
                              */s/ Shay L. Denning*
                              Shay L. Denning
                              Maynes, Bradford, Shipps & Sheftel, LLP
                              835 E. Second Ave., Suite 123
                              Durango, CO 81301
                              Telephone: (970) 247-1755
                              Cell: (970)749-1479; (970) 946-0846
                              Facsimile: (970) 247-8827
                              Email: tshipps@mbssllp.com;
                                              sdenning@mbssllp.com

and

*/s/ Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.
815 Walker, Suite 1502
Houston, TX 77002
Telephone: (713) 516-7450
Facsimile: (713) 659-8764
Email: barnetbjr@msn.com

Counsel to The Rudman Partnership, MER Energy, Ltd. and CTM 2005, Ltd.

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that, on August 9, 2021, the foregoing instrument was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

/s/ *Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.