**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SKLAR EXPLORATION COMPANY, LLC ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 ) | |
| ) | Chapter 11 |
| Debtor-in-Possession. ) | |
| ) | |
| IN RE: ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | |
| ) | Chapter 11 |
| ) | |
| Debtor-in-Possession. ) | |

**STIPULATION RESOLVING OBJECTION TO CONFIRMATION**

The Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together, "Debtors"), together with Anderson Exploration Energy Company, L.C., TCP Cottonwood, L.P., AEEC II, LLC, and Sugar Oil Properties, L.P. (collectively the "Anderson Parties") by and through their undersigned attorneys, state their Stipulation resolving the Anderson Parties' Limited Objection to the Amended and Restated Joint Plan of Reorganization as follows:

1. On March 11, 2021, the Debtors filed their *Amended and Restated Joint Plan of Reorganization Dated December 18, 2020* (Docket No. 1080) (the "First Amended Plan").

2. The First Amended Plan provides that SEC shall liquidate and transition its operations to duly elected replacement operators in accordance with applicable Operating Agreements.

3. On May 7, 2021, the Anderson Parties filed their *Limited Objection to the Amended and Restated Plan of Reorganization Dated December 18, 2020* (Docket No. 1241).

4. On May 14, 2021, the Debtors filed their *Second Amended and Restated Joint Plan of Reorganization Dated December 18, 2020* (Docket No. 1251) (the "Second Amended Plan"). The Second Amended Plan does not make material modifications to the Plan that would require