# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SKLAR EXPLORATION COMPANY, LLC ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 ) | |
| ) | Chapter 11 |
| Debtor-in-Possession. ) | |
| ) | |
| IN RE: ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | |
| ) | Chapter 11 |
| ) | |
| Debtor-in-Possession. ) | |

## STIPULATION RESOLVING OBJECTION TO CONFIRMATION

The Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together, "Debtors"), together with Anderson Exploration Energy Company, L.C., TCP Cottonwood, L.P., AEEC II, LLC, and Sugar Oil Properties, L.P. (collectively the "Anderson Parties") by and through their undersigned attorneys, state their Stipulation resolving the Anderson Parties' Limited Objection to the Amended and Restated Joint Plan of Reorganization as follows:

1. On March 11, 2021, the Debtors filed their *Amended and Restated Joint Plan of Reorganization Dated December 18, 2020* (Docket No. 1080) (the "First Amended Plan").

2. The First Amended Plan provides that SEC shall liquidate and transition its operations to duly elected replacement operators in accordance with applicable Operating Agreements.

3. On May 7, 2021, the Anderson Parties filed their *Limited Objection to the Amended and Restated Plan of Reorganization Dated December 18, 2020* (Docket No. 1241).

4. On May 14, 2021, the Debtors filed their *Second Amended and Restated Joint Plan of Reorganization Dated December 18, 2020* (Docket No. 1251) (the "Second Amended Plan"). The Second Amended Plan does not make material modifications to the Plan that would require

1

additional solicitation, and similarly provides that SEC shall liquidate and transition its operations to one or more successor operators.

5. The Anderson Parties' Limited Objection remains pending before the Court.

6. SEC has commenced the resignation and transition process, including making a data room containing information on all of the wells currently operated by SEC available to potential successor operators.

7. Several companies have expressed an interest in taking over operations for some, but not all, of the wells operated by SEC, including Pruet Production Co. ("Pruet") and Brammer Engineering ("Brammer").

8. Sklarco has agreed to vote to elect Pruet as the successor operator in all oil and gas properties in Alabama, Mississippi, and Florida for which Pruet has expressed an interest in taking over operations. *See* Status Report (Docket No. 1356). However, Pruet has not expressed an interest in taking over operations in Louisiana and Texas properties.

9. Brammer has withdrawn from consideration as a potential successor operator for properties in Alabama, Florida, and Mississippi where Pruet has expressed an interest in becoming the successor operator. Brammer is seeking to become the successor operator for properties in Texas and Louisiana.

10. Sklarco has agreed to vote for Brammer as a successor operator in all Texas and Louisiana properties where Brammer has expressed an interest in becoming successor operator when such ballots are issued, and to issue those ballots in August 2021.

11. Contemporaneously with the filing of this Stipulation, Anderson has agreed to withdraw its objection to confirmation of the Second Amended Plan.

12. Nothing contained herein shall affect or alter Sklarco's prior agreement to vote for Pruet in all Alabama, Mississippi, and Florida properties where Pruet has expressed an interest in becoming successor operator.

**[remainder of page intentionally left blank]**

Dated: August 11, 2021

Respectfully submitted,

By: */s/ Keri L. Riley*
Jeffrey S. Brinen, #20565
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln Street, Suite 1720
Denver, CO 80264
Telephone: (303) 832-2910
E-Mail: klr@kutnerlaw.com

KEAN MILLER LLP
*/s/* J. Eric Lockridge
J. Eric Lockridge
(TX# 24013053, LA #30159)
eric.lockridge@keanmiller.com
KEAN MILLER LLP
400 Convention Street, Suite 700
Baton Rouge, LA 70802
Telephone: (225) 387-0999
Telecopier: (225) 388-9133

*Counsel for Anderson Exploration Energy Company, L.C., TCP Cottonwood, L.P., AEEC II, LLC, and Sugar Oil Properties, L.P.*

3