UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

**STIPULATION PARTIALLY RESOLVING APPLICATION FOR ADMINISTRATIVE EXPENSE PRIORITY CLAIM AND OBJECTIONS THERETO BY AND BETWEEN DEBTORS, RUDMAN PARTIES, EAST WEST BANK, AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

The Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together "Debtors"), the Rudman Partnership ("Rudman"), CTM 2005, Ltd., and MER Energy, Ltd. (collectively with Rudman, "Rudman Parties"), East West Bank ("EWB"), and the Official Committee of Unsecured Creditors ("Committee"), by and through their undersigned attorneys, enter into this Stipulation partially resolving the *Application for Administrative Expense Priority Claim Pursuant to 11 U.S.C. § 503(b)* (Docket No. 1148) ("Rudman Admin Claim Motion") as follows:

1. The Debtors filed for relief under chapter 11 of the Bankruptcy Code on April 1, 2020. The Debtors remain Debtors-in-Possession.

2. The Office of the United States Trustee appointed the Committee in SEC's case on April 16, 2020.

3. SEC is engaged in business as an independent exploration and production company in the oil and gas industry. SEC is an operating company and does not own oil or gas properties. SEC has its principal business office in Boulder, Colorado and has additional offices in Shreveport, Louisiana and Brewton, Alabama. SEC's exploration and production activities are primarily located in East Texas, North Louisiana, South Mississippi, South Alabama and the Florida Panhandle. SEC is also developing properties and opportunities in the western United States, though no oil or gas production has been produced from the wells in the western United States.

1

4. Pre-petition, in or around February 2020, SEC took over operations of the Abbyville Gas Plant located in Alabama, and previously operated by Plains Gas Solutions, LLC. At the time of the transfer, SEC proposed a management fee to be assessed against each of the working interest owners holding an interest in the Abbyville Gas Plant through an amendment to the underlying Operating Agreement (Escambia Prospect) ("Escambia JOA").

5. The Rudman Parties did not sign the proposed amendment to the Escambia JOA on a pre- or post-Petition Date basis.

6. Since taking over operation of the Abbyville Gas Plant, SEC has held funds in an amount equal to the proposed management fee for Rudman and the related entities in suspense in its revenue account pending a resolution of the issues related to the proposed amendment.

7. On March 22, 2021, Rudman filed the Rudman Admin Claim Motion, seeking an allowed administrative expense claim for the funds held in suspense for (a) the gas plant management fee disputed by Rudman ("Gas Plant Claim") and (b) for Rudman's working interest owner ("WIO") production revenues that were either in the SEC Revenue Account at EWB on the Petition Date or thereafter deposited in the Revenue Account, which funds Rudman alleges were used by Debtors to pay expenses of administration of the bankruptcy estate ("Revenue Claim").

8. The Debtors and EWB timely filed objections to the Rudman Admin Claim Motion on April 5, 2021 (Docket Nos. 1173 and 1170, respectively), to which the Committee joined (Docket No. 1172).

9. The Rudman Admin Claim Motion is still pending before the Court, and is held in abeyance pending a hearing on confirmation for the Debtors' Second Amended and Restated Plan of Reorganization, set for August 16 and 17, 2021.

10. To avoid the time and expense of further litigation, the Debtors, the Rudman Parties, EWB, and the Committee stipulate and agree as follows:

   a. Rudman shall have an allowed administrative expense claim in the amount of $250,000 for the Gas Plant Claim;

   b. Within forty-eight (48) hours following approval of this Stipulation, or the soonest business day thereafter if such time should fall on a weekend or holiday, SEC will release funds in suspense in the amount of $250,000 as payment in full of the Gas Plant Claim, and such allowed administrative expense claim shall be deemed satisfied;

2

c. Contemporaneously with the filing of this Stipulation, the Rudman Parties, and any other related entities currently represented by counsel for Rudman to the extent they were identified as represented parties, shall withdraw their: 1) Objections to confirmation of the Second Amended and Restated Plan of Reorganization (Docket Nos. 1210, 1265)[1]; 2) Objection to the Debtors' Motion to Assume Agency Services Agreement Pursuant to 11 U.S.C. § 365 and to Amend Agency Services Agreement (Docket No. 1196); 3) Objections to various Motions to Assume Operating Agreements filed by the Debtors (Docket Nos. 1111, 1109, 1108, 1107, 1106); and 4) the Motion to Appoint a Chapter 11 Trustee pursuant to 11 U.S.C. § 1104, or Alternatively, to Convert Case to Chapter 7 of the Bankruptcy Code Under 11 U.S.C. § 1112(b).

d. Rudman reserves the right to request that the Court set a hearing on the balance of the relief sought in the Rudman Admin Claim Motion for the sole purpose of adjudicating the Revenue Claim, and the objections thereto filed by the Debtors and EWB and joined in by the Committee;

e. In the event that the Rudman Admin Claim Motion is denied as to the Revenue Claim, Rudman shall have an unsecured claim for the Revenue Claim, subject to any further claim objections that may be filed within any applicable time periods for such objections;

f. Rudman reserves the right to seek a substantial contribution claim, and the Debtors, the bankruptcy estates, EWB, the Committee, the Reorganized Debtors, and the Creditor Trust reserve the right to oppose such a claim; and

g. All other rights, claims, and defenses are reserved as to all parties unless expressly agreed to otherwise as set forth herein.

WHEREFORE, the Debtors, the Rudman Parties, EWB, and the Committee pray the Court make and enter an Order approving this Stipulation, and for such further and additional relief as to the Court may appear just and proper.

---

[1] All docket numbers referred to are the docket numbers of the objections filed.

DATED: August 11, 2021                                      Respectfully submitted,

                                                                       **KUTNER BRINEN DICKEY RILEY, P.C.**

                                                                       By:   */s/  Keri L. Riley*
                                                                             Jeffrey S. Brinen, #20565
                                                                             Keri L. Riley, #47605
                                                                             1660 Lincoln Street, Suite 1720
                                                                             Denver, CO 80264
                                                                             Telephone:  (303) 832-2400
                                                                             E-mail: klr@kutnerlaw.com
                                                                             *Counsel for the Debtors*


**MUNSCH HARDT KOPF & HARR, P.C.**

By:  */s/ Christopher D. Johnson*
  Christopher D. Johnson
  Texas Bar No. 24012913
  John D. Cornwell
  Texas Bar No. 24050450
  Grant M. Beiner
  Texas Bar No. 24116090
  700 Milam Street, Suite 2700
  Houston, Texas 77002
  Telephone: (713) 222-1470
  Facsimile: (713) 222-1475
  cjohnson@munsch.com
  jcornwell@munsch.com
  gbeiner@munsch.com

*Counsel for the Official Committee
Of Unsecured Creditors*

**SNELL & WILMER** L.L.P.

By:  */s/ Bryce A. Suzuki*
Bryce A. Suzuki
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Phone:  602-382-6000
Email:  bsuzuki@swlaw.com

4

Stephanie A. Kanan
1200 17th Street, Suite 1900
Denver, Colorado 80202
Phone: (303) 634-2086
Email: skanan@swlaw.com

*Counsel to East West Bank*

**MAYNES, BRADFORD, SHIPPS & SHEFTEL, LLP**

By: */s/ Thomas H. Shipps*
Thomas H. Shipps, #10040
835 E. Second Ave., Suite 123
Durango, CO 81301
Telephone: (970) 247-1755
Email: tshipps@mbsllp.com

*and*

**BARNET B. SKELTON, JR.**

By: */s/ Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.
815 Walker, Suite 1502
Houston, TX 77002
Telephone: (713) 659-8761
Cell: (713) 516-7450
Email: barnetbjr@msn.com

*Attorneys for The Rudman Partnership, CTM 2005, Ltd., and MER Energy, Ltd.*

5