UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

**NOTICE OF WITHDRAWAL BY THE RUDMAN PARTNERSHIP, MER ENERGY, LTD. AND CTM 2005, LTD. OF DOCKET NOS. 1210, 1265, 1196, 1111, 1109, 1108, 1107, 1106, and 308**

**PLEASE TAKE NOTICE THAT** the undersigned counsel for The Rudman Partnership, MER Energy, Ltd. and CTM 2005, Ltd., to the extent they are parties to same, hereby withdraw their 1) Objections to confirmation of the Second Amended and Restated Plan of Reorganization (Docket Nos. 1210, 1265)[1]; 2) Objection to the Debtors' Motion to Assume Agency Services Agreement Pursuant to 11 U.S.C. § 365 and to Amend Agency Services Agreement (Docket No. 1196); 3) Objection to various Motions to Assume Operating Agreements filed by the Debtors (Docket Nos. 1111, 1109, 1108, 1107, 1106) and 4) the Motion to Appoint a Chapter 11 Trustee pursuant to 11 U.S.C. § 1104, or Alternatively, to Convert Case to Chapter 7 of the Bankruptcy Code Under 11 U.S.C. § 1112(b) (Docket No. 308).[2]

---

[1] All docket numbers referred to are the docket numbers of the objections or motion filed.

[2] The Motion to Appoint a Chapter 11 Trustee pursuant to 11 U.S.C. § 1104, or Alternatively, to Convert Case to Chapter 7 of the Bankruptcy Code Under 11 U.S.C. § 1112(b) ("Motion to Appoint") was filed by the attorneys filing this Notice on behalf of Tauber Exploration & Production Company; CTM 2005, Ltd., Pickens Financial Group, LLC; I & L Miss I, L.P.; MER Energy, Ltd.; MR Oil & Gas, LLC; Tara

**PLEASE TAKE FURTHER NOTICE THAT** that this Notice of Withdrawal is filed in reliance on the Stipulation filed or to be filed between Debtors, Sklar Exploration Company, LLC and Sklarco, LLC, The Rudman Partnership, East West Bank, and the Official Committee of Unsecured Creditors, partially resolving the *Application for Administrative Expense Priority Claim Pursuant to 11 U.S.C. § 503(b)* (Docket No. 1148).

Dated: August 11, 2021.

          Respectfully submitted,

**Maynes, Bradford, Shipps & Sheftel, LLP**
*/s/ Thomas H. Shipps*
Thomas H. Shipps
*/s/ Shay L. Denning*
Shay L. Denning
Maynes, Bradford, Shipps & Sheftel, LLP
835 E. Second Ave., Suite 123
Durango, CO  81301
Telephone: (970) 247-1755
Cell: (970)749-1479; (970) 946-0846
Facsimile: (970) 247-8827
Email: tshipps@mbssllp.com;
      sdenning@mbssllp.com

---

Rudman Revocable Trust; Feather River 75, LLC; Rudman Family Trust; and The Rudman Partnership. On June 10, 2021, the Court entered orders allowing counsel's withdrawal as attorneys for Pickens Financial Group, LLC (Docket No. 1310) and Tauber Exploration & Production Company (Docket No. 1310). As part of the motions for withdrawal, the former clients were informed that it would be necessary for alternative counsel to enter an appearance on their behalf in order for them to participate in further hearings. To the best of counsel's knowledge, the former clients have made no effort to obtain alternative counsel or participate in hearings following counsel's withdrawal, including without limitation hearings related to Docket No. 308. Though not named parties in the proposed Stipulation, as to the Motion to Appoint, this Notice of Withdrawal includes all of the parties on whose behalf the Motion to Appoint was filed other than the former clients set forth above.

and

*/s/ Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.
815 Walker, Suite 1502
Houston, TX  77002
Telephone: (713) 516-7450
Facsimile: (713) 659-8764
Email: barnetbjr@msn.com

Counsel to The Rudman Partnership, MER Energy, Ltd. and CTM 2005, Ltd.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on August 11, 2021, the foregoing instrument was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1.  All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

/s/ *Kate Potemkin*
Kate Potemkin