# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 | ) | |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |

**NOTICE OF WITHDRAWAL OF ANDERSON PARTIES' LIMITED OBJECTION TO AMENDED AND RESTATED PLAN OF REORGANIZATION (Docket No. 1241)**

PLEASE TAKE NOTICE THAT Anderson Exploration Energy Company, L.C., TCP Cottonwood, L.P., AEEC II, LLC, and Sugar Oil Properties, L.P. (collectively the "Anderson Parties") hereby withdraw their *Limited Objection to the Amended and Restated Plan of Reorganization Dated December 18, 2020* (Docket No. 1241), filed May 7, 2021.

PLEASE TAKE FURTHER NOTICE THAT the Anderson Parties are filing this Notice of Withdrawal in reliance on that certain *Stipulation Resolving Objection to Confirmation* (Docket No. 1407), filed August 11, 2021.

[Remainder of page intentionally blank; signature block follows]

4828-9756-7990 v1

Dated: August 12, 2021          Respectfully submitted,

         KEAN MILLER LLP

         */s/* J. Eric Lockridge
         J. Eric Lockridge
         (TX# 24013053, LA #30159)
         eric.lockridge@keanmiller.com
         KEAN MILLER LLP
         400 Convention Street, Suite 700
         Baton Rouge, LA  70802
         Telephone:  (225) 387-0999
         Telecopier: (225) 388-9133

*Counsel for Anderson Exploration Energy Company, L.C., TCP Cottonwood, L.P., AEEC II, LLC, and Sugar Oil Properties, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in the case, including the following counsel for the United States Trustee and the Debtors:

| | |
|---|---|
| Paul Moss | Keri L. Riley |
| Byron G. Rogers Federal Building | 1660 Lincoln St., Ste.1850 |
| 1961 Stout St. | Denver, CO 80202 |
| Ste. 12-200 | 303-832-2400 |
| Denver, CO 80294 | Email: klr@kutnerlaw.com |
| Email: Paul.Moss@usdoj.gov | |

         /s/ J. Eric Lockridge

4828-9756-7990 v1