## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| Debtor. | ) | |

**ORDER APPROVING STIPULATION PARTIALLY RESOLVING APPLICATION FOR ADMINISTRATIVE EXPENSE PRIORITY CLAIM AND OBJECTIONS THERETO BY AND BETWEEN DEBTORS, RUDMAN PARTIES, EAST WEST BANK, AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

THIS MATTER, having come before the Court on the Stipulation by and between the Debtors, the Rudman Parties, East West Bank, and the Official Committee of Unsecured Creditors ("Stipulation"), the Court having reviewed the Stipulation and finding good cause for granting the requested relief, does hereby

ORDER

1. That the Stipulation is APPROVED; and
2. The Rudman Partnership shall have an allowed administrative expense claim in the amount of $250,000 for its claim related to the gas plant management fee held in suspense by Sklar Exploration Company, LLC;
3. The Debtors are authorized to release funds in satisfaction of such allowed administrative expense claim in accordance with the Stipulation; and
4. All other claims presented with respect to the Application for Administrative Expense Priority Claim Pursuant to 11 U.S.C. § 503(b) (Docket No. 1148) and the Objections thereto filed by East West Bank (Docket No. 1170) and the Debtors (Docket No. 1173), and joined in by the Official Committee of Unsecured Creditors (Docket No. 1172) remain pending subject to further order of the Court.

Dated: August 12, 2021

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge