UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**STATUS REPORT REGARDING CONFIRMATION OF SECOND AMENDED
AND RESTATED PLAN OF REORGANIZATION AND
MATTERS SET FOR HEARING ON AUGUST 16, 2021**

The Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together, "Debtors"), by and through their attorneys, Kutner Brinen Dickey Riley, P.C., state their Status Report regarding the confirmation of the *Second Amended and Restated Plan of Reorganization* (Docket No. 1251) ("Second Amended Plan") and the other matters set for hearing on August 16 and 17, 2021 as follows:

***Status of Confirmation of the Second Amended and Restated Plan of Reorganization***

1.   On March 11, 2021, the Debtors filed their *Amended and Restated Joint Plan of Reorganization Dated December 18, 2020* (Docket No. 1080) (the "First Amended Plan").

2.   Objections to the Amended Plan were filed by:

   a.   Ally Bank (Docket No. 1179; Withdrawn at Docket No. 1257);

   b.   The Internal Revenue Service ("IRS") (Docket No. 1203; Resolved by Stipulation at Docket No. 1414);

   c.   The United States Trustee ("UST") (Docket No. 1207; Withdrawn at Docket No. 1394);

   d.   Stoneham Drilling Company (Docket No. 1239; Withdrawn at Docket No. 1351);

   e.   The Anderson Parties (Docket No. 1241; Withdrawn at Docket No. 1412);

    f.    The Louisiana Department of Revenue (Docket No. 1211; Withdrawn at Docket No. 1258);

    g.    The Ad Hoc Committee of Unsecured Creditors (Docket No. 1242; Withdrawn at Docket No. 1355); and

    h.    The Rudman Partnership, CTM 2005, Ltd., and MER Energy, Ltd. ("Rudman Parties") (Docket Nos. 1210 and 1265; Withdrawn at Docket No. 1409).

3.    On May 14, 2021, the Debtors filed their *Second Amended and Restated Joint Plan of Reorganization Dated December 18, 2020* (Docket No. 1251). The Second Amended Plan does not make material modifications to the Plan that would require additional solicitation, but was intended to address some of the objections filed and certain informal objections raised.

4.    The Debtors have further filed a subsequent *Amendment to Second Amended and Restated Plan of Reorganization* (Docket No. 1385) to address some of the objections raised.

5.    As set forth above, all Objections to confirmation of the Second Amended Plan have been either withdrawn or resolved by Stipulation.

6.    Furthermore, as set forth on the *Declaration of Emily Young of Epiq Corporate Restructuring, LLC Regarding Voting and Tabulation of Ballots Case on Amended and Restated Joint Plan of Reorganization* (Docket No. 1261), all classes of creditors are either unimpaired and deemed to have accepted the Second Amended Plan, or have voted to accept the Plan.

7.    The Debtors further incorporate by reference the legal arguments made in support of confirmation of the Second Amended Plan set forth in the *Brief in Support of Confirmation of the Second Amended and Restated Joint Plan of Reorganization* (Docket No. 1338).

8.    The Second Amended Plan is confirmable in accordance with 11 U.S.C § 1129(a), and confirmation of the Second Amended Plan is not opposed by any creditors or parties in interest, and the Debtors therefore intend to seek entry of an Order confirming the Second Amended Plan at the August 16, 2021 hearing.

**<u>Status of the Rudman Group's Motion to Appoint a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104, or, in the Alternative, Convert to Chapter 7</u>**

9.    On May 17, 2020, the Rudman Parties filed a *Motion to Appoint Trustee, or in the Alternative, Convert the Case from Chapter 11 to Chapter 7* ("Trustee Motion") (Docket No. 308).

10.    The Trustee Motion was set for hearing in conjunction with confirmation of the Second Amended Plan.

11. The Rudman Parties withdrew the Trustee Motion on August 11, 2021 (Docket No. 1409), and the Trustee Motion is therefore no longer pending before the Court.

***Motions to Assume Operating Agreements (Sklarco)***

12. Between February 23, 2021 and March 2, 2021, Sklarco filed approximately 111 Motions to Assume, seeking authorization to assume the respective Operating Agreements and Unit Agreement for wells operated by SEC and wells operated by third-party operators in which Sklarco holds a working interest.

13. On March 31, 2021, the Debtors filed their *Status Report Regarding Contested Assumption of Operating Agreements and Proposed Scheduling for Hearings* ("First Status Report"), setting forth the objections filed to the various motions.

14. Since the filing of the First Status Report, a number of the objections have been withdrawn.

15. The following objections remain pending with respect to Sklarco's Motions to Assume:

| Docket No. | Property/Well Name | Objecting Parties |
|---|---|---|
| 903 | North Beach Participation & Operating Agreement | Fant Energy (Docket No. 1116) |
| 883 | Shipps Creek | Fant Energy (Docket No. 1091) |
| 857 | Southeast Brooklyn Oil Unit | Fant Energy (Docket No. 1093) |
| 855 | Southwest Brooklyn Oil Unit | Fant Energy (Docket No. 1095) |
| 881 | Kings Dome | Fant Energy (Docket No. 1088) |

16. The Debtors and Fant have reached an agreement in principle with Fant that will resolve the pending objections, and are currently working to draft a stipulation.

17. All of the Motions to Assume remain pending before the Court. The Debtors filed a non-contested certificate on a number of the Motions to Assume on May 27, 2021 (Docket No. 1271).

Dated: August 13, 2021 Respectfully submitted,

By:    */s/ Keri L. Riley*_____
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln St., Suite 1850
Denver, CO 80264
Tel: 303-832-2400
E-mail: klr@kutnerlaw.com

4