UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**DECLARATION OF JAMES KATCHADURIAN IN SUPPORT OF CONFIRMATION OF SECOND AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION DATED DECEMBER 18, 2020**

I, James Katchadurian, hereby depose and state as follows:

1. I, James Katchadurian, am a Partner at CR3 Partners and am the Chief Restructuring Officer ("CRO") of Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together "Debtors").

2. I was appointed as the CRO of the Debtors on June 15, 2020, effective as of May 21, 2020 in accordance with the *Order Granting Debtors' Motion for Entry of Order Authorizing Debtors' Employment of CR3 Partners as Chief Restructuring Officer* (Docket No. 429).

3. I am submitting this declaration on behalf of the Debtors in support of confirmation of the *Second Amended and Restated Joint Plan of Reorganization Dated December 18, 2020* (Docket No. 1251) (together with all amendments thereto, the "Second Amended Plan").

4. Since my appointment as CRO, I have been involved in all aspects of the Chapter 11 process for the Debtor and I am familiar with the Second Amended Plan and the *Amended Disclosure Statement to Accompany Amended and Restated Joint Plan of Reorganization* (Docket No. 1101) ("Disclosure Statement"). To the best of my knowledge and belief, the statements

1

contained in the Disclosure Statement and Second Amended Plan regarding the Debtor's history, assets, and liabilities remain true and correct.

5. The Plan complies with all of the provisions of Chapter 11 of the Bankruptcy Code. The Debtors have complied with all orders issued by the Bankruptcy Court. They have prepared and filed the Second Amended Plan and Disclosure Statement. The Disclosure Statement has been approved by the Bankruptcy Court as adequate, and the Plan, Disclosure Statement, and ballots were sent to all creditors and parties in interest for voting on the Plan. *See Affidavit of Service of Solicitation Materials* (Docket No. 1176).

6. The Second Amended Plan has been proposed in good faith by the Debtors in an effort to repay unsecured creditors of both cases more than they would otherwise receive in a Chapter 7 bankruptcy case.

7. All payments made by the Debtors in connection with the Bankruptcy cases, including payments to bankruptcy counsel, have been approved by, or are subject to the approval of, this Court.

8. The Debtors have disclosed in the Disclosure Statement the identity and affiliations of any individual proposed to effectuate the terms of the Second Amended Plan. Brad Walker of Stone Tower Advisors, Inc. has been proposed as the Independent Manager to oversee operations of the Debtors and effectuate the resignation and transition from SEC to a new operator and effectuate the wind down of SEC.

9. There is no governmental regulatory commission with jurisdiction over any rates related to the Plan.

10. Each class of claims or interests has accepted the Second Amended Plan, is deemed to have accepted the Second Amended Plan, or is not impaired by the Second Amended Plan, without including any acceptance of the Second Amended Plan by any insider.

11. As set forth on the *Declaration of Emily Young of Epiq Corporate Restructuring, LLC Regarding Voting and Tabulation of Ballots Case on Amended and Restated Joint Plan of Reorganization* (Docket No. 1261), the following classes voted to accept the Plan:

| | Sklarco, LLC (20-12380) | | |
|---|---|---|---|
| | TOTAL BALLOTS COUNTED | | |
| | ACCEPT | REJECT | |

2

| VOTING CLASS | AMOUNT | NUMBER | AMOUNT | NUMBER | Class Voting Result |
|---|---|---|---|---|---|
| **Class A** Allowed Secured Claim held by East West Bank | $22,989,650.74 **100.00%** | 1 **100.00%** | $0.00 **0.00%** | 0 **0.00%** | Accept |
| **Class C** General Unsecured Claims against Sklarco | $982,672.54 **99.97%** | 17 **94.44%** | $290.03 **.03%** | 1 **5.56%** | Accept |
| **Class D** Member Interest Held by Howard Trust | Class contained claim/interest that was entitled to vote, but no ballot was returned in this class. | | | | |

| **Sklar Exploration Company, LLC (20-12377)** | | | | | |
|---|---|---|---|---|---|
| | **TOTAL BALLOTS COUNTED** | | | | |
| | **ACCEPT** | | **REJECT** | | **Class Voting Result** |
| **VOTING CLASS** | AMOUNT | NUMBER | AMOUNT | NUMBER | |
| **Class 2** Allowed Secured Claim held by East West Bank | $22,989,650.74 **100.00%** | 1 **100.00%** | $0.00 **0.00%** | 0 **0.00%** | Accept |
| **Class 3** Allowed Secured Claim held by Ford Motor Credit | Class contained claim/interest that was entitled to vote, but no ballot was returned in this class. | | | | |
| **Class 4** Allowed Secured Claim held by Ally Bank | Class contained claim/interest that was entitled to vote, but no ballot was returned in this class. | | | | |
| **Class 6** General Unsecured Claims against SEC | $6,662,614.10 **74.38%** | 104 **77.04%** | $2,295,383.38 **25.62%** | 31 **22.96%** | Accept |
| **Class 7** Member Interest Held by Howard Trust | Class contained claim/interest that was entitled to vote, but no ballot was returned in this class. | | | | |

12. SEC Class 1 consisted of the allowed priority wage claims arising pursuant to 11 U.S.C. § 507(a)(4) and (a)(5), was unimpaired by the Second Amended Plan, and therefore is deemed to have accepted the Plan.

13. All objections to confirmation of the Debtors' Second Amended Plan have been withdrawn prior to the hearing on confirmation of the Second Amended Plan as set forth below:

    a. Ally Bank (Objection at Docket No. 1179; Withdrawn at Docket No. 1257);

    b. The Internal Revenue Service ("IRS") (Objection at Docket No. 1203; Resolved by Stipulation at Docket No. 1414);

    c. The United States Trustee ("UST") (Objection at Docket No. 1207; Withdrawn at Docket No. 1394);

    d. Stoneham Drilling Company (Objection at Docket No. 1239; Withdrawn at Docket No. 1351);

    e. The Anderson Parties (Objection at Docket No. 1241; Withdrawn at Docket No. 1412);

    f. The Louisiana Department of Revenue (Objection at Docket No. 1211; Withdrawn at Docket No. 1258);

    g. The Ad Hoc Committee of Unsecured Creditors (Objection at Docket No. 1242; Withdrawn at Docket No. 1355); and

    h. The Rudman Partnership, CTM 2005, Ltd., and MER Energy, Ltd. ("Rudman Parties") (Objection at Docket Nos. 1210 and 1265; Withdrawn at Docket No. 1409).

14. Tax claimants pursuant to 11 U.S.C. § 507(a)(8) shall be paid in accordance with the Plan and shall be paid in full no later than five (5) years from the Petition Date. The treatment of the IRS's claim is further set forth in the Stipulation to Plan Treatment (Docket No. 1414).

15. It is unlikely that confirmation of the Second Amended Plan will be followed by the need for further financial reorganization or a liquidation that is not contemplated in the Second Amended Plan. The Second Amended Plan contemplates the wind down and liquidation of SEC following the transition to replacement operators. As to Sklarco, Second Amended Plan provides a two-year period for Sklarco to refinance, barring which Sklarco's assets will be liquidated and the funds distributed in accordance with the Second Amended Plan.

16. The Debtors reaffirm the statements in the Disclosure Statement, and in particular, the financial information contained therein, and the revised projections attached to the *Brief in Support of Confirmation of the Second Amended and Restated Joint Plan of Reorganization* (Docket No. 1338).

17. The Debtors will pay all fees required under 28 U.S.C. § 1930 before seeking a final decree.

18. The Debtors do not currently provide retirement benefits.

The foregoing Declaration is true and correct to the best of my knowledge and belief.

DATED: August 13, 2021

        SKLAR EXPLORATION COMPANY, LLC

        By: /s/ James Katchadurian
        James Katchadurian, Chief Restructuring Officer

        SKLARCO, LLC

        By: /s/ James Katchadurian
        James Katchadurian, Chief Restructuring Officer

## CERTIFICATE OF SERVICE

      I certify that on August 13, 2021, I served a complete copy of the foregoing **DECLARATION OF JAMES KATCHADURIAN IN SUPPORT OF CONFIRMATION OF SECOND AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION DATED DECEMBER 18, 2020** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Stoneham Drilling Corporation
(Representative: Heather Stickel)
c/o James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Mesa Fluids, LLC
(Representative: Aaron W. Merrell)
1669 South 580 East
American Fork, UT 84057

TCP Cottonwood, L.P.
(Representative: Kyle C. McInnis)
c/o Eric Lockridge
400 Convention Street
Suite 700
Baton Rouge, LA 70801

Rapad Well Service Company, Inc.
(Representative: Chesley James)
c/o Jeremy Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203-4642

Kelley Brothers Contractors, Inc.
(Representative: Jerry Kelley)
401 County Farm Road
Waynesboro, MS 39367

Baker Hughes Company
(Representative: Christopher J. Ryan)
2001 Rankin Road
Houston, TX 77073

Timothy C. Mohan, Esq.
Foley & Lardner, LLP
600 17th Street
Suite 2020 South
Denver, CO 80202

J. Eric Lockridge, Esq.
Kean Miller LLP
400 Convention Street
Suite 700
P.O. Box 3513
Baton Rouge, LA 70802

Craig K. Schuenemann, Esq.
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Giovanni M. Ruscitti, Esq.
Berg Hill Greenleaf Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302

Bryce A. Suzuki, Esq.
Bryan Cave Leighton Paisner, LLP
Two North Central Avenue
Suite 2100
Phoenix, AZ 85004-4406

James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Timothy M. Riley, Esq.
Hopping Green & Sams, P.A.
P.O. Box 6526
Tallahassee, FL 32314

Michel D. Rubenstein, Esq.
Liskow & Lewis
1001 Fannin Street
Suite 1800
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos
Suite 700
Austin, TX 78701

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, P.C.
999 18th Street
Suite 1230 South
Denver, CO 80202

Robert L. Paddock, Esq.
Buck Keenan LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Jeremy L. Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203

Matthew J. Ochs, Esq.
Holland & Hart, LLP
555 Seventeenth Street
Suite 3200
P.O. Box 8749
Denver, CO 80201-8749

Shay L. Denning, Esq.
Thomas H. Shipps, Esq.
Maynes, Bradford, Shipps & Sheftel, LLP
835 East Second Avenue
Suite 123
Durango, CO 81301

Robert Padjen, Esq.
Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202-1486

Joseph E. Bain, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Madison Tucker, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, Louisiana 70170

Barnet B. Skelton, Jr., Esq.
815 Walker
Suite 1502
Houston, TX 77002

Amy L. Vazquez, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams, LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Christopher H. Meredith, Esq.
Copeland Cook Taylor & Bush, P.A.
1076 Highland Colony Parkway
600 Concourse, Suite 200
P.O. Box 6020
Ridgeland, Mississippi 39158-6020

Michael L. Niles, Esq.
Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Victoria Argeroplos, Esq.
Jackson Walker LLP
1401 McKinney Street
Suite 1900
Houston, TX 77010

David R. Taggart, Esq.
Bradley Murchison Kelly & Shea, LLC
401 Edwards Street
Suite 1000
Shreveport, Louisiana 71101

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
P.O Box 22260
Shreveport, Louisiana 71120-2260

Paul H. Stephenson III, Esq.
Jim F. Spencer, Jr., Esq.
Watkins & Eager, PLLC
P.O. Box 650
Jackson, Mississippi 39205

John D. Cornwell, Esq.
Grant M. Beiner, Esq.
Christopher D. Johnson, Esq.
Munsch Hardt Kopf & Harr, P.C.
700 Milam Street
Suite 2700
Houston, TX 77002

Michael J. Guyerson, Esq.
Buechler Law Office, LLC
999 18th Street
Suite 1230 South
Denver, CO 80202

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
Shreveport, Louisiana 71120-2260

Robert L. Paddock, Esq.
Buck Keenan, LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Ryan M. Seidemann, Esq.
Assistant Attorney General
Civil Division/Lands and Natural Resources
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005

David M. Miller, Esq.
Spencer Fane LLP
1700 Lincoln Street
Suite 2000
Denver, CO 80203

Jennifer J. Hardy, Esq.
Willkie Farr & Gallagher, LLP
600 Travis Street
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos Street
Suite 700
Austin, TX 78701

Andrew G. Edson, Esq.
Clark Hill Strasburger
901 Main Street
Suite 6000
Dallas, TX 75202

Craig M. Geno, Esq.
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157

Christopher H. Meredith, Esq.
Glenn Gates Taylor, Esq.
Copeland Cook Taylor & Bush, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Curtis R. Shelton, Esq.
Jennifer Norris Soto, Esq.
Ayres Shelton Williams Benson & Paine, LLC
333 Texas Street, Suite 1400
P.O. Box 1764
Shreveport, Louisiana 71166

Armistead M. Long, Esq.
Gordon Arata Montgomery Barnett
McCollam Duplantis & Eagan, LLC
400 East Kaliste Saloon Road
Suite 4200
Lafayette, Louisiana 70508

Ryan J. Lorenz, Esq.
Clark Hill PLC
14850 North Scottsdale Road
Suite 500
Scottsdale, Arizona 85254

Brian G. Rich, Esq.
Michael J. Niles, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Katherine A. Ross, Esq.
U.S. Attorney's Office for the
 District of Colorado
Assistant United States Attorney
1801 California Street
Suite 1600
Denver, CO 80202

Ryco Exploration, LLC
401 Edwards Street
Suite 915
Shreveport, LA 71101
ATTN: M. Robin Smith

Ryco Exploration, LLC
40 Golf Club Drive
Haughton, LA 71037
ATTN: M. Robin Smith

Stephen K. Lecholop II, Esq.
Rosenthal Pauerstein, Esq.
Sandoloski Agather LLP
755 East Mulberry
Suite 200
San Antonio, TX 78212

9

Katherine Guidry Douthitt, Esq.
Blanchard Walker O'Quin & Roberts
P.O. Box 1126
Shreveport, Louisiana 71163

Andrew J. Shaver, Esq.
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Theodore J. Hartl, Esq.
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202-5596

John H. Smith
Quitman Tank Solutions, LLC
P.O. Box 90
Quitman, MS 39355

Belinda Harrison
58 County Road 5033
Heidelberg, MS 39439

Casey C. Breese, Esq.
Welborn Sullivan Meck & Tooley, P.C.
1125 17th Street
Suite 2200 South
Denver, CO 80202

Jeff Carruth, Esq.
Weycer Kaplan Pulaski & Zuber, P.C.
11 Greenway Plaza
Suite 1400
Houston, TX 77046

Michael E. Riddick, Esq.
Katherine Guidry Douthill, Esq.
Blanchard Walker O'Quin & Roberts, P.C.
333 Texas Street
Regions Tower
Suite 700
Shreveport, Louisiana 71101

Chris Crowley, Esq.
Feldmann Nagel Cantafio, PLLC
1875 Lawrence Street
Suite 730
Denver, CO 80202

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
Suite 600
Denver, CO 80206

Adam L. Hirsch, Esq.
Davis Graham & Stubbs LLP
1550 Seventeenth Street
Suite 500
Denver, CO 80202

Elizabeth Weller, Esq.
Linebarger Goggan Blair and Sampson, LLP
2777 North Stemmons Freeway
Suite 1000
Dallas, TX 75207

P. Matthew Cox, Esq.
Snow Christensen & Martineau
10 Exchange Place, Eleventh Floor
P.O. Box 45000
Salt Lake City, UT 84111

Michael L. Schuster, Esq.
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202-5596


**/s/Vicky Martina**
**Vicky Martina**
**Kutner Brinen Dickey Riley PC**

10