UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**<u>NOTICE OF APPEARANCE</u>**

Please take notice that Deirdre Carey Brown, hereby appears as counsel on behalf of the Maren Silberstein Revocable Trust and pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case given to and served upon the following:

> Deirdre Carey Brown
> 1990 Post Oak Blvd, Suite 2400
> Houston, Texas 77056
> Telephone: 832.367.5722

Please take further notice that, pursuant to § 1109(b) of the United States Bankruptcy Code, the foregoing demand includes not on the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing motion, petition, pleading or request, whether formal or informal, written or

oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the referenced case and the proceedings.

DATED: August 16, 2021

Respectfully submitted,

By: */s/ Deirdre Carey Brown*
DEIRDRE CAREY BROWN,pllc
FORSHEY & PROSTOK LLP
1990 Post Oak Blvd Suite 2400
Houston, Texas 77056
Telephone: 832.367.5722

ATTORNEY FOR MAREN SILBERSTEIN REVOCABLE TRUST

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2021, a copy of the foregoing Notice of Appearance was served by the ECF.

*/s/ Deirdre Carey Brown*
DEIRDRE CAREY BROWN