UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minute Order*

| Date: August 16, 2021 | **Honorable Elizabeth E. Brown, Presiding** |
|---|---|
| | Kerstin Cass, Law Clerk |

| | | **Case. No. 20-12377 EEB** |
|---|---|---|
| In re: | Sklar Exploration Company, LLC, | Chapter 11 |
| | Debtor. | |
| | Sklarco, LLC, | **Case. No. 20-12380 EEB** |
| | Debtor. | Chapter 11 |

**Jointly Administered Under 20-12377 EEB**

| | Appearances | | Representing |
|---|---|---|---|
| Counsel | | UST | |
| Counsel | Keri Riley, James Katchadurian | Debtor(s) | |
| Counsel | Chris Johnson, Eric Conrwall* | Committee | Creditors' Committee |
| Counsel | Bryce Suzuki | Creditor | East West Bank |
| Counsel | Eric Lockridge* | Creditor | Anderson Exploration Energy Co., TCP Cottonwood, L.P., AEEC II, LLC and Sugar Oil Properties |
| Counsel | Brent Cohen | | Fant Energy Ltd. |
| Counsel | Joseph Bain | Creditor | FPCC USA |
| Counsel | Jordan Bird* | Creditor | Franks Exploration Co, AEH Investments, J & A Harris Bundero Investment Co., Kingston, Hughes Oil South, KMR Investments, Tommy Youngblood |
| Counsel | Timothy Swanson | Creditor | Ad Hoc Committee of Working Interest Owners |
| Counsel | Madison Tucker*, Joseph Bain* | Creditor | FPCC USA, Inc. |
| Counsel | David Taggert* | Creditor | J.F. Howell |
| Counsel | Duane Brescia* | Creditor | Lucas Petroleum Group |
| Counsel | Stephen Lecholop* | Creditor | McCombs Energy |
| Counsel | Jeremy Retherford*, Matt Ochs* | Creditor | Pruet Oil Company, LLC, Pruet Production Co. (individually and as agent) |
| Counsel | Thomas Shipps, Barnet Skelton Jr.*, | Creditor | Rudman Partnership, CTM 2005, Ltd., and MER Energy, Ltd. |
| Counsel | Adam Hirsch | Creditor | Howard Sklar, Howard Sklar Trust |
| Counsel | Robert Paddock* | Creditor | Strago Petroleum Corporation, Meritage Energy Ltd, Gateway Exploration, Harvest Gas Management, G Crew Properties |
| Counsel | Thane Huggs* | Creditor | Stroud Petroleum Inc. |
| Counsel | Deirdre Brown* | Creditor | Maren Silberstein Revocable Trust |
| Counsel | | Creditor | |

*telephonic appearance

Proceedings: Evidentiary Hearing on: (1) confirmation of the Debtors' Second Amended Plan; and (2) Sklarco's Motions to Assume Operating Agreements and the objections by Fant Energy.

Orders:

☒ On or before **August 23, 2021:**

    1. Sklarco (and any other party who wishes to) shall submit a brief on the issue of whether it may assume the operating agreements where SEC is the current operator given that SEC has already rejected these. While SEC's rejection does not terminate these agreements, it does indicate that SEC will not continue as the operator, except on a temporary basis until its successor(s) have been identified and have taken over operations. Moreover, there are regulatory conditions that must be satisfied. The Court recognizes that these operating agreements are multi-party contracts and that they allow for the replacement of the operator. But given the operator's essential role in these contracts, the Court questions whether Sklarco may assume them until the appointment of a new operator. And since these contracts are key to Sklarco's ability to reorganize, the Court cannot enter a confirmation order until the assumption motions have been granted. Cases involving the issue of dueling bankruptcies and conflicting motions to assume and to reject, albeit in a different factual context, include: *In re Patriot Place, Ltd.*, 486 B.R. 773 (Bankr. W.D. Tex. 2013) and *In re Railyard Co., LLC*, 562 B.R. 481 (Bankr. D.N.M. 2016).

    2. Sklarco shall also supply the Court with a chart listing all the agreements to be assumed (regardless of whether SEC is the operator), the current operator under that agreement and, if identified, the intended replacement operator.

Date: August 16, 2021

BY THE COURT:

Elizabeth E. Brown, U.S. Bankruptcy Judge

2