## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

IN RE:                                                          **Chapter 11**
**SKLAR EXPLORATION COMPANY, LLC**                  **Case No. 20-12377-EEB**

**SKLARCO, LLC**                                     **Case No. 20-12380-EEB**
*Debtors*                                            **(Jointly Administered)**

---

### STIPULATION BETWEEN FLETCHER PETROLEUM CORP.
### AND PRUET PRODUCTION CO. CONCERNING
### MOTION FOR RELIEF FROM THE AUTOMATIC STAY

---

Fletcher Petroleum Corp. ("Fletcher") and Pruet Production Co. ("Pruet") hereby stipulate as follows:

1.      On July 21, 2021, Fletcher filed a *Motion for Relief from the Automatic Stay, to Permit Fletcher Petroleum Corp. to Pursue Establishment of a Partial Field-Wide Unit to be Known as Brooklyn Oil Unit II* (Dkt. # 1369, the "Motion").

2.      On August 11, 2021, Pruet filed a *Limited Response and Reservation of Rights by Pruet Production Co. to Motion for Relief from the Automatic Stay to Permit Fletcher Petroleum Corp. to Pursue Establishment of a Partial Field-Wide Unit to be Known as Brooklyn Oil Unit II* (Dkt. # 1404, the "Limited Response").

3.      Fletcher and Pruet have agreed to resolve the issue Pruet raised in its Limited Response by including the following paragraph in the proposed Order granting the Motion:

> **IT IS FURTHER ORDERED AND ADJUDGED** that the entry of this Order is in no way a finding that Fletcher is entitled to the relief it intends to seek from the Board. The rights of all parties in interest are preserved to be heard by the Board or any other applicable agency, committee, or state court with respect to Fletcher's efforts to approve and establish the Brooklyn Unit II.

4.      Attached to this Stipulation as an unmarked, unnumbered exhibit is a proposed Order granting the Motion that is acceptable to Fletcher and to Pruet.

5.      Subject to the terms of this Stipulation, Pruet agrees that it is not contesting the relief requested in the Motion and is not requesting a hearing thereon.

**WHEREFORE**, Fletcher and Pruet respectfully request that this Court approve this Stipulation and grant the Motion by entering an Order substantially similar to the proposed Order attached to this Stipulation.

Dated: August 16, 2021.

/s/ Christopher H. Meredith
Glenn Gates Taylor, MSB No. 7453
Christopher H. Meredith, MSB No. 103656
COPELAND, COOK, TAYLOR & BUSH, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway
Ridgeland, MS  39157
Telephone:  (601) 856-7200
gtaylor@cctb.com
cmeredith@cctb.com
*Attorneys for Fletcher Petroleum Corp.*

/s/ Jeremy L. Retherford
Jeremy L. Retherford
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama  35203-4642
Telephone: (205) 226-3479
Email: jretherford@balch.com
*Attorneys for Pruet Production Co. in its individual capacity and as agent of the Owners*

### CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing through the Court's Electronic Filing System upon all parties signed up to receive such notices.

**THIS** the 16th day of August, 2021.

/s/ Christopher H. Meredith
Of Counsel