# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | **Chapter 11** |
| **SKLAR EXPLORATION COMPANY, LLC** | **Case No. 20-12377-EEB** |
| | |
| **SKLARCO, LLC** | **Case No. 20-12380-EEB** |
| *Debtors* | **(Jointly Administered)** |

### ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO PERMIT FLETCHER PETROLEUM CORP. TO PURSUE ESTABLISHMENT OF A PARTIAL FIELD-WIDE UNIT TO BE KNOWN AS BROOKLYN OIL UNIT II

Fletcher Petroleum Corp. ("Fletcher") has filed herein a *Motion for Relief from the Automatic Stay, to Permit Fletcher Petroleum Corp. to Pursue Establishment of a Partial Field-Wide Unit to Be Known as Brooklyn Oil Unit II* (the "Motion"). The Court, being duly advised, and any objections having been resolved, withdrawn, or overruled, hereby orders that the relief sought by the motion should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the automatic stay of 11 U.S.C. § 362 is hereby lifted, terminated, and annulled as to Debtors Sklar Exploration Company, LLC and Sklarco, LLC (together, the "Debtors") with respect to the Proposed Unit Area[1] so as to permit Fletcher to file petitions, request hearings, and take any other such actions before the State Oil and Gas Board of Alabama (the "Board") to seek the entry of an order or orders by the Board to:

---

[1] The Proposed Unit Area includes certain oil-and-gas leases and oil-and-gas wells concerning the following lands located in Conecuh County, Alabama, containing approximately 1,880 acres, more or less:

**Township 3 North, Range 13 East**
- Section 2: The Northwest Quarter; The West Half of the Northeast Quarter; The Southwest Quarter; the Southeast Quarter
- Section 3: The Southeast Quarter
- Section 10: The Northeast Quarter; The Northeast Quarter of the Southeast Quarter
- Section 11: The Northwest Quarter; The Northeast Quarter; The Southwest Quarter; The Southeast Quarter
- Section 12: The Northwest Quarter; The Southwest Quarter

A. Approve and establish the Brooklyn Oil Unit II (as that term is defined in the Motion) as underlain by the Unitized Formation (as that term is defined in the Motion) as a partial field-wide Unit for the production of Unitized Substances;

B. Approve proposed amendments to the Special Field Rules for the Brooklyn Field;

C. Approve the Unit Agreement and the Unit Operating Agreement for the proposed Brooklyn Oil Unit II, and require operation of the Unit Area in accordance with the terms thereof;

D. Require all owners or claimants, whether known or unknown, to the oil, gas and other minerals in and under the Proposed Unit Area to pool, integrate, and unitize their separately owned interests and tracts in the Unitized Interval underlying the Proposed Unit Area, and to develop their interests and tracts as a Unit;

E. Name Fletcher as the initial Unit Operator of the Brooklyn Oil Unit II in accordance with the terms and provisions of the Unit Agreement and Unit Operating Agreement; and

F. Issue additional possible orders and make additional possible findings consistent with the foregoing.

**IT IS FURTHER ORDERED AND ADJUDGED** that the 14-day stay under Fed. R. Bankr. P. 4001(a)(3) is hereby waived.

**IT IS FURTHER ORDERED AND ADJUDGED** that the entry of this Order is in no way a finding that Fletcher is entitled to the relief it intends to seek from the Board. The rights of all parties in interest are preserved to be heard by the Board or any other applicable agency, committee, or state court with respect to Fletcher's efforts to approve and establish the Brooklyn Unit II.

IT IS FURTHER ORDERED that the hearing scheduled for Thursday, August 19, 2021, at 1:30 p.m., is hereby VACATED.

DATED: this 17th day of August, 2021.   BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown
United States Bankruptcy Judge