# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re:<br><br>**SKLAR EXPLORATION COMPANY, LLC,** *et al.*,[1]<br><br>Debtors. | §<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 20-12377-EEB<br><br>(Jointly Administered) |

**MONTHLY FEE STATEMENT OF CR3 PARTNERS, LLC AND JAMES KATCHADURIAN AS CRO AND FINANCIAL ADVISOR TO THE DEBTORS FOR THE PERIOD JULY 1, 2021 THROUGH JULY 31, 2021**

| Name of Applicant: | CR3 Partners, LLC | |
|---|---|---|
| Applicant's Role in Case: | Chief Restructuring Officer and Financial Advisor to the Debtors | |
| Date Order of Employment Entered: | June 15, 2020 [Dkt. No. 429] | |
| | **Beginning of Period** | **End of Period** |
| Time period covered by this statement: | 7/1/21 | 7/31/21 |
| **Summary of Total Fees and Expenses Requested** | | |
| Total Fees for Services Rendered During Statement Period | | $112,320.00 |
| Expenses (100%) | | $4,971.72 |
| **TOTAL FEES AND EXPENSES** | | **$117,291.72** |

Pursuant to the Order Approving Interim Advance Payment Procedures ("Interim Compensation Order") [Dkt. No. 322] entered by the Court on May 18, 2020, CR3 Partners, LLC ("CR3"), CRO and Financial Advisor to the Debtors, submits this Monthly Fee Statement of services rendered and expenses incurred in this case for the period from July 1, 2021 through July 31, 2021, (the "Statement Period").

**ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED**

A. **Summary of Services Rendered by Each Professional**

The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

and the total number of hours spent by each providing services during the Statement Period for which CR3 seeks compensation.

| Name | Position | Hours | Hourly Rate | Total Compensation |
|---|---|---|---|---|
| James Katchadurian | Partner | 44.5 | $725.00 | $32,262.50 |
| William Snyder[2] | Partner | 5.0 | $795.00 | |
| Avery Alcorn | Director | 3.1 | $525.00 | $1,627.50 |
| Todd Bearup | Director | 135.3 | $550.00 | $78,430.00 |
| Manny Chavira | Manager | 0.0 | $450.00 | |
| **TOTAL FEES BY CONSULTANT** | | **195.2** | | **$112,320.00** |

The time records of CR3 consisting of a daily breakdown of the tasks performed organized by project category, and detail as to the disbursements incurred are attached as **Exhibit A** to this Monthly Fee Statement.

B. **Summary of Services Rendered By Category**

The following itemization presents a summary of the services rendered by CR3 by Task Category.

| Task Category | Hours | Fees Earned |
|---|---|---|
| Bankruptcy Case Admin | 0.1 | $52.50 |
| Business Analysis | 5.8 | $3,557.50 |
| Business Operations | 59.8 | $33,012.50 |
| Cash Management | 26.9 | $14,795.00 |
| Creditor Issues | 3.0 | $2,385.00 |
| Debtor Issues | 47.1 | $25,905.00 |
| Fee Applications | 2.4 | $1,320.00 |
| Operating Reports | 2.7 | $1,482.50 |
| Plan Issues | 47.4 | $33,785.00 |
| W. Snyder Discount | | $(3,975.00) |
| **TOTAL HOURS AND FEES** | **195.2** | **$112,320.00** |

C. **Summary of Expenses Incurred By Category**

The following itemization presents a summary of the expenses incurred for the Statement Period by category of disbursement.

| Expense Category | Total Expenses |
|---|---|
| Admin Fee | $1,123.20 |
| Expense - Mileage | $380.94 |
| Expense - Meals | $599.84 |
| Expense - Transportation | $25.35 |

---

[2] All time incurred by William Snyder is written off in accordance with the agreement with the Debtors

| | |
|---|---:|
| Expense - Hotel | $846.18 |
| Expense - Airfare | $1,564.60 |
| Expense - Rental | $431.61 |
| **TOTAL EXPENSES** | **$4,971.72** |

WHEREFORE, pursuant to the Interim Compensation Order, CR3 requests payment of compensation in the amount of (i) $112,320.00 on account of actual, reasonable and necessary professional services rendered to the Debtor by CR3 and (ii) reimbursement of actual and necessary costs and expenses in the amount of $4,971.72 incurred on behalf of the Debtor.

DATED: August 12, 2021

Respectfully submitted,

**CR3 Partners, LLC**

By: */s/ James Katchadurian*

# EXHIBIT A

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 7/5/2021 | Avery Alcorn | Bankruptcy Case Admin | 525.00 | 0.1 | 52.50 | Make Time Entries in Nexonia for WE 07/03 |
| 7/1/2021 | William Snyder | Business Analysis | 795.00 | 1.0 | 795.00 | NON-BILLABLE .5 spoke to EW bank .5 followed up with James |
| 7/2/2021 | William Snyder | Business Analysis | 795.00 | 0.5 | 397.50 | NON-BILLABLE .5 spoke to james about COO |
| 7/8/2021 | Todd Bearup | Business Analysis | 550.00 | 0.7 | 385.00 | Continue updating analysis and provide to CRO and counsel. |
| 7/8/2021 | Todd Bearup | Business Analysis | 550.00 | 1.9 | 1,045.00 | Update JIB-AR vs. Suspense analysis. |
| 7/19/2021 | Todd Bearup | Business Analysis | 550.00 | 1.7 | 935.00 | Update JIB-AR vs. Suspense model for CRO and Counsel. |
| 7/1/2021 | Todd Bearup | Business Operations | 550.00 | 1.9 | 1,045.00 | Continue working with CEO, controller re: COO transition issues. |
| 7/1/2021 | Todd Bearup | Business Operations | 550.00 | 2.0 | 1,100.00 | Deal w/ aftermath of COO transition. |
| 7/1/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Review, approve and send wires |
| 7/2/2021 | Todd Bearup | Business Operations | 550.00 | 1.8 | 990.00 | Further discussion w/ debtor's counsel (AJ), CEO and employees re: COO departure in attempt to settle nerves. |
| 7/2/2021 | Todd Bearup | Business Operations | 550.00 | 0.9 | 495.00 | Weekly A/P discussion, modification and forward to CRO for approval for mid-next week. |
| 7/5/2021 | William Snyder | Business Operations | 795.00 | 0.2 | 159.00 | NON-BILLABLE: .2 update with team |
| 7/6/2021 | Todd Bearup | Business Operations | 550.00 | 0.8 | 440.00 | Weekly accounting department meeting and follow-up. |
| 7/6/2021 | Todd Bearup | Business Operations | 550.00 | 0.6 | 330.00 | Weekly Ops Call and follow-up discussion w/ Controller. |
| 7/6/2021 | Todd Bearup | Business Operations | 550.00 | 1.9 | 1,045.00 | Review production reports for prior week and holiday weekend. And review professional fee statements for prof firms. |
| 7/6/2021 | Todd Bearup | Business Operations | 550.00 | 1.5 | 825.00 | Various post-COO discussions w/ employees attempting to continue to settle the waters. |
| 7/7/2021 | Todd Bearup | Business Operations | 550.00 | 0.7 | 385.00 | Work s/ Geoff and controller re: update WP, bank system, etc. to reflect status of COO. |
| 7/7/2021 | Todd Bearup | Business Operations | 550.00 | 1.2 | 660.00 | Discuss and follow-up on various issues w/ controller including, COO PTO payment, insurance, |
| 7/8/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Review production reports for the week. |
| 7/8/2021 | Todd Bearup | Business Operations | 550.00 | 1.8 | 990.00 | Work w/ accounting to update the JIB-AR vs. Suspense Report. |
| 7/9/2021 | Todd Bearup | Business Operations | 550.00 | 0.6 | 330.00 | Discussion and follow-up w/ controller. |
| 7/9/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Review Armbrecht Jackson June fee statement. |
| 7/9/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Discussions w/ Julie re: tracking down back-up for Fletcher check at request of counsel. |
| 7/9/2021 | William Snyder | Business Operations | 795.00 | 0.3 | 238.50 | NON-BILLABLE: .3 update with james |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 7/12/2021 | Todd Bearup | Business Operations | 550.00 | 1.9 | 1,045.00 | Work w/ Ops re: ballot issues and tallying. Review potential requests for funds for well issues. Review Gas Plant issues over the weekend. |
| 7/12/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Review, approve, send Ops wires. |
| 7/13/2021 | Todd Bearup | Business Operations | 550.00 | 0.4 | 220.00 | Review, approve, send Ops wires. |
| 7/13/2021 | Todd Bearup | Business Operations | 550.00 | 0.9 | 495.00 | Weekly operations call and follow-up. Review daily ops reports for prior week. |
| 7/14/2021 | Todd Bearup | Business Operations | 550.00 | 0.9 | 495.00 | Weekly accounting call and follow-up. |
| 7/14/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Review, approve, send Ops wires. |
| 7/15/2021 | Todd Bearup | Business Operations | 550.00 | 0.3 | 165.00 | Setup up conference call w/ Ops, CRO for an updated and Q&A session. |
| 7/16/2021 | Todd Bearup | Business Operations | 550.00 | 1.4 | 770.00 | Various discussions w/ controller re: updates, IRS issues, insurance renewal. |
| 7/19/2021 | Todd Bearup | Business Operations | 550.00 | 0.7 | 385.00 | Various meetings w/ controller re: open items for insurance renewal progress. |
| 7/19/2021 | Todd Bearup | Business Operations | 550.00 | 0.4 | 220.00 | Review, approve and send wires. |
| 7/20/2021 | Todd Bearup | Business Operations | 550.00 | 0.9 | 495.00 | Call w/ CRO, Brad Walker and Ops to discuss Pruet transition. |
| 7/20/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Review, approve and send wires. |
| 7/20/2021 | Todd Bearup | Business Operations | 550.00 | 0.8 | 440.00 | Weekly call w/ Ops. Review Harold's notes and modify fcst. |
| 7/21/2021 | Todd Bearup | Business Operations | 550.00 | 0.7 | 385.00 | Various discussions w/ land re: ballots |
| 7/21/2021 | Todd Bearup | Business Operations | 550.00 | 0.6 | 330.00 | Review, approve and send wires. |
| 7/21/2021 | Todd Bearup | Business Operations | 550.00 | 0.8 | 440.00 | A/P meeting with accounting and follow-up. |
| 7/22/2021 | Todd Bearup | Business Operations | 550.00 | 1.2 | 660.00 | Various attempts to deal with inability of East West Bank to add employee to ACH. |
| 7/22/2021 | Todd Bearup | Business Operations | 550.00 | 1.3 | 715.00 | Post-COA visit discussions/updates with entire staff in Boulder. |
| 7/23/2021 | Todd Bearup | Business Operations | 550.00 | 2.0 | 1,100.00 | Deal with EWB sending ACH then retracting to 430 customers. |
| 7/23/2021 | Todd Bearup | Business Operations | 550.00 | 1.4 | 770.00 | Continue to manage through the ACH and East West Bank issues. |
| 7/26/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Update discussion w/ Controller re: IRS call, June MOR, etc. |
| 7/26/2021 | Todd Bearup | Business Operations | 550.00 | 0.8 | 440.00 | Weekly accounting call. |
| 7/26/2021 | Todd Bearup | Business Operations | 550.00 | 1.9 | 1,045.00 | Work with land team and counsel to prepare ballots. |
| 7/26/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Review, approve and send wires. |
| 7/26/2021 | Todd Bearup | Business Operations | 550.00 | 0.8 | 440.00 | Prep for tomorrow's IRS call. |
| 7/26/2021 | Todd Bearup | Business Operations | 550.00 | 0.8 | 440.00 | Send response to lender after CRO markup. |
| 7/27/2021 | Todd Bearup | Business Operations | 550.00 | 1.8 | 990.00 | Review Richard's AFE proposals and provide to COA. |
| 7/27/2021 | Todd Bearup | Business Operations | 550.00 | 1.2 | 660.00 | Review Ballots for Remaining Tranche 1 & 2 and send out ballots. |
| 7/27/2021 | Todd Bearup | Business Operations | 550.00 | 0.9 | 495.00 | Call w/ counsel and IRS rep and follow-up. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 7/27/2021 | Todd Bearup | Business Operations | 550.00 | 0.8 | 440.00 | Weekly Ops call and follow-up. |
| 7/27/2021 | Todd Bearup | Business Operations | 550.00 | 0.4 | 220.00 | Coordinate Shreveport visit from COA. |
| 7/27/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Prep for Weekly Ops call. After review for prior AFE contemplation. |
| 7/28/2021 | Todd Bearup | Business Operations | 550.00 | 0.4 | 220.00 | A/P call to walk through proposed A/P. |
| 7/28/2021 | Todd Bearup | Business Operations | 550.00 | 0.7 | 385.00 | Weekly A/P discussion and follow-up. |
| 7/28/2021 | Todd Bearup | Business Operations | 550.00 | 0.6 | 330.00 | Review, approve and send wires. |
| 7/28/2021 | Todd Bearup | Business Operations | 550.00 | 1.6 | 880.00 | Review ballots provided by Arbrecht Jackson and gameplan for next week re: tranche 3 & $. |
| 7/28/2021 | Todd Bearup | Business Operations | 550.00 | 0.7 | 385.00 | Discussion and follow-up w/ CRO and COA. |
| 7/28/2021 | Todd Bearup | Business Operations | 550.00 | 0.4 | 220.00 | Coordinate weekly ops meeting extension through September. |
| 7/28/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Discussion w/ Seth at Dehtloff re: insurance renewal quotes and follow-up. |
| 7/29/2021 | Todd Bearup | Business Operations | 550.00 | 0.7 | 385.00 | Handle Plains, Concord transportation issue. |
| 7/29/2021 | Todd Bearup | Business Operations | 550.00 | 1.2 | 660.00 | Discussions and doc review re: insurance renewal. |
| 7/29/2021 | Todd Bearup | Business Operations | 550.00 | 0.4 | 220.00 | Thu/Fri game plan discussion w/ Controller. |
| 7/29/2021 | Todd Bearup | Business Operations | 550.00 | 0.4 | 220.00 | Review, approve and send wires. |
| 7/29/2021 | Todd Bearup | Business Operations | 550.00 | 0.8 | 440.00 | Fix Pruet payment terms in the system and modify A/P request to James. |
| 7/30/2021 | Todd Bearup | Business Operations | 550.00 | 0.6 | 330.00 | Work w/ Mary re: ballot issues and providing info to counsel. |
| 7/30/2021 | Todd Bearup | Business Operations | 550.00 | 1.1 | 605.00 | Correspondence w/ counsel re: ballot responses. Discussions w/ Mary, Sutton re: balloting. |
| 7/30/2021 | Todd Bearup | Business Operations | 550.00 | 0.7 | 385.00 | Work w/ Brandon re: JIBs-to-receipts analysis. |
| 7/30/2021 | Todd Bearup | Business Operations | 550.00 | 0.3 | 165.00 | Discussion w/ Julie re: ACHs, checks, special one-off requests. |
| 7/30/2021 | Todd Bearup | Business Operations | 550.00 | 1.0 | 550.00 | Correspondence/discussion w/ Richard re: necessary AFE. Begin the AFE process. |
| 7/30/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Update discussion with Controller. |
| 7/1/2021 | Todd Bearup | Cash Management | 550.00 | 0.9 | 495.00 | Update cash forecast. Discuss A/P run. Send to CRO. |
| 7/6/2021 | Todd Bearup | Cash Management | 550.00 | 1.7 | 935.00 | Prep model for actuals and VAR report. Update cash forecast |
| 7/7/2021 | Todd Bearup | Cash Management | 550.00 | 1.8 | 990.00 | Extend cash forecast thru end of September. |
| 7/7/2021 | Todd Bearup | Cash Management | 550.00 | 1.9 | 1,045.00 | Work w/ accting to code last week's actuals. Update model and VAR report. |
| 7/7/2021 | Todd Bearup | Cash Management | 550.00 | 1.9 | 1,045.00 | Work w/ accounting on proposed A/P run and provide to CRO. |
| 7/9/2021 | Todd Bearup | Cash Management | 550.00 | 0.9 | 495.00 | Review cash receipts for the week and update cash fcst. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 7/12/2021 | Todd Bearup | Cash Management | 550.00 | 2.0 | 1,100.00 | Prep model re: last week's actuals. Update cash fcst. Review cash receipts for weekend. |
| 7/13/2021 | Todd Bearup | Cash Management | 550.00 | 1.7 | 935.00 | Update cash forecast and work on VAR report. |
| 7/14/2021 | Todd Bearup | Cash Management | 550.00 | 1.8 | 990.00 | Finalize VAR report and update cash forecast. |
| 7/16/2021 | Todd Bearup | Cash Management | 550.00 | 0.8 | 440.00 | Update cash model, modify proposed A/P run and provide to CRO. |
| 7/19/2021 | Todd Bearup | Cash Management | 550.00 | 1.9 | 1,045.00 | Prep model for actuals. update cash forecast. |
| 7/20/2021 | Todd Bearup | Cash Management | 550.00 | 1.6 | 880.00 | Work w/ accounting on VAR report. |
| 7/21/2021 | Todd Bearup | Cash Management | 550.00 | 1.8 | 990.00 | Finalize VAR report and update cash forecast and provide to CRO. |
| 7/26/2021 | Todd Bearup | Cash Management | 550.00 | 1.7 | 935.00 | Prep model for actuals, update forecast. |
| 7/27/2021 | Todd Bearup | Cash Management | 550.00 | 1.7 | 935.00 | Work on VAR report and update cash forecast. |
| 7/28/2021 | Todd Bearup | Cash Management | 550.00 | 1.9 | 1,045.00 | Finalize VAR report and update cash forecast. |
| 7/29/2021 | Todd Bearup | Cash Management | 550.00 | 0.9 | 495.00 | Modify proposed A/P and provide to CRO. Provide VAR report and updated cash forecast to CRO. |
| 7/14/2021 | William Snyder | Creditor Issues | 795.00 | 1.0 | 795.00 | NON-BILLABLE: 1 call with Stuart and James |
| 7/15/2021 | William Snyder | Creditor Issues | 795.00 | 0.5 | 397.50 | NON-BILLABLE: .5 follow up call with Stuart |
| 7/16/2021 | William Snyder | Creditor Issues | 795.00 | 0.5 | 397.50 | NON-BILLABLE: .5 call with Stuart and james |
| 7/17/2021 | William Snyder | Creditor Issues | 795.00 | 1.0 | 795.00 | NON-BILLABLE: 1 follow up with stuart and james |
| 7/1/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.5 | 275.00 | Discussion w/ field personnel re: COO transition. And follow-up. |
| 7/1/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.1 | 605.00 | Discussions w/ CEO re: COO and filings. |
| 7/1/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.8 | 990.00 | Follow-u re: IRS open issues w/ Controller. |
| 7/7/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.8 | 990.00 | Review three 2004 exam related filings and put together game plan about how to satisfy docket 1331. |
| 7/8/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.7 | 385.00 | Discussion w/ CRO and counsel. Follow-up re: Fletcher check, cash fcst, model for lender. |
| 7/8/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.5 | 825.00 | Work w/ Geoff re: docket 1331 - 2004 exam search terms and provide to 3rd party IT firm for search. |
| 7/9/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.7 | 935.00 | Work on various information requests from debtor's counsel. |
| 7/9/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.5 | 275.00 | Follow-up w/ Cary Beene re: 2004 Exam searches |
| 7/13/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.9 | 1,045.00 | Work on various one-off analysis or info requests for CRO and/or debtor's counsel. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 7/14/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.5 | 825.00 | Work w/ controller re: resolve IRS issues and correspondence w/ CRO and debtor's counsel. |
| 7/14/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.2 | 660.00 | Review flurry of filings day before hearing. |
| 7/15/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.5 | 275.00 | Court hearing |
| 7/15/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.9 | 495.00 | Review filings. |
| 7/15/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.6 | 880.00 | Discussions w/ various employees re: Sklar voting for Pruet. |
| 7/16/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.9 | 1,045.00 | Work w/ accounting team re: pruet motion at request of counsel. |
| 7/16/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.8 | 990.00 | Continue to work on counsel info requests. |
| 7/19/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.9 | 1,045.00 | Continue work on Pruet/Fletcher analysis at request of counsel. |
| 7/19/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.6 | 330.00 | Review latest filings over the weekend. |
| 7/19/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.7 | 385.00 | Correspondence w/ CRO, Ops and new COA to setup call to discuss Pruet transition. |
| 7/19/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.5 | 825.00 | Various discussions w/ Kim (accounting) to try to understand background of Pruet/Fletcher fiilng. |
| 7/20/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.6 | 330.00 | Various discussions w/ Brad Walker re: intro to Ops/accounting. |
| 7/20/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.8 | 440.00 | Call w/ Armbrecht Jackson and KB to discuss next steps for ballots. |
| 7/21/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.2 | 660.00 | Various discussions w/ Brad Walker. |
| 7/21/2021 | Todd Bearup | Debtor Issues | 550.00 | 2.0 | 1,100.00 | Work on various tasks associated with Pruet transition, ballot issues. |
| 7/22/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.7 | 935.00 | Continue to work with accounting to reverse ACH and modify revenue run based on latest understanding. |
| 7/22/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.9 | 1,045.00 | Work on reversing ACH for Rev Run based on CRO discussions. |
| 7/22/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.8 | 990.00 | Several discussions w/ controller, JIBs/Rev acct re: Fletcher check issue. |
| 7/23/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.6 | 330.00 | Work on information requests from counsel. |
| 7/23/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.5 | 825.00 | Work on info requests from lender. |
| 7/24/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.1 | 605.00 | Continued work on info request from lender. |
| 7/24/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.8 | 990.00 | Work on info request from lender. |
| 7/26/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.3 | 715.00 | Work on response to additional info requests from bank. |
| 7/27/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.9 | 1,045.00 | Work on info request from lender. |
| 7/28/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.8 | 990.00 | Work on info and doc request from debtor's counsel. |
| 7/29/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.5 | 825.00 | Provide additional info to counsel re: IRS docs to resolve IRS concerns. |
| 5/18/2021 | James Katchadurian | Expense - Airfare | 718.80 | | 718.80 | Airfare |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 7/13/2021 | James Katchadurian | Expense - Airfare | 845.80 | | 845.80 | Airfare |
| 5/19/2021 | James Katchadurian | Expense - Hotel | 232.85 | | 232.85 | Hotel - JK |
| 5/19/2021 | James Katchadurian | Expense - Hotel | 232.85 | | 232.85 | Hotel - Brad Walker |
| 5/20/2021 | James Katchadurian | Expense - Hotel | 380.48 | | 380.48 | Hotel - Denver meetings |
| 5/18/2021 | James Katchadurian | Expense - Meals | 4.09 | | 4.09 | Coffe |
| 5/18/2021 | James Katchadurian | Expense - Meals | 301.88 | | 301.88 | Dinner w Brad Walker |
| 5/19/2021 | James Katchadurian | Expense - Meals | 277.34 | | 277.34 | Dinner w Keri / Jeff |
| 5/19/2021 | James Katchadurian | Expense - Meals | 12.26 | | 12.26 | Coffee / Breakfast |
| 5/20/2021 | James Katchadurian | Expense - Meals | 4.27 | | 4.27 | Coffee |
| 7/1/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 7/2/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 7/6/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 7/7/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 7/8/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 7/9/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 7/12/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client. |
| 7/13/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client. |
| 7/14/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client. |
| 7/15/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client. |
| 7/16/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client. |
| 7/19/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 7/20/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 7/21/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 7/22/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 7/23/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 7/26/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client. |
| 7/27/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client. |
| 7/28/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client. |
| 7/29/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client. |
| 7/30/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client. |
| 5/20/2021 | James Katchadurian | Expense - Rental | 431.61 | | 431.61 | Car rental |
| 5/19/2021 | James Katchadurian | Expense - Tansportation | 15.00 | | 15.00 | Parking |
| 5/20/2021 | James Katchadurian | Expense - Tansportation | 10.35 | | 10.35 | Tolls |
| 7/9/2021 | Todd Bearup | Fee Applications | 550.00 | 1.8 | 990.00 | Begin work on June Fee App. |
| 7/12/2021 | Todd Bearup | Fee Applications | 550.00 | 0.5 | 275.00 | Finalize Fee app and provide to CRO. |
| 7/19/2021 | Todd Bearup | Fee Applications | 550.00 | 0.1 | 55.00 | Provide Fee to counsel at request of CRO. |
| 7/28/2021 | Avery Alcorn | Operating Reports | 525.00 | 0.1 | 52.50 | Review questions from M. L. Allen on monthly operating report |
| 7/30/2021 | Todd Bearup | Operating Reports | 550.00 | 0.9 | 495.00 | Work on June MOR |
| 7/31/2021 | Todd Bearup | Operating Reports | 550.00 | 1.7 | 935.00 | Review June MOR |
| 7/1/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.4 | 210.00 | Call with J. Katchadurian RE working session on Sklar operating model changes, comparison to prior versions |
| 7/1/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.4 | 210.00 | Call with J. Katchadurian RE SklarEx staffing plan, update on personnel changes, requests from EWB |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 7/1/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.2 | 105.00 | Paginate and create summary files for Sklar operating model, send to J. Katchadurian for further review, comment |
| 7/1/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.2 | 105.00 | Call with J. Katchadurian RE differences in prior operating model from February 2021 to current Sklar operating model |
| 7/1/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.4 | 210.00 | Update Sklar operating model to correct lease operating expenses calculation issue between versions |
| 7/1/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.1 | 52.50 | Call with J. Katchadurian RE changes to sklar operating model, request input for output format |
| 7/1/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.5 | 262.50 | Create comparisons between sklar model versions from February, March 2021 compared to most recent July 2021 version, send to J. Katchadurian for review and comment |
| 7/1/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w B Walker (0.5); |
| 7/1/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w A Alcorn re model (0.5); |
| 7/1/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Various calls and txt's we M Jones (1.0); |
| 7/1/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | various calls w K Riley \ J Brinen (1.0) |
| 7/1/2021 | James Katchadurian | Plan Issues | 725.00 | 0.6 | 435.00 | Call w EWB\UCC Counsel and Debtors Counsel re model and related followup (0.6) |
| 7/1/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w W Snyder re status (0.5); |
| 7/1/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | various calls and emails re plan \ transition and other open issues (1.0) |
| 7/1/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w Stuart Bonomo\Mary Lou Allen (0.5); |
| 7/2/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | Call w W Snyder re status and next steps (0.3) |
| 7/2/2021 | James Katchadurian | Plan Issues | 725.00 | 2.0 | 1,450.00 | various emails \ Calls re M Jones departure (2.0) |
| 7/5/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Review of confirmation brief and comment on same (1.0); |
| 7/6/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Call w Keri\Jeff re open issues and strategy (1.0); |
| 7/6/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Review of confirmation brief and comment on same (1.0) |
| 7/6/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Review of operating model (1.0); |
| 7/7/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w T Bearup re status and next steps (0.5); |
| 7/8/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Calls w Keri\Jeff re various \status (1.0) |
| 7/8/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | various emails re 2004 exams (0.3); |
| 7/8/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | call w B Walker \ K Riley and J Brinen and related followup (1.0); |
| 7/8/2021 | James Katchadurian | Plan Issues | 725.00 | 0.1 | 72.50 | Call w W Snyder re status (0.1) |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 7/9/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.3 | 157.50 | Call with J. Katchadurian RE Sklar operating model, calculation of amounts paid to unsecured creditors in prior versions |
| 7/9/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Review of budget - variance analysis (1.0); |
| 7/12/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Various emails re ops issues and cashflow - review of 13 week (1.0); |
| 7/13/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w J Hardy re JJS Interests (0.5) |
| 7/13/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Howard Sklar Deposition by UCC (1.0) |
| 7/14/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | review of 13 week budget and variance report and comment on same (1.0); |
| 7/14/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | calls w K Riley re various and related followup (1.0); |
| 7/14/2021 | James Katchadurian | Plan Issues | 725.00 | 1.5 | 1,087.50 | various calls and emails re settlement w Ad Hoc Committee (1.5); |
| 7/15/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Conference and related followup (1.0); |
| 7/15/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Various calls w K Riley (1.0); |
| 7/15/2021 | James Katchadurian | Plan Issues | 725.00 | 0.2 | 145.00 | review and send 13 week budget to K Riley\J Brinen (0.2) |
| 7/15/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Hearing - Status Conference and related followup (1.0) |
| 7/16/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w Sklar Management team re Pruet (0.5); |
| 7/16/2021 | James Katchadurian | Plan Issues | 725.00 | 0.2 | 145.00 | Call w W Snyder (0.2); |
| 7/16/2021 | James Katchadurian | Plan Issues | 725.00 | 0.1 | 72.50 | Call w S Bonomo (0.1); |
| 7/16/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | Emails re B Walker EL (0.3); |
| 7/17/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | review and execute brad walker agreement and related followup (1.0) |
| 7/18/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Review fee statement and send (0.5); |
| 7/18/2021 | James Katchadurian | Plan Issues | 725.00 | 0.4 | 290.00 | review and approve ap run (0.4) |
| 7/19/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.2 | 105.00 | Update SklarEx staffing winddown plan based on discussions with J. Katchadurian |
| 7/19/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.2 | 105.00 | Call with J. Katchadurian RE staffing plan assumptions for SklarEx winddown |
| 7/19/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Call w B Walker re next steps and near term priorities - related followup (1.0); |
| 7/19/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Various emails re transition issues and next steps (1.0) |
| 7/20/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Sklar Team Meeting re Transition (1.0) |
| 7/20/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Call w Kutner \ Armbrecht\ Brad Walker \ T Bearup (1.0); |
| 7/20/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | various emails re transition (0.5); |
| 7/21/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | various emails re boulder lease and related (0.5); |
| 7/22/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | review of 13 week cash budget and emails re transfer of funds (0.5); |
| 7/23/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Various Emails re revised JIBs and review of same (1.0); |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 7/23/2021 | James Katchadurian | Plan Issues | 725.00 | 0.8 | 580.00 | review response to pruet supplemental objection and related (0.8) |
| 7/24/2021 | James Katchadurian | Plan Issues | 725.00 | 0.2 | 145.00 | Followup w B Walker re status of staffing plan and other deliverables (0.2); |
| 7/24/2021 | James Katchadurian | Plan Issues | 725.00 | 0.1 | 72.50 | email w S Bonomo (0.1) |
| 7/25/2021 | James Katchadurian | Plan Issues | 725.00 | 0.1 | 72.50 | email w B Walker (0.1) |
| 7/25/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Review of 13 week cash budget and related financial data (1.0) |
| 7/26/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | review 13 week cashflow and questions from MLA (0.5); |
| 7/27/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Various ops emails (1.0); |
| 7/27/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | various emails re EWB requests (0.5) |
| 7/27/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | Emails re ballot mailings w K Riley (0.3); |
| 7/28/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Call w B Walker \ T Bearup status (1.0) |
| 7/28/2021 | James Katchadurian | Plan Issues | 725.00 | 1.8 | 1,305.00 | BOM Meeting (1.8); |
| 7/28/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | review email from MLA and respond (0.5); |
| 7/28/2021 | James Katchadurian | Plan Issues | 725.00 | 0.2 | 145.00 | Email w B Walker re next steps (0.2); |
| 7/28/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w K Riley re open issues (0.5); |
| 7/29/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w H Gwin\T Bearup - review insurance renewal information (0.5); |
| 7/30/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | various emails re transition (1.0) |
| 7/17/2021 | William Snyder | | | | (3,975.00) | NON-BILLABLE: 1 follow up with stuart and james |