UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|    Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|    Debtor. ) | |

**STIPULATION TO CURE PAYMENT BY AND BETWEEN
SKLARCO, LLC AND FANT ENERGY**

      The Debtor, Sklarco, LLC ("Sklarco"), and Fant Energy ("Fant"), by and through their undersigned attorneys, enter into this Stipulation to Cure Payment as follows:

      1.     Sklarco filed for relief under chapter 11 of the Bankruptcy Code on April 1, 2020. Sklarco remains a Debtor-in-Possession.

      2.     Sklarco is a Louisiana limited liability company engaged in business as the owner of certain oil and gas leases and property interests in East Texas, North Louisiana, South Mississippi, South Alabama, the Florida panhandle, and the western United States.

      3.     Between February 23, 2021 and March 2, 2021, Sklarco filed approximately 111 Motions to Assume ("Assumption Motions"), seeking authorization to assume the respective Operating Agreements and Unit Agreement ("JOAs") for wells operated by SEC and wells operated by third-party operators in which Sklarco holds a working interest.

      4.     Fant filed objections to some of the Assumption Motions, alleging that Sklarco failed to pay certain cash advances and that other monetary defaults existed under the various JOAs.

      5.     The following objections remain pending with respect to Sklarco's Motions to Assume:

| Docket No. | Property/Well Name | Objection Docket No. |
|---|---|---|
| 903 | North Beach Participation & Operating Agreement | 1116 |

115338603.1

| 883 | Shipps Creek | 1091 |
| --- | --- | --- |
| 857 | Southeast Brooklyn Oil Unit | 1093 |
| 855 | Southwest Brooklyn Oil Unit | 1095 |
| 881 | Kings Dome | 1088 |

6. North Beach, Shipps Creek, the Southeast Brooklyn Unit, the Southwest Brooklyn Oil Unit, and Kings Dome are currently operated by Sklar Exploration Company, LLC ("SEC").

7. SEC has rejected the applicable JOAs, and is in the process of transitioning all of its operated properties to a new, duly elected successor operator. With respect to the properties identified herein, Pruet Production Co. ("Pruet") has been selected by the working interest owners as the successor operator to SEC, and the transition process is underway. However, SEC is still the operator for the various properties.

8.

9. Sklarco disputes that it has a cure obligation or that a monetary default exists.

10. To avoid the time and expense of further litigation, Sklarco and Fant stipulate and agree as follows:

 a. Solely for the purposes of this stipulation, without waiving any claims, arguments, or defenses, the total cure obligation associated with Sklarco's assumption of the Southeast and Southwest Brooklyn Units (together the "Brooklyn Units") shall be $30,000 ("Cure Amount"). No cure obligations shall be due and owing on any other property.

 b. The Cure Amount shall be paid in two (2) equal monthly installments in the amount of $15,000 to Pruet beginning on the last day of the first month after Pruet takes over operation of the Brooklyn Units. Pruet is anticipated to take over operations on November 1, 2021, subject to approval by the Alabama Oil and Gas Board.

 c. The Cure Amount shall be applied as a credit in a proportional share to each of the joint accounts of the working interest owners holding an interest in the Brooklyn Units, excluding Sklarco.

115338603.1

    d.    Sklarco's assumption of the North Beach, Shipps Creek, Southeast Brooklyn Unit, Southwest Brooklyn Unit, and Kings Dome JOAs shall be effective immediately upon entry of an order approving this Stipulation.

WHEREFORE, Sklarco and Fant pray the Court make and enter an Order approving this Stipulation, and for such further and additional relief as to the Court may appear just and proper.

DATED: August 24, 2021                          Respectfully submitted,

**KUTNER BRINEN DICKEY RILEY, P.C.**

By:   */s/ Keri L. Riley*
    Jeffrey S. Brinen, #20565
    Keri L. Riley, #47605
    1660 Lincoln Street, Suite 1720
    Denver, CO 80264
    Telephone: (303) 832-2400
    E-mail: klr@kutnerlaw.com
    *Counsel for the Debtors*

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

*/s/ Brent R. Cohen*
Brent R. Cohen, No. 11297
1200 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 623-9000
Email: bcohen@lrrc.com

*Counsel for Fant Energy Limited*

115338603.1