# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## OMNIBUS ORDER AUTHORIZING SKLARCO, LLC'S ASSUMPTION OF JOINT OPERATING AGREEMENTS AND RELATED OIL AND GAS CONTRACTS

THIS MATTER comes before the Court on Sklarco, LLC's ("Sklarco") Motions to Assume Joint Operating Agreements ("Motions to Assume"), identified more specifically on Exhibit A attached hereto and the Brief Regarding Sklarco, LLC's Assumption of Joint Operating Agreements and Unit Agreements Rejected by Sklar Exploration Co., LLC ("Brief) submitted by the Debtors, the Official Committee of Unsecured Creditors, and East West Bank. All objections to the Motions to Assume have been withdrawn or otherwise resolved by stipulation. For the reasons stated in the Brief, the Court hereby

ORDERS THAT

1. The Motions to Assume identified on Exhibit A are hereby GRANTED;

2. Sklarco is authorized to assume its Joint Operating Agreements and related oil and gas contracts identified on Exhibit A; and

3. Sklarco, LLC is authorized to take any necessary action and execute any necessary documents to effectuate this Order.

DATED this 24th day of August, 2021.

BY THE COURT:

_Elizabeth E. Brown_
Elizabeth E. Brown, Bankruptcy

## Exhibit A – Motions to Assume

| Docket No. of Motion | Property/Well Name | Operator |
|---|---|---|
| 847 | Findley 2-5 | Fletcher Petroleum |
| 855 | Southwest Brooklyn Oil Unit | SEC |
| 857 | Southeast Brooklyn Oil Unit | SEC |
| 859 | Northwest Brooklyn Oil Unit | Pruet Petroleum Co. |
| 863 | Fish Pond | SEC |
| 865 | Silver Creek | SEC |
| 867 | Pate | Fletcher Petroleum |
| 869 | South Harmony | SEC |
| 881 | Kings Dome | SEC |
| 883 | Shipps Creek | SEC |
| 885 | South Woodlawn | SEC |
| 887 | LCCOU II | SEC |
| 889 | LCCOU IV | SEC |
| 892 | Mt. Carmel | SEC |
| 894 | East Caster | SEC |
| 897 | Gibsland | SEC |
| 899 | Red River Participation & Operating Agreement | SEC |
| 901 | West Arcadia Exploration Agreement | SEC |
| 903 | North Beach Participation & Operating Agreement | SEC |
| 906 | West Tyler/Swan Participation & Operating Agreement | SEC |
| 908 | Escambia Participation and Operating Agreement | SEC |
| 910 | Oakhay Creek | SEC |
| 914 | Brown Heirs | Sugar Creek Producing Co. |
| 915 | North Gahagan | EnCana Oil & Gas, Inc. |
| 916 | Yarbrough | Black Bird (O'Brian Energy) |
| 917 | Grayson | O'Brian Energy Company |
| 919 | Droke #1 & A-1 | Harmon Operating Company |
| 918 | Canty #1 | Par Minerals Corporation |
| 920 | Guill Gas Unit | Samson Lone Star L.P. |
| 921 | Dupont 38 | Brammer Engineering, Inc. |
| 922 | Wardner | Marathon Oil Company |
| 923 | Young L-1 | Nadel & Gussman |
| 924 | Shugart West 31 | Devon Energy Production |
| 932 | Paluxy B Sand Unit | Goodrich Petroleum Co. |

#

| | | |
|---|---|---|
| 933 | Dorcheat Unit | Rosetta Resources |
| 934 | Bellwood Lake Unit | J-O'B Operating Company |
| 935 | Black Field Unit | Chesapeake Exploration, Ltd. |
| 936 | Schumann | LeClair Operating Co., Inc. |
| 937 | Kelly-Lincoln | Chevron U.S.A. |
| 938 | Mary T. Havens | Vernon E. Faulconer |
| 939 | Clarksville Cotton Valley | St. Mary Land & Exploration Co. |
| 940 | McWhorter Gas Unit | Samson Lone Star L.P. |
| 941 | Thrasher # 3 | The Houston Exploration Co. |
| 942 | Thrasher #4&5 | The Houston Exploration Co. |
| 943 | Thrasher #1 | The Houston Exploration Co. |
| 944 | Shugart West 30 | Devon Energy Production |
| 945 | Fisher Duncan | Dorfman Production Company |
| 946 | Haynesville Mercantile #3 | Camterra Resources, Inc. |
| 947 | Shaula 30 Fed Com 3H & 4H | Devon Energy Production |
| 948 | Denmon #1 | Cobra Oil and Gas Corporation |
| 949 | Horning A Lease | John O'Farmer, Inc. |
| 950 | Miami Fee #11 | Goodrich Petroleum Co. |
| 951 | Miami Fee #1 | Goodrich Petroleum Co. |
| 952 | Taylor Heirs #11-1 | Marathon Oil Company |
| 953 | Stephens #4 | The Houston Exploration Co. |
| 954 | Toler #2 | The Houston Exploration Co. |
| 955 | Toler #1 | The Houston Exploration Co. |
| 956 | Harrison GU E#11 | EOG Resources, Inc. |
| 957 | Stephens #3 | The Houston Exploration Co. |
| 958 | Pate 10-1 #1 | Fletcher Petroleum Corporation |
| 959 | McKenzie N.D. Sec. 27&34 | QEP Energy Company |
| 960 | McKenzie N.D. Sec. 28 &33 | Helis Oil & Gas Company |
| 961 | McKenzie N.D. Sec. 29 & 32 | QEP Energy Company |
| 962 | McKenzie N.D. Sec. 28 | Helis Oil & Gas Company |
| 963 | Toby Horton GU # 1-12 | Burlington Resources |
| 964 | W.M. Stevens #1 & #2 | EOG Resources, Inc. |
| 979 | Fairway (James Lime) | Hunt Oil Company |
| 980 | Cottle-Reeves | Anadarko Petroleum Corporation |
| 981 | B.H Clements #1 | Plains Marketing |
| 982 | Evans J #1 | Nadel & Gussman |
| 983 | Stockton #1 | J-O'B Operating Company |
| 984 | Coquina Waterflood Unit | Rodessa Operating |
| 985 | Ellen Graham #1 | O'Brian Energy Company |
| 986 | Francis #1, #2, #3 | Fuller Production, Inc. |
| 987 | Kuehne Ranch Unit | Helis Oil and Gas Company |
| 988 | W.C. Williams Leases | Classic Oil & Gas, Inc. |
| 989 | Clayton-Franks | Questar |
| 990 | Smith Estate #1 | Cypress Operating, Inc. |
| 991 | Robinson #1 | Sugar Creek Producing Co. |

| 992 | Brown A-3 | Sugar Creek Producing Co. |
| 993 | R.L. Bond No. 1 | Marathon Oil Company |
| 994 | Hairgrove #1 and #2 | Clayton Williams |
| 995 | Williamson #3 | Energen Resources, MAQ, Inc. |
| 996 | Deason #1 | Shelby Operating Company |
| 997 | Harrison E GU 1 | EOG Resources, Inc. |
| 998 | Cooke J.W. #2 | Anadarko Petroleum Corporation |
| 999 | Lillie J. Price | Samedan Oil Corporation |
| 1000 | Lohman #1 | Phillips Energy |
| 1001 | H.B. Frost Gas Unit | Anadarko Petroleum Corporation |
| 1002 | Beall, R#1 | Samson Lone Star L.P. |
| 1003 | C.W. Lee | Samson Lone Star L.P. |
| 1004 | West Grice Unit 17-13 #1 | Zadeck Energy Group, Inc. |
| 1005 | Harrison C-1 | EOG Resources, Inc. |
| 1006 | HB Frost Unit #23H | Anadarko Petroleum Corporation |