**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SKLAR EXPLORATION COMPANY, LLC ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Timothy M. Riley ("Attorney"), pursuant to L.B.R. 9010-r(a) and 9013-1, and Rule 1.16 of the Rules of Professional Conduct, and hereby moves the Court for an order allowing the withdrawal of the Movant as counsel for Hopping Green and Sams, P.A. ("HGS"), and in support thereof states as follows:

1. The Attorney has entered an appearance in the above-styled case on behalf of Hopping Green and Sams, P.A. pursuant to the Notice of Entry of Appearance filed electronically herein on April 7, 2020 (Doc. No. 27 (Case No. 20-12377)).

2. Good cause exists to grant the requested relief. Attorney is an attorney with Hopping Green and Sams, P.A., but will no longer work for HGS effective August 31, 2021. HGS has not elected to retain alternative counsel at this time; however, the Attorney has notified HGS that new counsel will be required if HGS wishes to appear in the future in this matter.

3. HGS has actual notice of this Motion to Withdraw and consents to the withdrawal.

4. The Court retains jurisdiction in this matter

5. HGS' last known mailing address and telephone number is Hopping Green and Sams, P.A., Post Office Box 6526, Tallahassee, Florida 32314; 850-222-7500.

6. HGS has the burden of keeping the Court informed of the mailing address, and any change thereof, where notices, pleadings, and other documents may be served.

7. HGS is a legal entity; therefore, it has the obligation to hire another attorney to prepare for any hearing or trail in a contested matter or adversary proceeding and to appear on HGS' behalf at any future hearing or trial.

8. HGS is responsible for complying with all Court orders and time limitations established by an applicable statute, rule, or the Rules.

9. HGS has the obligation to decide whether to respond to any motion that may be filed in the case after the withdrawal of counsel, to file a timely response, and to respond to any Court orders requiring a response.

10. If HGS fails or refuses to meet these burdens, HGS may suffer sanctions, including the default or dismissal of any pending contested matter, adversary proceeding, and/or be unable to advice future arguments to the Court.

11. The foregoing matters will not be delayed or affected by the withdrawal of counsel.

12. Service of process may be made upon HGS at the address in the Court's database.

13. HGS, as a legal entity, cannot appear without an attorney admitted to practice before this Court, and absent prompt appearance of a substitute attorney, pleadings, motions, and other documents may be stricken, and default judgment or other sanctions may be imposed against the entity.

14. HGS and any other interested parties have the right to object to the proposed withdrawal of the Attorney by filing with the Court an objection to the Attorney's Motion Withdraw within seven days after filing the notice.

Dated this 26th day of August, 2021.

                      HOPPING GREEN & SAMS, P.A.

Timothy M. Riley
Post Office Box 6526
Tallahassee, FL 32314
(850) 222-7500 – Phone
(850) 224-8551 – Facsimile
timothyr@hgslaw.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on August 26, 2021, the foregoing instrument was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

In addition, service was made via hand delivery to Hopping Green and Sams, P.A., 119 S. Monroe St., Suite 300, Tallahassee, FL 32301.

Attorney

3