# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SKLAR EXPLORATION COMPANY, LLC ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

UPON CONSIDERATION of the Motion to Withdraw as Counsel (the "motion") **[DK #_____]** requesting authorization for Timothy M. Riley to withdraw as counsel for Hopping Green and Sams, P.A., and it appearing that notice was properly given and no adverse interest appearing, the Court hereby finds that the Motion is well-taken and the relief requested therein should be granted. It is, therefore,

ORDERED that Timothy M. Riley is hereby grant leave to withdraw as counsel for Hopping Green and Sams, P.A.

**Dated:** _____

BY THE COURT:

_____
**Honorable Elizabeth E. Brown**
**United States Bankruptcy Judge**