IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

# NOTICE OF MOTION TO WITHDRAW AS COUNSEL
## OBJECTION DEADLINE: SEPTEMBER 2, 2021

NOTICE IS HEREBY GIVEN that Timothy M. Riley has filed a Motion to Withdraw as Counsel for Hopping Green and Sams, P.A., with the Court and requested the following relief: Withdrawal as counsel for Hopping Green and Sams, P.A.

A copy of the Motion is attached, incorporated by reference and marked "Exhibit A".

IF YOU OPPOSE THIS MOTION or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movants at the addresses indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

1

Dated this 26th day of August, 2021.

HOPPING GREEN & SAMS, P.A.

*/s/ Timothy M. Riley*

Timothy M. Riley
Post Office Box 6526
Tallahassee, FL 32314
(850) 222-7500 – Phone
(850) 224-8551 – Facsimile
timothyr@hgslaw.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on August 26, 2021, the foregoing instrument was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

In addition, service was made via hand delivery to Hopping Green and Sams, P.A., 119 S. Monroe St., Suite 300, Tallahassee, FL 32301.

*/s/*

Attorney