| Fill in this information to identify your case | | | |
|---|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | | |
| Debtor 1: | SKLAR EXPLORATION COMPANY, LLC | Case #: | 20-12377-EEB |
| | First Name    Middle Name    Last Name | | |
| Debtor 2: | SKLARCO, LLC | Chapter: | 20-12380-EEB |
| | First Name    Middle Name    Last Name | | |

## Local Bankruptcy Form 9013-1.1
## Notice of Motion/Application

**Complete applicable sections.**

### Part 1   Objection Deadline

Objection Deadline: __09/03/2021__ **[month/day/year]**.

### Part 2   Notice

NOTICE IS HEREBY GIVEN that __Timothy M. Riley__ **[name of movant]** (the "Movant"), has filed a motion/application, __Motion to Withdraw as Counsel__ **[motion title]** (the "Motion"), with the Court and requests the following relief:   Withdrawal as counsel for Hopping Green & Sams, P.A. in the referenced cases

**[Insert a specific statement describing the requested relief or intended action to be taken, in sufficient detail to meaningfully inform the parties receiving the notice. In addition to the Motion, Notice, and proposed order, the Movant must file a copy of the Certificate of Service, L.B.F. 9013-1.2.]**.

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

### Part 3   Signature of Movant's Attorney or Movant (if unrepresented)

Dated: __08/27/2021__         By: __s/Timothy M. Riley__
                                     Signature

Bar Number (if applicable): _____
Mailing Address: __P. O. Box 6526, Tallahasse, FL 32314__
Telephone number: __850-222-7500__
Facsimile number: __850-224-8551__
E-mail address: __timothyr@hgslaw.com__