# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC, | |
| Debtor. | Chapter 11 |
| In re: | Case No. 20-12380-EEB |
| SKLARCO, LLC | |
| Debtor. | Chapter 11 |
| | **Jointly Administered Under Case No. 20-12377-EEB** |

## STIPULATION RESOLVING FIRST OMNIBUS OBJECTION TO INCORRECTLY FILED CLAIMS AGAINST SKLARCO, LLC

The Debtors, Sklarco, LLC ("**Sklarco**") and Sklar Exploration Company, LLC ("**SEC**") (together, the "**Debtors**"), and Pruet Production Co. ("**Pruet**") both in its individual capacity and as agent for the Claimholders (as herein defined), by and through their undersigned attorneys, hereby enter into this *Stipulation Resolving Omnibus Objection to Incorrectly filed Claims* (the "**Stipulation**") as follows:

### Recitals

WHEREAS, on May 21, 2021, Sklarco filed its First Omnibus Objection to Incorrectly Filed Claims [Doc. 1259] (the "**Claims Objection**") by which Sklarco objected to claims of certain claim holders identified in the Claims Objection for whom Pruet serves as agent (the "**Claimholders**");[1]

---

[1] The Claimholders are: Babe Development LLC; DBC Resources II LP; DBC Resources LP; Don B. Saunders Trust; Four-D LLC; GJR Investments Inc.; Hanson Operating Company Inc.; Hughes 2000 CT LLC; Joyco Investments LLC; Pam Lin Corporation; Paula W. Denley LLC; Petroleum Investments Inc.; Sugar Oil Properties LP; and Wallace

10389600.2

WHEREAS, the deadline for the Claimholders to respond to the Claims Objection originally was set for June 21, 2021, but was extended until July 21, 2021, and further extended until August 31, 2021 by stipulation of the parties;

WHEREAS, through the Claims Objection, Sklarco seeks disallowance and expungement of the claims listed in the Claims Objection,[2] but **only** to the extent those claims are asserted by the Claimholders against Sklarco.

WHEREAS, Pruet (as agent for the Claimholders) and Sklarco agree that to the extent the claims identified in the Claims Objection assert a claim against **Sklarco only**, said claim against Sklarco is disallowed and expunged, and to the extent the claims identified in the Claims Objection are a claim against Sklarco and SEC, said claim against Sklarco is disallowed and expunged, but remains in full force and effect as to SEC, subject to any further duly filed claim objections.

WHEREAS, Pruet (as agent for the Claimholders) and the Debtors agree that, to the extent the said claims assert a claim against SEC, (i) the claims are **not disallowed or expunged**, (ii) the claims shall remain in place and unaffected by this Stipulation, and (iii) all rights of Claimholders regarding such claims are preserved.

Dated:  August 30, 2021

| | |
|---|---|
| */s/ Keri Riley* | */s/ Jeremy L. Retherford* |
| Keri Riley | Jeremy L. Retherford |
| KUTNER BRINEN DICKEY RILEY, P.C. | BALCH & BINGHAM LLP |
| 1660 Lincoln Street, Suite 1720 | 1901 Sixth Avenue North, Suite 1500 |
| Denver, CO 80264 | Birmingham, AL  35203-4642 |
| Telephone: (303) 832-2910 | Telephone: (205) 226-3479 |
| Email: klr@kutnerlaw.com | Email: jretherford@balch.com |

*Counsel for Sklarco, LLC and Sklar*

---

& Wallace LLC. The Claims Objection includes an objection to the claim filed by White Resources, LLC.  Pruet does not act as agent for White Resources and that entity is not included in the definition of "Claimholders" as used herein.
[2] Said claims being Claim Nos. 200, 227, 266, 226, 265, 253, 284, 230, 270, 232, 272, 234, 274, 235, 275, 201, 237, 277, 238, 278, 239, 279, 10093, 10094, 242, 282, and 70.

10389600.2

*Exploration Company, LLC*                    -and-

                                                          Matthew J. Ochs
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80201-8749
Telephone: (303) 295-8299
Email: mjochs@hollandhart.com

*Attorneys for Pruet Production Co.
in its individual capacity and
as agent of the Claimholders*

10389600.2

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 30, 2021, I served a complete copy of the foregoing by the CM/ECF system, in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules.

                                    */s/ Jeremy L. Retherford*
                                    Jeremy L. Retherford
                                    Balch & Bingham LLP

10389600.2