# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SKLAR EXPLORATION COMPANY, LLC ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 ) | |
| ) | Chapter 11 |
| Debtor-in-Possession. ) | |
| ) | |
| IN RE: ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | |
| ) | Chapter 11 |
| ) | |
| Debtor-in-Possession. ) | |

## ORDER APPROVING STIPULATION AS TO FIRST
## OMNIBUS OBJECTION TO INCORRECTLY FILED CLAIMS

THIS MATTER, having come before the Court on the Second Stipulation to Extension of Deadline to File Response to First Omnibus Objection to Incorrectly filed Claims (the "Stipulation"), the Court having reviewed the Stipulation and finding good cause for granting the requested relief, does hereby

ORDER

That the Stipulation is approved. To the extent the claims identified in the Claims Objection assert a claim against **Sklarco only**, said claim against Sklarco is disallowed and expunged. To the extent the said claims assert a claim against Sklarco and SEC, (i) the claims are disallowed and expunged as to Sklarco only (ii) the claims are **not disallowed or expunged as to SEC only**, (iii) the claims shall remain in place and unaffected by this Stipulation, and (iv) all rights of Claimholders regarding such claims are preserved.

Done and entered this ____ day of _____, 2021.

BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge

10484450.1