**Fill in this information to identify your case**

UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO

Debtor 1: Sklar Exploration Company
First Name / Middle Name / Last Name

Case #: 20-12377_EEB

Debtor 2: _____
First Name / Middle Name / Last Name

Chapter: _____

## Local Bankruptcy Form 9036-1.1
## Consent for Electronic Notice and Service in a Bankruptcy Case

**Complete applicable sections.**

### Part 1  Consent

I David Hall - interested party **[name and party type, e.g. John Smith, Debtor]** hereby consent to receive notices electronically (i.e., by e-mail at:  davidwendallhall@gmail.com  - and waive my right to receive them by United States mail.  I also consent to electronic service of any motions and other documents that may be filed in this case, and waive personal service or service by United States mail.  Finally, I consent to electronic service and notice of any orders or judgments entered in this case, and waive service and notice by United States mail.

I understand that by signing this form I waive my right to receive documents filed or served in my bankruptcy case by United States mail, and that the ONLY copies I receive will be electronic copies attached to e-mail messages, not paper copies.

I understand I have only one free look at any orders, notices, motions, and other documents sent to my e-mail.  It is my responsibility to print or download documents immediately.  I understand any additional document view(s) or download(s) after the first free look will require a PACER account (www.pacer.gov) and I may be charged a fee.

### Part 2  David W. Hall

Dated: _____8/27/2021_____

By: ___*David W Hall*___
Signature

Mailing Address: 482 Merritt Rd, Benton, La 71006
Telephone number:  __318-470-0502_____
Facsimile number: _____
E-mail address: davidwendallhall@gmail.com

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Submitted: 8/27/2021 4:30:51 PM

User Information

David Hall
482 Merritt Rd
Benton
LA
71006

davidwendallhall@gmail.com
318-470-0502