UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) |
| EIN: 72-1417930 | ) Chapter 11 |
| | ) |
|    Debtor. | ) |
| | ) |
| | ) Case No. 20-12380-EEB |
| SKLARCO, LLC | ) |
| EIN: 72-1425432 | ) Chapter 11 |
| | ) |
| Debtor. | ) |

**SECOND MOTION FOR AUTHORIZATION TO ENTER INTO COMMERCIAL INSURANCE PREMIUM FINANCE AND SECURITY AGREEMENT**

The Debtor, Sklar Exploration Company, LLC ("Debtor" or "SEC"), by and through its attorneys, Kutner Brinen Dickey Riley, P.C., moves this Court for entry of an Order pursuant to 11 U.S.C. § 364: (a) authorizing the Debtor to enter into a Commercial Insurance Premium Finance and Security Agreement ("Agreement") with AFCO Credit Corporation ("AFCO") and Associated Risk Managers Finance Co. ("ARM" and together with AFCO, "Lenders"); (b) granting Lenders a security interest in accordance with the Agreement; and (c) authorizing the Debtor to make a down payment to Lenders, and as grounds therefor states as follows:

    1.    SEC filed for relief under chapter 11 of the Bankruptcy Code on April 1, 2020. SEC remains a Debtor-in-Possession. SEC's *Second Amended and Restated Joint Plan of Reorganization* was confirmed on August 24, 2021 (Docket No. 1433). The Effective Date of the Plan is anticipated to occur on or about September 7, 2021.

    2.    The Office of the United States Trustee appointed an Official Committee of Unsecured Creditors ("Committee") on April 16, 2020.

    3.    SEC is currently engaged in business as an operator of oil and gas wells and an independent exploration and production company in the oil and gas industry. While SEC has rejected all of the Operating Agreements to which it was a party, and is in the process of resigning as operator and transitioning to a duly elected replacement operator, SEC will continue to serve as operator of the oil and gas properties until the transition to the replacement operator is effectuated.

4. In order to maintain its operations and remain in compliance with the Bankruptcy Code and the United States Trustee Operating Guidelines and Reporting Requirements and ensure that its assets are adequately protected, the Debtor is required to maintain adequate insurance coverage.

5. SEC has contracted with Dethloff & Associates, Inc., as broker, for the following insurance policies (collectively, the "Policies"):

| Policy Issuer | Type of Coverage | Term | Effective Date |
|---|---|---|---|
| Lloyds of London | Property, Liability, Excess Liability, Umbrella Policy | 12 months | 8/1//2021 |
| Imperium Insurance Company | Automotive | 12 months | 8/1/2021 |
| Houston Casualty Company | General Liability, Umbrella Policy | 12 months | 8/1/2021 |
| Scottsdale Insurance Company | General Liability, Umbrella Policy | 12 months | 8/1/2021 |
| Continental Casualty Company | Inland Marine | 12 months | 8/1/2021 |
| Hiscox Insurance Company, Ltd./Beazley Insurance Company, Inc. | Cyber Risk & Liability | 12 months | 8/1/2021 |
| Wesco Insurance Company | Directors & Officers | 12 months | 8/1/2021 |

6. SEC is unable to pay the premiums for the Policies without financing. The Debtor therefore requests authorization to enter into the Agreement with Lenders n order to finance the premium for Policies. A copy of the Agreement is attached hereto and incorporated herein as Exhibit A.

7. The total premium for the Policies is $583,503.40. Pursuant to the Agreement, SEC is required to make a down payment in the amount of $285,916.67, and the remaining balance in the amount of $302,197.14 will be financed by AFCO at a rate of 4.63% per annum. SEC will pay the remaining balance, interest, and finance charges, in seven (7) equal monthly installments in the amount of $43,171.02.

8. SEC's first monthly payment is due on or before September 1, 2020.

9. SEC requests authorization to grant Lenders a security interest in accordance with 11 U.S.C. § 364(c)(2) and (3). Pursuant to the Agreement, Lenders are granted a security interest in any amounts that may become payable to SEC in the event of a loss under the Policies, subject to any prior existing security interest, and any unearned premiums under the Policy. SEC further

requests that Lenders' liens and security interest be deemed duly perfected without further action by Lenders.

10. In the event of a default by SEC in making the monthly payments under the Agreement, Lenders may cancel the Policies after providing any required notice, and may collect any unearned premium under the Policies without seeking further order from the Court.

11. SEC further requests that any additional amounts owed in the event of a default that remain unpaid after application of any unearned premium be treated as an administrative expense claim in accordance with 11 U.S.C. § 364(b).

12. Lenders are extending financing pursuant to the Agreement in good faith pursuant to 11 U.S.C. § 364(e).

13. Authorizing SEC to enter into the Agreement is in the best interests of SEC, its estate, and its creditors. If SEC does not enter into the Agreement, SEC will be forced to pay the full amount of the premium, which will severely diminish the Debtor's operating capital and will negatively impact the SEC's operations and cash flow during the wind down process.

14. In accordance with the *Order Granting Ex Parte Motion for Entry of Order Limiting Notice*, notice of this Motion is being provided to all parties who have entered their appearance and requested notice, the Official Committee of Unsecured Creditors, all secured creditors, the Office of the United States Trustee, and the twenty largest unsecured creditors in accordance with L.B.R. 2081-2(d).

WHEREFORE, SEC prays that the Court make and enter an Order pursuant to 11 U.S.C. § 364, authorizing the Debtor to enter into the Agreement with Lenders, granting Lenders a security interest in accordance with the Agreement, and authorizing SEC to make a down payment to Lenders in the amount of $285,916.67, and for such further and additional relief as to the Court may appear proper.

Dated: August 30, 2021.                    Respectfully submitted,

                                                   By: /s/ Keri L. Riley
                                                         Keri L. Riley, #47605
                                                         **KUTNER BRINEN DICKEY RILEY, P.C.**
                                                         1660 Lincoln St., Suite 1720
                                                         Denver, CO 80264
                                                         Telephone: (303) 832-2910
                                                         Email: klr@kutnerlaw.com