UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

### ORDER GRANTING SKLAR EXPLORATION COMPANY, LLC AUTHORITY TO ENTER INTO COMMERCIAL PREMIUM FINANCE AGREEMENT AND SECURITY AGREEMENT

THIS MATTER having come before the Court on the Sklar Exploration Company, LLC's Second Motion for Authorization to Enter into a Commercial Premium Finance Agreement and Security Agreement (the "Motion") with AFCO Credit Corporation and Associated Risk Managers Finance Company pursuant to 11 U.S.C. § 364, the Court having considered the Motion, notice having been provided and no objections having been filed, cause having been shown by the Debtor, the Court does hereby

ORDER THAT:

1. The Motion is GRANTED;

2. Sklar Exploration Company, LLC ("SEC") is authorized to enter into the Commercial Insurance Premium Finance and Security Agreement ("Agreement") attached to the Motion as Exhibit A;

3. The Agreement is approved;

4. In accordance with 11 U.S.C. § 364(c)(2) and (3), AFCO Credit Corporation and Associated Risk Managers Finance Co. (together, "Lenders") shall have a security interest in accordance with the Agreement in any amounts that may become payable to SEC in the event of a loss under the insurance policies identified in the Agreement (the "Policies"), subject to any prior existing security interests, and any unearned premiums under the Policies;

5. The liens and security interests provided to Lenders pursuant to the Agreement shall be deemed duly perfected without further action by Lenders;

6. SEC is authorized to pay Lenders a down payment in the amount of $285,916.67 and such further monthly payments as are set forth in the Agreement.

DONE and entered this \_\_\_\_\_ day of _____, 2021 at Denver, Colorado.

BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge