UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF MOTION FOR AUTHORIZATION TO ENTER INTO
COMMERCIAL INSURANCE PREMIUM FINANCE AND SECURITY AGREEMENT**

**OBJECTION DEADLINE: September 13, 2021**

**YOU ARE HEREBY NOTIFIED THAT** the Debtor, Sklar Exploration Company, LLC, has filed a Motion for Authorization to Enter into a Premium Finance Agreement, with the Bankruptcy Court and requests the following relief: SEC is seeking authorization to enter into a Commercial Insurance Premium Finance and Security Agreement ("Agreement") with AFCO Credit Corporation ("AFCO") and Associated Risk Managers Finance Company ("ARM" and together with AFCO, "Lenders") to pay the premiums due with respect to certain insurance policies ("Policies"), grant Lenders a security interest in the unearned premiums and any loss payable under the Policies in accordance with the Agreement, and pay Lenders a down payment in the amount of $285,916.67. Approval of the Agreement is necessary to ensure that SEC can maintain its insurance coverage, and prevent a significant depletion of its operating cash to pay the full balance of the premiums.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: August 30, 2021. Respectfully submitted,

By: /s/ Keri L. Riley
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln St., Suite 1720
Denver, CO 80264
Telephone: (303) 832-2910
Email: klr@kutnerlaw.com