IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930<br><br>          Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| SKLARCO, LLC<br>EIN: 72-1425432<br><br>          Debtor. | Case No. 20-12380-EEB<br><br>**Jointly Administered Under**<br>**Case No. 20-12377 EEB** |

**NOTICE OF FPCC USA, INC.'S INTENTION TO PURSUE RECOUPMENT**

FPCC USA, Inc. ("**FPCC**") hereby provides notice of its intention to pursue recoupment pursuant to section 8.16 – Recoupment (the "**Recoupment Procedure**") of the *Second Amended and Restated Joint Plan of Reorganization dated December 18, 2020* [Docket No. 1251] (the "**Plan**"), and respectfully states as follows:

**NOTICE**

1.      FPCC and Sklar Exploration Company, LLC (the "**Debtor**" or "**SEC**") are parties to several joint operating agreements ("**JOAs**"), pursuant to which SEC serves as an operator of certain oil and gas properties; FPCC holds a working interest ownership ("**Working Interests**") in those properties. As an owner of Working Interests, FPCC receives revenues on oil and gas production and shares in operational expenses in proportion to its ownership interest.

2. On May 14, 2021, the Debtor filed the Plan which, among other things, provides the Recoupment Procedure by which a Revenue Party[1] is "entitled to recoup or assert any rights of setoff against any account receivable or JIB, including any joint interest billing obligations arising after the Effective Date, owed or allegedly owed to the Debtors and/or the Reorganized Debtor." Plan, § 8.16.

3. On September 1, 2021, FPCC provided notice of its intention to recoup ("**Notice of Recoupment**") no less than $176,064.08 in unpaid revenues due to FPCC against any account receivable or JIB purportedly owed by FPCC to SEC. A copy of FPCC's Notice of Recoupment is attached hereto as **Exhibit A**.

4. FPCC reserves all rights related to the JOAs and recoupment, as provided for by the Recoupment Procedure, in the above-captioned proceedings.

*[Continues on Next Page]*

---

[1] Capitalized terms used by not defined herein shall have the meanings ascribed to them in the Plan.

Dated: September 1, 2021

Respectfully submitted,

**JONES WALKER LLP**

By: */s/ Joseph E. Bain*

Joseph E. Bain
811 Main Street, Ste. 2900
Houston, Texas 77002
Tel: 713-437-1800
Fax: 713-437-1801
Email: jbain@joneswalker.com

-and-

Madison M. Tucker
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Tel: 504-582-8000
Fax: 504-589-8261
Email: mtucker@joneswalker.com

***Counsel for FPCC USA, Inc.***

## CERTIFICATE OF SERVICE

I certify that on September 1, 2021, I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in this case.

*/s/ Joseph E. Bain*
Joseph E. Bain