UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|    Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN:  72-1425432 ) | Chapter 11 |
| ) | |
|    Debtor. ) | **Jointly Administered Under** |
| ) | **Case No. 20-12377 EEB** |

**FANT ENERGY'S NOTICE OF RIGHT OF SETOFF**

Fant Energy, Ltd. ("Fant Energy"), by and through its undersigned attorneys, hereby gives notice of its right of setoff against Sklar Exploration Company, LLC ("Sklar Exploration") pursuant to Section 8.16 of the Second Amended and Restated Joint Plan of Reorganization, dated December 18, 2020 ("Joint Plan") [ECF #1251], and states as follows:

1.    Fant Energy is a party to various operating agreements and participation agreements (collectively, the "Oil & Gas Agreements"), pursuant to which Sklar Exploration served as the operator of oil and gas properties in which Fant Energy is a working interest holder. Under the Oil & Gas Agreements, Fant Energy is obligated to fund its proportionate share of drilling and operating expenses on specific wells in which it invested. Fant Energy is also entitled to receive its share of oil and gas production.

2.    Fant Energy filed its Second Amended Claim No. 10154 (the "Claim") on January 8, 2021. As reflected in the Claim, Fant Energy's prepetition claim against Sklar Exploration amounts to $738,140.30. A copy of the Claim is attached and incorporated herein as **Exhibit A**.

3.    As of the filing of Sklar Exploration's bankruptcy petition on April 1, 2020, Fant Energy was obligated to Sklar Exploration with respect to certain joint interest billings associated with the Oil & Gas Agreements. By letter dated January 5, 2021, Sklar Exploration made demand upon Fant Energy for payment of prepetition joint interest billings in the amount of $68,722.59. A copy of the letter is attached hereto as **Exhibit B**.

4.    Pursuant to the Joint Plan and Section 553 of the Bankruptcy Code, Fant Energy's right to setoff is preserved to the full extent of Fant Energy's prepetition claim against Sklar Exploration. Fant Energy reserves all rights arising under the Oil & Gas Agreements, the Joint Plan and applicable law.

115375889.1

WHEREFORE, Fant Energy gives notice of its right of setoff pursuant to Section 8.16 of the Joint Plan.

Dated September 2, 2021.

Respectfully submitted,

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

*/s/ Brent R. Cohen*
Brent R. Cohen, No. 11297
1200 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 623-9000
Email: bcohen@lrrc.com

*Counsel for Fant Energy Limited*

115375889.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2021 I caused the foregoing **FANT ENERGY'S NOTICE OF RIGHT OF SETOFF** to be served via CM/ECF to all parties that have filed electronic appearances and requested service in this case.

*s/ Jennifer Eastin*
OF: LEWIS ROCA ROTHGERBER CHRISTIE LLP

115375889.1

| United States Bankruptcy Court for the District of Colorado | |
|---|---|
| **Name of Debtor:** Sklar Exploration Company, LLC | **For Court Use Only** |
| **Case Number:** 20-12377 | Claim Number: 0000010154 |
| | File Date: 01/08/2021 15:04:06 |

# Proof of Claim (Official Form 410)

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

04/19

---

### Part 1: Identify the Claim

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): Fant Energy
Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?** ☑ No ☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name: Fant Energy | Name: Stephen Swan |
| Address: Brent R. Cohen | Address: 1322 North Post Oak |
| 1200 17th Street, Suite 3000 | |
| City: Denver | City: Houston |
| State: CO   ZIP Code: 80202 | State: TX   ZIP Code: 77055 |
| Country (if International): | Country (if International): |
| Phone: 303-628-9521 | Phone: |
| Email: bcohen@lrrc.com | Email: sswan@nps.cc |

**4. Does this claim amend one already filed?**
☐ No
☑ Yes.
Claim number on court claims register (if known) 10054
Filed on 9/3/2020
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes.
Who made the earlier filing? _____

Page 1 of 3
**Exhibit A**

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☒ No
☐ Yes.

Last 4 digits of the debtor's account or any number you use to identify the debtor:

____ ____ ____ ____

**7. How much is the claim?**

$ 738,140.30

**Does this amount include interest or other charges?**

☒ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**

☐ No
☒ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☒ Other. Describe: See Appendix

**Basis for perfection:**

_____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed ☐ Variable

**10. Is this claim based on a lease?**

☒ No
☐ Yes. **Amount necessary to cure any default as of the date of petition**.

$_____

**11. Is this claim subject to a right of setoff?**

☐ No
☒ Yes. Identify the property:

See Appendix
_____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☒ No
☐ Yes. *Check one:*

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). $_____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). $_____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). $_____

☐ Other. Specify subsection of 11 U.S.C. § 507 (a) (_____) that applies.

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☒ No
☐ Yes. **Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9)**: $_____

| Part 3: | Sign Below |
|---|---|

| | |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br>☐ I am the creditor.<br>☑ I am the creditor's attorney or authorized agent.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>*Brent R. Cohen*                     01/08/2021 15:04:06<br>Signature                                                 Date<br><br>**Provide the name and contact information of the person completing and signing this claim:**<br><br>Name: Brent R. Cohen<br>Address: 1200 17th Street, Suite 3000<br>City: Denver<br>State: CO     Zip: 80202<br>Country (in international):<br>Phone: 303-623-9000<br>Email: bcohen@lrrc.com |

Page 3 of 3

**Fill in this information to identify the case:**

Debtor 1: __Sklar Exploration Company, LLC__

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of Colorado

Case number: __20-12377 EEB__

## Official Form 410
# Proof of Claim
04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
Fant Energy
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Brent R. Cohen
Name

1200 17th Street, Suite 3000
Number   Street

Denver        CO       80202
City          State    ZIP Code

Contact phone  303-628-9521
Contact email  bcohen@lrrc.com

Where should payments to the creditor be sent? (if different)

Stephen Swan
Name

1322 North Post Oak
Number   Street

Houston       TX       77055
City          State    ZIP Code

Contact phone  _____
Contact email  sswan@nps.cc

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☐ No
☑ Yes. Claim number on court claims registry (if known) __10054__    Filed on __09/03/2020__
                                                                        MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                              Proof of Claim                                 page 1

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

| 6. Do you have any number you use to identify the debtor? | ☑ No <br> ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
|---|---|
| 7. How much is the claim? | $ _____ 738,140.30 . Does this amount include interest or other charges? <br> ☑ No <br> ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. <br> Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). <br> Limit disclosing information that is entitled to privacy, such as health care information. <br><br> _____ |
| 9. Is all or part of the claim secured? | ☐ No <br> ☑ Yes. The claim is secured by a lien on property. <br><br> **Nature of property:** <br> ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*. <br> ☐ Motor vehicle <br> ☑ Other. Describe: See Appendix <br><br> **Basis for perfection:** _____ <br> Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) <br><br> **Value of property:** $ _____ <br> **Amount of the claim that is secured:** $ _____ <br><br> **Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.) <br><br> **Amount necessary to cure any default as of the date of the petition:** $ _____ <br><br> **Annual Interest Rate** (when case was filed) _____ % <br> ☐ Fixed <br> ☐ Variable |
| 10. Is this claim based on a lease? | ☑ No <br> ☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____ |
| 11. Is this claim subject to a right of setoff? | ☐ No <br> ☑ Yes. Identify the property: See Appendix _____ |

Official Form 410          Proof of Claim          page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| | ☐ Yes. Check one: | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 09/03/2020
                  MM / DD / YYYY

*s/Stephen Swan*
Signature

Print the name of the person who is completing and signing this claim:

| Name | Stephen | | Swan |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Manager | | |
| Company | Fant Energy Limited | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1322 North Post Oak | | |
| | Number  Street | | |
| | Houston | TX | 77055 |
| | City | State | ZIP Code |
| Contact phone | | Email | sswan@nps.cc |

# FANT ENERGY'S
# APPENDIX TO SECOND AMENDED PROOF OF CLAIM

1. Fant Energy Limited ("Fant") is a party to various operating agreements and participation agreements (collectively, the "Oil & Gas Agreements"), pursuant to which Sklar Exploration Company, LLC ("Sklar Exploration") serves as the operator of oil and gas properties in which Sklarco, LLC and Fant, among others, are working interest holders. The working interest holders are obligated to fund their proportionate share of drilling and operating expenses of specific wells in which they are invested through cash call advances and payment of their proportionate share of joint interest billings.

2. Fant Energy had funded cash call advances to Sklar Exploration in accordance with the Oil & Gas Agreements. Each such advance was to be used solely for expenses related to a particular well. Fant holds claims against Sklar Exploration for prepetition cash call advances in the amount of $333,380.46. In addition, as of the filing of its Bankruptcy Petition, Sklar Exploration owed Fant $404,759.84 in unpaid production revenue.

3. To the extent Sklar Exploration asserts any entitlement to payment of prepetition joint interest billings or any other amounts against Fant pursuant to the Oil & Gas Agreements, Fant is entitled to setoff its claim against such amounts pursuant to Section 553 of the Bankruptcy Code. Fant reserves all rights in this regard.

4. Since the filing of the Debtors' bankruptcy proceedings, Fant has been receiving statutory lien notices from subcontractors, further evidence that working interest holder funds were improperly diverted.

5. Fant reserves the right to amend this claim to assert additional claims and damages arising out of any breach of the Oil & Gas Agreements or under applicable law as additional information is made available regarding the conduct of Sklar Exploration.

6. To the extent the Oil and Gas Agreements provide for recovery of attorneys' fees and costs, Fant includes such attorneys' fees and costs in its claim.



**BENJAMIN Y. FORD**
*Direct Dial*: 251.405.1310
*Email*: byf@ajlaw.com

RSA Tower, 27th Floor
11 North Water Street
Mobile, Alabama 36602

*Mailing Address:*
Post Office Box 290
Mobile, Alabama 36601

*Phone:* 251.405.1300
*Fax:* 251.432.6843

January 5, 2021

Fant Energy Ltd.
P.O. Box 55205
Houston, TX 77255

Re: Notice of Default

Dear Sir or Madam:

I previously wrote to you on behalf of Sklar Exploration Company L.L.C. ("SEC") regarding Fant Energy Limited's ("Fant") unpaid joint interest billing ("JIB") obligations for SEC-operated wells, units and/or prospects. Specifically, Fant has continually failed to pay its JIBs within the time set forth in the COPAS provisions of its relevant operating agreement(s) with SEC. As of the date of this letter, Fant has still not satisfied its outstanding indebtedness. **Accordingly, you are hereby notified that Fant is in default under the operating agreement(s).**

Fant currently owes SEC **$83,712.40**, plus interest in accordance with the operating agreement(s). A summary statement listing Fant's unpaid invoices is attached hereto. If Fant's debt is not paid to SEC within fourteen (14) days from the date of this letter, SEC plans to commence efforts to foreclose its lien and sell Fant's interest in accordance with the operating agreement(s). During this process, SEC will suspend all of Fant's revenue payments. SEC reserves all other available rights and remedies.

Sincerely,

ARMBRECHT JACKSON LLP

By: _____
Benjamin Y. Ford

BYF/chs
Enclosure
Doc. 1227317

**Exhibit B**

01/04/2021  02:10 pm  
Company-Acct:00SEC-0301

**Sklar Exploration Co., L.L.C.**  
**Aged Trial Balance as of 01/04/2021**

Page   1

| Inv Date | Invoice# | Invoice Description | Inv Amount | Current | 30 days | 60 days | 90 days |
|---|---|---|---|---|---|---|---|
| **FANE01** | **Fant Energy Limited** | | (713)316-1195 | | | | |
| | P.O. Box 55205 | | | | | | |
| | Houston, TX  77255 | | | | | | |
| 03/05/2020 | 1EDWREL | Release Cash Call on Edwards Family Trust 26-6 #1 dated 09-11-19 | 28,460.19- | | | | 28,460.19- |
| 03/31/2020 | 1ABB01/924 | Abbyville Plant | 6.30 | | | | 6.30 |
| 03/31/2020 | 1BAT03/924 | Bates 2-2 #1 | 5,269.19 | | | | 5,269.19 |
| 03/31/2020 | 1BEA01/924 | North Beach Prospect | 20.48 | | | | 20.48 |
| 03/31/2020 | 1BEA02/924 | N Beach Prospect Pipeline/Plt | 36.46 | | | | 36.46 |
| 03/31/2020 | 1BOW01/924 | Bowdoin Dome Prospect | 21.74 | | | | 21.74 |
| 03/31/2020 | 1BRO04/924 | Southeast Brooklyn Oil Unit | 14,685.96 | | | | 7,005.32 |
| | 03/31/2020 | Prepayment Application-Multi | 7,680.64- | | | | |
| 03/31/2020 | 1BRO05/924 | Southwest Brooklyn Oil Unit | 25,142.12 | | | | 24,937.82 |
| | 03/31/2020 | Prepayment Application-Multi | 204.30- | | | | |
| 03/31/2020 | 1CAR04/924 | Mt. Carmel Prospect | 148.98 | | | | 148.98 |
| 03/31/2020 | 1CAS01/924 | Castleberry Prospect | 102.21 | | | | 102.21 |
| 03/31/2020 | 1CED38/924 | CCL&T 24-1 #1 | 269.49 | | | | 269.49 |
| 03/31/2020 | 1CED68/924 | CCL&T 13-11 #1 | 1,448.91 | | | | 1,448.91 |
| 03/31/2020 | 1CED69/924 | CCL&T 18-13#1 | 1,538.52 | | | | 1,538.52 |
| 03/31/2020 | 1CED72/924 | CCL&T 13-15 #1 ST | 1,252.65 | | | | 1,252.65 |
| 03/31/2020 | 1CED75/924 | CCL&T 2-15 #1 | 403.24 | | | | 403.24 |
| 03/31/2020 | 1CIN01/924 | Cindy Lou Cloyd #1; U HOSS SUK | 3.69 | | | | 3.69 |
| 03/31/2020 | 1CRA17/924 | Craft-Mack 17-4 #1 | 775.55 | | | | 775.55 |
| 03/31/2020 | 1EDW01/924 | Edwards Family Trust 26-6 #1 | 2,178.42 | | | | 257.60 |
| | 03/31/2020 | Prepayment Application-289-W | 1,920.82- | | | | |
| 03/31/2020 | 1ESC01/924 | Escambia Prospect | 99.41 | | | | 99.41 |
| 03/31/2020 | 1ESC02/924 | Escambia Prospect Pipeline | 4,873.08- | | | | 4,873.08- |
| 03/31/2020 | 1FAV01/924 | John T. Favell etal #1 | 203.04 | | | | 203.04 |
| 03/31/2020 | 1FIS01/924 | Fishpond Oil Unit | 4,434.35 | | | | 4,434.35 |
| 03/31/2020 | 1HAM02/924 | Craft-Hamiter 20-11 #1 | 2,678.29 | | | | 2,678.29 |
| 03/31/2020 | 1KEY02/924 | Albert Key etal #1 | 227.43 | | | | 227.43 |
| 03/31/2020 | 1LIT02/924 | Little Cedar Creek Oil Unit #2 | 28,577.69 | | | | 28,577.69 |
| 03/31/2020 | 1LIT03/924 | Little Cedar Creek Oil Unit IV | 6,028.10 | | | | 6,028.10 |
| 03/31/2020 | 1MER01/924 | JC Merritt #1; L HOSS RA SUC | 9.46 | | | | 9.46 |
| 03/31/2020 | 1PAC01/924 | North Pachuta Prospect | 558.41 | | | | 558.41 |
| 03/31/2020 | 1PER02/924 | Perry Ranch 30-7 #1 | 120.19 | | | | 120.19 |
| 03/31/2020 | 1PIT01/924 | Pitnic Limited 16-3 #1 | 5,375.15 | | | | 5,375.15 |
| 03/31/2020 | 1POL02/924 | Polk Estate etal 13-5 #1 | 2,350.66 | | | | 2,350.66 |
| 03/31/2020 | 1SPR01/924 | Spring Lake Prospect | 37.42 | | | | 37.42 |
| 03/31/2020 | 2FIN02/924 | Findley 2-5 #1 | 41.12 | | | | 41.12 |
| 03/31/2020 | 2HAM01/924 | Hamiter 17-16 | 297.56 | | | | 297.56 |
| 03/31/2020 | 2HAR09/924 | Hart 17-16 #1 (Fletcher Pet) | 39.37 | | | | 39.37 |
| 03/31/2020 | 2LIT01/924 | Little Cedar Creek Unit(Pruet) | 196.01 | | | | 196.01 |
| 03/31/2020 | 2PAT09/924 | Pate 3-9 #1 (Fletcher Pet) | 173.37 | | | | 173.37 |
| 09/14/2020 | CC308-20 | Cash Call- CCL&T 2-11 #1 Workover | 7,110.68 | | | | 7,110.68 |
| 10/13/2020 | CC309-10 | Cash Call -CCL&T 34-12 #1, Southeast Brooklyn Oil Unit | 4,066.23 | | | 4,066.23 | |
| 10/13/2020 | CC309-W9 | Cash Call - CCL&T 3-4 #1, Southeast Brooklyn Oil Unit | 4,259.86 | | | 4,259.86 | |
| 12/21/2020 | CC308-21 | Cash Call - Graddy 34-10 #1 | 6,663.72 | 6,663.72 | | | |
| **TOTAL: Fant Energy** | | | **83,712.40** | **6,663.72** | **0.00** | **8,326.09** | **68,722.59** |

01/04/2021 02:10 pm  
Company-Acct:00SEC-0301

Sklar Exploration Co., L.L.C.  
Aged Trial Balance as of 01/04/2021

Page 2

| Inv Date | Invoice# | Invoice Description | Inv Amount | Current | 30 days | 60 days | 90 days |
|---|---|---|---|---|---|---|---|
| 1 | Total | | 83,712.40 | 6,663.72 | 0.00 | 8,326.09 | 68,722.59 |
| | % | | | 8.0 % | 0.0 % | 9.9 % | 82.1 % |
| | # of Invoices | | 39 | 1 | 0 | 2 | 36 |