# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) <br> ) <br> SKLAR EXPLORATION COMPANY, LLC ) <br> EIN: 72-1417930 ) <br> ) <br> ) <br> Debtor-in-Possession. ) <br> ) | Case No. 20-12377-EEB <br><br> Chapter 11 |
| IN RE: ) <br> ) <br> SKLARCO, LLC ) <br> EIN: 72-1425432 ) <br> ) <br> ) <br> ) <br> Debtor-in-Possession. ) <br> ) | Case No. 20-12380-EEB <br><br> Chapter 11 |

## NOTICE OF JF HOWELL INTERESTS, LP'S INTENTION TO PURSUE RECOUPMENT

**COMES NOW**, JF Howell Interests, LP, ("JFHI") by and through its undersigned counsel, and hereby provides notice of its intention to pursue recoupment pursuant to section 8.16 – Recoupment (the "Recoupment Procedure") of the *Second Amended and Restated Joint Plan of Reorganization dated December 18, 2020* [Docket No. 1251] (the "Plan"), and respectfully states as follows:

## NOTICE

1. JFHI and Sklar Exploration Company, LLC (the "Debtor" or "SEC") are parties to several joint operating agreements ("JOAs"), pursuant to which SEC currently serves, and pre-petition served, as an operator of certain oil and gas properties in which JFHI holds a working interest ownership ("Working Interests") in those properties. As an owner of Working Interests,

1

JFHI receives revenues on oil and gas production and shares in operational expenses in proportion to its ownership interest.

2. On May 14, 2021, the Debtor filed the Plan which, among other things, provides the Recoupment Procedure by which a Revenue Party[1] is "entitled to recoup or assert any rights of setoff against any account receivable or JIB, including any joint interest billing obligations arising after the Effective Date, owed or allegedly owed to the Debtors and/or the Reorganized Debtor." Plan, § 8.16.

3. On September 7, 2021, JFHI provided notice of its intention to recoup ("Notice of Recoupment") no less than $75,411.41 in unpaid revenues due to JFHI against any account receivable or JIB purportedly owed by JFHI to SEC. A copy of JFHI's Notice of Recoupment is attached hereto as Exhibit A.

4. JFHI reserves all rights related to the JOAs and recoupment, as provided for by the Recoupment Procedure, in the above-captioned proceedings.

Dated: September 7, 2021.

Respectfully submitted,

BRADLEY MURCHISON KELLY & SHEA LLC

By:   /s/ David R. Taggart
David R. Taggart (Texas Bar # 00793102)
401 Edwards Street, Suite 1000
Shreveport, Louisiana 71101
Telephone: (318) 227-1131
Facsimile: (318) 227-1141
Email: dtaggart@bradleyfirm.com

- - **Attorney for JF Howell Interests, LP**

---

[1] Capitalized terms used by not defined herein shall have the meanings ascribed to them in the Plan.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed on September 7, 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

          /s/ David R. Taggart
OF COUNSEL