## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In Re: § | |
| § | |
| Sklar Exploration Company, LLC § | Bankruptcy Case No.20-12377-EEB |
| and Sklarco, LLC § | |
| § | Chapter 11 |
| Debtors. § | |
| § | |

### NOTICE OF MCCOMBS ENERGY, LTD., AND MCCOMBS EXPLORATION, LLC'S INTENTION TO PURSUE RECOUPMENT

McCombs Energy Ltd. and McCombs Exploration, LLC (together, "McCombs") hereby provide notice of their intention to pursue recoupment pursuant to section 8.16 of the *Second Amended and Restated Joint Plan of Reorganization dated December 18, 2020* [Docket No. 1251] (the "Plan"), and respectfully state the following:

### NOTICE

1. Debtor Sklar Exploration Company, LLC (the "Debtor" or "SEC") and McCombs are parties to several joint operating agreements ("JOAs"), pursuant to which SEC serves as an operator of certain oil and gas properties. McCombs holds a working interest ownership ("Working Interests") in those properties. As an owner of Working Interests, McCombs receives revenues on oil and gas production and shares in operational expenses in proportion to its ownership interest.

2. The Plan provides a procedure (the "Recoupment Procedure") by which a Revenue Party[1] is "entitled to recoup or assert any rights of setoff against any

---

[1] As defined in the Plan.

1

742044.1
80572.125

account receivable or JIB, including any joint interest billing obligations arising after the Effective Date, owed or allegedly owed to the Debtors and/or the Reorganized Debtor." Plan, §8.16.

3. On September 7, 2021, McCombs provided notice of its intention to recoup ("Notice of Recoupment") no less than $431,957.00 in unpaid revenues (the "Unpaid Revenues") due to McCombs against any account receivable or JIB purportedly owed by McCombs to SEC.[2] A copy of McCombs' Notice of Recoupment is attached hereto as **Exhibit A**.

4. McCombs reserves all rights related to the JOAs and recoupment, as provided for by the Recoupment Procedure, in the above-captioned proceedings.

Dated: September 7, 2021

Respectfully submitted,

*/s/ Stephen K. Lecholop II*
Stephen K. Lecholop II
State Bar No. 24070119
slecholop@rpsalaw.com
ROSENTHAL PAUERSTEIN
SANDOLOSKI AGATHER LLP
755 East Mulberry, Suite 200
San Antonio, Texas 78212
Telephone: (210) 225-5000
Facsimile: (210) 354-4034

**ATTORNEY FOR MCCOMBS ENERGY, LTD. AND MCCOMBS EXPLORATION, LLC**

---

[2] The Unpaid Revenues owed to McCombs Energy, Ltd. equal approximately $348,539.00, and the Unpaid Revenues owed to McCombs Exploration, LLC equal approximately $83,418.00.

742044.1
80572.125

## Certificate of Service

     I hereby certify that on the 7th day of September, 2021, a true and correct copy of the foregoing was served, in accordance with the Local Rules of this Court, by electronic transmission upon to all registered ECF users appearing in this case.

                                      */s/ Stephen K. Lecholop II*
                                      Stephen K. Lecholop II

742044.1
80572.125