# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: <br><br> SKLAR EXPLORATION COMPANY, LLC, <br> EIN: 72-1417930 <br><br> Debtor. | Case No. 20-12377-EEB <br><br> Chapter 11 |
| In re: <br><br> SKLARCO, LLC, <br> EIN: 72-1425432 <br><br> Debtor. | Case No. 20-12380-EEB <br><br> Chapter 11 <br><br> ***Jointly Administered Under Case No. 20-12377-EEB*** |

## NOTICE OF FILING OF INTENT TO PURSUE RECOUPMENT

JJS Interests North Beach, LLC, JJS Interests Escambia, LLC, JJS Interests West Arcadia, LLC, JJS Interests Steele Kings, LLC and JJS Working Interests, LLC (collectively, "**JJS**"), by and through their undersigned counsel, hereby provides notice of their intention to pursue recoupment pursuant to Section 8.16 (the "**Recoupment Procedure**") of the *Second Amended and Restated Joint Plan of Reorganization dated December 18, 2020* [Docket No. 1251] (the "**Plan**") and respectfully states as follows:

## NOTICE

1. Sklar Exploration Company, LLC ("**SEC**") and Sklarco, LLC (together with SEC, the "**Debtors**") filed for relief under chapter 11 of title 11 of the United State Code (the "**Bankruptcy Code**") on April 1, 2020 (the "**Petition Date**"). The Debtors remain debtors in possession pursuant to section 1107 of the Bankruptcy Code.

2. Pursuant to certain joint operating agreements and participation agreements entered into by JJS with SEC (collectively, the "**Oil and Gas Agreements**"), JJS is a

45407175.3

- 2 -

working interest owner in certain properties operated by SEC. As an owner of working interests, JJS receives revenues on oil and gas production and shares in operational expenses in proportion to its ownership interest.

3. On May 14, 2021, the Debtors filed the Plan which, among other things, provides the Recoupment Procedure by which a Revenue Party is "entitled to recoup or assert any rights of setoff against any account receivable or JIB, including any joint interest billing obligations arising after the Effective Date, owed or allegedly owed to the Debtors and/or the Reorganized Debtor." Plan, § 8.16.[1]

4. On September 7, 2021, JJS provided notice of its intention to recoup ("**Notice of Recoupment**") no less than $237,609.38 in unpaid revenues due to JJS against any account receivable or JIB purportedly owed by JJS to SEC. A copy of JJS's Notice of Recoupment is attached hereto as Exhibit A.

5. JJS reserves all rights related to the Oil and Gas Agreements and recoupment, as provided for by the Recoupment Procedure, in the above-captioned proceedings.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan.

Dated: Houston, Texas
September 7, 2021

Respectfully Submitted,

**WILLKIE FARR & GALLAGHER LLP**

By:  /s/  Jennifer J. Hardy
Jennifer J. Hardy (Texas Bar No. 24096068)
600 Travis Street
Houston, Texas 77002
Telephone:  713-510-1700
Facsimile:  713-510-1799
Email: jhardy2@willkie.com

*Counsel to JJS Interests Escambia, LLC, JJS Interests Steele Kings, LLC, JJS Working Interests, LLC, JJS Interests North Beach LLC and JJS Interests West Arcadia LLC*

## CERTIFICATE OF SERVICE

I certify that on September 7, 2021, I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in this case.

/s/  Jennifer J. Hardy
Jennifer J. Hardy