# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: § § **SKLAR EXPLORATION COMPANY, LLC,** *et al.*,[1] § § § **Debtors.** § | | Chapter 11<br><br>Case No. 20-12377-EEB<br><br>(Jointly Administered) |

**MONTHLY FEE STATEMENT OF CR3 PARTNERS, LLC AND JAMES KATCHADURIAN AS CRO AND FINANCIAL ADVISOR TO THE DEBTORS <u>FOR THE PERIOD AUGUST 1, 2021 THROUGH SEPTEMBER 7, 2021</u>**

| Name of Applicant: | CR3 Partners, LLC | |
|---|---|---|
| Applicant's Role in Case: | Chief Restructuring Officer and Financial Advisor to the Debtors | |
| Date Order of Employment Entered: | June 15, 2020 [Dkt. No. 429] | |
| | **Beginning of Period** | **End of Period** |
| Time period covered by this statement: | 8/1/21 | 9/07/21 |
| | | |
| **Summary of Total Fees and Expenses Requested** | | |
| Total Fees for Services Rendered During Statement Period | | $157,030.00 |
| Expenses (100%) | | $3,075.00 |
| **TOTAL FEES AND EXPENSES** | | **$160,105.00** |

Pursuant to the Order Approving Interim Advance Payment Procedures ("<u>Interim Compensation Order</u>") [Dkt. No. 322] entered by the Court on May 18, 2020, CR3 Partners, LLC ("<u>CR3</u>"), CRO and Financial Advisor to the Debtors, submits this Monthly Fee Statement of services rendered and expenses incurred in this case for the period from August 1, 2021 through September 7, 2021, (the "<u>Statement Period</u>").

### ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

    A.    **Summary of Services Rendered by Each Professional**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each providing services during the Statement Period for which CR3 seeks compensation.

| Name | Position | Hours | Hourly Rate | Total Compensation |
|---|---|---|---|---|
| James Katchadurian | Partner | 77.3 | $668.73 | $51,692.50 |
| William Snyder | Partner | 0.0 | $795.00 | |
| Avery Alcorn | Director | 1.7 | $525.00 | $892.50 |
| Todd Bearup | Director | 189.9 | $550.00 | $104,445.00 |
| Manny Chavira | Manager | 0.0 | $450.00 | |
| **TOTAL FEES BY CONSULTANT** | | **268.9** | | **$157,030.00** |

The time records of CR3 consisting of a daily breakdown of the tasks performed organized by project category, and detail as to the disbursements incurred are attached as **Exhibit A** to this Monthly Fee Statement.

B.  **Summary of Services Rendered By Category**

The following itemization presents a summary of the services rendered by CR3 by Task Category.

| Task Category | Hours | Fees Earned |
|---|---|---|
| Business Operations | 92.2 | $50,710.00 |
| Cash Management | 32.4 | $17,820.00 |
| Creditor Interaction | 1.4 | $770.00 |
| Debtor Issues | 57.1 | $31,405.00 |
| Fee Applications | 5.6 | $3,080.00 |
| Operating Reports | 1.2 | $660.00 |
| Plan Issues | 67.0 | $48,235.00 |
| Travel Time | 12.0 | $4,350.00 |
| **TOTAL HOURS AND FEES** | **268.9** | **$157,030.00** |

C.  **Summary of Expenses Incurred By Category**

The following itemization presents a summary of the expenses incurred for the Statement Period by category of disbursement.

| Expense Category | Total Expenses |
|---|---|
| Admin Fee | $1,570.30 |
| Expense - Mileage | $453.50 |
| Expense - Meals | |
| Expense - Transportation | |
| Expense - Hotel | |

| | |
|---|---:|
| Expense - Airfare | $1,051.20 |
| Expense - Rental | |
| | |
| **TOTAL EXPENSES** | **$3,075.00** |

WHEREFORE, pursuant to the Interim Compensation Order, CR3 requests payment of compensation in the amount of (i) $157,030.00 on account of actual, reasonable and necessary professional services rendered to the Debtor by CR3 and (ii) reimbursement of actual and necessary costs and expenses in the amount of $3,075.00 incurred on behalf of the Debtor.

DATED: September 17, 2021

Respectfully submitted,

**CR3 Partners, LLC**

By: */s/ James Katchadurian*

# EXHIBIT A