| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 8/2/2021 | Todd Bearup | Business Operations | 550.00 | 0.6 | 330.00 | Correspondence re: tranche 2 & 3 ballots. |
| 8/2/2021 | Todd Bearup | Business Operations | 550.00 | 0.2 | 110.00 | Correspondence re: check run w/ CRO, controller. |
| 8/2/2021 | Todd Bearup | Business Operations | 550.00 | 0.4 | 220.00 | Discussion w/ Richard re: AFE incremental production dollars analysis. |
| 8/2/2021 | Todd Bearup | Business Operations | 550.00 | 0.8 | 440.00 | Several discussions w/ Sutton and/or Mary re: ballot issues and updates. |
| 8/2/2021 | Todd Bearup | Business Operations | 550.00 | 1.9 | 1,045.00 | Work on follow-up info/analysis requests from CRO, counsel and COA. |
| 8/3/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Review, approve, send wires. |
| 8/3/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Call w/ Mary and CRO re: cash call history. |
| 8/3/2021 | Todd Bearup | Business Operations | 550.00 | 0.7 | 385.00 | AFE/P&A, ops discussion w/ Sutton. |
| 8/3/2021 | Todd Bearup | Business Operations | 550.00 | 1.6 | 880.00 | Work w/ Mary re: review cash call tracker spreadsheet in prep for call w/ CRO. |
| 8/3/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Weekly Ops call and follow-up. |
| 8/4/2021 | Todd Bearup | Business Operations | 550.00 | 1.8 | 990.00 | Work w/ Sutton re: ballots, follow-up re: P&A. |
| 8/4/2021 | Todd Bearup | Business Operations | 550.00 | 0.9 | 495.00 | Correspondence and meetings w/ controller/accounting re: accounting issues and modeltransfer. |
| 8/4/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Prep for weekly A/P call. |
| 8/4/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Weekly A/P call and follow-up. |
| 8/4/2021 | Todd Bearup | Business Operations | 550.00 | 0.4 | 220.00 | Call w/ CRO and Land in prep for Pruet call. |
| 8/4/2021 | Todd Bearup | Business Operations | 550.00 | 0.6 | 330.00 | Correspondence and review Stan Kynard's agenda for today's transition prep call. |
| 8/5/2021 | Todd Bearup | Business Operations | 550.00 | 1.9 | 1,045.00 | Work s/ Sutton/Mary on ballots, AFE elections. |
| 8/5/2021 | Todd Bearup | Business Operations | 550.00 | 0.8 | 440.00 | Facilitate conference call and meeting next week w/ Pruet. |
| 8/5/2021 | Todd Bearup | Business Operations | 550.00 | 0.6 | 330.00 | Review, approve, send wires. |
| 8/5/2021 | Todd Bearup | Business Operations | 550.00 | 1.5 | 825.00 | Continue work on requests from CRO, counsel re: filed objections. |
| 8/5/2021 | Todd Bearup | Business Operations | 550.00 | 0.3 | 165.00 | Discussion w/ COA. |
| 8/6/2021 | Todd Bearup | Business Operations | 550.00 | 1.8 | 990.00 | Correspodnence w/ CRO, accting, controller re: info request for cash call analysis. Work on analysis. |
| 8/6/2021 | Todd Bearup | Business Operations | 550.00 | 0.7 | 385.00 | Review, approve, send wires. |
| 8/6/2021 | Todd Bearup | Business Operations | 550.00 | 0.3 | 165.00 | Discussion w/ COA. |
| 8/6/2021 | Todd Bearup | Business Operations | 550.00 | 1.7 | 935.00 | Continue working on information requests from CRO, counsel. And insurance renewal. |
| 8/9/2021 | Todd Bearup | Business Operations | 550.00 | 0.9 | 495.00 | Call w/ , CRO, COA and Ops prior to Pruet Meeting |
| 8/9/2021 | Todd Bearup | Business Operations | 550.00 | 1.5 | 825.00 | Continue to work w/ controller and accounting re: information requests. |
| 8/9/2021 | Todd Bearup | Business Operations | 550.00 | 0.8 | 440.00 | Work s/ Mary re: ballots issues. |
| 8/9/2021 | Todd Bearup | Business Operations | 550.00 | 0.2 | 110.00 | Discussion w/ controller. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 8/10/2021 | Todd Bearup | Business Operations | 550.00 | 1.8 | 990.00 | Work w/ land re: get FL and MS ballots out by end of week. |
| 8/10/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Discussion w/ CEO re: cash call tool origin. |
| 8/10/2021 | Todd Bearup | Business Operations | 550.00 | 1.7 | 935.00 | Work on proposed A/P run. |
| 8/11/2021 | Todd Bearup | Business Operations | 550.00 | 1.9 | 1,045.00 | Work with various one-off accounting and ballot issues. |
| 8/11/2021 | Todd Bearup | Business Operations | 550.00 | 0.6 | 330.00 | Review, approve payroll. |
| 8/11/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Review, approve, send wires |
| 8/11/2021 | Todd Bearup | Business Operations | 550.00 | 2.0 | 1,100.00 | Work w/ accounting re: answering questions/data requests from CRO |
| 8/12/2021 | Todd Bearup | Business Operations | 550.00 | 0.6 | 330.00 | Review, approve, send wires |
| 8/12/2021 | Todd Bearup | Business Operations | 550.00 | 1.1 | 605.00 | Correspondence and review w/ controller of update insurance modifications re: one ops employee and overall increase in down payment |
| 8/12/2021 | Todd Bearup | Business Operations | 550.00 | 0.3 | 165.00 | Answer questions for CRO re: payroll w/ controller. |
| 8/12/2021 | Todd Bearup | Business Operations | 550.00 | 1.3 | 715.00 | Work with various one-off accounting and ballot issues. |
| 8/12/2021 | Todd Bearup | Business Operations | 550.00 | 0.9 | 495.00 | Correspondence w/ land re: ballot issues. |
| 8/13/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Update discussion w/ controller. |
| 8/13/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Review, approve, send wires |
| 8/13/2021 | Todd Bearup | Business Operations | 550.00 | 0.4 | 220.00 | Correspondence w/ land re: ballot issues. |
| 8/13/2021 | Todd Bearup | Business Operations | 550.00 | 1.3 | 715.00 | Work w/ accounting to clean up transaction entries and cash balances. |
| 8/14/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Correspondence w/ CRO, Richard, Harold re: preperation for possible Hurricane. |
| 8/16/2021 | Todd Bearup | Business Operations | 550.00 | 0.7 | 385.00 | Update discussion w/ accounting, planning session for week. |
| 8/17/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Weekly accounting call w/ COA. |
| 8/17/2021 | Todd Bearup | Business Operations | 550.00 | 1.9 | 1,045.00 | Review and discuss ballot issues. Get out FL ballots. |
| 8/17/2021 | Todd Bearup | Business Operations | 550.00 | 0.7 | 385.00 | Weekly Ops call. and follow-up call w/ |
| 8/18/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Business ops call. |
| 8/18/2021 | Todd Bearup | Business Operations | 550.00 | 1.2 | 660.00 | Work w/ controller to transition cash forecasting. |
| 8/18/2021 | Todd Bearup | Business Operations | 550.00 | 1.8 | 990.00 | Proposed A/P call plus subsequent modification of proposed A/P model and provide to CRO. |
| 8/19/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Correspondence re:lender and creditor matters. |
| 8/19/2021 | Todd Bearup | Business Operations | 550.00 | 1.8 | 990.00 | Discussions w/ accounting and special counsel re: June Rev Run and JIB-Netting. |
| 8/19/2021 | Todd Bearup | Business Operations | 550.00 | 1.5 | 825.00 | Work w/ land to begin getting MS ballots out. |
| 8/19/2021 | Todd Bearup | Business Operations | 550.00 | 0.8 | 440.00 | Update discussion w/ land. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 8/20/2021 | Todd Bearup | Business Operations | 550.00 | 0.7 | 385.00 | Work w/ Sutton and land re: MS ballot issues. |
| 8/20/2021 | Todd Bearup | Business Operations | 550.00 | 1.2 | 660.00 | Work w/ controller and accounting re: several issues. |
| 8/20/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Discussion w/ Julie re: June revenue run update and disussion. |
| 8/23/2021 | Todd Bearup | Business Operations | 550.00 | 1.7 | 935.00 | Work w/ land re: sending out additional ballots |
| 8/23/2021 | Todd Bearup | Business Operations | 550.00 | 0.7 | 385.00 | Follow-up w/ operations and accounting re: open items from prior week. |
| 8/23/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Review, approve, send wires. |
| 8/24/2021 | Todd Bearup | Business Operations | 550.00 | 0.4 | 220.00 | Call w/ COA after weekly ops call. |
| 8/24/2021 | Todd Bearup | Business Operations | 550.00 | 0.6 | 330.00 | Weekly ops call. |
| 8/24/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Review, approve, send wires. |
| 8/24/2021 | Todd Bearup | Business Operations | 550.00 | 1.8 | 990.00 | Work w/ Julie re: JIB-netting and June Revenue Run. |
| 8/25/2021 | Todd Bearup | Business Operations | 550.00 | 1.8 | 990.00 | Work w/ Land and counsel re: MS and LA ballot issues. |
| 8/25/2021 | Todd Bearup | Business Operations | 550.00 | 1.5 | 825.00 | Weekly accounting meeting and follow-up, update discussions. |
| 8/25/2021 | Todd Bearup | Business Operations | 550.00 | 0.3 | 165.00 | Discussion w/ Julie re: revenue run. |
| 8/26/2021 | Todd Bearup | Business Operations | 550.00 | 1.8 | 990.00 | Work w/ accounting re: open items. |
| 8/26/2021 | Todd Bearup | Business Operations | 550.00 | 0.8 | 440.00 | Review, approve payroll. |
| 8/26/2021 | Todd Bearup | Business Operations | 550.00 | 0.8 | 440.00 | Continue working w/ CRO, counsel and Julie re: June Rev run as it related to pending litigiation. |
| 8/27/2021 | Todd Bearup | Business Operations | 550.00 | 0.8 | 440.00 | Review, approve, send wires. |
| 8/27/2021 | Todd Bearup | Business Operations | 550.00 | 1.7 | 935.00 | Conference call /w CRO, controller, land and Rev Run re: suspense. And follow-up. |
| 8/27/2021 | Todd Bearup | Business Operations | 550.00 | 0.8 | 440.00 | Update call w/ Julie re: ops, game plan, revenue run. |
| 8/30/2021 | Todd Bearup | Business Operations | 550.00 | 0.7 | 385.00 | Begin moving equipment downstairs. |
| 8/30/2021 | Todd Bearup | Business Operations | 550.00 | 0.9 | 495.00 | Correspondence w/ counsel, CRO and accounting re: suspense issues/questions. |
| 8/30/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Update correspondence w/ Ops re: Hurricane Ida impact. |
| 8/30/2021 | Todd Bearup | Business Operations | 550.00 | 0.8 | 440.00 | Work w/ accounting, Dehtloff to resolve bond payment issues. |
| 8/30/2021 | Todd Bearup | Business Operations | 550.00 | 0.4 | 220.00 | Update discussion w/ Mary in land re: status of ballots. |
| 8/31/2021 | Todd Bearup | Business Operations | 550.00 | 0.4 | 220.00 | Weekly Ops call. |
| 8/31/2021 | Todd Bearup | Business Operations | 550.00 | 0.8 | 440.00 | Assist with moving down-stairs. |
| 8/31/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Review, approve, send wires. |
| 8/31/2021 | Todd Bearup | Business Operations | 550.00 | 1.8 | 990.00 | Work w/ Julie re: current potential issues w/ suspense rev. |
| 9/1/2021 | Todd Bearup | Business Operations | 550.00 | 0.7 | 385.00 | Update discussions w/ accounting and land. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 9/1/2021 | Todd Bearup | Business Operations | 550.00 | 0.8 | 440.00 | Discussions with Julie re: correcting suspense. |
| 9/1/2021 | Todd Bearup | Business Operations | 550.00 | 1.3 | 715.00 | A/P approval meeting prep and meeting. |
| 9/1/2021 | Todd Bearup | Business Operations | 550.00 | 0.8 | 440.00 | Review, approve, send wires. |
| 9/2/2021 | Todd Bearup | Business Operations | 550.00 | 0.4 | 220.00 | Conf call w/ accounting re: cancelled checks. |
| 9/2/2021 | Todd Bearup | Business Operations | 550.00 | 0.6 | 330.00 | Work w/ Holmes re: cash model transfer. |
| 9/2/2021 | Todd Bearup | Business Operations | 550.00 | 1.3 | 715.00 | Update discussions w/ land and accounting. |
| 9/2/2021 | Todd Bearup | Business Operations | 550.00 | 0.7 | 385.00 | Review, approve, send wires. |
| 9/2/2021 | Todd Bearup | Business Operations | 550.00 | 0.9 | 495.00 | Various correspondence and discussions w/ Holmes and/or Julie re: accounting or JIBs and suspense. |
| 9/3/2021 | Todd Bearup | Business Operations | 550.00 | 1.2 | 660.00 | Various discussions w/ Julie, Holmes re: JIB, suspense, cash flow. |
| 9/3/2021 | Todd Bearup | Business Operations | 550.00 | 0.9 | 495.00 | Correspondence w/ Julie re: next steps, approve ACH run in system, working w/ EWB online, etc. |
| 9/3/2021 | Todd Bearup | Business Operations | 550.00 | 0.4 | 220.00 | Review, approve, send wires. |
| 9/3/2021 | Todd Bearup | Business Operations | 550.00 | 0.7 | 385.00 | Review receipts in accounts for week compared to forecast. |
| 9/4/2021 | Todd Bearup | Business Operations | 550.00 | 1.2 | 660.00 | Initial variance report and cash model update to email to Holmes. |
| 9/7/2021 | Todd Bearup | Business Operations | 550.00 | 0.4 | 220.00 | Review, approve, send wires. |
| 9/7/2021 | Todd Bearup | Business Operations | 550.00 | 0.5 | 275.00 | Transition discussions w/ Boulder employees |
| 8/2/2021 | Todd Bearup | Cash Management | 550.00 | 1.8 | 990.00 | Prep model for actuals, update cash forecast. |
| 8/3/2021 | Todd Bearup | Cash Management | 550.00 | 1.9 | 1,045.00 | Work on various info requests from CRO, counsel, COA. |
| 8/4/2021 | Todd Bearup | Cash Management | 550.00 | 2.0 | 1,100.00 | Finalize variance report and update cash forecast w/ AFE's, Ins, etc. |
| 8/5/2021 | Todd Bearup | Cash Management | 550.00 | 0.5 | 275.00 | Update/modify cash forecast. |
| 8/6/2021 | Todd Bearup | Cash Management | 550.00 | 0.4 | 220.00 | Update cash forecast with latest intel. |
| 8/9/2021 | Todd Bearup | Cash Management | 550.00 | 1.4 | 770.00 | Prep model for actuals, update cash forecast. |
| 8/10/2021 | Todd Bearup | Cash Management | 550.00 | 1.9 | 1,045.00 | Work on VAR report, update fcst. |
| 8/11/2021 | Todd Bearup | Cash Management | 550.00 | 1.8 | 990.00 | Finalize variance report and update cash forecast. Provide to CRO. |
| 8/12/2021 | Todd Bearup | Cash Management | 550.00 | 1.1 | 605.00 | Update cash forecast. Game plan to transfer model to controller. |
| 8/13/2021 | Todd Bearup | Cash Management | 550.00 | 1.2 | 660.00 | Update cash forecast w/ latest prof. fees and filings. |
| 8/16/2021 | Todd Bearup | Cash Management | 550.00 | 1.5 | 825.00 | Prep model for actuals. Update forecast. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 8/17/2021 | Todd Bearup | Cash Management | 550.00 | 1.9 | 1,045.00 | Work on cash model knowledge transfer w/ controller. |
| 8/18/2021 | Todd Bearup | Cash Management | 550.00 | 1.8 | 990.00 | Finalize variance report and update cash forecast and provide to CRO. |
| 8/20/2021 | Todd Bearup | Cash Management | 550.00 | 0.5 | 275.00 | Review and update cash forecast. |
| 8/23/2021 | Todd Bearup | Cash Management | 550.00 | 1.5 | 825.00 | Prep model for actuals. Update cash forecast. |
| 8/24/2021 | Todd Bearup | Cash Management | 550.00 | 1.9 | 1,045.00 | Work w/ controller to continue to hand-off job responsibilities. |
| 8/25/2021 | Todd Bearup | Cash Management | 550.00 | 1.8 | 990.00 | Work on transitioning cash forecast to controller. Walk through VAR report. |
| 8/26/2021 | Todd Bearup | Cash Management | 550.00 | 1.5 | 825.00 | Work w/ controller to transition proposed revenue weekly piece. |
| 8/31/2021 | Todd Bearup | Cash Management | 550.00 | 0.8 | 440.00 | Review cash model. Update. Review cash flow activity online. |
| 9/1/2021 | Todd Bearup | Cash Management | 550.00 | 1.5 | 825.00 | Work w/ accounting, controller re: cash flow transition and proposed A/P in model. |
| 9/2/2021 | Todd Bearup | Cash Management | 550.00 | 1.9 | 1,045.00 | Finalize proposed A/P run and get to Holmes/James. |
| 9/7/2021 | Todd Bearup | Cash Management | 550.00 | 1.8 | 990.00 | Work w/ Controller re: cash forecast transition. Other transition issues. |
| 8/30/2021 | Todd Bearup | Creditor Interaction | 550.00 | 1.4 | 770.00 | Prep for and begin dealing with creditor reaction to JIB suspense action. |
| 8/2/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.5 | 275.00 | Call w/ CRO, COA, Land and Controller re: ballot issues and timing, Ruddman response, Pruet meeting potential. |
| 8/2/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.5 | 275.00 | Discussion w/ COA re: game plan for Pruet meeting and update summary model. |
| 8/3/2021 | Todd Bearup | Debtor Issues | 550.00 | 2.0 | 1,100.00 | Work on agenda for transition issues. Data requests for CRO and counsel. |
| 8/4/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.0 | 550.00 | Call w/ Pruet, CRO and counsel re: transition. |
| 8/5/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.9 | 1,045.00 | Continued work on analysis/info requests to address filed objections |
| 8/6/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.8 | 990.00 | Continued work on analysis/info requests to address filed objections |
| 8/8/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.7 | 385.00 | Discussion w/ CRO and correspondence w/ CRO, COA, accounting. Review Pruet meeting agenda. |
| 8/9/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.7 | 385.00 | Continue work w/ controller and CRO on info requests. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 8/9/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.4 | 220.00 | Correspondence w/ CRO, counsel to setup call with accounting re: IRS objections. |
| 8/9/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.1 | 605.00 | Read today's filings. |
| 8/9/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.3 | 165.00 | Call w/ CRO re: Sklar and cash call analysis. |
| 8/10/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.7 | 935.00 | Work with team to provide information requests to CRO, counsel for objections. |
| 8/10/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.5 | 275.00 | Call w/ CRO, counsel, controller, HR re: IRS issues and follow-up. |
| 8/11/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.9 | 495.00 | Finalize proposed A/P run and provide to CRO. |
| 8/12/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.8 | 440.00 | Read filings |
| 8/13/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.7 | 385.00 | Read filings. |
| 8/13/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.5 | 825.00 | Review invoices from professionals in preperation to pay. |
| 8/13/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.2 | 110.00 | Update discussion w/ CRO. |
| 8/15/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.6 | 330.00 | Deal w/ various issues from counsel and CRO. Follow-up w/ Richard re: tropical storm update |
| 8/16/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.8 | 990.00 | Work on assume/reject lease basis w/ land. Work on open ballot issues w/ land. |
| 8/16/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.5 | 275.00 | Confirmation call w/ Court. |
| 8/16/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.7 | 385.00 | Work w/ acct. to expedite wire re: Rudman settlement. |
| 8/16/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.7 | 385.00 | Review, approve, send wires. |
| 8/16/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.3 | 715.00 | Work w/ controller accounting re: 14% holdback calculation and subequent action. |
| 8/16/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.3 | 715.00 | Read ruling by Judge re: Pruett case. Begin to figure application for SEC. |
| 8/17/2021 | Todd Bearup | Debtor Issues | 550.00 | 2.0 | 1,100.00 | Additional work on court order related analysis. |
| 8/17/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.2 | 660.00 | A/R analysis and prep for tomorrow's call. |
| 8/17/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.7 | 935.00 | Continue work on JIB-AR vs. June Rev Run analysis for tomorrow's call w/ CRO, COA and debtor's counsel and special counsel |
| 8/17/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.6 | 330.00 | Discussions with various employees re: next steps in Chatper 11. |
| 8/18/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.9 | 1,045.00 | Modify AR-JIB vs. June Rev run model . |
| 8/18/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.5 | 275.00 | Strategy discussion w/ COA. |
| 8/18/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.3 | 715.00 | Work w/ land to finalize FL elections and provide to counsel. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 8/18/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.6 | 330.00 | Call to discuss game plan post Pruet ruling re: June Rev Run. |
| 8/19/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.1 | 55.00 | Update discussion w/ CRO. |
| 8/19/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.2 | 110.00 | Provide insurance contact info to counsel. |
| 8/19/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.8 | 990.00 | Continue working w/ accounting re: post-ruling JIB-Netting. |
| 8/20/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.6 | 330.00 | Read brief filed by debtors counsel. |
| 8/23/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.9 | 1,045.00 | Work w/ Howard re: JIB-netting analysis. |
| 8/23/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.8 | 990.00 | Follow-up discussions w/ controller, land, accounting and Geoff re: ballot update, transition from up to downstairs in Boulder, suspension of rev. |
| 8/23/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.0 | 550.00 | Conf call w/ CRO, COA and counsel re: strategy for Boulder rent, suspension of rev. |
| 8/24/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.7 | 385.00 | Work w/ Geoff re: SEC wind-down issues. |
| 8/24/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.9 | 1,045.00 | Work w/ accting, land, CRO, COA re: emergence issues. |
| 8/24/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.7 | 935.00 | Continue work w/ accting, land, CRO, COA re: emergence issues. |
| 8/25/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.8 | 990.00 | Work on transition list and provide to independent mgr. |
| 8/25/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.5 | 275.00 | Work w/ counsel, CRO re: finalize list of suspense WIOs. |
| 8/25/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.8 | 440.00 | Work w/ Julie re: June revenue run issues. |
| 8/26/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.7 | 935.00 | Correspondence/discussions w/ Insurance broker, controller, CRO. Provide court docs re: financing agreement. |
| 8/26/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.9 | 495.00 | Correspondence and/or discussions w/ Don, Cory re: geological and geophysical date. |
| 8/27/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.3 | 715.00 | Work w/ Geoff and Mary re: move to downstairs location. |
| 8/28/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.3 | 165.00 | Read filings. Correspondence w/ CRO re: filings. |
| 8/30/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.5 | 275.00 | Update discussion w/ CRO, Counsel, COA. |
| 9/1/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.7 | 385.00 | Discussion w/ Brad re: transition an accounting issues. |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 9/1/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.5 | 275.00 | Work on and provide info for Brad/Keri for negotiations w/ JJS, McCombs and FPCC. |
| 9/1/2021 | Todd Bearup | Debtor Issues | 550.00 | 1.8 | 990.00 | Interview with potential accounting help and follow-up. |
| 9/2/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.4 | 220.00 | Discussion w/ new ind. mgr. re: payroll questions. |
| 9/3/2021 | Todd Bearup | Debtor Issues | 550.00 | 0.3 | 165.00 | Correspondence w/ new Ind. Mgr. |
| 8/14/2021 | James Katchadurian | Expense - Airfare | 1,051.20 | | 1,051.20 | Airfare from JFK to DEN to HOU to LGA |
| 8/2/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 8/3/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 8/4/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 8/5/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 8/6/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 8/9/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 8/10/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 8/11/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 8/16/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 8/17/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 8/18/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 8/18/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client. After internet outage. |
| 8/19/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 8/20/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 8/23/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client. |
| 8/24/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client. |
| 8/25/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client. |
| 8/26/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client. |
| 8/27/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client. |
| 8/30/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 8/31/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 9/1/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 9/2/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 9/3/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 9/7/2021 | Todd Bearup | Expense - Mileage | 18.14 | | 18.14 | Roundtrip between home/client |
| 8/6/2021 | Todd Bearup | Fee Applications | 550.00 | 1.4 | 770.00 | Work on July Fee App. |
| 8/9/2021 | Todd Bearup | Fee Applications | 550.00 | 1.5 | 825.00 | Work on July Fee App. |
| 9/6/2021 | Todd Bearup | Fee Applications | 550.00 | 2.7 | 1,485.00 | Work on August Fee App |
| 8/2/2021 | Todd Bearup | Operating Reports | 550.00 | 0.4 | 220.00 | Finish initial review of MOR and provide controller w/ questions/modifications. |
| 8/3/2021 | Todd Bearup | Operating Reports | 550.00 | 0.8 | 440.00 | Review June MOR again after mods by controller. Provide to CRO. |
| 8/2/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | Emails w S Kynerd re Pruet meeting weds (0.3) |
| 8/2/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | call w David Hall re various (0.3); |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 8/2/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | email w S Bonomo re status (0.3); |
| 8/2/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w Keri and Jeff re open issues (0.5) |
| 8/2/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w Sklar team and B Walker re next steps (0.5) |
| 8/2/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | Followup call w B Walker (0.3); |
| 8/2/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | email re pruet meeting and related (0.5); |
| 8/2/2021 | James Katchadurian | Plan Issues | 725.00 | 0.8 | 580.00 | Emails re Fant objection and analysis of same (0.8); |
| 8/2/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | emails re transition (0.5); |
| 8/3/2021 | James Katchadurian | Plan Issues | 725.00 | 0.8 | 580.00 | various emails re ops issues\rejection of contracts \ P&A (0.8); |
| 8/3/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w S Bonomo re status (0.5); |
| 8/3/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | review \ analyse S Kynerd questions \ agenda for meeting (1.0); |
| 8/3/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | review of open ar JIBs analysis and other financial information (1.0); |
| 8/3/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w T Bearup \ M McPhillips re cash call tracker (0.5) |
| 8/4/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | various emails re ops issues w T Bearup (0.3); |
| 8/4/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Review of update agenda for Pruet meeting (0.5); |
| 8/5/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Call w K Riley re same and next steps on Fant issues and related research (1.0) |
| 8/5/2021 | James Katchadurian | Plan Issues | 725.00 | 0.8 | 580.00 | analysis of JIB v Revenue re Fant objection (0.8); |
| 8/5/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | various emails and calls re confirmation objections (1.0) |
| 8/6/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | review of SKC Jibs v revenue analysis and comment \ modify same (1.0) |
| 8/6/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | review revised jib\revenue analysis and call re same w K Riley (1.0); |
| 8/6/2021 | James Katchadurian | Plan Issues | 725.00 | 0.4 | 290.00 | Emails re staff retention (0.4) |
| 8/6/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | various emails \questions re change of operator - review of revised schedule (1.0); |
| 8/6/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | call w T Bearup and review of data re JIB v Revenue (1.0) |
| 8/7/2021 | James Katchadurian | Plan Issues | 725.00 | 1.2 | 870.00 | Analysis of REV v JIBS re Fant objection and email to K Riley re same (1.2); |
| 8/8/2021 | James Katchadurian | Plan Issues | 725.00 | 0.8 | 580.00 | Call w T Bearup and review \ revise Jib\Revenue analysis (0.8); |
| 8/9/2021 | James Katchadurian | Plan Issues | 725.00 | 0.2 | 145.00 | Admin (0.2); |
| 8/9/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Call w Sklar team re Pruet Transition and related followup (1.0) |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 8/9/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | Call w H Gwinn \ T Bearup re accounting (0.3); |
| 8/9/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Calls w K Riley\J Brinen re Rudman Settlement and related followup (0.5); |
| 8/9/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Review of data re JIBs v Revenue (1.0) |
| 8/9/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Call w K Riley\J Brinen (1.0) |
| 8/10/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.2 | 105.00 | Call with J. Katchadurian RE objections to plan from interested parties |
| 8/10/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | Various emails and data review re Fant Objection (0.3); |
| 8/10/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | Call w K Riley re IRS Settlement (0.3); |
| 8/10/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w Sklar team re IRS Objection and review of same (0.5); |
| 8/10/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Review of confirmation objections \ docket review (1.0); |
| 8/10/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Various issues \ call w K Riley re fant analysis - followup calls w H Gwinn and T Bearup (1.0); |
| 8/11/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w B Cohen re Fant Objection (0.5) |
| 8/11/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Review of Rudman and Anderson Stips (0.5) |
| 8/11/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w B Walker re Pruet Meeting Update (0.5); |
| 8/11/2021 | James Katchadurian | Plan Issues | 725.00 | 0.7 | 507.50 | Call w K Riley, S Bonomo, B Suzuki, ML Allen, C Johnson, J Cornwall (0.7); |
| 8/11/2021 | James Katchadurian | Plan Issues | 725.00 | 1.8 | 1,305.00 | Analysis of interco transaction and related JIB\Revenue - various calls w T Bearup\M McPhilips and H Gwinn (1.8); |
| 8/11/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | various calls \ emails re settlements w K Riley and review of same (1.0); |
| 8/12/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Review of cash forecast, AP Proposal and Payroll (1.0); |
| 8/13/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Various calls w K Riley re Fant and other open issues - research on same (1.0); |
| 8/13/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | various calls and emails re settlements (1.0); |
| 8/13/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w K Riley re declaration and other prep (0.5); |
| 8/13/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w B Walker re Pruet (0.5); |
| 8/14/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | Various emails re suspense account and related (0.3); |
| 8/14/2021 | James Katchadurian | Plan Issues | 725.00 | 0.2 | 145.00 | emails w B Walker re Boulder Lease (0.2); |
| 8/14/2021 | James Katchadurian | Plan Issues | 725.00 | 4.0 | 2,900.00 | hearing preparation - docket \ pleading review (4.0); |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 8/15/2021 | James Katchadurian | Plan Issues | 725.00 | 2.0 | 1,450.00 | hearing prep - review of confirmation brief and related (2.0) |
| 8/15/2021 | James Katchadurian | Plan Issues | 725.00 | 2.5 | 1,812.50 | review plan and ds and related (2.5); |
| 8/15/2021 | James Katchadurian | Plan Issues | 725.00 | 0.2 | 145.00 | review and comment on fant stip (0.2) |
| 8/15/2021 | James Katchadurian | Plan Issues | 725.00 | 2.0 | 1,450.00 | Meeting - preparation w K Riley (2.0) |
| 8/16/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.2 | 105.00 | Call with J. Katchadurian RE requested information from Honorable Judge Brown on assumption of certain operating agreements |
| 8/16/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | review of JIB-Revenue-Recoupment Opinion (1.0); |
| 8/16/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Confirmation hearing and followup (1.0); |
| 8/16/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | meeting w K Riley re various \ stategy and followup (1.0) |
| 8/17/2021 | James Katchadurian | Plan Issues | 725.00 | 0.4 | 290.00 | Emails re rejection \ assumption motions (0.4); |
| 8/17/2021 | James Katchadurian | Plan Issues | 725.00 | 0.7 | 507.50 | various emails and call w K Riley re Jib netting (0.7); |
| 8/18/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Call w K Riley\B Ford\D Graham\B Walker \ T Bearup re JIB Netting \ Judgetment application and followup (1.0); |
| 8/19/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.2 | 105.00 | Update master contract assumption and cross references with with new docket entries for contract assumption |
| 8/19/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.2 | 105.00 | Update master contract assumption list for updated docket entries from Epiq website |
| 8/19/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | Call w K Riley re MOR and strategy (0.3); |
| 8/19/2021 | James Katchadurian | Plan Issues | 725.00 | 0.4 | 290.00 | Call w T Bearup re status and various related emails (0.4); |
| 8/20/2021 | Avery Alcorn | Plan Issues | 525.00 | 0.9 | 472.50 | Update master contract assumption list, compare to K. Reily draft brief on assumption, send update to J. Katchadurian for review |
| 8/23/2021 | James Katchadurian | Plan Issues | 725.00 | 1.5 | 1,087.50 | Status call w K Riley\T Bearup and B Walker and related followup items (1.5) |
| 8/24/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | Review Suspense Listing (0.3); |
| 8/24/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | Review fant stip and call w K Riley re same (0.3) |
| 8/25/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | various emails re Jib Netting (0.5) |
| 8/26/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | various emails re ops issues \ jib setoffs (1.0); |

| Date | Consultant | Billing Category | Rate | Hours | Total Cost | Description |
|---|---|---|---|---|---|---|
| 8/26/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | various emails on recoupment settlement proposals (0.5); |
| 8/27/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w J Bain re Recoupment settlement and various emails re same (0.5) |
| 8/27/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Various emails re insurance premium financing - review of agreements re same (1.0) |
| 8/27/2021 | James Katchadurian | Plan Issues | 725.00 | 2.0 | 1,450.00 | Call w B Walker re status \recoupment and next steps and related followup re plan provisions and need to file motion etc. (2.0) |
| 8/30/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Call w B Walker\K Riley\T Bearup re open issues and next steps and related preparation (1.0) |
| 8/30/2021 | James Katchadurian | Plan Issues | 725.00 | 0.5 | 362.50 | Call w J Bain re settlement (0.5) |
| 8/30/2021 | James Katchadurian | Plan Issues | 725.00 | 0.3 | 217.50 | Followup call w K Riley re settlement (0.3); |
| 9/1/2021 | James Katchadurian | Plan Issues | 725.00 | 2.0 | 1,450.00 | Sklar Wind-down organization and notes \ archive (2.0) |
| 9/2/2021 | James Katchadurian | Plan Issues | 725.00 | 2.0 | 1,450.00 | Sklar Wind-down organization and notes \ archive (2.0) |
| 9/3/2021 | James Katchadurian | Plan Issues | 725.00 | 1.0 | 725.00 | Sklar Wind-down organization and notes \ archive (1.0) |
| 8/14/2021 | James Katchadurian | Travel Time | 362.50 | 6.0 | 2,175.00 | Travel to denver (6.0) |
| 8/17/2021 | James Katchadurian | Travel Time | 362.50 | 6.0 | 2,175.00 | Travel Day (6.0) |