# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC, | Chapter 11 |
| Debtor-in-Possession. | |
| IN RE: | Case No. 20-12380-EEB |
| SKLARCO, LLC | Chapter 11 |
| Debtor-in-Possession. | |

## REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002(g)

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address listed below.

2. The address to which all such notices should be sent:

Name: NexTier Completion Solutions, Inc.
c/o Allen Bryson, PLLC

Address: 211 N. Center St.

Longview, Texas 75601

Date: 9/29/21

_____
Creditor/Representative Signature

Scott Raynes
Creditor/Representative Printed

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Submitted: 9/29/2021 3:35:37 PM


User Information

Amy Griffith
211 North Center Street
Longview
TX
75601

agriffith@allenbrysonlaw.com
903-212-9300