## UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377 EEB |
| SKLAR EXPLORATION COMPANY, ) | |
| LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | Case No. 20-12380 EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

### FANT ENERGY'S UNOPPOSED MOTION FOR ORDER AUTHORIZING RIGHT OF SETOFF

Fant Energy Limited ("Fant Energy"), by and through its undersigned attorneys, hereby submits its Motion for Order Authorizing Right of Setoff pursuant to Section 8.16 of the Second Amended and Restated Joint Plan of Reorganization Dated December 18, 2020 ("Joint Plan") [ECF No. 1251], and states as follows:

1. Fant Energy is a party to various operating agreements and participation agreements (collectively, the "Oil & Gas Agreements"), pursuant to which Sklar Exploration serves as the operator of oil and gas properties in which Sklarco and Fant, among others, are working interest holders. The working interest holders are obligated to fund their proportionate share of drilling and operating expenses of specific wells in which they are invested through cash call advances and payment of their proportionate share of joint interest billings.

2. Fant Energy filed its Second Amended Claim No. 10154 (the "Claim") on January 8, 2021. As reflected in the Claim, Fant Energy's prepetition claim against Sklar Exploration amounts to $738,140.30, consisting of $333,380.46 in cash call advances and $404,759.84 in unpaid revenues.

3. As of the filing of Sklar Exploration's bankruptcy petition on April 1, 2020, Fant Energy was obligated to Sklar Exploration with respect to certain joint interest billings associated with the Oil & Gas Agreements in the amount of $61,611.91.

4. Under Section 553(a) of the Bankruptcy Code, rights of setoff are preserved with respect to mutual debts arising prior to commencement of the case.

> The right of setoff (also called "offset") allows entities that owe each other money to apply their mutual debts against each other, thereby avoiding 'the absurdity of making A pay B when B owes A.' Although no federal right of setoff is created by the Bankruptcy Code, 11 U.S.C. § 553(a) provides that, with certain exceptions, whatever right of setoff otherwise exists is preserved in bankruptcy.

*Citizens Bank v. Strumpf*, 516 U.S. 16, 18-20 (1995), *quoting Studley v. Boylston Nat'l Bank*, 229 U.S. 523, 528 (1913). Generally, a right to setoff is not affected by bankruptcy. *Davidovich v. Welton (In re Davidovich)*, 901 F.2d 1533, 1539 (10th Cir. 1990).

5. Fant Energy is entitled to a right of setoff to the extent its claim and the obligation for unpaid JIBs arose prior to the filing of the bankruptcy petition. In addition, these prepetition claims are mutual. *See United States v. Myers (In re Myers)*, 362 F.3d 667, 672 (10th Cir. 2004).

6. Pursuant to Section 8.16 of the Joint Plan, Fant Energy provided written notice of its right of setoff on September 2, 2020 and filed a Notice of Right of Setoff [ECF No. 1452]. Fant Energy did not receive notice of allowance of its right of setoff within ten days, as specified in Section 8.16 of the Joint Plan. Consequently, Fant Energy's right of setoff can only be approved by order of the Court.

7. The undersigned has conferred with counsel for the Debtors and East West Bank regarding this motion and is authorized to represent that they have no objection to the relief requested herein.

WHEREFORE, Fant Energy respectfully requests that the Court enter its order affirming Fant Energy's right of setoff pursuant to Section 8.16 of the Joint Plan to the extent of any prepetition obligation owed to Sklar Exploration and for such other relief as is appropriate.

DATED: October 1, 2021            Respectfully submitted,

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

*/s/ Brent R. Cohen*
Brent R. Cohen, No. 11297
1601 19th Street, Suite 1000
Denver, CO 80202
Tel: (303) 623-9000
Email: bcohen@lewisroca.com

115594367.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 1, 2021, a true and correct copy of the foregoing **FANT ENTERGY'S UNOPPOSED MOTION FOR ORDER AUTHORIZING RIGHT OF SETOFF** was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1 and 2082-1(a) and (b) and was served upon the following listed below by depositing same in the United States mail, first-class postage prepaid, addressed to the following:

**James B. Bailey**
jbailey@bradley.com

**Joseph Eric Bain**
jbain@joneswalker.com

**Grant Matthew Beiner**
Munsch Hardt Kopf & Harr, PC
gbeiner@munsch.com

**Jordan B. Bird**
Cook, Yancey, King & Galloway
jordan.bird@cookyancey.com

**Duane Brescia**
Clark Hill Strasburger
dbrescia@clarkhill.com

**Jeffrey S. Brinen**
jsb@kutnerlaw.com

**John Cornwell**
Munsch Hardt Kopf & Harr PC
jcornwell@munsch.com

**Shay L. Denning**
sdenning@mbssllp.com

**Benjamin Y. Ford**
RSA Tower, 27th Floor
11 North Water Street
Mobile, AL 36602

**Craig M. Geno**
Law Offices of Craig M. Geno, PLLC
cmgeno@cmgenolaw.com

**Michael J. Guyerson**
mike@kjblawoffice.com

**Christopher D. Johnson**
Munsch Hardt Kopf & Harr PC
cjohnson@munsch.com

**Lee M. Kutner**
lmk@kutnerlaw.com

**Stephen K. Lecholop, II**
Rosenthal Pauerstein Sandoloski Agather LLP
slecholop@rpsalaw.com

**Eric Lockridge**
eric.lockridge@keanmiller.com

**Armistead Mason Long**
Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC
along@gamb.law

**Ryan Lorenz**
RLorenz@ClarkHill.com

**Christopher Meredith**
Copeland, Cook, Taylor & Bush P.A.
cmeredith@cctb.com

**David M. Miller**
Spencer Fane LLP
dmiller@spencerfane.com

**Timothy C. Mohan**
tmohan@foley.com

115594367.1

**Paul Moss**
US Trustee's Office
Paul.Moss@usdoj.gov

**Kevin S. Neiman**
kevin@ksnpc.com

**Jennifer Norris Soto**
Ayres, Shelton, Williams, Benson & Paine, LLC
jennifersoto@arklatexlaw.com

**Matthew J. Ochs**
mjochs@hollandhart.com

**Matthew Okin**
Okin Adams LLP
mokin@okinadams.com

**John Thomas Oldham**
joldham@okinadams.com

**Robert L Paddock**
Buck Keenan
rpaddock@buckkeenan.com

**Robert Padjen**
Robert.padjen@coag.gov

**Jeremy L Retherford**
Balch & Bingham
jretherford@balch.com

**Brian Rich**
Berger Singerman LLP
brich@bergersingerman.com

**Keri L. Riley**
klr@kutnerlaw.com

**Timothy Michael Riley**
Hopping Green & Sams
timothyr@hgslaw.com

**Katherine A Ross**
katherine.ross@usdoj.gov

**Michael D Rubenstein**
Liskow and Lewis
mdrubenstein@liskow.com

**Craig K. Schuenemann**
craig.schuenemann@bryancave.com

**Ryan Seidemann**
Louisiana Department of Justice
seidemannr@ag.louisiana.gov

**Thomas H Shipps**
Maynes, Bradford, Shipps & Sheftel, LLP
tshipps@mbssllp.com

**Barnet B Skelton, Jr**
barnetbjr@msn.com

**Jim F Spencer, Jr**
Watkins & Eager PLLC
jspencer@watkinseager.com

**Bryce Suzuki**
bryce.suzuki@bclplaw.com

**Timothy M. Swanson**
tim.swanson@moyewhite.com

**David R Taggart**
Bradley Murchison Kelly & Shea
dtaggart@bradleyfirm.com

**Glenn Taylor**
Copeland, Cook, Taylor & Bush P.A.
gtaylor@cctb.com

**Madison M. Tucker**
Jones Walker LLP
mtucker@joneswalker.com

**Amy Vazquez**
Jones Walker LLP
avazquez@joneswalker.com

115594367.1

**Deanna L. Westfall**
Office of the Colorado Attorney General
deanna.westfall@coag.gov

**Kelly Brothers Contractors Inc.**
Attn: Jerry Kelley
401 County Farm Road
Waynesboro, MS 39367

**Giovanni M. Ruscitti, Esq.**
Berg Hill Greenleaf Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302

**Jennifer Hardy, Esq.**
Willkie Farr & Gallagher, LLP
600 Travis Street
Houston, TX 77002

**Ryco Exploration, LLC**
Attn:  Robert Smith
40 Golf Club Drive
Haughton, LA 71037

**Andrew J. Shaver, Esq.**
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203

**John H. Smith**
Quitman Tank Solutions, LLC
PO Box 90
Quitman, MS 39355

**Casey C. Breese, Esq.**
Welborn Sullivan Meck & Tooley, PC
1125 17th Street, Ste. 2200 South
Denver, CO 80202

**Chris Crowley, Esq.**
Feldmann Nagel Cantafio, PLLC
1875 Lawrence St., Ste. 730
Denver, CO 80202

**Mesa Fluids, LLC**
Attn: Aaron W. Merrell
1669 South 580 East
American Fork, UT 84057

**Baker Hughes Company**
Attn: Christopher J. Ryan
2001 Rankin Road
Houston, TX 77073

**Victoria Argeroplos, Esq.**
Jackson Walker LLP
1401 McKinney St., Ste. 1900
Houston, TX 77010

**Ryco Exploration, LLC**
Attn: M. Robin Smith
401 Edwards St., Ste. 915
Shreveport, LA 71101

**Katherine Guidry Douthitt, Esq.**
Michael E. Riddick, Esq.
Blanchard Walker O'Quin & Roberts
PO Box 1126
Shreveport, LA 71163

**Theodore J. Hartl Esq.**
Michael L. Schuster, Esq.
Ballard Spahr LLP
1225 17th Street, Ste. 2300
Denver, CO 80202-5596

**Belinda Harrison**
58 County Road 5033
Heidelberg, MS 39439

**Jeff Carruth, Esq.**
Weycer Kaplan Pulaski & Zuber, PC
11 Greenway Plaza, Ste. 1400
Houston, TX 77046

**Adam L. Hirsch, Esq.**
Davis Graham & Stubbs LLP
1550 17th St., Ste. 500
Denver, CO 80202

115594367.1

**Elizabeth Weller, Esq.**
Linebarger Goggan Blair and Sampson, LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

**P. Matthew Cox, Esq.**
Snow Christensen & Martineau
10 Exchange Place, 11th Fl.
PO Box 45000
Salt Lake City, UT 84111

**Deirdre Carey Brown, Esq.**
Forshey & Prostok LLP
1990 Post Oak Blvd., Ste. 2400
Houston, TX 77056

*s/ Jennifer Eastin*
OF: LEWIS ROCA ROTHGERBER CHRISTIE LLC

115594367.1

115594367.1