# UNITED STATES BANKRUPTCY COURT FOR THE
# DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377 EEB |
| SKLAR EXPLORATION COMPANY, ) | |
| LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | Case No. 20-12380 EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

## ORDER GRANTING FANT ENERGY'S MOTION FOR ORDER AUTHORIZING RIGHT OF SETOFF

The above-entitled matter having come before the Court on a Fant Energy's Motion for Order Authorizing Right of Setoff ("Motion"); the Court, having reviewed the pleadings filed herein and being otherwise advised in the premises:

NOW THEREFORE, IT IS HEREBY ORDERED that the Motion shall be, and hereby is granted;

IT IS FURTHER ORDERED that Fant Energy Limited ("Fant Energy") shall be entitled to assert a right of setoff against Sklar Exploration Company, LLC ("Sklar Exploration") pursuant to 11 U.S.C. § 553 and Section 8.16 of the Second Amended and Restated Joint Plan of Reorganization Dated December 18, 2020 ("Joint Plan") in the amount of $61,611.91;

IT IS FURTHER ORDERED that Fant Energy's prepetition obligation to Sklar Exploration in the amount of $61,611.91 shall be eliminated by virtue of the setoff and its prepetition claim against Sklar Exploration shall be reduced by $61,611.91.

DATED this __ day of _____, 2021.

BY THE COURT:

_____
Honorable Elizabeth B. Brown
U.S. Bankruptcy Court Judge

115628056.1