# UNITED STATES BANKRUPTCY COURT FOR THE
# DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 20-12377 EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) |
| EIN: 72-1417930 | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| | ) Case No. 20-12380 EEB |
| SKLARCO, LLC | ) |
| EIN: 72-1425432 | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

## ORDER GRANTING FANT ENERGY'S MOTION FOR ORDER AUTHORIZING RIGHT OF SETOFF

The above-entitled matter having come before the Court on a Fant Energy's Motion for Order Authorizing Right of Setoff ("Motion"); the Court, having reviewed the pleadings filed herein and being otherwise advised in the premises:

NOW THEREFORE, IT IS HEREBY ORDERED that the Motion shall be, and hereby is granted;

IT IS FURTHER ORDERED that Fant Energy Limited ("Fant Energy") shall be entitled to assert a right of setoff against Sklar Exploration Company, LLC ("Sklar Exploration") pursuant to 11 U.S.C. § 553 and Section 8.16 of the Second Amended and Restated Joint Plan of Reorganization Dated December 18, 2020 ("Joint Plan") in the amount of $61,611.91;

IT IS FURTHER ORDERED that Fant Energy's prepetition obligation to Sklar Exploration in the amount of $61,611.91 shall be eliminated by virtue of the setoff and its prepetition claim against Sklar Exploration shall be reduced by $61,611.91.

Dated: October 4, 2021

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge