## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11 |
| | **Jointly Administered Under<br>Case No. 20-12377 EEB** |

### NOTICE OF DEPOSITION BY THE RUDMAN PARTNERSHIP OF DEBTORS PURSUANT TO FED. R. BANKR. P. 7026, 7030, and 9014, and FED. R. CIV. P. 30(b)(6)

PLEASE TAKE NOTICE that The Rudman Partnership ("Rudman") intends to conduct the oral deposition of John Strausser and such other persons having knowledge of the topics listed in **Schedule A**, **beginning at 10:00 a.m. Mountain Time on October 13, 2021**. The witness shall appear at the offices of Maynes, Bradford, Shipps & Sheftel, LLP, at 600 17th Street, Suite 2150- South, Denver, Colorado 80202. The examination will be conducted by Zoom (or a similar service) and a link will be forthcoming. Counsel and parties may attend in person or via Zoom (or similar service to be designated). The examination will be recorded stenographically and by videotape by an officer authorized to administer oaths and will continue from day to day until completed.

Dated this 4th day of October, 2021.

        Respectfully submitted,

        **Maynes, Bradford, Shipps & Sheftel, LLP**

        */s/ Thomas H. Shipps*
        Thomas H. Shipps
        */s/ Shay L. Denning*
        Shay L. Denning
        Maynes, Bradford, Shipps & Sheftel, LLP
        835 E. Second Ave., Suite 123
        Durango, CO  81301
        Telephone: (970) 247-1755
        Facsimile: (970) 247-8827
        Email: tshipps@mbssllp.com;
                sdenning@mbssllp.com

        and

        */s/ Barnet B. Skelton, Jr.*
        Barnet B. Skelton, Jr.
        Attorney at Law
        815 Walker, Suite 1502
        Houston, TX  77002
        Telephone: (713) 516-7450
        Facsimile: (713)659-8764
        Email: barnetbjr@msn.com

        Counsel for The Rudman Partnership

## **CERTIFICATE OF CONFERENCE**

     The undersigned hereby certifies that he conferred with counsel for Debtors regarding the deposition sought in the foregoing notice and the date, time and location thereof was agreed.

        */s/ Barnet B. Skelton, Jr.*
        Barnet B. Skelton, Jr.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 4, 2021 a true and correct copy of the Notice of Examination/Deposition Under Fed. R. Bankr. P. 7030, was electronically filed with the Clerk of the United States Bankruptcy Court for the District of Colorado, and was served upon the parties eligible to receive notice through the Court's ECF facilities by electronic mail, and in addition by electronic mail upon the following:

Keri Riley
Debtors' Counsel
klr@kutnerlaw.com

Chirs Johnson
Committee Counsel
cjohnson@munsch.com

Bryce Suzuki
East West Bank Counsel
bsuzuki@swlaw.com

                              */s/ Barnet B. Skelton, Jr.*
                              Barnet B. Skelton, Jr.

## DEFINITIONS AND TOPICS FOR DEPOSITION

## Exhibit A

## Subjects of Examination

1. All revenues owed or payable to The Rudman Partnership from production revenues for the production months of January – April 2020.

2. All unpaid revenues owed or payable to The Rudman Partnership from production revenues for the production months of January – April 2020.

3. The use and disposition by Debtors on or After April 1, 2020 of any unpaid revenues owed or payable to The Rudman Partnership from production revenues for the production months of January – April 2020.

4. All payments owed or otherwise not paid by SEC to The Rudman Partnership arising from production revenues that accrued but were not paid before April 1, 2020, other than those relating to Abbyille Plant fees.

5. All payments owed or otherwise not paid by SEC to The Rudman Partnership arising from production revenues that accrued but were not paid on or after April 1, 2020, other than those relating to Abbyville Plant fees.

6. The facts and issues raised in the Application of The Rudman Partnership for Administrative Expense Priority (Dkt. No. 1148) filed on March 22, 2021, and Debtors' Objection thereto (Dkt. No. 1173), filed on April 5, 2021, other than those relating to the Abbyville Plant fees.

7. The documents and communications described on Exhibit B.

**Exhibit B**

**Documents to Be Produced**

1. Documents depicting all revenues owed or payable to The Rudman Partnership from production revenues for the <u>production</u> months of January – April 2020.

2. Documents depicting all <u>unpaid</u> revenues owed or payable to The Rudman Partnership from production revenues for the <u>production</u> months of January – April 2020.

3. Documents depicting the use and disposition by Debtors on or After April 1, 2020 of any <u>unpaid</u> revenues owed or payable to The Rudman Partnership from production revenues for the <u>production</u> months of January – April 2020.

4. Documents depicting all payments owed or otherwise not paid by SEC to The Rudman Partnership arising from production revenues that accrued but were not paid before April 1, 2020, other than those relating to Abbyville Plant fees.

5. Documents depicting all payments owed or otherwise not paid by SEC to The Rudman Partnership arising from production revenues that accrued but were not paid on or after April 1, 2020, other than those relating to Abbyville Plant fees.