# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Case No. 20-12377-EEB |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC, | ) | Chapter 11 |
| EIN: 72-1417930 | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Case No. 20-12380-EEB |
| | ) | |
| SKLARCO, LLC, | ) | Chapter 11 |
| EIN: 72-1425432 | ) | |
| | ) | ***Jointly Administered Under Case No.*** |
| Debtor. | ) | ***20-12377-EEB*** |

**ORDER GRANTING MOTION OF JJS INTERESTS NORTH BEACH, LLC, JJS INTERESTS ESCAMBIA, LLC, JJS INTERESTS WEST ARCADIA, LLC, JJS INTERESTS STEELE KINGS, LLC AND JJS WORKING INTERESTS, LLC FOR DETERMINATION OF RECOUPMENT RIGHT AND OTHER RELIEF**

This matter came before the Bankruptcy Court on the *Motion of JJS Interests North Beach, LLC, JJS Interests Escambia, LLC, JJS Interests West Arcadia, LLC, JJS Interests Steele Kings, LLC and JJS Working Interests, LLC for Determination of Recoupment Right and Other Relief* (the "**Motion**"). It appearing that notice of the Motion was proper under the circumstances, and the Court having reviewed and considered the Motion and various claims held by JJS Interests North Beach, LLC, JJS Interests Escambia, LLC, JJS Interests West Arcadia, LLC, JJS Interests Steele Kings, LLC and JJS Working Interests, LLC (collectively "**JJS**") against the estate of the debtor Sklar Exploration Company, LLC ("**SEC**"), and otherwise being duly advised, hereby finds and determines that JJS is entitled to the relief requested by the Motion and that the Motion may and should be granted. Accordingly,

IT IS HEREBY ORDERED THAT:

1. The Motion shall be and hereby is GRANTED.

2. All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

3. Based upon rights of recoupment, JJS has been and is entitled to deduct total Prepetition Revenue in the amount of $237,609.38 from postpetition JIBs due by JJS to SEC as follows:

| JJS Entity | Prepetition Revenue |
|---|---|
| JJS Interests Escambia, LLC | $133,036.58 |
| JJS Interests Steele Kings, LLC | $4,288.62 |
| JJS Working Interests, LLC | $75,312.84 |
| JJS Interests North Beach, LLC | $24,804.00 |
| JJS Interests West Arcadia, LLC | $167.34 |
| **Total:** | **$237,609.38** |

4. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order.

Dated: _____, 2021

_____
THE HONORABLE ELIZABETH E. BROWN
UNITED STATES BANKRUPTCY JUDGE