# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: <br><br> SKLAR EXPLORATION COMPANY, LLC, <br> EIN: 72-1417930 <br><br> Debtor. | ) Case No. 20-12377-EEB <br> ) <br> ) Chapter 11 <br> ) <br> ) <br> ) |
| In re: <br><br> SKLARCO, LLC, <br> EIN: 72-1425432 <br><br> Debtor. | ) Case No. 20-12380-EEB <br> ) <br> ) Chapter 11 <br> ) <br> ) *Jointly Administered Under Case No.* <br> ) *20-12377-EEB* |

### NOTICE OF MOTION OF JJS INTERESTS NORTH BEACH, LLC, JJS INTERESTS ESCAMBIA, LLC, JJS INTERESTS WEST ARCADIA, LLC, JJS INTERESTS STEELE KINGS, LLC AND JJS WORKING INTERESTS, LLC FOR DETERMINATION OF RECOUPMENT RIGHT AND OTHER RELIEF

### OBJECTION DEADLINE: OCTOBER 22, 2021

**YOU ARE HEREBY NOTIFIED THAT** JJS Interests North Beach, LLC, JJS Interests Escambia, LLC, JJS Interests West Arcadia, LLC, JJS Interests Steele Kings, LLC and JJS Working Interests, LLC (collectively, "**JJS**"), by and through their undersigned counsel, has filed a Motion with the Bankruptcy Court seeking recoupment of $237,609.38 in unpaid prepetition revenue (the "**Prepetition Revenue**") owed to JJS against postpetition joint interest billing owed by JJS to debtor Sklar Exploration Company, LLC.

If you oppose the Motion or object to the requested relief your objection and request for a hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated:      Houston, Texas
                 October 8, 2021

                                          Respectfully Submitted,

                                          **WILLKIE FARR & GALLAGHER LLP**

                                          By:  /s/ Jennifer J. Hardy
                                                  Jennifer J. Hardy (Texas Bar No. 24096068)
                                                  600 Travis Street, Suite 2100
                                                  Houston, Texas 77002
                                                  Telephone: 713-510-1700
                                                  Facsimile: 713-510-1799
                                                  Email: jhardy2@willkie.com

                                                  *Counsel to JJS Interests Escambia, LLC, JJS Interests Steele Kings, LLC, JJS Working Interests, LLC, JJS Interests North Beach LLC and JJS Interests West Arcadia LLC*