# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) ) SKLAR EXPLORATION COMPANY, ) LLC ) EIN: 72-1417930 ) ) ) Debtor-in-Possession. ) ) | Case No. 20-12377-EEB  Chapter 11 |
| IN RE: ) ) SKLARCO, LLC ) EIN: 72-1425432 ) ) ) ) Debtor-in-Possession. ) ) | Case No. 20-12380-EEB  Chapter 11 |

_____

## ORDER GRANTING MOTION FOR ORDER
## AUTHORIZING RIGHT OF RECOUPMENT

The above-entitled matter having come before the Court on Anderson Exploration Energy Company, L.C., AEEC II, LLC, and TCP Cottonwood, L.P.'s *Motion for Order Authorizing Right of Recoupment* (the "Motion"); the Court, having reviewed the pleadings filed herein and being otherwise advised in the premises:

**NOW THEREFORE, IT IS HEREBY ORDERED** that the Motion shall be, and hereby is **GRANTED;**

**IT IS FURTHER ORDERED** that Anderson Exploration Energy Company, L.C. shall be entitled to assert a right of recoupment against post-petition joint interest billings by Sklar Exploration Company, LLC pursuant to Section 8.16 of the Second

4836-6173-5678 v1

Amended and Restated Joint Plan of Reorganization dated December 18, 2020 (the "Joint Plan") in the amount of $6,455.07 until such amount is recouped in full or Sklar Exploration Company, LLC is no longer the operator of record under the governing operating agreements;

**IT IS FURTHER ORDERED** that AEEC II, LLC shall be entitled to assert a right of recoupment against post-petition joint interest billings by Sklar Exploration Company, LLC pursuant to Section 8.16 of the Joint Plan in the amount of $386,049.61 until such amount is recouped in full or Sklar Exploration Company, LLC is no longer the operator of record under the governing operating agreements;

**IT IS FURTHER ORDERED** that TCP Cottonwood, L.P. shall be entitled to assert a right of recoupment against post-petition joint interest billings by Sklar Exploration Company, LLC pursuant to Section 8.16 of the Joint Plan in the amount of $670,774.93 until such amount is recouped in full or Sklar Exploration Company, LLC is no longer the operator of record under the governing operating agreements.

**DATED** this _____ day of _____, 2021.

        **BY THE COURT:**

_____
Honorable Elizabeth B. Brown
U.S. Bankruptcy Court Judge