| Fill in this information to identify your case | | | | |
|---|---|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | | | |
| Debtor 1: | Sklar Exploration Company, LLC | | Case #: | 20-12377-EEB |
| | First Name | Middle Name   Last Name | | |
| Debtor 2: | | | Chapter: | 11 |
| | First Name | Middle Name   Last Name | | |

## Local Bankruptcy Form 9013-1.1 Notice of Motion/Application

**Complete applicable sections.**

### Part 1  Objection Deadline

Objection Deadline: **October 22, 2021**

### Part 2  Notice

NOTICE IS HEREBY GIVEN that Anderson Exploration Energy Co., L.C., AEEC II, LLC, and TCP Cottonwood, L.P. (the "Movants"), have filed a Motion, the Motion for Order Authorizing Right of Recoupment (the "Motion"), with the Court and requests the following relief:

> An Order permitting the recoupment of unpaid revenues and pre-payments by Anderson Exploration Energy Co., L.C., AEEC II, LLC, and TCP Cottonwood, L.P. to the Debtor, Sklar Exploration Company, LLC, against post-petition joint interest billing statements from the Debtor, Sklar Exploration Company, LLC to Anderson Exploration Energy Co., L.C., AEEC II, LLC, and TCP Cottonwood, L.P.

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

### Part 3  Signature of Movant's Attorney or Movant (if unrepresented)

Dated: October 8, 2021

By: */s/J. Eric Lockridge*
 J. Eric Lockridge
(TX# 24013053, LA #30159)
eric.lockridge@keanmiller.com
KEAN MILLER LLP
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, LA  70802
Telephone:  (225) 387-0999
Telecopier: (225) 388-9133

***Counsel for Anderson Exploration Energy Company, L.C., TCP Cottonwood, L.P., and AEEC II, LLC***

4821-8520-9342 v1