## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 | ) | |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |
| | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor-in-Possession. | ) | |
| | ) | |

_____

## CERTIFICATE OF SERVICE

I certify that on October 8, 2021, I served a complete copy of the *Motion for Order Authorizing Right of Recoupment*, with Notice, Proposed Order, and all other attachments, filed by Anderson Exploration Energy Co., L.C., AEEC II, LLC, and TCP Cottonwood, L.P., on the parties identified in Exhibit A via CM/ECF in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules.

*/s/ J. Eric Lockridge*

## EXHIBIT A

James B. Bailey on behalf of Creditor Stoneham Drilling Corporation
jbailey@bradley.com, ashaver@bradley.com,jbailey@ecf.courtdrive.com

Joseph Eric Bain on behalf of Creditor FPCC USA, Inc.
jbain@joneswalker.com, kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com

Jeffrey R. Barber on behalf of Creditor FPCC USA, Inc.
jbarber@joneswalker.com

Grant Matthew Beiner on behalf of Creditor Committee The Official Committee of Unsecured Creditors
gbeiner@munsch.com

Jordan B. Bird on behalf of Attorney Cook, Yancey, King & Galloway, APLC
jordan.bird@cookyancey.com

Jordan B. Bird on behalf of Creditor AEH Investments, LLC
jordan.bird@cookyancey.com

Jordan B. Bird on behalf of Creditor Bundero Investment Company, LLC
jordan.bird@cookyancey.com

Jordan B. Bird on behalf of Creditor Franks Exploration Company, LLC
jordan.bird@cookyancey.com

Jordan B. Bird on behalf of Creditor Hall Management, LLC
jordan.bird@cookyancey.com

Jordan B. Bird on behalf of Creditor Hughes Oil South, LLC
jordan.bird@cookyancey.com

Jordan B. Bird on behalf of Creditor J&A Harris, LP
jordan.bird@cookyancey.com

Jordan B. Bird on behalf of Creditor KMR Investments, LLC
jordan.bird@cookyancey.com

Jordan B. Bird on behalf of Creditor Kingston, LLC
jordan.bird@cookyancey.com

Florence Bonaccorso-Saenz on behalf of Creditor Louisiana Department of Revenue
florence.saenz@la.gov

Daniel L. Bray on behalf of Creditor Weatherford U.S., L.P.
daniel.bray@huschblackwell.com, ann.stolfa@huschblackwell.com;LegalSupportTeam-Litigation-DEN@huschblackwell.com;daniel-bray-5348@ecf.pacerpro.com

Duane Brescia on behalf of Attorney Clark Hill Strasburger
dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com

Duane Brescia on behalf of Creditor Lucas Petroleum Group, Inc.
dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com

Duane Brescia on behalf of Creditor Seitel Data, Ltd.
dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com

Jeffrey S. Brinen on behalf of Debtor Sklar Exploration Company, LLC
jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jeffrey S. Brinen on behalf of Debtor Sklarco, LLC
jsb@kutnerlaw.com, vlm@kutnerlaw.com

Deirdre Carey Brown on behalf of Creditor Maren Silberstein Revocable Trust
dcb@dcbfirm.com

Kelsey Jamie Buechler on behalf of Creditor Foote Oil & Gas Properties, LLC
jamie@kjblawoffice.com, Sharon@kjblawoffice.com

Kelsey Jamie Buechler on behalf of Creditor Foote Oil and Gas Properties, LLC
jamie@kjblawoffice.com, Sharon@kjblawoffice.com

Jeffery Dayne Carruth on behalf of Creditor Halliburton Energy Services, Inc.
jcarruth@wkpz.com

Brent R. Cohen on behalf of Creditor Fant Energy Limited
bcohen@lewisroca.com, brent-cohen-8759@ecf.pacerpro.com,jeastin@lrrc.com

John Cornwell on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jcornwell@munsch.com, hvalentine@munsch.com;john-cornwell-6088@ecf.pacerpro.com

P. Matthew Cox on behalf of Creditor Ally Bank
pmc@scmlaw.com, mw@scmlaw.com

Christopher M. Crowley on behalf of Creditor Liquid Gold Well Service, Inc.
ccrowley@fncmlaw.com

Joseph D. DeGiorgio on behalf of Creditor Ford Motor Credit Company, LLC
josephde@bdfgroup.com

Shay L. Denning on behalf of Creditor CTM 2005, Ltd.
sdenning@mbssllp.com

Shay L. Denning on behalf of Creditor I & L Miss I, LP
sdenning@mbssllp.com

Shay L. Denning on behalf of Creditor MER Energy, LTD
sdenning@mbssllp.com

Shay L. Denning on behalf of Creditor MR Oil & Gas, LLC
sdenning@mbssllp.com

4846-7891-9678 v1

Shay L. Denning on behalf of Creditor Pickens Financial Group, LLC
sdenning@mbssllp.com

Shay L. Denning on behalf of Creditor Rudman Partnership
sdenning@mbssllp.com

Shay L. Denning on behalf of Creditor Tauber Exploration & Production Company
sdenning@mbssllp.com

Jonathan Dickey on behalf of Creditor Foote Oil & Gas Properties, LLC
jmd@kutnerlaw.com, vlm@kutnerlaw.com

Katherine Guidry Douthitt on behalf of Creditor Dickson Oil & Gas, L.L.C.
kdouthitt@bwor.com

Katherine Guidry Douthitt on behalf of Creditor C. Bickham Dickson, III
kdouthitt@bwor.com

Jenny M.F. Fujii on behalf of Cross-Claimant Sklar Exploration Company, LLC
jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii on behalf of Debtor Sklar Exploration Company, LLC
jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii on behalf of Debtor Sklarco, LLC
jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii on behalf of Defendant Sklar Exploration Company, LLC
jmf@kutnerlaw.com, vlm@kutnerlaw.com

Michael J. Guyerson on behalf of Creditor Estate of Pamela Page, Deceased
, Gabriel@kjblawoffice.com

Michael J. Guyerson on behalf of Creditor Barbara P Lawrence
mike@kjblawoffice.com, Gabriel@kjblawoffice.com

David W. Hall
davidwendallhall@gmail.com

Jennifer Hardy on behalf of Creditor JJS Interests Escambia, LLC
jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy on behalf of Creditor JJS Interests Steele Kings, LLC
jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy on behalf of Creditor JJS Working Interests, LLC
jhardy2@willkie.com, mao@willkie.com

Belinda Harrison
belindapittsharrison@gmail.com, belindapittsharrison@gmail.com

Theodore J. Hartl on behalf of Interested Party Louisiana Tower Operating LLC
hartlt@ballardspahr.com, blessingb@ballardspahr.com

Adam L. Hirsch on behalf of Interested Party Howard Sklar Trust
adam.hirsch@dgslaw.com, robin.anderson@dgslaw.com

Adam L. Hirsch on behalf of Interested Party Howard F. Sklar
adam.hirsch@dgslaw.com, robin.anderson@dgslaw.com

Christopher D. Johnson on behalf of Creditor Committee The Official Committee of Unsecured Creditors
cjohnson@munsch.com, scurry@munsch.com

Lee M. Kutner on behalf of Debtor Sklar Exploration Company, LLC
vlm@kutnerlaw.com

Lee M. Kutner on behalf of Debtor Sklarco, LLC
vlm@kutnerlaw.com

Stephen K. Lecholop, II on behalf of Creditor McCombs Energy, Ltd.
slecholop@rpsalaw.com, ecarrillo@rpsalaw.com;lchapa@rpsalaw.com

Stephen K. Lecholop, II on behalf of Creditor McCombs Exploration, LLC
slecholop@rpsalaw.com, ecarrillo@rpsalaw.com;lchapa@rpsalaw.com

Eric Lockridge on behalf of Creditor AEEC II, LLC
eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

Eric Lockridge on behalf of Creditor Anderson Exploration Energy Company, L.C.
eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

Eric Lockridge on behalf of Creditor Anderson Exploration Energy Company, LC
eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

Eric Lockridge on behalf of Creditor Sugar Oil Properties, L.P.
eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

Eric Lockridge on behalf of Creditor TCP Cottonwood, L.P.
eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

Armistead Mason Long on behalf of Creditor Pine Island Chemical Solutions, L.L.C.
along@gamb.law

Ryan Lorenz on behalf of Creditor Juno Financial LLC
RLorenz@ClarkHill.com

Christopher Meredith on behalf of Attorney Copeland, Cook, Taylor & Bush, P.A.
cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith on behalf of Creditor Coastal Exploration, Inc.
cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

4846-7891-9678 v1

Christopher Meredith on behalf of Creditor Eastern Fishing & Rental Tool Company, Inc.
cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith on behalf of Creditor Fletcher Petroleum Corp.
cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith on behalf of Creditor PAR Minerals Corporation
cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

David M. Miller on behalf of Creditor Bri-Chem Supply Corp., LLC
dmiller@spencerfane.com, akarant@spencerfane.com

Timothy C. Mohan on behalf of Creditor Baker Hughes Holdings, LLC FKA Baker Hughes, a GE Company LLC
tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan on behalf of Creditor Baker Hughes Oilfield Operations LLC
tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan on behalf of Creditor Baker Petrolite LLC
tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan on behalf of Creditor GE Oil & Gas Pressure Control US
tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan on behalf of Creditor Lufkin Industries, LLC
tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan on behalf of Cross Defendant GE Oil & Gas Pressure Control LP
tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan on behalf of Cross Defendant Kelley Brothers Contractors, Inc.
tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan on behalf of Defendant Baker Hughes Oilfield Operations, Inc.
tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan on behalf of Defendant GE Oil & Gas Pressure Control LP
tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan on behalf of Defendant Kelley Brothers Contractors, Inc.
tmohan@foley.com, tim.mohan4@gmail.com

Paul Moss on behalf of U.S. Trustee US Trustee
Paul.Moss@usdoj.gov

Kevin S. Neiman on behalf of Counter-Defendant Plains Marketing, L.P.
kevin@ksnpc.com

Kevin S. Neiman on behalf of Creditor Plains Gas Solutions, LLC

kevin@ksnpc.com

Kevin S. Neiman on behalf of Creditor Plains Marketing, L.P.
kevin@ksnpc.com

Kevin S. Neiman on behalf of Plaintiff Plains Marketing, L.P.
kevin@ksnpc.com

Michael Niles on behalf of Creditor Fletcher Exploration, LLC
mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Niles on behalf of Creditor Fletcher Petroleum Company, LLC
mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Niles on behalf of Creditor Fletcher Petroleum Corp.
mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jennifer Norris Soto on behalf of Creditor Barnette & Benefield, Inc.
jennifersoto@arklatexlaw.com, curtisshelton@arklatexlaw.com,

Matthew J Ochs on behalf of Creditor Pruet Oil Company, LLC
mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J Ochs on behalf of Creditor Pruet Production Co.
mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J Ochs on behalf of Creditor RAPAD Well Service Co., Inc.
mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J Ochs on behalf of Debtor Sklarco, LLC
mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J Ochs on behalf of Plaintiff Pruet Production Co.
mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew Okin on behalf of Creditor Kodiak Gas Services, LLC
mokin@okinadams.com

John Thomas Oldham on behalf of Creditor Kodiak Gas Services, LLC
joldham@okinadams.com, bmoore@okinadams.com

Robert L Paddock on behalf of Creditor GCREW Properties, LLC
rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock on behalf of Creditor Gateway Exploration, LLC
rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock on behalf of Creditor Harvest Gas Management, LLC
rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock on behalf of Creditor Meritage Energy Ltd

rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock on behalf of Creditor Strago Petroleum Corporation
rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert Padjen on behalf of Creditor Colorado Department of Law
Robert.padjen@coag.gov, deanna.westfall@coag.gov

Jeremy L Retherford on behalf of Creditor Pruet Oil Company, LLC
jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford on behalf of Creditor Pruet Production Co.
jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford on behalf of Creditor RAPAD Well Service Co., Inc.
jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford on behalf of Interested Party Pruet Production Co.
jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford on behalf of Plaintiff Pruet Production Co.
jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Brian Rich on behalf of Creditor Fletcher Exploration, LLC
brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich on behalf of Creditor Fletcher Petroleum Company, LLC
brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich on behalf of Creditor Fletcher Petroleum Corp.
brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Keri L. Riley on behalf of Debtor Sklar Exploration Company, LLC
klr@kutnerlaw.com, vlm@kutnerlaw.com

Keri L. Riley on behalf of Debtor Sklarco, LLC
klr@kutnerlaw.com, vlm@kutnerlaw.com

Keri L. Riley on behalf of Defendant Sklar Exploration Company, LLC
klr@kutnerlaw.com, vlm@kutnerlaw.com

Timothy Michael Riley on behalf of Attorney Hopping Green & Sams
timothyr@hgslaw.com

Katherine A Ross on behalf of Creditor Bureau of Land Management
katherine.ross@usdoj.gov,
USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov

Katherine A Ross on behalf of Creditor Internal Revenue Service
katherine.ross@usdoj.gov,
USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov

Katherine A Ross on behalf of Creditor Office of Natural Resources Revenue
katherine.ross@usdoj.gov,
USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov

Michael D Rubenstein on behalf of Interested Party BP America Production Company
mdrubenstein@liskow.com

Michael D Rubenstein on behalf of Interested Party BPX Properties (NA) LP
mdrubenstein@liskow.com

Ryco Exploration, LLC.
rsmith.ryco@att.net

Michael Schuster on behalf of Interested Party Louisiana Tower Operating LLC
schusterm@ballardspahr.com, henningc@ballardspahr.com;LitDocket_West@ballardspahr.com

Ryan Seidemann on behalf of Creditor State of Louisiana, Depatment of Natural Resources, Office of
Mineral Resources
seidemannr@ag.louisiana.gov

Andrew James Shaver on behalf of Creditor Premium Oilfield Services, LLC
ashaver@bradley.com

Thomas H Shipps on behalf of Creditor CTM 2005, Ltd.
tshipps@mbssllp.com

Thomas H Shipps on behalf of Creditor I & L Miss I, LP
tshipps@mbssllp.com

Thomas H Shipps on behalf of Creditor MER Energy, LTD
tshipps@mbssllp.com

Thomas H Shipps on behalf of Creditor MR Oil & Gas, LLC
tshipps@mbssllp.com

Thomas H Shipps on behalf of Creditor Rudman Partnership
tshipps@mbssllp.com

Thomas H Shipps on behalf of Creditor The Rudman Partnership
tshipps@mbssllp.com

Barnet B Skelton, Jr on behalf of Creditor CTM 2005, Ltd.
barnetbjr@msn.com

Barnet B Skelton, Jr on behalf of Creditor I & L Miss I, LP
barnetbjr@msn.com

Barnet B Skelton, Jr on behalf of Creditor MER Energy, LTD
barnetbjr@msn.com

Barnet B Skelton, Jr on behalf of Creditor MR Oil & Gas, LLC
barnetbjr@msn.com

Barnet B Skelton, Jr on behalf of Creditor Rudman Partnership
barnetbjr@msn.com

Barnet B Skelton, Jr on behalf of Creditor The Rudman Partnership
barnetbjr@msn.com

Jim F Spencer, Jr on behalf of Creditor Landmark Exploration, LLC
jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr on behalf of Creditor Landmark Oil and Gas, LLC
jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr on behalf of Creditor Lexington Investments, LLC
jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr on behalf of Creditor Stone Development, LLC
jspencer@watkinseager.com, mryan@watkinseager.com

Bryce Suzuki on behalf of Creditor East-West Bank
bsuzuki@swlaw.com, tina.daniels@bclplaw.com

Bryce Suzuki on behalf of Intervenor East West Bank
bsuzuki@swlaw.com, tina.daniels@bclplaw.com

Timothy M. Swanson on behalf of Creditor Ad Hoc Committee of Working Interest Holders of Sklar
Exploration Company, LLC and Sklarco, LLC
tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com

Timothy M. Swanson on behalf of Creditor Alabama Oil & Gas, LLC
tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com

Timothy M. Swanson on behalf of Creditor Alabama Oil Company
tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com

Timothy M. Swanson on behalf of Creditor Apple River Investments, LLC
tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com

Timothy M. Swanson on behalf of Creditor Kudzo Oil Properties, LLC
tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com

Timothy M. Swanson on behalf of Creditor Kudzu Oil Properties, LLC
tim.swanson@moyewhite.com, audra.albright@moyewhite.com;hope.stone@moyewhite.com

David R Taggart on behalf of Creditor JF Howell Interests ,LP
dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

David R Taggart on behalf of Creditor JH Howell Interests, LP
dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

David R Taggart on behalf of Interested Party JF Howell Interests, LP
dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

Glenn Taylor on behalf of Creditor Coastal Exploration, Inc.
gtaylor@cctb.com

Glenn Taylor on behalf of Creditor Eastern Fishing & Rental Tool Company, Inc.
gtaylor@cctb.com

Glenn Taylor on behalf of Creditor PAR Minerals Corporation
gtaylor@cctb.com

Madison M. Tucker on behalf of Creditor FPCC USA, Inc.
mtucker@joneswalker.com, madison-tucker-7703@ecf.pacerpro.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

Amy Vazquez on behalf of Creditor FPCC USA, Inc.
avazquez@joneswalker.com

Tyler Lee Weidlich on behalf of Creditor Pioneer Wireline Services, LLC
tweidlich@bwenergylaw.com, efile@bwenergylaw.com

Tyler Lee Weidlich on behalf of Creditor Pro-Tek Field Services, LLC
tweidlich@bwenergylaw.com, efile@bwenergylaw.com

Elizabeth Helen Weller on behalf of Creditor Atlanta ISD
beth.weller@lgbs.com

Elizabeth Helen Weller on behalf of Creditor Linden-Kildare CISD
beth.weller@lgbs.com

Elizabeth Helen Weller on behalf of Creditor McLeod ISD
beth.weller@lgbs.com

Deanna L. Westfall on behalf of Creditor Colorado Department Of Revenue
deanna.westfall@coag.gov, Robert.padjen@coag.gov;jade.darnell@coag.gov