| Fill in this information to identify your case | | | |
|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | |
| Debtor 1: | Sklar Exploration Company | Jointly Administered Case #: | 20-12377-EEB |
| Debtor 2: | Sklarco, LLC | Chapter: | 11 |

**Local Bankruptcy Form 9013-1.1**
**Notice of Third Interim and Final Application of Munsch Hardt Kopf & Harr, P.C., as Counsel for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses**

### Part 1  Objection Deadline

Objection Deadline: **November 9, 2021**

### Part 2  Notice

NOTICE IS HEREBY GIVEN that Munsch Hardt Kopf & Harr, P.C. ("Munsch Hardt"), has filed its Third Interim and Final Fee Application of Munsch Hardt as Counsel for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period From April 16, 2020 Through September 7, 2021 (the "Application"), with the Court and requests the following relief: interim allowance and payment of attorney fees and reimbursement of costs in the amount of $564,939.87 (fees: $550,201.50; costs: $14,738.37); and final allowance of attorney fees and reimbursement of costs in the amount of $1,105,048.04 (fees: $1,088,056.50; costs: $16,991.54) for all fees and costs in the Chapter 11 case from April 16, 2020 through September 7, 2021.

If you oppose the Application or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

### Part 3  Signature of Movant's Attorney or Movant (if unrepresented)

Dated: October 19, 2021

Respectfully Submitted,
By: *Christopher D. Johnson*
Christopher D. Johnson
Tex. Bar No. 24012913
700 Milam Street, Suite 2700
Houston, Texas 77002
713-222-1470 (tel.)
713-222-1475 (fax)
cjohnson@munsch.com