# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | Case No. 20-12377-EEB |
| ) | |
| SKLAR EXPLORATION COMPANY, LLC, ) | Chapter 11 |
| ) | |
| Debtor-in-Possession. ) | |
| ) | |
| IN RE: ) | Case No. 20-12380-EEB |
| ) | |
| SKLARCO, LLC ) | Chapter 11 |
| ) | |
| Debtor-in-Possession. ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that, the undersigned hereby appears as counsel for NexTier Completion Services Inc. ("NexTier"), and pursuant to Federal Rules of Bankruptcy Procedures 2002 and 9007 and 11 U.S.C. §§ 102(1) and 342, NexTier requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

> Mario A. Lamar
> Allen Bryson, PLLC
> 211 N. Center St.
> Longview, Texas 75601
> Email: mlamar@allenbrysonlaw.com

Please take further notice that, pursuant to §1109(b) of the United States Bankruptcy Code, this request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, all notices and any orders, applications, complaints, demands, motions, hearings, petitions, pleadings or requests, bar dates, plans of reorganization, and any other

documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

The undersigned additionally requests that the Debtor(s), United States Trustee, and the Clerk of the Court place the undersigned attorney's name and address on any mailing matrix or list of creditors to be prepared or existing in the above-referenced case.

DATED: October 20, 2021

By: */s/ Mario Lamar*
 **Mario A. Lamar**
 State Bar No. 24095729
 Email: mlamar@allenbrysonlaw.com

 ALLEN BRYSON, PLLC
 211 N. Center St.
 Longview, Texas 75601
 Phone: 903-212-9300
 Fax:   903-212-9301

 **ATTORNEY FOR NEXTIER COMPLETION SOLUTIONS INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice was served by electronic court filing and/or by United States mail, postage prepaid and properly addressed, to all parties requesting notice via the Court's ECF system on October 20, 2021.

 */s/ Mario Lamar*
 MARIO A. LAMAR