# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930 | Chapter 11 |
| Debtor. | |
| | Case No. 20-12380-EEB |
| SKLARCO, LLC<br>EIN: 72-1425432 | Chapter 11 |
| Debtor. | |

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND RESERVATION OF RIGHTS

The undersigned counsel hereby enters his appearance on behalf of Pearl Parkway, LLC ("**Pearl Parkway**").  Pursuant to Rules 2002 and 9010 of the Bankruptcy Rules and L.B.R. 9010-1, Counsel  requests that all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case be given to and served upon the undersigned at the offices, addresses, telephone, fax numbers and e-mail addresses set forth below:

John H. Bernstein
Kutak Rock LLP
1801 California Street, Suite 3000
Denver, CO 80202
Telephone: (303) 297-2400
Facsimile: (303) 292-7799
Email: john.bernstein@kutakrock.com

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) Pearl Parkway's rights to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) Pearl Parkway's rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) Pearl Parkway's rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Pearl Parkway is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Pearl Parkway expressly reserve.

4819-7946-9559.2

2

Respectfully submitted this 21st day of October, 2021.

        KUTAK ROCK LLP

        By: *s/ John H. Bernstein*
           John H. Bernstein, #17358
           1801 California Street, Suite 3000
           Denver, CO 80202
           Telephone: (303) 297-2400
           Facsimile: (303) 292-7799
           Email: john.bernstein@kutakrock.com

        *Attorneys for Pearl Parkway, LLC*