IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930<br><br>Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| SKLARCO, LLC<br>EIN: 72-1425432<br><br>Debtor. | Case No. 20-12380-EEB<br><br>Chapter 11 |

**MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES AND FOR IMMEDIATE PAYMENT PURSUANT TO 11 U.S.C. SECTION 503(b)(1)**

Pearl Parkway, LLC, a Colorado limited liability company, and as successor in title to 5395 Pearl Parkway, LLC ("**Landlord**"), by and through its undersigned counsel, hereby moves the Court for an order pursuant to Section 503 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. allowing for and payment of its administrative expense claims ("**Administrative Claim**") for post-petition lease obligations owing by Debtors Sklar Exploration Company, LLC ("**SEC**") and Sklarco, LLC ("**Sklarco**") to Landlord (collectively, SEC and Sklarco are referred to as the "**Reorganized Debtors**"). In support thereof, Landlord states as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334. This matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2). Venue is proper pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicate for the relief requested herein is Section 503 of the Bankruptcy Code.

**BACKGROUND**

2. Landlord and SEC entered into a Lease Agreement dated April 8, 2013 ("**Lease Agreement**"), as amended pursuant to a First Amendment to Lease Agreement dated February 10, 2014 ("**First Amendment**") and a Second Amendment to Lease Agreement dated November 20, 2014 ("**Second Amendment**"). Unless otherwise more specifically identified, the Lease

Agreement, the First Amendment, and Second Amendment are collectively referred to herein as the "**Lease**".  A copy of the Lease is attached hereto as **Exhibit 1**.

3. The premises as defined in the Lease ("**Premises**") are located at 5395 Pearl Parkway, Suites 110 and 200, Boulder, Colorado 80301, which is the location of the principal places of business of SEC and Sklarco and their respective offices.  The Expiration Date of the Lease is December 31, 2024.  *See* Second Amendment, Section 2(a)(ii).

4. The Reorganized Debtors sought and obtained extensions to assume or reject the Lease on several occasions, including on January 27, 2021, when the Reorganized Debtors filed their Third Motion to Extend Time Due to Other Reasons to Assume or Reject Nonresidential Real Property Lease Pursuant to 11 U.S.C. Section 365(d)(4) (5395 Pearl Parkway, Suite 200, Boulder, Colorado) (**Docket 783**).  On January 28, 2021 the Court entered an Order extending the time for the Reorganized Debtors to assume or reject the Lease to April 27, 2021 (**Docket 786**).

5. The Reorganized Debtors did not seek to extend the time to assume or reject the Lease on or before April 27, 2021 ("**Rejection Date**"), resulting in the Lease being deemed rejected.

6. On August 24, 2021, the Court entered an Order confirming SEC's Second Amended and Restated Plan of Reorganization Dated December 18, 2020, as amended ("**Plan**") (**Docket 1433**).  The Plan became effective on September 7, 2021 as evidenced by a Notice of Occurrence of Effective Date and Certain Related Deadlines filed by the Reorganized Debtors on September 8, 2021 ("**Notice**") (**Docket 1457**).  Pursuant to the Notice, the bar date for the filing of administrative claims in accordance with section 503 of the Bankruptcy Code is October 22, 2021.

7. Upon the Rejection Date, the Reorganized Debtors did not surrender the Premises to Landlord.  Notwithstanding the rejection of the Lease, the Reorganized Debtors have continually maintained possession and occupancy of the Premises as their principal places of business and offices.  Since the Rejection Date, the Reorganized Debtors have paid some, but not all, rent to Landlord.  Landlord seeks an order allowing its Administrative Claim based upon rent owing to the Landlord that has not been paid since the Rejection Date ("**Unpaid Rent**") while the Reorganized Debtors have remained in possession of the Premises and continue to use and occupy the Premises.

8. The Reorganized Debtors and estate have benefited and continue to benefit from the post-Rejection Date use, possession, and occupancy of the Premises. At the time of the Rejection Date, the Reorganized Debtors were eight years into their nearly twelve-year lease term (Lease expiration date is December 31, 2024).  Since the commencement of the Lease in 2013, the Reorganized Debtors have continued to maintain possession and occupancy of the Premises during which time the Premises have served as the principal places of business and offices of the Reorganized Debtors.

2

4828-1872-3831.2

9. Since the Rejection Date, the Reorganized Debtors continue to engage in discussions with Landlord with respect to the Reorganized Debtors' stated desire to enter a new lease for some or all of the Premises. The benefit of the Lease to the Reorganized Debtors and estate is undeniable as they continue to operate their business from the Premises notwithstanding having rejected the Lease.

10. Section 503(b)(1)(A) of the Bankruptcy Code provides for an administrative expense claim for "the actual, necessary costs and expenses of preserving the estate". 11 U.S.C. § 503(b)(1). A landlord's claim under Section 503(b)(1) is equal to the lease contract rate. In re ZB Co., Inc., 302 B.R. 316, 319 (Bankr. D. Del. 2003). Here, Landlord's Administrative Claim for Unpaid Rent since the Rejection Date squarely falls within the meaning of an "actual, necessary cost and expense of preserving the estate" pursuant to Section 503(b)(1)(A).

11. Monthly Gross Rent pursuant to the Lease is $42,346.82.[1] Since the Rejection Date and through the date of the filing of this Motion, the Reorganized Debtors owe Unpaid Rent to Landlord the sum of $53,873.49, calculated as follows:

| DATE | DESCRIPTION | AMOUNT OWING |
|---|---|---|
| June 1, 2021 | Shortfall of Unpaid Rent for May 2021 | $939.94 |
| September 1, 2021 | Unpaid September 2021 Gross Rent | $42,346.82 |
| October 1, 2021 | Unpaid October 2021 Gross Rent | $42,346.82 |
| October 7, 2021 | Payment received on account (applied on unpaid September 2021 Gross Rent) | ($31,760.10) |
| **October 20, 2021** | **Balance owing for Unpaid Rent and amount of Administrative Claim** | **$53,873.49** |

Accordingly, Landlord seeks the allowance of its Administrative Claim in the sum of $53,873.49 plus any additional rent that becomes due and owing on November 1, 2021, and beyond, while the

---

[1] The Lease is a triple net lease. Monthly Base Rent (as defined in the Lease) is $27,884.82. Additional Rent, as defined in the Lease, include common area maintenance costs, property tax reimbursement, insurance reimbursement. Gross Rent is Base Rent plus Additional Rent as defined in the Lease.

4828-1872-3831.2

Reorganized Debtors continue to possess and occupy the Premises. *See* Declaration of Clay Della Cava, attached hereto as **Exhibit 2**.

WHEREFORE, Pearl Parkway, LLC respectfully requests that the Court enter an Order pursuant to Section 503(b)(1)(A) of the Bankruptcy Code allowing the Administrative Claim of Pearl Parkway, LLC in the amounts set forth herein for (i) Unpaid Rent pursuant to the Lease in the sum of $53,873.49 and that such amount be promptly paid upon entry of the Order; (ii) for additional future Unpaid Rent that accrues on and after November 1, 2021 in the monthly sum of $42,346.82 so long as the Reorganized Debtors continue to possess and occupy the Premises; and (iii) and providing for any such other and further relief the Court deems just and proper under the circumstances.

Respectfully submitted this 21st day of October 2021.

    KUTAK ROCK LLP

    By: *s/ John H. Bernstein*
        John H. Bernstein, #17358
        1801 California Street, Suite 3000
        Denver, CO 80202
        Telephone: (303) 297-2400
        Facsimile: (303) 292-7799
        Email: john.bernstein@kutakrock.com

    *Attorneys for Pearl Parkway, LLC*

4828-1872-3831.2