# EXHIBIT 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930 | Chapter 11 |
| Debtor. | |
| | Case No. 20-12380-EEB |
| SKLARCO, LLC<br>EIN: 72-1425432 | Chapter 11 |
| Debtor. | |

## DECLARATION OF CLAY DELLA CAVA

I, Clay Della Cava, under penalty of perjury, declare as follows:

1. I am over the age of 21 years. I am the manager of Pearl Parkway, LLC ("**Landlord**") and have personal knowledge of the facts set forth in this Declaration. This Declaration is submitted in support of Landlord's Motion For Allowance of Administrative Expense and For Immediate Payment Pursuant to 11 U.S.C. Section 503(b) ("**Motion**").

3. Landlord and Debtor Sklar Exploration ("**SEC**") entered into a Lease Agreement dated April 8, 2013 ("**Lease Agreement**"), as amended pursuant to a First Amendment to Lease Agreement dated February 10, 2014 ("**First Amendment**") and a Second Amendment to Lease Agreement dated November 20, 2014 ("**Second Amendment**"). Unless otherwise more specifically identified, the Lease Agreement, the First Amendment, and Second Amendment are collectively referred to herein as the "**Lease**". A copy of the Lease is attached as **Exhibit 1** to the Motion.

4. The premises as identified in the Lease ("**Premises**") are located at 5395 Pearl Parkway, Suites 110 and 200, Boulder, Colorado 80301, which is the location of the principal places of business for SEC and Debtor Sklarco, LLC (the "**Reorganized Debtors**") and their respective offices.

5. The Lease was rejected as of April 27, 2021 ("**Rejection Date**"). Upon rejection, the Reorganized Debtors did not surrender the Premises to Landlord. Notwithstanding the rejection of the Lease, the Reorganized Debtors have continually maintained possession and

4846-4277-1711.1

occupancy of the Premises as their principal places of business and offices and have done so since the commencement of the Lease in 2013.

6. Notwithstanding their continued possession and occupancy of the Premises, the Reorganized Debtors have not paid all rent owing to Landlord since the Rejection Date ('**Unpaid Rent**"). Accordingly, Landlord seeks an order allowing its Administrative Claim in the amount of the Unpaid Rent since the Rejection Date while the Reorganized Debtors have maintained possession and continue to occupy the Premises.

7. Since the Rejection Date, the Reorganized Debtors continue to engage in discussions with Landlord with respect to the Reorganized Debtors' stated desire to enter into a new lease for some or all of the Premises. These discussions are ongoing.

8. Monthly Gross Rent pursuant to the Lease is $42,346.82.[1] Since the Rejection Date and through the date of the filing of this Motion, the Reorganized Debtors owe Unpaid Rent to Landlord the sum of $53,873.49, calculated as follows:

| DATE | DESCRIPTION | AMOUNT OWING |
|---|---|---|
| June 1, 2021 | Shortfall of Unpaid Rent for May 2021 | $939.94 |
| September 1, 2021 | Unpaid September 2021 Gross Rent | $42,346.82 |
| October 1, 2021 | Unpaid October 2021 Gross Rent | $42,346.82 |
| October 7, 2021 | Payment received on account (applied on unpaid September rent) | ($31,760.10) |
| **October 20, 2021** | **Balance owing for Unpaid Rent and amount of Administrative Claim** | **$53,873.49** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed by me on October 20, 2021 in Boulder, Colorado.

---

[1] The Lease is a triple net lease. Monthly Base Rent (as defined in the Lease) is $27,884.82. Additional Rent, as defined in the Lease, include common area maintenance costs, property tax reimbursement, insurance reimbursement. Gross Rent is Base Rent plus Additional Rent as defined in the Lease.

2

_____
Clay Della Cava

4846-4277-1711.1