# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930 | Chapter 11 |
| Debtor. | |
| | Case No. 20-12380-EEB |
| SKLARCO, LLC<br>EIN: 72-1425432 | Chapter 11 |
| Debtor. | |

**PROPOSED ORDER GRANTING PEARL PARKWAY LLC'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE AND FOR IMMEDIATE PAYMENT PURSUANT TO 11 U.S.C. SECTION 503(b)**

Upon the Motion For Allowance of Administrative Expense And For Immediate Payment Pursuant to 11 U.S.C. Section 503(b) (the "**Motion**") of Pearl Parkway, LLC, a Colorado limited liability company, and as successor in title to 5395 Pearl Parkway, LLC ("**Pearl Parkway**") the Court finds as follows:

    A.    The Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 1334 and 157.

    B.    Venue of the Motion in this Court is proper under 28 U.S.C. §§ 1408 and 1409.

    C.    Service of the Motion is adequate under the circumstances and no other or further notice of the Motion is required.

    D.    The relief sought in the Motion and the entry of this Order are appropriate and necessary as the Court finds that Pearl Parkway has established entitlement to allowance and payment of an administrative claim under 11 U.S.C. § 503(b)(1)(A).

Upon consideration of the Motion and the proceedings before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED, as follows:

    1.    The Motion is GRANTED in its entirety.

2

    2.    Pearl Parkway shall have and is hereby granted an allowed administrative claim against Debtors Sklar Exploration Company, LLC and Sklarco, LLC (collectively, the "**Reorganized Debtors**") in the amount of $53,873.49 pursuant to Sections 503(b)(1)(A) and 507(a) of the Bankruptcy Code.

    3.    The Reorganized Debtors shall promptly pay all Unpaid Rent (as defined in the Motion) to Pearl Parkway but in no event no later than 30 days following the entry of this Order.

    4.    The Reorganized Debtors shall pay Pearl Parkway the Gross Rent (Base Rent plus Additional Rent as defined in the Lease) on the first day of each month on and after November 1, 2021 to the extent the Reorganized Debtors continue to possess and occupy the Premises.

    5.    This Court shall retain jurisdiction over all matters arising from the interpretation or implementation of this Order.

    6.    This Order shall be enforceable and effective immediately upon its entry.

Dated this \_\_\_\_ day of _____, 2021.

BY THE COURT:

_____
United States Bankruptcy Judge

4844-4727-7823.1