**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

| | | |
|---|---|---|
| Debtor 1: Sklar Exploration Company, LLC | Case #: | 20-12377-EEB |
| Name | | Chapter 11 |
| Debtor 2: Sklarco, LLC | Case #: | 20-12380-EEB |
| | | Chapter 11 |

## Local Bankruptcy Form 9013-1.1
## Notice of Motion/Application

**Complete applicable sections.**

**Part 1    Objection Deadline**

Objection Deadline: **November 4, 2021**

**Part 2    Notice**

NOTICE IS HEREBY GIVEN that Pearl Parkway, LLC (the "Movant"), has filed a motion entited **Motion for Allowance of Administrative Expense and for Immediate Payment Pursuant to 11 U.S.C. Section 503(b)** (the "Motion"), with the Court and requests the following relief:

**Movant requests the Court enter an order allowing Movant's Administrative Expense Claim in the sum of $53,873.49 for unpaid rent owed to Movant by the Reorganized Debtors in connection with a Lease.  The Lease was entered into by Debtor Sklar Exploration Company, LLC ("SEC") in 2013.  The Premises as defined in the Lease are the principal places of business and offices  for SEC and Sklarco, LLC located in Boulder, Colorado. The Reorganized Debtors have continued to maintain possession and occupancy of the Premises throughout the duration of their Chapter 11 case and through the date of the filing of the Motion but have failed to pay all rent due and owing under the Lease through the filing date of this Motion.  Movant also requests an Order that all unpaid rent be promptly paid but no later than 30 days after the date of an Order allowing its Administrative Expense Claim.  Movant also seeks an Order requiring the Reorganized Debtors to timely pay Gross Lease as defined in the Motion beginning on November 1, 2021 and beyond so long as the Reorganzied Debtors continue to possess and occupy the Premises.**

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

**Part 3    Signature of Movant's Attorney or Movant (if unrepresented)**

Dated: October 21, 2021

By: s/ John H. Bernstein
John H. Bernstein, #17358
1801 California Street, Suite 3000
Denver, Colorado  80202
Telephone:  (303) 297-2400
Facsimile:  (303) 292-7799
john.bernstein@kutakrock.com