| Fill in this information to identify your case | | | |
|---|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | | |
| Debtor 1: | Sklar Exploration Company, LLC  <br>Name | Case #: | 20-12377-EEB <br> Chapter 11 |
| Debtor 2: | Sklarco, LLC | Case #: | 20-12380-EEB <br> Chapter 11 |

## Local Bankruptcy Form 9013-1.2
### Certificate of Service

**Complete applicable sections and delete inapplicable sections.**

| Part 1 | L.B.R. 9013-1 Certificate of Service of Motion, Notice, and Proposed Order |

I certify that on October 21, 2021, I served a complete copy of Pearl Parkway, LLC's Motion for Allowance of Administrative Expenses and for Immediate Payment Pursuant to 11 U.S.C. Section 503(b)(1); its Proposed Order; Notice of Appearance, Request for Service of Papers and Reservation of Rights; and the Local Bankruptcy Form 9013.1.1 (Notice of Motion/Application) on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

*Via CM/ECF*

    See **Exhibit A** attached hereto.

I certify that on October 21, 2021, I served a complete copy of Pearl Parkway, LLC's Motion for Allowance of Administrative Expenses and for Immediate Payment Pursuant to 11 U.S.C. Section 503(b)(1); its Proposed Order; Notice of Appearance, Request for Service of Papers and Reservation of Rights; and the Local Bankruptcy Form 9013.1.1 (Notice of Motion/Application) on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

*Via First Class Mail*

    See **Exhibit B**, attached hereto.

| Part 3 | Signature |

Dated: October 21, 2021

KUTAK ROCK LLP

By: s/ *John H. Bernstein*
John H. Bernstein (Colo. 17358)
1801 California Street, Suite 3000
Denver, CO  80202
Telephone: (303) 297-2400
Facsimile: (303) 292-7799
Email: john.bernstein@kutakrock.com

Attorneys for Pearl Parkway, LLC