# EXHIBIT A

**20-12377-EEB** Sklar Exploration Company, LLC and Sklarco, LLC
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Elizabeth E. Brown
**Date filed:** 04/01/2020 **Date of last filing:** 10/08/2021 **Plan confirmed:** 08/24/2021

# Attorneys

**Victoria N Argeroplos**
Jackson Walker
1401 McKinney
Ste 1900
Houston, TX 77063
713-752-4334
713-308-4134 (fax)
vargeroplos@jw.com
*Assigned: 04/17/2020*
*TERMINATED: 04/30/2020*

representing

**Fant Energy Limited**
c/o Jackson Walker
1401 McKinney Street
Suite 1900
Houston, TX 77010
713-752-4200
713-752-4221 (fax)
vnargeroplos@jw.com
*(Creditor)*

**James B. Bailey**
1819 5th Ave. North
Birmingham, AL 35203
205-521-8913
205-488-6913 (fax)
jbailey@bradley.com
*Assigned: 04/07/2020*

representing

**Stoneham Drilling Corporation**
c/o Bradley
Attn: James B. Bailey
1819 Fifth Avenue North
Birmingham, AL 35203
*(Creditor)*

**Joseph Eric Bain**
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002
713-437-1820
jbain@joneswalker.com
*Assigned: 04/09/2020*

representing

**FPCC USA, Inc.**
*(Creditor)*

**Jeffrey R. Barber**
Jones Walker LLP
P.O. Box 427
190 E. Capitol Street (39201)
Suite 800
Jackson, MS 39205-0427
601-949-4765
601-949-4804 (fax)
jbarber@joneswalker.com
*Assigned: 02/06/2020*

representing

**FPCC USA, Inc.**
*(Creditor)*

**Grant Matthew Beiner**
Munsch Hardt Kopf & Harr, PC
700 Milam Street
Suite 2700
Houston, TX 77002
713-222-1489
713-222-1475 (fax)

representing

**The Official Committee of Unsecured Creditors**
Munsch Hardt Kopf & Harr PC
700 Milam St.
Suite 2700
Houston, TX 77002
713-222-1470
713-222-1475 (fax)

gbeiner@munsch.com
*Assigned: 04/20/2020*

**Jordan B. Bird**
Cook, Yancey, King & Galloway
333 Texas Street, Suite 1700
Shreveport, LA 71101
318-227-7751
318-227-7850 (fax)
jordan.bird@cookyancey.com
*Assigned: 04/20/2020*

jcornwell@munsch.com
*(Creditor Committee)*

representing

**AEH Investments, LLC**
333 Texas Street
Suite 1414
Shreveport, LA 71101
*(Creditor)*

**Bundero Investment Company, LLC**
401 Edwards Street
Suite 820
Shreveport, LA 71101
*(Creditor)*

**Cook, Yancey, King & Galloway, APLC**
333 Texas Street
Suite 1700
P.O. Box 22260
Shreveport, LA 71101
*(Attorney)*

**Franks Exploration Company, LLC**
P.O. Box 7655
Shreveport, LA 71137
*(Creditor)*

**J&A Harris, LP**
333 Texas Street
Suite 1414
Shreveport, LA 71101
*(Creditor)*

**Kingston, LLC**
2790 South Thompson Street
Suite 102
Springdale, AR 72764
*(Creditor)*

*Assigned: 05/20/2020*

representing

**Hall Management, LLC**
4913 Oak Point Drive, LA 71107
*(Creditor)*

*Assigned: 08/04/2020*

representing

**Hughes Oil South, LLC**
P.O. Box 608
Oxford, MS 38655
662-638-3918
*(Creditor)*

*Assigned: 08/05/2020*

representing

**KMR Investments, LLC**
P.O. Box 417
Homer, LA 71040
*(Creditor)*

**Florence Bonaccorso-Saenz**
617 N. Third St.
Baton Rouge, LA 70802
225-219-2083
225-231-6235 (fax)
florence.saenz@la.gov
 *Assigned: 04/23/2021*

representing **Louisiana Department of Revenue**
Senior Bankruptcy Counsel
Litigation Division
617 N. Third Street, Office 780
Baton Rouge, LA 70802
United States of America
225-219-2083
florence.saenz@la.gov
*(Creditor)*

**Daniel L. Bray**
1801 Wewatta St.
Ste. 1000
Denver, CO 80202
303-389-4673
303-749-7272 (fax)
daniel.bray@huschblackwell.com
 *Assigned: 06/24/2020*

representing **Weatherford U.S., L.P.**
Attn: Greg Koush
2000 St. James Place
Houston, TX 77056
713-836-4000
greg_koush@weatherford.com
*(Creditor)*

**Casey Carlton Breese**
Welborn Sullivan Meck & Tooley, P.C.
1401 Lawrence Street
Suite 1800
Denver, CO 80202
303-830-2500
cbreese@wsmtlaw.com
 *Assigned: 07/17/2020*

representing **The Southeast Alabama Gas District**
*(Creditor)*

**Duane Brescia**
Clark Hill Strasburger
720 Brazos
Suite 700
Austin, TX 78701
512-499-3647
512-499-3660 (fax)
dbrescia@clarkhill.com
 *Assigned: 04/08/2020*

 *Assigned: 04/24/2020*

representing **Lucas Petroleum Group, Inc.**
c/o Duane J. Brescia
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701
512-499-3647
512-499-3660 (fax)
dbrescia@clarkhill.com
*(Creditor)*

representing **Clark Hill Strasburger**
ATTN: Duane J. Brescia
720 Brazos, Suite 700
Austin, TX 78701
512-499-3647
512-499-3660 (fax)
dbrescia@clarkhill.com
*(Attorney)*

**Seitel Data, Ltd.**
c/o Duane J. Brescia
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701
512-499-3647
512-499-3660 (fax)
dbrescia@clarkhill.com
*(Creditor)*

**Jeffrey S. Brinen**
Kutner Brinen Dickey Riley, P.C.
1660 Lincoln St, Suite 1720
Denver, CO 80264
303-832-2400
jsb@kutnerlaw.com
*Assigned: 04/02/2020*

representing

**Sklar Exploration Company, LLC**
5395 Pearl Parkway
Suite 200
Boulder, CO 80301
*(Debtor)*

**Sklarco, LLC**
5395 Pearl Parkway
Suite 200
Boulder, CO 80301
*(Debtor)*

**Deirdre Carey Brown**
DCB Firm PLLC
PO Box 58013
Houston, TX 77258
832-367-5722
dcb@dcbfirm.com
*Assigned: 08/16/2021*

representing

**Maren Silberstein Revocable Trust**
*(Creditor)*

**Kelsey Jamie Buechler**
999 18th St.
Ste., 1230 S
Denver, CO 80202
720-381-0045
720-381-0392 (fax)
jamie@kjblawoffice.com
*Assigned: 02/01/2021*

representing

**Foote Oil and Gas Properties, LLC**
1655 Prudential Drive, #161B
Jacksonville, FL 32207
*(Creditor)*

**Jeffery Dayne Carruth**
Weycer Kaplan Pulaski & Zuber, P.C.
24 Greenway Plaza, #2050
Houston, TX 77046
713-341-1158
866-666-5322 (fax)
jcarruth@wkpz.com
*Assigned: 08/07/2020*

representing

**Halliburton Energy Services, Inc.**
*(Creditor)*

**John Childers**
8150 N. Central Expressway, 10th Floor
Dallas, TX 75206
jchilders@chmslaw.com
*Assigned: 09/01/2020*
*LEAD ATTORNEY*

representing

**Feather River 75, LLC**
*(Creditor)*

**Rudman Family Trust**
*(Creditor)*

**Tara Rudman Revocable Trust**
*(Creditor)*

**Brent R. Cohen**
Lewis Roca Rothgerber Christie LLP
1601 19th Street

representing

**Fant Energy Limited**
c/o Jackson Walker
1401 McKinney Street

Ste 1000
Denver, CO 80202
303-623-9000
bcohen@lewisroca.com
*Assigned: 05/27/2020*

**John Cornwell**
Munsch Hardt Kopf & Harr PC
700 Milam St.
Ste 2700
Houston, TX 77002
713-222-4070
713-222-1475 (fax)
jcornwell@munsch.com
*Assigned: 04/20/2020*

representing

Suite 1900
Houston, TX 77010
713-752-4200
713-752-4221 (fax)
vnargeroplos@jw.com
*(Creditor)*

**The Official Committee of Unsecured Creditors**
Munsch Hardt Kopf & Harr PC
700 Milam St.
Suite 2700
Houston, TX 77002
713-222-1470
713-222-1475 (fax)
jcornwell@munsch.com
*(Creditor Committee)*

**P. Matthew Cox**
P.O. Box 45000
Salt Lake City, UT 84145
801-322-9182
801-363-0400 (fax)
pmc@scmlaw.com
*Assigned: 04/07/2021*

representing

**Ally Bank**
*(Creditor)*

**Christopher M. Crowley**
Feldmann Nagel Cantafio PLLC
1875 Lawrence Street
Suite 730
Denver, CO 80202
303-813-1200
303-813-1201 (fax)
ccrowley@fncmlaw.com
*Assigned: 09/03/2020*

representing

**Liquid Gold Well Service, Inc.**
*(Creditor)*

**Joseph D. DeGiorgio**
Barrett Daffin Frappier LLP
1391 Speer Blvd
Suite 700
Denver, CO 80204
303-327-8781
josephde@bdfgroup.com
*Assigned: 12/17/2020*

representing

**Ford Motor Credit Company, LLC**
*(Creditor)*

**Shay L. Denning**
835 E. Second Ave.
Ste., 123
PO Box 2717
Durango, CO 81302
970-247-1755
970-247-8827 (fax)
sdenning@mbssllp.com
*Assigned: 04/08/2020*

representing

**CTM 2005, Ltd.**
55 Waugh Drive, Suite 515
Houston, TX 77007
*(Creditor)*

**I & L Miss I, LP**
4761 Frank Luck Dr

Addison, TX 75001
*(Creditor)*

*Assigned: 04/08/2020*
*TERMINATED: 06/10/2021*

representing

**Pickens Financial Group, LLC**
10100 N. Central Expressway, Suite 200
Dallas, TX 75231
*(Creditor)*
PRO SE

**Tauber Exploration & Production Company**
55 Waugh Drive, Suite 700
Houston, TX 77007
*(Creditor)*
PRO SE

*Assigned: 09/01/2020*
*LEAD ATTORNEY*

representing

**MER Energy, LTD**
*(Creditor)*

**MR Oil & Gas, LLC**
*(Creditor)*

**Rudman Partnership**
*(Creditor)*

**Jonathan Dickey**
Kutner Brinen Dickey Riley, P.C.
1660 Lincoln Street
Suite 1720
Denver, CO 80264
303-832-3047
jmd@kutnerlaw.com
*Assigned: 11/19/2020*
*TERMINATED: 02/01/2021*

representing

**Foote Oil and Gas Properties, LLC**
1655 Prudential Drive, #161B
Jacksonville, FL 32207
*(Creditor)*

**Katherine Guidry Douthitt**
Blanchard, Walker, O'Quin & Roberts
333 Texas Street, Regions Tower, Suite 700
Shreveport, LA 71101
318-934-0204
kdouthitt@bwor.com
*Assigned: 06/03/2020*

representing

**Dickson Oil & Gas, L.L.C.**
307 Deborah Drive
Shreveport, LA 71106
bickham@bdicksonproperties.com
*(Creditor)*

**C. Bickham Dickson, III**
307 Deborah Drive
Shreveport, LA 71106
bickham@bdicksonproperties.com
*(Creditor)*

**Benjamin Y. Ford**
RSA Tower, 27th Floor
11 North Water Street
Mobile, AL 36602
*Assigned: 04/24/2020*
*LEAD ATTORNEY*

representing

**Sklar Exploration Company, LLC**
5395 Pearl Parkway
Suite 200
Boulder, CO 80301
*(Debtor)*

**Sklarco, LLC**

5395 Pearl Parkway
Suite 200
Boulder, CO 80301
*(Debtor)*

**Jenny M.F. Fujii**
Kutner Brinen Dickey Riley, P.C.
1660 Lincoln Street
Ste 1720
Denver, CO 80264    representing
303-832-2400
303-832-1510 (fax)
jmf@kutnerlaw.com
 *Assigned: 10/07/2020*

**Sklar Exploration Company, LLC**
5395 Pearl Parkway
Suite 200
Boulder, CO 80301
*(Debtor)*

**Sklarco, LLC**
5395 Pearl Parkway
Suite 200
Boulder, CO 80301
*(Debtor)*

**Craig M. Geno**
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048    representing
601-427-0050 (fax)
cmgeno@cmgenolaw.com
 *Assigned: 04/27/2020*
 *TERMINATED: 07/13/2021*

**Alabama Oil Company**
c/o Timothy M Swanson
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202
tim.swanson@moyewhite.com
*(Creditor)*

**Apple River Investments, LLC**
*(Creditor)*

**Kudzo Oil Properties, LLC**
*(Creditor)*

 *Assigned: 03/11/2021*
 *TERMINATED: 07/13/2021*    representing

**Kudzu Oil Properties, LLC**
c/o Timothy M. Swanson
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202
*(Creditor)*

**Michael J. Guyerson**
999 18th St.
Ste., 1230 South
Denver, CO 80202    representing
720-381-0045
720-381-0382 (fax)
 *Assigned: 04/21/2020*

**Estate of Pamela Page, Deceased**
P.O. Box 374
Evergreen, CO 80437
*(Creditor)*

**Barbara P Lawrence**
55 Hill Circle
Evergreen, CO 80439
*(Creditor)*

| | | |
|---|---|---|
| **Jennifer Hardy**<br>Willkie Farr & Gallagher LLP<br>600 Travis Street<br>Houston, TX 77002<br>713-510-1766<br>jhardy2@willkie.com<br>*Assigned: 04/24/2020* | representing | **JJS Interests Escambia, LLC**<br>*(Creditor)* |
| | | **JJS Interests Steele Kings, LLC**<br>*(Creditor)* |
| | | **JJS Working Interests, LLC**<br>*(Creditor)* |
| *Assigned: 04/24/2020*<br>*TERMINATED: 05/28/2020* | representing | **Fant Energy Limited**<br>c/o Jackson Walker<br>1401 McKinney Street<br>Suite 1900<br>Houston, TX 77010<br>713-752-4200<br>713-752-4221 (fax)<br>vnargeroplos@jw.com<br>*(Creditor)* |
| *Assigned: 10/08/2021* | representing | **JJS Interests North Beach, LLC**<br>*(Creditor)* |
| | | **JJS Interests West Arcadia, LLC**<br>*(Creditor)* |
| **Theodore J. Hartl**<br>Ballard Spahr LLP<br>1225 17th Street<br>Suite 2300<br>Denver, CO 80202<br>303-454-0528<br>hartlt@ballardspahr.com<br>*Assigned: 06/18/2020* | representing | **Louisiana Tower Operating LLC**<br>*(Interested Party)* |
| **Adam L. Hirsch**<br>Davis Graham & Stubbs LLP<br>1550 17th Street<br>Suite 500<br>Denver, CO 80202<br>303-892-9400<br>adam.hirsch@dgslaw.com<br>*Assigned: 12/02/2020* | representing | **Howard Sklar Trust**<br>*(Interested Party)* |
| | | **Howard F. Sklar**<br>*(Interested Party)* |
| **Christopher D. Johnson**<br>Munsch Hardt Kopf & Harr PC<br>700 Milam St.<br>Ste 2700<br>Houston, TX 77002<br>713-222-4096 | representing | **The Official Committee of Unsecured Creditors**<br>Munsch Hardt Kopf & Harr PC<br>700 Milam St.<br>Suite 2700<br>Houston, TX 77002<br>713-222-1470 |

713-222-1475 (fax)
cjohnson@munsch.com
*Assigned: 04/20/2020*

713-222-1475 (fax)
jcornwell@munsch.com
*(Creditor Committee)*

**Lee M. Kutner**
1660 Lincoln St.
Ste. 1850
Denver, CO 80264
303-832-2400
lmk@kutnerlaw.com
*Assigned: 04/01/2020*

representing

**Sklar Exploration Company, LLC**
5395 Pearl Parkway
Suite 200
Boulder, CO 80301
*(Debtor)*

*Assigned: 04/06/2020*

representing

**Sklarco, LLC**
5395 Pearl Parkway
Suite 200
Boulder, CO 80301
*(Debtor)*

**Stephen K. Lecholop, II**
Rosenthal Pauerstein Sandoloski
Agather LLP
755 E Mulberry Ave
Ste 200
San Antonio, TX 78212
210-225-5000
210-354-4034 (fax)
slecholop@rpsalaw.com
*Assigned: 05/18/2020*

representing

**McCombs Energy, Ltd.**
755 E Mulberry Ave, Ste 200
San Antonio, TX 78212
210-244-5000
slecholop@rpsalaw.com
*(Creditor)*

**McCombs Exploration, LLC**
755 E Mulberry Ave, Ste 200
San Antonio, TX 78212
210-225-5000
slecholop@rpsalaw.com
*(Creditor)*

**Eric Lockridge**
400 Convention St., Ste. 700
Baton Rouge, LA 70802
225-387-0999
225-388-9133 (fax)
eric.lockridge@keanmiller.com
*Assigned: 04/03/2020*

representing

**AEEC II, LLC**
333 Texas Street
#2020
Shreveport, LA 71101
*(Creditor)*

**Anderson Exploration Energy Company, LC**
333 Texas Street
#2020
Shreveport, LA 71101
*(Creditor)*

**TCP Cottonwood, L.P.**
333 Texas Street
#2020
Shreveport, LA 71101
*(Creditor)*

*Assigned: 04/15/2020*

representing

**Sugar Oil Properties, L.P.**

625 Market Street
Suite 100
Shreveport, LA 71101
*(Creditor)*

**Armistead Mason Long**
Gordon, Arata, Montgomery, Barnett,
McCollam, Duplantis & Eagan, LLC
400 East Kaliste Saloom Road
Suite 4200
Lafayette, LA 70508
337-237-0132
337-237-3451 (fax)
along@gamb.law
*Assigned: 04/30/2020*

representing

**Pine Island Chemical Solutions, L.L.C.**
c/o Armistead M. Long
Gordon, Arata, Montgomery, Barnett
400 East Kaliste Saloom Road
Suite 4200
Lafayette, LA 70508
337-237-132
337-237-3451 (fax)
along@gamb.com
*(Creditor)*

**Ryan Lorenz**
14850 N. Scottsdale Rd.
Ste. 500
Scottsdale, AZ 85254
480.684.1100
480.684.1199 (fax)
RLorenz@ClarkHill.com
*Assigned: 04/29/2020*

representing

**Juno Financial LLC**
*(Creditor)*

**Christopher Meredith**
Copeland, Cook, Taylor & Bush P.A.
P.O. Box 6020-39158
Ridgeland, MS 39158
601-427-1343
cmeredith@cctb.com
*Assigned: 04/15/2020*

representing

**Copeland, Cook, Taylor & Bush, P.A.**
*(Attorney)*

**Eastern Fishing & Rental Tool Company, Inc.**
*(Creditor)*

**PAR Minerals Corporation**
*(Creditor)*

*Assigned: 04/28/2020*

representing

**Coastal Exploration, Inc.**
*(Creditor)*

*Assigned: 07/21/2021*

representing

**Fletcher Petroleum Corp.**
*(Creditor)*

**David M. Miller**
Spencer Fane LLP
1700 Lincoln St.
Suite 2000
Denver, CO 80203
303-839-3800
303-839-3838 (fax)
dmiller@spencerfane.com
*Assigned: 04/23/2020*

representing

**Bri-Chem Supply Corp., LLC**
*(Creditor)*

**Timothy C. Mohan**
600 17th Street, Ste. 2020S

representing

**Baker Hughes Holdings, LLC FKA Baker Hughes, a GE Company LLC**

Denver, CO 80202
720-437-2014
tmohan@foley.com
*Assigned: 04/02/2020*

*Assigned: 06/05/2020*

C/O Christopher J. Ryan
17021 Aldine Westfield Road
Houston, TX 77073
*(Creditor)*

representing **Baker Hughes Oilfield Operations LLC**
*(Creditor)*

**Baker Petrolite LLC**
*(Creditor)*

**GE Oil & Gas Pressure Control US**
*(Creditor)*

**Lufkin Industries, LLC**
*(Creditor)*

**Paul Moss**
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294
303-312-7995
303-312-7259 (fax)
Paul.Moss@usdoj.gov
*Assigned: 04/02/2020*

representing **US Trustee**
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-00200
Denver, CO 80294
303-312-7230
303-312-7239 (fax)
USTPRegion19.DV.ECF@usdoj.gov
*(U.S. Trustee)*

**Kevin S. Neiman**
999 18th St.
Ste., 1230 S
Denver, CO 80202
303-996-8637
877-611-6839 (fax)
kevin@ksnpc.com
*Assigned: 04/08/2020*

representing **Plains Gas Solutions, LLC**
*(Creditor)*

**Plains Marketing, L.P.**
*(Creditor)*

**Michael Niles**
Berger Singerman LLP
313 N. Monroe Street
Ste 301
Tallahassee, FL 32301
850-561-3010
850-561-3013 (fax)
mniles@bergersingerman.com
*Assigned: 04/16/2020*

*Assigned: 05/04/2020*

representing **Fletcher Petroleum Company, LLC**
brich@bergersingerman.com
*(Creditor)*

representing **Fletcher Exploration, LLC**
*(Creditor)*

**Fletcher Petroleum Corp.**
*(Creditor)*

**Jennifer Norris Soto**
Ayres, Shelton, Williams, Benson &
Paine, LLC

representing **Barnette & Benefield, Inc.**
PO Box 550
Haynesville, LA 71038

P.O. Box 1764
Shreveport, LA 71166
318-227-3310
318-227-3810 (fax)
jennifersoto@arklatexlaw.com
 *Assigned: 04/29/2020*

**Matthew J Ochs**
555 17th St.
Ste., 3200
Denver, CO 80202
303-295-8299
303-727-5874 (fax)
mjochs@hollandhart.com
 *Assigned: 04/08/2020*

(318) 624-1829
*(Creditor)*

representing

**Pruet Oil Company, LLC**
*(Creditor)*

**Pruet Production Co.**
*(Creditor)*

**RAPAD Well Service Co., Inc.**
*(Creditor)*

 *Assigned: 07/20/2021*

representing

**Sklarco, LLC**
5395 Pearl Parkway
Suite 200
Boulder, CO 80301
*(Debtor)*

**Matthew Okin**
Okin Adams LLP
1113 Vine Street, Suite 240
Houston, TX 77002
713-228-4100
346-247-7158 (fax)
mokin@okinadams.com
 *Assigned: 04/29/2020*

representing

**Kodiak Gas Services, LLC**
15320 Hwy. 105, Suite 210
Montgomery, TX 77356
936-539-3300
*(Creditor)*

**John Thomas Oldham**
Okin Adams LLP
1113 Vine Street
Suite 240
Houston, TX 77002
713-228-4100
346-247-7158 (fax)
joldham@okinadams.com
 *Assigned: 04/14/2020*

representing

**Kodiak Gas Services, LLC**
15320 Hwy. 105, Suite 210
Montgomery, TX 77356
936-539-3300
*(Creditor)*

**Robert L Paddock**
Buck Keenan
2229 San Felipe
Ste 1000
Houston, TX 77019
713-546-2447
rpaddock@buckkeenan.com
 *Assigned: 04/09/2020*

representing

**Meritage Energy Ltd**
*(Creditor)*

**Strago Petroleum Corporation**

(Creditor)

*Assigned: 04/22/2020*

representing | **GCREW Properties, LLC**
*(Creditor)*

**Gateway Exploration, LLC**
*(Creditor)*

**Harvest Gas Management, LLC**
*(Creditor)*

**Robert Padjen**
1300 Broadway
8th Floor
Denver, CO 80203
720-508-6346
Robert.padjen@coag.gov
*Assigned: 04/16/2020*

representing | **Colorado Department of Law**
1300 Broadway, 8th Floor
Denver, CO 80203
*(Creditor)*

**Jeremy L Retherford**
Balch & Bingham
1901 Sixth Ave N Suite 1500
Birmingham, AL 35203
205-226-3479
jretherford@balch.com
*Assigned: 04/09/2020*

representing | **Pruet Production Co.**
*(Creditor)*

*Assigned: 05/29/2020*

representing | **Pruet Oil Company, LLC**
*(Creditor)*

*Assigned: 07/08/2020*

representing | **RAPAD Well Service Co., Inc.**
*(Creditor)*

**Brian Rich**
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 33301
850-561-3010
850-561-3013 (fax)
brich@bergersingerman.com
*Assigned: 04/16/2020*

representing | **Fletcher Petroleum Company, LLC**
brich@bergersingerman.com
*(Creditor)*

*Assigned: 05/04/2020*

representing | **Fletcher Exploration, LLC**
*(Creditor)*

**Fletcher Petroleum Corp.**
*(Creditor)*

**Keri L. Riley**
Kutner Brinen Dickey Riley, P.C.
1660 Lincoln Street
Suite 1720
Denver, CO 80264
303-832-2400
klr@kutnerlaw.com
*Assigned: 04/02/2020*

representing | **Sklar Exploration Company, LLC**
5395 Pearl Parkway
Suite 200
Boulder, CO 80301
*(Debtor)*

**Sklarco, LLC**
5395 Pearl Parkway
Suite 200
Boulder, CO 80301
*(Debtor)*

**Timothy Michael Riley**
Dean Mead & Dunbar
106 East College Avenue
Suite 1200
32301
Tallahassee, FL 32301
850-999-4100
850-577-0095 (fax)
triley@deanmead.com
*Assigned: 04/07/2020*

representing

**Hopping Green & Sams**
Hopping Green & Sams, P.A.
119 S. Monroe Street
Suite 300
Tallahassee, FL 32301
United States
850-425-2375
850-224-8551 (fax)
timothyr@hgslaw.com
*(Attorney)*

**Katherine A Ross**
1801 California St.
Ste. 1600
Denver, CO 80202
303-454-0286
303-454-0408 (fax)
katherine.ross@usdoj.gov
*Assigned: 05/07/2020*

representing

**Bureau of Land Management**
*(Creditor)*

**Office of Natural Resources Revenue**
*(Creditor)*

*Assigned: 04/23/2021*

representing

**Internal Revenue Service**
*(Creditor)*

**Michael D Rubenstein**
Liskow and Lewis
1001 Fannin Street, Suite 1800
Houston, TX 77002
713-651-2953
mdrubenstein@liskow.com
*Assigned: 04/08/2020*

representing

**BP America Production Company**
*(Interested Party)*

**BPX Properties (NA) LP**
*(Interested Party)*

**Craig K. Schuenemann**
1700 Lincoln St., Ste. 4100
Denver, CO 80203
303-866-0678
303-866-0200 (fax)
craig.schuenemann@bryancave.com
*Assigned: 04/06/2020*
*TERMINATED: 02/02/2021*

representing

**East-West Bank**
*(Creditor)*

**Michael Schuster**
1225 17th Street
Suite 2300
Denver, CO 80202
303-299-7363

representing

**Louisiana Tower Operating LLC**
*(Interested Party)*

schusterm@ballardspahr.com
*Assigned: 05/07/2021*

**Ryan Seidemann**
Louisiana Department of Justice
1885 North Third Street
Baton Rouge, LA 70802          representing          **State of Louisiana, Depatment of Natural**
225-326-6000                                         **Resources, Office of Mineral Resources**
seidemannr@ag.louisiana.gov                          *(Creditor)*
*Assigned: 04/23/2020*

**Andrew James Shaver**
Bradley Arant Boult Cummings
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203          representing          **Premium Oilfield Services, LLC**
205-521-8844                                         *(Creditor)*
205-488-6844 (fax)
ashaver@bradley.com
*Assigned: 06/18/2020*

**Thomas H Shipps**
Maynes, Bradford, Shipps & Sheftel,
LLP
835 E. Second Avenue                                 **CTM 2005, Ltd.**
P.O. Box 2717                                        55 Waugh Drive, Suite 515
Durango, Suite 123            representing          Houston, TX 77007
Durango, CO 81301                                    *(Creditor)*
970-247-1755
970-247-8827 (fax)
tshipps@mbssllp.com
*Assigned: 04/09/2020*

                                                     **I & L Miss I, LP**
                                                     4761 Frank Luck Dr
                                                     Addison, TX 75001
                                                     *(Creditor)*

                                                     **Pickens Financial Group, LLC**
*Assigned: 04/09/2020*                               10100 N. Central Expressway, Suite 200
*TERMINATED: 06/10/2021*      representing          Dallas, TX 75231
                                                     *(Creditor)*
                                                     PRO SE

                                                     **Tauber Exploration & Production Company**
                                                     55 Waugh Drive, Suite 700
                                                     Houston, TX 77007
                                                     *(Creditor)*
                                                     PRO SE

*Assigned: 04/20/2020*        representing          **MER Energy, LTD**
                                                     *(Creditor)*

                                                     **MR Oil & Gas, LLC**
                                                     *(Creditor)*

                                                     **The Rudman Partnership**

*(Creditor)*

*Assigned: 04/20/2020*
*TERMINATED: 09/01/2020*

representing

**Feather River 75, LLC**
*(Creditor)*

**Rudman Family Trust**
*(Creditor)*

**Tara Rudman Revocable Trust**
*(Creditor)*

*Assigned: 09/01/2020*
*LEAD ATTORNEY*

representing

**Rudman Partnership**
*(Creditor)*

**Barnet B Skelton, Jr**
Barnet B. Skelton, Jr.,
815 Walker, Suite 1502
Houston, TX 77002
713-516-7450
barnetbjr@msn.com
*Assigned: 04/10/2020*

representing

**CTM 2005, Ltd.**
55 Waugh Drive, Suite 515
Houston, TX 77007
*(Creditor)*

**I & L Miss I, LP**
4761 Frank Luck Dr
Addison, TX 75001
*(Creditor)*

*Assigned: 04/10/2020*
*TERMINATED: 06/10/2021*

representing

**Pickens Financial Group, LLC**
10100 N. Central Expressway, Suite 200
Dallas, TX 75231
*(Creditor)*
PRO SE

**Tauber Exploration & Production Company**
55 Waugh Drive, Suite 700
Houston, TX 77007
*(Creditor)*
PRO SE

*Assigned: 04/20/2020*

representing

**MER Energy, LTD**
*(Creditor)*

**MR Oil & Gas, LLC**
*(Creditor)*

**Rudman Partnership**
*(Creditor)*

**The Rudman Partnership**
*(Creditor)*

*Assigned: 04/20/2020*
*TERMINATED: 09/01/2020*

representing

**Feather River 75, LLC**
*(Creditor)*

**Rudman Family Trust**
*(Creditor)*

**Tara Rudman Revocable Trust**
*(Creditor)*

**Jim F Spencer, Jr**
Watkins & Eager PLLC
P. O. Box 650
Jackson, MS 39205
601-965-1900
601-965-1901 (fax)
jspencer@watkinseager.com
  *Assigned: 04/20/2020*

representing

**Landmark Exploration, LLC**
C/O Jim F. Spencer, Jr., Esq.
Watkins & Eager PLLC
PO Box 650
PO Box 650
Jackson, MS 39205-0650
(601) 965-1900
(601) 965-1901 (fax)
jspencer@watkinseager.com
*(Creditor)*

**Landmark Oil and Gas, LLC**
C/O Jim F. Spencer, Jr., Esq.
Watkins & Eager PLLC
PO Box 650
PO Box 650
Jackson, MS 39205-0650
(601) 965-1900
(601) 965-1901 (fax)
jspencer@watkinseager.com
*(Creditor)*

**Lexington Investments, LLC**
C/O Jim F. Spencer, Jr., Esq.
Watkins & Eager PLLC
PO Box 650
PO Box 650
Jackson, MS 39205-0650
(601) 965-1900
(601) 965-1901 (fax)
jspencer@watkinseager.com
*(Creditor)*

**Stone Development, LLC**
C/O Jim F. Spencer, Jr., Esq.
Watkins & Eager PLLC
PO Box 650
PO Box 650
Jackson, MS 39205-0650
(601) 965-1900
(601) 965-1901 (fax)
jspencer@watkinseager.com
*(Creditor)*

**Bryce Suzuki**
Bryce Suzuki
400 E Van Buren
One Arizona Center
Suite 1900
Phoenix, AZ 85004
602-382-6267
602-382-6070 (fax)
bsuzuki@swlaw.com
  *Assigned: 04/08/2020*

representing

**East-West Bank**
*(Creditor)*

**Timothy M. Swanson**
1400 16th St.
6th Floor
Denver, CO 80202
303-292-2900
303-292-4510 (fax)
tim.swanson@moyewhite.com
*Assigned: 04/09/2020*

representing **Alabama Oil & Gas, LLC**
*(Creditor)*

**Apple River Investments, LLC**
*(Creditor)*

**Kudzo Oil Properties, LLC**
*(Creditor)*

*Assigned: 04/23/2020*

representing **Alabama Oil Company**
c/o Timothy M Swanson
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202
tim.swanson@moyewhite.com
*(Creditor)*

**Kudzu Oil Properties, LLC**
c/o Timothy M. Swanson
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202
*(Creditor)*

*Assigned: 11/06/2020*

representing **Ad Hoc Committee of Working Interest Holders of
Sklar Exploration Company, LLC and Sklarco,
LLC**
*(Creditor)*

**David R Taggart**
Bradley Murchison Kelly & Shea
401 Edwards Street
Suite 1000
Shreveport, LA 71101
318-227-1131
318-227-1141 (fax)
dtaggart@bradleyfirm.com
*Assigned: 04/17/2020*

representing **JH Howell Interests, LP**
*(Creditor)*

*Assigned: 04/20/2020*

representing **JF Howell Interests ,LP**
*(Creditor)*

**Glenn Taylor**
Copeland, Cook, Taylor & Bush P.A.
1076 Highland Colony Parkway
Concourse 600
Suite 200
Ridgeland, MS 39157
601-856-7200
gtaylor@cctb.com
*Assigned: 04/29/2020*

representing **Coastal Exploration, Inc.**
*(Creditor)*

**Eastern Fishing & Rental Tool Company, Inc.**
*(Creditor)*

**PAR Minerals Corporation**
*(Creditor)*

**Madison M. Tucker**
Jones Walker LLP
201 St. Charles Avenue
New Orleans, LA 70170            representing        **FPCC USA, Inc.**
504-582-8261                                        *(Creditor)*
504-589-8261 (fax)
mtucker@joneswalker.com
 *Assigned: 04/13/2020*

**Amy Vazquez**
Jones Walker LLP
811 Main Street
Ste 2900
Houston, TX 77002              representing        **FPCC USA, Inc.**
713-437-1825                                        *(Creditor)*
avazquez@joneswalker.com
 *Assigned: 04/14/2020*

**Tyler Lee Weidlich**
Beatty & Wozniak, P.C.
216 16th Street
Apt. 323
Denver, Ste 1100              representing        **Pioneer Wireline Services, LLC**
Denver, CO 80211                                   *(Creditor)*
303-407-4498
tweidlich@bwenergylaw.com
 *Assigned: 01/06/2021*

**Pro-Tek Field Services, LLC**
*(Creditor)*

**Elizabeth Helen Weller**                         **Atlanta ISD**
Linebarger Goggan Blair & Sampson,                 Linebarger Goggan Blair & Sampson, LLP
LLP                                                c/o Elizabeth Weller
2777 N. Stemmons Fwy                               2777 N Stemmons Frwy Ste 1000
Ste 1000                                           Dallas, TX 75207
Dallas, TX 75207              representing        214-880-0089
214-880-0089                                       469-221-5003 (fax)
469-221-5003 (fax)                                 dallas.bankruptcy@lgbs.com
beth.weller@lgbs.com                               *(Creditor)*
 *Assigned: 04/01/2021*
                                                   **Linden-Kildare CISD**
                                                   Linebarger Goggan Blair & Sampson, LLP
                                                   c/o Elizabeth Weller
                                                   2777 N Stemmons Frwy Ste 1000
                                                   Dallas, TX 75207
                                                   214-880-0089
                                                   469-221-5003 (fax)

dallas.bankruptcy@lgbs.com
*(Creditor)*

**McLeod ISD**
Linebarger Goggan Blair & Sampson, LLP
c/o Elizabeth Weller
2777 N Stemmons Frwy Ste 1000
Dallas, TX 75207
214-880-0089
469-221-5003 (fax)
dallas.bankruptcy@lgbs.com
*(Creditor)*

**Deanna L. Westfall**
Office of the Colorado Attorney General
1300 Broadway, 8th Floor
Denver, CO 80026
720-508-6342
deanna.westfall@coag.gov
*Assigned: 04/09/2020*

representing

**Colorado Department Of Revenue**
1881 Pierce St.
Bankruptcy Unit, Room 104
Lakewood, CO 80214
*(Creditor)*

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/19/2021 11:03:51 | | | |
| **PACER Login:** | trinarioux | **Client Code:** | 1029202-1/6403 |
| **Description:** | Attorney List | **Search Criteria:** | 20-12377-EEB |
| **Billable Pages:** | 11 | **Cost:** | 1.10 |