# EXHIBIT A

# Invoice

## NEXTIER

NexTier Completion Solutions
3990 Rogerdale Rd.
Houston TX 77042

| | |
|---|---|
| Invoice Number: | 90079456 |
| Purchase order no: | |
| Invoice Date: | 03/13/2020 |
| Field Ticket Number: | TAC4427C9D6 |
| Service Date: | 03/11/2020 |
| Well: | 1 |
| Lease: | CEDAR CREEK LAND & TIMBER 3 |
| County: | CONECUH |
| State: | AL |

Bill To: SKLAR EXPLORATION CO, LLC
401 EDWARDS ST, STE 1601
SHREVEPORT LA US 71101

Attn:

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 20 | 50000944 | 1-3/4" CTU 8 HR MIN 0-3500 PSI | 1 | N | EA | $14,000.00 | 60.00 % | $5,600.00 |
| 30 | 50000948 | 1-3/4" CTU HRLY CHRG 0-3500 PSI | 5 | N | HR | $1,700.00 | 60.00 % | $3,400.00 |
| 40 | 50000840 | 50 TON CRANE UNIT - ADD HRS | 5 | N | HR | $312.50 | 60.00 % | $625.00 |
| 50 | 50001060 | HYDRAULIC STRIPPER RUBBER INSERT | 1 | N | EA | $415.00 | 50.00 % | $207.50 |
| 60 | 50001059 | B.O.P. REDRESS/PER B.O.P. | 1 | N | EA | $2,750.00 | 65.00 % | $962.50 |
| 70 | 50001086 | MOBILIZATION OVERWEIGHT PERMITS | 2 | N | EA | $450.00 | 0.00 % | $900.00 |
| 80 | 50001073 | DATA AQUISTION | 1 | N | DAY | $1,500.00 | 72.00 % | $420.00 |
| 90 | 50001070 | HIGH VELOCITY WASH NOZZLE | 1 | N | DAY | $1,200.00 | 60.00 % | $480.00 |
| 100 | 50001068 | BACK PRESSURE VALVE | 1 | N | DAY | $450.00 | 60.00 % | $180.00 |
| 110 | 50000886 | MOBILIZATION AUTO / CREW TRUCK | 300 | N | EA | $4.10 | 55.00 % | $553.50 |
| 120 | 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 900 | N | EA | $6.50 | 55.00 % | $2,632.50 |
| 130 | 50000884 | MOBILIZATION BOBTAIL UNIT | 300 | N | EA | $5.00 | 55.00 % | $675.00 |
| 140 | 50000883 | MOB TRACTOR / TRAILER (> 80,000 LBS) | 600 | N | EA | $8.00 | 55.00 % | $2,160.00 |
| 150 | 10004638 | NITROGEN BULK | 3,940 | N | SCF | $4.75 | 70.00 % | $5,614.50 |
| 160 | 50000889 | ACID TRANSPORT | 4 | N | HR | $235.00 | 55.00 % | $423.00 |
| 170 | 50002116 | Safety Shower & Eye Wash Station (OSHA R | 1 | N | EA | $250.00 | 0.00 % | $250.00 |
| 180 | 10004506 | CHEM ACID 15% HCL HC-15 CJ9115 | 2,700 | N | GAL | $4.30 | 64.00 % | $4,179.60 |
| 190 | 10004490 | CHEM CORROSION INHIBIT ACID CI-3 CJ9203 | 74 | N | GAL | $210.00 | 68.00 % | $4,972.80 |
| 200 | 10010110 | CHEM CORROSION INHIBITOR AI-F | 108 | N | GAL | $70.55 | 68.00 % | $2,438.21 |
| 210 | 10004890 | CHEM H2S SCAVENGER HS-1 | 27 | N | GAL | $51.50 | 60.00 % | $556.20 |
| 220 | 10004526 | CHEM AGENT IRON SEQ CITRIC ACID ICA-2 | 27 | N | GAL | $62.65 | 68.00 % | $541.30 |
| 230 | 10004484 | CHEM SURFACTANT DEMUL NON-IONIC SU-2 | 11 | N | GAL | $108.45 | 68.00 % | $381.74 |
| 240 | 50000839 | 50 TON CRANE UNIT - 8 HR MINIMUM | 1 | N | EA | $2,500.00 | 60.00 % | $1,000.00 |
| 250 | 50000960 | 1-3/4" FTGE CHRG 0-3500 PSI | 11,680 | N | FT | $1.15 | 65.00 % | $4,701.20 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Invoice Number: | | | 90079456 | | | |
| | | | Invoice Date: | | | 03/13/2020 | | | |

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 260 | 50000967 | 1-3/4" ABR/CORR FTG CHRG 0-3500 PSI | 11,680 | N | FT | $0.95 | 70.00% | $3,328.80 |
| 270 | 50001241 | DFP W CENT 1330HHP OR EQ ADD HR0-3500PSI | 5 | N | HR | $500.00 | 60.00% | $1,000.00 |
| 280 | 50001237 | DFP W CEN 1330HHP OR EQ 8HR MIN0-3500PSI | 1 | N | EA | $4,000.00 | 60.00% | $1,600.00 |
| 290 | 50001140 | NU 0-3000 SCF/MIN  ADD HR 0-3500PSI | 5 | N | HR | $368.75 | 60.00% | $737.50 |
| 300 | 50001137 | NU 0-3000 SCF/MIN  8HR MIN 0-3500PSI | 1 | N | EA | $2,950.00 | 60.00% | $1,180.00 |
| 310 | 10010117 | CHEM GLYCOL ETHER | 68 | N | GAL | $79.55 | 68.00% | $1,731.01 |
| 320 | 10010129 | CHEM CORROSION INHIBITOR XC PROTECTANT | 5 | N | GAL | $56.00 | 60.00% | $112.00 |
| 330 | 10004873 | CHEM SODA ASH CJ796 | 100 | N | LB | $1.60 | 60.00% | $64.00 |
| 340 | 50007159 | CHEM AGENT IRON SEQ ICA-5 CJ209 | 27 | N | EA | $26.40 | 0.00% | $712.80 |
| 350 | 50001151 | NITROGEN TRANSPORT | 8 | N | EA | $190.00 | 45.00% | $836.00 |
| 360 | 50000880 | SUBSISTANCE | 7 | N | EA | $250.00 | 40.00% | $1,050.00 |
| 370 | 50000872 | FIELD SUPERVISOR | 2 | N | EA | $2,500.00 | 80.00% | $1,000.00 |

Remit To:
NexTier Completion Solutions
P.O. Box 733404
Dallas, TX 75373-3404

Payment Terms: Up to 04/12/2020 without deduction

District:   Laurel MS Coiled Tubing

Service Line:   Coiled Tubing

| | |
|---|---|
| Invoice Subtotal | $57,206.66 |
| Total Freight | $0.00 |
| Taxable | $0.00 |
| Total Tax | $0.00 |
| Total | $57,206.66 |

# NEXTIER

| | | | |
|---|---|---|---|
| **Customer:** | SKLAR EXPLORATION CO, LLC | **Field Ticket No:** | T-AC4-427-C9D6 |
| **Customer Field Rep:** | Mr. John G. Vittitow | **Service District:** | Laurel, MS |
| **Well Name:** | CEDAR CREEK LAND & TIMBER 35-13 #1 - 1 | **Service Line:** | Colled Tubing |
| **Field:** | | **Date:** | 03/11/20 |
| **County, State:** | CONECUH, AL | **Sales Representative:** | Shane J Fortenberry |
| **API Number:** | 0103520345 | **District Representative:** | David Clinton Welborn |
| **Job Type:** | CT-ACID MATRIX | **C&J Field Representative:** | Brandon Giovengo |
| **CT Unit:** | CTU-17 | | |

## Equipment/Services Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50000944 | 1-3/4 CTU 8 HR MIN 0-3500 PSI | 1 | $14,000.00 | EA | 60.00% | $5,600.00 | $5,600.00 |
| 50000960 | 1-3/4 FTGE CHRG 0-3500 PSI | 11680 | $1.15 | ft | 65.00% | $0.40 | $4,701.20 |
| 50000948 | 1-3/4 CTU HRLY CHRG 0-3500 PSI | 5 | $1,700.00 | hrs | 60.00% | $680.00 | $3,400.00 |
| 50000967 | 1-3/4 ABR/CORR FTG CHRG 0-3500 PSI | 11680 | $0.95 | ft | 70.00% | $0.28 | $3,328.80 |
| 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 900 | $6.50 | EA | 55.00% | $2.93 | $2,632.50 |
| 50000883 | MOB TRACTOR / TRAILER (> 80,000 LBS) | 600 | $8.00 | EA | 55.00% | $3.60 | $2,160.00 |
| 50001237 | DFP W CEN 1330HHP OR EQ 8HR MIN0-3500PSI | 1 | $4,000.00 | EA | 60.00% | $1,600.00 | $1,600.00 |
| 50001137 | NU 0-3000 SCF/MIN 8HR MIN 0-3500PSI | 1 | $2,950.00 | EA | 60.00% | $1,180.00 | $1,180.00 |
| 50000880 | SUBSISTANCE | 7 | $250.00 | EA | 40.00% | $150.00 | $1,050.00 |
| 50000872 | FIELD SUPERVISOR | 2 | $2,500.00 | EA | 80.00% | $500.00 | $1,000.00 |
| 50001241 | DFP W CENT 1330HHP OR EQ ADD HR0-3500PSI | 5 | $500.00 | hrs | 60.00% | $200.00 | $1,000.00 |
| 50000839 | 50 TON CRANE UNIT - 8 HR MINIMUM | 1 | $2,500.00 | EA | 60.00% | $1,000.00 | $1,000.00 |
| 50001059 | B.O.P. REDRESS/PER B.O.P. | 1 | $2,750.00 | EA | 65.00% | $962.50 | $962.50 |
| 50001151 | NITROGEN TRANSPORT | 8 | $190.00 | EA | 45.00% | $104.50 | $836.00 |
| 50001140 | NU 0-3000 SCF/MIN ADD HR 0-3500PSI | 5 | $368.75 | hrs | 60.00% | $147.50 | $737.50 |
| 50000884 | MOBILIZATION BOBTAIL UNIT | 300 | $5.00 | EA | 55.00% | $2.25 | $675.00 |
| 50000840 | 50 TON CRANE UNIT - ADD HRS | 5 | $312.50 | hrs | 60.00% | $125.00 | $625.00 |
| 50000886 | MOBILIZATION AUTO / CREW TRUCK | 300 | $4.10 | EA | 55.00% | $1.85 | $553.50 |
| 50001070 | HIGH VELOCITY WASH NOZZLE | 1 | $1,200.00 | Days | 60.00% | $480.00 | $480.00 |

# NEXTIER

## Equipment/Services Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|--------|-------------|-----|-------|-----|----------|----------------|-----------|
| 50000889 | ACID TRANSPORT | 4 | $235.00 | hrs | 55.00% | $105.75 | $423.00 |
| 50001073 | DATA AQUISTION | 1 | $1,500.00 | Days | 72.00% | $420.00 | $420.00 |
| 50001060 | HYDRAULIC STRIPPER RUBBER INSERT | 1 | $415.00 | EA | 50.00% | $207.50 | $207.50 |
| 50001068 | BACK PRESSURE VALVE | 1 | $450.00 | Days | 60.00% | $180.00 | $180.00 |
| | | | | | | Subtotal: | $34,782.50 |

## 3rd Party/Pass Through/Miscellaneous Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|--------|-------------|-----|-------|-----|----------|----------------|-----------|
| 50001086 | MOBILIZATION OVERWEIGHT PERMITS | 2 | $450.00 | EA | 0.00% | $450.00 | $900.00 |
| 50002116 | CHEM AGENT IRON SEQ ICA-5 CJ209 | 27 | $26.40 | EA | 0.00% | $26.40 | $712.80 |
| 50002116 | Safety Shower & Eye Wash Station (OSHA Required) | 1 | $250.00 | EA | 0.00% | $250.00 | $250.00 |
| | | | | | | Subtotal: | $1,862.80 |

## Nitrogen/Acid/Products/Pipe Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|--------|-------------|-----|-------|-----|----------|----------------|-----------|
| 10004638 | NITROGEN BULK | 3940 | $4.75 | scf | 70.00% | $1.42 | $5,614.50 |
| 10004490 | CHEM CORROSION INHIBITOR ACID CI-3 CJ920 | 74 | $210.00 | gal US | 68.00% | $67.20 | $4,972.80 |
| 10004506 | CHEM ACID 15% HCL HC-15 CJ9115 | 2700 | $4.30 | gal US | 64.00% | $1.55 | $4,179.60 |
| 10010110 | CHEM CORROSION INHIBITOR AI-F | 108 | $70.55 | gal US | 68.00% | $22.58 | $2,438.21 |
| 10010117 | CHEM GLYCOL ETHER | 68 | $79.55 | gal US | 68.00% | $25.46 | $1,731.01 |
| 10004890 | CHEM H2S SCAVENGER HS-1 | 27 | $51.50 | gal US | 60.00% | $20.60 | $556.20 |
| 10004526 | CHEM AGENT IRON SEQ CITRIC ACID ICA-2 | 27 | $62.65 | gal US | 68.00% | $20.05 | $541.30 |
| 10004484 | CHEM SURFACTANT DEMUL NON-IONIC SU-2 | 11 | $108.45 | gal US | 68.00% | $34.70 | $381.74 |
| 10010129 | CHEM CORROSION INHIBITOR XC PROTECTANT | 5 | $56.00 | gal US | 60.00% | $22.40 | $112.00 |
| 10004873 | CHEM SODA ASH CJ796 | 100 | $1.60 | lb | 60.00% | $0.64 | $64.00 |
| | | | | | | Subtotal: | $20,591.36 |

| | |
|---|---|
| **Discounted Total Estimated Charges** | **$57,206.86** |

This is a cost estimate only. Actual charges are to based on equipment, chemicals, materials, and personnel required to complete the job. Amounts quoted herein do not reflect any applicable sales, use, excise, well services, gross receipts or other taxes, which shall be included on the final invoice for the job. The undersigned hereby acknowledges that, in the absence of a signed Master Service Agreement or a similar, mutually-executed contract, all services and goods provided by C&J Spec-Rent Services, Inc. (including its affiliates, "C&J") to the undersigned are subject to C&J's Standard Terms & Conditions, which may be viewed in their entirety at
https://cjenergy.com/resources/contractors-standard-terms-conditions/.

# NexTier

Kenny Copeland   3/11/20

Customer Representative

**Kenny Copeland**

Customer Printed Name

03/11/20

Date

**Invoice**

# NexTier

NexTier Completion Solutions
3990 Rogerdale Rd.
Houston TX 77042

| | |
|---|---|
| **Invoice Number:** | 90079465 |
| **Purchase order no:** | |
| **Invoice Date:** | 03/13/2020 |
| **Field Ticket Number:** | T33D44FA170 |
| **Service Date:** | 03/12/2020 |
| **Well:** | #1 WI |
| **Lease:** | CRAFT-RALLS 5-8 #1 - #1 WI |
| **County:** | CONECUH |
| **State:** | AL |

**Bill To:** SKLAR EXPLORATION CO, LLC
401 EDWARDS ST, STE 1601
SHREVEPORT LA US 71101
**Attn:**

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 20 | 50001137 | NU 0-3000 SCF/MIN 8HR MIN 0-3500PSI | 1 | N | EA | $2,950.00 | 60.00 % | $1,180.00 |
| 30 | 10004638 | NITROGEN BULK | 550 | N | SCF | $4.75 | 70.00 % | $783.75 |
| 40 | 50000880 | SUBSISTANCE | 2 | N | EA | $250.00 | 40.00 % | $300.00 |
| 50 | 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 25 | N | EA | $6.50 | 55.00 % | $73.13 |
| 60 | 50000886 | MOBILIZATION AUTO / CREW TRUCK | 50 | N | EA | $4.10 | 55.00 % | $92.25 |
| 70 | 50000872 | FIELD SUPERVISOR | 1 | N | EA | $2,500.00 | 80.00 % | $300.00 |

Remit To:
NexTier Completion Solutions
P.O. Box 733404
Dallas, TX 75373-3404
Payment Terms: Up to 04/12/2020 without deduction

| | |
|---|---|
| **Invoice Subtotal** | $2,929.13 |
| **Total Freight** | $0.00 |
| **Taxable** | $0.00 |
| **Total Tax** | $0.00 |
| **Total** | $2,929.13 |

District:  Laurel MS Coiled Tubing

Service Line:  Coiled Tubing

# NEXTIER

| | | | |
|---|---|---|---|
| **Customer:** | SKLAR EXPLORATION CO, LLC | **Field Ticket No:** | T-33D-44F-A170 |
| **Customer Field Rep:** | | **Service District:** | Laurel, MS |
| **Well Name:** | CRAFT-RALLS 5-8 #1 - #1 WI | **Service Line:** | Coiled Tubing |
| **Field:** | | **Date:** | 03/12/20 |
| **County, State:** | CONECUH, AL | **Sales Representative:** | Kevin Andrew Gooch |
| **API Number:** | 0103520159 | **District Representative:** | Shane J Fortenberry |
| **Job Type:** | CT-N2 ONLY(WELL) | **C&J Field Representative:** | Brandon Giovengo |
| **CT Unit:** | CT-PUMPS ONLY | | |

## Equipment/Services Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50001137 | NU 0-3000 SCF/MIN 8HR MIN 0-3500PSI | 1 | $2,950.00 | EA | 60.00% | $1,180.00 | $1,180.00 |
| 50000872 | FIELD SUPERVISOR | 1 | $2,500.00 | EA | 80.00% | $500.00 | $500.00 |
| 50000880 | SUBSISTANCE | 2 | $250.00 | EA | 40.00% | $150.00 | $300.00 |
| 50000886 | MOBILIZATION AUTO / CREW TRUCK | 50 | $4.10 | EA | 55.00% | $1.85 | $92.25 |
| 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 25 | $6.50 | EA | 55.00% | $2.93 | $73.13 |
| | | | | | | **Subtotal:** | $2,145.38 |

## Nitrogen/Acid/Products/Pipe Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 10004638 | NITROGEN BULK | 550 | $4.75 | scf | 70.00% | $1.42 | $783.75 |
| | | | | | | **Subtotal:** | $783.75 |

| **Discounted Total Estimated Charges** | $2,929.13 |
|---|---|

This is a cost estimate only. Actual charges are to based on equipment, chemicals, materials, and personnel required to complete the job. Amounts quoted herein do not reflect any applicable sales, use, excise, well services, gross receipts or other taxes, which shall be included on the final invoice for the job. The undersigned hereby acknowledges that, in the absence of a signed Master Service Agreement or a similar, mutually-executed contract, all services and goods provided by C&J Spec-Rent Services, Inc. (including its affiliates, "C&J") to the undersigned are subject to C&J's Standard Terms & Conditions, which may be viewed in their entirety at
https://cjenergy.com/resources/contractors-standard-terms-conditions/.

J-3549
20107339
7000100816
25010940

_Ken Copeland_  2/18/20                03/12/20

Customer Representative                                    Date

**Kenny Copeland**

Customer Printed Name

Confidential                          Ticket Tracking #: T-33D-44F-A170                          1

NexTier Completion Solutions
3990 Rogerdale Rd.
Houston TX 77042

# Invoice

# NEXTIER

| | |
|---|---|
| Invoice Number: | 90081582 |
| Purchase order no: | 25011083 |
| Invoice Date: | 03/20/2020 |
| Field Ticket Number: | T4D4503C9CB |
| Service Date: | 03/14/2020 |
| Well: | 1 |
| Lease: | THOMASSON 33-12 #1 - 1 |
| County: | CONECUH |
| State: | AL |

Bill To: SKLAR EXPLORATION CO, LLC
401 EDWARDS ST, STE 1601
SHREVEPORT LA US 71101

Attn:

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 20 | 50000944 | 1-3/4" CTU 8 HR MIN 0-3500 PSI | 1 | N | EA | $14,000.00 | 60.00 % | $5,600.00 |
| 30 | 50000948 | 1-3/4" CTU HRLY CHRG 0-3500 PSI | 5 | N | HR | $1,700.00 | 60.00 % | $3,400.00 |
| 40 | 50000840 | 50 TON CRANE UNIT - ADD HRS | 5 | N | HR | $312.50 | 60.00 % | $625.00 |
| 50 | 50001060 | HYDRAULIC STRIPPER RUBBER INSERT | 1 | N | EA | $415.00 | 50.00 % | $207.50 |
| 60 | 50001059 | B.O.P. REDRESS/PER B.O.P. | 1 | N | EA | $2,750.00 | 65.00 % | $962.50 |
| 70 | 50001073 | DATA AQUISTION | 1 | N | DAY | $1,500.00 | 72.00 % | $420.00 |
| 80 | 50001070 | HIGH VELOCITY WASH NOZZLE | 1 | N | DAY | $1,200.00 | 60.00 % | $480.00 |
| 90 | 50001068 | BACK PRESSURE VALVE | 1 | N | DAY | $450.00 | 60.00 % | $180.00 |
| 100 | 50000886 | MOBILIZATION AUTO / CREW TRUCK | 300 | N | EA | $4.10 | 55.00 % | $553.50 |
| 110 | 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 600 | N | EA | $6.50 | 55.00 % | $1,755.00 |
| 120 | 10004638 | NITROGEN BULK | 4,020 | N | SCF | $4.75 | 70.00 % | $5,728.50 |
| 130 | 50000889 | ACID TRANSPORT | 8 | N | HR | $235.00 | 55.00 % | $846.00 |
| 140 | 50002116 | Safety Shower & Eye Wash Station (OSHA R | 1 | N | EA | $250.00 | 0.00 % | $250.00 |
| 150 | 10004506 | CHEM ACID 15% HCL HC-15 CJ9115 | 4,000 | N | GAL | $4.30 | 64.00 % | $6,192.00 |
| 160 | 10004490 | CHEM CORROSION INHIBIT ACID CI-3 CJ9203 | 110 | N | GAL | $210.00 | 68.00 % | $7,392.00 |
| 170 | 10010110 | CHEM CORROSION INHIBITOR AI-F | 160 | N | GAL | $70.55 | 68.00 % | $3,612.16 |
| 180 | 10004890 | CHEM H2S SCAVENGER HS-1 | 40 | N | GAL | $51.50 | 60.00 % | $824.00 |
| 190 | 10004526 | CHEM AGENT IRON SEQ CITRIC ACID ICA-2 | 40 | N | GAL | $62.65 | 68.00 % | $801.92 |
| 200 | 10004484 | CHEM SURFACTANT DEMUL NON-IONIC SU-2 | 16 | N | GAL | $108.45 | 68.00 % | $555.26 |
| 210 | 50000839 | 50 TON CRANE UNIT - 8 HR MINIMUM | 1 | N | EA | $2,500.00 | 60.00 % | $1,000.00 |
| 220 | 50000960 | 1-3/4" FTGE CHRG 0-3500 PSI | 13,430 | N | FT | $1.15 | 65.00 % | $5,405.57 |
| 230 | 50000967 | 1-3/4" ABR/CORR FTG CHRG 0-3500 PSI | 11,730 | N | FT | $0.95 | 70.00 % | $3,343.05 |
| 240 | 50001241 | DFP W CENT 1330HHP OR EQ ADD HR0-3500PSI | 5 | N | HR | $500.00 | 60.00 % | $1,000.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | **Invoice Number:** | | 90081582 | | |
| | | | | **Invoice Date:** | | 03/20/2020 | | |

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 250 | 50001237 | DFP W CEN 1330HHP OR EQ 8HR MIN 0-3500PSI | 1 | N | EA | $4,000.00 | 60.00 % | $1,600.00 |
| 260 | 50001140 | NU 0-3000 SCF/MIN ADD HR 0-3500PSI | 5 | N | HR | $368.75 | 60.00 % | $737.50 |
| 270 | 50001137 | NU 0-3000 SCF/MIN 8HR MIN 0-3500PSI | 1 | N | EA | $2,950.00 | 60.00 % | $1,180.00 |
| 280 | 10010117 | CHEM GLYCOL ETHER | 100 | N | GAL | $79.55 | 68.00 % | $2,545.60 |
| 290 | 10010129 | CHEM CORROSION INHIBITOR XC PROTECTANT | 5 | N | GAL | $56.00 | 60.00 % | $112.00 |
| 300 | 10004873 | CHEM SODA ASH CJ796 | 100 | N | LB | $1.60 | 60.00 % | $64.00 |
| 310 | 50002116 | CHEM AGENT IRON SEQ ICA-5 CJ209 | 40 | N | EA | $26.40 | 0.00 % | $1,056.00 |
| 320 | 50001151 | NITROGEN TRANSPORT | 8 | N | EA | $190.00 | 45.00 % | $836.00 |
| 330 | 50000880 | SUBSISTANCE | 14 | N | EA | $250.00 | 40.00 % | $2,100.00 |
| 340 | 50000872 | FIELD SUPERVISOR | 2 | N | EA | $2,500.00 | 80.00 % | $1,000.00 |

Remit To:
NexTier Completion Solutions
P.O. Box 733404
Dallas, TX 75373-3404

Payment Terms: Up to 04/19/2020 without deduction

District:   Laurel MS Coiled Tubing

Service Line:   Coiled Tubing

| | |
|---|---|
| **Invoice Subtotal** | $62,365.06 |
| **Total Freight** | $0.00 |
| **Taxable** | $0.00 |
| **Total Tax** | $0.00 |
| **Total** | $62,365.06 |

# NEXTIER

| | | | |
|---|---|---|---|
| **Customer:** | SKLAR EXPLORATION CO, LLC | **Field Ticket No:** | T-4D4-503-C9CB |
| **Customer Field Rep:** | Mr. John G. Vittitow | **Service District:** | Laurel, MS |
| **Well Name:** | THOMASSON 33-12 #1 - 1 | **Service Line:** | Colled Tubing |
| **Field:** | | **Date:** | 03/14/20 |
| **County, State:** | CONECUH, AL | **Sales Representative:** | Shane J Fortenberry |
| **API Number:** | 0103520309 | **District Representative:** | David Clinton Welborn |
| **Job Type:** | CT-ACID MATRIX | **C&J Field Representative:** | Christopher Green |
| **CT Unit:** | CTU-17 | | |

## Equipment/Services Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50000944 | 1-3/4 CTU 8 HR MIN 0-3500 PSI | 1 | $14,000.00 | EA | 60.00% | $5,600.00 | $5,600.00 |
| 50000960 | 1-3/4 FTGE CHRG 0-3500 PSI | 13430 | $1.15 | ft | 65.00% | $0.40 | $5,405.58 |
| 50000948 | 1-3/4 CTU HRLY CHRG 0-3500 PSI | 5 | $1,700.00 | hrs | 60.00% | $680.00 | $3,400.00 |
| 50000967 | 1-3/4 ABR/CORR FTG CHRG 0-3500 PSI | 11730 | $0.95 | ft | 70.00% | $0.28 | $3,343.05 |
| 50000880 | SUBSISTANCE | 14 | $250.00 | EA | 40.00% | $150.00 | $2,100.00 |
| 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 600 | $6.50 | EA | 55.00% | $2.93 | $1,755.00 |
| 50001237 | DFP W CEN 1330HHP OR EQ 8HR MIN0-3500PSI | 1 | $4,000.00 | EA | 60.00% | $1,600.00 | $1,600.00 |
| 50001137 | NU 0-3000 SCF/MIN 8HR MIN 0-3500PSI | 1 | $2,950.00 | EA | 60.00% | $1,180.00 | $1,180.00 |
| 50001241 | DFP W CENT 1330HHP OR EQ ADD HR0-3500PSI | 5 | $500.00 | hrs | 60.00% | $200.00 | $1,000.00 |
| 50000872 | FIELD SUPERVISOR | 2 | $2,500.00 | EA | 80.00% | $500.00 | $1,000.00 |
| 50000839 | 50 TON CRANE UNIT - 8 HR MINIMUM | 1 | $2,500.00 | EA | 60.00% | $1,000.00 | $1,000.00 |
| 50001059 | B.O.P. REDRESS/PER B.O.P. | 1 | $2,750.00 | EA | 65.00% | $962.50 | $962.50 |
| 50000889 | ACID TRANSPORT | 8 | $235.00 | hrs | 55.00% | $105.75 | $846.00 |
| 50001151 | NITROGEN TRANSPORT | 8 | $190.00 | EA | 45.00% | $104.50 | $836.00 |
| 50001140 | NU 0-3000 SCF/MIN ADD HR 0-3500PSI | 5 | $368.75 | hrs | 60.00% | $147.50 | $737.50 |
| 50000840 | 50 TON CRANE UNIT - ADD HRS | 5 | $312.50 | hrs. | 60.00% | $125.00 | $625.00 |
| 50000886 | MOBILIZATION AUTO / CREW TRUCK | 300 | $4.10 | EA | 55.00% | $1.85 | $553.50 |
| 50001070 | HIGH VELOCITY WASH NOZZLE | 1 | $1,200.00 | Days | 60.00% | $480.00 | $480.00 |
| 50001073 | DATA AQUISTION | 1 | $1,500.00 | Days | 72.00% | $420.00 | $420.00 |
| 50001060 | HYDRAULIC STRIPPER RUBBER INSERT | 1 | $415.00 | EA | 50.00% | $207.50 | $207.50 |

Confidential

J-3248
20108862
7000102215
25011083

Ticket Tracking #: T-4D4-503-C9CB

1

# NexTier

## Equipment/Services Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|--------|-------------|-----|-------|-----|----------|----------------|-----------|
| 50001068 | BACK PRESSURE VALVE | 1 | $450.00 | Days | 60.00% | $180.00 | $180.00 |
| | | | | | | **Subtotal:** | **$33,231.63** |

## 3rd Party/Pass Through/Miscellaneous Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|--------|-------------|-----|-------|-----|----------|----------------|-----------|
| 50002116 | CHEM AGENT IRON SEQ ICA-5 CJ209 | 40 | $26.40 | EA | 0.00% | $26.40 | $1,056.00 |
| 50002116 | Safety Shower & Eye Wash Station (OSHA Required) | 1 | $250.00 | EA | 0.00% | $250.00 | $250.00 |
| | | | | | | **Subtotal:** | **$1,306.00** |

## Nitrogen/Acid/Products/Pipe Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|--------|-------------|-----|-------|-----|----------|----------------|-----------|
| 10004490 | CHEM CORROSION INHIBITOR ACID CI-3 CJ920 | 110 | $210.00 | gal US | 68.00% | $67.20 | $7,392.00 |
| 10004506 | CHEM ACID 15% HCL HC-15 CJ9115 | 4000 | $4.30 | gal US | 64.00% | $1.55 | $6,192.00 |
| 10004698 | NITROGEN BULK | 4020 | $4.75 | scf | 70.00% | $1.42 | $5,728.50 |
| 10010110 | CHEM CORROSION INHIBITOR AI-F | 160 | $70.55 | gal US | 68.00% | $22.58 | $3,612.16 |
| 10010117 | CHEM GLYCOL ETHER | 100 | $79.55 | gal US | 68.00% | $25.46 | $2,545.60 |
| 10004890 | CHEM H2S SCAVENGER HS-1 | 40 | $51.50 | gal US | 60.00% | $20.60 | $824.00 |
| 10004526 | CHEM AGENT IRON SEQ CITRIC ACID ICA-2 | 40 | $62.65 | gal US | 68.00% | $20.05 | $801.92 |
| 10004484 | CHEM SURFACTANT DEMUL NON-IONIC SU-2 | 16 | $108.45 | gal US | 68.00% | $34.70 | $555.26 |
| 10010129 | CHEM CORROSION INHIBITOR XC PROTECTANT | 5 | $56.00 | gal US | 60.00% | $22.40 | $112.00 |
| 10004873 | CHEM SODA ASH CJ796 | 100 | $1.60 | lb | 60.00% | $0.64 | $64.00 |
| | | | | | | **Subtotal:** | **$27,827.44** |

| | |
|---|---|
| **Discounted Total Estimated Charges** | **$62,365.07** |

This is a cost estimate only. Actual charges are based on equipment, chemicals, materials, and personnel required to complete the job. Amounts quoted herein do not reflect any applicable sales, use, excise, well services, gross receipts or other taxes, which shall be included on the final invoice for the job. The undersigned hereby acknowledges that, in the absence of a signed Master Service Agreement or a similar, mutually-executed contract, all services and goods provided by C&J Spec-Rent Services, Inc. (including its affiliates, "C&J") to the undersigned are subject to C&J's Standard Terms & Conditions, which may be viewed in their entirety at

https://cjenergy.com/resources/contractors-standard-terms-conditions/.

03/14/20

_Customer Representative_                                    Date

**KENNY COPELAND**
Customer Printed Name

NexTier Completion Solutions
3990 Rogerdale Rd.
Houston TX 77042

## Invoice
# NexTier

| Invoice Number: | 90083265 |
| Purchase order no: | WD8275 |
| Invoice Date: | 04/01/2020 |
| Service Date: | 03/18/2020 |
| Well: | #5-1 |
| Lease: | CORWIN #5-1 |
| County: | PHILLIPS |
| State: | MT |

Bill To: SKLAR EXPLORATION CO, LLC
401 EDWARDS ST, STE 1601
SHREVEPORT LA US 71101

Attn:

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|------|----------|-------------|-----|-----|-----|-----------|----------|-------|
| 20 | 50001499 | WIRELINE SERVICE CHURG 0-200 - TRIP | 1 | N | EA | $3,374.12 | 0.00 % | $3,374.12 |
| 30 | 50001535 | LAND - PACK OFF  0 1.5K | 1 | N | DAY | $674.82 | 0.00 % | $674.82 |
| 40 | 50001579 | SECTOR BOND/GR/CCL DEPTH 3400FT | 1 | N | FT | $3,632.80 | 0.00 % | $3,632.80 |
| 50 | 50001582 | SECTOR BOND/GR/CCL - OPER. 3400FT | 1 | N | FT | $3,632.80 | 0.00 % | $3,632.80 |
| 60 | 50001756 | PERF DEPLOY 10-14' DEPTH 12371FT | 1 | N | FT | $5,843.78 | 0.00 % | $5,843.78 |
| 70 | 50001757 | PERF DEPLOY 10-14' OPER - TRIP | 4 | N | EA | $2,969.23 | 0.00 % | $11,876.92 |
| 80 | 50001710 | JB/GR OPER | 3 | N | RUN | $742.31 | 0.00 % | $2,226.93 |
| 90 | 50001707 | JB/GR DEPTH 9100 ft | 1 | N | FT | $3,479.82 | 0.00 % | $3,479.82 |
| 100 | 50002147 | SLOW SET POWER CHARGE | 4 | N | STG | $674.82 | 0.00 % | $2,699.28 |
| 110 | 50001721 | CEM RET DEPTH 12150FT | 1 | N | FT | $5,466.07 | 0.00 % | $5,466.07 |
| 120 | 50001723 | CEM RET-MIN | 4 | N | EA | $2,672.31 | 0.00 % | $10,689.24 |
| 130 | 50001503 | STAND-BY TIME-CREW | 2 | N | HR | $404.90 | 0.00 % | $809.80 |

# EXHIBIT A

UPS
4-6-2020
SK

| | | | | | | Invoice Number: | 90083265 |
| | | | | | | Invoice Date: | 04/01/2020 |

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|------|----------|-------------|-----|-----|-----|-----------|----------|-------|
| 140 | 50001504 | STAND-BY TIME-WRLN UNIT | 2 | N | HR | $404.90 | 0.00 % | $809.80 |
| 150 | 50001515 | HOT SHOT OF EQUIPMENT 2492 MI | 1 | N | MI | $7,567.47 | 0.00 % | $7,567.47 |
| 160 | 50001515 | HOT SHOT OF EQUIPMENT1230 MI | 1 | N | MI | $3,735.14 | 0.00 % | $3,735.14 |
| 170. | 50001515 | HOT SHOT OF EQUIPMENT 1246MI | 1 | N | MI | $3,783.73 | 0.00 % | $3,783.73 |
| 180 | 50001709 | JB/GR-MIN | 9 | N | EA | $2,267.41 | 0.00 % | $20,406.69 |
| 190 | 50001710 | JB/GR OPER | 9 | N | RUN | $742.31 | 0.00 % | $6,680.79 |

Remit To:
NexTier Completion Solutions
P.O. Box 733404
Dallas, TX 75373-3404
Payment Terms: Up to 04/30/2020 without deduction

District:   Williston ND Deuce Wireline

Service Line:   Wireline

| | |
|---|---|
| Invoice Subtotal | $97,390.00 |
| Total Freight | $0.00 |
| Taxable | $0.00 |
| Total Tax | $0.00 |
| Total | $97,390.00 |

**C&J ENERGY SERVICES**

| | |
|---|---|
| Rev. 042619 A | WD0225 |
| | 1 of 1 |
| | DATE 03/18/2020 |

| | | |
|---|---|---|
| CUSTOMER | COMPANY | SKLAR EXPLORATION CO, LLC |
| FURNISHED | LEASE | CORWIN #6-1 |
| LEAD&WELL | LEGAL LOCATION | 0  25071 28334  Williston Basin |
| INFORMATION | FIELD | 0 |
| | | PARISH/COUNTY  PHILLIPS  STATE  MT |

CUSTOMER NAME: SKLAR EXPLORATION CO, LLC

SKLAR HAULING ACCOUNT#

X   Thank you for using Casedhole Solutions!   Total runs, all pages   17

| PERF INTERVAL | OPERATION | ITEM | QUAN | UNIT PRICE | DISC | NET PRICE | AMOUNT | PSI |
|---|---|---|---|---|---|---|---|---|
| | Wireline Sch'ce Chrg 0200 | Per Trip | 1 | 3080 | -0.125 | 2672 | 2924.12 | Pipe |
| | Load -#v'a DE @ 3.8K | Per Day | 3 | 568 | -0.125 | 574.5 | 674.62 | Psa |
| | | | | | | | | |
| | Perf'd Chrg-DCL/CCL-depth | Per Foot | 3400 | 0.25 | -0.125 | 1.066 | 3632.80 | |
| | Perf'n Chrg SCH/CCL - Dead | Per Foot | 3400 | 0.30 | -0.125 | 1.005 | 3632.80 | |
| | Perf Deploy 10-14' Guns | Per Trip | 4 | 2640 | -0.125 | 2990 | 11876.97 | |
| | Perf Deploy 10-14' depth | Per Foot | 13271 | 0.42 | -0.125 | 0.472 | 5962.72 | |
| | AUGR Chrd | Per Run | 3 | 600 | -0.125 | 742.3 | 2226.90 | |
| | JUNK Chrg'n | Per Foot | 2100 | 0.34 | -0.125 | 0.382 | 3478.94 | |
| laD | Gun Set Hour Charge | Each | 4 | 600 | -0.125 | 674.6 | 2699.90 | |
| | Gba Set Perb | Per Foot | 13160 | 0.1 | -0.125 | 0.45 | 5456.08 | |
| | Centralizers | Mis | 4 | 2375 | -0.125 | 2672 | 10689.92 | |
| | Stand-by Time-min p'd | Per Hour | 2 | 360 | -0.125 | 404.8 | 809.73 | |
| | Stand-by Time-min'd | Per Hour | 2 | 360 | -0.125 | 404.8 | 809.78 | |
| | Hot-Sh'd of optional | Per Mile | 2460 | 2.7 | -0.125 | 3.037 | 7987.44 | |
| | Hot-Sh'd of optional | Per Mile | 1230 | 2.7 | -0.125 | 3.037 | 3735.35 | |
| | | | | | | | | |
| | Hot-Sh'd of optional | Per Mile | 1248 | 2.7 | -0.125 | 3.037 | 3793.74 | |
| 8" MAGNET | JUNK Mis | Mis | 9 | 2035 | -0.125 | 2257 | 20409.09 | |
| 8" MAGNET | JUGR Chrs | Per Run | 9 | 660 | -0.125 | 742.3 | 6600.76 | |

STANDARD PRICING

| | |
|---|---|
| TOTAL OF BOOK PRICE | 86591.42 |
| TOTAL DISCOUNT | -10788.56 |
| TOTAL DISCOUNT PERCENTAGE | -12.47% |
| ESTIMATED TOTAL CHARGE PAGE 1 | $97,360.00 |

Runs for this job made in March were 17

Was catering provided by Casedhole Solutions?  NO

X  *John Vititow*

Moresberg, Thomas Joseph

20114424

25011635

90083265

PERF DEPTH DATUM  GROUND LEVEL

| Fluid Type | Fluid Weight | Fluid Level |
|---|---|---|

Bottom Hole Temperature  Degrees F

WIRELINE ENGINEER: JOHN VITITOW

| | |
|---|---|
| Moresberg, Thomas Joseph | Crew 1 |
| | Crew 2 |
| | Crew 3 |
| | Crew 4 |
| | Crew 5 |
| | Crew 6 |

Moresberg, Thomas Joseph

| | | | | |
|---|---|---|---|---|
| C&J ENERGY | Rev.0\$2518 A | | WO#6276 | 1 of 1 |
| | | | | DATE 03/27/2020 |

| CUSTOMER | COMPANY | SKLAR EXPLORATION CO, LLC | | |
|---|---|---|---|---|
| PURCHASER | LEASE | CORWIN #5-1 | WELL NUMBER 0 | |
| LEASE/WELL | LEASE LOCATION | 0 | | |
| INFORMATION | FIELD | 0 | RAND COUNTY PHILLIPS | STATE MI |

CUSTOMER NAME   SKLAR EXPLORATION CO, LLC

Thank you for using
Casadhela Solutions!    Total runs, all pages    1

HOLE SIZE 25

| UNIT NO. | PERF. INTERVAL | FLUID LENGTH | OPERATION | ITEM | QUAN. | PSI | AMOUNT | PSI |
|---|---|---|---|---|---|---|---|---|
| 1 | | | Service Charge | | 1 | 25000 | 25000 | Rig |
| | | | Mob de & Freight | | 1 | 1000 | 1000 | Pad |
| | | | ACRl | | 1 | 4200 | 4,200 | |
| | | | Squeeze Saves | | 5 | 4000 | 16,000 | |
| | | | CTCR w/CB | | 4 | 5000 | 20,000 | |
| | Lubricator | | Hot Shot Crew R.S. | | 1 | 5000 | 5,000 | |
| Cureferance/Penterna | | | Hot Six Iron w/Nitro | | 3 | 1000 | 3,000 | |
| | | | Magnet Tool Rental | | 4 | 1375 | 5500 | |
| | | | 8" Magnet Runs | | 9 | 2000 | 18,000 | |
| 3/20, 3/21, 3/22, 3,25 | | | Stand by on Location | | 2 | 500 | 1,000 | |
| | | | Stand-by 12 hours 2x | | 4 | 4000 | 16,000 | |
| | | | Hot Shot Return Lube | | 1 | 3240 | 3,240 | |

STANDARD PRICING   $77,340.00

TOTAL OF WORK PRICE

TOTAL DISCOUNT

TOTAL DISCOUNT PERCENTAGE

ESTIMATED TOTAL CHARGE PAGE 1/1   $27,590.00

Runs for this job made in November were 1

John Vittitow

Was catering provided by Casadhela Solutions?   NO

Mossberg, Thomas Joseph

| AUTH. | HOURS | TYPE | RATE | | PERM. DEPTH DATUM | GROUND LEVEL | ELEV. | ELEV.KO | |
|---|---|---|---|---|---|---|---|---|---|
| | | Crew 1 | | | | | | | |
| | | Casing 2 | | | Fluid Type | Fluid Weight | Fluid Level | ABOVE PERMANENM | ft |
| | | Tubing | | | | Kg/gal | | | |
| | | Liner | | | | | feet | Did/did doing job? | |
| | | Drill Pipe | | | Bottom Hole Temperature | Degrees F | | Line of Business? Workover | |

JOHN VITTITOW

Type of Job:

Class: Vert. Domestic

Did/did Job in hole? No

AFTER

Engineer: Mossberg, Thomas Jose
USAR:

| | | Crew 1 |
|---|---|---|
| Mossberg, Thomas Joseph | | Crew 2 |
| Mossberg, Thomas Joseph | | Crew 3 |
| | | Crew 4 |
| | | Crew 5 |
| | | Crew 6 |

## MATERIAL USAGE FORM — Wilston NCP9, ND

| Date: | Company: | SKLAR EXPLORATION CO, LLO | | | 25 | 5251 | 25 |
|---|---|---|---|---|---|---|---|
| SOH | WC9278 | Lease: | COPANIES-10 | | | | |

| TYPE OF MATERIAL USED | QUANTITY USED | | | SAP Master Material Number |
|---|---|---|---|---|
| SHIFTING TOOL EQUIPMENT | | | | |
| P0.BL50 — BAKER RE0 SLOT SET P.O. | 2 | | 100H-0040 | PO-3L50 |
| BUR-0002-100 — Polley Toolijohar - 8PO | 4 | | 100H-0040 | BUR 9000-100 |
| | | | | |
| | | | | |
| PLUGS AND PATCHES | QUANTITY USED | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| SERVICE needle thd mod bha devices, like bag fills fluy filter filter | QUANTITY USED | | | |
| Gage and type | | | | |
| CU6AX-30U00-850 — 3 1/8" x 71606 | 5 | | 100H-00 | CU6AX-300-00-850 |
| CU6.SX-11000-850 — 5 1/8" SZ 8850 | 1 | | 100-040 | CU6AX-C11000-850 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| PERFORATING | QUANTITY USED | | | |
| CHO-0-G20-011841 — 3 1/2" DEG 0.40 PERFORATED | 45 | | 100H-H | CHO-0-G20-011841H |
| CHO-0-G20-011441 — STIP 850 708 808 800 | 100 | | 100-040 | CHO-0-G20-011441 |
| CHO-0-G20-011945 — Perf 4 3/4" 39 Gun Tru 80641406 | 98 | | 1x0-040 | CHO-0-G20-011945 |
| DEBONO SUBHLE | QUANTITY USED | | | |
| DEBONO-SUBHLE — 80 SHELL 18 | 449 | | 100H-00 | DEBONO-SUBHLE18 |
| | | | | |
| CASED AND DETONATORS | QUANTITY USED | | | |
| IGNITER Company — Secondary Setter | 4 | | | SPHT-SECONDARY |
| DETO.AP.AH — Director Articulated Cansed | 4 | | 100H-00 | DETO-AP.AH |
| | | | | |
| SET CUTTING, COVERING TOOLS | QUANTITY USED | | | |
| | | | | |
| RADIAL TORCH AND TORCH PERFORATORS | QUANTITY USED | | | |
| | | | | |
| CHEMICAL CUTTERS | QUANTITY USED | | | |
| | | | | |
| WELDS / FREE WIRE TOOLS | QUANTITY USED | | | |
| | | | | |
| | | | | |
| Free Form Materials | QUANTITY USED | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



INVOICE:   38304

REMIT TO:
NEXTIER COMPLETION SOLUTIONS INC.
(FKA KEANE FRAC, LP)
P.O BOX 733404
DALLAS, TX 75373

BILL TO:
SKLAR EXPLORATION CO, LLC
5896 PEARL PKWY SUITE 200
BOULDER, CO 80301

INVOICE #: 38304
INVOICE DATE: 3/19/2020
WELL NAME: Corwin
WELL NUMBER: 25-1
JOB TYPE: Squeeze
KEANE REP: Justin Dussoljee
FIELD TICKET #: 4340
CUSTOMER REP: John Whitlow
START DATE: 3/19/2020
COMPLETION DATE: 3/19/2020
AFE: N/A

| QTY | CODE | DESCRIPTION | | | RATE | UOM | GROSS | DISCOUNT % | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 450 | 80001 | CLASS 'G' | | | $24.75 | 94SACK | $11,137.50 | 25% | $8,353.13 |
| 212 | FLA904 | KCFL-44 | | | $19.93 | LBS | $2,636.56 | 25% | $2,127.42 |
| 98 | CDF018 | KCFR-43' | | | $9.91 | LBS | $500.26 | 25% | $361.20 |
| 45 | RTD018 | KCR-3 | | | $8.75 | LBS | $156.60 | 25% | $117.45 |
| 400 | MLC001 | PICKUP MILEAGE | | | $3.49 | UNTML | $953.30 | 25% | $715.48 |
| 456 | MLC002 | PUMP TRUCK/HEAVY VEHICLE MILEAGE | | | $2.05 | UNTML | $3,148.92 | 25% | $2,366.19 |
| 6,053 | MLC003 | BULK CEMENT DELIVERY/RETURN | | | $8.75 | TON MILE | $8,403.69 | 25% | $7,062.99 |
| 463 | MMC000 | BULK MATERIAL MIXING SERVICE CHARGE | | | $1.85 | SCF | $1,180.65 | 25% | $966.49 |
| 1 | MLC005 | PERMITS | | | $2.59 | JOB | $116.50 | 0% | $116.50 |
| TOTAL | | | | | $115.50 | | $29,439.43 | | $22,108.44 |

Comment box

Subtotal   $22,108.44
[Phillips County MT DS] Tax
Total Due   $22,108.44

**Field Ticket: 4340**

**NexTier**

| | |
|---|---|
| Service Location: Williston, ND 58801 | |
| Service Address: 5039 14TH LN NW Williston, ND 58801 | |
| Phone Number: 1-701-774-8999 | |

| | |
|---|---|
| Service Date: 5/15/2020 | Job Type: Spacer |
| Customer: Solar Exploration | Stage/Interval: Justin Dunstine |
| Address: 5935 Pearl Parkway Ste 200 | Pump Type Job: HCRP008 |
| City: Boulder | Well Name: Cotwin |
| ST/CO 80301 | Well Number: B5-1 |
| Customer Rep: John Vislow | County: Phillips County |
| Phone: 303-482-6088 | State: MT |
| | API #: 25-071-23359 |
| | Ticket #: BECA-TN2N-R035E |

| PRODUCT CODE | DESCRIPTION | UOM MEAS. | QUAN | UNIT PRICE | GROSS | DISC% | Disc Amt | NET |
|---|---|---|---|---|---|---|---|---|
| BC2001 | Charge | RBSACK | 460.0 | $ 24.79 | $11,137.09 | 25% | $2,784.38 | $8,353.13 |
| FLA004 | KCR-44 | LBS | 212.0 | $ 13.38 | $2,836.58 | 25% | $709.14 | $2,127.42 |
| CPFO13 | KCFR-13 | LBS | 690 | $ 8.51 | $509.29 | 25% | $127.07 | $381.20 |
| RTDG10 | KCR-3 | LBS | 60.0 | $ 6.43 | $166.60 | 25% | $39.15 | $117.45 |
| RBCO04 | Perm Charge 3501-4082' -8hrs | G4-HRS | | $ 6,720.00 | | 25% | | |
| DAS001 | Data Acquisition System | ADB | 1 | $ 426.00 | | 25% | | |
| MSCO09 | GPS/AGE | ADB | | $ 160.08 | | 25% | | |
| MLCO01 | Pickup Mileage | UNTMIL | | $ 2.95 | | 25% | | |
| MLCO02 | Pump Truck/Heavy Vehicle Mileage | UNTMIL | 489.0 | $ 6.73 | $954.50 | 25% | $238.88 | $716.48 |
| MLCO03 | Bulk Cement Delivery/Return | Ton Mile | 480.0 | $ 6.89 | $3,146.59 | 25% | $786.88 | $2,369.13 |
| MIXCO01 | Bulk Material Mixing Service Charge | SCF | 5,083.0 | $ 1.85 | $9,404.86 | 25% | $2,360.99 | $7,042.85 |
| MLCO05 | Pumite | ADB | 463.0 | $ 2.85 | $1,190.85 | 25% | $293.16 | $895.49 |
| | | ADB | 1.0 | $ 116.60 | $118.60 | 25% | | $116.60 |

| | | GROSS | DISC% | Disc Amt | NET |
|---|---|---|---|---|---|
| | | $29,430.42 | | $7,330.98 | $22,102.44 |

Customer Authorized Agent: _____

58301



INVOICE   38305

REMIT TO:
NEXTIER COMPLETION SOLUTIONS INC.
(FKVA KEANE FRAC, LP)
P.O BOX-733404
DALLAS, TX 75373

BILL TO:
SKLAR EXPLORATION CO, LLC
5395 PEARL PKWY SUITE 200
BOULDER, CO 80301

INVOICE #: 38305
INVOICE DATE: 3/16/2020
WELL NAME: Corwin
WELL NUMBER: #5-1
JOB TYPE: Squeeze
KEANE REP: Justin Dusseljee
FIELD TICKET #: 4341
CUSTOMER REP: John Willow
START DATE: 3/16/2020
COMPLETION DATE: 3/16/2020
APE: N/A

| | | DESCRIPTION | | | RATE | | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | R90004 | PUMP CHARGE 8001-4,000' | | | $8,790.00 | HRS | $8,790.00 | 25% | $6,592.50 |
| 1 | D4001 | DATA ACQUISITION SYSTEM | | | $425.00 | JOB | $425.00 | 25% | $318.75 |
| 90 | ML0001 | PICKUP MILEAGE | | | $183.00 | JOB | $163.08 | 25% | $122.61 |
| 6 | CP0007 | KCFP-51 | | | $2.06 | UNTML | $184.50 | 25% | $138.36 |
| 60 | RT0006 | KCR-3A | | | $40.32 | GAL | $201.60 | 25% | $151.20 |
| 4 | 690000 | PUMP CHARGE ADDITIONAL HOURS | | | $2.07 | LBS. | $103.50 | 25% | $77.63 |
| 4 | 690000 | BULK UNIT ADDITIONAL HOURS | | | $590.00 | UNTHRS | $2,360.00 | 0% | $2,360.00 |
| TOTAL | | | | | $285.00 | UNTHRS | $1,140.00 | 0% | $1,140.00 |
| | | | | | | | $13,367.68 | | $10,899.75 |

Comment Box

Subtotal          $10,899.75
(Phillips County MT 0%) Tax
Total Due          $10,899.75

28305

# Field Ticket 4341

**NexTier**

Service Location: Williston, ND 58801
Service Address: 6006 1471 LN NW Williston, ND 58801
Phone number: 1-701-774-8689

| | |
|---|---|
| Service Date: 3/03/2020 | Job Type: Squeeze |
| Customer: Skier Exploration | Sub Division: Justin Donelloo |
| Authorized: 5285 Pearl Parkway, Ste 200 | Pump Truck(s): CP7003 |
| City: Boulder | Well Name: Corwin |
| State CO 60301 | Well Number: 49-1 |
| Customer Repp: John Vsthoer | County: Phillips County |
| Phone: 303-350-8689 | State: MT |
| | APi #: 25-071-23339 |
| | AFE #: |
| | License: SEC6- T39N-R50E |

| PRODUCT CODE | DESCRIPTION | UOM MEAS | UNIT PRICE | | QUAN | GROSS | DISC% | Disc Amt | | NET |
|---|---|---|---|---|---|---|---|---|---|---|
| f00004 | Pump Charges 3001-4000' + 5hrs | @-HRS | $ 6,750.00 | | 1.0 | $6,750.00 | 29% | $2,157.50 | | $6,592.50 |
| 0ac001 | Data Acquisition System | JOB | $ 425.00 | | 1.0 | $425.00 | 29% | $106.25 | | $318.75 |
| mac029 | | JOB | 163.08 | | 1.0 | $163.08 | 29% | $40.77 | | $122.31 |
| mac01 | Platon Mileage | UNTRL | 2.06 | $ | 80.0 | $164.80 | 29% | $36.12 | | $128.38 |
| adm007 | NGI7-SL | GAL | 40.52 | $ | 5.0 | $201.30 | 29% | $50.40 | | $151.20 |
| fo006 | NGI-YA | LBS | 2.07 | $ | 50.0 | $103.50 | 29% | $25.88 | | $77.63 |
| aba000 | Pump Charge Additional Hours | UNTHRS | 390.00 | $ | 6.0 | $2,360.00 | | | | $2,360.00 |
| aac001 | Bulk Unit Additional Hours | UNTHRS | 285.00 | $ | 4.0 | $1,140.00 | | | | $1,140.00 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | $13,367.68 | | $2,456.92 | | $10,800.76 |

Customer Authorized Agent _____



INVOICE: **38306**

REMIT TO:
NEXTIER COMPLETION SOLUTIONS INC.
(F/K/A KEANE FRAC, LP)
P.O BOX 783404
DALLAS, TX 76378

BILL TO:
SKLAR EXPLORATION CO, LLC
5395 PEARL PKWY SUITE 200
BOULDER, CO 80301

INVOICE #: 38306
INVOICE DATE: 3/17/2020
WELL NAME: Corvin
WELL NUMBER: #3-1
JOB TYPE: Squeeze
KEANE REP: Justin Dusseljee
FIELD TICKET #: 4242
CUSTOMER REP: John Visclow
START DATE: 3/17/2020
COMPLETION DATE: 3/17/2020
AFE: N/A

| QUANTITY | | DESCRIPTION | | | PRICE | UNIT | EXTENDED | DISCOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | RSC004 | PUMP CHARGE 3001-4,000' | | | $9,790.00 | HRS | $9,790.00 | 25% | $9,692.50 |
| 1 | DAS001 | DATA ACQUISITION SYSTEM | | | $425.00 | JOB | $425.00 | 25% | $318.75 |
| 1 | MSC029 | SWAGE | | | $163.08 | JOB | $163.08 | 25% | $122.31 |
| 90 | MLC001 | PICKUP MILEAGE | | | $2.05 | UNTML | $184.50 | 25% | $138.38 |
| 60 | RDT005 | KCR-1A | | | $2.07 | LBS. | $103.50 | 25% | $77.63 |
| 6 | CCM027 | KCFP-6L | | | $40.32 | GAL. | $201.60 | 25% | $151.20 |
| 7 | SEC060 | PUMP CHARGE ADDITIONAL HOURS | | | $690.00 | UNTHRS | $4,180.00 | 0% | $4,180.00 |
| 7 | SBC001 | BULK UNIT ADDITIONAL HOURS | | | $285.00 | UNTHRS | $1,995.00 | 0% | $1,995.00 |
| 1 | RNT003 | WINTER SURCHARGE | | | $650.00 | EACH | $650.00 | 0% | $650.00 |
| TOTAL | | | | | $16,842.68 | | | | $14,175.76 |

Comment box

Subtotal: $14,175.76
(Phillips County MT 6%) Tax: _____
Total Due: $14,175.76

# Field Ticket  4342

**Ne×Tier**

Service Location: Williston, ND 68801
Service Address: 6035 141T LN NW Williston, ND 68801
Phone number: 1-701-774-6699

| | |
|---|---|
| Service Date: 3/17/2020 | Job Type: Squeeze |
| Customer: Slder Exploration | Supervisor: Justin Dressiler |
| Address: 6385 Pearl Parkway, Ste 200 | Pump Truck #: DFP005 |
| City: Boulder | Well Name: Craven |
| St: CO 80301 | Well Number: RS-1 |
| Customer Field: John Millsw | County: Dritton County |
| Phone: 803-395-8688 | State: NT |
| | AFE#: RS-379 access |
| | AFE #: |
| | Payroll: SECS- TRAN-ROSE |

| PRODUCT CODE | DESCRIPTION | U OF MEAS. | UNIT PRICE | QUAN | GROSS | DISC% | Disc Amt | NET |
|---|---|---|---|---|---|---|---|---|
| ipc004 | Pump Charge 3.00T-4000'- 8hs | 8-HRS | $ 9,780.00 | 1.0 | $9,760.00 | 25% | $2,197.00 | $6,592.00 |
| step001 | Data Acquisition System | JOB | $ 425.00 | 1.0 | $425.00 | 25% | $199.25 | $514.13 |
| tsp008 | SWAGE | JOB | $ 183.00 | 1.0 | $183.09 | 25% | $40.77 | $122.31 |
| smb001 | Pomp Wastage | UNTML | 2.08 | 90.0 | $184.50 | 25% | $45.43 | $138.18 |
| mi008 | KGR-1A | LBS | 2.07 | 50.0 | $103.60 | 25% | $25.88 | $77.63 |
| cchm007 | KGP-4L | GAL | 40.32 | 5.0 | $201.60 | 25% | $50.40 | $151.20 |
| ppc003 | Pump Charge Additional Hours | UNTHRS | 590.00 | 7.0 | $4,130.00 | | | $4,130.00 |
| dpc001 | Belt Diet Additional Hours | UNTHRS | 264.00 | 7.0 | $1,899.00 | | | $1,899.00 |
| mb003 | Winter Surcharge | EACH | 650.00 | 1.0 | $650.00 | | | $650.00 |
| | | | | | $16,642.68 | - | $2,466.62 | $14,478.78 |

Customer Authorized Agent: _____



INVOICE: **38308**

REMIT TO:
NEXTIER COMPLETION SOLUTIONS INC.
(F/K/A KEANE FRAC, LP)
P.O BOX 733404
DALLAS, TX 75373

BILL TO:
SKLAR EXPLORATION CO, LLC
6395 PEARL PKWY SUITE 200
BOULDER, CO 80301

INVOICE #: 38308
INVOICE DATE: 3/19/2020
WELL NAME: Corwin
WELL NUMBER: #5-1
JOB TYPE: Squeeze
KEANE REP: Justin Dusseljee
FIELD TICKET #: 4361
CUSTOMER REP: John Willow
START DATE: 3/18/2020
COMPLETION DATE: 3/19/2020
AFE: N/A

| | | DESCRIPTION | | | UNIT PRICE | UOM | EXT PRICE | DISCOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | RBC003 | PUMP CHARGE 2001-3,000' | | | 36,625.00 | HRS | 36,625.00 | 25% | 36,468.75 |
| 1 | DA5001 | DATA ACQUISITION SYSTEM | | | $425.00 | JOB | $425.00 | 25% | $318.75 |
| 30 | 61L001 | PICKUP MILEAGE | | | $103.00 | JOB | $163.06 | 25% | $122.91 |
| 50 | 61D001 | KCR-1A | | | $2.07 | UNTML | $104.50 | 25% | $139.38 |
| 1 | SHT990 | WINTER SURCHARGE | | | $2.07 | LBS. | $103.50 | 25% | $77.63 |
| 2 | 690000 | PUMP CHARGE ADDITIONAL HOURS | | | $650.03 | EACH | $650.00 | 0% | $650.00 |
| 2 | 690001 | BULK UNIT ADDITIONAL HOURS | | | $590.00 | UNTHRS | $1,180.00 | 0% | $1,180.00 |
| | | | | | $285.09 | UNTHRS | $570.00 | 0% | $570.00 |
| TOTAL: | | | | | | | $11,901.08 | | $9,626.91 |

Comment box

Subtotal $9,626.81
(Phillips County MT 0%) Tax
Total Due $9,626.81

# Field Ticket: 4364

**NexTier**

Service Location: Williston, ND 58801
Service Address: 8036 144T LN NW Williston, ND 58801
Phone number: 1-701-774-8663

| | |
|---|---|
| Service Date: | 3/28/2020 |
| Customer: | Slawson Exploration |
| Address: | 8343 Pond Retreat, Ste 200 |
| City: | Boulder |
| State: | CO 80301 |
| Customer Rep: | John Vallow |
| Phone: | 303-352-0995 |

| | |
|---|---|
| Job Type: | Squeeze |
| | Slawson/Jauth Quesilee |
| | Pump-TD100-88 Corrosa |
| Well Name: | Corvin |
| Well Number: | 15-1 |
| County: | Pottos County |
| State: | MT |
| API #: | 25-071-35956 |
| AFE #: | |
| Legal ID: | SEC5-T32N-R39E |

| PRODUCT CODE | DESCRIPTION | UOF MEAS. | UNIT PRICE | QMAN | GROSS | DISC% | Disc Amt | NET |
|---|---|---|---|---|---|---|---|---|
| ch0100 | Pump Charge 2010-29000 - 8hrs | BCHRS | $ 3,925.00 | 1.0 | $3,925.00 | 25% | $2,481.25 | $2,480.75 |
| da0501 | Data Acquisition System | LOB | $ 421.00 | 1.0 | $425.00 | 25% | $108.25 | $318.75 |
| mg0029 | SWAGE | JOB | $ 163.06 | 1.0 | $163.05 | 25% | $40.77 | $122.31 |
| fl0001 | Pickup Mileage | UATMIL | $ 9.05 | 30.0 | $184.50 | 25% | $45.13 | $138.38 |
| ks0100 | KSR-2A | LBS | $ 2.07 | 50.0 | $103.50 | 25% | $25.88 | $77.63 |
| rt0100 | Water Surcharge | EACH | $ 650.00 | 1.0 | $650.00 | | | $650.00 |
| sp0000 | Pump Charge Additional Hours | UATHRS | $ 590.00 | 2.0 | $1,160.00 | | | $1,160.00 |
| sp0001 | Sac Unit Additional Hours | UATHRS | $ 285.00 | 2.0 | $570.00 | | | $570.00 |
| | | | | | $11,901.05 | | $2,376.27 | $9,524.81 |

Customer Authorized Agent: _[signature]_