# EXHIBIT C

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-12377-EEB |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | |
| | ) | |
| IN RE: | ) | Case No. 20-12380-EEB |
| | ) | |
| SKLARCO, LLC | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | |

## ORDER GRANTING NEXTIER COMPLETION SERVICES INC.'S MOTION FOR ORDER ALLOWING ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. § 503(b)(9)

The Court having reviewed NexTier Completion Services Inc.'s Motion for Order Allowing Administrative Expense Pursuant to 11 U.S.C. § 503(b)(9) (the "Motion") and finding that the Motion was timely filed and good cause appearing therefore, the Court hereby ORDERS THAT:

1. The Motion is granted.

2. NexTier Completion Services Inc.'s administrative expense claim is hereby allowed in the amount of $62,693.34.

DATED: _____.        BY THE COURT:

Honorable Elizabeth E. Brown
United States Bankruptcy Judge