| Fill in this information to identify your case | | | | |
|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | | |
| Debtor 1: | SKLAR EXPLORATION COMPANY, LLC | | Case #: | 20-12377-EEB |
| | First Name | Middle Name | Last Name | 20-12380-EEB |
| Debtor 2: | SKLARCO, LLC | | Chapter: | 11 |
| | First Name | Middle Name | Last Name | |

## Local Bankruptcy Form 9013-1.2
## Certificate of Service

**Complete applicable sections and delete inapplicable sections.**

| Part 1 | L.B.R. 9013-1 Certificate of Service of Motion, Notice, and Proposed Order |
|---|---|

I certify that on **October 21, 2021** I served a complete copy of NexTier Completion Services Inc.'s Motion for Order Allowing Administrative Expense Pursuant to 11 U.S.C. § 503(b)(9) on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

*Sklar Exploration Company, LLC and Sklarco, LLC, at Kitner Brinen, P.C., Attn: Jeff Brinen and Keri L. Riley, Bankruptcy Counsel, 1660 Lincoln Street, Ste. 1850, Denver, CO 80264, and Ambrecht Jackson, LLP, Alabama Oil & Gas Counsel, Attn: Benjamin Y. Ford, RSA Tower, 27th Floor, 11 North Water Street, Mobile, AL 36602.*

| Part 2 | L.B.R. 2002-1 Certificate of Service of Notice |
|---|---|

I certify that on October 21, 2021 I served a complete copy of NexTier Completion Services Inc.'s Motion for Order Allowing Administrative Expense Pursuant to 11 U.S.C. § 503(b)(9) on the following parties **[in the attached Creditor Address Mailing Matrix, which was obtained from the Court's docket on October 21, 2021** in accordance with 11 U.S.C. § 342(c) and Fed. R. Bankr. P. 2002.

_____
_____
_____

**[List each party served and the manner of service or attach a copy of the Creditor Address Mailing Matrix]**

| Part 3 | Signature |
|---|---|

Dated:  October 21, 2021

By:  /s/ Mario A. Lamar
       Signature

Bar Number (if applicable):  24095729
Mailing Address: 211 N. Center Street, Longview, Texas 75601
Telephone number:  903-212-9300
Facsimile number:  903-212-9301
E-mail address:  mlamar@allenbrysonlaw.com

AEEC II LLC
C/O KEAN MILLER LLP
ATTN J ERIC LOCKRIDGE, ESQ
400 CONVENTION ST, STE 700
BATON ROUGE, LA 70802

AEH INVESTMENTS LLC
C/O COOK YANCEY KING & GALLOWAY
ATTN JORDAN B BIRD, ESQ
333 TEXAS ST, STE 1700
PO BOX 22260
SHREVEPORT, LA 71120-2260

ALABAMA OIL & GAS LLC
C/O MOYE WHITE LLP
ATTN TIMOTHY M SWANSON, ESQ
1400 16TH ST, 6TH FL
DENVER, CO 80202-1486

ALABAMA OIL COMPANY
C/O LAW OFFICE OF CRAIG M GENO PLLC
ATTN CRAIG M GENO, ESQ
587 HIGHLAND COLONY PKWY
RIDGELAND, MS 39157

ANDERSON EXPLORATION ENERGY COMPANY LC
C/O KEAN MILLER LLP
ATTN J ERIC LOCKRIDGE, ESQ
400 CONVENTION ST, STE 700
BATON ROUGE, LA 70802

ANDERSON INVESTMENT HOLDINGS LP
C/O AEEC II LLC
333 TEXAS ST, STE 2020
SHREVEPORT, LA 71101-3680

APPLE OIL & GAS LLC
C/O MOYE WHITE LLP
ATTN TIMOTHY M SWANSON, ESQ
1400 16TH ST, 6TH FL
DENVER, CO 80202-1486

APPLE RIVER INVESTMENTS LLC
C/O LAW OFFICE OF CRAIG M GENO PLLC
ATTN CRAIG M GENO, ESQ
587 HIGHLAND COLONY PKWY
RIDGELAND, MS 39157

APPLE RIVER INVESTMENTS LLC
ATTN ROBERT M BOEVE, PRESIDENT
1503 GARFIELD RD N
TRAVERSE CITY, MI 49696-1111

BAKER HUGHES COMPANY
ATTN CHRISTOPHER J RYAN
2001 RANKIN RD
HOUSTON, TX 77073

BAKER HUGHES HOLDING LLC
C/O FOLEY & LARDNER LLP
ATTN TIMOTHY C MOHAN, ESQ
600 17TH ST, STE 2020S
DENVER, CO 80202

BAKER HUGHES OILFIELD OPERATIONS LLC
C/O FOLEY & LARDNER LLP
ATTN TIMOTHY C MOHAN, ESQ
600 17TH ST, STE 2020S
DENVER, CO 80202

BAKER HUGHES, A GE COMPANY LLC
C/O FOLEY & LARDNER LLP
ATTN TIMOTHY C MOHAN, ESQ
600 17TH ST, STE 2020S
DENVER, CO 80202

BAKER PETROLITE LLC
C/O FOLEY & LARDNER LLP
ATTN TIMOTHY C MOHAN, ESQ
600 17TH ST, STE 2020S
DENVER, CO 80202

BARNETTE & BENEFIELD INC
C/O AYRES SHELTON WILLIAMS BENSON & PAINE LLC
ATTN CURTIS R SHELTON & JENNIFER NORRIS SOTO, ESQ
333 TEXAS ST, STE 1400
PO BOX 1764
SHREVEPORT, LA 71160

BP AMERICA PRODUCTION COMPANY
C/O LISKOW & LEWIS
ATTN MICHAEL D RUBENSTEIN, ESQ
1001 FANNIN ST, STE 1800
HOUSTON, TX 77002

BPX PROPERTIES NA LP
C/O LISKOW & LEWIS
ATTN MICHAEL D RUBENSTEIN, ESQ
1001 FANNIN ST, STE 1800
HOUSTON, TX 77002

BRI-CHEM SUPPLY CORP LLC
C/O SPENCER FANE LLP
ATTN DAVID M MILLER, ESQ
1700 LINCOLN ST, STE 2000
DENVER, CO 80203

BUNDERO INVESTMENT COMPANY LLC
C/O COOK YANCEY KING & GALLOWAY
ATTN JORDAN B BIRD, ESQ
333 TEXAS ST, STE 1700
PO BOX 22260
SHREVEPORT, LA 71120-2260

C BICKHAM DICKSON III
C/O BLANCHARD WALKER O'QUIN & ROBERTS
ATTN KATHERINE GUIDRY DOUTHITT, ESQ
REGIONS TOWER
333 TEXAS ST, STE 700
SHREVEPORT, LA 71101

COASTAL EXPLORATION INC
C/O COPELAND COOK TAYLOR & BUSH PA
ATTN GLENN GATES TAYLOR, ESQ
600 CONCOURSE, STE 200
PO BOX 6020
RIDGELAND, MS 39158-6020

COASTAL EXPLORATION INC
C/O COPELAND COOK TAYLOR & BUSH PA
ATTN GLENN GATES TAYLOR, ESQ
1076 HIGHLAND COLONY PKWY
RIDGELAND, MS 39157

COLORADO DEPARTMENT OF REVENUE
C/O COLORADO DEPARTMENT OF LAW
ATTN DEANNA LEE WESTFALL, ASST ATTY GEN
1300 BROADWAY, 8TH FL
DENVER, CO 80203

COLORADO DEPARTMENT OF REVENUE
C/O COLORADO DEPARTMENT OF LAW
ATTN ROBERT PADJEN, ASST ATTY GEN
1300 BROADWAY, 8TH FL
DENVER, CO 80203

CTM 2005 LTD
C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP
ATTN SHAY L DENNING, ESQ
835 E 2ND AVE, STE 123
DURANGO, CO 81301

CTM 2005 LTD
C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP
ATTN THOMAS H SHIPPS, ESQ
835 E 2ND AVE, STE 123
DURANGO, CO 81301

CTM 2005 LTD
C/O BARNET B SKELTON JR
ATTN BARNET B SKELTON JR, ESQ
815 WALKER, STE 1502
HOUSTON, TX 77002

DICKSON OIL & GAS LLC
C/O BLANCHARD WALKER O'QUIN & ROBERTS
ATTN MICHAEL E RIDDICK
REGIONS TOWER
333 TEXAS ST, STE 700
SHREVEPORT, LA 71101

EAST WEST BANK TREASURY DEPARTMENT
ATTN LINDA COX
135 N LOS ROBLES AVE, STE 600
PASADENA, CA 91101-0000

EAST-WEST BANK
C/O BRYAN CAVE LEIGHTON PAISNER LLP
ATTN CRAIG K SCHUENEMANN, ESQ
1700 LINCOLN ST, STE 4100
DENVER, CO 80203

EAST-WEST BANK
C/O BRYAN CAVE LEIGHTON PAISNER LLP
ATTN BRYCE A SUZUKI, ESQ
TWO N CENTRAL AVE, STE 2100
PHOENIX, AZ 85004-4406

EASTERN FISHING & RENTAL TOOL COMPANY INC
C/O COPELAND COOK TAYLOR & BUSH PA
ATTN CHRISTOPHER H MEREDITH, ESQ
600 CONCOURSE, STE 200
PO BOX 6020
RIDGELAND, MS 39158-6020

EASTERN FISHING & RENTAL TOOL COMPANY INC
C/O COPELAND COOK TAYLOR & BUSH PA
ATTN CHRISTOPHER H MEREDITH, ESQ
1076 HIGHLAND COLONY PKWY
RIDGELAND, MS 39157

EASTERN FISHING & RENTAL TOOL COMPANY INC
C/O COPELAND COOK TAYLOR & BUSH PA
ATTN GLENN GATES TAYLOR, ESQ
600 CONCOURSE, STE 200
PO BOX 6020
RIDGELAND, MS 39158-6020

EASTERN FISHING & RENTAL TOOL COMPANY INC
C/O COPELAND COOK TAYLOR & BUSH PA
ATTN GLENN GATES TAYLOR, ESQ
1076 HIGHLAND COLONY PKWY
RIDGELAND, MS 39157

ESTATE OF PAMELA PAGE
C/O BUECHLER LAW OFFICE LLC
ATTN MICHAEL J GUYERSON, ESQ
999 18TH ST, STE 1230-S
DENVER, CO 80202

FANT ENERGY LIMITED
C/O JACKSON WALKER LLP
ATTN ELIZABETH C FREEMAN &
VICTORIA AERGEROPLOS, ESQ
1401 MCKINNEY ST, STE 1900
HOUSTON, TX 77010

FANT ENERGY LIMITED
C/O WILLKIE FARR & GALLAGHER LLP
ATTN JENNIFER J HARDY, ESQ
600 TRAVIS ST
HOUSTON, TX 77002

FANT ENERGY LIMITED
PO BOX 55205
HOUSTON, TX 77255-5205

FLETCHER EXPLORATION LLC
C/O BERGER SINGERMAN LLP
ATTN BRIAN G RICH, ESQ
313 N MONROE ST, STE 301
TALLAHASSEE, FL 32301

FLETCHER EXPLORATION LLC
C/O BERGER SINGERMAN LLP
ATTN MICHAEL J NILES, ESQ
313 N MONROE ST, STE 301
TALLAHASSEE, FL 32301

FLETCHER PETROLEUM COMPANY LLP
C/O BERGER SINGERMAN LLP
ATTN BRIAN G RICH, ESQ
313 N MONROE ST, STE 301
TALLAHASSEE, FL 32301

FLETCHER PETROLEUM COMPANY LLP
C/O BERGER SINGERMAN LLP
ATTN MICHAEL J NILES, ESQ
313 N MONROE ST, STE 301
TALLAHASSEE, FL 32301

FLETCHER PETROLEUM CORP
C/O BERGER SINGERMAN LLP
ATTN BRIAN G RICH, ESQ
313 N MONROE ST, STE 301
TALLAHASSEE, FL 32301

FLETCHER PETROLEUM CORP
C/O BERGER SINGERMAN LLP
ATTN MICHAEL J NILES, ESQ
313 N MONROE ST, STE 301
TALLAHASSEE, FL 32301

FPCC USA INC
C/O JONES WALKER LLP
ATTN MADISON M TUCKER, ESQ
201 ST CHARLES AVE, STE 5100
NEW ORLEANS, LA 70170

FPCC USA INC
C/O JONES WALKER LLP
ATTN AMY L VAZQUEZ & JOSEPH E BAIN, ESQS
811 MAIN ST, STE 2900
HOUSTON, TX 77002

FPCC USA INC
245 COMMERCE GREEN BLVD, STE 250
SUGAR LAND, TX 77478-3760

FRANKS EXPLORATION COMPANY LLC
C/O COOK YANCEY KING & GALLOWAY
ATTN JORDAN B BIRD, ESQ
333 TEXAS ST, STE 1700
PO BOX 22260
SHREVEPORT, LA 71120-2260

GATEWAY EXPLORATION LLC
C/O BUCK KEENAN LLP
ATTN ROBERT L PADDOCK, ESQ
2229 SAN FELIPE, STE 1000
HOUSTON, TX 77019

GCREW PROPERTIES LLC
C/O BUCK KEENAN LLP
ATTN ROBERT L PADDOCK, ESQ
2229 SAN FELIPE, STE 1000
HOUSTON, TX 77019

GE OIL & GAS PRESSURE CONTROL US
C/O FOLEY & LARDNER LLP
ATTN TIMOTHY C MOHAN, ESQ
600 17TH ST, STE 2020S
DENVER, CO 80202

H&H CONSTRUCTION LLC
ATTN LADON E HALL, SOLE MANAGER
PO BOX 850
FLOMATON, AL 36441-0850

HALL MANAGEMENT LLC
C/O COOK YANCEY KING & GALLOWAY
ATTN JORDAN B BIRD, ESQ
333 TEXAS ST, STE 1700
PO BOX 22260
SHREVEPORT, LA 71120-2260

HARRISON, BELINDA
58 COUNTY RD 5033
HEIDELBERG, MS 39439

HARVEST GAS MANAGEMENT LLC
C/O BUCK KEENAN LLP
ATTN ROBERT L PADDOCK, ESQ
2229 SAN FELIPE, STE 1000
HOUSTON, TX 77019

HOPPING GREEN & SAMS PA
ATTN TIMOTHY M RILEY
PO BOX 6526
TALLAHASSEE, FL 32314

HUGHES OIL SOUTH LLC
C/O COOK YANCEY KING & GALLOWAY
ATTN JORDAN B BIRD, ESQ
333 TEXAS ST, STE 1700
PO BOX 22260
SHREVEPORT, LA 71120-2260

I & L MISS I LP
C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP
ATTN SHAY L DENNING, ESQ
835 E 2ND AVE, STE 123
DURANGO, CO 81301

I & L MISS I LP
C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP
ATTN THOMAS H SHIPPS, ESQ
835 E 2ND AVE, STE 123
DURANGO, CO 81301

I & L MISS I LP
C/O BARNET B SKELTON JR
ATTN BARNET B SKELTON JR, ESQ
815 WALKER, STE 1502
HOUSTON, TX 77002

J & A HARRIS LP
C/O COOK YANCEY KING & GALLOWAY
ATTN JORDAN B BIRD, ESQ
333 TEXAS ST, STE 1700
PO BOX 22260
SHREVEPORT, LA 71120-2260

JD FIELDS & COMPANY INC
PO BOX 134401
HOUSTON, TX 77219-4401

JF HOWELL INTERESTS LP
C/O BRADLEY MURCHISON KELLY & SHEA LLC
ATTN DAVID R TAGGART, ESQ
401 EDWARDS ST, STE 1000
SHREVEPORT, LA 71101

JJS INTERESTS ESCAMBIA LLC
C/O WILLKIE FARR & GALLAGHER LLP
ATTN JENNIFER J HARDY, ESQ
600 TRAVIS ST
HOUSTON, TX 77002

JJS INTERESTS STEELE KINGS LLC
C/O WILLKIE FARR & GALLAGHER LLP
ATTN JENNIFER J HARDY, ESQ
600 TRAVIS ST
HOUSTON, TX 77002

JJS WORKING INTEREST LLC
2001 KIRBY DR, STE 1110
HOUSTON, TX 77019-6081

JJS WORKING INTERESTS LLC
C/O WILLKIE FARR & GALLAGHER LLP
ATTN JENNIFER J HARDY, ESQ
600 TRAVIS ST
HOUSTON, TX 77002

JUNO FINANCIAL LLC
C/O CLARK HILL PLC
ATTN RYAN J LORENZ, ESQ
14850 N SCOTTSDALE RD, STE 500
SCOTTSDALE, AZ 85254

KELLEY BROTHERS CONTRACTORS INC
ATTN JERRY KELLWY
401 COUNTY FARM RD
WAYNESBORO, MS 39367

KELLEY BROTHERS CONTRACTORS INC
PO DRAWER 1079
WAYNESBORO, MS 39367-1079

KINGSTON LLC
C/O COOK YANCEY KING & GALLOWAY
ATTN JORDAN B BIRD, ESQ
333 TEXAS ST, STE 1700
PO BOX 22260
SHREVEPORT, LA 71120-2260

KMR INVESTMENTS LLC
C/O COOK YANCEY KING & GALLOWAY
ATTN JORDAN B BIRD, ESQ
333 TEXAS ST, STE 1700
PO BOX 22260
SHREVEPORT, LA 71120-2260

KODIAK GAS SERVICES LLC
C/O OKIN ADAMS LLP
ATTN MATTHEW S OKIN & JOHN THOMAS OLDHAM, ESQ
1113 VINE ST, STE 240
HOUSTON, TX 77002

KUDZU OIL & GAS LLC
C/O MOYE WHITE LLP
ATTN TIMOTHY M SWANSON, ESQ
1400 16TH ST, 6TH FL
DENVER, CO 80202-1486

KUDZU OIL PROPERTIES LLC
C/O LAW OFFICE OF CRAIG M GENO PLLC
ATTN CRAIG M GENO, ESQ
587 HIGHLAND COLONY PKWY
RIDGELAND, MS 39157

KUDZU OIL PROPERTIES LLC
300 CONCOURSE BLVD, STE 101
RIDGELAND, MS 39157-2091

KUTNER BRINEN, P.C.
(COUNSEL TO THE DEBTORS)
ATTN: LEE M. KUTNER & KERI L. RILEY
1660 LINCOLN STREET, SUITE 1850
DENVER, CO 80264

LANDMARK EXPLORATION LLC
C/O WATKINS & EAGER PLLC
ATTN PAUL H STEPEHSON III & JIM F SPENCER JR, ESQ
PO BOX 650
JACKSON, MS 39205

LANDMARK OIL AND GAS LLC
C/O WATKINS & EAGER PLLC
ATTN PAUL H STEPEHSON III & JIM F SPENCER JR, ESQ
PO BOX 650
JACKSON, MS 39205

LAWRENCE, BARBARA PAGE
C/O BUECHLER LAW OFFICE LLC
ATTN MICHAEL J GUYERSON, ESQ
999 18TH ST, STE 1230-S
DENVER, CO 80202

LEXINGTON INVESTMENTS LLC
C/O WATKINS & EAGER PLLC
ATTN PAUL H STEPEHSON III & JIM F SPENCER JR, ESQ
PO BOX 650
JACKSON, MS 39205

LOUISIANA TOWER OPERATING LLC
C/O BALLARD SHAHR LLP
ATTN THEODORE J HARTL & MICHAEL L SCHUSTER, ESQS
1225 17TH ST, STE 2300
DENVER, CO 80202-5596

LUCAS PETROLEUM GROUP INC
C/O CLARK HILL STRASBURGER
ATTN DUANE J BRESCIA
720 BRAZOS, STE 700
AUSTIN, TX 78701

LUCAS PETROLEUM GROUP INC
2303 RIO GRANDE ST
AUSTIN, TX 78705-5131

LUFKIN INDUSTRIES LLC
C/O FOLEY & LARDNER LLP
ATTN TIMOTHY C MOHAN, ESQ
600 17TH ST, STE 2020S
DENVER, CO 80202

MCCOMBS ENERGY LTD
C/O ROSENTHAL PAUERSTEIN SANDOLOSKI AGATHER LLP
ATTN STEPHEN K LECHOLOP II, ESQ
755 E MULBERRY, STE 200
SAN ANTONIO, TX 78212

MCCOMBS EXPLORATION LLC
C/O ROSENTHAL PAUERSTEIN SANDOLOSKI AGATHER LLP
ATTN STEPHEN K LECHOLOP II, ESQ
755 E MULBERRY, STE 200
SAN ANTONIO, TX 78212

MERITAGE ENERGY LTD
C/O BUCK KEENAN LLP
ATTN ROBERT L PADDOCK, ESQ
2229 SAN FELIPE, STE 1000
HOUSTON, TX 77019

MERITAGE ENERGY LTD
C/O BKD LLP
2700 POST OAK BLVD, STE 1500
HOUSTON, TX 77056-5829

MESA FLUIDS LLC
ATTN AARON W MERRELL
1669 S 580 E
AMERICAN FORK, UT 84057

MESA FLUIDS LLC
C/O JUNO FINANCIAL
PO BOX 173928
DENVER, CO 80217-3928

OFFICE OF THE UNITED STATES TRUSTEE
FOR THE DISTRICT OF COLORADO
ATTN PAUL MOSS, ESQ
BYRON G ROGERS FEDERAL BLDG
1961 STOUT ST, STE 12-200
DENVER, CO 80294

PAR MINERALS CORPORATION
C/O COPELAND COOK TAYLOR & BUSH PA
ATTN CHRISTOPHER H MEREDITH, ESQ
600 CONCOURSE, STE 200
PO BOX 6020
RIDGELAND, MS 39158-6020

PAR MINERALS CORPORATION
C/O COPELAND COOK TAYLOR & BUSH PA
ATTN CHRISTOPHER H MEREDITH, ESQ
1076 HIGHLAND COLONY PKWY
RIDGELAND, MS 39157

PAR MINERALS CORPORATION
C/O COPELAND COOK TAYLOR & BUSH PA
ATTN GLENN GATES TAYLOR, ESQ
600 CONCOURSE, STE 200
PO BOX 6020
RIDGELAND, MS 39158-6020

PAR MINERALS CORPORATION
C/O COPELAND COOK TAYLOR & BUSH PA
ATTN GLENN GATES TAYLOR, ESQ
1076 HIGHLAND COLONY PKWY
RIDGELAND, MS 39157

PICKENS FINANCIAL GROUP LLC
C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP
ATTN SHAY L DENNING, ESQ
835 E 2ND AVE, STE 123
DURANGO, CO 81301

PICKENS FINANCIAL GROUP LLC
C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP
ATTN THOMAS H SHIPPS, ESQ
835 E 2ND AVE, STE 123
DURANGO, CO 81301

PICKENS FINANCIAL GROUP LLC
C/O BARNET B SKELTON JR
ATTN BARNET B SKELTON JR, ESQ
815 WALKER, STE 1502
HOUSTON, TX 77002

PINE ISLAND CHEMICAL SOLUTIONS LLC
C/O GORDON ARATA MONTGOMERY BARNETT MCCOLLAM
DUPLANTIS & EAGAN LLC
ATTN ARMISTEAD M LONG, ESQ
400 E KALISTE SALOOM RD, STE 4200
LAFAYETTE, LA 70508

PLAINS GAS SOLUTIONS LLC
C/O LAW OFFICES OF KEVIN S NEIMAN PC
ATTN KEVIN S NEIMAN, ESQ
999 18TH ST, STE 1230 S
DENVER, CO 80202

PLAINS MARKETING LP
C/O LAW OFFICES OF KEVIN S NEIMAN PC
ATTN KEVIN S NEIMAN, ESQ
999 18TH ST, STE 1230 S
DENVER, CO 80202

PREMIUM OILFIELD SERVICES LLC
C/O BRADLEY ARANT BOULT CUMMINGS LLP
ATTN ANDREW J SHAVER, ESQ
1 FEDERAL PL
1819 5TH AVE N
BIRMINGHAM, AL 35203

PRO-TEK FIELD SERVICES LLC
PO BOX 919269
DALLAS, TX 75391-9269

PRUET OIL COMPANY
C/O HOLLAND & HART LLP
ATTN MATTHEW J OCHS, ESQ
555 17TH ST, STE 3200
DENVER, CO 80201-8749

PRUET OIL COMPANY
C/O BALCH & BINGHAM LLP
ATTN JEREMY L RETHERFORD, ESQ
PO BOX 306
BIRMINGHAM, AL 35201-0306

PRUET OIL COMPANY LLC
217 W CAPITOL ST, STE 201
JACKSON, MS 39201-2004

PRUET OIL COMPANY LLC
217 W CAPITOL ST, STE 201
JACKSON, MS 39201-2004

PRUET PRODUCTION CO
C/O HOLLAND & HART LLP
ATTN MATTHEW J OCHS, ESQ
555 17TH ST, STE 3200
DENVER, CO 80201-8749

PRUET PRODUCTION CO
C/O BALCH & BINGHAM LLP
ATTN JEREMY L RETHERFORD, ESQ
PO BOX 306
BIRMINGHAM, AL 35201-0306

RAPAD WELL SERVICE CO INC
C/O BALCH & BINGHAM LLP
ATTN JEREMY L RETHERFORD, ESQ
PO BOX 306
BIRMINGHAM, AL 35201-0306

RAPAD WELL SERVICE CO INC
217 WCAPITOL ST
JACKSON, MS 39201-2004

RAPAD WELL SERVICE COMPANY INC
C/O BALCH & BINGHAM LLP
ATTN JEREMY L RETHERFORD
1901 6TH AVE N, STE 1500
BIRMINGHAM, AL 35203-4642

RAPAID WELL SERVICE CO INC
C/O HOLLAND & HART LLP
ATTN MATTHEW J OCHS, ESQ
555 17TH ST, STE 3200
DENVER, CO 80201-8749

RYCO EXPLORATION LLC
ATTN M ROBIN SMITH
401 EDWARDS ST, STE 915
SHREVEPORT, LA 71101

RYCO EXPLORATION LLC
ATTN M ROBIN SMITH
40 GOLF CLUB DR
HAUGHTON, LA 71037

SEITEL DATA LTD
C/O CLARK HILL STRASBURGER
ATTN DUANE J BRESCIA, ESQ
720 BRAZOS, STE 700
AUSTIN, TX 78701

SEITEL DATA LTD
C/O CLARK HILL STRASBURGER
ATTN ANDREW G EDSON, ESQ
901 MAIN ST, STE 6000
DALLAS, TX 75202

SKLAR EXPLORATION COMPANY

SMITH, JOHN H
PO BOX 90
QUITMAN, MS 39355

SOUTHEAST ALABAMA GAS DISTRICT, THE
C/O WELBORN SULLIVAN MECK & TOOLEY PC
ATTN CASEY C BREESE, ESQ
1125 17TH ST, STE 2200S
DENVER, CO 80202

STATE OF LOUISIANA, DEPT OF NATURAL RESOURCES
C/O CIVIL DIVISION/LANDS & NATURAL RESOURCES
ATTN RYAN M SEIDEMANN, ESQ
PO BOX 94005
BATON ROUGE, LA 70804-9005

STONE DEVELOPMENT LLC
C/O WATKINS & EAGER PLLC
ATTN PAUL H STEPEHSON III & JIM F SPENCER JR, ESQ
PO BOX 650
JACKSON, MS 39205

STONEHAM DRILLING CORPORATION
C/O BRADLEY ARANT BOULT CUMMINGS LLP
ATTN JAMES B BAILEY
1819 5TH AVE N
BIRMINGHAM, AL 35203

STONEHAM DRILLING CORPORATION
707 17TH ST, STE 3250
DENVER, CO 80202-0000

STRAGO PETROLEUM CORPORATION
C/O BUCK KEENAN LLP
ATTN ROBERT L PADDOCK, ESQ
2229 SAN FELIPE, STE 1000
HOUSTON, TX 77019

STRAGO PETROLEUM CORPORATION
PO BOX 1242
FRIENDSWOOD, TX 77549-1242

SUGAR OIL PROPERTIES LP
C/O KEAN MILLER LLP
ATTN J ERIC LOCKRIDGE, ESQ
400 CONVENTION ST, STE 700
BATON ROUGE, LA 70802

TAUBER EXPLORATION & PRODUCTION COMPANY
C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP
ATTN SHAY L DENNING, ESQ
835 E 2ND AVE, STE 123
DURANGO, CO 81301

TAUBER EXPLORATION & PRODUCTION COMPANY
C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP
ATTN THOMAS H SHIPPS, ESQ
835 E 2ND AVE, STE 123
DURANGO, CO 81301

TAUBER EXPLORATION & PRODUCTION COMPANY
C/O BARNET B SKELTON JR
ATTN BARNET B SKELTON JR, ESQ
815 WALKER, STE 1502
HOUSTON, TX 77002

TCP COTTONWOOD LP
C/O ERIC LOCKRIDGE
ATTN J ERIC LOCKRIDGE, ESQ
400 CONVENTION ST, STE 700
BATON ROUGE, LA 70802

TCP COTTONWOOD LP
C/O KEAN MILLER LLP
ATTN J ERIC LOCKRIDGE, ESQ
400 CONVENTION ST, STE 700
BATON ROUGE, LA 70802

TCP COTTONWOOD LP
333 TEXAS ST, STE 2020
SHREVEPORT, LA 71101-3680

TOMMY YOUNGBLOOD
C/O COOK YANCEY KING & GALLOWAY
ATTN JORDAN B BIRD, ESQ
333 TEXAS ST, STE 1700
PO BOX 22260
SHREVEPORT, LA 71120-2260

UNION OILFIELD SUPPLY INC
12 JOHN DYKES RD
WAYNESBORO, MS 39367-8371

UNITED STATES TRUSTEE FOR REGION 19
C/O PAUL MOSS, ESQ
BRYON G ROGERS FEDERAL BLDG
1961 STOUT ST, STE 12-200
DENVER, CO 80294

UNSECURED CREDITORS OF SKLAR EXPLORATION CO LLC
C/O MUNSCH HARDT KOPF & HARR PC
ATTN JOHN D CORNWELL, ESQ
700 MILAM ST, STE 2700
HOUSTON, TX 77002

UNSECURED CREDITORS OF SKLAR EXPLORATION CO LLC
C/O MUNSCH HARDT KOPF & HARR PC
ATTN GRANT M BEINER, ESQ
700 MILAM ST, STE 2700
HOUSTON, TX 77002

| | |
|---|---|
| UNSECURED CREDITORS OF SKLAR EXPLORATION CO LLC<br>C/O MUNSCH HARDT KOPF & HARR PC<br>ATTN CHRISTOPHER D JOHNSON, ESQ<br>700 MILAM ST, STE 2700<br>HOUSTON, TX 77002 | USA AND THE DEPT OF INTERIOR<br>C/O US ATTY OFFICE FOR THE DISTRICT OF COLORADO<br>ATTN KATHERINE A ROSS, ASST ATTY<br>1801 CALIFORNIA ST, STE 1600<br>DENVER, CO 80202 |