**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930<br><br>    Debtor.<br><br>In re:<br><br>SKLARCO, LLC<br>EIN: 72-1425432<br><br>    Debtor. | Case No. 20-12377 EEB<br>Chapter 11<br><br><br><br><br><br>Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered** |

**MOTION TO ALLOW ADMINISTRATIVE EXPENSE CLAIM
(Louisiana Tower Operating, LLC)**

Louisiana Tower Operating LLC ("LTO"), by and through its undersigned counsel, for its Motion to Allow Administrative Expense Claim (this "Motion"), states:

**I. BACKGROUND**

1. On April 1, 2020 (the "Petition Date"), Sklar Exploration Company, LLC and Sklarco, LLC (together, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code commencing the above-captioned jointly administered chapter 11 cases.

2. Pursuant to §§ 1107 and 1108 of the Bankruptcy Code, the Debtors continued to operate their businesses and manage their properties and assets as debtors-in-possession, until confirmation of their Second Amended and Restated Plan of Reorganization Dated December 18, 2020, as Amended (the "Plan"), on August 24, 2021. Dot. #1385; #1433.

3. The Plan became effective on September 7, 2021 (the "Effective Date"). *See* Dkt. #1457.

4. Before the Petition Date, LTO's predecessor in interest and Sklar Exploration Company, LLC ("SEC") entered into a lease dated February 8, 1999 (the "Original Lease") for certain space known as Suite 1601, located on the 16th floor of the building known as Louisiana Tower, the address of which is 401 Edwards Street, Shreveport, Louisiana, 71101 (the "Louisiana Office").

5. The Original Lease was amended by: that certain Lease Amendment No. 1 dated April 3, 2000; that certain Lease Amendment No. 2 dated October 17, 2000; that certain Third Amendment to Lease dated March 30, 2001; that certain Fourth Amendment to Lease dated July 19, 2004; that certain Fifth Amendment to Lease dated March 12, 2006; that certain Sixth Amendment to Lease dated November 21, 2007; that certain Seventh Amendment to Lease dated April 18, 2008; that certain Eighth Amendment to Lease dated May 26, 2011; that certain Ninth Amendment to Lease dated September 16, 2016; and that certain Tenth Amendment to Lease dated January 30, 2019 (collectively with the Original Lease, the "LTO Lease"). Copies of the LTO Lease are attached as **Exhibit A**.

6. SEC paid rent under the LTO Lease through July, 2021, and has not paid any rent since; SEC remains in possession of, and currently occupies, the Louisiana Office, notwithstanding rejection of the LTO Lease under the Plan and repeated requests to Debtors' counsel to pay rent.

7. On August 30, 2021, LTO (through counsel) advised Debtors' counsel that August rent had not been paid. A follow-up e-mail was sent on September 30, 2021 to Debtors' counsel and to the liquidating trustee under the Plan, again advising that August and September rent had not been paid, and that the Debtors remain in possession of the Louisiana Office despite rejection of the LTO Lease. No response to the September correspondence has been received to date; SEC remains a holdover tenant in the Louisiana Office as of the date of this Motion.

8.      On October 1, 2021, LTO filed its amended proof of claim (Claim No. 78) for lease rejection damages (and also submitted its amended claim to the Debtors' claims agent).

9.      Through this Motion, LTO requests entry of an order allowing an administrative expense for all post-petition, pre-rejection rent due under the LTO Lease, and for all holdover rent, use, and occupancy charges and fees due from SEC on and after the Effective Date, plus all other amounts accruing until such time that the SEC vacates and surrenders possession of the Louisiana Office to LTO. The total amount due as of October 18, 2021, is no less than **$41,131.50** plus 12% interest under the LTO Lease.

## II. ARGUMENT AND AUTHORITY

10.     Section 503(b) of the Bankruptcy Code provides, in part, that, "[a]fter notice and a hearing, there shall be allowed, administrative expenses, other than claims allowed under section 502(f) of this title, including - (1)(A) the actual, necessary costs and expenses of preserving the estate . . . ." 11 U.S.C. § 503(b)(1)(A).

11.     Bankruptcy Code § 365(d)(3) also requires "timely perform[ance of] all the obligations of the debtor . . . arising from and after the order for relief under any unexpired lease . . . until such lease is assumed or rejected, notwithstanding section 503(b)(1) of this title." 11 U.S.C. § 365(d)(3); *see In re Amber's Store*, 193 B.R. 819, 825 (Bankr. N.D. Tx 1996) ("[T]he landlord must be paid its administrative claim for the amount of rent due under the lease agreement for the post-petition, pre-rejection period and a landlord need not establish its claim for administrative status under Section 503(b)(1)(A)."); *see also In re Pyxsys Corp.*, 288 B.R. 309, 313 (Bankr. D. Mass. 2003) (recognizing that "many courts have held that [§ 365's "notwithstanding" clause] eliminate[s] the 'benefits test' of 503(b)(1) and view § 365(d)(3) as

having no threshold requirement that administrative rent claims reflect an objective benefit to the estate").

12. It is axiomatic that rejection of the LTO Lease was nothing more than a breach, made effective as of the Petition Date. 11 U.S.C. § 365(g)(1). Post-rejection and holdover rent, fees, and charges are presumptively measured by the lease terms, absent evidence of the market rates to the contrary. *See In re Rare Coin Galleries, Inc.*, 72 B.R. 415, 417 (Bankr. D. Mass. 1987) (allowing holdover rent under rejected lease and recognizing "a presumption that the reasonable value for use of the premises is the rent under the lease unless an opposing party produces evidence that the lease rate is unreasonable"); *accord In re Western Monetary Consultants*, 100 B.R. 545, 547 (Bankr. D. Colo. 1989) (noting that an "objective worth standard . . . measures the fair and reasonable value of the lease, though a rebuttable presumption exists that the contractual rental rate is fair and reasonable").

13. Pursuant to the LTO Lease, LTO is also entitled to payment of attorneys' fees incurred (and continuing to accrue) in connection with this Motion. *See, e.g.*, *Travelers Cas. & Su. Co. of Am. v. Pacific Gas and El. Co.*, 549 U.S. 443, 448 (2007) (holding that a party is entitled to be reimbursed for its attorneys' fees when there exists an "enforceable contract allocating attorneys' fees"); *In re Exchange Resources, Inc.*, 214 B.R. 366, 371 (Bankr. D. Minn. 1997) (legal fees incurred by landlord in collecting post-petition rent "give(s) rise to a priority administrative-expense claim allowable and payable now").

14. The total amount currently due under the LTO Lease, exclusive of attorneys' fees and interest, is no less than **$29,126.50**. That amount consists of regular monthly LTO Lease rent for August 2021 of $7,397.38, plus $200 in service charges under Article 23 of the LTO Lease. For the first seven (7) days of September, additional prorated regular rent of $1,726.06 is due,

along with a $200 service charge, for total pre-rejection rent and charges in August and the first week of September of $9323.44. With respect to holdover amounts due after the Effective Date, under Article 14 of the LTO Lease, holdover rent is payable at 150% of the regular rental rate, prorated per diem for each day, or $11,096.07 each month. Holding over for one month or more renders the lease a month-to-month tenancy. *Id*. Accordingly, holdover rent due for twenty-three days in September 2021 totals $8,506.99; October rent of $11,096.07, plus a service charge of $200 is also due.

      15.    LTO has incurred attorneys' fees through October 18, 2021, totaling **$12,005.00**, for a total administrative expense claim of **$41,131.50**. Under Article 16 of the LTO Lease, interest is to accrue at the default rate of 12%.

      WHEREFORE, for all of the foregoing reasons, Louisiana Tower Operating, LLC requests entry of an order granting this Motion and allowing an administrative expense claim of $41,131.50 plus interest at 12%, or in such greater amount as proven at trial and as accruing until the Debtors vacate the Louisiana Office and surrender possession.

      Dated: October 21, 2021.

      **BALLARD SPAHR LLP**

By: */s/ Theodore J. Hartl*
      Theodore J. Hartl , #32409
1225 17th Street, Suite 2300
Denver, CO, 80202-5596
Telephone: (303) 232-2400
Facsimile: (303) 296-3956
Email: hartlt@ballardspahr.com

*Attorneys for Louisiana Tower Operating LLC*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on October 21, 2021, pursuant to this Court's Order Granting *Ex* Part Motion for Entry of Order Limiting Notice (Dkt. #263), a true and correct copy of the foregoing **MOTION TO ALLOW ADMINISTRATIVE EXPENSE CLAIM (LOUISIANA TOWER OPERATING, LLC)** was served electronically via the Court's CM/ECF notice system to all parties of record, and via U.S. Mail, first class postage prepaid, to the addresses on the attached list.

                                                            */s/ Brandon Blessing*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 20-12380-EEB<br>District of Colorado<br>Denver<br>Thu Oct 21 13:12:20 MDT 2021 | Amplify Energy Operating, LLC<br>500 Dallas St., STE 1700<br>Houston, TX 77002-4732 | BPX Operating Company<br>501 Westlake Park Blvd<br>Houston, TX 77079-2604 |
| Basa Resources, Inc<br>14875 Landmark Blvd., 4th Floor<br>Dallas, TX 75254-1489 | CCI East Texas Upstream, LLC<br>Castleton Commodities Upstream, LLC<br>811 Main Street, Suite 1500<br>Houston, TX 77002-6114 | Cimarex Energy Co.<br>#774023<br>4023 Solutions Center<br>Chicago, IL 60677-4000 |
| (p)DAVIS BROS  LLC<br>ATTN LANCE DAVIS<br>1500 MCGOWEN ST STE 200<br>HOUSTON TX 77004-1154 | Devon Energy Production Co., LP<br>P O Box 842485<br>Dallas, TX 75284-2485 | Dorfman Production Company<br>4925 Greenville Ave, St 900<br>Dallas, TX 75206-4021 |
| East West Bank Treasury Department<br>135 N. Los Robles Ave, Ste 600<br>Pasadena, CA 91101-4549 | Grigsby Petroleum Inc.<br>333 Texas St.<br>Suite 2285<br>Shreveport, LA 71101-3665 | Grizzly Operating, LLC<br>Grizzly Energy, LLC<br>PO Box 46094<br>Houston, TX 77210-6094 |
| Highmark Energy Operating, LLC<br>c/o Oil & Gas Business Solutions, Inc.<br>4849 Greenville Ave., Ste 1250<br>Dallas, TX 75206-4188 | Hilcorp Energy Company<br>Dept. 412<br>P.O. Box 4346<br>Houston, TX 77210-4346 | Kirkpatrick Oil Company, Inc.<br>PO Box 248885<br>Oklahoma City, OK 73124-8885 |
| Mission Creek Resources, LLC<br>25511 Budde Rd, Ste 601<br>Spring, TX 77380-2081 | Palmer Petroleum Inc.<br>330 Marshall Street<br>Suite 1200<br>Shreveport, LA 71101-3143 | Par Minerals Corporation<br>701 Texas Street<br>Shreveport, LA 71101-3513 |
| Pruet Production Co<br>PO Box 11407<br>Birmingham, AL 35246-1129 | Stroud Petroleum, Inc.<br>P.O. Box 565<br>Shreveport, LA 71162-0565 | Urban Oil & Gas Group, LLC<br>Department #41380<br>P. O. Box 650823<br>Dallas, TX 75265-0823 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Davis Southern Operating Company, LLC
1500 McGowen Street, Suite 200
Houston, TX 77004

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 20-12377-EEB<br>District of Colorado<br>Denver<br>Thu Oct 21 13:11:36 MDT 2021 | Anderson Investment Holdings, LP<br>AEEC II, LLC<br>333 Texas Street, Suite 2020<br>Shreveport, LA 71101-3680 | Apple River Investments, L.L.C.<br>Attn Robert M. Boeve, President<br>1503 Garfield Road North<br>Traverse City, MI 49696-1111 |
| East West Bank Treasury Department<br>135 North Los Robles Avenue<br>Suite 600<br>ATTN Linda Cox<br>Pasadena, CA 91101-4549 | FPCC USA, Inc.<br>245 Commerce Green Blvd, Ste 250<br>Sugar Land, TX 77478-3760 | Fant Energy Limited<br>P.O. Box 55205<br>Houston, TX 77255-5205 |
| H&H Construction, LLC<br>Ladon E. Hall, Sole Manager<br>P.O. Box 850<br>Flomaton, AL 36441-0850 | JD Fields & Company, Inc.<br>P.O. Box 134401<br>Houston, TX 77219-4401 | JJS Working Interest LLC<br>2001 Kirby Dr, Suite 1110<br>Houston, TX 77019-6081 |
| Kelley Brothers Contractors, Inc.<br>P.O. Drawer 1079<br>Waynesboro, MS 39367-1079 | Kudzu Oil Properties, LLC<br>300 Concourse Blvd, Suite 101<br>Ridgeland, MS 39157-2091 | Lucas Petroleum Group, Inc.<br>327 Congress Avenue, Suite 500<br>Austin, TX 78701-3656 |
| Meritage Energy, Ltd.<br>C/O BKD, LLP<br>2700 Post Oak Blvd, Ste 1500<br>Houston, TX 77056-5829 | Mesa Fluids, LLC<br>c/o Juno Financial<br>P.O. Box 173928<br>Denver, CO 80217-3928 | Pro-Tek Field Services, LLC<br>P.O. Box 919269<br>Dallas, TX 75391-9269 |
| Pruet Oil Company, LLC<br>217 West Capitol St. Ste 201<br>Jackson, MS 39201-2099 | Rapad Well Service Co., Inc.<br>217 West Capitol Street<br>Jackson, MS 39201-2004 | Stoneham Drilling Corporation<br>707 17th Street<br>Suite 3250<br>Denver, CO 80202-3433 |
| Strago Petroleum Corporation<br>3209 Hamm Road<br>Pearland, TX 77581-5503 | TCP Cottonwood, L.P.<br>333 Texas Street, Suite 2020<br>Shreveport, LA 71101-3680 | Union Oilfield Supply, Inc.<br>12 John Dykes Road<br>Waynesboro, MS 39367-8371 |

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20

| | | |
|---|---|---|
| EAST WEST BANK<br>C/O BCLP<br>ATTN CRAIG K SCHUENEMANN<br>1700 LINCOLN ST, STE 4100<br>DENVER, CO 80203 | ALLY BANK<br>PO BOX 130424<br>ROSEVILLE, MN 55113-0004 | VINCENT A ZITO PETROLEUM LANDMAN<br>505 BEAR DR<br>GULF BREEZE, FL 32561 |
| ALABAMA DEPARTMENT OF REVENUE<br>ATTN LEGAL DIVISION<br>PO BOX 320001<br>MONTGOMERY, AL 36132-0001 | FORD MOTOR CREDIT COMPANY, LLC<br>PO BOX 6275<br>DEARBORN, MI 48121 | KCS AUTOMATION LLC<br>ATTN WILLIAM S KNISELY, MANAGER<br>4 PORTOFINO DR, UNIT 1103<br>PENSACOLA BEACH, FL 32561 |
| COLORADO DEPARTMENT OF REVENUE<br>1375 SHERMAN STREET, ROOM 511<br>DENVER, CO 80261 | ALABAMA DEPARTMENT OF REVENUE<br>50 NORTH RIPLEY STREET<br>MONTGOMERY, AL 36104 | CARTER, RHONDA B<br>PO BOX 453<br>BREWTON, AL 36427 |
| FLORIDA DEPARTMENT OF REVENUE<br>ATTN FREDERICK F RUDZIK, ESQ<br>PO BOX 6668<br>TALLAHASSEE, FL 32314-6668 | WEATHERFORD U.S., L.P.<br>ATTN: GREG KOUSH<br>2000 ST. JAMES PLACE<br>HOUSTON, TX 77056 | PRESLEY, DELORIS<br>309 N PINE ST<br>BREWTON, AL 36426 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | LIQUID GOLD WELL SERVICE, INC.<br>C/O CHRIS CROWLEY, ESQ.<br>FELDMANN NAGEL CANTAFIO PLLC<br>1875 LAWRENCE ST., STE. 730<br>DENVER, CO 80202 | DUNN, L ADRIAN<br>3385 MONTECITO BLVD<br>MILTON, FL 32583 |
| LOUISIANA DEPARTMENT OF REVENUE<br>PO BOX 66658<br>BATON ROUGE, LA 70896-6658 | BRI-CHEM SUPPLY CORP., LLC<br>C/O JASON THEISS<br>27075 ACHESON RD.<br>ACHESON, AB, CANADA | DUNN, ED L<br>5886 DUNRIDGE DR<br>MILTON, FL 32571 |
| MISSISSIPPI DEPARTMENT OF REVENUE<br>P.O. BOX 1033<br>JACKSON, MS 39215-1033 | STONEHAM DRILLING CORPORATION<br>C/O BRADLEY, ATTN: JAMES BAILEY<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM, AL 35203 | BAKER, KELLY L<br>254 STATE ST<br>MOBILE, AL 36603 |
| MONTANA DEPARTMENT OF REVENUE<br>PO BOX 6577<br>HELENA, MT 59604-6577 | ATLANTA ISD<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>C/O ELIZABETH WELLER<br>2777 N STEMMONS FRWY STE 1000<br>DALLAS, TEXAS 75207 | PHILLIPS, MIKE<br>PO BOX 1450<br>MEXIA, TX 76667 |
| TEXAS COMPTROLLER<br>111 EAST 17TH STREET<br>AUSTIN, TX 78701 | CAMP CAD<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>C/O ELIZABETH WELLER<br>2777 N STEMMONS FRWY STE 1000<br>DALLAS, TEXAS 75207 | CTM 2005 LTD<br>C/O BARNET B SKELTON, JR<br>815 WALKER, STE 1502<br>HOUSTON, TX 77002 |
| WYOMING DEPARTMENT OF REVENUE<br>122 WEST 25TH STREET, SUITE E301<br>HERSCHLER BUILDING EAST<br>CHEYENNE, WY 82002 | DAVIS HOT SHOT SERVICES LLC<br>4967 HWY 84<br>WAYNESBORO, MS 39367 | WEATHERFORD US LP<br>ATTN GREG KOUSH<br>2000 ST JAMES PL<br>HOUSTON, TX 77056 |

LIQUID GOLD WELL SERVICE INC
C/O CHRIS CROWLEY, ESQ
1875 LAWRENCE ST, STE 730
DENVER, CO 80202

BRI-CHEM SUPPLY CORP LLC
ATTN JASON THEISS
27075 ACHESON RD
ACHESON, AB T5X 6B1
CANADA

ATLANTA ISD
C/O LINEBARGER GOGGAN BLAIR & SAMPSON
2777 N STEMMONS FWY, STE 1000
DALLAS, TX 75207

BAKER HUGHES OILFIELD OPERATIONS LLC
C/O WILLIAM R SUDELA
2727 ALLEN PKWY, STE 1700
HOUSTON, TX 77019

BAKER PETROLITE LLC
C/O WILLIAM R SUDELA
2727 ALLEN PKWY, STE 1700
HOUSTON, TX 77019

CALHOUN, STEVEN E
PO BOX 7621
TYLER, TX 75711

CASS COUNTY
PERDUE BRANDON FIELDER COLLINS & MOTT
ATTN TAB BEALL
PO BOX 2007
TYLER, TX 75710-2007

CTM 2005 LTD
C/O BARNET B SKELTON, JR
815 WALKER, STE 1502
HOUSTON, TX 77002

DEVON ENERGY PRODUCTION COMPANY LP
ATTN CHERISH RALLS, ESQ
333 W SHERIDAN AVE
OKLAHOMA CITY, OK 73102

DOUBLEPINE INVESTMENTS LTD
4851 LBJ FWY, STE 210
DALLAS, TX 75244

ELBA EXPLORATION LLC
PO BOX 807
MILTON, FL 32572-0000

FANT ENERGY
C/O BRENT R COHEN
1200 17TH ST, STE 3000
DENVER, CO 80202

FOUTS, RHODNA F
PO BOX 660566
BIRMINGHAM, AL 35266

GATEWAY EXPLORATION LLC
C/O BUCK KEENAN LLP
ATTN ROBERT L PADDOCK
2229 SAN FELIPE, STE 1000
HOUSTON, TX 77019

GCREW PROPERTIES LLC
C/O BUCK KEENAN LLP
ATTN ROBERT L PADDOCK
2229 SAN FELIPE, STE 1000
HOUSTON, TX 77019

GE OIL & GAS PRESSURE CONTROL LP
C/O WILLIAM R SUDELA
2727 ALLEN PKWY, STE 1700
HOUSTON, TX 77019

GOOLSBY INTERESTS LLC
ATTN JAMES W GOOLSBY, JR
110 SIBELIUS LANE
HOUSTON, TX 77079

HARVEST GAS MANAGEMENT LLC
C/O BUCK KEENAN LLP
ATTN ROBERT L PADDOCK
2229 SAN FELIPE, STE 1000
HOUSTON, TX 77019

I&L MISS I LP
ATTN BARNET B SKELTON, JR
815 WALKER, STE 1502
HOUSTON, TX 77002

JJS INTERESTS ESCAMBIA LLC
C/O WILLKIE FARR & GALLAGHER LLP
ATTN JENNIFER HARDY
600 TRAVIS ST
HOUSTON, TX 77002

JJS INTERESTS NORTH BEACH LLC
C/O WILLKIE FARR & GALLAGHER LLP
ATTN JENNIFER HARDY
600 TRAVIS ST
HOUSTON, TX 77002

JJS INTERESTS STEELE KINGS LLC
C/O WILLKIE FARR & GALLAGHER LLP
ATTN JENNIFER HARDY
600 TRAVIS ST
HOUSTON, TX 77002

JJS INTERESTS WEST ARCADIA LLC
C/O WILLKIE FARR & GALLAGHER LLP
ATTN JENNIFER HARDY
600 TRAVIS ST
HOUSTON, TX 77002

JJS WORKING INTERESTS LLC
C/O WILLKIE FARR & GALLAGHER LLP
ATTN JENNIFER HARDY
600 TRAVIS ST
HOUSTON, TX 77002

KIDD PRODUCTION LTD
ATTN KIM MADDOX
102 N COLLEGE, STE 106
TYLER, TX 75702

KWAZAR RESOURCES LIMITED LIABILITY CO
7860 RAEGAN LN
SPANISH FORT, AL 36527-7023

MCLEOD ISD
C/O LINEBARGER GOGGAN BLAIR & SAMPSON
2777 N STEMMONS FWY, STE 1000
DALLAS, TX 75207

MER ENERGY LTD
C/O BARNET B SKELTON, JR
815 WALKER, STE 1502
HOUSTON, TX 77002

MERITAGE ENERGY LTD
C/O BUCK KEENAN LLP
ATTN ROBERT L PADDOCK
2229 SAN FELIPE, STE 1000
HOUSTON, TX 77019

MICHAEL MANAGEMENT INC
PO BOX 922
FAIR HOPE, AL 36533

| | | |
|---|---|---|
| MR TRUST<br>ATTN: BARNET B. SKELTON, JR.<br>815 WALKER, SUITE 1502<br>HOUSTON, TX 77002 | NEXTIER COMPLETION SOLUTIONS INC<br>C/O PATTEN PETERMAN BEKKEDAHL & GREEN<br>ATTN MOLLY S CONSIDINE<br>2817 2ND AVE N, STE 300<br>BILLINGS, MT 59101 | PANOLA COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS & MOT<br>ATTN TAB BEALL<br>PO BOX 2007<br>TYLER, TX 75710-2007 |
| PICKENS FINANCIAL GROUP LLC<br>ATTN BARNET B SKELTON, JR<br>815 WALKER, STE 1502<br>HOUSTON, TX 77002 | PIONEER WIRELINE SERVICES LLC<br>C/O DORE ROTHBERG MCKAY PC<br>17171 PARK ROW, STE 160<br>HOUSTON, TX 77084 | PREMIUM OILFIELD SERVICES LLC<br>C/O ANDREW J SHAVER<br>1819 ONE FEDERAL PL<br>BIRMINGHAM, AL 35203 |
| PRO-TEK FIELD SERVICES LLC<br>C/O DORE ROTHBERG MCKAY PC<br>17171 PARK ROW, STE 160<br>HOUSTON, TX 77084 | QUITMAN ISD<br>C/O PERDUE BRANDON FIELDER COLLINS & MOT<br>ATTN TAB BEALL<br>PO BOX 2007<br>TYLER, TX 75710-2007 | RAPAD WELL SERVICE COMPANY INC<br>217 W CAPITOL ST<br>JACKSON, MS 39201 |
| ROOSTH 806 LTD A TEXAS LP<br>C/O REGIONS BANK<br>ATTN JOEY HAND, SENIOR VP<br>PO BOX 2020<br>TYLER, TX 75710 | RUDMAN PARTNERSHIP, THE<br>C/O BARNET B SKELTON, JR<br>815 WALKER, STE 1502<br>HOUSTON, TX 77002 | STONEHAM DRILLING CORPORATION<br>C/O BRADLEY<br>ATTN JAMES BAILEY<br>1819 FIFTH AVE N<br>BIRMINGHAM, AL 35203 |
| STRAGO PETROLEUM CORPORATION<br>C/O BUCK KEENAN LLP<br>2229 SAN FELIPE, STE 1000<br>HOUSTON, TX 77019 | TAUBER EXPLORATION & PRODUCTION CO<br>ATTN BARNET B SKELTON, JR<br>815 WALKER, STE 1502<br>HOUSTON, TX 77002 | TO KIMBRELL LLC<br>PO BOX 18221<br>NATCHEZ, MS 39122 |
| UPSHUR COUNTY<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON<br>2777 N STEMMONS FWY, STE 1000<br>DALLAS, TX 75207 | US DOI BUREAU OF LAND MANAGEMENT (BLM)<br>WYOMING STATE OFFICE<br>ATTN CHRIS HITE<br>5353 YELLOWSTONE RD<br>CHEYENNE, WY 82009 | WEATHERFORD US LP<br>ATTN GREG KOUSH<br>2000 ST JAMES PL<br>HOUSTON, TX 77056 |