# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| SKLAR EXPLORATION COMPANY, LLC ) | Case No. 20-12377 EEB |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380 EEB |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | **Jointly Administered** |

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF
### MOTION TO ALLOW ADMINISTRATIVE EXPENSE CLAIM
### (Louisiana Tower Operating, LLC)

### OBJECTION DEADLINE: NOVEMBER 12, 2021

**NOTICE IS HEREBY GIVEN** that Louisiana Tower Operating LLC ("LTO") has filed its Motion to Allow Administrative Expense Claim (the "Motion"). Through the Motion, LTO seeks entry of an order allowing an administrative expense claim of $41,131.50 plus interest at 12%, or in such greater amount as proven at trial, and as accruing until the Debtors vacate the Louisiana Office and surrender possession. A copy of the Motion is attached to this Notice.

If you oppose the Motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Examiner at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to the creditors or other interested parties.

Dated: October 21, 2021.

**BALLARD SPAHR LLP**

By: */s/ Theodore J. Hartl*
      Theodore J. Hartl , #32409
1225 17th Street, Suite 2300
Denver, CO, 80202-5596
Telephone: (303) 232-2400
Facsimile: (303) 296-3956
Email: hartlt@ballardspahr.com

*Attorneys for Louisiana Tower Operating LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 21, 2021, pursuant to this Court's Order Granting *Ex* Part Motion for Entry of Order Limiting Notice (Dkt. #263), a true and correct copy of the foregoing **NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF MOTION TO ALLOW ADMINISTRATIVE EXPENSE CLAIM (LOUISIANA TOWER OPERATING, LLC)** was served electronically via the Court's CM/ECF notice system to all parties of record, and via U.S. Mail, first class postage prepaid, to the addresses on the attached list.

                                                               */s/ Brandon Blessing*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 20-12380-EEB<br>District of Colorado<br>Denver<br>Thu Oct 21 13:12:20 MDT 2021 | Amplify Energy Operating, LLC<br>500 Dallas St., STE 1700<br>Houston, TX 77002-4732 | BPX Operating Company<br>501 Westlake Park Blvd<br>Houston, TX 77079-2604 |
| Basa Resources, Inc<br>14875 Landmark Blvd., 4th Floor<br>Dallas, TX 75254-1489 | CCI East Texas Upstream, LLC<br>Castleton Commodities Upstream, LLC<br>811 Main Street, Suite 1500<br>Houston, TX 77002-6114 | Cimarex Energy Co.<br>#774023<br>4023 Solutions Center<br>Chicago, IL 60677-4000 |
| (p)DAVIS BROS  LLC<br>ATTN LANCE DAVIS<br>1500 MCGOWEN ST STE 200<br>HOUSTON TX 77004-1154 | Devon Energy Production Co., LP<br>P O Box 842485<br>Dallas, TX 75284-2485 | Dorfman Production Company<br>4925 Greenville Ave, St 900<br>Dallas, TX 75206-4021 |
| East West Bank Treasury Department<br>135 N. Los Robles Ave, Ste 600<br>Pasadena, CA 91101-4549 | Grigsby Petroleum Inc.<br>333 Texas St.<br>Suite 2285<br>Shreveport, LA 71101-3665 | Grizzly Operating, LLC<br>Grizzly Energy, LLC<br>PO Box 46094<br>Houston, TX 77210-6094 |
| Highmark Energy Operating, LLC<br>c/o Oil & Gas Business Solutions, Inc.<br>4849 Greenville Ave., Ste 1250<br>Dallas, TX 75206-4188 | Hilcorp Energy Company<br>Dept. 412<br>P.O. Box 4346<br>Houston, TX 77210-4346 | Kirkpatrick Oil Company, Inc.<br>PO Box 248885<br>Oklahoma City, OK 73124-8885 |
| Mission Creek Resources, LLC<br>25511 Budde Rd, Ste 601<br>Spring, TX 77380-2081 | Palmer Petroleum Inc.<br>330 Marshall Street<br>Suite 1200<br>Shreveport, LA 71101-3143 | Par Minerals Corporation<br>701 Texas Street<br>Shreveport, LA 71101-3513 |
| Pruet Production Co<br>PO Box 11407<br>Birmingham, AL 35246-1129 | Stroud Petroleum, Inc.<br>P.O. Box 565<br>Shreveport, LA 71162-0565 | Urban Oil & Gas Group, LLC<br>Department #41380<br>P. O. Box 650823<br>Dallas, TX 75265-0823 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Davis Southern Operating Company, LLC<br>1500 McGowen Street, Suite 200<br>Houston, TX 77004 | End of Label Matrix<br>Mailable recipients    20<br>Bypassed recipients     0<br>Total                  20 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 20-12377-EEB<br>District of Colorado<br>Denver<br>Thu Oct 21 13:11:36 MDT 2021 | Anderson Investment Holdings, LP<br>AEEC II, LLC<br>333 Texas Street, Suite 2020<br>Shreveport, LA 71101-3680 | Apple River Investments, L.L.C.<br>Attn  Robert M. Boeve, President<br>1503 Garfield Road North<br>Traverse City, MI 49696-1111 |
| East West Bank Treasury Department<br>135 North Los Robles Avenue<br>Suite 600<br>ATTN  Linda Cox<br>Pasadena, CA 91101-4549 | FPCC USA, Inc.<br>245 Commerce Green Blvd, Ste 250<br>Sugar Land, TX 77478-3760 | Fant Energy Limited<br>P.O. Box 55205<br>Houston, TX 77255-5205 |
| H&H Construction, LLC<br>Ladon E. Hall, Sole Manager<br>P.O. Box 850<br>Flomaton, AL 36441-0850 | JD Fields & Company, Inc.<br>P.O. Box 134401<br>Houston, TX 77219-4401 | JJS Working Interest LLC<br>2001 Kirby Dr, Suite 1110<br>Houston, TX 77019-6081 |
| Kelley Brothers Contractors, Inc.<br>P.O. Drawer 1079<br>Waynesboro, MS 39367-1079 | Kudzu Oil Properties, LLC<br>300 Concourse Blvd, Suite 101<br>Ridgeland, MS 39157-2091 | Lucas Petroleum Group, Inc.<br>327 Congress Avenue, Suite 500<br>Austin, TX 78701-3656 |
| Meritage Energy, Ltd.<br>C/O BKD, LLP<br>2700 Post Oak Blvd, Ste 1500<br>Houston, TX 77056-5829 | Mesa Fluids, LLC<br>c/o Juno Financial<br>P.O. Box 173928<br>Denver, CO 80217-3928 | Pro-Tek Field Services, LLC<br>P.O. Box 919269<br>Dallas, TX 75391-9269 |
| Pruet Oil Company, LLC<br>217 West Capitol St. Ste 201<br>Jackson, MS 39201-2099 | Rapad Well Service Co., Inc.<br>217 West Capitol Street<br>Jackson, MS 39201-2004 | Stoneham Drilling Corporation<br>707 17th Street<br>Suite 3250<br>Denver, CO 80202-3433 |
| Strago Petroleum Corporation<br>3209 Hamm Road<br>Pearland, TX 77581-5503 | TCP Cottonwood, L.P.<br>333 Texas Street, Suite 2020<br>Shreveport, LA 71101-3680 | Union Oilfield Supply, Inc.<br>12 John Dykes Road<br>Waynesboro, MS 39367-8371 |

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20

| | | |
|---|---|---|
| EAST WEST BANK<br>C/O BCLP<br>ATTN CRAIG K SCHUENEMANN<br>1700 LINCOLN ST, STE 4100<br>DENVER, CO 80203 | ALLY BANK<br>PO BOX 130424<br>ROSEVILLE, MN 55113-0004 | VINCENT A ZITO PETROLEUM LANDMAN<br>505 BEAR DR<br>GULF BREEZE, FL 32561 |
| ALABAMA DEPARTMENT OF REVENUE<br>ATTN LEGAL DIVISION<br>PO BOX 320001<br>MONTGOMERY, AL 36132-0001 | FORD MOTOR CREDIT COMPANY, LLC<br>PO BOX 6275<br>DEARBORN, MI 48121 | KCS AUTOMATION LLC<br>ATTN WILLIAM S KNISELY, MANAGER<br>4 PORTOFINO DR, UNIT 1103<br>PENSACOLA BEACH, FL 32561 |
| COLORADO DEPARTMENT OF REVENUE<br>1375 SHERMAN STREET, ROOM 511<br>DENVER, CO 80261 | ALABAMA DEPARTMENT OF REVENUE<br>50 NORTH RIPLEY STREET<br>MONTGOMERY, AL 36104 | CARTER, RHONDA B<br>PO BOX 453<br>BREWTON, AL 36427 |
| FLORIDA DEPARTMENT OF REVENUE<br>ATTN FREDERICK F RUDZIK, ESQ<br>PO BOX 6668<br>TALLAHASSEE, FL 32314-6668 | WEATHERFORD U.S., L.P.<br>ATTN: GREG KOUSH<br>2000 ST. JAMES PLACE<br>HOUSTON, TX 77056 | PRESLEY, DELORIS<br>309 N PINE ST<br>BREWTON, AL 36426 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | LIQUID GOLD WELL SERVICE, INC.<br>C/O CHRIS CROWLEY, ESQ.<br>FELDMANN NAGEL CANTAFIO PLLC<br>1875 LAWRENCE ST., STE. 730<br>DENVER, CO 80202 | DUNN, L ADRIAN<br>3385 MONTECITO BLVD<br>MILTON, FL 32583 |
| LOUISIANA DEPARTMENT OF REVENUE<br>PO BOX 66658<br>BATON ROUGE, LA 70896-6658 | BRI-CHEM SUPPLY CORP., LLC<br>C/O JASON THEISS<br>27075 ACHESON RD.<br>ACHESON, AB, CANADA | DUNN, ED L<br>5886 DUNRIDGE DR<br>MILTON, FL 32571 |
| MISSISSIPPI DEPARTMENT OF REVENUE<br>P.O. BOX 1033<br>JACKSON, MS 39215-1033 | STONEHAM DRILLING CORPORATION<br>C/O BRADLEY, ATTN: JAMES BAILEY<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM, AL 35203 | BAKER, KELLY L<br>254 STATE ST<br>MOBILE, AL 36603 |
| MONTANA DEPARTMENT OF REVENUE<br>PO BOX 6577<br>HELENA, MT 59604-6577 | ATLANTA ISD<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>C/O ELIZABETH WELLER<br>2777 N STEMMONS FRWY STE 1000<br>DALLAS, TEXAS 75207 | PHILLIPS, MIKE<br>PO BOX 1450<br>MEXIA, TX 76667 |
| TEXAS COMPTROLLER<br>111 EAST 17TH STREET<br>AUSTIN, TX 78701 | CAMP CAD<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>C/O ELIZABETH WELLER<br>2777 N STEMMONS FRWY STE 1000<br>DALLAS, TEXAS 75207 | CTM 2005 LTD<br>C/O BARNET B SKELTON, JR<br>815 WALKER, STE 1502<br>HOUSTON, TX 77002 |
| WYOMING DEPARTMENT OF REVENUE<br>122 WEST 25TH STREET, SUITE E301<br>HERSCHLER BUILDING EAST<br>CHEYENNE, WY 82002 | DAVIS HOT SHOT SERVICES LLC<br>4967 HWY 84<br>WAYNESBORO, MS 39367 | WEATHERFORD US LP<br>ATTN GREG KOUSH<br>2000 ST JAMES PL<br>HOUSTON, TX 77056 |

LIQUID GOLD WELL SERVICE INC
C/O CHRIS CROWLEY, ESQ
1875 LAWRENCE ST, STE 730
DENVER, CO 80202

BRI-CHEM SUPPLY CORP LLC
ATTN JASON THEISS
27075 ACHESON RD
ACHESON, AB T5X 6B1
CANADA

ATLANTA ISD
C/O LINEBARGER GOGGAN BLAIR & SAMPSON
2777 N STEMMONS FWY, STE 1000
DALLAS, TX 75207

BAKER HUGHES OILFIELD OPERATIONS LLC
C/O WILLIAM R SUDELA
2727 ALLEN PKWY, STE 1700
HOUSTON, TX 77019

BAKER PETROLITE LLC
C/O WILLIAM R SUDELA
2727 ALLEN PKWY, STE 1700
HOUSTON, TX 77019

CALHOUN, STEVEN E
PO BOX 7621
TYLER, TX 75711

CASS COUNTY
PERDUE BRANDON FIELDER COLLINS & MOTT
ATTN TAB BEALL
PO BOX 2007
TYLER, TX 75710-2007

CTM 2005 LTD
C/O BARNET B SKELTON, JR
815 WALKER, STE 1502
HOUSTON, TX 77002

DEVON ENERGY PRODUCTION COMPANY LP
ATTN CHERISH RALLS, ESQ
333 W SHERIDAN AVE
OKLAHOMA CITY, OK 73102

DOUBLEPINE INVESTMENTS LTD
4851 LBJ FWY, STE 210
DALLAS, TX 75244

ELBA EXPLORATION LLC
PO BOX 807
MILTON, FL 32572-0000

FANT ENERGY
C/O BRENT R COHEN
1200 17TH ST, STE 3000
DENVER, CO 80202

FOUTS, RHODNA F
PO BOX 660566
BIRMINGHAM, AL 35266

GATEWAY EXPLORATION LLC
C/O BUCK KEENAN LLP
ATTN ROBERT L PADDOCK
2229 SAN FELIPE, STE 1000
HOUSTON, TX 77019

GCREW PROPERTIES LLC
C/O BUCK KEENAN LLP
ATTN ROBERT L PADDOCK
2229 SAN FELIPE, STE 1000
HOUSTON, TX 77019

GE OIL & GAS PRESSURE CONTROL LP
C/O WILLIAM R SUDELA
2727 ALLEN PKWY, STE 1700
HOUSTON, TX 77019

GOOLSBY INTERESTS LLC
ATTN JAMES W GOOLSBY, JR
110 SIBELIUS LANE
HOUSTON, TX 77079

HARVEST GAS MANAGEMENT LLC
C/O BUCK KEENAN LLP
ATTN ROBERT L PADDOCK
2229 SAN FELIPE, STE 1000
HOUSTON, TX 77019

I&L MISS I LP
ATTN BARNET B SKELTON, JR
815 WALKER, STE 1502
HOUSTON, TX 77002

JJS INTERESTS ESCAMBIA LLC
C/O WILLKIE FARR & GALLAGHER LLP
ATTN JENNIFER HARDY
600 TRAVIS ST
HOUSTON, TX 77002

JJS INTERESTS NORTH BEACH LLC
C/O WILLKIE FARR & GALLAGHER LLP
ATTN JENNIFER HARDY
600 TRAVIS ST
HOUSTON, TX 77002

JJS INTERESTS STEELE KINGS LLC
C/O WILLKIE FARR & GALLAGHER LLP
ATTN JENNIFER HARDY
600 TRAVIS ST
HOUSTON, TX 77002

JJS INTERESTS WEST ARCADIA LLC
C/O WILLKIE FARR & GALLAGHER LLP
ATTN JENNIFER HARDY
600 TRAVIS ST
HOUSTON, TX 77002

JJS WORKING INTERESTS LLC
C/O WILLKIE FARR & GALLAGHER LLP
ATTN JENNIFER HARDY
600 TRAVIS ST
HOUSTON, TX 77002

KIDD PRODUCTION LTD
ATTN KIM MADDOX
102 N COLLEGE, STE 106
TYLER, TX 75702

KWAZAR RESOURCES LIMITED LIABILITY CO
7860 RAEGAN LN
SPANISH FORT, AL 36527-7023

MCLEOD ISD
C/O LINEBARGER GOGGAN BLAIR & SAMPSON
2777 N STEMMONS FWY, STE 1000
DALLAS, TX 75207

MER ENERGY LTD
C/O BARNET B SKELTON, JR
815 WALKER, STE 1502
HOUSTON, TX 77002

MERITAGE ENERGY LTD
C/O BUCK KEENAN LLP
ATTN ROBERT L PADDOCK
2229 SAN FELIPE, STE 1000
HOUSTON, TX 77019

MICHAEL MANAGEMENT INC
PO BOX 922
FAIR HOPE, AL 36533

| | | |
|---|---|---|
| MR TRUST<br>ATTN: BARNET B. SKELTON, JR.<br>815 WALKER, SUITE 1502<br>HOUSTON, TX 77002 | NEXTIER COMPLETION SOLUTIONS INC<br>C/O PATTEN PETERMAN BEKKEDAHL & GREEN<br>ATTN MOLLY S CONSIDINE<br>2817 2ND AVE N, STE 300<br>BILLINGS, MT 59101 | PANOLA COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS & MOT<br>ATTN TAB BEALL<br>PO BOX 2007<br>TYLER, TX 75710-2007 |
| PICKENS FINANCIAL GROUP LLC<br>ATTN BARNET B SKELTON, JR<br>815 WALKER, STE 1502<br>HOUSTON, TX 77002 | PIONEER WIRELINE SERVICES LLC<br>C/O DORE ROTHBERG MCKAY PC<br>17171 PARK ROW, STE 160<br>HOUSTON, TX 77084 | PREMIUM OILFIELD SERVICES LLC<br>C/O ANDREW J SHAVER<br>1819 ONE FEDERAL PL<br>BIRMINGHAM, AL 35203 |
| PRO-TEK FIELD SERVICES LLC<br>C/O DORE ROTHBERG MCKAY PC<br>17171 PARK ROW, STE 160<br>HOUSTON, TX 77084 | QUITMAN ISD<br>C/O PERDUE BRANDON FIELDER COLLINS & MOT<br>ATTN TAB BEALL<br>PO BOX 2007<br>TYLER, TX 75710-2007 | RAPAD WELL SERVICE COMPANY INC<br>217 W CAPITOL ST<br>JACKSON, MS 39201 |
| ROOSTH 806 LTD A TEXAS LP<br>C/O REGIONS BANK<br>ATTN JOEY HAND, SENIOR VP<br>PO BOX 2020<br>TYLER, TX 75710 | RUDMAN PARTNERSHIP, THE<br>C/O BARNET B SKELTON, JR<br>815 WALKER, STE 1502<br>HOUSTON, TX 77002 | STONEHAM DRILLING CORPORATION<br>C/O BRADLEY<br>ATTN JAMES BAILEY<br>1819 FIFTH AVE N<br>BIRMINGHAM, AL 35203 |
| STRAGO PETROLEUM CORPORATION<br>C/O BUCK KEENAN LLP<br>2229 SAN FELIPE, STE 1000<br>HOUSTON, TX 77019 | TAUBER EXPLORATION & PRODUCTION CO<br>ATTN BARNET B SKELTON, JR<br>815 WALKER, STE 1502<br>HOUSTON, TX 77002 | TO KIMBRELL LLC<br>PO BOX 18221<br>NATCHEZ, MS 39122 |
| UPSHUR COUNTY<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON<br>2777 N STEMMONS FWY, STE 1000<br>DALLAS, TX 75207 | US DOI BUREAU OF LAND MANAGEMENT (BLM)<br>WYOMING STATE OFFICE<br>ATTN CHRIS HITE<br>5353 YELLOWSTONE RD<br>CHEYENNE, WY 82009 | WEATHERFORD US LP<br>ATTN GREG KOUSH<br>2000 ST JAMES PL<br>HOUSTON, TX 77056 |