# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |

### ORDER FOR COMPLIANCE WITH LOCAL BANKRUPTCY RULE 9013-1 AND OTHER APPLICABLE RULES OF PROCEDURE REGARDING SERVICE AND NOTICE

THIS MATTER comes before the Court on the Application/Motion Administrative Expenses ("Motion") filed by Epiq Systems ("Movant") at Docket No. 1473. The Court finds that Movant has failed to comply with applicable rules of procedure, noted more specifically below:

- ☒ L.B.R. 9013-1: failure to file a 9013-1 Notice with the Motion, as required by this rule and Fed.R.B.P. 2002;

- ☒ Fed.R.B.P. 2002(a)(6): failure to provide 21 days' notice to file objections;

- ☒ Fed.R.B.P. 2002 (a), (c), (g), L.B.R. 2002-1: failure to serve a copy of the Motion and notice upon all creditors and other parties in interest at their addresses of record, as of the date of filing the Motion. The certificate of service attached to the Motion is blank.

- ☒ L.B.R. 9011-4: failure to include an electronic signature on the Motion and certificate of service.

- ☒ L.B.R. 9010-1(e): No corporation, partnership, other unincorporated organization, or entity may appear in cases or proceedings before this Court, unless it is represented by an attorney authorized to practice in this Court. The attorney representing such an entity must sign pleadings. The Motion is

unsigned, and the signature block contains the name of a paralegal not an attorney.

Accordingly, IT IS HEREBY ORDERED that Movant must cure the above-noted deficiency by the cure date listed below, failing which the Motion will be denied without further notice.

**Deficiency Cure Date:** **October 29, 2021**

DATED this 22nd day of October, 2021.

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, Bankruptcy Judge

2