# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 20-12377-EEB |
| **Sklar Exploration Company, LLC,** | Chapter 11 |
| Reorganized Debtor. | |
| In re: | Case No. 20-12380-EEB |
| **Sklarco, LLC,** | Chapter 11 |
| Reorganized Debtor. | Jointly Administered Under Case No. 20-12377-EEB |

## STIPULATION TO EXTEND
## ADMINISTRATIVE CLAIM BAR DATE AS TO HOWARD F. SKLAR

The Reorganized Debtors, Sklarco, LLC ("Sklarco") and Sklar Exlporation, LLC (together, the "Reorganized Debtors"), and Howard F. Sklar, (i) for himself; (ii) as trustee for the (x) Howard Trust (TIN: 72-6094620), an irrevocable *inter vivos* trust created under the laws of the State of Louisiana, (y) Alan Grantor Trust (TIN: 72-6157679), an irrevocable *inter vivos* trust created under the laws of the State of Louisiana, and (z) the Jacob Grantor Trust (TIN: 72-6094619), an irrevocable *inter vivos* trust created under the laws of the State of Louisiana; and (iii) as the duly appointed Independent Executor of the Succession of Miriam Mandel Sklar (TIN: 27-6579529) pursuant to that certain order dated April 21, 2010, of the First Judicial District Court, Caddo Parish, Louisiana, Suit No. 540336-B (in each such capacity, "HFS"), by and through their undersigned attorneys, hereby enter into this stipulation to extend the deadline for HFS to file a request for payment of administrative expense, as follows (the "Stipulation"):

**Recitals**

A. The Court entered an order on August 24, 2021, confirming the Reorganized Debtors' Second Amended and Restated Joint Plan of Reorganization Dated December 18, 2020 [Docket No. 1251] (the "Plan") [Docket No. 1433] (the "Confirmation Order").

B. The Confirmation Order provides that any and all Administrative Claims[1] shall be filed not later than 45 days following the Effective Date of the Plan.

C. On September 8, 2021, the Reorganized Debtors filed a notice advising that the Effective Date of the Plan occurred on September 7, 2021, and that motions for payment of Administrative Claims (except for Fee Claims, Ordinary Course Administrative Claims, and Cure Claims) not paid prior to the Confirmation Date must be filed no later than October 22, 2021 (the "Administrative Claims Bar Date") [Docket No. 1457].

D. HFS contends that he has Administrative Claims based on the contribution of certain non-oil and gas assets during the Reorganized Debtors' chapter 11 cases. These alleged Administrative Claims are tied to resolution of the disputed non-oil and gas assets identified in Section 7.2 of the Plan (the "Disputed Assets").

E. As provided in Section 7.2 of the Plan, the parties are presently cooperating to resolve their disputes with respect to the Disputed Assets, have exchanged documentation with respect to their positions as to the Disputed Assets, and are evaluating the validity of HFS's claims to the Disputed Assets. Additional time is needed to evaluate these claims, and the parties wish to continue exploring whether a resolution can be reached with respect to the Disputed Assets without the need for and expense of litigation. Any resolution is expected to include a

---

[1] Capitalized terms not defined in this Stipulation are defined as in the Plan.

2

resolution of HFS's Administrative Claims related to the Reorganized Debtors' use of the Disputed Assets during their chapter 11 cases and will be presented to the Court for approval.

**NOW, THEREFORE,** the Reorganized Debtors and HFS hereby agree and stipulate as follows:

1. The Administrative Claims Bar Date shall be extended solely as to HFS to and including November 29, 2021.

Dated: October 22, 2021

| | |
|---|---|
| By: /s/ Keri Riley<br>Keri Riley<br>Kutner Brinen Dickey Riley, P.C.<br>1660 Lincoln Street, Suite 1720<br>Denver, Colorado 80264<br>Telephone: 303.832.2910<br>Email: klr@kutnerlaw.com | By: /s/ Adam L. Hirsch<br>Adam L. Hirsch, Reg. No. 44306<br>Davis Graham & Stubbs LLP<br>1550 17th Street, Suite 500<br>Denver, Colorado 80202<br>Telephone: 303.892.9400<br>Facsimile: 303.893.1379<br>Email: adam.hirsch@dgslaw.com |
| *Counsel to Sklarco, LLC and Sklar Exploration Company, LLC* | *Counsel to Howard F. Sklar in the Capacities Recited Above* |

**NO OBJECTION:**

By: /s/ Christopher D. Johnson
Christopher D. Johnson
Munsch Hardt Kopf & Harr, P.C.
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone: 713.222.1470
Facsimile: 713.222.1475
Email: cjohnson@munsch.com

*Counsel to r² advisors llc, as trustee for the Creditor Trust*

## Certificate of Service

The undersigned hereby certifies that on October 22, 2021, the foregoing **STIPULATION TO EXTEND ADMINSITRATIVE CLAIM BAR DATE AS TO HOWARD F. SKLAR** was filed using the Court's electronic filing system CM/ECF and was electronically served upon all parties appearing in this case.

                                                    */s/ Robin E. Anderson*
                                                    Robin E. Anderson