| Fill in this information to identify your case | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | |
| Debtor 1: Sklar Exploration Company, LLC | Jointly Administered Under<br>Case #: 20-12377-EEB |
| Debtor 2: Sklarco, LLC | Chapter: 11 |

## Local Bankruptcy Form 2016-1.1
## Cover Sheet for Application for Professional Compensation
## (Other than Chapter 13 Debtor's Counsel)

**Complete applicable sections and check applicable boxes.**

|  |  |
|---:|:---|
| Name of applicant: | Armbrecht Jackson LLP |
| Authorized to provide professional services to: | Debtors |
| Date of order authorizing employment: | April 24, 2020 *nunc pro tunc* to April 3, 2020 |
| Periods for which compensation is sought: | April 3, 2020 to September 30, 2021 |
| Amount of fees sought: | $394,276.52 paid; $150,800.48 unpaid |
| Amount of expense reimbursement sought: | $4,274.24 paid; $382.83 unpaid |

This is a(n):

| | |
|---|---|
| ☐ | Interim Application |
| ☒ | Final Application |

If this is <u>not</u> the first application filed herein by this professional, disclose all prior fee applications:

| Date filed | Period covered | Total requested fees & expenses | Total allowed |
|---|---|---|---|
| | | | |
| | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is $398,550.76**.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: )<br>)<br>SKLAR EXPLORATION COMPANY, LLC   )   Case No. 20-12377-EEB<br>EIN: 72-1417930 )<br>) Chapter 11<br>Debtor-in-Possession. )<br>)<br>)<br>IN RE: )<br>)<br>SKLARCO, LLC )   Case No. 20-12380-EEB<br>EIN: 72-1425432 )<br>) Chapter 11<br>)<br>)<br>Debtor-in-Possession. )<br>) | |

**APPLICATION OF ARMBRECHT JACKSON LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 3, 2020 THROUGH SEPTEMBER 30, 2021**

COMES NOW Armbrecht Jackson, LLP ("AJ"), as Special Oil and Gas Counsel for Debtors Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco"), and submits this application for allowance of compensation and reimbursement of expenses for the period of April 3, 2020 through September 30, 2021. While AJ believes that its legal services to the Debtors were generally provided in the ordinary course of the Debtors' business and therefore not subject to the fee application process, AJ submits this application out of an abundance of caution.

1. Debtors SEC and Sklarco filed their voluntary petitions pursuant to Chapter 11 of the Bankruptcy Code on April 1, 2020 ("Petition Date"). Thereafter, the Court ordered that the two cases be jointly administered under the first above-captioned case number.

2. On April 3, 2020, the Debtors filed their Application to Employ AJ as special counsel to provide legal services with respect to oil and gas issues pursuant to 11 U.S.C. § 327(e). (Doc. 15). On April 24, 2020, the Court issued its Order approving AJ as special oil and gas counsel *nunc pro tunc* to April 3, 2020. (Doc. 169).

3. On August 24, 2021, the Court entered its Order Confirming Debtor's Second Amended and Restated Plan of Reorganization dated December 18, 2020, as Amended (the "Plan"). (Doc. 1433).

4. On September 8, 2021, the Debtors filed their Notice of Occurrence of Effective Date and Certain Related Deadlines, which stated that the effective date of the Plan is September 7, 2021.

5. AJ has provided legal services to the oil and gas industry for several decades. Since approximately 2006, AJ has acted as the Debtors' primary attorneys concerning their oil and gas operations. Since that time, AJ has become closely involved in the Debtor's oil and gas operations and has gained an extensive knowledge thereof, having been deeply involved in all of AJ's major operations in Alabama and Florida.

6. From the Petition Date and continuing throughout these proceedings, AJ has continued to provide legal services to Debtors concerning their oil and gas operations. Such legal services include, but are not limited to, the following operational categories: contract drafting/review, title examination and opinions, title curative, division order accounting, joint interest billing and revenue accounting, regulatory oversight and submissions, and other operational and land related advice. Moreover, since the Petition Date and continuing throughout these proceedings, AJ has provided advice and services to Debtors' bankruptcy counsel and its CRO concerning oil and gas matters and has represented Debtors in these

proceedings with respect to oil and gas operational matters. Given AJ's intimate knowledge of and involvement in Debtors' operations and its knowledge of oil and gas law and industry practices, its services were necessary to the continuance of Debtors' operations and to the understanding of the complex oil and gas issues of this case.

7. Pursuant to the Court's Order Approving Interim Advance Payment Procedures, payment of AJ's invoices have been subject to a 20% holdback concerning the fee portion. Thus, for most of AJ's invoices, 80% of the fee portion has been paid, while 20% has been held back. These invoices are hereinafter referred to the "Partially Paid Invoices." For the remaining invoices, due to inadvertent oversight by the Debtors, AJ has received no payments. These invoices are hereinafter referred to as the "Unpaid Invoices." A summary of all amounts invoiced, paid and owing from April 3, 2020 through September 30, 2020 is set forth below:

| Invoice Category | Amount Invoiced | Fee Portion | Expense Portion | Amount Paid to AJ | Amount Remaining due to Holdback or Oversight |
|---|---|---|---|---|---|
| Partially Paid Invoices | $487,988.69 | $483,348.52 | $4,274.24 | $398,550.76 | $89,437.93 |
| Unpaid Invoices | $61,745.48 | $61,362.55 | $382.93 | $0.00 | $61,745.48 |
| Total | $549,734.17 | $545,094.00 | $4,640.17 | $398,550.76 | $151,183.41 |

8. As set forth above, AJ is currently owed **$151,183.41**, which represents the 20% holdback portion of the Partially Paid Invoices, plus the full amount of the Unpaid Invoices.

9. Monthly statements invoiced to the Debtors for the subject time period are attached hereto as Exhibit "A". Said statements include detailed time and expense entries in accordance with Colo. L.B.R. 2016-1(a)(2)(C).

10. Set forth below is a list of the lawyers and paralegals whose time have been billed to the Debtors, along with their position, hours billed, hourly rate, and total fees billed.

| Name | Position | Hours Billed | Hourly Rate | Total Fees Billed |
|---|---|---|---|---|
| Duane A. Graham | Partner | 527.1 | $335 | $176,496.50 |
| Benjamin Y. Ford | Partner | 1,232.4 | $275 | $338,910.00 |
| Connie P. Armbrecht II | Partner | 56.6 | $440 | $24,904.00 |
| Gregory P. Bru | Partner | 3.4 | $295 | $914.50 |
| Robert J. Turnipseed | Partner | 1.6 | $295 | $472.00 |
| Steven C. Pearson | Partner | 0.6 | $285 | $171.00 |
| Matthew W. Smith | Associate | 5.4 | $140 | $756.00 |
| Rachel L. Jernigan | Associate | 2.6 | $140 | $364.00 |
| Blanca A. Wakeland | Paralegal | 9.1 | $150 | $1,365.00 |
| Mary A. Wittendorfer | Paralegal | 3.9 | $190 | $741.00 |
| TOTAL | | | | $545,094.94 |

WHEREFORE, for the time period of April 3, 2020 through September 30, 2021, AJ respectfully requests that the Court enter an order (a) approving the payment of sums previously received by AJ comprising fees in the amount of $394,276.52 and expenses in the amount of $4,274.24, and (b) approving the payment of sums due and payable to AJ comprising fees in amount of $150,800.48 and expenses in the amount of $382.83.

Respectfully submitted this 22nd day of October 2021.

ARMBRECHT JACKSON LLP

By: s/*Benjamin Y. Ford*
Benjamin Y. Ford
Duane A. Graham

P.O. Box 290  
Mobile, Alabama 36601  
251-405-1300 (T)  
251-432-6843 (F)  
byf@ajlaw.com  
dag@ajlaw.com  

Special Oil and Gas Counsel for Debtors

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 22, 2021a true and correct copy of the foregoing Notice was served electronically via the Court's CM/ECF notice system to all parties of record, and via U.S. Mail, first class postage prepaid, to the addresses on the attached list.

s/*Benjamin Y. Ford*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 20-12377-EEB<br>District of Colorado<br>Denver<br>Fri Oct 22 15:20:13 MDT 2021 | Anderson Investment Holdings, LP<br>AEEC II, LLC<br>333 Texas Street, Suite 2020<br>Shreveport, LA 71101-3680 | Apple River Investments, L.L.C.<br>Attn  Robert M. Boeve, President<br>1503 Garfield Road North<br>Traverse City, MI 49696-1111 |
| East West Bank Treasury Department<br>135 North Los Robles Avenue<br>Suite 600<br>ATTN  Linda Cox<br>Pasadena, CA 91101-4549 | FPCC USA, Inc.<br>245 Commerce Green Blvd, Ste 250<br>Sugar Land, TX 77478-3760 | Fant Energy Limited<br>P.O. Box 55205<br>Houston, TX 77255-5205 |
| H&H Construction, LLC<br>Ladon E. Hall, Sole Manager<br>P.O. Box 850<br>Flomaton, AL 36441-0850 | JD Fields & Company, Inc.<br>P.O. Box 134401<br>Houston, TX 77219-4401 | JJS Working Interest LLC<br>2001 Kirby Dr, Suite 1110<br>Houston, TX 77019-6081 |
| Kelley Brothers Contractors, Inc.<br>P.O. Drawer 1079<br>Waynesboro, MS 39367-1079 | Kudzu Oil Properties, LLC<br>300 Concourse Blvd, Suite 101<br>Ridgeland, MS 39157-2091 | Lucas Petroleum Group, Inc.<br>327 Congress Avenue, Suite 500<br>Austin, TX 78701-3656 |
| Meritage Energy, Ltd.<br>C/O BKD, LLP<br>2700 Post Oak Blvd, Ste 1500<br>Houston, TX 77056-5829 | Mesa Fluids, LLC<br>c/o Juno Financial<br>P.O. Box 173928<br>Denver, CO 80217-3928 | Pro-Tek Field Services, LLC<br>P.O. Box 919269<br>Dallas, TX 75391-9269 |
| Pruet Oil Company, LLC<br>217 West Capitol St. Ste 201<br>Jackson, MS 39201-2099 | Rapad Well Service Co., Inc.<br>217 West Capitol Street<br>Jackson, MS 39201-2004 | Stoneham Drilling Corporation<br>707 17th Street<br>Suite 3250<br>Denver, CO 80202-3433 |
| Strago Petroleum Corporation<br>3209 Hamm Road<br>Pearland, TX 77581-5503 | TCP Cottonwood, L.P.<br>333 Texas Street, Suite 2020<br>Shreveport, LA 71101-3680 | Union Oilfield Supply, Inc.<br>12 John Dykes Road<br>Waynesboro, MS 39367-8371 |

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20