| Fill in this information to identify your case | | | |
|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | |
| Debtor 1: | Sklar Exploration Company LLC | Case #: | 20-12377-EEB |
| Debtor 2: | Sklarco LLC | Chapter: | 11 |

## Local Bankruptcy Form 9013-1.1
### Notice of Application of Armbrecht Jackson LLP for Allowance of Compensation and Reimbursement of Expenses for the Period of April 3, 2020 through September 30, 2021

**Part 1    Objection Deadline**

Objection Deadline: **November 12, 2021**

**Part 2    Notice**

NOTICE IS HEREBY GIVEN that Armbrecht Jackson LLP has filed its Application for Allowance of Compensation and Reimbursement of Expenses for the Period of April 3, 2020 through September 30, 2021 with the Court and requests the following relief: allowance of attorneys fees in the amount of $545,094.00 and expenses in the amount of $4,640.17, of which $151,183.41 remain due and payable and for which Applicant seeks disbursement from the Debtors.

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

**Part 3    Signature of Movant's Attorney or Movant (if unrepresented)**

Dated: October 22, 2021

By: *s/Benjamin Y. Ford*
    Signature
Benjamin Y. Ford
P.O. Box 290
Mobile, Alabama 36601
251-405-1300 (T)
251-432-6843 (F)
byf@ajlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 22, 2021a true and correct copy of the foregoing Notice was served electronically via the Court's CM/ECF notice system to all parties of record, and via U.S. Mail, first class postage prepaid, to the addresses on the attached list.

s/*Benjamin Y. Ford*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 20-12377-EEB<br>District of Colorado<br>Denver<br>Fri Oct 22 15:20:13 MDT 2021 | Anderson Investment Holdings, LP<br>AEEC II, LLC<br>333 Texas Street, Suite 2020<br>Shreveport, LA 71101-3680 | Apple River Investments, L.L.C.<br>Attn  Robert M. Boeve, President<br>1503 Garfield Road North<br>Traverse City, MI 49696-1111 |
| East West Bank Treasury Department<br>135 North Los Robles Avenue<br>Suite 600<br>ATTN  Linda Cox<br>Pasadena, CA 91101-4549 | FPCC USA, Inc.<br>245 Commerce Green Blvd, Ste 250<br>Sugar Land, TX 77478-3760 | Fant Energy Limited<br>P.O. Box 55205<br>Houston, TX 77255-5205 |
| H&H Construction, LLC<br>Ladon E. Hall, Sole Manager<br>P.O. Box 850<br>Flomaton, AL 36441-0850 | JD Fields & Company, Inc.<br>P.O. Box 134401<br>Houston, TX 77219-4401 | JJS Working Interest LLC<br>2001 Kirby Dr, Suite 1110<br>Houston, TX 77019-6081 |
| Kelley Brothers Contractors, Inc.<br>P.O. Drawer 1079<br>Waynesboro, MS 39367-1079 | Kudzu Oil Properties, LLC<br>300 Concourse Blvd, Suite 101<br>Ridgeland, MS 39157-2091 | Lucas Petroleum Group, Inc.<br>327 Congress Avenue, Suite 500<br>Austin, TX 78701-3656 |
| Meritage Energy, Ltd.<br>C/O BKD, LLP<br>2700 Post Oak Blvd, Ste 1500<br>Houston, TX 77056-5829 | Mesa Fluids, LLC<br>c/o Juno Financial<br>P.O. Box 173928<br>Denver, CO 80217-3928 | Pro-Tek Field Services, LLC<br>P.O. Box 919269<br>Dallas, TX 75391-9269 |
| Pruet Oil Company, LLC<br>217 West Capitol St. Ste 201<br>Jackson, MS 39201-2099 | Rapad Well Service Co., Inc.<br>217 West Capitol Street<br>Jackson, MS 39201-2004 | Stoneham Drilling Corporation<br>707 17th Street<br>Suite 3250<br>Denver, CO 80202-3433 |
| Strago Petroleum Corporation<br>3209 Hamm Road<br>Pearland, TX 77581-5503 | TCP Cottonwood, L.P.<br>333 Texas Street, Suite 2020<br>Shreveport, LA 71101-3680 | Union Oilfield Supply, Inc.<br>12 John Dykes Road<br>Waynesboro, MS 39367-8371 |

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20