UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

## ORDER GRANTING APPLICATION OF THE RUDMAN PARTNERSHIP, CTM 2005, LTD., AND MER ENERGY, LTD FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES UNDER 11 USC § 503(b)(3)(D) FOR SUBSTANTIAL CONTRIBUTION TO THESE CHAPTER 11 CASES

The Rudman Partnership ("Rudman"), CTM 2005, Ltd. and MER Energy, Ltd. (collectively "Rudman Parties"), filed an Application for Allowance of Administrative Expenses under 11 USC § 503(b)(3)(D) for Substantial Contribution to These Chapter 11 Cases ("Application"). The Court has considered the Application and finds that it should be granted. It is, therefore,

ORDERED, that the Rudman Parties shall be granted an administrative claim under 11 USC § 503(b)(3)(D) in the amount of $_____ in professional fees and $_____ in expenses, which shall be paid forthwith in accordance with 11 USC § 503(b)(4).

DONE and entered this _____ day of _____, 2021 at Denver, Colorado.

BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge