```
Label Matrix for local noticing          AEEC II, LLC                              Aethon Energy Operating, LLC
1082-1                                   333 Texas Street                          PO Box 733448
Case 20-12380-EEB                        #2020                                     Dallas, TX 75373-3448
District of Colorado                     Shreveport, LA 71101-3680
Denver
Fri Oct 22 22:48:50 MDT 2021

Alabama Department of Revenue            Amplify Energy Operating, LLC             Anderson Exploration Energy Company, L.C.
50 North Ripley Street                   500 Dallas St., STE 1700                  333 Texas Street
Montgomery, AL 36104                     Houston, TX 77002-4732                    #2020
                                                                                   Shreveport, LA 71101-3680

Atlanta ISD                              Atlantis Oil Company, Inc.                BP America Production Co.
Linebarger Goggan Blair & Sampson, LLP   727 S. Chilton Ave.,                      P.O. Box 848155
c/o Elizabeth Weller                     Tyler, TX 75701-1554                      Dallas, TX 75284-8155
2777 N Stemmons Frwy Ste 1000
Dallas, Texas 75207-2328

BPX Operating Company                    BRP Energy, LLC                           James B. Bailey
501 Westlake Park Blvd                   P. O. Box 2718                            1819 5th Ave. North
Houston, TX 77079-2604                   San Angelo, TX 76902-2718                 Birmingham, AL 35203-2120

Basa Resources, Inc                      Beckville ISD                             Beebe & Beebe, Inc.
14875 Landmark Blvd., 4th Floor          Linebarger Goggan Blair & Sampson, LLP    P.O. Box 386
Dallas, TX 75254-1489                    c/o Elizabeth Weller                      El Dorado, AR 71731-0386
                                         2777 N Stemmons Frwy Ste 1000
                                         Dallas, Texas 75207-2328

Benbrook, Jean                           Berry Petroleum, Inc. Martin Resource     Blackbird Company
2820 County Road 3540                    Management Corp.                          900 Pierremont Rd.,Suite 221
Hawkins, TX 75765                        4925 Greenville Ave.                      Shreveport, LA 71106-2055
                                         Suite 900
                                         Dallas, TX 75206-4021

Bonanza Creek Energy Inc.                Kelsey Jamie Buechler                     CCI East Texas Upstream, LLC
410 17th Street, Suite 1400              999 18th St.                              Castleton Commodities Upstream, LLC
Denver, CO 80202-4427                    Ste., 1230 S                              811 Main Street, Suite 1500
                                         Denver, CO 80202-2499                     Houston, TX 77002-6114

CTM 2005, Ltd.                           Camterra Resources, Inc.                  Chesapeake Energy, Inc.
55 Waugh Drive, Suite 515                2615 East End Blvd South                  Chesapeak Operating, LLC
Houston, TX 77007-5840                   P.O. Box 2069                             PO Box 207295
                                         Marshall, TX 75671-2069                   Dallas, TX 75320-7295

Cimarex Energy Co.                       Cobra Oil & Gas Corporation               Coleman Revocable Trust - Bobby Coleman
#774023                                  P.O. Box 8206                             4532 Arcady Avenue
4023 Solutions Center                    Wichita Falls, TX 76307-8206              Dallas, TX 75205-3607
Chicago, IL 60677-4000

Colorado Department Of Revenue           Colorado Department of Revenue            Conoco Phillips  Burlington Resources
1375 Sherman St.                         1375 Sherman Street, Room 511             Oil & Gas Co LP
Room 504                                 Denver, CO 80261-2200                     21873 Network Place
Attention Bankruptcy Unit                                                          Chicago, IL 60673-1218
Denver CO 80261-3000
```

| | | |
|---|---|---|
| Continental Resources, Inc.<br>PO Box 952724<br>Saint Louis, MO 63195-2724 | Cranford, Gary M.<br>5537 Highway 512<br>Quitman, MS 39355-8414 | Culver & Cain Production, LLC RD Account<br>PO Box 8085<br>Tyler, TX 75711-8085 |
| Cypress Operating, Inc.<br>330 Marshall St.<br>Suite 930<br>Shreveport, LA 71101-3018 | DBC Resources II, LP<br>Post Office Box 670725<br>Dallas, TX 75367-0725 | DBC Resources, LP<br>Post Office Box 670725<br>Dallas, TX 75367-0725 |
| DCOD, LLC<br>16390 Addison Road<br>Addison, TX 75001-3249 | DEDE, LLC<br>4450 Old Canton Road., Ste. 203<br>Jackson, MS 39211-5991 | Darlene K. Hall<br>6121 Fern Avenue, Unit 117<br>Shreveport, LA 71105-4167 |
| (p)DAVIS BROS LLC<br>ATTN LANCE DAVIS<br>1500 MCGOWEN ST STE 200<br>HOUSTON TX 77004-1154 | Denbury Onshore, LLC<br>P.O. Box 972555<br>Dallas, TX 75397-2555 | Shay L. Denning<br>835 E. Second Ave.<br>Ste., 123<br>PO Box 2717<br>Durango, CO 81302-2717 |
| Derendinger, Cornella<br>2906 Rayado Court South<br>College Station, TX 77845-7715 | Devon Energy Production Co., LP<br>P O Box 842485<br>Dallas, TX 75284-2485 | Jonathan Dickey<br>Kutner Brinen Dickey Riley, P.C.<br>1660 Lincoln Street<br>Suite 1720<br>Denver, CO 80264-1700 |
| Diversified Production, LLC<br>Diversified Gas & Oil Corporation<br>4150 Belden Village St. NW<br>Suite 401<br>Canton, OH 44718-2553 | Don B. Sanders Trust<br>Don Sanders<br>340 Cherokee Lane<br>Winter Park, FL 32789-2603 | Dorfman Production Company<br>4925 Greenville Ave, St 900<br>Dallas, TX 75206-4021 |
| East West Bank Treasury Department<br>135 N. Los Robles Ave, Ste 600<br>Pasadena, CA 91101-4549 | Endeavor Energy Resources L.P.<br>PO Box 679478<br>Dallas, TX 75267-9478 | Fairway Resources III, LLC<br>PO Box 671349<br>Dallas, TX 75267-1349 |
| Fiddler Investments, LP<br>P.O. Box 708<br>Addison, TX 75001-0708 | Florida Department of Revenue<br>P. O. Box 6668<br>Tallahassee, FL 32314-6668 | Foote Oil & Gas Properties, LLC<br>1655 Prudential Drive, #161B<br>Jacksonville, FL 32207-8105 |
| Four-D LLC<br>488 Tucker Lane<br>Bayfield, CA 81122-9237 | GJR Investments, Inc.<br>304 Santiago Dr.<br>Winter Park, Fl 32789-5623 | Gallery Petroleum, LLC<br>8700 Commerce Park Dr.<br>Suite 116<br>Houston, TX 77036-7428 |
| Gaston Oil Company, Inc.<br>9306 Milbank Drive<br>Shreveport, LA 71115-3860 | Goth, Julie M.<br>P.O. Box 105835<br>Jefferson City, MO 65110-5835 | Grigsby Petroleum Inc.<br>333 Texas St.<br>Suite 2285<br>Shreveport, LA 71101-3665 |

| | | |
|---|---|---|
| Grizzly Operating, LLC<br>Grizzly Energy, LLC<br>PO Box 46094<br>Houston, TX 77210-6094 | Hall & Hall, LLC<br>Attn: Simon Hall<br>116 Timbercrest Lane<br>Brandon, MS 39047-6032 | Hanna Oil and Gas Company<br>P.O. Box 1356<br>Fort Smith, AR 72902-1356 |
| Hanson Operating Company, INc.<br>P.O. Box 1515<br>Roswell, NM 88202-1515 | Harleton Oil & Gas, Inc.<br>P.O. Box 345<br>Tyler, TX 75710-0345 | Herman L. Loeb, LLC<br>P.O. Box 838<br>Lawrenceville, IL 62439-0838 |
| Highmark Energy Operating, LLC<br>c/o Oil & Gas Business Solutions, Inc.<br>4849 Greenville Ave., Ste 1250<br>Dallas, TX 75206-4188 | Hilcorp Energy Company<br>Dept. 412<br>P.O. Box 4346<br>Houston, TX 77210-4346 | Hites, Melanie D.<br>719 North County Line Road<br>Tuttle, OK 73089-8201 |
| Hughes 2000 Ct LLC<br>Attn: Pamela A. Kynerd<br>304 Thorngate Drive<br>Brandon, MS 39042-4206 | I & L Miss I, LP<br>4761 Frank Luck Dr<br>Addison, TX 75001-3202 | IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| Indigo Resources, LLC<br>P. O. Box 733183<br>Dallas, TX 75373-3183 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| J-O'B Operating Company<br>P.O. Box 5928<br>Shreveport, LA 71135-5928 | JCE Galbraith Oil & Gas, LLC<br>2032 Alameda Avenue<br>Orlando, FL 32804-6904 | JMS Oil & Gas Holdings, LLC<br>450 S> Orange Avenue, 14th Floor<br>Orlando, Fl 32801 |
| Jeems Bayou Production Corp.<br>P.O. Box 639<br>Oil City, LA 71061-0639 | John Linder Operating Company, LLC<br>100 Independence Place, Suite 307<br>Tyler, TX 75703-1328 | John O. Farmer, Inc.<br>P.O. Box 352<br>370 West Wichita Ave.<br>Russell, KS 67665-2635 |
| Kirkpatrick Oil Company, Inc.<br>PO Box 248885<br>Oklahoma City, OK 73124-8885 | Lee M. Kutner<br>1660 Lincoln St.<br>Ste. 1850<br>Denver, CO 80264-9911 | LIS Real Estate & Minerals, LLC<br>P.O. Box 906<br>El Campo, TX 77437-0906 |
| Lance Ruffel Oil & Gas Corp.<br>210 Park Avenue<br>Suite 2150<br>Oklahoma City, OK 73102-5632 | Leonard E. Williams<br>1603 E. Marks St.<br>Orlando, FL 32803-4135 | Eric Lockridge<br>400 Convention St., Ste. 700<br>Baton Rouge, LA 70802-5628 |
| Louisiana Department of Revenue<br>617 North Third Street<br>Baton Rouge, LA 70802-5432 | Louisiana Department of Revenue<br>P.O. Box 201<br>Baton Rouge, LA 70821-0201 | Magnum Producing, LP Ahuja Holdings, LLP<br>500 N. Shoreline, Suite 322<br>Corpus Christi, TX 78401-0313 |

Marathon Oil Co Joint Venture Receipts
PO Box 732309
Dallas, TX 75373-2309

Marathon Oil Permian LLC
PO Box 732309
Dallas, TX 75373-2309

Martindale Consultants, Inc.
4242 N. Meridian Ave.
Oklahoma City, OK 73112-2457

Maximus Operating, LTD
PO Box 1706
Longview, TX 75606-1706

McLeod ISD
Linebarger Goggan Blair & Sampson, LLP
c/o Elizabeth Weller
2777 N Stemmons Frwy Ste 1000
Dallas, Texas 75207-2328

Meridian Resources USA , Inc.
c/o Excalibur Operating, LLC
2020 W Pinhook, Ste 201
Lafayette, LA 70508-3211

Merit Energy Company
PO Box 843755
Dallas, TX 75284-3755

Mission Creek Resources, LLC
25511 Budde Rd, Ste 601
Spring, TX 77380-2081

Mississippi Department of Revenue
P.O. Box 1033
Jackson, MS 39215-1033

Montana Department of Revenue
PO Box 6577
Helena, MT 59604-6577

Paul Moss
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Mrs. Tracy G. Davis
1753 Cypress Rapids Drive
New Braunfels, TX 78130-3036

Mustang Fuel Corporation
P. O. Box 960006
Oklahoma City, OK 73196-0006

Nadel & Gussman - Jetta Operating Co
15 East 5th Street, Ste 3300
Tulsa, OK 74103-4340

OBannon, Robert Clayton
13312 Highway 63
Moss Point, MS 39562-8704

Office of the Attorney General
State of Colorado
1300 Broadway
Denver, CO 80203-2104

Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Suite 4400
Washington, DC 20530-0001

Office of the US Attorney
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202-2628

Palmer Petroleum Inc.
330 Marshall Street
Suite 1200
Shreveport, LA 71101-3143

Pam Lin Corporation
PO Box 50635
Midland, TX 79710-0635

Par Minerals Corporation
701 Texas Street
Shreveport, LA 71101-3513

Paul Sulllivan
Administrator Estate of Terry D. Sulliva
505 East Jackson Street
Suite 200
Tampa, FL 33602-4901

Paula W. Denley LLC
PO Box 720548
Byram, MS 39272-0548

Petro-Chem Operating Co., Inc.
416 Travis Street, Suite 812
Shreveport, LA 71101-6138

Petro-Chem Operating Co., Inc.
PO Box 670
Minden, LA 71058-0670

Petroleum Investments Inc.
416 Travis St. Suite 612
Shreveport, LA 71101-5502

Phillips Energy, Inc
330 Marshall Street
Suite 300
Shreveport, LA 71101-3025

Pickens Financial Group, LLC
10100 N. Central Expressway, Suite 200
Dallas, TX 75231-4169

Presidio Petroleum, LLC
500 W. 7th St., Ste. 803
Fort Worth, TX 76102-4703

Priest, Rebecca Lynn
2301 Broken Wagon Drive
Leander, TX 78641-3512

| | | |
|---|---|---|
| Prima Exploration, Inc.<br>250 Fillmore, Suite #500<br>Denver, CO 80206-5012 | (p)LAW OFFICES OF JOHN A MOUTON III<br>PO BOX 82438<br>LAFAYETTE LA 70598-2438 | Pruet Production Co<br>PO Box 11407<br>Birmingham, AL 35246-1129 |
| Pruet Production Co.<br>217 West Capitol Street<br>Jackson, MS 39201-2099 | QEP Energy Company<br>PO Box 204033<br>Dallas, TX 75320-4033 | Quanico Oil & Gas, Inc.<br>PO Box 10519<br>El Dorado, AR 71730-0003 |
| RAB Oil & Gas Holdings, LLC<br>450 S. Orange Avenue, 14th Floor<br>Orlando, FL 32801-3383 | RAPAD Wells Service Company Inc.<br>217 West Capitol Street<br>Jackson, MS 39201-2004 | Rabalais Oil & Gas, Inc.<br>P.O. Box 1567<br>Fort Worth, TX 76101-1567 |
| Redline Energy, LLC<br>P. O. Box 317<br>Dover, OK 73734-0317 | Jeremy L Retherford<br>Balch & Bingham<br>1901 Sixth Ave N Suite 1500<br>Birmingham, AL 35203-4642 | Keri L. Riley<br>Kutner Brinen Dickey Riley, P.C.<br>1660 Lincoln Street<br>Suite 1720<br>Denver, CO 80264-1700 |
| Riviera Operating, LLC<br>P. O. Box 671631<br>Dallas, TX 75267-1631 | Rockcliff Energy Mgmt., LLC<br>1301 McKinney<br>Suite 1300<br>Houston, TX 77010-3035 | Katherine A Ross<br>1801 California St.<br>Ste. 1600<br>Denver, CO 80202-2628 |
| Roszel, Norman Riki<br>321 Granite Blvd.<br>Marble Falls, TX 78654-9202 | S & P Co.<br>330 Marshall St.<br>Suite 300<br>Shreveport, LA 71101-3025 | S & S Operating Company, Inc.<br>P.O. Box 1250<br>Winnie, TX 77665-1250 |
| Sabine Oil & Gas LLC<br>PO Box 206634<br>Dallas, TX 75320-6634 | Samson Resources Company<br>PO Box 972282<br>Dallas, TX 75397-2282 | Sawyer Drilling & Service LLC<br>P.O. Box 5275<br>Bossier City, LA 71171-5275 |
| Securities and Exchange Commission<br>Central Regional Office<br>1961 Stout St.<br>Ste. 1700<br>Denver CO 80294-1700 | Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago IL 60604-2815 | Shelby Operating Company<br>5535 SMU Blvd., Ste. 200<br>Dallas, TX 75206-5027 |
| Shuler Drilling Company, Inc.<br>3340 West Hillsboro Street<br>El Dorado, AR 71730-6736 | Silver Creek Oil & Gas, LLC<br>5525 N. MacArthur Blvd.<br>Ste 775<br>Irving, TX 75038-2665 | Sinclair, Emily and Robert E.<br>2200 Ross Avenue<br>Suite 420<br>Dallas, TX 75201-2711 |
| Sklarco, LLC<br>5395 Pearl Parkway<br>Suite 200<br>Boulder, CO 80301-2541 | Southwest Operating Inc.<br>727 S. CHILTON<br>Tyler, TX 75701-1554 | Speller Oil Corporation<br>3535 N.W. 58th Street, Ste 900<br>Oklahoma City, OK 73112-4889 |

| | | |
|---|---|---|
| State of Colorado<br>Division of Securities<br>1560 Broadway, Suite 900<br>Denver, CO 80202-5150 | Stoneham Drilling Corporation<br>c/o Bradley<br>Attn: James B. Bailey<br>1819 Fifth Avenue North<br>Birmingham, AL 35203-2120 | Stoneham Drilling Corporation<br>c/o Bradley, Attn: James Bailey<br>1819 Fifth Avenue North<br>Birmingham, AL 35203-2120 |
| Stovall, Lynn Ann<br>P.O. Box 906<br>El Campo, TX 77437-0906 | Stroud Petroleum, Inc.<br>P.O. Box 565<br>Shreveport, LA 71162-0565 | Sugar Creek Producing Co.<br>P.O Box 1756<br>Shreveport, LA 71166-1756 |
| Summit LLC<br>229 Dogwood LN<br>Madison, MS 39110-8795 | Bryce Suzuki<br>Bryce Suzuki<br>400 E Van Buren<br>One Arizona Center<br>Suite 1900<br>Phoenix, AZ 85004-2280 | TCP Cottonwood, L.P.<br>333 Texas Street<br>#2020<br>Shreveport, LA 71101-3680 |
| TDX Energy LLC<br>401 Edwards St, Ste 1510<br>Shreveport, LA 71101-5528 | TO Kimbrell LLC<br>PO Box 11407<br>Dept #5868<br>Birmingham, AL 35246-5868 | TYGR Operating Company, LLC<br>PO Box 6764<br>Shreveport, LA 71136-6764 |
| Tanos Exploration, LLC<br>PO Box 208222<br>Dallas, TX 75320-8222 | Tauber Exploration & Production Company<br>55 Waugh Drive, Suite 700<br>Houston, TX 77007-5837 | Tellurian Operating, LLC<br>1201 Louisiana Street<br>Suite 3100<br>Houston, TX 77002-5631 |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | The Long Trusts<br>P.O. Box 3096<br>Kilgore, TX 75663-3096 | Titan Rock Exploration & Production, LLC<br>1601 Elm Street, Suite 3500<br>Dallas, TX 75201-4703 |
| Toland & Johnston, Inc.<br>P.O. Box 189<br>Edmond, OK 73083-0189 | Trivium Operating, LLC<br>301 Commerce Street<br>Suite 3635<br>Fort Worth, TX 76102-4143 | US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 |
| Upshur County<br>215 N Titus<br>Gilmer, TX 75644-1924 | Upshur County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Elizabeth Weller<br>2777 N Stemmons Frwy Ste 1000<br>Dallas, Texas 75207-2328 | Urban Oil & Gas Group, LLC<br>Department #41380<br>P. O. Box 650823<br>Dallas, TX 75265-0823 |
| Vernon E. Faulconer, Inc.<br>P.O. Box 7995<br>Tyler, TX 75711-7995 | Vine Oil & Gas LP<br>5800 Granite Parkway, Suite 550<br>Plano, TX 75024-6642 | WPX Energy, Inc.<br>WPX Energy Williston, LLC<br>25061 Network Place<br>Chicago, IL 60673-1250 |
| Wallace & Wallace, LLC<br>6163 Kay Brook Drive<br>Byram, MS 39272-9660 | Weiser-Brown Operating, Co.<br>PO Box 500<br>Magnolia, AR 71754-0500 | William Ashton Martin<br>2 Saint James Place<br>Brooklyn, NY 11205-5002 |

| | | |
|---|---|---|
| Wyoming Department of Revenue<br>122 West 25th Street, Suite E301<br>Herschler Building East<br>Cheyenne, WY 82002-0001 | XTO Energy, Inc.<br>P.O. Box 840791<br>Dallas, TX 75284-0791 | Xtreme Energy Company<br>P. O. Box 2326<br>Victoria, TX 77902-2326 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Davis Southern Operating Company, LLC<br>1500 McGowen Street, Suite 200<br>Houston, TX 77004 | Internal Revenue Service<br>1999 Broadway<br>MS 5012 DEN<br>Denver, CO 80202-3025 | (d)Internal Revenue Service<br>Insolvency Unit<br>1999 Broadway<br>MS 5012 DEN<br>Denver, CO 80202-3025 |
| Process Piping Materials, Inc.<br>c/o John A. Mouton, III<br>PO Box 82438<br>Lafayette, LA 70598 | Texas Comptroller<br>111 East 17th Street<br>Austin, TX 78701 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bureau of Land Management | (u)East-West Bank | (u)Office of Natural Resources Revenue |
| (u)Pruet Production Co. | (u)U.S. Dep't of Interior<br>Bureau of Land Management (BLM), Wyoming | End of Label Matrix<br>Mailable recipients   182<br>Bypassed recipients     5<br>Total                 187 |