UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | | |

**NOTICE PURSUANT TO LOCAL BANKRUPTCY
RULE 9013-1 OF MOTION TO
<u>ALLOW ADMINISTRATIVE EXPENSE CLAIM</u>**

**OBJECTION DEADLINE: NOVEMBER 13**

NOTICE IS HEREBY GIVEN that the MAREN SILBERSTEIN REVOCABLE TRUST has filed its APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM AND CURE CLAIM (the "Application"). Through the Application, the Trust entry of an order allowing an administrative expense and cure claim after a full accounting to determine the proper amount to be refunded to the Trust. A copy of the Application is attached to this Notice. If you oppose the Motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above. The Court will not consider general objections. In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to the creditors or other interested parties.

Dated: October 22, 2021.

Respectfully submitted,

By: */s/ Deirdre Carey Brown*
DEIRDRE CAREY BROWN,pllc
FORSHEY & PROSTOK LLP
1990 Post Oak Blvd Suite 2400
Houston, Texas 77056
Telephone: 832.367.5722
dbrown@forsheyprostok.com

ATTORNEY FOR MAREN SILBERSTEIN REVOCABLE TRUST

## CERTIFICATE OF SERVICE

On October 22, 2021, pursuant to this Court's Order Granting Ex Part Motion for Entry of Order Limiting Notice (ECF 263), the this NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF MOTION TO ALLOW ADMINISTRATIVE EXPENSE CLAIM was served electronically via the Court's CM/ECF notice system to all parties of record, and via U.S. Mail, first class postage prepaid, to the addresses on the certificate of service attached to the Application for Administrative Claim or Cure Claim.

*/s/ Deirdre Carey Brown*
DEIRDRE CAREY BROWN