| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 20-12380-EEB<br>District of Colorado<br>Denver<br>Fri Oct 22 22:48:50 MDT 2021 | AEEC II, LLC<br>333 Texas Street<br>#2020<br>Shreveport, LA 71101-3680 | Aethon Energy Operating, LLC<br>PO Box 733448<br>Dallas, TX 75373-3448 |
| Alabama Department of Revenue<br>50 North Ripley Street<br>Montgomery, AL 36104 | Amplify Energy Operating, LLC<br>500 Dallas St., STE 1700<br>Houston, TX 77002-4732 | Anderson Exploration Energy Company, L.C.<br>333 Texas Street<br>#2020<br>Shreveport, LA 71101-3680 |
| Atlanta ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Elizabeth Weller<br>2777 N Stemmons Frwy Ste 1000<br>Dallas, Texas 75207-2328 | Atlantis Oil Company, Inc.<br>727 S. Chilton Ave.,<br>Tyler, TX 75701-1554 | BP America Production Co.<br>P.O. Box 848155<br>Dallas, TX 75284-8155 |
| BPX Operating Company<br>501 Westlake Park Blvd<br>Houston, TX 77079-2604 | BRP Energy, LLC<br>P. O. Box 2718<br>San Angelo, TX 76902-2718 | James B. Bailey<br>1819 5th Ave. North<br>Birmingham, AL 35203-2120 |
| Basa Resources, Inc<br>14875 Landmark Blvd., 4th Floor<br>Dallas, TX 75254-1489 | Beckville ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Elizabeth Weller<br>2777 N Stemmons Frwy Ste 1000<br>Dallas, Texas 75207-2328 | Beebe & Beebe, Inc.<br>P.O. Box 386<br>El Dorado, AR 71731-0386 |
| Benbrook, Jean<br>2820 County Road 3540<br>Hawkins, TX 75765 | Berry Petroleum, Inc. Martin Resource<br>Management Corp.<br>4925 Greenville Ave.<br>Suite 900<br>Dallas, TX 75206-4021 | Blackbird Company<br>900 Pierremont Rd.,Suite 221<br>Shreveport, LA 71106-2055 |
| Bonanza Creek Energy Inc.<br>410 17th Street, Suite 1400<br>Denver, CO 80202-4427 | Kelsey Jamie Buechler<br>999 18th St.<br>Ste., 1230 S<br>Denver, CO 80202-2499 | CCI East Texas Upstream, LLC<br>Castleton Commodities Upstream, LLC<br>811 Main Street, Suite 1500<br>Houston, TX 77002-6114 |
| CTM 2005, Ltd.<br>55 Waugh Drive, Suite 515<br>Houston, TX 77007-5840 | Camterra Resources, Inc.<br>2615 East End Blvd South<br>P.O. Box 2069<br>Marshall, TX 75671-2069 | Chesapeake Energy, Inc.<br>Chesapeak Operating, LLC<br>PO Box 207295<br>Dallas, TX 75320-7295 |
| Cimarex Energy Co.<br>#774023<br>4023 Solutions Center<br>Chicago, IL 60677-4000 | Cobra Oil & Gas Corporation<br>P.O. Box 8206<br>Wichita Falls, TX 76307-8206 | Coleman Revocable Trust - Bobby Coleman<br>4532 Arcady Avenue<br>Dallas, TX 75205-3607 |
| Colorado Department Of Revenue<br>1375 Sherman St.<br>Room 504<br>Attention Bankruptcy Unit<br>Denver CO 80261-3000 | Colorado Department of Revenue<br>1375 Sherman Street, Room 511<br>Denver, CO 80261-2200 | Conoco Phillips  Burlington Resources<br>Oil & Gas Co LP<br>21873 Network Place<br>Chicago, IL 60673-1218 |

| | | |
|---|---|---|
| Continental Resources, Inc.<br>PO Box 952724<br>Saint Louis, MO 63195-2724 | Cranford, Gary M.<br>5537 Highway 512<br>Quitman, MS 39355-8414 | Culver & Cain Production, LLC RD Account<br>PO Box 8085<br>Tyler, TX 75711-8085 |
| Cypress Operating, Inc.<br>330 Marshall St.<br>Suite 930<br>Shreveport, LA 71101-3018 | DBC Resources II, LP<br>Post Office Box 670725<br>Dallas, TX 75367-0725 | DBC Resources, LP<br>Post Office Box 670725<br>Dallas, TX 75367-0725 |
| DCOD, LLC<br>16390 Addison Road<br>Addison, TX 75001-3249 | DEDE, LLC<br>4450 Old Canton Road., Ste. 203<br>Jackson, MS 39211-5991 | Darlene K. Hall<br>6121 Fern Avenue, Unit 117<br>Shreveport, LA 71105-4167 |
| (p)DAVIS BROS  LLC<br>ATTN LANCE DAVIS<br>1500 MCGOWEN ST STE 200<br>HOUSTON TX 77004-1154 | Denbury Onshore, LLC<br>P.O. Box 972555<br>Dallas, TX 75397-2555 | Shay L. Denning<br>835 E. Second Ave.<br>Ste., 123<br>PO Box 2717<br>Durango, CO 81302-2717 |
| Derendinger, Cornella<br>2906 Rayado Court South<br>College Station, TX 77845-7715 | Devon Energy Production Co., LP<br>P O Box 842485<br>Dallas, TX 75284-2485 | Jonathan Dickey<br>Kutner Brinen Dickey Riley, P.C.<br>1660 Lincoln Street<br>Suite 1720<br>Denver, CO 80264-1700 |
| Diversified Production, LLC<br>Diversified Gas & Oil Corporation<br>4150 Belden Village St. NW<br>Suite 401<br>Canton, OH 44718-2553 | Don B. Sanders Trust<br>Don Sanders<br>340 Cherokee Lane<br>Winter Park, FL 32789-2603 | Dorfman Production Company<br>4925 Greenville Ave, St 900<br>Dallas, TX 75206-4021 |
| East West Bank Treasury Department<br>135 N. Los Robles Ave, Ste 600<br>Pasadena, CA 91101-4549 | Endeavor Energy Resources L.P.<br>PO Box 679478<br>Dallas, TX 75267-9478 | Fairway Resources III, LLC<br>PO Box 671349<br>Dallas, TX 75267-1349 |
| Fiddler Investments, LP<br>P.O. Box 708<br>Addison, TX 75001-0708 | Florida Department of Revenue<br>P. O. Box 6668<br>Tallahassee, FL 32314-6668 | Foote Oil & Gas Properties, LLC<br>1655 Prudential Drive, #161B<br>Jacksonville, FL 32207-8105 |
| Four-D LLC<br>488 Tucker Lane<br>Bayfield, CA 81122-9237 | GJR Investments, Inc.<br>304 Santiago Dr.<br>Winter Park, Fl 32789-5623 | Gallery Petroleum, LLC<br>8700 Commerce Park Dr.<br>Suite 116<br>Houston, TX 77036-7428 |
| Gaston Oil Company, Inc.<br>9306 Milbank Drive<br>Shreveport, LA 71115-3860 | Goth,  Julie M.<br>P.O. Box 105835<br>Jefferson City, MO 65110-5835 | Grigsby Petroleum Inc.<br>333 Texas St.<br>Suite 2285<br>Shreveport, LA 71101-3665 |

| | | |
|---|---|---|
| Grizzly Operating, LLC<br>Grizzly Energy, LLC<br>PO Box 46094<br>Houston, TX 77210-6094 | Hall & Hall, LLC<br>Attn: Simon Hall<br>116 Timbercrest Lane<br>Brandon, MS 39047-6032 | Hanna Oil and Gas Company<br>P.O. Box 1356<br>Fort Smith, AR 72902-1356 |
| Hanson Operating Company, INc.<br>P.O. Box 1515<br>Roswell, NM 88202-1515 | Harleton Oil & Gas, Inc.<br>P.O. Box 345<br>Tyler, TX 75710-0345 | Herman L. Loeb, LLC<br>P.O. Box 838<br>Lawrenceville, IL 62439-0838 |
| Highmark Energy Operating, LLC<br>c/o Oil & Gas Business Solutions, Inc.<br>4849 Greenville Ave., Ste 1250<br>Dallas, TX 75206-4188 | Hilcorp Energy Company<br>Dept. 412<br>P.O. Box 4346<br>Houston, TX 77210-4346 | Hites, Melanie D.<br>719 North County Line Road<br>Tuttle, OK 73089-8201 |
| Hughes 2000 Ct LLC<br>Attn: Pamela A. Kynerd<br>304 Thorngate Drive<br>Brandon, MS 39042-4206 | I & L Miss I, LP<br>4761 Frank Luck Dr<br>Addison, TX 75001-3202 | IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| Indigo Resources, LLC<br>P. O. Box 733183<br>Dallas, TX 75373-3183 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| J-O'B Operating Company<br>P.O. Box 5928<br>Shreveport, LA 71135-5928 | JCE Galbraith Oil & Gas, LLC<br>2032 Alameda Avenue<br>Orlando, FL 32804-6904 | JMS Oil & Gas Holdings, LLC<br>450 S> Orange Avenue, 14th Floor<br>Orlando, Fl 32801 |
| Jeems Bayou Production Corp.<br>P.O. Box 639<br>Oil City, LA 71061-0639 | John Linder Operating Company, LLC<br>100 Independence Place, Suite 307<br>Tyler, TX 75703-1328 | John O. Farmer, Inc.<br>P.O. Box 352<br>370 West Wichita Ave.<br>Russell, KS 67665-2635 |
| Kirkpatrick Oil Company, Inc.<br>PO Box 248885<br>Oklahoma City, OK 73124-8885 | Lee M. Kutner<br>1660 Lincoln St.<br>Ste. 1850<br>Denver, CO 80264-9911 | LIS Real Estate & Minerals, LLC<br>P.O. Box 906<br>El Campo, TX 77437-0906 |
| Lance Ruffel Oil & Gas Corp.<br>210 Park Avenue<br>Suite 2150<br>Oklahoma City, OK 73102-5632 | Leonard E. Williams<br>1603 E. Marks St.<br>Orlando, FL 32803-4135 | Eric Lockridge<br>400 Convention St., Ste. 700<br>Baton Rouge, LA 70802-5628 |
| Louisiana Department of Revenue<br>617 North Third Street<br>Baton Rouge, LA 70802-5432 | Louisiana Department of Revenue<br>P.O. Box 201<br>Baton Rouge, LA 70821-0201 | Magnum Producing, LP Ahuja Holdings, LLP<br>500 N. Shoreline, Suite 322<br>Corpus Christi, TX 78401-0313 |

| | | |
|---|---|---|
| Marathon Oil Co Joint Venture Receipts<br>PO Box 732309<br>Dallas, TX 75373-2309 | Marathon Oil Permian LLC<br>PO Box 732309<br>Dallas, TX 75373-2309 | Martindale Consultants, Inc.<br>4242 N. Meridian Ave.<br>Oklahoma City, OK 73112-2457 |
| Maximus Operating, LTD<br>PO Box 1706<br>Longview, TX 75606-1706 | McLeod ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Elizabeth Weller<br>2777 N Stemmons Frwy Ste 1000<br>Dallas, Texas 75207-2328 | Meridian Resources USA , Inc.<br>c/o Excalibur Operating, LLC<br>2020 W Pinhook, Ste 201<br>Lafayette, LA 70508-3211 |
| Merit Energy Company<br>PO Box 843755<br>Dallas, TX 75284-3755 | Mission Creek Resources, LLC<br>25511 Budde Rd, Ste 601<br>Spring, TX 77380-2081 | Mississippi Department of Revenue<br>P.O. Box 1033<br>Jackson, MS 39215-1033 |
| Montana Department of Revenue<br>PO Box 6577<br>Helena, MT 59604-6577 | Paul Moss<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Mrs. Tracy G. Davis<br>1753 Cypress Rapids Drive<br>New Braunfels, TX 78130-3036 |
| Mustang Fuel Corporation<br>P. O. Box 960006<br>Oklahoma City, OK 73196-0006 | Nadel & Gussman - Jetta Operating Co<br>15 East 5th Street, Ste 3300<br>Tulsa, OK 74103-4340 | OBannon, Robert Clayton<br>13312 Highway 63<br>Moss Point, MS 39562-8704 |
| Office of the Attorney General<br>State of Colorado<br>1300 Broadway<br>Denver, CO 80203-2104 | Office of the Attorney General<br>US Department of Justice<br>950 Pennsylvania Avenue, NW<br>Suite 4400<br>Washington, DC 20530-0001 | Office of the US Attorney<br>District of Colorado<br>1801 California Street, Suite 1600<br>Denver, CO 80202-2628 |
| Palmer Petroleum Inc.<br>330 Marshall Street<br>Suite 1200<br>Shreveport, LA 71101-3143 | Pam Lin Corporation<br>PO Box 50635<br>Midland, TX 79710-0635 | Par Minerals Corporation<br>701 Texas Street<br>Shreveport, LA 71101-3513 |
| Paul Sulllivan<br>Administrator Estate of Terry D. Sulliva<br>505 East Jackson Street<br>Suite 200<br>Tampa, FL 33602-4901 | Paula W. Denley LLC<br>PO Box 720548<br>Byram, MS 39272-0548 | Petro-Chem Operating Co., Inc.<br>416 Travis Street, Suite 812<br>Shreveport, LA 71101-6138 |
| Petro-Chem Operating Co., Inc.<br>PO Box 670<br>Minden, LA 71058-0670 | Petroleum Investments Inc.<br>416 Travis St. Suite 612<br>Shreveport, LA 71101-5502 | Phillips Energy, Inc<br>330 Marshall Street<br>Suite 300<br>Shreveport, LA 71101-3025 |
| Pickens Financial Group, LLC<br>10100 N. Central Expressway, Suite 200<br>Dallas, TX 75231-4169 | Presidio Petroleum, LLC<br>500 W. 7th St., Ste. 803<br>Fort Worth, TX 76102-4703 | Priest, Rebecca Lynn<br>2301 Broken Wagon Drive<br>Leander, TX 78641-3512 |

| | | |
|---|---|---|
| Prima Exploration, Inc.<br>250 Fillmore, Suite #500<br>Denver, CO 80206-5012 | (p)LAW OFFICES OF JOHN A MOUTON III<br>PO BOX 82438<br>LAFAYETTE LA 70598-2438 | Pruet Production Co<br>PO Box 11407<br>Birmingham, AL 35246-1129 |
| Pruet Production Co.<br>217 West Capitol Street<br>Jackson, MS 39201-2099 | QEP Energy Company<br>PO Box 204033<br>Dallas, TX 75320-4033 | Quanico Oil & Gas, Inc.<br>PO Box 10519<br>El Dorado, AR 71730-0003 |
| RAB Oil & Gas Holdings, LLC<br>450 S. Orange Avenue, 14th Floor<br>Orlando, FL 32801-3383 | RAPAD Wells Service Company Inc.<br>217 West Capitol Street<br>Jackson, MS 39201-2004 | Rabalais Oil & Gas, Inc.<br>P.O. Box 1567<br>Fort Worth, TX 76101-1567 |
| Redline Energy, LLC<br>P. O. Box 317<br>Dover, OK 73734-0317 | Jeremy L Retherford<br>Balch & Bingham<br>1901 Sixth Ave N Suite 1500<br>Birmingham, AL 35203-4642 | Keri L. Riley<br>Kutner Brinen Dickey Riley, P.C.<br>1660 Lincoln Street<br>Suite 1720<br>Denver, CO 80264-1700 |
| Riviera Operating, LLC<br>P. O. Box 671631<br>Dallas, TX 75267-1631 | Rockcliff Energy Mgmt., LLC<br>1301 McKinney<br>Suite 1300<br>Houston, TX 77010-3035 | Katherine A Ross<br>1801 California St.<br>Ste. 1600<br>Denver, CO 80202-2628 |
| Roszel, Norman Riki<br>321 Granite Blvd.<br>Marble Falls, TX 78654-9202 | S & P Co.<br>330 Marshall St.<br>Suite 300<br>Shreveport, LA 71101-3025 | S & S Operating Company, Inc.<br>P.O. Box 1250<br>Winnie, TX 77665-1250 |
| Sabine Oil & Gas LLC<br>PO Box 206634<br>Dallas, TX 75320-6634 | Samson Resources Company<br>PO Box 972282<br>Dallas, TX 75397-2282 | Sawyer Drilling & Service LLC<br>P.O. Box 5275<br>Bossier City, LA 71171-5275 |
| Securities and Exchange Commission<br>Central Regional Office<br>1961 Stout St.<br>Ste. 1700<br>Denver CO 80294-1700 | Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago IL 60604-2815 | Shelby Operating Company<br>5535 SMU Blvd., Ste. 200<br>Dallas, TX 75206-5027 |
| Shuler Drilling Company, Inc.<br>3340 West Hillsboro Street<br>El Dorado, AR 71730-6736 | Silver Creek Oil & Gas, LLC<br>5525 N. MacArthur Blvd.<br>Ste 775<br>Irving, TX 75038-2665 | Sinclair, Emily and Robert E.<br>2200 Ross Avenue<br>Suite 420<br>Dallas, TX 75201-2711 |
| Sklarco, LLC<br>5395 Pearl Parkway<br>Suite 200<br>Boulder, CO 80301-2541 | Southwest Operating Inc.<br>727 S. CHILTON<br>Tyler, TX 75701-1554 | Speller Oil Corporation<br>3535 N.W. 58th Street, Ste 900<br>Oklahoma City, OK 73112-4889 |

| | | |
|---|---|---|
| State of Colorado<br>Division of Securities<br>1560 Broadway, Suite 900<br>Denver, CO 80202-5150 | Stoneham Drilling Corporation<br>c/o Bradley<br>Attn: James B. Bailey<br>1819 Fifth Avenue North<br>Birmingham, AL 35203-2120 | Stoneham Drilling Corporation<br>c/o Bradley, Attn: James Bailey<br>1819 Fifth Avenue North<br>Birmingham, AL 35203-2120 |
| Stovall, Lynn Ann<br>P.O. Box 906<br>El Campo, TX 77437-0906 | Stroud Petroleum, Inc.<br>P.O. Box 565<br>Shreveport, LA 71162-0565 | Sugar Creek Producing Co.<br>P.O Box 1756<br>Shreveport, LA 71166-1756 |
| Summit LLC<br>229 Dogwood LN<br>Madison, MS 39110-8795 | Bryce Suzuki<br>Bryce Suzuki<br>400 E Van Buren<br>One Arizona Center<br>Suite 1900<br>Phoenix, AZ 85004-2280 | TCP Cottonwood, L.P.<br>333 Texas Street<br>#2020<br>Shreveport, LA 71101-3680 |
| TDX Energy LLC<br>401 Edwards St, Ste 1510<br>Shreveport, LA 71101-5528 | TO Kimbrell LLC<br>PO Box 11407<br>Dept #5868<br>Birmingham, AL 35246-5868 | TYGR Operating Company, LLC<br>PO Box 6764<br>Shreveport, LA 71136-6764 |
| Tanos Exploration, LLC<br>PO Box 208222<br>Dallas, TX 75320-8222 | Tauber Exploration & Production Company<br>55 Waugh Drive, Suite 700<br>Houston, TX 77007-5837 | Tellurian Operating, LLC<br>1201 Louisiana Street<br>Suite 3100<br>Houston, TX 77002-5631 |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | The Long Trusts<br>P.O. Box 3096<br>Kilgore, TX 75663-3096 | Titan Rock Exploration & Production, LLC<br>1601 Elm Street, Suite 3500<br>Dallas, TX 75201-4703 |
| Toland & Johnston, Inc.<br>P.O. Box 189<br>Edmond, OK 73083-0189 | Trivium Operating, LLC<br>301 Commerce Street<br>Suite 3635<br>Fort Worth, TX 76102-4143 | US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 |
| Upshur County<br>215 N Titus<br>Gilmer, TX 75644-1924 | Upshur County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Elizabeth Weller<br>2777 N Stemmons Frwy Ste 1000<br>Dallas, Texas 75207-2328 | Urban Oil & Gas Group, LLC<br>Department #41380<br>P. O. Box 650823<br>Dallas, TX 75265-0823 |
| Vernon E. Faulconer, Inc.<br>P.O. Box 7995<br>Tyler, TX 75711-7995 | Vine Oil & Gas LP<br>5800 Granite Parkway, Suite 550<br>Plano, TX 75024-6642 | WPX Energy, Inc.<br>WPX Energy Williston, LLC<br>25061 Network Place<br>Chicago, IL 60673-1250 |
| Wallace & Wallace, LLC<br>6163 Kay Brook Drive<br>Byram, MS 39272-9660 | Weiser-Brown Operating, Co.<br>PO Box 500<br>Magnolia, AR 71754-0500 | William Ashton Martin<br>2 Saint James Place<br>Brooklyn, NY 11205-5002 |

| | | |
|---|---|---|
| Wyoming Department of Revenue<br>122 West 25th Street, Suite E301<br>Herschler Building East<br>Cheyenne, WY 82002-0001 | XTO Energy, Inc.<br>P.O. Box 840791<br>Dallas, TX 75284-0791 | Xtreme Energy Company<br>P. O. Box 2326<br>Victoria, TX 77902-2326 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Davis Southern Operating Company, LLC<br>1500 McGowen Street, Suite 200<br>Houston, TX 77004 | Internal Revenue Service<br>1999 Broadway<br>MS 5012 DEN<br>Denver, CO 80202-3025 | (d)Internal Revenue Service<br>Insolvency Unit<br>1999 Broadway<br>MS 5012 DEN<br>Denver, CO 80202-3025 |
| Process Piping Materials, Inc.<br>c/o John A. Mouton, III<br>PO Box 82438<br>Lafayette, LA 70598 | Texas Comptroller<br>111 East 17th Street<br>Austin, TX 78701 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bureau of Land Management | (u)East-West Bank | (u)Office of Natural Resources Revenue |
| (u)Pruet Production Co. | (u)U.S. Dep't of Interior<br>Bureau of Land Management (BLM), Wyoming | End of Label Matrix<br>Mailable recipients   182<br>Bypassed recipients     5<br>Total                 187 |