**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

|  |  |  |
|---|---|---|
| Debtor 1:  Sklar Exploration Company, LLC | Jointly Administered Under Case #: | 20-12377-EEB |
| Debtor 2:  Sklarco, LLC | Chapter: | 11 |

**Local Bankruptcy Form 9013-1.1**
**Notice of Final Application for Allowance and Payment of Attorney Fees and Costs for Kutner Brinen Dickey Riley, P.C.**

**Part 1   Objection Deadline**

Objection Deadline: **November  12, 2021**

**Part 2   Notice**

NOTICE IS HEREBY GIVEN that **Kutner Brinen Dickey Riley, P.C.** ("KB"), has filed its **Final Application for Allowance and Payment of Attorney Fees and Reimbursement of Costs for Kutner Brinen, P.C.** (the "Application"), with the Court and requests the following relief: allowance and payment of attorney fees and reimbursement of costs in the amount of $457,055.84 (fees: $447,639; costs:$9,416.84) for all fees and costs in the Chapter 11 case from August 1, 2020 through September 7, 2021, and final approval of all fees and costs for which approval was sought on an interim basis, resulting in total allowed fees and costs in the case in the amount of 730,894.78 (fees:$716,923.00; costs: $13,971.78).  A copy of the pleading is available for inspection in the Bankruptcy Court Clerk's Office, 721 -19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney.

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

**Part 3   Signature of Movant's Attorney or Movant (if unrepresented)**

DATED: October 22, 2021                          Respectfully submitted,

By:   _/s/  Keri L. Riley_
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln Street, Suite 1720
Denver, CO 80264
Telephone:  (303) 832-2400
E-mail: klr@kutnerlaw.com