# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br><br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br><br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. 20-12377 EEB** |

## ORDER FOR COMPLIANCE WITH LOCAL BANKRUPTCY RULE 9013-1 AND OTHER APPLICABLE RULES OF PROCEDURE REGARDING SERVICE AND NOTICE

THIS MATTER comes before the Court on the Application/Motion Administrative Expenses ("Motion") filed by Armbrecht Jackson, LLP,("Movant") at Docket No. 1491. The Court finds that Movant has failed to comply with applicable rules of procedure, noted more specifically below:

- ☒ <u>Fed.R.B.P. 2002 (a), (c), (g), L.B.R. 2002-1</u>:  failure to serve a copy of the Motion and notice upon all creditors and other parties in interest at their addresses of record, as of the date of filing the Motion.

- ☒ <u>Other</u>: There are inconsistencies in the figures listed in Movant's cover sheet and in the Motion.  The cover sheet indicates Movant is seeking $545,077 in fees ($394,276.52 paid +$150,800.48 unpaid) and $4,657.07 in expenses ($4,274.24 paid + $382.83 unpaid).  The proposed order and the chart in paragraph 7 of the Motion indicates that Movant is seeking total fees of $545,094 and total expenses of $4,640.17.  In addition, the figures listed in the chart under the "Fee Portion" column do not add up to the listed total of $545,094.  The same is true for the figures listed in the "Expense Portion" column.

Accordingly, IT IS HEREBY ORDERED that Movant must cure the above-noted deficiencies by the cure date listed below, failing which the Motion will be denied without further notice.

**Deficiency Cure Date: November 2, 2021**

DATED this 26th day of October, 2021.

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, Bankruptcy Judge