# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br>        ET AL.<br><br>        Debtors. | CASE NO. 20-12377 EEB<br>(CHAPTER 11)<br>Jointly Administered |
| THE SOUTHEAST ALABAMA GAS DISTRICT,<br><br>    Plaintiff,<br>vs.<br><br>SKLAR EXPLORATION COMPANY, LLC, SKLARCO, LLC, KELLEY BROTHERS CONTRACTORS, INC., GE OIL & GAS PRESSURE CONTROL LP, and BAKER HUGHES OILFIELD OPERATIONS,<br><br>    Defendants. | Adversary No. 20-01210-EEB |

## NOTICE OF SUBSTITUTION

Please be advised that Casey C. Breese, of the firm Welborn Sullivan Meck & Tooley, P.C., hereby withdraws as attorney of record for Plaintiff The Southeast Alabama Gas District. Keith D. Tooley, of the firm Welborn Sullivan Meck & Tooley, P.C., is hereby substituted as attorney of record for Plaintiff Southeast Alabama Gas District. Pursuant to L.B.R. 9010-4(b), the Clerk is authorized to terminate the involvement of the withdrawing attorney.

Dated October 29, 2021.

1

WELBORN SULLIVAN MECK & TOOLEY, P.C.

*s/ Casey C. Breese*
Casey C. Breese, #51448
Welborn Sullivan Meck & Tooley, P.C.
1401 Lawrence Street, Suite 1800
Denver, CO 80202
Phone: (303) 830-2500
Email: cbreese@wsmtlaw.com

*Withdrawing Attorney for The Southeast Alabama Gas District*

WELBORN SULLIVAN MECK & TOOLEY, P.C.

*s/ Keith D. Tooley*
Keith D. Tooley, #516243
Welborn Sullivan Meck & Tooley, P.C.
1401 Lawrence Street, Suite 1800
Denver, CO 80202
Phone: (303) 830-2500
Email: ktooley@wsmtlaw.com

*Substituted Attorney for The Southeast Alabama Gas District*