UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
| Debtor. | ) | |

**ORDER GRANTING SECOND UNOPPOSED JOINT MOTION TO
EXTEND TIME TO RESPOND TO RECOUPMENT MOTIONS**

THIS MATTER, having come before the Court on the Second Unopposed Joint Motion to Extend Time to Respond to Recoupment Motions ("Motion") filed by Sklar Exploration Company, LLC ("SEC"), the Court having considered the Motion and finding good cause for granting the requested relief, does hereby

ORDER

1.      That the Motion is GRANTED;

2.      The date by which SEC and East West bank are required to file responses to the *Motion of JJS Interests North Beach, LLC, JJS Interests Escambia, LLC, JJS Interests West Arcadia, LLC, JJS Steele Kings, LLC, and JJS Working Interests, LLC for Determination of Recoupment Right and Other Relief* (Docket No. 1465), and the Anderson Parties' *Motion for Order Authorizing Right of Recoupment* (Docket No. 1467) is hereby extended by one (1) week, through and including **November 5, 2021**.

**Dated:**_____November 1, 2021_____

BY THE COURT:

*[signature]*

Elizabeth E. Brown,
**United States Bankruptcy Judge**