IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

---------------------------------------------------------------x
: 
**In re** :
:
**SKLAR EXPLORATION COMPANY, LLC,** : Case No. 20-12377 (EEB)
**EIN: 72-1417930** : Chapter 11
:
      Debtor. :
:
:
---------------------------------------------------------------x
:
**In re** :
:
**SKLARCO, LLC** : Case No. 20-12380 (EEB)
**EIN: 72-1425432** : Chapter 11
:
:
      Debtor. :
:
: Ref. Docket No. 1473
:
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                        ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 21, 2021, I caused to be served the "Epiq Corporate Restructuring, LLC's Application for Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)," dated October 20, 2021 [Docket No. 1473], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
22nd day of October, 2021
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AEEC II LLC | C/O KEAN MILLER LLP ATTN J ERIC LOCKRIDGE, ESQ 400 CONVENTION ST, STE 700 BATON ROUGE LA 70802 |
| AEH INVESTMENTS LLC | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD, ESQ 333 TEXAS ST, STE 1700 PO BOX 22260 SHREVEPORT LA 71120-2260 |
| ALABAMA OIL & GAS LLC | C/O MOYE WHITE LLP ATTN TIMOTHY M SWANSON, ESQ 1400 16TH ST, 6TH FL DENVER CO 80202-1486 |
| ALABAMA OIL COMPANY | C/O LAW OFFICE OF CRAIG M GENO PLLC ATTN CRAIG M GENO, ESQ 587 HIGHLAND COLONY PKWY RIDGELAND MS 39157 |
| ANDERSON EXPLORATION ENERGY COMPANY LC | C/O KEAN MILLER LLP ATTN J ERIC LOCKRIDGE, ESQ 400 CONVENTION ST, STE 700 BATON ROUGE LA 70802 |
| ANDERSON INVESTMENT HOLDINGS LP | C/O AEEC II LLC 333 TEXAS ST, STE 2020 SHREVEPORT LA 71101-3680 |
| APPLE OIL & GAS LLC | C/O MOYE WHITE LLP ATTN TIMOTHY M SWANSON, ESQ 1400 16TH ST, 6TH FL DENVER CO 80202-1486 |
| APPLE RIVER INVESTMENTS LLC | ATTN ROBERT M BOEVE, PRESIDENT 1503 GARFIELD RD N TRAVERSE CITY MI 49696-1111 |
| APPLE RIVER INVESTMENTS LLC | C/O LAW OFFICE OF CRAIG M GENO PLLC ATTN CRAIG M GENO, ESQ 587 HIGHLAND COLONY PKWY RIDGELAND MS 39157 |
| BAKER HUGHES COMPANY | ATTN CHRISTOPHER J RYAN 2001 RANKIN RD HOUSTON TX 77073 |
| BAKER HUGHES HOLDING LLC | C/O FOLEY & LARDNER LLP ATTN TIMOTHY C MOHAN, ESQ 600 17TH ST, STE 2020S DENVER CO 80202 |
| BAKER HUGHES OILFIELD OPERATIONS LLC | C/O FOLEY & LARDNER LLP ATTN TIMOTHY C MOHAN, ESQ 600 17TH ST, STE 2020S DENVER CO 80202 |
| BAKER HUGHES, A GE COMPANY LLC | C/O FOLEY & LARDNER LLP ATTN TIMOTHY C MOHAN, ESQ 600 17TH ST, STE 2020S DENVER CO 80202 |
| BAKER PETROLITE LLC | C/O FOLEY & LARDNER LLP ATTN TIMOTHY C MOHAN, ESQ 600 17TH ST, STE 2020S DENVER CO 80202 |
| BARNETTE & BENEFIELD INC | C/O AYRES SHELTON WILLIAMS BENSON & PAINE LLC ATTN CURTIS R SHELTON & JENNIFER NORRIS SOTO, ESQ 333 TEXAS ST, STE 1400 PO BOX 1764 SHREVEPORT LA 71160 |
| BP AMERICA PRODUCTION COMPANY | C/O LISKOW & LEWIS ATTN MICHAEL D RUBENSTEIN, ESQ 1001 FANNIN ST, STE 1800 HOUSTON TX 77002 |
| BPX PROPERTIES NA LP | C/O LISKOW & LEWIS ATTN MICHAEL D RUBENSTEIN, ESQ 1001 FANNIN ST, STE 1800 HOUSTON TX 77002 |
| BRI-CHEM SUPPLY CORP LLC | C/O SPENCER FANE LLP ATTN DAVID M MILLER, ESQ 1700 LINCOLN ST, STE 2000 DENVER CO 80203 |
| BUNDERO INVESTMENT COMPANY LLC | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD, ESQ 333 TEXAS ST, STE 1700 PO BOX 22260 SHREVEPORT LA 71120-2260 |
| C BICKHAM DICKSON III | C/O BLANCHARD WALKER O'QUIN & ROBERTS ATTN KATHERINE GUIDRY DOUTHITT, ESQ REGIONS TOWER 333 TEXAS ST, STE 700 SHREVEPORT LA 71101 |
| COASTAL EXPLORATION INC | C/O COPELAND COOK TAYLOR & BUSH PA ATTN GLENN GATES TAYLOR, ESQ 1076 HIGHLAND COLONY PKWY RIDGELAND MS 39157 |
| COASTAL EXPLORATION INC | C/O COPELAND COOK TAYLOR & BUSH PA ATTN GLENN GATES TAYLOR, ESQ 600 CONCOURSE, STE 200 PO BOX 6020 RIDGELAND MS 39158-6020 |
| COLORADO DEPARTMENT OF REVENUE | C/O COLORADO DEPARTMENT OF LAW ATTN DEANNA LEE WESTFALL, ASST ATTY GEN 1300 BROADWAY, 8TH FL DENVER CO 80203 |
| COLORADO DEPARTMENT OF REVENUE | C/O COLORADO DEPARTMENT OF LAW ATTN ROBERT PADJEN, ASST ATTY GEN 1300 BROADWAY, 8TH FL DENVER CO 80203 |
| CTM 2005 LTD | C/O BARNET B SKELTON JR ATTN BARNET B SKELTON JR, ESQ 815 WALKER, STE 1502 HOUSTON TX 77002 |
| CTM 2005 LTD | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN SHAY L DENNING, ESQ 835 E 2ND AVE, STE 123 DURANGO CO 81301 |
| CTM 2005 LTD | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN THOMAS H SHIPPS, ESQ 835 E 2ND AVE, STE 123 DURANGO CO 81301 |
| DICKSON OIL & GAS LLC | C/O BLANCHARD WALKER O'QUIN & ROBERTS ATTN MICHAEL E RIDDICK REGIONS TOWER 333 TEXAS ST, STE 700 SHREVEPORT LA 71101 |

| Claim Name | Address Information |
|---|---|
| EAST WEST BANK TREASURY DEPARTMENT | ATTN LINDA COX 135 N LOS ROBLES AVE, STE 600 PASADENA CA 91101-0000 |
| EAST-WEST BANK | C/O BRYAN CAVE LEIGHTON PAISNER LLP ATTN CRAIG K SCHUENEMANN, ESQ 1700 LINCOLN ST, STE 4100 DENVER CO 80203 |
| EAST-WEST BANK | C/O BRYAN CAVE LEIGHTON PAISNER LLP ATTN BRYCE A SUZUKI, ESQ TWO N CENTRAL AVE, STE 2100 PHOENIX AZ 85004-4406 |
| EASTERN FISHING & RENTAL TOOL COMPANY INC | C/O COPELAND COOK TAYLOR & BUSH PA ATTN CHRISTOPHER H MEREDITH, ESQ 1076 HIGHLAND COLONY PKWY RIDGELAND MS 39157 |
| EASTERN FISHING & RENTAL TOOL COMPANY INC | C/O COPELAND COOK TAYLOR & BUSH PA ATTN GLENN GATES TAYLOR, ESQ 1076 HIGHLAND COLONY PKWY RIDGELAND MS 39157 |
| EASTERN FISHING & RENTAL TOOL COMPANY INC | C/O COPELAND COOK TAYLOR & BUSH PA ATTN CHRISTOPHER H MEREDITH, ESQ 600 CONCOURSE, STE 200 PO BOX 6020 RIDGELAND MS 39158-6020 |
| EASTERN FISHING & RENTAL TOOL COMPANY INC | C/O COPELAND COOK TAYLOR & BUSH PA ATTN GLENN GATES TAYLOR, ESQ 600 CONCOURSE, STE 200 PO BOX 6020 RIDGELAND MS 39158-6020 |
| ESTATE OF PAMELA PAGE | C/O BUECHLER LAW OFFICE LLC ATTN MICHAEL J GUYERSON, ESQ 999 18TH ST, STE 1230-S DENVER CO 80202 |
| FANT ENERGY LIMITED | C/O WILLKIE FARR & GALLAGHER LLP ATTN JENNIFER J HARDY, ESQ 600 TRAVIS ST HOUSTON TX 77002 |
| FANT ENERGY LIMITED | C/O JACKSON WALKER LLP ATTN ELIZABETH C FREEMAN & VICTORIA AERGEROPLOS, ESQ 1401 MCKINNEY ST, STE 1900 HOUSTON TX 77010 |
| FANT ENERGY LIMITED | PO BOX 55205 HOUSTON TX 77255-5205 |
| FLETCHER EXPLORATION LLC | C/O BERGER SINGERMAN LLP ATTN BRIAN G RICH, ESQ 313 N MONROE ST, STE 301 TALLAHASSEE FL 32301 |
| FLETCHER EXPLORATION LLC | C/O BERGER SINGERMAN LLP ATTN MICHAEL J NILES, ESQ 313 N MONROE ST, STE 301 TALLAHASSEE FL 32301 |
| FLETCHER PETROLEUM COMPANY LLP | C/O BERGER SINGERMAN LLP ATTN BRIAN G RICH, ESQ 313 N MONROE ST, STE 301 TALLAHASSEE FL 32301 |
| FLETCHER PETROLEUM COMPANY LLP | C/O BERGER SINGERMAN LLP ATTN MICHAEL J NILES, ESQ 313 N MONROE ST, STE 301 TALLAHASSEE FL 32301 |
| FLETCHER PETROLEUM CORP | C/O BERGER SINGERMAN LLP ATTN BRIAN G RICH, ESQ 313 N MONROE ST, STE 301 TALLAHASSEE FL 32301 |
| FLETCHER PETROLEUM CORP | C/O BERGER SINGERMAN LLP ATTN MICHAEL J NILES, ESQ 313 N MONROE ST, STE 301 TALLAHASSEE FL 32301 |
| FPCC USA INC | C/O JONES WALKER LLP ATTN MADISON M TUCKER, ESQ 201 ST CHARLES AVE, STE 5100 NEW ORLEANS LA 70170 |
| FPCC USA INC | C/O JONES WALKER LLP ATTN AMY L VAZQUEZ & JOSEPH E BAIN, ESQS 811 MAIN ST, STE 2900 HOUSTON TX 77002 |
| FPCC USA INC | 245 COMMERCE GREEN BLVD, STE 250 SUGAR LAND TX 77478-3760 |
| FRANKS EXPLORATION COMPANY LLC | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD, ESQ 333 TEXAS ST, STE 1700 PO BOX 22260 SHREVEPORT LA 71120-2260 |
| GATEWAY EXPLORATION LLC | C/O BUCK KEENAN LLP ATTN ROBERT L PADDOCK, ESQ 2229 SAN FELIPE, STE 1000 HOUSTON TX 77019 |
| GCREW PROPERTIES LLC | C/O BUCK KEENAN LLP ATTN ROBERT L PADDOCK, ESQ 2229 SAN FELIPE, STE 1000 HOUSTON TX 77019 |
| GE OIL & GAS PRESSURE CONTROL US | C/O FOLEY & LARDNER LLP ATTN TIMOTHY C MOHAN, ESQ 600 17TH ST, STE 2020S DENVER CO 80202 |
| H&H CONSTRUCTION LLC | ATTN LADON E HALL, SOLE MANAGER PO BOX 850 FLOMATON AL 36441-0850 |
| HALL MANAGEMENT LLC | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD, ESQ 333 TEXAS ST, STE 1700 PO BOX 22260 SHREVEPORT LA 71120-2260 |
| HARRISON, BELINDA | 58 COUNTY RD 5033 HEIDELBERG MS 39439 |
| HARVEST GAS MANAGEMENT LLC | C/O BUCK KEENAN LLP ATTN ROBERT L PADDOCK, ESQ 2229 SAN FELIPE, STE 1000 HOUSTON TX 77019 |
| HOPPING GREEN & SAMS PA | ATTN TIMOTHY M RILEY PO BOX 6526 TALLAHASSEE FL 32314 |
| HUGHES OIL SOUTH LLC | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD, ESQ 333 TEXAS ST, STE 1700 |

| Claim Name | Address Information |
| --- | --- |
| HUGHES OIL SOUTH LLC | PO BOX 22260 SHREVEPORT LA 71120-2260 |
| I & L MISS I LP | C/O BARNET B SKELTON JR ATTN BARNET B SKELTON JR, ESQ 815 WALKER, STE 1502 HOUSTON TX 77002 |
| I & L MISS I LP | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN SHAY L DENNING, ESQ 835 E 2ND AVE, STE 123 DURANGO CO 81301 |
| I & L MISS I LP | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN THOMAS H SHIPPS, ESQ 835 E 2ND AVE, STE 123 DURANGO CO 81301 |
| J & A HARRIS LP | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD, ESQ 333 TEXAS ST, STE 1700 PO BOX 22260 SHREVEPORT LA 71120-2260 |
| JD FIELDS & COMPANY INC | PO BOX 134401 HOUSTON TX 77219-4401 |
| JF HOWELL INTERESTS LP | C/O BRADLEY MURCHISON KELLY & SHEA LLC ATTN DAVID R TAGGART, ESQ 401 EDWARDS ST, STE 1000 SHREVEPORT LA 71101 |
| JJS INTERESTS ESCAMBIA LLC | C/O WILLKIE FARR & GALLAGHER LLP ATTN JENNIFER J HARDY, ESQ 600 TRAVIS ST HOUSTON TX 77002 |
| JJS INTERESTS STEELE KINGS LLC | C/O WILLKIE FARR & GALLAGHER LLP ATTN JENNIFER J HARDY, ESQ 600 TRAVIS ST HOUSTON TX 77002 |
| JJS WORKING INTEREST LLC | 2001 KIRBY DR, STE 1110 HOUSTON TX 77019-6081 |
| JJS WORKING INTERESTS LLC | C/O WILLKIE FARR & GALLAGHER LLP ATTN JENNIFER J HARDY, ESQ 600 TRAVIS ST HOUSTON TX 77002 |
| JUNO FINANCIAL LLC | C/O CLARK HILL PLC ATTN RYAN J LORENZ, ESQ 14850 N SCOTTSDALE RD, STE 500 SCOTTSDALE AZ 85254 |
| KELLEY BROTHERS CONTRACTORS INC | ATTN JERRY KELLWY 401 COUNTY FARM RD WAYNESBORO MS 39367 |
| KELLEY BROTHERS CONTRACTORS INC | PO DRAWER 1079 WAYNESBORO MS 39367-1079 |
| KINGSTON LLC | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD, ESQ 333 TEXAS ST, STE 1700 PO BOX 22260 SHREVEPORT LA 71120-2260 |
| KMR INVESTMENTS LLC | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD, ESQ 333 TEXAS ST, STE 1700 PO BOX 22260 SHREVEPORT LA 71120-2260 |
| KODIAK GAS SERVICES LLC | C/O OKIN ADAMS LLP ATTN MATTHEW S OKIN & JOHN THOMAS OLDHAM, ESQ 1113 VINE ST, STE 240 HOUSTON TX 77002 |
| KUDZU OIL & GAS LLC | C/O MOYE WHITE LLP ATTN TIMOTHY M SWANSON, ESQ 1400 16TH ST, 6TH FL DENVER CO 80202-1486 |
| KUDZU OIL PROPERTIES LLC | C/O LAW OFFICE OF CRAIG M GENO PLLC ATTN CRAIG M GENO, ESQ 587 HIGHLAND COLONY PKWY RIDGELAND MS 39157 |
| KUDZU OIL PROPERTIES LLC | 300 CONCOURSE BLVD, STE 101 RIDGELAND MS 39157-2091 |
| LANDMARK EXPLORATION LLC | C/O WATKINS & EAGER PLLC ATTN PAUL H STEPEHSON III & JIM F SPENCER JR, ESQ PO BOX 650 JACKSON MS 39205 |
| LANDMARK OIL AND GAS LLC | C/O WATKINS & EAGER PLLC ATTN PAUL H STEPEHSON III & JIM F SPENCER JR, ESQ PO BOX 650 JACKSON MS 39205 |
| LAWRENCE, BARBARA PAGE | C/O BUECHLER LAW OFFICE LLC ATTN MICHAEL J GUYERSON, ESQ 999 18TH ST, STE 1230-S DENVER CO 80202 |
| LEXINGTON INVESTMENTS LLC | C/O WATKINS & EAGER PLLC ATTN PAUL H STEPEHSON III & JIM F SPENCER JR, ESQ PO BOX 650 JACKSON MS 39205 |
| LOUISIANA TOWER OPERATING LLC | C/O BALLARD SHAHR LLP ATTN THEODORE J HARTL & MICHAEL L SCHUSTER, ESQS 1225 17TH ST, STE 2300 DENVER CO 80202-5596 |
| LUCAS PETROLEUM GROUP INC | C/O CLARK HILL STRASBURGER ATTN DUANE J BRESCIA 720 BRAZOS, STE 700 AUSTIN TX 78701 |
| LUCAS PETROLEUM GROUP INC | 2303 RIO GRANDE ST AUSTIN TX 78705-5131 |
| LUFKIN INDUSTRIES LLC | C/O FOLEY & LARDNER LLP ATTN TIMOTHY C MOHAN, ESQ 600 17TH ST, STE 2020S DENVER CO 80202 |
| MCCOMBS ENERGY LTD | C/O ROSENTHAL PAUERSTEIN SANDOLOSKI AGATHER LLP ATTN STEPHEN K LECHOLOP II, ESQ 755 E MULBERRY, STE 200 SAN ANTONIO TX 78212 |
| MCCOMBS EXPLORATION LLC | C/O ROSENTHAL PAUERSTEIN SANDOLOSKI AGATHER LLP ATTN STEPHEN K LECHOLOP II, ESQ 755 E MULBERRY, STE 200 SAN ANTONIO TX 78212 |

| Claim Name | Address Information |
| --- | --- |
| MERITAGE ENERGY LTD | C/O BUCK KEENAN LLP ATTN ROBERT L PADDOCK, ESQ 2229 SAN FELIPE, STE 1000 HOUSTON TX 77019 |
| MERITAGE ENERGY LTD | C/O BKD LLP 2700 POST OAK BLVD, STE 1500 HOUSTON TX 77056-5829 |
| MESA FLUIDS LLC | C/O JUNO FINANCIAL PO BOX 173928 DENVER CO 80217-3928 |
| MESA FLUIDS LLC | ATTN AARON W MERRELL 1669 S 580 E AMERICAN FORK UT 84057 |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE DISTRICT OF COLORADO ATTN PAUL MOSS, ESQ BYRON G ROGERS FEDERAL BLDG 1961 STOUT ST, STE 12-200 DENVER CO 80294 |
| PAR MINERALS CORPORATION | C/O COPELAND COOK TAYLOR & BUSH PA ATTN CHRISTOPHER H MEREDITH, ESQ 1076 HIGHLAND COLONY PKWY RIDGELAND MS 39157 |
| PAR MINERALS CORPORATION | C/O COPELAND COOK TAYLOR & BUSH PA ATTN GLENN GATES TAYLOR, ESQ 1076 HIGHLAND COLONY PKWY RIDGELAND MS 39157 |
| PAR MINERALS CORPORATION | C/O COPELAND COOK TAYLOR & BUSH PA ATTN CHRISTOPHER H MEREDITH, ESQ 600 CONCOURSE, STE 200 PO BOX 6020 RIDGELAND MS 39158-6020 |
| PAR MINERALS CORPORATION | C/O COPELAND COOK TAYLOR & BUSH PA ATTN GLENN GATES TAYLOR, ESQ 600 CONCOURSE, STE 200 PO BOX 6020 RIDGELAND MS 39158-6020 |
| PICKENS FINANCIAL GROUP LLC | C/O BARNET B SKELTON JR ATTN BARNET B SKELTON JR, ESQ 815 WALKER, STE 1502 HOUSTON TX 77002 |
| PICKENS FINANCIAL GROUP LLC | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN SHAY L DENNING, ESQ 835 E 2ND AVE, STE 123 DURANGO CO 81301 |
| PICKENS FINANCIAL GROUP LLC | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN THOMAS H SHIPPS, ESQ 835 E 2ND AVE, STE 123 DURANGO CO 81301 |
| PINE ISLAND CHEMICAL SOLUTIONS LLC | C/O GORDON ARATA MONTGOMERY BARNETT MCCOLLAM DUPLANTIS & EAGAN LLC ATTN ARMISTEAD M LONG, ESQ 400 E KALISTE SALOOM RD, STE 4200 LAFAYETTE LA 70508 |
| PLAINS GAS SOLUTIONS LLC | C/O LAW OFFICES OF KEVIN S NEIMAN PC ATTN KEVIN S NEIMAN, ESQ 999 18TH ST, STE 1230 S DENVER CO 80202 |
| PLAINS MARKETING LP | C/O LAW OFFICES OF KEVIN S NEIMAN PC ATTN KEVIN S NEIMAN, ESQ 999 18TH ST, STE 1230 S DENVER CO 80202 |
| PREMIUM OILFIELD SERVICES LLC | C/O BRADLEY ARANT BOULT CUMMINGS LLP ATTN ANDREW J SHAVER, ESQ 1 FEDERAL PL 1819 5TH AVE N BIRMINGHAM AL 35203 |
| PRO-TEK FIELD SERVICES LLC | PO BOX 919269 DALLAS TX 75391-9269 |
| PRUET OIL COMPANY | C/O BALCH & BINGHAM LLP ATTN JEREMY L RETHERFORD, ESQ PO BOX 306 BIRMINGHAM AL 35201-0306 |
| PRUET OIL COMPANY | C/O HOLLAND & HART LLP ATTN MATTHEW J OCHS, ESQ 555 17TH ST, STE 3200 DENVER CO 80201-8749 |
| PRUET OIL COMPANY LLC | 217 W CAPITOL ST, STE 201 JACKSON MS 39201-2004 |
| PRUET PRODUCTION CO | C/O BALCH & BINGHAM LLP ATTN JEREMY L RETHERFORD, ESQ PO BOX 306 BIRMINGHAM AL 35201-0306 |
| PRUET PRODUCTION CO | C/O HOLLAND & HART LLP ATTN MATTHEW J OCHS, ESQ 555 17TH ST, STE 3200 DENVER CO 80201-8749 |
| RAPAD WELL SERVICE CO INC | C/O BALCH & BINGHAM LLP ATTN JEREMY L RETHERFORD, ESQ PO BOX 306 BIRMINGHAM AL 35201-0306 |
| RAPAD WELL SERVICE CO INC | 217 WCAPITOL ST JACKSON MS 39201-2004 |
| RAPAD WELL SERVICE COMPANY INC | C/O BALCH & BINGHAM LLP ATTN JEREMY L RETHERFORD 1901 6TH AVE N, STE 1500 BIRMINGHAM AL 35203-4642 |
| RAPAID WELL SERVICE CO INC | C/O HOLLAND & HART LLP ATTN MATTHEW J OCHS, ESQ 555 17TH ST, STE 3200 DENVER CO 80201-8749 |
| RYCO EXPLORATION LLC | ATTN M ROBIN SMITH 40 GOLF CLUB DR HAUGHTON LA 71037 |
| RYCO EXPLORATION LLC | ATTN M ROBIN SMITH 401 EDWARDS ST, STE 915 SHREVEPORT LA 71101 |
| SEITEL DATA LTD | C/O CLARK HILL STRASBURGER ATTN ANDREW G EDSON, ESQ 901 MAIN ST, STE 6000 DALLAS TX 75202 |
| SEITEL DATA LTD | C/O CLARK HILL STRASBURGER ATTN DUANE J BRESCIA, ESQ 720 BRAZOS, STE 700 AUSTIN TX 78701 |
| SMITH, JOHN H | PO BOX 90 QUITMAN MS 39355 |

| Claim Name | Address Information |
|---|---|
| SOUTHEAST ALABAMA GAS DISTRICT, THE | C/O WELBORN SULLIVAN MECK & TOOLEY PC ATTN CASEY C BREESE, ESQ 1125 17TH ST, STE 2200S DENVER CO 80202 |
| STATE OF LOUISIANA, DEPT OF NATURAL RESOURCES | C/O CIVIL DIVISION/LANDS & NATURAL RESOURCES ATTN RYAN M SEIDEMANN, ESQ PO BOX 94005 BATON ROUGE LA 70804-9005 |
| STONE DEVELOPMENT LLC | C/O WATKINS & EAGER PLLC ATTN PAUL H STEPEHSON III & JIM F SPENCER JR, ESQ PO BOX 650 JACKSON MS 39205 |
| STONEHAM DRILLING CORPORATION | C/O BRADLEY ARANT BOULT CUMMINGS LLP ATTN JAMES B BAILEY 1819 5TH AVE N BIRMINGHAM AL 35203 |
| STONEHAM DRILLING CORPORATION | 707 17TH ST, STE 3250 DENVER CO 80202-0000 |
| STRAGO PETROLEUM CORPORATION | C/O BUCK KEENAN LLP ATTN ROBERT L PADDOCK, ESQ 2229 SAN FELIPE, STE 1000 HOUSTON TX 77019 |
| STRAGO PETROLEUM CORPORATION | PO BOX 1242 FRIENDSWOOD TX 77549-1242 |
| SUGAR OIL PROPERTIES LP | C/O KEAN MILLER LLP ATTN J ERIC LOCKRIDGE, ESQ 400 CONVENTION ST, STE 700 BATON ROUGE LA 70802 |
| TAUBER EXPLORATION & PRODUCTION COMPANY | C/O BARNET B SKELTON JR ATTN BARNET B SKELTON JR, ESQ 815 WALKER, STE 1502 HOUSTON TX 77002 |
| TAUBER EXPLORATION & PRODUCTION COMPANY | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN SHAY L DENNING, ESQ 835 E 2ND AVE, STE 123 DURANGO CO 81301 |
| TAUBER EXPLORATION & PRODUCTION COMPANY | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN THOMAS H SHIPPS, ESQ 835 E 2ND AVE, STE 123 DURANGO CO 81301 |
| TCP COTTONWOOD LP | C/O ERIC LOCKRIDGE ATTN J ERIC LOCKRIDGE, ESQ 400 CONVENTION ST, STE 700 BATON ROUGE LA 70802 |
| TCP COTTONWOOD LP | C/O KEAN MILLER LLP ATTN J ERIC LOCKRIDGE, ESQ 400 CONVENTION ST, STE 700 BATON ROUGE LA 70802 |
| TCP COTTONWOOD LP | 333 TEXAS ST, STE 2020 SHREVEPORT LA 71101-3680 |
| TOMMY YOUNGBLOOD | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD, ESQ 333 TEXAS ST, STE 1700 PO BOX 22260 SHREVEPORT LA 71120-2260 |
| UNION OILFIELD SUPPLY INC | 12 JOHN DYKES RD WAYNESBORO MS 39367-8371 |
| UNITED STATES TRUSTEE FOR REGION 19 | C/O PAUL MOSS, ESQ BRYON G ROGERS FEDERAL BLDG 1961 STOUT ST, STE 12-200 DENVER CO 80294 |
| UNSECURED CREDITORS OF SKLAR EXPLORATION CO LLC | C/O MUNSCH HARDT KOPF & HARR PC ATTN JOHN D CORNWELL, ESQ 700 MILAM ST, STE 2700 HOUSTON TX 77002 |
| UNSECURED CREDITORS OF SKLAR EXPLORATION CO LLC | C/O MUNSCH HARDT KOPF & HARR PC ATTN GRANT M BEINER, ESQ 700 MILAM ST, STE 2700 HOUSTON TX 77002 |
| UNSECURED CREDITORS OF SKLAR EXPLORATION CO LLC | C/O MUNSCH HARDT KOPF & HARR PC ATTN CHRISTOPHER D JOHNSON, ESQ 700 MILAM ST, STE 2700 HOUSTON TX 77002 |
| USA AND THE DEPT OF INTERIOR | C/O US ATTY OFFICE FOR THE DISTRICT OF COLORADO ATTN KATHERINE A ROSS, ASST ATTY 1801 CALIFORNIA ST, STE 1600 DENVER CO 80202 |

**Total Creditor count  139**