| Fill in this information to identify your case | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | |
| Debtor 1: Sklar Exploration Company, LLC | Jointly Administered Under<br>Case #: 20-12377-EEB |
| Debtor 2: Sklarco, LLC | Chapter: 11 |

**Local Bankruptcy Form 2016-1.1**
**Cover Sheet for Application for Professional Compensation**
**(Other than Chapter 13 Debtor's Counsel)**

**AMENDED APPLICATION OF ARMBRECHT JACKSON LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 3, 2020 THROUGH SEPTEMBER 30, 2021**

| | |
|---:|---|
| Name of applicant: | Armbrecht Jackson LLP |
| Authorized to provide professional services to: | Debtors |
| Date of order authorizing employment: | April 24, 2020 *nunc pro tunc* to April 3, 2020 |
| Periods for which compensation is sought: | April 3, 2020 to September 30, 2021 |
| Amount of fees sought: | $545,094.00 (encompassing $394,303.52 paid; $150,790.48 unpaid) |
| Amount of expense reimbursement sought: | $4,640.17 (encompassing $4,247.24 paid; $392.93 unpaid) |

This is a(n):

| | |
|---|---|
| ☐ | Interim Application |
| ☒ | Final Application |

If this is <u>not</u> the first application filed herein by this professional, disclose all prior fee applications:

| Date filed | Period covered | Total requested fees & expenses | Total allowed |
|---|---|---|---|
| | | | |
| | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is $398,550.76.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: )<br>)<br>SKLAR EXPLORATION COMPANY, LLC )<br>EIN: 72-1417930 )<br>)<br>)<br>Debtor-in-Possession. )<br>)<br> )<br>IN RE: )<br>)<br>SKLARCO, LLC )<br>EIN: 72-1425432 )<br>)<br>)<br>)<br>)<br>Debtor-in-Possession. )<br>) | Case No. 20-12377-EEB<br><br>Chapter 11<br><br><br><br><br><br>Case No. 20-12380-EEB<br><br>Chapter 11 |

**AMENDED APPLICATION OF ARMBRECHT JACKSON LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 3, 2020 THROUGH SEPTEMBER 30, 2021**

COMES NOW Armbrecht Jackson, LLP ("AJ"), as Special Oil and Gas Counsel for Debtors Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco"), and submits this application for allowance of compensation and reimbursement of expenses for the period of April 3, 2020 through September 30, 2021. While AJ believes that its legal services to the Debtors were generally provided in the ordinary course of the Debtors' business and therefore not subject to the fee application process, AJ submits this application out of an abundance of caution.

1. Debtors SEC and Sklarco filed their voluntary petitions pursuant to Chapter 11 of the Bankruptcy Code on April 1, 2020 ("Petition Date"). Thereafter, the Court ordered that the two cases be jointly administered under the first above-captioned case number.

2. On April 3, 2020, the Debtors filed their Application to Employ AJ as special counsel to provide legal services with respect to oil and gas issues pursuant to 11 U.S.C. § 327(e). (Doc. 15). On April 24, 2020, the Court issued its Order approving AJ as special oil and gas counsel *nunc pro tunc* to April 3, 2020. (Doc. 169).

3. On August 24, 2021, the Court entered its Order Confirming Debtor's Second Amended and Restated Plan of Reorganization dated December 18, 2020, as Amended (the "Plan"). (Doc. 1433).

4. On September 8, 2021, the Debtors filed their Notice of Occurrence of Effective Date and Certain Related Deadlines, which stated that the effective date of the Plan is September 7, 2021.

5. AJ has provided legal services to the oil and gas industry for several decades. Since approximately 2006, AJ has acted as the Debtors' primary attorneys concerning their oil and gas operations. Since that time, AJ has become closely involved in the Debtor's oil and gas operations and has gained an extensive knowledge thereof, having been deeply involved in all of AJ's major operations in Alabama and Florida.

6. From the Petition Date and continuing throughout these proceedings, AJ has continued to provide legal services to Debtors concerning their oil and gas operations. Such legal services include, but are not limited to, the following operational categories: contract drafting/review, title examination and opinions, title curative, division order accounting, joint interest billing and revenue accounting, regulatory oversight and submissions, and other operational and land related advice. Moreover, since the Petition Date and continuing throughout these proceedings, AJ has provided advice and services to Debtors' bankruptcy counsel and its CRO concerning oil and gas matters and has represented Debtors in these

proceedings with respect to oil and gas operational matters. Given AJ's intimate knowledge of and involvement in Debtors' operations and its knowledge of oil and gas law and industry practices, its services were necessary to the continuance of Debtors' operations and to the understanding of the complex oil and gas issues of this case.

7. Pursuant to the Court's Order Approving Interim Advance Payment Procedures, payment of AJ's invoices have been subject to a 20% holdback concerning the fee portion. Thus, for most of AJ's invoices, 80% of the fee portion has been paid, while 20% has been held back. These invoices are hereinafter referred to the "Partially Paid Invoices." For the remaining invoices, due to inadvertent oversight by the Debtors, AJ has received no payments. These invoices are hereinafter referred to as the "Unpaid Invoices." A summary of all amounts invoiced, paid and owing from April 3, 2020 through September 30, 2020 is set forth below:

| Invoice Category | Amount Invoiced | Fee Portion | Expense Portion | Amount Paid to AJ | Amount Remaining due to Holdback or Oversight |
|---|---|---|---|---|---|
| Partially Paid Invoices | $493,267.61 | $489,020.37 | $4,247.24 | $398,550.76 | $94,716.85 |
| Unpaid Invoices | $56,466.56 | $56,073.63 | $392.93 | $0.00 | $56,466.56 |
| Total | $549,734.17 | $545,094.00 | $4,640.17 | $398,550.76 | $151,183.41 |

8. As set forth above, AJ is currently owed **$151,183.41** (consisting of $150,790.48 in fees and $392.93 in expenses), which represents the 20% holdback portion of the Partially Paid Invoices, plus the full amount of the Unpaid Invoices.

9. Monthly statements invoiced to the Debtors for the subject time period are attached hereto as Exhibit "A". Said statements include detailed time and expense entries in accordance with Colo. L.B.R. 2016-1(a)(2)(C).

10. Set forth below is a list of the lawyers and paralegals whose time have been billed to the Debtors, along with their position, hours billed, hourly rate, and total fees billed.

| Name | Position | Hours Billed | Hourly Rate | Total Fees Billed |
|---|---|---|---|---|
| Duane A. Graham | Partner | 527.1 | $335 | $176,496.50 |
| Benjamin Y. Ford | Partner | 1,232.4 | $275 | $338,910.00 |
| Connie P. Armbrecht II | Partner | 56.6 | $440 | $24,904.00 |
| Gregory P. Bru | Partner | 3.4 | $295 | $914.50 |
| Robert J. Turnipseed | Partner | 1.6 | $295 | $472.00 |
| Steven C. Pearson | Partner | 0.6 | $285 | $171.00 |
| Matthew W. Smith | Associate | 5.4 | $140 | $756.00 |
| Rachel L. Jernigan | Associate | 2.6 | $140 | $364.00 |
| Blanca A. Wakeland | Paralegal | 9.1 | $150 | $1,365.00 |
| Mary A. Wittendorfer | Paralegal | 3.9 | $190 | $741.00 |
| **TOTAL** | | | | **$545,094.00** |

WHEREFORE, for the time period of April 3, 2020 through September 30, 2021, AJ respectfully requests that the Court enter an order (a) approving the payment of sums previously received by AJ comprising fees in the amount of $394,303.52 and expenses in the amount of $4,247.24, and (b) approving the payment of sums due and payable to AJ comprising fees in amount of $150,790.48 and expenses in the amount of $392.93.

Respectfully submitted this 2nd day of November, 2021.

ARMBRECHT JACKSON LLP

By: s/*Benjamin Y. Ford*
Benjamin Y. Ford
Duane A. Graham

        P.O. Box 290  
        Mobile, Alabama 36601  
        251-405-1300 (T)  
        251-432-6843 (F)  
        byf@ajlaw.com  
        dag@ajlaw.com  

        Special Oil and Gas Counsel for Debtors

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 2, 2021, a true and correct copy of the foregoing was electronically field and served via CM/ECF pursuant to L.B.R. 9036-1.  Furthermore, in accordance with the Court's May 8, 2020 Order Granting *Ex Parte Motion for Entry of Order Limiting Notice* (Doc. 263) and federal and local bankruptcy rules, I hereby certify that on November 2, 2021, I served a complete copy of the foregoing by U.S. Mail, first class postage prepaid, on the parties listed on Exhibit "B" hereto, which parties encompass (1) the 20 largest unsecured creditors for each of the Debtors; (2) the United States Trustee; (3) any creditors committee appointed by the United States Trustee; (4) secured creditors; (5) priority creditors; and (6) parties who have filed an entry of appearance and requested notice.

        s/*Benjamin Y. Ford*