# Exhibit B

| Claim Name | Address Information |
|---|---|
| AEEC II LLC | C/O KEAN MILLER LLP ATTN J ERIC LOCKRIDGE, ESQ 400 CONVENTION ST, STE 700 BATON ROUGE LA 70802 |
| AEH INVESTMENTS LLC | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD, ESQ 333 TEXAS ST, STE 1700 PO BOX 22260 SHREVEPORT LA 71120-2260 |
| ALABAMA OIL & GAS LLC | C/O MOYE WHITE LLP ATTN TIMOTHY M SWANSON, ESQ 1400 16TH ST, 6TH FL DENVER CO 80202-1486 |
| ALABAMA OIL COMPANY | C/O LAW OFFICE OF CRAIG M GENO PLLC ATTN CRAIG M GENO, ESQ 587 HIGHLAND COLONY PKWY RIDGELAND MS 39157 |
| ANDERSON EXPLORATION ENERGY COMPANY LC | C/O KEAN MILLER LLP ATTN J ERIC LOCKRIDGE, ESQ 400 CONVENTION ST, STE 700 BATON ROUGE LA 70802 |
| ANDERSON INVESTMENT HOLDINGS LP | C/O AEEC II LLC 333 TEXAS ST, STE 2020 SHREVEPORT LA 71101-3680 |
| APPLE OIL & GAS LLC | C/O MOYE WHITE LLP ATTN TIMOTHY M SWANSON, ESQ 1400 16TH ST, 6TH FL DENVER CO 80202-1486 |
| APPLE RIVER INVESTMENTS LLC | ATTN ROBERT M BOEVE, PRESIDENT 1503 GARFIELD RD N TRAVERSE CITY MI 49696-1111 |
| APPLE RIVER INVESTMENTS LLC | C/O LAW OFFICE OF CRAIG M GENO PLLC ATTN CRAIG M GENO, ESQ 587 HIGHLAND COLONY PKWY RIDGELAND MS 39157 |
| BAKER HUGHES COMPANY | ATTN CHRISTOPHER J RYAN 2001 RANKIN RD HOUSTON TX 77073 |
| BAKER HUGHES HOLDING LLC | C/O FOLEY & LARDNER LLP ATTN TIMOTHY C MOHAN, ESQ 600 17TH ST, STE 2020S DENVER CO 80202 |
| BAKER HUGHES OILFIELD OPERATIONS LLC | C/O FOLEY & LARDNER LLP ATTN TIMOTHY C MOHAN, ESQ 600 17TH ST, STE 2020S DENVER CO 80202 |
| BAKER HUGHES, A GE COMPANY LLC | C/O FOLEY & LARDNER LLP ATTN TIMOTHY C MOHAN, ESQ 600 17TH ST, STE 2020S DENVER CO 80202 |
| BAKER PETROLITE LLC | C/O FOLEY & LARDNER LLP ATTN TIMOTHY C MOHAN, ESQ 600 17TH ST, STE 2020S DENVER CO 80202 |
| BARNETTE & BENEFIELD INC | C/O AYRES SHELTON WILLIAMS BENSON & PAINE LLC ATTN CURTIS R SHELTON & JENNIFER NORRIS SOTO, ESQ 333 TEXAS ST, STE 1400 PO BOX 1764 SHREVEPORT LA 71160 |
| BP AMERICA PRODUCTION COMPANY | C/O LISKOW & LEWIS ATTN MICHAEL D RUBENSTEIN, ESQ 1001 FANNIN ST, STE 1800 HOUSTON TX 77002 |
| BPX PROPERTIES NA LP | C/O LISKOW & LEWIS ATTN MICHAEL D RUBENSTEIN, ESQ 1001 FANNIN ST, STE 1800 HOUSTON TX 77002 |
| BRI-CHEM SUPPLY CORP LLC | C/O SPENCER FANE LLP ATTN DAVID M MILLER, ESQ 1700 LINCOLN ST, STE 2000 DENVER CO 80203 |
| BUNDERO INVESTMENT COMPANY LLC | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD, ESQ 333 TEXAS ST, STE 1700 PO BOX 22260 SHREVEPORT LA 71120-2260 |
| C BICKHAM DICKSON III | C/O BLANCHARD WALKER O'QUIN & ROBERTS ATTN KATHERINE GUIDRY DOUTHITT, ESQ REGIONS TOWER 333 TEXAS ST, STE 700 SHREVEPORT LA 71101 |
| COASTAL EXPLORATION INC | C/O COPELAND COOK TAYLOR & BUSH PA ATTN GLENN GATES TAYLOR, ESQ 1076 HIGHLAND COLONY PKWY RIDGELAND MS 39157 |
| COASTAL EXPLORATION INC | C/O COPELAND COOK TAYLOR & BUSH PA ATTN GLENN GATES TAYLOR, ESQ 600 CONCOURSE, STE 200 PO BOX 6020 RIDGELAND MS 39158-6020 |
| COLORADO DEPARTMENT OF REVENUE | C/O COLORADO DEPARTMENT OF LAW ATTN DEANNA LEE WESTFALL, ASST ATTY GEN 1300 BROADWAY, 8TH FL DENVER CO 80203 |
| COLORADO DEPARTMENT OF REVENUE | C/O COLORADO DEPARTMENT OF LAW ATTN ROBERT PADJEN, ASST ATTY GEN 1300 BROADWAY, 8TH FL DENVER CO 80203 |
| CTM 2005 LTD | C/O BARNET B SKELTON JR ATTN BARNET B SKELTON JR, ESQ 815 WALKER, STE 1502 HOUSTON TX 77002 |
| CTM 2005 LTD | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN SHAY L DENNING, ESQ 835 E 2ND AVE, STE 123 DURANGO CO 81301 |
| CTM 2005 LTD | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN THOMAS H SHIPPS, ESQ 835 E 2ND AVE, STE 123 DURANGO CO 81301 |
| DICKSON OIL & GAS LLC | C/O BLANCHARD WALKER O'QUIN & ROBERTS ATTN MICHAEL E RIDDICK REGIONS TOWER 333 TEXAS ST, STE 700 SHREVEPORT LA 71101 |

| Claim Name | Address Information |
|---|---|
| EAST WEST BANK TREASURY DEPARTMENT | ATTN LINDA COX 135 N LOS ROBLES AVE, STE 600 PASADENA CA 91101-0000 |
| EAST-WEST BANK | C/O BRYAN CAVE LEIGHTON PAISNER LLP ATTN CRAIG K SCHUENEMANN, ESQ 1700 LINCOLN ST, STE 4100 DENVER CO 80203 |
| EAST-WEST BANK | C/O BRYAN CAVE LEIGHTON PAISNER LLP ATTN BRYCE A SUZUKI, ESQ TWO N CENTRAL AVE, STE 2100 PHOENIX AZ 85004-4406 |
| EASTERN FISHING & RENTAL TOOL COMPANY INC | C/O COPELAND COOK TAYLOR & BUSH PA ATTN CHRISTOPHER H MEREDITH, ESQ 1076 HIGHLAND COLONY PKWY RIDGELAND MS 39157 |
| EASTERN FISHING & RENTAL TOOL COMPANY INC | C/O COPELAND COOK TAYLOR & BUSH PA ATTN GLENN GATES TAYLOR, ESQ 1076 HIGHLAND COLONY PKWY RIDGELAND MS 39157 |
| EASTERN FISHING & RENTAL TOOL COMPANY INC | C/O COPELAND COOK TAYLOR & BUSH PA ATTN CHRISTOPHER H MEREDITH, ESQ 600 CONCOURSE, STE 200 PO BOX 6020 RIDGELAND MS 39158-6020 |
| EASTERN FISHING & RENTAL TOOL COMPANY INC | C/O COPELAND COOK TAYLOR & BUSH PA ATTN GLENN GATES TAYLOR, ESQ 600 CONCOURSE, STE 200 PO BOX 6020 RIDGELAND MS 39158-6020 |
| ESTATE OF PAMELA PAGE | C/O BUECHLER LAW OFFICE LLC ATTN MICHAEL J GUYERSON, ESQ 999 18TH ST, STE 1230-S DENVER CO 80202 |
| FANT ENERGY LIMITED | C/O WILLKIE FARR & GALLAGHER LLP ATTN JENNIFER J HARDY, ESQ 600 TRAVIS ST HOUSTON TX 77002 |
| FANT ENERGY LIMITED | C/O JACKSON WALKER LLP ATTN ELIZABETH C FREEMAN & VICTORIA AERGEROPLOS, ESQ 1401 MCKINNEY ST, STE 1900 HOUSTON TX 77010 |
| FANT ENERGY LIMITED | PO BOX 55205 HOUSTON TX 77255-5205 |
| FLETCHER EXPLORATION LLC | C/O BERGER SINGERMAN LLP ATTN BRIAN G RICH, ESQ 313 N MONROE ST, STE 301 TALLAHASSEE FL 32301 |
| FLETCHER EXPLORATION LLC | C/O BERGER SINGERMAN LLP ATTN MICHAEL J NILES, ESQ 313 N MONROE ST, STE 301 TALLAHASSEE FL 32301 |
| FLETCHER PETROLEUM COMPANY LLP | C/O BERGER SINGERMAN LLP ATTN BRIAN G RICH, ESQ 313 N MONROE ST, STE 301 TALLAHASSEE FL 32301 |
| FLETCHER PETROLEUM COMPANY LLP | C/O BERGER SINGERMAN LLP ATTN MICHAEL J NILES, ESQ 313 N MONROE ST, STE 301 TALLAHASSEE FL 32301 |
| FLETCHER PETROLEUM CORP | C/O BERGER SINGERMAN LLP ATTN BRIAN G RICH, ESQ 313 N MONROE ST, STE 301 TALLAHASSEE FL 32301 |
| FLETCHER PETROLEUM CORP | C/O BERGER SINGERMAN LLP ATTN MICHAEL J NILES, ESQ 313 N MONROE ST, STE 301 TALLAHASSEE FL 32301 |
| FPCC USA INC | C/O JONES WALKER LLP ATTN MADISON M TUCKER, ESQ 201 ST CHARLES AVE, STE 5100 NEW ORLEANS LA 70170 |
| FPCC USA INC | C/O JONES WALKER LLP ATTN AMY L VAZQUEZ & JOSEPH E BAIN, ESQS 811 MAIN ST, STE 2900 HOUSTON TX 77002 |
| FPCC USA INC | 245 COMMERCE GREEN BLVD, STE 250 SUGAR LAND TX 77478-3760 |
| FRANKS EXPLORATION COMPANY LLC | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD, ESQ 333 TEXAS ST, STE 1700 PO BOX 22260 SHREVEPORT LA 71120-2260 |
| GATEWAY EXPLORATION LLC | C/O BUCK KEENAN LLP ATTN ROBERT L PADDOCK, ESQ 2229 SAN FELIPE, STE 1000 HOUSTON TX 77019 |
| GCREW PROPERTIES LLC | C/O BUCK KEENAN LLP ATTN ROBERT L PADDOCK, ESQ 2229 SAN FELIPE, STE 1000 HOUSTON TX 77019 |
| GE OIL & GAS PRESSURE CONTROL US | C/O FOLEY & LARDNER LLP ATTN TIMOTHY C MOHAN, ESQ 600 17TH ST, STE 2020S DENVER CO 80202 |
| H&H CONSTRUCTION LLC | ATTN LADON E HALL, SOLE MANAGER PO BOX 850 FLOMATON AL 36441-0850 |
| HALL MANAGEMENT LLC | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD, ESQ 333 TEXAS ST, STE 1700 PO BOX 22260 SHREVEPORT LA 71120-2260 |
| HARRISON, BELINDA | 58 COUNTY RD 5033 HEIDELBERG MS 39439 |
| HARVEST GAS MANAGEMENT LLC | C/O BUCK KEENAN LLP ATTN ROBERT L PADDOCK, ESQ 2229 SAN FELIPE, STE 1000 HOUSTON TX 77019 |
| HOPPING GREEN & SAMS PA | ATTN TIMOTHY M RILEY PO BOX 6526 TALLAHASSEE FL 32314 |
| HUGHES OIL SOUTH LLC | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD, ESQ 333 TEXAS ST, STE 1700 |

| Claim Name | Address Information |
|---|---|
| HUGHES OIL SOUTH LLC | PO BOX 22260 SHREVEPORT LA 71120-2260 |
| I & L MISS I LP | C/O BARNET B SKELTON JR ATTN BARNET B SKELTON JR, ESQ 815 WALKER, STE 1502 HOUSTON TX 77002 |
| I & L MISS I LP | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN SHAY L DENNING, ESQ 835 E 2ND AVE, STE 123 DURANGO CO 81301 |
| I & L MISS I LP | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN THOMAS H SHIPPS, ESQ 835 E 2ND AVE, STE 123 DURANGO CO 81301 |
| J & A HARRIS LP | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD, ESQ 333 TEXAS ST, STE 1700 PO BOX 22260 SHREVEPORT LA 71120-2260 |
| JD FIELDS & COMPANY INC | PO BOX 134401 HOUSTON TX 77219-4401 |
| JF HOWELL INTERESTS LP | C/O BRADLEY MURCHISON KELLY & SHEA LLC ATTN DAVID R TAGGART, ESQ 401 EDWARDS ST, STE 1000 SHREVEPORT LA 71101 |
| JJS INTERESTS ESCAMBIA LLC | C/O WILLKIE FARR & GALLAGHER LLP ATTN JENNIFER J HARDY, ESQ 600 TRAVIS ST HOUSTON TX 77002 |
| JJS INTERESTS STEELE KINGS LLC | C/O WILLKIE FARR & GALLAGHER LLP ATTN JENNIFER J HARDY, ESQ 600 TRAVIS ST HOUSTON TX 77002 |
| JJS WORKING INTEREST LLC | 2001 KIRBY DR, STE 1110 HOUSTON TX 77019-6081 |
| JJS WORKING INTERESTS LLC | C/O WILLKIE FARR & GALLAGHER LLP ATTN JENNIFER J HARDY, ESQ 600 TRAVIS ST HOUSTON TX 77002 |
| JUNO FINANCIAL LLC | C/O CLARK HILL PLC ATTN RYAN J LORENZ, ESQ 14850 N SCOTTSDALE RD, STE 500 SCOTTSDALE AZ 85254 |
| KELLEY BROTHERS CONTRACTORS INC | ATTN JERRY KELLWY 401 COUNTY FARM RD WAYNESBORO MS 39367 |
| KELLEY BROTHERS CONTRACTORS INC | PO DRAWER 1079 WAYNESBORO MS 39367-1079 |
| KINGSTON LLC | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD, ESQ 333 TEXAS ST, STE 1700 PO BOX 22260 SHREVEPORT LA 71120-2260 |
| KMR INVESTMENTS LLC | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD, ESQ 333 TEXAS ST, STE 1700 PO BOX 22260 SHREVEPORT LA 71120-2260 |
| KODIAK GAS SERVICES LLC | C/O OKIN ADAMS LLP ATTN MATTHEW S OKIN & JOHN THOMAS OLDHAM, ESQ 1113 VINE ST, STE 240 HOUSTON TX 77002 |
| KUDZU OIL & GAS LLC | C/O MOYE WHITE LLP ATTN TIMOTHY M SWANSON, ESQ 1400 16TH ST, 6TH FL DENVER CO 80202-1486 |
| KUDZU OIL PROPERTIES LLC | C/O LAW OFFICE OF CRAIG M GENO PLLC ATTN CRAIG M GENO, ESQ 587 HIGHLAND COLONY PKWY RIDGELAND MS 39157 |
| KUDZU OIL PROPERTIES LLC | 300 CONCOURSE BLVD, STE 101 RIDGELAND MS 39157-2091 |
| LANDMARK EXPLORATION LLC | C/O WATKINS & EAGER PLLC ATTN PAUL H STEPEHSON III & JIM F SPENCER JR, ESQ PO BOX 650 JACKSON MS 39205 |
| LANDMARK OIL AND GAS LLC | C/O WATKINS & EAGER PLLC ATTN PAUL H STEPEHSON III & JIM F SPENCER JR, ESQ PO BOX 650 JACKSON MS 39205 |
| LAWRENCE, BARBARA PAGE | C/O BUECHLER LAW OFFICE LLC ATTN MICHAEL J GUYERSON, ESQ 999 18TH ST, STE 1230-S DENVER CO 80202 |
| LEXINGTON INVESTMENTS LLC | C/O WATKINS & EAGER PLLC ATTN PAUL H STEPEHSON III & JIM F SPENCER JR, ESQ PO BOX 650 JACKSON MS 39205 |
| LOUISIANA TOWER OPERATING LLC | C/O BALLARD SHAHR LLP ATTN THEODORE J HARTL & MICHAEL L SCHUSTER, ESQS 1225 17TH ST, STE 2300 DENVER CO 80202-5596 |
| LUCAS PETROLEUM GROUP INC | C/O CLARK HILL STRASBURGER ATTN DUANE J BRESCIA 720 BRAZOS, STE 700 AUSTIN TX 78701 |
| LUCAS PETROLEUM GROUP INC | 2303 RIO GRANDE ST AUSTIN TX 78705-5131 |
| LUFKIN INDUSTRIES LLC | C/O FOLEY & LARDNER LLP ATTN TIMOTHY C MOHAN, ESQ 600 17TH ST, STE 2020S DENVER CO 80202 |
| MCCOMBS ENERGY LTD | C/O ROSENTHAL PAUERSTEIN SANDOLOSKI AGATHER LLP ATTN STEPHEN K LECHOLOP II, ESQ 755 E MULBERRY, STE 200 SAN ANTONIO TX 78212 |
| MCCOMBS EXPLORATION LLC | C/O ROSENTHAL PAUERSTEIN SANDOLOSKI AGATHER LLP ATTN STEPHEN K LECHOLOP II, ESQ 755 E MULBERRY, STE 200 SAN ANTONIO TX 78212 |

| Claim Name | Address Information |
|---|---|
| MERITAGE ENERGY LTD | C/O BUCK KEENAN LLP ATTN ROBERT L PADDOCK, ESQ 2229 SAN FELIPE, STE 1000 HOUSTON TX 77019 |
| MERITAGE ENERGY LTD | C/O BKD LLP 2700 POST OAK BLVD, STE 1500 HOUSTON TX 77056-5829 |
| MESA FLUIDS LLC | C/O JUNO FINANCIAL PO BOX 173928 DENVER CO 80217-3928 |
| MESA FLUIDS LLC | ATTN AARON W MERRELL 1669 S 580 E AMERICAN FORK UT 84057 |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE DISTRICT OF COLORADO ATTN PAUL MOSS, ESQ BYRON G ROGERS FEDERAL BLDG 1961 STOUT ST, STE 12-200 DENVER CO 80294 |
| PAR MINERALS CORPORATION | C/O COPELAND COOK TAYLOR & BUSH PA ATTN CHRISTOPHER H MEREDITH, ESQ 1076 HIGHLAND COLONY PKWY RIDGELAND MS 39157 |
| PAR MINERALS CORPORATION | C/O COPELAND COOK TAYLOR & BUSH PA ATTN GLENN GATES TAYLOR, ESQ 1076 HIGHLAND COLONY PKWY RIDGELAND MS 39157 |
| PAR MINERALS CORPORATION | C/O COPELAND COOK TAYLOR & BUSH PA ATTN CHRISTOPHER H MEREDITH, ESQ 600 CONCOURSE, STE 200 PO BOX 6020 RIDGELAND MS 39158-6020 |
| PAR MINERALS CORPORATION | C/O COPELAND COOK TAYLOR & BUSH PA ATTN GLENN GATES TAYLOR, ESQ 600 CONCOURSE, STE 200 PO BOX 6020 RIDGELAND MS 39158-6020 |
| PICKENS FINANCIAL GROUP LLC | C/O BARNET B SKELTON JR ATTN BARNET B SKELTON JR, ESQ 815 WALKER, STE 1502 HOUSTON TX 77002 |
| PICKENS FINANCIAL GROUP LLC | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN SHAY L DENNING, ESQ 835 E 2ND AVE, STE 123 DURANGO CO 81301 |
| PICKENS FINANCIAL GROUP LLC | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN THOMAS H SHIPPS, ESQ 835 E 2ND AVE, STE 123 DURANGO CO 81301 |
| PINE ISLAND CHEMICAL SOLUTIONS LLC | C/O GORDON ARATA MONTGOMERY BARNETT MCCOLLAM DUPLANTIS & EAGAN LLC ATTN ARMISTEAD M LONG, ESQ 400 E KALISTE SALOOM RD, STE 4200 LAFAYETTE LA 70508 |
| PLAINS GAS SOLUTIONS LLC | C/O LAW OFFICES OF KEVIN S NEIMAN PC ATTN KEVIN S NEIMAN, ESQ 999 18TH ST, STE 1230 S DENVER CO 80202 |
| PLAINS MARKETING LP | C/O LAW OFFICES OF KEVIN S NEIMAN PC ATTN KEVIN S NEIMAN, ESQ 999 18TH ST, STE 1230 S DENVER CO 80202 |
| PREMIUM OILFIELD SERVICES LLC | C/O BRADLEY ARANT BOULT CUMMINGS LLP ATTN ANDREW J SHAVER, ESQ 1 FEDERAL PL 1819 5TH AVE N BIRMINGHAM AL 35203 |
| PRO-TEK FIELD SERVICES LLC | PO BOX 919269 DALLAS TX 75391-9269 |
| PRUET OIL COMPANY | C/O BALCH & BINGHAM LLP ATTN JEREMY L RETHERFORD, ESQ PO BOX 306 BIRMINGHAM AL 35201-0306 |
| PRUET OIL COMPANY | C/O HOLLAND & HART LLP ATTN MATTHEW J OCHS, ESQ 555 17TH ST, STE 3200 DENVER CO 80201-8749 |
| PRUET OIL COMPANY LLC | 217 W CAPITOL ST, STE 201 JACKSON MS 39201-2004 |
| PRUET PRODUCTION CO | C/O BALCH & BINGHAM LLP ATTN JEREMY L RETHERFORD, ESQ PO BOX 306 BIRMINGHAM AL 35201-0306 |
| PRUET PRODUCTION CO | C/O HOLLAND & HART LLP ATTN MATTHEW J OCHS, ESQ 555 17TH ST, STE 3200 DENVER CO 80201-8749 |
| RAPAD WELL SERVICE CO INC | C/O BALCH & BINGHAM LLP ATTN JEREMY L RETHERFORD, ESQ PO BOX 306 BIRMINGHAM AL 35201-0306 |
| RAPAD WELL SERVICE CO INC | 217 WCAPITOL ST JACKSON MS 39201-2004 |
| RAPAD WELL SERVICE COMPANY INC | C/O BALCH & BINGHAM LLP ATTN JEREMY L RETHERFORD 1901 6TH AVE N, STE 1500 BIRMINGHAM AL 35203-4642 |
| RAPAID WELL SERVICE CO INC | C/O HOLLAND & HART LLP ATTN MATTHEW J OCHS, ESQ 555 17TH ST, STE 3200 DENVER CO 80201-8749 |
| RYCO EXPLORATION LLC | ATTN M ROBIN SMITH 40 GOLF CLUB DR HAUGHTON LA 71037 |
| RYCO EXPLORATION LLC | ATTN M ROBIN SMITH 401 EDWARDS ST, STE 915 SHREVEPORT LA 71101 |
| SEITEL DATA LTD | C/O CLARK HILL STRASBURGER ATTN ANDREW G EDSON, ESQ 901 MAIN ST, STE 6000 DALLAS TX 75202 |
| SEITEL DATA LTD | C/O CLARK HILL STRASBURGER ATTN DUANE J BRESCIA, ESQ 720 BRAZOS, STE 700 AUSTIN TX 78701 |
| SMITH, JOHN H | PO BOX 90 QUITMAN MS 39355 |

| Claim Name | Address Information |
|---|---|
| SOUTHEAST ALABAMA GAS DISTRICT, THE | C/O WELBORN SULLIVAN MECK & TOOLEY PC ATTN CASEY C BREESE, ESQ 1125 17TH ST, STE 2200S DENVER CO 80202 |
| STATE OF LOUISIANA, DEPT OF NATURAL RESOURCES | C/O CIVIL DIVISION/LANDS & NATURAL RESOURCES ATTN RYAN M SEIDEMANN, ESQ PO BOX 94005 BATON ROUGE LA 70804-9005 |
| STONE DEVELOPMENT LLC | C/O WATKINS & EAGER PLLC ATTN PAUL H STEPEHSON III & JIM F SPENCER JR, ESQ PO BOX 650 JACKSON MS 39205 |
| STONEHAM DRILLING CORPORATION | C/O BRADLEY ARANT BOULT CUMMINGS LLP ATTN JAMES B BAILEY 1819 5TH AVE N BIRMINGHAM AL 35203 |
| STONEHAM DRILLING CORPORATION | 707 17TH ST, STE 3250 DENVER CO 80202-0000 |
| STRAGO PETROLEUM CORPORATION | C/O BUCK KEENAN LLP ATTN ROBERT L PADDOCK, ESQ 2229 SAN FELIPE, STE 1000 HOUSTON TX 77019 |
| STRAGO PETROLEUM CORPORATION | PO BOX 1242 FRIENDSWOOD TX 77549-1242 |
| SUGAR OIL PROPERTIES LP | C/O KEAN MILLER LLP ATTN J ERIC LOCKRIDGE, ESQ 400 CONVENTION ST, STE 700 BATON ROUGE LA 70802 |
| TAUBER EXPLORATION & PRODUCTION COMPANY | C/O BARNET B SKELTON JR ATTN BARNET B SKELTON JR, ESQ 815 WALKER, STE 1502 HOUSTON TX 77002 |
| TAUBER EXPLORATION & PRODUCTION COMPANY | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN SHAY L DENNING, ESQ 835 E 2ND AVE, STE 123 DURANGO CO 81301 |
| TAUBER EXPLORATION & PRODUCTION COMPANY | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN THOMAS H SHIPPS, ESQ 835 E 2ND AVE, STE 123 DURANGO CO 81301 |
| TCP COTTONWOOD LP | C/O ERIC LOCKRIDGE ATTN J ERIC LOCKRIDGE, ESQ 400 CONVENTION ST, STE 700 BATON ROUGE LA 70802 |
| TCP COTTONWOOD LP | C/O KEAN MILLER LLP ATTN J ERIC LOCKRIDGE, ESQ 400 CONVENTION ST, STE 700 BATON ROUGE LA 70802 |
| TCP COTTONWOOD LP | 333 TEXAS ST, STE 2020 SHREVEPORT LA 71101-3680 |
| TOMMY YOUNGBLOOD | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD, ESQ 333 TEXAS ST, STE 1700 PO BOX 22260 SHREVEPORT LA 71120-2260 |
| UNION OILFIELD SUPPLY INC | 12 JOHN DYKES RD WAYNESBORO MS 39367-8371 |
| UNITED STATES TRUSTEE FOR REGION 19 | C/O PAUL MOSS, ESQ BRYON G ROGERS FEDERAL BLDG 1961 STOUT ST, STE 12-200 DENVER CO 80294 |
| UNSECURED CREDITORS OF SKLAR EXPLORATION CO LLC | C/O MUNSCH HARDT KOPF & HARR PC ATTN JOHN D CORNWELL, ESQ 700 MILAM ST, STE 2700 HOUSTON TX 77002 |
| UNSECURED CREDITORS OF SKLAR EXPLORATION CO LLC | C/O MUNSCH HARDT KOPF & HARR PC ATTN GRANT M BEINER, ESQ 700 MILAM ST, STE 2700 HOUSTON TX 77002 |
| UNSECURED CREDITORS OF SKLAR EXPLORATION CO LLC | C/O MUNSCH HARDT KOPF & HARR PC ATTN CHRISTOPHER D JOHNSON, ESQ 700 MILAM ST, STE 2700 HOUSTON TX 77002 |
| USA AND THE DEPT OF INTERIOR | C/O US ATTY OFFICE FOR THE DISTRICT OF COLORADO ATTN KATHERINE A ROSS, ASST ATTY 1801 CALIFORNIA ST, STE 1600 DENVER CO 80202 |

**Total Creditor count  139**

| | |
|---|---|
| Paul Moss, Esq.<br>US Trustee's Office<br>1961 Stout Street<br>Suite 12-200<br>Denver, CO 80294 | Stoneham Drilling Corporation<br>(Representative: Heather Stickel)<br>c/o James B. Bailey, Esq.<br>Bradley Arant Boult Cummings, LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 |
| Mesa Fluids, LLC<br>(Representative: Aaron W. Merrell)<br>1669 South 580 East<br>American Fork, UT 84057 | TCP Cottonwood, L.P.<br>(Representative: Kyle C. McInnis)<br>c/o Eric Lockridge<br>400 Convention Street<br>Suite 700<br>Baton Rouge, LA 70801 |
| Rapad Well Service Company, Inc.<br>(Representative: Chesley James)<br>c/o Jeremy Retherford, Esq.<br>Balch & Bingham, LLP<br>1901 Sixth Avenue North<br>Suite 1500<br>Birmingham, Alabama 35203-4642 | Kelley Brothers Contractors, Inc.<br>(Representative: Jerry Kelley)<br>401 County Farm Road<br>Waynesboro, MS 39367 |
| Baker Hughes Company<br>(Representative: Christopher J. Ryan)<br>2001 Rankin Road<br>Houston, TX 77073 | Timothy C. Mohan, Esq.<br>Foley & Lardner, LLP<br>600 17th Street<br>Suite 2020 South<br>Denver, CO 80202 |
| J. Eric Lockridge, Esq.<br>Kean Miller LLP<br>400 Convention Street, Suite 700<br>P.O. Box 3513<br>Baton Rouge, LA 70802 | Craig K. Schuenemann, Esq.<br>Bryan Cave Leighton Paisner LLP<br>1700 Lincoln Street<br>Suite 4100<br>Denver, CO 80203 |
| Giovanni M. Ruscitti, Esq.<br>Berg Hill Greenleaf Ruscitti, LLP<br>1712 Pearl Street<br>Boulder, CO 80302 | Bryce A. Suzuki, Esq.<br>Bryan Cave Leighton Paisner, LLP<br>Two North Central Avenue<br>Suite 2100<br>Phoenix, AZ 85004-4406 |
| James B. Bailey, Esq.<br>Bradley Arant Boult Cummings, LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 | Timothy M. Riley, Esq.<br>Hopping Green & Sams, P.A.<br>P.O. Box 6526<br>Tallahassee, FL 32314 |
| Michel D. Rubenstein, Esq. | Duane J. Brescia, Esq. |

| | |
|---|---|
| Liskow & Lewis<br>1001 Fannin Street<br>Suite 1800<br>Houston, TX 77002 | Clark Hill Strasburger<br>720 Brazos, Suite 700<br>Austin, TX 78701 |
| Kevin S. Neiman, Esq.<br>Law Offices of Kevin S. Neiman, P.C.<br>999 18th Street<br>Suite 1230 South<br>Denver, CO 80202 | Robert L. Paddock, Esq.<br>Buck Keenan LLP<br>2229 San Felipe<br>Suite 1000<br>Houston, TX 77019 |
| Jeremy L. Retherford, Esq.<br>Balch & Bingham, LLP<br>1901 Sixth Avenue North<br>Suite 1500<br>Birmingham, AL 35203 | Matthew J. Ochs, Esq.<br>Holland & Hart, LLP<br>555 Seventeenth Street<br>Suite 3200<br>P.O. Box 8749<br>Denver, CO 80201-8749 |
| Shay L. Denning, Esq.<br>Thomas H. Shipps, Esq.<br>Maynes, Bradford, Shipps & Sheftel, LLP<br>835 East Second Avenue<br>Suite 123<br>Durango, CO 81301 | Robert Padjen, Esq.<br>Deanna Lee Westfall, Esq.<br>Assistant Attorney General<br>Colorado Department of Law<br>1300 Broadway, 8th Floor<br>Denver, CO 80203 |
| Timothy M. Swanson, Esq.<br>Moye White LLP<br>1400 16th Street<br>6th Floor<br>Denver, CO 80202-1486 | Joseph E. Bain, Esq.<br>Jones Walker LLP<br>811 Main Street, Suite 2900<br>Houston, TX 77002 |
| Madison Tucker, Esq.<br>Jones Walker LLP<br>201 St. Charles Avenue<br>Suite 5100<br>New Orleans, Louisiana 70170 | Barnet B. Skelton, Jr., Esq.<br>815 Walker<br>Suite 1502<br>Houston, TX 77002 |
| Amy L. Vazquez, Esq.<br>Jones Walker LLP<br>811 Main Street<br>Suite 2900<br>Houston, TX 77002 | Matthew S. Okin, Esq.<br>John Thomas Oldham, Esq.<br>Okin Adams, LLP<br>1113 Vine Street, Suite 240<br>Houston, TX 77002 |
| Christopher H. Meredith, Esq.<br>Copeland Cook Taylor & Bush, P.A.<br>1076 Highland Colony Parkway | Michael L. Niles, Esq.<br>Brian G. Rich, Esq.<br>Berger Singerman LLP |

| | |
|---|---|
| 600 Concourse, Suite 200<br>P.O. Box 6020<br>Ridgeland, Mississippi 39158-6020 | 313 North Monroe Street<br>Suite 301<br>Tallahassee, FL  32301 |
| Victoria Argeroplos, Esq.<br>Jackson Walker LLP<br>1401 McKinney Street<br>Suite 1900<br>Houston, TX 77010 | David R. Taggart, Esq.<br>Bradley Murchison Kelly & Shea, LLC<br>401 Edwards Street<br>Suite 1000<br>Shreveport, LA  71101 |
| Jordan B. Bird, Esq.<br>Cook Yancey King & Galloway, APLC<br>333 Texas Street<br>Suite 1700<br>P.O Box 22260<br>Shreveport, Louisiana 71120-2260 | Paul H. Stephenson III, Esq.<br>Jim F. Spencer, Jr., Esq.<br>Watkins & Eager, PLLC<br>P.O. Box 650<br>Jackson, MS  39205 |
| John D. Cornwell, Esq.<br>Grant M. Beiner, Esq.<br>Christopher D. Johnson, Esq.<br>Munsch Hardt Kopf & Harr, P.C.<br>700 Milam Street, Suite 2700<br>Houston, TX 77002 | Michael J. Guyerson, Esq.<br>Buechler Law Office, LLC<br>999 18th Street<br>Suite 1230 South<br>Denver, CO 80202 |
| Ryan M. Seidemann, Esq.<br>Assistant Attorney General<br>Civil Division/Lands and Natural Resources<br>P.O. Box 94005<br>Baton Rouge, Louisiana 70804-9005 | David M. Miller, Esq.<br>Spencer Fane LLP<br>1700 Lincoln Street<br>Suite 2000<br>Denver, CO 80203 |
| Jennifer J. Hardy, Esq.<br>Willkie Farr & Gallagher, LLP<br>600 Travis Street<br>Houston, TX 77002 | Andrew G. Edson, Esq.<br>Clark Hill Strasburger<br>901 Main Street<br>Suite 6000<br>Dallas, TX 75202 |
| Craig M. Geno, Esq.<br>Law Offices of Craig M. Geno, PLLC<br>587 Highland Colony Parkway<br>Ridgeland, MS 39157 | Christopher H. Meredith, Esq.<br>Glenn Gates Taylor, Esq.<br>Copeland Cook Taylor & Bush, P.A.<br>600 Concourse, Suite 200<br>1076 Highland Colony Parkway<br>P.O. Box 6020<br>Ridgeland, MS 39158-6020 |
| Matthew S. Okin, Esq.<br>John Thomas Oldham, Esq. | Curtis R. Shelton, Esq.<br>Jennifer Norris Soto, Esq. |

| | |
|---|---|
| Okin Adams LLP<br>1113 Vine Street, Suite 240<br>Houston, TX 77002 | Ayres Shelton Williams Benson & Paine, LLC<br>333 Texas Street, Suite 1400<br>P.O. Box 1764<br>Shreveport, Louisiana 71166 |
| Armistead M. Long, Esq.<br>Gordon Arata Montgomery Barnett<br>McCollam Duplantis & Eagan, LLC<br>400 East Kaliste Saloon Road<br>Suite 4200<br>Lafayette, LA 70508 | Ryan J. Lorenz, Esq.<br>Clark Hill PLC<br>14850 North Scottsdale Road<br>Suite 500<br>Scottsdale, Arizona 85254 |
| Brian G. Rich, Esq.<br>Michael J. Niles, Esq.<br>Berger Singerman LLP<br>313 North Monroe Street<br>Suite 301<br>Tallahassee, FL 32301 | Katherine A. Ross, Esq.<br>U.S. Attorney's Office for the District of Colorado<br>Assistant United States Attorney<br>1801 California Street<br>Suite 1600<br>Denver, CO 80202 |
| Ryco Exploration, LLC<br>ATTN: M. Robin Smith<br>401 Edwards Street<br>Suite 915<br>Shreveport, LA 71101 | Ryco Exploration, LLC<br>ATTN: M. Robin Smith<br>40 Golf Club Drive<br>Haughton, LA 71037 |
| Stephen K. Lecholop II, Esq.<br>Rosenthal Pauerstein, Esq.<br>Sandoloski Agather LLP<br>755 East Mulberry<br>Suite 200<br>San Antonio, TX 78212 | Katherine Guidry Douthitt, Esq.<br>Blanchard Walker O'Quin & Roberts<br>P.O. Box 1126<br>Shreveport, Louisiana 71163 |
| Andrew J. Shaver, Esq.<br>Bradley Arant Boult Cummings LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203 | Theodore J. Hartl, Esq.<br>Ballard Spahr LLP<br>1225 17th Street<br>Suite 2300<br>Denver, CO 80202-5596 |
| John H. Smith<br>Quitman Tank Solutions, LLC<br>P.O. Box 90<br>Quitman, MS 39355 | Belinda Harrison<br>58 County Road 5033<br>Heidelberg, MS 39439 |
| Casey C. Breese, Esq.<br>Welborn Sullivan Meck & Tooley, P.C. | Jeff Carruth, Esq.<br>Weycer Kaplan Pulaski & Zuber, P.C. |

| | |
|---|---|
| 1125 17th Street<br>Suite 2200 South<br>Denver, CO 80202 | 11 Greenway Plaza<br>Suite 1400<br>Houston, TX 77046 |
| Michael E. Riddick, Esq.<br>Katherine Guidry Douthill, Esq.<br>Blanchard Walker O'Quin & Roberts, P.C.<br>333 Texas Street<br>Regions Tower, Suite 700<br>Shreveport, Louisiana 71101 | Chris Crowley, Esq.<br>Feldmann Nagel Cantafio, PLLC<br>1875 Lawrence Street<br>Suite 730<br>Denver, CO 80202 |
| Timothy M. Swanson, Esq.<br>Moye White LLP<br>1400 16th Street, Suite 600<br>Denver, CO 80206 | Adam L. Hirsch, Esq.<br>Davis Graham & Stubbs LLP<br>1550 Seventeenth Street, Suite 500<br>Denver, CO 80202 |
| Elizabeth Weller, Esq.<br>Linebarger Goggan Blair and Sampson, LLP<br>2777 North Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | P. Matthew Cox, Esq.<br>Snow Christensen & Martineau<br>10 Exchange Place, Eleventh Floor<br>P.O. Box 45000<br>Salt Lake City, UT 84111 |
| Michael L. Schuster, Esq.<br>Ballard Spahr LLP<br>1225 17th Street<br>Suite 2300<br>Denver, CO 80202-5596 | Deirdre Carey Brown, Esq.<br>Forshey & Prostok LLP<br>1990 Post Oak Blvd.<br>Suite 2400<br>Houston, TX 77056 |
| Nex Tier Completion Solutions, Inc.<br>c/o Allen Bryson, PLLC<br>211 North Center Street<br>Longview, Texas 75601 | Mario A. Lamar, Esq.<br>Allen Bryson PLLC<br>211 North Center Street<br>Longview, TX 75601 |
| John H. Bernstein, Esq.<br>Kutak Rock LLP<br>1801 California Street<br>Suite 3000<br>Denver, CO 80202 | Jennifer Norris Soto, Esq.<br>Ayres, Shelton, Williams, Benson & Paine, LLC<br>P.O. Box 1764<br>Shreveport, LA 71166 |
| Epiq Systems<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 | Jeffrey R. Barber, Esq.<br>Jones Walker LLP<br>P.O. Box 427<br>190 E. Capitol Street, Suite 800<br>Jackson, MS 39205-0427 |
| Brent R. Cohen, Esq. | John Childers, Esq. |

| | |
|---|---|
| Lewis Roca Rothgerber Christie LLP<br>1601 19th Street, Suite 1000<br>Denver, CO 80202 | 8150 N. Central Expressway, 10th Floor<br>Dallas, TX 75206 |
| Kelsey Jamie Buechler<br>999 18th Street, Suite 1230 S<br>Denver, CO 80202 | Jonathan Dickey, Esq.<br>Kutner Brinen Dickey Riley, P.C.<br>1660 Lincoln Street, Suite 1720<br>Denver, CO 80264 |
| Joseph D. DeGiorgio<br>Barrett Daffin Frappier LLP<br>1391 Speer Blvd., Suite 700<br>Denver, CO 80204 | David W. Hall, Esq.<br>482 Merritt Rd.<br>Benton, LA 71006 |
| Florence Bonaccorso-Saenz, Esq.<br>617 N. Third Street<br>Baton Rouge, LA 70802 | Tyler Lee Weidlich, Esq.<br>Beatty & Wozniak, P.C.<br>216 16th Street, Apt. 323<br>Denver, Ste. 1100<br>Denver, CO 80211 |
| Kerri L. Riley, Esq.<br>Kutner Brinen Dickey Riley, P.C.<br>1660 Lincoln Street<br>Suite 1720<br>Denver, CO 80264 | The Juneau Group<br>2386A Rice Blvd. #232<br>Houston, TX 77005 |
| Daniel L. Bray, Esq.<br>1801 Wewatta St., Suite 1000<br>Denver, CO 80202 | Tommy Youngblood, Esq.<br>Attention: Jordan B. Bird, Esq.<br>Cook Yancey King & Galloway<br>333 Texas St., Suite 1700<br>P.O. Box 22260<br>Shreveport, LA 71120-2260 |
| John H. Smith<br>c/o Quitman Tank Solutions, LLC<br>P.O. Box 90<br>Quitman, MS 39355 | H&H Construction, LLC<br>Ladon E. Hall, Sole Manager<br>P.O. Box 850<br>Flomaton, AL 36441-0850 |
| JD Fields & Company, Inc.<br>P.O. Box 134401<br>Houston, TX 77219-4401 | Pro-Tek Field Services, LLC<br>P.O. Box 919269<br>Dallas, TX 75391-9269 |
| Union Oilfield Supply, Inc.<br>12 John Dykes Road<br>Waynesboro, MS 39367-8371 | Anderson Investment Holdings LP<br>c/o AEEC II LLC<br>333 Texas St., Suite 2020<br>Shreveport, LA 71101-3680 |

| | |
|---|---|
| Apple River Investments, LLC<br>Attn: Robert M. Boeve, President<br>1503 Garfield Rd. N<br>Traverse City, MI 49696-1111 | Fant Energy Limited<br>P.O. Box 55205<br>Houston, TX 77255-5205 |
| FPCC USA Inc.<br>245 Commerce Green Blvd., Suite 250<br>Sugar Land, TX 77478-3760 | JJS Working Interest LLC<br>2001 Kirby Dr., Suite 1110<br>Houston, TX 77019-6081 |
| Kelley Brothers Contractors, Inc.<br>P.O. Drawer 1079<br>Waynesboro, MS 39367-1079 | Kudzu Oil Properties, LLC<br>300 Concourse Blvd., Suite 101<br>Ridgeland, MS 39157-2091 |
| Lucas Petroleum Group, Inc.<br>2303 Rio Grande St.<br>Austin, TX 78705-5131 | Meritage Energy Ltd.<br>c/o BKD LLP<br>2700 Post Oak Blvd., Suite 1500<br>Houston, TX 77056-5829 |
| Pruet Oil Company, LLC<br>217 W. Capitol St., Suite 201<br>Jackson, MS 39201-2004 | Rapad Well Service Co., Inc.<br>217 W. Capitol St.<br>Jackson, MS 39201-2004 |
| Stoneham Drilling Corporation<br>707 17th St., Suite 3250<br>Denver, CO 80202-0000 | Strago Petroleum Corporation<br>P.O. Box 1242<br>Friendswood, TX 77549-1242 |
| East West Bank Treasury Department<br>Attn: Linda Cox<br>135 N. Los Robles Ave., Suite 600<br>Pasadena, CA 91101-0000 | Hughes Oil South LLC<br>P. O. Box 22260<br>Shreveport, LA 71120-2260 |
| Mesa Fluids, LLC<br>c/o Juno Financial<br>P.O. Box 173928<br>Denver, CO 80217-3928 | TCP Cottonwood LP<br>333 Texas St., Suite 2020<br>Shreveport, LA 71101-3680 |