| Fill in this information to identify your case | | | |
|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | |
| Debtor 1: | Sklar Exploration Company LLC | Case #: | 20-12377-EEB |
| Debtor 2: | Sklarco LLC | Chapter: | 11 |

## Local Bankruptcy Form 9013-1.1
### Notice of Amended Application of Armbrecht Jackson LLP for Allowance of Compensation and Reimbursement of Expenses for the Period of April 3, 2020 through September 30, 2021

### Part 1   Objection Deadline

Objection Deadline: **November 23, 2021**

### Part 2   Notice

NOTICE IS HEREBY GIVEN that Armbrecht Jackson LLP has filed its Application for Allowance of Compensation and Reimbursement of Expenses for the Period of April 3, 2020 through September 30, 2021 with the Court and requests the following relief: allowance of attorneys fees in the amount of $545,094.00 and expenses in the amount of $4,640.17, of which $151,183.41 remain due and payable and for which Applicant seeks disbursement from the Debtors.

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

### Part 3   Signature of Movant's Attorney or Movant (if unrepresented)

Dated: November 2, 2021

By: *s/Benjamin Y. Ford*
    Signature
Benjamin Y. Ford
P.O. Box 290
Mobile, Alabama 36601
251-405-1300 (T)
251-432-6843 (F)
byf@ajlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 2, 2021, a true and correct copy of the foregoing was electronically field and served via CM/ECF pursuant to L.B.R. 9036-1.  Furthermore, in accordance with the Court's May 8, 2020 Order Granting *Ex Parte Motion for Entry of Order Limiting Notice* (Doc. 263) and federal and local bankruptcy rules, I hereby certify that on November 2, 2021, I served a complete copy of the foregoing by U.S. Mail, first class postage prepaid, on the parties listed on Exhibit "A" hereto, which parties encompass (1) the 20 largest unsecured creditors for each of the Debtors; (2) the United States Trustee; (3) any creditors committee appointed by the United States Trustee; (4) secured creditors; (5) priority creditors; and (6) parties who have filed an entry of appearance and requested notice.

                                                s/*Benjamin Y. Ford*