UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) |
| EIN: 72-1417930 | ) Chapter 11 |
| Debtor. | ) |
| | ) |
| | ) Case No. 20-12380-EEB |
| SKLARCO, LLC | ) |
| EIN: 72-1425432 | ) Chapter 11 |
| Debtor. | ) |

**ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES AND FOR IMMEDIATE PAYMENT PURSUANT TO 11 U.S.C. SECTION 503(b)(1)**

THIS MATTER, having come before the Court on the Motion for Extension of Time to Respond to Motion for Allowance of Administrative Expenses and for Immediate Payment Pursuant to 11 U.S.C. Section 503(b)(1) ("Motion") filed by Sklar Exploration Company, LLC and Sklarco, LLC, the Court having considered the Motion and finding good cause for granting the requested relief, does hereby

ORDER

1. That the Motion is GRANTED;

2. The date by which Sklar Exploration Company, LLC and Sklarco, LLC are required to file responses to the *Motion for Allowance of Administrative Expenses and for Immediate Payment Pursuant to 11 U.S.C. Section 503(b)(1)* (Docket No. 1475), is hereby extended by two (2) weeks, through and including **November 18, 2021**.

DONE and entered this _____ day of November, 2021 at Denver, Colorado.

Honorable Elizabeth E. Brown
United States Bankruptcy Judge