UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| _____) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

**ORDER DENYING AS MOOT MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

THIS MATTER, having come before the Court on the Motion for Extension of Time to Respond to Motion for Allowance of Administrative Expenses and for Immediate Payment Pursuant to 11 U.S.C. Section 503(b)(1) ("Motion") filed by Sklar Exploration Company, LLC and Sklarco, LLC. The Motion indicates that the deadline for the Debtors to respond to the Motion for Allowance of Administrative Expenses and for Immediate Payment Pursuant to 11 U.S.C. Section 503(b)(1) filed by Pearl Parkway, LLC was November 4, 2021. However, Pearl Parkway filed an amended 9013 Notice and Docket No. 1484 with an objection deadline of December 6, 2021. Accordingly, the Court hereby

ORDERS that the Motion is DENIED as moot.

Dated: November 5, 2021

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge