IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **SKLAR EXPLORATION COMPANY, LLC and SKLARCO, LLC** | ) | Case No. 20-12377-EEB |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |
| **SKLARCO, LLC** | ) | Case No. 20-12380-EEB |
| | ) | Chapter 11 |

**EPIQ CORPORATE RESTRUCTURING, LLC'S AMENDED APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)**

Epiq Corporate Restructuring LLC, ("Epiq"), hereby files its Amended Application for Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) ("Application") and respectfully represents as follows:

**I.**

**OVERVIEW**

1. On April 1, 2020, Sklar Exploration Company, LLC and Sklarco, LLC (the "Debtors") filed petitions in the United States Bankruptcy Court for the District of Colorado seeking relief under chapter 11 of the United States Bankruptcy Code. The Debtors' cases have been assigned to Judge Elizabeth E. Brown. The Debtors' cases have been jointly administered for procedural purposes, meaning that all pleadings will be maintained on the case docket for Sklar Exploration Company, LLC, Case No. 20-12377 (the "Main Case Docket").

2. Epiq provides claims, noticing, solicitation and administrative services.

3. On July 16, 2020, Debtors filed an Amended Debtors' Application for Order Appointing Epiq Corporate Restructuring, LLC as Claims, noticing, Solicitation, and Administrative Agent [Docket entry No. 474]. On July 17, 2020, the Court issued an Order Appointing Epiq Corporate Restructuring, LLC as Claims, Noticing, Solicitation, and Administrative Agent [Docket entry No.481]. To date, Epiq has and continues to perform these services.

4. On October 21, 2021, Epiq filed its Application for Administrative Expense Claim Pursuant to 11 U.S.C. 503(b). On October 29, 2021, Epiq received the Order for Compliance with Local Bankruptcy Rule 9013-1 and Other Applicable Rules of Procedure Regarding Service and Notice (the Order"). Unfortunately, Epiq received the Order on the date which also happened to be the cure deadline.

**II.**

**JURISDICTION AND VENUE**

5. The United States Bankruptcy Court for the District of Colorado ("**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). This Court has constitutional authority to enter a final order regarding this matter.

6. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

7. The basis for the relief requested herein is §§ 105(a) and 503(b) of title 11 of the United States Code ("**Bankruptcy Code**").

**III.**

**ARGUMENT AND AUTHORITIES**

8. The Bankruptcy Code defines administrative expenses non-exclusively, to include

"actual and necessary costs and expenses of preserving the estate." 11 U.S.C. § 503(b)(1)(A). The Supreme Court further explained that administrative expenses should also include "costs ordinarily incident to operation of a business, and not be limited to costs without which rehabilitation would be impossible." *Reading Co. v. Brown*, 391 U.S. 471, 483 (1968). Whether Epiq is entitled to an administrative claim is determined by a two-part test: (1) there must be a post-petition transaction between the creditor and the debtor; and (2) the estate must receive a benefit from the transaction. *See, e.g.*, *In re Jack/Wade Drilling, Inc.*, 258 F.3d 385, 387 (5th Cir. 2001); *In re TransAmerican Nat. Gas Corp.*, 978 F.2d 1409, 1416 (5th Cir. 1992); *In re O'Brien Environmental Energy, Inc.*, 181 F.3d 527, 532–33 (3d Cir. 1999); *In re Mid-American Waste Sys.*, 228 B.R. 816 (Bankr. D. Del. 1999).

9. The Administrative Claims bar date was set to October 22, 2021, and Epiq filed its claim via ECF on October 21, 2021. The document was deemed defective for a number of reasons, and the Order for Compliance with Local Bankruptcy Rule 9013-1 and Other Applicable Rules of Procedure Regarding Service and Notice was sent to Epiq via USPS regular mail. Unfortunately, Epiq did not receive the order until on October 29, 2021, the cure deadline. While untimely filings are generally barred from receiving payment from the estate, Epiq did make a good faith effort to file a timely claim and would have made a good faith effort to cure any defects in a timely manner. As such, Epiq respectfully request the court to further consider allowing payment of this Amended Application.

**PRAYER FOR RELIEF**

10. Epiq respectfully requests that the Court find that Epiq did make a good faith effort to file a timely claim and grant its amended request for the payment of the administrative expense claim in the amount of $27,308.62, which does not include the retainer held by Epiq in

the amount of $10,000.00.

Respectfully submitted,

Date: November 5, 2021

Signature: /s/ Katherine A. Huiskamp
Name: Katherine A. Huiskamp
Title: Associate Corporate Counsel
Address: 11880 College Blvd.
Suite 200
Overland Park, KS 66210
E-Mail: Katherine.Huiskamp@epiqglobal.com

# EXHIBIT A

## OUTSTANDING INVOICES



# Invoice



Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY 10017

**Remit to**

Epiq Corporate Restructuring LLC
Dept 0255
P.O. Box 120255
Dallas, TX 75312-0255

Tax ID: 33-1041096

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:

| | |
|---|---|
| Bank: | Silicon Valley Bank (Santa Clara, CA) |
| ABA Routing: | 121140399 |
| Acct No: | 3300693042 |
| SWIFT: | SVBKUS6S |

**Bill-To**

Sklar Exploration Company LLC
Attn: James Katchadurian
5395 Pearl Parkway
#200
Boulder CO 80301-2540

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90532810 | Invoice Date | 04/01/2021 |
| Purchase Order No. | | | |
| Customer No. | 3012830 | | |
| Currency | USD | | |
| Contract No. | 40043379 | | |
| Contract Description | SKR Sklar Exploration Company LLC | | |
| Terms of Payment | Payable upon receipt | | |
| Internal Reference No | SKR | | |

**Comments**

Services for the month of March 2021

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AS300 | Senior Case Manager III | 1 | H | 181.0000 | 181.00 |
| | % Discount from Net | | | | -18.10 |
| AS200 | Senior Case Manager II | 136.600 | H | 176.0000 | 24,041.60 |
| | % Discount from Net | | | | -2,404.16 |
| CM200 | Case Manager II | 14.200 | H | 137.0000 | 1,945.40 |
| | % Discount from Net | | | | -194.54 |
| AD300 | Admin. Support III | 10.400 | H | 60.0000 | 624.00 |
| | % Discount from Net | | | | -62.40 |
| NO100 | Noticing | 156,546 | PAG | 0.1000 | 15,654.60 |
| NO100T | Noticing - In state | 1,174 | PAG | 0.1000 | 117.40 |
| OS120 | Claim Acknowledgement | 5 | NOT | 0.0500 | 0.25 |
| OS224 | Envelope - 6X9 | 4,653 | EA | 0.1500 | 697.95 |
| OS225 | Envelope - 9x12 | 703 | EA | 0.2500 | 175.75 |
| BR100 | Ballot Return Envelopes | 575 | EA | 0.1000 | 57.50 |
| OS223 | Envelope - #10 | 4,048 | EA | 0.0500 | 202.40 |
| OS227 | Envelope - TYVEK | 64 | EA | 1.0000 | 64.00 |



epiq

# Invoice



**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90532810 | Invoice Date | 04/01/2021 |
| Purchase Order No. | | | |
| Customer No. | 3012830 | | |

Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY 10017

**Comments**

Services for the month of March 2021

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| CA100 | Database Maintenance | 7,829 | CRC | 0.1000 | 782.90 |
| OS200 | Electronic Imaging | 66 | IMG | 0.1000 | 6.60 |
| OS900 | DFIN Charge | 150 | EA | 1.0000 | 150.00 |
| RE100 | Postage | 8,446.120 | EA | 1.0000 | 8,446.12 |
| RE800 | Court Docket Services | 737.500 | DLR | 1.0000 | 737.50 |
| OS906 | Flash Drives | 7,140 | EA | 1.0000 | 7,140.00 |

| | |
|---|---|
| **Gross Amount** | 61,024.97 |
| **Discount Amount** | -2,679.20 |
| **Net Amount** | 58,345.77 |
| **Sales Tax** | 1,201.87 |
| **Total Amount Due** | 59,547.64 |

**Open Items for Contract 40043379 as of 04/12/2021**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 03/01/2021 | Invoice | 90524660 | Upon Receipt | 15,120.18 | USD |
| 04/01/2021 | Invoice | 90532810 | Upon Receipt | 59,547.64 | USD |
| | | | Total: | 74,667.82 | USD |





# Invoice



Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY 10017

**Remit to**
Epiq Corporate Restructuring LLC
Dept 0255
P.O. Box 120255
Dallas, TX 75312-0255

Tax ID: 33-1041096

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:

| | |
|---|---|
| Bank: | Silicon Valley Bank (Santa Clara, CA) |
| ABA Routing: | 121140399 |
| Acct No: | 3300693042 |
| SWIFT: | SVBKUS6S |

**Bill-To**
Sklar Exploration Company LLC
Attn: James Katchadurian
5395 Pearl Parkway
#200
Boulder CO 80301-2540

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90541003 | Invoice Date | 05/01/2021 |
| Purchase Order No. | | | |
| Customer No. | 3012830 | | |
| Currency | USD | | |
| Contract No. | 40043379 | | |
| Contract Description | SKR Sklar Exploration Company LLC | | |
| Terms of Payment | Payable upon receipt | | |
| Internal Reference No | SKR | | |

**Comments**
Services for the month of April 2021

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AS300 | Senior Case Manager III | 0.500 | H | 181.0000 | 90.50 |
| | % Discount from Net | | | | -9.05 |
| AS200 | Senior Case Manager II | 18.300 | H | 176.0000 | 3,220.80 |
| | % Discount from Net | | | | -322.08 |
| CM200 | Case Manager II | 18.200 | H | 137.0000 | 2,493.40 |
| | % Discount from Net | | | | -249.34 |
| AD300 | Admin. Support III | 17.600 | H | 60.0000 | 1,056.00 |
| | % Discount from Net | | | | -105.60 |
| NO100 | Noticing | 2,502 | PAG | 0.1000 | 250.20 |
| OS224 | Envelope - 6X9 | 64 | EA | 0.1500 | 9.60 |
| OS225 | Envelope - 9x12 | 2 | EA | 0.2500 | 0.50 |
| OS223 | Envelope - #10 | 6 | EA | 0.0500 | 0.30 |
| CA100 | Database Maintenance | 7,835 | CRC | 0.1000 | 783.50 |
| OS200 | Electronic Imaging | 676 | IMG | 0.1000 | 67.60 |
| RE100 | Postage | 402.610 | EA | 1.0000 | 402.61 |
| RE800 | Court Docket Services | 46.800 | DLR | 1.0000 | 46.80 |

epiq

# Invoice



| Information | | | |
|---|---|---|---|
| Invoice No. | 90541003 | Invoice Date | 05/01/2021 |
| Purchase Order No. | | | |
| Customer No. | 3012830 | | |

Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY 10017

**Comments**
Services for the month of April 2021

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Gross Amount** | | | | 8,421.81 |
| | **Discount Amount** | | | | -686.07 |
| | **Net Amount** | | | | 7,735.74 |
| | **Sales Tax** | | | | 12.98 |
| | **Total Amount Due** | | | | 7,748.72 |

**Open Items for Contract 40043379 as of 05/12/2021**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/01/2021 | Invoice | 90532810 | Upon Receipt | 59,547.64 | USD |
| 05/01/2021 | Invoice | 90541003 | Upon Receipt | 7,748.72 | USD |
| | | | Total: | 67,296.36 | USD |





# Invoice



Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY 10017

**Remit to**

Epiq Corporate Restructuring LLC
Dept 0255
P.O. Box 120255
Dallas, TX 75312-0255

Tax ID: 33-1041096

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank: Silicon Valley Bank (Santa Clara, CA)
ABA Routing: 121140399
Acct No: 3300693042
SWIFT: SVBKUS6S

**Bill-To**

Sklar Exploration Company LLC
Attn: James Katchadurian
5395 Pearl Parkway
#200
Boulder CO 80301-2540

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90549098 | Invoice Date | 06/01/2021 |
| Purchase Order No. | | | |
| Customer No. | 3012830 | | |
| Currency | USD | | |
| Contract No. | 40043379 | | |
| Contract Description | SKR Sklar Exploration Company LLC | | |
| Terms of Payment | Payable upon receipt | | |
| Internal Reference No | SKR | | |

**Comments**

Services for the month of May 2021

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AS200 | Senior Case Manager II | 2.800 | H | 176.0000 | 492.80 |
| | % Discount from Net | | | | -49.28 |
| CM200 | Case Manager II | 0.300 | H | 137.0000 | 41.10 |
| | % Discount from Net | | | | -4.11 |
| AD300 | Admin. Support III | 5 | H | 60.0000 | 300.00 |
| | % Discount from Net | | | | -30.00 |
| CA100 | Database Maintenance | 7,835 | CRC | 0.1000 | 783.50 |
| RE100 | Postage | 53.760 | EA | 1.0000 | 53.76 |

| | |
|---|---|
| **Gross Amount** | 1,671.16 |
| **Discount Amount** | -83.39 |
| **Net Amount** | 1,587.77 |
| **Total Amount Due** | 1,587.77 |

**Open Items for Contract 40043379 as of 06/10/2021**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/01/2021 | Rem Bal | 90532810 | Upon Receipt | 11,909.53 | USD |
| 05/01/2021 | Invoice | 90541003 | Upon Receipt | 7,748.72 | USD |
| 06/01/2021 | Invoice | 90549098 | Upon Receipt | 1,587.77 | USD |
| | | | Total: | 21,246.02 | USD |



# Invoice



Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY 10017

**Remit to**

Epiq Corporate Restructuring LLC
Dept 0255
P.O. Box 120255
Dallas, TX 75312-0255

Tax ID: 33-1041096

For billing questions, call 913-621-9980 or billing@epiqglobal.com

Payment by Wire:

| | |
|---|---|
| Bank: | Silicon Valley Bank (Santa Clara, CA) |
| ABA Routing: | 121140399 |
| Acct No: | 3300693042 |
| SWIFT: | SVBKUS6S |

**Bill-To**

Sklar Exploration Company LLC
Attn: James Katchadurian
5395 Pearl Parkway
#200
Boulder CO 80301-2540

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90557233 | Invoice Date | 07/01/2021 |
| Purchase Order No. | | | |
| Customer No. | 3012830 | | |
| Currency | USD | | |
| Contract No. | 40043379 | | |
| Contract Description | SKR Sklar Exploration Company LLC | | |
| Terms of Payment | Payable upon receipt | | |
| Internal Reference No | SKR | | |

**Comments**

Services for the month of June 2021

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AS300 | Senior Case Manager III | 0.200 | H | 181.0000 | 36.20 |
| | % Discount from Net | | | | -3.62 |
| AS200 | Senior Case Manager II | 6.400 | H | 176.0000 | 1,126.40 |
| | % Discount from Net | | | | -112.64 |
| CM200 | Case Manager II | 1 | H | 137.0000 | 137.00 |
| | % Discount from Net | | | | -13.70 |
| AD300 | Admin. Support III | 2.500 | H | 60.0000 | 150.00 |
| | % Discount from Net | | | | -15.00 |
| NO100 | Noticing | 5,334 | PAG | 0.1000 | 533.40 |
| NO100T | Noticing - In state | 42 | PAG | 0.1000 | 4.20 |
| OS225 | Envelope - 9x12 | 256 | EA | 0.2500 | 64.00 |
| CA100 | Database Maintenance | 7,835 | CRC | 0.1000 | 783.50 |
| RE100 | Postage | 411.820 | EA | 1.0000 | 411.82 |
| RE800 | Court Docket Services | 418 | DLR | 1.0000 | 418.00 |

| | |
|---|---|
| **Gross Amount** | 3,664.52 |
| **Discount Amount** | -144.96 |



epiq

# Invoice



| Information | | | |
|---|---|---|---|
| Invoice No. | 90557233 | Invoice Date | 07/01/2021 |
| Purchase Order No. | | | |
| Customer No. | 3012830 | | |

Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY 10017

**Comments**

Services for the month of June 2021

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **Net Amount** | | | | 3,519.56 |
| | **Sales Tax** | | | | 29.99 |
| | **Total Amount Due** | | | | 3,549.55 |

---

**Open Items for Contract 40043379 as of 07/13/2021**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/01/2021 | Rem Bal | 90532810 | Upon Receipt | 11,909.53 | USD |
| 05/01/2021 | Invoice | 90541003 | Upon Receipt | 7,748.72 | USD |
| 06/01/2021 | Invoice | 90549098 | Upon Receipt | 1,587.77 | USD |
| 07/01/2021 | Invoice | 90557233 | Upon Receipt | 3,549.55 | USD |
| | | | Total: | 24,795.57 | USD |

# Invoice



Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY 10017

**Remit to**

Epiq Corporate Restructuring LLC
Dept 0255
P.O. Box 120255
Dallas, TX 75312-0255

Tax ID: 33-1041096

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:

| | |
|---|---|
| Bank: | Silicon Valley Bank (Santa Clara, CA) |
| ABA Routing: | 121140399 |
| Acct No: | 3300693042 |
| SWIFT: | SVBKUS6S |

**Bill-To**

Sklar Exploration Company LLC
Attn: James Katchadurian
5395 Pearl Parkway
#200
Boulder CO 80301-2540

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90565294 | Invoice Date | 08/01/2021 |
| Purchase Order No. | | | |
| Customer No. | 3012830 | | |
| Currency | USD | | |
| Contract No. | 40043379 | | |
| Contract Description | SKR Sklar Exploration Company LLC | | |
| Terms of Payment | Payable upon receipt | | |
| Internal Reference No | SKR | | |

**Comments**

Services for the month of July 2021

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AS300 | Senior Case Manager III | 1.200 | H | 181.0000 | 217.20 |
| | % Discount from Net | | | | -21.72 |
| AS200 | Senior Case Manager II | 20.100 | H | 176.0000 | 3,537.60 |
| | % Discount from Net | | | | -353.76 |
| CM200 | Case Manager II | 3.500 | H | 137.0000 | 479.50 |
| | % Discount from Net | | | | -47.95 |
| AD300 | Admin. Support III | 9.600 | H | 60.0000 | 576.00 |
| | % Discount from Net | | | | -57.60 |
| OS120 | Claim Acknowledgement | 6 | NOT | 0.0500 | 0.30 |
| CA100 | Database Maintenance | 7,835 | CRC | 0.1000 | 783.50 |
| OS200 | Electronic Imaging | 398 | IMG | 0.1000 | 39.80 |
| RE100 | Postage | 4.060 | EA | 1.0000 | 4.06 |

| | |
|---|---|
| **Gross Amount** | 5,637.96 |
| **Discount Amount** | -481.03 |
| **Net Amount** | 5,156.93 |
| **Sales Tax** | 0.01 |
| **Total Amount Due** | 5,156.94 |



# Invoice



Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY 10017

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90565294 | Invoice Date | 08/01/2021 |
| Purchase Order No. | | | |
| Customer No. | 3012830 | | |

**Comments**

Services for the month of July 2021

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|

**Open Items for Contract 40043379 as of 08/11/2021**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/01/2021 | Rem Bal | 90532810 | Upon Receipt | 11,909.53 | USD |
| 06/01/2021 | Invoice | 90549098 | Upon Receipt | 1,587.77 | USD |
| 07/01/2021 | Invoice | 90557233 | Upon Receipt | 3,549.55 | USD |
| 08/01/2021 | Invoice | 90565294 | Upon Receipt | 5,156.94 | USD |
| | | | Total: | 22,203.79 | USD |



# Invoice



Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY 10017

**Remit to**

Epiq Corporate Restructuring LLC
Dept 0255
P.O.Box 120255
Dallas, TX 75312-0255

Tax ID: 33-1041096

For Billing questions call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:

| | |
|---|---|
| Bank: | Silicon Valley Bank (Santa Clara, CA) |
| ABA Routing: | 121140399 |
| Acct No: | 3300693042 |
| SWIFT: | SVBKUS6S |

**Bill-To**

Sklar Exploration Company LLC
Attn: James Katchadurian
5395 Pearl Parkway
#200
Boulder CO 80301-2540

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90573371 | Invoice Date | 09/01/2021 |
| Purchase Order No. | | | |
| Customer No. | 3012830 | | |
| Currency | USD | | |
| Contract No. | 40043379 | | |
| Contract Description | SKR Sklar Exploration Company LLC | | |
| Terms of Payment | Payable upon receipt | | |
| Internal Reference No | SKR | | |

**Comments**

Services for the month of August 2021

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AS300 | Senior Case Manager III | 0.500 | H | 181.0000 | 90.50 |
| | % Discount from Net | | | | -9.05 |
| AS200 | Senior Case Manager II | 1.900 | H | 176.0000 | 334.40 |
| | % Discount from Net | | | | -33.44 |
| CM200 | Case Manager II | 1.400 | H | 137.0000 | 191.80 |
| | % Discount from Net | | | | -19.18 |
| AD300 | Admin. Support III | 1 | H | 60.0000 | 60.00 |
| | % Discount from Net | | | | -6.00 |
| CA100 | Database Maintenance | 7,837 | CRC | 0.1000 | 783.70 |
| OS200 | Electronic Imaging | 13 | IMG | 0.1000 | 1.30 |
| RE800 | Court Docket Services | 4.500 | DLR | 1.0000 | 4.50 |

| | |
|---|---|
| **Gross Amount** | 1,466.20 |
| **Discount Amount** | -67.67 |
| **Net Amount** | 1,398.53 |
| **Total Amount Due** | 1,398.53 |



CONFIDENTIAL



# Invoice



Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY 10017

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90573371 | Invoice Date | 09/01/2021 |
| Purchase Order No. | | | |
| Customer No. | 3012830 | | |

**Comments**

Services for the month of August 2021

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|

**Open Items for Contract 40043379 as of 09/13/2021**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/01/2021 | Rem Bal | 90532810 | Upon Receipt | 11,909.53 | USD |
| 06/01/2021 | Invoice | 90549098 | Upon Receipt | 1,587.77 | USD |
| 07/01/2021 | Invoice | 90557233 | Upon Receipt | 3,549.55 | USD |
| 08/01/2021 | Invoice | 90565294 | Upon Receipt | 5,156.94 | USD |
| 09/01/2021 | Invoice | 90573371 | Upon Receipt | 1,398.53 | USD |
| | | | Total: | 23,602.32 | USD |



# Invoice



Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY 10017

**Remit to**
Epiq Corporate Restructuring LLC
Dept 0255
P.O.Box 120255
Dallas, TX 75312-0255

Tax ID: 33-1041096

For Billing questions call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:

| | |
|---|---|
| Bank: | Silicon Valley Bank (Santa Clara, CA) |
| ABA Routing: | 121140399 |
| Acct No: | 3300693042 |
| SWIFT: | SVBKUS6S |

**Bill-To**
Sklar Exploration Company LLC
Attn: James Katchadurian
5395 Pearl Parkway
#200
Boulder CO 80301-2540

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90581627 | Invoice Date | 10/01/2021 |
| Purchase Order No. | | | |
| Customer No. | 3012830 | | |
| Currency | USD | | |
| Contract No. | 40043379 | | |
| Contract Description | SKR Sklar Exploration Company LLC | | |
| Terms of Payment | Payable upon receipt | | |
| Internal Reference No | SKR | | |

**Comments**
Services for the month of September 2021

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| CN300 | Director/V.P. Consulting | 12.100 | H | 214.0000 | 2,589.40 |
| | % Discount from Net | | | | -258.94 |
| CN100 | Senior Consultant I | 0.100 | H | 176.0000 | 17.60 |
| | % Discount from Net | | | | -1.76 |
| AS300 | Senior Case Manager III | 1.500 | H | 181.0000 | 271.50 |
| | % Discount from Net | | | | -27.15 |
| AS200 | Senior Case Manager II | 0.900 | H | 176.0000 | 158.40 |
| | % Discount from Net | | | | -15.84 |
| CM200 | Case Manager II | 0.300 | H | 137.0000 | 41.10 |
| | % Discount from Net | | | | -4.11 |
| AD300 | Admin. Support III | 0.200 | H | 60.0000 | 12.00 |
| | % Discount from Net | | | | -1.20 |
| CA100 | Database Maintenance | 7,837 | CRC | 0.1000 | 783.70 |
| RE800 | Court Docket Services | 141.600 | DLR | 1.0000 | 141.60 |

| | |
|---|---|
| **Gross Amount** | 4,015.30 |
| **Discount Amount** | -309.00 |
| **Net Amount** | 3,706.30 |
| **Total Amount Due** | 3,706.30 |



# Invoice



| Information | | | |
|---|---|---|---|
| Invoice No. | 90581627 | Invoice Date | 10/01/2021 |
| Purchase Order No. | | | |
| Customer No. | 3012830 | | |

Epiq Corporate Restructuring LLC
777 Third Ave, 12th Floor
New York, NY 10017

**Comments**

Services for the month of September 2021

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|

**Open Items for Contract 40043379 as of 10/12/2021**

| Trans. Date | Type | Reference | Due Date | Amount | Curr. |
|---|---|---|---|---|---|
| 04/01/2021 | Rem Bal | 90532810 | Upon Receipt | 11,909.53 | USD |
| 06/01/2021 | Invoice | 90549098 | Upon Receipt | 1,587.77 | USD |
| 07/01/2021 | Invoice | 90557233 | Upon Receipt | 3,549.55 | USD |
| 08/01/2021 | Invoice | 90565294 | Upon Receipt | 5,156.94 | USD |
| 09/01/2021 | Invoice | 90573371 | Upon Receipt | 1,398.53 | USD |
| 10/01/2021 | Invoice | 90581627 | Upon Receipt | 3,706.30 | USD |
| | | | Total: | 27,308.62 | USD |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on November 5, 2021, the foregoing instrument was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

/s/ Angharad Bowdler
Angharad Bowdler

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COLORADO

| | | |
|---|---|---|
| In Re:<br><br>**SKLAR EXPLORATION COMPANY, LLC and SKLARCO, LLC**<br><br>Debtors. | ) | Case No. 20-12377-EEB<br><br>Chapter 11 |
| **SKLARCO, LLC** | ) | Case No. 20-12380-EEB<br><br>Chapter 11 |

**ORDER GRANTING EPIQ CORPORATE RESTRUCTURING, LLC'S AMENDED APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)**

The Court has considered the Amended Application for Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) and finds that the relief requested should be granted. It is, therefore,

ORDERED that Epiq Corporate Restructuring, LLC shall have an allowed administrative expense priority claim against the Debtors' estate under 11 U.S.C. § 503(b) in the amount of $27,308.62, minus the retainer in the amount of $10,000.00.

**DATED:______________________.**

**BY THE COURT:**

______________________________
**Elizabeth E Brown**
**United States Bankruptcy Judge**