IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC, *et al.*,[1]<br><br>Debtors. | § § § § § § § | Chapter 11<br><br>Case No. 20-12377-EEB<br><br>(Jointly Administered) |

**STIPULATION AND REQUEST FOR ORDER EXTENDING THE TRUSTEE'S DEADLINE TO OBJECT TO ARMBRECHT JACKSON'S FEE APPLICATION**

Thomas Kim, as Trustee of the Creditor Trust (the "Trustee") and Armbrecht Jackson LLP ("Armbrecht", and together with the Trustee, the "Parties" and each a "Party"), stipulate and agree (the "Stipulation") to the following:

**WHEREAS**, on October 22, 2021, Armbrecht filed its *Application of Armbrecht Jackson for Allowance of Compensation and Reimbursement of Expenses for the Period of April 3, 2020 through September 30, 2021* (the "Initial Fee Application") [Dkt. No. 1491].

**WHEREAS**, on November 2, 2021, Armbrecht filed its subsequent *Amended Application of Armbrecht Jackson for Allowance of Compensation and Reimbursement of Expenses for the Period of April 3, 2020 through September 30, 2021* (collectively, with the Initial Fee Application, the "Fee Application") [Dkt. No. 1513].

**WHEREAS**, the deadline to object to the Fee Application is November 12, 2021 (the "Objection Deadline");

**WHEREAS**, the Parties have agreed to extend the Objection Deadline with respect to the Trustee, subject to and in accordance with the terms hereof.

**NOW THEREFORE**, the Parties stipulate and agree as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

1. Solely with respect to the Trustee, the Objection Deadline is hereby extended through and including November 26, 2021, as may be further extended in writing by the parties hereto.

2. This Stipulation shall be binding and effective upon execution by the Parties hereto.

3. The Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to the interpretation or enforcement of this Stipulation.

## REQUEST FOR RELIEF

**WHEREFORE**, the Parties pray the Court make and enter an Order approving this Stipulation, and for such further and additional relief as the Court may appear just and proper.

Respectfully submitted this 10th day of November, 2021.

        **MUNSCH HARDT KOPF & HARR, P.C.**

        By: */s/ Christopher D. Johnson*
        Christopher D. Johnson
        Texas Bar No. 24012913
        John D. Cornwell
        Texas Bar No. 24050450
        Grant M. Beiner
        Texas Bar No. 24116090
        700 Milam Street, Suite 2700
        Houston, Texas 77002
        Telephone: (713) 222-1470
        Facsimile: (713) 222-1475
        cjohnson@munsch.com
        jcornwell@munsch.com
        gbeiner@munsch.com

        *Counsel for Thomas Kim, as Trustee of the Creditor Trust*

**ARMBRECHT JACKSON LLP**

By: */s/ Benjamin Y. Ford*
Benjamin Y. Ford
Duane A. Graham
P.O. Box 290
Mobile, Alabama 36601
Telephone: (251) 405-1300
Facsimile: (251) 4326843
byf@ajlaw.com
dag@ajlaw.com

*Attorneys for Armbrecht Jackson LLP*

4876-4477-4914v.3