UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
|   Debtor. | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
|   Debtor. | ) | |

**EXHIBITS IN SUPPORT OF APPLICATION OF THE RUDMAN PARTNERSHIP, CTM 2005, LTD., AND MER ENERGY, LTD FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES UNDER 11 USC § 503(b)(3)(D) FOR SUBSTANTIAL CONTRIBUTION TO THESE
CHAPTER 11 CASES**
**[Relates to Dkt. 1493]**

The Rudman Partnership ("Rudman"), CTM 2005, Ltd. and MER Energy, Ltd. (collectively "Rudman Parties"), by and through their undersigned attorneys, file the attached Exhibits in Support of Application for Allowance of Administrative Expenses under 11 USC § 503(b)(3)(D) for Substantial Contribution to These Chapter 11 Cases [Dkt. No. 1493].

Dated:  November 11, 2021           Respectfully submitted,

**Maynes, Bradford, Shipps & Sheftel, LLP**
*/s/ Thomas H. Shipps*
Thomas H. Shipps
*/s/ Shay L. Denning*
Shay L. Denning
Maynes, Bradford, Shipps & Sheftel, LLP
835 E. Second Ave., Suite 123
Durango, CO  81301
Telephone: (970) 247-1755
Cell: (970)749-1479; (970) 946-0846
Facsimile: (970) 247-8827
Email: tshipps@mbssllp.com;
         sdenning@mbssllp.com

and

*/s/ Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.
815 Walker, Suite 1502
Houston, TX 77002
Telephone: (713) 516-7450
Facsimile: (713) 659-8764
Email: barnetbjr@msn.com

Counsel to The Rudman Partnership, MER Energy, Ltd. and CTM 2005, Ltd.

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that, on November 11, 2021, the foregoing instrument was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

/s/ *Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.