Barnet B. Skelton, Jr.
Attorney at Law
815 Walker, Suite 1502
Houston, Texas 77002
713-659-8761 Telephone
713-516-7450 Cell
713-659-8764 Fax
barnetbjr@msn.com

June 5, 2020

Re: Case No. 20-12377-EEB; *In re Sklar Exploration Co., LLC*; in the United States Bankruptcy Court for the District of Colorado

---

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 05/01/20 | Telephone call with Mr. Shipps about clients' strong interest in removing SEC as Operator and replace management with Trustee; reviewed Dropbox document files including bank records. | BBS | 0.30 | $180.00 |
| 05/02/20 | Reviewed client emails re: filing of motion to appoint Chapter 11 trustee. | BBS | 0.50 | $300.00 |
| 05/03/20 | Legal research on appointment of Chapter 11 Trustee and prepared email to Mr. Shipps with preliminary conclusions; analysis of SEC bank accounts; reviewed SEC and Sklarco Statement of Financial Affairs (SOFA) re: payments to insiders; researched data room documents; began drafting supplemental objection to Debtors' cash collateral motion and preparation of exhibits. | BBS | 3.00 | $1,800.00 |
| 05/04/20 | Exchanged emails with clients re: questions about revenue payments received (or not); completed initial draft of supplemental cash collateral objection; reviewed Mr. Shipps' comments and made revisions; prepared supplemental response to JIB motion; reviewed Pruet objection to cash collateral motion; reviewed email from unsecured creditors' committee counsel re: their position on payment of WIO revenues and responded with Tauber Group's stance on the issue; conference call with counsel for creditors' committee and other WIO's re: pending motions; follow up exchanges of emails with other WIO counsel re: pending motions and how they bear on need for a Trustee; exchanged comments on numerous drafts of objections to cash collateral and JIB motion; telephone conversations with Mr. Shipps confirming final versions of objections and hearing strategy; reviewed motion to assume | | | |

June 5, 2020
Page 2

|  |  |  |  |  |
|---|---|---|---|---|
|  | executory contract re: Alabama gas plant. |  |  |  |
|  |  | BBS | 5.00 | $3,000.00 |
| 05/07/20 | Telephone conversations with Mr. Spencer and Mr. Paddock, attorneys for WIO's supporting appointment of a Trustee; prepared email to WIO counsel rejecting the cash collateral proposal or the appointment of a CRO; reviewed revised interim cash collateral order prepared email to Sklar counsel stating opposition to the cash collateral order; exchanged drafts of objection to motion to bifurcate; finalized and filed objection; prehearing conference with co-counsel. |  |  |  |
|  |  | BBS | 2.50 | $1,500.00 |
| 05/08/20 | Prepared motion to seal bank account records; attended prehearing conference with Judge Brown; follow up emails and calls with co-counsel; detailed analysis of bank records to trace use and disposition of revenue proceeds; legal research. |  |  |  |
|  |  | BBS | 3.50 | $2,100.00 |
| 05/09/20 | Prepared fund tracing analysis and sent to Mr. Shipps; exchange of calls and emails with Mr. Shipps re: exhibits; preparation for hearing on cash collateral. |  |  |  |
|  |  | BBS | 2.50 | $1,500.00 |
| 05/10/20 | Reviewed Mr. Shipps' status report; preparation for hearing; emails and telephone calls with Mr. Shipps. |  |  |  |
|  |  | BBS | 4.50 | $2,700.00 |
| 05/11/20 | Participated in May 11 hearing on cash collateral; follow up emails with Mr. Shipps and clients re: fact issues. |  |  |  |
|  |  | BBS | 6.50 | $3,900.00 |
| 05/12/20 | Participated in May 12 hearing on cash collateral and follow up calls and emails with Mr. Shipps and clients. |  |  |  |
|  |  | BBS | 7.50 | $4,500.00 |
| 05/13/20 | Continued work on motion to appoint Chapter 11 Trustee. |  |  |  |
|  |  | BBS | 2.50 | $1,500.00 |
| 05/15/20 | Reviewed and commented on draft motion to appoint Chapter 11 Trustee; legal research on piercing corporate veil under Louisiana law; additional draft of Trustee motion. |  |  |  |
|  |  | BBS | 2.50 | $1,500.00 |

June 5, 2020
Page 3

| | | | | |
|---|---|---|---|---|
| 05/16/20 | Numerous drafts and redrafts of Motion to Appoint Chapter 11 Trustee, emails and calls with Mr. Shipps re: Motion and Exhibits. | | | |
| | | BBS | 6.00 | $3,600.00 |
| 05/17/20 | Finalized and filed Motion. | | | |
| | | BBS | 3.50 | $2,100.00 |
| 05/18/20 | Attended Zoom hearing on Court ruling; follow up call with WIO counsel; reviewed email from Ms. Riley announcing selection of CR3 as CRO; follow up emails between WIO counsel; exchanged emails with Mr. Ochs re: Judge Brown's history on CRO's; researched prior CRO motions and orders in Judge Brown's court and the District of Colorado generally; emailed WIO counsel re: implications of Agency Services Agreement on appointment of a CRO. | | | |
| | | BBS | 2.50 | $1,500.00 |
| 05/19/20 | Exchanged emails with Mr. Taggart re: implications of Louisiana law on Sklar's ownership of oil and gas interests in light of the Agency Services Agreement; reviewed and commented on Mr. Shipps' draft of Objection to Motion to Assume; legal research on Bankruptcy Code Section 541 and case law applicable to debtors owning only bare legal title to assets. | | | |
| | | BBS | 1.50 | $900.00 |
| 05/20/20 | Further research and investigation re: implications of Agency Services Agreement between Debtors and the Sklar Trusts and Estate of Miriam Sklar; prepared email to Ms. Riley and Mr. Kutner re: failure to disclose Agency Services Agreement in Schedules and SOFAs. | | | |
| | | BBS | 3.50 | $2,100.00 |
| 05/21/20 | Reviewed language of Agency Services Agreement re: ratification of prior and subsequent assignments and shared with co-counsel and counsel for other WIO's; legal research on title to property held by debtors for other parties; reviewed Motion to retain CR3 as CRO. | | | |
| | | BBS | 2.50 | $1,500.00 |
| 05/22/20 | Prepared email to other WIO counsel re: implications of Agency Services Agreement; reviewed Ms. Riley's response to email about Agency Services Agreement and prepared response pointing out comprehensive language covering "all oil and gas properties"; further research on Section 541; reviewed Motion for approval of final cash collateral order. | | | |
| | | BBS | 2.00 | $1,200.00 |

**SKEL0003**

June 5, 2020
Page 4

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 05/25/20 | Prepared email to Mr. Suzuki re: Agency Services Agreement issue; research re: Caddo Parish records concerning Sklar entities, trusts and Estate of Miriam Sklar; emails to Mr. Shipps re: matters discovered in Caddo Parrish records; exchanged emails with WIO counsel re: other choices for CRO. | BBS | 1.50 | $900.00 |
| 05/26/20 | Reviewed Al Bettis' analysis of Agency Services Agreement; telephone conversation with Mr. Suzuki re: common issues of concern re: Debtors and CRO issue. | BBS | 0.50 | $300.00 |
| 05/27/20 | Prepared email to Ms. Riley re: Debtors' failure to amend Schedules and SOFA to disclose Agency Services Agreement; report to other WIO counsel re: conversation with EWB counsel; conference call with WIO counsel. | BBS | 0.50 | $300.00 |
| 05/28/20 | Email and telephone call with Mr. Moss of US Trustee's office re: his position on CRO vs Trustee; reviewed Sklar and SEC LLC documents; began work on objection to CRO motion. | BBS | 1.50 | $900.00 |
| 05/29/20 | Legal research on appointment of CRO's and Judge Jones' opinion in *In re McDermott Int'l., Inc.* reviewed objections filed by other creditors; legal research on Section 327 of the Bankruptcy Code; legal research on improper use of Section 363 of the Bankruptcy Code to appoint CRO's; preparation and filing of Objection to appointment of CRO. | BBS | 5.00 | $3,000.00 |

66.30 hours @ $600.00 per hour =   $39,780.00

Expenses
LEXIS              $687.84
PACER               78.60
Caddo Parish fees  $ 63.45
Total              $829.89

Total fees and expenses                    $40,609.89

Rudman, CTM and MER Share of Fees and Expenses: 51.88989%    $21,072.43

**BALANCE DUE**                            **$21,072.43**

Barnet B. Skelton, Jr.
Attorney at Law
815 Walker, Suite 1502
Houston, Texas 77002
713-659-8761 Telephone
713-516-7450 Cell
713-659-8764 Fax
barnetbjr@msn.com

July 9, 2020

Re:   Case No. 20-12377-EEB; *In re Sklar Exploration Co., LLC*; in the United States Bankruptcy Court for the District of Colorado

---

| | | | |
|---|---|---|---|
| 06/01/20 | Reviewed Debtors' Objection to Trustee Motion; legal research. | | |
| | BBS | 2.00 | $1,200.00 |
| 06/02/20 | Legal research on laws of co-tenancy in Alabama; researched JOA liability provisions. | | |
| | BBS | 1.00 | $600.00 |
| 06/04/20 | Reviewed Maevlo Services Agreement and Maevlo Amended Partnership Agreement; reviewed SEC records for references to Maevlo. | | |
| | BBS | 1.00 | $600.00 |
| 06/05/20 | Reviewed email from counsel for Pruet re: Deeds to Maevlo which appear to be within Escambia AMI; examined Deeds; reviewed maps of Sklar prospects in Escambia and Conecuh counties; prepared Supplemental Objection to Use of Cash Collateral; reviewed Pruet's joinder to Tauber objection to Motion to approve lending agreement. | | |
| | BBS | 3.00 | $1,800.00 |
| 06/06/20 | Began preparation for hearing on Trustee Motion. | | |
| | BBS | 1.50 | $900.00 |
| 06/07/20 | Continued preparation for hearing on Trustee Motion; exchanged emails and telephone call with counsel for East West Bank about Maevlo issue; exchanged emails with Pruet counsel about Stan Kynard's knowledge of Maevlo purchases of | | |

**SKEL0005**

July 9, 2020
Page 2

|  |  |  |  |  |
|---|---|---|---|---|
|  | royalty and ORRI's in Escambia AMI; evidence research to allow use of testimony from cash collateral hearing. | | | |
|  | | BBS | 2.50 | $1,500.00 |
| 06/08/20 | Reviewed and summarized testimony of Sklar, Strausser and Jones from cash collateral hearing; reviewed evidence for use at Trustee hearing. | | | |
|  | | BBS | 1.50 | $900.00 |
| 06/09/20 | Reviewed SEC/Sklarco audited financial statement and sent excerpts to Mr. Shipps for use in Trustee hearing; reviewed AFE's/cash calls sent by Mr. Pickens; reviewed email from Pruet outlining Pruet's knowledge of Maevlo; conferred with counsel for other WIO's about hearing; updated list of witnesses; emails with Pickens and Sibley to confirm whether Maevlo deeds are in AMI; prepared draft of response to Debtors' Objection to Trustee Motion; further revisions to response and exchanged emails and calls with Mr. Shipps. | | | |
|  | | BBS | 6.00 | $3,600.00 |
| 06/10/20 | Continued preparation for hearing; exchanged emails with Mr. Pickens and Mr. Sibley re: CV's; finalized Response to Debtors' Objection to Trustee Motion; further review of Debtors' accounting documents for evidence SEC had negative working capital in 2018 and that the negative number has increased; preparation for hearing. | | | |
|  | | BBS | 8.00 | $4,800.00 |
| 06/11/20 | Exchanged emails with Mr. Pickens re: Debtors' claim that AMI expired and their responses, and need for some quantification of increase in AFE's in late 2019; preparation for and attendance at Zoom hearing on Trustee, CRO and other pending motions; conferred with Mr. Shipps about drafting additions to CRO order as discussed on the record; conference call with Mr. Sibley; reviewed Mr. Shipps' draft of order and prepared redline revisions. | | | |
|  | | BBS | 6.00 | $3,600.00 |
| 06/12/20 | Drafted protective order; reviewed comments of Mr. Taggart, Mr. Bain and Mr. Brescia on CRO Order; reviewed email from Mr. Sibley about SEC not netting against JIB's; telephone conversation with David Barlow's attorney; reviewed our final drafts of CRO and protective order. | | | |
|  | | BBS | 3.00 | $1,800.00 |
| 07/09/20 | Prepared email to clients with copy of CRO order and brief explanation of CRO's reporting requirements. | | | |
|  | | BBS | 0.50 | $300.00 |

**SKEL0006**

July 9, 2020
Page 3

|  | 35 hours @ $600.00 per hour = | $21,000.00 |

Expenses

| LEXIS | $246.46 |
| PACER | $ 17.60 |
| Caddo Parish fees | $ 21.50 |
| Total | $285.56 |

|  | Total fees and expenses | $21,285.56 |

Rudman, CTM and MER share of Fees and Expenses: 51.88989%     $11,045.06

**BALANCE DUE**     **$11,045.06**

SKEL0007

**Barnet B. Skelton, Jr.**
Attorney at Law
815 Walker, Suite 1502
Houston, Texas 77002
713-659-8761 Telephone
713-516-7450 Cell
713-659-8764 Fax
barnetbjr@msn.com

October 4, 2020

Re: Case No. 20-12377-EEB; *In re Sklar Exploration Co., LLC*; in the United States Bankruptcy Court for the District of Colorado

---

09/20/20   Legal research re: substantive consolidation of debtors in 10th Circuit Court of Appeals; legal research on removal of operator in bankruptcy.

|  |  |  |  |
|---|---|---|---|
|  | BBS | 1.50 | $900.00 |

09/28/20   Prepared email to Unsecured Creditor Committee counsel re: need to move for substantive consolidation and reviewed his response; further correspondence re: consolidating Sklar trusts; emailed Escambia WIO counsel re: consolidation discussion with Committee.

|  |  |  |  |
|---|---|---|---|
|  | BBS | 0.50 | $300.00 |

2.00 hours @ $600.00 per hour =                                   $1,200.00

Expenses

| | |
|---|---|
| LEXIS | $ 857.96 |
| PACER | $ 24.20 |
| Robert Half (document services) | $ 159.90 |
| Total | $1,042.06 |

Total fees and expenses                                   $2,242.06

Share of Fees and Expenses: 51.88989%                                   $1,163.50

**BALANCE DUE**                                                       **$1,163.50**

**SKEL0008**

**Barnet B. Skelton, Jr.**
Attorney at Law
815 Walker, Suite 1502
Houston, Texas 77002
713-516-7450 Telephone
713-659-8764 Fax
barnetbjr@msn.com

June 14, 2021

Re:   Case No. 20-12377-EEB; *In re Sklar Exploration Co., LLC*; in the United States Bankruptcy Court for the District of Colorado

---

| | | | |
|---|---|---|---|
| 05/29/21 | Research of Caddo Parish records for Consent Judgment against Howard Sklar and information re: other Sklar estates and trusts; emailed Mr. Shipps and Mr. Swanson re: same; prepared email to Adam Hirsch re: which Sklar family entities he represents and can accept service of a motion for 2004 exam; exchanged emails with Mr. Herndon re: Shipps Creek pipeline assignment issue; reviewed EWB Credit Agreement re: "Sklar Enterprise Entities". | | |
| | BBS | 3.00 | $1,800.00 |
| 05/31/21 | Telephone conversation with Adam Hirsch re: background facts concerning trusts and Miriam Sklar Succession; follow up call with Mr. Shipps re: information derived from Mr. Hirsch and implications on case. | | |
| | BBS | 1.50 | $900.00 |
| 06/02/21 | Prepared draft motion for examination of Howard Sklar, individually and as Trustee and Executor of Sklar family Trusts and Succession of Miriam Mandel Sklar; exchanged drafts of motion and order with Mr. Shipps; reviewed email from Mr. Swanson re: Ad Hoc group's settlement outline; conference call with Mr. Shipps and Mr. Sibley; reviewed Mr. Shipps' redline revisions; researched records re: Miriam Sklar Succession and contacted counsel for trust beneficiary; finalized and filed Motion. | | |
| | BBS | 2.50 | $1,500.00 |
| 06/03/21 | Reviewed Order Granting Rule 2004 Examination; researched trust and estate documents; began preparing Notice of 2004 Examination; reviewed certain trust documents produced by CRO. | | |
| | BBS | 3.00 | $1,800.00 |
| 06/04/21 | Prepared email to Mr. Hirsch re: documents to be produced by Sklar Trusts and Succession; reviewed Mr. Hirsch's response; telephone call with Mr. Hirsch re: | | |

**SKEL0009**

June 14, 2021
Page 2

|  |  |  |  |
|---|---|---|---|
| | document issues and background facts; reviewed Status Report filed by Debtors | | |
| | | BBS  1.50 | $900.00 |
| 06/05/21 | Legal research on standing of individual creditors to move for substantive consolidation. | | |
| | | BBS  0.50 | $300.00 |
| 06/09/21 | Telephone call with John Parker about Miriam Sklar Succession. | | |
| | | BBS  0.50 | $300.00 |
| 06/11/21 | Continued research on Sklar Trust and Succession issues. | | |
| | | BBS  0.70 | $420.00 |

13.20 hours @ $600.00 per hour = $7,920.00

<u>Expenses</u>
LEXIS           $112.45
AB Litigation   $185.30
PACER           $ 92.60
Total           $390.35

Total fees and expenses           $8,310.35

**Total Balance Due           $8,310.35**

Rudman, CTM and MER share 100%

**SKEL0010**

Barnet B. Skelton, Jr.
Attorney at Law
815 Walker, Suite 1502
Houston, Texas 77002
713-516-7450 Telephone
713-659-8764 Fax
barnetbjr@msn.com

July 22, 2021

Re: Case No. 20-12377-EEB; *In re Sklar Exploration Co., LLC*; in the United States Bankruptcy Court for the District of Colorado

---

| Date | Description | | | |
|---|---|---|---|---|
| 06/12/21 | Emailed Mr. Taggart re: Succession of Miriam Sklar issues of Louisiana law and reviewed his summary of legal questions. | BBS | 0.30 | $180.00 |
| 06/17/21 | Researched Caddo Parish records re: trust set up for Howard's niece, Maren Silberstein, that appears to own a percentage of Sklarco's oil and gas interests. | BBS | 0.80 | $480.00 |
| 06/21/21 | Researched Caddo Parish records re: Sklarco and Sklar Trusts; further research re: Maren Silberstein Trust; legal research re: property of bankruptcy estate not including equitable title of third parties. | BBS | 1.50 | $900.00 |
| 06/22/21 | Further research on Maren Silberstein; prepared email to Dan Gilden, attorney for Carey Fields, Trustee for Maren, asking for information on the Maren Trust's interest in Sklarco assets; reviewed response from Mr. Gilden about new Trustee, Sarah Covell; prepared email to Mr. Johnson inquiring whether Committee intends to or seek substantive consolidation of Debtors and/or the Trusts; exchanged emails with Ms. Covel about Maren Silberstein Trust; exchanged emails with Mr. Swanson re: individual creditor standing to seek substantive consolidation. | BBS | 1.30 | $780.00 |
| 06/23/21 | Further research on Sklar Trusts; prepared for Rule 2004 Examination of Howard Sklar, individually and as Trustee re: Trust ownership of property in name of Sklarco; telephone conversation with Howard Sklar's attorney, Adam Hirsch, re: status of document production. | BBS | 0.70 | $420.00 |

**SKEL0011**

July 22, 2021
Page 2

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 06/24/21 | Began review of ownership "decks" produced by Howard Sklar. | BBS | 1.50 | $900.00 |
| 06/26/21 | Continued legal research on equitable title vs. legal title and implications on property of the bankruptcy estate; reviewed EWB Credit Agreement for provisions re: Sklar trusts and estate. | BBS | 0.80 | $480.00 |
| 06/29/21 | Exchanged emails with Mr. Johnson re: Committee's position on pursuing challenges to EWB liens and to seek substantive consolidation; emailed Mr. Swanson about Committee's position; legal research on 10th Circuit rule on interplay between Sections 541(d) and 544(a)(3) of the Bankruptcy Code as they apply to the Sklar trusts and estate; emailed Mr. Swanson about these issues. | BBS | 1.50 | $900.00 |
| 06/30/21 | Reviewed Debtors' Status Report and Verified Statement of Howard Sklar; exchanged emails with Mr. Shipps re: same. | BBS | 0.50 | $300.00 |
| 07/01/21 | Further review of Sklarco/Trusts ownership deck; emailed Mr. Hirsch re: questions concerning deck and challenging "confidential" designation; legal research on ability to set aside challenge period provision of cash collateral order; exchanged emails and call with Mr. Shipps about strategy re: Verified Statement; exchanged emails with Ms. Covell, Trustee of Maren Silberstein Trust; reviewed amended Sklarco Schedules and SOFA, neither of which acknowledge trust or estate interests; reviewed Mr. Hirsch's response re: Howards's ongoing obligations to produce documents. | BBS | 1.00 | $600.00 |
| 07/06/21 | Conference call with Mr. Hirsch re: document requests; confirmed to Mr. Sibley that no ballots mailed to our office; reviewed Committee's Motion for Rule 2004 Examination. | BBS | 0.50 | $300.00 |
| 07/07/21 | Telephone call with Sarah Covell re: background on relationship between Sklarco and Maren Silberstein Trust. | BBS | 0.50 | $300.00 |
| 07/09/21 | Exchanged emails with Mr. Brinen re: Debtors no longer providing financial statements to EWB and confirming no audited financials since 2018;; reviewed | | | |

July 22, 2021
Page 3

|  |  |  |  |  |
|---|---|---|---|---|
|  | Debtors' Brief in Support of Confirmation and discussed with Mr. Shipps; emailed Mr. Sibley re: need to rebut statements in Debtors' Brief about property ownership issues. | | | |
|  |  | BBS | 1.00 | $600.00 |
| 07/12/21 | Exchanged emails with Ms. Covell re: Maren Silberstein Trust; reviewed Mr. Hirsch's response to my email. | | | |
|  |  | BBS | 0.30 | $180.00 |
| 07/13/21 | Prepared draft of Objection to Verified Statement of Howard Sklar, using Request for Status Conference as beginning template; made revisions and conferred with Mr. Shipps re: same; reviewed Debtors' data room re: Alan and Jacob Trusts; finalized and filed Objection to Verified Statement; reviewed emails used by Committee in Sklar Examination. | | | |
|  |  | BBS | 3.00 | $1,800.00 |
| 07/14/21 | Reviewed Debtors' Reply to Objection and discussed with Mr. Shipps; emailed John Parker requesting copy of July 2019 letter to Jonathan Simons about condition of Estate finances; telephone conversation with Ms. Hardy about JJS entities listed on ownership deck; reviewed latest MOR. | | | |
|  |  | BBS | 0.40 | $240.00 |
| 07/19/21 | Telephone call with Mr. Parker about 12/19 letter from Howard to Jonathan Simons; conference call with Mr. Hirsch re: document production. | | | |
|  |  | BBS | 0.70 | $420.00 |

16.30.40 hours @ $600.00 per hour = $9,780.00

Expenses
LEXIS             $388.04
PACER             $   6.40
Caddo Parish      $  49.00
Total             $443.44

Total fees and expenses                  $10,223.44

**Total Balance Due                      $10.223.44**

Rudman, CTM and MER share 100%

**SKEL0013**

**Barnet B. Skelton, Jr.**
Attorney at Law
815 Walker, Suite 1502
Houston, Texas 77002
713-516-7450 Telephone
713-659-8764 Fax
barnetbjr@msn.com

September 7, 2021

Re: Case No. 20-12377-EEB; *In re Sklar Exploration Co., LLC*; in the United States Bankruptcy Court for the District of Colorado

---

| | | | | |
|---|---|---|---|---|
| 07/23/21 | Exchanged emails with Mr. Hirsch re: ground rules for selection of documents to be marked "confidential" by Howard; reviewed and revised proposed confidentiality order; began review of Howard's document production in response to Rule 2004 examination and his responses and objections; legal research on circumstances when agent or nominee may file bankruptcy for a principal; reviewed Judge Brown's order on format and filing of exhibits for confirmation hearing. | | | |
| | | BBS | 3.70 | $2,220.00 |
| 07/24/21 | Continued review of Howard's document production; prepared email to Mr. Hirsch re: documents not found in initial review of documents produced and reviewed his response and agreement to produce missing JIB's and "yellow sheets" showing beneficial interest of trusts in each lease or unit; requested yellow sheets for specified prospects and units. | | | |
| | | BBS | 2.00 | $1,200.00 |
| 07/27/21 | Reviewed stipulation extending time for Committee to challenge EWB liens; began review of supplemental document production by Howard; further research re: Maren Silberstein trust. | | | |
| | | BBS | 0.50 | $300.00 |
| 07/28/21 | Telephone conversation with Deirdre Brown re: her representation of Maren Silberstein Trust and background on key documents including Agency Services Agreement; exchanged emails with Ms. Brown re: pertinent background re: Maren Silberstein Trust; reviewed revised list of unpaid revenues to include MER; reviewed email from Mr. Sibley re: Pickens. | | | |
| | | BBS | 1.00 | $600.00 |
| 08/02/21 | Legal research on non-eligibility of ordinary trusts to be debtors in bankruptcy and on distinction for "business trusts;" prepared analysis of Debtors' argument that | | | |

**SKEL0014**

September 7, 2021
Page 2

        Sklarco had authority of the Sklar Trusts to act on their behalf and implicitly, to file bankruptcy, and emailed to Mr. Shipps; emailed cases bearing on when an agent may file bankruptcy for a principal; exchanged emails with Mr. Hirsch on whether Sklar trust agreements will be treated as confidential.

|  |  |  |
|---|---|---|
| BBS | 2.50 | $1,500.00 |

08/03/21    Reviewed transcript excerpts to be used as exhibits; exchanged emails with Mr. Hirsch re: how to handle confidential exhibits at hearing and explanation for redactions from Sklar Trust tax returns; prepared for Rule 2004 Examination of Howard Sklar; telephone calls with Mr. Shipps re: Sklar examination.

|  |  |  |
|---|---|---|
| BBS | 3.00 | $1,800.00 |

08/04/21    Assembled and distributed examination exhibits to opposing counsel and court reporter; prepared for and conducted Rule 2004 Examination of Howard Sklar; exchanged emails with Mr. Hirsch re: his agreement to Rudman exhibit list; follow up research on EWB liens to confirm that bank did file liens on Miriam Mandel Sklar assets in Nachitoches Parish, La.

|  |  |  |
|---|---|---|
| BBS | 6.50 | $3,900.00 |

08/05/21    Telephone conversation with Mr. Johnson re: Howard's examination and EWB lien issues raised by his testimony.

|  |  |  |
|---|---|---|
| BBS | 0.50 | $300.00 |

08/06/21    Email to Mr. Hirsch re: "Receipt and Release" not produced re: Jacob Grantor Trust.

|  |  |  |
|---|---|---|
| BBS | 0.50 | $300.00 |

        48.10 hours @ $600.00 per hour = $28,860.00

Expenses
| | |
|---|---|
| LEXIS | $ 654.06 |
| Court reporter/copies | $2,760.30 |
| Nachitoches Parish | $ 48.00 |
| Total | $3,462.36 |

        Total fees and expenses        $14,382.36

        **Total Balance Due**        **$14,382.36**

Rudman, CTM and MER share 100%