# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>**Sklar Exploration Company, LLC,**<br><br>  Reorganized Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| In re:<br><br>**Sklarco, LLC,**<br><br>  Reorganized Debtor. | Case No. 20-12380-EEB<br><br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377-EEB** |

**LIMITED RESPONSE OF HOWARD F. SKLAR, INDIVIDUALLY AND AS TRUSTEE AND EXECUTOR, TO MAREN SILBERSTEIN REVOCABLE TRUST'S APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM AND CURE CLAIM [DOCKET NO. 1495]**

Howard F. Sklar, (i) for himself; (ii) as trustee for the (x) Howard Trust (TIN: 72-6094620), an irrevocable *inter vivos* trust created under the laws of the State of Louisiana, (y) Alan Grantor Trust (TIN: 72-6157679), an irrevocable *inter vivos* trust created under the laws of the State of Louisiana, and (z) the Jacob Grantor Trust (TIN: 72-6094619), an irrevocable *inter vivos* trust created under the laws of the State of Louisiana; and (iii) as the duly appointed Independent Executor of the Succession of Miriam Mandel Sklar (TIN: 27-6579529) pursuant to that certain order dated April 21, 2010, of the First Judicial District Court, Caddo Parish, Louisiana, Suit No. 540336-B, submits this limited response to the application for allowance of administrative expenses filed by the Maren Silberstein Revocable Trust (the "Applicant") on October 22, 2021 [Docket No. 1495] (the "Application"), as follows:

## LIMITED RESPONSE

1. The Applicant asserts that it is entitled to a "cure and/or administrative expense priority claim in excess of $200,000" under 11 U.S.C. § 503(b)(3). (Application ¶ 29.) None of the allegations in the Application is expressly alleged against Mr. Sklar. Nevertheless, certain allegations in the Application could potentially be construed to concern Mr. Sklar and his management of the debtors.

2. Section 8.4 of the reorganized debtors' confirmed plan specifically vests causes of action in the creditor trust. To the extent that any of the Applicant's allegations do pertain to potential claims against Mr. Sklar that the creditor trust may attempt to assert at another time or that the Applicant may specifically litigate in connection with the Application, Mr. Sklar denies the Application's allegations against him. Further, director and officer insurance is in place and may cover certain claims against Mr. Sklar. Mr. Sklar does not wish to prejudice any claims that may be made under the insurance policies by prematurely responding to them here. Mr. Sklar will vigorously defend any claim against him if properly asserted at the appropriate time by the appropriate party.

## RESERVATION OF RIGHTS

3. Mr. Sklar submits this response to the Application to respond generally to Applicant's allegations to the extent they apply to him and preclude any argument that he waived any rights by failing to do so. Mr. Sklar thus reserves all rights and defenses in connection with any litigation that may be brought against him and does not waive any right, defense, or presentation of facts by failing to address them here. Mr. Sklar will fully defend himself to the extent that any litigation is properly commenced against him. To the extent that the allegations

and issues raised in the Application pertain to Mr. Sklar and become the subject of litigation in connection with consideration of the Application, Mr. Sklar reserves all rights (and does not waive any rights) to respond to, contest, and defend against those allegations fully. The submission of this response is not intended to be nor should it be construed as an admission or acknowledgment of any kind. Instead, this response is submitted to reserve any rights that Mr. Sklar may have in this or any subsequent litigation and avoid a waiver of any right by failure to respond.

Dated: November 12, 2021

By: */s/ Adam L. Hirsch*
Adam L. Hirsch, Reg. No. 44306
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, Colorado 80202
Telephone: 303.892.9400
Facsimile: 303.893.1379
Email: adam.hirsch@dgslaw.com

*Counsel to Howard F. Sklar in the Capacities Listed Above*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 12, 2021, the foregoing **LIMITED RESPONSE OF HOWARD F. SKLAR, INDIVIDUALLY AND AS TRUSTEE AND EXECUTOR, TO MAREN SILBERSTEIN REVOCABLE TRUST'S APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM AND CURE CLAIM** was filed on the Court's electronic filing system CM/ECF and was electronically served upon all parties receiving electronic notice.

*/s/ Robin E. Anderson*
Robin E. Anderson