## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

### STIPULATION AND REQUEST FOR ORDER EXTENDING THE UNITED STATES TRUSTEE'S DEADLINE TO OBJECT TO KUTNER BRINEN DICKEY RILEY, P.C.'S FINAL FEE APPLICATION

Patrick S. Layng, the United States Trustee for Region 19 (the "UST"), through counsel, and Kutner Brinen Dickey Riley, P.C. ("Kutner Brinen") file this Stipulation and Request for Order Extending the United States Trustee's Deadline to Object to Kutner Brinen's Final Fee Application (at Docket No. 1497, the "Final Application") and states as follows:

1. On April 1, 2020, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco") filed voluntary chapter 11 petitions to commence the above-captioned cases.

2. Kutner Brinen has been employed as counsel for both the above-captioned debtors.

3. On October 22, 2021, Kutner Brinen filed its Final Application, the deadline for objections to the Final Application is November 12, 2021.

4. Prior to today's deadline of November 12, 2021, the UST has been in contact with Kutner Brinen and requested electronic data for review which was only recently received. The UST requests more time to review information related to the Final Application.

5. The UST and Kutner Brinen agree and stipulate to an extension of time of fourteen (14) days for the UST to review the Final Application of Kutner Brinen, to and including the date of November 26, 2021.

6. The extension of time for objections to Kutner Brinen's Final Application, pursuant to this stipulation, is as to the UST.

WHEREFORE, the UST and Kutner Brinen request the Court approve this Stipulation and Request for Order Extending the United States Trustee's Deadline to Object to Kutner Brinen's Final Fee Application, and for such further and additional relief as the Court may appear just and proper.

Respectfully submitted this 12th day of November, 2021.

        PATRICK S. LAYNG
        UNITED STATES TRUSTEE

        /s/ *Paul Moss*
        By: Paul Moss, #26903
        Trial Attorney for the U.S. Trustee
        1961 Stout Street, Suite 12-200
        Denver, Colorado 80294
        (303) 312-7995 telephone
        Paul.Moss@usdoj.gov

Dated: November 12, 2021

        By: */s/ Keri L. Riley*
        Keri L. Riley, #47605
        **KUTNER BRINEN DICKEY RILEY, P.C.**
        1660 Lincoln Street, Suite 1720
        Denver, CO 80264
        Telephone: (303) 832-2400
        E-Mail: klr@kutnerlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 12, 2021, a copy of STIPULATION AND REQUEST FOR ORDER EXTENDING THE UNITED STATES TRUSTEE'S DEADLINE TO OBJECT TO KUTNER BRINEN DICKEY RILEY, P.C.'S FINAL FEE APPLICATION was served electronically through the CM/ECF system on the following parties (and any other parties requesting electronic notice through the court):

*VIA CM/ECF:*

| | | |
|---|---|---|
| Keri L. Riley | Michael J. Guyerson | Timothy Michael Riley |
| Jeffrey S. Brinen | Jennifer Hardy | Katherine A. Ross |
| Christopher D. Johnson | Theodore J. Hartl | Michael D. Rubenstein |
| James B. Bailey | Adam L. Hirsch | Craig K. Schuenemann |
| Victoria N. Argeroplos | Stephen K. Lecholop II | Ryan Seidmann |
| Joseph Eric Bain | Eric Lockridge | Andrew James Shaver |
| Grant Matthew Beiner | Armistead Mason Long | Thomas H. Shipps |
| Jordan B. Bird | Ryan Lorenz | Barnet B. Skeleton, Jr. |
| Duane Brescia | Christopher Meredith | Jim F. Spencer, Jr. |
| Daniel L. Bray | David M. Miller | Bryce Suzuki |
| Casy Carlton Breese | Timothy C. Mohan | Timothy M. Swanson |
| Jeffrey Dayne Carruth | Kevin S. Neiman | David R. Taggart |
| John Childers | Michael Niles | Glenn Taylor |
| John Cornwell | Matthew J. Ochs | Madison M. Tucker |
| Christopher M. Crowley | Matthew Okin | Amy Vazquez |
| Shay L. Denning | Jennifer Norris Soto | Deanna L. Westfall |
| Jonathan Dickey | John Thomas Oldham | |
| Katherine Guidry Douthitt | Robert L. Paddock | */s/ Paul Moss* |
| Benjamin Y. Ford | Robert Padjen | *Office of U.S. Trustee* |
| Jenny M.F. Fujii | Jeremy L. Retherford | |
| Craig M. Geno | Brian Rich | |