**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER APPROVING STIPULATION AND REQUEST FOR ORDER EXTENDING THE UNITED STATES TRUSTEE'S DEADLINE TO OBJECT TO KUTNER BRINEN DICKEY RILEY, P.C. FEE APPLICATION**

THIS MATTER, having come before the Court on the stipulation (the "Stipulation") by and between Patrick S. Layng, the United States Trustee for Region 19 (the "UST") and Kutner Brinen Dickey Riley, P.C. ("Kutner Brinen"), the Court having reviewed the Stipulation and finding good cause for granting the requested relief, does hereby:

ORDER

1. That the Stipulation is APPROVED;

2. That as to the UST, the Objection Deadline for Kutner Brinen's Final Fee Application is hereby extended through and including November 26, 2021, as may be further extended in writing by Kutner Brinen and the UST.

Dated:_____            By the Court:

                                 _____
                                 Elizabeth E. Brown, Judge
                                 United States Bankruptcy Court