IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC, *et al.*,[1]<br><br>Debtors. | §<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 20-12377-EEB<br><br>(Jointly Administered) |

**ORDER APPROVING STIPULATION AND REQUEST FOR ORDER EXTENDING THE TRUSTEE'S DEADLINE TO OBJECT TO <u>ARMBRECHT JACKSON'S FEE APPLICATION</u>**

THIS MATTER, having come before the Court on the stipulation (the "<u>Stipulation</u>") by and between Thomas Kim, as Trustee of the Creditor Trust (the "<u>Trustee</u>") and Armbrecht Jackson LLP ("<u>Armbrecht</u>"), the Court having reviewed the Stipulation and finding good cause for granting the requested relief, does hereby

ORDER

1. That the Stipulation is APPROVED;

2. That solely as to the Trustee, the Objection Deadline is hereby extended through and including November 26, 2021, as may be further extended in writing by Armbrecht and the Trustee; and

3. The Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to the interpretation or enforcement of this Stipulation.

Dated: November 15, 2021

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown,
United States Bankruptcy Judge