# EXHIBIT A

**Invoice**

# NEXTIER

NexTier Completion Solutions
3990 Rogerdale Rd.
Houston TX 77042

Bill To: SKLAR EXPLORATION CO, LLC
401 EDWARDS ST, STE 1601
SHREVEPORT LA US 71101

Attn:

| Invoice Number: | 90079456 |
|---|---|
| Purchase order no: | |
| Invoice Date: | 03/13/2020 |
| Field Ticket Number: | TAC4427C9D6 |
| Service Date: | 03/11/2020 |
| Well: | 1 |
| Lease: | CEDAR CREEK LAND & TIMBER 3 |
| County: | CONECUH |
| State: | AL |

| Item | Material | Description | Qty | TX | UOM | Unit Price | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 20 | 50000944 | 1-3/4" CTU 8 HR MIN 0-3500 PSI | 1 | N | EA | $14,000.00 | 60.00 % | $5,600.00 |
| 30 | 50000948 | 1-3/4" CTU HRLY CHRG 0-3500 PSI | 5 | N | HR | $1,700.00 | 60.00 % | $3,400.00 |
| 40 | 50000840 | 50 TON CRANE UNIT - ADD HRS | 5 | N | HR | $312.50 | 60.00 % | $625.00 |
| 50 | 50001060 | HYDRAULIC STRIPPER RUBBER INSERT | 1 | N | EA | $415.00 | 50.00 % | $207.50 |
| 60 | 50001059 | B.O.P. REDRESS/PER B.O.P. | 1 | N | EA | $2,750.00 | 65.00 % | $962.50 |
| 70 | 50001086 | MOBILIZATION OVERWEIGHT PERMITS | 2 | N | EA | $450.00 | 0.00 % | $900.00 |
| 80 | 50001073 | DATA AQUISTION | 1 | N | DAY | $1,500.00 | 72.00 % | $420.00 |
| 90 | 50001070 | HIGH VELOCITY WASH NOZZLE | 1 | N | DAY | $1,200.00 | 60.00 % | $480.00 |
| 100 | 50001068 | BACK PRESSURE VALVE | 1 | N | DAY | $450.00 | 60.00 % | $180.00 |
| 110 | 50000886 | MOBILIZATION AUTO / CREW TRUCK | 300 | N | EA | $4.10 | 55.00 % | $553.50 |
| 120 | 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 900 | N | EA | $6.50 | 55.00 % | $2,632.50 |
| 130 | 50000884 | MOBILIZATION BOBTAIL UNIT | 300 | N | EA | $5.00 | 55.00 % | $675.00 |
| 140 | 50000883 | MOB TRACTOR / TRAILER (> 80,000 LBS) | 600 | N | EA | $8.00 | 55.00 % | $2,160.00 |
| 150 | 10004638 | NITROGEN BULK | 3,940 | N | SCF | $4.75 | 70.00 % | $5,614.50 |
| 160 | 50000889 | ACID TRANSPORT | 4 | N | HR | $235.00 | 55.00 % | $423.00 |
| 170 | 50002116 | Safety Shower & Eye Wash Station (OSHA R | 1 | N | EA | $250.00 | 0.00 % | $250.00 |
| 180 | 10004506 | CHEM ACID 15% HCL HC-15 CJ9115 | 2,700 | N | GAL | $4.30 | 64.00 % | $4,179.60 |
| 190 | 10004490 | CHEM CORROSION INHIBIT ACID CI-3 CJ9203 | 74 | N | GAL | $210.00 | 68.00 % | $4,972.80 |
| 200 | 10010110 | CHEM CORROSION INHIBITOR AI-F | 108 | N | GAL | $70.55 | 68.00 % | $2,438.21 |
| 210 | 10004890 | CHEM H2S SCAVENGER HS-1 | 27 | N | GAL | $51.50 | 60.00 % | $556.20 |
| 220 | 10004526 | CHEM AGENT IRON SEQ CITRIC ACID ICA-2 | 27 | N | GAL | $62.65 | 68.00 % | $541.30 |
| 230 | 10004484 | CHEM SURFACTANT DEMUL NON-IONIC SU-2 | 11 | N | GAL | $108.45 | 68.00 % | $381.74 |
| 240 | 50000839 | 50 TON CRANE UNIT - 8 HR MINIMUM | 1 | N | EA | $2,500.00 | 60.00 % | $1,000.00 |
| 250 | 50000960 | 1-3/4" FTGE CHRG 0-3500 PSI | 11,680 | N | FT | $1.15 | 65.00 % | $4,701.20 |

Invoice Number: 90079456
Invoice Date: 03/13/2020

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|------|----------|-------------|-----|-----|-----|-----------|----------|-------|
| 260 | 50000957 | 1-3/4" ABR/CORR FTG CHRG 0-3500 PSI | 11,680 | N | FT | $0.95 | 70.00 % | $3,328.80 |
| 270 | 50001241 | DFP W CENT 1330HHP OR EQ ADD HR0-3500PSI | 5 | N | HR | $500.00 | 60.00 % | $1,000.00 |
| 280 | 50001237 | DFP W CEN 1330HHP OR EQ 8HR MIN0-3500PSI | 1 | N | EA | $4,000.00 | 60.00 % | $1,600.00 |
| 290 | 50001140 | NU 0-3000 SCF/MIN  ADD HR 0-3500PSI | 5 | N | HR | $368.75 | 60.00 % | $737.50 |
| 300 | 50001137 | NU 0-3000 SCF/MIN  8HR MIN 0-3500PSI | 1 | N | EA | $2,950.00 | 60.00 % | $1,180.00 |
| 310 | 10010117 | CHEM GLYCOL ETHER | 68 | N | GAL | $79.55 | 68.00 % | $1,731.01 |
| 320 | 10010129 | CHEM CORROSION INHIBITOR XC PROTECTANT | 5 | N | GAL | $56.00 | 60.00 % | $112.00 |
| 330 | 10004873 | CHEM SODA ASH CJ796 | 100 | N | LB | $1.60 | 60.00 % | $64.00 |
| 340 | 50007159 | CHEM AGENT IRON SEQ ICA-4 CJ209 | 27 | N | EA | $26.40 | 0.00 % | $712.80 |
| 350 | 50001151 | NITROGEN TRANSPORT | 8 | N | EA | $190.00 | 45.00 % | $836.00 |
| 360 | 50000880 | SUBSISTANCE | 7 | N | EA | $250.00 | 40.00 % | $1,050.00 |
| 370 | 50000872 | FIELD SUPERVISOR | 2 | N | EA | $2,500.00 | 80.00 % | $1,000.00 |

Remit To:
NexTier Completion Solutions
P.O. Box 733404
Dallas, TX 75373-3404

Payment Terms: Up to 04/12/2020 without deduction

District:   Laurel MS Coiled Tubing

Service Line:   Coiled Tubing

| Invoice Subtotal | $57,206.66 |
|------------------|-----------|
| Total Freight | $0.00 |
| Taxable | $0.00 |
| Total Tax | $0.00 |
| Total | $57,206.66 |

# NEXTIER

| | | | |
|---|---|---|---|
| **Customer:** | SKLAR EXPLORATION CO, LLC | **Field Ticket No:** | T-AC4-427-C9D6 |
| **Customer Field Rep:** | Mr. John G. Vititow | **Service District:** | Laurel, MS |
| **Well Name:** | CEDAR CREEK LAND & TIMBER 35-13 #1 - 1 | **Service Line:** | Coiled Tubing |
| **Field:** | | **Date:** | 03/11/20 |
| **County, State:** | CONECUH, AL | **Sales Representative:** | Shane J Fortenberry |
| **API Number:** | 0103520345 | **District Representative:** | David Clinton Welborn |
| **Job Type:** | CT-ACID MATRIX | **C&J Field Representative:** | Brandon Giovengo |
| **CT Unit:** | CTU-17 | | |

## Equipment/Services Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50000944 | 1-3/4 CTU 8 HR MIN 0-3500 PSI | 1 | $14,000.00 | EA | 60.00% | $5,600.00 | $5,600.00 |
| 50000960 | 1-3/4 FTGE CHRG 0-3500 PSI | 11680 | $1.15 | ft | 65.00% | $0.40 | $4,701.20 |
| 50000948 | 1-3/4 CTU HRLY CHRG 0-3500 PSI | 5 | $1,700.00 | hrs | 60.00% | $680.00 | $3,400.00 |
| 50000967 | 1-3/4 ABR/CORR FTG CHRG 0-3500 PSI | 11680 | $0.95 | ft | 70.00% | $0.28 | $3,328.80 |
| 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 900 | $6.50 | EA | 55.00% | $2.93 | $2,632.50 |
| 50000883 | MOB TRACTOR / TRAILER (> 80,000 LBS) | 600 | $8.00 | EA | 55.00% | $3.60 | $2,160.00 |
| 50001237 | DFP W CEN 1330HHP OR EQ BHR MIN0-3500PSI | 1 | $4,000.00 | EA | 60.00% | $1,600.00 | $1,600.00 |
| 50001137 | NU 0-3000 SCF/MIN 8HR MIN 0-3500PSI | 1 | $2,950.00 | EA | 60.00% | $1,180.00 | $1,180.00 |
| 50000880 | SUBSISTANCE | 7 | $250.00 | EA | 40.00% | $150.00 | $1,050.00 |
| 50000872 | FIELD SUPERVISOR | 2 | $2,500.00 | EA | 80.00% | $500.00 | $1,000.00 |
| 50001241 | DFP W CENT 1330HHP OR EQ ADD HR0-3500PSI | 5 | $500.00 | hrs | 60.00% | $200.00 | $1,000.00 |
| 50000839 | 50 TON CRANE UNIT - 8 HR MINIMUM | 1 | $2,500.00 | EA | 60.00% | $1,000.00 | $1,000.00 |
| 50001059 | B.O.P. REDRESS/PER B.O.P. | 1 | $2,750.00 | EA | 65.00% | $962.50 | $962.50 |
| 50001151 | NITROGEN TRANSPORT | 8 | $190.00 | EA | 45.00% | $104.50 | $836.00 |
| 50001140 | NU 0-3000 SCF/MIN ADD HR 0-3500PSI | 5 | $368.75 | hrs | 60.00% | $147.50 | $737.50 |
| 50000884 | MOBILIZATION BOBTAIL UNIT | 300 | $5.00 | EA | 55.00% | $2.25 | $675.00 |
| 50000840 | 50 TON CRANE UNIT - ADD HRS | 5 | $312.50 | hrs | 60.00% | $125.00 | $625.00 |
| 50000886 | MOBILIZATION AUTO / CREW TRUCK | 300 | $4.10 | EA | 55.00% | $1.85 | $553.50 |
| 50001070 | HIGH VELOCITY WASH NOZZLE | 1 | $1,200.00 | Days | 60.00% | $480.00 | $480.00 |

Confidential

J-3307
20107312
7000100806
25010939

Ticket Tracking #: T-AC4-427-C9D6

1

# NexTier

## Equipment/Services Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|--------|-------------|-----|-------|-----|----------|----------------|-----------|
| 50000889 | ACID TRANSPORT | 4 | $235.00 | hrs | 55.00% | $105.75 | $423.00 |
| 50001073 | DATA AQUISTION | 1 | $1,500.00 | Days | 72.00% | $420.00 | $420.00 |
| 50001060 | HYDRAULIC STRIPPER RUBBER INSERT | 1 | $415.00 | EA | 50.00% | $207.50 | $207.50 |
| 50001068 | BACK PRESSURE VALVE | 1 | $450.00 | Days | 60.00% | $180.00 | $180.00 |
| | | | | | | Subtotal: | $34,752.50 |

## 3rd Party/Pass Through/Miscellaneous Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|--------|-------------|-----|-------|-----|----------|----------------|-----------|
| 50001086 | MOBILIZATION OVERWEIGHT PERMITS | 2 | $450.00 | EA | 0.00% | $450.00 | $900.00 |
| 50002116 | CHEM AGENT IRON SEQ ICA-5 CJ209 | 27 | $26.40 | EA | 0.00% | $26.40 | $712.80 |
| 50002118 | Safety Shower & Eye Wash Station (OSHA Required) | 1 | $250.00 | EA | 0.00% | $250.00 | $250.00 |
| | | | | | | Subtotal: | $1,862.80 |

## Nitrogen/Acid/Products/Pipe Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|--------|-------------|-----|-------|-----|----------|----------------|-----------|
| 10004638 | NITROGEN BULK | 3940 | $4.75 | scf | 70.00% | $1.42 | $5,614.50 |
| 10004490 | CHEM CORROSION INHIBITOR ACID CI-3 CJ920 | 74 | $210.00 | gal US | 68.00% | $67.20 | $4,972.80 |
| 10004506 | CHEM ACID 15% HCL HC-15 CJ9115 | 2700 | $4.30 | gal US | 64.00% | $1.55 | $4,179.60 |
| 10010110 | CHEM CORROSION INHIBITOR AI-F | 108 | $70.55 | gal US | 68.00% | $22.58 | $2,438.21 |
| 10010117 | CHEM GLYCOL ETHER | 68 | $79.55 | gal US | 68.00% | $25.46 | $1,731.01 |
| 10004890 | CHEM H2S SCAVENGER HS-1 | 27 | $51.50 | gal US | 60.00% | $20.60 | $556.20 |
| 10004526 | CHEM AGENT IRON SEQ CITRIC ACID ICA-2 | 27 | $62.65 | gal US | 68.00% | $20.05 | $541.30 |
| 10004484 | CHEM SURFACTANT DEMUL NON-IONIC SU-2 | 11 | $108.45 | gal US | 68.00% | $34.70 | $381.74 |
| 10010129 | CHEM CORROSION INHIBITOR XC PROTECTANT | 5 | $56.00 | gal US | 60.00% | $22.40 | $112.00 |
| 10004873 | CHEM SODA ASH CJ796 | 100 | $1.60 | lb | 60.00% | $0.64 | $64.00 |
| | | | | | | Subtotal: | $20,591.36 |

| | Discounted Total Estimated Charges | $57,206.66 |
|--|-----------------------------------|-----------|

This is a cost estimate only. Actual charges are to based on equipment, chemicals, materials, and personnel required to complete the job. Amounts quoted herein do not reflect any applicable sales, use, excise, well services, gross receipts or other taxes, which shall be included on the final invoice for the job. The undersigned hereby acknowledges that, in the absence of a signed Master Service Agreement or a similar, mutually-executed contract, all services and goods provided by C&J Spec-Rent Services, Inc. (including its affiliates, "C&J") to the undersigned are subject to C&J's Standard Terms & Conditions, which may be viewed in their entirety at
https://cjenergy.com/resources/contractors-standard-terms-conditions/.

# NEXTIER

Customer Representative    $3/11/20$

03/11/20

Date

Kenny.Copeland
Customer Printed Name

**Invoice**

# NexTier

NexTier Completion Solutions
8990 Rogerdale Rd.
Houston TX 77042

| | |
|---|---|
| Invoice Number: | 90079465 |
| Purchase order no: | |
| Invoice Date: | 03/13/2020 |
| Field Ticket Number: | T33D44FA170 |
| Service Date: | 03/12/2020 |
| Well: | #1 WI |
| Lease: | CRAFT-RALLS 5-8 #1 - #1 WI |
| County: | CONECUH |
| State: | AL |

Bill To: SKLAR EXPLORATION CO, LLC
401 EDWARDS ST, STE 1601
SHREVEPORT LA US 71101
Attn:

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 20 | 50001137 | NU 0-3000 SCF/MIN 8HR MIN 0-3500PSI | 1 | N | EA | $2,950.00 | 60.00 % | $1,180.00 |
| 30 | 10004638 | NITROGEN BULK | 550 | N | SCF | $4.75 | 70.00 % | $783.75 |
| 40 | 50000880 | SUBSISTANCE | 2 | N | EA | $250.00 | 40.00 % | $300.00 |
| 50 | 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 25 | N | EA | $6.50 | 55.00 % | $73.13 |
| 60 | 50000886 | MOBILIZATION AUTO / CREW TRUCK | 50 | N | EA | $4.10 | 55.00 % | $92.25 |
| 70 | 50000872 | FIELD SUPERVISOR | 1 | N | EA | $2,500.00 | 80.00 % | $500.00 |

Remit To:
NexTier Completion Solutions
P.O. Box 733404
Dallas, TX 75373-3404

Payment Terms: Up to 04/12/2020 without deduction

District:   Laurel MS Coiled Tubing

Service Line:   Coiled Tubing

| | |
|---|---|
| Invoice Subtotal | $2,929.13 |
| Total Freight | $0.00 |
| Taxable | $0.00 |
| Total Tax | $0.00 |
| Total | $2,929.13 |

# NEXTIER

| | | | |
|---|---|---|---|
| **Customer:** | SKLAR EXPLORATION CO, LLC | **Field Ticket No:** | T-33D-44F-A170 |
| **Customer Field Rep:** | | **Service District:** | Laurel, MS |
| **Well Name:** | CRAFT-RALLS 5-8 #1 - #1 WI | **Service Line:** | Coiled Tubing |
| **Field:** | | **Date:** | 03/12/20 |
| **County, State:** | CONECUH, AL | **Sales Representative:** | Kevin Andrew Gooch |
| **API Number:** | 0103520159 | **District Representative:** | Shane J Fortenberry |
| **Job Type:** | CT-N2 ONLY(WELL.) | **C&J Field Representative:** | Brandon Giovengo |
| **CT Unit:** | CT-PUMPS ONLY | | |

## Equipment/Services Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50001137 | NU 0-3000 SCF/MIN  BHR MIN 0-3500PSI | 1 | $2,950.00 | EA | 60.00% | $1,180.00 | $1,180.00 |
| 50000872 | FIELD SUPERVISOR | 1 | $2,500.00 | EA | 80.00% | $500.00 | $500.00 |
| 50000880 | SUBSISTANCE | 2 | $250.00 | EA | 40.00% | $150.00 | $300.00 |
| 50000896 | MOBILIZATION AUTO / CREW TRUCK | 50 | $4.10 | EA | 55.00% | $1.85 | $92.25 |
| 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 25 | $6.50 | EA | 55.00% | $2.93 | $73.13 |
| | | | | | | **Subtotal:** | **$2,145.38** |

## Nitrogen/Acid/Products/Pipe Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 10004638 | NITROGEN BULK | 550 | $4.75 | scf | 70.00% | $1.42 | $783.75 |
| | | | | | | **Subtotal:** | **$783.75** |

**Discounted Total Estimated Charges** | **$2,929.13**

This is a cost estimate only. Actual charges are to based on equipment, chemicals, materials, and personnel required to complete the job. Amounts quoted herein do not reflect any applicable sales, use, excise, well services, gross receipts or other taxes, which shall be included on the final invoice for the job. The undersigned hereby acknowledges that, in the absence of a signed Master Service Agreement or a similar, mutually-executed contract, all services and goods provided by C&J Spec-Rent Services, Inc. (including its affiliates, "C&J") to the undersigned are subject to C&J's Standard Terms & Conditions, which may be viewed in their entirety at
https://cjenergy.com/resources/contractors-standard-terms-conditions/.

J-3549
20107339
7000100816
25010940

03/12/20

_Kenny Copeland_ 3/15/20

**Customer Representative**    **State**

**Kenny Copeland**
**Customer Printed Name**

Confidential

Ticket Tracking #: T-33D-44F-A170

1

# Invoice
# NEXTIER

NexTier Completion Solutions
3990 Rogerdale Rd,
Houston TX 77042

Bill To: SKLAR EXPLORATION CO, LLC
401 EDWARDS ST, STE 1601
SHREVEPORT LA US 71101

Attn:

| Invoice Number: | 90081502 |
|---|---|
| Purchase order no: | 25011083 |
| Invoice Date: | 03/20/2020 |
| Field Ticket Number: | T4D4503CPCB |
| Service Date: | 03/14/2020 |
| Well: | 1 |
| Lease: | THOMASSON 33-12 #1 - 1 |
| County: | CONECUH |
| State: | AL |

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 20 | 50000944 | 1-3/4" CTU 8 HR MIN 0-3500 PSI | 1 | N | EA | $14,000.00 | 60.00 % | $5,600.00 |
| 30 | 50000948 | 1-3/4" CTU HRLY CHRG 0-3500 PSI | 5 | N | HR | $1,700.00 | 60.00 % | $3,400.00 |
| 40 | 50000840 | 50 TON CRANE UNIT - ADD HRS | 5 | N | HR | $312.50 | 60.00 % | $625.00 |
| 50 | 50001060 | HYDRAULIC STRIPPER RUBBER INSERT | 1 | N | EA | $415.00 | 50.00 % | $207.50 |
| 60 | 50001059 | B.O.P. REDRESS/PER B.O.P. | 1 | N | EA | $2,750.00 | 65.00 % | $962.50 |
| 70 | 50001073 | DATA AQUISTION | 1 | N | DAY | $1,500.00 | 72.00 % | $420.00 |
| 80 | 50001070 | HIGH VELOCITY WASH NOZZLE | 1 | N | DAY | $1,200.00 | 60.00 % | $480.00 |
| 90 | 50001068 | BACK PRESSURE VALVE | 1 | N | DAY | $450.00 | 60.00 % | $180.00 |
| 100 | 50000886 | MOBILIZATION AUTO / CREW TRUCK | 300 | N | EA | $4.10 | 55.00 % | $553.50 |
| 110 | 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 600 | N | EA | $6.50 | 55.00 % | $1,755.00 |
| 120 | 10004638 | NITROGEN BULK | 4,020 | N | SCF | $4.75 | 70.00 % | $5,728.50 |
| 130 | 50000889 | ACID TRANSPORT | 8 | N | HR | $235.00 | 55.00 % | $846.00 |
| 140 | 50002116 | Safety Shower & Eye Wash Station (OSHA R | 1 | N | EA | $250.00 | 0.00 % | $250.00 |
| 150 | 10004506 | CHEM ACID 15% HCL HC-15 CJ9115 | 4,000 | N | GAL | $4.30 | 64.00 % | $6,192.00 |
| 160 | 10004490 | CHEM CORROSION INHIBIT ACID CI-3 CJ9203 | 110 | N | GAL | $210.00 | 68.00 % | $7,392.00 |
| 170 | 10010110 | CHEM CORROSION INHIBITOR AI-F | 160 | N | GAL | $70.55 | 68.00 % | $3,612.16 |
| 180 | 10004890 | CHEM H2S SCAVENGER HS-1 | 40 | N | GAL | $51.50 | 60.00 % | $824.00 |
| 190 | 10004526 | CHEM AGENT IRON SEQ CITRIC ACID ICA-2 | 40 | N | GAL | $62.65 | 68.00 % | $801.92 |
| 200 | 10004484 | CHEM SURFACTANT DEMUL NON-IONIC SU-2 | 16 | N | GAL | $108.45 | 68.00 % | $555.26 |
| 210 | 50000839 | 50 TON CRANE UNIT - 8 HR MINIMUM | 1 | N | EA | $2,500.00 | 60.00 % | $1,000.00 |
| 220 | 50000960 | 1-3/4" FTGE CHRG 0-3500 PSI | 13,430 | N | FT | $1.15 | 65.00 % | $5,405.57 |
| 230 | 50000967 | 1-3/4" ABR/CORR FTG CHRG 0-3500 PSI | 11,730 | N | FT | $0.95 | 70.00 % | $3,343.05 |
| 240 | 30001241 | DFP W CENT 1330HHP OR EQ ADD HRO-3500PSI | 5 | N | HR | $500.00 | 60.00 % | $1,000.00 |

Invoice Number: 90081582
Invoice Date: 03/26/2020

| Item | Matrl | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|------|-------|-------------|-----|-----|-----|------------|----------|-------|
| 250 | 50001237 | DFP W CEN 1330HHP OR EQ 8HR MIN0-3500PSI | 1 | N | EA | $4,000.00 | 60.00 % | $1,600.00 |
| 260 | 50001140 | NU 0-3000 SCF/MIN ADD HR 0-3500PSI | 5 | N | HR | $368.75 | 60.00 % | $737.50 |
| 270 | 50001137 | NU 0-3000 SCF/MIN 8HR MIN 0-3500PSI | 1 | N | EA | $2,950.00 | 60.00 % | $1,180.00 |
| 280 | 10010117 | CHEM GLYCOL ETHER | 100 | N | GAL | $79.55 | 68.00 % | $2,545.60 |
| 290 | 10010129 | CHEM CORROSION INHIBITOR XC PROTECTANT | 5 | N | GAL | $56.00 | 60.00 % | $112.00 |
| 300 | 10004873 | CHEM SODA ASH CJ796 | 100 | N | LB | $1.60 | 60.00 % | $64.00 |
| 310 | 50002116 | CHEM AGENT IRON SEQ ICA-5 CJ209 | 40 | N | EA | $26.40 | 0.00 % | $1,056.00 |
| 320 | 50001151 | NITROGEN TRANSPORT | 8 | N | EA | $190.00 | 45.00 % | $836.00 |
| 330 | 50000880 | SUBSISTANCE | 14 | N | EA | $250.00 | 40.00 % | $2,100.00 |
| 340 | 50000872 | FIELD SUPERVISOR | 2 | N | EA | $2,500.00 | 80.00 % | $1,000.00 |

Remit To:
NaxTier Completion Solutions
P.O. Box 733404
Dallas, TX 75373-3404

Payment Terms: Up to 04/19/2020 without deduction

District:   Laurel MS Coiled Tubing

Service Line:   Coiled Tubing

| | |
|---|---|
| Invoice Subtotal | $62,365.06 |
| Total Freight | $0.00 |
| Taxable | $0.00 |
| Total Tax | $0.00 |
| Total | |

# NexTier

| Customer: | SKLAR EXPLORATION CO, LLC | Field Ticket No: | T-4D4-503-C9CB |
|---|---|---|---|
| Customer Field Rep: | Mr. John G. Vittitow | Service District: | Laurel, MS |
| Well Name: | THOMASSON 83-12 #1 - 1 | Service Line: | Coiled Tubing |
| Field: | | Date: | 03/14/20 |
| County, State: | CONECUH, AL | Sales Representative: | Shane J Fortenberry |
| API Number: | 0103520309 | District Representative: | David Clinton Welborn |
| Job Type: | CT-ACID MATRIX | C&J Field Representative: | Christopher Green |
| CT Unit: | CTU-17 | | |

## Equipment/Services Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50000944 | 1-3/4 CTU 8 HR MIN 0-3500 PSI | 1 | $14,000.00 | EA | 60.00% | $5,600.00 | $5,600.00 |
| 50000960 | 1-3/4 FTGE CHRG 0-3500 PSI | 13430 | $1.15 | ft | 65.00% | $0.40 | $5,405.58 |
| 50000948 | 1-3/4 CTU HRLY CHRG 0-3500 PSI | 5 | $1,700.00 | hrs | 60.00% | $680.00 | $3,400.00 |
| 50000967 | 1-3/4 ABR/CORR FTG CHRG 0-3500 PSI | 11790 | $0.95 | ft | 70.00% | $0.28 | $3,343.05 |
| 50000880 | SUBSISTANCE | 14 | $250.00 | EA | 40.00% | $150.00 | $2,100.00 |
| 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 600 | $6.50 | EA | 55.00% | $2.93 | $1,755.00 |
| 50001237 | DFP W CEN 1390HHP OR EQ 8HR MIN0-3500PSI | 1 | $4,000.00 | EA | 60.00% | $1,600.00 | $1,600.00 |
| 50001197 | NU 0-3000 SCF/MIN 8HR MIN 0-3500PSI | 1 | $2,950.00 | EA | 60.00% | $1,180.00 | $1,180.00 |
| 50001241 | DFP W CENT 1390HHP OR EQ ADD HR0-3500PSI | 5 | $500.00 | hrs | 60.00% | $200.00 | $1,000.00 |
| 50000872 | FIELD SUPERVISOR | 2 | $2,500.00 | EA | 80.00% | $500.00 | $1,000.00 |
| 50000839 | 50 TON CRANE UNIT - 8 HR MINIMUM | 1 | $2,500.00 | EA | 60.00% | $1,000.00 | $1,000.00 |
| 50001059 | B.O.P. REDRESS/PER B.O.P. | 1 | $2,750.00 | EA | 65.00% | $962.50 | $962.50 |
| 50000889 | ACID TRANSPORT | 8 | $235.00 | hrs | 55.00% | $105.75 | $846.00 |
| 50001151 | NITROGEN TRANSPORT | 8 | $190.00 | EA | 45.00% | $104.50 | $836.00 |
| 50001140 | NU 0-3000 SCF/MIN ADD HR 0-3500PSI | 5 | $368.75 | hrs | 60.00% | $147.50 | $737.50 |
| 50000840 | 50 TON CRANE UNIT - ADD HRS | 5 | $312.50 | hrs. | 60.00% | $125.00 | $625.00 |
| 50000886 | MOBILIZATION AUTO / CREW TRUCK | 300 | $4.10 | EA | 55.00% | $1.85 | $553.50 |
| 50001070 | HIGH VELOCITY WASH NOZZLE | 1 | $1,200.00 | Days | 60.00% | $480.00 | $480.00 |
| 50001073 | DATA AQUISTION | 1 | $1,500.00 | Days | 72.00% | $420.00 | $420.00 |
| 50001060 | HYDRAULIC STRIPPER RUBBER INSERT | 1 | $415.00 | EA | 50.00% | $207.50 | $207.50 |

J-3248
20108862
7000102215
25011083

Confidential

Ticket Tracking #: T-4D4-503-C9CB

# NEXTIER

## Equipment/Services Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50001068 | BACK PRESSURE VALVE | 1 | $450.00 | Days | 60.00% | $180.00 | $180.00 |
| | | | | | | Subtotal: | $33,291.63 |

## 3rd Party/Pass Through/Miscellaneous Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50002116 | CHEM AGENT IRON SEQ ICA-5 CJ209 | 40 | $26.40 | EA | 0.00% | $26.40 | $1,056.00 |
| 50002116 | Safety Shower & Eye Wash Station (OSHA Required) | 1 | $250.00 | EA | 0.00% | $250.00 | $250.00 |
| | | | | | | Subtotal: | $1,306.00 |

## Nitrogen/Acid/Products/Pipe Items

| Item # | Description | Qty | Price | UDM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 10004490 | CHEM CORROSION INHIBITOR ACID CI-3 CJ920 | 110 | $210.00 | gal US | 68.00% | $67.20 | $7,392.00 |
| 10004506 | CHEM ACID 15% HCL #IC-15 CJ9115 | 4000 | $4.30 | gal US | 64.00% | $1.55 | $6,192.00 |
| 10004698 | NITROGEN BULK | 4020 | $4.75 | scf | 70.00% | $1.42 | $5,728.50 |
| 10010110 | CHEM CORROSION INHIBITOR AI-F | 160 | $70.55 | gal US | 68.00% | $22.58 | $3,612.16 |
| 10010117 | CHEM GLYCOL ETHER | 100 | $79.55 | gal US | 68.00% | $25.46 | $2,545.60 |
| 10004690 | CHEM H2S SCAVENGER HS-1 | 40 | $51.50 | gal US | 60.00% | $20.60 | $824.00 |
| 10004526 | CHEM AGENT IRON SEQ CITRIC ACID ICA-2 | 40 | $62.65 | gal US | 68.00% | $20.05 | $801.92 |
| 10004484 | CHEM SURFACTANT DEMUL NON-IONIC SU-2 | 16 | $108.45 | gal US | 68.00% | $34.70 | $555.26 |
| 10010129 | CHEM CORROSION INHIBITOR XC PROTECTANT | 5 | $56.00 | gal US | 60.00% | $22.40 | $112.00 |
| 10004675 | CHEM SODA ASH CJ796 | 100 | $1.60 | lb | 60.00% | $0.64 | $64.00 |
| | | | | | | Subtotal: | $27,827.44 |

| | Discounted Total Estimated Charges | $62,365.07 |
|---|---|---|

This is a cost estimate only. Actual charges are to based on equipment, chemicals, materials, and personnel required to complete the job. Amounts quoted herein do not reflect any applicable sales, use, excise, well services, gross receipts or other taxes, which shall be included on the final invoice for the job. The undersigned hereby acknowledges that, in the absence of a signed Master Service Agreement or a similar, mutually-executed contract, all services and goods provided by C&J Spec-Rent Services, Inc. (including its affiliates, "C&J") to the undersigned are subject to C&J's Standard Terms & Conditions, which may be viewed in their entirety at

https://cjenergy.com/resources/contractors-standard-terms-conditions/.

03/14/20

KENNY COPELAND
Customer Printed Name

NexTier Completion Solutions
3990 Rogerdale Rd.
Houston TX 77042

## Invoice
# NEXTIER

| Invoice Number: | 90083265 |
|---|---|
| Purchase order no: | WD8275 |
| Invoice Date: | 04/01/2020 |
| Service Date: | 03/18/2020 |
| Well: | #5-1 |
| Lease: | CORWIN #5-1 |
| County: | PHILLIPS |
| State: | MT |

Bill To: SKLAR EXPLORATION CO, LLC
401 EDWARDS ST, STE 1601
SHREVEPORT LA US 71101

Attn:

| ITEM | MATERIAL | DESCRIPTION | QTY | | UOM | UNIT PRICE | DISCOUNT | AMT |
|---|---|---|---|---|---|---|---|---|
| 20 | 50001499 | WIRELINE SERVICE CHARG 0-200 - TRIP | 1 | N | EA | $3,374.12 | 0.00% | $3,374.12 |
| 30 | 50001535 | LAND -PACK OFF 0 1.5K | 1 | N | DAY | $674.82 | 0.00% | $674.82 |
| 40 | 50001579 | SECTOR BOND/GR/CCL DEPTH 3400FT | 1 | N | FT | $3,632.80 | 0.00% | $3,632.80 |
| 50 | 50001582 | SECTOR BOND/GR/CCL - OPER. 3400FT | 1 | N | FT | $3,632.80 | 0.00% | $3,632.80 |
| 60 | 50001756 | PERF DEPLOY 10-14' DEPTH 12371FT | 1 | N | FT | $5,843.78 | 0.00% | $5,843.78 |
| 70 | 50001757 | PERF DEPLOY 10-14' OPER - TRIP | 4 | N | EA | $2,969.23 | 0.00% | $11,876.92 |
| 80 | 50001710 | JB/GR OPER | 3 | N | RUN | $742.31 | 0.00% | $2,226.93 |
| 90 | 50001707 | JB/GR DEPTH 9100 ft | 1 | N | FT | $3,479.82 | 0.00% | $3,479.82 |
| 100 | 50002147 | SLOW SET POWER CHARGE | 4 | N | STG | $674.82 | 0.00% | $2,699.28 |
| 110 | 50001721 | CEM RET DEPTH 12150FT | 1 | N | FT | $5,466.07 | 0.00% | $5,466.07 |
| 120 | 50001723 | CEM RET-MIN | 4 | N | EA | $2,672.31 | 0.00% | $10,689.24 |
| 130 | 50001503 | STAND-BY TIME-CREW | 2 | N | HR | $404.90 | 0.00% | $809.80 |

# EXHIBIT A

UPS
4-6-2020

Invoice Number: 90083265
Invoice Date: 04/01/2020

| | | | | | | | | | |
|------|----------|------------------------------------|---|---|-----|------------|--------|-------------|
| 140 | 50001504 | STAND-BY TIME-WRLN UNIT | 2 | N | HR | $404.90 | 0.00 % | $809.80 |
| 150 | 50001515 | HOT SHOT OF EQUIPMENT 2492 MI | 1 | N | MI | $7,567.47 | 0.00 % | $7,567.47 |
| 160 | 50001515 | HOT SHOT OF EQUIPMENT 1230 MI | 1 | N | MI | $3,735.14 | 0.00 % | $3,735.14 |
| 170. | 50001515 | HOT SHOT OF EQUIPMENT 1246MI | 1 | N | MI | $3,783.73 | 0.00 % | $3,783.73 |
| 180 | 50001709 | JB/GB-MIN | 9 | N | EA | $2,267.41 | 0.00 % | $20,406.69 |
| 190 | 50001710 | JB/GR OPER | 9 | N | RUN | $742.31 | 0.00 % | $6,680.79 |

Remit To:
NexTier Completion Solutions
P.O. Box 733404
Dallas, TX 75373-3404
Payment Terms: Up to 04/30/2020 without deduction

District   Williston ND Deuce Wireline

Service Line:   Wireline

| | |
|---------------------|------------|
| Invoice Subtotal | $97,390.00 |
| Total Freight | $0.00 |
| Taxable | $0.00 |
| Total Tax | $0.00 |
| Total | $97,390.00 |

C&J ENERGY

| | | | | 1 of 1 |
|---|---|---|---|---|
| | | | DATE | 08/18/2020 |

| CUSTOMER | SKLAR EXPLORATION CO, LLC |
| FURNISHED | DORWIN #6-1 |
| LEASE/WELL | |
| APPLICATION | PHILLIPS | STATE MT |

SKLAR EXPLORATION CO, LLC

| | Township for casing | Total time, all pages | 1Y |

**8" MAGNET**
**9" MAGNET**

STANDARD PRICING

| TOTAL OF BOOK PRICE | 86691.43 |
| TOTAL AMOUNT | 76768.85 |
| TOTAL DISCOUNT PERCENTAGE | -12.47% |

ESTIMATED TOTAL CHARGE PRICE | $82396.00

Runs for the job made in
March were 17

JOHN VITITOW

2011/424

25011635

90083265

C&J ENERGY

WO#2176    1 of 1

DATE
09/27/2020

| CUSTOMER | SKLAR EXPLORATION CO, LLC |
| PURCHASED | CORWIN #5-1 | WELL No.#5-1 0 |
| LEASE/WELL | | |
| INFORMATION | | PHILLIPS | STATE M |

CUSTOMER NAME    SKLAR EXPLORATION CO, LLC

X

Thank you for using
Canadian Solutions!    Total rigs, all pages    1

26

| WORKING DEPTH | PERFORMED | | OPERATION | ITEM | QUAN | | PSI | | | AMOUNT | | | PSI | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Perкins Charge | 1 | 2500 | Psi | | | 2,500 | Psi | | | | |
| | | | Pale 4&1 or Flange | 1 | 1900 | PM | | | 1,900 | PM | | | | |
| | | | RCBJ | 1 | 2700 | | | | 2,700 | | | | | |
| | | | Service w Serv. | 6 | 5400 | | | | 16,000 | | | | | |
| | | | Check w/ H.S. | 21 | 5100 | | | | 80,100 | | | | | |
| | | | Math w/pry B.S. | 1 | 5200 | | | | 5,200 | | | | | |
| john wipato | | | W Section Wk/tr | 3 | 1600 | | | | 3,000 | | | | | |
| RIH/straight travel na. | | | Magnal legal | 4 | 1300 | | | | 5,200 | | | | | |
| | | | W Sign at ku as | 9 | 2000 | | | | 18,000 | | | | | |
| | | | Clan Scheve on Location | 1 | 1000 | | | | 1,000 | | | | | |
| Strip, Stip, Stip, 3,4,5 | | | Stand by 1/2 H. having 3 | 4 | 2700 | | | | 16,000 | | | | | |
| | | | Hot Shot Return Lube | | 2400 | | | | 2,400 | | | | | |

STANDARD PRICING

773.00

TOTAL OF WORK HOUR

TOTAL DISCOUNT

TOTAL DISCOUNT PERCENTAGE

Runs for this job Made in
November were 1

27,000    Was catering provided by
Canadide Solutions?

John Vittitow    ESTIMATED TOTAL CHARGE PAGE 1    27,000    NO

X

JOHN VITTITOW

Mosebera,Thomas Jose

**MATERIAL USAGE FORM**   Wilston NCPO, ND

| Date: | Contractor | SKLAR EXPLORATION CO, LLC | | | | 25 |
|---|---|---|---|---|---|---|
| 309 | Version | Leased | CONBO/No-1b | | | |
| TYPE OF MATERIAL USED | | | QUANTITY USED | | | |



**NEXTIER**

INVOICE   38904

REMIT TO:
NEXTIER COMPLETION SOLUTIONS INC.
(FKA KEANE FRAC, LP)
P.O BOX 732404
DALLAS, TX 75373

BILL TO:
SKLAR EXPLORATION CO, LLC
8200 PEARL PKWY SUITE 200
BOULDER, CO 80301

INVOICE #: 38904
INVOICE DATE: 3/18/2020
WELL NAME: Carwin
WELL NUMBER: 76-4
JOB TYPE: Squeeze
KEANE REP: Justin Dusseljee
FIELD TICKET #: 4349
CUSTOMER REP: John Willow
START DATE: 3/18/2020
COMPLETION DATE: 3/18/2020
AFE: N/A

| | | DESCRIPTION | | | | QUANTITY | | AMOUNT | RATE | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 400 | 80001 | CLASS 'G' | | | | $24.75 | SACK | $1,187.50 | 25% | $8,883.13 |
| 212 | PLIBU | KGEL-44 | | | | $18.38 | LBS | $7,833.84 | 25% | $2,127.42 |
| 45 | KGRB | KGR-5 | | | | $6.91 | LBS | $500.24 | 25% | $361.30 |
| 400 | MLB01 | PICKUP MILEAGE | | | | $3.48 | MI | $100.80 | 30% | $117.45 |
| 488 | M3002 | PUMP TRUCK/HEAVY VEHICLE MILEAGE | | | | $2.05 | MI | $945.32 | 25% | $718.44 |
| 3,065 | M6000 | BULK CEMENT DELIVERY/RETURN | | | | $3.79 | MI | $3,145.62 | 25% | $2,359.19 |
| 483 | M6000 | BULK MATERIAL MIXING SERVICE CHARGE | | | | $1.68 | TON MILE | $9,403.66 | 25% | $7,050.00 |
| 1 | M6000 | PERMITS | | | | $2.69 | EQP | $1,133.62 | 15% | $633.70 |
| TOTAL | | | | | | $118.60 | JOB | $318.60 | 0% | $118.60 |
| | | | | | | | | $30,404.43 | | $22,109.44 |

Comment box

Subtotal   $22,109.44
(Phillips County MT 0%) Tax   
Total Due   $22,109.44

**NexTIER**

Field Ticket  12340

Service Location: Williston, MO 68801
Service Address: 8108 14ST LN NW Williston, MO 68801
Photo Invoice: 1-701-773-3888

| Sales/Use Date: 5/18/2021 | Work Type & Glossary |
| Customer: Slater Exploration | Key/Workover/Initial Duration |
| Address: 8688 Ptest Factory, Ste 200 | Pump Truck & SUPP008 |
| | Well Admin: Glade |
| City: Bender | County: Willton County |
| | Unit |
| | API: 33-501-28889 |
| | Other |
| Customer Rep#: | COMPLETION-Truck Base |
| Customer Rep#: 202-202-202-2020 | |

| PRODUCT CODE | DESCRIPTION | DISCIMERK | UNIT PRICE | QUAN | GROSS | DISC% | Disc Amt | NET |
|---|---|---|---|---|---|---|---|---|
| BC0001 | Class IV | SSBACK | $ | 2428 | 490.0 | $11,817.20 | 25% | $2,954.30 | $8,865.90 |
| FRL4004 | MST-46 | LSB | $ | 13.30 | 227.0 | $3,018.35 | 25% | $752.84 | $2,977.42 |
| CHV019 | ICAN-51 | LSB | $ | 6.51 | 888 | $591.26 | 25% | $147.87 | $561.40 |
| KOP-9 | KOP-9 | LSB | $ | 5.42 | 95.0 | $196.60 | 25% | $63.15 | $157.46 |
| KTD010 | Perm Closing 3001-002 -2hrs | SCH28 | $ | 8,700.00 | | | 25% | | |
| DAS004 | Core Acquisition System | 408 | $ | 124.50 | | | 25% | | |
| 180002 | SMAGE | HDS | $ | 188.50 | | | 20% | | |
| IN0001 | Plcate Blacato | UNVBLL | $ | 2.65 | 490.0 | $565.00 | 20% | $222.26 | $716.69 |
| MQ002 | Perm Truck/Perm Vessels Mileage | 674 | $ | 6.75 | 768.0 | $5,845.64 | 20% | $998.36 | $3,290.13 |
| IN0003 | Perm Cement Mileage/Return | Bon Mile | $ | 1.165 | 3,083.0 | $3,443.88 | 20% | $903.20 | $7,059.20 |
| MQ001 | Bulk Material Mixing Service Charge | SCF | $ | 2.55 | 453.0 | $4,190.65 | 20% | $3,360.09 | $855.46 |
| HSCam5 | Permits | HSB | $ | 183.50 | 1.0 | $513.50 | 20% | $285.78 | $515.00 |
| | | | | | | | | $7,516.03 | $33,196.04 |

Customer Authorized Agent _____

39,537



**INVOICE** 38305

FROM TO:
NEXTIER COMPLETION SOLUTIONS INC.
(F/K/A KRANK FRAD, LP)
P.O BOX 733404
DALLAS, TX 75373

BILL TO:
SKLAR EXPLORATION CO, LLC
6595 PEARL PKWY SUITE 200
BOULDER, CO 80301

INVOICE #: 38305
INVOICE DATE: 3/19/2020
WELL NAME: Corwin
WELL NUMBER: #8-1
JOB TYPE: Squeeze
KRANK REP: Justin Dascollas
FIELD TICKET #: 4341
CUSTOMER REP: John Willow
START DATE: 3/18/2020
COMPLETION DATE: 3/18/2020
APR: N/A

| | | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SE001 | PUMP CHARGE 4001-4,000' | | | $9,790.00 | HRS | $8,790.00 | 20% | | $9,592.00 |
| 1 | DA001 | DATA ACQUISITION SYSTEM | | | $425.00 | JOB | $425.00 | 25% | | $318.75 |
| 00 | ML001 | PICKUP MILEAGE | | | $169.08 | JOB | $169.08 | 28% | | $122.81 |
| 6 | CH007 | KCL-PILL | | | $2.00 | UNTML | $194.50 | 28% | | $138.89 |
| 60 | RT008 | NOFRA | | | $49.32 | GAL | $231.00 | 28% | | $161.20 |
| 4 | SE008 | PUMP CHARGE ADDITIONAL HOURS | | | $2.07 | LBS | $103.50 | 25% | | $77.60 |
| 4 | SE009 | BULK UNIT ADDITIONAL HOURS | | | $690.00 | UNTHRS | $3,360.00 | 8% | | $2,360.00 |
| TOTAL | | | | | $265.00 | UNTHRS | $1,140.00 | 0% | | $1,140.00 |
| | | | | | | | $13,197.08 | | | $10,840.75 |

Comment Box

Subtotal $10,840.75
(Pickins County MT 0%) Tax
Total Due $10,840.75

# Field Ticket #341

**NexTIER**

Service Location: Williston, ND 58801
Service Address: 4056 144T LN NW Williston, ND 58801
Phone number: 1-701-774-5699

| Field | Value |
|---|---|
| Service Date | 11/16/2020 |
| Customer | Slater Exploration |
| Address | 5680 Field Parkway, Ste 250 |
| | Boulder |
| | 080301 CO |
| Customer Phone | John Valley |
| Customer Phone | 303-382-5663 |

| AFE/Well Type | Squeeze |
| Bottomhole | Justin Beardslee |
| Pump Truck/Unit | CPT003 |
| Well Name | Davis |
| Well Number | BP-1 |
| County/State | McKee County |
| | 58521 MT |
| API# | 77-105-35471-22369 |
| AFE # | |
| Lease No. | 5265-7588-5258 |

| PRODUCT CODE | DESCRIPTION | UM/OF PIECES | UNIT PRICE | QUAN | EXTENDED | DISC% | DISC PRICE | NET |
|---|---|---|---|---|---|---|---|---|
| 3md05 | Pump Charge 5001-6250 +BHS | BHHS | $ 4,793.00 | 4.0 | $3,793.00 | 29% | $3,197.60 | $3,693.00 |
| 3md01 | Dark Acquisition System | AQS | $ 425.00 | 3.0 | $426.00 | 20% | $106.15 | $318.76 |
| 3md29 | SWAGE | AHS | $ 163.00 | 4.0 | $163.00 | 25% | $40.77 | $122.61 |
| 3md01 | Pump Milage | UNT/MIL | $ 2.05 | 80.0 | $164.50 | 25% | $41.12 | $164.13 |
| 3md07 | KCP-IXL | GAL | $ 42.83 | 8.0 | $370.89 | 29% | $92.40 | $370.89 |
| 3md05 | KCP-IA | LBS | $ 2.07 | 60.0 | $180.30 | 25% | $28.45 | $377.43 |
| 3bd07 | Pump Charge Additional Hours | UNT/HRS | $ 980.00 | 4.0 | $2,980.00 | | | $2,980.00 |
| 3bd04 | Bulk Unit Additional Hours | UNT/HRS | $ 285.00 | 4.0 | $1,140.00 | | | $1,140.00 |

| | | | | | $13,367.38 | | $3,686.52 | $10,580.78 |

Customer Authorized Agent: _[signature]_



INVOICE: 38306

REMIT TO:
NEXTIER COMPLETION SOLUTIONS INC.
(F/K/A KEANE FRAC, LP)
P.O BOX 783494
DALLAS, TX 75373

BILL TO:
SKLAR EXPLORATION CO, LLC
5395 PEARL PKWY SUITE 200
BOULDER, CO 80301

INVOICE #: 38306
INVOICE DATE: 3/17/2020
WELL NAME: Corsic
WELL NUMBER: 63-1
JOB TYPE: Squeeze
KEANE REP: Justin Dustefjes
FIELD TICKET #: 4342
CUSTOMER REP: John Vickion
START DATE: 3/17/2020
COMPLETION DATE: 3/17/2020
Area: N/A

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | XSC004 | PUMP CHARGE 3001-4,000' | | $8,790.00 | HRS | $8,790.00 | 25% | $8,592.50 |
| 1 | DA5001 | DATA ACQUISITION SYSTEM | | $455.00 | JOB | $455.00 | 25% | $340.75 |
| 1 | MSC002 | SWAGE | | $163.00 | JOB | $163.00 | 25% | $122.31 |
| 96 | MLC001 | PICKUP MILEAGE | | $2.00 | LNTML | $164.60 | 25% | $135.30 |
| 60 | RC0000 | KOR-1A | | $6.97 | LBS. | $103.60 | 25% | $77.83 |
| 5 | CCM007 | KCPP-9L | | $40.32 | GAL | $201.60 | 20% | $151.20 |
| 7 | SBC002 | PUMP CHARGE ADDITIONAL HOURS | | $600.00 | LNTHRS | $4,180.00 | 0% | $4,180.00 |
| 7 | SBC001 | BULK UNIT ADDITIONAL HOURS | | $285.00 | LNTHRS | $1,995.00 | 0% | $1,995.00 |
| 1 | INT000 | WINTER SURCHARGE | | $650.00 | EACH | $650.00 | 0% | $650.00 |
| TOTAL | | | | | | $16,842.65 | | $14,178.78 |

Subtotal $14,973.78
(Phillips County MT 5%) Tax
Total Due $14,178.78

Comment box

# Field Ticket #342

**NexTiER**

Service Location: Watford, ND 58801
Service Address: 13388 144Y LN NW Williston, ND 58801
Phone number: 1-701-774-4096

| | |
|---|---|
| Service Date: 10/27/2020 | 1-Job: 20705 Squeeze |
| Customer: Oasis Petroleum | Representative: Justin Duvelius |
| Address: Solid Fuel Parkway, Ste 200 | Pumper/Truck: BP7005 |
| City: Boulder | |
| $140.00 each | Location: Williams County |
| Customer Name: John Miller | State: NC |
| Phone: 303-292-8888 | ID #: 45-097-80888 |
| | AFE #: |
| | 23-PH-H REC5-7504-4255 |

| PRODUCT CODE | DESCRIPTION | UOF NEAS. | UNIT PRICE | | QUAN. | SUBTOTAL | DISC% | Disc Amt | NET |
|---|---|---|---|---|---|---|---|---|---|
| | Pump Charge 3061+4000' +dies | 94445 | $ | 8,760.00 | 1.0 | $8,760.00 | 25% | $2,197.50 | $6,562.50 |
| | Drop Annulation System | LGH | $ | 493.00 | 1.0 | $493.00 | 25% | $100.36 | $314.35 |
| | SWAGE | LK3 | $ | 183.08 | 1.0 | $183.08 | 25% | $45.77 | $132.31 |
| | Flange 3Basko | LATERAL | $ | 2.83 | 240.0 | $704.50 | 25% | $246.42 | $343.38 |
| | KCI+VA | LBK | $ | 2.07 | 50.0 | $103.50 | 25% | $25.88 | $77.63 |
| | KOFPBL | BFL | $ | 80.82 | 8.0 | $261.80 | 25% | $90.80 | $651.39 |
| | Pump Charge Additional Hours | UNITHRS | $ | 698.00 | 7.0 | $4,130.00 | | | $4,130.00 |
| | Rent LBR Additional Hours | UNITHRS | $ | 256.00 | 7.0 | $3,936.00 | | | $3,936.00 |
| | Wilson Seminar | EACH | $ | 590.00 | 1.0 | $590.00 | | | $590.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $16,643.60 | | $2,666.52 | $17,175.23 |

Customer Authorized Agent: _____

# NEXTIER

INVOICE: 38308

REMIT TO:
NEXTIER COMPLETION SOLUTIONS INC.
(F/K/A KEANE FRAQ, LP)
P.O BOX 733434
DALLAS, TX 75373

BILL TO:
SOLAR EXPLORATION CO, LLC
5395 PEARL PKWY SUITE 200
BOULDER, CO 80301

INVOICE #: 38308
INVOICE DATE: 3/13/2020
WELL NAME: Corwin
WELL NUMBER: 26-1
JOB TYPE: Squeeze
KEANE REP: Justin Dusselier
FIELD TICKET #: 4561
CUSTOMER REP: John Walliser
START DATE: 3/14/2020
COMPLETION DATE: 3/14/2020
AFE: N/A

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SEC003 | PUMP CHARGE 2001-8,000' | | | $8,026.00 | NRS | $8,026.00 | 28% | $5,486.76 |
| 1 | DS5001 | DATA ACQUISITION SYSTEM | | | $425.00 | JOB | $425.00 | 25% | $318.75 |
| 90 | GL0001 | PICKUP MILEAGE | | | $103.08 | JOB | $163.08 | 25% | $122.34 |
| 80 | GL0025 | KCR-1A | | | $2.07 | UNTML | $104.60 | 20% | $133.50 |
| 1 | GL0033 | WINTER SURCHARGE | | | $2.07 | LBS | $103.50 | 25% | $77.63 |
| 2 | SEC009 | PUMP CHARGE ADDITIONAL HOURS | | | $850.00 | EACH | $850.00 | 0% | $850.00 |
| 2 | SEC001 | BULK UNIT ADDITIONAL HOURS | | | $550.00 | UNTHRS | $1,100.00 | 5% | $1,180.00 |
| | | | | | $295.00 | UNTHRS | $590.00 | 0% | $570.00 |
| **TOTAL** | | | | | | | **$11,961.03** | | **$8,628.01** |

Comment box

Subtotal     $8,628.01
(Phillips County MT 0%) Tax
Total Due     $8,628.01



## Field Ticket 4351

Service Location: Williston, ND 58801
Service Address: QEPS 14 TT LR Roy Williston, ND 58801
Phone number: 1-701-774-0103

| | |
|---|---|
| Job Type | Swanns |
| Customer | Coats Position |
| Salesperson | Crowe |

Customer Deck
Distributor
Address: Rost Feed Fellows, Ste 500
City: Bozeman
State: MT
Customer item: John Volker
Phone: 406-522-8228

| Well Number 1 | Coats |
| Well Number 2 | S-1 |
| County | Petite County |
| County | State MT |
| | Bozeman MT |
| | 406-522-8228 |
| | AFE # 35477-00339 |

| PRODUCT CODE | DESCRIPTION | # OF MEN | UNIT PRICE | QUAN | GROSS | DISC % | Ext Amt | NET |
|---|---|---|---|---|---|---|---|---|
| | Pump Charge 2001-2500' Units | $ | $8,925.00 | 1.0 | $8,925.00 | 25% | $2,276.25 | $6,648.75 |
| | Setup/Installation Service | $ | $495.00 | 1.0 | $495.00 | 25% | $109.35 | $385.75 |
| | Charge | $ | $65.00 | 10 | $650.00 | 25% | $143.17 | $422.57 |
| | Pump Mileage | $ | $5.01 | 60.0 | $350.00 | 25% | $45.15 | $135.53 |
| | KOH-A | $ | $2.17 | 60.0 | $80.00 | 25% | $23.28 | $57.63 |
| | Water Surcharge | $ | $650.00 | 1.0 | $650.00 | | | $650.00 |
| | Pump Charge Additional Hours | $ | $590.00 | 2.0 | $1,180.00 | | | $1,180.00 |
| | Gun Unit Additional Hours | $ | $285.00 | 2.0 | $570.00 | | | $570.00 |
| | | | | | $11,620.00 | | $2,272.27 | $9,530.31 |

Customer Authorized Agent _____