# EXHIBIT B



INVOICE: 38308

**REMIT TO:**
NEXTIER COMPLETION SOLUTIONS INC.
(F/K/A KEANE FRAC, LP)
P.O BOX 733404
DALLAS, TX 75373

INVOICE #: 38308
INVOICE DATE: 3/16/2020
WELL NAME: Corwin
WELL NUMBER: 85-4
JOB TYPE: Squeeze
KEANE REP: Justin Dusseljee
FIELD TICKET #: 4361
CUSTOMER REP: John Whitlow
START DATE: 3/16/2020
COMPLETION DATE: 3/16/2020
AFE: N/A

**BILL TO:**
SKLAR EXPLORATION CO, LLC
5395 PEARL PKWY SUITE 200
BOULDER, CO 80301

| QTY | CODE | DESCRIPTION | RATE | UOM | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | BSC003 | PUMP CHARGE 2001-3,000' | $8,625.00 | HRS | $8,625.00 | 25% | $6,468.75 |
| 1 | DAS001 | DATA ACQUISITION SYSTEM | $425.00 | JOB | $425.00 | 25% | $318.75 |
| 1 | MSC029 | SWAGE | $163.08 | JOB | $163.08 | 25% | $122.31 |
| 90 | MLC003 | PICKUP MILEAGE | $2.05 | UNT ML | $184.50 | 25% | $138.38 |
| 500 | BTD003 | KCR-1A | $0.207 | LBS | $103.50 | 25% | $77.63 |
| 1 | BVTR00 | WINTER SURCHARGE | $650.00 | EACH | $650.00 | 0% | $650.00 |
| 2 | BSC000 | PUMP CHARGE ADDITIONAL HOURS | $590.00 | UNTHRS | $1,180.00 | 0% | $1,180.00 |
| 2 | BSC001 | BULK UNIT ADDITIONAL HOURS | $285.00 | UNTHRS | $570.00 | 0% | $570.00 |
| TOTAL | | | | | $11,901.08 | | $9,525.01 |

Comment box

Subtotal $9,525.01
(Phillips County SIT 0%) Tax
Total Due $9,525.01

35308

# Field Ticket: 4351

**Service Location:** Williston, ND 58801
**Service Address:** 9595 141T 1st RMT Williston, ND 58801
**Phone number:** 1-701-775-8889

**NexTier**

| | |
|---|---|
| Service Date | 07/12/20 |
| Customer | Star Exploration |
| Address | 1585 West Deloras, Ste 250 |
| City | Boulder |
| St | CO 80301 |
| Customer REP | John Vratny |
| Phone# | 303-482-5523 |

| | |
|---|---|
| Job Type | Squeeze |
| Supervisor | Justin Overling |
| Pump-Truck# | GetFord |

| | |
|---|---|
| Well Name | Candia |
| Well Number | 5-1 |
| County | Phillips County |
| State | MT |
| API# | 20-071-22839 |
| AFE# | |
| Location | LGQ463 RSDS - TSDAR33E |



| PRODUCT CODE | DESCRIPTION | UOM/MEAS | UNIT PRICE | QTY | EXT COST | DISC% | Disc Amt | NET |
|---|---|---|---|---|---|---|---|---|
| rb-dbe | Pump Charge 2201-3000 - 6hrs | 24HRS | $ 1,625.00 | 1.0 | $8,625.00 | 25% | $2,166.25 | $6,468.75 |
| desinry | Batz Acidization System | JOB | 435.00 | 1.0 | $435.00 | 25% | $108.75 | $328.75 |
| mse298 | SWAGE | JOB | 153.03 | 1.0 | $163.03 | 25% | $40.77 | $122.31 |
| mhd201 | F-drop Mileage | MI | 2.03 | 30.0 | $324.50 | 25% | $46.15 | $138.35 |
| mc005 | KCIR-14 | LBS | 2.07 | 50.0 | $103.50 | 25% | $25.88 | $77.63 |
| mhd05 | Water Surcharge | EACH | 660.00 | 1.0 | $660.00 | | | $660.00 |
| sac300 | Pump Charge Additional Hours | UNTRS | 680.03 | 2.0 | $1,180.09 | | | $1,180.09 |
| sbc001 | Bulk Unit Additional Hours | UNTRS | 285.40 | 2.0 | $570.00 | | | $570.00 |

| | | | | | $11,901.06 | | $2,378.27 | $9,525.81 |

Customer Authorized Agent: _[signature]_

# Invoice
## NEXTIER

NexTier Completion Solutions
3990 Rogerdale Rd.
Houston TX 77042

Bill To: SKLAR EXPLORATION CO, LLC
401 EDWARDS ST, STE 1601
SHREVEPORT LA US 71101
Attn:

| Invoice Number: | 90079456 |
|---|---|
| Purchase order no: | |
| Invoice Date: | 03/13/2020 |
| Field Ticket Number: | TAC4427C9D6 |
| Service Date: | 03/11/2020 |
| Well: | 1 |
| Lease: | CEDAR CREEK LAND & TIMBER 3 |
| County: | CONECUH |
| State: | AL |

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 20 | 50000944 | 1-3/4" CTU 8 HR MIN 0-3500 PSI | 1 | N | EA | $14,000.00 | 60.00 % | $5,600.00 |
| 30 | 50000948 | 1-3/4" CTU HRLY CHRG 0-3500 PSI | 5 | N | HR | $1,700.00 | 60.00 % | $3,400.00 |
| 40 | 50000840 | 50 TON CRANE UNIT - ADD HRS | 5 | N | HR | $312.50 | 60.00 % | $625.00 |
| 50 | 50001060 | HYDRAULIC STRIPPER RUBBER INSERT | 1 | N | EA | $415.00 | 50.00 % | $207.50 |
| 60 | 50001059 | B.O.P. REDRESS/PER B.O.P. | 1 | N | EA | $2,750.00 | 65.00 % | $962.50 |
| 70 | 50001086 | MOBILIZATION OVERWEIGHT PERMITS | 2 | N | EA | $450.00 | 0.00 % | $900.00 |
| 80 | 50001073 | DATA AQUISTION | 1 | N | DAY | $1,500.00 | 72.00 % | $420.00 |
| 90 | 50001070 | HIGH VELOCITY WASH NOZZLE | 1 | N | DAY | $1,200.00 | 60.00 % | $480.00 |
| 100 | 50001068 | BACK PRESSURE VALVE | 1 | N | DAY | $450.00 | 60.00 % | $180.00 |
| 110 | 50000886 | MOBILIZATION AUTO / CREW TRUCK | 300 | N | EA | $4.10 | 55.00 % | $553.50 |
| 120 | 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 900 | N | EA | $6.50 | 55.00 % | $2,632.50 |
| 130 | 50000884 | MOBILIZATION BOBTAIL UNIT | 300 | N | EA | $5.00 | 55.00 % | $675.00 |
| 140 | 50000883 | MOB TRACTOR / TRAILER (> 80,000 LBS) | 600 | N | EA | $8.00 | 55.00 % | $2,160.00 |
| 150 | 10004638 | NITROGEN BULK | 3,940 | N | SCF | $4.75 | 70.00 % | $5,614.50 |
| 160 | 50000889 | ACID TRANSPORT | 4 | N | HR | $235.00 | 55.00 % | $423.00 |
| 170 | 50002116 | Safety Shower & Eye Wash Station (OSHA R | 1 | N | EA | $250.00 | 0.00 % | $250.00 |
| 180 | 10004506 | CHEM ACID 15% HCL HC-15 CJ9115 | 2,700 | N | GAL | $4.30 | 64.00 % | $4,179.60 |
| 190 | 10004490 | CHEM CORROSION INHIBIT ACID CI-3 CJ9203 | 74 | N | GAL | $210.00 | 68.00 % | $4,972.80 |
| 200 | 10010110 | CHEM CORROSION INHIBITOR AI-F | 108 | N | GAL | $70.55 | 68.00 % | $2,438.21 |
| 210 | 10004890 | CHEM H2S SCAVENGER HS-1 | 27 | N | GAL | $51.50 | 60.00 % | $556.20 |
| 220 | 10004526 | CHEM AGENT IRON SEQ CITRIC ACID CA-2 | 27 | N | GAL | $62.65 | 68.00 % | $541.30 |
| 230 | 10004484 | CHEM SURFACTANT DEMUL NON-IONIC SU-2 | 11 | N | GAL | $108.45 | 68.00 % | $381.74 |
| 240 | 50000839 | 50 TON CRANE UNIT - 8 HR MINIMUM | 1 | N | EA | $2,500.00 | 60.00 % | $1,000.00 |
| 250 | 50000960 | 1-3/4" FTGE CHRG 0-3500 PSI | 11,680 | N | FT | $1.15 | 65.00 % | $4,701.20 |

Page 1 of 2

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Invoice Number: | | 90079456 |
| | | | | | | Invoice Date: | | 03/13/2020 |

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 260 | 50000967 | 1-3/4" ABR/CORR FTG CHRG 0-3500 PSI | 11,680 | N | FT | $0.95 | 70.00 % | $3,328.80 |
| 270 | 50001241 | DFP W CENT 1330HHP OR EQ ADD HR0-3500PSI | 5 | N | HR | $500.00 | 60.00 % | $1,000.00 |
| 280 | 50001237 | DFP W CEN 1330HHP OR EQ 8HR MIN0-3500PSI | 1 | N | EA | $4,000.00 | 60.00 % | $1,600.00 |
| 290 | 50001140 | NU 0-3000 SCF/MIN ADD HR 0-3500PSI | 5 | N | HR | $368.75 | 60.00 % | $737.50 |
| 300 | 50001137 | NU 0-3000 SCF/MIN 8HR MIN 0-3500PSI | 1 | N | EA | $2,950.00 | 60.00 % | $1,180.00 |
| 310 | 10010117 | CHEM GLYCOL ETHER | 68 | N | GAL | $79.55 | 68.00 % | $1,731.01 |
| 320 | 10010129 | CHEM CORROSION INHIBITOR XC PROTECTANT | 5 | N | GAL | $56.00 | 60.00 % | $112.00 |
| 330 | 10004873 | CHEM SODA ASH CJ796 | 100 | N | LB | $1.60 | 60.00 % | $64.00 |
| 340 | 50007159 | CHEM AGENT IRON SEQ (CA-5 CJ209) | 27 | N | EA | $26.40 | 0.00 % | $712.80 |
| 350 | 50001151 | NITROGEN TRANSPORT | 8 | N | EA | $190.00 | 45.00 % | $836.00 |
| 360 | 50000880 | SUBSISTANCE | 7 | N | EA | $250.00 | 40.00 % | $1,050.00 |
| 370 | 50000872 | FIELD SUPERVISOR | 2 | N | EA | $2,500.00 | 80.00 % | $1,000.00 |

Remit To:
NexTier Completion Solutions
P.O. Box 733404
Dallas, TX 75373-3404

Payment Terms: Up to 04/12/2020 without deduction

District:   Laurel MS Coiled Tubing

Service Line:   Coiled Tubing

| | |
|---|---|
| Invoice Subtotal | $57,206.66 |
| Total Freight | $0.00 |
| Taxable | $0.00 |
| Total Tax | $0.00 |
| Total | $57,206.66 |

# NexTier

| | | | | |
|---|---|---|---|---|
| **Customer:** | SKLAR EXPLORATION CO, LLC | | **Field Ticket No:** | T-AC4-427-C9D6 |
| **Customer Field Rep:** | Mr. John G. Vittitow | | **Service District:** | Laurel, MS |
| **Well Name:** | CEDAR CREEK LAND & TIMBER 35-13 #1 - 1 | | **Service Line:** | Coiled Tubing |
| **Field:** | | | **Date:** | 03/11/20 |
| **County, State:** | CONECUH, AL | | **Sales Representative:** | Shane J Fortenberry |
| **API Number:** | 0103520345 | | **District Representative:** | David Clinton Welborn |
| **Job Type:** | CT-ACID MATRIX | | **C&J Field Representative:** | Brandon Giovengo |
| **CT Unit:** | CTU-17 | | | |

## Equipment/Services Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50000944 | 1-3/4 CTU 8 HR MIN 0-3500 PSI | 1 | $14,000.00 | EA | 60.00% | $5,600.00 | $5,600.00 |
| 50000960 | 1-3/4 FTGE CHRG 0-3500 PSI | 11680 | $1.15 | ft | 65.00% | $0.40 | $4,701.20 |
| 50000948 | 1-3/4 CTU HRLY CHRG 0-3500 PSI | 5 | $1,700.00 | hrs | 60.00% | $680.00 | $3,400.00 |
| 50000967 | 1-3/4 ABR/CORR FTG CHRG 0-3500 PSI | 11680 | $0.95 | ft | 70.00% | $0.28 | $3,328.80 |
| 50000885 | MOB TRACTOR / TRAILER (< 80;000 LBS) | 900 | $6.50 | EA | 55.00% | $2.93 | $2,632.50 |
| 50000883 | MOB TRACTOR / TRAILER (> 80;000 LBS) | 600 | $8.00 | EA | 55.00% | $3.60 | $2,160.00 |
| 50001297 | DFP W CEN 1330HHP OR EQ 8HR MIN 0-3500PSI | 1 | $4,000.00 | EA | 60.00% | $1,600.00 | $1,600.00 |
| 50001137 | NU 0-3000 SCF/MIN 8HR MIN 0-3500PSI | 1 | $2,950.00 | EA | 60.00% | $1,180.00 | $1,180.00 |
| 50000860 | SUBSISTANCE | 7 | $250.00 | EA | 40.00% | $150.00 | $1,050.00 |
| 50000872 | FIELD SUPERVISOR | 2 | $2,500.00 | EA | 80.00% | $500.00 | $1,000.00 |
| 50001241 | DFP W CENT 1330HHP OR EQ ADD HR 0-3500PSI | 5 | $500.00 | hrs | 60.00% | $200.00 | $1,000.00 |
| 50000839 | 50 TON CRANE UNIT - 8 HR MINIMUM | 1 | $2,500.00 | EA | 60.00% | $1,000.00 | $1,000.00 |
| 50001059 | B.O.P. REDRESS/PER B.O.P. | 1 | $2,750.00 | EA | 65.00% | $962.50 | $962.50 |
| 50001151 | NITROGEN TRANSPORT | 8 | $190.00 | EA | 45.00% | $104.50 | $836.00 |
| 50001140 | NU 0-3000 SCF/MIN ADD HR 0-3500PSI | 5 | $368.75 | hrs | 60.00% | $147.50 | $737.50 |
| 50000884 | MOBILIZATION BOBTAIL UNIT | 300 | $5.00 | EA | 55.00% | $2.25 | $675.00 |
| 50000840 | 50 TON CRANE UNIT - ADD HRS | 5 | $312.50 | hrs | 60.00% | $125.00 | $625.00 |
| 50000886 | MOBILIZATION AUTO / CREW TRUCK | 300 | $4.10 | EA | 55.00% | $1.85 | $553.50 |
| 50001070 | HIGH VELOCITY WASH NOZZLE | 1 | $1,200.00 | Days | 60.00% | $480.00 | $480.00 |

Confidential
J-3307
20107312
7000100606
25010939

Ticket Tracking #: T-AC4-427-C9D6

1

# NexTier

### Equipment/Services Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50000889 | ACID TRANSPORT | 4 | $235.00 | hrs | 55.00% | $105.75 | $423.00 |
| 50001073 | DATA AQUISTION | 1 | $1,500.00 | Days | 72.00% | $420.00 | $420.00 |
| 50001060 | HYDRAULIC STRIPPER RUBBER INSERT | 1 | $415.00 | EA | 50.00% | $207.50 | $207.50 |
| 50001068 | BACK PRESSURE VALVE | 1 | $450.00 | Days | 60.00% | $180.00 | $180.00 |
| | | | | | | Subtotal: | $34,782.50 |

### 3rd Party/Pass Through/Miscellaneous Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50001086 | MOBILIZATION OVERWEIGHT PERMITS | 2 | $450.00 | EA | 0.00% | $450.00 | $900.00 |
| 50002116 | CHEM AGENT IRON SEQ ICA-5 CJ209 | 27 | $26.40 | EA | 0.00% | $26.40 | $712.80 |
| 50002116 | Safety Shower & Eye Wash Station (OSHA Required) | 1 | $250.00 | EA | 0.00% | $250.00 | $250.00 |
| | | | | | | Subtotal: | $1,862.80 |

### Nitrogen/Acid/Products/Pipe Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 10004638 | NITROGEN BULK | 3940 | $4.75 | scf | 70.00% | $1.42 | $5,614.50 |
| 10004490 | CHEM CORROSION INHIBITOR ACID CI-3 CJ920 | 74 | $210.00 | gal US | 68.00% | $67.20 | $4,972.80 |
| 10004506 | CHEM ACID 15% HCL HC-15 CJ9115 | 2700 | $4.30 | gal US | 64.00% | $1.55 | $4,179.60 |
| 10010110 | CHEM CORROSION INHIBITOR AI-F | 108 | $70.55 | gal US | 68.00% | $22.58 | $2,438.21 |
| 10010117 | CHEM GLYCOL ETHER | 68 | $79.55 | gal US | 68.00% | $25.46 | $1,731.01 |
| 10004890 | CHEM H2S SCAVENGER HS-1 | 27 | $51.50 | gal US | 60.00% | $20.60 | $556.20 |
| 10004526 | CHEM AGENT IRON SEQ CITRIC ACID ICA-2 | 27 | $62.65 | gal US | 68.00% | $20.05 | $541.30 |
| 10004484 | CHEM SURFACTANT DEMUL NON-IONIC SU-2 | 11 | $108.45 | gal US | 68.00% | $34.70 | $381.74 |
| 10010129 | CHEM CORROSION INHIBITOR XC PROTECTANT | 5 | $56.00 | gal US | 60.00% | $22.40 | $112.00 |
| 10004873 | CHEM SODA ASH CJ796 | 100 | $1.60 | lb | 60.00% | $0.64 | $64.00 |
| | | | | | | Subtotal: | $20,591.36 |

| | |
|---|---|
| Discounted Total Estimated Charges | $57,206.66 |

This is a cost estimate only. Actual charges are to based on equipment, chemicals, materials, and personnel required to complete the job. Amounts quoted herein do not reflect any applicable sales, use, excise, well services, gross receipts or other taxes, which shall be included on the final invoice for the job. The undersigned hereby acknowledges that, in the absence of a signed Master Service Agreement or a similar, mutually-executed contract, all services and goods provided by C&J Spec-Rent Services, Inc. (including its affiliates, "C&J") to the undersigned are subject to C&J's Standard Terms & Conditions, which may be viewed in their entirety at

https://cjenergy.com/resources/contractors-standard-terms-conditions/.

**NexTier**

03/11/20

Customer Representative / Date
**Kenny Copeland**
Customer Printed Name

# Invoice
# NexTier

NexTier Completion Solutions
3990 Rogerdale Rd.
Houston TX 77042

| Invoice Number: | 90079465 |
|---|---|
| Purchase order no: | |
| Invoice Date: | 03/13/2020 |
| Field Ticket Number: | T33D44FA170 |
| Service Date: | 03/12/2020 |
| Well: | #1 WI |
| Lease: | CRAFT-RALLS 5-8 #1 - #1 WI |
| County: | CONECUH |
| State: | AL |

Bill To: SKLAR EXPLORATION CO, LLC
401 EDWARDS ST, STE 1601
SHREVEPORT LA US 71101

Attn:

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 20 | 50001137 | NU 0-3000 SCF/MIN 8HR MIN 0-3500PSI | 1 | N | EA | $2,950.00 | 60.00 % | $1,180.00 |
| 30 | 10004638 | NITROGEN BULK | 550 | N | SCF | $4.75 | 70.00 % | $783.75 |
| 40 | 50000880 | SUBSISTANCE | 2 | N | EA | $250.00 | 40.00 % | $300.00 |
| 50 | 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 25 | N | EA | $6.50 | 55.00 % | $73.13 |
| 60 | 50000886 | MOBILIZATION AUTO / CREW TRUCK | 50 | N | EA | $4.10 | 55.00 % | $92.25 |
| 70 | 50000872 | FIELD SUPERVISOR | 1 | N | EA | $2,500.00 | 80.00 % | $500.00 |

Remit To:
NexTier Completion Solutions
P.O. Box 733404
Dallas, TX 75373-3404

Payment Terms: Up to 04/12/2020 without deduction

District: Laurel MS Coiled Tubing
Service Line: Coiled Tubing

| Invoice Subtotal | $2,929.13 |
|---|---|
| Total Freight | $0.00 |
| Taxable | $0.00 |
| Total Tax | $0.00 |
| Total | $2,929.13 |

# NexTier

| | | | |
|---|---|---|---|
| **Customer:** | SKLAR EXPLORATION CO, LLC | **Field Ticket No:** | T-33D-44F-A170 |
| **Customer Field Rep:** | | **Service District:** | Laurel, MS |
| **Well Name:** | CRAFT-RALLS 5-8 #1 - #1 WI | **Service Line:** | Coiled Tubing |
| **Field:** | | **Date:** | 03/12/20 |
| **County, State:** | CONECUH, AL | **Sales Representative:** | Kevin Andrew Gooch |
| **API Number:** | 0103520159 | **District Representative:** | Shane J Fortenberry |
| **Job Type:** | CT-N2 ONLY(WELL) | **C&J Field Representative:** | Brandon Glovengo |
| **CT Unit:** | CT-PUMPS ONLY | | |

### Equipment/Services Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50001137 | NU 0-3000 SCF/MIN 8HR MIN 0-3500PSI | 1 | $2,950.00 | EA | 60.00% | $1,180.00 | $1,180.00 |
| 50000872 | FIELD SUPERVISOR | 1 | $2,500.00 | EA | 80.00% | $500.00 | $500.00 |
| 50000880 | SUBSISTANCE | 2 | $250.00 | EA | 40.00% | $150.00 | $300.00 |
| 50000886 | MOBILIZATION AUTO / CREW TRUCK | 50 | $4.10 | EA | 55.00% | $1.85 | $92.25 |
| 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 25 | $6.50 | EA | 55.00% | $2.93 | $73.13 |
| | | | | | | **Subtotal:** | **$2,145.38** |

### Nitrogen/Acid/Products/Pipe Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 10004638 | NITROGEN BULK | 550 | $4.75 | scf | 70.00% | $1.42 | $783.75 |
| | | | | | | **Subtotal:** | **$783.75** |

**Discounted Total Estimated Charges** | **$2,929.13**

This is a cost estimate only. Actual charges are to based on equipment, chemicals, materials, and personnel required to complete the job. Amounts quoted herein do not reflect any applicable sales, use, excise, well services, gross receipts or other taxes, which shall be included on the final invoice for the job. The undersigned hereby acknowledges that, in the absence of a signed Master Service Agreement or a similar, mutually-executed contract, all services and goods provided by C&J Spec-Rent Services, Inc. (including its affiliates, "C&J") to the undersigned are subject to C&J's Standard Terms & Conditions, which may be viewed in their entirety at
https://cjenergy.com/resources/contractors-standard-terms-conditions/.

J-3549
20107339
7000100816
25010940

_signature_ 3/12/20    03/12/20

Customer Representative    Date

**Kenny Copeland**
Customer Printed Name

NexTier Completion Solutions
3990 Rogerdale Rd.
Houston TX 77042

# Invoice
# NEXTIER

| Invoice Number: | 90081582 |
|---|---|
| Purchase order no: | 25011083 |
| Invoice Date: | 03/20/2020 |
| Field Ticket Number: | T4D4503C9C8 |
| Service Date: | 03/14/2020 |
| Well: | 1 |
| Lease: | THOMASSON 33-12 #1 - 1 |
| County: | CONECUH |
| State: | AL |

Bill To: SKLAR EXPLORATION CO, LLC
401 EDWARDS ST, STE 1601
SHREVEPORT LA US 71101
Attn:

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 20 | 50000944 | 1-3/4" CTU 8 HR MIN 0-3500 PSI | 1 | N | EA | $14,000.00 | 60.00% | $5,600.00 |
| 30 | 50000948 | 1-3/4" CTU HRLY CHRG 0-3500 PSI | 5 | N | HR | $1,700.00 | 60.00% | $3,400.00 |
| 40 | 50000840 | 50 TON CRANE UNIT - ADD HRS | 5 | N | HR | $312.50 | 60.00% | $625.00 |
| 50 | 50001060 | HYDRAULIC STRIPPER RUBBER INSERT | 1 | N | EA | $415.00 | 50.00% | $207.50 |
| 60 | 50001059 | B.O.P. REDRESS/PER B.O.P. | 1 | N | EA | $2,750.00 | 65.00% | $962.50 |
| 70 | 50001073 | DATA AQUISTION | 1 | N | DAY | $1,500.00 | 72.00% | $420.00 |
| 80 | 50001070 | HIGH VELOCITY WASH NOZZLE | 1 | N | DAY | $1,200.00 | 60.00% | $480.00 |
| 90 | 50001068 | BACK PRESSURE VALVE | 1 | N | DAY | $450.00 | 60.00% | $180.00 |
| 100 | 50000886 | MOBILIZATION AUTO / CREW TRUCK | 300 | N | EA | $4.10 | 55.00% | $553.50 |
| 110 | 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 600 | N | EA | $6.50 | 55.00% | $1,755.00 |
| 120 | 10004638 | NITROGEN BULK | 4,020 | N | SCF | $4.75 | 70.00% | $5,728.50 |
| 130 | 50000889 | ACID TRANSPORT | 8 | N | HR | $235.00 | 55.00% | $846.00 |
| 140 | 50002116 | Safety Shower & Eye Wash Station (OSHA R | 1 | N | EA | $250.00 | 0.00% | $250.00 |
| 150 | 10004506 | CHEM ACID 15% HCL HC-15 CJ9115 | 4,000 | N | GAL | $4.30 | 64.00% | $6,192.00 |
| 160 | 10004490 | CHEM CORROSION INHIBIT ACID CI-3 CJ9203 | 110 | N | GAL | $210.00 | 68.00% | $7,392.00 |
| 170 | 10010110 | CHEM CORROSION INHIBITOR AI-F | 160 | N | GAL | $70.55 | 68.00% | $3,612.16 |
| 180 | 10004890 | CHEM H2S SCAVENGER HS-1 | 40 | N | GAL | $51.50 | 60.00% | $824.00 |
| 190 | 10004526 | CHEM AGENT IRON SEQ CITRIC ACID ICA-2 | 40 | N | GAL | $62.65 | 68.00% | $801.92 |
| 200 | 10004484 | CHEM SURFACTANT DEMUL NON-IONIC SU-2 | 16 | N | GAL | $108.45 | 68.00% | $555.26 |
| 210 | 50000839 | 50 TON CRANE UNIT - 8 HR MINIMUM | 1 | N | EA | $2,500.00 | 60.00% | $1,000.00 |
| 220 | 50000960 | 1-3/4" FTGE CHRG 0-3500 PSI | 13,430 | N | FT | $1.15 | 65.00% | $5,405.57 |
| 230 | 50000967 | 1-3/4" ABR/CORR FTG CHRG 0-3500 PSI | 11,730 | N | FT | $0.95 | 70.00% | $3,343.05 |
| 240 | 50001241 | DFP W CENT 1330HHP OR EQ ADD HR0-3500PSI | 5 | N | HR | $500.00 | 60.00% | $1,000.00 |

Page 1 of 2

Invoice Number: 90081582
Invoice Date: 03/20/2020

| Item | Material | Description | Qty | Tax | UOM | UnitPrice | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 250 | 50001237 | DFP W CEN 1330HHP OR EQ 8HR MIN0-3500PSI | 1 | N | EA | $4,000.00 | 60.00 % | $1,600.00 |
| 260 | 50001140 | NU 0-3000 SCF/MIN ADD HR 0-3500PSI | 5 | N | HR | $368.75 | 60.00 % | $737.50 |
| 270 | 50001137 | NU 0-3000 SCF/MIN 8HR MIN 0-3500PSI | 1 | N | EA | $2,950.00 | 60.00 % | $1,180.00 |
| 280 | 10010117 | CHEM GLYCOL ETHER | 100 | N | GAL | $79.55 | 68.00 % | $2,545.60 |
| 290 | 10010129 | CHEM CORROSION INHIBITOR XC PROTECTANT | 5 | N | GAL | $56.00 | 60.00 % | $112.00 |
| 300 | 10004873 | CHEM SODA ASH CJ796 | 100 | N | LB | $1.60 | 60.00 % | $64.00 |
| 310 | 50002116 | CHEM AGENT IRON SEQICA'S CJ209 | 40 | N | EA | $26.40 | 0.00 % | $1,056.00 |
| 320 | 50001151 | NITROGEN TRANSPORT | 8 | N | EA | $190.00 | 45.00 % | $836.00 |
| 330 | 50000880 | SUBSISTANCE | 14 | N | EA | $250.00 | 40.00 % | $2,100.00 |
| 340 | 50000872 | FIELD SUPERVISOR | 2 | N | EA | $2,500.00 | 80.00 % | $1,000.00 |

Remit To:
NexTler Completion Solutions
P.O. Box 733404
Dallas, TX 75373-3404

Payment Terms: Up to 04/19/2020 without deduction

District: Laurel MS Coiled Tubing

Service Line: Coiled Tubing

| | |
|---|---|
| Invoice Subtotal | $62,365.06 |
| Total Freight | $0.00 |
| Taxable | $0.00 |
| Total Tax | $0.00 |
| Total | $62,365.06 |

# NexTier

| | | | | |
|---|---|---|---|---|
| **Customer:** | SKLAR EXPLORATION CO, LLC | | **Field Ticket No:** | T-4D4-503-C9C8 |
| **Customer Field Rep:** | Mr. John G. Vittitow | | **Service District:** | Laurel, MS |
| **Well Name:** | THOMASSON 33-12 #1 - 1 | | **Service Line:** | Coiled Tubing |
| **Field:** | | | **Date:** | 03/14/20 |
| **County, State:** | CONECUH, AL | | **Sales Representative:** | Shane J Fortenberry |
| **API Number:** | 0103520309 | | **District Representative:** | David Clinton Welborn |
| **Job Type:** | CT-ACID MATRIX | | **C&J Field Representative:** | Christopher Green |
| **CT Unit:** | CTU-17 | | | |

## Equipment/Services Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50000944 | 1-3/4 CTU 8 HR MIN 0-3500 PSI | 1 | $14,000.00 | EA | 60.00% | $5,600.00 | $5,600.00 |
| 50000960 | 1-3/4 FTGE CHRG 0-3500 PSI | 13430 | $1.15 | ft | 65.00% | $0.40 | $5,405.58 |
| 50000948 | 1-3/4 CTU HRLY CHRG 0-3500 PSI | 5 | $1,700.00 | hrs | 60.00% | $680.00 | $3,400.00 |
| 50000967 | 1-3/4 ABR/CORR FTG CHRG 0-3500 PSI | 11750 | $0.95 | ft | 70.00% | $0.28 | $3,343.05 |
| 50000880 | SUBSISTANCE | 14 | $250.00 | EA | 40.00% | $150.00 | $2,100.00 |
| 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 600 | $6.50 | EA | 55.00% | $2.93 | $1,755.00 |
| 50001237 | DFP W CEN 1330HHP OR EQ 8HR MIN 0-3500PSI | 1 | $4,000.00 | EA | 60.00% | $1,600.00 | $1,600.00 |
| 50001137 | NU 0-3000 SCF/MIN 8HR MIN 0-3500PSI | 1 | $2,950.00 | EA | 60.00% | $1,180.00 | $1,180.00 |
| 50001241 | DFP W CENT 1330HHP OR EQ ADD HR 0-3500PSI | 5 | $500.00 | hrs | 60.00% | $200.00 | $1,000.00 |
| 50000872 | FIELD SUPERVISOR | 2 | $2,500.00 | EA | 80.00% | $500.00 | $1,000.00 |
| 50000839 | 50 TON CRANE UNIT - 8 HR MINIMUM | 1 | $2,500.00 | EA | 60.00% | $1,000.00 | $1,000.00 |
| 50001059 | B.O.P. REDRESS/PER B.O.P. | 1 | $2,750.00 | EA | 65.00% | $962.50 | $962.50 |
| 50000889 | ACID TRANSPORT | 8 | $235.00 | hrs | 55.00% | $105.75 | $846.00 |
| 50001151 | NITROGEN TRANSPORT | 8 | $190.00 | EA | 45.00% | $104.50 | $836.00 |
| 50001140 | NU 0-3000 SCF/MIN ADD HR 0-3500PSI | 5 | $368.75 | hrs | 60.00% | $147.50 | $737.50 |
| 50000840 | 50 TON CRANE UNIT - ADD HRS | 5 | $312.50 | hrs. | 60.00% | $125.00 | $625.00 |
| 50000886 | MOBILIZATION AUTO / CREW TRUCK | 300 | $4.10 | EA | 55.00% | $1.85 | $553.50 |
| 50001070 | HIGH VELOCITY WASH NOZZLE | 1 | $1,200.00 | Days | 60.00% | $480.00 | $480.00 |
| 50001073 | DATA AQUISTION | 1 | $1,500.00 | Days | 72.00% | $420.00 | $420.00 |
| 50001060 | HYDRAULIC STRIPPER RUBBER INSERT | 1 | $415.00 | EA | 50.00% | $207.50 | $207.50 |

Confidential

J-3248
20108862
7000102215
25011083

Ticket Tracking #: T-4D4-503-C9C8

1

# NexTier

### Equipment/Services Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50001068 | BACK PRESSURE VALVE | 1 | $450.00 | Days | 60.00% | $180.00 | $180.00 |
| | | | | | | Subtotal: | $33,231.63 |

### 3rd Party/Pass Through/Miscellaneous Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50002116 | CHEM AGENT IRON SEQ ICA-5 CJ209 | 40 | $26.40 | EA | 0.00% | $26.40 | $1,056.00 |
| 50002116 | Safety Shower & Eye Wash Station (OSHA Required) | 1 | $250.00 | EA | 0.00% | $250.00 | $250.00 |
| | | | | | | Subtotal: | $1,306.00 |

### Nitrogen/Acid/Products/Pipe Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 10004490 | CHEM CORROSION INHIBITOR ACID CI-3 CJ920 | 110 | $210.00 | gal US | 68.00% | $67.20 | $7,392.00 |
| 10004506 | CHEM ACID 15% HCL HC-15 CJ9115 | 4000 | $4.30 | gal US | 64.00% | $1.55 | $6,192.00 |
| 10004638 | NITROGEN BULK | 4020 | $4.75 | scf | 70.00% | $1.42 | $5,728.50 |
| 10010110 | CHEM CORROSION INHIBITOR AI-F | 160 | $70.55 | gal US | 68.00% | $22.58 | $9,612.16 |
| 10010117 | CHEM GLYCOL ETHER | 100 | $79.55 | gal US | 68.00% | $25.46 | $2,545.60 |
| 10004890 | CHEM H2S SCAVENGER HS-1 | 40 | $51.50 | gal US | 60.00% | $20.60 | $824.00 |
| 10004526 | CHEM AGENT IRON SEQ CITRIC ACID ICA-2 | 40 | $62.65 | gal US | 68.00% | $20.05 | $801.92 |
| 10004484 | CHEM SURFACTANT DEMUL NON-IONIC SU-2 | 16 | $108.45 | gal US | 68.00% | $34.70 | $555.26 |
| 10010129 | CHEM CORROSION INHIBITOR XC PROTECTANT | 5 | $56.00 | gal US | 60.00% | $22.40 | $112.00 |
| 10004873 | CHEM SODA ASH CJ796 | 100 | $1.60 | lb | 60.00% | $0.64 | $64.00 |
| | | | | | | Subtotal: | $27,827.44 |

| | Discounted Total Estimated Charges | $62,365.07 |
|---|---|---|

This is a cost estimate only. Actual charges are to based on equipment, chemicals, materials, and personnel required to complete the job. Amounts quoted herein do not reflect any applicable sales, use, excise, well services, gross receipts or other taxes, which shall be included on the final invoice for the job. The undersigned hereby acknowledges that, in the absence of a signed Master Service Agreement or a similar, mutually-executed contract, all services and goods provided by C&J Spec-Rent Services, Inc. (including its affiliates, "C&J") to the undersigned are subject to C&J's Standard Terms & Conditions, which may be viewed in their entirety at
https://cjenergy.com/resources/contractors-standard-terms-conditions/.

Customer Representative          03/14/20
                                 Date
**KENNY COPELAND**
Customer Printed Name

Confidential                Ticket Tracking #: T-4D4-509-C9CB                2



INVOICE  38304

REMIT TO:
NEXTIER COMPLETION SOLUTIONS INC.
(F/K/A KEANE FRAC, LP)
P.O BOX 733404
DALLAS, TX 75373

BILL TO:
SKLAR EXPLORATION CO, LLC
5395 PEARL PKWY SUITE 200
BOULDER, CO 80301

INVOICE #: 38304
INVOICE DATE: 3/16/2020
WELL NAME: Corwin
WELL NUMBER: #3-4
JOB TYPE: Squeeze
KEANE REP: Justin Dunsdjoe
FIELD TICKET #: 4340
CUSTOMER REP: John Willow
START DATE: 3/16/2020
COMPLETION DATE: 3/16/2020
AFE: N/A

| QTY | CODE | DESCRIPTION | RATE | UOM | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 460 | BC001 | CLASS G | $24.75 | SACK | $11,187.90 | 25% | $8,353.18 |
| 212 | FLA002 | KCFL-44 | $13.99 | LBS | $2,835.68 | 25% | $2,127.42 |
| 88 | COF010 | KOFR-13 | $5.91 | LBS | $520.08 | 25% | $391.20 |
| 45 | RTD010 | KCR-3 | $3.48 | LBS | $158.60 | 25% | $117.45 |
| 460 | ML001 | PICKUP MILEAGE | $2.09 | UNTML | $949.30 | 25% | $718.46 |
| 460 | ML002 | PUMP TRUCK/HEAVY VEHICLE MILEAGE | $6.78 | UNTML | $3,118.80 | 25% | $2,369.13 |
| 0.963 | ML003 | BULK CEMENT DELIVERY/RETURN | $1.85 | TON MILE | $9,403.55 | 25% | $7,052.86 |
| 483 | ML0001 | BULK MATERIAL MIXING SERVICE CHARGE | $2.68 | BCF | $1,100.65 | 25% | $938.49 |
| 1 | ML005 | PERMITS | $115.50 | JOB | $115.50 | 0% | $115.50 |
| TOTAL | | | | | $29,439.42 | | $22,108.44 |

Comment box

Subtotal  $22,108.44
(Phillips County MT 0%) Tax
Total Due  $22,108.44

# Field Ticket 43240

**Service Location:** Williston, ND 58801
**Service Address:** 6725 14TH LN NW Williston, ND 58801
**Phone number:** (406)-774-9189

**Service Date:** 3/15/2020
**Customer:** Sklar Exploration
**Address:** 3825 Peak Parkway Ste 200
**City:** Boulder
**Zip:** 80301
**Cashier/Rep:** John Williams
**Phone:** 303-562-9538

**Job Type:** Squeeze
**Company:** Luflin Drilling
**Pump Truck #:** CRF008

**Well Name:** Carden
**Well Number:** 51-1
**Country:** Phillips County
**State:** MT
**API #:** 25-071-22899
**AFE #:**
**Location:** 85C8- 18294709E

| PRODUCT CODE | DESCRIPTION | U of M BASE | UNIT PRICE | QUAN | GROSS | DISC% | Disc Amt | NET |
|---|---|---|---|---|---|---|---|---|
| BCR01 | Class 'G' | 94 SACK | 24.75 | 190.0 | $11,137.56 | 25% | $2,784.38 | $8,353.13 |
| FLA004 | KCP-2-44 | LBS | 13.38 | 212.1 | $2,839.99 | 25% | $709.14 | $2,127.42 |
| OSP013 | KCPR-13 | LBS | 6.91 | 56.0 | $509.23 | 25% | $127.07 | $381.25 |
| RTD210 | KCR-3 | LBS | 8.49 | 45.0 | $364.60 | 25% | $93.45 | $217.45 |
| FBC004 | Pump Charge 3901-4080' -0hrs | 84HRS | 5,739.60 | | | | | |
| DS5001 | Dare Acceptance System | JOB | 426.00 | | | | | |
| HSC026 | SYSAGE | JOB | 183.45 | | | | | |
| MLC001 | Fridays Mileage | LNTML | 2.06 | 458.0 | $853.30 | 25% | $238.23 | $715.48 |
| MLC002 | Pump Truck/Heavy Vehicle Mileage | LNTML | 6.78 | 458.0 | $3,146.44 | 25% | $786.86 | $2,359.12 |
| MLC003 | Bulk Cement Salesman/Retune | Ten Mile | 1.95 | 5,093.0 | $9,403.66 | 25% | $2,350.89 | $7,052.66 |
| MXC001 | Bulk Material Trucks Service Charge | SCF | 2.57 | 453.0 | $1,180.48 | 25% | $295.15 | $885.49 |
| MLC005 | Fuel Surcharge | JOB | 116.60 | 1.0 | $116.50 | | | $116.50 |
| | | | | | $29,436.42 | | $7,329.68 | $22,106.44 |

**Customer Authorized Agent:** _[signature]_



INVOICE: 38305

REMIT TO:
NEXTIER COMPLETION SOLUTIONS INC.
(FKA/A KEANE FRAC, LP)
P.O BOX 733404
DALLAS, TX 75373

BILL TO:
SKLAR EXPLORATION CO, LLC
5395 PEARL PKWY SUITE 200
BOULDER, CO 80301

INVOICE #: 38305
INVOICE DATE: 3/16/2020
WELL NAME: Corwin
WELL NUMBER: #5-1
JOB TYPE: Squeeze
KEANE REP: Justin Dussaljee
FIELD TICKET #: 4341
CUSTOMER REP: John Whillow
START DATE: 3/16/2020
COMPLETION DATE: 3/16/2020
AFE: N/A

| QTY | CODE | DESCRIPTION | RATE | UOM | AMOUNT | DISC | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | RBC001 | PUMP CHARGE 0001-4,000' | $9,790.00 | HRS | $9,790.00 | 25% | $9,592.50 |
| 1 | D/S001 | DATA ACQUISITION SYSTEM | $425.00 | JOB | $425.00 | 25% | $318.75 |
| 1 | MSC003 | SWAGE | $163.08 | JOB | $163.08 | 25% | $122.31 |
| 90 | MLC001 | PICKUP MILEAGE | $2.05 | UNTML | $184.50 | 25% | $138.30 |
| 8 | CC3007 | KCPP-BL | $49.32 | GAL | $201.60 | 25% | $151.20 |
| 50 | ST6005 | KCR-1A | $2.07 | LBS | $103.50 | 25% | $77.63 |
| 4 | SBC000 | PUMP CHARGE ADDITIONAL HOURS | $590.00 | UNTHRS | $2,360.00 | 0% | $2,360.00 |
| 4 | SSC001 | BULK UNIT ADDITIONAL HOURS | $285.00 | UNTHRS | $1,140.00 | 0% | $1,140.00 |
| TOTAL | | | | | $13,307.68 | | $10,900.76 |

Comment box

Subtotal $10,900.76
(Phillips County MT 0%) Tax
Total Due $10,900.76

58205

# Field Ticket #341

**Service Location:** Williston, ND 58801
**Service address:** 8581 14TH LN NW Williston, ND 58801
**Phone number:** 1-701-774-8689

| | | |
|---|---|---|
| Service Date: | 5/19/2020 | |
| Customer: | Sklar Exploration | |
| Address: | 5395 Peal Parkway, Ste 250 | |
| City: | Boulder | |
| State: | CO | Zip: 80301 |
| Customer Rep: | John Vothry | |
| Phone: | 303-952-8888 | |

**Job Type:** Survey
**Supervisor:** Josh Beadles
**Pump Truck #:** CPF305

**Well Name:** Davis
**Well Number:** 35-1
**County/Parish:** Collier
**State:** AL
**API #:** 25-011-23356
**AFE #:**
**Legal:** SGCC-1531-533E

| Product Code | Description | UOM | Unit Price | Qty | Gross | Disc% | Disc Amt | Net |
|---|---|---|---|---|---|---|---|---|
| 100204 | Pump Charge 3601-4000'- Btus | E-INS | 8,780.00 | 1.0 | $8,780.00 | 25% | $2,197.50 | $6,592.50 |
| 092001 | Data Acquisition - Section | JOB | 435.00 | 1.0 | $435.00 | 25% | $108.75 | $326.25 |
| 099029 | SAVAGE | JOB | 355.08 | 1.0 | $355.08 | 25% | $88.77 | $266.31 |
| 010001 | Pickup Mileage | UP/ML | 2.05 | 80.0 | $164.50 | 25% | $41.13 | $123.38 |
| 020002 | KCFP-SL | GAL | 40.52 | 6.0 | $251.90 | 25% | $62.48 | $189.20 |
| 000035 | KCP-1A | LBS | 2.07 | 50.0 | $103.50 | 25% | $25.88 | $77.63 |
| 010000 | Pump Charge Additional Hours | PUMPHRS | 590.00 | 4.0 | $2,361.00 | | | $2,361.00 |
| 000301 | Bulk Unit Additional Hours | UBLFHRS | 295.00 | 4.0 | $1,540.00 | | | $1,140.00 |

| | | | | | $13,387.96 | | $2,452.92 | $10,908.78 |

Customer Authorized Agent: _[signature]_



INVOICE: 38306

REMIT TO:
NEXTIER COMPLETION SOLUTIONS INC.
(F/K/A KEANE FRAC, LP)
P.O BOX 733404
DALLAS, TX 75373

BILL TO:
SKLAR EXPLORATION CO, LLC
5395 PEARL PKWY SUITE 200
BOULDER, CO 80301

INVOICE #: 38306
INVOICE DATE: 3/17/2020
WELL NAME: Cornin
WELL NUMBER: #5-1
JOB TYPE: Squeeze
KEANE REP: Justin Dussaljee
FIELD TICKET #: 4342
CUSTOMER REP: John Whitlow
START DATE: 3/17/2020
COMPLETION DATE: 3/17/2020
AFE: N/A

| QUANTITY | | DESCRIPTION | | | | | | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | RBC094 | PUMP CHARGE 3001-4,000' | | | $8,790.00 | HRS | | $8,790.00 | 25% | $6,592.50 |
| 1 | DAS001 | DATA ACQUISITION SYSTEM | | | $425.00 | JOB | | $425.00 | 25% | $318.75 |
| 1 | MSC029 | SWAGE | | | $163.08 | JOB | | $163.08 | 25% | $122.31 |
| 90 | MIC001 | RIGKUP MILEAGE | | | $2.05 | UNTML | | $184.50 | 25% | $138.38 |
| 50 | GTO005 | KGR-1A | | | $2.07 | LBS | | $103.50 | 25% | $77.63 |
| 5 | COM007 | KCFP-8L | | | $40.32 | GAL | | $201.60 | 25% | $151.20 |
| 7 | SEC002 | PUMP CHARGE ADDITIONAL HOURS | | | $590.00 | UNTHRS | | $4,130.00 | 0% | $4,130.00 |
| 7 | SEC001 | BULK UNIT ADDITIONAL HOURS | | | $285.00 | UNTHRS | | $1,995.00 | 0% | $1,995.00 |
| 1 | MHTR00 | WINTER SURCHARGE | | | $650.00 | EACH | | $650.00 | 0% | $650.00 |
| TOTAL | | | | | | | | $16,642.68 | | $14,175.76 |

Comment box

Subtotal $14,175.76
(Phillips County MT 0%) Tax
Total Due $14,175.76

# Field Ticket 4342

**NexTier**

Service Location: Watford, ND 58854
Service Address: 5525 144T LN NW Wildleton, ND 58801
Phone Number: 1-734-275-5809

Service Date: 3/17/2020
Customer: Sklar Exploration
Address: 5353 Pearl Parkway, Ste 210
Sklar Buyer
SCoO20TH
Customer Rep: Lonn Wilder
Phone: 918-852-3315

Job Type: Squeeze
Supervisor: Justin Dentine
Pump Provider: GPTons

Well Name: Cotton
Well Number: #5-1
County: Polica County
Basin: NT
API #: 2547 Veskia
APE #:
Legal: SC2- TWN-Rad



| PRODUCT CODE | DESCRIPTION | U OF MEAS | UNIT PRICE | QUAN | GROSS | DISC % | Disc Amt | NET |
|---|---|---|---|---|---|---|---|---|
| 15CP4 | Pump Charge 3001-4000' - 8hrs | HRS | $8,759.00 | 1.0 | $6,759.00 | 25% | $2,167.50 | $6,592.50 |
| Jeb201 | Deg Agmulation System | JOB | $625.00 | 1.0 | $625.00 | 25% | $156.25 | $476.75 |
| rsc029 | EWASE | JOB | $162.08 | 1.0 | $163.08 | 25% | $40.77 | $122.31 |
| rrtc021 | Pickup Wests | UN241 | 2.58 | 50.5 | $159.50 | 25% | $45.43 | $119.38 |
| mrd06 | KCR-1A | LBS | 2.07 | 50.0 | $103.50 | 25% | $25.88 | $77.63 |
| mim007 | KCFP-5L | GAL | 40.82 | 5.0 | $207.00 | 25% | $50.40 | $161.20 |
| Sp-2314 | Pump Charge Additional Hours | HRS | 635.00 | 7.0 | $4,138.00 | 25% | | $4,138.00 |
| SD6001 | Bulk Unit Additional Hours | HRS | 285.00 | 7.0 | $1,595.00 | | | $1,595.00 |
| cb030 | Water Services | EACH | 650.00 | 1.0 | $855.00 | | | $850.00 |
| | | | | | $16,602.58 | | $2,466.32 | $14,176.26 |

Customer Authorized Agent: _____