| Fill in this information to identify your case | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | |
| Debtor 1: | SKLAR EXPLORATION COMPANY, LLC | Case #: 20-12377-EEB |
| | First Name    Middle Name    Last Name | 20-12380-EEB |
| Debtor 2: | SKLARCO, LLC | Chapter: 11 |
| | First Name    Middle Name    Last Name | |

## Local Bankruptcy Form 9013-1.1
## Notice of Motion/Application

**Complete applicable sections.**

### Part 1  Objection Deadline

Objection Deadline:  December 9, 2021.

### Part 2  Notice

NOTICE IS HEREBY GIVEN that NexTier Completion Solutions Inc. (the "Movant"), has filed an Amendment to NexTier Completion Solutions Inc.'s Motion for Order Allowing Administrative Expense Pursuant to 11 U.S.C. § 503(b)(9), (the "Amended Motion"), with the Court and requests the following relief:  **allowance of its administrative expense for goods delivered to Sklar Exploration Company, LLC during the 20-day period immediately preceding April 1, 2020 in the amount of $62,693.34. The Amended Motion was filed solely to correct a typo in Movant's name.**

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

### Part 3  Signature of Movant's Attorney or Movant (if unrepresented)

Dated:  November 18, 2021

By:  ___/s/ Mario A. Lamar_____
         Signature

Bar Number (if applicable):  24095729
Mailing Address:  211 N. Center St., Longview, Texas 75601
Telephone number:  903-212-9300
Facsimile number:  903-212-9301
E-mail address:  mlamar@allenbrysonlaw.com