# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| SKLAR EXPLORATION COMPANY, LLC ) | Case No. 20-12377 EEB |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380 EEB |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | **Jointly Administered** |

## CERTIFICATE OF NON-CONTESTED MATTER AND
## REQUEST FOR ENTRY OF ORDER

### Motion to Allow Administrative Expense Claim
### (Louisiana Tower Operating, LLC)

On October 21, 2021, Louisiana Tower Operating LLC ("Movant"), filed its Motion to Allow Administrative Expense Claim (the "Motion"). Movant hereby represents and shows the court:

1. Movant certifies that service of the Motion, exhibit, and proposed order was timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as shown on the certificate of service filed with the Motion on October 21, 2021.

2. Movant certifies that service of the Notice of the Motion was timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as shown on the certificate of service filed with the Notice on October 21, 2021.

3. No responses to or requests for hearing on the Motion were received by the undersigned, or filed with the Court and docketed in this case by the date designated in the Notice.

4. The docket numbers for each of the following relevant documents are:

    a. the Motion and all documents attached thereto and served therewith, (Docket No. 1482);

      b.    the Notice, (Docket No. 1483); and
      c.    the proposed Order, (Docket No. 1482-2).

WHEREFORE, Movant requests that the Court forthwith enter an order granting the Motion, a form of which was previously submitted. (Order, Docket No. 1482-2)

Dated: November 19, 2021.

**BALLARD SPAHR LLP**

By: */s/ Theodore J. Hartl*
      Theodore J. Hartl , #32409
1225 17th Street, Suite 2300
Denver, CO, 80202-5596
Telephone: (303) 232-2400
Facsimile: (303) 296-3956
Email: hartlt@ballardspahr.com

*Attorneys for Louisiana Tower Operating LLC*