# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930<br><br>    Debtor.<br><br>In re:<br><br>SKLARCO, LLC<br>EIN: 72-1425432<br><br>    Debtor. | )<br>)<br>)  Case No. 20-12377 EEB<br>)  Chapter 11<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 20-12380 EEB<br>)  Chapter 11<br>)<br>)  **Jointly Administered**<br>) |

## ORDER GRANTING
## MOTION TO ALLOW ADMINISTRATIVE EXPENSE CLAIM
### (Louisiana Tower Operating, LLC)

THIS MATTER is before the Court on the Motion to Allow Administrative Expense Claim (the "Motion"), filed by Louisiana Tower Operating LLC. The Court has reviewed the Motion and is otherwise advised. It is hereby

ORDERED that the Motion is GRANTED, and, pursuant to 11 U.S.C. § 503(b), Louisiana Tower Operating LLC is allowed an administrative expense claim in the amount of $41,131.50 plus interest at 12%, and all other amounts due until the Debtors vacate the Louisiana Office and surrender possession.

Dated: November 19, 2021

BY THE COURT:

_Elizabeth E. Brown_
Elizabeth E. Brown,
United States Bankruptcy Judge