# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| SKLAR EXPLORATION COMPANY, LLC, *et al.*,[1] | § § § | Case No. 20-12377-EEB |
| Debtors. | § § | (Jointly Administered) |

## ORDER APPROVING SECOND STIPULATION AND REQUEST FOR ORDER EXTENDING THE TRUSTEE'S DEADLINE TO OBJECT TO ARMBRECHT JACKSON'S FEE APPLICATION

THIS MATTER, having come before the Court on the stipulation (the "Stipulation") by and between Thomas Kim, as Trustee of the Creditor Trust (the "Trustee") and Armbrecht Jackson LLP ("Armbrecht"), the Court having reviewed the Stipulation and finding good cause for granting the requested relief, does hereby

ORDER

1. That the Stipulation is APPROVED;

2. That solely as to the Trustee, the Extended Objection Deadline is hereby extended through and including December 10, 2021, as may be further extended in writing by Armbrecht and the Trustee; and

3. The Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to the interpretation or enforcement of this Stipulation.

DATED:_____                BY THE COURT:

                                                                                  _____
                                                                                  Elizabeth E. Brown,
                                                                                  United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

4885-9687-7060v.1