UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ──────────────────────────── ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**SUPPLEMENT TO FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF ATTORNEY FEES AND REIMBURSEMENT OF COSTS FOR KUTNER BRINEN DICKEY RILEY, P.C.**

Kutner Brinen Dicey Riley, P.C. ("Applicant" or "KBDR"), having been appointed to represent the Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together "Debtors") in the above-captioned case, states it Supplement to its Final Application for Allowance and Payment of Attorney Fees and Reimbursement of Costs for Kutner Brinen Dickey Riley, P.C. as follows:

1. The Debtors filed their Voluntary Petitions pursuant to Chapter 11 of the Bankruptcy Code on April 1, 20220. The Debtors' *Second Amended and Restated Plan of Reorganization* was confirmed by the Court on August 24, 2021, and became effective on September 7, 2021.

2. On April 1, 2020, SEC filed its Application to Employ Attorneys with the Court, seeking authorization to employ Applicant to represent SEC in its Chapter 11 case (Case No. 20-12377-EEB; Docket No. 4). The Court entered an Order approving SEC's employment of Applicant on April 24, 2020 (Docket No. 168).

3. On April 1, 2020, Sklarco filed its Application to Employ Attorneys with the Court, seeking authorization to employ application to represent Sklarco in its Chapter 11 case (Case No.

1

20-12380-EEB; Docket No. 4). The Court entered an Order approving Sklarco's employment of Applicant on April 24, 2020 (Docket No. 38).

4.Applicant filed its *Interim Application for Allowance and Payment of Attorney Fees and Reimbursement of Costs for Kutner Brinen, P.C.* ("First Fee Application") on August 12, 2020, seeking allowance and approval of total fees and costs in the amount of $273,828.94 (fees: $269,284.00; costs: $4,544.94).[1]

5.The United States Trustee ("UST") filed his Limited Objection to the First Fee Application on September 2, 2020. The Limited Objection asserts that the First Fee Application fails to allocate fees and costs between the estates of SEC and Sklarco, and further objects to certain entries on the basis of block billing.

6.On October 22, 2021, Applicant filed its *Final Application for Allowance and Payment of Attorney Fees and Reimbursement of Costs for Kutner Brinen Dickey Riley, P.C.* ("Final Fee Application"), seeking allowance and approval of additional fees and costs in the combined amount of $457,055.84 (fees: $447,639.00; costs: $9,416.84) and final allowance and approval of fees and costs for prior periods.

7.The services provided by counsel generally benefited both estates as a result of the substantial overlap between the Debtor's cases. To facilitate in the demonstration of the benefit provided to the respective Debtors' estates, KBDR has allocated its fees in each category as set forth below. In each instance, KBDR has allocated fees based on percentages, or, where possible, based on the Debtor for whom the task was primarily performed.

**First Fee Application**

| Category | Total | SEC Allocation | Sklarco Allocation |
|---|---|---|---|
| General Administration | $233,801.00 | $222,110.95 | $11,690.05 |
| Plan and Disclosure Statement | $8,136.00 | $4,068.00 | $4,068.00 |
| Unexpired Leases and Executory Contracts | $16,320.00 | $8,973.00 | $7,347.00 |
| Fee Applications | $1,374.00 | $687 | $687 |
| Adversary Proceedings | $9,653.00 | $9,653.00 | $0.00 |

---

[1] KBDR's First Fee application contains a typographical error and inadvertently states that costs were $4,554.94 throughout the application, and similarly incorrectly states the total amount of fees and costs. The amount is reflected correctly in this Supplement.

2

| | | | |
|---|---|---|---|
| Total | $269,284.00 | $245,491.95 | $23,792.05 |
| Costs | $4,544.94 | $4,143.38 | $401.56 |

**Final Fee Application**

| Category | Total | SEC Allocation | Sklarco Allocation |
|---|---|---|---|
| General Administration | $183,012.00 | $164,710.80 | $18,301.20 |
| Plan and Disclosure Statement | $176,173.00 | $88,086.50 | $88,086.50 |
| Unexpired Leases and Executory Contracts | $50,629.00 | $2,531.45 | $48,097.55 |
| Claim Objections | $5,585.00 | $1,117.00 | $4,468.00 |
| Fee Applications | $7,185.00 | $3,592.50 | $3,592.50 |
| Adversary Proceedings | $25,055.00 | $25,055.00 | $0.00 |
| Total | $447,639.00 | $285,093.25 | $162,545.75 |
| Costs | $9,416.84 | $5,997.42 | $3,419.42 |

8. The UST also requested clarification on three time entries containing block billings. Counsel has agreed to reduce its fees allocated to SEC in the General Administration category from the First Fee Application by $4,126.00 to resolve two of the time entries. With respect to the final time entry on May 11, the time entry is revised to read as follows:

| Lawyer: KLR | 11.00 Hrs x 350.00 | 3850.00 | Attend first day of trial on use of cash collateral (8) preparation for day 2 of cash collateral, including witness preparation (2) work on closing argument (0.7) and research re add'l case law for closing (0.3) |
|---|---|---|---|

9. After the reduction in fees and allocation between Debtors, KBDR seeks allowance and payment on a final basis of fees and costs for SEC in the total amount of $536,600.00 (fees:$526,459.20; costs: $10,140.80), and for Sklarco in the total amount of $190,158.78 (fees: $186,337.80; costs: $3,820.98). KBDR has further prepare a revised proposed form of Order reflecting the allocation of fees and reduction.

10. Applicant has conferred with counsel for the UST regarding this Supplement. Counsel for the UST has advised that the supplement resolves the UST's limited objection to the First Fee Application, and any potential objections to the Final Fee Application.

WHEREFORE, Applicant prays that the Court, after notice and a hearing: 1) allow on a final basis the payment of all of its attorney fees and costs for SEC for the period from August 1, 2020 through September 7, 2021, in the amount of $291,090.67 (fees: $285,093.25; costs: $5,997.42); 2) allow on a final basis the payment of all of its attorney fees and costs for Sklarco for the period from August 1, 2020 through September 7, 2021, in the amount of $165,965.17 (fees: $162,545.75; costs: $3,419.42); 3) final approval of all fees and costs for which approval was sought on an interim basis, resulting in total fees and costs for SEC in the amount of $536,600.00 (fees:$526,459.20; costs: $10,140.80), and for Sklarco in the total amount of $190,158.78 (fees: $186,337.80; costs: $3,820.98); 4) authorize the Debtors to pay Applicant all of its allowed fees and costs, and grant such further and additional relief as to the Court may appear proper.

Dated: November 24, 2021         Respectfully submitted,

By:   /s/ Keri L. Riley
     Keri L. Riley, #47605
     **KUTNER BRINEN DICKEY RILEY, P.C.**
     1660 Lincoln Street, Suite 1720
     Denver, CO 80264
     Telephone: (303) 832-2400
     E-Mail: klr@kutnerlaw.com

# CERTIFICATE OF SERVICE

I certify that on November 24, 2021, I served a complete copy of the foregoing **SUPPLEMENT TO FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF ATTORNEY FEES AND REIMBURSEMENT OF COSTS FOR KUTNER BRINEN DICKEY RILEY, P.C.** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Stoneham Drilling Corporation
(Representative: Heather Stickel)
c/o James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Mesa Fluids, LLC
(Representative: Aaron W. Merrell)
1669 South 580 East
American Fork, UT 84057

TCP Cottonwood, L.P.
(Representative: Kyle C. McInnis)
c/o Eric Lockridge
400 Convention Street
Suite 700
Baton Rouge, LA 70801

Rapad Well Service Company, Inc.
(Representative: Chesley James)
c/o Jeremy Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203-4642

Kelley Brothers Contractors, Inc.
(Representative: Jerry Kelley)
401 County Farm Road
Waynesboro, MS 39367

Baker Hughes Company
(Representative: Christopher J. Ryan)
2001 Rankin Road
Houston, TX 77073

Timothy C. Mohan, Esq.
Foley & Lardner, LLP
600 17th Street
Suite 2020 South
Denver, CO 80202

J. Eric Lockridge, Esq.
Kean Miller LLP
400 Convention Street
Suite 700
P.O. Box 3513
Baton Rouge, LA 70802

Craig K. Schuenemann, Esq.
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Giovanni M. Ruscitti, Esq.
Berg Hill Greenleaf Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302

Bryce A. Suzuki, Esq.
Bryan Cave Leighton Paisner, LLP
Two North Central Avenue
Suite 2100
Phoenix, AZ 85004-4406

James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Timothy M. Riley, Esq.
Hopping Green & Sams, P.A.
P.O. Box 6526
Tallahassee, FL 32314

Michel D. Rubenstein, Esq.
Liskow & Lewis
1001 Fannin Street
Suite 1800
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos
Suite 700
Austin, TX 78701

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, P.C.
999 18th Street
Suite 1230 South
Denver, CO 80202

Robert L. Paddock, Esq.
Buck Keenan LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Jeremy L. Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203

Matthew J. Ochs, Esq.
Holland & Hart, LLP
555 Seventeenth Street
Suite 3200
P.O. Box 8749
Denver, CO 80201-8749

Shay L. Denning, Esq.
Thomas H. Shipps, Esq.
Maynes, Bradford, Shipps & Sheftel, LLP
835 East Second Avenue
Suite 123
Durango, CO 81301

Robert Padjen, Esq.
Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202-1486

Joseph E. Bain, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Madison Tucker, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, Louisiana 70170

Barnet B. Skelton, Jr., Esq.
815 Walker
Suite 1502
Houston, TX 77002

Amy L. Vazquez, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams, LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Christopher H. Meredith, Esq.
Copeland Cook Taylor & Bush, P.A.
1076 Highland Colony Parkway
600 Concourse, Suite 200
P.O. Box 6020
Ridgeland, Mississippi 39158-6020

Michael L. Niles, Esq.
Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Victoria Argeroplos, Esq.
Jackson Walker LLP
1401 McKinney Street
Suite 1900
Houston, TX 77010

David R. Taggart, Esq.
Bradley Murchison Kelly & Shea, LLC
401 Edwards Street
Suite 1000
Shreveport, Louisiana 71101

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
P.O Box 22260
Shreveport, Louisiana 71120-2260

Paul H. Stephenson III, Esq.
Jim F. Spencer, Jr., Esq.
Watkins & Eager, PLLC
P.O. Box 650
Jackson, Mississippi 39205

John D. Cornwell, Esq.
Grant M. Beiner, Esq.
Christopher D. Johnson, Esq.
Munsch Hardt Kopf & Harr, P.C.
700 Milam Street
Suite 2700
Houston, TX 77002

Michael J. Guyerson, Esq.
Buechler Law Office, LLC
999 18th Street
Suite 1230 South
Denver, CO 80202

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
Shreveport, Louisiana 71120-2260

Robert L. Paddock, Esq.
Buck Keenan, LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Ryan M. Seidemann, Esq.
Assistant Attorney General
Civil Division/Lands and Natural Resources
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005

David M. Miller, Esq.
Spencer Fane LLP
1700 Lincoln Street
Suite 2000
Denver, CO 80203

7

Jennifer J. Hardy, Esq.
Willkie Farr & Gallagher, LLP
600 Travis Street
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos Street
Suite 700
Austin, TX 78701

Andrew G. Edson, Esq.
Clark Hill Strasburger
901 Main Street
Suite 6000
Dallas, TX 75202

Craig M. Geno, Esq.
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157

Christopher H. Meredith, Esq.
Glenn Gates Taylor, Esq.
Copeland Cook Taylor & Bush, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Curtis R. Shelton, Esq.
Jennifer Norris Soto, Esq.
Ayres Shelton Williams Benson & Paine, LLC
333 Texas Street, Suite 1400
P.O. Box 1764
Shreveport, Louisiana 71166

Armistead M. Long, Esq.
Gordon Arata Montgomery Barnett
McCollam Duplantis & Eagan, LLC
400 East Kaliste Saloon Road
Suite 4200
Lafayette, Louisiana 70508

Ryan J. Lorenz, Esq.
Clark Hill PLC
14850 North Scottsdale Road
Suite 500
Scottsdale, Arizona 85254

Brian G. Rich, Esq.
Michael J. Niles, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Katherine A. Ross, Esq.
U.S. Attorney's Office for the
  District of Colorado
Assistant United States Attorney
1801 California Street
Suite 1600
Denver, CO 80202

Ryco Exploration, LLC
401 Edwards Street
Suite 915
Shreveport, LA 71101
ATTN: M. Robin Smith

Ryco Exploration, LLC
40 Golf Club Drive
Haughton, LA 71037
ATTN: M. Robin Smith

Stephen K. Lecholop II, Esq.
Rosenthal Pauerstein, Esq.
Sandoloski Agather LLP
755 East Mulberry
Suite 200
San Antonio, TX 78212

8

Katherine Guidry Douthitt, Esq.
Blanchard Walker O'Quin & Roberts
P.O. Box 1126
Shreveport, Louisiana 71163

Andrew J. Shaver, Esq.
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Theodore J. Hartl, Esq.
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202-5596

John H. Smith
Quitman Tank Solutions, LLC
P.O. Box 90
Quitman, MS 39355

Belinda Harrison
58 County Road 5033
Heidelberg, MS 39439

Casey C. Breese, Esq.
Welborn Sullivan Meck & Tooley, P.C.
1125 17th Street
Suite 2200 South
Denver, CO 80202

Jeff Carruth, Esq.
Weycer Kaplan Pulaski & Zuber, P.C.
11 Greenway Plaza
Suite 1400
Houston, TX 77046

Michael E. Riddick, Esq.
Katherine Guidry Douthill, Esq.
Blanchard Walker O'Quin & Roberts, P.C.
333 Texas Street
Regions Tower
Suite 700
Shreveport, Louisiana 71101

Chris Crowley, Esq.
Feldmann Nagel Cantafio, PLLC
1875 Lawrence Street
Suite 730
Denver, CO 80202

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
Suite 600
Denver, CO 80206

Adam L. Hirsch, Esq.
Davis Graham & Stubbs LLP
1550 Seventeenth Street
Suite 500
Denver, CO 80202

Elizabeth Weller, Esq.
Linebarger Goggan Blair and Sampson, LLP
2777 North Stemmons Freeway
Suite 1000
Dallas, TX 75207

P. Matthew Cox, Esq.
Snow Christensen & Martineau
10 Exchange Place, Eleventh Floor
P.O. Box 45000
Salt Lake City, UT 84111

Michael L. Schuster, Esq.
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202-5596

Deirdre Carey Brown, Esq.
Forshey & Prostok LLP
1990 Post Oak Blvd.
Suite 2400
Houston, TX 77056

Nex Tier Completion Solutions, Inc.
c/o Allen Bryson, PLLC
211 North Center Street
Longview, Texas 75601

9

Mario A. Lamar, Esq.
Allen Bryson PLLC
211 North Center Street
Longview, TX 75601

John H. Bernstein, Esq.
Kutak Rock LLP
1801 California Street
Suite 3000
Denver, CO 80202

**/s/Vicky Martina**
**Vicky Martina**
**Kutner Brinen Dickey Riley PC**