UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |

**ORDER APPROVING FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF ATTORNEY FEES AND REIMBURSEMENT OF COSTS FOR KUTNER BRINEN DICKEY RILEY, P.C.**

THIS MATTER comes before the Court on Kutner Brinen Dickey Riley, P.C.'s Final Application for Allowance and Payment of Attorney Fees and Reimbursement of Costs ("Application") seeking approval and authorization for payment of fees and expenses pursuant to 11 U.S.C. § 330, the Court having reviewed the Application, notice having been provided and no objections having been received or having been resolved, the Court being advised, does hereby

ORDER

1. That the Application is approved;

2. Kutner Brinen Dickey Riley, P.C. is allowed on a final basis the sum of $291,090.67 (fees: $285,093.25; costs: $5,997.42) for fees and costs for Sklar Exploration Company, LLC for the period of August 1, 2020 through September 7, 2021;

3. Kutner Brinen Dickey Riley, P.C. is allowed on a final basis the sum of $165,965.17 (fees: $162,545.75; costs: $3,419.42) for fees and costs for Sklarco, LLC for the period of August 1, 2020 through September 7, 2021;

4. Kutner Brinen Dickey Riley, P.C.'s fees and costs, approval for which was previously sought on an interim basis, are allowed on a final basis resulting in total fees and costs for SEC in the amount of $536,600.00 (fees:$526,459.20; costs: $10,140.80), and for Sklarco in the total amount of $190,158.78 (fees: $186,337.80; costs: $3,820.98);

5. That the fees and costs sought by Kutner Brinen Dickey Riley, P.C. are reasonable, and the Debtors are authorized to pay Kutner Brinen Dickey Riley, P.C. its allowed fees and costs on a final basis.

DONE and entered this _____ day of _____, 2021 at Denver, Colorado.

BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge