| Fill in this information to identify your case | | | |
|---|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | | |
| Debtor : | SKLAR EXPLORATION COMPANY, LLC | Case #: | 20-12377-EEB |
| | SKLARCO, LLC | Chapter: | 11 |

## Local Bankruptcy Form 9013-1.3
## Movant's Certificate of Non-Contested Matter and Request for Entry of Order

**Complete applicable sections.**

### Part 1  Certificate

On October 22, 2021, Sklar Exploration Company and Sklarco, LLC (the "Movant"), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled Final Application for Allowance and Payment of Attorney Fees and Reimbursement of Costs for Kutner Brinen Dickey Riley, P.C. (the "Motion") at docket no. 1497.  Movant hereby certifies that the following is true and correct:

1. Service of the Motion, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Motion on November 1, 2021.
    a. Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 (or in the manner permitted by Court order, a copy of which is attached), as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice on November 1, 2021.
2. The docket numbers for each of the following relevant documents are:
    a. the Motion and all documents attached thereto and served therewith, docket no. 1497
    b. the Notice, docket no. 1498
    c. the Certificate of Service of the Motion and Notice, docket nos. 1497 and 1498;
    d. the Supplement to the Motion, docket no. 1547; and
    e. the revised Proposed Order, docket No. 1547.
3. A limited objection to Kutner Brinen Dickey Riley, P.C.'s first interim fee application was filed by the United States Trustee.  Undersigned counsel has conferred with counsel for the United States Trustee who has advised that the Supplement at docket no. 1547 resolves the limited objection and any potential objections to the Motion.  No other objections were filed to the Motion.

Accordingly, Movant requests that the Court enter an order granting the requested relief.

### Part 2  Signature of Movant's Attorney or Movant (if unrepresented)

Dated: November 24, 2021                     Respectfully submitted,

                                    By:     /s/Keri L. Riley
                                            Keri L. Riley #47605
                                            **KUTNER BRINEN DICKEY RILEY, P.C.**
                                            1660 Lincoln Street, Suite 1720
                                            Denver, CO  80264
                                            Telephone:  (303) 832-2400
                                            E-Mail: klr@kutnerlaw.com