IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SKLAR EXPLORATION | § | Case No. 20-12377-EEB |
| COMPANY, LLC, *et al.*[1] | § | |
| | § | (Jointly Administered) |
| Debtors. | | |

**ORDER GRANTING THIRD INTERIM AND FINAL APPLICATION OF MUNSCH HARDT KOPF & HARR P.C., AS COUNSEL  FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION  AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>FROM APRIL 16, 2020 THROUGH SEPTEMBER 7, 2021</u>**
**[Docket No. 1470]**

This matter came on for consideration upon the *Third Interim and Final Application of Munsch Hardt Kopf & Harr P.C., as Counsel for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period From December 1, 2020 Through September 7, 2021* (the "<u>Final Fee Application</u>"), filed by Munsch Hardt Kopf & Harr, P.C. (the "<u>Applicant</u>"); and it appearing to the Court that notice of the Application is sufficient and appropriate and in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules of this District, and that good causes exist to grant the relief requested in the Final Fee Application for the reasons stated therein.  Accordingly, it is hereby

ORDERED that the fees and expenses requested in the Third Interim Fee Period are APPROVED, and Applicant is hereby allowed compensation in the amount of $530,201.50,[2] and reimbursement of expenses in the amount of $14,738.37, for a total award corresponding to the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930), and Sklarco, LLC (5432).

[2] This amount includes an agreed upon reduction of fees between the Applicant and East West Bank in the amount of $20,000.00.

Third Interim Fee Period of $544,939.87, which amount constitutes an allowed administrative expense under the confirmed chapter 11 plan; it is further

ORDERED that the fees and expenses set forth in the Application are APPROVED on a final basis, and Applicant is hereby allowed compensation in the amount of $1,068,056.50, and reimbursement of expenses in the amount of $16,991.54, for a total final award of $1,085,048.04 for the Final Fee Period, which amount constitutes an allowed (on a final basis) administrative expense of the estates; and it is further

ORDERED that the Debtors are authorized to disburse to Applicant the total amount of $274,703.62, comprising the unpaid fees and expenses owed to Applicant, as set forth in the Application.

Dated: November 29, 2021

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge