# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>**Sklar Exploration Company, LLC,**<br><br>    Reorganized Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| In re:<br><br>**Sklarco, LLC,**<br><br>    Reorganized Debtor. | Case No. 20-12380-EEB<br><br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377-EEB** |

## SECOND STIPULATION TO EXTEND
## ADMINISTRATIVE CLAIM BAR DATE AS TO HOWARD F. SKLAR

The Reorganized Debtors, Sklarco, LLC ("Sklarco") and Sklar Exploration, LLC (together, the "Reorganized Debtors"), and Howard F. Sklar, (i) for himself; (ii) as trustee for the (x) Howard Trust (TIN: 72-6094620), an irrevocable *inter vivos* trust created under the laws of the State of Louisiana, (y) Alan Grantor Trust (TIN: 72-6157679), an irrevocable *inter vivos* trust created under the laws of the State of Louisiana, and (z) the Jacob Grantor Trust (TIN: 72-6094619), an irrevocable *inter vivos* trust created under the laws of the State of Louisiana; and (iii) as the duly appointed Independent Executor of the Succession of Miriam Mandel Sklar (TIN: 27-6579529) pursuant to that certain order dated April 21, 2010, of the First Judicial District Court, Caddo Parish, Louisiana, Suit No. 540336-B (in each such capacity, "HFS"), by and through their undersigned attorneys, hereby enter into this second stipulation to extend the deadline for HFS to file a request for payment of administrative expense, as follows (the "Stipulation"):

**Recitals**

A.     The Court entered an order on August 24, 2021, confirming the Reorganized Debtors' Second Amended and Restated Joint Plan of Reorganization Dated December 18, 2020 [Docket No. 1251] (the "Plan") [Docket No. 1433] (the "Confirmation Order").

B.     The Confirmation Order provides that any and all Administrative Claims[1] shall be filed not later than 45 days following the Effective Date of the Plan.

C.     On September 8, 2021, the Reorganized Debtors filed a notice advising that the Effective Date of the Plan occurred on September 7, 2021, and that motions for payment of Administrative Claims (except for Fee Claims, Ordinary Course Administrative Claims, and Cure Claims) not paid prior to the Confirmation Date must be filed no later than October 22, 2021 (the "Administrative Claim Bar Date") [Docket No. 1457].

D.     HFS contends that he has Administrative Claims based on the contribution of certain non-oil and gas assets during the Reorganized Debtors' chapter 11 cases. These alleged Administrative Claims are tied to resolution of the disputed non-oil and gas assets identified in Section 7.2 of the Plan (the "Disputed Assets").

E.     As provided in Section 7.2 of the Plan, the parties are presently cooperating to resolve their disputes with respect to the Disputed Assets, have exchanged documentation with respect to their positions as to the Disputed Assets, and are continuing to discuss and evaluate the validity of HFS's claims to the Disputed Assets.

F.     As a result, HFS, the reorganized debtors, and the trustee for the creditor trust entered into a stipulation on October 22, 2021, extending the Administrative Claim Bar Date solely as to HFS to and including November 29, 2021 [Docket No. 1487] (the "First

---

[1] Capitalized terms not defined in this Stipulation are defined as in the Plan.

2

Stipulation"). The Court entered an order on October 25, 2021, approving the First Stipulation [Docket No. 1500].

G. Additional time is needed to evaluate HFS's claims, and the parties wish to continue exploring whether a resolution can be reached with respect to the Disputed Assets without the need for and expense of litigation. Any resolution is expected to include a resolution of HFS's Administrative Claims related to the Reorganized Debtors' use of the Disputed Assets during their chapter 11 cases and will be presented to the Court for approval.

**NOW, THEREFORE,** the Reorganized Debtors and HFS hereby agree and stipulate as follows:

1. The Administrative Claims Bar Date shall be extended solely as to HFS to and including December 31, 2021.

Dated: November 29, 2021

By: */s/ Keri Riley*
   Keri Riley
   Kutner Brinen Dickey Riley, P.C.
   1660 Lincoln Street, Suite 1720
   Denver, Colorado 80264
   Telephone: 303.832.2910
   Email: klr@kutnerlaw.com

*Counsel to Sklarco, LLC and Sklar Exploration Company, LLC*

By: */s/ Adam L. Hirsch*
   Adam L. Hirsch, Reg. No. 44306
   Davis Graham & Stubbs LLP
   1550 17th Street, Suite 500
   Denver, Colorado 80202
   Telephone: 303.892.9400
   Facsimile: 303.893.1379
   Email: adam.hirsch@dgslaw.com

*Counsel to Howard F. Sklar in the Capacities Recited Above*

**NO OBJECTION:**

By:    */s/ Christopher D. Johnson*
       Christopher D. Johnson
       Munsch Hardt Kopf & Harr, P.C.
       700 Milam Street, Suite 2700
       Houston, Texas 77002
       Telephone: 713.222.1470
       Facsimile: 713.222.1475
       Email: cjohnson@munsch.com

*Counsel to r$^2$ advisors llc, as trustee for the Creditor Trust*

**Certificate of Service**

The undersigned hereby certifies that on November 29, 2021, the foregoing **SECOND STIPULATION TO EXTEND ADMINSITRATIVE CLAIM BAR DATE AS TO HOWARD F. SKLAR** was filed using the Court's electronic filing system CM/ECF and was electronically served upon all parties appearing in this case.

*s/Pamela Thede*