## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **In re:** | **Case No. 20-12377-EEB** |
| **Sklar Exploration Company, LLC,** | **Chapter 11** |
| Reorganized Debtor. | |
| **In re:** | **Case No. 20-12380-EEB** |
| **Sklarco, LLC,** | **Chapter 11** |
| Reorganized Debtor. | **Jointly Administered Under Case No. 20-12377-EEB** |

### ORDER APPROVING SECOND STIPULATION TO EXTEND ADMINISTRATIVE CLAIM BAR DATE AS TO HOWARD F. SKLAR

THE COURT, having reviewed the Second Stipulation to Extend Administrative Claim Bar Date as to Howard F. Sklar (the "Stipulation")[1], and being fully advised in the premises and good cause shown therefor, HEREBY

FINDS, ORDERS, AND DECREES that:

1. The Stipulation shall be and is hereby APPROVED.

2. The Administrative Claims Bar Date shall be extended solely as to HFS to and including **December 31, 2021**.

Dated: November __, 2021

BY THE COURT:

_____
The Honorable Elizabeth E. Brown
United States Bankruptcy Judge

---

[1] Capitalized terms not defined in this Order are defined as in the Stipulation.