United States Bankruptcy Court
District of Colorado

In re:     Case No. 20-12377-EEB
Sklar Exploration Company, LLC     Chapter 11
Sklarco, LLC
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 9
Date Rcvd: Nov 29, 2021     Form ID: pdf904     Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Sklar Exploration Company, LLC, Sklarco, LLC, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301-2541 |
| aty | + | Benjamin Y. Ford, RSA Tower, 27th Floor, 11 North Water Street, Mobile, AL 36602-3809 |
| aty | + | Cook, Yancey, King & Galloway, APLC, 333 Texas Street, Suite 1700, P.O. Box 22260, Shreveport, LA 71120-2260 |
| cr | + | AEEC II, LLC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | AEH Investments, LLC, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| cr | + | Anderson Exploration Energy Company, LC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Baker Hughes Holdings, LLC FKA Baker Hughes, a GE, C/O Christopher J. Ryan, 17021 Aldine Westfield Road, Houston, TX 77073-5101 |
| cr | + | Barbara P Lawrence, 55 Hill Circle, Evergreen, CO 80439-4618 |
| cr | + | Barnette & Benefield, Inc., PO Box 550, Haynesville, LA 71038-0550 |
| cr | + | Bundero Investment Company, LLC, 401 Edwards Street, Suite 820, Shreveport, LA 71101-5521 |
| cr | + | Estate of Pamela Page, Deceased, P.O. Box 374, Evergreen, CO 80437-0374 |
| cr | + | Foote Oil and Gas Properties, LLC, 1655 Prudential Drive, #161B, Jacksonville, FL 32207-8105 |
| cr | + | Franks Exploration Company, LLC, P.O. Box 7655, Shreveport, LA 71137-7655 |
| cr | + | Hughes Oil South, LLC, P.O. Box 608, Oxford, MS 38655-0608 |
| cr | + | I & L Miss I, LP, 4761 Frank Luck Dr, Addison, TX 75001-3202 |
| cr | + | J&A Harris, LP, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| intp | + | J. Marshall Jones, 920 Arapahoe, Louisville, CO 80027-1092 |
| cr | + | John H. Smith, c/o Quitman Tank Solutions, LLC, PO Box 90, Quitman, MS 39355-0090 |
| cr | + | KMR Investments, LLC, P.O. Box 417, Homer, LA 71040-0417 |
| cr | + | Kingston, LLC, 2790 South Thompson Street, Suite 102, Springdale, AR 72764-6303 |
| cr | + | Kodiak Gas Services, LLC, 15320 Hwy. 105, Suite 210, Montgomery, TX 77356-2602 |
| cr | + | NexTier Completion Solutions, Inc., c/o Allen Bryson, PLLC, 211 N. Center St., Longview, TX 75601-7221 |
| cr | + | Pearl Parkway, LLC, 2595 Canyon Blvd., Ste 230, Boulder, CO 80302-6737 |
| cr | + | Pickens Financial Group, LLC, 10100 N. Central Expressway, Suite 200, Dallas, TX 75231-4169 |
| cr | + | Stoneham Drilling Corporation, c/o Bradley, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | + | Sugar Oil Properties, L.P., 625 Market Street, Suite 100, Shreveport, LA 71101-5392 |
| cr | + | TCP Cottonwood, L.P., 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Tauber Exploration & Production Company, 55 Waugh Drive, Suite 700, Houston, TX 77007-5837 |
| intp | | The Juneau Group, 2386A Rice Blvd. #232, Houston, TX 77005 |
| 18754408 | + | Anderson Investment Holdings, LP, AEEC II, LLC, 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |
| 18754411 | + | Apple River Investments, L.L.C., Attn Robert M. Boeve, President, 1503 Garfield Road North, Traverse City, MI 49696-1111 |
| 18754484 | + | East West Bank Treasury Department, 135 North Los Robles Avenue, Suite 600, ATTN Linda Cox, Pasadena, CA 91101-4549 |
| 18754510 | #+ | FPCC USA, Inc., 245 Commerce Green Blvd, Ste 250, Sugar Land, TX 77478-3760 |
| 18754497 | + | Fant Energy Limited, P.O. Box 55205, Houston, TX 77255-5205 |
| 18754529 | + | H&H Construction, LLC, Ladon E. Hall, Sole Manager, P.O. Box 850, Flomaton, AL 36441-0850 |
| 18754560 | | JD Fields & Company, Inc., P.O. Box 134401, Houston, TX 77219-4401 |
| 18754567 | + | JJS Working Interest LLC, 2001 Kirby Dr, Suite 1110, Houston, TX 77019-6081 |
| 18754578 | + | Kelley Brothers Contractors, Inc., P.O. Drawer 1079, Waynesboro, MS 39367-1079 |
| 18754588 | + | Kudzu Oil Properties, LLC, 300 Concourse Blvd, Suite 101, Ridgeland, MS 39157-2091 |
| 18754612 | + | Meritage Energy, Ltd., C/O BKD, LLP, 2700 Post Oak Blvd, Ste 1500, Houston, TX 77056-5829 |

| District/off: 1082-1 | User: admin | Page 2 of 9 |
|---|---|---|
| Date Rcvd: Nov 29, 2021 | Form ID: pdf904 | Total Noticed: 51 |

| | | |
|---|---|---|
| 18754613 | | Mesa Fluids, LLC, c/o Juno Financial, P.O. Box 173928, Denver, CO 80217-3928 |
| 18754664 | | Pro-Tek Field Services, LLC, P.O. Box 919269, Dallas, TX 75391-9269 |
| 18754666 | + | Pruet Oil Company, LLC, 217 West Capitol St. Ste 201, Jackson, MS 39201-2099 |
| 18754673 | + | Rapad Well Service Co., Inc., 217 West Capitol Street, Jackson, MS 39201-2004 |
| 18754720 | #+ | Stoneham Drilling Corporation, 707 17th Street, Suite 3250, Denver, CO 80202-3433 |
| 18754735 | + | TCP Cottonwood, L.P., 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |
| 18754760 | + | Union Oilfield Supply, Inc., 12 John Dykes Road, Waynesboro, MS 39367-8371 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: cmccord@mccordprod.com | Nov 29 2021 22:19:00 | CTM 2005, Ltd., 55 Waugh Drive, Suite 515, Houston, TX 77007-5840 |
| cr | + | Email/PDF: dor_tac_bankruptcy@state.co.us | Nov 29 2021 22:29:25 | Colorado Department Of Revenue, 1881 Pierce St., Bankruptcy Unit, Room 104, Lakewood, CO 80214-3503 |
| cr | + | Email/Text: bankruptcy@coag.gov | Nov 29 2021 22:19:00 | Colorado Department of Law, 1300 Broadway, 8th Floor, Denver, CO 80203-2104 |
| cr | | Email/Text: tim.swanson@moyewhite.com | Nov 29 2021 22:19:00 | Kudzu Oil Properties, LLC, c/o Timothy M. Swanson, Moye White LLP, 1400 16th Street, 6th Floor, Denver, CO 80202 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Hall Management, LLC, 4913 Oak Point Drive |
| 18754598 | ## | Lucas Petroleum Group, Inc., 327 Congress Avenue, Suite 500, Austin, TX 78701-3656 |
| 18754721 | ## | Strago Petroleum Corporation, 3209 Hamm Road, Pearland, TX 77581-5503 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2021         Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam L. Hirsch | on behalf of Interested Party Howard F. Sklar adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |
| Adam L. Hirsch | |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 3 of 9 |
| Date Rcvd: Nov 29, 2021 | Form ID: pdf904 | Total Noticed: 51 |

    on behalf of Interested Party Howard Sklar Trust adam.hirsch@dgslaw.com robin.anderson@dgslaw.com

Amy Vazquez
    on behalf of Creditor FPCC USA Inc. avazquez@joneswalker.com

Andrew James Shaver
    on behalf of Creditor Premium Oilfield Services LLC ashaver@bradley.com

Armistead Mason Long
    on behalf of Creditor Pine Island Chemical Solutions L.L.C. along@gamb.law

Barnet B Skelton, Jr
    on behalf of Creditor Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor MER Energy LTD barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor MR Oil & Gas LLC barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor I & L Miss I LP barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor The Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor CTM 2005 Ltd. barnetbjr@msn.com

Belinda Harrison
    belindapittsharrison@gmail.com belindapittsharrison@gmail.com

Benjamin Young Ford
    on behalf of Spec. Counsel Armbrecht Jackson LLP byf@ajlaw.com, chs@ajlaw.com

Brent R. Cohen
    on behalf of Creditor Fant Energy Limited bcohen@lewisroca.com brent-cohen-8759@ecf.pacerpro.com,jeastin@lrrc.com

Brian Rich
    on behalf of Creditor Fletcher Exploration LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich
    on behalf of Creditor Fletcher Petroleum Company LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich
    on behalf of Creditor Fletcher Petroleum Corp. brich@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com

Bryce Suzuki
    on behalf of Creditor East-West Bank bsuzuki@swlaw.com tina.daniels@bclplaw.com

Bryce Suzuki
    on behalf of Intervenor East West Bank bsuzuki@swlaw.com tina.daniels@bclplaw.com

Christopher Meredith
    on behalf of Attorney Copeland Cook, Taylor & Bush, P.A. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
    on behalf of Creditor Eastern Fishing & Rental Tool Company Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
    on behalf of Creditor Fletcher Petroleum Corp. cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
    on behalf of Creditor PAR Minerals Corporation cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
    on behalf of Creditor Coastal Exploration Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher D. Johnson
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors cjohnson@munsch.com scurry@munsch.com

Christopher M. Crowley
    on behalf of Creditor Liquid Gold Well Service Inc. ccrowley@fncmlaw.com

Daniel L. Bray

District/off: 1082-1                  User: admin                  Page 4 of 9

Date Rcvd: Nov 29, 2021          Form ID: pdf904          Total Noticed: 51

| | |
|---|---|
| | on behalf of Creditor Weatherford U.S. L.P. daniel.bray@huschblackwell.com, ann.stolfa@huschblackwell.com;daniel-bray-5348@ecf.pacerpro.com |
| David M. Miller | on behalf of Creditor Bri-Chem Supply Corp. LLC dmiller@spencerfane.com, akarant@spencerfane.com |
| David R Taggart | on behalf of Creditor JF Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com |
| David R Taggart | on behalf of Interested Party JF Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com |
| David R Taggart | on behalf of Creditor JH Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com |
| David W. Hall | davidwendallhall@gmail.com |
| Deanna L. Westfall | on behalf of Creditor Colorado Department Of Revenue deanna.westfall@coag.gov Robert.padjen@coag.gov;jade.darnell@coag.gov |
| Deirdre Carey Brown | on behalf of Creditor Maren Silberstein Revocable Trust dcb@dcbfirm.com |
| Duane Brescia | on behalf of Creditor Seitel Data Ltd. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com |
| Duane Brescia | on behalf of Creditor Lucas Petroleum Group Inc. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com |
| Duane Brescia | on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com djaenike@clarkhill.com;ckclark@clarkhill.com |
| Elizabeth Helen Weller | on behalf of Creditor McLeod ISD beth.weller@lgbs.com |
| Elizabeth Helen Weller | on behalf of Creditor Atlanta ISD beth.weller@lgbs.com |
| Elizabeth Helen Weller | on behalf of Creditor Linden-Kildare CISD beth.weller@lgbs.com |
| Epiq Systems | on behalf of Claims Agent Epiq Corporate Restructuring LLC rjacobs@ecf.epiqsystems.com |
| Florence Bonaccorso-Saenz | on behalf of Creditor Louisiana Department of Revenue florence.saenz@la.gov |
| Glenn Taylor | on behalf of Creditor Coastal Exploration Inc. gtaylor@cctb.com |
| Glenn Taylor | on behalf of Creditor PAR Minerals Corporation gtaylor@cctb.com |
| Glenn Taylor | on behalf of Creditor Eastern Fishing & Rental Tool Company Inc. gtaylor@cctb.com |
| Grant Matthew Beiner | on behalf of Creditor Committee The Official Committee of Unsecured Creditors gbeiner@munsch.com hvalentine@munsch.com,scurry@munsch.com,jvasek@munsch.com |
| Grant Matthew Beiner | on behalf of Trustee Thomas Kim gbeiner@munsch.com hvalentine@munsch.com,scurry@munsch.com,jvasek@munsch.com |
| J. Eric Lockridge | on behalf of Creditor Sugar Oil Properties L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com |
| J. Eric Lockridge | on behalf of Creditor Anderson Exploration Energy Company L.C. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com |
| J. Eric Lockridge | on behalf of Creditor TCP Cottonwood L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com |
| J. Eric Lockridge | on behalf of Creditor AEEC II LLC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 5 of 9 |
| Date Rcvd: Nov 29, 2021 | Form ID: pdf904 | Total Noticed: 51 |

J. Eric Lockridge
    on behalf of Creditor Anderson Exploration Energy Company  LC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

James B. Bailey
    on behalf of Creditor Stoneham Drilling Corporation jbailey@bradley.com  ashaver@bradley.com,jbailey@ecf.courtdrive.com

Jeffery Dayne Carruth
    on behalf of Creditor Halliburton Energy Services  Inc. jcarruth@wkpz.com

Jeffrey R. Barber
    on behalf of Creditor FPCC USA  Inc. jbarber@joneswalker.com

Jeffrey S. Brinen
    on behalf of Debtor Sklar Exploration Company  LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jeffrey S. Brinen
    on behalf of Debtor Sklarco  LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jennifer Hardy
    on behalf of Creditor JJS Interests Steele Kings  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
    on behalf of Creditor JJS Working Interests  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
    on behalf of Creditor JJS Interests North Beach  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
    on behalf of Creditor JJS Interests Escambia  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
    on behalf of Creditor JJS Interests West Arcadia  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Norris Soto
    on behalf of Creditor Barnette & Benefield  Inc. jennifersoto@arklatexlaw.com, curtisshelton@arklatexlaw.com,

Jenny M.F. Fujii
    on behalf of Defendant Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
    on behalf of Debtor Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
    on behalf of Cross-Claimant Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
    on behalf of Debtor Sklarco  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jeremy L Retherford
    on behalf of Creditor RAPAD Well Service Co.  Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Creditor Pruet Production Co. jretherford@balch.com  kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Plaintiff Pruet Production Co. jretherford@balch.com  kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Creditor Pruet Oil Company  LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Interested Party Pruet Production Co. jretherford@balch.com  kskelton@balch.com,skynerd@pruet.com

Jim F Spencer, Jr
    on behalf of Creditor Landmark Exploration  LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
    on behalf of Creditor Lexington Investments  LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
    on behalf of Creditor Landmark Oil and Gas  LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
    on behalf of Creditor Stone Development  LLC jspencer@watkinseager.com, mryan@watkinseager.com

John Cornwell
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors jcornwell@munsch.com hvalentine@munsch.com;john-cornwell-6088@ecf.pacerpro.com

John H Bernstein
    on behalf of Creditor Pearl Parkway  LLC john.bernstein@kutakrock.com, trina.rioux@kutakrock.com

District/off: 1082-1 User: admin Page 6 of 9
Date Rcvd: Nov 29, 2021 Form ID: pdf904 Total Noticed: 51

| | |
|---|---|
| John Thomas Oldham | on behalf of Creditor Kodiak Gas Services LLC joldham@okinadams.com, bmoore@okinadams.com |
| Jonathan Dickey | on behalf of Creditor Foote Oil & Gas Properties LLC jmd@kutnerlaw.com, vlm@kutnerlaw.com |
| Jordan B. Bird | on behalf of Creditor KMR Investments LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor Bundero Investment Company LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Attorney Cook Yancey, King & Galloway, APLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor J&A Harris LP jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor Hughes Oil South LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor Franks Exploration Company LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor Hall Management LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor Kingston LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor AEH Investments LLC jordan.bird@cookyancey.com |
| Joseph D. DeGiorgio | on behalf of Creditor Ford Motor Credit Company LLC josephde@bdfgroup.com |
| Joseph Eric Bain | on behalf of Creditor FPCC USA Inc. jbain@joneswalker.com, kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com |
| Katherine A Ross | on behalf of Creditor Bureau of Land Management katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine A Ross | on behalf of Creditor Office of Natural Resources Revenue katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine A Ross | on behalf of Creditor Internal Revenue Service katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine Guidry Douthitt | on behalf of Creditor Dickson Oil & Gas L.L.C. kdouthitt@bwor.com |
| Katherine Guidry Douthitt | on behalf of Creditor C. Bickham Dickson III kdouthitt@bwor.com |
| Keith D. Tooley | on behalf of Defendant Baker Hughes Oilfield Operations Inc. ktooley@wsmtlaw.com |
| Keith D. Tooley | on behalf of Defendant Kelley Brothers Contractors Inc. ktooley@wsmtlaw.com |
| Keith D. Tooley | on behalf of Defendant GE Oil & Gas Pressure Control LP ktooley@wsmtlaw.com |
| Keith D. Tooley | on behalf of Defendant Sklar Exploration Company LLC ktooley@wsmtlaw.com |
| Keith D. Tooley | on behalf of Plaintiff Southeast Alabama Gas District ktooley@wsmtlaw.com |
| Kelsey Jamie Buechler | on behalf of Creditor Foote Oil and Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com |
| Kelsey Jamie Buechler | on behalf of Creditor Foote Oil & Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com |
| Keri L. Riley | on behalf of Defendant Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Keri L. Riley | on behalf of Debtor Sklarco LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |

| District/off: 1082-1 | User: admin | Page 7 of 9 |
|---|---|---|
| Date Rcvd: Nov 29, 2021 | Form ID: pdf904 | Total Noticed: 51 |

Keri L. Riley
    on behalf of Debtor Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Kevin S. Neiman
    on behalf of Creditor Plains Gas Solutions LLC kevin@ksnpc.com

Kevin S. Neiman
    on behalf of Plaintiff Plains Marketing L.P. kevin@ksnpc.com

Kevin S. Neiman
    on behalf of Counter-Defendant Plains Marketing L.P. kevin@ksnpc.com

Kevin S. Neiman
    on behalf of Creditor Plains Marketing L.P. kevin@ksnpc.com

Lee M. Kutner
    on behalf of Debtor Sklar Exploration Company LLC vlm@kutnerlaw.com

Lee M. Kutner
    on behalf of Debtor Sklarco LLC vlm@kutnerlaw.com

Madison M. Tucker
    on behalf of Creditor FPCC USA Inc. mtucker@joneswalker.com, madison-tucker-7703@ecf.pacerpro.com

Mario A Lamar
    on behalf of Creditor NexTier Completion Solutions Inc. mlamar@allenbrysonlaw.com

Matthew Okin
    on behalf of Creditor Kodiak Gas Services LLC mokin@okinadams.com

Matthew J Ochs
    on behalf of Plaintiff Pruet Production Co. mjochs@hollandhart.com tldevlin@hollandhart.com

Matthew J Ochs
    on behalf of Creditor Pruet Production Co. mjochs@hollandhart.com tldevlin@hollandhart.com

Matthew J Ochs
    on behalf of Creditor Pruet Oil Company LLC mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J Ochs
    on behalf of Debtor Sklarco LLC mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J Ochs
    on behalf of Creditor RAPAD Well Service Co. Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com

Michael Niles
    on behalf of Creditor Fletcher Exploration LLC mniles@bergersingerman.com,
    efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Niles
    on behalf of Creditor Fletcher Petroleum Company LLC mniles@bergersingerman.com,
    efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Niles
    on behalf of Creditor Fletcher Petroleum Corp. mniles@bergersingerman.com
    efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Schuster
    on behalf of Interested Party Louisiana Tower Operating LLC schusterm@ballardspahr.com
    henningc@ballardspahr.com;LitDocket_West@ballardspahr.com

Michael D Rubenstein
    on behalf of Interested Party BPX Properties (NA) LP mdrubenstein@liskow.com

Michael D Rubenstein
    on behalf of Interested Party BP America Production Company mdrubenstein@liskow.com

Michael J. Guyerson
    on behalf of Creditor Estate of Pamela Page Deceased , Gabriel@kjblawoffice.com

Michael J. Guyerson
    on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com Gabriel@kjblawoffice.com

P. Matthew Cox
    on behalf of Creditor Ally Bank pmc@scmlaw.com mw@scmlaw.com

Paul Moss
    on behalf of U.S. Trustee US Trustee Paul.Moss@usdoj.gov

Robert Padjen
    on behalf of Creditor Colorado Department of Law Robert.padjen@coag.gov deanna.westfall@coag.gov

Robert L Paddock

Case:20-12377-MER Doc#:1554 Filed:12/01/21 Entered:12/01/21 22:17:40 Page8 of 10

| District/off: 1082-1 | User: admin | Page 8 of 9 |
|---|---|---|
| Date Rcvd: Nov 29, 2021 | Form ID: pdf904 | Total Noticed: 51 |

| | |
|---|---|
| Robert L Paddock | on behalf of Creditor Strago Petroleum Corporation rpaddock@buckkeenan.com myers@buckkeenan.com |
| Robert L Paddock | on behalf of Creditor Gateway Exploration LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Robert L Paddock | on behalf of Creditor Meritage Energy Ltd rpaddock@buckkeenan.com myers@buckkeenan.com |
| Robert L Paddock | on behalf of Creditor Harvest Gas Management LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Robert L Paddock | on behalf of Creditor GCREW Properties LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Ryan Lorenz | on behalf of Creditor Juno Financial LLC RLorenz@ClarkHill.com |
| Ryan Seidemann | on behalf of Creditor State of Louisiana Depatment of Natural Resources, Office of Mineral Resources seidemannr@ag.louisiana.gov |
| Ryco Exploration, LLC. | rsmith.ryco@att.net |
| Shay L. Denning | on behalf of Creditor Tauber Exploration & Production Company sdenning@mbssllp.com |
| Shay L. Denning | on behalf of Creditor I & L Miss I LP sdenning@mbssllp.com |
| Shay L. Denning | on behalf of Creditor MR Oil & Gas LLC sdenning@mbssllp.com |
| Shay L. Denning | on behalf of Creditor CTM 2005 Ltd. sdenning@mbssllp.com |
| Shay L. Denning | on behalf of Creditor Rudman Partnership sdenning@mbssllp.com |
| Shay L. Denning | on behalf of Creditor Pickens Financial Group LLC sdenning@mbssllp.com |
| Shay L. Denning | on behalf of Creditor MER Energy LTD sdenning@mbssllp.com |
| Stephen K. Lecholop, II | on behalf of Creditor McCombs Energy Ltd. slecholop@rpsalaw.com, ecarrillo@rpsalaw.com;lchapa@rpsalaw.com |
| Stephen K. Lecholop, II | on behalf of Creditor McCombs Exploration LLC slecholop@rpsalaw.com, ecarrillo@rpsalaw.com;lchapa@rpsalaw.com |
| Theodore J. Hartl | on behalf of Interested Party Louisiana Tower Operating LLC hartlt@ballardspahr.com blessingb@ballardspahr.com |
| Thomas H Shipps | on behalf of Creditor MER Energy LTD tshipps@mbssllp.com |
| Thomas H Shipps | on behalf of Creditor I & L Miss I LP tshipps@mbssllp.com |
| Thomas H Shipps | on behalf of Creditor The Rudman Partnership tshipps@mbssllp.com |
| Thomas H Shipps | on behalf of Creditor CTM 2005 Ltd. tshipps@mbssllp.com |
| Thomas H Shipps | on behalf of Creditor MR Oil & Gas LLC tshipps@mbssllp.com |
| Thomas H Shipps | on behalf of Creditor Rudman Partnership tshipps@mbssllp.com |
| Timothy C. Mohan | on behalf of Cross Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor Lufkin Industries LLC tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com |

District/off: 1082-1 | User: admin | Page 9 of 9
Date Rcvd: Nov 29, 2021 | Form ID: pdf904 | Total Noticed: 51

| | |
|---|---|
| Timothy C. Mohan | on behalf of Creditor Baker Petrolite LLC tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor GE Oil & Gas Pressure Control US tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor Baker Hughes Oilfield Operations LLC tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Cross Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Defendant Baker Hughes Oilfield Operations Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor Baker Hughes Holdings LLC FKA Baker Hughes, a GE Company LLC tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy M. Swanson | on behalf of Creditor Alabama Oil & Gas LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;elisabeth.mason@moyewhite.com;hope.stone@moyewhite.com;heather.otto@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Kudzu Oil Properties LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;elisabeth.mason@moyewhite.com;hope.stone@moyewhite.com;heather.otto@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company LLC and Sklarco, LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;elisabeth.mason@moyewhite.com;hope.stone@moyewhite.com;heather.otto@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Alabama Oil Company tim.swanson@moyewhite.com rachael.cotner@moyewhite.com;elisabeth.mason@moyewhite.com;hope.stone@moyewhite.com;heather.otto@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Kudzo Oil Properties LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;elisabeth.mason@moyewhite.com;hope.stone@moyewhite.com;heather.otto@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Apple River Investments LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;elisabeth.mason@moyewhite.com;hope.stone@moyewhite.com;heather.otto@moyewhite.com |
| Timothy Michael Riley | on behalf of Attorney Hopping Green & Sams triley@deanmead.com |
| Tyler Lee Weidlich | on behalf of Creditor Pro-Tek Field Services LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com |
| Tyler Lee Weidlich | on behalf of Creditor Pioneer Wireline Services LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 175

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re:<br><br>**SKLAR EXPLORATION COMPANY, LLC,** *et al.*,[1]<br><br>Debtors. | §<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 20-12377-EEB<br><br>**(Jointly Administered)** |

**ORDER APPROVING SECOND STIPULATION AND REQUEST FOR ORDER
EXTENDING THE TRUSTEE'S DEADLINE TO OBJECT TO
ARMBRECHT JACKSON'S FEE APPLICATION**

THIS MATTER, having come before the Court on the stipulation (the "Stipulation") by and between Thomas Kim, as Trustee of the Creditor Trust (the "Trustee") and Armbrecht Jackson LLP ("Armbrecht"), the Court having reviewed the Stipulation and finding good cause for granting the requested relief, does hereby

ORDER

1. That the Stipulation is APPROVED;

2. That solely as to the Trustee, the Extended Objection Deadline is hereby extended through and including December 10, 2021, as may be further extended in writing by Armbrecht and the Trustee; and

3. The Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to the interpretation or enforcement of this Stipulation.

Dated: November 29, 2021

BY THE COURT:

_Elizabeth E. Brown_ (signature)
Elizabeth E. Brown,
United States Bankruptcy Judge