IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: § § **SKLAR EXPLORATION COMPANY, LLC**, *et al.*,[1] § § § **Debtors.** § | | Chapter 11 Case No. 20-12377-EEB (Jointly Administered) |

**THIRD STIPULATION AND REQUEST FOR ORDER
EXTENDING THE TRUSTEE'S DEADLINE TO OBJECT TO
ARMBRECHT JACKSON'S FEE APPLICATION**

Thomas Kim, as Trustee of the Creditor Trust (the "Trustee") and Armbrecht Jackson LLP ("Armbrecht", and together with the Trustee, the "Parties" and each a "Party"), stipulate and agree (the "Stipulation") to the following:

WHEREAS, on October 22, 2021, Armbrecht filed its *Application of Armbrecht Jackson for Allowance of Compensation and Reimbursement of Expenses for the Period of April 3, 2020 through September 30, 2021* (the "Initial Fee Application") [Dkt. No. 1491];

WHEREAS, on November 2, 2021, Armbrecht filed its subsequent *Amended Application of Armbrecht Jackson for Allowance of Compensation and Reimbursement of Expenses for the Period of April 3, 2020 through September 30, 2021* (collectively, with the Initial Fee Application, the "Fee Application") [Dkt. No. 1513];

WHEREAS, the deadline to object to the Fee Application was November 12, 2021 (the "Objection Deadline");

WHEREAS, on November 10, 2021, the Parties filed their *Stipulation and Request for Order Extending the Trustee's Deadline to Object to Armbrecht Jackson's Fee Application*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are as follows: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

4854-2346-7526v.1

(the "First Stipulation") [Dkt. No. 1522], whereby the Parties sought to have the Objection Deadline extended through and including November 26, 2021 (the "Extended Objection Deadline"). Subsequently, this Court entered its *Order Approving Stipulation and Request for Order Extending the Trustee's Deadline to Object to Armbrecht Jackson's Fee Application* [Dkt. No. 1532];

**WHEREAS**, on November 23, 2021, the Parties filed their *Second Stipulation and Request for Order Extending the Trustee's Deadline to Object to Armbrecht Jackson's Fee Application* (the "Second Stipulation") [Dkt. No. 1544], whereby the Parties sought to have the Objection Deadline extended through and including December 10, 2021 (the "Second Extended Objection Deadline"). Subsequently, this Court entered its *Order Approving Second Stipulation and Request for Order Extending the Trustee's Deadline to Object to Armbrecht Jackson's Fee Application* [Dkt. No. 1549]

**WHEREAS**, the Parties continue to engage in meaningful conversation to resolve concerns relating to the Fee Application and have agreed to extend the Second Extended Objection Deadline with respect to the Trustee, subject to and in accordance with the terms hereof.

**NOW THEREFORE**, the Parties stipulate and agree as follows:

1. Solely with respect to the Trustee, the Second Extended Objection Deadline is hereby extended through and including December 23, 2021, as may be further extended in writing by the parties hereto.

2. This Stipulation shall be binding and effective upon execution by the Parties hereto.

3. The Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to the interpretation or enforcement of this Stipulation.

4854-2346-7526v.1

## REQUEST FOR RELIEF

**WHEREFORE**, the Parties pray the Court make and enter an Order approving this Stipulation, and for such further and additional relief as the Court may appear just and proper.

Respectfully submitted this 9th day of December, 2021.

        **MUNSCH HARDT KOPF & HARR, P.C.**

        By: */s/ Christopher D. Johnson*
        Christopher D. Johnson
        Texas Bar No. 24012913
        John D. Cornwell
        Texas Bar No. 24050450
        Grant M. Beiner
        Texas Bar No. 24116090
        700 Milam Street, Suite 2700
        Houston, Texas 77002
        Telephone: (713) 222-1470
        Facsimile: (713) 222-1475
        cjohnson@munsch.com
        jcornwell@munsch.com
        gbeiner@munsch.com

        *Counsel for Thomas Kim, as Trustee of the Creditor Trust*

        **ARMBRECHT JACKSON LLP**

        By: */s/ Benjamin Y. Ford*
        Benjamin Y. Ford
        Duane A. Graham
        P.O. Box 290
        Mobile, Alabama 36601
        Telephone: (251) 405-1300
        Facsimile: (251) 4326843
        byf@ajlaw.com
        dag@ajlaw.com

        *Attorneys for Armbrecht Jackson LLP*