| Fill in this information to identify your case | | | |
|---|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | | |
| Debtor 1: Sklar Exploration Company et al. <br>             First Name     Middle Name     Last Name | | Case #: | 20-12377-EEB |
| Debtor 2: <br>             First Name     Middle Name     Last Name | | Chapter: | |

## Local Bankruptcy Form 9013-1.3
## Movant's Certificate of Non-Contested Matter and Request for Entry of Order

**Complete applicable sections.**

### Part 1  Certificate

On November 2, 2021, Armbrecht Jackson LLP (the "Movant"), filed an application pursuant to L.B.R. 9013-1 entitled Amended Application of Armbrecht Jackson LLP for Allowance of Compensation and Reimbursement of Expenses for the Period of April 3, 2020 Through September 30, 2021 (the "Motion") at docket no. 1513. Movant hereby certifies that the following is true and correct:

1. Service of the Application, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Application on November 2, 2021.
   a. Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 (or in the manner permitted by Court order, a copy of which is attached), as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice on November 2, 2021.
2. The docket numbers for each of the following relevant documents are:
   a. the Application and all documents attached thereto and served therewith, docket no. 1513;
   b. the Notice, docket no. 1514;
   c. the Certificate of Service of the Application and the Notice, docket no. 1513 and 1514;
   d. the Proposed Order, docket no.1513 (but note that said Order has been revised as attached hereto); and
3. A potential objection was raised by Thomas Kim, as Trustee of the post-confirmation Creditor Trust. The potential objection has now been resolved, and the said Trustee has agreed to entry of the **attached Order**, which decreases the approved amount of Movant's fees. No other objections to or requests for hearing on the Application were received by the undersigned, or filed with the Court by the date designated in the Notice, or all objections have been resolved by Court order.

Accordingly, Movant requests that the Court grant the requested relief to the extent set forth in the **attached Order**.

### Part 2  Signature of Movant's Attorney or Movant (if unrepresented)

Dated: December 22, 2021

By: *s/Benjamin Y. Ford*
     Signature

Alabama Bar Number FOR051
Mailing Address: P.O. Box 290,
                          Mobile, AL 36608
Telephone number: 251-405-1300
Facsimile number: 251-432-6843
E-mail address: byf@ajlaw.com