# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: )<br> )<br>SKLAR EXPLORATION COMPANY, LLC )<br>EIN: 72-1417930 )<br> )<br> Debtor-in-Possession. )<br> )<br>_____ )<br> )<br>IN RE: )<br> )<br>SKLARCO, LLC )<br>EIN: 72-1425432 )<br> )<br> )<br> )<br> )<br> Debtor-in-Possession. )<br> ) | Case No. 20-12377-EEB<br><br>Chapter 11<br><br><br><br><br><br><br><br>Case No. 20-12380-EEB<br><br>Chapter 11 |

**ORDER GRANTING AMENDED APPLICATION OF ARMBRECHT JACKSON LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 3, 2020 THROUGH SEPTEMBER 30, 2021**

This matter came on for consideration upon the Amended Application of Armbrecht Jackson LLP for Allowance of Compensation and Reimbursement of Expenses for the Period of April 3, 2020 through September 30, 2021 (the "Application"), and it appearing to the Court that notice of the Application is sufficient and appropriate and in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules of this District, and that good cause exists to grant the relief requested in the Application to the extent set forth herein.  Accordingly, it is hereby

ORDERED that the fees and expenses requested in the Application are APPROVED to the extent set forth herein.  Applicant is hereby allowed compensation in the amount of $490,584.60 and reimbursement of expenses in the amount of $4,640.17, for a total award corresponding to the subject period of $495,224.77; and it is further

ORDERED that the Debtors are authorized to disburse to Applicant the total amount of $96,674.01, comprising the unpaid fees and expenses owed to Applicant, as approved herein.

Dated _____, 2021.

_____
HONORABLE ELIZABETH E. BROWN
UNITED STATES BANKRUPTCY JUDGE