IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>**Sklar Exploration Company, LLC,**<br><br>Reorganized Debtor. | Case No. 20-12377-EEB<br>Chapter 11 |
| In re:<br><br>**Sklarco, LLC,**<br><br>Reorganized Debtor. | Case No. 20-12380-EEB<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377-EEB** |

**ORDER APPROVING THIRD STIPULATION TO EXTEND
ADMINISTRATIVE CLAIM BAR DATE AS TO HOWARD F. SKLAR**

THE COURT, having reviewed the Third Stipulation to Extend Administrative Claim Bar Date as to Howard F. Sklar (the "Stipulation")[1], and being fully advised in the premises and good cause shown therefor, HEREBY

FINDS, ORDERS, AND DECREES that:

1. The Stipulation shall be and is hereby APPROVED.

2. The Administrative Claims Bar Date shall be extended solely as to HFS to and including **January 31, 2022**.

Dated:  December __, 2021

BY THE COURT:

_____
The Honorable Elizabeth E. Brown
United States Bankruptcy Judge

---

[1] Capitalized terms not defined in this Order are defined as in the Stipulation.