# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>**Sklar Exploration Company, LLC,**<br><br>　　　Reorganized Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| In re:<br><br>**Sklarco, LLC,**<br><br>　　　Reorganized Debtor. | Case No. 20-12380-EEB<br><br>Chapter 11<br><br>**Jointly Administered Under Case No. 20-12377-EEB** |

## ORDER APPROVING THIRD STIPULATION TO EXTEND ADMINISTRATIVE CLAIM BAR DATE AS TO HOWARD F. SKLAR

THE COURT, having reviewed the Third Stipulation to Extend Administrative Claim Bar Date as to Howard F. Sklar (the "Stipulation")[1], and being fully advised in the premises and good cause shown therefor, HEREBY

FINDS, ORDERS, AND DECREES that:

1. The Stipulation shall be and is hereby APPROVED.

2. The Administrative Claims Bar Date shall be extended solely as to HFS to and including **January 31, 2022**.

Dated: January 3, 2022

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge

---

[1] Capitalized terms not defined in this Order are defined as in the Stipulation.