UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) |
| EIN: 72-1417930 | ) Chapter 11 |
| | ) |
|    Debtor. | ) |
| | ) |
| | ) Case No. 20-12380-EEB |
| SKLARCO, LLC | ) |
| EIN: 72-1425432 | ) Chapter 11 |
|    Debtor. | ) |

## WITHDRAWAL OF COUNSEL

    Please be advised that Shay L. Denning of Maynes, Bradford, Shipps & Sheftel, LLP hereby withdraws as attorney of record for CTM 2005, Ltd., I & L Miss I, LP, MER Energy, LTD, MR Oil & Gas, LLC, The Rudman Partnership. Thomas H. Shipps and Maynes, Bradford, Shipps & Sheftel, LLP, and Barnet B. Skleton, Jr. continue as counsel of record for CTM 2005, Ltd., I & L Miss I, LP, MER Energy, LTD, MR Oil & Gas, LLC, The Rudman Partnership. Pursuant to L.B.R. 9010-4(b), the Clerk is authorized to terminate the involvement of the withdrawing attorney.

Date: January 3, 2022

By: /s/ Shay L. Denning
Shay L. Denning, Colo. Bar #36736
Maynes, Bradford, Shipps & Sheftel, LLP
835 East Second Avenue, Suite 123
Durango, Colorado 81301

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that, on January 3, 2022, the foregoing instrument was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

/s/ Kate Potemkin
Kate Potemkin

1