UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

**ORDER GRANTING MOTION TO EXTEND CLAIMS OBJECTION BAR DATE PURSUANT TO FED. R. BANKR. P. 9006(b)**

THIS MATTER, having come before the Court on the Reorganized Debtors' Motion to Extend Claims Objection Bar Date Pursuant to Fed. R. Bankr. P. 9006(b) ("Motion"), the Court having considered the Motion and finding good cause for granting the requested relief, does hereby

ORDER

1. That the Motion is GRANTED;
2. The bar date by which the Reorganized Debtors and Creditor Trust are required to file objections to claims is hereby extended by ninety (90) days, through and including April 5, 2022.

**Dated:** January 4, 2022

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge