# EXHIBIT

# 3



# STATE OF
# ALABAMA
## DEPARTMENT OF REVENUE

# CERTIFICATE OF TITLE FOR A VEHICLE

| TITLE NO. | VEHICLE IDENTIFICATION NUMBER | TRANS. CODE | DATE ISSUED |
|---|---|---|---|
| 102194008 | 1FT7W2BT3KEE99379 | 90 | 07/05/2019 |

| YR. MODEL | MAKE | MODEL | BODY TYPE | PREV AL TITLE NO. |
|---|---|---|---|---|
| 2019 | FORD | F250 SUPER DUTY | PK | |

| CYL | NEW | USED | DEMO | PURCHASE DATE | NO. LIENS | COLOR | ODOMETER |
|---|---|---|---|---|---|---|---|
| 08 | | XX | | 06/05/2019 | 1 | BLUE | 000121 |

NAME(S) AND MAILING ADDRESS OF OWNER(S)

SKLAR EXPLORATION COMPANY LLC
319 BELLEVILLE AVE
BREWTON AL 36426

MAIL TO

FORD MOTOR CREDIT CO
PO BOX 105704
ATLANTA GA 30348

RESIDENT ADDRESS IF DIFFERENT

LEGEND(S)
ODOMETER: ACTUAL

**RELEASE OF LIEN**
The holder of Lien on the vehicle described in this Certificate does hereby state that the lien described in said Certificate of Title is released and discharged.

_____
First Lienholder

By _____
Signature of Authorized Agent

Date _____

1ST LIENHOLDER'S NAME, ADDRESS AND LIEN DATE    06/05/2019

FORD MOTOR CREDIT CO
PO BOX 105704
ATLANTA GA 30348

2ND LIENHOLDER'S NAME, ADDRESS AND LIEN DATE

_____
Second Lienholder

By _____
Signature of Authorized Agent

Date _____

This certificate serves as an official document of the Department of Revenue and prima facie evidence that an application for certificate of title has been made for the vehicle described herein, pursuant to the provisions of the Motor Vehicle laws of this state, and the applicant named on the face hereof has been duly recorded as the lawful owner of the vehicle so described. Further, the said vehicle is subject to the security interest by lien(s) show hereon, if any. But, said described vehicle may be subject to a mechanic's lien or a lien given by statute to the United States, this State or any political subdivision of this State or other encumbrances not required to be filed with this Department.

**CONTROL NUMBER**
52135549

**KEEP IN A SAFE PLACE — ANY ALTERATION OR ERASURE VOIDS THIS TITLE.**

## PLEASE DETACH

