# EXHIBIT

# 4

| Effective Date | Process Date | Transaction Amount | Description | Transaction Code | Account Balance |
|---|---|---|---|---|---|
| 10/21/2021 | 10/22/2021 | 921.17 | REGULAR PAYMENT | 8080 | 27,953.38 |
| 09/18/2021 | 09/20/2021 | 921.17 | REGULAR PAYMENT | 8080 | 28,693.22 |
| 08/15/2021 | 08/16/2021 | 921.17 | REGULAR PAYMENT | 8080 | 29,422.81 |
| 07/12/2021 | 07/13/2021 | 921.17 | REGULAR PAYMENT | 8080 | 30,147.68 |
| 06/11/2021 | 06/14/2021 | 921.17 | REGULAR PAYMENT | 8080 | 30,885.49 |
| 05/13/2021 | 05/14/2021 | 921.17 | REGULAR PAYMENT | 8080 | 31,630.99 |
| 04/15/2021 | 04/19/2021 | 921.17 | REGULAR PAYMENT | 8080 | 32,378.54 |
| 03/05/2021 | 03/08/2021 | 921.17 | REGULAR PAYMENT | 8080 | 33,040.29 |
| 01/13/2021 | 01/13/2021 | 921.17 | REGULAR PAYMENT | 8080 | 33,632.97 |
| 12/10/2020 | 12/14/2020 | 921.17 | REGULAR PAYMENT | 8080 | 34,330.98 |
| 11/10/2020 | 11/12/2020 | 921.17 | REGULAR PAYMENT | 8080 | 35,051.32 |
| 10/05/2020 | 10/06/2020 | 921.17 | REGULAR PAYMENT | 8080 | 35,726.86 |
| 10/05/2020 | 10/06/2020 | 921.17 | REGULAR PAYMENT | 8080 | 36,648.03 |
| 10/05/2020 | 10/06/2020 | 921.17 | REGULAR PAYMENT | 8080 | 37,569.20 |
| 10/05/2020 | 10/06/2020 | 921.17 | REGULAR PAYMENT | 8080 | 38,490.37 |
| 10/05/2020 | 10/06/2020 | 921.17 | REGULAR PAYMENT | 8080 | 39,411.54 |
| 10/05/2020 | 10/06/2020 | 921.17 | REGULAR PAYMENT | 8080 | 39,993.59 |
| 04/23/2020 | 04/23/2020 | 921.17 | REGULAR PAYMENT | 8080 | 39,993.59 |
| 04/04/2020 | 04/13/2020 | 921.17 | RETURN - R99 | 9080 | 40,504.76 |
| 04/04/2020 | 04/06/2020 | 921.17 | REGULAR PAYMENT | 8080 | 39,846.61 |
| 03/01/2020 | 03/02/2020 | 921.17 | REGULAR PAYMENT | 8080 | 40,504.76 |
| 02/02/2020 | 02/03/2020 | 921.17 | REGULAR PAYMENT | 8080 | 41,205.58 |
| 01/02/2020 | 01/02/2020 | 921.17 | REGULAR PAYMENT | 8080 | 41,878.81 |
| 11/29/2019 | 12/02/2019 | 921.17 | REGULAR PAYMENT | 8080 | 42,523.15 |
| 10/31/2019 | 10/31/2019 | 921.17 | REGULAR PAYMENT | 8080 | 43,204.37 |
| 09/27/2019 | 09/27/2019 | 921.17 | REGULAR PAYMENT | 8080 | 43,840.09 |
| 08/29/2019 | 08/29/2019 | 921.17 | REGULAR PAYMENT | 8080 | 44,514.04 |
| 07/25/2019 | 07/25/2019 | 921.17 | REGULAR PAYMENT | 8080 | 45,132.70 |
| 07/05/2019 | 07/05/2019 | 921.17 | REGULAR PAYMENT | 8080 | 45,878.15 |
| 06/05/2019 | 06/17/2019 | 46,531.99 | LOAN FUNDING | 7001 | 46,531.99 |