# EXHIBIT

# 5

# J.D. POWER

1/5/2022

**J.D. POWER Used Cars/Trucks**

## Vehicle Information

| | |
|---|---|
| **Vehicle:** | 2019 Ford F250 Super Duty Crew Cab XLT 4WD 6.7L V8 T-Diesel |
| **Region:** | Mountain |
| **Period:** | January 5, 2022 |
| **VIN:** | 1FT7W2BT3KEE99379 |
| **Mileage:** | 42,500 |
| **Weight:** | 0 |



## J.D. POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Clean Loan | $50,000 | N/A | $1,675 | **$51,675** |
| Clean Retail | $59,300 | N/A | $1,875 | **$61,175** |

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Bluetooth Connection | w/body | w/body |
| Rear Parking Sensors [VIN Precision+] | $150 | $175 |
| 6.7L Turbo Diesel Engine | w/body | w/body |
| Aluminum/Alloy Wheels | w/body | w/body |
| Cruise Control | w/body | w/body |
| Fixed Running Boards | $50 | $50 |
| Fog Lights [VIN Precision+] | $75 | $75 |
| Heated Exterior Mirrors | w/body | w/body |
| Power Adjustable Mirrors | w/body | w/body |
| Power Door Locks | w/body | w/body |
| Power Driver's Seat [VIN Precision+] | $250 | $275 |
| Power Windows | w/body | w/body |
| Remote Engine Starter [VIN Precision+] | $150 | $175 |
| Steering Wheel Mounted AudioControls | w/body | w/body |
| FX4 Off-Road Pkg. | $475 | $525 |
| Towing/Camper Pkg | $350 | $400 |
| Locking/Limited Slip Differential | $175 | $200 |

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D.Power