UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In Re*:                                                                                                                      Chapter 11
                                                                                                                    Case No. 20-12377-EEB

SKLAR EXPLORATION COMPANY, LLC and SKLARCO, LLC, **Debtors**,

FORD MOTOR CREDIT COMPANY, LLC, **Movant**.

## ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

FORD MOTOR CREDIT COMPANY, LLC, Movant, has filed a Motion for Relief from Stay in order to foreclose on and/or take possession and control of the Vehicle legally described as a 2019 Ford F250 Super Duty with VIN No. 1FT7W2BT3KEE99379.

The Court, being duly advised, and any objections having been resolved, withdrawn, or overruled, hereby orders that the relief sought by the Motion for Relief from Stay be granted, and FORD MOTOR CREDIT COMPANY, LLC is hereby granted relief from stay in order to proceed to take possession of the collateral described above.

Dated: _____.

BY THE COURT:

_____
U.S. Bankruptcy Judge