# EXHIBIT

# 3

# STATE OF LOUISIANA

## CERTIFICATE OF TITLE

| VIN | TITLE NUMBER | DATE ISSUED |
|---|---|---|
| 1FT7W2B64HED39983 | K7033224 | 05/14/2020 |

| MAKE | MODEL | BODY | COLOR | YR | DATE ACQUIRED | ODOMETER | N/U |
|---|---|---|---|---|---|---|---|
| FORD | | PK | WHI/ | 2017 | 06/29/2017 | 56 | N |

1L

** MAIL TO **

FORD MOTOR CREDIT COMPANY

PO BOX 105704
ATLANTA        GA    30348

** OWNER **
SKLAR EXPLORATION CO LLC

401 EDWARDS ST STE 1601
SHREVEPORT        LA    71101

(LIEN)                              DATE
                                 07/19/2017
FORD MOTOR CREDIT COMPANY
PO BOX 105704
ATLANTA         GA     30348

First Lien Released _____ Date
By _____ Lienholder
   Authorized Representative

Second Lien Released _____ Date
By _____ Lienholder
   Authorized Representative

The undersigned as Vehicle Commissioner of the State of Louisiana, certifies that the applicant named herein has been duly registered in this office as owner of the motor vehicle described, pursuant to the laws of the State of Louisiana, subject to the mortgages and encumbrances, if any, herein set forth.

In witness whereof, I have affixed my signature at Baton Rouge.

*Karen G. St. Germain*

FORM    3424           G   314          43310838

DPSMV 1663 (R7/07)   ANY ALTERATION OR ERASURE VOIDS THIS DOCUMENT.

KEEP IN SAFE PLACE