# EXHIBIT 4

| | | | |
|---|---|---|---|
| 10/07/2021 | 818.90 | REGULAR PAYMENT | 8,096.67 |
| 09/11/2021 | 818.90 | REGULAR PAYMENT | 8,883.99 |
| 08/06/2021 | 818.90 | REGULAR PAYMENT | 9,655.37 |
| 07/12/2021 | 818.90 | REGULAR PAYMENT | 10,438.59 |
| 06/11/2021 | 818.90 | REGULAR PAYMENT | 11,209.98 |
| 05/13/2021 | 818.90 | REGULAR PAYMENT | 11,981.38 |
| 04/04/2021 | 818.90 | REGULAR PAYMENT | 12,732.40 |
| 02/06/2021 | 818.90 | REGULAR PAYMENT | 13,446.51 |
| 12/29/2020 | 818.90 | REGULAR PAYMENT | 14,189.77 |
| 11/29/2020 | 818.90 | REGULAR PAYMENT | 14,947.53 |
| 10/25/2020 | 818.90 | REGULAR PAYMENT | 15,691.55 |
| 09/20/2020 | 818.90 | REGULAR PAYMENT | 16,432.04 |
| 09/20/2020 | 818.90 | REGULAR PAYMENT | 17,250.94 |
| 09/20/2020 | 818.90 | REGULAR PAYMENT | 18,069.84 |
| 09/20/2020 | 818.90 | REGULAR PAYMENT | 18,888.74 |
| 09/20/2020 | 818.90 | REGULAR PAYMENT | 19,707.64 |
| 09/20/2020 | 818.90 | REGULAR PAYMENT | 20,526.54 |
| 03/25/2020 | 818.90 | REGULAR PAYMENT | 20,836.92 |
| 02/22/2020 | 818.90 | REGULAR PAYMENT | 21,561.75 |
| 01/25/2020 | 818.90 | REGULAR PAYMENT | 22,295.54 |
| 01/02/2020 | 818.90 | REGULAR PAYMENT | 23,042.18 |
| 11/23/2019 | 818.90 | REGULAR PAYMENT | 23,731.33 |
| 10/19/2019 | 818.90 | REGULAR PAYMENT | 24,433.31 |
| 09/20/2019 | 818.90 | REGULAR PAYMENT | 25,152.49 |
| 08/23/2019 | 818.90 | REGULAR PAYMENT | 25,872.36 |
| 07/18/2019 | 859.85 | REGULAR PAYMENT | 26,560.53 |
| 06/21/2019 | 818.90 | REGULAR PAYMENT | 27,278.74 |
| 06/15/2019 | 818.90 | REGULAR PAYMENT | 28,074.61 |
| 06/10/2019 | 40.95 | FEE ASSESSMENT | 28,666.21 |
| 04/18/2019 | 818.90 | REGULAR PAYMENT | 28,666.21 |
| 03/21/2019 | 818.90 | REGULAR PAYMENT | 29,372.67 |
| 02/22/2019 | 818.90 | REGULAR PAYMENT | 30,080.54 |
| 01/17/2019 | 818.90 | REGULAR PAYMENT | 30,748.11 |

1

| | | | |
|---|---|---|---|
| 12/22/2018 | 818.90 | REGULAR PAYMENT | 31,455.20 |
| 11/21/2018 | 818.90 | REGULAR PAYMENT | 32,137.90 |
| 10/18/2018 | 818.90 | REGULAR PAYMENT | 32,804.31 |
| 09/21/2018 | 818.90 | REGULAR PAYMENT | 33,499.56 |
| 08/22/2018 | 818.90 | REGULAR PAYMENT | 34,178.28 |
| 07/20/2018 | 818.90 | REGULAR PAYMENT | 34,840.00 |
| 06/21/2018 | 818.90 | REGULAR PAYMENT | 35,518.08 |
| 05/23/2018 | 818.90 | REGULAR PAYMENT | 36,193.49 |
| 04/20/2018 | 818.90 | REGULAR PAYMENT | 36,846.16 |
| 03/30/2018 | 818.90 | REGULAR PAYMENT | 37,557.23 |
| 02/22/2018 | 818.90 | REGULAR PAYMENT | 38,188.18 |
| 01/27/2018 | 818.90 | REGULAR PAYMENT | 38,868.92 |
| 12/21/2017 | 818.90 | REGULAR PAYMENT | 39,488.08 |
| 11/18/2017 | 818.90 | REGULAR PAYMENT | 40,125.95 |
| 10/21/2017 | 818.90 | REGULAR PAYMENT | 40,788.71 |
| 09/22/2017 | 818.90 | REGULAR PAYMENT | 41,443.30 |
| 08/17/2017 | 818.90 | REGULAR PAYMENT | 42,055.22 |
| 07/22/2017 | 818.90 | REGULAR PAYMENT | 42,722.27 |
| 06/29/2017 | 43,404.69 | LOAN FUNDING | 43,404.69 |