# EXHIBIT 5

**J.D. POWER**

1/6/2022

J.D. POWER Used Cars/Trucks

## Vehicle Information

| | |
|---|---|
| **Vehicle:** | 2017 Ford F250 Super Duty Crew Cab Lariat 4WD 6.2L V8 |
| **Region:** | Southwestern |
| **Period:** | January 6, 2022 |
| **VIN:** | 1FT7W2B64HED39983 |
| **Mileage:** | 67,500 |
| **Weight:** | 6,478 |



## J.D. POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Clean Loan | $44,725 | N/A | $1,175 | **$45,900** |
| Clean Retail | $54,075 | N/A | $1,325 | **$55,400** |

### Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Back Up Camera | w/body | w/body |
| Bluetooth Connection | w/body | w/body |
| Navigation System | $275 | $300 |
| Rear Parking Sensors | w/body | w/body |
| Aluminum/Alloy Wheels | w/body | w/body |
| Cruise Control | w/body | w/body |
| Fog Lights | w/body | w/body |
| Heated Exterior Mirrors | w/body | w/body |
| Power Adjustable Mirrors | w/body | w/body |
| Power Door Locks | w/body | w/body |
| Power Driver's Seat | w/body | w/body |
| Power Windows | w/body | w/body |
| Remote Engine Starter | $125 | $150 |
| FX4 Off-Road Pkg. | $450 | $500 |
| Towing/Camper Pkg | $325 | $375 |

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D.Power