# EXHIBIT

# 4

| Effective Date | Process Date | Transaction Amount | Description | Transaction Code | Account Balance |
|---|---|---|---|---|---|
| 11/09/2021 | 11/15/2021 | 829.56 | FRM DM SUSPENSE | 8080 | 23,006.49 |
| 10/07/2021 | 10/12/2021 | 829.56 | REGULAR PAYMENT | 8080 | 23,816.67 |
| 08/30/2021 | 09/02/2021 | 829.56 | REGULAR PAYMENT | 8080 | 24,623.16 |
| 08/06/2021 | 09/02/2021 | 829.56 | REGULAR PAYMENT | 8080 | 25,437.66 |
| 06/27/2021 | 06/28/2021 | 829.56 | REGULAR PAYMENT | 8080 | 26,241.34 |
| 06/11/2021 | 06/28/2021 | 829.56 | REGULAR PAYMENT | 8080 | 27,060.22 |
| 05/13/2021 | 05/14/2021 | 829.56 | REGULAR PAYMENT | 8080 | 27,869.86 |
| 04/04/2021 | 04/05/2021 | 829.56 | REGULAR PAYMENT | 8080 | 28,671.84 |
| 02/07/2021 | 02/08/2021 | 829.56 | REGULAR PAYMENT | 8080 | 29,460.72 |
| 01/05/2021 | 01/05/2021 | 829.56 | REGULAR PAYMENT | 8080 | 30,265.66 |
| 11/24/2020 | 11/25/2020 | 829.56 | REGULAR PAYMENT | 8080 | 31,063.12 |
| 10/25/2020 | 10/26/2020 | 829.56 | REGULAR PAYMENT | 8080 | 31,869.17 |
| 09/20/2020 | 09/21/2020 | 829.56 | REGULAR PAYMENT | 8080 | 32,670.62 |
| 09/20/2020 | 09/21/2020 | 829.56 | REGULAR PAYMENT | 8080 | 33,500.18 |
| 09/20/2020 | 09/21/2020 | 829.56 | REGULAR PAYMENT | 8080 | 34,329.74 |
| 09/20/2020 | 09/21/2020 | 829.56 | REGULAR PAYMENT | 8080 | 35,159.30 |
| 09/20/2020 | 09/21/2020 | 829.56 | REGULAR PAYMENT | 8080 | 35,988.86 |
| 09/20/2020 | 09/21/2020 | 829.56 | REGULAR PAYMENT | 8080 | 36,818.42 |
| 03/25/2020 | 03/26/2020 | 829.56 | REGULAR PAYMENT | 8080 | 37,482.99 |
| 02/18/2020 | 02/18/2020 | 829.56 | REGULAR PAYMENT | 8080 | 38,278.66 |
| 01/19/2020 | 01/20/2020 | 829.56 | REGULAR PAYMENT | 8080 | 39,079.39 |
| 12/14/2019 | 12/16/2019 | 829.56 | REGULAR PAYMENT | 8080 | 39,873.61 |
| 11/21/2019 | 11/21/2019 | 829.56 | REGULAR PAYMENT | 8080 | 40,680.10 |
| 10/19/2019 | 10/21/2019 | 829.56 | REGULAR PAYMENT | 8080 | 41,475.91 |
| 09/14/2019 | 09/16/2019 | 829.56 | REGULAR PAYMENT | 8080 | 42,268.99 |
| 08/17/2019 | 08/19/2019 | 829.56 | REGULAR PAYMENT | 8080 | 43,068.82 |
| 07/18/2019 | 07/18/2019 | 829.56 | REGULAR PAYMENT | 8080 | 43,865.93 |
| 06/16/2019 | 06/18/2019 | 879.56 | REGULAR PAYMENT | 8080 | 44,660.25 |
| 06/15/2019 | 06/18/2019 | 829.56 | REGULAR PAYMENT | 8080 | 45,488.69 |

1

| Effective Date | Process Date | Transaction Amount | Description | Transaction Code | Account Balance |
|---|---|---|---|---|---|
| 06/04/2019 | 06/18/2019 | 50.00 | FEE ASSESSMENT | 7011 | 46,252.10 |
| 04/18/2019 | 04/18/2019 | 829.56 | REGULAR PAYMENT | 8080 | 46,252.10 |
| 03/15/2019 | 03/15/2019 | 829.56 | REGULAR PAYMENT | 8080 | 47,042.22 |
| 02/22/2019 | 02/22/2019 | 829.56 | REGULAR PAYMENT | 8080 | 47,847.01 |
| 01/18/2019 | 01/18/2019 | 48,598.60 | LOAN FUNDING | 7001 | 48,634.60 |