# EXHIBIT

# 5

# J.D. POWER

1/6/2022

**J.D. POWER Used Cars/Trucks**

## Vehicle Information



| | |
|---|---|
| Vehicle: | 2018 Ford F150 Crew Cab XLT 4WD 5.0L V8 |
| Region: | Southwestern |
| Period: | January 6, 2022 |
| VIN: | 1FTEW1E50JKF99213 |
| Mileage: | 57,500 |

## J.D. POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Trade-In** | | | | |
| Clean | $36,900 | N/A | $1,000 | **$37,900** |
| Clean Retail | $41,025 | N/A | $1,125 | **$42,150** |

### Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Bluetooth Connection | w/body | w/body |
| Aluminum/Alloy Wheels | w/body | w/body |
| Cruise Control | w/body | w/body |
| Fixed Running Boards | $50 | $50 |
| Fog Lights | w/body | w/body |
| Heated Exterior Mirrors | w/body | w/body |
| Power Adjustable Mirrors | w/body | w/body |
| Power Door Locks | w/body | w/body |
| Power Windows | w/body | w/body |
| Remote Engine Starter | $125 | $150 |
| Steering Wheel Mounted AudioControls | w/body | w/body |
| FX4 Off-Road Pkg. | $475 | $525 |
| Towing/Camper Pkg | $350 | $400 |
| Locking/Limited Slip Differential | N/A | N/A |

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D.Power