# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| *In re:* | ) |
| | ) |
| Sklar Exploration Company, LLC and Sklarco, LLC | ) Bankruptcy Case No. 20-12377-EEB |
| | ) Chapter 11 |
| | ) |
| Debtors. | ) |

_____

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
_____

Pursuant to Local Bankruptcy Rule 9010-1 and Federal Rule of Bankruptcy Procedure 9010, Christopher D. Johnson, Esq. of Diamond McCarthy LLP hereby enters his appearance in the above captioned matter on behalf of Thomas M. Kim, the Trustee of the Sklar Creditor Trust.

Counsel respectfully requests that all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case be sent to the following address:

Christopher D. Johnson
Diamond McCarthy LLP
909 Fannin Street, Suite 3700
Houston, Texas 77010
Tel. (713) 333-5134
Fax: (713) 333-5199
E-mail chris.johnson@diamondmccarthy.com

Dated this 10th day of January, 2022

/s/ Christopher D. Johnson
Christopher D. Johnson
Diamond McCarthy LLP
909 Fannin Street, Suite 3700
Houston, Texas  77010
Tel. (713) 333-5134
Fax: (713) 333-5199

**ATTORNEY FOR CREDITOR TRUSTEE OF THE SKLAR CREDITOR TRUST**

1034662 v1

The undersigned hereby certifies that on this 10th day of January, 2022, a true and correct copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** was filed and served via ECF on all attorneys of record.

/s/ Christopher D. Johnson
Christopher D. Johnson