# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |

## ORDER AND NOTICE OF NON-EVIDENTIARY HEARING

**IT IS HEREBY ORDERED** that a non-evidentiary hearing on the Application for Administrative Expense Priority Claim Pursuant to 11 U.S.C. § 503(b) filed by The Rudman Partnership (Dkt. No. 1148) and the objections thereto filed by the Debtors and East West Bank is set for **Wednesday, January 19, 2022, at 10:00 a.m.** in the United States Bankruptcy Court for the District of Colorado.

Parties shall appear telephonically by calling the Court prior to the hearing at 1-888-684-8852. The meeting access code is **345 4024** followed by the # sign. Please state your name clearly. Please stay on the line until the court operator takes the roll call and the hearing begins. **The Court will not contact parties by telephone. If a party has not called in to the conference line or is not present in court, it will be deemed a failure to appear, and be subject to imposition of sanctions as appropriate.**

DATED this 10th day of January, 2022.

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, Bankruptcy Judge