UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minute Order*

| Date: January 19, 2022 | **Honorable Elizabeth E. Brown, Presiding** |
|---|---|
| | Kerstin Cass, Law Clerk |

| | | | |
|---|---|---|---|
| In re: | Sklar Exploration Company, LLC, | | **Case. No. 20-12377 EEB** |
| | Debtor. | | Chapter 11 |
| | | | |
| | Sklarco, LLC, | | **Case. No. 20-12380 EEB** |
| | Debtor. | | Chapter 11 |

**Jointly Administered Under 20-12377 EEB**

| | Telephonic Appearances | | Representing |
|---|---|---|---|
| Counsel | | UST | |
| Counsel | Keri Riley | Debtor(s) | |
| Counsel | Chris Johnson | Committee | Tom Kim, Creditor Trustee |
| Counsel | Bryce Suzuki | Creditor | East West Bank |
| Counsel | Barnet Skelton Jr.*, | Creditor | Rudman Partnership |
| Counsel | Adam Hirsch | Creditor | Howard Sklar, Howard Sklar Trust |
| Counsel | Mario Lamar | Creditor | NexTier Completion Solutions, Inc. |
| | *telephonic appearance | | |

Proceedings:  Telephonic Non-evidentiary Hearing on: (1) the Amended Application for Administrative Expenses filed by NexTier Completion Solutions, Inc. and the objection thereto filed by the Debtors and (2) Application for Administrative Expense Priority Claim Pursuant to 11 U.S.C. § 503(b) filed by The Rudman Partnership and the objections thereto filed by the Debtors, East West Bank and the Committee.

Orders:

☒  As to the Application filed by NexTier Completion Solutions, Inc. the Court ordered as follows: (1) on or before **February 9, 2022** the parties shall file simultaneous briefs along with stipulated facts and/or affidavits; and (2) on or before **February 23, 2022**, the parties shall file simultaneous response briefs.

☒  As to the Application filed by the Rudman Partnership, the Court ordered as follows: (1) on or before **January 26, 2022**, Rudman shall file a complaint; (2) on or before **February 9, 2022**, the named defendants shall file their answers (if necessary, the answers may reserve their right to file a motion for judgment on the pleadings); (3) on or before **February 23, 2022**, the parties shall meet and confer, and file a proposed scheduling order and discovery plan.

Date: January 19, 2022

BY THE COURT:

*Elizabeth E. Brown*

Elizabeth E. Brown, U.S. Bankruptcy Judge