# EXHIBIT 3

# STATE OF LOUISIANA

## CERTIFICATE OF TITLE

| VIN | TITLE NUMBER | DATE ISSUED |
|---|---|---|
| 1FTEW1EF5HFA31230 | K7024261 | 04/13/2020 |

| MAKE | MODEL | BODY | COLOR | YR | DATE ACQUIRED | ODOMETER | N/U |
|---|---|---|---|---|---|---|---|
| FORD | | PK | BLK/ | 2017 | 03/31/2017 | 2825 | N |

1L

**\* \* MAIL TO \* \***

FORD MOTOR CREDIT COMPANY

PO BOX 105704
ATLANTA        GA     30348

**\* \* OWNER \* \***

SKLAR EXPLORATION COMPANY LLC

401 EDWARDS SUITE 1601
SHREVEPORT        LA    71101

(LIEN)                                DATE

                                 04/24/2017
FORD MOTOR CREDIT COMPANY
PO BOX 105704
ATLANTA        GA     30348

First Lien Released _____ Date
_____
Lienholder
By _____
Authorized Representative

Second Lien Released _____ Date
_____
Lienholder
By _____
Authorized Representative

The undersigned as Vehicle Commissioner of the State of Louisiana, certifies that the applicant named herein has been duly registered in this office as owner of the motor vehicle described, pursuant to the laws of the State of Louisiana, subject to the mortgages and encumbrances, if any, herein set forth.

In witness whereof, I have affixed my signature at Baton Rouge.

*Karen G. St. Germain*



FORM    2301        G    211            43388180

DPSMV 1663 (R7/07)    **ANY ALTERATION OR ERASURE VOIDS THIS DOCUMENT.**

KEEP IN SAFE PLACE