# EXHIBIT

# 4

| | | | | | |
|---|---|---|---|---|---|
| 11/05/2021 | 11/08/2021 | 714.80 | REGULAR PAYMENT | 8080 | 12,151.24 |
| 10/21/2021 | 10/22/2021 | 714.80 | REGULAR PAYMENT | 8080 | 12,866.04 |
| 09/18/2021 | 09/20/2021 | 714.80 | REGULAR PAYMENT | 8080 | 13,580.84 |
| 08/15/2021 | 08/16/2021 | 714.80 | REGULAR PAYMENT | 8080 | 14,295.64 |
| 07/12/2021 | 07/13/2021 | 714.80 | REGULAR PAYMENT | 8080 | 15,010.44 |
| 06/11/2021 | 06/14/2021 | 714.80 | REGULAR PAYMENT | 8080 | 15,725.24 |
| 05/13/2021 | 05/14/2021 | 714.80 | REGULAR PAYMENT | 8080 | 16,440.04 |
| 04/15/2021 | 04/19/2021 | 714.80 | REGULAR PAYMENT | 8080 | 17,154.84 |
| 04/04/2021 | 04/19/2021 | 714.80 | REGULAR PAYMENT | 8080 | 17,869.64 |
| 02/09/2021 | 02/10/2021 | 714.80 | REGULAR PAYMENT | 8080 | 18,584.44 |
| 01/13/2021 | 01/13/2021 | 714.80 | REGULAR PAYMENT | 8080 | 19,299.24 |
| 11/29/2020 | 11/30/2020 | 714.80 | REGULAR PAYMENT | 8080 | 20,014.04 |
| 11/03/2020 | 11/30/2020 | 714.80 | REGULAR PAYMENT | 8080 | 20,728.84 |
| 09/27/2020 | 09/28/2020 | 714.80 | REGULAR PAYMENT | 8080 | 21,443.64 |
| 09/27/2020 | 09/28/2020 | 714.80 | REGULAR PAYMENT | 8080 | 22,158.44 |
| 09/27/2020 | 09/28/2020 | 714.80 | REGULAR PAYMENT | 8080 | 22,873.24 |
| 09/27/2020 | 09/28/2020 | 714.80 | REGULAR PAYMENT | 8080 | 23,588.04 |
| 09/27/2020 | 09/28/2020 | 714.80 | REGULAR PAYMENT | 8080 | 24,302.84 |
| 09/27/2020 | 09/28/2020 | 714.80 | REGULAR PAYMENT | 8080 | 25,017.64 |
| 04/23/2020 | 04/23/2020 | 714.80 | REGULAR PAYMENT | 8080 | 25,732.44 |
| 04/04/2020 | 04/13/2020 | 714.80 | RETURN - R99 | 9080 | 26,447.24 |
| 04/04/2020 | 04/06/2020 | 714.80 | REGULAR PAYMENT | 8080 | 25,732.44 |
| 03/01/2020 | 03/02/2020 | 714.80 | REGULAR PAYMENT | 8080 | 26,447.24 |
| 02/02/2020 | 02/03/2020 | 714.80 | REGULAR PAYMENT | 8080 | 27,162.04 |
| 01/02/2020 | 01/02/2020 | 714.80 | REGULAR PAYMENT | 8080 | 27,876.84 |
| 11/29/2019 | 12/02/2019 | 714.80 | REGULAR PAYMENT | 8080 | 28,591.64 |
| 10/25/2019 | 10/25/2019 | 714.80 | REGULAR PAYMENT | 8080 | 29,306.44 |
| 09/27/2019 | 09/27/2019 | 714.80 | REGULAR PAYMENT | 8080 | 30,021.24 |
| 08/29/2019 | 08/29/2019 | 714.80 | REGULAR PAYMENT | 8080 | 30,736.04 |
| 07/25/2019 | 07/25/2019 | 714.80 | REGULAR PAYMENT | 8080 | 31,450.84 |

| | | | | | |
|---|---|---|---|---|---|
| 06/28/2019 | 06/28/2019 | 714.80 | REGULAR PAYMENT | 8080 | 32,165.64 |
| 05/24/2019 | 05/24/2019 | 714.80 | REGULAR PAYMENT | 8080 | 32,880.44 |
| 04/25/2019 | 04/25/2019 | 714.80 | REGULAR PAYMENT | 8080 | 33,595.24 |
| 03/29/2019 | 03/29/2019 | 714.80 | REGULAR PAYMENT | 8080 | 34,310.04 |
| 02/28/2019 | 02/28/2019 | 714.80 | REGULAR PAYMENT | 8080 | 35,024.84 |
| 02/01/2019 | 02/01/2019 | 764.80 | REGULAR PAYMENT | 8080 | 35,739.64 |
| 01/23/2019 | 01/23/2019 | 714.80 | REGULAR PAYMENT | 8080 | 36,454.44 |
| 01/15/2019 | 01/15/2019 | 50.00 | FEE ASSESSMENT | 7011 | 37,169.24 |
| 12/01/2018 | 12/03/2018 | 714.80 | REGULAR PAYMENT | 8080 | 37,169.24 |
| 10/26/2018 | 10/26/2018 | 714.80 | REGULAR PAYMENT | 8080 | 37,884.04 |
| 09/26/2018 | 09/26/2018 | 714.80 | REGULAR PAYMENT | 8080 | 38,598.84 |
| 08/31/2018 | 08/31/2018 | 714.80 | REGULAR PAYMENT | 8080 | 39,313.64 |
| 08/02/2018 | 08/02/2018 | 714.80 | REGULAR PAYMENT | 8080 | 40,028.44 |
| 06/29/2018 | 06/29/2018 | 714.80 | REGULAR PAYMENT | 8080 | 40,743.24 |
| 05/31/2018 | 05/31/2018 | 714.80 | REGULAR PAYMENT | 8080 | 41,458.04 |
| 04/29/2018 | 04/30/2018 | 714.80 | REGULAR PAYMENT | 8080 | 42,172.84 |
| 03/30/2018 | 03/30/2018 | 714.80 | REGULAR PAYMENT | 8080 | 42,887.64 |
| 03/02/2018 | 03/02/2018 | 714.80 | REGULAR PAYMENT | 8080 | 43,602.44 |
| 02/01/2018 | 02/01/2018 | 714.80 | REGULAR PAYMENT | 8080 | 44,317.24 |
| 01/05/2018 | 01/05/2018 | 714.80 | REGULAR PAYMENT | 8080 | 45,032.04 |
| 12/01/2017 | 12/01/2017 | 714.80 | REGULAR PAYMENT | 8080 | 45,746.84 |
| 11/02/2017 | 11/02/2017 | 714.80 | REGULAR PAYMENT | 8080 | 46,461.64 |
| 10/01/2017 | 10/02/2017 | 714.80 | REGULAR PAYMENT | 8080 | 47,176.44 |
| 08/31/2017 | 08/31/2017 | 714.80 | REGULAR PAYMENT | 8080 | 47,891.24 |
| 07/27/2017 | 07/27/2017 | 714.80 | REGULAR PAYMENT | 8080 | 48,606.04 |
| 06/29/2017 | 06/29/2017 | 714.80 | REGULAR PAYMENT | 8080 | 49,320.84 |
| 06/05/2017 | 06/05/2017 | 714.80 | REGULAR PAYMENT | 8080 | 50,035.64 |
| 04/20/2017 | 04/20/2017 | 714.80 | REGULAR PAYMENT | 8080 | 50,750.44 |
| 03/24/2017 | 03/24/2017 | 51,447.24 | LOAN FUNDING | 7001 | 51,465.24 |