# EXHIBIT 4

| Effective Date | Process Date | Transaction Amount | Description | Trans |
|---|---|---|---|---|
| 10/21/2021 | 10/22/2021 | 1,021.22 | REGULAR PAYMENT | |
| 10/07/2021 | 10/22/2021 | 1,021.22 | REGULAR PAYMENT | |
| 08/30/2021 | 09/02/2021 | 1,021.22 | REGULAR PAYMENT | |
| 08/06/2021 | 09/02/2021 | 1,021.22 | REGULAR PAYMENT | |
| 06/27/2021 | 06/28/2021 | 1,021.22 | REGULAR PAYMENT | |
| 06/11/2021 | 06/28/2021 | 1,021.22 | REGULAR PAYMENT | |
| 03/28/2021 | 03/29/2021 | 1,021.22 | REGULAR PAYMENT | |
| 03/05/2021 | 03/29/2021 | 1,021.22 | REGULAR PAYMENT | |
| 03/05/2021 | 03/29/2021 | 1,021.22 | REGULAR PAYMENT | |
| 02/06/2021 | 02/08/2021 | 1,021.22 | REGULAR PAYMENT | |
| 12/23/2020 | 12/23/2020 | 1,021.22 | REGULAR PAYMENT | |
| 11/15/2020 | 11/16/2020 | 1,021.22 | REGULAR PAYMENT | |
| 10/25/2020 | 10/26/2020 | 1,021.22 | REGULAR PAYMENT | |
| 09/27/2020 | 09/28/2020 | 1,021.22 | REGULAR PAYMENT | |
| 09/27/2020 | 09/28/2020 | 1,021.22 | REGULAR PAYMENT | |
| 09/27/2020 | 09/28/2020 | 1,021.22 | REGULAR PAYMENT | |
| 09/27/2020 | 09/28/2020 | 1,021.22 | REGULAR PAYMENT | |
| 09/27/2020 | 09/28/2020 | 1,021.22 | REGULAR PAYMENT | |
| 09/27/2020 | 09/28/2020 | 1,021.22 | REGULAR PAYMENT | |
| 03/17/2020 | 03/17/2020 | 1,021.22 | REGULAR PAYMENT | |
| 02/18/2020 | 02/18/2020 | 1,021.22 | REGULAR PAYMENT | |
| 01/19/2020 | 01/20/2020 | 1,021.22 | REGULAR PAYMENT | |
| 12/14/2019 | 12/16/2019 | 1,021.22 | REGULAR PAYMENT | |
| 11/21/2019 | 11/21/2019 | 1,021.22 | REGULAR PAYMENT | |
| 10/16/2019 | 10/16/2019 | 1,021.22 | REGULAR PAYMENT | |
| 09/22/2019 | 09/23/2019 | 1,021.22 | REGULAR PAYMENT | |
| 08/18/2019 | 08/19/2019 | 1,021.22 | REGULAR PAYMENT | |

| Effective Date | Process Date | Transaction Amount | Description | Trans |
|---|---|---|---|---|
| 07/23/2019 | 08/05/2019 | 51,585.99 | LOAN FUNDING | |