UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

**In Re:**  Chapter 11
Case No. 20-12377-EEB

SKLAR EXPLORATION COMPANY, LLC and SKLARCO, LLC, **Debtors**,

FORD MOTOR CREDIT COMPANY, LLC, **Movant**.

**NOTICE OF MOTION FOR RELIEF FROM STAY AND OPPORTUNITY FOR HEARING PURSUANT TO 11 U.S.C. SECTION 362 (d)**

OBJECTION DEADLINE: **FEBRUARY 10, 2022**

YOU ARE HEREBY NOTIFIED that a Motion for Relief from Stay has been filed, a copy of which is attached hereto.

A hearing on the motion has been set for **FEBRUARY 17, 2022 at 1:30 p.m. at the U.S. CUSTOM HOUSE, COURTROOM F, 721 19TH STREET, CO 80202.** The hearing will be conducted in accordance with the provisions of L.B.R. 4001-1. Five minutes before the scheduled hearing time, parties shall call 1-888-684-8852 and enter access code 3454024#. In the event it is determined testimony and evidence is necessary, a separate order will be docketed scheduling a courtroom appearance.

IF YOU DESIRE TO OPPOSE THIS MOTION, you must file with this court a WRITTEN OBJECTION to the motion on or before the objection deadline listed above and serve a copy upon movant's attorney, whose address is listed below.

If you file an objection, you are REQUIRED to comply with L.B.R. 4001-1 regarding hearing procedures, including (1) the timely submission and exchange of witness lists and exhibits and (2) attendance at the above-scheduled hearing in person or through counsel, if represented.

CO - Ch. 11 MFR - Colorado/Colorado/00000008961526

**IF YOU FAIL TO FILE AN OBJECTION,** the scheduled hearing will be **vacated**, and an order granting the relief requested may be granted without further notice to you.

DATED:   January 20 , 2022                        BARRETT FRAPPIER & WEISSERMAN, LLP

/s/  David W. Drake
David W. Drake, Atty Reg. No. 43315
1391 SPEER BLVD., SUITE 700
DENVER, CO  80204
Telephone:  (303) 327-8781
Telecopier:  (972) 661-7725
Email Address:  co.ecf@bdfgroup.com

E-FILED ORIGINAL

Document to be retained in file of Barrett Frappier & Weisserman, LLP