# EXHIBIT 3

# STATE OF LOUISIANA

## CERTIFICATE OF TITLE

| VIN | TITLE NUMBER | DATE ISSUED |
|---|---|---|
| 1FTEW1EF5GFD35009 | K7047423 | 06/25/2020 |

| MAKE | MODEL | BODY | COLOR | YR | DATE ACQUIRED | ODOMETER | N/U |
|---|---|---|---|---|---|---|---|
| FORD | | PK | WHI/ | 2016 | 06/29/2017 | 211 | N |

1L

**\* \* MAIL TO \* \***

FORD MOTOR CREDIT COMPANY

PO BOX 105704
ATLANTA     GA     30348

**\* \* OWNER \* \***
SKLAR EXPLORATION CO LLC

401 EDWARDS ST STE 1601
SHREVEPORT     LA     71101

(LIEN)                DATE

                      07/19/2017
FORD MOTOR CREDIT COMPANY
PO BOX 105704
ATLANTA     GA     30348

First Lien Released _____ Date
_____
Lienholder
By _____
Authorized Representative

Second Lien Released _____ Date
_____
Lienholder
By _____
Authorized Representative

The undersigned as Vehicle Commissioner of the State of Louisiana, certifies that the applicant named herein has been duly registered in this office as owner of the motor vehicle described, pursuant to the laws of the State of Louisiana, subject to the mortgages and encumbrances, if any, herein set forth.

In witness whereof, I have affixed my signature at Baton Rouge.

*Karen G St Germain*

FORM     4351          G     429          44243656

DPSMV 1683 (R7/07)     **ANY ALTERATION OR ERASURE VOIDS THIS DOCUMENT.**

KEEP IN SAFE PLACE