# EXHIBIT

# 4

| | | | | | |
|---|---|---|---|---|---|
| 10/07/2021 | 10/12/2021 | 840.32 | REGULAR PAYMENT | 8080 | 7,446.60 |
| 09/11/2021 | 09/13/2021 | 840.32 | REGULAR PAYMENT | 8080 | 8,257.57 |
| 08/06/2021 | 08/09/2021 | 840.32 | REGULAR PAYMENT | 8080 | 9,053.33 |
| 07/12/2021 | 07/13/2021 | 840.32 | REGULAR PAYMENT | 8080 | 9,859.95 |
| 06/11/2021 | 06/14/2021 | 840.32 | REGULAR PAYMENT | 8080 | 10,655.11 |
| 05/13/2021 | 05/14/2021 | 840.32 | REGULAR PAYMENT | 8080 | 11,450.04 |
| 04/04/2021 | 04/05/2021 | 840.32 | REGULAR PAYMENT | 8080 | 12,225.17 |
| 03/28/2021 | 03/29/2021 | 840.32 | REGULAR PAYMENT | 8080 | 13,053.00 |
| 02/06/2021 | 02/08/2021 | 840.32 | REGULAR PAYMENT | 8080 | 13,799.00 |
| 12/29/2020 | 12/29/2020 | 840.32 | REGULAR PAYMENT | 8080 | 14,561.69 |
| 11/29/2020 | 11/30/2020 | 840.32 | REGULAR PAYMENT | 8080 | 15,339.27 |
| 10/25/2020 | 10/26/2020 | 840.32 | REGULAR PAYMENT | 8080 | 16,102.75 |
| 09/20/2020 | 09/21/2020 | 840.32 | REGULAR PAYMENT | 8080 | 16,862.60 |
| 09/20/2020 | 09/21/2020 | 840.32 | REGULAR PAYMENT | 8080 | 17,702.92 |
| 09/20/2020 | 09/21/2020 | 840.32 | REGULAR PAYMENT | 8080 | 18,543.24 |
| 09/20/2020 | 09/21/2020 | 840.32 | REGULAR PAYMENT | 8080 | 19,383.56 |
| 09/20/2020 | 09/21/2020 | 840.32 | REGULAR PAYMENT | 8080 | 20,223.88 |
| 09/20/2020 | 09/21/2020 | 840.32 | REGULAR PAYMENT | 8080 | 21,064.20 |
| 03/25/2020 | 03/26/2020 | 840.32 | REGULAR PAYMENT | 8080 | 21,382.69 |
| 02/22/2020 | 02/24/2020 | 840.32 | REGULAR PAYMENT | 8080 | 22,126.47 |
| 02/14/2020 | 02/24/2020 | 840.32 | ONLINE PAYMENT | 7118 | 22,941.77 |
| 02/13/2020 | 02/24/2020 | 42.02 | WAIVE ASSESSED | 8010 | 23,643.48 |
| 02/10/2020 | 02/24/2020 | 42.02 | FEE ASSESSMENT | 7011 | 23,643.48 |
| 01/02/2020 | 02/07/2020 | 840.32 | REGULAR PAYMENT | 8080 | 23,643.48 |
| 01/02/2020 | 02/07/2020 | 1,137.70 | REG PYMT REV | 9080 | 24,350.65 |
| 01/02/2020 | 01/03/2020 | 1,137.70 | REGULAR PAYMENT | 8080 | 23,346.10 |
| 11/23/2019 | 11/25/2019 | 840.32 | REGULAR PAYMENT | 8080 | 24,350.65 |
| 10/19/2019 | 10/21/2019 | 840.32 | REGULAR PAYMENT | 8080 | 25,071.01 |
| 09/20/2019 | 09/20/2019 | 840.32 | REGULAR PAYMENT | 8080 | 25,809.01 |
| 08/23/2019 | 08/23/2019 | 840.32 | REGULAR PAYMENT | 8080 | 26,547.70 |
| 07/18/2019 | 07/18/2019 | 882.34 | REGULAR PAYMENT | 8080 | 27,253.89 |
| 06/21/2019 | 06/21/2019 | 840.32 | REGULAR PAYMENT | 8080 | 27,990.89 |
| 06/15/2019 | 06/17/2019 | 840.32 | REGULAR PAYMENT | 8080 | 28,807.58 |

| | | | | | |
|---|---|---|---|---|---|
| 06/10/2019 | 06/17/2019 | 42.02 | FEE ASSESSMENT | 7011 | 29,414.66 |
| 04/18/2019 | 04/18/2019 | 840.32 | REGULAR PAYMENT | 8080 | 29,414.66 |
| 03/21/2019 | 03/21/2019 | 840.32 | REGULAR PAYMENT | 8080 | 30,139.61 |
| 02/22/2019 | 02/22/2019 | 840.32 | REGULAR PAYMENT | 8080 | 30,865.99 |
| 01/17/2019 | 01/17/2019 | 840.32 | REGULAR PAYMENT | 8080 | 31,551.03 |
| 12/22/2018 | 12/24/2018 | 840.32 | REGULAR PAYMENT | 8080 | 32,276.62 |
| 11/21/2018 | 11/23/2018 | 840.32 | REGULAR PAYMENT | 8080 | 32,977.18 |
| 10/18/2018 | 10/18/2018 | 840.32 | REGULAR PAYMENT | 8080 | 33,661.04 |
| 09/21/2018 | 09/21/2018 | 840.32 | REGULAR PAYMENT | 8080 | 34,374.48 |
| 08/22/2018 | 08/22/2018 | 840.32 | REGULAR PAYMENT | 8080 | 35,070.96 |
| 07/20/2018 | 07/20/2018 | 840.32 | REGULAR PAYMENT | 8080 | 35,749.99 |
| 06/21/2018 | 06/21/2018 | 840.32 | REGULAR PAYMENT | 8080 | 36,445.82 |
| 05/23/2018 | 05/23/2018 | 840.32 | REGULAR PAYMENT | 8080 | 37,138.89 |
| 04/20/2018 | 04/20/2018 | 840.32 | REGULAR PAYMENT | 8080 | 37,808.64 |
| 03/30/2018 | 03/30/2018 | 840.32 | REGULAR PAYMENT | 8080 | 38,538.32 |
| 02/22/2018 | 02/22/2018 | 840.32 | REGULAR PAYMENT | 8080 | 39,185.78 |
| 01/27/2018 | 01/29/2018 | 840.32 | REGULAR PAYMENT | 8080 | 39,884.33 |
| 12/21/2017 | 12/21/2017 | 840.32 | REGULAR PAYMENT | 8080 | 40,519.69 |
| 11/18/2017 | 11/20/2017 | 840.32 | REGULAR PAYMENT | 8080 | 41,174.25 |
| 10/21/2017 | 10/23/2017 | 840.32 | REGULAR PAYMENT | 8080 | 41,854.35 |
| 09/22/2017 | 09/22/2017 | 840.32 | REGULAR PAYMENT | 8080 | 42,526.07 |
| 08/17/2017 | 08/17/2017 | 840.32 | REGULAR PAYMENT | 8080 | 43,154.00 |
| 07/14/2017 | 07/14/2017 | 840.32 | REGULAR PAYMENT | 8080 | 43,790.77 |
| 06/29/2017 | 07/03/2017 | 44,539.76 | LOAN FUNDING | 7001 | 44,539.76 |