# EXHIBIT 4

| | | | | | |
|---|---|---|---|---|---|
| 11/09/2021 | 11/15/2021 | 1,022.82 | FRM DM SUSPENSE | 8080 | 22,930.53 |
| 10/07/2021 | 10/12/2021 | 1,022.82 | REGULAR PAYMENT | 8080 | 23,776.22 |
| 08/30/2021 | 09/02/2021 | 1,022.82 | REGULAR PAYMENT | 8080 | 24,588.11 |
| 08/06/2021 | 09/02/2021 | 1,022.82 | REGULAR PAYMENT | 8080 | 25,472.92 |
| 06/27/2021 | 06/28/2021 | 1,022.82 | REGULAR PAYMENT | 8080 | 26,258.62 |
| 06/11/2021 | 06/28/2021 | 1,022.82 | REGULAR PAYMENT | 8080 | 27,183.25 |
| 05/13/2021 | 05/14/2021 | 1,022.82 | REGULAR PAYMENT | 8080 | 28,022.61 |
| 04/04/2021 | 04/05/2021 | 1,022.82 | REGULAR PAYMENT | 8080 | 28,791.94 |
| 02/06/2021 | 02/08/2021 | 1,022.82 | REGULAR PAYMENT | 8080 | 29,435.97 |
| 01/05/2021 | 01/05/2021 | 1,022.82 | REGULAR PAYMENT | 8080 | 30,240.34 |
| 11/29/2020 | 11/30/2020 | 1,022.82 | REGULAR PAYMENT | 8080 | 31,004.79 |
| 10/25/2020 | 10/26/2020 | 1,022.82 | REGULAR PAYMENT | 8080 | 31,777.21 |
| 09/20/2020 | 09/21/2020 | 1,022.82 | REGULAR PAYMENT | 8080 | 32,543.59 |
| 09/20/2020 | 09/21/2020 | 1,022.82 | REGULAR PAYMENT | 8080 | 33,566.41 |
| 09/20/2020 | 09/21/2020 | 1,022.82 | REGULAR PAYMENT | 8080 | 34,589.23 |
| 09/20/2020 | 09/21/2020 | 1,022.82 | REGULAR PAYMENT | 8080 | 35,612.05 |
| 09/20/2020 | 09/21/2020 | 1,022.82 | REGULAR PAYMENT | 8080 | 36,634.87 |
| 09/20/2020 | 09/21/2020 | 1,022.82 | REGULAR PAYMENT | 8080 | 37,182.10 |
| 03/25/2020 | 03/26/2020 | 1,022.82 | REGULAR PAYMENT | 8080 | 37,182.10 |
| 02/18/2020 | 02/18/2020 | 1,022.82 | REGULAR PAYMENT | 8080 | 37,897.76 |
| 01/25/2020 | 01/27/2020 | 1,022.82 | REGULAR PAYMENT | 8080 | 38,711.41 |
| 01/02/2020 | 01/27/2020 | 1,022.82 | REGULAR PAYMENT | 8080 | 39,529.54 |
| 11/21/2019 | 11/21/2019 | 1,022.82 | REGULAR PAYMENT | 8080 | 40,171.52 |
| 10/19/2019 | 10/21/2019 | 1,022.82 | REGULAR PAYMENT | 8080 | 40,889.71 |
| 09/22/2019 | 09/23/2019 | 1,022.82 | REGULAR PAYMENT | 8080 | 41,658.61 |
| 08/18/2019 | 08/19/2019 | 1,022.82 | REGULAR PAYMENT | 8080 | 42,346.83 |
| 07/20/2019 | 07/22/2019 | 1,022.82 | REGULAR PAYMENT | 8080 | 43,087.57 |
| 06/16/2019 | 06/18/2019 | 1,022.82 | REGULAR PAYMENT | 8080 | 43,774.39 |
| 05/18/2019 | 05/20/2019 | 1,022.82 | REGULAR PAYMENT | 8080 | 44,505.84 |
| 04/19/2019 | 04/19/2019 | 1,022.82 | REGULAR PAYMENT | 8080 | 45,232.53 |
| 03/15/2019 | 03/15/2019 | 1,022.82 | REGULAR PAYMENT | 8080 | 45,892.73 |
| 02/10/2019 | 02/11/2019 | 1,073.96 | REGULAR PAYMENT | 8080 | 46,568.62 |

| | | | | | |
|---|---|---|---|---|---|
| 02/10/2019 | 02/11/2019 | 1,022.82 | REGULAR PAYMENT | 8080 | 47,591.44 |
| 02/05/2019 | 02/11/2019 | 51.14 | FEE ASSESSMENT | 7011 | 48,276.41 |
| 01/10/2019 | 01/10/2019 | 1,022.82 | REGULAR PAYMENT | 8080 | 48,276.41 |
| 01/08/2019 | 01/08/2019 | 51.14 | WAIVE ASSESSED | 8010 | 48,770.74 |
| 01/07/2019 | 01/07/2019 | 51.14 | FEE ASSESSMENT | 7011 | 48,770.74 |
| 11/23/2018 | 11/23/2018 | 1,022.82 | REGULAR PAYMENT | 8080 | 48,770.74 |
| 10/26/2018 | 10/26/2018 | 1,022.82 | REGULAR PAYMENT | 8080 | 49,480.78 |
| 09/26/2018 | 10/03/2018 | 47,868.87 | LOAN FUNDING | 7001 | 50,163.87 |