Adversary Proceeding
Complaint

# Exhibit 5

SEC Suspense Report for The Rudman Partnership
Before 4/1/21

05/18/2021  04:32 pm  
Company:00SEC

# Sklar Exploration Co., L.L.C.
## Distributions To Suspense Report
### Print Detail by Owner-Property-Distribution Line

Owner RUDP01

Distribution DateTimes  / /   12:00:00 am Thru 03/31/2021 11:59:00 pm

Page  1

| Property | Prd | Property Name | Deck | Run Date | Refer# | Invoice# | Revenue% | | Gross$ | Net Amt | Distribution DateTime |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **RUDP01** | | **The Rudman Partnership;W.R. "Trey" Sibley, III** | | | | | | | | | |
| 1BRO04 | CND | Southeast Brooklyn Oil Uni | | 12/2019 | RSU06354 | CP04025881 | 0.02388586 | W | 18.63 | 17.14 | 03/22/2020  3:44:40 pm |
| 1BRO04 | CND | Southeast Brooklyn Oil Uni | | 01/2020 | RSU06354 | CP04025844 | 0.02388586 | W | 99.61 | 77.66 | 03/22/2020  3:44:31 pm |
| 1BRO04 | CND | Southeast Brooklyn Oil Uni | | 02/2020 | PGS0320 | CP04025983 | 0.02388586 | W | 129.40 | 94.08 | 04/29/2020 10:13:16 am |
| 1BRO04 | GAS | Southeast Brooklyn Oil Uni | | 12/2019 | RSU06354 | CP04025880 | 0.02388586 | W | 199.32 | 187.36 | 03/22/2020  3:44:38 pm |
| 1BRO04 | GAS | Southeast Brooklyn Oil Uni | | 01/2020 | RSU06354 | CP04025897 | 0.02388586 | W | 246.29 | 231.51 | 03/22/2020  3:44:44 pm |
| 1BRO04 | GAS | Southeast Brooklyn Oil Uni | | 02/2020 | SEAD0320 | CP04026035 | 0.02388586 | W | 178.16 | 167.47 | 04/29/2020 10:13:20 am |
| 1BRO04 | OIL | Southeast Brooklyn Oil Uni | | 01/2020 | RSU06354 | CP04025823 | 0.02388586 | W | 27,579.80 | 24,391.99 | 03/22/2020  3:44:28 pm |
| 1BRO04 | OIL | Southeast Brooklyn Oil Uni | | 01/2020 | RSU06354 | CP04025858 | 0.02388586 | W | 2,593.61 | 2,386.12 | 03/22/2020  3:44:35 pm |
| 1BRO04 | OIL | Southeast Brooklyn Oil Uni | | 02/2020 | GOOD0320 | CP04025965 | 0.02388586 | W | 23,362.88 | 20,547.92 | 04/29/2020 10:13:14 am |
| 1BRO04 | OIL | Southeast Brooklyn Oil Uni | | 02/2020 | PLAM0320 | CP04025997 | 0.02388586 | W | 1,622.06 | 1,492.30 | 04/29/2020 10:13:19 am |
| 1BRO04 | PRG | Southeast Brooklyn Oil Uni | | 12/2019 | RSU06354 | CP04025882 | 0.02388586 | W | 142.75 | 134.18 | 03/22/2020  3:44:41 pm |
| 1BRO04 | PRG | Southeast Brooklyn Oil Uni | | 01/2020 | RSU06354 | CP04025845 | 0.02388586 | W | 51.60 | 48.51 | 03/22/2020  3:44:34 pm |
| 1BRO04 | PRG | Southeast Brooklyn Oil Uni | | 02/2020 | PGS0320 | CP04025984 | 0.02388586 | W | 33.10 | 31.11 | 04/29/2020 10:13:17 am |
| 1BRO05 | CND | Southwest Brooklyn Oil Un | | 12/2019 | RSU06354 | CP04025885 | 0.04560793 | W | 5.82 | 5.36 | 03/22/2020  3:45:00 pm |
| 1BRO05 | CND | Southwest Brooklyn Oil Un | | 01/2020 | RSU06354 | CP04025846 | 0.04560793 | W | 2,274.91 | 1,773.60 | 03/22/2020  3:44:49 pm |
| 1BRO05 | CND | Southwest Brooklyn Oil Un | | 02/2020 | PGS0320 | CP04025985 | 0.04560793 | W | 1,471.54 | 1,069.88 | 04/29/2020 10:13:24 am |
| 1BRO05 | GAS | Southwest Brooklyn Oil Un | | 12/2019 | RSU06354 | CP04025884 | 0.04560793 | W | 22.53 | 20.73 | 03/22/2020  3:44:58 pm |
| 1BRO05 | GAS | Southwest Brooklyn Oil Un | | 01/2020 | RSU06354 | CP04025898 | 0.04560793 | W | 7,192.09 | 6,616.72 | 03/22/2020  3:45:05 pm |
| 1BRO05 | GAS | Southwest Brooklyn Oil Un | | 02/2020 | SEAD0320 | CP04026036 | 0.04560793 | W | 4,819.64 | 4,434.07 | 04/29/2020 10:13:29 am |
| 1BRO05 | OIL | Southwest Brooklyn Oil Un | | 01/2020 | RSU06354 | CP04025824 | 0.04560793 | W | 63,378.31 | 56,052.73 | 03/22/2020  3:44:46 pm |
| 1BRO05 | OIL | Southwest Brooklyn Oil Un | | 01/2020 | RSU06354 | CP04025859 | 0.04560793 | W | 8,016.95 | 7,375.59 | 03/22/2020  3:44:55 pm |
| 1BRO05 | OIL | Southwest Brooklyn Oil Un | | 02/2020 | GOOD0320 | CP04025966 | 0.04560793 | W | 55,380.93 | 48,708.15 | 04/29/2020 10:13:22 am |
| 1BRO05 | OIL | Southwest Brooklyn Oil Un | | 02/2020 | PLAM0320 | CP04025998 | 0.04560793 | W | 4,749.92 | 4,369.93 | 04/29/2020 10:13:28 am |
| 1BRO05 | PRG | Southwest Brooklyn Oil Un | | 12/2019 | RSU06354 | CP04025886 | 0.04560793 | W | 44.61 | 41.04 | 03/22/2020  3:45:02 pm |
| 1BRO05 | PRG | Southwest Brooklyn Oil Un | | 01/2020 | RSU06354 | CP04025847 | 0.04560793 | W | 638.87 | 587.76 | 03/22/2020  3:44:53 pm |
| 1BRO05 | PRG | Southwest Brooklyn Oil Un | | 02/2020 | PGS0320 | CP04025986 | 0.04560793 | W | 1,033.68- | 1,033.68- | 04/29/2020 10:13:27 am |
| 1CED75 | CND | CCL&T 2-15 #1 | | 01/2020 | RSU06354 | CP04025854 | 0.05800781 | W | 3.69 | 2.94 | 03/22/2020  3:45:17 pm |
| 1CED75 | GAS | CCL&T 2-15 #1 | | 01/2020 | RSU06354 | CP04025902 | 0.05800781 | W | 11.01 | 10.35 | 03/22/2020  3:45:19 pm |
| 1CED75 | OIL | CCL&T 2-15 #1 | | 01/2020 | RSU06354 | CP04025832 | 0.05800781 | W | 1,951.60 | 1,763.55 | 03/22/2020  3:45:17 pm |
| 1CED75 | OIL | CCL&T 2-15 #1 | | 02/2020 | GOOD0320 | CP04025974 | 0.05800781 | W | 2,261.89 | 2,032.60 | 04/29/2020 10:13:39 am |
| 1CED75 | PRG | CCL&T 2-15 #1 | | 01/2020 | RSU06354 | CP04025902 | 0.05800781 | W | 2.28 | 2.14 | 03/22/2020  3:45:18 pm |
| 1FIS01 | CND | Fishpond Oil Unit | | 01/2020 | RSU06354 | CP04025842 | 0.05414063 | W | 973.06 | 775.12 | 03/22/2020  3:45:24 pm |
| 1FIS01 | CND | Fishpond Oil Unit | | 02/2020 | PGS0320 | CP04025981 | 0.05414063 | W | 288.84 | 214.57 | 04/29/2020 10:13:44 am |
| 1FIS01 | GAS | Fishpond Oil Unit | | 01/2020 | RSU06354 | CP04025896 | 0.05414063 | W | 2,129.91 | 1,959.51 | 03/22/2020  3:45:26 pm |
| 1FIS01 | GAS | Fishpond Oil Unit | | 02/2020 | SEAD0320 | CP04026034 | 0.05414063 | W | 1,209.54 | 1,112.78 | 04/29/2020 10:13:45 am |
| 1FIS01 | OIL | Fishpond Oil Unit | | 01/2020 | RSU06354 | CP04025827 | 0.05414063 | W | 38,922.18 | 35,171.70 | 03/22/2020  3:45:24 pm |
| 1FIS01 | OIL | Fishpond Oil Unit | | 01/2020 | RSU06354 | CP04025862 | 0.05414063 | W | 7,139.40 | 6,568.25 | 03/22/2020  3:45:26 pm |
| 1FIS01 | OIL | Fishpond Oil Unit | | 02/2020 | GOOD0320 | CP04025969 | 0.05414063 | W | 30,181.11 | 27,121.69 | 04/29/2020 10:13:43 am |
| 1FIS01 | OIL | Fishpond Oil Unit | | 02/2020 | PLAM0320 | CP04026000 | 0.05414063 | W | 5,099.52 | 4,691.55 | 04/29/2020 10:13:45 am |
| 1FIS01 | PRG | Fishpond Oil Unit | | 01/2020 | RSU06354 | CP04025843 | 0.05414063 | W | 468.05 | 430.61 | 03/22/2020  3:45:25 pm |
| 1FIS01 | PRG | Fishpond Oil Unit | | 02/2020 | PGS0320 | CP04025982 | 0.05414063 | W | 333.52- | 333.52- | 04/29/2020 10:13:44 am |
| 2AND04 | OIL | Anderson-Johnson 11-9 # | | 12/2019 | RSU06354 | CP04025817 | 0.00308167 | W | 766.42 | 705.11 | 03/22/2020  3:45:45 pm |
| 2AND04 | OIL | Anderson-Johnson 11-9 # | | 01/2020 | FLEP0320 | CP04025958 | 0.00308167 | W | 743.72 | 684.22 | 04/29/2020 10:13:58 am |
| 2FIN02 | OIL | Findley 2-5 #1 | | 12/2019 | RSU06354 | CP04025818 | 0.00301251 | W | 335.68 | 308.82 | 03/22/2020  3:45:46 pm |
| 2FIN02 | OIL | Findley 2-5 #1 | | 01/2020 | FLEP0320 | CP04025959 | 0.00301251 | W | 380.47 | 350.03 | 04/29/2020 10:13:59 am |
| 2MAR07 | OIL | Marshall 11-11 #1 | | 12/2019 | RSU06354 | CP04025819 | 0.00725098 | W | 1,014.40 | 933.24 | 03/22/2020  3:45:48 pm |
| 2MAR07 | OIL | Marshall 11-11 #1 | | 01/2020 | FLEP0320 | CP04025961 | 0.00725098 | W | 966.60 | 889.27 | 04/29/2020 10:14:00 am |
| 2PAT09 | OIL | Pate 3-9 #1 (Fletcher Pet) | | 12/2019 | RSU06354 | CP04025820 | 0.01828125 | W | 363.37 | 334.30 | 03/22/2020  3:45:48 pm |
| 2PAT09 | OIL | Pate 3-9 #1 (Fletcher Pet) | | 01/2020 | FLEP0320 | CP04025962 | 0.01828125 | W | 340.21 | 312.99 | 04/29/2020 10:14:00 am |
| | RUDP01 | OWNER TOTAL: | | | | | 49 | | 298,439.08 | 265,871.05 | |
| **Grand Total** | | | | | | | 49 | | 298,439.08 | 265,871.05 | |

Total by Owner Balance Being Negative/Positive:  
Total Owner Positive Balance  1      265,871.05  
Total Owner Negative Balance  0        0.00