Adversary Proceeding
Complaint

# Exhibit 6

March 2020 Revenue Account Statement

**EAST WEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895-5650

**ACCOUNT STATEMENT**
Page 1 of 73
STARTING DATE: March 01, 2020
ENDING DATE: March 31, 2020
Total days in statement period: 31

( 745)

SKLAR EXPLORATION COMPANY LLC
REVENUE ACCOUNT
5395 PEARL PKWY SUITE 200
BOULDER CO 80301-2541

Protecting the security of your account and personal information is our top priority. Learn about our online security practices and find out ways to protect yourself from cybercrime at eastwestbank.com and search "Privacy & Security".

## Commercial Analysis Checking

| | | | | |
|---|---|---|---|---|
| Account number | | Beginning balance | | $2,601,334.20 |
| Enclosures | 745 | Total additions | ( 17) | 5,189,117.67 |
| Low balance | $406,363.37 | Total subtractions | ( 752) | 5,115,626.53 |
| Average balance | $2,022,342.34 | Ending balance | | $2,674,825.34 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 03-02 | Pre-Auth Credit | ORION PIPELINE L AchBatch 200302 7557725 | 1,303.64 |
| | 03-02 | Deposit Bridge | | 3,465.21 |
| | 03-20 | Wire Trans-IN | PLAINS MARKETING LP | 589,750.10 |
| | 03-20 | Wire Trans-IN | GOODWAY REFINING LLC | 3,973,144.48 |
| | 03-24 | Deposit Bridge | | 42,498.89 |
| | 03-25 | Wire Trans-IN | CIMA ENERGY, LP | 4,735.16 |
| | 03-25 | Wire Trans-IN | CONCORD ENERGY LLC | 9,893.55 |
| | 03-25 | Pre-Auth Credit | ETC TEXAS PIPELI EDI PYMNTS 200325 21305900051217 | 1,130.38 |
| | 03-25 | Deposit Bridge | | 6,004.98 |
| 6469 | 03-26 | Return Item | stale CHECK 6469 | 59.44 |
| | 03-27 | Deposit Bridge | | 41,152.87 |
| | 03-30 | Wire Trans-IN | GEP HAYNESVILLE, L LC | 14,934.18 |
| | 03-30 | Wire Trans-IN | THE SOUTHEAST ALAB AMA GAS DISTRICT | 279,408.56 |
| | 03-30 | Deposit Bridge | | 56.99 |
| | 03-31 | Wire Trans-IN | TEXLA ENERGY MANAG EMENT INC | 209,178.32 |
| | 03-31 | Pre-Auth Credit | ORION PIPELINE L AchBatch 200331 7671836 | 1,109.15 |
| | 03-31 | Pre-Auth Credit | ETC TEXAS PIPELI EDI PYMNTS 200331 21305900053732 | 11,291.77 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 6469 | 03-26 | 59.44 | 13675 * | 03-18 | 72.01 |
| 12154 * | 03-20 | 184.67 | 14048 * | 03-02 | 715.14 |
| 12580 * | 03-02 | 12,059.33 | 14125 * | 03-03 | 13.82 |
| 13291 * | 03-20 | 135.34 | 14245 * | 03-26 | 62.89 |
| 13306 * | 03-26 | 11,534.29 | 14289 * | 03-03 | 68.14 |

3409    rev 05-16