IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **In re:** ) | **Case No. 20-12377-EEB** |
| ) | **Chapter 11** |
| **Sklar Exploration Company, LLC,** ) | |
| ) | |
| Reorganized Debtor. ) | |
| **In re:** ) | **Case No. 20-12380-EEB** |
| ) | **Chapter 11** |
| **Sklarco, LLC,** ) | |
| ) | **Jointly Administered Under** |
| Reorganized Debtor. ) | **Case No. 20-12377-EEB** |

**ORDER APPROVING FOURTH STIPULATION TO EXTEND
ADMINISTRATIVE CLAIM BAR DATE AS TO HOWARD F. SKLAR**

THE COURT, having reviewed the Fourth Stipulation to Extend Administrative Claim Bar Date as to Howard F. Sklar (the "Stipulation")[1], and being fully advised in the premises and good cause shown therefor, HEREBY

FINDS, ORDERS, AND DECREES that:

1. The Stipulation shall be and is hereby APPROVED.

2. The Administrative Claims Bar Date shall be extended solely as to HFS to and including **February 28, 2022**.

Dated:  January __, 2022

BY THE COURT:

_____
The Honorable Elizabeth E. Brown
United States Bankruptcy Judge

---

[1] Capitalized terms not defined in this Order are defined as in the Stipulation.