UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

### OBJECTION OF THE RUDMAN PARTNERSHIP TO FOURTH STIPULATION TO EXTEND ADMINISTRATIVE CLAIM BAR DATE AS TO HOWARD F. SKLAR
### (Docket No. 1597)

The Rudman Partnership objects to the Fourth Stipulation to Extend Administrative Claim Bar Date (Docket No. 1597) as to Howard F. Sklar and represents as follows:

1. That Howard F. Sklar, the architect of the Debtors' financial ruin, and the related trusts he controls who were deeply involved, could have an administrative claim, seems doubtful at best. But he should not be allowed a <u>fourth</u> extension of time to file such a claim, whatever its alleged basis may be.

2. The extension should either be denied or Howard F. Sklar and the Trusts he controls should be ordered to appear and show cause why any further extension of the deadline to file an administrative claim should be granted.

Date: January 28, 2022

By: */s/ Thomas H. Shipps*
Thomas H. Shipps, Colo. Bar #10040
Maynes, Bradford, Shipps & Sheftel, LLP
835 East Second Avenue, Suite 123
Durango, Colorado 8130
Telephone: 970-247-1755
tshipps@mbssllp.com

*and*

By*: /s/ Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr., Texas Bar #18456400
815 Walker, Suite 1502
Houston, TX 77002
Telephone: 713-516-7450
barnetbjr@msn.com

Attorneys for The Rudman Partnership

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that, on January 28, 2022 , a true and correct copy of the foregoing Objection was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system.

*/s/ Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.