# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **In re:**<br><br>**Sklar Exploration Company, LLC,**<br><br>     **Reorganized Debtor.** | **Case No. 20-12377-EEB**<br><br>**Chapter 11** |
| **In re:**<br><br>**Sklarco, LLC,**<br><br>     **Reorganized Debtor.** | **Case No. 20-12380-EEB**<br><br>**Chapter 11**<br><br>**Jointly Administered Under**<br>**Case No. 20-12377-EEB** |

**ORDER GRANTING MOTION OF HOWARD F. SKLAR FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES PURSUANT TO 11 U.S.C. §§ 503(a), (b)(1)(A), AND (b)(3)(D)**

Upon the Motion of Howard F. Sklar for Allowance and Payment of Administrative Expenses Pursuant to 11 U.S.C. §§ 503(a), (b)(1)(A), and (b)(3)(D) (the "Motion")[1]; having reviewed the Motion; no objection to the Motion having been filed or any objection to the Motion having been resolved; having found that (i) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (iii) notice of the Motion was adequate and appropriate under the circumstances and in compliance with the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court; and finding good cause exists to allow and direct payment of the administrative expenses sought in the Motion, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion shall be and is hereby GRANTED.

2. Pursuant to 11 U.S.C. §§ 503(a), (b)(1)(A), and (b)(3)(D) and the Plan, the Court hereby allows, approves, and awards on a final basis administrative expenses to HFS, as trustee

---

[1] Capitalized terms not defined in this Order have the meanings given to them in the Motion.

for the Family Trusts, in an amount equal to the amount of distributions and other proceeds of the Outside Investments contributed to pay the Reorganized Debtors' costs and expenses during their chapter 11 cases and after the Plan Effective Date, plus all taxes and associated tax preparation fees paid on account of the Outside Investments to the extent accruing during the Reorganized Debtors' chapter 11 cases and after the Plan Effective Date (the "<u>Administrative Expenses</u>").

3. Sklarco is hereby authorized and directed to pay the Administrative Expenses to HFS, as trustee for the Family Trusts, in accordance with the Plan.

Dated: February __, 2022

                                                                                                                             BY THE COURT:

                                                             _____
                                                             The Honorable Elizabeth E. Brown
                                                             United States Bankruptcy Judge