| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: SKLAR EXPLORATION COMPANY, LLC<br>SKLARCO, LLC | Case #: | 20-12377-EEB<br>20-12380-EEB<br>(Jointly Administered) |
| | Chapter: | 11 |

## Local Bankruptcy Form 9013-1.1
## Notice of Motion/Application

**Complete applicable sections.**

### Part 1   Objection Deadline

Objection Deadline: **February 22, 2022**.

### Part 2   Notice

NOTICE IS HEREBY GIVEN that Howard F. Sklar, (i) for himself; and (ii) as trustee for the (x) Howard Trust (TIN: 72-6094620), an irrevocable *inter vivos* trust created under the laws of the State of Louisiana, (y) Alan Grantor Trust (TIN: 72-6157679), an irrevocable *inter vivos* trust created under the laws of the State of Louisiana, and (z) the Jacob Grantor Trust (TIN: 72-6094619), an irrevocable *inter vivos* trust created under the laws of the State of Louisiana (the "Movant"), has filed a motion for allowance and payment of administrative expenses pursuant to 11 U.S.C. §§ 503(a), (b)(1)(A), and (b)(3)(D) (the "Motion"), with the Court and requests the following relief:  allowance and payment of administrative expenses pursuant to 11 U.S.C. §§ 503(a), (b)(1)(A), and (b)(3)(D) for contributions of proceeds from outside equity investments to the debtors, their estates, and their creditors during their chapter 11 cases, substantially contributing to the cases and confirmation of the debtors' chapter 11 plan.

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

### Part 3   Signature of Movant's Attorney or Movant (if unrepresented)

Dated: January 31, 2022

By: /s/ Adam L. Hirsch
Adam L. Hirsch, #44306
Davis Graham & Stubbs LLP
1550 17th St., Suite 500
Denver, CO 80202
Telephone: 303-892-9400
adam.hirsch@dgslaw.com