# EXHIBIT A

| | |
|---|---|
| **From:** | Deirdre Brown |
| **To:** | JSB@KutnerLaw.com; KLR@KutnerLaw.com |
| **Subject:** | Sklar - Maren Silberstein Revocable Trust ("Trust") |
| **Date:** | Monday, July 26, 2021 7:00:00 PM |
| **Importance:** | High |

Dear Jeff and Keri –

I have just been retained by the Maren Silberstein Revocable Trust.
I have to do a comprehensive pull of the docket still, but have reviewed the minutes on the docket. I am aware that the confirmation hearing was continued to August 16.
Maren Silberstein and the co-Trustee of the Trust are not aware of receiving any notice of the Bankruptcy.
They only learned of the bankruptcy because Mr. Skelton tracked down the Trustee in New York.

As such, we are at a huge disadvantage with the timing.
Do you have anything isolating all the interests and contracts between the Debtor and the Maren Silberstein Revocable Trust that you can provide and/or any slide decks showing all of the Debtors' interests.

I understand that there have been expenses charged to accounts which Skelton alleges were not used for the alleged purpose. I have no opinion on whether that is accurate or not at this time. However, can you provide me whatever records you have provided to the Committee and Skelton so that I can try to get up to speed quickly. I am aware of substantial expenses charged to the Trust's accounts.

I have spoken with Committee Counsel John Cornwall, Mr. Skelton, and Ms. Hardy just to touch base that I have been retained as I begin this fact finding mission.

I look forward to working with you.

Best regards -



**Deirdre Carey Brown, pllc**
**FORSHEYPROSTOK LLP**
Partner   | **P 832.367.5722**
**1990 Post Oak, Suite 2400 Houston, TX 77056**
dbrown@forsheyprostok.com

Unless otherwise indicated or obvious from the nature of this transmittal, the information contained in this email message is attorney-client privileged and confidential, intended for the sole use of the intended recipient(s).  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by email and destroy all copies of the original message.  Although this email and any attachments are believed to be free of any virus or other defects that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Forshey Prostok LLP or Deirdre Carey Brown, pllc. for any loss or damage arising in any way from its use.

MSTrust_000012

TAX DISCLAIMER

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing, or recommending to another party any tax-related matters addressed.

MSTrust_000013