| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: SKLAR EXPLORATION COMPANY, LLC | Case #: | 20-12377-EEB 20-12380-EEB |
| Debtor 2: SKLARCO, LLC | Chapter: | 11 |

## Local Bankruptcy Form 9013-1.4

### Certificate of Contested Matter and Request for Hearing

**Part 1   Certificate and Request for Hearing**

On October 22, 2021, Rudman Partnership, CTM 2005, Ltd., and MER Energy, Ltd. (the "Movants"), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled, *Application of Rudman Partnership, CTM 2005, LTD. and MER Energy, LTD for Allowance of Administrative Expenses Under 11 U.S.C. § 503(b)(3)(D) for Substantial Contribution to These Chapter 11 Cases* (the "Application") at docket no. 1493. On November 12, 2021, secured creditor, East West Bank, a California state banking corporation ("Respondent"), in its capacity as a lender and the administrative agent under the Credit Agreement dated June 15, 2018 with Sklar Exploration Company LLC and Sklarco LLC (collectively, the "Debtors"), filed its *Objection to the Application of Rudman Partnership, CTM 2005, LTD. and MER Energy, LTD for Allowance of Administrative Expenses Under 11 U.S.C. § 503(b)(3)(D) for Substantial Contribution to These Chapter 11 Cases* (the "Objection") at docket no. 1528. Other parties also filed objections to the Application.

Movants' counsel indicated to the Court at hearing held on January 19, 2022, that Movants would file a certificate of contested matter with respect to the Application that same week.  Movants failed to do so. Accordingly, Respondent files this certificate of contested matter, and hereby certifies that the following is true and correct:

1. Respondent does not dispute that service of the Application, Notice, and Proposed Order was made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Loal Rules as shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Application on October 22, 2021.

2. [N/A, intentionally left blank]

3. Objections to the Application have been filed by the following parties:
    a. Howard F. Sklar, docket no. 1524;
    b. Thomas M. Kim, as Creditor Trustee, docket no. 1526; and
    c. East West Bank, docket no. 1528
   In addition, Respondent is informed that the Reorganized Debtors have objections to the Application.

4. The docket numbers for each of the following relevant documents are:
    a. the Application and all documents attached thereto and served therewith, docket no. 1493;
    b. the Notice, docket no. 1493-1;
    c. the Certificate of Service of the Application and the Notice, docket no. 1494;
    d. the Proposed Order, docket no. 1493-2; and
    e. the Exhibits Supporting the Application, docket no. 1523.

5. Respondent made a good faith effort to resolve this matter without the necessity of a hearing in the following manner:

    The parties engaged in settlement negotiations regarding both of Movants' pending administrative expense claims and exchanged settlement offers/counteroffers. The parties were unable to reach agreement on a settlement, and a contested hearing is required.

6. Resolution of this contested matter may benefit from a preliminary hearing to resolve the following disputed legal issues:

    EWB submits the Application may and should be denied based on the existing record and without the need for additional time and expense of discovery and evidentiary hearing. In addition, the Court may rule without additional evidence on the deficiencies of various time entry practices, such as block billing, which could limit any remaining evidentiary issues.

7. To the extent the Court cannot resolve this matter on oral argument and based upon the existing record, resolution of this contested matter will require an evidentiary hearing. Respondent estimates the hearing will proceed as follows:
    a. Summary of Factual Issues to Be Tried: Whether Movants made a substantial contribution to the case; whether the fees sought in the Application are reasonable; whether the time entries submitted purportedly in support of the Application are proper, accurate, and appropriate; whether the Movants role provided a material benefit for the estate and creditors, or was duplicative of work done by the Debtors and the Official Committee of Unsecured Creditors, and/or was undertaken to advance Movants' own interests.
    b. Estimate of Time Required for Hearing: 1-2 trial days.
    c. Number of Witnesses Anticipated: 2 fact witnesses.
    d. Expert Witness Testimony Requirements: Potentially 1 expert witness per side on time entry deficiencies and reasonableness.
    e. Necessary Discovery: 45-60 days to complete discovery, which would include document discovery and depositions, exclusive of experts. 45-60 days for completion of any expert reports, additional 14 days for any rebuttal reports, plus additional time for deposition of experts once reports are final.

Accordingly, Respondent requests that the Court set this matter for hearing pursuant to L.B.R. 9013-1.

## Part 2  Signature of Attorney

Dated: February 3, 2022                                      By: __/s/ Bryce A. Suzuki_____
                                                                           Signature

|                        |                                     |
|------------------------|-------------------------------------|
| Bar Number:            | AZ #022721                          |
| Office Address:        | Snell & Wilmer L.L.P.               |
|                        | One Arizona Center                  |
|                        | 400 E. Van Buren St., Ste 1900      |
|                        | Phoenix, AZ 85004                   |
| Telephone number:      | 602-382-6000                        |
| Facsimile number:      | 602-382-6070                        |
| E-mail address:        | bsuzuki@swlaw.com                   |
| Colorado Office Address: | Snell & Wilmer L.L.P.             |
|                        | Tabor Center                        |
|                        | 1200 Seventeenth Street             |
|                        | Suite 1900                          |
|                        | Denver, CO 80202-5854               |