UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

**JOINT STATEMENT OF STIPULATED FACTS BY AND BETWEEN
SKLAR EXPLORATION COMPANY, LLC AND
NEXTIER COMPLETION SERVICES, INC.**

The Reorganized Debtor, Sklar Exploration Company, LLC ("SEC" or "Debtor"), and NexTier Completion Solutions Inc. ("NexTier"), by and through their undersigned attorneys, submit their Joint Statement of Stipulated Facts in connection with *NexTier Completion Services, Inc.'s Motion for Order Allowing Administrative Expenses Pursuant to 11 U.S.C. § 503(b)(9)* (Docket No. 1479), which was subsequently amended (Docket No. 1538) (collectively, "NexTier Admin Motion") as follows:

1. SEC filed its voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code on April 1, 2020. SEC's *Second Amended and Restated Joint Plan of Reorganization* ("Plan") (Docket No. 1251) was confirmed on August 24, 2021, and became effective of September 7, 2021.

2. Pre-petition, NexTier provided oil and gas well services to the Debtor. The invoices and field tickets attached to the NexTier Admin Motion are true and correct copies of the invoices and field tickets issued to SEC, and accurately reflect the materials and services provided, the dates on which such services were provided, and the amounts charged for such materials and services. SEC does not agree that NexTier's materials constitute goods. To the extent the Court finds NexTier's materials constitute goods, SEC agrees the dates on the invoices and field tickets accurately reflect the date such goods were received by SEC.

3. The Debtor has not disputed the amounts set forth in the invoices, nor the contents

thereof.

4. The services and materials provided by NexTier were provided to SEC in the ordinary course of SEC's business operations.

5. Post-petition, prior to confirmation of the Plan, on July 23, 2020, the Court entered an Order establishing September 28, 2020 as the date by which creditors and parties in interest were required to file proofs of claim. On or before July 29, 2020, SEC served the Notice of Bar Date on all creditors and parties in interest.

6. The Order establishing the claims bar date and the Notice of Bar Date did not indicate a date by which claims arising under 11 U.S.C. § 503(b)(9) must be filed.

7. SEC and NexTier stipulate and agree that the NexTier Admin Motion is not time barred by the Order establishing the claims bar date.

Dated: February 8, 2022                     Respectfully submitted,


By:   /s/ Keri L. Riley
         Keri L. Riley, #47605
         **KUTNER BRINEN DICKEY RILEY, P.C.**
         1660 Lincoln Street, Suite 1720
         Denver, CO 80264
         Telephone: (303) 832-2400
         E-Mail: klr@kutnerlaw.com


Dated: February 8, 2022.                    By: */s/ Mario Lamar*

Mario A. Lamar, Esq., TX Bar # 24095729
ALLEN BRYSON, PLLC
1920 McKinney Avenue, 7th Floor
Dallas, TX 75201
Tel:    (214) 586-0722
E-mail: mlamar@allenbrysonlaw.com

***Counsel for NexTier Completion Solutions Inc.***