# EXHIBIT A

## to NexTier Completion Services Inc.'s Traditional Motion for Summary Judgment

# Invoice

## NexTier

NexTier Completion Solutions
3990 Rogerdale Rd.
Houston TX 77042

| Invoice Number: | 90079456 |
|---|---|
| Purchase order no: | |
| Invoice Date: | 03/13/2020 |
| Field Ticket Number: | TAC4427C9D6 |
| Service Date: | 03/11/2020 |
| Well: | 1 |
| Lease: | CEDAR CREEK LAND & TIMBER 3 |
| County: | CONECUH |
| State: | AL |

Bill To: SKLAR EXPLORATION CO, LLC
401 EDWARDS ST, STE 1601
SHREVEPORT LA US 71101

Attn:

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 20 | 50000944 | 1-3/4" CTU 8 HR MIN 0-3500 PSI | 1 | N | EA | $14,000.00 | 60.00 % | $5,600.00 |
| 30 | 50000948 | 1-3/4" CTU HRLY CHRG 0-3500 PSI | 5 | N | HR | $1,700.00 | 60.00 % | $3,400.00 |
| 40 | 50000840 | 50 TON CRANE UNIT - ADD HRS | 5 | N | HR | $312.50 | 60.00 % | $625.00 |
| 50 | 50001060 | HYDRAULIC STRIPPER RUBBER INSERT | 1 | N | EA | $415.00 | 50.00 % | $207.50 |
| 60 | 50001059 | B.O.P. REDRESS/PER B.O.P. | 1 | N | EA | $2,750.00 | 65.00 % | $962.50 |
| 70 | 50001086 | MOBILIZATION OVERWEIGHT PERMITS | 2 | N | EA | $450.00 | 0.00 % | $900.00 |
| 80 | 50001073 | DATA AQUISTION | 1 | N | DAY | $1,500.00 | 72.00 % | $420.00 |
| 90 | 50001070 | HIGH VELOCITY WASH NOZZLE | 1 | N | DAY | $1,200.00 | 60.00 % | $480.00 |
| 100 | 50001068 | BACK PRESSURE VALVE | 1 | N | DAY | $450.00 | 60.00 % | $180.00 |
| 110 | 50000886 | MOBILIZATION AUTO / CREW TRUCK | 300 | N | EA | $4.10 | 55.00 % | $553.50 |
| 120 | 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 900 | N | EA | $6.50 | 55.00 % | $2,632.50 |
| 130 | 50000884 | MOBILIZATION BOBTAIL UNIT | 300 | N | EA | $5.00 | 55.00 % | $675.00 |
| 140 | 50000883 | MOB TRACTOR / TRAILER (> 80,000 LBS) | 600 | N | EA | $8.00 | 55.00 % | $2,160.00 |
| 150 | 10004638 | NITROGEN BULK | 3,940 | N | SCF | $4.75 | 70.00 % | $5,614.50 |
| 160 | 50000889 | ACID TRANSPORT | 4 | N | HR | $235.00 | 55.00 % | $423.00 |
| 170 | 50002116 | Safety Shower & Eye Wash Station (OSHA R | 1 | N | EA | $250.00 | 0.00 % | $250.00 |
| 180 | 10004506 | CHEM ACID 15% HCL HC-15 CJ9115 | 2,700 | N | GAL | $4.30 | 64.00 % | $4,179.60 |
| 190 | 10004490 | CHEM CORROSION INHIBIT ACID CI-3 CJ9203 | 74 | N | GAL | $210.00 | 68.00 % | $4,972.80 |
| 200 | 10010110 | CHEM CORROSION INHIBITOR AI-F | 108 | N | GAL | $70.55 | 68.00 % | $2,438.21 |
| 210 | 10004890 | CHEM H2S SCAVENGER HS-1 | 27 | N | GAL | $51.50 | 60.00 % | $556.20 |
| 220 | 10004526 | CHEM AGENT IRON SEQ CITRIC ACID ICA-2 | 27 | N | GAL | $62.65 | 68.00 % | $541.30 |
| 230 | 10004484 | CHEM SURFACTANT DEMUL NON-IONIC SU-2 | 11 | N | GAL | $108.45 | 68.00 % | $381.74 |
| 240 | 50000839 | 50 TON CRANE UNIT - 8 HR MINIMUM | 1 | N | EA | $2,500.00 | 60.00 % | $1,000.00 |
| 250 | 50000960 | 1-3/4" FTGE CHRG 0-3500 PSI | 11,680 | N | FT | $1.15 | 65.00 % | $4,701.20 |

| | | | | | | Invoice Number: | 90079456 |
| | | | | | | Invoice Date: | 03/13/2020 |

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|------|----------|-------------|-----|-----|-----|-----------|----------|-------|
| 260 | 50000967 | 1-3/4" ABR/CORR FTG CHRG 0-3500 PSI | 11,680 | N | FT | $0.95 | 70.00 % | $3,328.80 |
| 270 | 50001241 | DFP W CENT 1330HHP OR EQ ADD HR0-3500PSI | 5 | N | HR | $500.00 | 60.00 % | $1,000.00 |
| 280 | 50001237 | DFP W CEN 1330HHP OR EQ 8HR MIN0-3500PSI | 1 | N | EA | $4,000.00 | 60.00 % | $1,600.00 |
| 290 | 50001140 | NU 0-3000 SCF/MIN ADD HR 0-3500PSI | 5 | N | HR | $368.75 | 60.00 % | $737.50 |
| 300 | 50001137 | NU 0-3000 SCF/MIN 8HR MIN 0-3500PSI | 1 | N | EA | $2,950.00 | 60.00 % | $1,180.00 |
| 310 | 10010117 | CHEM GLYCOL ETHER | 68 | N | GAL | $79.55 | 68.00 % | $1,731.01 |
| 320 | 10010129 | CHEM CORROSION INHIBITOR XC PROTECTANT | 5 | N | GAL | $56.00 | 60.00 % | $112.00 |
| 330 | 10004873 | CHEM SODA ASH CJ796 | 100 | N | LB | $1.60 | 60.00 % | $64.00 |
| 340 | 50007159 | CHEM AGENT IRON SEQ ICA-5 CJ209 | 27 | N | EA | $26.40 | 0.00 % | $712.80 |
| 350 | 50001151 | NITROGEN TRANSPORT | 8 | N | EA | $190.00 | 45.00 % | $836.00 |
| 360 | 50000880 | SUBSISTANCE | 7 | N | EA | $250.00 | 40.00 % | $1,050.00 |
| 370 | 50000872 | FIELD SUPERVISOR | 2 | N | EA | $2,500.00 | 80.00 % | $1,000.00 |

Remit To:
NexTier Completion Solutions
P.O. Box 733404
Dallas, TX 75373-3404

Payment Terms: Up to 04/12/2020 without deduction

District:   Laurel MS Coiled Tubing

Service Line:   Coiled Tubing

| Invoice Subtotal | $57,206.66 |
| Total Freight | $0.00 |
| Taxable | $0.00 |
| Total Tax | $0.00 |
| Total | $57,206.66 |

# NEXTIER

| | | | |
|---|---|---|---|
| **Customer:** | SKLAR EXPLORATION CO, LLC | **Field Ticket No:** | T-AC4-427-C9D6 |
| **Customer Field Rep:** | Mr. John G. Vittitow | **Service District:** | Laurel, MS |
| **Well Name:** | CEDAR CREEK LAND & TIMBER 35-13 #1 - 1 | **Service Line:** | Coiled Tubing |
| **Field:** | | **Date:** | 03/11/20 |
| **County, State:** | CONECUH, AL | **Sales Representative:** | Shane J Fortenberry |
| **API Number:** | 0103520345 | **District Representative:** | David Clinton Welborn |
| **Job Type:** | CT-ACID MATRIX | **C&J Field Representative:** | Brandon Glovengo |
| **CT Unit:** | CTU-17 | | |

## Equipment/Services Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50000944 | 1-3/4 CTU 8 HR MIN 0-3500 PSI | 1 | $14,000.00 | EA | 60.00% | $5,600.00 | $5,600.00 |
| 50000960 | 1-3/4 FTGE CHRG 0-3500 PSI | 11680 | $1.15 | ft | 65.00% | $0.40 | $4,701.20 |
| 50000948 | 1-3/4 CTU HRLY CHRG 0-3500 PSI | 5 | $1,700.00 | hrs | 60.00% | $680.00 | $3,400.00 |
| 50000967 | 1-3/4 ABR/CORR FTG CHRG 0-3500 PSI | 11680 | $0.95 | ft | 70.00% | $0.28 | $3,328.80 |
| 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 900 | $6.50 | EA | 55.00% | $2.93 | $2,632.50 |
| 50000883 | MOB TRACTOR / TRAILER (> 80,000 LBS) | 600 | $8.00 | EA | 55.00% | $3.60 | $2,160.00 |
| 50001237 | DFP W CEN 1330HHP OR EQ 8HR MIN0-3500PSI | 1 | $4,000.00 | EA | 60.00% | $1,600.00 | $1,600.00 |
| 50001137 | NU 0-3000 SCF/MIN 8HR MIN 0-3500PSI | 1 | $2,950.00 | EA | 60.00% | $1,180.00 | $1,180.00 |
| 50000880 | SUBSISTANCE | 7 | $250.00 | EA | 40.00% | $150.00 | $1,050.00 |
| 50000872 | FIELD SUPERVISOR | 2 | $2,500.00 | EA | 80.00% | $500.00 | $1,000.00 |
| 50001241 | DFP W CENT 1330HHP OR EQ ADD HR0-3500PSI | 5 | $500.00 | hrs | 60.00% | $200.00 | $1,000.00 |
| 50000839 | 50 TON CRANE UNIT - 8 HR MINIMUM | 1 | $2,500.00 | EA | 60.00% | $1,000.00 | $1,000.00 |
| 50001059 | B.O.P. REDRESS/PER B.O.P. | 1 | $2,750.00 | EA | 65.00% | $962.50 | $962.50 |
| 50001151 | NITROGEN TRANSPORT | 8 | $190.00 | EA | 45.00% | $104.50 | $836.00 |
| 50001140 | NU 0-3000 SCF/MIN ADD HR 0-3500PSI | 5 | $368.75 | hrs | 60.00% | $147.50 | $737.50 |
| 50000884 | MOBILIZATION BOBTAIL UNIT | 300 | $5.00 | EA | 55.00% | $2.25 | $675.00 |
| 50000840 | 50 TON CRANE UNIT - ADD HRS | 5 | $312.50 | hrs | 60.00% | $125.00 | $625.00 |
| 50000886 | MOBILIZATION AUTO / CREW TRUCK | 300 | $4.10 | EA | 55.00% | $1.85 | $553.50 |
| 50001070 | HIGH VELOCITY WASH NOZZLE | 1 | $1,200.00 | Days | 60.00% | $480.00 | $480.00 |

J-3307
20107312
7000100806
25010939

Ticket Tracking #: T-AC4-427-C9D6

# NEXTIER

## Equipment/Services Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50000889 | ACID TRANSPORT | 4 | $235.00 | hrs | 55.00% | $105.75 | $423.00 |
| 50001073 | DATA AQUISTION | 1 | $1,500.00 | Days | 72.00% | $420.00 | $420.00 |
| 50001060 | HYDRAULIC STRIPPER RUBBER INSERT | 1 | $415.00 | EA | 50.00% | $207.50 | $207.50 |
| 5000106B | BACK PRESSURE VALVE | 1 | $450.00 | Days | 60.00% | $180.00 | $180.00 |
| | | | | | | **Subtotal:** | **$34,752.50** |

## 3rd Party/Pass Through/Miscellaneous Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50001086 | MOBILIZATION OVERWEIGHT PERMITS | 2 | $450.00 | EA | 0.00% | $450.00 | $900.00 |
| 50002116 | CHEM AGENT IRON SEQ ICA-5 CJ209 | 27 | $26.40 | EA | 0.00% | $26.40 | $712.80 |
| 50002116 | Safety Shower & Eye Wash Station (OSHA Required) | 1 | $250.00 | EA | 0.00% | $250.00 | $250.00 |
| | | | | | | **Subtotal:** | **$1,862.80** |

## Nitrogen/Acid/Products/Pipe Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 10004638 | NITROGEN BULK | 3940 | $4.75 | scf | 70.00% | $1.42 | $5,614.50 |
| 10004490 | CHEM CORROSION INHIBITOR ACID CI-3 CJ920 | 74 | $210.00 | gal US | 68.00% | $67.20 | $4,972.80 |
| 10004506 | CHEM ACID 15% HCL HC-15 CJ9115 | 2700 | $4.30 | gal US | 64.00% | $1.55 | $4,179.60 |
| 10010110 | CHEM CORROSION INHIBITOR AI-F | 108 | $70.55 | gal US | 68.00% | $22.58 | $2,438.21 |
| 10010117 | CHEM GLYCOL ETHER | 68 | $79.55 | gal US | 68.00% | $25.46 | $1,731.01 |
| 10004890 | CHEM H2S SCAVENGER HS-1 | 27 | $51.50 | gal US | 60.00% | $20.60 | $556.20 |
| 10004526 | CHEM AGENT IRON SEQ CITRIC ACID ICA-2 | 27 | $62.65 | gal US | 68.00% | $20.05 | $541.30 |
| 10004484 | CHEM SURFACTANT DEMUL NON-IONIC SU-2 | 11 | $108.45 | gal US | 68.00% | $34.70 | $381.74 |
| 10010129 | CHEM CORROSION INHIBITOR XC PROTECTANT | 5 | $56.00 | gal US | 60.00% | $22.40 | $112.00 |
| 10004873 | CHEM SODA ASH CJ796 | 100 | $1.60 | lb | 60.00% | $0.64 | $64.00 |
| | | | | | | **Subtotal:** | **$20,591.36** |

| **Discounted Total Estimated Charges** | **$57,206.66** |
|---|---|

This is a cost estimate only. Actual charges are to based on equipment, chemicals, materials, and personnel required to complete the job. Amounts quoted herein do not reflect any applicable sales, use, excise, well services, gross receipts or other taxes, which shall be included on the final invoice for the job. The undersigned hereby acknowledges that, in the absence of a signed Master Service Agreement or a similar, mutually-executed contract, all services and goods provided by C&J Spec-Rent Services, Inc. (including its affiliates, "C&J") to the undersigned are subject to C&J's Standard Terms & Conditions, which may be viewed in their entirety at
https://cjenergy.com/resources/contractors-standard-terms-conditions/.

# NEXTIER

03/11/20

Kenny Copeland                3/11/20

Customer Representative                    Date

**Kenny Copeland**

Customer Printed Name

NexTier Completion Solutions
3990 Rogerdale Rd.
Houston TX 77042

**Invoice**

# NEXTIER

| Invoice Number: | 90079465 |
|---|---|
| Purchase order no: | |
| Invoice Date: | 03/13/2020 |
| Field Ticket Number: | T33D44FA170 |
| Service Date: | 03/12/2020 |
| Well: | #1 WI |
| Lease: | CRAFT-RALLS 5-8 #1 - #1 WI |
| County: | CONECUH |
| State: | AL |

**Bill To:** SKLAR EXPLORATION CO, LLC
401 EDWARDS ST, STE 1601
SHREVEPORT LA US 71101

**Attn:**

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 20 | 50001137 | NU 0-3000 SCF/MIN 8HR MIN 0-3500PSI | 1 | N | EA | $2,950.00 | 60.00% | $1,180.00 |
| 30 | 10004638 | NITROGEN BULK | 550 | N | SCF | $4.75 | 70.00% | $783.75 |
| 40 | 50000880 | SUBSISTANCE | 2 | N | EA | $250.00 | 40.00% | $300.00 |
| 50 | 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 25 | N | EA | $6.50 | 55.00% | $73.13 |
| 60 | 50000886 | MOBILIZATION AUTO / CREW TRUCK | 50 | N | EA | $4.10 | 55.00% | $92.25 |
| 70 | 50000872 | FIELD SUPERVISOR | 1 | N | EA | $2,500.00 | 80.00% | $500.00 |

Remit To:
NexTier Completion Solutions
P.O. Box 733404
Dallas, TX 75373-3404

Payment Terms: Up to 04/12/2020 without deduction

District: Laurel MS Coiled Tubing

Service Line: Coiled Tubing

| | |
|---|---|
| Invoice Subtotal | $2,929.13 |
| Total Freight | $0.00 |
| Taxable | $0.00 |
| Total Tax | $0.00 |
| **Total** | **$2,929.13** |

Page 1 of 1

# NEXTIER

| | | | |
|---|---|---|---|
| **Customer:** | SKLAR EXPLORATION CO, LLC | **Field Ticket No:** | T-33D-44F-A170 |
| **Customer Field Rep:** | | **Service District:** | Laurel, MS |
| **Well Name:** | CRAFT-RALLS 5-8 #1 - #1 WI | **Service Line:** | Coiled Tubing |
| **Field:** | | **Date:** | 03/12/20 |
| **County, State:** | CONECUH, AL | **Sales Representative:** | Kevin Andrew Gooch |
| **API Number:** | 0103520159 | **District Representative:** | Shane J Fortenberry |
| **Job Type:** | CT-N2 ONLY(WELL) | **C&J Field Representative:** | Brandon Giovengo |
| **CT Unit:** | CT-PUMPS ONLY | | |

## Equipment/Services Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50001137 | NU 0-3000 SCF/MIN  8HR MIN 0-3500PSI | 1 | $2,950.00 | EA | 60.00% | $1,180.00 | $1,180.00 |
| 50000872 | FIELD SUPERVISOR | 1 | $2,500.00 | EA | 80.00% | $500.00 | $500.00 |
| 50000880 | SUBSISTANCE | 2 | $250.00 | EA | 40.00% | $150.00 | $300.00 |
| 50000886 | MOBILIZATION AUTO / CREW TRUCK | 50 | $4.10 | EA | 55.00% | $1.85 | $92.25 |
| 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 25 | $6.50 | EA | 55.00% | $2.93 | $73.13 |
| | | | | | | **Subtotal:** | **$2,145.38** |

## Nitrogen/Acid/Products/Pipe Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 10004638 | NITROGEN BULK | 550 | $4.75 | scf | 70.00% | $1.42 | $783.75 |
| | | | | | | **Subtotal:** | **$783.75** |

| | |
|---|---|
| **_Discounted Total Estimated Charges_** | **$2,929.13** |

This is a cost estimate only. Actual charges are to based on equipment, chemicals, materials, and personnel required to complete the job. Amounts quoted herein do not reflect any applicable sales, use, excise, well services, gross receipts or other taxes, which shall be included on the final invoice for the job. The undersigned hereby acknowledges that, in the absence of a signed Master Service Agreement or a similar, mutually-executed contract, all services and goods provided by C&J Spec-Rent Services, Inc. (including its affiliates, "C&J") to the undersigned are subject to C&J's Standard Terms & Conditions, which may be viewed in their entirety at

https://cjenergy.com/resources/contractors-standard-terms-conditions/.

J-3549
20107339
7000100816
26010940

03/12/20

*Ken Copeland* 3/12/20

Customer Representative                                              Date

**Kenny Copeland**

Customer Printed Name

Confidential                     Ticket Tracking #: T-33D-44F-A170                     1

**Invoice**

# NEXTIER

NexTier Completion Solutions
3990 Rogerdale Rd.
Houston TX 77042

| | |
|---|---|
| Invoice Number: | 90081582 |
| Purchase order no: | 25011083 |
| Invoice Date: | 03/20/2020 |
| Field Ticket Number: | T4D4503C9CB |
| Service Date: | 03/14/2020 |
| Well: | 1 |
| Lease: | THOMASSON 33-12 #1 - 1 |
| County: | CONECUH |
| State: | AL |

Bill To: SKLAR EXPLORATION CO, LLC
401 EDWARDS ST, STE 1601
SHREVEPORT LA US 71101

Attn:

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 20 | 50000944 | 1-3/4" CTU 8 HR MIN 0-3500 PSI | 1 | N | EA | $14,000.00 | 60.00 % | $5,600.00 |
| 30 | 50000948 | 1-3/4" CTU HRLY CHRG 0-3500 PSI | 5 | N | HR | $1,700.00 | 60.00 % | $3,400.00 |
| 40 | 50000840 | 50 TON CRANE UNIT - ADD HRS | 5 | N | HR | $312.50 | 60.00 % | $625.00 |
| 50 | 50001060 | HYDRAULIC STRIPPER RUBBER INSERT | 1 | N | EA | $415.00 | 50.00 % | $207.50 |
| 60 | 50001059 | B.O.P. REDRESS/PER B.O.P. | 1 | N | EA | $2,750.00 | 65.00 % | $962.50 |
| 70 | 50001073 | DATA AQUISTION | 1 | N | DAY | $1,500.00 | 72.00 % | $420.00 |
| 80 | 50001070 | HIGH VELOCITY WASH NOZZLE | 1 | N | DAY | $1,200.00 | 60.00 % | $480.00 |
| 90 | 50001068 | BACK PRESSURE VALVE | 1 | N | DAY | $450.00 | 60.00 % | $180.00 |
| 100 | 50000886 | MOBILIZATION AUTO / CREW TRUCK | 300 | N | EA | $4.10 | 55.00 % | $553.50 |
| 110 | 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 600 | N | EA | $6.50 | 55.00 % | $1,755.00 |
| 120 | 10004638 | NITROGEN BULK | 4,020 | N | SCF | $4.75 | 70.00 % | $5,728.50 |
| 130 | 50000889 | ACID TRANSPORT | 8 | N | HR | $235.00 | 55.00 % | $846.00 |
| 140 | 50002116 | Safety Shower & Eye Wash Station (OSHA R | 1 | N | EA | $250.00 | 0.00 % | $250.00 |
| 150 | 10004906 | CHEM ACID 15% HCL HC-15 CJ9115 | 4,000 | N | GAL | $4.30 | 64.00 % | $6,192.00 |
| 160 | 10004490 | CHEM CORROSION INHIBIT ACID CI-3 CJ9203 | 110 | N | GAL | $210.00 | 68.00 % | $7,392.00 |
| 170 | 10010110 | CHEM CORROSION INHIBITOR AI-F | 160 | N | GAL | $70.55 | 68.00 % | $3,612.16 |
| 180 | 10004890 | CHEM H2S SCAVENGER H5-1 | 40 | N | GAL | $51.50 | 60.00 % | $824.00 |
| 190 | 10004526 | CHEM AGENT IRON SEQ CITRIC ACID ICA-2 | 40 | N | GAL | $62.65 | 68.00 % | $801.92 |
| 200 | 10004484 | CHEM SURFACTANT DEMUL NON-IONIC SU-2 | 16 | N | GAL | $108.45 | 68.00 % | $555.26 |
| 210 | 50000839 | 50 TON CRANE UNIT - 8 HR MINIMUM | 1 | N | EA | $2,500.00 | 60.00 % | $1,000.00 |
| 220 | 50000960 | 1-3/4" FTGE CHRG 0-3500 PSI | 13,430 | N | FT | $1.15 | 65.00 % | $5,405.57 |
| 230 | 50000967 | 1-3/4" ABR/CORR FTG CHRG 0-3500 PSI | 11,730 | N | FT | $0.95 | 70.00 % | $3,343.05 |
| 240 | 50001241 | DFP W CENT 1330HHP OR EQ ADD HR0-3500PSI | 5 | N | HR | $500.00 | 60.00 % | $1,000.00 |

Page 1 of 2

Invoice Number:    90081582

Invoice Date:    03/20/2020

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|------|----------|-------------|-----|-----|-----|-----------|----------|-------|
| 250 | 50001237 | DFP W CEN 1330HHP OR EQ 8HR MIN0-3500PSI | 1 | N | EA | $4,000.00 | 60.00 % | $1,600.00 |
| 260 | 50001140 | NU 0-3000 SCF/MIN ADD HR 0-3500PSI | 5 | N | HR | $368.75 | 60.00 % | $737.50 |
| 270 | 50001137 | NU 0-3000 SCF/MIN 8HR MIN 0-3500PSI | 1 | N | EA | $2,950.00 | 60.00 % | $1,180.00 |
| 280 | 10010117 | CHEM GLYCOL ETHER | 100 | N | GAL | $79.55 | 68.00 % | $2,545.60 |
| 290 | 10010129 | CHEM CORROSION INHIBITOR XC PROTECTANT | 5 | N | GAL | $56.00 | 60.00 % | $112.00 |
| 300 | 10004873 | CHEM SODA ASH CJ796 | 100 | N | LB | $1.60 | 60.00 % | $64.00 |
| 310 | 50002116 | CHEM AGENT IRON SEQ ICA-5 CJ209 | 40 | N | EA | $26.40 | 0.00 % | $1,056.00 |
| 320 | 50001151 | NITROGEN TRANSPORT | 8 | N | EA | $190.00 | 45.00 % | $836.00 |
| 330 | 50000880 | SUBSISTANCE | 14 | N | EA | $250.00 | 40.00 % | $2,100.00 |
| 340 | 50000872 | FIELD SUPERVISOR | 2 | N | EA | $2,500.00 | 80.00 % | $1,000.00 |

Remit To:
NexTier Completion Solutions
P.O. Box 733404
Dallas, TX 75373-3404

Payment Terms: Up to 04/19/2020 without deduction

District:   Laurel MS Coiled Tubing

Service Line:   Coiled Tubing

| | |
|---|---|
| Invoice Subtotal | $62,365.06 |
| Total Freight | $0.00 |
| Taxable | $0.00 |
| Total Tax | $0.00 |
| Total | $62,365.06 |

# NEXTIER

| | | | |
|---|---|---|---|
| **Customer:** | SKLAR EXPLORATION CO, LLC | **Field Ticket No:** | T-4D4-503-C9CB |
| **Customer Field Rep:** | Mr. John G. Vittitow | **Service District:** | Laurel, MS |
| **Well Name:** | THOMASSON 33-12 #1 - 1 | **Service Line:** | Colled Tubing |
| **Field:** | | **Date:** | 03/14/20 |
| **County, State:** | CONECUH, AL | **Sales Representative:** | Shane J Fortenberry |
| **API Number:** | 0103520309 | **District Representative:** | David Clinton Welborn |
| **Job Type:** | CT-ACID MATRIX | **C&J Field Representative:** | Christopher Green |
| **CT Unit:** | CTU-17 | | |

| Equipment/Services Items | | | | | | | |
|---|---|---|---|---|---|---|---|
| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
| 50000944 | 1-3/4 CTU 8 HR MIN 0-3500 PSI | 1 | $14,000.00 | EA | 60.00% | $5,600.00 | $5,600.00 |
| 50000960 | 1-3/4 FTGE CHRG 0-3500 PSI | 13430 | $1.15 | ft | 65.00% | $0.40 | $5,405.58 |
| 50000948 | 1-3/4 CTU HRLY CHRG 0-3500 PSI | 5 | $1,700.00 | hrs | 60.00% | $680.00 | $3,400.00 |
| 50000967 | 1-3/4 ABR/CORR FTG CHRG 0-3500 PSI | 11750 | $0.95 | ft | 70.00% | $0.28 | $3,343.05 |
| 50000880 | SUBSISTANCE | 14 | $250.00 | EA | 40.00% | $150.00 | $2,100.00 |
| 50000885 | MOB TRACTOR / TRAILER (< 80;000 LBS) | 600 | $6.50 | EA | 55.00% | $2.93 | $1,755.00 |
| 50001237 | DFP W CEN 1330HHP OR EQ 8HR MIN0-3500PSI | 1 | $4,000.00 | EA | 60.00% | $1,600.00 | $1,600.00 |
| 50001137 | NU 0-3000 SCF/MIN 8HR MIN 0-3500PSI | 1 | $2,950.00 | EA | 60.00% | $1,180.00 | $1,180.00 |
| 50001241 | DFP W CENT 1330HHP OR EQ ADD HR0-3500PSI | 5 | $500.00 | hrs | 60.00% | $200.00 | $1,000.00 |
| 50000872 | FIELD SUPERVISOR | 2 | $2,500.00 | EA | 80.00% | $500.00 | $1,000.00 |
| 50000839 | 50 TON CRANE UNIT - 8 HR MINIMUM | 1 | $2,500.00 | EA | 60.00% | $1,000.00 | $1,000.00 |
| 50001059 | B.O.P. REDRESS/PER B.O.P. | 1 | $2,750.00 | EA | 65.00% | $962.50 | $962.50 |
| 50000889 | ACID TRANSPORT | 8 | $235.00 | hrs | 55.00% | $105.75 | $846.00 |
| 50001151 | NITROGEN TRANSPORT | 8 | $190.00 | EA | 45.00% | $104.50 | $836.00 |
| 50001140 | NU 0-3000 SCF/MIN ADD HR 0-3500PSI | 5 | $368.75 | hrs | 60.00% | $147.50 | $737.50 |
| 50000840 | 50 TON CRANE UNIT - ADD HRS | 5 | $312.50 | hrs. | 60.00% | $125.00 | $625.00 |
| 50000886 | MOBILIZATION AUTO / CREW TRUCK | 300 | $4.10 | EA | 55.00% | $1.85 | $553.50 |
| 50001070 | HIGH VELOCITY WASH NOZZLE | 1 | $1,200.00 | Days | 60.00% | $480.00 | $480.00 |
| 50001073 | DATA AQUISTION | 1 | $1,500.00 | Days | 72.00% | $420.00 | $420.00 |
| 50001060 | HYDRAULIC STRIPPER RUBBER INSERT | 1 | $415.00 | EA | 50.00% | $207.50 | $207.50 |



## Equipment/Services Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50001068 | BACK PRESSURE VALVE | 1 | $450.00 | Days | 60.00% | $180.00 | $180.00 |
| | | | | | | **Subtotal:** | **$33,231.63** |

## 3rd Party/Pass Through/Miscellaneous Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50002116 | CHEM AGENT IRON SEQ ICA-5 CJ209 | 40 | $26.40 | EA | 0.00% | $26.40 | $1,056.00 |
| 50002116 | Safety Shower & Eye Wash Station (OSHA Required) | 1 | $250.00 | EA | 0.00% | $250.00 | $250.00 |
| | | | | | | **Subtotal:** | **$1,306.00** |

## Nitrogen/Acid/Products/Pipe Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 10004490 | CHEM CORROSION INHIBITOR ACID CI-3 CJ920 | 110 | $210.00 | gal US | 68.00% | $67.20 | $7,392.00 |
| 10004506 | CHEM ACID 15% HCL HC-15 CJ9116 | 4000 | $4.30 | gal US | 64.00% | $1.55 | $6,192.00 |
| 10004638 | NITROGEN BULK | 4020 | $4.75 | scf | 70.00% | $1.42 | $5,728.50 |
| 10010110 | CHEM CORROSION INHIBITOR AI-F | 160 | $70.55 | gal US | 68.00% | $22.58 | $3,612.16 |
| 10010117 | CHEM GLYCOL ETHER | 100 | $79.55 | gal US | 68.00% | $25.46 | $2,545.60 |
| 10004890 | CHEM H2S SCAVENGER HS-1 | 40 | $51.50 | gal US | 60.00% | $20.60 | $824.00 |
| 10004526 | CHEM AGENT IRON SEQ CITRIC ACID ICA-2 | 40 | $62.65 | gal US | 68.00% | $20.05 | $801.92 |
| 10004484 | CHEM SURFACTANT DEMUL NON-IONIC SU-2 | 16 | $108.45 | gal US | 68.00% | $34.70 | $555.26 |
| 10010129 | CHEM CORROSION INHIBITOR XC PROTECTANT | 5 | $56.00 | gal US | 60.00% | $22.40 | $112.00 |
| 10004873 | CHEM SODA ASH CJ796 | 100 | $1.60 | lb | 60.00% | $0.64 | $64.00 |
| | | | | | | **Subtotal:** | **$27,827.44** |

| | | |
|---|---|---|
| **Discounted Total Estimated Charges** | | **$62,365.07** |

This is a cost estimate only. Actual charges are to based on equipment, chemicals, materials, and personnel required to complete the job. Amounts quoted herein do not reflect any applicable sales, use, excise, well services, gross receipts or other taxes, which shall be included on the final invoice for the job. The undersigned hereby acknowledges that, in the absence of a signed Master Service Agreement or a similar, mutually-executed contract, all services and goods provided by C&J Spec-Rent Services, Inc. (including its affiliates, "C&J") to the undersigned are subject to C&J's Standard Terms & Conditions, which may be viewed in their entirety at
https://cjenergy.com/resources/contractors-standard-terms-conditions/.

03/14/20

Customer Representative

**KENNY COPELAND**
Customer Printed Name

Date

NexTier Completion Solutions
3990 Rogerdale Rd.
Houston TX 77042

**Invoice**

# NEXTIER

| Invoice Number: | 90083265 |
|---|---|
| Purchase order no: | WDB275 |
| Invoice Date: | 04/01/2020 |
| Service Date: | 03/18/2020 |
| Well: | #5-1 |
| Lease: | CORWIN #5-1 |
| County: | PHILLIPS |
| State: | MT |

Bill To: SKLAR EXPLORATION CO, LLC
401 EDWARDS ST, STE 1601
SHREVEPORT LA US 71101
Attn:

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 20 | 50001499 | WIRELINE SERVICE CHURG 0-200 - TRIP | 1 | N | EA | $3,374.12 | 0.00 % | $3,374.12 |
| 30 | 50001535 | LAND -PACK OFF 0 1.5K | 1 | N | DAY | $674.82 | 0.00 % | $674.82 |
| 40 | 50001579 | SECTOR BOND/GR/CCL DEPTH 3400FT | 1 | N | FT | $3,632.80 | 0.00 % | $3,632.80 |
| 50 | 50001582 | SECTOR BOND/GR/CCL - OPER. 3400FT | 1 | N | FT | $3,632.80 | 0.00 % | $3,632.80 |
| 60 | 50001756 | PERF DEPLOY 10-14' DEPTH 12371FT | 1 | N | FT | $5,843.78 | 0.00 % | $5,843.78 |
| 70 | 50001757 | PERF DEPLOY 10-14' OPER - TRIP | 4 | N | EA | $2,969.23 | 0.00 % | $11,876.92 |
| 80 | 50001710 | JB/GR OPER | 3 | N | RUN | $742.31 | 0.00 % | $2,226.93 |
| 90 | 50001707 | JB/GR DEPTH 9100 ft | 1 | N | FT | $3,479.82 | 0.00 % | $3,479.82 |
| 100 | 50002147 | SLOW SET POWER CHARGE | 4 | N | STG | $674.82 | 0.00 % | $2,699.28 |
| 110 | 50001721 | CEM RET DEPTH 12150FT | 1 | N | FT | $5,466.07 | 0.00 % | $5,466.07 |
| 120 | 50001723 | CEM RET-MIN | 4 | N | EA | $2,672.31 | 0.00 % | $10,689.24 |
| 130 | 50001503 | STAND-BY TIME-CREW | 2 | N | HR | $404.90 | 0.00 % | $809.80 |

EXHIBIT A

UPS
4-6-2020
SB

Page 1 of 2

| | | | | | | | Invoice Number: | 90083265 |
| | | | | | | | Invoice Date: | 04/01/2020 |

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|------|----------|-------------|-----|-----|-----|-----------|----------|-------|
| 140 | 50001504 | STAND-BY TIME-WRLN UNIT | 2 | N | HR | $404.90 | 0.00 % | $809.80 |
| 150 | 50001515 | HOT SHOT OF EQUIPMENT 2492 MI | 1 | N | MI | $7,567.47 | 0.00 % | $7,567.47 |
| 160 | 50001515 | HOT SHOT OF EQUIPMENT 1230 MI | 1 | N | MI | $3,735.14 | 0.00 % | $3,735.14 |
| 170. | 50001515 | HOT SHOT OF EQUIPMENT 1246MI | 1 | N | MI | $3,783.73 | 0.00 % | $3,783.73 |
| 180 | 50001709 | JB/GR-MIN | 9 | N | EA | $2,267.41 | 0.00 % | $20,406.69 |
| 190 | 50001710 | JB/GR OPER | 9 | N | RUN | $742.31 | 0.00 % | $6,680.79 |

Remit To:
NexTier Completion Solutions
P.O. Box 733404
Dallas, TX 75373-3404

Payment Terms: Up to 04/30/2020 without deduction

District:   Williston ND Deuce Wireline

Service Line:   Wireline

| Invoice Subtotal | $97,390.00 |
|------------------|-----------|
| Total Freight | $0.00 |
| Taxable | $0.00 |
| Total Tax | $0.00 |
| Total | $97,390.00 |

**C&J ENERGY SERVICES**

Rev.842519 A

| | | |
|---|---|---|
| | WD8225 | 1 of 1 |
| | DATE | 03/18/2020 |

| CUSTOMER | SKLAR EXPLORATION CO, LLC |
|---|---|
| FURNISHED | CORWIN #6-1 |
| LEASE/WELL | 250712.3339 Williston Basin |
| INFORMATION | FIELD | PHILLIPS | STATE MT |

CUSTOMER NAME  SKLAR EXPLORATION CO, LLC

Thank you for using
Casedhole Solutions!   Total runs, all pages   17

| CHK NO | PERF. INTERVAL | | OPERATION | ITEM | QUAN | | | AMOUNT | | | PSI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | Wireline Service Charge 60M | Per Trip | 1 | 3900 | -0.125 | 3393 | 3374.12 | Plug | |
| | | | Load Per Job @ 8.5K | Per Day | 3 | 600 | -0.125 | 674.5 | 674.82 | Perf | |
| | | | Basic Head CCUCCL depth | Per Foot | 8400 | 0.95 | -0.125 | 1.066 | 3932.80 | | |
| | | | Depth Time CCUCCL - 0MG | Per Foot | 8400 | 0.59 | -0.125 | 1.066 | 4832.80 | | |
| | | | Perf Deploy @ 8.5" Caso | Per Trip | 4 | 2640 | -0.125 | 2309 | 11576.01 | | |
| | | | Perf Deploy 10-14' depth | Per Foot | 12971 | 0.47 | -0.125 | 0.472 | 6043.78 | | |
| | | | Jet Gil Perf | Per Run | 9 | 599 | -0.125 | 742.5 | 2299.82 | | |
| | | | Jet Gil Charge | Per Foot | 9100 | 0.34 | -0.125 | 0.382 | 3476.94 | | |
| | | | Slow Set Power Charge | Each | 4 | 599 | -0.125 | 674.5 | 2698.20 | | |
| | | | Blue Ball Wash | Per Foot | 12960 | 0.4 | -0.125 | 0.45 | 5466.96 | | |
| | | | Gun Rail IGA | Ea | 4 | 2376 | -0.125 | 2572 | 6566.22 | | |
| | | | Standby Time w/o unit | Per Hour | 2 | 369 | -0.125 | 404.5 | 808.75 | | |
| | | | Standby Time w/o unit | Per Hour | 2 | 369 | -0.125 | 404.5 | 808.76 | | |
| | | | 1st Shot of equipment | Per Min | 2400 | 2.7 | -0.125 | 3.037 | 7287.44 | | |
| | | | 1st Shot of equipment | Per Min | 1200 | 2.7 | -0.125 | 3.037 | 3726.10 | | |
| | | | 1st Shot of equipment | Per Min | 5240 | 2.7 | -0.125 | 3.037 | 8703.74 | | |
| 8" MAGNET | | | Magnum | Min | 9 | 2036 | -0.125 | 2287 | 20406.89 | | |
| 8" MAGNET | | | Jet Gil Cost | Per Run | 9 | 699 | -0.125 | 742.5 | 6699.78 | | |

STANDARD PRICING

| TOTAL OF BOOK PRICE | 86501.47 |
|---|---|
| TOTAL DISCOUNT | -10798.55 |
| TOTAL DISCOUNT PERCENTAGE | -12.47% |

Runs for this job made in
March were 17

Was catering provided by
Casedhole Solutions?

NO

ESTIMATED TOTAL CHARGE PAGE 1   $07,590.60

X  John Vititow

| PERF. DEPTH DATUM | | GROUND LEVEL |
|---|---|---|
| Fluid Type | Fluid Weight | Fluid Level |
| Bottom Hole Temperature | Degree F | |

WORK WITNESSED BY
JOHN VITITOW

| Crew 1 |
|---|
| Crew 2 |
| Crew 3 |
| Crew 4 |
| Crew 5 |
| Crew 6 |

REMARKS

Engineer  Mossberg, Thomas Jose

(handwritten, right margin)
20114424
25011635
90063265

C&J ENERGY SERVICES

Rev.042819 A

WD#976

1 of 1

DATE
03/27/2020

| CUSTOMER | SKLAR EXPLORATION CO, LLC |
| FURNISHED | CORWIN #5-1 |
| LEASE/WELL | |
| INFORMATION | PHILLIPS | MI |

CUSTOMER NAME    SKLAR EXPLORATION CO, LLC

Thank you for using
Casedhole Solutions!

Total runs, all pages    1

| RUN NUMBER 25 | WIRELINE DEPTH | ROUND TRIP MILEAGE |

| DATE NO | PERF/INTERVAL | OPERATION | ITEM | QUAN | PSI (SHUT IN) | BAG | AMOUNT | ... |
|---------|---------------|-----------|------|------|------|-----|--------|-----|
| 1 | | Service Charge | 1 | 2500 | | | 2500 | Plug |
| | | Back off & Flags | 1 | 1000 | | | 1000 | Perf |
| | | RBT | 1 | 4200 | | | 4200 | |
| | | Syncopated Guns | 8 | 2000 | | | 16,000 | |
| | | CCL w/TB | 4 | 5100 | | | 20,400 | |
| | Lexington | 12/Shot Spray R.S. | 1 | 5300 | | | 5300 | |
| | Gun Shaped Starters | H2J Jackson Williston | 3 | 1000 | | | 3,000 | |
| | | Magnet/Jog/Centrl | 4 | 1375 | | | 5500 | |
| | | 9# Aquat Ra.BS | 9 | 2000 | | | 18,000 | |
| | | Stag D by an Inative | 2 | 500 | | | 1000 | |
| 3/20, 3/21, 3/22, 3, 25 | | Stand by/la hours D | 9 | 4100 | | | 36,400 | |
| | | Hot Shot Return Labn | 1 | 3240 | | | 3240 | |

STANDARD PRICING    97990

Runs for this job made in
November were 1

TOTAL OF WORK PRICE    -000

TOTAL DISCOUNT    $00000

TOTAL DISCOUNT PERCENTAGE    97990

Was catering provided by
Casedhole Partitions?

ESTIMATED TOTAL CHARGE PAGE 1 OF 1    97990

NO

John Vittitow

Mossberg,Thomas Josep

| PERM. DEPTH DATUM | | GROUND LEVEL | | ELEV. | | DRIV K.B. |
| | | | | | | |
| Fluid Type | Fluid Weight | Fluid Level | | | | REMARKS |
| | | | feet | District doing job? Alabama BCPL RD |
| | | | | | Line of Business Wireline |
| Bottom Hole Temperature | Degrees  F | | | Type of Job |
| | | | | Closs:Vert. Domestic |
| WORK PERFORMED BY | | | District job is in?Alabama BCPL RD |
| JOHN VITTITOW | | | |

Mossberg,Thomas Josep    Crew 1
Mossberg,Thomas Josep    Crew 2
Crew 3
Crew 4
Crew 5
Crew 6

AFE#
Engineer    Mossberg,Thomas Jose
MFAR

**MATERIAL USAGE FORM**

Williston NDPR, ND

| Date: | | Company: | SKLAR EXPLORATION CO, LLC | | | | 20 | usu | 25 |
|-------|--|----------|---------------------------|--|--|--|----|-----|-----|
| SO# | WO3076 | Lease: | BORUM#5410 | | | | | | |

| TYPE OF MATERIAL USED | QUANTITY USED | | | | SAP Legacy Material Number |
|-----------------------|---------------|--|--|--|----------------------------|
| CEMENT, BULK & BAGS (continue to next page) | | | | | |
| PO-2100 — MIXER FOR BLOW DRY P.C. | 2 | | 1041498 PO-2100 | | |
| CJB-3600-100 — Spring Tool Holder - SPS | 4 | | 1045-598 CJB-3600-100 | | |
| | | | | | |
| | | | | | |
| FLUIDS & REPAIR PARTS | QUANTITY USED | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| OTHER (specify the unit that is applicable below) for other item) | | | | | |
| (SPECIFY SIZE AND TYPE) | QUANTITY USED | | | | |
| CGM-2-LAV-0.5-200 — 5 1/8" x 71/250 | 2 | | 1041048 CGM-2-LAV-0.5-200 | | |
| CGM-2-LAV-0.5-250 — 5 1/2x 17 ½ 550 | 2 | | 1045-548 CGM-2-LAV-0.5-250 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| CHARGES (specify below type of charge and size used) | QUANTITY USED | | | | |
| CHG-LECH-0201-FXTV — 3 1/6" DIA G.O. BOX SUPER JUMBO | 40 | | 1041047 CHG-LECH-0201-FXTV | | |
| CHG-CONF-0118-NO — 4 3/4" DIA TWO BOX JUG | 100 | | 1041049 CHG-CONF-0118-NO | | |
| CHG-LECH-0110-NO — PwR 4 3/4" 18 Charge Tex BOX HDV | 88 | | 1045-548 CHG-LECH-0110-NO | | |
| PRIMA-CORD SURFACE CONNECT (specify length and type of surface connect) | QUANTITY USED | | | | |
| DET-ONTO-02-XGL1.0 — 20 FOOT XGV 1.0 | 40 | | 1045-548 DET-ONTO-02-XGL1.0 | | |
| | | | | | |
| CAPS AND DETONATORS (specify below type of detonator and quantity) | QUANTITY USED | | | | |
| KWP-DELAY-NO — Secondary Delay | 4 | | 1041047 KWP-DELAY-NO | | |
| DETO-XP-001 — Detonator Self-Contained Charged | 4 | | 1041015 DETO-XP-001 | | |
| | | | | | |
| JET CUTTERS, SEVERING TOOLS (specify size and quantity) | QUANTITY USED | | | | |
| | | | | | |
| | | | | | |
| RADIAL, TORCH AND TORCH PERFORATORS (specify and quantity) | QUANTITY USED | | | | |
| | | | | | |
| | | | | | |
| CHEMICAL CUTTERS (specify size and quantity) | QUANTITY USED | | | | |
| | | | | | |
| | | | | | |
| SHOOT, FREE SWITCHES (specify size and quantity) | QUANTITY USED | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Free-Form Materials (things not in the above lists) | QUANTITY USED | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



**INVOICE:** 38304

**REMIT TO:**
NEXTIER COMPLETION SOLUTIONS INC.
(F/K/A KEANE FRAC, LP)
P.O BOX 733404
DALLAS, TX 75373

**BILL TO:**
SKLAR EXPLORATION CO, LLC
5395 PEARL PKWY SUITE 200
BOULDER, CO 80301

INVOICE #: 38304
INVOICE DATE: 3/18/2020
WELL NAME: Corwin
WELL NUMBER: #5-1
JOB TYPE: Squeeze
KEANE REP: Justin Dussaljee
FIELD TICKET #: 4340
CUSTOMER REP: John Withlow
START DATE: 3/18/2020
COMPLETION DATE: 3/18/2020
AFE: N/A

| QTY | CODE | DESCRIPTION | UNIT PRICE | UOM | AMOUNT | DISCOUNT % | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 460 | BC201 | CLASS 'G' | | | | | |
| 212 | FL4301 | KOFL-44 | $24.76 | 94BACK | $11,197.60 | 25% | $8,393.13 |
| 86 | CDF919 | KOFR-13' | $13.36 | LBS' | $2,836.66 | 25% | $2,127.49 |
| 45 | RTG019 | KCR-3 | $6.91 | LBS' | $508.26 | 25% | $381.20 |
| 468 | ML3001 | PICKUP MILEAGE | $3.49 | LBS. | $169.60 | 25% | $117.45 |
| 460 | ML0002 | PUMP TRUCK/HEAVY VEHICLE MILEAGE | $2.05 | UNTML | $955.30 | 25% | $716.46 |
| 6,833 | ML0003 | BULK CEMENT DELIVERY/RETURN | $3.75 | UNTML | $3,143.60 | 25% | $2,365.13 |
| 463 | ML0001 | BULK MATERIAL MIXING SERVICE CHARGE | $1.65 | TON MILE | $9,403.68 | 25% | $7,052.86 |
| 1 | ML0005 | PERMITS | $2.65 | SCF | $1,100.55 | 25% | $835.41 |
| TOTAL | | | $115.50' | JOB | $115.50 | 0% | $115.50 |
| | | | | | $29,430.43 | | $22,108.44 |

Comment Box

Subtotal $22,108.44
(Phillips County MT 0%) Tax
Total Due $22,108.44

# NexTIER

**Field Ticket: 4340**

Service Location: Williston, ND 58801
Service Address: 15105 14TT LN NW Williston, ND 58801
Phone number: 1-406-774-5539

| | |
|---|---|
| Customer: | Slawson Exploration |
| Address: | 15095 Pred Parkway Ste 200 |
| City: | Bolder |
| State: | CO 80301 |
| Customer Rep: | Leon Yellow |
| Phone: | 303-552-6938 |

| | |
|---|---|
| Job Type: | Swwenge |
| Supervisor: | Justin Dempfee |
| Pump Truck: | CPP008 |
| Well Name: | Crown |
| Well Number: | H5-1 |
| Country: | Phillips County |
| Rated In: | |
| API: | 25-071-33359 |
| API #: | |
| Computer: | GEO3- TRON-ROSE |

| PRODUCT CODE | DESCRIPTION | U OF MEAS. | QUAN | UNIT PRICE | GROSS | DISC% | Disp Amt | NET |
|---|---|---|---|---|---|---|---|---|
| BC001 | Class W | SUBMK | 490.0 | $24.75 | $11,137.09 | 25% | $2,784.39 | $8,383.43 |
| FL004 | KCP2-14 | LSS | 213.0 | $13.89 | $2,915.58 | 25% | $728.74 | $2,127.42 |
| CPP013 | KCPR13 | LBS | 89.0 | $9.91 | $803.26 | 25% | $172.07 | $551.20 |
| R1D010 | KCPR-3 | LBS | 46.0 | $8.46 | $360.00 | 25% | $89.16 | $617.46 |
| RDC004 | Pump Charge 2301-4000'-49mn | B-HR8 | | $8,760.00 | | 23% | | |
| DAS004 | Data Acquisition System | LCS | | $428.00 | | 23% | | |
| MISC009 | SEWAGE | JGB | | $138.00 | | 29% | | |
| MLC001 | Mileage Mileage | UNTAIL | 480.0 | $2.09 | $955.50 | 30% | $286.65 | $711.48 |
| MLC002 | Pump Truck/Heavy Vehicle Mileage | UNTAIL | 485.0 | $6.75 | $3,145.58 | 25% | $786.38 | $2,365.12 |
| MLC003 | Bulk Cement Delivery/Return | Toh Mile | 5,089.0 | $1.95 | $9,403.05 | 25% | $2,360.89 | $7,062.26 |
| MXC001 | Bulk Material Mbng Service Charge | SCF | 482.0 | $2.65 | $1,193.45 | 23% | $298.15 | $952.49 |
| MLC003 | Permits | JGB | 1.0 | $131.00 | $119.60 | | | $115.60 |
| | | | | | **$29,436.42** | | **$7,320.98** | **$22,106.44** |

Customer Authorized Agent: _____



**INVOICE:** 38305

**REMIT TO:**
NEXTIER COMPLETION SOLUTIONS INC.
(FKWA KEANE FRAC, LP)
P.O BOX-733404
DALLAS, TX 75373

**BILL TO:**
SKLAR EXPLORATION CO, LLC
5395 PEARL PKWY SUITE 200
BOULDER, CO 80301

INVOICE #: 38305
INVOICE DATE: 3/16/2020
WELL NAME: Gurwin
WELL NUMBER: #5-1
JOB TYPE: Squeeze
KEANE REP: Justin Dassoljee
FIELD TICKET #: 4341
CUSTOMER REP: John Vititoer
START DATE: 3/16/2020
COMPLETION DATE: 3/16/2020
AFE: N/A

| | | DESCRIPTION | | | RATE | UNIT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | RB0004 | PUMP CHARGE 3001-4,000' | | | $9,790.00 | HRS | $9,790.00 | 25% | $8,592.50 |
| 1 | DA5001 | DATA ACQUISITION SYSTEM | | | $425.00 | JOB | $425.00 | 25% | $318.75 |
| 90 | MLC001 | PICKUP MILEAGE | | | $163.06 | JOB | $163.06 | 25% | $122.31 |
| 6 | CE4007 | KCFP-50 | | | $9.05 | UNTML | $184.50 | 25% | $138.30 |
| 50 | RT7006 | KCFP-TA | | | $49.32 | GAL | $201.00 | 25% | $151.20 |
| 4 | SB0060 | PUMP CHARGE ADDITIONAL HOURS | | | $2.07 | LBS. | $103.50 | 25% | $77.63 |
| 4 | SB0060 | BULK UNIT ADDITIONAL HOURS | | | $590.00 | UNTHRS | $2,360.00 | 0% | $2,360.00 |
| TOTAL | | | | | $285.00 | UNTHRS | $1,140.00 | 0% | $1,140.00 |
| | | | | | | | $13,367.06 | | $10,900.76 |

**Comment Box**

Subtotal $10,900.76
(Phillips County MT 0%) Tax
Total Due **$10,900.76**

38305

# Field Ticket: 4341

**NexTi∃R**

Service Location: Williston, ND 58801
Service Address: 6696 14T LN NW Williston, ND 58801
Phone number: 1-701-572-8858

| | |
|---|---|
| Job Type: Squeeze | |
| Side Advisor: Justin Donellan | |
| Pump Truck(s): CPF003 | |

| | |
|---|---|
| Service Date: 3/19/2020 | Well Name: Darwin |
| Customer: Silver Exploration | Well Number: 45-1 |
| Address: 5685 Pratt Parkway, Ste 200 | County: Phillips County |
| City: Boulder | State: MT |
| State: CO 80301 | API #: 25-071-23389 |
| Customer Rep: John Vielheur | API #: |
| Phone: 1-303-562-8588 | Legal: SECE- T32N-E23E |

| PRODUCT CODE | DESCRIPTION | UOF MEAS | UNIT PRICE | QUAN | ext'Cost | DISC% | Disc Amt | NET |
|---|---|---|---|---|---|---|---|---|
| hoc004 | Pump Charge 3001-4000' - 6hrs | B-HRS | $ 8,790.00 | 1.0 | $8,760.00 | 26% | $2,197.50 | $6,592.50 |
| daxc001 | Data Acquisition System | JOB | $ 425.00 | 1.0 | $426.00 | 25% | $106.25 | $318.75 |
| mac029 | SWABSE | JOB | $ 183.89 | 2.0 | $363.09 | 26% | $94.27 | $272.81 |
| mis031 | Pickup Missile | UNTML | $ 2.03 | 90.0 | $184.80 | 25% | $49.13 | $135.38 |
| cdm007 | KOFAZL | GAL | $ 40.52 | 5.0 | $203.80 | 26% | $50.40 | $185.20 |
| cdm05 | KOFAA | LBS | $ 2.07 | 50.0 | $103.50 | 26% | $25.88 | $77.83 |
| bhc006 | Pump Charge Additional Hours | UNT-HRS | $ 650.00 | 4.0 | $2,360.00 | | | $2,360.00 |
| slbc001 | Bulk Unit Additional Hours | UNT-HRS | $ 285.00 | 4.0 | $1,140.00 | | | $1,140.00 |
| | | | | | $13,357.66 | | $2,455.92 | $10,900.78 |

Customer Authorized Agent: _[signature]_



**INVOICE:** 38306

REMIT TO:
NEXTIER COMPLETION SOLUTIONS INC.
(F/K/A KEANE FRAC, LP)
P.O BOX 733404
DALLAS, TX 75373

BILL TO:
SKLAR EXPLORATION CO, LLC
5395 PEARL PKWY SUITE 200
BOULDER, CO 50301

INVOICE #: 38306
INVOICE DATE: 3/17/2020
WELL NAME: Cermin
WELL NUMBER: 65-1
JOB TYPE: Squeeze
KEANE REP: Justin Dusselies
FIELD TICKET #: 4342
CUSTOMER REP: John Vitalow
START DATE: 3/17/2020
COMPLETION DATE: 3/17/2020
AFE: N/A

| QTY | CODE | DESCRIPTION | | | PRICE | UNIT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | RBC004 | PUMP CHARGE 3001-4,000' | | | $8,790.00 | HRS | $8,790.00 | 25% | $6,592.50 |
| 1 | DA3001 | DATA ACQUISITION SYSTEM | | | $425.00 | JOB | $425.00 | 20% | $349.75 |
| 1 | MSC029 | SWAGE | | | $163.08 | JOB | $163.08 | 25% | $122.31 |
| 90 | MLG001 | PICKUP MILEAGE | | | $2.05 | LINTML | $184.50 | 25% | $138.38 |
| 50 | CD008 | KGR-1A | | | $2.07 | LBS. | $103.50 | 25% | $77.63 |
| 6 | CON407 | KCFP-8L | | | $40.32 | GAL | $201.60 | 25% | $151.20 |
| 7 | RBC060 | PUMP CHARGE ADDITIONAL HOURS | | | $590.00 | UNTHRS | $4,130.00 | 0% | $4,130.00 |
| 7 | RBC061 | BULK UNIT ADDITIONAL HOURS | | | $285.00 | UNTHRS | $1,995.00 | 0% | $1,995.00 |
| 1 | RHT001 | WINTER SURCHARGE | | | $650.00 | EACH | $650.00 | 0% | $650.00 |
| **TOTAL** | | | | | | | $10,642.68 | | $14,175.75 |

Comment box

Subtotal $14,175.75
(Phillips County MT 6%) Tax
Total Due $14,175.75

# NexTier

**Field Ticket  4342**

Service Location: Williston, ND 68801
Service Address: 6025 14FT LN NW Williston, ND 68801
Phone number: 1-701-774-9999

353306

| | |
|---|---|
| Well Name: | Squeeze |
| Supervisor: | Justin Dressllee |
| Pump Truck #: | CP Ford |

| | |
|---|---|
| Service Date: | 8/12/2020 |
| Customer: | State Exploration |
| Address: | 9395 Ford Parkway, Ste 200 |
| City: | Boulder |
| St./CO: 80301 | |
| Customer Rep: John Witlow | |
| Phone: 303-359-3098 | |

| | |
|---|---|
| Well Name: | Squeeze |
| Well Number: | #S-1 |
| County: | Philips County |
| State: | UT |
| API #: | 25-07-20339 |
| AFE #: | |
| Pricing: | SCG- TRAN-RGSE |

| PRODUCT CODE | DESCRIPTION | U/OF MEAS. | UNIT PRICE | QUAN | GROSS$ | DISC% | Disc Amt | NET |
|---|---|---|---|---|---|---|---|---|
| cp004 | Pump Charge 2001-4000'-8hrs | CHARGE | $ 8,703.00 | 1.0 | $8,703.00 | 28% | $2,107.52 | $6,032.40 |
| cp001 | Delt Acquisition System | JOB | $ 428.00 | 1.0 | $428.00 | 25% | $106.25 | $31,878 |
| mec008 | SWAGE | JOB | 163.08 | 1.0 | $163.08 | 25% | $40.77 | $122.31 |
| mt0201 | Pickup Mileage | UNT/MIL | 2.05 | 95.0 | $194.50 | 25% | $45.13 | $198.38 |
| mt005 | KCl-IA | LBS | 2.07 | 50.0 | $103.50 | 25% | $25.88 | $77.63 |
| com007 | KCl/PAIL | GAL | 40.33 | 6.0 | $241.90 | 24% | $58.40 | $163.60 |
| cp009 | Pump Charge Additional Hours | UNT/HRS | 590.00 | 7.0 | $4,130.00 | | | $4,130.00 |
| cp010 | Belt Unit Additional Hours | UNT/HRS | 265.00 | 7.0 | $1,855.00 | | | $1,865.00 |
| mt00 | Water Surcharge | EACH | 650.00 | 1.0 | $650.00 | | | $650.00 |
| | | | | | $16,642.68 | | $2,466.92 | $14,175.76 |

Customer Authorized Agent: _____



INVOICE:    38308

REMIT TO:
NEXTIER COMPLETION SOLUTIONS INC.
(F/K/A KEANE FRAC, LP)
P.O BOX 735404
DALLAS, TX 75373

BILL TO:
SKLAR EXPLORATION CO, LLC
5395 PEARL PKWY SUITE 200
BOULDER, CO 80301

INVOICE #: 38308
INVOICE DATE: 3/18/2020
WELL NAME: Cerwin
WELL NUMBER: #5-4
JOB TYPE: Squeeze
KEANE REP: Justin Dusseljee
FIELD TICKET #: 4301
CUSTOMER REP: John Whitlow
START DATE: 3/18/2020
COMPLETION DATE: 3/18/2020
APE: N/A

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | RS0003 | PUMP CHARGE 2001-3,000' | | | $9,625.00 | HRS | $9,625.00 | 25% | $8,488.75 |
| 1 | DA5001 | DATA ACQUISITION SYSTEM | | | $425.00 | JOB | $425.00 | 25% | $318.75 |
| 80 | ML0001 | PICKUP MILEAGE | | | $103.06 | JOB | $163.06 | 25% | $122.31 |
| 50 | 670001 | KCR-1A | | | $2.05 | UNTML | $164.50 | 25% | $138.38 |
| 1 | RHTR00 | WINTER SURCHARGE | | | $350.00 | LBS | $103.50 | 25% | $77.63 |
| 2 | SSC000 | PUMP CHARGE ADDITIONAL HOURS | | | $590.00 | EACH | $650.00 | 0% | $650.00 |
| 2 | SSC001 | BULK UNIT ADDITIONAL HOURS | | | $285.00 | UNTHRS | $1,180.00 | 0% | $1,180.00 |
| | | | | | | UNTHRS | $570.00 | 0% | $570.00 |
| TOTAL: | | | | | | | $11,901.06 | | $9,525.01 |

Comment box

Subtotal $9,525.01
(Phillips County MT 0%) Tax
Total Due $9,525.01

38308

# Field Ticket: 4351

# NexTier

Service Location: Williston, ND 58801
Service Address: 5928 1417 LN NW Williston, ND 58801
Phone number: 1-701-774-5828

| | | | |
|---|---|---|---|
| Service Date: 3/18/2020 | | Well Name: Coreli | |
| Customer: Star Exploration | | Well Number: IS-1 | |
| Address: 5345 Pearl Parkway, Ste 200 | | County: Phillips County | |
| City: Boulder | | State: MT | |
| State: CO 59301 | | API #: 26-071-23838 | |
| Customer Rep: John Unglow | | AFE #: | |
| Phone: 1-800-352-4096 | | Legal: SEC0-T30N-R25E | |

Job Types: Squeeze
Supervisor: Andy Duestine
Pump Truck #: OFP208

| PRODUCT CODE | DESCRIPTION | UOM MEAS. | UNIT PRICE | QUAN | GROSS | DISC% | Disc Amt | NET |
|---|---|---|---|---|---|---|---|---|
| rtd02 | Pump Shrime 2201-3500'-6hr | 5-HRB | $3,225.00 | 1.0 | $3,225.00 | 23% | $2,160.28 | $5,468.72 |
| dts001 | Data Acquisition System | AOB | 425.00 | 1.0 | $425.00 | 25% | $106.25 | $319.75 |
| msc028 | SWAGE | AOB | 163.09 | 1.0 | $163.09 | 25% | $40.77 | $122.31 |
| msc001 | Pickup Mileage | UNTMIL | 2.01 | 80.0 | $164.50 | 25% | $46.13 | $138.36 |
| fns06 | KCl-A | LBS | 2.07 | 60.0 | $103.60 | 25% | $25.88 | $77.63 |
| fns00 | Winter Surcharge | EACH | $660.00 | 1.0 | $660.00 | | | $660.00 |
| sbc000 | Pump Charge Additional Hours | UNTHRS | 680.00 | 2.0 | $1,180.00 | | | $1,180.00 |
| sbc001 | Blue Unit Additional Hours | UNTHRS | 285.00 | 2.0 | $570.00 | | | $570.00 |
| | | | | | $11,801.09 | | $2,370.27 | $8,554.41 |

Customer Authorized Agent: [signature]