# EXHIBIT B

## to NexTier Completion Services Inc.'s
## Traditional Motion for Summary Judgment



INVOICE: **38308**

REMIT TO:
NEXTIER COMPLETION SOLUTIONS INC.
(FTK/A KEANE FRAC, LP)
P.O BOX 733404
DALLAS, TX 76373

BILL TO:
SKLAR EXPLORATION CO, LLC
6335 PEARL PKWY SUITE 200
BOULDER, CO 90001

INVOICE #: 38308
INVOICE DATE: 3/18/2020
WELL NAME: Corwin
WELL NUMBER: 65-1
JOB TYPE: Squeeze
KEANE REP: Justin Dusseljee
FIELD TICKET #: 4361
CUSTOMER REP: John Whitlow
START DATE: 3/16/2020
COMPLETION DATE: 3/16/2020
API: N/A

| QTY | CODE | DESCRIPTION | | | UNIT PRICE | UNIT | AMOUNT | DISC % | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 880003 | PUMP CHARGE 2001-3,000' | | | $8,625.00 | HRS | $8,625.00 | 25% | $6,468.75 |
| 1 | DAS001 | DATA ACQUISITION SYSTEM | | | $425.00 | JOB | $425.00 | 25% | $318.75 |
| 1 | MS0029 | SWAGE | | | $163.00 | JOB | $163.00 | 25% | $122.91 |
| 90 | ML0001 | PICKUP MILEAGE | | | $2.05 | UNTML | $184.50 | 25% | $138.38 |
| 50 | R70005 | KCR-1R | | | $2.07 | LBS | $103.50 | 25% | $77.63 |
| 1 | RWTR00 | WINTER SURCHARGE | | | $650.00 | EACH | $650.00 | 0% | $650.00 |
| 2 | 880000 | PUMP CHARGE ADDITIONAL HOURS | | | $590.00 | UNTHRS | $1,180.00 | 0% | $1,180.00 |
| 2 | 660001 | BULK UNIT ADDITIONAL HOURS | | | $285.00 | UNTHRS | $570.00 | 0% | $570.00 |
| TOTAL: | | | | | | | $11,901.00 | | $9,526.91 |

Comment box

Subtotal $9,525.91
(Phillips County MT 0%) Tax
Total Due $9,525.91

38308

# Field Ticket: 4331

**NexTier**

Service Location: Williston, ND 58801
Service Address: 6065 144TT LN NW Williston, ND 58801
Phone number: 1-304-772-4085

| | | |
|---|---|---|
| Service Date: | 2/16/2020 | Job Type: Romeo |
| Customer: | Slawson Exploration | Sales/Rep: Justin Duartiss |
| Address: | 8385 Peart Richards Ste 200 | Pump Truck #: CF7098 |
| | City: Boulder | Work Ticket: Coasis |
| | ND CO 80301 | Well Number: H-1 |
| Customer Name: John Jethaw | | County: Dallas County |
| AFE # 20-471-28538 | | Basin: ND |
| PO #: | | AFE #: 20-471-28538 |
| | | Signer: SEO5-73204-0335 |

| PRODUCT CODE | DESCRIPTION | UOM MEAS. | UNIT PRICE | QUAN | EXTDED | DISC% | Disc. Amt | NET |
|---|---|---|---|---|---|---|---|---|
| cbsd05 | Pump Engine 2001-2500' -40m | B-HRS | $ 6,935.00 | 6.0 | $6,935.00 | 23% | $2,169.25 | $5,455.75 |
| diss001 | Data Acquisition System | JOB | 425.00 | 1.0 | $425.00 | 22% | $106.25 | $318.75 |
| cvwd05 | SWAGE | JOB | 153.06 | 1.0 | $153.06 | 20% | $30.77 | $122.31 |
| mim001 | Pickup Mileage | UTMHL | 2.05 | 61.0 | $524.50 | 25% | $126.13 | $199.38 |
| clbs05 | KCL-SA | LBS | 2.37 | 50.0 | $100.50 | 25% | $25.13 | $77.48 |
| cnt00 | Water Surcharge | EACH | 869.00 | 1.0 | $869.00 | 25% | $217.25 | $660.00 |
| chrs001 | Pump Charge Additional Hours | UNT-HRS | 660.05 | 2.0 | $5,180.00 | | | $5,180.00 |
| ahr001 | Bulk Unit Auxiliary Pump | UNT-HRS | 285.00 | 2.0 | $570.00 | | | $570.00 |

Customer Authorized Agent

| | | | | |
|---|---|---|---|---|
| | | $11,601.88 | | $9,226.81 |
| | | | $2,379.27 | |

# Invoice

## NexTier

NexTier Completion Solutions
3990 Rogerdale Rd.
Houston TX 77042

| | |
|---|---|
| Invoice Number: | 90079456 |
| Purchase order no: | |
| Invoice Date: | 03/13/2020 |
| Field Ticket Number: | TAC4427C9D6 |
| Service Date: | 03/11/2020 |
| Well: | 1 |
| Lease: | CEDAR CREEK LAND & TIMBER 3 |
| County: | CONECUH |
| State: | AL |

**Bill To:** SKLAR EXPLORATION CO, LLC
401 EDWARDS ST, STE 1601
SHREVEPORT LA US 71101

**Attn:**

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 20 | 50000944 | 1-3/4" CTU 8 HR MIN 0-3500 PSI | 1 | N | EA | $14,000.00 | 60.00 % | $5,600.00 |
| 30 | 50000948 | 1-3/4" CTU HRLY CHRG 0-3500 PSI | 5 | N | HR | $1,700.00 | 60.00 % | $3,400.00 |
| 40 | 50000840 | 50 TON CRANE UNIT - ADD HRS | 5 | N | HR | $312.50 | 60.00 % | $625.00 |
| 50 | 50001060 | HYDRAULIC STRIPPER RUBBER INSERT | 1 | N | EA | $415.00 | 50.00 % | $207.50 |
| 60 | 50001059 | B.O.P. REDRESS/PER B.O.P. | 1 | N | EA | $2,750.00 | 65.00 % | $962.50 |
| 70 | 50001086 | MOBILIZATION OVERWEIGHT PERMITS | 2 | N | EA | $450.00 | 0.00 % | $900.00 |
| 80 | 50001073 | DATA AQUISTION | 1 | N | DAY | $1,500.00 | 72.00 % | $420.00 |
| 90 | 50001070 | HIGH VELOCITY WASH NOZZLE | 1 | N | DAY | $1,200.00 | 60.00 % | $480.00 |
| 100 | 50001068 | BACK PRESSURE VALVE | 1 | N | DAY | $450.00 | 60.00 % | $180.00 |
| 110 | 50000886 | MOBILIZATION AUTO / CREW TRUCK | 300 | N | EA | $4.10 | 55.00 % | $553.50 |
| 120 | 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 900 | N | EA | $6.50 | 55.00 % | $2,632.50 |
| 130 | 50000884 | MOBILIZATION BOBTAIL UNIT | 300 | N | EA | $5.00 | 55.00 % | $675.00 |
| 140 | 50000883 | MOB TRACTOR / TRAILER (> 80,000 LBS) | 600 | N | EA | $8.00 | 55.00 % | $2,160.00 |
| 150 | 10004638 | NITROGEN BULK | 3,940 | N | SCF | $4.75 | 70.00 % | $5,614.50 |
| 160 | 50000889 | ACID TRANSPORT | 4 | N | HR | $235.00 | 55.00 % | $423.00 |
| 170 | 50002116 | Safety Shower & Eye Wash Station (OSHA R | 1 | N | EA | $250.00 | 0.00 % | $250.00 |
| 180 | 10004506 | CHEM ACID 19% HCL HC-15 CJ9115 | 2,700 | N | GAL | $4.30 | 64.00 % | $4,179.60 |
| 190 | 10004490 | CHEM CORROSION INHIBIT ACID CI-3 CJ9203 | 74 | N | GAL | $210.00 | 68.00 % | $4,972.80 |
| 200 | 10010110 | CHEM CORROSION INHIBITOR AI-F | 108 | N | GAL | $70.55 | 68.00 % | $2,438.21 |
| 210 | 10004890 | CHEM H2S SCAVENGER HS-1 | 27 | N | GAL | $51.50 | 60.00 % | $556.20 |
| 220 | 10004526 | CHEM AGENT IRON SEQ CITRIC ACID ICA-2 | 27 | N | GAL | $62.65 | 68.00 % | $541.30 |
| 230 | 10004484 | CHEM SURFACTANT DEMUL NON-IONIC SU-2 | 11 | N | GAL | $108.45 | 68.00 % | $381.74 |
| 240 | 50000839 | 50 TON CRANE UNIT - 8 HR MINIMUM | 1 | N | EA | $2,500.00 | 60.00 % | $1,000.00 |
| 250 | 50000960 | 1-3/4" FTGE CHRG 0-3500 PSI | 11,680 | N | FT | $1.15 | 65.00 % | $4,701.20 |

| | | | | | | | Invoice Number: | 90079456 |
| | | | | | | | Invoice Date: | 03/13/2020 |

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 260 | 50000967 | 1-3/4" ABR/CORR FTG CHRG 0-3500 PSI | 11,680 | N | FT | $0.95 | 70.00 % | $3,328.80 |
| 270 | 50001241 | DFP W CENT 1330HHP OR EQ ADD HR0-3500PSI | 5 | N | HR | $500.00 | 60.00 % | $1,000.00 |
| 280 | 50001237 | DFP W CEN 1330HHP OR EQ 8HR MIN0-3500PSI | 1 | N | EA | $4,000.00 | 60.00 % | $1,600.00 |
| 290 | 50001140 | NU 0-3000 SCF/MIN ADD HR 0-3500PSI | 5 | N | HR | $368.75 | 60.00 % | $737.50 |
| 300 | 50001137 | NU 0-3000 SCF/MIN 8HR MIN 0-3500PSI | 1 | N | EA | $2,950.00 | 60.00 % | $1,180.00 |
| 310 | 10010117 | CHEM GLYCOL ETHER | 68 | N | GAL | $79.55 | 68.00 % | $1,731.01 |
| 320 | 10010129 | CHEM CORROSION INHIBITOR XC PROTECTANT | 5 | N | GAL | $56.00 | 60.00 % | $112.00 |
| 330 | 10004873 | CHEM SODA ASH CJ796 | 100 | N | LB | $1.60 | 60.00 % | $64.00 |
| 340 | 50007159 | CHEM AGENT IRON SEQ ICA-5 CJ209 | 27 | N | EA | $26.40 | 0.00 % | $712.80 |
| 350 | 50001151 | NITROGEN TRANSPORT | 8 | N | EA | $190.00 | 45.00 % | $836.00 |
| 360 | 50000880 | SUBSISTANCE | 7 | N | EA | $250.00 | 40.00 % | $1,050.00 |
| 370 | 50000872 | FIELD SUPERVISOR | 2 | N | EA | $2,500.00 | 80.00 % | $1,000.00 |

Remit To:
NexTier Completion Solutions
P.O. Box 733404
Dallas, TX 75373-3404

Payment Terms: Up to 04/12/2020 without deduction

District:   Laurel MS Coiled Tubing

Service Line:   Coiled Tubing

| | |
|---|---|
| **Invoice Subtotal** | $57,206.66 |
| **Total Freight** | $0.00 |
| **Taxable** | $0.00 |
| **Total Tax** | $0.00 |
| **Total** | $57,206.66 |

# NEXTIER

| | | | |
|---|---|---|---|
| **Customer:** | SKLAR EXPLORATION CO, LLC | **Field Ticket No:** | T-AC4-427-C9D6 |
| **Customer Field Rep:** | Mr. John G. Vittitow | **Service District:** | Laurel, MS |
| **Well Name:** | CEDAR CREEK LAND & TIMBER 35-13 #1 - 1 | **Service Line:** | Coiled Tubing |
| **Field:** | | **Date:** | 03/11/20 |
| **County, State:** | CONECUH, AL | **Sales Representative:** | Shane J Fortenberry |
| **API Number:** | 0103520345 | **District Representative:** | David Clinton Welborn |
| **Job Type:** | CT-ACID MATRIX | **C&J Field Representative:** | Brandon Giovengo |
| **CT Unit:** | CTU-17 | | |

## Equipment/Services Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50000944 | 1-3/4 CTU 8 HR MIN 0-3500 PSI | 1 | $14,000.00 | EA | 60.00% | $5,600.00 | $5,600.00 |
| 50000960 | 1-3/4 FTGE CHRG 0-3500 PSI | 11680 | $1.15 | ft | 65.00% | $0.40 | $4,701.20 |
| 50000948 | 1-3/4 CTU HRLY CHRG 0-3500 PSI | 5 | $1,700.00 | hrs | 60.00% | $680.00 | $3,400.00 |
| 50000967 | 1-3/4 ABR/CORR FTG CHRG 0-3500 PSI | 11688 | $0.95 | ft | 70.00% | $0.28 | $3,328.80 |
| 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 900 | $6.50 | EA | 55.00% | $2.93 | $2,632.50 |
| 50000883 | MOB TRACTOR / TRAILER (> 80,000 LBS) | 600 | $8.00 | EA | 55.00% | $3.60 | $2,160.00 |
| 50001237 | DPP W CEN 1330HHP OR EQ 8HR MIN 0-3500PSI | 1 | $4,000.00 | EA | 60.00% | $1,600.00 | $1,600.00 |
| 50001137 | NU 0-3000 SCF/MIN  8HR MIN 0-3500PSI | 1 | $2,950.00 | EA | 60.00% | $1,180.00 | $1,180.00 |
| 50000880 | SUBSISTANCE | 7 | $250.00 | EA | 40.00% | $150.00 | $1,050.00 |
| 50000872 | FIELD SUPERVISOR | 2 | $2,500.00 | EA | 80.00% | $500.00 | $1,000.00 |
| 50001241 | DPP W CENT 1330HHP OR EQ ADD HR0-3500PSI | 5 | $500.00 | hrs | 60.00% | $200.00 | $1,000.00 |
| 50000839 | 50 TON CRANE UNIT - 8 HR MINIMUM | 1 | $2,500.00 | EA | 60.00% | $1,000.00 | $1,000.00 |
| 50001059 | B.O.P. REDRESS/PER B.O.P. | 1 | $2,750.00 | EA | 65.00% | $962.50 | $962.50 |
| 50001151 | NITROGEN TRANSPORT | 8 | $190.00 | EA | 45.00% | $104.50 | $836.00 |
| 50001140 | NU 0-3000 SCF/MIN  ADD HR 0-3500PSI | 5 | $368.75 | hrs | 60.00% | $147.50 | $737.50 |
| 50000884 | MOBILIZATION BOBTAIL UNIT | 300 | $5.00 | EA | 55.00% | $2.25 | $675.00 |
| 50000840 | 50 TON CRANE UNIT - ADD HRS | 5 | $312.50 | hrs | 60.00% | $125.00 | $625.00 |
| 50000886 | MOBILIZATION AUTO / CREW TRUCK | 300 | $4.10 | EA | 55.00% | $1.85 | $553.50 |
| 50001070 | HIGH VELOCITY WASH NOZZLE | 1 | $1,200.00 | Days | 60.00% | $480.00 | $480.00 |

Confidential

J-3307
20107312
7000100806
25010939

Ticket Tracking #: T-AC4-427-C9D6

1

# NexTier

## Equipment/Services Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|--------|-------------|-----|-------|-----|----------|----------------|-----------|
| 50000889 | ACID TRANSPORT | 4 | $235.00 | hrs | 55.00% | $105.75 | $423.00 |
| 50001073 | DATA AQUISTION | 1 | $1,500.00 | Days | 72.00% | $420.00 | $420.00 |
| 50001060 | HYDRAULIC STRIPPER RUBBER INSERT | 1 | $415.00 | EA | 50.00% | $207.50 | $207.50 |
| 50001068 | BACK PRESSURE VALVE | 1 | $450.00 | Days | 60.00% | $180.00 | $180.00 |
| | | | | | | Subtotal: | $34,752.50 |

## 3rd Party/Pass Through/Miscellaneous Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|--------|-------------|-----|-------|-----|----------|----------------|-----------|
| 50001086 | MOBILIZATION OVERWEIGHT PERMITS | 2 | $450.00 | EA | 0.00% | $450.00 | $900.00 |
| 50002116 | CHEM AGENT IRON SEQ ICA-s CJ209 | 27 | $26.40 | EA | 0.00% | $26.40 | $712.80 |
| 50002116 | Safety Shower & Eye Wash Station (OSHA Required) | 1 | $250.00 | EA | 0.00% | $250.00 | $250.00 |
| | | | | | | Subtotal: | $1,862.80 |

## Nitrogen/Acid/Products/Pipe Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|--------|-------------|-----|-------|-----|----------|----------------|-----------|
| 10004638 | NITROGEN BULK | 3940 | $4.75 | scf | 70.00% | $1.42 | $5,614.50 |
| 10004490 | CHEM CORROSION INHIBITOR ACID CI-3 CJ920 | 74 | $210.00 | gal US | 68.00% | $57.20 | $4,972.80 |
| 10004506 | CHEM ACID 15% HCL HC-15 CJ9115 | 2700 | $4.30 | gal US | 64.00% | $1.55 | $4,179.60 |
| 10010110 | CHEM CORROSION INHIBITOR AI-F | 108 | $70.55 | gal US | 68.00% | $22.58 | $2,438.21 |
| 10010117 | CHEM GLYCOL ETHER | 68 | $79.55 | gal US | 68.00% | $25.46 | $1,731.01 |
| 10004890 | CHEM H2S SCAVENGER HS-1 | 27 | $51.50 | gal US | 60.00% | $20.60 | $556.20 |
| 10004526 | CHEM AGENT IRON SEQ CITRIC ACID ICA-2 | 27 | $62.65 | gal US | 68.00% | $20.05 | $541.30 |
| 10004484 | CHEM SURFACTANT DEMUL NON-IONIC SU-2 | 11 | $108.45 | gal US | 68.00% | $34.70 | $381.74 |
| 10010129 | CHEM CORROSION INHIBITOR XC PROTECTANT | 5 | $56.00 | gal US | 60.00% | $22.40 | $112.00 |
| 10004873 | CHEM SODA ASH CJ796 | 100 | $1.60 | lb | 60.00% | $0.64 | $64.00 |
| | | | | | | Subtotal: | $20,591.36 |

| | | | | | | Discounted Total Estimated Charges | $57,206.66 |
|---|---|---|---|---|---|---|---|

This is a cost estimate only. Actual charges are to based on equipment, chemicals, materials, and personnel required to complete the job. Amounts quoted herein do not reflect any applicable sales, use, excise, well services, gross receipts or other taxes, which shall be included on the final invoice for the job. The undersigned hereby acknowledges that, in the absence of a signed Master Service Agreement or a similar, mutually-executed contract, all services and goods provided by C&J Spec-Rent Services, Inc. (including its affiliates, "C&J") to the undersigned are subject to C&J's Standard Terms & Conditions, which may be viewed in their entirety at
https://cjenergy.com/resources/contractors-standard-terms-conditions/.

# NexTier

Kenny Copeland    3/11/20      03/11/20

Customer Representative            Date

**Kenny.Copeland**

Customer Printed Name

# Invoice

## NexTier

NexTier Completion Solutions
3990 Rogerdale Rd.
Houston TX 77042

| Invoice Number: | 90079465 |
|---|---|
| Purchase order no: | |
| Invoice Date: | 03/13/2020 |
| Field Ticket Number: | T33D44FA170 |
| Service Date: | 03/12/2020 |
| Well: | #1 WI |
| Lease: | CRAFT-RALLS 5-8 #1 - #1 WI |
| County: | CONECUH |
| State: | AL |

**Bill To:** SKLAR EXPLORATION CO, LLC
401 EDWARDS ST, STE 1601
SHREVEPORT LA US 71101

**Attn:**

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 20 | 50001137 | NU 0-3000 SCF/MIN  8HR MIN 0-3500PSI | 1 | N | EA | $2,950.00 | 60.00 % | $1,180.00 |
| 30 | 10004638 | NITROGEN BULK | 550 | N | SCF | $4.75 | 70.00 % | $783.75 |
| 40 | 50000880 | SUBSISTANCE | 2 | N | EA | $250.00 | 40.00 % | $300.00 |
| 50 | 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 25 | N | EA | $6.50 | 55.00 % | $73.13 |
| 60 | 50000886 | MOBILIZATION AUTO / CREW TRUCK | 50 | N | EA | $4.10 | 55.00 % | $92.25 |
| 70 | 50000872 | FIELD SUPERVISOR | 1 | N | EA | $2,500.00 | 80.00 % | $500.00 |

Remit To:
NexTier Completion Solutions
P.O. Box 733404
Dallas, TX 75373-3404

Payment Terms: Up to 04/12/2020 without deduction

District:   Laurel MS Coiled Tubing

Service Line:   Coiled Tubing

| | |
|---|---|
| Invoice Subtotal | $2,929.13 |
| Total Freight | $0.00 |
| Taxable | $0.00 |
| Total Tax | $0.00 |
| **Total** | **$2,929.13** |

Page 1 of 1

# NexTier

| Customer: | SKLAR EXPLORATION CO, LLC | Field Ticket No: | T-33D-44F-A170 |
|---|---|---|---|
| Customer Field Rep: | | Service District: | Laurel, MS |
| Well Name: | CRAFT-RALLS 5-8 #1 - #1 WI | Service Line: | Coiled Tubing |
| Field: | | Date: | 03/12/20 |
| County, State: | CONECUH, AL | Sales Representative: | Kevin Andrew Gooch |
| API Number: | 0103520159 | District Representative: | Shane J Fortenberry |
| Job Type: | CT-N2 ONLY(WELL) | C&J Field Representative: | Brandon Giovengo |
| CT Unit: | CT-PUMPS ONLY | | |

## Equipment/Services Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50001137 | NU 0-3000 SCF/MIN  8HR MIN 0-3500PSI | 1 | $2,950.00 | EA | 60.00% | $1,180.00 | $1,180.00 |
| 50000872 | FIELD SUPERVISOR | 1 | $2,500.00 | EA | 80.00% | $500.00 | $500.00 |
| 50000880 | SUBSISTANCE | 2 | $250.00 | EA | 40.00% | $150.00 | $300.00 |
| 50000886 | MOBILIZATION AUTO / CREW TRUCK | 50 | $4.10 | EA | 55.00% | $1.85 | $92.25 |
| 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 25 | $6.50 | EA | 55.00% | $2.93 | $73.13 |
| | | | | | | Subtotal: | $2,145.38 |

## Nitrogen/Acid/Products/Pipe Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 10004638 | NITROGEN BULK | 550 | $4.75 | scf | 70.00% | $1.42 | $783.75 |
| | | | | | | Subtotal: | $783.75 |

| | | |
|---|---|---|
| | **Discounted Total Estimated Charges** | **$2,929.13** |

This is a cost estimate only. Actual charges are to based on equipment, chemicals, materials, and personnel required to complete the job. Amounts quoted herein do not reflect any applicable sales, use, excise, well services, gross receipts or other taxes, which shall be included on the final invoice for the job. The undersigned hereby acknowledges that, in the absence of a signed Master Service Agreement or a similar, mutually-executed contract, all services and goods provided by C&J Spec-Rent Services, Inc. (including its affiliates, "C&J") to the undersigned are subject to C&J's Standard Terms & Conditions, which may be viewed in their entirety at https://cjenergy.com/resources/contractors-standard-terms-conditions/.

J-3549
20107339
7000100816
25010940

_Ken Copeland_ 3/18/20          03/12/20

Customer Representative                     Date

**Kenny Copeland**

Customer Printed Name

**Invoice**

# NexTier

NexTier Completion Solutions
3990 Rogerdale Rd.
Houston TX 77042

| | |
|---|---|
| Invoice Number: | 9008I5B2 |
| Purchase order no: | 25011083 |
| Invoice Date: | 03/20/2020 |
| Field Ticket Number: | T4D4503C9CB |
| Service Date: | 03/14/2020 |
| Well: | 1 |
| Lease: | THOMASSON 33-12 #1 - 1 |
| County: | CONECUH |
| State: | AL |

**Bill To:** SKLAR EXPLORATION CO, LLC
401 EDWARDS ST, STE 1601
SHREVEPORT LA US 71101

**Attn:**

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 20 | 50000944 | 1-3/4" CTU 8 HR MIN 0-3500 PSI | 1 | N | EA | $14,000.00 | 60.00 % | $5,600.00 |
| 30 | 50000948 | 1-3/4" CTU HRLY CHRG 0-3500 PSI | 5 | N | HR | $1,700.00 | 60.00 % | $3,400.00 |
| 40 | 50000840 | 50 TON CRANE UNIT - ADD HRS | 5 | N | HR | $312.50 | 60.00 % | $625.00 |
| 50 | 50001060 | HYDRAULIC STRIPPER RUBBER INSERT | 1 | N | EA | $415.00 | 50.00 % | $207.50 |
| 60 | 50001059 | B.O.P. REDRESS/PER B.O.P. | 1 | N | EA | $2,750.00 | 65.00 % | $962.50 |
| 70 | 50001073 | DATA AQUISTION | 1 | N | DAY | $1,500.00 | 72.00 % | $420.00 |
| 80 | 50001070 | HIGH VELOCITY WASH NOZZLE | 1 | N | DAY | $1,200.00 | 60.00 % | $480.00 |
| 90 | 50001068 | BACK PRESSURE VALVE | 1 | N | DAY | $450.00 | 60.00 % | $180.00 |
| 100 | 50000886 | MOBILIZATION AUTO / CREW TRUCK | 300 | N | EA | $4.10 | 55.00 % | $553.50 |
| 110 | 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 600 | N | EA | $6.50 | 55.00 % | $1,755.00 |
| 120 | 10004638 | NITROGEN BULK | 4,020 | N | SCF | $4.75 | 70.00 % | $5,728.50 |
| 130 | 50000889 | ACID TRANSPORT | 8 | N | HR | $235.00 | 55.00 % | $846.00 |
| 140 | 50002116 | Safety Shower & Eye Wash Station (OSHA R | 1 | N | EA | $250.00 | 0.00 % | $250.00 |
| 150 | 10004506 | CHEM ACID 15% HCL HC-15 CJ9115 | 4,000 | N | GAL | $4.30 | 64.00 % | $6,192.00 |
| 160 | 10004490 | CHEM CORROSION INHIBIT ACID CI-3 CJ9203 | 110 | N | GAL | $210.00 | 68.00 % | $7,392.00 |
| 170 | 10010110 | CHEM CORROSION INHIBITOR AI-F | 160 | N | GAL | $70.55 | 68.00 % | $3,612.16 |
| 180 | 10004890 | CHEM H2S SCAVENGER HS-1 | 40 | N | GAL | $51.50 | 60.00 % | $824.00 |
| 190 | 10004526 | CHEM AGENT IRON SEQ CITRIC ACID ICA-2 | 40 | N | GAL | $62.65 | 68.00 % | $801.92 |
| 200 | 10004484 | CHEM SURFACTANT DEMUL NON-IONIC SU-2 | 16 | N | GAL | $108.45 | 68.00 % | $555.26 |
| 210 | 50000839 | 50 TON CRANE UNIT - 8 HR MINIMUM | 1 | N | EA | $2,500.00 | 60.00 % | $1,000.00 |
| 220 | 50000960 | 1-3/4" FTGE CHRG 0-3500 PSI | 13,430 | N | FT | $1.15 | 65.00 % | $5,405.57 |
| 230 | 50000967 | 1-3/4" ABR/CORR FTG CHRG 0-3500 PSI | 11,730 | N | FT | $0.95 | 70.00 % | $3,343.05 |
| 240 | 50001241 | DFP W CENT 1330HHP OR EQ ADD HR0-3500PSI | 5 | N | HR | $500.00 | 60.00 % | $1,000.00 |

| | | | | | | Invoice Number: | 90081582 |
| | | | | | | Invoice Date: | 03/20/2020 |

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|------|----------|-------------|-----|-----|-----|-----------|----------|-------|
| 250 | 50001237 | DFP W CEN 1330HHP OR EQ 8HR MIN0-3500PSI | 1 | N | EA | $4,000.00 | 60.00 % | $1,600.00 |
| 260 | 50001140 | NU 0-3000 SCF/MIN ADD HR 0-3500PSI | 5 | N | HR | $368.75 | 60.00 % | $737.50 |
| 270 | 50001137 | NU 0-3000 SCF/MIN 8HR MIN 0-3500PSI | 1 | N | EA | $2,950.00 | 60.00 % | $1,180.00 |
| 280 | 10010117 | CHEM GLYCOL ETHER | 100 | N | GAL | $79.55 | 68.00 % | $2,545.60 |
| 290 | 10010129 | CHEM CORROSION INHIBITOR XC PROTECTANT | 5 | N | GAL | $56.00 | 60.00 % | $112.00 |
| 300 | 10004873 | CHEM SODA ASH CJ796 | 100 | N | LB | $1.60 | 60.00 % | $64.00 |
| 310 | 50002116 | CHEM AGENT IRON SEQ ICA-5 CJ209 | 40 | N | EA | $26.40 | 0.00 % | $1,056.00 |
| 320 | 50001151 | NITROGEN TRANSPORT | 8 | N | EA | $190.00 | 45.00 % | $836.00 |
| 330 | 50000880 | SUBSISTANCE | 14 | N | EA | $250.00 | 40.00 % | $2,100.00 |
| 340 | 50000872 | FIELD SUPERVISOR | 2 | N | EA | $2,500.00 | 80.00 % | $1,000.00 |

Remit To:
NexTier Completion Solutions
P.O. Box 733404
Dallas, TX 75373-3404

Payment Terms: Up to 04/19/2020 without deduction

District:   Laurel MS Coiled Tubing

Service Line:   Coiled Tubing

| Invoice Subtotal | $62,365.06 |
|------------------|-----------|
| Total Freight | $0.00 |
| Taxable | $0.00 |
| Total Tax | $0.00 |
| Total | $62,365.06 |

# NexTier

| Customer: | SKLAR EXPLORATION CO, LLC | Field Ticket No: | T-4D4-503-C9CB |
|---|---|---|---|
| Customer Field Rep: | Mr. John G. Vittitow | Service District: | Laurel, MS |
| Well Name: | THOMASSON 33-12 #1 - 1 | Service Line: | Coiled Tubing |
| Field: | | Date: | 03/14/20 |
| County, State: | CONECUH, AL | Sales Representative: | Shane J Fortenberry |
| API Number: | 0103520309 | District Representative: | David Clinton Welborn |
| Job Type: | CT-ACID MATRIX | C&J Field Representative: | Christopher Green |
| CT Unit: | CTU-17 | | |

## Equipment/Services Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50000944 | 1-3/4 CTU 8 HR MIN 0-3500 PSI | 1 | $14,000.00 | EA | 60.00% | $5,600.00 | $5,600.00 |
| 50000960 | 1-3/4 FTGE CHRG 0-3500 PSI | 13430 | $1.15 | ft | 65.00% | $0.40 | $5,405.58 |
| 50000948 | 1-3/4 CTU HRLY CHRG 0-3500 PSI | 5 | $1,700.00 | hrs | 60.00% | $680.00 | $3,400.00 |
| 50000967 | 1-3/4 ABR/CORR FTG CHRG 0-3500 PSI | 11780 | $0.95 | ft | 70.00% | $0.28 | $3,343.05 |
| 50000880 | SUBSISTANCE | 14 | $250.00 | EA | 40.00% | $150.00 | $2,100.00 |
| 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 600 | $6.50 | EA | 55.00% | $2.93 | $1,755.00 |
| 50001237 | DFP W CEN 1330HHP OR EQ BHR MIN0-3500PSI | 1 | $4,000.00 | EA | 60.00% | $1,600.00 | $1,600.00 |
| 50001137 | NU 0-3000 SCF/MIN BHR MIN 0-3500PSI | 1 | $2,950.00 | EA | 60.00% | $1,180.00 | $1,180.00 |
| 50001241 | DFP W CENT 1330HHP OR EQ ADD HR0-3500PSI | 5 | $500.00 | hrs | 60.00% | $200.00 | $1,000.00 |
| 50000872 | FIELD SUPERVISOR | 2 | $2,500.00 | EA | 80.00% | $500.00 | $1,000.00 |
| 50000839 | 50 TON CRANE UNIT - 8 HR MINIMUM | 1 | $2,500.00 | EA | 60.00% | $1,000.00 | $1,000.00 |
| 50001059 | B.O.P. REDRESS/PER B.O.P. | 1 | $2,750.00 | EA | 65.00% | $962.50 | $962.50 |
| 50000889 | ACID TRANSPORT | 8 | $235.00 | hrs | 55.00% | $105.75 | $846.00 |
| 50001151 | NITROGEN TRANSPORT | 8 | $190.00 | EA | 45.00% | $104.50 | $836.00 |
| 50001140 | NU 0-3000 SCF/MIN ADD HR 0-3500PSI | 5 | $368.75 | hrs | 60.00% | $147.50 | $737.50 |
| 50000840 | 50 TON CRANE UNIT - ADD HRS | 5 | $312.50 | hrs. | 60.00% | $125.00 | $625.00 |
| 50000886 | MOBILIZATION AUTO / CREW TRUCK | 300 | $4.10 | EA | 55.00% | $1.85 | $553.50 |
| 50001070 | HIGH VELOCITY WASH NOZZLE | 1 | $1,200.00 | Days | 60.00% | $480.00 | $480.00 |
| 50001073 | DATA AQUISTION | 1 | $1,500.00 | Days | 72.00% | $420.00 | $420.00 |
| 50001060 | HYDRAULIC STRIPPER RUBBER INSERT | 1 | $415.00 | EA | 50.00% | $207.50 | $207.50 |

Confidential

J-3248
20108862
7000102215
25011083

Ticket Tracking #: T-4D4-503-C9CB

1

# NexTier

## Equipment/Services Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50001068 | BACK PRESSURE VALVE | 1 | $450.00 | Days | 60.00% | $180.00 | $180.00 |
| | | | | | | **Subtotal:** | **$33,231.63** |

## 3rd Party/Pass Through/Miscellaneous Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50002116 | CHEM AGENT IRON SEQ ICA-5 CJ209 | 40 | $26.40 | EA | 0.00% | $26.40 | $1,056.00 |
| 50002116 | Safety Shower & Eye Wash Station (OSHA Required) | 1 | $250.00 | EA | 0.00% | $250.00 | $250.00 |
| | | | | | | **Subtotal:** | **$1,306.00** |

## Nitrogen/Acid/Products/Pipe Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 10004490 | CHEM CORROSION INHIBITOR ACID CI-3 CJ920 | 110 | $210.00 | gal US | 68.00% | $67.20 | $7,392.00 |
| 10004506 | CHEM ACID 15% HCL HC-15 CJ9115 | 4000 | $4.30 | gal US | 64.00% | $1.55 | $6,192.00 |
| 10004698 | NITROGEN BULK | 4020 | $4.75 | scf | 70.00% | $1.42 | $5,728.50 |
| 10010110 | CHEM CORROSION INHIBITOR AI-F | 160 | $70.55 | gal US | 68.00% | $22.58 | $3,612.16 |
| 10010117 | CHEM GLYCOL ETHER | 100 | $79.55 | gal US | 68.00% | $25.45 | $2,545.60 |
| 10004890 | CHEM H2S SCAVENGER HS-1 | 40 | $51.50 | gal US | 60.00% | $20.60 | $824.00 |
| 10004526 | CHEM AGENT IRON SEQ CITRIC ACID ICA-2 | 40 | $62.65 | gal US | 68.00% | $20.05 | $801.92 |
| 10004484 | CHEM SURFACTANT DEMUL NON-IONIC SU-2 | 16 | $108.45 | gal US | 68.00% | $34.70 | $555.26 |
| 10010129 | CHEM CORROSION INHIBITOR XC PROTECTANT | 5 | $56.00 | gal US | 60.00% | $22.40 | $112.00 |
| 10004873 | CHEM SODA ASH CJ796 | 100 | $1.60 | lb | 60.00% | $0.64 | $64.00 |
| | | | | | | **Subtotal:** | **$27,827.44** |

| | | |
|---|---|---|
| | **Discounted Total Estimated Charges** | **$62,365.07** |

This is a cost estimate only. Actual charges are to based on equipment, chemicals, materials, and personnel required to complete the job. Amounts quoted herein do not reflect any applicable sales, use, excise, well services, gross receipts or other taxes, which shall be included on the final invoice for the job. The undersigned hereby acknowledges that, in the absence of a signed Master Service Agreement or a similar, mutually-executed contract, all services and goods provided by C&J Spec-Rent Services, Inc. (including its affiliates, "C&J") to the undersigned are subject to C&J's Standard Terms & Conditions, which may be viewed in their entirety at
https://cjenergy.com/resources/contractors-standard-terms-conditions/.

03/14/20

_Kenny Copeland_
Customer Representative

**KENNY COPELAND**
Customer Printed Name

_K Cox_                     Date



**NEXTIER**

INVOICE:   38304

REMIT TO:
NEXTIER COMPLETION SOLUTIONS INC.
(F/K/A KEANE FRAC, LP)
P.O BOX 735404
DALLAS, TX 75373

BILL TO:
SKLAR EXPLORATION CO, LLC
5395 PEARL PKWY SUITE 200
BOULDER, CO 80301

INVOICE #: 38304
INVOICE DATE: 3/16/2020
WELL NAME: Corwin
WELL NUMBER: 89-1
JOB TYPE: Squeeze
KEANE REP: Justin Dussdjee
FIELD TICKET #: 4340
CUSTOMER REP: John Vulllow
START DATE: 3/16/2020
COMPLETION DATE: 3/16/2020
AFE: N/A

| QTY | | DESCRIPTION | | | | UNITS | RATE | AMOUNTS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 450 | SCO01 | CLASS 'G' | | | | 94/SACK | $24.75 | $11,137.50 | 25% | $8,353.13 |
| 212 | FLM34 | KGFL-44 | | | | LBS | $18.99 | $2,836.56 | 25% | $3,127.42 |
| 66 | COF012 | KOFR-13 | | | | LBS | $5.91 | $508.26 | 25% | $381.20 |
| 45 | RTC010 | KCR-5 | | | | LBS | $3.46 | $156.60 | 25% | $117.45 |
| 466 | ML0001 | PICKUP MILEAGE | | | | UNTML | $2.05 | $953.30 | 25% | $715.44 |
| 486 | ML0002 | PUMP TRUCK/HEAVY VEHICLE MILEAGE | | | | UNTML | $6.75 | $3,145.50 | 25% | $2,365.13 |
| 5,033 | ML0003 | BULK CEMENT DELIVERY/RETURN | | | | TON MILE | $1.85 | $9,403.55 | 25% | $7,052.66 |
| 483 | MSC060 | BULK MATERIAL MIXING SERVICE CHARGE | | | | SCF | $2.65 | $1,180.65 | 25% | $885.49 |
| 1 | ML0005 | PERMITS | | | | JOB | $115.50 | $115.50 | 0% | $115.50 |
| TOTAL | | | | | | | | $29,439.42 | | $22,108.44 |

Comment box

Subtotal  $22,108.44
(Phillips County MT 0%) Tax  _____
Total Due  $22,108.44

**NexTier**

**Field Ticket  44340**

Service Location: Williston, ND 58801
Service Address: 5125 14TH LN NW Williston, ND 58801
Phone number: (701)-774-8336

| Product Code | Description | UOM | UOM Desc. | Unit Price | Quan. | Gross | Discount | Disc Amt | Net |
|---|---|---|---|---|---|---|---|---|---|
| BIC001 | Clean Up | | BIBAACK | $ 25.75 | 450.0 | $11,137.60 | 25% | $2,784.38 | $8,353.49 |
| FLM004 | KCP-44 | | LBS | $ 13.31 | 212.0 | $2,981.59 | 26% | $709.14 | $2,277.42 |
| CRP003 | KCP-13 | | LBS | $ 6.91 | 649 | $608.25 | 29% | $127.07 | $381.20 |
| FLD010 | KCP-9 | | LBS | $ 6.48 | 45.0 | $166.60 | 26% | $39.15 | $117.45 |
| RED004 | Pump Charge 3301-4300'-Zone | | B-MBL | $ 8,700.60 | | | 26% | | |
| DAS001 | Data Acquisition System | | ADS | $ 425.60 | | | 25% | | |
| MSC003 | STAGE | | ADS | $ 159.90 | | | 25% | | |
| MLC001 | Pickup Mileage | | MITRE | $ 2.25 | 408.0 | $9184.50 | 26% | $229.85 | $715.68 |
| MLC002 | Pump Truck/Heavy Vehicle Mileage | | MITRE | $ 4.73 | 608.0 | $3,143.80 | 25% | $786.36 | $2,360.13 |
| MLC004 | Bulk Cement Disbursement | | Ton Mile | $ 1.36 | 6,003.0 | $9,063.35 | 25% | $2,330.58 | $7,048.68 |
| MSC001 | Bulk Material Unload Surface Charge | | SCP | $ 2.61 | 468.0 | $1,180.95 | 25% | $295.15 | $885.49 |
| FLD028 | Profile | | B00 | $ 161.60 | 1.0 | $118.90 | 20% | | $118.90 |

$29,438.42 | | $7,300.88 | $22,104.44

Customer Authorized Agent: _____



INVOICE: **38305**

REMIT TO:
NEXTIER COMPLETION SOLUTIONS INC.
(FKA KEANE FRAC, LP)
P.O BOX 733404
DALLAS, TX 75673

BILL TO:
SKLAR EXPLORATION CO, LLC
5395 PEARL PKWY SUITE 200
BOULDER, CO 80301

INVOICE #: 38305
INVOICE DATE: 3/16/2020
WELL NAME: Corwin
WELL NUMBER: 26-1
JOB TYPE: Squeeze
KEANE REP: Justin Dussojljeo
FIELD TICKET #: 4341
CUSTOMER REP: John Vlsltow
START DATE: 3/16/2020
COMPLETION DATE: 3/16/2020
AFE: N/A

| COUNT | | DESCRIPTION | | | PRICE | UNIT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | RB2004 | PUMP CHARGE 9601-4,000' | | | $9,790.00 | HRS | $9,790.00 | 25% | $9,592.50 |
| 1 | DN001 | DATA ACQUISTION SYSTEM | | | $425.00 | JOB | 6425.00 | 25% | $318.76 |
| 1 | MSC009 | SWAGE | | | $163.06 | JOB | $163.08 | 25% | $122.31 |
| 00 | ML2001 | PICKUP MILEAGE | | | $2.05 | UNT/MIL | $184.50 | 25% | $138.38 |
| 6 | CDsl007 | KCFP-BL | | | $49.32 | GAL | $201.00 | 25% | $151.20 |
| 50 | RT0066 | KCFP-1A | | | $2.07 | LBS | $103.50 | 25% | $77.63 |
| 4 | SBc000 | PUMP CHARGE ADDITIONAL HOURS | | | $590.00 | UNT/HRS | $2,360.00 | 0% | $2,360.00 |
| 4 | SB0001 | BULK UNIT ADDITIONAL HOURS | | | $285.00 | UNT/HRS | $1,140.00 | 0% | $1,140.00 |
| TOTAL | | | | | | | $13,387.68 | | $10,969.76 |

Comment box

Subtotal $10,930.76
(Phillips County MT 0%) Tax
Total Due $10,969.76

38305

# Field Ticket #341

**NeXTIER**

Service Location: Williston, ND 58801
Service Address: 5035 144TH LN NW Williston, ND 58801
Phone number: 1-701-774-8899

| | |
|---|---|
| Service Date: 01/29/2020 | Job Type: Source |
| Customer: Slinger Exploration | Sales Person: Justin Donaldson |
| Address: 5585 Peak Parkway, Ste 200 | Pump Truck #: CP7003 |
| | Well Name #: Davis |
| Greeley, CO 80634 | Well Number: 854-1 |
| AFE/CO 00004 | Country: Phillips County |
| Customer Rep: John Vottero | State: MT |
| Phone: 303-830-9888 | API #: 25-071-03355 |
| | AFE #: |
| | Legal: SECB-T33N-R05E |

| PRODUCT CODE | DESCRIPTION | U/M | UNIT PRICE | | QUAN | GROSS | DISC% | DISC AMT | NET |
|---|---|---|---|---|---|---|---|---|---|
| 102001 | Pump Charge Hot - 4-40HP + Jets | DYHR | $ | 4,700.00 | 1.0 | $4,700.00 | 29% | $2,107.00 | $2,593.00 |
| 034001 | Data Acquisition System | JOB | $ | 426.00 | 1.0 | $426.00 | 29% | $109.26 | $316.75 |
| 034009 | SWAGE | JOB | $ | 169.00 | 1.0 | $169.00 | 29% | $49.27 | $122.41 |
| 040001 | Pump Mileage | MILE | $ | 2.55 | 900 | $164.50 | 29% | $46.17 | $116.15 |
| 040007 | KOP-EL | GAL | $ | 40.52 | 50 | $20.30 | 29% | $5.46 | $145.35 |
| 040005 | KOP-A | LBS | $ | 2.07 | 500 | $10.30 | 29% | $23.69 | $977.15 |
| 182005 | Pump Charge Additional Hours | UNTHRS | $ | 590.00 | 4.0 | $2,360.00 | | | $2,360.00 |
| 034001 | Bulk Unit Additional Hours | UNTHRS | $ | 285.00 | 4.0 | $1,140.00 | | | $1,140.00 |
| | | | | | | $13,397.83 | | $2,768.82 | $10,800.76 |

Customer Authorized Agent _____



INVOICE:  **38306**

**REMIT TO:**
NEXTIER COMPLETION SOLUTIONS INC.
(F/K/A KEANE FRAC, LP)
P.O BOX 733404
DALLAS, TX 75373

**BILL TO:**
SKLAR EXPLORATION CO, LLC
5395 PEARL PKWY SUITE 200
BOULDER, CO 80301

INVOICE #: 38306
INVOICE DATE: 3/17/2020
WELL NAME: Cordo
WELL NUMBER: #8-1
JOB TYPE: Squeeze
KEANE REP: Justin Dussedjeo
FIELD TICKET #: 4342
CUSTOMER REP: John Vinlow
START DATE: 3/17/2020
COMPLETION DATE: 3/17/2020
AFE #: N/A

| QUANTITY | | DESCRIPTION | | | | AMOUNT | | DISCOUNT | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | RBC004 | PUMP CHARGE 3001-4,000' | | | | $8,790.00 | HRS | $8,790.00 | 25% | $6,592.50 |
| 1 | DAS001 | DATA ACQUISITION SYSTEM | | | | $425.00 | JOB | $425.00 | 25% | $318.75 |
| 1 | MSC029 | SWAGE | | | | $163.08 | JOB | $163.08 | 25% | $122.31 |
| 90 | MLC001 | PICKUP MILEAGE | | | | $2.05 | UNTML | $184.50 | 25% | $138.36 |
| 50 | RTC009 | KCR-1A | | | | $2.07 | LBS. | $103.50 | 25% | $77.63 |
| 5 | CGM007 | KOPP-BL | | | | $40.32 | GAL | $201.60 | 25% | $151.20 |
| 7 | SBC002 | PUMP CHARGE ADDITIONAL HOURS | | | | $590.00 | UNTHRS | $4,130.00 | 0% | $4,130.00 |
| 7 | SBC001 | BULK UNIT ADDITIONAL HOURS | | | | $285.00 | UNTHRS | $1,995.00 | 0% | $1,995.00 |
| 1 | RHTR00 | WINTER SURCHARGE | | | | $650.00 | EACH | $650.00 | 0% | $650.00 |
| **TOTAL** | | | | | | $16,642.68 | | | $14,175.76 |

Comment box

Subtotal    $14,175.76
(Phillips County MT 0%) Tax
Total Due    $14,175.76

# Field Ticket  4342



**NexTier**

Service Location: Williston, ND 58801
Service Address: 6038 144T LN HWY Williston, ND 58801
Phone Number: 1-701-774-0899

| | |
|---|---|
| Service Date: | 3/17/2020 |
| Customer: | Solar Exploration |
| Address: | 6038 Pond Parkway, Ste 200 |
| Driver: | |
| Job No. | |
| Customer Rep: | John Willow |
| Pitch: | 303-456-8993 |

| | |
|---|---|
| Well Number: | Coven |
| Unit Number: | H-1 |
| County: | Platte County |
| State: | MT |
| API #: | 25-471-23939 |
| AFE #: | |
| MPBH: | 5835 - TECH RECE |

| PRODUCT CODE | DESCRIPTION | U OF MEAS | UNIT PRICE | QUAN | GROSS | DISC% | Disc Amt | NET |
|---|---|---|---|---|---|---|---|---|
| 10404 | Pump Charge 3001-5000'-4849 | 4+HUR | $ 8,710.00 | 1.0 | $8,710.00 | 25% | $2,177.50 | $6,532.50 |
| 39101 | Date Acquisition System | JOB | $ 628.00 | 1.0 | $628.00 | 25% | $159.25 | $511.75 |
| mac05 | SWAB® | LTO | $ 183.08 | 1.0 | $163.08 | 25% | $40.77 | $152.31 |
| mc201 | Primary Mileage | MI/ML | 2.08 | 90.0 | $164.30 | 25% | $46.16 | $149.33 |
| mc006 | NOH./A. | CB | 2.07 | 60.0 | $903.30 | 25% | $226.38 | $77.63 |
| mac007 | KOPFACL | GAL | 48.82 | 8.0 | $291.90 | 25% | $60.30 | $191.30 |
| sfn206 | Pump Charge Additional Hours | UNT/HR | 689.50 | 7.0 | $4,150.00 | | | $4,150.00 |
| sfn207 | Back Out Additional Hours | UNT/HR | 235.50 | 7.0 | $1,385.00 | | | $1,385.00 |
| 20080 | Water Surcharge | EACH | 680.00 | 1.0 | $680.00 | | | $530.00 |
| | | | | | $16,046.58 | | $2,466.82 | $14,773.78 |

Customer Authorized Agent: _____