# EXHIBIT D

## to NexTier Completion Services Inc.'s Traditional Motion for Summary Judgment

# **EXHIBIT D**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-12377-EEB |
| | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | |
| | ) | |
| IN RE: | ) | Case No. 20-12380-EEB |
| | ) | |
| SKLARCO, LLC | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | |

## AFFIDAVIT OF DIPO ILUYOMADE

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF HARRIS** | § |

BEFORE ME, the undersigned authority, on this day appeared Dipo Iluyomade, the undersigned Affiant, who swore on his oath that the following facts ae true:

1.     "My name is Dipo Iluyomade. I am the Chief Accounting Officer and Treasurer for NexTier Completion Solutions Inc. ("*NexTier*"), a creditor of Sklar Exploration Company, LLC ("*Debtor*") in the above-referenced bankruptcy case. I am capable of making this affidavit and have personal knowledge of the facts stated herein, and they are true and correct. I base this affidavit on my own personal knowledge acquired by my review of documents related to this matter.

2.     The invoices and field tickets attached to NexTier's Amended Motion for Order Allowing for Administrative Expense Pursuant to 11 U.S.C. § 503(b)(9) and to NexTier's Traditional Motion for Summary Judgment are true and correct copies of the invoices and field tickets issued to Debtor (collectively, the "*Invoices*") and the Invoices accurately reflect the goods

and services provided by NexTier to Debtor, the dates on which the goods and services were provided to Debtor, and the quantities of the goods and services provided to Debtor. Highlighted copies of the Invoices showing the goods provided to Debtor are attached to this affidavit.

3. The goods highlighted in the Invoices (the "*Goods*") were received by Debtor on the dates of service stated in the Invoices.

4. The Goods consist of chemicals and other materials such as nitrogen and sand used to stimulate production in oil and gas wells owned or operated by Debtor. Moreover, the Goods were movable when identified in the field tickets and delivered to the Debtor's well sites. The contract between NexTier and Debtor includes the invoices and field tickets.

5. NexTier's claim under 11 U.S.C. § 503(b)(9) in the amount of $62,693.34 (the "*503(b)(9) Claim*") only includes the value of the Goods received by Debtor. The 503(b)(9) Claim does not include any of NexTier's services, which were specifically excluded from the 503(b)(9) Claim.

6. The Goods were sold to Debtor, an operator of oil and gas wells, in its role as operator of the wells at issue. Debtor had previously hired NexTier to provide goods and services to help maintain and improve its wells. Accordingly, upon information and belief, the Goods were sold to Debtor in the ordinary course of Debtor's business.

This concludes my testimony."



Dipo Iluyomade

SUBSCRIBED AND SWORN TO BEFORE ME on the 7th day of February, 2022 to certify the witness by hand and seal of office.

CHERE L. MCCONN
Notary Public, State of Texas
Comm. Expires 06-25-2025
Notary ID 12375841

Notary Public for the State of Texas



INVOICE:    **38308**

REMIT TO:
NEXTIER COMPLETION SOLUTIONS INC.
(F/K/A KEANE FRAC, LP)
P.O BOX 733404
DALLAS, TX 76373

BILL TO:
SKLAR EXPLORATION CO, LLC
6395 PEARL PKWY SUITE 200
BOULDER, CO 80301

INVOICE #: 38308
INVOICE DATE: 3/18/2020
WELL NAME: Cerwin
WELL NUMBER: 65-1
JOB TYPE: Squeeze
KEANE REP: Justin Busseljee
FIELD TICKET #: 4361
CUSTOMER REP: John Whitlow
START DATE: 3/18/2020
COMPLETION DATE: 3/18/2020
APE: N/A

| | QTY | CODE | DESCRIPTION | | | UNIT PRICE | UNIT | EXT PRICE | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | RB0003 | PUMP CHARGE 2001-3,000' | | | $8,625.00 | HRS | $8,625.00 | 25% | $6,468.75 |
| | 1 | DAS001 | DATA ACQUISITION SYSTEM | | | $425.00 | JOB | $425.00 | 25% | $318.75 |
| | 1 | MI0029 | SWAGE | | | $163.08 | JOB | $163.08 | 25% | $122.91 |
| | 90 | MI4001 | PICKUP MILEAGE | | | $2.05 | UNTMIL | $184.50 | 25% | $138.38 |
| | 50 | FD0029 | KCl-1P | | | $2.07 | LBS | $103.50 | 25% | $77.63 |
| | 1 | RHTR06 | WINTER SURCHARGE | | | $650.00 | EACH | $650.00 | 0% | $650.00 |
| | 2 | SBC000 | PUMP CHARGE ADDITIONAL HOURS | | | $590.00 | UNTHRS | $1,180.00 | 0% | $1,180.00 |
| | 2 | SBC001 | BULK UNIT ADDITIONAL HOURS | | | $285.00 | UNTHRS | $570.00 | 0% | $570.00 |
| TOTAL: | | | | | | | | $11,901.08 | | $9,525.91 |

Comment box

Subtotal: $9,525.91
(Phillips County SIT 0%) Tax
Total Due: $9,525.91

38308

# Field Ticket  4361

## NexTier

| | |
|---|---|
| Service Location: Williston, ND 58801 | |
| Service Address: 3928 14TT LN HWY Williston, ND 58801 | |
| Phone number: 1-701-774-8588 | |

| | | | | |
|---|---|---|---|---|
| Service Date: 01/19/2020 | Job Type: Slickwater | | | |
| Customer: Star Exploration | Signal Point: Justin Donahoe | | | |
| Address: 3267 Forest Parkway, Ste 300 | Camp: TT60 / 3415 / Crane | | | |
| City: Boulder | West Region: Crane | | | |
| State: CO 80301 | Well Number: 25-1 | | | |
| Customer Rep: John Volimer | County: Phillips County | | | |
| Phone: 303-532-0626 | State: MT | | | |
| | AFE #: 25-071-23839 | | | |
| | Order #: SE05-1520-R326 | | | |

| PRODUCT CODE | DESCRIPTION | UOM DESK. | QUAN | UNIT PRICE | EXTENS | DISC% | Disc Amt | NET |
|---|---|---|---|---|---|---|---|---|
| m0002 | Pump Charge 2001-2500' -8m | BHRS | 5.0 | $9,095.00 | $9,095.00 | 27% | $2,466.28 | $6,448.76 |
| m3501 | Data Acquisition System | JOB | 1.0 | $495.00 | $495.00 | 25% | $123.75 | $371.25 |
| m4005 | SWAGE | JOB | 13 | $163.06 | $163.06 | 25% | $40.77 | $172.21 |
| m4501 | Pickup Mileage | MI/MIL | 60.0 | $3.03 | $334.50 | 25% | $85.63 | $336.56 |
| m3005 | PCHG-IA | LBS | 60.0 | $2.07 | $106.50 | 25% | $26.88 | $77.63 |
| m4100 | Water Surcharge | EACH | 1.0 | $880.00 | $880.00 | | | $880.00 |
| d0400 | Pump Charge (Additional Hour) | UNTHRS | 2.0 | $580.00 | $1,160.00 | | | $1,160.00 |
| d3001 | Bulk Line Additional Charge | UNTHRS | 2.0 | $285.00 | $670.00 | | | $670.00 |
| | | | | | | | | |
| | | | | | $11,920.06 | | $2,522.27 | $9,926.81 |

Customer Authorized Agent: _[signature]_

# Invoice

**NexTier**

NexTier Completion Solutions
3990 Rogerdale Rd.
Houston TX 77042

| | |
|---|---|
| Invoice Number: | 90079456 |
| Purchase order no: | |
| Invoice Date: | 03/13/2020 |
| Field Ticket Number: | TAC4427C9D6 |
| Service Date: | 03/11/2020 |
| Well: | 1 |
| Lease: | CEDAR CREEK LAND & TIMBER 3 |
| County: | CONECUH |
| State: | AL |

**Bill To:** SKLAR EXPLORATION CO, LLC
401 EDWARDS ST, STE 1601
SHREVEPORT LA US 71101

**Attn:**

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 20 | 50000944 | 1-3/4" CTU 8 HR MIN 0-3500 PSI | 1 | N | EA | $14,000.00 | 60.00 % | $5,600.00 |
| 30 | 50000948 | 1-3/4" CTU HRLY CHRG 0-3500 PSI | 5 | N | HR | $1,700.00 | 60.00 % | $3,400.00 |
| 40 | 50000840 | 50 TON CRANE UNIT - ADD HRS | 5 | N | HR | $312.50 | 60.00 % | $625.00 |
| 50 | 50001060 | HYDRAULIC STRIPPER RUBBER INSERT | 1 | N | EA | $415.00 | 50.00 % | $207.50 |
| 60 | 50001059 | B.O.P. REDRESS/PER B.O.P. | 1 | N | EA | $2,750.00 | 65.00 % | $962.50 |
| 70 | 50001086 | MOBILIZATION OVERWEIGHT PERMITS | 2 | N | EA | $450.00 | 0.00 % | $900.00 |
| 80 | 50001073 | DATA AQUISTION | 1 | N | DAY | $1,500.00 | 72.00 % | $420.00 |
| 90 | 50001070 | HIGH VELOCITY WASH NOZZLE | 1 | N | DAY | $1,200.00 | 60.00 % | $480.00 |
| 100 | 50001068 | BACK PRESSURE VALVE | 1 | N | DAY | $450.00 | 60.00 % | $180.00 |
| 110 | 50000886 | MOBILIZATION AUTO / CREW TRUCK | 300 | N | EA | $4.10 | 55.00 % | $553.50 |
| 120 | 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 900 | N | EA | $6.50 | 55.00 % | $2,632.50 |
| 130 | 50000884 | MOBILIZATION BOBTAIL UNIT | 300 | N | EA | $5.00 | 55.00 % | $675.00 |
| 140 | 50000883 | MOB TRACTOR / TRAILER (> 80,000 LBS) | 600 | N | EA | $8.00 | 55.00 % | $2,160.00 |
| 150 | 10004638 | NITROGEN BULK | 3,940 | N | SCF | $4.75 | 70.00 % | $5,614.50 |
| 160 | 50000889 | ACID TRANSPORT | 4 | N | HR | $235.00 | 55.00 % | $423.00 |
| 170 | 50002116 | Safety Shower & Eye Wash Station (OSHA R | 1 | N | EA | $250.00 | 0.00 % | $250.00 |
| 180 | 10004506 | CHEM ACID 15% HCL HC-15 CJ9115 | 2,700 | N | GAL | $4.30 | 64.00 % | $4,179.60 |
| 190 | 10004490 | CHEM CORROSION INHIBIT ACID CI-3 CJ9203 | 74 | N | GAL | $210.00 | 68.00 % | $4,972.80 |
| 200 | 10010110 | CHEM CORROSION INHIBITOR AI-F | 108 | N | GAL | $70.55 | 68.00 % | $2,438.21 |
| 210 | 10004890 | CHEM H2S SCAVENGER HS-1 | 27 | N | GAL | $51.50 | 60.00 % | $556.20 |
| 220 | 10004526 | CHEM AGENT IRON SEQ CITRIC ACID ICA-2 | 27 | N | GAL | $62.65 | 68.00 % | $541.30 |
| 230 | 10004484 | CHEM SURFACTANT DEMUL NON-IONIC SU-2 | 11 | N | GAL | $108.45 | 68.00 % | $381.74 |
| 240 | 50000839 | 50 TON CRANE UNIT - 8 HR MINIMUM | 1 | N | EA | $2,500.00 | 60.00 % | $1,000.00 |
| 250 | 50000960 | 1-3/4" FTGE CHRG 0-3500 PSI | 11,680 | N | FT | $1.15 | 65.00 % | $4,701.20 |

| | | | | | | Invoice Number: | 90079456 |
| | | | | | | Invoice Date: | 03/13/2020 |

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|------|----------|-------------|-----|-----|-----|-----------|----------|-------|
| 260 | 50000967 | 1-3/4" ABR/CORR FTG CHRG 0-3500 PSI | 11,680 | N | FT | $0.95 | 70.00 % | $3,328.80 |
| 270 | 50001241 | DFP W CENT 1330HHP OR EQ ADD HR0-3500PSI | 5 | N | HR | $500.00 | 60.00 % | $1,000.00 |
| 280 | 50001237 | DFP W CEN 1330HHP OR EQ 8HR MIN0-3500PSI | 1 | N | EA | $4,000.00 | 60.00 % | $1,600.00 |
| 290 | 50001140 | NU 0-3000 SCF/MIN  ADD HR 0-3500PSI | 5 | N | HR | $368.75 | 60.00 % | $737.50 |
| 300 | 50001137 | NU 0-3000 SCF/MIN  8HR MIN 0-3500PSI | 1 | N | EA | $2,950.00 | 60.00 % | $1,180.00 |
| 310 | 10010117 | CHEM GLYCOL ETHER | 68 | N | GAL | $79.55 | 68.00 % | $1,731.01 |
| 320 | 10010129 | CHEM CORROSION INHIBITOR XC PROTECTANT | 5 | N | GAL | $56.00 | 60.00 % | $112.00 |
| 330 | 10004873 | CHEM SODA ASH CJ796 | 100 | N | LB | $1.60 | 60.00 % | $64.00 |
| 340 | 50007159 | CHEM AGENT IRON SEQ ICA-5 CJ209 | 27 | N | EA | $26.40 | 0.00 % | $712.80 |
| 350 | 50001151 | NITROGEN TRANSPORT | 8 | N | EA | $190.00 | 45.00 % | $836.00 |
| 360 | 50000880 | SUBSISTANCE | 7 | N | EA | $250.00 | 40.00 % | $1,050.00 |
| 370 | 50000872 | FIELD SUPERVISOR | 2 | N | EA | $2,500.00 | 80.00 % | $1,000.00 |

Remit To:
NexTier Completion Solutions
P.O. Box 733404
Dallas, TX 75373-3404
Payment Terms: Up to 04/12/2020 without deduction

District:   Laurel MS Coiled Tubing

Service Line:   Coiled Tubing

| | |
|---|---|
| Invoice Subtotal | $57,206.66 |
| Total Freight | $0.00 |
| Taxable | $0.00 |
| Total Tax | $0.00 |
| Total | $57,206.66 |

# NEXTIER

| | | | |
|---|---|---|---|
| **Customer:** | SKLAR EXPLORATION CO, LLC | **Field Ticket No:** | T-AC4-427-C9D6 |
| **Customer Field Rep:** | Mr. John G. Vittitow | **Service District:** | Laurel, MS |
| **Well Name:** | CEDAR CREEK LAND & TIMBER 35-13 #1 - 1 | **Service Line:** | Coiled Tubing |
| **Field:** | | **Date:** | 03/11/20 |
| **County, State:** | CONECUH, AL | **Sales Representative:** | Shane J Fortenberry |
| **API Number:** | 0103520345 | **District Representative:** | David Clinton Welborn |
| **Job Type:** | CT-ACID MATRIX | **C&J Field Representative:** | Brandon Giovango |
| **CT Unit:** | CTU-17 | | |

## Equipment/Services Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50000944 | 1-3/4 CTU 8 HR MIN 0-3500 PSI | 1 | $14,000.00 | EA | 60.00% | $5,600.00 | $5,600.00 |
| 50000960 | 1-3/4 FTGE CHRG 0-3500 PSI | 11680 | $1.15 | ft | 65.00% | $0.40 | $4,701.20 |
| 50000948 | 1-3/4 CTU HRLY CHRG 0-3500 PSI | 5 | $1,700.00 | hrs | 60.00% | $680.00 | $3,400.00 |
| 50000967 | 1-3/4 ABR/CORR FTG CHRG 0-3500 PSI | 11680 | $0.95 | ft | 70.00% | $0.28 | $3,328.80 |
| 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 900 | $6.50 | EA | 55.00% | $2.93 | $2,632.50 |
| 50000883 | MOB TRACTOR / TRAILER (> 80,000 LBS) | 600 | $8.00 | EA | 55.00% | $3.60 | $2,160.00 |
| 50001237 | DFP W CEN 1330HHP OR EQ 8HR MIN0-3500PSI | 1 | $4,000.00 | EA | 60.00% | $1,600.00 | $1,600.00 |
| 50001137 | NU 0-3000 SCF/MIN  8HR MIN 0-3500PSI | 1 | $2,950.00 | EA | 60.00% | $1,180.00 | $1,180.00 |
| 50000880 | SUBSISTENCE | 7 | $250.00 | EA | 40.00% | $150.00 | $1,050.00 |
| 50000872 | FIELD SUPERVISOR | 2 | $2,500.00 | EA | 80.00% | $500.00 | $1,000.00 |
| 50001241 | DFP W CENT 1330HHP OR EQ ADD HR0-3500PSI | 5 | $500.00 | hrs | 60.00% | $200.00 | $1,000.00 |
| 50000839 | 50 TON CRANE UNIT - 8 HR . MINIMUM | 1 | $2,500.00 | EA | 60.00% | $1,000.00 | $1,000.00 |
| 50001059 | B.O.P. REDRESS/PER B.O.P. | 1 | $2,750.00 | EA | 65.00% | $962.50 | $962.50 |
| 50001151 | NITROGEN TRANSPORT | 8 | $190.00 | EA | 45.00% | $104.50 | $836.00 |
| 50001140 | NU 0-3000 SCF/MIN  ADD HR 0-3500PSI | 5 | $368.75 | hrs | 60.00% | $147.50 | $737.50 |
| 50000884 | MOBILIZATION BOBTAIL UNIT | 300 | $5.00 | EA | 55.00% | $2.25 | $675.00 |
| 50000840 | 50 TON CRANE UNIT - ADD HRS | 5 | $312.50 | hrs | 60.00% | $125.00 | $625.00 |
| 50000886 | MOBILIZATION AUTO / CREW TRUCK | 300 | $4.10 | EA | 55.00% | $1.85 | $553.50 |
| 50001070 | HIGH VELOCITY WASH NOZZLE | 1 | $1,200.00 | Days | 60.00% | $480.00 | $480.00 |

Confidential

J-3307
20107312
7000100808
25010939

Ticket Tracking #: T-AC4-427-C9D6

1

# NexTier

## Equipment/Services Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|--------|-------------|-----|-------|-----|----------|----------------|-----------|
| 50000889 | ACID TRANSPORT | 4 | $235.00 | hrs | 55.00% | $105.75 | $423.00 |
| 50001073 | DATA AQUISTION | 1 | $1,500.00 | Days | 72.00% | $420.00 | $420.00 |
| 50001060 | HYDRAULIC STRIPPER RUBBER INSERT | 1 | $415.00 | EA | 50.00% | $207.50 | $207.50 |
| 50001068 | BACK PRESSURE VALVE | 1 | $450.00 | Days | 60.00% | $180.00 | $180.00 |
| | | | | | | **Subtotal:** | **$34,752.50** |

## 3rd Party/Pass Through/Miscellaneous Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|--------|-------------|-----|-------|-----|----------|----------------|-----------|
| 50001086 | MOBILIZATION OVERWEIGHT PERMITS | 2 | $450.00 | EA | 0.00% | $450.00 | $900.00 |
| 50002116 | CHEM AGENT IRON SEQ ICA-9 CJ209 | 27 | $26.40 | EA | 0.00% | $26.40 | $712.80 |
| 50002116 | Safety Shower & Eye Wash Station (OSHA Required) | 1 | $250.00 | EA | 0.00% | $250.00 | $250.00 |
| | | | | | | **Subtotal:** | **$1,862.80** |

## Nitrogen/Acid/Products/Pipe Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|--------|-------------|-----|-------|-----|----------|----------------|-----------|
| 10004638 | NITROGEN BULK | 3940 | $4.75 | scf | 70.00% | $1.42 | $5,614.50 |
| 10004490 | CHEM CORROSION INHIBITOR ACID CI-3 CJ920 | 74 | $210.00 | gal US | 68.00% | $67.20 | $4,972.80 |
| 10004506 | CHEM ACID 15% HCL HC-15 CJ9115 | 2700 | $4.30 | gal US | 64.00% | $1.55 | $4,179.60 |
| 10010110 | CHEM CORROSION INHIBITOR AI-F | 108 | $70.55 | gal US | 68.00% | $22.58 | $2,438.21 |
| 10010117 | CHEM GLYCOL ETHER | 68 | $79.55 | gal US | 68.00% | $25.46 | $1,731.01 |
| 10004890 | CHEM H2S SCAVENGER HS-1 | 27 | $51.50 | gal US | 60.00% | $20.60 | $556.20 |
| 10004526 | CHEM AGENT IRON SEQ CITRIC ACID ICA-2 | 27 | $62.65 | gal US | 68.00% | $20.05 | $541.30 |
| 10004484 | CHEM SURFACTANT DEMUL NON-IONIC SU-2 | 11 | $108.45 | gal US | 68.00% | $34.70 | $381.74 |
| 10010129 | CHEM CORROSION INHIBITOR XC PROTECTANT | 5 | $56.00 | gal US | 60.00% | $22.40 | $112.00 |
| 10004873 | CHEM SODA ASH CJ796 | 100 | $1.60 | lb | 60.00% | $0.64 | $64.00 |
| | | | | | | **Subtotal:** | **$20,591.36** |

| | |
|---|---|
| ***Discounted Total Estimated Charges*** | **$57,206.66** |

This is a cost estimate only. Actual charges are to based on equipment, chemicals, materials, and personnel required to complete the job. Amounts quoted herein do not reflect any applicable sales, use, excise, well services, gross receipts or other taxes, which shall be included on the final invoice for the job. The undersigned hereby acknowledges that, in the absence of a signed Master Service Agreement or a similar, mutually-executed contract, all services and goods provided by C&J Spec-Rent Services, Inc. (including its affiliates, "C&J") to the undersigned are subject to C&J's Standard Terms & Conditions, which may be viewed in their entirety at
https://cjenergy.com/resources/contractors-standard-terms-conditions/.

# NEXTIER

03/11/20

Kenny Copeland          3/11/20

Customer Representative          Date

**Kenny Copeland**
Customer Printed Name

# Invoice

## NexTier

NexTier Completion Solutions
3990 Rogerdale Rd.
Houston TX 77042

| | |
|---|---|
| Invoice Number: | 90079465 |
| Purchase order no: | |
| Invoice Date: | 03/13/2020 |
| Field Ticket Number: | T33D44FA170 |
| Service Date: | 03/12/2020 |
| Well: | #1 WI |
| Lease: | CRAFT-RALLS 5-8 #1 - #1 WI |
| County: | CONECUH |
| State: | AL |

**Bill To:** SKLAR EXPLORATION CO, LLC
401 EDWARDS ST, STE 1601
SHREVEPORT LA US 71101

**Attn:**

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 20 | 50001137 | NU 0-3000 SCF/MIN 8HR MIN 0-3500PSI | 1 | N | EA | $2,950.00 | 60.00 % | $1,180.00 |
| 30 | 10004638 | NITROGEN BULK | 550 | N | SCF | $4.75 | 70.00 % | $783.75 |
| 40 | 50000880 | SUBSISTANCE | 2 | N | EA | $250.00 | 40.00 % | $300.00 |
| 50 | 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 25 | N | EA | $6.50 | 55.00 % | $73.13 |
| 60 | 50000886 | MOBILIZATION AUTO / CREW TRUCK | 50 | N | EA | $4.10 | 55.00 % | $92.25 |
| 70 | 50000872 | FIELD SUPERVISOR | 1 | N | EA | $2,500.00 | 80.00 % | $500.00 |

**Remit To:**
NexTier Completion Solutions
P.O. Box 733404
Dallas, TX 75373-3404
Payment Terms: Up to 04/12/2020 without deduction

District:   Laurel MS Coiled Tubing

Service Line:   Coiled Tubing

| | |
|---|---|
| **Invoice Subtotal** | $2,929.13 |
| **Total Freight** | $0.00 |
| **Taxable** | $0.00 |
| **Total Tax** | $0.00 |
| **Total** | $2,929.13 |

# NEXTIER

| | | | |
|---|---|---|---|
| **Customer:** | SKLAR EXPLORATION CO, LLC | **Field Ticket No:** | T-33D-44F-A170 |
| **Customer Field Rep:** | | **Service District:** | Laurel, MS |
| **Well Name:** | CRAFT-RALLS 5-8 #1 – #1 WI | **Service Line:** | Coiled Tubing |
| **Field:** | | **Date:** | 03/12/20 |
| **County, State:** | CONECUH, AL | **Sales Representative:** | Kevin Andrew Gooch |
| **API Number:** | 0103520159 | **District Representative:** | Shane J Fortenberry |
| **Job Type:** | CT-N2 ONLY(WELL) | **C&J Field Representative:** | Brandon Giovengo |
| **CT Unit:** | CT-PUMPS ONLY | | |

## Equipment/Services Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50001137 | NU 0-3000 SCF/MIN 8HR MIN 0-3500PSI | 1 | $2,950.00 | EA | 60.00% | $1,180.00 | $1,180.00 |
| 50000872 | FIELD SUPERVISOR | 1 | $2,500.00 | EA | 80.00% | $500.00 | $500.00 |
| 50000880 | SUBSISTANCE | 2 | $250.00 | EA | 40.00% | $150.00 | $300.00 |
| 50000886 | MOBILIZATION AUTO / CREW TRUCK | 50 | $4.10 | EA | 55.00% | $1.85 | $92.25 |
| 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 25 | $6.50 | EA | 55.00% | $2.93 | $73.13 |
| | | | | | | **Subtotal:** | **$2,145.38** |

## Nitrogen/Acid/Products/Pipe Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 10004638 | NITROGEN BULK | 550 | $4.75 | scf | 70.00% | $1.42 | $783.75 |
| | | | | | | **Subtotal:** | **$783.75** |

| | |
|---|---|
| **Discounted Total Estimated Charges** | **$2,929.13** |

This is a cost estimate only. Actual charges are to based on equipment, chemicals, materials, and personnel required to complete the job. Amounts quoted herein do not reflect any applicable sales, use, excise, well services, gross receipts or other taxes, which shall be included on the final invoice for the job. The undersigned hereby acknowledges that, in the absence of a signed Master Service Agreement or a similar, mutually-executed contract, all services and goods provided by C&J Spec-Rent Services, Inc. (including its affiliates, "C&J") to the undersigned are subject to C&J's Standard Terms & Conditions, which may be viewed in their entirety at
https://cjenergy.com/resources/contractors-standard-terms-conditions/.

J-3549
20107339
7000100816
25010940

Kenny Copeland  3/11/20                           03/12/20

**Customer Representative**                          **Date**

**Kenny Copeland**
Customer Printed Name

## Invoice

**NEXTIER**

NexTier Completion Solutions
3990 Rogerdale Rd.
Houston TX 77042

| Invoice Number: | 90081SB2 |
|---|---|
| Purchase order no: | 25011083 |
| Invoice Date: | 03/20/2020 |
| Field Ticket Number: | T4D4503C9CB |
| Service Date: | 03/14/2020 |
| Well: | 1 |
| Lease: | THOMASSON 33-12 #1 - 1 |
| County: | CONECUH |
| State: | AL |

**Bill To:** SKLAR EXPLORATION CO, LLC
401 EDWARDS ST, STE 1601
SHREVEPORT LA US 71101

**Attn:**

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 20 | 50000944 | 1-3/4" CTU 8 HR MIN 0-3500 PSI | 1 | N | EA | $14,000.00 | 60.00 % | $5,600.00 |
| 30 | 50000948 | 1-3/4" CTU HRLY CHRG 0-3500 PSI | 5 | N | HR | $1,700.00 | 60.00 % | $3,400.00 |
| 40 | 50000840 | 50 TON CRANE UNIT – ADD HRS | 5 | N | HR | $312.50 | 60.00 % | $625.00 |
| 50 | 50001060 | HYDRAULIC STRIPPER RUBBER INSERT | 1 | N | EA | $415.00 | 50.00 % | $207.50 |
| 60 | 50001059 | B.O.P. REDRESS/PER B.O.P. | 1 | N | EA | $2,750.00 | 65.00 % | $962.50 |
| 70 | 50001073 | DATA AQUISTION | 1 | N | DAY | $1,500.00 | 72.00 % | $420.00 |
| 80 | 50001070 | HIGH VELOCITY WASH NOZZLE | 1 | N | DAY | $1,200.00 | 60.00 % | $480.00 |
| 90 | 50001068 | BACK PRESSURE VALVE | 1 | N | DAY | $450.00 | 60.00 % | $180.00 |
| 100 | 50000886 | MOBILIZATION AUTO / CREW TRUCK | 300 | N | EA | $4.10 | 55.00 % | $553.50 |
| 110 | 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 600 | N | EA | $6.50 | 55.00 % | $1,755.00 |
| 120 | 10004638 | NITROGEN BULK | 4,020 | N | SCF | $4.75 | 70.00 % | $5,728.50 |
| 130 | 50000889 | ACID TRANSPORT | 8 | N | HR | $235.00 | 55.00 % | $846.00 |
| 140 | 50002116 | Safety Shower & Eye Wash Station (OSHA R | 1 | N | EA | $250.00 | 0.00 % | $250.00 |
| 150 | 10004506 | CHEM ACID 15% HCL HC-15 CJ9115 | 4,000 | N | GAL | $4.30 | 64.00 % | $6,192.00 |
| 160 | 10004490 | CHEM CORROSION INHIBIT ACID CI-3 CJ9203 | 110 | N | GAL | $210.00 | 68.00 % | $7,392.00 |
| 170 | 10010110 | CHEM CORROSION INHIBITOR AI-F | 160 | N | GAL | $70.55 | 68.00 % | $3,612.16 |
| 180 | 10004890 | CHEM H2S SCAVENGER HS-1 | 40 | N | GAL | $51.50 | 60.00 % | $824.00 |
| 190 | 10004526 | CHEM AGENT IRON SEQ CITRIC ACID ICA-2 | 40 | N | GAL | $62.65 | 68.00 % | $801.92 |
| 200 | 10004484 | CHEM SURFACTANT DEMUL NON-IONIC SU-2 | 16 | N | GAL | $108.45 | 68.00 % | $555.26 |
| 210 | 50000839 | 50 TON CRANE UNIT - 8 HR MINIMUM | 1 | N | EA | $2,500.00 | 60.00 % | $1,000.00 |
| 220 | 50000960 | 1-3/4" FTGE CHRG 0-3500 PSI | 13,430 | N | FT | $1.15 | 65.00 % | $5,405.57 |
| 230 | 50000967 | 1-3/4" ABR/CORR FTG CHRG 0-3500 PSI | 11,730 | N | FT | $0.95 | 70.00 % | $3,343.05 |
| 240 | 50001241 | DFP W CENT 1330HHP OR EQ ADD HRO-3500PSI | 5 | N | HR | $500.00 | 60.00 % | $1,000.00 |

Page 1 of 2

| | | | | | | Invoice Number: | 90081582 |
|---|---|---|---|---|---|---|---|
| | | | | | | Invoice Date: | 03/20/2020 |

| Item | Material | Description | Qty | Tax | UOM | Unit Price | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 250 | 50001237 | DFP W CEN 1330HHP OR EQ 8HR MIN0-3500PSI | 1 | N | EA | $4,000.00 | 60.00 % | $1,600.00 |
| 260 | 50001140 | NU 0-3000 SCF/MIN ADD HR 0-3500PSI | 5 | N | HR | $368.75 | 60.00 % | $737.50 |
| 270 | 50001137 | NU 0-3000 SCF/MIN 8HR MIN 0-3500PSI | 1 | N | EA | $2,950.00 | 60.00 % | $1,180.00 |
| 280 | 10010117 | CHEM GLYCOL ETHER | 100 | N | GAL | $79.55 | 68.00 % | $2,545.60 |
| 290 | 10010129 | CHEM CORROSION INHIBITOR XC PROTECTANT | 5 | N | GAL | $56.00 | 60.00 % | $112.00 |
| 300 | 10004873 | CHEM SODA ASH CJ796 | 100 | N | LB | $1.60 | 60.00 % | $64.00 |
| 310 | 50002116 | CHEM AGENT IRON SEQ ICA-5 CJ209 | 40 | N | EA | $26.40 | 0.00 % | $1,056.00 |
| 320 | 50001151 | NITROGEN TRANSPORT | 8 | N | EA | $190.00 | 45.00 % | $836.00 |
| 330 | 50000880 | SUBSISTANCE | 14 | N | EA | $250.00 | 40.00 % | $2,100.00 |
| 340 | 50000872 | FIELD SUPERVISOR | 2 | N | EA | $2,500.00 | 80.00 % | $1,000.00 |

Remit To:
NexTier Completion Solutions
P.O. Box 733404
Dallas, TX 75373-3404

Payment Terms: Up to 04/19/2020 without deduction

District:   Laurel MS Coiled Tubing

Service Line:   Coiled Tubing

| | |
|---|---|
| Invoice Subtotal | $62,365.06 |
| Total Freight | $0.00 |
| Taxable | $0.00 |
| Total Tax | $0.00 |
| Total | $62,365.06 |

# NexTier

| Customer: | SKLAR EXPLORATION CO, LLC | Field Ticket No: | T-4D4-503-C9CB |
|---|---|---|---|
| Customer Field Rep: | Mr. John G. Vititow | Service District: | Laurel, MS |
| Well Name: | THOMASSON 33-12 #1 - 1 | Service Line: | Coiled Tubing |
| Field: | | Date: | 03/14/20 |
| County, State: | CONECUH, AL. | Sales Representative: | Shane J Fortenberry |
| API Number: | 0103520309 | District Representative: | David Clinton Welborn |
| Job Type: | CT-ACID MATRIX | C&J Field Representative: | Christopher Green |
| CT Unit: | CTU-17 | | |

## Equipment/Services Items

| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
|---|---|---|---|---|---|---|---|
| 50000944 | 1-3/4 CTU 8 HR MIN 0-3500 PSI | 1 | $14,000.00 | EA | 60.00% | $5,600.00 | $5,600.00 |
| 50000960 | 1-3/4 FTGE CHRG 0-3500 PSI | 13430 | $1.15 | ft | 65.00% | $0.40 | $5,405.58 |
| 50000948 | 1-3/4 CTU HRLY CHRG 0-3500 PSI | 5 | $1,700.00 | hrs | 60.00% | $680.00 | $3,400.00 |
| 50000967 | 1-3/4 ABR/CORR FTG CHRG 0-3500 PSI | 11730 | $0.95 | ft | 70.00% | $0.28 | $3,343.05 |
| 50000880 | SUBSISTANCE | 14 | $250.00 | EA | 40.00% | $150.00 | $2,100.00 |
| 50000885 | MOB TRACTOR / TRAILER (< 80,000 LBS) | 600 | $6.50 | EA | 55.00% | $2.93 | $1,755.00 |
| 50001237 | DFP W CEN 1330HHP OR EQ 8HR MIN0-3500PSI | 1 | $4,000.00 | EA | 60.00% | $1,600.00 | $1,600.00 |
| 50001137 | NU 0-3000 SCF/MIN 8HR MIN 0-3500PSI | 1 | $2,950.00 | EA | 60.00% | $1,180.00 | $1,180.00 |
| 50001241 | DFP W CENT 1330HHP OR EQ ADD HR0-3500PSI | 5 | $500.00 | hrs | 60.00% | $200.00 | $1,000.00 |
| 50000872 | FIELD SUPERVISOR | 2 | $2,500.00 | EA | 80.00% | $500.00 | $1,000.00 |
| 50000839 | 50 TON CRANE UNIT - 8 HR MINIMUM | 1 | $2,500.00 | EA | 60.00% | $1,000.00 | $1,000.00 |
| 50001059 | B.O.P. REDRESS/PER B.O.P. | 1 | $2,750.00 | EA | 65.00% | $962.50 | $962.50 |
| 50000869 | ACID TRANSPORT | 8 | $235.00 | hrs | 55.00% | $105.75 | $846.00 |
| 50001151 | NITROGEN TRANSPORT | 8 | $190.00 | EA | 45.00% | $104.50 | $836.00 |
| 50001140 | NU 0-3000 SCF/MIN ADD HR 0-3500PSI | 5 | $368.75 | hrs | 60.00% | $147.50 | $737.50 |
| 50000840 | 50 TON CRANE UNIT - ADD HRS | 5 | $312.50 | hrs. | 60.00% | $125.00 | $625.00 |
| 50000886 | MOBILIZATION AUTO / CREW TRUCK | 300 | $4.10 | EA | 55.00% | $1.85 | $553.50 |
| 50001070 | HIGH VELOCITY WASH NOZZLE | 1 | $1,200.00 | Days | 60.00% | $480.00 | $480.00 |
| 50001073 | DATA AQUISTION | 1 | $1,500.00 | Days | 72.00% | $420.00 | $420.00 |
| 50001060 | HYDRAULIC STRIPPER RUBBER INSERT | 1 | $415.00 | EA | 50.00% | $207.50 | $207.50 |

Confidential

J-3248
20108862
7000102215
25011083

Ticket Tracking #: T-4D4-503-C9CB

1

# NexTier

| Equipment/Services Items | | | | | | | |
|---|---|---|---|---|---|---|---|
| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
| 50001068 | BACK PRESSURE VALVE | 1 | $450.00 | Days | 60.00% | $180.00 | $180.00 |
| | | | | | | Subtotal: | $33,231.63 |

| 3rd Party/Pass Through/Miscellaneous Items | | | | | | | |
|---|---|---|---|---|---|---|---|
| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
| 50002116 | CHEM AGENT IRON SEQ ICA-5 CJ209 | 40 | $26.40 | EA | 0.00% | $26.40 | $1,056.00 |
| 50002116 | Safety Shower & Eye Wash Station (OSHA Required) | 1 | $250.00 | EA | 0.00% | $250.00 | $250.00 |
| | | | | | | Subtotal: | $1,306.00 |

| Nitrogen/Acid/Products/Pipe Items | | | | | | | |
|---|---|---|---|---|---|---|---|
| Item # | Description | Qty | Price | UOM | Discount | Net Unit Price | Net Total |
| 10004490 | CHEM CORROSION INHIBITOR ACID CI-3 CJ920 | 110 | $210.00 | gal US | 68.00% | $67.20 | $7,392.00 |
| 10004506 | CHEM ACID 15% HCL HC-15 CJ9115 | 4000 | $4.30 | gal US | 64.00% | $1.55 | $6,192.00 |
| 10004638 | NITROGEN BULK | 4020 | $4.75 | scf | 70.00% | $1.42 | $5,728.50 |
| 10010110 | CHEM CORROSION INHIBITOR AI-F | 160 | $70.55 | gal US | 68.00% | $22.58 | $3,612.16 |
| 10010117 | CHEM GLYCOL ETHER | 100 | $79.55 | gal US | 68.00% | $25.46 | $2,545.60 |
| 10004890 | CHEM H2S SCAVENGER HS-1 | 40 | $51.50 | gal US | 60.00% | $20.60 | $824.00 |
| 10004526 | CHEM AGENT IRON SEQ CITRIC ACID ICA-2 | 40 | $62.65 | gal US | 68.00% | $20.05 | $801.92 |
| 10004484 | CHEM SURFACTANT DEMUL NON-IONIC SU-2 | 16 | $108.45 | gal US | 68.00% | $34.70 | $555.26 |
| 10010129 | CHEM CORROSION INHIBITOR XC PROTECTANT | 5 | $56.00 | gal US | 60.00% | $22.40 | $112.00 |
| 10004873 | CHEM SODA ASH CJ796 | 100 | $1.60 | lb | 60.00% | $0.64 | $64.00 |
| | | | | | | Subtotal: | $27,827.44 |

| | Discounted Total Estimated Charges | $62,365.07 |
|---|---|---|

This is a cost estimate only. Actual charges are to based on equipment, chemicals, materials, and personnel required to complete the job. Amounts quoted herein do not reflect any applicable sales, use, excise, well services, gross receipts or other taxes, which shall be included on the final invoice for the job. The undersigned hereby acknowledges that, in the absence of a signed Master Service Agreement or a similar, mutually-executed contract, all services and goods provided by C&J Spec-Rent Services, Inc. (including its affiliates, "C&J") to the undersigned are subject to C&J's Standard Terms & Conditions, which may be viewed in their entirety at
https://cjenergy.com/resources/contractors-standard-terms-conditions/.

03/14/20

Customer Representative
**KENNY COPELAND**
Customer Printed Name



| | INVOICE: | 38304 |

REMIT TO:
NEXTIER COMPLETION SOLUTIONS INC.
(F/K/A KEANE FRAC, LP)
P.O BOX 733404
DALLAS, TX 75373

BILL TO:
SKLAR EXPLORATION CO, LLC
5395 PEARL PKWY SUITE 200
BOULDER, CO 80301

INVOICE #: 38304
INVOICE DATE: 3/16/2020
WELL NAME: Corwin
WELL NUMBER: #9-1
JOB TYPE: Squeeze
KEANE REP: Justin Dussaljos
FIELD TICKET #: 4340
CUSTOMER REP: John Vuitton
START DATE: 3/15/2020
COMPLETION DATE: 3/15/2020
AFE: N/A

| QTY | CODE | DESCRIPTION | | | | UNIT PRICE | UNITS | EXT AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| .650 | PCC07 | CLASS 'G' | | | | $24.75 | 94SACK | $15,197.50 | 25% | $9,893.13 |
| 212 | FLA004 | KGFL-44 | | | | $19.98 | LBS | $2,836.58 | 25% | $6,127.42 |
| 68 | COR016 | KGFR-(3) | | | | $5.91 | LBS | $508.26 | 25% | $381.20 |
| 43 | RTD010 | KGR-3 | | | | $3.48 | LBS | $109.90 | 25% | $157.45 |
| 366 | MLO001 | PICKUP MILEAGE | | | | $2.56 | UNTML | $953.30 | 25% | $716.46 |
| 466 | MLO002 | PUMP TRUCK/HEAVY VEHICLE MILEAGE | | | | $6.75 | UNTML | $3,143.50 | 25% | $2,366.13 |
| 5,053 | MLO003 | BULK CEMENT DELIVERY/RETURN | | | | $1.85 | TON MILE | $9,405.55 | 25% | $7,053.66 |
| 493 | MSC003 | BULK MATERIAL MIXING SERVICE CHARGE | | | | $2.65 | SCF | $1,180.65 | 25% | $935.49 |
| 1 | MLO002 | PERMITS | | | | $115.50 | JOB | $115.50 | 0% | $115.50 |
| TOTAL | | | | | | | | $29,409.49 | | |

Comment box

Subtotal $22,108.44
(Phillips County MT 0%) Tax
Total Due $22,108.44

**NexTier**

## Field Ticket 42340

Service Location: Williston, ND 58801
Service Address: 6925 14RT LN NW Williston, ND 58801
Phone number: (701)-572-9899.

Service Date: 3/16/2009
Customer: Slawson Exploration
Address: 6925 Pearl Parkway, Ste 200
City: Boulder
State: SH / CO 88301
Customer Rep: Nate Yellow
Phone: 303-572-9899

Job: Jandie Serapio
Supervisor: Lucile Dunne
Pump Truck #: CP5008

Field Name: Crown
Well Number: 25-1
County: Billing County
API #: 05-071-33389
API #:
Sample: 6005-11291-44336

| PRODUCT CODE | DESCRIPTION | UOM MEAS. | UNIT PRICE | QUAN | GROSS | DISC% | Disc Amt | NET |
|---|---|---|---|---|---|---|---|---|
| FRC001 | Class V | BARRACK | $ 24.75 | 499.0 | $11,137.49 | 25% | $2,784.38 | $8,353.43 |
| FT.FCD4 | KCFL-44 | LB | 13.38 | 219.0 | $2,981.59 | 25% | $709.14 | $2,227.42 |
| CRC001 | KCZ-213 | LB | 8.51 | 69.0 | $509.26 | 25% | $127.07 | $381.29 |
| FTCC10 | KCFL-3 | LB | 5.81 | 40.0 | $155.60 | 25% | $39.16 | $117.48 |
| FBCC04 | Pump Charge 3301-4000'-Share | EA-HRR | $2,700.00 | | | 25% | | |
| DIASRT | Data Acquisition System | JOB | 426.00 | | | 25% | | |
| USCC03 | STAGE | JOB | 196.06 | | | 25% | | |
| USCC01 | Charge Mileage | MDB | 2.95 | 498.0 | $866.30 | 25% | $238.85 | $716.45 |
| VLVCC02 | Pump Truck/Heavy Vehicle Mileage | UNITEA | 6.70 | 498.0 | $3,540.40 | 25% | $878.55 | $2,980.17 |
| LM.CC02 | Bulk Cement Delivery/return | Keg Mile | 4.98 | 8,028.0 | $9,403.60 | 25% | $2,380.62 | $7,053.66 |
| LOCC01 | Bulk Material Mixing Service Charge | SCF | 3.21 | 400.0 | $1,160.86 | 25% | $295.16 | $865.48 |
| RL.CC02 | Permits | JOB | 151.60 | 1.0 | $116.60 | | | $116.60 |
| | | | | | $29,439.42 | | $7,020.89 | $22,216.44 |

Customer Authorized Agent: _[signature]_



**INVOICE:** 38305

REMIT TO:
NEXTIER COMPLETION SOLUTIONS INC.
(FKA KEANE FRAC. LP)
P.O BOX 733404
DALLAS, TX 75373

BILL TO:
SKLAR EXPLORATION CO, LLC
5395 PEARL PKWY SUITE 200
BOULDER, CO 80301

INVOICE #: 38305
INVOICE DATE: 3/16/2020
WELL NAME: Corwin
WELL NUMBER: 66-1
JOB TYPE: Squeeze
KEANE REP: Justin Dusseljee
FIELD TICKET #: 4341
CUSTOMER REP: John Whitlow
START DATE: 3/16/2020
COMPLETION DATE: 3/16/2020
AFE: N/A

| LINE | CODE | DESCRIPTION | | | UNIT PRICE | UNITS | EXT PRICE | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SBC004 | PUMP CHARGE 3001-4,000' | | | $9,790.00 | HRS | $9,790.00 | 25% | $9,592.50 |
| 1 | DN8001 | DATA ACQUISITION SYSTEM | | | $425.00 | JOB | $425.00 | 25% | $318.75 |
| 1 | MSC009 | SWAGE | | | $163.08 | JOB | $163.08 | 25% | $122.31 |
| 90 | MLC001 | PICKUP MILEAGE | | | $2.05 | UNTMIL | $184.50 | 25% | $138.38 |
| 5 | CD4007 | KCFP-BL | | | $40.32 | GAL | $201.00 | 25% | $151.20 |
| 50 | RTD005 | NORMA | | | $2.07 | LBS | $103.50 | 25% | $77.63 |
| 4 | SBC005 | PUMP CHARGE ADDITIONAL HOURS | | | $590.00 | UNTHRS | $2,360.00 | 0% | $2,360.00 |
| 4 | SBC001 | BULK UNIT ADDITIONAL HOURS | | | $285.00 | UNTHRS | $1,140.00 | 0% | $1,140.00 |
| TOTAL: | | | | | | | $13,367.68 | | $10,900.75 |

Comment box

Subtotal $10,900.75
(Phillips County MT 0%) Tax
Total Due $10,900.75

**Field Ticket #341**

NEXTIER

Service Location: Williston, ND 58801
Service Address: 6471 1A NW Williston, ND 58801
Phone number: 1-701-774-8699

Service Date: 3/16/2020
Customer: Sklar Exploration
Address: 5500 Frost Parkway, Ste 200
City: Decker
Customer: SKI CO 80201
Customer Rep: Ken Weber
Phone: 808-392-8656

AFE Type: Showcase
Subdivision: Justin Danzilse
Pump Truck #: CP1003

Well Name: Davis
Well Number: 45-1
County: Phillips County
State: MT
Area: 7 3/8 38-07-25-38-09
APE #:
Lease: BECE-TRDA-RDSE

| PRODUCT CODE | DESCRIPTION | U OF MEA | UNIT PRICE | QUAN | EXTEND | DISC% | DISC AMT | NET |
|---|---|---|---|---|---|---|---|---|
| 10004 | Pump charge 90/14-90C-fBFt | GPRS | $ | 8,790.00 | 1.0 | $8,790.00 | 25% | $2,197.50 | $6,592.50 |
| char001 | Data Acquisition System | ACH | $ | 426.00 | 1.0 | $426.00 | 25% | $106.50 | $319.50 |
| char009 | SWAGE | ACH | $ | 163.08 | 1.0 | $163.08 | 25% | $40.77 | $122.31 |
| char011 | Pickup Mileage | UNTMI | $ | 2.05 | 90.0 | $184.50 | 25% | $46.12 | $138.38 |
| char007 | KOFAR | GAL | $ | 42.32 | 15.0 | $634.80 | 25% | $158.70 | $476.10 |
| 30005 | KOFAA | LES | $ | 2.07 | 66.0 | $130.62 | 25% | $32.65 | $97.23 |
| 100100 | Pump Charge Additional Hours | UNTHRS | $ | 609.00 | 4.0 | $2,360.00 | | | $2,360.00 |
| char001 | Sun Unit Additional Hours | UNTHRS | $ | 285.00 | 4.0 | $1,140.00 | | | $1,140.00 |

| | | | | | $13,387.58 | | $2,628.82 | $10,700.76 |

Customer Authorized Agent: _[signature]_



INVOICE:    **38306**

**REMIT TO:**
NEXTIER COMPLETION SOLUTIONS INC.
(F/K/A KEANE FRAC, LP)
P.O BOX 733404
DALLAS, TX 75373

**BILL TO:**
SKLAR EXPLORATION CO, LLC
5395 PEARL PKWY SUITE 200
BOULDER, CO 80301

INVOICE #: 38306
INVOICE DATE: 3/17/2020
WELL NAME: Cerda
WELL NUMBER: 35-1
JOB TYPE: Squeeze
KEANE REP: Justin Dusseljee
FIELD TICKET #: 4342
CUSTOMER REP: John Winklow
START DATE: 3/17/2020
COMPLETION DATE: 3/17/2020
AFE: N/A

| | QTY | CODE | DESCRIPTION | | | UNIT PRICE | UNIT | EXT PRICE | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | RB0004 | PUMP CHARGE 3001-4,000' | | | $8,790.00 | HRS | $8,790.00 | 25% | $6,592.50 |
| | 1 | DA8001 | DATA ACQUISITION SYSTEM | | | $425.00 | JOB | $425.00 | 25% | $318.75 |
| | 1 | MSC029 | SWAGE | | | $163.08 | JOB | $163.08 | 25% | $122.31 |
| | 90 | MLC001 | PICKUP MILEAGE | | | $2.05 | UNTMI | $184.50 | 25% | $138.38 |
| | 60 | RTC009 | KCR-1A | | | $2.07? | LBS | $103.50 | 25% | $77.63 |
| | 5 | COM007 | KOPP-BL | | | $40.32? | GAL | $201.60 | 25% | $151.20 |
| | 7 | SBC002 | PUMP CHARGE ADDITIONAL HOURS | | | $590.00 | UNTHRS | $4,130.00 | 0% | $4,130.00 |
| | 7 | SBC001 | BULK UNIT ADDITIONAL HOURS | | | $285.00 | UNTHRS | $1,995.00 | 0% | $1,995.00 |
| | 1 | RMTR00 | WINTER SURCHARGE | | | $650.00 | EACH | $650.00 | 0% | $650.00 |
| **TOTAL** | | | | | | | | $16,642.68 | | $14,175.76 |

Comment box

Subtotal    $14,175.76
(Phillips County MT 0%) Tax
Total Due    $14,175.76

# Field Ticket  4342

**NexTIER**

Service Location: Williston, ND 58801
Service Address: 6039 144T LN NW Williston, ND 58801
Phone number: 1-264-774-5699

| | |
|---|---|
| Service Date: 9/17/2020 | |
| Customer: Slaur Enterprises | |
| Address: 8380 Pearl Parkway, Ste 200 | |
| Boulder | |
| SIC CO #: 2031 | |
| Customer Rep: John Williger | |
| Project: 603-455-5689 | |



| | |
|---|---|
| Well #: Zeneba | |
| Rig #: Superintend: Justin Dumkloe | |
| Pump Truck #: JCP1905 | |
| Well Name: Cretek | |
| Well Number: Rt-1 | |
| County: Rattes County | |
| State: MT | |
| API #: 25-071-22333 | |
| AFE #: | |
| Service: SEG8 - T30H-H34E | |

| PRODUCT CODE | DESCRIPTION | U/OF MEAS. | UNIT PRICE | QUAN | GROSS | DISCOUNT | Disc Amt | EST |
|---|---|---|---|---|---|---|---|---|
| 096104 | Pump Charge 3001+4000' - 4849 | 44HR | $ | 9,760.00 | 5.0 | $9,730.00 | 26% | $2,437.60 | $6,822.50 |
| 094001 | Data Acquisition System | JOB | $ | 629.00 | 1.0 | $625.00 | 25% | $156.25 | $469.75 |
| 098023 | BRANGE | JOB | $ | 193.09 | 1.0 | $193.09 | 25% | $48.77 | $152.31 |
| 098091 | Paxos Mileage | UNTIML | $ | 3.68 | 50.0 | $184.00 | 25% | $46.13 | $138.38 |
| 083030 | KOH-1A | LBS | $ | 2.07 | 50.0 | $103.50 | 25% | $25.38 | $77.63 |
| 030307 | KOFF-4L | GAL | $ | 40.82 | 5.0 | $204.00 | 25% | $50.00 | $153.00 |
| 094039 | Pump Charge Additional Hours | UNTHRS | $ | 659.00 | 7.0 | $4,730.00 | | | $4,730.00 |
| 094001 | Brkt Unit Additional Hours | UNTHRS | $ | 298.00 | 7.0 | $3,989.00 | | | $3,989.00 |
| 10030 | Water Purchase | EACH | $ | 694.00 | 1.0 | $680.00 | | | $680.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | **$16,842.59** | | | **$2,463.32** | | | **$14,476.78** |

Customer Authorized Agent: _____

28306