UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In Re*:  Chapter 11
Case No. 20-12377-EEB

SKLAR EXPLORATION COMPANY, LLC and SKLARCO, LLC, **Debtors**,

FORD MOTOR CREDIT COMPANY, LLC, **Movant**.

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER (RE: MOTION FOR RELIEF FROM AUTOMATIC STAY)**

On January 20, 2022, FORD MOTOR CREDIT COMPANY, LLC, filed a Motion pursuant to Local Bankruptcy Rule 4001-1 entitled Motion for Relief from Automatic Stay at Docket No. 1589. Movant hereby verifies under penalty of perjury and shows the Court:

1. Service of the Notice and Motion was made on all parties against whom relief is sought pursuant to L.B.R. 4001-1(a) or in the manner permitted by an order of the Court.

2. A hearing on the Motion was scheduled for February 17, 2022 at 1:30 pm.

3. No objections to or requests for hearing on the Motion were received by the undersigned or filed with the Court.

WHEREFORE, Movant prays that the Court enter an Order, a form of which was submitted to the Court with the Motion, granting the requested relief.

DATED:  __02/14/2022__

BARRETT FRAPPIER & WEISSERMAN, LLP

E-FILED ORIGINAL

Document to be retained in file of Barrett Frappier & Weisserman, LLP

/s/  David W. Drake
David W. Drake, Atty Reg. No. 43315
1391 SPEER BLVD., SUITE 700
DENVER, CO  80204
Telephone:  (303) 327-8781
Telecopier:  (972) 661-7725
Email Address:  co.ecf@bdfgroup.com