UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| Debtor. | ) | |

**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION OF HOWARD F. SKLAR FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. §§ 503(a), (b)(1)(A), AND (b)(3)(D)**

The Reorganized Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together with SEC, the "Reorganized Debtors"), the Creditor Trust, East West Bank (collectively the "Responding Parties"), and Howard Sklar, both in his individual capacity and in his capacity for various family trusts, by and through their undersigned attorneys, state their Stipulation to an extension of the date by which the Responding Parties are required to file their responses to the *Motion of Howard F. Sklar for Allowance and Payment of Administrative Expense Pursuant to 11 U.S.C. §§ 503(a), (b)(1)(A), and (b)(3)(D)* ("Sklar Admin Motion") as follows:

1.      The Reorganized Debtors filed their respective voluntary petitions for relief pursuant to Chapter 11 of the Bankruptcy Code on April 1, 2020.  The Reorganized Debtors' *Second Amended and Restated Joint Plan of Reorganization* ("Plan") (Docket No. 1251) was confirmed on August 24, 2021 and became effective on September 7, 2021.

2.      The Plan provides, in Section 7.2, that the parties shall cooperate to attempt to resolve their disputes with respect to certain assets identified as "Disputed Assets" under the Plan, and further preserves the right to commence an adversary proceeding and take such further action as is necessary to determine any party's rights with respect to the Disputed Assets.[1]

3.      Post-petition, on January 31, 2022, Howard Sklar timely filed the Sklar Admin

---

[1] "Disputed Assets" as used herein shall have the same meaning ascribed to it as Section 7.2 of the Plan.

Motion seeking allowance and payment of funds derived from the Disputed Assets during the Reorganized Debtors' bankruptcy cases.

4.      The date by which parties are required to file responses to the Sklar Admin Motion is February 22, 2022.

5.      Contemporaneously with the filing of the Sklar Admin Motion, Howard Sklar commenced Adversary Proceeding No. 22-01022-EEB ("Sklar AP"), seeking declaratory judgment with respect to ownership of the Disputed Assets.

6.      The date by which parties are required to file Answers or otherwise respond to the Complaint is March 3, 2022.

7.      The Sklar Admin Motion and Sklar AP necessarily involve related issues of fact and law.  As a result, it is in the interests of the parties and judicial economy for deadlines to run concurrently with respect to the Sklar Admin Motion and Sklar AP.

8.      The Responding Parties and Howard Sklar therefore stipulate and agree that the date by which the Responding Parties are required to respond to the Sklar Admin Motion shall be extended through and including March 3, 2022.

9.      As set forth above, extending the date by which parties are required to respond to the Sklar Admin Motion will promote the interests of the parties and judicial economy, as concurrent response deadlines will ensure that deadlines for future motions and hearings will also run concurrently, and will ensure that common factual issues are addressed together.

**[remainder of page intentionally left blank]**

WHEREFORE, the parties pray the Court make and enter an Order approving this Stipulation and extending the date by which the Responding Parties are required to respond to the Sklar Admin Motion, and for such further and additional relief as to the Court may appear just and proper.

By: _/s/ Keri L. Riley_____
    Keri Riley
    Kutner Brinen Dickey Riley, P.C.
    1660 Lincoln Street, Suite 1720
    Denver, Colorado 80264
    Telephone: 303.832.2910
    Email: klr@kutnerlaw.com

_Counsel to Sklarco, LLC and Sklar Exploration Company, LLC_

By: _/s/ Adam L. Hirsch_____
    Adam L. Hirsch, Reg. No. 44306
    Davis Graham & Stubbs LLP
    1550 17th Street, Suite 500
    Denver, Colorado 80202
    Telephone: 303.892.9400
    Facsimile: 303.893.1379
    Email: adam.hirsch@dgslaw.com

_Counsel to Howard F. Sklar in the Capacities Recited in the Sklar Admin Motion_

By: _/s/ Christopher D. Johnson_
    Christopher D. Johnson
    Diamond McCarthy LLP
    909 Fannin Street, 37th Floor
    Houston, Texas 77010
    Telephone: 713.333.5134
    Facsimile: 713.333.5199
    Email:
chris.johnson@diamondmccarthy.com
_Counsel to r² advisors llc, as trustee for the Creditor Trust_

By: /s/Bryce Suzuki .
_____
    Bryce A. Suzuki
    Snell & Wilmer L.L.P.
    One Arizona Center
    400 E. Van Buren, Suite 1900
    Phoenix, Arizona 85004-2202
    Phone: 602-382-6000
    Email: bsuzuki@swlaw.com

_Counsel to East West Bank_