UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

**ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO MOTION OF HOWARD F. SKLAR FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. §§ 503(a), (b)(1)(A), AND (b)(3)(D)**

THIS MATTER, having come before the Court on the *Stipulation to Extend Time to Respond to Motion of Howard F. Sklar for Allowance and Payment of Administrative Expense Pursuant to 11 U.S.C. §§ 503(a), (b)(1)(A), and (b)(3)(D)* (the "Stipulation")[1] filed by the Reorganized Debtors, the Creditor Trust, East West Bank, and Howard Sklar, the Court having reviewed the Stipulation, being fully advised in the premises and finding good cause for granting the requested relief does hereby

ORDER THAT

1. The Stipulation is APPROVED;

2. The date by which the Reorganized Debtors, the Creditor Trust, and East West Bank are required to respond to the Sklar Admin Motion is hereby extended through and including March 3, 2022.

DONE and entered this _____ day of February, 2022 at Denver, Colorado.

 

Honorable Elizabeth E. Brown
United States Bankruptcy Judge

---

[1] Capitalized terms not defined in this Order are defined as in the Stipulation.