| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: SKLAR EXPLORATION COMPANY, LLC | Case #: | 20-12377-EEB |
| First Name   Middle Name   Last Name | | 20-12380-EEB |
| Debtor 2: SKLARCO, LLC | Chapter: | 11 |
| First Name   Middle Name   Last Name | | |

## Local Bankruptcy Form 9013-1.2
## Certificate of Service

**Complete applicable sections and delete inapplicable sections.**

**Part 1**    **L.B.R. 9013-1 Certificate of Service of Motion, Notice, and Proposed Order**

I certify that on **February 23, 2022,** I served a complete copy of NexTier Completion Solutions Inc.'s Response to Debtor's Motion for Summary Judgment on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

*Sklar Exploration Company, LLC and Sklarco, LLC, at Kitner Brinen, P.C., Attn: Jeff Brinen and Keri L. Riley, Bankruptcy Counsel, 1660 Lincoln Street, Ste. 1850, Denver, CO 80264.*

**Part 2**    **L.B.R. 2002-1 Certificate of Service of Notice**

I certify that on February 23, 2022 I served a complete copy of NexTier Completion Solutions Inc.'s Response to Debtor's Motion for Summary Judgment on the following parties **[in the attached Creditor Address Mailing Matrix, which was obtained from the Court's docket on February 23, 2022]** in accordance with 11 U.S.C. § 342(c) and Fed. R. Bankr. P. 2002.

_____
_____
_____
**[List each party served and the manner of service or attach a copy of the Creditor Address Mailing Matrix]**

**Part 3**    **Signature**

Dated: February 23, 2022

By: _/s/ Mario A. Lamar_
       Signature

Bar Number (if applicable): 24095729
Mailing Address: 211 N. Center Street, Longview, Texas 75601
Telephone number: 903-212-9300
Facsimile number: 903-212-9301
E-mail address: mlamar@allenbrysonlaw.com