United States Bankruptcy Court
District of Colorado

In re:  Case No. 20-12377-EEB
Sklar Exploration Company, LLC  Chapter 11
Sklarco, LLC
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1082-1      User: admin      Page 1 of 10
Date Rcvd: Feb 22, 2022      Form ID: pdf904      Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Sklar Exploration Company, LLC, Sklarco, LLC, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301-2541 |
| aty | + | Benjamin Y. Ford, RSA Tower, 27th Floor, 11 North Water Street, Mobile, AL 36602-3809 |
| aty | + | Cook, Yancey, King & Galloway, APLC, 333 Texas Street, Suite 1700, P.O. Box 22260, Shreveport, LA 71120-2260 |
| cr | + | AEEC II, LLC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | AEH Investments, LLC, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| cr | + | Anderson Exploration Energy Company, LC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Baker Hughes Holdings, LLC FKA Baker Hughes, a GE, C/O Christopher J. Ryan, 17021 Aldine Westfield Road, Houston, TX 77073-5101 |
| cr | + | Barbara P Lawrence, 55 Hill Circle, Evergreen, CO 80439-4618 |
| cr | + | Barnette & Benefield, Inc., PO Box 550, Haynesville, LA 71038-0550 |
| cr | + | Bundero Investment Company, LLC, 401 Edwards Street, Suite 820, Shreveport, LA 71101-5521 |
| cr | + | Colorado Department Of Revenue, 1881 Pierce St., Bankruptcy Unit, Room 104, Lakewood, CO 80214-3503 |
| cr | + | Estate of Pamela Page, Deceased, P.O. Box 374, Evergreen, CO 80437-0374 |
| cr | + | Foote Oil and Gas Properties, LLC, 1655 Prudential Drive, #161B, Jacksonville, FL 32207-8105 |
| cr | + | Franks Exploration Company, LLC, P.O. Box 7655, Shreveport, LA 71137-7655 |
| cr | + | Hughes Oil South, LLC, P.O. Box 608, Oxford, MS 38655-0608 |
| cr | + | I & L Miss I, LP, 4761 Frank Luck Dr, Addison, TX 75001-3202 |
| cr | + | J&A Harris, LP, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| intp | #+ | J. Marshall Jones, 920 Arapahoe, Louisville, CO 80027-1092 |
| cr | + | John H. Smith, c/o Quitman Tank Solutions, LLC, PO Box 90, Quitman, MS 39355-0090 |
| cr | + | KMR Investments, LLC, P.O. Box 417, Homer, LA 71040-0417 |
| cr | + | Kingston, LLC, 2790 South Thompson Street, Suite 102, Springdale, AR 72764-6303 |
| cr | + | Kodiak Gas Services, LLC, 15320 Hwy. 105, Suite 210, Montgomery, TX 77356-2602 |
| cr | + | NexTier Completion Solutions, Inc., c/o Allen Bryson, PLLC, 211 N. Center St., Longview, TX 75601-7221 |
| cr | + | Pearl Parkway, LLC, 2595 Canyon Blvd., Ste 230, Boulder, CO 80302-6737 |
| cr | + | Pickens Financial Group, LLC, 10100 N. Central Expressway, Suite 200, Dallas, TX 75231-4169 |
| cr | + | Stoneham Drilling Corporation, c/o Bradley, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | + | Sugar Oil Properties, L.P., 625 Market Street, Suite 100, Shreveport, LA 71101-5392 |
| cr | + | TCP Cottonwood, L.P., 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Tauber Exploration & Production Company, 55 Waugh Drive, Suite 700, Houston, TX 77007-5837 |
| intp | | The Juneau Group, 2386A Rice Blvd. #232, Houston, TX 77005 |
| 18754408 | + | Anderson Investment Holdings, LP, AEEC II, LLC, 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |
| 18754411 | + | Apple River Investments, L.L.C., Attn Robert M. Boeve, President, 1503 Garfield Road North, Traverse City, MI 49696-1111 |
| 18754484 | + | East West Bank Treasury Department, 135 North Los Robles Avenue, Suite 600, ATTN Linda Cox, Pasadena, CA 91101-4549 |
| 18754497 | + | Fant Energy Limited, P.O. Box 55205, Houston, TX 77255-5205 |
| 18754529 | + | H&H Construction, LLC, Ladon E. Hall, Sole Manager, P.O. Box 850, Flomaton, AL 36441-0850 |
| 18754560 | | JD Fields & Company, Inc., P.O. Box 134401, Houston, TX 77219-4401 |
| 18754567 | + | JJS Working Interest LLC, 2001 Kirby Dr, Suite 1110, Houston, TX 77019-6081 |
| 18754578 | + | Kelley Brothers Contractors, Inc., P.O. Drawer 1079, Waynesboro, MS 39367-1079 |
| 18754588 | + | Kudzu Oil Properties, LLC, 300 Concourse Blvd, Suite 101, Ridgeland, MS 39157-2091 |
| 18754612 | + | Meritage Energy, Ltd., C/O BKD, LLP, 2700 Post Oak Blvd, Ste 1500, Houston, TX 77056-5829 |

| District/off: 1082-1 | User: admin | Page 2 of 10 |
|---|---|---|
| Date Rcvd: Feb 22, 2022 | Form ID: pdf904 | Total Noticed: 51 |

| | | |
|---|---|---|
| 18754613 | | Mesa Fluids, LLC, c/o Juno Financial, P.O. Box 173928, Denver, CO 80217-3928 |
| 18754664 | | Pro-Tek Field Services, LLC, P.O. Box 919269, Dallas, TX 75391-9269 |
| 18754666 | + | Pruet Oil Company, LLC, 217 West Capitol St. Ste 201, Jackson, MS 39201-2099 |
| 18754673 | + | Rapad Well Service Co., Inc., 217 West Capitol Street, Jackson, MS 39201-2004 |
| 18754720 | #+ | Stoneham Drilling Corporation, 707 17th Street, Suite 3250, Denver, CO 80202-3433 |
| 18754735 | + | TCP Cottonwood, L.P., 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |
| 18754760 | + | Union Oilfield Supply, Inc., 12 John Dykes Road, Waynesboro, MS 39367-8371 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: cmccord@mccordprod.com | Feb 23 2022 01:31:00 | CTM 2005, Ltd., 55 Waugh Drive, Suite 515, Houston, TX 77007-5840 |
| cr | + | Email/Text: bankruptcy@coag.gov | Feb 23 2022 01:31:00 | Colorado Department of Law, 1300 Broadway, 8th Floor, Denver, CO 80203-2104 |
| cr | | Email/Text: tim.swanson@moyewhite.com | Feb 23 2022 01:31:00 | Kudzu Oil Properties, LLC, c/o Timothy M. Swanson, Moye White LLP, 1400 16th Street, 6th Floor, Denver, CO 80202 |
| intp | + | Email/Text: aodonnell@r2llc.com | Feb 23 2022 01:31:00 | Thomas M. Kim, r2 advisors llc, 1518 Blake Street, Denver, CO 80202-1322 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Hall Management, LLC, 4913 Oak Point Drive |
| 18754510 | ##+ | FPCC USA, Inc., 245 Commerce Green Blvd, Ste 250, Sugar Land, TX 77478-3760 |
| 18754598 | ## | Lucas Petroleum Group, Inc., 327 Congress Avenue, Suite 500, Austin, TX 78701-3656 |
| 18754721 | ## | Strago Petroleum Corporation, 3209 Hamm Road, Pearland, TX 77581-5503 |

TOTAL: 1 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2022        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam L. Hirsch | on behalf of Interested Party Howard F. Sklar adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 3 of 10 |
| Date Rcvd: Feb 22, 2022 | Form ID: pdf904 | Total Noticed: 51 |

Adam L. Hirsch
    on behalf of Interested Party Howard Sklar Trust adam.hirsch@dgslaw.com robin.anderson@dgslaw.com

Adam L. Hirsch
    on behalf of Plaintiff Howard F. Sklar adam.hirsch@dgslaw.com robin.anderson@dgslaw.com

Amy Vazquez
    on behalf of Creditor FPCC USA Inc. avazquez@joneswalker.com

Andrew James Shaver
    on behalf of Creditor Premium Oilfield Services LLC ashaver@bradley.com

Armistead Mason Long
    on behalf of Creditor Pine Island Chemical Solutions L.L.C. along@gamb.law

Barnet B Skelton, Jr
    on behalf of Plaintiff The Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor MER Energy LTD barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor MR Oil & Gas LLC barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor I & L Miss I LP barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor The Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor CTM 2005 Ltd. barnetbjr@msn.com

Belinda Harrison
    belindapittsharrison@gmail.com belindapittsharrison@gmail.com

Benjamin Young Ford
    on behalf of Spec. Counsel Armbrecht Jackson LLP byf@ajlaw.com, chs@ajlaw.com

Brent R. Cohen
    on behalf of Creditor Fant Energy Limited bcohen@lewisroca.com brent-cohen-8759@ecf.pacerpro.com,jeastin@lrrc.com

Brian Rich
    on behalf of Creditor Fletcher Exploration LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich
    on behalf of Creditor Fletcher Petroleum Company LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich
    on behalf of Creditor Fletcher Petroleum Corp. brich@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com

Bryce Suzuki
    on behalf of Creditor East-West Bank bsuzuki@swlaw.com tina.daniels@bclplaw.com

Bryce Suzuki
    on behalf of Defendant East West Bank bsuzuki@swlaw.com tina.daniels@bclplaw.com

Bryce Suzuki
    on behalf of Intervenor East West Bank bsuzuki@swlaw.com tina.daniels@bclplaw.com

Christopher Meredith
    on behalf of Creditor Coastal Exploration Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
    on behalf of Attorney Copeland Cook, Taylor & Bush, P.A. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
    on behalf of Creditor Eastern Fishing & Rental Tool Company Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
    on behalf of Creditor Fletcher Petroleum Corp. cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 4 of 10 |
| Date Rcvd: Feb 22, 2022 | Form ID: pdf904 | Total Noticed: 51 |

| | |
|---|---|
| | on behalf of Creditor PAR Minerals Corporation cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher D. Johnson | |
| | on behalf of Creditor Committee The Official Committee of Unsecured Creditors chris.johnson@diamondmccarthy.com amanda.heydrick@diamondmccarthy.com |
| Christopher D. Johnson | |
| | on behalf of Interested Party Thomas M. Kim chris.johnson@diamondmccarthy.com amanda.heydrick@diamondmccarthy.com |
| Christopher D. Johnson | |
| | on behalf of Defendant Thomas Kim  Trustee of the Sklar Creditors Trust chris.johnson@diamondmccarthy.com, amanda.heydrick@diamondmccarthy.com |
| Christopher M. Crowley | |
| | on behalf of Creditor Liquid Gold Well Service  Inc. ccrowley@fncmlaw.com |
| Daniel L. Bray | |
| | on behalf of Creditor Weatherford U.S.  L.P. daniel.bray@huschblackwell.com, ann.stolfa@huschblackwell.com;daniel-bray-5348@ecf.pacerpro.com |
| David M. Miller | |
| | on behalf of Creditor Bri-Chem Supply Corp. LLC dmiller@spencerfane.com, akarant@spencerfane.com |
| David R Taggart | |
| | on behalf of Creditor JH Howell Interests  LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com |
| David R Taggart | |
| | on behalf of Creditor JF Howell Interests  LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com |
| David R Taggart | |
| | on behalf of Interested Party JF Howell Interests  LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com |
| David W. Drake | |
| | on behalf of Creditor Ford Motor Credit Company  LLC co.ecf@bdfgroup.com |
| David W. Hall | |
| | davidwendallhall@gmail.com |
| Deanna L. Westfall | |
| | on behalf of Creditor Colorado Department Of Revenue deanna.westfall@coag.gov Robert.padjen@coag.gov;jade.darnell@coag.gov |
| Deirdre Carey Brown | |
| | on behalf of Creditor Maren Silberstein Revocable Trust dcb@dcbfirm.com |
| Duane Brescia | |
| | on behalf of Creditor Seitel Data  Ltd. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com |
| Duane Brescia | |
| | on behalf of Creditor Lucas Petroleum Group  Inc. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com |
| Duane Brescia | |
| | on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com  djaenike@clarkhill.com;ckclark@clarkhill.com |
| Elizabeth Helen Weller | |
| | on behalf of Creditor McLeod ISD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com |
| Elizabeth Helen Weller | |
| | on behalf of Creditor Atlanta ISD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com |
| Elizabeth Helen Weller | |
| | on behalf of Creditor Linden-Kildare CISD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com |
| Epiq Systems | |
| | on behalf of Claims Agent Epiq Corporate Restructuring  LLC rjacobs@ecf.epiqsystems.com |
| Florence Bonaccorso-Saenz | |
| | on behalf of Creditor Louisiana Department of Revenue florence.saenz@la.gov |
| Glenn Taylor | |
| | on behalf of Creditor Coastal Exploration  Inc. gtaylor@cctb.com |
| Glenn Taylor | |
| | on behalf of Creditor PAR Minerals Corporation gtaylor@cctb.com |
| Glenn Taylor | |
| | on behalf of Creditor Eastern Fishing & Rental Tool Company  Inc. gtaylor@cctb.com |
| Grant Matthew Beiner | |
| | on behalf of Creditor Committee The Official Committee of Unsecured Creditors gbeiner@munsch.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 5 of 10 |
| Date Rcvd: Feb 22, 2022 | Form ID: pdf904 | Total Noticed: 51 |

hvalentine@munsch.com,scurry@munsch.com

Grant Matthew Beiner
on behalf of Interested Party Thomas Kim gbeiner@munsch.com  hvalentine@munsch.com,scurry@munsch.com

J. Eric Lockridge
on behalf of Creditor Sugar Oil Properties  L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

J. Eric Lockridge
on behalf of Creditor Anderson Exploration Energy Company  L.C. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

J. Eric Lockridge
on behalf of Creditor TCP Cottonwood  L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

J. Eric Lockridge
on behalf of Creditor AEEC II  LLC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

J. Eric Lockridge
on behalf of Creditor Anderson Exploration Energy Company  LC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

James B. Bailey
on behalf of Creditor Stoneham Drilling Corporation jbailey@bradley.com  ashaver@bradley.com,jbailey@ecf.courtdrive.com

Jeffery Dayne Carruth
on behalf of Creditor Halliburton Energy Services  Inc. jcarruth@wkpz.com

Jeffrey R. Barber
on behalf of Creditor FPCC USA  Inc. jbarber@joneswalker.com, jmaxey@joneswalker.com;mgreen@joneswalker.com

Jeffrey S. Brinen
on behalf of Debtor Sklar Exploration Company  LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jeffrey S. Brinen
on behalf of Debtor Sklarco  LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jennifer Hardy
on behalf of Creditor JJS Interests Steele Kings  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
on behalf of Creditor JJS Working Interests  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
on behalf of Creditor JJS Interests North Beach  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
on behalf of Creditor JJS Interests Escambia  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
on behalf of Creditor JJS Interests West Arcadia  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Norris Soto
on behalf of Creditor Barnette & Benefield  Inc. jennifersoto@arklatexlaw.com, curtisshelton@arklatexlaw.com,

Jenny M.F. Fujii
on behalf of Defendant Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
on behalf of Debtor Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
on behalf of Cross-Claimant Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
on behalf of Debtor Sklarco  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jeremy L Retherford
on behalf of Creditor RAPAD Well Service Co.  Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
on behalf of Creditor Pruet Production Co. jretherford@balch.com  kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
on behalf of Plaintiff Pruet Production Co. jretherford@balch.com  kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
on behalf of Creditor Pruet Oil Company  LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford

Case:20-12377-MER Doc#:1643 Filed:02/24/22 Entered:02/24/22 22:16:20 Page6 of 11

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 6 of 10 |
| Date Rcvd: Feb 22, 2022 | Form ID: pdf904 | Total Noticed: 51 |

| | |
|---|---|
| | on behalf of Interested Party Pruet Production Co. jretherford@balch.com  kskelton@balch.com,skynerd@pruet.com |
| Jim F Spencer, Jr | |
| | on behalf of Creditor Landmark Exploration  LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| Jim F Spencer, Jr | |
| | on behalf of Creditor Lexington Investments  LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| Jim F Spencer, Jr | |
| | on behalf of Creditor Landmark Oil and Gas  LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| Jim F Spencer, Jr | |
| | on behalf of Creditor Stone Development  LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| John Cornwell | |
| | on behalf of Creditor Committee The Official Committee of Unsecured Creditors jcornwell@munsch.com  hvalentine@munsch.com;john-cornwell-6088@ecf.pacerpro.com |
| John H Bernstein | |
| | on behalf of Creditor Pearl Parkway  LLC john.bernstein@kutakrock.com, trina.rioux@kutakrock.com |
| John Thomas Oldham | |
| | on behalf of Creditor Kodiak Gas Services  LLC joldham@okinadams.com, bmoore@okinadams.com |
| Jonathan Dickey | |
| | on behalf of Creditor Foote Oil & Gas Properties  LLC jmd@kutnerlaw.com, vlm@kutnerlaw.com |
| Jordan B. Bird | |
| | on behalf of Creditor KMR Investments  LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor Bundero Investment Company  LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Attorney Cook  Yancey, King & Galloway, APLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor J&A Harris  LP jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor Hughes Oil South  LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor Franks Exploration Company  LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor Hall Management  LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor Kingston  LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor AEH Investments  LLC jordan.bird@cookyancey.com |
| Joseph D. DeGiorgio | |
| | on behalf of Creditor Ford Motor Credit Company  LLC josephde@bdfgroup.com |
| Joseph Eric Bain | |
| | on behalf of Creditor FPCC USA  Inc. jbain@joneswalker.com, kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com |
| Katherine A Ross | |
| | on behalf of Creditor Bureau of Land Management katherine.ross@usdoj.gov  USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine A Ross | |
| | on behalf of Creditor Office of Natural Resources Revenue katherine.ross@usdoj.gov  USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine A Ross | |
| | on behalf of Creditor Internal Revenue Service katherine.ross@usdoj.gov  USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine Guidry Douthitt | |
| | on behalf of Creditor Dickson Oil & Gas  L.L.C. kdouthitt@bwor.com |
| Katherine Guidry Douthitt | |
| | on behalf of Creditor C. Bickham Dickson  III kdouthitt@bwor.com |
| Keith D. Tooley | |
| | on behalf of Defendant Baker Hughes Oilfield Operations  Inc. ktooley@wsmtlaw.com |
| Keith D. Tooley | |
| | on behalf of Defendant Kelley Brothers Contractors  Inc. ktooley@wsmtlaw.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 7 of 10 |
| Date Rcvd: Feb 22, 2022 | Form ID: pdf904 | Total Noticed: 51 |

Keith D. Tooley
    on behalf of Defendant GE Oil & Gas Pressure Control LP ktooley@wsmtlaw.com

Keith D. Tooley
    on behalf of Defendant Sklar Exploration Company LLC ktooley@wsmtlaw.com

Keith D. Tooley
    on behalf of Plaintiff Southeast Alabama Gas District ktooley@wsmtlaw.com

Kelsey Jamie Buechler
    on behalf of Creditor Foote Oil and Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com

Kelsey Jamie Buechler
    on behalf of Creditor Foote Oil & Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com

Keri L. Riley
    on behalf of Defendant Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Keri L. Riley
    on behalf of Debtor Sklarco LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Keri L. Riley
    on behalf of Defendant Sklarco LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Keri L. Riley
    on behalf of Debtor Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Kevin S. Neiman
    on behalf of Creditor Plains Gas Solutions LLC kevin@ksnpc.com

Kevin S. Neiman
    on behalf of Plaintiff Plains Marketing L.P. kevin@ksnpc.com

Kevin S. Neiman
    on behalf of Counter-Defendant Plains Marketing L.P. kevin@ksnpc.com

Kevin S. Neiman
    on behalf of Creditor Plains Marketing L.P. kevin@ksnpc.com

Laurie Spindler
    on behalf of Creditor Rusk County laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
    on behalf of Creditor Smith County laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
    on behalf of Creditor Atlanta ISD laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
    on behalf of Creditor Franklin County laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
    on behalf of Creditor McLeod ISD laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
    on behalf of Creditor Beckville ISD laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
    on behalf of Creditor Gregg County laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
    on behalf of Creditor Wood County laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
    on behalf of Creditor Upshur County laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
    on behalf of Creditor Linden-Kildate CISD laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
    on behalf of Creditor Marion County laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 8 of 10 |
| Date Rcvd: Feb 22, 2022 | Form ID: pdf904 | Total Noticed: 51 |

Laurie Spindler
    on behalf of Creditor Camp CAD laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
    on behalf of Creditor Frankston ISD laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Lee M. Kutner
    on behalf of Debtor Sklar Exploration Company LLC vlm@kutnerlaw.com

Lee M. Kutner
    on behalf of Debtor Sklarco LLC vlm@kutnerlaw.com

Madison M. Tucker
    on behalf of Creditor FPCC USA Inc. mtucker@joneswalker.com, madison-tucker-7703@ecf.pacerpro.com

Mario A Lamar
    on behalf of Creditor NexTier Completion Solutions Inc. mlamar@allenbrysonlaw.com

Matthew Okin
    on behalf of Creditor Kodiak Gas Services LLC mokin@okinadams.com

Matthew J Ochs
    on behalf of Plaintiff Pruet Production Co. mjochs@hollandhart.com tldevlin@hollandhart.com

Matthew J Ochs
    on behalf of Creditor Pruet Production Co. mjochs@hollandhart.com tldevlin@hollandhart.com

Matthew J Ochs
    on behalf of Creditor Pruet Oil Company LLC mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J Ochs
    on behalf of Debtor Sklarco LLC mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J Ochs
    on behalf of Creditor RAPAD Well Service Co. Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com

Michael Niles
    on behalf of Creditor Fletcher Exploration LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Niles
    on behalf of Creditor Fletcher Petroleum Company LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Niles
    on behalf of Creditor Fletcher Petroleum Corp. mniles@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Schuster
    on behalf of Interested Party Louisiana Tower Operating LLC schusterm@ballardspahr.com henningc@ballardspahr.com;LitDocket_West@ballardspahr.com

Michael D Rubenstein
    on behalf of Interested Party BPX Properties (NA) LP mdrubenstein@liskow.com

Michael D Rubenstein
    on behalf of Interested Party BP America Production Company mdrubenstein@liskow.com

Michael J. Guyerson
    on behalf of Creditor Estate of Pamela Page Deceased , Gabriel@kjblawoffice.com

Michael J. Guyerson
    on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com Gabriel@kjblawoffice.com

P. Matthew Cox
    on behalf of Creditor Ally Bank pmc@scmlaw.com mw@scmlaw.com

Paul Moss
    on behalf of U.S. Trustee US Trustee Paul.Moss@usdoj.gov

Robert Padjen
    on behalf of Creditor Colorado Department of Law Robert.padjen@coag.gov deanna.westfall@coag.gov

Robert L Paddock
    on behalf of Creditor Strago Petroleum Corporation rpaddock@buckkeenan.com myers@buckkeenan.com

Robert L Paddock
    on behalf of Creditor Gateway Exploration LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock
    on behalf of Creditor Meritage Energy Ltd rpaddock@buckkeenan.com myers@buckkeenan.com

| District/off: 1082-1 | User: admin | Page 9 of 10 |
|---|---|---|
| Date Rcvd: Feb 22, 2022 | Form ID: pdf904 | Total Noticed: 51 |

Robert L Paddock
    on behalf of Creditor Harvest Gas Management LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock
    on behalf of Creditor GCREW Properties LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Ryan Lorenz
    on behalf of Creditor Juno Financial LLC RLorenz@ClarkHill.com

Ryan Seidemann
    on behalf of Creditor State of Louisiana Depatment of Natural Resources, Office of Mineral Resources seidemannr@ag.louisiana.gov

Ryco Exploration, LLC.
    rsmith.ryco@att.net

Shay L. Denning
    on behalf of Creditor Tauber Exploration & Production Company sdenning@axishealthsystem.org

Shay L. Denning
    on behalf of Creditor I & L Miss I LP sdenning@axishealthsystem.org

Shay L. Denning
    on behalf of Creditor CTM 2005 Ltd. sdenning@axishealthsystem.org

Shay L. Denning
    on behalf of Creditor Pickens Financial Group LLC sdenning@axishealthsystem.org

Stephen K. Lecholop, II
    on behalf of Creditor McCombs Energy Ltd. slecholop@rpsalaw.com, ecarrillo@rpsalaw.com;lchapa@rpsalaw.com

Stephen K. Lecholop, II
    on behalf of Creditor McCombs Exploration LLC slecholop@rpsalaw.com, ecarrillo@rpsalaw.com;lchapa@rpsalaw.com

Theodore J. Hartl
    on behalf of Interested Party Louisiana Tower Operating LLC hartlt@ballardspahr.com blessingb@ballardspahr.com

Thomas H Shipps
    on behalf of Creditor MER Energy LTD tshipps@mbssllp.com

Thomas H Shipps
    on behalf of Creditor I & L Miss I LP tshipps@mbssllp.com

Thomas H Shipps
    on behalf of Creditor The Rudman Partnership tshipps@mbssllp.com

Thomas H Shipps
    on behalf of Creditor CTM 2005 Ltd. tshipps@mbssllp.com

Thomas H Shipps
    on behalf of Creditor MR Oil & Gas LLC tshipps@mbssllp.com

Thomas H Shipps
    on behalf of Plaintiff The Rudman Partnership tshipps@mbssllp.com

Thomas H Shipps
    on behalf of Creditor Rudman Partnership tshipps@mbssllp.com

Timothy C. Mohan
    on behalf of Creditor Baker Hughes Holdings LLC FKA Baker Hughes, a GE Company LLC tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan
    on behalf of Cross Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan
    on behalf of Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan
    on behalf of Creditor Lufkin Industries LLC tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan
    on behalf of Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com

Timothy C. Mohan
    on behalf of Creditor Baker Petrolite LLC tmohan@foley.com tim.mohan4@gmail.com

Timothy C. Mohan
    on behalf of Creditor GE Oil & Gas Pressure Control US tmohan@foley.com tim.mohan4@gmail.com

Timothy C. Mohan
    on behalf of Creditor Baker Hughes Oilfield Operations LLC tmohan@foley.com tim.mohan4@gmail.com

District/off: 1082-1 User: admin Page 10 of 10
Date Rcvd: Feb 22, 2022 Form ID: pdf904 Total Noticed: 51

| | |
|---|---|
| Timothy C. Mohan | on behalf of Cross Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Defendant Baker Hughes Oilfield Operations Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy M. Swanson | on behalf of Creditor Apple River Investments LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;elisabeth.mason@moyewhite.com;hope.stone@moyewhite.com;heather.otto@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Alabama Oil & Gas LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;elisabeth.mason@moyewhite.com;hope.stone@moyewhite.com;heather.otto@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Kudzu Oil Properties LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;elisabeth.mason@moyewhite.com;hope.stone@moyewhite.com;heather.otto@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company LLC and Sklarco, LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;elisabeth.mason@moyewhite.com;hope.stone@moyewhite.com;heather.otto@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Alabama Oil Company tim.swanson@moyewhite.com rachael.cotner@moyewhite.com;elisabeth.mason@moyewhite.com;hope.stone@moyewhite.com;heather.otto@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Kudzo Oil Properties LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;elisabeth.mason@moyewhite.com;hope.stone@moyewhite.com;heather.otto@moyewhite.com |
| Timothy Michael Riley | on behalf of Attorney Hopping Green & Sams triley@deanmead.com |
| Tyler Lee Weidlich | on behalf of Creditor Pro-Tek Field Services LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com |
| Tyler Lee Weidlich | on behalf of Creditor Pioneer Wireline Services LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 193

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| Debtor. | ) | |

**ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO MOTION OF HOWARD F. SKLAR FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. §§ 503(a), (b)(1)(A), AND (b)(3)(D)**

THIS MATTER, having come before the Court on the *Stipulation to Extend Time to Respond to Motion of Howard F. Sklar for Allowance and Payment of Administrative Expense Pursuant to 11 U.S.C. §§ 503(a), (b)(1)(A), and (b)(3)(D)* (the "Stipulation")[1] filed by the Reorganized Debtors, the Creditor Trust, East West Bank, and Howard Sklar, the Court having reviewed the Stipulation, being fully advised in the premises and finding good cause for granting the requested relief does hereby

ORDER THAT

1. The Stipulation is APPROVED;

2. The date by which the Reorganized Debtors, the Creditor Trust, and East West Bank are required to respond to the Sklar Admin Motion is hereby extended through and including March 3, 2022.

Dated: February 22, 2022

BY THE COURT:

Elizabeth E. Brown,
**United States Bankruptcy Judge**