UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## <u>Minute Order</u>

| | |
|---|---|
| Date: March 1, 2022 | **Honorable Elizabeth E. Brown, Presiding**<br>Kerstin Cass, Law Clerk |

| | | |
|---|---|---|
| In re:  Sklar Exploration Company, LLC,<br>               Debtor. | | **Case. No. 20-12377 EEB**<br>Chapter 11 |
| Sklarco, LLC,<br>               Debtor. | | **Case. No. 20-12380 EEB**<br>Chapter 11 |
| | | **Jointly Administered Under 20-12377 EEB** |

| | Telephonic Appearances | | Representing |
|---|---|---|---|
| Counsel | | UST | |
| Counsel | Keri Riley | Debtor(s) | |
| Counsel | Chris Johnson | Committee | Tom Kim, Creditor Trustee |
| Counsel | Bryce Suzuki | Creditor | East West Bank |
| Counsel | Barnet Skelton Jr. | Creditor | Rudman Partnership, CTM 2005, Ltd. and MER Energy, Ltd |
| Counsel | Adam Hirsch | Creditor | Howard Sklar, Howard Sklar Trust |
| Counsel | | Creditor | |

<u>Proceedings</u>: Telephonic Non-Evidentiary Hearing on the Application for Allowance of Administrative Expenses under 11 USC § 503(b)(3)(D) for Substantial Contribution to These Chapter 11 Cases filed by The Rudman Parties (Dkt. No. 1493) and the Objections thereto filed by East West Bank, Howard Sklar and Tom Kim, as Creditor Trustee.

<u>Orders</u>:

☒  On or before **March 18, 2022**, the Rudman Parties shall supplement their Application with revised billing records.
☒  The parties shall complete discovery for this contested matter on or before **May 6, 2022**.
☒  The Court set a one-day, <u>in-person</u> evidentiary hearing on this matter for **May 23, 2022**, **starting at 9:30 a.m.,** before the Honorable Elizabeth E. Brown in in Courtroom F, US Bankruptcy Court, 721 19th Street, Denver, CO 80202.

1. **On or before May 9, 2022** the parties shall:

   a.  Exchange pre-marked exhibits with one another.  Movant shall use numbers. Respondents shall use letters.  To avoid confusion of exhibits at trial, counsel should confer to ensure that each party has a unique naming convention for their exhibits. For every exhibit exceeding ten (10) pages in length, the party shall sequentially number each page of that exhibit at the bottom of the page.  *Do not file the exhibits with the Court*, except as provided in paragraph 2(a)(i) below.

   b.  File with the Court and serve on opposing party(parties) a List of Witnesses and Exhibits, substantially in the form of Local Bankr. Form 9070-1.1.

2. **On or before May 16, 2022,** the parties shall:

- a. File with the Court and serve on opposing party(parties) any written objections to the opposing party's exhibits.

    - (i) If written objections are filed, the objector must attach a copy of the contested exhibit for the Court's review, unless the nature of the objection involves the fact that the party proffering the exhibit has failed to adequately identify and/or exchange it.

    - (ii) If written objections are not filed, then all objections except as to relevancy will be deemed waived.

    - (iii) The parties should be aware, however, that if the party offering the exhibit never refers to the exhibit either during testimony or in closing argument, then in the Court's discretion, it may not review or consider the exhibit, despite its admission into evidence.

- b. If the parties wish to present exhibits in an electronic form, they shall follow the Courtroom Technology Procedures available on Courtroom F's website at http://www.cob.uscourts.gov/misc/Courtroom_Technology_Procedures.pdf.

3. **At the trial,** each party shall:

    - a. For paper exhibits - deliver to the Court three sets of the party's exhibits. One copy is for the judge, one is for the law clerk, and one is for the witness. Each set shall be placed into a three-ring binder (do not use binders larger than 3 inches in width), with tabs that indicate the appropriate exhibit letter/number. Tabs must extend past the side of the paper so that the witness and the Court may easily locate each exhibit. The first page of each binder shall include an index in the form of Part 2 of Local Bankr. Form 9070-1.1

    - b. For electronic exhibits - provide two (2) USB drives containing the List of Witnesses and Exhibits and electronic copies of all evidence to courtroom staff. All exhibits should be saved in PDF format and named as follows, "Exhibit Marker – Exhibit Name" (e.g., "A – Contract"). For every exhibit exceeding ten (10) pages in length, the party shall sequentially number each page of that exhibit at the bottom of the page. Multiple exhibits may not be lumped together into one PDF document. If a particular exhibit will be referred to throughout the hearing/trial, such as a key contract or a summary exhibit, parties should consider providing a paper copy of that exhibit to the Court.

    - c. Exhibit notebooks and USB thumb drives may be delivered to the Court via a delivery service (USPS, FedEx, UPS, etc.), in person, or by courier. If using in person or courier delivery, notebooks and thumb drives (please put thumb drives in a sealed envelope) can be left at the designated filing drop box.

    - d. Present testimony through witnesses who are present in the courtroom. No testimony will be allowed by telephone or declaration. If a witness is unavailable for trial and his or her testimony has been preserved through deposition transcripts or video depositions, then this fact should be identified in the List of Witnesses and Exhibit.

4. **After the trial**, the parties shall retain custody of their own exhibits in accordance with Local Bankruptcy Rule 9070-1(a)(3).

**For additional information** on witnesses and exhibits, please see Witness & Exhibit Procedures for Judge Elizabeth Brown, available at http://www.cob.uscourts.gov/brown/files/WitnessExhibitProcedures.pdf.

☒ Counsel for Debtors agreed to file a brief, post-confirmation status report.

Date: March 1, 2022

BY THE COURT:

Elizabeth E. Brown, U.S. Bankruptcy Judge