UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
|   Debtor. | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
|   Debtor. | ) | |

**FINAL DECREE**

The estate of the above-named debtor having been fully administered, it is

    ORDERED that the chapter 11 cases of the above-named debtors are hereby closed.

Dated:_____       BY THE COURT:

                                                  Honorable Elizabeth E. Brown
                                                  United States Bankruptcy Judge