UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

### SECOND STIPULATION TO EXTEND TIME TO RESPOND TO MOTION OF HOWARD F. SKLAR FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. §§ 503(a), (b)(1)(A), AND (b)(3)(D) AND COMPLAINT IN ADVERSARY PROCEEDING

The Reorganized Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together with SEC, the "Reorganized Debtors"), the Creditor Trust, East West Bank (collectively the "Responding Parties"), and Howard Sklar, both in his individual capacity and in his capacity for various family trusts, by and through their undersigned attorneys, state their Stipulation to an extension of the date by which the Responding Parties are required to file their responses to the *Motion of Howard F. Sklar for Allowance and Payment of Administrative Expense Pursuant to 11 U.S.C. §§ 503(a), (b)(1)(A), and (b)(3)(D)* ("Sklar Admin Motion") and Answer or otherwise respond to Adversary Proceeding No. 22-01022-EEB, captioned *Howard Sklar v. Sklar Exploration Company, LLC et al.* ("Sklar AP") as follows:

    1.    The Reorganized Debtors filed their respective voluntary petitions for relief pursuant to Chapter 11 of the Bankruptcy Code on April 1, 2020. The Reorganized Debtors' *Second Amended and Restated Joint Plan of Reorganization* ("Plan") (Docket No. 1251) was confirmed on August 24, 2021 and became effective on September 7, 2021.

    2.    The Plan provides, in Section 7.2, that the parties shall cooperate to attempt to resolve their disputes with respect to certain assets identified as "Disputed Assets" under the Plan, and further preserves the right to commence an adversary proceeding and take such further action

as is necessary to determine any party's rights with respect to the Disputed Assets.[1]

3. Post-petition, on January 31, 2022, Howard Sklar timely filed the Sklar Admin Motion seeking allowance and payment of funds derived from the Disputed Assets during the Reorganized Debtors' bankruptcy cases.

4. Contemporaneously with the filing of the Sklar Admin Motion, Howard Sklar commenced the Sklar AP, seeking declaratory judgment with respect to ownership of the Disputed Assets.

5. The date by which the Responding Parties are required to file responses to the Sklar Admin Motion and file Answers or otherwise respond to the Complaint in the Sklar AP is March 3, 2022.

6. The Reorganized Debtor and Howard Sklar have engaged in settlement discussions to explore a potential resolution of the claims without the need for further litigation. Mr. Sklar and the Creditor Trust have similarly engaged in preliminary settlement discussions.

7. To facilitate settlement discussions, the Responding Parties and Howard Sklar therefore stipulate and agree that the date by which the Responding Parties are required to respond to the Sklar Admin Motion and the Sklar AP shall be extended by thirty-two (32) days, through and including April 4, 2022.

8. As set forth above, extending the date by which parties are required to respond to the Sklar Admin Motion and the Sklar AP will allow the parties to fully explore settlement options prior to engaging in costly litigation over the Disputed assets, and is therefore in the best interests of the Parties.

[remainder of page intentionally left blank]

---

[1] "Disputed Assets" as used herein shall have the same meaning ascribed to it as Section 7.2 of the Plan.

WHEREFORE, the parties pray the Court make and enter an Order approving this Stipulation and extending the date by which the Responding Parties are required to respond to the Sklar Admin Motion and the Sklar AP, and for such further and additional relief as to the Court may appear just and proper.

By: */s/ Keri L. Riley*
Keri Riley
Kutner Brinen Dickey Riley, P.C.
1660 Lincoln Street, Suite 1720
Denver, Colorado 80264
Telephone: 303.832.2910
Email: klr@kutnerlaw.com

*Counsel to Sklarco, LLC and Sklar Exploration Company, LLC*

By: */s/ Adam L. Hirsch*
Adam L. Hirsch, Reg. No. 44306
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, Colorado 80202
Telephone: 303.892.9400
Facsimile: 303.893.1379
Email: adam.hirsch@dgslaw.com

*Counsel to Howard F. Sklar in the Capacities Recited in the Sklar Admin Motion*

By: */s/ Christopher D. Johnson*
Christopher D. Johnson
Diamond McCarthy LLP
909 Fannin Street, 37th Floor
Houston, Texas 77010
Telephone: 713.333.5134
Facsimile: 713.333.5199
Email: chris.johnson@diamondmccarthy.com

*Counsel to r² advisors llc, as Trustee for the Creditor Trust*

By: */s/Bryce Suzuki*
Bryce A. Suzuki
Snell & Wilmer L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Phone: 602-382-6000
Email: bsuzuki@swlaw.com

*Counsel to East West Bank*