UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
|   Debtor. | ) | |
| _____ | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
|   Debtor. | ) | |

**ORDER APPROVING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO MOTION OF HOWARD F. SKLAR FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. §§ 503(a), (b)(1)(A), AND (b)(3)(D) AND COMPLAINT IN ADVERSARY PROCEEDING**

THIS MATTER, having come before the Court on the *Second Stipulation to Extend Time to Respond to Motion of Howard F. Sklar for Allowance and Payment of Administrative Expense Pursuant to 11 U.S.C. §§ 503(a), (b)(1)(A), and (b)(3)(D) and Complaint in Adversary Proceeding* (the "Stipulation")[1] filed by the Reorganized Debtors, the Creditor Trust, East West Bank, and Howard Sklar, the Court having reviewed the Stipulation, being fully advised in the premises and finding good cause for granting the requested relief does hereby

ORDER THAT

1. The Stipulation is APPROVED;

2. The date by which the Reorganized Debtors, the Creditor Trust, and East West Bank are required to respond to the Sklar Admin Motion is hereby extended through and including April 4, 2022; and

3. The date by which the Reorganized Debtors, the Creditor Trust, and East West Bank are required to Answer or otherwise respond to the Complaint filed in *Howard Sklar v. Sklar Exploration Company, LLC et al.*, Adversary Proceeding No. 22-01022-EEB is hereby extended through and including April 4, 2022. A copy of this Order shall be docketed in the Adversary Proceeding No. 22-1022 EEB.

2

Dated: March 3, 2022

BY THE COURT:

_Elizabeth E. Brown_ (signature)

Elizabeth E. Brown,
United States Bankruptcy Judge