United States Bankruptcy Court
District of Colorado

In re:     Case No. 20-12377-EEB
Sklar Exploration Company, LLC     Chapter 11
Sklarco, LLC
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 10
Date Rcvd: Mar 01, 2022     Form ID: pdf904     Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Sklar Exploration Company, LLC, Sklarco, LLC, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301-2541 |
| aty | + | Benjamin Y. Ford, RSA Tower, 27th Floor, 11 North Water Street, Mobile, AL 36602-3809 |
| aty | + | Cook, Yancey, King & Galloway, APLC, 333 Texas Street, Suite 1700, P.O. Box 22260, Shreveport, LA 71120-2260 |
| cr | + | AEEC II, LLC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | AEH Investments, LLC, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| cr | + | Anderson Exploration Energy Company, LC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Baker Hughes Holdings, LLC FKA Baker Hughes, a GE, C/O Christopher J. Ryan, 17021 Aldine Westfield Road, Houston, TX 77073-5101 |
| cr | + | Barbara P Lawrence, 55 Hill Circle, Evergreen, CO 80439-4618 |
| cr | + | Barnette & Benefield, Inc., PO Box 550, Haynesville, LA 71038-0550 |
| cr | + | Bundero Investment Company, LLC, 401 Edwards Street, Suite 820, Shreveport, LA 71101-5521 |
| cr | + | Colorado Department Of Revenue, 1881 Pierce St., Bankruptcy Unit, Room 104, Lakewood, CO 80214-3503 |
| cr | + | Estate of Pamela Page, Deceased, P.O. Box 374, Evergreen, CO 80437-0374 |
| cr | + | Foote Oil and Gas Properties, LLC, 1655 Prudential Drive, #161B, Jacksonville, FL 32207-8105 |
| cr | + | Franks Exploration Company, LLC, P.O. Box 7655, Shreveport, LA 71137-7655 |
| cr | + | Hughes Oil South, LLC, P.O. Box 608, Oxford, MS 38655-0608 |
| cr | + | I & L Miss I, LP, 4761 Frank Luck Dr, Addison, TX 75001-3202 |
| cr | + | J&A Harris, LP, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| intp | #+ | J. Marshall Jones, 920 Arapahoe, Louisville, CO 80027-1092 |
| cr | + | John H. Smith, c/o Quitman Tank Solutions, LLC, PO Box 90, Quitman, MS 39355-0090 |
| cr | + | KMR Investments, LLC, P.O. Box 417, Homer, LA 71040-0417 |
| cr | + | Kingston, LLC, 2790 South Thompson Street, Suite 102, Springdale, AR 72764-6303 |
| cr | + | Kodiak Gas Services, LLC, 15320 Hwy. 105, Suite 210, Montgomery, TX 77356-2602 |
| cr | + | NexTier Completion Solutions, Inc., c/o Allen Bryson, PLLC, 211 N. Center St., Longview, TX 75601-7221 |
| cr | + | Pearl Parkway, LLC, 2595 Canyon Blvd., Ste 230, Boulder, CO 80302-6737 |
| cr | + | Pickens Financial Group, LLC, 10100 N. Central Expressway, Suite 200, Dallas, TX 75231-4169 |
| cr | + | Stoneham Drilling Corporation, c/o Bradley, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | + | Sugar Oil Properties, L.P., 625 Market Street, Suite 100, Shreveport, LA 71101-5392 |
| cr | + | TCP Cottonwood, L.P., 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Tauber Exploration & Production Company, 55 Waugh Drive, Suite 700, Houston, TX 77007-5837 |
| intp | | The Juneau Group, 2386A Rice Blvd. #232, Houston, TX 77005 |
| 18754408 | + | Anderson Investment Holdings, LP, AEEC II, LLC, 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |
| 18754411 | + | Apple River Investments, L.L.C., Attn Robert M. Boeve, President, 1503 Garfield Road North, Traverse City, MI 49696-1111 |
| 18754484 | + | East West Bank Treasury Department, 135 North Los Robles Avenue, Suite 600, ATTN Linda Cox, Pasadena, CA 91101-4549 |
| 18754497 | + | Fant Energy Limited, P.O. Box 55205, Houston, TX 77255-5205 |
| 18754529 | + | H&H Construction, LLC, Ladon E. Hall, Sole Manager, P.O. Box 850, Flomaton, AL 36441-0850 |
| 18754560 | | JD Fields & Company, Inc., P.O. Box 134401, Houston, TX 77219-4401 |
| 18754567 | + | JJS Working Interest LLC, 2001 Kirby Dr, Suite 1110, Houston, TX 77019-6081 |
| 18754578 | + | Kelley Brothers Contractors, Inc., P.O. Drawer 1079, Waynesboro, MS 39367-1079 |
| 18754588 | + | Kudzu Oil Properties, LLC, 300 Concourse Blvd, Suite 101, Ridgeland, MS 39157-2091 |
| 18754612 | + | Meritage Energy, Ltd., C/O BKD, LLP, 2700 Post Oak Blvd, Ste 1500, Houston, TX 77056-5829 |

| District/off: 1082-1 | User: admin | Page 2 of 10 |
|---|---|---|
| Date Rcvd: Mar 01, 2022 | Form ID: pdf904 | Total Noticed: 50 |

| | | |
|---|---|---|
| 18754613 | | Mesa Fluids, LLC, c/o Juno Financial, P.O. Box 173928, Denver, CO 80217-3928 |
| 18754664 | | Pro-Tek Field Services, LLC, P.O. Box 919269, Dallas, TX 75391-9269 |
| 18754666 | + | Pruet Oil Company, LLC, 217 West Capitol St. Ste 201, Jackson, MS 39201-2099 |
| 18754673 | + | Rapad Well Service Co., Inc., 217 West Capitol Street, Jackson, MS 39201-2004 |
| 18754735 | + | TCP Cottonwood, L.P., 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |
| 18754760 | + | Union Oilfield Supply, Inc., 12 John Dykes Road, Waynesboro, MS 39367-8371 |

TOTAL: 46

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: cmccord@mccordprod.com | Mar 01 2022 21:57:00 | CTM 2005, Ltd., 55 Waugh Drive, Suite 515, Houston, TX 77007-5840 |
| cr | + | Email/Text: bankruptcy@coag.gov | Mar 01 2022 21:57:00 | Colorado Department of Law, 1300 Broadway, 8th Floor, Denver, CO 80203-2104 |
| cr | | Email/Text: tim.swanson@moyewhite.com | Mar 01 2022 21:57:00 | Kudzu Oil Properties, LLC, c/o Timothy M. Swanson, Moye White LLP, 1400 16th Street, 6th Floor, Denver, CO 80202 |
| intp | + | Email/Text: aodonnell@r2llc.com | Mar 01 2022 21:57:00 | Thomas M. Kim, r2 advisors llc, 1518 Blake Street, Denver, CO 80202-1322 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Hall Management, LLC, 4913 Oak Point Drive |
| 18754510 | ##+ | FPCC USA, Inc., 245 Commerce Green Blvd, Ste 250, Sugar Land, TX 77478-3760 |
| 18754598 | ## | Lucas Petroleum Group, Inc., 327 Congress Avenue, Suite 500, Austin, TX 78701-3656 |
| 18754720 | ##+ | Stoneham Drilling Corporation, 707 17th Street, Suite 3250, Denver, CO 80202-3433 |
| 18754721 | ## | Strago Petroleum Corporation, 3209 Hamm Road, Pearland, TX 77581-5503 |

TOTAL: 1 Undeliverable, 0 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2022         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam L. Hirsch | on behalf of Interested Party Howard F. Sklar  adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |

District/off: 1082-1 | User: admin | Page 3 of 10
Date Rcvd: Mar 01, 2022 | Form ID: pdf904 | Total Noticed: 50

Adam L. Hirsch
on behalf of Interested Party Howard Sklar Trust adam.hirsch@dgslaw.com robin.anderson@dgslaw.com

Adam L. Hirsch
on behalf of Plaintiff Howard F. Sklar adam.hirsch@dgslaw.com robin.anderson@dgslaw.com

Amy Vazquez
on behalf of Creditor FPCC USA Inc. avazquez@joneswalker.com

Andrew James Shaver
on behalf of Creditor Premium Oilfield Services LLC ashaver@bradley.com

Armistead Mason Long
on behalf of Creditor Pine Island Chemical Solutions L.L.C. along@gamb.law

Barnet B Skelton, Jr
on behalf of Plaintiff The Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr
on behalf of Creditor Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr
on behalf of Creditor MER Energy LTD barnetbjr@msn.com

Barnet B Skelton, Jr
on behalf of Creditor MR Oil & Gas LLC barnetbjr@msn.com

Barnet B Skelton, Jr
on behalf of Creditor I & L Miss I LP barnetbjr@msn.com

Barnet B Skelton, Jr
on behalf of Creditor The Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr
on behalf of Creditor CTM 2005 Ltd. barnetbjr@msn.com

Belinda Harrison
belindapittsharrison@gmail.com belindapittsharrison@gmail.com

Benjamin Young Ford
on behalf of Spec. Counsel Armbrecht Jackson LLP byf@ajlaw.com, chs@ajlaw.com

Brent R. Cohen
on behalf of Creditor Fant Energy Limited bcohen@lewisroca.com brent-cohen-8759@ecf.pacerpro.com,jeastin@lrrc.com

Brian Rich
on behalf of Creditor Fletcher Exploration LLC brich@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich
on behalf of Creditor Fletcher Petroleum Company LLC brich@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich
on behalf of Creditor Fletcher Petroleum Corp. brich@bergersingerman.com
efile@bergersingerman.com;efile@ecf.inforuptcy.com

Bryce Suzuki
on behalf of Creditor East-West Bank bsuzuki@swlaw.com tina.daniels@bclplaw.com

Bryce Suzuki
on behalf of Defendant East West Bank bsuzuki@swlaw.com tina.daniels@bclplaw.com

Bryce Suzuki
on behalf of Intervenor East West Bank bsuzuki@swlaw.com tina.daniels@bclplaw.com

Christopher Meredith
on behalf of Creditor Coastal Exploration Inc. cmeredith@cctb.com,
bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
on behalf of Attorney Copeland Cook, Taylor & Bush, P.A. cmeredith@cctb.com,
bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
on behalf of Creditor Eastern Fishing & Rental Tool Company Inc. cmeredith@cctb.com,
bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
on behalf of Creditor Fletcher Petroleum Corp. cmeredith@cctb.com
bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith

District/off: 1082-1                                                      User: admin                                                 Page 4 of 10

Date Rcvd: Mar 01, 2022                        Form ID: pdf904                               Total Noticed: 50

| | |
|---|---|
| | on behalf of Creditor PAR Minerals Corporation cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher D. Johnson | on behalf of Creditor Committee The Official Committee of Unsecured Creditors chris.johnson@diamondmccarthy.com amanda.heydrick@diamondmccarthy.com |
| Christopher D. Johnson | on behalf of Interested Party Thomas M. Kim chris.johnson@diamondmccarthy.com amanda.heydrick@diamondmccarthy.com |
| Christopher D. Johnson | on behalf of Defendant Thomas Kim Trustee of the Sklar Creditors Trust chris.johnson@diamondmccarthy.com, amanda.heydrick@diamondmccarthy.com |
| Christopher M. Crowley | on behalf of Creditor Liquid Gold Well Service Inc. ccrowley@fncmlaw.com |
| Daniel L. Bray | on behalf of Creditor Weatherford U.S. L.P. daniel.bray@huschblackwell.com, ann.stolfa@huschblackwell.com;daniel-bray-5348@ecf.pacerpro.com |
| David M. Miller | on behalf of Creditor Bri-Chem Supply Corp. LLC dmiller@spencerfane.com, akarant@spencerfane.com |
| David R Taggart | on behalf of Creditor JH Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com |
| David R Taggart | on behalf of Creditor JF Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com |
| David R Taggart | on behalf of Interested Party JF Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com |
| David W. Drake | on behalf of Creditor Ford Motor Credit Company LLC co.ecf@bdfgroup.com |
| David W. Hall | davidwendallhall@gmail.com |
| Deanna L. Westfall | on behalf of Creditor Colorado Department Of Revenue deanna.westfall@coag.gov Robert.padjen@coag.gov;jade.darnell@coag.gov |
| Deirdre Carey Brown | on behalf of Creditor Maren Silberstein Revocable Trust dcb@dcbfirm.com |
| Duane Brescia | on behalf of Creditor Seitel Data Ltd. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com |
| Duane Brescia | on behalf of Creditor Lucas Petroleum Group Inc. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com |
| Duane Brescia | on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com djaenike@clarkhill.com;ckclark@clarkhill.com |
| Elizabeth Helen Weller | on behalf of Creditor McLeod ISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com |
| Elizabeth Helen Weller | on behalf of Creditor Atlanta ISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com |
| Elizabeth Helen Weller | on behalf of Creditor Linden-Kildare CISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com |
| Epiq Systems | on behalf of Claims Agent Epiq Corporate Restructuring LLC rjacobs@ecf.epiqsystems.com |
| Florence Bonaccorso-Saenz | on behalf of Creditor Louisiana Department of Revenue florence.saenz@la.gov |
| Glenn Taylor | on behalf of Creditor Coastal Exploration Inc. gtaylor@cctb.com |
| Glenn Taylor | on behalf of Creditor PAR Minerals Corporation gtaylor@cctb.com |
| Glenn Taylor | on behalf of Creditor Eastern Fishing & Rental Tool Company Inc. gtaylor@cctb.com |
| Grant Matthew Beiner | on behalf of Creditor Committee The Official Committee of Unsecured Creditors gbeiner@munsch.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 5 of 10 |
| Date Rcvd: Mar 01, 2022 | Form ID: pdf904 | Total Noticed: 50 |

hvalentine@munsch.com,scurry@munsch.com

Grant Matthew Beiner
    on behalf of Interested Party Thomas Kim gbeiner@munsch.com  hvalentine@munsch.com,scurry@munsch.com

J. Eric Lockridge
    on behalf of Creditor Sugar Oil Properties  L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

J. Eric Lockridge
    on behalf of Creditor Anderson Exploration Energy Company  L.C. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

J. Eric Lockridge
    on behalf of Creditor TCP Cottonwood  L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

J. Eric Lockridge
    on behalf of Creditor AEEC II  LLC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

J. Eric Lockridge
    on behalf of Creditor Anderson Exploration Energy Company  LC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com,3303634420@filings.docketbird.com

James B. Bailey
    on behalf of Creditor Stoneham Drilling Corporation jbailey@bradley.com  ashaver@bradley.com,jbailey@ecf.courtdrive.com

Jeffery Dayne Carruth
    on behalf of Creditor Halliburton Energy Services  Inc. jcarruth@wkpz.com

Jeffrey R. Barber
    on behalf of Creditor FPCC USA  Inc. jbarber@joneswalker.com, jmaxey@joneswalker.com;mgreen@joneswalker.com

Jeffrey S. Brinen
    on behalf of Debtor Sklar Exploration Company  LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jeffrey S. Brinen
    on behalf of Debtor Sklarco  LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jennifer Hardy
    on behalf of Creditor JJS Interests Steele Kings  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
    on behalf of Creditor JJS Working Interests  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
    on behalf of Creditor JJS Interests North Beach  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
    on behalf of Creditor JJS Interests Escambia  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
    on behalf of Creditor JJS Interests West Arcadia  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Norris Soto
    on behalf of Creditor Barnette & Benefield  Inc. jennifersoto@arklatexlaw.com, curtisshelton@arklatexlaw.com,

Jenny M.F. Fujii
    on behalf of Defendant Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
    on behalf of Debtor Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
    on behalf of Cross-Claimant Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
    on behalf of Debtor Sklarco  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jeremy L Retherford
    on behalf of Creditor RAPAD Well Service Co.  Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Creditor Pruet Production Co. jretherford@balch.com  kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Plaintiff Pruet Production Co. jretherford@balch.com  kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Creditor Pruet Oil Company  LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford

Case:20-12377-MER Doc#:1649 Filed:03/03/22 Entered:03/03/22 22:15:10 Page6 of 13

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 6 of 10 |
| Date Rcvd: Mar 01, 2022 | Form ID: pdf904 | Total Noticed: 50 |

| | |
|---|---|
| | on behalf of Interested Party Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com |
| Jim F Spencer, Jr | |
| | on behalf of Creditor Landmark Exploration LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| Jim F Spencer, Jr | |
| | on behalf of Creditor Lexington Investments LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| Jim F Spencer, Jr | |
| | on behalf of Creditor Landmark Oil and Gas LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| Jim F Spencer, Jr | |
| | on behalf of Creditor Stone Development LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| John Cornwell | |
| | on behalf of Creditor Committee The Official Committee of Unsecured Creditors jcornwell@munsch.com hvalentine@munsch.com;john-cornwell-6088@ecf.pacerpro.com |
| John H Bernstein | |
| | on behalf of Creditor Pearl Parkway LLC john.bernstein@kutakrock.com, trina.rioux@kutakrock.com |
| John Thomas Oldham | |
| | on behalf of Creditor Kodiak Gas Services LLC joldham@okinadams.com, bmoore@okinadams.com |
| Jonathan Dickey | |
| | on behalf of Creditor Foote Oil & Gas Properties LLC jmd@kutnerlaw.com, vlm@kutnerlaw.com |
| Jordan B. Bird | |
| | on behalf of Creditor KMR Investments LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor Bundero Investment Company LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Attorney Cook Yancey, King & Galloway, APLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor J&A Harris LP jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor Hughes Oil South LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor Franks Exploration Company LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor Hall Management LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor Kingston LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor AEH Investments LLC jordan.bird@cookyancey.com |
| Joseph D. DeGiorgio | |
| | on behalf of Creditor Ford Motor Credit Company LLC josephde@bdfgroup.com |
| Joseph Eric Bain | |
| | on behalf of Creditor FPCC USA Inc. jbain@joneswalker.com, kvrana@joneswalker.com;joseph-bain-8368@ecf.pacerpro.com |
| Katherine A Ross | |
| | on behalf of Creditor Bureau of Land Management katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine A Ross | |
| | on behalf of Creditor Office of Natural Resources Revenue katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine A Ross | |
| | on behalf of Creditor Internal Revenue Service katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine Guidry Douthitt | |
| | on behalf of Creditor Dickson Oil & Gas L.L.C. kdouthitt@bwor.com |
| Katherine Guidry Douthitt | |
| | on behalf of Creditor C. Bickham Dickson III kdouthitt@bwor.com |
| Keith D. Tooley | |
| | on behalf of Defendant Baker Hughes Oilfield Operations Inc. ktooley@wsmtlaw.com |
| Keith D. Tooley | |
| | on behalf of Defendant Kelley Brothers Contractors Inc. ktooley@wsmtlaw.com |

| District/off: 1082-1 | User: admin | Page 7 of 10 |
|---|---|---|
| Date Rcvd: Mar 01, 2022 | Form ID: pdf904 | Total Noticed: 50 |

Keith D. Tooley
    on behalf of Defendant GE Oil & Gas Pressure Control LP ktooley@wsmtlaw.com

Keith D. Tooley
    on behalf of Defendant Sklar Exploration Company LLC ktooley@wsmtlaw.com

Keith D. Tooley
    on behalf of Plaintiff Southeast Alabama Gas District ktooley@wsmtlaw.com

Kelsey Jamie Buechler
    on behalf of Creditor Foote Oil and Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com

Kelsey Jamie Buechler
    on behalf of Creditor Foote Oil & Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com

Keri L. Riley
    on behalf of Defendant Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Keri L. Riley
    on behalf of Debtor Sklarco LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Keri L. Riley
    on behalf of Defendant Sklarco LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Keri L. Riley
    on behalf of Debtor Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Kevin S. Neiman
    on behalf of Creditor Plains Gas Solutions LLC kevin@ksnpc.com

Kevin S. Neiman
    on behalf of Plaintiff Plains Marketing L.P. kevin@ksnpc.com

Kevin S. Neiman
    on behalf of Counter-Defendant Plains Marketing L.P. kevin@ksnpc.com

Kevin S. Neiman
    on behalf of Creditor Plains Marketing L.P. kevin@ksnpc.com

Laurie Spindler
    on behalf of Creditor Rusk County laurie.spindler@lgbs.com
    Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
    on behalf of Creditor Smith County laurie.spindler@lgbs.com
    Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
    on behalf of Creditor Atlanta ISD laurie.spindler@lgbs.com
    Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
    on behalf of Creditor Franklin County laurie.spindler@lgbs.com
    Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
    on behalf of Creditor McLeod ISD laurie.spindler@lgbs.com
    Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
    on behalf of Creditor Beckville ISD laurie.spindler@lgbs.com
    Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
    on behalf of Creditor Gregg County laurie.spindler@lgbs.com
    Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
    on behalf of Creditor Wood County laurie.spindler@lgbs.com
    Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
    on behalf of Creditor Upshur County laurie.spindler@lgbs.com
    Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
    on behalf of Creditor Linden-Kildate CISD laurie.spindler@lgbs.com
    Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
    on behalf of Creditor Marion County laurie.spindler@lgbs.com
    Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Case:20-12377-MER   Doc#:1649   Filed:03/03/22   Entered:03/03/22 22:15:10   Page8 of 13

| District/off: 1082-1 | User: admin | Page 8 of 10 |
|---|---|---|
| Date Rcvd: Mar 01, 2022 | Form ID: pdf904 | Total Noticed: 50 |

| | |
|---|---|
| Laurie Spindler | on behalf of Creditor Camp CAD laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie Spindler | on behalf of Creditor Frankston ISD laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Lee M. Kutner | on behalf of Debtor Sklar Exploration Company LLC vlm@kutnerlaw.com |
| Lee M. Kutner | on behalf of Debtor Sklarco LLC vlm@kutnerlaw.com |
| Madison M. Tucker | on behalf of Creditor FPCC USA Inc. mtucker@joneswalker.com, madison-tucker-7703@ecf.pacerpro.com |
| Mario A Lamar | on behalf of Creditor NexTier Completion Solutions Inc. mlamar@allenbrysonlaw.com |
| Matthew Okin | on behalf of Creditor Kodiak Gas Services LLC mokin@okinadams.com |
| Matthew J Ochs | on behalf of Plaintiff Pruet Production Co. mjochs@hollandhart.com tldevlin@hollandhart.com |
| Matthew J Ochs | on behalf of Creditor Pruet Production Co. mjochs@hollandhart.com tldevlin@hollandhart.com |
| Matthew J Ochs | on behalf of Creditor Pruet Oil Company LLC mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Matthew J Ochs | on behalf of Debtor Sklarco LLC mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Matthew J Ochs | on behalf of Creditor RAPAD Well Service Co. Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Michael Niles | on behalf of Creditor Fletcher Exploration LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael Niles | on behalf of Creditor Fletcher Petroleum Company LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael Niles | on behalf of Creditor Fletcher Petroleum Corp. mniles@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael Schuster | on behalf of Interested Party Louisiana Tower Operating LLC schusterm@ballardspahr.com henningc@ballardspahr.com;LitDocket_West@ballardspahr.com |
| Michael D Rubenstein | on behalf of Interested Party BPX Properties (NA) LP mdrubenstein@liskow.com |
| Michael D Rubenstein | on behalf of Interested Party BP America Production Company mdrubenstein@liskow.com |
| Michael J. Guyerson | on behalf of Creditor Estate of Pamela Page Deceased , Gabriel@kjblawoffice.com |
| Michael J. Guyerson | on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com Gabriel@kjblawoffice.com |
| P. Matthew Cox | on behalf of Creditor Ally Bank pmc@scmlaw.com mw@scmlaw.com |
| Paul Moss | on behalf of U.S. Trustee US Trustee Paul.Moss@usdoj.gov |
| Robert Padjen | on behalf of Creditor Colorado Department of Law Robert.padjen@coag.gov deanna.westfall@coag.gov |
| Robert L Paddock | on behalf of Creditor Strago Petroleum Corporation rpaddock@buckkeenan.com myers@buckkeenan.com |
| Robert L Paddock | on behalf of Creditor Gateway Exploration LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Robert L Paddock | on behalf of Creditor Meritage Energy Ltd rpaddock@buckkeenan.com myers@buckkeenan.com |

| | |
|---|---|
| Robert L Paddock | on behalf of Creditor Harvest Gas Management LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Robert L Paddock | on behalf of Creditor GCREW Properties LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Ryan Lorenz | on behalf of Creditor Juno Financial LLC RLorenz@ClarkHill.com |
| Ryan Seidemann | on behalf of Creditor State of Louisiana Depatment of Natural Resources, Office of Mineral Resources seidemannr@ag.louisiana.gov |
| Ryco Exploration, LLC. | rsmith.ryco@att.net |
| Shay L. Denning | on behalf of Creditor Tauber Exploration & Production Company sdenning@axishealthsystem.org |
| Shay L. Denning | on behalf of Creditor I & L Miss I LP sdenning@axishealthsystem.org |
| Shay L. Denning | on behalf of Creditor CTM 2005 Ltd. sdenning@axishealthsystem.org |
| Shay L. Denning | on behalf of Creditor Pickens Financial Group LLC sdenning@axishealthsystem.org |
| Stephen K. Lecholop, II | on behalf of Creditor McCombs Energy Ltd. slecholop@rpsalaw.com, ecarrillo@rpsalaw.com;lchapa@rpsalaw.com |
| Stephen K. Lecholop, II | on behalf of Creditor McCombs Exploration LLC slecholop@rpsalaw.com, ecarrillo@rpsalaw.com;lchapa@rpsalaw.com |
| Theodore J. Hartl | on behalf of Interested Party Louisiana Tower Operating LLC hartlt@ballardspahr.com blessingb@ballardspahr.com |
| Thomas H Shipps | on behalf of Creditor MER Energy LTD tshipps@mbssllp.com |
| Thomas H Shipps | on behalf of Creditor I & L Miss I LP tshipps@mbssllp.com |
| Thomas H Shipps | on behalf of Creditor The Rudman Partnership tshipps@mbssllp.com |
| Thomas H Shipps | on behalf of Creditor CTM 2005 Ltd. tshipps@mbssllp.com |
| Thomas H Shipps | on behalf of Creditor MR Oil & Gas LLC tshipps@mbssllp.com |
| Thomas H Shipps | on behalf of Plaintiff The Rudman Partnership tshipps@mbssllp.com |
| Thomas H Shipps | on behalf of Creditor Rudman Partnership tshipps@mbssllp.com |
| Timothy C. Mohan | on behalf of Creditor Baker Hughes Holdings LLC FKA Baker Hughes, a GE Company LLC tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Cross Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor Lufkin Industries LLC tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor Baker Petrolite LLC tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor GE Oil & Gas Pressure Control US tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor Baker Hughes Oilfield Operations LLC tmohan@foley.com tim.mohan4@gmail.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 10 of 10 |
| Date Rcvd: Mar 01, 2022 | Form ID: pdf904 | Total Noticed: 50 |

Timothy C. Mohan
    on behalf of Cross Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com  tim.mohan4@gmail.com

Timothy C. Mohan
    on behalf of Defendant Baker Hughes Oilfield Operations  Inc. tmohan@foley.com, tim.mohan4@gmail.com

Timothy M. Swanson
    on behalf of Creditor Apple River Investments  LLC tim.swanson@moyewhite.com,
    rachael.cotner@moyewhite.com;elisabeth.mason@moyewhite.com;hope.stone@moyewhite.com;heather.otto@moyewhite.com

Timothy M. Swanson
    on behalf of Creditor Alabama Oil & Gas  LLC tim.swanson@moyewhite.com,
    rachael.cotner@moyewhite.com;elisabeth.mason@moyewhite.com;hope.stone@moyewhite.com;heather.otto@moyewhite.com

Timothy M. Swanson
    on behalf of Creditor Kudzu Oil Properties  LLC tim.swanson@moyewhite.com,
    rachael.cotner@moyewhite.com;elisabeth.mason@moyewhite.com;hope.stone@moyewhite.com;heather.otto@moyewhite.com

Timothy M. Swanson
    on behalf of Creditor Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company  LLC and Sklarco, LLC
    tim.swanson@moyewhite.com,
    rachael.cotner@moyewhite.com;elisabeth.mason@moyewhite.com;hope.stone@moyewhite.com;heather.otto@moyewhite.com

Timothy M. Swanson
    on behalf of Creditor Alabama Oil Company tim.swanson@moyewhite.com
    rachael.cotner@moyewhite.com;elisabeth.mason@moyewhite.com;hope.stone@moyewhite.com;heather.otto@moyewhite.com

Timothy M. Swanson
    on behalf of Creditor Kudzo Oil Properties  LLC tim.swanson@moyewhite.com,
    rachael.cotner@moyewhite.com;elisabeth.mason@moyewhite.com;hope.stone@moyewhite.com;heather.otto@moyewhite.com

Timothy Michael Riley
    on behalf of Attorney Hopping Green & Sams triley@deanmead.com

Tyler Lee Weidlich
    on behalf of Creditor Pro-Tek Field Services  LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com

Tyler Lee Weidlich
    on behalf of Creditor Pioneer Wireline Services  LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com

US Trustee
    USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 193

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

<u>*Minute Order*</u>

| | |
|---|---|
| Date: March 1, 2022 | **Honorable Elizabeth E. Brown, Presiding** |
| | Kerstin Cass, Law Clerk |

| | | | |
|---|---|---|---|
| In re: | Sklar Exploration Company, LLC, | | **Case. No. 20-12377 EEB** |
| | Debtor. | | Chapter 11 |
| | Sklarco, LLC, | | **Case. No. 20-12380 EEB** |
| | Debtor. | | Chapter 11 |

**Jointly Administered Under 20-12377 EEB**

| | Telephonic Appearances | | Representing |
|---|---|---|---|
| Counsel | | UST | |
| Counsel | Keri Riley | Debtor(s) | |
| Counsel | Chris Johnson | Committee | Tom Kim, Creditor Trustee |
| Counsel | Bryce Suzuki | Creditor | East West Bank |
| Counsel | Barnet Skelton Jr. | Creditor | Rudman Partnership, CTM 2005, Ltd. and MER Energy, Ltd |
| Counsel | Adam Hirsch | Creditor | Howard Sklar, Howard Sklar Trust |
| Counsel | | Creditor | |

Proceedings:  Telephonic Non-Evidentiary Hearing on the Application for Allowance of Administrative Expenses under 11 USC § 503(b)(3)(D) for Substantial Contribution to These Chapter 11 Cases filed by The Rudman Parties (Dkt. No. 1493) and the Objections thereto filed by East West Bank, Howard Sklar and Tom Kim, as Creditor Trustee.

Orders:

☒  On or before **March 18, 2022**, the Rudman Parties shall supplement their Application with revised billing records.
☒  The parties shall complete discovery for this contested matter on or before **May 6, 2022**.
☒   The Court set a one-day, <u>in-person</u> evidentiary hearing on this matter for **May 23, 2022**, **starting at 9:30 a.m.,** before the Honorable Elizabeth E. Brown in in Courtroom F, US Bankruptcy Court, 721 19th Street, Denver, CO 80202.

1. **On or before May 9, 2022** the parties shall:

    a.  Exchange pre-marked exhibits with one another.  Movant shall use numbers.  Respondents shall use letters.  To avoid confusion of exhibits at trial, counsel should confer to ensure that each party has a unique naming convention for their exhibits.  For every exhibit exceeding ten (10) pages in length, the party shall sequentially number each page of that exhibit at the bottom of the page.  *Do not file the exhibits with the Court*, except as provided in paragraph 2(a)(i) below.

    b.  File with the Court and serve on opposing party(parties) a List of Witnesses and Exhibits, substantially in the form of Local Bankr. Form 9070-1.1.

2. **On or before May 16, 2022,** the parties shall:

    a. File with the Court and serve on opposing party(parties) any written objections to the opposing party's exhibits.

        (i) If written objections are filed, the objector must attach a copy of the contested exhibit for the Court's review, unless the nature of the objection involves the fact that the party proffering the exhibit has failed to adequately identify and/or exchange it.

        (ii) If written objections are not filed, then all objections except as to relevancy will be deemed waived.

        (iii) The parties should be aware, however, that if the party offering the exhibit never refers to the exhibit either during testimony or in closing argument, then in the Court's discretion, it may not review or consider the exhibit, despite its admission into evidence.

    b. If the parties wish to present exhibits in an electronic form, they shall follow the Courtroom Technology Procedures available on Courtroom F's website at http://www.cob.uscourts.gov/misc/Courtroom_Technology_Procedures.pdf.

3. **At the trial,** each party shall:

   a. For paper exhibits - deliver to the Court three sets of the party's exhibits.  One copy is for the judge, one is for the law clerk, and one is for the witness.  Each set shall be placed into a three-ring binder (do not use binders larger than 3 inches in width), with tabs that indicate the appropriate exhibit letter/number.  Tabs must extend past the side of the paper so that the witness and the Court may easily locate each exhibit.  The first page of each binder shall include an index in the form of Part 2 of Local Bankr. Form 9070-1.1

   b. For electronic exhibits - provide two (2) USB drives containing the List of Witnesses and Exhibits and electronic copies of all evidence to courtroom staff.  All exhibits should be saved in PDF format and named as follows, "Exhibit Marker – Exhibit Name" (e.g., "A – Contract").  For every exhibit exceeding ten (10) pages in length, the party shall sequentially number each page of that exhibit at the bottom of the page.  Multiple exhibits may not be lumped together into one PDF document.  If a particular exhibit will be referred to throughout the hearing/trial, such as a key contract or a summary exhibit, parties should consider providing a paper copy of that exhibit to the Court.

   c. Exhibit notebooks and USB thumb drives may be delivered to the Court via a delivery service (USPS, FedEx, UPS, etc.), in person, or by courier.  If using in person or courier delivery, notebooks and thumb drives (please put thumb drives in a sealed envelope) can be left at the designated filing drop box.

   d. Present testimony through witnesses who are present in the courtroom.  No testimony will be allowed by telephone or declaration.  If a witness is unavailable for trial and his or her testimony has been preserved through deposition transcripts or video depositions, then this fact should be identified in the List of Witnesses and Exhibit.

4. **After the trial**, the parties shall retain custody of their own exhibits in accordance with Local Bankruptcy Rule 9070-1(a)(3).

**For additional information** on witnesses and exhibits, please see Witness & Exhibit Procedures for Judge Elizabeth Brown, available at http://www.cob.uscourts.gov/brown/files/WitnessExhibitProcedures.pdf.

☒  Counsel for Debtors agreed to file a brief, post-confirmation status report.

Date: March 1, 2022

BY THE COURT:

Elizabeth E. Brown, U.S. Bankruptcy Judge