UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |

## JUDGMENT

Pursuant to and in accordance with the Order entered by the Honorable Elizabeth E. Brown, Bankruptcy Judge, and entered on the record in the above-entitled matter on even date herewith, it is hereby

ORDERED that Amended Application for Administrative Expenses filed by NexTier Completion Solutions, Inc is GRANTED and the Debtor's objection thereto is OVERRULED. NexTier has an allowed administrative expense in the amount of $62,693.34

DATED: March 14, 2022.

APPROVED BY THE COURT:

_(signature)_

Elizabeth E. Brown
United States Bankruptcy Judge

FOR THE COURT:

_(signature)_

Deputy Clerk