Maynes, Bradford, Shipps & Sheftel, LLP

The Rudman Partnership
MER Energy, LTD
CTM 2005, Ltd.

## Supplemental Statement
## MBSS Attorneys' Fees

**The following key has been added indicating the specific motion, hearing, or subject:**
**Trustee Motion = T**
**Cash Collateral = CC**
**Sklar Trusts = ST**
**Substantive Consolidation = SC**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/18/2020 | THS | Phone conferences with B. Skelton regarding Debtor's Schedules; prepare summary of acknowledged claims and transmit to client group; review legal article on JOA issues in bankruptcy and operator removal and several referenced cases. Initial review misuse cash call advances, recoupment. **(CC, T)** | 4.00 | 942.87 |
| 4/20/2020 | SLD | Draft and revise Witness and Exhibit List and Rule 2019 Notice; Discuss same with THS and B. Skelton; Assist in finalizing documents and filing the same. **(CC)** | 3.00 | 578.58 |
| 4/20/2020 | THS | Work with K. Potemkin and S. Denning in review and filing of Client representation form, exhibits and witness lists. **(CC)** | 1.00 | 235.74 |
| 4/22/2020 | THS | Phone conferences with B. Skelton regarding pending case developments; review current and new filings and supporting documents in anticipation of upcoming hearing. **(CC)** | 3.00 | 707.16 |
| 4/23/2020 | THS | Phone conference with Kyle McInnis from Unsecured Creditors Committee regarding positions of non-operating Working Interest Owners; transmit email to client group [.75]; phone conferences with B. Skelton [.75]. **(CC, T)** | 1.50 | 353.58 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/24/2020 | THS | Review Exhibit Lists filed by all parties; prepare summary; receive and review Order for Hearing on 4/27/20. **(CC)** | 0.50 | 117.87 |
| 4/24/2020 | THS | Review Court orders and Debtors' filings; review and respond to emails from Credit Committee representatives and attorneys for non-operating working interest owners, including concerns re withholding of WIO revenue; respond to emails from Client group regarding status of matters; phone conferences with B. Skelton. **(CC,T)** | 2.00 | 471.45 |
| 5/4/2020 | SLD | Review and revise Supplemental Response and email to B. Skelton and T. Shipps for review; review pleading standards for upcoming hearing and confer with B. Skelton and KP re: production of the same; review and revise Supplemental Response to Cash Collateral Motion and discuss same with T. Shipps; assist in filing the same. **(CC, T)** | 1.75 | 408.64 |
| 5/4/2020 | THS | Review draft Supplemental Response to Cash Collateral Order and make suggested changes [.5]; complete revisions of Supplemental Responses to Cash Collateral Motion and JIB Motion; review emails and phone conferences with B. Skelton, including potential need for Trustee [2.0]. **(CC, T)** | 2.50 | 713.49 |
| 5/6/2020 | THS | Phone conference with B. Skelton regarding pending matters [.5]; participate in phone conference with attorney for East West Bank and other attorneys for Working Interest Owners [.75]; coordinate final review of witness and exhibit list and filing [.5]. **(CC,T)** | 1.75 | 499.44 |
| 5/7/2020 | THS | Review and revise draft objection to Motion to Bifurcate and assist in filing same [1.5]; phone conferences with B. Skelton including potential need for Trustee [.75]. **(CC, T)** | 2.25 | 642.14 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 5/8/2020 | THS | Transmit email to client group ▮▮▮▮▮▮; participate in Sklar hearing on Motion to Bifurcate; phone conference with B. Skelton regarding next steps including potential motion for Trustee. **(CC, T)** | 2.50 | 713.49 |
| 5/9/2020 | THS | Phone conferences with B. Skelton regarding exhibits for May 11 hearing and tracing issues; review exhibit materials and establish Zoom exhibit capability for Cash Collateral hearing. **(CC, T)** | 1.50 | 428.10 |
| 5/10/2020 | THS | Preparation for hearing on Cash Collateral; Zoom conferences with ▮▮▮▮. **(CC, T)** | 4.00 | 1141.58 |
| 5/10/2020 | SLD | Review email correspondence from T. Shipps, KP, and B. Skelton re: preparing for hearing on May 11th; telephone conference with KP re: discuss Exhibit List and hearing presentation; email to all parties re: provide Supplemental Exhibits. **(CC, T)** | 0.25 | 58.38 |
| 5/11/2020 | SLD | Participate in 341 Creditors Meeting; discuss results of meeting and hearing with T. Shipps and B. Skelton; email to P. Moss re: request recording of 341 Meeting. **(CC, T)** | 1.75 | 408.64 |
| 5/11/2020 | THS | Participate in Court hearing regarding Cash Collateral and netting of JIBs; phone conferences with B. Skelton and S. Denning regarding next-day preparation and Creditors Committee meeting; preparation for next-day hearing. **(CC,T)** | 8.00 | 2,809.95 |
| 5/12/2020 | THS | Participate in second day of hearings on Cash Collateral, including phone conversations with ▮▮▮▮▮▮; examination of T. Sibley and M. Pickens. **(CC,T)** | 8.00 | 2,809.95 |
| 5/14/2020 | SLD | Conference with T. Shipps re: discuss Motion to Appoint Chapter 11 Trustee; review email correspondence from B. Skelton re: draft Motion; work on draft Motion. **(T)** | 1.00 | 233.51 |

3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 5/15/2020 | THS | Review S. Denning draft of Motion for Appointment of Trustee; research and drafting; make revisions and exchange multiple redrafts. **(T)** | 8.00 | 2,809.95 |
| 5/15/2020 | SLD | Work on draft Motion to Appoint Chapter 11 Trustee; discuss same with T. Shipps; assist with revisions to Motion. **(T)** | 3.50 | 817.27 |
| 5/16/2020 | THS | Review and revise various drafts of Motion to Appoint Trustee and conferences with S. Denning, B. Skelton, and K. Potemkin regarding filing same. **(T)** | 1.50 | 428.10 |
| 5/16/2020 | SLD | Review and revise Motion to Appoint Chapter 11 Trustee; draft Notice of Motion; assist KP and THS re: finalizing Motion **(T)** | 1.50 | 350.26 |
| 5/18/2020 | THS | Attend telephonic issuance of Order on Interim Cash Collateral Motion [.75]; exchange emails and phone conferences with B. Skelton and other lawyers for working interest owners regarding revision of Third Interim Order [1.0]. **(T)** | 1.75 | 499.44 |
| 5/29/2020 | THS | Review objections to appointment of CRO Motion filed by Debtors; review and revise Tauber Group objection to the same in coordination with B. Skelton. **(T, ST)** | 2.00 | 570.79 |
| 6/1/2020 | THS | Review court filings and emails regarding trustee motion and Court's Order setting hearings. **(T)** | 1.00 | 285.40 |
| 6/2/2020 | SLD | Participate in conference call re: Motion to Employ CRO; Phone conference with T. Shipps re: same. **(T, ST)** | 1.00 | 233.51 |
| 6/3/2020 | THS | Review numerous filings and Court's Order on Trustee Motion Hearing [.75]. Participate in phone conference with ▓▓▓▓ [1]. **(T, ST, SC)** | 1.75 | 499.44 |
| 6/4/2020 | SLD | Emails to and from B. Skelton re: Motion to Employ CRO. **(T, ST, SC)** | 0.25 | 58.38 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 6/5/2020 | THS | Draft limited objection and supplemental response to Debtors' Final Cash Collateral Motion; exchange drafts with B. Skelton. **(CC, T)** | 4.00 | 1,097.58 |
| 6/8/2020 | THS | Work on required list of exhibits and witnesses for Motion for Appointment of Trustee. **(T)** | 8.00 | 2,809.95 |
| 6/9/2020 | SLD | Review requirements for expert disclosures and email comments to T. Shipps and B. Skelton; Assist K. Potemkin re: assembling exhibits for hearing. **(T)** | 0.50 | 116.76 |
| 6/9/2020 | THS | Complete List of Exhibits and Witnesses; conferences with K. Potemkin and B. Skelton; oversee filing of same and transmission of approximately 1500 pages of exhibits to Court. **(T)** | 5.00 | 1,426.98 |
| 6/10/2020 | THS | Review and revise draft Reply to Debtors' Objection to Tauber Motion to Appoint Trustee; revise citations and develop additional arguments; assist in filing [4.5]. Work on preparation for hearing on key motions and presentation of offers of proof on witness and exhibits. [2.5]. **(T)** | 7.00 | 3,434.46 |
| 6/11/2020 | THS | Prepare for and participate in hearing on trustee's motion, CRO Motion, Cash Collateral Motion, and Lenders Motion; Review draft Order appointing CR3 as Chief Restructuring Officer and make initial draft revisions, transmit to B. Skelton. **(CC, T, ST, SC)** | 10.00 | 2,853.95 |
| 6/12/2020 | THS | Provide draft CR3 Order to Debtors and interested parties as directed by Court; multiple phone conferences with co-working interest owners and Debtors regarding draft order and negotiate and redraft same, with ultimate order filed in accordance with Court deadline. **(T, ST, SC)** | 6.50 | 1,855.07 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 6/25/2020 | THS | Review revised draft Protective Order from Debtors; make suggested revisions and exchange phone calls and emails with B. Skelton regarding same. **(T)** | 1.50 | 428.10 |
| 6/26/2020 | THS | Make additional revisions to proposed Protective Order and transmit to counsel for Debtors and other objecting parties. **(T)** | 1.00 | 285.40 |
| 7/7/2020 | SLD | Participate in hearing on Protective Order objections. **(T)** | 0.50 | 116.76 |
| 7/7/2020 | THS | Participate in hearing on Protective Order and respond to Judge Brown's questions regarding concerns; redraft proposed order for review. **(T)** | 1.50 | 428.10 |

<u>MBSS Attorneys' Fees Subtotal</u>     $ 35,680.21

**EXPENSES**

| Date | Type | Description | Amount |
|---|---|---|---|
| 5/18/2020 | Postage | Postage for mailing of Notice and Motion for to Appoint Chapter 11 Trustee Pursuant to U.S.C 1104, or in the Alternative, Convert to Chapter 7 Pursuant to 11 U.S.C 1112(b) and Opportunity for Hearing to all parties of interest. **(T)** | 247.33 |
| 5/18/2020 | Copies | Photocopies of Motion for to Appoint Chapter 11 Trustee Pursuant to U.S.C 1104, or in the Alternative, Convert to Chapter 7 Pursuant to 11 U.S.C 1112(b) and Opportunity for Hearing to all parties of interest. **(T)** | 438.99 |

<u>Expenses Subtotal</u>     <u>$686.32</u>

**Total**     **<u>$36,366.53</u>**

6

MBSSrev0006