# Keri Riley

| | |
|---|---|
| **From:** | Brad Walker <bwalker@riverbendssg.com> |
| **Sent:** | Friday, March 11, 2022 1:37 PM |
| **To:** | Lisa Usrey |
| **Cc:** | Julie Smith; Geoff Nenninger; Trish Skinner; Keri Riley; hartlt@ballardspahr.com |
| **Subject:** | Fwd: Louisiana Tower - Sklar Exploration |
| **Attachments:** | Louisiana Tower_12194_02-22-22.pdf; LA Tower - Sklar Ledger 1-28-22.pdf |

Lisa,

We have been contacted by counsel for the prior owner of Louisiana Tower that they have not received their portion of the rent we paid. We delivered a check as requested to pay all back rent. The check (see attached) was made out per your instructions to Louisiana Tower Shreveport LA LLC for $51,781.

If you would, please provide us contact information for the new owner. It is apparent that part of the rent paid, August - December, is due to the prior owner. We need the new owner to provide proof that the appropriate portion of the rent we paid was remitted to the prior owner. Is there anyway you could help with this process?

I am copying on this email our counsel, Keri Riley and counsel for the prior owner, Ted Hartl.

Thank you.

**Brad Walker**
**Managing Director**
**Riverbend Special Situations Group**
12400 Coit Rd|Suite 900|Dallas, TX|75251
214-616-6256
bwalker@riverbendssg.com


>    Begin forwarded message:
>
>    **From:** Lisa Usrey <lusrey@louisianatowerllc.com>
>    **Subject: Re: Louisiana Tower - Sklar Exploration**
>    **Date:** January 28, 2022 at 6:01:09 PM CST
>    **To:** "bwalker@riverbendssg.com" <bwalker@riverbendssg.com>
>    **Cc:** Trish Skinner <tskinner@louisianatowerllc.com>
>
>    Brad,
>
>    Please see Sklar's Lease Ledger attached. Thank you.
>
>    **Sincerely,**
>    **Lisa Usrey**
>    Administrative Assistant
>    **Louisiana Tower Shreveport LA, LLC**

1

401 Edwards Street, Suite 225, Shreveport, LA 71101

318-424-8432

lusrey@louisianatowerllc.com

---

**From:** Trish Skinner <tskinner@louisianatowerllc.com>
**Sent:** Friday, January 28, 2022 10:30 AM
**To:** Lisa Usrey <lusrey@louisianatowerllc.com>
**Subject:** Fw: Louisiana Tower - Sklar Exploration

Please send Brad and copy me a ledger showing Sklar's past due rent.

**Sincerely,**
**Trisha Skinner, CPM®**
Leasing Agent / Property Manager
(318) 424-8432