# Lease Ledger

Page 1

## Lease Information

| | |
|---|---|
| Date | 01/28/2022 |
| Lease Id | 71216 |
| Property | louoe1p |
| Location | Louisiana Tower Operating LLC |
| Assigned Space(s) | 1601 |
| Customer | Sklar Exploration Company, LLC |
| ICS Code | |
| Lease Type | Modified Gross |

**Sklar Exploration**
**Sklar Exploration**
**401 Edwards Street**
**Suite 1601**
**Shreveport , LA , 71101**

| | | |
|---|---|---|
| Lease Term From | 04/01/1999 To | 02/28/2022 |
| Lease Area | 5,727 (Per Lease) | |
| Monthly Rent | 7,397.38 | |
| Office Phone | | |
| Fax No | | |
| E-Mail | | |

| Date | Description | Unit | Charges | Payments | Balance |
|---|---|---|---|---|---|
| | **Balance Forward** | | | | **0.00** |
| 08/01/21 | Rental (08/2021) | 1601 | 7,397.38 | | 7,397.38 |
| 09/01/21 | Rental (09/2021) | 1601 | 7,397.38 | | 14,794.76 |
| 10/01/21 | Rental (10/2021) | 1601 | 7,397.38 | | 22,192.14 |
| 11/01/21 | Rental (11/2021) | 1601 | 7,397.38 | | 29,589.52 |
| 12/01/21 | Rental (12/2021) | 1601 | 7,397.38 | | 36,986.90 |
| 01/01/22 | Rental (01/2022) | 1601 | 7,397.38 | | 44,384.28 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 7,397.38 | 7,397.38 | 7,397.38 | 22,192.14 | 44,384.28 |

Friday, January 28, 2022