VIEW IMAGE

**Sklar Exploration Co LLC - Operating**
Debtor In Possession, Case No. 20-12377-EEB
401 Edwards Street, Suite 1601
Shreveport, LA 71101
318-227-8658

East West Bank
135 N. Los Robles Ave. Ste 600
Pasadena, CA 91101

12194

Fifty-one thousand seven hundred eighty-one dollars and 66 cents

| DATE | AMOUNT |
|---|---|
| 02/22/2022 | $**51,781.66* |

Two Signatures Required Above $1000.00 - VOID AFTER 160 DAYS

Pay to the Order of: LOUISIANA TOWER SHREVEPORT LA LLC
361 17TH STREET NW UNIT 2601
ATLANTA, GA 30363

⑈012194⑈ ⑆322070381⑆ 800309865 7⑈

For Deposit Only