# Exhibit 1

**From:**          Hartl, Theodore J. (Denv)
**Sent:**          Thursday, April 15, 2021 5:02 PM
**To:**            Keri Riley
**Subject:**       Sklar - Louisiana Tower rent
**Attachments:**   LA Tower - Sklar Exploration - Aging Detail 04-12-21.pdf

Keri:

My client, Louisiana Tower Operating, tells me that Sklar has not paid rent for April and that there is a small balance due for March outstanding, per the attached aging detail.

It is my understanding that the Louisiana lease is teed up for rejection under the plan, which is set for confirmation on 5/28.  I don't believe that I've seen as separate motion or order to reject the lease (although you filed so many motions to reject JOAs and related contracts that I might have missed one come across the wire, so point me in the right direction to the contrary).

I don't believe that the debtor has vacated the office in Louisiana at this point either. Can you let me know the debtor's intention to pay post-petition rent, and timing for surrendering possession, please?  We of course reserve the right to seek an administrative expense to the extent necessary, and reserve all lease rejection claims. Thanks.

Ted

**Theodore J. Hartl**

**Ballard Spahr** LLP

1225 17th Street, Suite 2300
Denver, CO 80202-5596
303.454.0528 DIRECT
303.296.3956 FAX

hartlt@ballardspahr.com
VCARD

--------------------------------
www.ballardspahr.com

# Aging Detail - RR

Property=louoe1p  AND Tenant=71216  AND Status=Current  AND Post To=04/2021  AND Minimum Amt=0.01  AND Age as of=04/12/2021

| Tenant | Date | 0 - 30 Owed | 31 - 60 Owed | 61 - 90 Owed | Over 90 Owed | Current Total Owed | Pre-payments | Balance Forward | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| **(71216)  Sklar Exploration,** | | | | | | | | | |
| louoe1p  - 1601 - Current | 03/01/2021 | 0.00 | 238.63 | 0.00 | 0.00 | 238.63 | 0.00 | 238.63 | Rental (03/2021) |
| louoe1p  - 1601 - Current | 04/01/2021 | 7,397.38 | 0.00 | 0.00 | 0.00 | 7,397.38 | 0.00 | 7,397.38 | Rental (04/2021) |
| **Total (71216)  Sklar Exploration,** | | **7,397.38** | **238.63** | **0.00** | **0.00** | **7,636.01** | **0.00** | **7,636.01** | |
| | | | | | | | | | |
| | | **7,397.38** | **238.63** | **0.00** | **0.00** | **7,636.01** | **0.00** | **7,636.01** | |

| | |
|---|---|
| **From:** | Hartl, Theodore J. (Denv) <hartlt@ballardspahr.com> |
| **Sent:** | Friday, April 16, 2021 4:21 PM |
| **To:** | Keri Riley |
| **Subject:** | RE: Sklar - Louisiana Tower rent |

Keri:

I'm told that a check showed up in the lockbox today for $7,636.01 so the Louisiana lease is current now.

Do let me know what the debtor's plans are on timing for possession, assuming that the lease is rejected under the plan, when you can please. Thanks.

Ted

**Theodore J. Hartl**

**Ballard Spahr** LLP

1225 17th Street, Suite 2300
Denver, CO 80202-5596
303.454.0528 DIRECT
303.296.3956 FAX

hartlt@ballardspahr.com
VCARD

--------------------------------
www.ballardspahr.com

---

**From:** Keri Riley <klr@kutnerlaw.com>
**Sent:** Thursday, April 15, 2021 5:06 PM
**To:** Hartl, Theodore J. (Denv) <hartlt@ballardspahr.com>
**Subject:** RE: Sklar - Louisiana Tower rent

⚠ **EXTERNAL**

Sorry about that! I hit reply instead of forward.  Please disregard.

Thanks,


Keri L. Riley, Esq.
Kutner Brinen Dickey Riley, P.C.
1660 Lincoln St., Suite 1720
Denver, CO  80264
303-832-2910 Direct
303-832-2400 Main

1



E-MAIL CONFIDENTIALITY NOTICE:
The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

**From:** Hartl, Theodore J. <hartlt@ballardspahr.com>
**Sent:** Thursday, April 15, 2021 5:05 PM
**To:** Keri Riley <klr@kutnerlaw.com>
**Subject:** RE: Sklar - Louisiana Tower rent

My middle name is James but maybe a goof here . . . thnx.

Ted

**Theodore J. Hartl**

**Ballard Spahr** LLP

1225 17th Street, Suite 2300
Denver, CO 80202-5596
303.454.0528 DIRECT
303.296.3956 FAX

hartlt@ballardspahr.com
VCARD

--------------------------------
www.ballardspahr.com

**From:** Keri Riley <klr@kutnerlaw.com>
**Sent:** Thursday, April 15, 2021 5:03 PM
**To:** Hartl, Theodore J. (Denv) <hartlt@ballardspahr.com>
**Subject:** RE: Sklar - Louisiana Tower rent

⚠ **EXTERNAL**

James,

What is the status of this?

Thanks,

Keri L. Riley, Esq.
Kutner Brinen Dickey Riley, P.C.
1660 Lincoln St., Suite 1720
Denver, CO  80264
303-832-2910 Direct
303-832-2400 Main



E-MAIL CONFIDENTIALITY NOTICE:
The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

**From:** Hartl, Theodore J. <hartlt@ballardspahr.com>
**Sent:** Thursday, April 15, 2021 5:02 PM
**To:** Keri Riley <klr@kutnerlaw.com>
**Subject:** Sklar - Louisiana Tower rent

Keri:

My client, Louisiana Tower Operating, tells me that Sklar has not paid rent for April and that there is a small balance due for March outstanding, per the attached aging detail.

It is my understanding that the Louisiana lease is teed up for rejection under the plan, which is set for confirmation on 5/28.  I don't believe that I've seen as separate motion or order to reject the lease (although you filed so many motions to reject JOAs and related contracts that I might have missed one come across the wire, so point me in the right direction to the contrary).

I don't believe that the debtor has vacated the office in Louisiana at this point either. Can you let me know the debtor's intention to pay post-petition rent, and timing for surrendering possession, please?  We of course reserve the right to seek an administrative expense to the extent necessary, and reserve all lease rejection claims. Thanks.

Ted

**Theodore J. Hartl**

**Ballard Spahr** LLP

1225 17th Street, Suite 2300
Denver, CO 80202-5596
303.454.0528 DIRECT
303.296.3956 FAX

hartlt@ballardspahr.com
VCARD

--------------------------------
www.ballardspahr.com