# Exhibit 5

| | |
|---|---|
| **From:** | Hartl, Theodore J. (Denv) <hartlt@ballardspahr.com> |
| **Sent:** | Tuesday, December 28, 2021 8:46 AM |
| **To:** | Keri Riley; Thomas M. Kim (tkim@r2llc.com) |
| **Cc:** | 'Christopher Johnson' |
| **Subject:** | RE: Sklar; Louisiana Tower rent and possession |

Keri and Tom:

Sklar is still occupying the space in Louisiana and has not paid rent or the allowed administrative expenses. Another three weeks have passed since my last follow-up with you.

If you can't tell me when we can expect Sklar to turnover possession and pay what is due, I expect that we'll have to seek some relief to commence eviction proceedings, at a minimum.

Ted

**Theodore J. Hartl**

**Ballard Spahr** LLP

1225 17th Street, Suite 2300
Denver, CO 80202-5596
303.454.0528 DIRECT
303.296.3956 FAX

hartlt@ballardspahr.com
VCARD

-------------------------------
www.ballardspahr.com

| | |
|---|---|
| **From:** | Keri Riley <klr@kutnerlaw.com> |
| **Sent:** | Tuesday, December 28, 2021 11:38 AM |
| **To:** | Hartl, Theodore J. (Denv); Thomas M. Kim (tkim@r2llc.com) |
| **Cc:** | 'Christopher Johnson' |
| **Subject:** | RE: Sklar; Louisiana Tower rent and possession |

⚠ **EXTERNAL**

Ted,

I'll follow up with the independent manager on this today.

Thanks,

Keri L. Riley, Esq.
Kutner Brinen Dickey Riley, P.C.
1660 Lincoln St., Suite 1720
Denver, CO  80264
303-832-2910 Direct
303-832-2400 Main



E-MAIL CONFIDENTIALITY NOTICE:
The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

**From:** Hartl, Theodore J. <hartlt@ballardspahr.com>
**Sent:** Tuesday, December 28, 2021 8:46 AM
**To:** Keri Riley <klr@kutnerlaw.com>; Thomas M. Kim (tkim@r2llc.com) <tkim@r2llc.com>
**Cc:** 'Christopher Johnson' <cjohnson@munsch.com>
**Subject:** RE: Sklar; Louisiana Tower rent and possession

Keri and Tom:

Sklar is still occupying the space in Louisiana and has not paid rent or the allowed administrative expenses.  Another three weeks have passed since my last follow-up with you.

If you can't tell me when we can expect Sklar to turnover possession and pay what is due, I expect that we'll have to seek some relief to commence eviction proceedings, at a minimum.

**From:** Hartl, Theodore J. <hartlt@ballardspahr.com>
**Sent:** Tuesday, December 7, 2021 3:28 PM
**To:** Keri Riley <klr@kutnerlaw.com>; Thomas M. Kim (tkim@r2llc.com) <tkim@r2llc.com>
**Subject:** RE: Sklar; Louisiana Tower rent and possession

Keri and Tom:

I have not heard from either one of you on the Louisiana office space or rent; administrative expenses are due and accruing now per this order, as well.

Kindly let me know where things stand with possession of the premises and payment. Thank you.

Ted

**Theodore J. Hartl**

**Ballard Spahr** LLP

1225 17th Street, Suite 2300
Denver, CO 80202-5596
303.454.0528 DIRECT
303.296.3956 FAX

hartlt@ballardspahr.com
VCARD

---

www.ballardspahr.com

**From:** Hartl, Theodore J. (Denv) <hartlt@ballardspahr.com>
**Sent:** Thursday, September 30, 2021 3:50 PM
**To:** Keri Riley <klr@kutnerlaw.com>; Thomas M. Kim (tkim@r2llc.com) <tkim@r2llc.com>
**Cc:** Schuster, Michael (Denv) <schusterm@ballardspahr.com>
**Subject:** RE: Sklar; Louisiana Tower rent and possession

Keri and Tom:

The landlord for the Louisiana office location has advised that rent for August and September has not been paid and that Sklar remains in possession of the property currently. Monthly rent due is $7,397.38, exclusive of late charges and attorneys' fees, and holdover rent will be due for October tomorrow (despite rejection which was effective as of September 7). Excluding attorneys' fees under the lease, $22,592.14 is due tomorrow (consisting of $22,192.14 in rent for August, September and October, plus $400 in service charges for late payments in August and September, prior to rejection).

We will be submitting an amended claim for rejection damages per the plan, and would like to avoid a motion to allow an administrative expense for all post-petition and holdover amounts due, given our understanding that the debtor would be paying those as "ordinary course" admins (per below).

I have not gone back to the plan to assess whether relief from stay or the plan injunction may be necessary to evict Sklar from the space, and hopefully we won't need to do that either; so please let me know what the debtor's and the

3