B2500A (Form 2500A) (12/15)
Notice to Litigants per GPO 2009-3 (1994-3)

# United States Bankruptcy Court
# District of Colorado

| In re _____, | ) | Case No. _____ |
| Debtor | ) | |
| | ) | Chapter _____ |
| | ) | |
| _____ | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. _____ |
| | ) | |
| _____ | ) | |
| Defendant | ) | |

**SUMMONS IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk: Clerk, U.S. Bankruptcy Court
                              U.S. Custom House
                              721 19th Street
                              Denver, CO 80202

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                          Kenneth S. Gardner, Clerk of the Bankruptcy Court

Date: _____                By: _____ (Deputy Clerk)

B2500A (Form 2500A) (12/15)
Notice to Litigants per GPO 2009-3 (1994-3)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

- ❑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

- ❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- ❑ Residence Service: By leaving the process with the following adult at:

- ❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ❑ Publication: The defendant was served as follows: [Describe briefly]

- ❑ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____   Signature _____

  Print Name: _____

  Business Address: _____

  _____

B2500A (Form 2500A) (12/15)
Notice to Litigants per GPO 2009-3 (1994-3)

**A copy of this *Notice to Litigants* and the attached income information should be served along with the Summons and Complaint.  GPO 2009-3 (1994-3).**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

## *NOTICE TO LITIGANTS*

**You have been named as a defendant in an adversary proceeding, the outcome of which may affect your bankruptcy discharge. Even if you have already received a discharge, this is a serious matter that you should not ignore.**

Individual litigants are entitled to appear without an attorney and represent themselves in the Bankruptcy Court. However, the rules can be quite technical and failure to comply with the rules can have severe consequences. Before deciding to appear on your own, you should consider consulting an attorney. If you cannot afford an attorney, you may contact:

---

**The Faculty of Federal Advocates**
**Bankruptcy *Pro Bono* Program**

Kimberly Means, Administrator
Bankruptcy *Pro Bono* Program
1200 17th Street, Suite 3000
Denver, CO  80202
Phone:  303.628.9664
Fax:  303.623.9222
E-mail:  kmeans@lrrc.com

**NOTE:  When you make contact, you will need to have a copy of your Summons and Complaint.**

---

Upon contact, you will be screened for eligibility and, if it is determined that you are eligible, an attorney may be found who may represent you without payment of attorneys' fees. You may, however, still be responsible for the payment of costs.

100353771_1

B2500A (Form 2500A) (12/15)
Notice to Litigants per GPO 2009-3 (1994-3)

# FACULTY OF FEDERAL ADVOCATES
# BANKRUPTCY *PRO BONO* PROGRAM

## 2017 MAXIMUM INCOME LEVELS

Bankruptcy Schedule I – Current Income of Individual Debtor(s) will be reviewed to determine the Debtor's income level.

| Size of Family Unit | Pro Bono Program Guidelines (200% of HHS Poverty Guidelines) |
|---|---|
| 1 | $24,120 |
| 2 | $32,480 |
| 3 | $40,840 |
| 4 | $49,200 |
| 5 | $57,560 |
| 6 | $65,920 |
| 7 | $74,280 |
| 8 | $82,640 |
| For each additional person, add | $8,360 |

## MAXIMUM LIQUID ASSET LEVEL

In addition to these maximum income levels, a Debtor/Defendant will be disqualified from Bankruptcy *Pro Bono* Program eligibility if (s)he has in excess of $30,000 of exempt, liquid assets, which will be determined by reviewing the Debtor's Bankruptcy Schedule B – Personal Property.

100351870_1