**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br><br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>SKLARCO, LLC,<br><br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |

**ORDER AND NOTICE OF NON-EVIDENTIARY HEARING**

**IT IS HEREBY ORDERED** that Louisiana Tower Operating LLC's Notice of Default Pursuant to §§ 8.17 AND 11.2 of Confirmed Chapter 11 Plan, Debtor's Response and Louisiana Tower Operating LLC's Reply thereto are set for a non-evidentiary hearing on a trailing docket before Judge Elizabeth E. Brown on **Friday, April 15, 2022, at 10:00 a.m.** in the United States Bankruptcy Court for the District of Colorado, Courtroom F, U.S. Custom House, 721 19th Street, Denver, Colorado.  The parties shall be prepared to make legal arguments and/or appear for a status and scheduling conference.

Parties shall appear telephonically and shall call the Court prior to the hearing at 1-888-684-8852.  The meeting access code is **345 4024** followed by the # sign.  Please state your name clearly.  Please stay on the line until the court operator takes the roll call and the hearing begins. **The Court will not contact parties by telephone.  If a party has not called in to the conference line or is not present in court, it will be deemed a failure to appear, and be subject to imposition of sanctions as appropriate.**

If the matter to be heard will exceed 15 minutes in length, or if it is necessary to receive evidence to resolve the matter, the scheduled hearing may be used as a scheduling conference and the matter will be reset to a later date.  Counsel/Parties shall *bring their calendars* and be prepared to schedule any further hearing as required.

DATED this 30th day of March, 2022.

BY THE COURT:

_Elizabeth E. Brown_
Elizabeth E. Brown, Bankruptcy Judge