UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|    Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|    Debtor. ) | |

**ORDER APPROVING STIPULATION TO CLAIM AMOUNT FOR FPCC USA, INC.**

THIS MATTER, having come before the Court on the Stipulation to the Claim Amount for FPCC USA, Inc. ("Stipulation"), the Court having reviewed the Stipulation, being fully advised in the premises, and finding good cause for granting the requested relief, does hereby

ORDER

The Stipulation is APPROVED. FPCC USA, Inc.'s Claim No. 174 shall be allowed in the amount of $509,427.33.

DONE and entered this _____ day of April, 2022 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge