UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | |
| ──────────────────────────── ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN:  72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**OBJECTION TO CLAIMS FILED BY FORD MOTOR COMPANY, LLC**

The Reorganized Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together, "Debtors") by and through their attorneys, Kutner Brinen Dickey Riley, P.C., moves this Court for entry of an order pursuant to 11 U.S.C. § 502(b), Fed. R. Bankr. P. 3007, and L.B.R. 3007-1 disallowing the claims filed by Ford Motor Company, LLC ("Ford"), and as grounds therefore state as follows:

1.  The Debtors filed their respective voluntary petitions for relief pursuant to Chapter 11 of the Bankruptcy Code on April 1, 2020 ("Petition Date"). The Debtors' *Second Amended and Restated Joint Plan of Reorganization* ("Plan") (Docket No. 1251) was confirmed on August 24, 2021 and became effective on September 7, 2021.

2.  SEC was engaged in business as an independent exploration and production company in the oil and gas industry.  SEC was an operating company and does not own oil or gas properties.

3.  Pre-petition, SEC entered in to a series of Vehicle Retail Installment Contracts for the purchase of 14 vehicles. Post-petition, Ford filed the following claims for the various vehicle loans:

| Claim No. | Vehicle | VIN No. | Claim Amount |
|---|---|---|---|
| 166 | 2020 Ford F-150 | #1FTEW1E55LFA69055 | $52,191.88 |
| 19 | 2019 Ford F-150 | #1FTEW1E47KKD42980 | $45,777.55 |

| 20 | 2018 Ford F-150 | #1FTEW1EGXJFC11026 | $26,909.72 |
| 21 | 2020 Ford F-150 | #1FTEW1E46LFA82470 | $45,390.86 |
| 22 | 2020 Ford F-250 | #1FT7W2B61LEC27148 | $46,174.15 |
| 23 | 2018 Ford F-150 | #1FTEW1E50JKF99213 | $37,489.44 |
| 26 | 2020 Ford Ranger Super | #1FTER1FH6KLA66276 | $30,425.16 |
| 28 | 2019 Ford F-250 | #1FT7W2BT3KEE99379 | $40,744.57 |
| 48 | 2017 Ford -150 | #1FTEW1EF5HFA31230 | $26,447.24 |
| 49 | 2019 Ford Expedition | #1FMJU1JT6KEA01985 | $33,556/16 |
| 81 | 2016 Ford F-150 | #1FTEW1EF0GFD50856 | $15,652.22 |
| 105 | 2016 Ford F-150 | #1FTEW1EF5GFD35009 | $21,403.09 |

("Ford Claims").

4. The Plan provides for the following treatment of the Ford Claims:

The Class 3 Claim is impaired by the Plan. The Class 3 Claim will retain all liens securing the Claim on the Effective Date of the Plan, and shall be paid in accordance with the underlying contracts until such time as vehicles securing the Class 3 Claim are returned in accordance with the Resignation and Transition Schedule. Any remaining amounts owed on account of the Class 3 Claim following return and liquidation of the vehicles will be treated as a Class 6 unsecured claim.

5. Following confirmation of the Plan, all vehicles securing the Ford Claims have either been returned to Ford, or sold to replacement operators and/or third parties, with the funds remitted to Ford in satisfaction of its secured claim.

6. Upon information and belief, all vehicles returned to Ford have or will be sold by Ford, and will result in full satisfaction of the Ford Claims.

7. As such, the Debtors assert that no amounts remain due and owing on account of the Ford Claims, and the Claims should be disallowed in their entirety.

[remainder of page intentionally left blank]

WHEREFORE, the Debtors pray that the Court make and enter an Order disallowing the Ford Claims in their entirety, and for such further and additional relief as to the Court may deem proper.

DATED: April 5, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: /s/ Keri L. Riley
　　　　　　　　　　　　　　　　　　　　　Keri L. Riley, #47605
　　　　　　　　　　　　　　　　　　　　　**KUTNER BRINEN DICKEY RILEY, P.C.**
　　　　　　　　　　　　　　　　　　　　　1660 Lincoln St., Suite 1720
　　　　　　　　　　　　　　　　　　　　　Denver, CO 80264
　　　　　　　　　　　　　　　　　　　　　Telephone: (303) 832-2400
　　　　　　　　　　　　　　　　　　　　　E-Mail: klr@kutnerlaw.com

# CERTIFICATE OF SERVICE

      I certify that on April 5, 2022, I served a complete copy of the foregoing **OBJECTION TO CLAIMS FILED BY FORD MOTOR COMPANY, LLC** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Ford Motor Credit Company, LLC
P.O. Box 6275
Dearborn, MI 48121

Ford Motor Credit Company, LLC
P.O. Box 650575
Dallas, TX 75265-0575

Ford Motor Credit Company, LLC
P.O. Box 62180
Colorado Springs, CO 80962-2180

Ford Motor Credit Company, LLC
Tax Department
Ford WHQ, Room 612
1 American Road
Dearborn, MI 48126

Ford Motor Credit Company, LLC
**CT Corporation System**
**Registered Agent**
7700 East Arapahoe Road
Suite 220
Centennial, CO 80112-1268

Ford Motor Credit Company, LLC
Drawer 55-953
P.O. Box 55000
Dearborn, MI 48255

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Stoneham Drilling Corporation
(Representative: Heather Stickel)
c/o James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Mesa Fluids, LLC
(Representative: Aaron W. Merrell)
1669 South 580 East
American Fork, UT 84057

TCP Cottonwood, L.P.
(Representative: Kyle C. McInnis)
c/o Eric Lockridge
400 Convention Street
Suite 700
Baton Rouge, LA 70801

Rapad Well Service Company, Inc.
(Representative: Chesley James)
c/o Jeremy Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203-4642

Kelley Brothers Contractors, Inc.
(Representative: Jerry Kelley)
401 County Farm Road
Waynesboro, MS 39367

Baker Hughes Company
(Representative: Christopher J. Ryan)
2001 Rankin Road
Houston, TX 77073

Timothy C. Mohan, Esq.
Foley & Lardner, LLP
600 17th Street
Suite 2020 South
Denver, CO 80202

J. Eric Lockridge, Esq.
Kean Miller LLP
400 Convention Street
Suite 700
P.O. Box 3513
Baton Rouge, LA 70802

Craig K. Schuenemann, Esq.
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Giovanni M. Ruscitti, Esq.
Berg Hill Greenleaf Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302

Bryce A. Suzuki, Esq.
Bryan Cave Leighton Paisner, LLP
Two North Central Avenue
Suite 2100
Phoenix, AZ 85004-4406

James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Timothy M. Riley, Esq.
Hopping Green & Sams, P.A.
P.O. Box 6526
Tallahassee, FL 32314

Michel D. Rubenstein, Esq.
Liskow & Lewis
1001 Fannin Street
Suite 1800
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos
Suite 700
Austin, TX 78701

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, P.C.
999 18th Street
Suite 1230 South
Denver, CO 80202

Robert L. Paddock, Esq.
Buck Keenan LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Jeremy L. Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203

Matthew J. Ochs, Esq.
Holland & Hart, LLP
555 Seventeenth Street
Suite 3200
P.O. Box 8749
Denver, CO 80201-8749

Shay L. Denning, Esq.
Thomas H. Shipps, Esq.
Maynes, Bradford, Shipps & Sheftel, LLP
835 East Second Avenue
Suite 123
Durango, CO 81301

Robert Padjen, Esq.
Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202-1486

Joseph E. Bain, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

2

Madison Tucker, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, Louisiana 70170

Barnet B. Skelton, Jr., Esq.
815 Walker
Suite 1502
Houston, TX 77002

Amy L. Vazquez, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams, LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Christopher H. Meredith, Esq.
Copeland Cook Taylor & Bush, P.A.
1076 Highland Colony Parkway
600 Concourse, Suite 200
P.O. Box 6020
Ridgeland, Mississippi 39158-6020

Michael L. Niles, Esq.
Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Victoria Argeroplos, Esq.
Jackson Walker LLP
1401 McKinney Street
Suite 1900
Houston, TX 77010

David R. Taggart, Esq.
Bradley Murchison Kelly & Shea, LLC
401 Edwards Street
Suite 1000
Shreveport, Louisiana 71101

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
P.O Box 22260
Shreveport, Louisiana 71120-2260

Paul H. Stephenson III, Esq.
Jim F. Spencer, Jr., Esq.
Watkins & Eager, PLLC
P.O. Box 650
Jackson, Mississippi 39205

John D. Cornwell, Esq.
Grant M. Beiner, Esq.
Munsch Hardt Kopf & Harr, P.C.
700 Milam Street
Suite 2700
Houston, TX 77002

Christopher D. Johnson, Esq.
Diamond McCarthy, LLP
909 Fannin Street
Suite 3700
Houston, TX 77010

Michael J. Guyerson, Esq.
Buechler Law Office, LLC
999 18th Street
Suite 1230 South
Denver, CO 80202

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
Shreveport, Louisiana 71120-2260

3

Robert L. Paddock, Esq.
Buck Keenan, LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Ryan M. Seidemann, Esq.
Assistant Attorney General
Civil Division/Lands and Natural Resources
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005

David M. Miller, Esq.
Spencer Fane LLP
1700 Lincoln Street
Suite 2000
Denver, CO 80203

Jennifer J. Hardy, Esq.
Willkie Farr & Gallagher, LLP
600 Travis Street
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos Street
Suite 700
Austin, TX 78701

Andrew G. Edson, Esq.
Clark Hill Strasburger
901 Main Street
Suite 6000
Dallas, TX 75202

Craig M. Geno, Esq.
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157

Christopher H. Meredith, Esq.
Glenn Gates Taylor, Esq.
Copeland Cook Taylor & Bush, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Curtis R. Shelton, Esq.
Jennifer Norris Soto, Esq.
Ayres Shelton Williams Benson & Paine, LLC
333 Texas Street, Suite 1400
P.O. Box 1764
Shreveport, Louisiana 71166

Armistead M. Long, Esq.
Gordon Arata Montgomery Barnett
McCollam Duplantis & Eagan, LLC
400 East Kaliste Saloon Road
Suite 4200
Lafayette, Louisiana 70508

Ryan J. Lorenz, Esq.
Clark Hill PLC
14850 North Scottsdale Road
Suite 500
Scottsdale, Arizona 85254

Brian G. Rich, Esq.
Michael J. Niles, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Katherine A. Ross, Esq.
U.S. Attorney's Office for the
 District of Colorado
Assistant United States Attorney
1801 California Street
Suite 1600
Denver, CO 80202

Ryco Exploration, LLC
401 Edwards Street
Suite 915
Shreveport, LA 71101
ATTN: M. Robin Smith

4

Ryco Exploration, LLC
40 Golf Club Drive
Haughton, LA 71037
ATTN: M. Robin Smith

Stephen K. Lecholop II, Esq.
Rosenthal Pauerstein, Esq.
Sandoloski Agather LLP
755 East Mulberry
Suite 200
San Antonio, TX 78212

Katherine Guidry Douthitt, Esq.
Blanchard Walker O'Quin & Roberts
P.O. Box 1126
Shreveport, Louisiana 71163

Andrew J. Shaver, Esq.
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Theodore J. Hartl, Esq.
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202-5596

John H. Smith
Quitman Tank Solutions, LLC
P.O. Box 90
Quitman, MS 39355

Belinda Harrison
58 County Road 5033
Heidelberg, MS 39439

Casey C. Breese, Esq.
Welborn Sullivan Meck & Tooley, P.C.
1125 17th Street
Suite 2200 South
Denver, CO 80202

Jeff Carruth, Esq.
Weycer Kaplan Pulaski & Zuber, P.C.
11 Greenway Plaza
Suite 1400
Houston, TX 77046

Michael E. Riddick, Esq.
Katherine Guidry Douthill, Esq.
Blanchard Walker O'Quin & Roberts, P.C.
333 Texas Street
Regions Tower
Suite 700
Shreveport, Louisiana 71101

Chris Crowley, Esq.
Feldmann Nagel Cantafio, PLLC
1875 Lawrence Street
Suite 730
Denver, CO 80202

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
Suite 600
Denver, CO 80206

Adam L. Hirsch, Esq.
Davis Graham & Stubbs LLP
1550 Seventeenth Street
Suite 500
Denver, CO 80202

Elizabeth Weller, Esq.
Linebarger Goggan Blair and Sampson, LLP
2777 North Stemmons Freeway
Suite 1000
Dallas, TX 75207

P. Matthew Cox, Esq.
Snow Christensen & Martineau
10 Exchange Place, Eleventh Floor
P.O. Box 45000
Salt Lake City, UT 84111

Michael L. Schuster, Esq.
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202-5596

Deirdre Carey Brown, Esq.
Forshey & Prostok LLP
1990 Post Oak Blvd.
Suite 2400
Houston, TX 77056

Nex Tier Completion Solutions, Inc.
c/o Allen Bryson, PLLC
1920 McKinney Avenue
7th Floor
Dallas, Texas 75201

Mario A. Lamar, Esq.
Allen Bryson PLLC
1920 McKinney Avenue
7th Floor
Dallas, TX 75201

John H. Bernstein, Esq.
Kutak Rock LLP
1801 California Street
Suite 3000
Denver, CO 80202

Laurie A. Spindler, Esq.
Linebarger Goggan Blair & Sampson, LLP
2777 North Stemmons Freeway
Suite 1000
Dallas, TX 75207

Daniel L. Bray, Esq.
1801 Wewatta Street
Suite 1000
Denver, CO 80202

The Juneau Group
2386A Rice Blvd.
Suite 232
Houston, TX 77005

Tyler Lee Weidlich, Esq.
Beatty & Wozniak, P.C.
1675 Broadway Street
Suite 600
Denver, CO 80202

Florence Bonaccorso-Saenz, Esq.
617 North Third Street
Baton Rouge, LA 70802

J. Marshall Jones
920 Arapahoe
Louisville, CO 80027

David W. Hall
482 Merritt Road
Benton, LA 71006

Joseph D. DeGiorgio, Esq.
David W. Drake, Esq.
Barrett Frappier Weisserman, LLP
1391 North Speer Blvd.
Suite 700
Denver, CO 80204

Brent R. Cohen, Esq.
Lewis Roca Rothgerber Christie LLP
1601 19th Street
Suite 1000
Denver, CO 80202

John Childers, Esq.
8150 North Central Expressway
10th Floor
Dallas, TX 75206

Epiq Systems
757 Third Avenue
3rd Floor
New York, NY 10017

Jeffrey R. Barber, Esq.
Jones Walker LLP
P.O. Box 427
1901 East Capitol Street
Suite 800
Jackson, MS 39205-0427

Benjamin Young Ford, Esq.
Armbrecht Jackson
P.O. Box 290
Mobile, AL 36601

Kelsey James Buechler, Esq.
999 18th Street
Suite 1230 South
Denver, CO 80202

**/s/Vicky Martina**
**Vicky Martina**
**Kutner Brinen Dickey Riley PC**