UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN:  72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER DISALLOWING CLAIMS FILED BY FORD MOTOR COMPANY, LLC**

THIS MATTER having come before the Court on the Debtors' Objection to Claims Filed by Ford Motor Company, LLC (the "Objection"), notice having been provided and no substantiated responses having been received, cause being shown to the Court for the granting of the requested relief, it is hereby

**ORDERED THAT:**

1. The Objection is GRANTED;

2. The following claims shall be disallowed and expunged in their entirety:

| **Claim No.** | **Vehicle** | **VIN No.** | **Claim Amount** |
|---|---|---|---|
| 166 | 2020 Ford F-150 | #1FTEW1E55LFA69055 | $52,191.88 |
| 19 | 2019 Ford F-150 | #1FTEW1E47KKD42980 | $45,777.55 |
| 20 | 2018 Ford F-150 | #1FTEW1EGXJFC11026 | $26,909.72 |
| 21 | 2020 Ford F-150 | #1FTEW1E46LFA82470 | $45,390.86 |
| 22 | 2020 Ford F-250 | #1FT7W2B61LEC27148 | $46,174.15 |
| 23 | 2018 Ford F-150 | #1FTEW1E50JKF99213 | $37,489.44 |
| 26 | 2020 Ford Ranger Super | #1FTER1FH6KLA66276 | $30,425.16 |
| 28 | 2019 Ford F-250 | #1FT7W2BT3KEE99379 | $40,744.57 |
| 48 | 2017 Ford -150 | #1FTEW1EF5HFA31230 | $26,447.24 |
| 49 | 2019 Ford Expedition | #1FMJU1JT6KEA01985 | $33,556/16 |

| 81 | 2016 Ford F-150 | #1FTEW1EF0GFD50856 | $15,652.22 |
| 105 | 2016 Ford F-150 | #1FTEW1EF5GFD35009 | $21,403.09 |

DONE and entered this _____ day of _____, 2022 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge

1