UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING OMNIBUS MOTION TO DISALLOW
CLAIMS PURSUANT TO 11 U.S.C. § 502(d)**

THIS MATTER having come before the Court on the Debtors' Omnibus Motion to Disallow Claims Pursuant to 11 U.S.C. § 502(d) ("Motion"), notice having been provided and no substantiated responses having been received, cause being shown to the Court for the granting of the requested relief, it is hereby

**ORDERED THAT:**

1. The Objection is Motion;

2. The following claims are disallowed and expunged in accordance with 11 U.S.C. § 502(d):

| Claim No. | Creditor | Claim Amount |
|---|---|---|
| 5 and 80 | John Pike Construction, Inc. | $17,547.32 |
| 30 and 60 | Mendozas Barrier Fence Co. | $7,220.00 |
| Schedule No. 377000910 | D & M Drilling Fluids, Inc. | $29,397.80 |
| 107 and 109 | Fletcher Petroleum Corp. | $113,821.87 (No. 107) $798,195.00 (No. 109) |

0

3. The claims agent is authorized and directed to take such action as is necessary to modify and updated the claims register to reflect the relief granted in this Order.

DONE and entered this _____ day of _____, 2022 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge

2