# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br>SKLAR EXPLORATION COMPANY, LLC,<br>EIN: 72-1417930<br>    Debtor. | Case No. 20-12377-EEB<br>Chapter 11 |
| SKLARCO, LLC,<br>EIN: 72-1425432<br>    Debtor. | Case No. 20-12380-EEB<br>Chapter 11 |

**EAST WEST BANK'S JOINDER IN CREDITOR TRUSTEE'S OBJECTION TO MOTION OF HOWARD F. SKLAR FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES PURSUANT TO 11 U.S.C. §§ 503(a), (b)(1)(A), and (b)(3)(D)**

Secured creditor, East West Bank, a California state banking corporation ("EWB"), in its capacity as a lender and the administrative agent under the Credit Agreement dated June 15, 2018 with Sklar Exploration Company LLC ("SEC") and Sklarco LLC ("Sklarco") (collectively, the "Debtors"), through counsel, hereby joins in the *Creditor Trustee's Objection to Motion of Howard F. Sklar for Allowance and Payment of Administrative Expenses Pursuant to 11 U.S.C. §§ 503(a), (b)(1)(A), and (b)(3)(D)* filed Thomas M. Kim, trustee of the Sklar Creditor Trust (the "Creditor Trust"), on April 1, 2022 [ECF No. 1711] (the "Objection"), to the extent and as set forth herein.

1. EWB has previously acknowledged that its lien does not extend to certain investment assets that Howard F. Sklar, on behalf of himself and as trustee of various trusts (collectively, "Sklar Entities"), contends are not in fact owned by the Debtors.

2. Whether the Sklar Entities actually own such assets and are entitled to an administrative expense priority claim because of those assets, however, are unresolved

4870-7141-0458

questions and appear to be further subject to counter arguments by the Creditor Trust for subordination, recharacterization, and/or other remedies.

3. Although EWB, through counsel, has had preliminary discussions regarding a potential settlement with Howard Sklar with respect to EWB's position, those discussions have not led to a resolution to date.

4. Given the significant issues raised in the Objection and the Creditor Trust's adversary proceeding against Mr. Sklar and his affiliated entities, EWB joins the Creditor Trust's opposition to the allowance and payment of an administrative expense claim to Mr. Sklar or any of his entities, and EWB reserves all applicable rights.

DATED this 5th day of April, 2022.

SNELL & WILMER L.L.P.

By: /s/ Bryce A. Suzuki
Bryce A. Suzuki
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Phone:  602-382-6000
Email:  bsuzuki@swlaw.com

Stephanie A. Kanan
1200 17th Street, Suite 1900
Denver, Colorado 80202
Phone:  (303) 634-2086
Email:  skanan@swlaw.com

4870-7141-0458

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of April 2022, a copy of the foregoing document was filed via ECF and was served by electronic transmission to all registered ECF users appearing in this case.

/s/     Bryce A. Suzuki

4870-7141-0458