UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
|   Debtor. | ) | |
| | ) | |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**OMNIBUS OBJECTION TO UNKNOWN, CONTINGENT,
UNLIQUIDATED, OR $0 CLAIMS**

The Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together "Debtors"), by and through its attorneys, Kutner Brinen Dickey Riley, P.C., moves the Court for entry of an Order disallowing claims filed in an unknown amount, contingent and unliquidated claims and $0 claim, and in support thereof, states as follows:

1. Sklarco filed its voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code on April 1, 2020 ("Petition Date").

2. Sklar Exploration Company, LLC ("SEC") filed its voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code on April 1, 2020.

3. The Debtors' *Second Amended and Restated Joint Plan of Reorganization* ("Plan") (Docket No. 1251) was confirmed on August 24, 2021 and became effective on September 7, 2021.

4. On July 23, 2020, the court entered an *Order Establishing Bar Date for the Filing of Proofs of Claim Pursuant to Bankruptcy Rule 3003(C)(3)* (Docket No. 493), establishing September 28, 2020 as the date by which creditors and parties in interest were required to file their Proofs of Claim.

5. A number of parties filed Proofs of Claim asserting claims in an unknown amount, asserting claims that are contingent or unliquidated, or filed asserting a claim in the amount of $0. Those parties who have filed such claims are more fully identified in Exhibit A attached hereto. Full copies of such claims are attached hereto as Exhibit B.

6. The Debtors are unable to determine the amount of the claim asserted from the face of the Proof of Claim when the claims are filed with an "unknown" amount or filed as contingent or unliquidated.

7. The Debtors' books and records further reflect that no amount is owed to such parties.

8. Accordingly, the Debtors object to the allowance of the claims identified on Exhibit A, and request that such claims be disallowed and expunged in their entirety.

WHEREFORE, the Debtors pray the Court make and enter disallowing the claims identified herein in accordance with 11 U.S.C. § 502(b), and for such further and additional relief as to the Court may appear just and proper.

DATED: April 5, 2022            Respectfully submitted,

By: /s/ Keri L. Riley
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln Street, Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
Email: klr@kutnerlaw.com

| Claim No. | Debtor | Claimant | Address | Claim Amount | Basis for Objection |
|---|---|---|---|---|---|
| 7 | Sklar Exploration Company, LLC | DESOTO NATURAL RESOURCES | DESOTO DR<br>PO BOX 2767<br>LONG BEACH, CA 90801 | $0.00 | Claim is Unknown |
| 34 | Sklar Exploration Company, LLC | WIMBERLY, PAUL | 13918 KEEL AVE<br>CORPUS CHRISTI, TX 78418 | $0.00 | Claim is Unknown |
| 35 | Sklar Exploration Company, LLC | WILLIAMS, NATHAN H AND MYRA NELL | 27524 MILITARY RD<br>ANGIE, LA 70426 | $0.00 | Claim is Unknown |
| 41 | Sklar Exploration Company, LLC | JOSEPH B BRAMLETTE TESTAMENTARY TRUST | C/O REGIONS BANK, TRUSTEE<br>PO BOX 2020<br>TYLER, TX 75710 | $0.00 | Claim is Unknown |
| 42 | Sklar Exploration Company, LLC | LEE, WANDA S | 3273 FOREST SERVICE RD 304W<br>BROADDUS, TX 75929 | $0.00 | Claim is Unknown |
| 68 | Multiple Debtors | BODCAW 3-D LLC | PO BOX 1689<br>RUSTON, LA 71273-1689 | $0.00 | $0 claim |
| 118 | Multiple Debtors | HENDRICKS, OPAL ANNETTE SCOTT | 5909 HALL RD<br>JAY, FL 32565 | $0.00 | Claim is Unknown |
| 119 | Multiple Debtors | WR HENRICKS TRUSTEE AND | OPAL SCOTT HENDRICKS AS TRUSTEE<br>5909 HALL RD<br>JAY, FL 32565 | $0.00 | Claim is Unknown |
| 120 | Sklar Exploration Company, LLC | SCOTT, BILLY GARFIELD | 4309 HWY 4<br>JAY, FL 32565 | $0.00 | Claim is Unknown |
| 125 | Sklar Exploration Company, LLC | NORTHSTAR PRODUCING I LTD | C/O TERRY STANISLOV<br>12 GRANADILLA<br>BOERNE, TX 78006 | $0.00 | Claim is Unknown |
| 131 | Sklar Exploration Company, LLC | SEITEL DATA LTD | C/O CLARK HILL STRASBURGER<br>720 BRAZOS ST, STE 700<br>AUSTIN, TX 78701 | $0.00 | Filed as contingent, unliquidated; no amount specified |
| 132 | Sklar Exploration Company, LLC | SHARP, MAE ADELE TAIT | 10972 N 59TH ST E<br>WAGONER, OK 74467 | $0.00 | Claim is Unknown |
| 134 | Multiple Debtors | LONG, MARGARET | 26214 GARRETT LN<br>ORANGE BEACH, AL 36561 | $0.00 | Claim is Unknown |
| 136 | Sklar Exploration Company, LLC | HENDRICKS, DONALD AND RACHEL | 6093 FINLAY RD<br>JAY, FL 32565 | $0.00 | Claim is Unknown; Duplicate |
| 137 | Sklar Exploration Company, LLC | HENDRICKS, DONALD AND RACHEL | 6093 FINLAY RD<br>JAY, FL 32565 | $0.00 | Claim is Unknown |
| 152 | Sklar Exploration Company, LLC | SUMRALL, BETTY | 27590 MILITARY RD<br>ANGIE, LA 70426 | $0.00 | Filed as contingent, unliquidated; no amount specified |
| 154 | Sklar Exploration Company, LLC | GANT, ELLA RUTH HOLMES | PO BOX 10766<br>PENSACOLA, FL 32524 | $0.00 | Claim is Unknown |
| 155 | Sklar Exploration Company, LLC | STRAUGHN, KATHERINE HOLMES | 5003 DAMASCUS RD<br>BREWTON, AL 36426 | $0.00 | Claim is Unknown |
| 156 | Sklar Exploration Company, LLC | HOLMES, RICHARD D | 1707 JOHNSONVILLE CIRCLE<br>CASTLEBERRY, AL 36432 | $0.00 | Claim is Unknown |
| 157 | Sklar Exploration Company, LLC | HOLMES, REELICE | 838 E 118TH PLACE<br>LOS ANGELES, CA 90059 | $0.00 | Claim is Unknown |
| 158 | Sklar Exploration Company, LLC | LCJ RESOURCES LLC | C/O ERIC TERRY LAW PLLC<br>3511 BROADWAY<br>SAN ANTONIO, TX 78209 | $0.00 | Claim is Unknown |
| 175 | Sklar Exploration Company, LLC | CALHOUN, JERRIE ANN | 117 TIMBERIDGE<br>LIBERTY, TX 77575 | $0.00 | Claim is Unknown |
| 176 | Sklar Exploration Company, LLC | DOUBLEPINE INVESTMENTS LTD | 4851 LBJ FWY, STE 210<br>DALLAS, TX 75244 | $154.58 | Claim is partially unliquidated |

| # | Debtor | Creditor | Address | Amount | Notes |
|---|---|---|---|---|---|
| 177 | Sklar Exploration Company, LLC | BANTAM CREEK LLC | 4712 LAKESIDE DR COLLEYVILLE, TX 76034 | $0.00 | Filed as contingent, unliquidated; no amount specified |
| 180 | Sklar Exploration Company, LLC | STACK, CHARLES S | PO BOX 9403 JACKSON, MS 39286 | $0.00 | $0 claim |
| 186 | Sklar Exploration Company, LLC | WOODS, ALICE MARGARET HOLMES | 2031 N 20TH ST OMAHA, NE 68110-2305 | $0.00 | Claim is Unknown |
| 187 | Sklar Exploration Company, LLC | RICHBURG, BOBBIE LOUISE | 14963 VIA VIOLETTA LAKE ELSINORE, CA 92530-6983 | $0.00 | Claim is Unknown |
| 188 | Sklar Exploration Company, LLC | BUICE LEE HOOKS FAMILY TRUST, THE | C/O SARAH REGINA HOOKS 6241 VERDURA AVE LONG BEACH, CA 90805 | $0.00 | Filed as contingent, unliquidated; no amount specified |
| 189 | Sklar Exploration Company, LLC | BUICE LEE HOOKS FAMILY TRUST, THE | C/O SARAH REGINA HOOKS 6241 VERDURA AVE LONG BEACH, CA 90805 | $0.00 | Filed as contingent, unliquidated; no amount specified |
| 190 | Sklar Exploration Company, LLC | STRATFORD, CHIQUITA L JACKSON | 2031 N 20TH ST OMAHA, NE 68110 | $0.00 | Claim is Unknown |
| 191 | Sklar Exploration Company, LLC | HOLMES HALE, CONSTANCE M | 215 WASHINGTON ST CANTONMENT, FL 32533 | $0.00 | Claim is Unknown |
| 192 | Sklar Exploration Company, LLC | BUICE LEE HOOKS FAMILY TRUST, THE | C/O DELORIA LASHA HOOKS 6241 VERDURA AVE LONG BEACH, CA 90805 | $0.00 | Claim is Unknown |
| 193 | Sklar Exploration Company, LLC | FITTEN, DOROTHEA JANET | 7 VIPER CT HAMPTON, VA 23666 | $0.00 | Claim is Unknown |
| 194 | Sklar Exploration Company, LLC | HOLMES HILL, FELITA F | 704 HANLEY DOWNS DR CANTONMENT, FL 32533 | $0.00 | Claim is Unknown |
| 195 | Sklar Exploration Company, LLC | ELLINGTON, JOHNNIE MAE HOLMES | 3403 LAFAYETTE AVE OMAHA, NE 68131 | $0.00 | Claim is Unknown |
| 196 | Sklar Exploration Company, LLC | RICHBURG, JOHNNIE EARL | 14963 VIA VIOLETTA LAKE ELSINORE, CA 92530-6983 | $0.00 | Claim is Unknown |
| 197 | Sklar Exploration Company, LLC | DUNN, ED L | 5886 DUNRIDGE DR MILTON, FL 32571 | $0.00 | Filed as unliquidated; no amount specified |
| 202 | Sklar Exploration Company, LLC | SNYDER, MARITA B | 4221 LORRAINE AVE DALLAS, TX 75205 | $0.00 | $0 claim |
| 203 | Sklar Exploration Company, LLC | BLAIR, JULIA | 18264 BROOKLYN RD EVERGREEN, AL 36401 | $0.00 | Claim is Unknown |
| 204 | Sklar Exploration Company, LLC | BLAIR, SUSAN | 18264 BROOKLYN RD EVERGREEN, AL 36401 | $0.00 | Claim is Unknown |
| 205 | Sklar Exploration Company, LLC | FINCHER, TEDDY A & NELLY BURNS | 1682 2ND ST ARCADIA, LA 71001 | $0.00 | Claim is Unknown |
| 206 | Multiple Debtors | EVELER, JOYCE | 3503 RT Z CENTERTOWN, MO 65023 | $0.00 | Claim is Unknown |
| 207 | Multiple Debtors | ANDREWS, SHIRLEY | 1506 NOTTING HILL DR JEFFERSON CITY, MO 65109 | $0.00 | Claim is Unknown |
| 212 | Sklar Exploration Company, LLC | GILLIS, NORMAN B III | PO BOX 330218 NASHVILLE, TN 37203 | $0.00 | Claim is Unknown |
| 224 | Multiple Debtors | STEIFERMAN, MARYBETH | 417 LADUE RD JEFFERSON CITY, MO 65109 | $0.00 | Claim is unknown; Late filed claim |
| 292 | Sklarco, LLC | US DOI BUREAU OF LAND MANAGEMENT (BLM) | WYOMING STATE OFFICE ATTN CHRIS HITE 5353 YELLOWSTONE RD CHEYENNE, WY 82009 | $65,000.00 | Filed as contingent, unliquidated |
| 10005 | Sklar Exploration Company, LLC | SCHOMMER, CURT | 357 CASTILE LANE TURLOCK, CA 95382 | $0.00 | Claim is Unknown |

| | | | | |
|---|---|---|---|---|
| 10023 | Sklar Exploration Company, LLC | DELTA S VENTURES LP | 615 LONGVIEW DR<br>SUGAR LAND, TX 77478-3728 | $0.00 | Claim is Unknown |
| 10024 | Sklar Exploration Company, LLC | DELTA S VENTURES LP | 615 LONGVIEW DR<br>SUGAR LAND, TX 77478-0000 | $0.00 | Claim is Unknown; Duplicate |
| 10025 | Sklar Exploration Company, LLC | DELTA S VENTURES LP | 615 LONGVIEW DR<br>SUGAR LAND, TX 77478-0000 | $0.00 | Claim is Unknown; Duplicate |
| 10028 | Sklar Exploration Company, LLC | MCCAMMON, MICHELE WALTERS | 1554 CREEK MILL TRACE<br>LAWRENCEVILLE, GA 30044 | $0.00 | Claim is Unknown |
| 10047 | Sklar Exploration Company, LLC | BALL, HATTIE MAE HOLMES | 5948 PIAT PLACE<br>CENTERVILLE, IL 62203-0000 | $0.00 | Claim is Unknown |
| 10062 | Sklar Exploration Company, LLC | SEITEL DATA LTD | C/O CLARK HILL STRASBURGER<br>720 BRAZOS ST, STE 700<br>AUSTIN, TX 78701 | $0.00 | Filed as contingent, unliquidated; no amount specified |
| 10065 | Sklar Exploration Company, LLC | MODLEY, CLAUDIE M HOLMES | 1160 HAWTHORNE DR<br>PENSACOLA, FL 32507-0000 | $0.00 | Filed as contingent, unliquidated; no amount specified |
| 10066 | Sklar Exploration Company, LLC | BANKS, PAMELA D HOLMES | 7905 KERSHAW ST<br>PENSACOLA, FL 32534-4239 | $0.00 | $0 claim |
| 10077 | Sklar Exploration Company, LLC | EDWARDS, TIFFANNIE RICHARDSON | 144 DOWNS LN<br>BREWTON, AL 36436 | $0.00 | Claim is Unknown |
| 10092 | Sklarco, LLC | TCP COTTONWOOD LP | C/O KEAN MILLER LLP<br>ATTN J ERIC LOCKRIDGE<br>400 CONVENTION ST, STE 700<br>BATON ROUGE, LA 70802 | $0.00 | Filed as contingent, unliquidated; no amount specified |
| 10108 | Sklarco, LLC | PATTERSON, NORA LEE | 1514 N 104TH PLAZA, APT 131<br>OMAHA, NE 68114 | $0.00 | Claim is Unknown |
| 10110 | Sklar Exploration Company, LLC | ROBERT E KING FAMILY LLC | 6702 GILBERT DR<br>SHREVEPORT, LA 71106 | $0.00 | Claim is Unknown |
| 10115 | Sklar Exploration Company, LLC | TARA RUDMAN REVOCABLE TRUST | 8150 N CENTRAL EXPRESSWAY, 10TH FL<br>DALLAS, TX 75206 | $0.00 | Filed as contingent, unliquidated; no amount specified |
| 10116 | Sklar Exploration Company, LLC | ESTATE OF WOLFE E RUDMAN, THE | 8150 N CENTRAL EXPRESSWAY, 10TH FL<br>DALLAS, TX 75206 | $0.00 | Claim is Unknown |
| 10135 | Sklar Exploration Company, LLC | HOLMES, VERONICA R | 1160 HAWTHORN DR<br>PENSACOLA, FL 32507 | $0.00 | Claim is Unknown; Duplicate |
| 10136 | Sklarco, LLC | HOLMES, VERONICA R | 1160 HAWTHORN DR<br>PENSACOLA, FL 32507 | $0.00 | Claim is Unknown |
| 10143 | Sklarco, LLC | NOBLEY, EVELINE R | 2611 WILDWOOD ST<br>NEW CANEY, TX 77357-0000 | $0.00 | Claim is Unknown |
| 10151 | Sklarco, LLC | NOBLEY, JENNIFER J | 2101 WINDING SPRINGS DR<br>LEAGUE CITY, TX 77573 | $0.00 | Claim is Unknown |