UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING OMNIBUS OBJECTION TO UNKNOWN,
CONTINGENT, UNLIQUIDATED, OR $0 CLAIMS**

THIS MATTER having come before the Court on the Debtors' Omnibus Objection to Unknown, Contingent, Unliquidated, or $0 Claims ("Objection"), notice having been provided and no substantiated responses having been received, cause being shown to the Court for the granting of the requested relief, it is hereby

**ORDERED THAT:**

1. The Objection is GRANTED;

2. The claims attached hereto as Exhibit A are disallowed and expunged in their entirety; and

3. The claims agent is authorized and directed to take such action as is necessary to modify and updated the claims register to reflect the relief granted in this Order.

DONE and entered this _____ day of _____, 2022 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge

| Claim No. | Debtor | Claimant | Address | Claim Amount | Basis for Objection |
|---|---|---|---|---|---|
| 7 | Sklar Exploration Company, LLC | DESOTO NATURAL RESOURCES | DESOTO DR<br>PO BOX 2767<br>LONG BEACH, CA 90801 | $0.00 | Claim is Unknown |
| 34 | Sklar Exploration Company, LLC | WIMBERLY, PAUL | 13918 KEEL AVE<br>CORPUS CHRISTI, TX 78418 | $0.00 | Claim is Unknown |
| 35 | Sklar Exploration Company, LLC | WILLIAMS, NATHAN H AND MYRA NELL | 27524 MILITARY RD<br>ANGIE, LA 70426 | $0.00 | Claim is Unknown |
| 41 | Sklar Exploration Company, LLC | JOSEPH B BRAMLETTE TESTAMENTARY TRUST | C/O REGIONS BANK, TRUSTEE<br>PO BOX 2020<br>TYLER, TX 75710 | $0.00 | Claim is Unknown |
| 42 | Sklar Exploration Company, LLC | LEE, WANDA S | 3273 FOREST SERVICE RD 304W<br>BROADDUS, TX 75929 | $0.00 | Claim is Unknown |
| 68 | Multiple Debtors | BODCAW 3-D LLC | PO BOX 1689<br>RUSTON, LA 71273-1689 | $0.00 | $0 claim |
| 118 | Multiple Debtors | HENDRICKS, OPAL ANNETTE SCOTT | 5909 HALL RD<br>JAY, FL 32565 | $0.00 | Claim is Unknown |
| 119 | Multiple Debtors | WR HENRICKS TRUSTEE AND | OPAL SCOTT HENDRICKS AS TRUSTEE<br>5909 HALL RD<br>JAY, FL 32565 | $0.00 | Claim is Unknown |
| 120 | Sklar Exploration Company, LLC | SCOTT, BILLY GARFIELD | 4309 HWY 4<br>JAY, FL 32565 | $0.00 | Claim is Unknown |
| 125 | Sklar Exploration Company, LLC | NORTHSTAR PRODUCING I LTD | C/O TERRY STANISLOV<br>12 GRANADILLA<br>BOERNE, TX 78006 | $0.00 | Claim is Unknown |
| 131 | Sklar Exploration Company, LLC | SEITEL DATA LTD | C/O CLARK HILL STRASBURGER<br>720 BRAZOS ST, STE 700<br>AUSTIN, TX 78701 | $0.00 | Filed as contingent, unliquidated; no amount specified |
| 132 | Sklar Exploration Company, LLC | SHARP, MAE ADELE TAIT | 10972 N 59TH ST E<br>WAGONER, OK 74467 | $0.00 | Claim is Unknown |
| 134 | Multiple Debtors | LONG, MARGARET | 26214 GARRETT LN<br>ORANGE BEACH, AL 36561 | $0.00 | Claim is Unknown |
| 136 | Sklar Exploration Company, LLC | HENDRICKS, DONALD AND RACHEL | 6093 FINLAY RD<br>JAY, FL 32565 | $0.00 | Claim is Unknown; Duplicate |
| 137 | Sklar Exploration Company, LLC | HENDRICKS, DONALD AND RACHEL | 6093 FINLAY RD<br>JAY, FL 32565 | $0.00 | Claim is Unknown |
| 152 | Sklar Exploration Company, LLC | SUMRALL, BETTY | 27590 MILITARY RD<br>ANGIE, LA 70426 | $0.00 | Filed as contingent, unliquidated; no amount specified |
| 154 | Sklar Exploration Company, LLC | GANT, ELLA RUTH HOLMES | PO BOX 10766<br>PENSACOLA, FL 32524 | $0.00 | Claim is Unknown |
| 155 | Sklar Exploration Company, LLC | STRAUGHN, KATHERINE HOLMES | 5003 DAMASCUS RD<br>BREWTON, AL 36426 | $0.00 | Claim is Unknown |
| 156 | Sklar Exploration Company, LLC | HOLMES, RICHARD D | 1707 JOHNSONVILLE CIRCLE<br>CASTLEBERRY, AL 36432 | $0.00 | Claim is Unknown |
| 157 | Sklar Exploration Company, LLC | HOLMES, REELICE | 838 E 118TH PLACE<br>LOS ANGELES, CA 90059 | $0.00 | Claim is Unknown |
| 158 | Sklar Exploration Company, LLC | LCJ RESOURCES LLC | C/O ERIC TERRY LAW PLLC<br>3511 BROADWAY<br>SAN ANTONIO, TX 78209 | $0.00 | Claim is Unknown |
| 175 | Sklar Exploration Company, LLC | CALHOUN, JERRIE ANN | 117 TIMBERIDGE<br>LIBERTY, TX 77575 | $0.00 | Claim is Unknown |
| 176 | Sklar Exploration Company, LLC | DOUBLEPINE INVESTMENTS LTD | 4851 LBJ FWY, STE 210<br>DALLAS, TX 75244 | $154.58 | Claim is partially unliquidated |

| | | | | | |
|---|---|---|---|---|---|
| 177 | Sklar Exploration Company, LLC | BANTAM CREEK LLC | 4712 LAKESIDE DR COLLEYVILLE, TX 76034 | $0.00 | Filed as contingent, unliquidated; no amount specified |
| 180 | Sklar Exploration Company, LLC | STACK, CHARLES S | PO BOX 9403 JACKSON, MS 39286 | $0.00 | $0 claim |
| 186 | Sklar Exploration Company, LLC | WOODS, ALICE MARGARET HOLMES | 2031 N 20TH ST OMALA, NE 68110-2305 | $0.00 | Claim is Unknown |
| 187 | Sklar Exploration Company, LLC | RICHBURG, BOBBIE LOUISE | 14963 VIA VIOLETTA LAKE ELSINORE, CA 92530-6983 | $0.00 | Claim is Unknown |
| 188 | Sklar Exploration Company, LLC | BUICE LEE HOOKS FAMILY TRUST, THE | C/O SARAH REGINA HOOKS 6241 VERDURA AVE LONG BEACH, CA 90805 | $0.00 | Filed as contingent, unliquidated; no amount specified |
| 189 | Sklar Exploration Company, LLC | BUICE LEE HOOKS FAMILY TRUST, THE | C/O SARAH REGINA HOOKS 6241 VERDURA AVE LONG BEACH, CA 90805 | $0.00 | Filed as contingent, unliquidated; no amount specified |
| 190 | Sklar Exploration Company, LLC | STRATFORD, CHIQUITA L JACKSON | 2031 N 20TH ST OMAHA, NE 68110 | $0.00 | Claim is Unknown |
| 191 | Sklar Exploration Company, LLC | HOLMES HALE, CONSTANCE M | 215 WASHINGTON ST CANTONMENT, FL 32533 | $0.00 | Claim is Unknown |
| 192 | Sklar Exploration Company, LLC | BUICE LEE HOOKS FAMILY TRUST, THE | C/O DELORIA LASHA HOOKS 6241 VERDURA AVE LONG BEACH, CA 90805 | $0.00 | Claim is Unknown |
| 193 | Sklar Exploration Company, LLC | FITTEN, DOROTHEA JANET | 7 VIPER CT HAMPTON, VA 23666 | $0.00 | Claim is Unknown |
| 194 | Sklar Exploration Company, LLC | HOLMES HILL, FELITA F | 704 HANLEY DOWNS DR CANTONMENT, FL 32533 | $0.00 | Claim is Unknown |
| 195 | Sklar Exploration Company, LLC | ELLINGTON, JOHNNIE MAE HOLMES | 3403 LAFAYETTE AVE OMAHA, NE 68131 | $0.00 | Claim is Unknown |
| 196 | Sklar Exploration Company, LLC | RICHBURG, JOHNNIE EARL | 14963 VIA VIOLETTA LAKE ELSINORE, CA 92530-6983 | $0.00 | Claim is Unknown |
| 197 | Sklar Exploration Company, LLC | DUNN, ED L | 5886 DUNRIDGE DR MILTON, FL 32571 | $0.00 | Filed as unliquidated; no amount specified |
| 202 | Sklar Exploration Company, LLC | SNYDER, MARITA B | 4221 LORRAINE AVE DALLAS, TX 75205 | $0.00 | $0 claim |
| 203 | Sklar Exploration Company, LLC | BLAIR, JULIA | 18264 BROOKLYN RD EVERGREEN, AL 36401 | $0.00 | Claim is Unknown |
| 204 | Sklar Exploration Company, LLC | BLAIR, SUSAN | 18264 BROOKLYN RD EVERGREEN, AL 36401 | $0.00 | Claim is Unknown |
| 205 | Sklar Exploration Company, LLC | FINCHER, TEDDY A & NELLY BURNS | 1682 2ND ST ARCADIA, LA 71001 | $0.00 | Claim is Unknown |
| 206 | Multiple Debtors | EVELER, JOYCE | 3503 RT Z CENTERTOWN, MO 65023 | $0.00 | Claim is Unknown |
| 207 | Multiple Debtors | ANDREWS, SHIRLEY | 1506 NOTTING HILL DR JEFFERSON CITY, MO 65109 | $0.00 | Claim is Unknown |
| 212 | Sklar Exploration Company, LLC | GILLIS, NORMAN B III | PO BOX 330218 NASHVILLE, TN 37203 | $0.00 | Claim is Unknown |
| 224 | Multiple Debtors | STEIFERMAN, MARYBETH | 417 LADUE RD JEFFERSON CITY, MO 65109 | $0.00 | Claim is unknown; Late filed claim |
| 292 | Sklarco, LLC | US DOI BUREAU OF LAND MANAGEMENT (BLM) | WYOMING STATE OFFICE ATTN CHRIS HITE 5353 YELLOWSTONE RD CHEYENNE, WY 82009 | $65,000.00 | Filed as contingent, unliquidated |
| 10005 | Sklar Exploration Company, LLC | SCHOMMER, CURT | 357 CASTILE LANE TURLOCK, CA 95382 | $0.00 | Claim is Unknown |

| | | | | | |
|---|---|---|---|---|---|
| 10023 | Sklar Exploration Company, LLC | DELTA S VENTURES LP | 615 LONGVIEW DR<br>SUGAR LAND, TX 77478-3728 | $0.00 | Claim is Unknown |
| 10024 | Sklar Exploration Company, LLC | DELTA S VENTURES LP | 615 LONGVIEW DR<br>SUGAR LAND, TX 77478-0000 | $0.00 | Claim is Unknown; Duplicate |
| 10025 | Sklar Exploration Company, LLC | DELTA S VENTURES LP | 615 LONGVIEW DR<br>SUGAR LAND, TX 77478-0000 | $0.00 | Claim is Unknown; Duplicate |
| 10028 | Sklar Exploration Company, LLC | MCCAMMON, MICHELE WALTERS | 1554 CREEK MILL TRACE<br>LAWRENCEVILLE, GA 30044 | $0.00 | Claim is Unknown |
| 10047 | Sklar Exploration Company, LLC | BALL, HATTIE MAE HOLMES | 5948 PIAT PLACE<br>CENTERVILLE, IL 62203-0000 | $0.00 | Claim is Unknown |
| 10062 | Sklar Exploration Company, LLC | SEITEL DATA LTD | C/O CLARK HILL STRASBURGER<br>720 BRAZOS ST, STE 700<br>AUSTIN, TX 78701 | $0.00 | Filed as contingent, unliquidated; no amount specified |
| 10065 | Sklar Exploration Company, LLC | MODLEY, CLAUDIE M HOLMES | 1160 HAWTHORNE DR<br>PENSACOLA, FL 32507-0000 | $0.00 | Filed as contingent, unliquidated; no amount specified |
| 10066 | Sklar Exploration Company, LLC | BANKS, PAMELA D HOLMES | 7905 KERSHAW ST<br>PENSACOLA, FL 32534-4239 | $0.00 | $0 claim |
| 10077 | Sklar Exploration Company, LLC | EDWARDS, TIFFANNIE RICHARDSON | 144 DOWNS LN<br>BREWTON, AL 36436 | $0.00 | Claim is Unknown |
| 10092 | Sklarco, LLC | TCP COTTONWOOD LP | C/O KEAN MILLER LLP<br>ATTN J ERIC LOCKRIDGE<br>400 CONVENTION ST, STE 700<br>BATON ROUGE, LA 70802 | $0.00 | Filed as contingent, unliquidated; no amount specified |
| 10108 | Sklarco, LLC | PATTERSON, NORA LEE | 1514 N 104TH PLAZA, APT 131<br>OMAHA, NE 68114 | $0.00 | Claim is Unknown |
| 10110 | Sklar Exploration Company, LLC | ROBERT E KING FAMILY LLC | 6702 GILBERT DR<br>SHREVEPORT, LA 71106 | $0.00 | Claim is Unknown |
| 10115 | Sklar Exploration Company, LLC | TARA RUDMAN REVOCABLE TRUST | 8150 N CENTRAL EXPRESSWAY, 10TH FL<br>DALLAS, TX 75206 | $0.00 | Filed as contingent, unliquidated; no amount specified |
| 10116 | Sklar Exploration Company, LLC | ESTATE OF WOLFE E RUDMAN, THE | 8150 N CENTRAL EXPRESSWAY, 10TH FL<br>DALLAS, TX 75206 | $0.00 | Claim is Unknown |
| 10135 | Sklar Exploration Company, LLC | HOLMES, VERONICA R | 1160 HAWTHORN DR<br>PENSACOLA, FL 32507 | $0.00 | Claim is Unknown; Duplicate |
| 10136 | Sklarco, LLC | HOLMES, VERONICA R | 1160 HAWTHORN DR<br>PENSACOLA, FL 32507 | $0.00 | Claim is Unknown |
| 10143 | Sklarco, LLC | NOBLEY, EVELINE R | 2611 WILDWOOD ST<br>NEW CANEY, TX 77357-0000 | $0.00 | Claim is Unknown |
| 10151 | Sklarco, LLC | NOBLEY, JENNIFER J | 2101 WINDING SPRINGS DR<br>LEAGUE CITY, TX 77573 | $0.00 | Claim is Unknown |