UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                              )
                                                    )          Case No. 20-12377-EEB
SKLAR EXPLORATION COMPANY, LLC                      )
EIN: 72-1417930                                     )          Chapter 11
                                                    )
    Debtor.                                         )
                                                    )
                                                    )
_____            )
                                                    )          Case No. 20-12380-EEB
SKLARCO, LLC                                        )
EIN:  72-1425432                                    )          Chapter 11
                                                    )
Debtor.                                             )

**ORDER GRANTING OBJECTION TO CLAIMS OF STATE OF ALABAMA DEPARTMENT OF REVENUE**

THIS MATTER having come before the Court on the Debtors' Objection to Claim Nos. 65 and 82 Filed the Alabama Department of Revenue (the "Objection"), notice having been provided and no substantiated responses having been received, cause being shown to the Court for the granting of the requested relief, it is hereby

**ORDERED THAT:**

1.      The Objection is GRANTED;

2.      Claim No. 65 and 82 filed by the Alabama Department of Revenue are hereby disallowed and expunged in its entirety;

3.      The claims agent is authorized and directed to take such action as is necessary to modify and updated the claims register to reflect the relief granted in this Order.

DONE and entered this _____ day of _____, 2022 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge

1