UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SKLAR EXPLORATION COMPANY, LLC ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN:  72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**OMNIBUS OBJECTION TO CLAIM AMOUNTS**

      The Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together "Debtors"), by and through its attorneys, Kutner Brinen Dickey Riley, P.C., moves the Court for entry of an Order disallowing claims filed in an unknown amount, contingent and unliquidated claims and $0 claim, and in support thereof, states as follows:

      1.      Sklarco filed its voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code on April 1, 2020 ("Petition Date").

      2.      Sklar Exploration Company, LLC ("SEC") filed its voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code on April 1, 2020.

      3.      The Debtors' *Second Amended and Restated Joint Plan of Reorganization* ("Plan") (Docket No. 1251) was confirmed on August 24, 2021 and became effective on September 7, 2021.

      4.      On July 23, 2020, the court entered an *Order Establishing Bar Date for the Filing of Proofs of Claim Pursuant to Bankruptcy Rule 3003(C)(3)* (Docket No. 493), establishing September 28, 2020 as the date by which creditors and parties in interest were required to file their Proofs of Claim.

      5.      A number of parties filed Proofs of Claim asserting claims in an amount that differs from the Debtor's books and records, and that are unsupported by documents included with the claims.  Some additional creditors have included additional post-petition charges that were paid in the ordinary course of business.  Others were paid on a pre-petition basis and inadvertently included on SEC's schedules.

6. A full list of those vendors who have claims that differ from the Debtors' books and records and that are unsupported by documents attached to the Claims are attached hereto as Exhibit A, and full copies of the claims are attached hereto as Exhibit B.

7. Accordingly, the Debtors objects to the allowance in full of the Claim on Exhibit A, and requests that the Court reduce the Claims to the amount reflected in the Debtors' books and records.

WHEREFORE, the Debtors pray the Court make and enter disallowing the Claims identified on Exhibit A in part, reducing such claims to the amounts reflected therein, and for such further and additional relief as to the Court may appear just and proper.

DATED: April 5, 2022                         Respectfully submitted,

By: */s/ Keri L. Riley*
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln Street, Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
Email: klr@kutnerlaw.com

| Claim or Schedule Number | Debtor | Claimant | Amount on Proof of Claim | Amount of Claim Subject to Allowance | Claim Reduction | Basis for Objection |
|---|---|---|---|---|---|---|
| 46 | Sklar Exploration Company, LLC | KEYSTONE ENGINEERING INC<br>1100 W CAUSEWAY APPROACH<br>MANDEVILLE, LA 70471 | $9,555.90 | $8,901.90 | $ 654.00 | Additional charges unsupported by claim documents |
| 52 | Sklar Exploration Company, LLC | TCP SPECIALISTS LLC<br>PO BOX 157<br>GLOSTER, LA 71030 | $64,027.66 | $59,027.68 | $ 4,999.98 | Additional charges unsupported by claim documents |
| 63 | Sklar Exploration Company, LLC | EASTERN FISHING & RENTAL TOOL CO INC<br>C/O CCTB PA<br>ATTN CHRISTOPHER H MEREDITH<br>PO BOX 6020<br>RIDGELAND, MS 39158 | $260,865.69 | $259,774.14 | $ 1,091.55 | Includes $1,092 in previsouly paid amounts |
| 69 | Multiple Debtors | SOUTHERN PROPANE INC<br>PO BOX 530<br>TAYLORSVILLE, MS 39168 | $36,471.67 | $28,273.00 | $ 8,198.67 | Includes additional charges for equipment lease outside of the scope of amounts owed by the Debtor |
| 150 | Sklar Exploration Company, LLC | LIQUID GOLD WELL SERVICE INC<br>C/O CHRIS CROWLEY, ESQ<br>1875 LAWRENCE ST, STE 730<br>DENVER, CO 80202 | $93,582.50 | $90,775.02 | $ 2,807.48 | Additional charges unsupported by claim documents |
| 170 | Multiple Debtors | ZAP ENGINEERING & CONSTRUCTION SERVICES<br>333 S ALLISON PKWY, STE 100<br>LAKEWOOD, CO 80226 | $6,002.75 | $4,993.50 | $ 1,009.25 | Includes invoice of $1,009.25 for post-petition work performed and paid for in the ordinary course |
| 10015 | Sklar Exploration Company, LLC | A & B PUMP & SUPPLY INC<br>PO DRAWER T<br>HEIDELBERG, MS 39439-1019 | $41,961.03 | $36,206.69 | $ 5,754.34 | Includes invoice in the amount of $5,754.75 previsouly paid by SEC |
| 10014 | Sklarco, LLC | SHULER DRILLING COMPANY INC<br>3340 W HILLSBORO ST<br>EL DORADO, AR 71730-6736 | $15.34 | $0.00 | $ 15.34 | All amounts paid on a pre-petition basis; also includes post petition charges paid in the ordinary course |
| 10032 | Sklar Exploration Company, LLC | H&H CONSTRUCTION LLC<br>ATTN LADON E HALL, PRESIDENT<br>PO BOX 850<br>FLOMATON, AL 36441-0000 | $571,136.00 | $567,173.00 | $ 3,963.00 | Additional charges unsupported by claim documents |
| 10058 | Sklar Exploration Company, LLC | JIMCO PUMPS<br>C/O CRAIG N ORR, ESQ<br>PO BOX 1289<br>LAUREL, MS 39441-0000 | $216,313.09 | $215,899.69 | $ 413.40 | Includes invoice in the amount of $413.40 previsouly paid by SEC |
| 10070 | Sklar Exploration Company, LLC | EICHE MAPES AND COMPANY INC<br>C/O POTTER MINTON PC<br>ATTN TIM SIMPSON<br>110 N COLLEGE, STE 500<br>TYLER, TX 75702 | $21,378.35 | $19,586.05 | $ 1,792.30 | Additional charges unsupported by claim documents |
| 10078 | Sklar Exploration Company, LLC | W BALDWIN & ANNA RAE LLOYD REV TRUST<br>ATTN MARIE LLOYD HENSON<br>C/O BOX 1847<br>JACKSON, MS 39215-0000 | $209.26 | $0.00 | $ 209.26 | Royalty claims paid on a post-petition basis |
| 10112 | Sklar Exploration Company, LLC | PIONEER WIRELINE SERVICES LLC<br>C/O DORE ROTHBERG MCKAY PC<br>17171 PARK ROW, STE 160<br>HOUSTON, TX 77084 | $41,363.29 | $39,950.15 | $ 1,413.14 | Additional charges unsupported by claim documents |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10139 | Sklar Exploration Company, LLC | KODIAK GAS SERVICES LLC<br>15320 HWY 105 W, STE 210<br>MONTGOMERY, TX 77356 | $226,862.22 | $136,537.37 | $ 90,324.85 | Includes additional charges paid by new operators for tanks |
| 10142 | Sklar Exploration Company, LLC | GE OIL & GAS PRESSURE CONTROL LP<br>C/O WILLIAM R SUDELA<br>2727 ALLEN PKWY, STE 1700<br>HOUSTON, TX 77019 | $110,134.62 | $104,045.82 | $ 6,088.80 | Additional charges unsupported by claim documents |
| 377000380 | Sklar Exploration Company, LLC | BELOUSOV, ANITA<br>4355 EAST 135TH WAY<br>THORNTON, CO 80241-0000 | $1,894.62 | $0.00 | $ 1,894.62 | Claim was reimbursed on a pre-petition basis |
| 377001440 | Sklar Exploration Company, LLC | FUELMAN<br>P.O. BOX 70887<br>CHARLOTTE, NC 28272-0887 | $12,053.17 | $11,608.55 | $ 444.62 | Additional charges unsupported by claim documents |
| 377001910 | Sklar Exploration Company, LLC | J & H INSURANCE SERVICES, INC.<br>510 NORTH VALLEY MILLS DRIVE<br>WACO, TX 76710-0000 | $3,532.29 | $0.00 | $ 3,532.29 | All amounts paid on a pre-petition basis |
| 377004310 | Sklar Exploration Company, LLC | WARTHAWG CONSTRUCTION<br>D/B/A WARTHAWG PROPERTIES, LP<br>520 HONEYSUCKLE LANE<br>LONGVIEW, TX 75605-0000 | $3,649.69 | $0.00 | $ 3,649.69 | All amounts paid on a pre-petition basis; incorrectly included in filing |