United States Bankruptcy Court for the District of Colorado
Sklar Exploration Company, LLC. Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4421
Beaverton, OR 97076-4421

| | |
|---|---|
| **Name of Debtor:** | SKlAR EXploRaTioN CompaNy, LLC. |
| **Case Number:** | 20-12377-EEB |

**RECEIVED**

AUG 2 7 2020

**LEGAL SERVICES**

☐ Check box if the address on the envelope sent to you by the court needs to be updated. Identify your replacement address in Part 1 (Section 3) below.

**For Court Use Only**

Filed: USBC - District of Colorado
Sklar Exploration Company, LLC, et al (B10)
20-12377 (EEB)

**SKR**

0000000046

## Proof of Claim (Official Form 410)

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of claims under 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:   Identify the Claim   Debt for unpaid invoices(4) for engineering services performed 2020.

**1.   Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim):   KEYSTONE ENGINEERING INC.

Other names the creditor used with the debtor: _____

**2.   Has this claim been acquired from someone else?**   ☒ No   ☐ Yes.   From whom? _____

**3.   Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

KEYSTONE ENGINEERING INC.
Name

1100 WEST CAUSEWAY APPROACH
Number     Street

MaNdeville, LA   70471
City          State       ZIP Code

Country (if International): _____

Contact phone: 985.626.4024 X 4007

Contact email: CSuchand@KeystoneENGr.com

Where should payments to the creditor be sent? (if different)

— SAME —
Name

_____
Number     Street

_____
City          State       ZIP Code

Country (if International): _____

Contact phone: _____

Contact email: _____

**4.   Does this claim amend one already filed?**
☒ No

☐ Yes.   Claim number on court claims register (if known) _____

Filed on _____
MM / DD / YYYY

**5.   Do you know if anyone else has filed a proof of claim for this claim?**
☒ No

☐ Yes.   Who made the earlier filing?

### Part 2:   Give Information About the Claim as of the Date the Case Was Filed

**6.   Do you have any number you use to identify the debtor?**

☒ No

☐ Yes.

Last 4 digits of the debtor's account or any number you use to identify the debtor:

__ __ __ __

**7.   How much is the claim?**

$ 9,555.90

Does this amount include interest or other charges?

☒ No

☐ Yes.   Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8.   What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Engineering Consulting Services performed

**9. Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

_____

**Basis for perfection:** _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%

☐ Fixed ☐ Variable

**10. Is this claim based on a lease?**

☒ No

☐ Yes. Amount necessary to cure any default as of the date of petition.

$_____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☒ No

☐ Yes. Check one:

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other. Specify subsection of 11 U.S.C. § 507 (a)(__) that applies.

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property:

_____

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

Amount entitled to priority

$_____

$_____

$_____

$_____

$_____

$_____

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☒ No

☐ Yes. Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9): $_____

**Part 3: Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 08 / 11 / 2020
MM / DD / YYYY

Signature: *Chris Suchd*

Print the name of the person who is completing and signing this claim:

Name: *Christopher* *J.* *Suchand*
First name / Middle name / Last name

Title: *Contracts Principal*

Company: *Keystone Engineering Inc.*
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: *1100 West Causeway Approach*
Number Street

*Mandeville* *LA* *70471*
City State ZIP Code

Contact Phone: *985.626.9024 x 4007* Email: *CSuchand@keystoneengr.com*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br><br>Debtor. | Bankr. No. 20-12377-EEB<br><br>Chapter 11 |
| SKLARCO, LLC,<br><br>Debtor. | Bankr. No. 20-12380-EEB<br><br>Chapter 11 |

**CLERK'S NOTICE OF APPOINTMENT OF EPIQ CORPORATE RESTRUCTURING, LLC
AS CLAIMS, NOTICING, SOLICITATION, AND ADMINISTRATIVE AGENT**

Notice is hereby given that the Court entered an Order Appointing Epiq Corporation Restructuring, LLC ("Epiq") as the Claims, Noticing, Solicitation, and Administrative Agent in the referenced jointly administered cases on July 17, 2020 at Docket No. 481.

Proofs of claims should be filed with Epiq, as it will maintain all proofs of claim and the official claims register for these cases.  Any transfers of claims must be filed directly with the Court.  **The deadline for filing proofs of claim is NO LATER THAN 5:00 P.M. Mountain Standard Time on or before September 28, 2020.**

To file a claim, inquire about pending claims, or review key dates, please visit Epiq's information page at  https://dm.epiq11.com/case/skr/info.

Dated this 6th day of August, 2020

Kenneth S. Gardner
Clerk of Court



BARRY J. REED, P.E.
ADAM C. ROGGE, P.E.
M. WESLEY SALMON
PATRICK M. LYLES
DANIEL S. CANTRELL, P.E.
DAVID G. LAURENT JR., P.E.
RONALD L. WEICKS, P.E.

*1100 West Causeway Approach*
*Mandeville, LA 70471*
*(985) 626 - 4024*

## Invoice

Invoice                    041651
January 14, 2020

Sklar Exploration Company, LLC
Attn: Accounts Payable
401 Edwards Street, Ste. 1601
Shreveport, LA 71101

**Contact:** Harold De Leon
**Project:  9010A19   Pitnic Well Permitting Assistance**

Keystone Project Manager:  Richard Fontenot
Professional Services for the Period:  12/4/2019 to 12/27/2019

*Verbally awarded Harold DeLeon*

### Professional Services

| | Grade   Classification | Reg Hours | OT Hours | Charge |
|---|---|---|---|---|
| **Process/Mechanical Engineering** | | | | |
| Christopher Bernard | ES50 Sr. Engineer | 15.00 | 0.00 | $1,620.00 |
| Nathan Henderson | ER71 Sr. Consulting Engineer | 2.00 | 0.00 | $300.00 |
| Alexander Sonnier | EN33 Engineer | 39.00 | 0.00 | $2,886.00 |
| **Process/Mechanical Engineering** | | 56.00 | 0.00 | $4,806.00 |

| | | Bill Units | | Charge |
|---|---|---|---|---|
| **Reimbursables** | | | | |
| HYSYS Software (Chem. Eng.) | | 2.00 | | $50.00 |
| **Reimbursables Total** | | | | $50.00 |
| | | Project Subtotal: | | $4,856.00 |

**\*\*\* Total Project Invoice Amount**                    *$4,856.00*



Report Date: 8/11/2020 4:00:06 PM
Page 1 of 1

## Work Description Project Report
Reporting Period: 11/29/2019 PM to 12/27/2019 AM
**9010A19 – Pitnic Well Permitting Assistance**
**Sklar Exploration Company, LLC**

| Task Code | Employee Name | Employee Bill Group | Resource Code | Transaction Date | Status | Man-Hours Straight Time | Man-Hours Overtime | Man-Hours Total | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 201 | Christopher Bernard | 101 | FE | 12/16/2019 | Posted | 6.00 | - | 6.00 | Checked line sizing calculations. |
| 201 | Christopher Bernard | 101 | FE | 12/17/2019 | Posted | 2.00 | - | 2.00 | Check Line Sizing and Wall Thickness Calculations |
| 201 | Christopher Bernard | 101 | FE | 12/18/2019 | Posted | 3.00 | - | 3.00 | Review LIne sizing and wall thickness calculations |
| 201 | Christopher Bernard | 101 | FE | 12/19/2019 | Posted | 3.00 | - | 3.00 | check line sizing calculations |
| 201 | Christopher Bernard | 101 | FE | 12/20/2019 | Posted | 1.00 | - | 1.00 | Discuss BTEX condenser design and necessary process conditions with lead engineer. |
| 201 | Nathan Henderson | 301 | HH | 12/10/2019 | Posted | 1.50 | - | 1.50 | HYSYS model development - review well data, develop simulation with provided VLE and compositional data. |
| 201 | Nathan Henderson | 301 | HH | 12/16/2019 | Posted | 0.50 | - | 0.50 | HYSYS simulation update, provide fluid data to mechanical for line sizing purposes. |
| 201 | Alexander Sonnier | 101 | FE | 12/04/2019 | Posted | 8.00 | - | 8.00 | Line sizing calculations. |
| 201 | Alexander Sonnier | 101 | FE | 12/05/2019 | Posted | 7.00 | - | 7.00 | Line material research. |
| 201 | Alexander Sonnier | 101 | FE | 12/09/2019 | Posted | 2.00 | - | 2.00 | Contacting vendors for quotes on Hastelloy piping. |
| 201 | Alexander Sonnier | 101 | FE | 12/11/2019 | Posted | 4.00 | - | 4.00 | Hysis analysis review. Line sizing calculations and wall thickness calculations. |
| 201 | Alexander Sonnier | 101 | FE | 12/16/2019 | Posted | 6.00 | - | 6.00 | Communicate with process engineers to get recommendation on alternative material to Hastelloy. Once alternative material was received, I ran calculations using the new material. |
| 201 | Alexander Sonnier | 101 | FE | 12/17/2019 | Posted | 3.00 | - | 3.00 | Calculation check. Conference calls to discuss calculation documents. |
| 201 | Alexander Sonnier | 101 | FE | 12/18/2019 | Posted | 4.00 | - | 4.00 | Find alternative material for 50 ppm H2S content. Calculate wall thickness for material adequate for 50 ppm H2S. |
| 201 | Alexander Sonnier | 101 | FE | 12/19/2019 | Posted | 2.00 | - | 2.00 | Expand A105 Gr. B calc to include from well head to 2 phase separator. Update line size of flowline to indicate XXS because of change of material. |
| 201 | Alexander Sonnier | 101 | FE | 12/27/2019 | Posted | 3.00 | - | 3.00 | Line evaluation report. |
| **201** | **Process/Mechanical Engineering** | | | | | **56.00** | **-** | **56.00** | |
| **9010A19 – Pitnic Well Permitting Assistance** | | | | | | **56.00** | **-** | **56.00** | |
| **REPORT TOTAL** | | | | | | **56.00** | **-** | **56.00** | |



BARRY J. REED, P.E.
ADAM C. ROGGE, P.E.
M. WESLEY SALMON
PATRICK M. LYLES
DANIEL S. CANTRELL, P.E.
DAVID G. LAURENT JR., P.E.
RONALD L. WEICKS, P.E.

*1100 West Causeway Approach*
*Mandeville, LA 70471*
*(985) 626 - 4024*

## <u>Invoice</u>

| | |
|---|---|
| Invoice | 041778 |
| January 21, 2020 | |

Sklar Exploration Company, LLC
Attn: Accounts Payable
401 Edwards Street, Ste. 1601
Shreveport, LA 71101

**Contact:** Harold De Leon
***Project: 9010A19  Pitnic Well Permitting Assistance***

Keystone Project Manager:  Richard Fontenot
Professional Services for the Period:  12/27/2019 to 1/10/2020

*Verbally awarded Harold DeLeon*

## <u>Professional Services</u>

| | Grade   Classification | Reg Hours | OT Hours | Charge |
|---|---|---|---|---|
| **<u>Document Control</u>** | | | | |
| Angela Picou | AA22 Administrator | 0.50 | 0.00 | $26.00 |
| ***Document Control*** | | 0.50 | 0.00 | $26.00 |
| | **Grade   Classification** | **Reg Hours** | **OT Hours** | **Charge** |
| **<u>Process/Mechanical Engineering</u>** | | | | |
| Tom Barry | MM64 Project Manager | 2.00 | 0.00 | $272.00 |
| Christopher Bernard | ES50 Sr. Engineer | 9.00 | 0.00 | $972.00 |
| Alexander Sonnier | EN33 Engineer | 20.00 | 0.00 | $1,480.00 |
| ***Process/Mechanical Engineering*** | | 31.00 | 0.00 | $2,724.00 |
| | **Grade   Classification** | **Reg Hours** | **OT Hours** | **Charge** |
| **<u>Mechanical Design/Drafting</u>** | | | | |
| Nolan Broussard | DL51 Lead Designer | 7.50 | 0.00 | $825.00 |
| Leighton Hardy | DR21 Sr. Drafter | 1.50 | 0.00 | $75.00 |
| ***Mechanical Design/Drafting*** | | 9.00 | 0.00 | $900.00 |
| | | **Bill Units** | | **Charge** |
| **<u>Reimbursables</u>** | | | | |

1100 W. Causeway Approach • Mandeville, Louisiana 70471
Office: 985.626.4024 • Fax: 985.626.4785 • E-Mail: accountinggroup@keystoneengr.com • www.keystoneengr.com

*Page 1 of 2*

| Keystone Engineering Inc. | | Invoice | 041778 | |
| Project | 9010A19 | Invoice Date | January 21, 2020 | |

| | | | |
|---|---|---:|---:|
| 11X17 COPIES | | 23.00 | $6.90 |
| 8.5 X 11 COPIES | | 14.00 | $2.10 |
| AutoCAD Software (ST) | | 9.00 | $90.00 |
| **Reimbursables Total** | | | $99.00 |
| | | Project Subtotal: | $3,749.00 |

*** *Total Project Invoice Amount*                    *$3,749.00*

1100 W. Causeway Approach • Mandeville, Louisiana 70471
Office: 985.626.4024 • Fax: 985.626.4785 • E-Mail: accountinggroup@keystoneengr.com • www.keystoneengr.com

Page 2 of 2



## Work Description Project Report
Reporting Period: 12/27/2019 PM to 01/10/2020 AM
**9010A19 - Pitnic Well Permitting Assistance**
**Sklar Exploration Company, LLC**

| Task Code | Employee Name | Employee Bill Group | Resource Code | Transaction Date | Status | Man-Hours Straight Time | Man-Hours Overtime | Man-Hours Total | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 155 | Angela Picou | 101 | DS | 01/08/2020 | Posted | 0.50 | - | 0.50 | TR-001 |
| **155** | **Document Control** | | | | | **0.50** | **-** | **0.50** | |
| | | | | | | | | | |
| 201 | Tom Barry | 101 | FE | 01/10/2020 | Posted | 2.00 | - | 2.00 | Safety flow check |
| 201 | Christopher Bernard | 101 | FE | 01/02/2020 | Posted | 2.00 | - | 2.00 | Supervised Piping Installation Plan Details |
| 201 | Christopher Bernard | 101 | FE | 01/03/2020 | Posted | 3.00 | - | 3.00 | Checked line sizing report and supervised in piping installation plan |
| 201 | Christopher Bernard | 101 | FE | 01/06/2020 | Posted | 4.00 | - | 4.00 | Checked Line Sizing Report and issued to AR |
| 201 | Alexander Sonnier | 101 | FE | 01/03/2020 | Posted | 4.00 | - | 4.00 | Piping Installation Procedure |
| 201 | Alexander Sonnier | 101 | FE | 01/06/2020 | Posted | 4.00 | - | 4.00 | Technical report revisions |
| 201 | Alexander Sonnier | 101 | FE | 01/09/2020 | Posted | 9.00 | - | 9.00 | Safety Flow Diagram. Updated cause and effect. |
| 201 | Alexander Sonnier | 101 | FE | 01/10/2020 | Posted | 3.00 | - | 3.00 | Update cause and effect. Update safety flow diagram |
| **201** | **Process/Mechanical Engineering** | | | | | **31.00** | **-** | **31.00** | |
| | | | | | | | | | |
| 701 | Nolan Broussard | 101 | OS | 01/08/2020 | Posted | 2.50 | - | 2.50 | Create new Safety Flow Diagram |
| 701 | Nolan Broussard | 101 | OS | 01/09/2020 | Posted | 5.00 | - | 5.00 | Create new Safety Flow Diagram |
| 701 | Leighton Hardy | 101 | OS | 01/10/2020 | Posted | 1.50 | - | 1.50 | Made pickups from engineering review. |
| **701** | **Mechanical Design/Drafting** | | | | | **9.00** | **-** | **9.00** | |
| | | | | | | | | | |
| **9010A19 - Pitnic Well Permitting Assistance** | | | | | | **40.50** | **-** | **40.50** | |
| | | | | | | | | | |
| **REPORT TOTAL** | | | | | | **40.50** | **-** | **40.50** | |



**ENGINEERING INC.**

BARRY J. REED, P.E.
ADAM C. ROGGE, P.E.
M. WESLEY SALMON
PATRICK M. LYLES
DANIEL S. CANTRELL, P.E.
DAVID G. LAURENT JR., P.E.
RONALD L. WEICKS, P.E.

*1100 West Causeway Approach*
*Mandeville, LA 70471*
*(985) 626 - 4024*

## *Invoice*

| | |
|---|---|
| *Invoice* | *042413* |
| *February 26, 2020* | |

Sklar Exploration Company, LLC
Attn: Accounts Payable
401 Edwards Street, Ste. 1601
Shreveport, LA 71101

**Contact:** Harold De Leon
***Project:  9009A19   Bates, Pitnic & Polk Wells Low Pressure Gas Treating TIC Est***

Keystone Project Manager:  Richard Fontenot
Professional Services for the Period:  10/4/2019 to 2/7/2020

*Verbally awarded Harold DeLeon*

## *Professional Services*

| | Grade   Classification | Reg Hours | OT Hours | Charge |
|---|---|---|---|---|
| **Project Controls** | | | | |
| | | | | |
| Amy Carlson | AA23 Administrator | 0.50 | 0.00 | $27.00 |
| **Project Controls** | | 0.50 | 0.00 | $27.00 |

| | Grade   Classification | Reg Hours | OT Hours | Charge |
|---|---|---|---|---|
| **Process/Mechanical Engineering** | | | | |
| | | | | |
| Nathan Henderson | ER71 Sr. Consulting Engineer | 2.00 | 0.00 | $300.00 |
| **Process/Mechanical Engineering** | | 2.00 | 0.00 | $300.00 |
| | | Project Subtotal: | | $327.00 |

*** *Total Project Invoice Amount*  $327.00

1100 W. Causeway Approach • Mandeville, Louisiana 70471
Office: 985.626.4024 • Fax: 985.626.4785 • E-Mail: accountinggroup@keystoneengr.com • www.keystoneengr.com

*Page 1 of 1*



## Work Description Project Report

Reporting Period: 09/27/2019 PM to 02/07/2020 AM

**9009A19 - Bates, Pitnic & Polk Wells Low Pressure Gas Treating TIC Est**
**Sklar Exploration Company, LLC**

| Task Code | Employee Name | Employee Bill Group | Resource Code | Transaction Date | Status | Man-Hours Straight Time | Man-Hours Overtime | Man-Hours Total | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 130 | Amy Carlson | 999 | AA | 10/04/2019 | Posted | 0.50 | - | 0.50 | Assigned new project number, created folders and entered project information, task codes and budget |
| **130** | **Project Controls** | | | | | **0.50** | **-** | **0.50** | |
| 201 | Nathan Henderson | 301 | HE | 10/25/2019 | Posted | 2.00 | - | 2.00 | Evaluate cost effective means of treating high level of H2S with/w-o amine unit - sulfatreat, reinjection, Claus plant, HYSYS modeling to generate ballpark process info. |
| **201** | **Process/Mechanical Engineering** | | | | | **2.00** | **-** | **2.00** | |
| **9009A19 - Bates, Pitnic & Polk Wells Low Pressure Gas Treating TIC Est** | | | | | | **2.50** | **-** | **2.50** | |
| **REPORT TOTAL** | | | | | | **2.50** | **-** | **2.50** | |



BARRY J. REED, P.E.
ADAM C. ROGGE, P.E.
M. WESLEY SALMON
PATRICK M. LYLES
DANIEL S. CANTRELL, P.E.
DAVID G. LAURENT JR., P.E.
RONALD L. WEICKS, P.E.

*1100 West Causeway Approach*
*Mandeville, LA 70471*
*(985) 626 - 4024*

## _Invoice_

*Sklar Exploration Company, LLC*
Attn: Accounts Payable
401 Edwards Street, Ste. 1601
Shreveport, LA 71101

*Invoice*      042412
February 26, 2020

**Contact:** Harold De Leon
***Project: 9010A19   Pitnic Well Permitting Assistance***

Keystone Project Manager:  Richard Fontenot
Professional Services for the Period:  1/10/2020 to 2/7/2020

*Verbally awarded Harold DeLeon*

## _Professional Services_

| Document Control | Grade   Classification | Reg Hours | OT Hours | Charge |
|---|---|---|---|---|
| Angela Picou | AA22 Administrator | 1.00 | 0.00 | $52.00 |
| **Document Control** | | 1.00 | 0.00 | $52.00 |

| Process/Mechanical Engineering | Grade   Classification | Reg Hours | OT Hours | Charge |
|---|---|---|---|---|
| Tom Barry | MM64 Project Manager | 1.00 | 0.00 | $136.00 |
| Christopher Bernard | ES50 Sr. Engineer | 1.00 | 0.00 | $108.00 |
| **Process/Mechanical Engineering** | | 2.00 | 0.00 | $244.00 |

| Reimbursables | | Bill Units | Charge |
|---|---|---|---|
| 11X17 COPIES | | 3.00 | $0.90 |
| **Reimbursables Total** | | | $0.90 |
| | Project Subtotal: | | $296.90 |

*** *Total Project Invoice Amount*      *$296.90*

1100 W. Causeway Approach • Mandeville, Louisiana 70471
Office: 985.626.4024  •  Fax: 985.626.4785  •  E-Mail: accountinggroup@keystoneengr.com  •  www.keystoneengr.com

*Page 1 of 1*



## Work Description Project Report

Reporting Period: 01/10/2020 PM to 02/07/2020 AM

**9010A19 - Pitnic Well Permitting Assistance**
**Sklar Exploration Company, LLC**

| Task Code | Employee Name | Employee Bill Group | Resource Code | Transaction Date | Status | Man-Hours Straight Time | Man-Hours Overtime | Man-Hours Total | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 155 | Angela Picou | 101 | DS | 01/16/2020 | Posted | 0.50 | - | 0.50 | TR-002 |
| 155 | Angela Picou | 101 | DS | 01/31/2020 | Posted | 0.50 | - | 0.50 | TR-003 |
| **155** | **Document Control** | | | | | **1.00** | **-** | **1.00** | |
| 201 | Tom Barry | 101 | FE | 01/31/2020 | Posted | 1.00 | - | 1.00 | Review permitting safety system summary |
| 201 | Christopher Bernard | 101 | FE | 01/30/2020 | Posted | 1.00 | - | 1.00 | Checked safety report/cause and effect comments from client |
| **201** | **Process/Mechanical Engineering** | | | | | **2.00** | **-** | **2.00** | |
| **9010A19 - Pitnic Well Permitting Assistance** | | | | | | **3.00** | **-** | **3.00** | |
| **REPORT TOTAL** | | | | | | **3.00** | **-** | **3.00** | |



**Keystone** ENGINEERING INC.

Christopher J. Suchand
Contracts Principal

1100 W. Causeway Approach
Mandeville, LA 70471
Main:   985.626.4024  ext. 4007
Cell:    504.452.3667
Fax:     985.626.4785
csuchand@keystoneengr.com
www.keystoneengr.com

Keystone Engineering Inc
Human Resources
1100 W. Causeway Approach
Mandeville, LA 70471



UNITED STATES POSTAGE
$007.80

**RECEIVED**

AUG 2 7 2020

**LEGAL SERVICES**

Epiq Corporate Restructuring, LLC
P.O. Box 4421
Beaverton, OR 97076-4421



7014 0700 2000 1223 9678

Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Sklar Exploration Company, LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: District of Colorado | |
| Case number | 20-12377 |

FILED
CLERK OF COURT

MAY - 1 2020

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

## Official Form 410

# Proof of Claim

04/19

Filed: USBC - District of Colorado
Sklar Exploration Company, LLC, et al (B10)
20-12377 (EEB)

SKR



0000000052

Read the instructions before filling out this form. This form is for making a c̶l̶a̶i̶m̶ ... form to make a request for payment of an administrative expense. Make such a requ̶...

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | TCP Specialists, LLC<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes.  From whom? |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>TCP Specialists, LLC<br>Name<br>585 Park Drive  Po Box 157<br>Number  Street  Gloster  71030<br>Frierson  LA  74027<br>City  State  ZIP Code<br><br>Contact phone 318-230-5399<br>Contact email charlatcp@gmail.com | **Where should payments to the creditor be sent? (if different)**<br><br>Name<br><br>Number  Street<br><br>City  State  ZIP Code<br><br>Contact phone<br><br>Contact email |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

| | |
|---|---|
| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes.  Claim number on court claims registry (if known) _____   Filed on ___/___/___ MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes.  Who made the earlier filing? |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---------|---------------------------------------------------------------------|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ___ ___ ___

**7. How much is the claim?**    $_____64,027.68 . Does this amount include interest or other charges?

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Goods sold and services performed.

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:    $_____

Amount of the claim that is secured:    $_____

Amount of the claim that is unsecured:    $_____ .(The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   04/24/2020
                   MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| Name | Dale Seekford | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Member | | |
| Company | | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 585 Park Drive | | |
| | Number      Street | | |
| | Frierson | LA | 71027 |
| | City | State | ZIP Code |
| Contact phone | 318-230-5399 | Email charlatcp@gmail.com | |

**TCP SPECIALISTS, LLC**
PO Box 157
Gloster, LA 71030

Invoice

| Phone # | Fax # | Date | Invoice # |
|---|---|---|---|
| 3188721404 | 318-872-1405 | 2/7/2020 | 7318 |

| Bill To | Well/Field/County(Parish)/State |
|---|---|
| Sklar Explorations<br>5395 Pearl Pkwy,<br>#200<br>Boulder, CO 80301 | CCL&T 4-1 WI<br>Brooklyn<br>Conecuh<br>AL |

| Basin | Shop | Terms | AFE/CC | PO Number |
|---|---|---|---|---|
| | F | Due on receipt | | |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Cased Hole Service, per foot ($1,500 minimum) | 1 | 1,500.00 | 1,500.00 |
| Standard Pressure Equipment with Grease Injector, 1001-5000 psi | 1 | 1,000.00 | 1,000.00 |
| TAG Perforating Carrier, Depth Charge, Per Foot | 12,034 | 0.30 | 3,610.20 |
| TAG Perforating carrier, Per Shot | 60 | 95.00 | 5,700.00 |
| Premium Perforating Charges - Casing | 60 | 22.00 | 1,320.00 |
| Precise Propellant Deployment, Depth Charge | 12,034 | 0.42 | 5,054.28 |
| Precise Propellant Deployment, Operations Charge | 1 | 1,200.00 | 1,200.00 |
| | | | |
| Subtotal | | | 19,384.48 |
| Discount | | -10,661.46 | -10,661.46 |
| Subtotal | | | 8,723.02 |
| | | | |
| Living Expenses, Per Crew, Per Day | 1 | 400.00 | 400.00 |
| Gamma Gun/CCL Operation Charge, per foot | 1 | 1,200.00 | 1,200.00 |
| Mileage, Per Mile | 300 | 3.00 | 900.00 |
| FedEx Overnight Shipping for Perforating Charges | 1 | 200.00 | 200.00 |
| | | | 0.00 |

| | Total | $11,423.02 |
|---|---|---|

All services are supplied subject to our General Terms and Conditions as
stated in our Current Price Schedule.



**TCP SPECIALISTS, LLC**
PO Box 157
Gloster, LA 71030

Invoice

| Phone # | Fax # | Date | Invoice # |
|---|---|---|---|
| 3188721404 | 318-872-1405 | 1/18/2020 | 7312 |

| Bill To | Well/Field/County(Parish)/State |
|---|---|
| Sklar Explorations<br>5395 Pearl Pkwy.<br>#200<br>Boulder, CO 80301 | Cedar Creek Land & Timber<br>Brooklyn<br>Conecuh<br>AL |

| Basin | Shop | Terms | AFE/CC | PO Number |
|---|---|---|---|---|
| | F | Due on receipt | | |

| Desription | Quantity | Rate | Amount |
|---|---|---|---|
| Cased Hole Service, per foot ($1,500 minimum) | 1 | 1,500.00 | 1,500.00 |
| Standard Pressure Equipment with Grease Injector, 1001-5000 psi | 1 | 1,000.00 | 1,000.00 |
| Retrievable Steel Hollow Carrier, 3 1/8"-4", Depth Charge, per foot | 12,082 | 0.30 | 3,624.60 |
| TAG Perforating carrier, Per Shot | 72 | 95.00 | 6,840.00 |
| Premium Perforating Charges - Casing | 72 | 22.00 | 1,584.00 |
| Precise Propellant Deployment, Depth Charge | 12,082 | 0.42 | 5,074.44 |
| Precise Propellant Deployment, Operations Charge | 1 | 1,200.00 | 1,200.00 |
| | | | |
| Subtotal | | | 20,823.04 |
| Discount | | -11,452.67 | -11,452.67 |
| Subtotal | | | 9,370.37 |
| | | | |
| Gamma Gun/CCL Operation Charge, per foot | 1 | 1,200.00 | 1,200.00 |
| Mileage, Per Mile | 300 | 3.00 | 900.00 |
| Living Expenses, Per Crew, Per Day | 2 | 400.00 | 800.00 |
| | | | |
| | | | 0.00 |

| | Total | $12,270.37 |
|---|---|---|

All services are supplied subject to our General Terms and Conditions as
stated in our Current Price Schedule.

**TCP SPECIALISTS, LLC**
PO Box 157
Gloster, LA 71030

Invoice

| Phone # | Fax # | | Date | Invoice # |
|---------|-------|---|------|-----------|
| 3188721404 | 318-872-1405 | | 11/25/2019 | DLD417 |

| Bill To | Well/Field/County(Parish)/State |
|---------|--------------------------------|
| Sklar Explorations<br>5395 Pearl Pkwy.<br>#200<br>Boulder, CO 80301 | CCL&T 10-5 #1-G<br>Fish Pond<br>Escambia<br>AL |

| Basin | Shop | Terms | AFE/CC | PO Number |
|-------|------|-------|--------|-----------|
| | F | Due on receipt | | |

| Desription | Quantity | Rate | Amount |
|-----------|----------|------|--------|
| 3 3/8" High Temp (HMX) | 1 | 6,880.00 | 6,880.00 |
| 3 3/8" High Temp (HMX), each additional foot | 21 | 650.00 | 13,650.00 |
| 3 3/8" High Temp (HMX), non reusable blank, per shot | 3 | 275.00 | 825.00 |
| Bar-Drop Firing Head | 1 | 3,200.00 | 3,200.00 |
| Ported Circulating Sub | 1 | 550.00 | 550.00 |
| Safety Drop Bar Assembly | 1 | 1,000.00 | 1,000.00 |
| TCP Service Charge | 1 | 2,200.00 | 2,200.00 |
| | | | |
| Subtotal | | | 28,305.00 |
| Discount | | -12,737.25 | -12,737.25 |
| Subtotal | | | 15,567.75 |
| | | | |
| TCP Specialist, per hour | 15 | 150.00 | 2,250.00 |
| Crew Transportation, per mile | 270 | 2.25 | 607.50 |
| Hotel and Expenses | 4 | 350.00 | 1,400.00 |
| | | | 0.00 |

| | Total | **$19,825.25** |
|---|-------|----------------|

All services are supplied subject to our General Terms and Conditions as
stated in our Current Price Schedule.

**TCP SPECIALISTS, LLC**
PO Box 157
Gloster, LA 71030

Invoice

| Phone # | Fax # |
|---|---|
| 3188721404 | 318-872-1405 |

| Date | Invoice # |
|---|---|
| 2/4/2020 | 7317 |

| Bill To |
|---|
| Sklar Explorations
5395 Pearl Pkwy.
#200
Boulder, CO 80301 |

| Well/Field/County(Parish)/State |
|---|
| CCL&T 34-14 #1
Brooklyn
Conecuh
AL |

| Basin | Shop | Terms | AFE/CC | PO Number |
|---|---|---|---|---|
| | F | Due on receipt | | |

| Desription | Quantity | Rate | Amount |
|---|---|---|---|
| Cased Hole Service, per foot ($1,500 minimum) | 1 | 1,500.00 | 1,500.00 |
| Standard Pressure Equipment with Grease Injector, 1001-5000 psi | 1 | 1,000.00 | 1,000.00 |
| TAG Perforating Carrier, Depth Charge, Per Foot | 12,062 | 0.30 | 3,618.60 |
| TAG Perforating carrier, Per Shot | 96 | 95.00 | 9,120.00 |
| Premium Perforating Charges - Casing | 96 | 22.00 | 2,112.00 |
| Precise Propellant Deployment, Depth Charge | 12,061 | 0.42 | 5,065.62 |
| Precise Propellant Deployment, Operations Charge | 1 | 1,200.00 | 1,200.00 |
| Subtotal | | | 23,616.22 |
| Discount | | -12,988.92 | -12,988.92 |
| Subtotal | | | 10,627.30 |
| Living Expenses, Per Crew, Per Day | 1 | 400.00 | 400.00 |
| Gamma Gun/CCL Operation Charge, per foot | 1 | 1,200.00 | 1,200.00 |
| Mileage, Per Mile | 300 | 3.00 | 900.00 |
| | | | 0.00 |

| Total | $13,127.30 |
|---|---|

All services are supplied subject to our General Terms and Conditions as stated in our Current Price Schedule.

*TCP SPECIALISTS, LLC*
**PO Box 157**
**Gloster, LA 71030**

Invoice

| Phone # | Fax # | | Date | Invoice # |
|---|---|---|---|---|
| 3188721404 | 318-872-1405 | | 2/3/2020 | 7316 |

| Bill To | Well/Field/County(Parish)/State |
|---|---|
| Sklar Explorations<br>5395 Pearl Pkwy,<br>#200<br>Boulder, CO 80301 | CCL&T 34-14 #1<br>Brooklyn<br>Conecuh<br>AL |

| Basin | Shop | Terms | AFE/CC | PO Number |
|---|---|---|---|---|
| | F | Due on receipt | | |

| Desription | Quantity | Rate | Amount |
|---|---|---|---|
| Cased Hole Service, per foot ($1,500 minimum) | 1 | 1,500.00 | 1,500.00 |
| Standard Pressure Equipment with Grease Injector, 1001-5000 psi | 1 | 1,000.00 | 1,000.00 |
| Retrievable Steel Hollow Carrier, 3 1/8"-4", Depth Charge, per foot | 12,062 | 0.30 | 3,618.60 |
| | | | |
| Subtotal | | | 6,118.60 |
| Discount | | -3,365.23 | 3,365.23 |
| Subtotal | | | 2,753.37 |
| Living Expenses, Per Crew, Per Day | 1 | 400.00 | 400.00 |
| | | | 0.00 |

| | Total | $3,153.37 |
|---|---|---|

All services are supplied subject to our General Terms and Conditions as
stated in our Current Price Schedule.

*TCP SPECIALISTS, LLC*
**PO Box 157**
**Gloster, LA 71030**

Invoice

| Phone # | Fax # |
|---------|-------|
| 3188721404 | 318-872-1405 |

| Date | Invoice # |
|------|-----------|
| 2/2/2020 | 7315 |

| Bill To |
|---------|
| Sklar Explorations |
| 5395 Pearl Pkwy. |
| #200 |
| Boulder, CO 80301 |

| Well/Field/County(Parish)/State |
|---------------------------------|
| CCL&T 34-14 #1 |
| Brooklyn |
| Conecuh |
| AL |

| Basin | Shop | Terms | AFE/CC | PO Number |
|-------|------|-------|--------|-----------|
|  | F | Due on receipt |  |  |

| Desription | Quantity | Rate | Amount |
|------------|----------|------|--------|
| Cased Hole Service, per foot ($1,500 minimum) | 1 | 1,500.00 | 1,500.00 |
| Discount |  | -825.00 | -825.00 |
| Subtotal |  |  | 675.00 |
| Living Expenses, Per Crew, Per Day | 1 | 400.00 | 400.00 |
|  |  |  | 0.00 |

| | Total | $1,075.00 |
|-|-------|-----------|

All services are supplied subject to our General Terms and Conditions as stated in our Current Price Schedule.

*TCP SPECIALISTS, LLC*
**PO Box 157**
**Gloster, LA 71030**

Invoice

| Phone # | Fax # |
|---------|-------|
| 3188721404 | 318-872-1405 |

| Date | Invoice # |
|------|-----------|
| 2/1/2020 | 7314 |

| Bill To |
|---------|
| Sklar Explorations<br>5395 Pearl Pkwy.<br>#200<br>Boulder, CO 80301 |

| Well/Field/County(Parish)/State |
|---------------------------------|
| CCL&T 34-14 #1<br>Brooklyn<br>Conecuh<br>AL |

| Basin | Shop | Terms | AFE/CC | PO Number |
|-------|------|-------|--------|-----------|
|  | F | Due on recipt |  |  |

| Desription | Quantity | Rate | Amount |
|------------|----------|------|--------|
| Cased Hole Service, per foot ($1,500 minimum) | 1 | 1,500.00 | 1,500.00 |
| Standard Pressure Equipment with Grease Injector, 1001-5000 psi | 1 | 1,000.00 | 1,000.00 |
| Retrievable Steel Hollow Carrier, 3 1/8"-4", Depth Charge, per foot | 12,062 | 0.30 | 3,618.60 |
|  |  |  |  |
| Subtotal |  |  | 6,118.60 |
| Discount |  | -3,365.23 | -3,365.23 |
| Subtotal |  |  | 2,753.37 |
|  |  |  |  |
| Living Expenses, Per Crew, Per Day | 1 | 400.00 | 400.00 |
|  |  |  | 0.00 |

| | Total | $3,153.37 |
|---|-------|-----------|

All services are supplied subject to our General Terms and Conditions as
stated in our Current Price Schedule.

C

O

U

R

T

D

O

C

K

E

T

| 20-12377 | 25-1 | 8/28/2020 | D. GERTH |
|---|---|---|---|
| CASE NO. | COURT CLAIM NO. | DATE RETRIEVED | RECEIVED BY |

**RECEIVED**

MAY 0 7 2020

**LEGAL SERVICES**

Filed: USBC - District of Colorado
Sklar Exploration Company, LLC, et al (B10)
20-12377 (EEB)

**SKR**

0000000063



| Fill in this information to identify the case: |
| --- |
| Debtor 1 | SKLAR EXPLORATION COMPANY, LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: District of Colorado |
| Case number | 12-12377-EEB |

## Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Eastern Fishing & Rental Tool Company, Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Christopher H. Meredith, CCTB, P.A.
Name

P. O Box 6020
Number        Street

Ridgeland        MS        39158
City        State        ZIP Code

Contact phone 601.427.1343

Contact email cmeredith@cctb.com

**Where should payments to the creditor be sent? (if different)**

_____
Name

_____
Number        Street

_____
City        State        ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

— — — — — — — — — — — — — — — — — — — — — — — —

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____

**7. How much is the claim?**

$ _____ 260,865.69

**Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**See Exhibit "A" Attached Hereto**

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Services Performed/Goods Sold. See Exhibits B, C & D Attached.

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                    $_____

Amount of the claim that is secured:  $_____

Amount of the claim that is unsecured: $_____   (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:  $_____

Annual Interest Rate (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.  $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | | Amount entitled to priority |
|---|---|---|

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $_____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $_____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $_____

☑ Other. Specify subsection of 11 U.S.C. § 507(a)(_2_) that applies.   $_____1,380.00_

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:   Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   5 / 6 / 2020
                   MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

Name    _Nick_          _D_             _Welch_
        First name      Middle name     Last name

Title   _President_

Company   Eastern Fishing & Rental Tools
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   P. O. Box 292
          Number        Street

          Laurel                        MS        39441
          City                          State     ZIP Code

Contact phone   601.649.1454      Email   Nwelch@eastern-tools.com

---

# SUMMARY OF
# STATEMENT OF ACCOUNT
# EASTERN FISHING & RENTAL TOOL CO., INC.

**Company:**      Sklar Exploration Company, LLC

| Indebtedness Description | Amount |
|---|---|
| Principal Balance (as of 04/01/2020): | $259,774.14 |
| Governed by Feb. 1, 2017, *Price Catalog* ("Price Catalog"): $80,436.89 (*See* Exhibit "B") | |
| Governed by Jan. 3, 2020, *Master Service Agreement* ("MSA"): $177,957.25 (*See* Exhibit "C") | |
| Admin. Claim: $1,380.00[1] | |
| Accrued Interest (as of 04/01/2020): | $1,091.55 |
|    Price Catalog: $929.20 | |
|    MSA: $162.35 | |
| **Total Indebtedness\*** | **$260,865.69** |

\* This amount is exclusive of interest, late fees, and other applicable fees and charges accruing after as of 04/01/2020, and any attorney's fees, costs, and expenses incurred by Eastern Fishing & Rental Tool Co., Inc. in connection with collection of the indebtedness, as may be allowable under the Bankruptcy Code and other applicable law.

---

[1] *See* 11 U.S.C. § 503(b)(9) and Exhibit "D".

# Exhibit B

*Revised February 1, 2017*



## FISHING & RENTAL TOOLS

PO Box 292   Laurel, MS 39441
PO Box 938   Cottondale, AL 35453
PO Box 4816   Longview, TX 75605

Phone: 601-649-1454
205-556-8000
903-653-0430
Fax: 601-428-3852
205-556-8014
903-215-8098

# *PRICE CATALOG*

# TERMS, CONDITIONS AND WARRANTIES

**WELL CONDITIONS** – Well conditions which prevent satisfactory operation of tools do not relieve the Customer of this responsibility for rental charges.

**GUARANTEE** – All goods and materials are carefully tested and inspected before leaving point of manufacture: but, as it is impossible to always detect imperfections, the only guarantee that is given by Eastern Fishing and Rental Tools, and for which Eastern Fishing and Rental Tools is in any way liable is to replace delivery to carrier of tools being replaced, or allowed credit for such goods at Eastern Fishing and Rental Tools' option. All replaced goods are to be returned to us transportation prepaid. Under no circumstances are we responsible for any damages beyond the price of the goods. No damages or charges of any kind, either for labor, expenses or otherwise, suffered or incurred by the Customer in repairing or replacing defective goods, or occasioned by them will be allowed. All sales made by us (unless otherwise agreed in writing by an executive officer of Eastern Fishing and Rental Tools) are made subject to each and all of the within conditions, and the placing of order by or delivery of such goods or materials to the Customer, or the use thereof by him, shall be a acceptance by the Customer of all said conditions. No agent, employee or representative of Eastern Fishing and Rental Tools is authorized to alter or amend in any fashion the provisions contained in these conditions.

**COMPANY'S LIABILITY** – All tools or equipment are rented, repaired, manufactured and sold under the express understanding that the use of said tools or equipment by any person, firm, or corporation whomsoever, is entirely at the risk of said user, and in renting, repairing, manufacturing, or selling said tools or age to any well, property, or person from the use of said tools whether caused by the manner or the use of said tools, defect of the materials – whether latent or patent, workmanship assembling or otherwise. We exercise every precaution prevailing in our business, including magnetic inspection, to assure that tools and equipment rented, repaired, or manufactured in our shop or new tools and equipment rented or sold by Eastern Fishing and Rental Tools are in good condition, but Eastern Fishing and Rental Tools does not guarantee them in any respect whatsoever, and they are used entirely at the risk of the Customer – whether or not operated under our supervision. Eastern Fishing and Rental Tools shall not be responsible for any loss, damage, or injury including death or like or different casualty to persons (whether they be third persons, the Customer or its employees) and to the property (whether it be that of the Customer or its employees or third persons) by reason of any damage from any such equipment or any part thereof or by reason of any defects in the construction or installation of such equipment or by reason of the placing, erecting, falling, or dislocation of such equipment or any part thereof or by reason of any casualty whether due to the negligence of Eastern Fishing and Rental Tools or otherwise.

**INDEMNITY** – Customer agrees to protect, defend, indemnify and hold harmless (insert name of insured), its officers, directors, and employees, from and against all claims, demands, and causes of action of every kind and character without limit and without regard to the cause or causes thereof or the negligence or fault (active or passive) of any party or parties arising in connection herewith in favor of customer's employees, customer's subcontractors or their employees or customer's invitees on account of bodily injury, death or damage to property.

**RENTAL CHARGES** –When one of Eastern Fishing and Rental Tools service operators is on location, our scheduled rental rates begin when tools leave the Eastern Fishing and Rental Tools service point, and continue until they are returned. When one of Eastern Fishing and Rental Tools service operators is not on location our rental rates begin when our tools are picked up from the Eastern Fishing and Rental Tools service point and continue until the tools are returned. Twenty-four hours, or any part thereof, constitute the first day's rental – additional days begin at the expiration of the first day and continue until the tools are returned. A multiple day minimum rental will apply to certain tools and equipment as set out in the Eastern Fishing and Rental Tools price catalog. Tools sub-rented from other retail suppliers may be charged at their rates. Washover pipe and tools rented to a fishing tool company may be charged at the current published rates of that company. All third-party charges are subject to a 15% surcharge. Special tools ordered and built for a specific job will be charged on the basis of the applicable shop time, plus a minimum rental, whether or not the tool is used.

**SERVICE CHARGES** – When a Eastern Fishing and Rental Tools service operator is furnished to operate any rental, cutting, or fishing tools, his time will be charged at the current rate per day, per twenty-four hour day or fractional part thereof while he is away from the Eastern Fishing and Rental Tools service point. If the Customer's well is not in the immediate locality of the Eastern Fishing and Rental Tools service point and the Eastern Fishing and Rental Tools service operator travels by automobile, his transportation will be charged at the current catalog rate per mile for the distance traveled from the Eastern Fishing and Rental Tools service point to the Customer's well and return. If the Eastern Fishing and Rental Tools service operator travels by other means the Customer will be charged the actual cost of the transportation. If Eastern Fishing and Rental Tools' trailer-mounted equipment is pulled by the service operator's car or pickup, its mileage will be charged at the current catalog rate per mile for the distance traveled from the Eastern Fishing and Rental Tools service point to the Customer's well and return.

**TRANSPORTATION CHARGES** – All freight, rail, air express and trucking charges must be borne by the Customer. Hotshot trucking by company pickup will be charged at the current rate per mile plus the current rate per driving time to and from the location. Transportation of all tools will be charged from original shipping point and returned to same.

**TESTING AND INSPECTION CHARGES** – All charges for the testing and inspection of tools used in a rental will be billed to Customer upon completion of rental. The Customer shall be responsible for all costs for removal and disposal of drilling mud or hazardous waste incurred by Eastern Fishing and Rental Tools after the tools or equipment is returned. Customer will be charged a percentage fee of the total amount invoiced for environmental & waste disposal charges.

**DAMAGED OR LOST TOOLS** – Damaged tools will be repaired at the expense of the Customer. In the event Eastern Fishing and Rental Tools' tools are lost in the hole, a minimum charge of 100% of rental price will be made for current rentals. The tools will then be charged as a sale as new tools at replacement price. Additional billing may be made for tools sold when price at time of delivery exceeds selling price. Lost sub-rented tools belonging to other companies will be billed in accord with their practices. In event tools lost in the hole are recovered a credit for the sale of tools will be given, less any repairs to replace the tools in original working order. Recovered tools belonging to other companies will be billed in accord with their practices. Tools and or parts which are billed as a sale after having been damaged beyond repair in a Customer's well will be held for the Customer for sixty (60) days. If they are not claimed at the expiration of that period, title to said tools and or parts will revert to Eastern Fishing and Rental Tools, and are subject to disposal at the discretion of Eastern Fishing and Rental Tools.

**TITLE TO PROPERTY SOLD** – The title and ownership for the property sold shall remain in the Seller until the full purchase price (whether evidenced by notes, or renewal notes or not) is paid in cash, and until such full payment has been made the property must not be removed from its original destination, except upon the Seller's written consent. In case of default in any of the payments provided for, the Seller may repossess itself of the above-mentioned property wherever found, and shall not be liable in any action at law, or in equity, on the part of the Purchaser for such reclamation of said property, nor for the payment of any money or monies which have been paid by the Purchaser in part payment of said property. The repossessing itself by the Seller of the property as above provided does no release the Purchaser from any payment due, or coming due, and the Seller reserves the right to either hold the property for the benefit of the Purchaser to be delivered upon the payment of the full purchase price, or to resell it, and hold the Purchaser for any difference between the original and the resale price. Tools sold will be held for (30) days after invoice date, and if they are not claimed at the expiration of that period, title to said tools will revert to Eastern Fishing and Rental Tools, and are subject to disposal at the discretion of said company.

**STOCK OF TOOLS** – Although a rental price is listed in our catalog, it is to be understood that all tools and equipment may not be stocked in all sizes in all Eastern Fishing and Rental Tools locations – nor will all tools, necessarily, be manufactured, purchased, or transferred for rental at Eastern Fishing and Rental Tools' published rates. Eastern Fishing and Rental Tools endeavors to stock those tools for which a reasonable demand exists.

**SPECIAL TOOLS –** All special tools purchased from another supplier or manufactured in Eastern Fishing and Rental Tools' shops for a special job will be charged to the Customer. Add 50% to the listed rates for tools with left-hand or Non-API threads.

**SPECIAL SERVICE –** All equipment used on Hydrogen Sulfide (H2S – Sour Gas) Wells will be charged at the regular published rental price plus 25%. All pressure control equipment used during high pressure snubbing applications will be charged at the regular published rental price plus 25%.

**TAXES –** All Federal, State or Municipal, except income or ad valorem taxes, now or hereafter imposed with respect to services rendered or rental of equipment and or the processing, manufacture, repair, delivery, transportation, and or proceeds of the merchandise or equipment rented herein specified shall be for the account of the Customer, and if paid or require to be paid by Eastern Fishing and Rental Tools the amount thereof shall be added to and become part of the price payable by the Customer.

**TERMS OF PAYMENT –** Net Cash, 30 days; no discount. Payable to Eastern Fishing and Rental Tools, PO Box 292, Laurel, MS 39441. Interest will be charged at the maximum rate allowed by law after the due date. Invoices may be rendered at the end of each thirty (30) days, whether or not the tools have been returned. After the due date interest will be charged at the maximum rate allowed by law, on the unpaid balance. In the event that the enforcement of the claim of indebtedness arising hereunder is placed in the hands of an attorney for collection, the customer agrees to pay all cost and attorney's fees. The parties agree that in the event that any lawsuit is filed or other judicial relief requested that arises out of or is related to this agreement, venue and jurisdiction shall only be proper in the Second Judicial District of Jones County, Mississippi.



**EASTERN**
FISHING & RENTAL TOOLS / **PRESSURE CONTROL**

P.O. Box 292  Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606   (903) 653-0430

| INVOICE | |
|---|---|
| Invoice No. | PN0026994 |
| Invoiced Date | 12/11/2019 |
| Shipper ID | RS0026994 |
| Order Type | Laurel INV Rental |
| Customer ID | SKLAR |
| TaxID00 | S-MS |
| TaxID01 | |
| TaxID02 | |
| TaxID03 | |

BILL TO:
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

SHIP TO:
Customer:  Sklar Exploration
Well No. #3          Lease:  FELD HEIRS
Field:  KINGDOME
County/Parish:  WARREN          State  MS

Page 1 of 1

| SHIPPED FROM | SHIP VIA | DRIVER/TRUCK # | TRANSFERED TO/FROM: | CUSTOMER ORDER # |
|---|---|---|---|---|
| LAUREL | Customer Handled | | From Job# P-19571 | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRPC | Net 30 Days | RN | Ken Copeland | P-19581 | 12/1/2019 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| FL2 | 10K EXTENDABLE BOOM FORKLIFT | 12/1/2019 | 12/10/2019 | 9.00 | DAY | 200.00 | 0% | 1,800.00 |
| ENVIROMENTAL | ENVIRONMENTAL & WASTE DISPOSAL CHARGES | 12/11/2019 | 12/11/2019 | 1.00 | EA | 18.00 | 0% | 18.00 |

**MAILED**
DEC 1 3 2019

*Randy Broadhead  12-13-19*

| | |
|---|---|
| Sales Total | 1,818.00 |
| Shipping & Handling | 0.00 |
| Misc Charges | 0.00 |
| Tax Total | 127.26 |
| | 1,945.26 |
| Less Paid Amount | 0.00 |
| | 1,945.26 |

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**



NOT AN INVOICE    FIELD TICKET ONLY

EASTERN / PRESSURE CONTROL
FISHING & RENTAL TOOLS

P.O. Box 392  Laurel, MS 39441    (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| ORDERED BY   KENNY COPELAND | JOB #   P-19581 | DATE SHIPPED | 12/01/2019 |
|---|---|---|---|
| SHIPPED FROM    LAUREL PC | | | |
| CUST ORD # | | SHIP VIA | CUSTOMER |
| TRANS VIA    FROM P-19571 | | JOB TYPE | RENTAL |

I, Ken Copeland
Customer Signature
Representing  Sklar

Dated 12/3/19  agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

**FIELD COPY REFLECTS
BOOK PRICES ONLY! ALL
DISCOUNTS WILL BE
REFLECTED ON INVOICE**

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport LA 71101 | Sklar Exploration<br>NEAR VICKSBURG<br>WARREN<br>MS |

Page 1 of 1

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032061 | #3 | FELD HEIRS | BOVINA | WARREN | MS |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental | | Each Add'l Day | Returned | | Days Used |
|---|---|---|---|---|---|---|---|---|
| | | | Days | Amount | | Qty | Date | |
| 1 | MISC ITEMS<br>1 /2 /3 /4 /5 /6 /7 /8 /9 /10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 | 30K EXTEND-A-BOOM FORKLIFT (PETTIEBONE) | 1 | $ 200.00 | | | | 9 |

Case 20-12377-EEB  Claim 1 Part 3  Invoices  Filed 05/07/... Page 8 of ...  Description/Price Cat...



**PRESSURE CONTROL**

FISHING & RENTAL TOOLS

P.O. Box 292  Laurel, MS 39441  (601) 649-1454
P.O. Box 938 Cottondale, AL 35453 (205) 556-8000
P.O. Box 4618 Longview, TX 75606 (903) 653-0430

## INVOICE

| | |
|---|---|
| Invoice No | PN0026995 |
| Invoiced Date | 12/11/2019 |
| Shipper ID | RS0026995 |
| Order Type | Laurel INV Rental |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | |
| TaxID02 | |
| TaxID03 | |

BILL TO:
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

SHIP TO:
Customer:  Sklar Exploration
Well No.  10-5 #1         Lease:     CCL&T
Field:    BROOKLYN
County/Parish:  CONECUH                State   AL       Page 1 of 1

| SHIPPED FROM | SHIP VIA | DRIVER/TRUCK # | TRANSFERED TO/FROM: | | CUSTOMER ORDER # |
|---|---|---|---|---|---|
| LAUREL | Customer Handled | | | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRPC | Net 30 Days | RN | John Vittitow | P-19580 | 12/1/2019 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| FL3 | 10K EXTENDABLE BOOM FORKLIFT | 12/1/2019 | 12/9/2019 | 8.00 | DAY | 200.00 | 0% | 1,600.00 |
| ENVIROMENTAL | ENVIRONMENTAL & WASTE DISPOSAL CHARGES | 12/11/2019 | 12/11/2019 | 1.00 | EA | 16.00 | 0% | 16.00 |

**MAILED**
DEC 1 3 2019

Randy Breadhead   12-13-19

| | |
|---|---|
| Sales Total | 1,616.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 64.00 |
| | 1,680.00 |
| Less Paid Amount | 0.00 |
| | 1,680.00 |

## Remit Payment:  P.O. Box 292 Laurel, MS 39441



NOT AN INVOICE      FIELD TICKET ONLY

PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441      (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-8430

| ORDERED BY  JOHN G. VITTITOW | JOB #  P-19580 | DATE SHIPPED | 12/01/2019 |
|---|---|---|---|
| SHIPPED FROM    LAUREL PC | | | |
| CUST ORD # | | SHIP VIA | CUSTOMER |
| TRANS VIA     FROM P-19563 | | JOB TYPE | RENTAL |

Customer Signature
Representing  SKLAR
Dated  12/9/R  I agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport  LA  71101 | Sklar Exploration<br>NEAR BROOKLYN<br>CONECUH<br>AL |

FIELD COPY REFLECTS
BOOK PRICES ONLY! ALL
DISCOUNTS WILL BE
REFLECTED ON INVOICE
Page 1 of 1

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032013 | 10-5 #1 | CCL&T | BROOKLYN | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental | | Each Add'l Day | Returned | | Days Used |
|---|---|---|---|---|---|---|---|---|
| | | | Days | Amount | | Qty | Date | |
| 1 | MISC ITEMS | 30K EXTEND-A-BOOM FORKLIFT (JLG) | .1 | $ 200.00 | | | | 8 |



Exhibit B: Price Date Filed 05/01/20 Page 11 of 55 Case 20-12377-EEB

| | | | INVOICE | |
|---|---|---|---|---|
| | | Invoice No | PN0027061 | |
| | | Invoiced Date | 12/21/2019 | |
| | | Shipper ID | RS0027061 | |
| | | Order Type | Laurel INV Rental | |
| | | Customer ID | SKLAR | |
| | | TaxID00 | S-AL | |
| | | TaxID01 | | |
| | | TaxID02 | | |
| | | TaxID03 | | |

P.O. Box 292  Laurel, MS 39441    (601) 649-1454
P.O. Box 938 Cottondale, AL 35453 (205) 556-8000
P.O. Box 4618 Longview, TX 75606 (903) 653-0430

| BILL TO: | | SHIP TO: | | | |
|---|---|---|---|---|---|
| Sklar Exploration | | Customer:  Sklar Exploration | | | |
| 401 Edwards Street | | Well No.  13-11 #1 | | Lease:  CCL&T | |
| Suite 1601 | | Field:  KIRKLAND | | | |
| Shreveport, LA 71101 | | County/Parish: ESCAMBIA | | State  AL | Page 1 of 1 |

| SHIPPED FROM | SHIP VIA | DRIVER/TRUCK # | TRANSFERED TO/FROM: | | CUSTOMER ORDER # |
|---|---|---|---|---|---|
| LAUREL | Customer Handled | | | | |
| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
| EFRPC | Net 30 Days | RN | John Vititow | P-19588 | 12/10/2019 |

| EQUIPMENT ID: | DESCRIPTION | | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| FL1 | 10K EXTENDABLE BOOM FORKLIFT | | 12/10/2019 | 12/12/2019 | 2.00 | DAY | 200.00 | 0% | 400.00 |
| ENVIROMENTAL | ENVIRONMENTAL & WASTE DISPOSAL CHARGES | | 12/21/2019 | 12/21/2019 | 1.00 | EA | 5.00 | 0% | 5.00 |

**MAILED**

JAN 0 2 2020

*jcl 12-30-19*

| Sales Total | 405.00 |
|---|---|
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 16.00 |
| | 421.00 |
| Less Paid Amount | 0.00 |
| | 421.00 |

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**



NOT AN INVOICE     FIELD TICKET ONLY

PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441     (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0439

| ORDERED BY | JOHN G. VITTITOW | JOB # | P-19588 | DATE SHIPPED | 12/10/2019 |
|---|---|---|---|---|---|
| SHIPPED FROM | LAUREL PC | | | | |
| CUST ORD # | | | | SHIP VIA | CUSTOMER |
| TRANS VIA | | | | JOB TYPE | RENTAL |

Customer Signature
Representing   SKLAR

Dated 12/18/19 agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

**SOLD TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport  LA  71101

**SHIP TO:**
Sklar Exploration
NEAR BROOKLYN
CONECUH
AL

**FIELD COPY REFLECTS
BOOK PRICES ONLY! ALL
DISCOUNTS WILL BE
REFLECTED ON INVOICE**

Page 1 of 1

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032061 | | CCL&T | LITTLE CEDAR CREEK | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental |  | Each Add'l Day | Returned |  | Days Used |
|---|---|---|---|---|---|---|---|---|
| | | | Days | Amount | | Qty | Date | |
| 1 | MISC ITEMS | 10K EXTEND-A-BOOM FORKLIFT | 1 | $ 200.00 | | | | 2 |



Exhibit B: Price Date
Filed 05/07/20
Page 13 of 155
Case 20-12377-EEB

## INVOICE

FISHING & RENTAL TOOLS / PRESSURE CONTROL

P.O. Box 292 Laurel, MS 39441 (601) 649-1454
P.O. Box 938 Cottondale, AL 35453 (205) 556-8000
P.O. Box 4618 Longview, TX 75606 (903) 653-0430

| | |
|---|---|
| Invoice No. | PN0027062 |
| Invoiced Date | 12/21/2019 |
| Shipper ID | RS0027062 |
| Order Type | Laurel INV Rental |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | |
| TaxID02 | |
| TaxID03 | |

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

**SHIP TO:**
Customer: Sklar Exploration
Well No. 17-4 #1  Lease: CRAFT MACK
Field: LITTLE CEDAR CREEK
County/Parish: CONECUH  State AL

Page 1 of 1

| SHIPPED FROM | SHIP VIA | DRIVER/TRUCK # | TRANSFERED TO/FROM: | CUSTOMER ORDER # |
|---|---|---|---|---|
| LAUREL | Customer Handled | | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRPC | Net 30 Days | RN | John Vititow | P-19592 | 12/11/2019 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| FL2 | 10K EXTENDABLE BOOM FORKLIFT | 12/11/2019 | 12/14/2019 | 4.00 | DAY | 200.00 | 0% | 800.00 |
| ENVIRONMENTAL | ENVIRONMENTAL & WASTE DISPOSAL CHARGES | 12/21/2019 | 12/21/2019 | 1.00 | EA | 8.00 | 0% | 8.00 |

MAILED
JAN 0 2 2020

Jee 12-30-19

| | |
|---|---|
| Sales Total | 808.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 32.00 |
| | 840.00 |
| Less Paid Amount | 0.00 |
| | 840.00 |

**Remit Payment: P.O. Box 292 Laurel, MS 39441**



NOT AN INVOICE    FIELD TICKET ONLY

| ORDERED BY   KENNY COPELAND | JOB #   P-19592 | DATE SHIPPED | 12/11/2019 |

SHIPPED FROM   LAUREL PC

| CUST ORD # | | SHIP VIA | CUSTOMER |
| TRANS VIA | | JOB TYPE | RENTAL |

**SOLD TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport LA 71101

**SHIP TO:**
Sklar Exploration
NEAR BROOKLYN
CONECUH
AL

*Little coon creek*

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
| PO0032122 | 17-4 #1 | CRAFT MACK | BROOKLYN | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental Days | Minimum Rental Amount | Each Add'l Day | Returned Qty | Returned Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | MISC ITEMS | 10K EXTEND-A-BOOM FORKLIFT (JLG) | 1 | $ 200.00 | | | | 4 |

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

Page 1 of 1

I, _____
Customer Signature
Representing   SKLAR

Dated 12/18/19 agree to Terms & Conditions listed in the Eastern Fishing & Rental Tools Price Book.

P.O. Box 292  Laurel, MS 39441    (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

PRESSURE CONTROL

Desc Exhibit B Price Cal
Filed 05/07/ Page 14 of 55
Part 3 Invoices
Claim 34 1
Case 20-12377-EEB



# INVOICE

| | |
|---|---|
| Invoice No | PN0027063 |
| Invoiced Date | 12/21/2019 |
| Shiper ID | RS0027063 |
| Order Type | Laurel INV Rental |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | |
| TaxID02 | |
| TaxID03 | |

FISHING & RENTAL TOOLS  /  PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441  (601) 649-1454
P.O. Box 938 Cottondale, AL 35453 (205) 556-8000
P.O. Box 4618 Longview, TX 75606 (903) 653-0430

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

**SHIP TO:**
Customer:  Sklar Exploration
Well No.  17-4 #1    Lease:    CRAFT MACK
Field:  LITTLE CEDAR CREEK
County/Parish:  CONECUH              State   AL

Page 1 of 1

| SHIPPED FROM | SHIP VIA | DRIVER/TRUCK # | TRANSFERED TO/FROM: | | CUSTOMER ORDER # | |
|---|---|---|---|---|---|---|
| LAUREL | Customer Handled | | | | | |
| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | | JOB NUMBER | DATE SHIPPED |
| EFRPC | Net 60 Days | RN | John Vittilow | | P-19594 | 12/12/2019 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| PC094 | FLANGE 7 1/16" 5K X 5 1/2 HP | 12/12/2019 | 12/12/2019 | 1.00 | DAY | 75.00 | 0% | 75.00 |
| PC087 | 5 1/2" HP 5K PUMP-IN SUB STANDARD SERVICE | 12/12/2019 | 12/12/2019 | 1.00 | DAY | 100.00 | 0% | 100.00 |
| FB922 | 2" 1502 PLUG VALVE LP1 15K | 12/12/2019 | 12/12/2019 | 1.00 | DAY | 50.00 | 0% | 50.00 |
| PC041 | 5 1/2 HP 4.778" ID 5K STANDARD SERVICE RISER 10' | 12/12/2019 | 12/12/2019 | 1.00 | DAY | 105.00 | 0% | 105.00 |
| PC026 | 5 1/2 HP 4.778" ID 5K STANDARD SERVICE RISER 10' | 12/12/2019 | 12/12/2019 | 1.00 | DAY | 105.00 | 0% | 105.00 |
| PC038 | 5 1/2 HP 4.778" ID 5K STANDARD SERVICE RISER 8' | 12/12/2019 | 12/12/2019 | 1.00 | DAY | 105.00 | 0% | 105.00 |
| PC085 | X-OVER 5 1/2 HP X 2 1/2 BOWEN 5K | 12/12/2019 | 12/12/2019 | 1.00 | DAY | 50.00 | 0% | 50.00 |
| EFR | BOLTS & NUTS W/ HAMMER WRENCHES | 12/12/2019 | 12/12/2019 | 1.00 | DAY | 25.00 | 0% | 25.00 |

**MAILED**
JAN 0 2 2020

JV 12-30-19

| | |
|---|---|
| Sales Total | 615.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 24.60 |
| | 639.60 |
| Less Paid Amount | 0.00 |
| | 639.60 |

## Remit Payment:  P.O. Box 292 Laurel, MS 39441



**NOT AN INVOICE     FIELD TICKET ONLY**

PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441   (601) 649-1454
P.O. Box 338 Cottondale, AL 39453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| ORDERED BY | JOHN G. VITTITOW | JOB # | P-19594 | DATE SHIPPED | 12/12/2019 |
|---|---|---|---|---|---|
| SHIPPED FROM | PC SHOP | | | | |
| CUST ORD # | | | | SHIP VIA | CUSTOMER |
| TRANS VIA | | | | JOB TYPE | PRESSURE |

I, _____ Customer Signature
Representing  SKLAR

Dated 12/18/19  agree to Terms & Conditions listed in the Eastern Fishing & Rental Tools Price Book.

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport  LA 71101 | Sklar Exploration<br>NEAR BROOKLYN<br>CONECUH<br>AL |

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

Page 1 of 1

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032121 | 17-4 #1 | CRAFT-MACK | LITTLE CEDAR CREEK | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental Days | Amount | Each Add'l Day | Returned Qty | Returned Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | PC094 | FLANGE 7 1/16" 5K X 5 1/2 HP | 1 | $ 75.00 | | | | |
| 1 | PC087 | 5 1/2" HP 5K PUMP-IN SUB STANDARD SERVICE | 1 | $ 100.00 | | | | |
| 1 | FB922 | 2" 1502 PLUG VALVE 2X1 15K | 1 | $ 50.00 | | | | |
| 1 | PC041 | 5 1/2 HP 4.778" ID 5K STANDARD SERVICE RISER 10' | 1 | $ 105.00 | | | | |
| 1 | PC026 | 5 1/2 HP 4.778" ID 5K STANDARD SERVICE RISER 10' | 1 | $ 105.00 | | | | |
| 1 | PC038 | 5 1/2 HP 4.778" ID 5K STANDARD SERVICE RISER 8' | 1 | $ 105.00 | | | | |
| 1 | PC085 | X-OVER 5 1/2 HP X 2 1/2 BOWEN 5K | 1 | $ 50.00 | | | | |
| 1 | MISC ITEMS | BOLTS,NUTS & HAMMER RWENCHES | 1 | $ 25.00 | | | | |
| 1 | SALE ITEM | R-46 RING GASKET | 1 | $ 45.00 | | | | |



WESTERN / PRESSURE CONTROL
FISHING & RENTAL TOOLS

P.O. Box 292  Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| INVOICE | |
|---|---|
| Invoice No | PN0027064 |
| Invoiced Date | 12/21/2019 |
| Shipper ID | RS0027064 |
| Order Type | Laurel INV Rental |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | C-AL-CONEC |
| TaxID02 | |
| TaxID03 | |

| BILL TO: | SHIP TO: | | |
|---|---|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport, LA 71101 | Customer:  Sklar Exploration | | |
| | Well No.  17-4 #1 | Lease:  CRAFT MACK | |
| | Field:  LITTLE CEDAR CREEK | | |
| | County/Parish:  CONECUH | State   AL | Page 1 of 1 |

| SHIPPED FROM | DRIVER/TRUCK # | TRANSFERED TO/FROM: | CUSTOMER ORDER # |
|---|---|---|---|
| LAUREL | Customer Handled | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRPC | Net 30 Days | RN | John Vittitow | P-19594 | 12/12/2019 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| SALE ITEM | R-46 RING GASKET | 12/12/2019 | 12/12/2019 | 1.00 | EA | 45.00 | 0% | 45.00 |
| INSPECTIONS | INSPECTION SERVICES ON EFR TOOLS PER CONN | 12/21/2019 | 12/21/2019 | 12.00 | EA | 25.00 | 0% | 300.00 |
| ENVIROMENTAL | ENVIRONMENTAL & WASTE DISPOSAL CHARGES | 12/21/2019 | 12/21/2019 | 1.00 | EA | 9.60 | 0% | 9.60 |

MAILED
JAN 02 2020

JCC 12-30-19

| | |
|---|---|
| Sales Total | 354.60 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 2.70 |
| | 357.30 |
| Less Paid Amount | 0.00 |
| | 357.30 |

Remit Payment:  P.O. Box 292 Laurel, MS 39441

Exhibit B: Price Ca

Filed 05/02/20
Page 17 of 55

Case 20-12377-EEB



NOT AN INVOICE     FIELD TICKET ONLY

PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441    (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8080
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| ORDERED BY JOHN G. VITTITOW | JOB # P-19594 | DATE SHIPPED | 12/12/2019 |
|---|---|---|---|
| SHIPPED FROM  PC SHOP | | | |
| CUST ORD # | | SHIP VIA | CUSTOMER |
| TRANS VIA | | JOB TYPE | PRESSURE |

I, _____ Customer Signature
Representing  SKLAR

Dated 12/18/19  agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport  LA 71101 | Sklar Exploration<br>NEAR BROOKLYN<br>CONECUH<br>AL |

**FIELD COPY REFLECTS
BOOK PRICES ONLY! ALL
DISCOUNTS WILL BE
REFLECTED ON INVOICE**

Page 1 of 1

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032121 | 17-4 #1 | CRAFT-MACK | LITTLE CEDAR CREEK | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental Days | Minimum Rental Amount | Each Add'l Day | Returned Qty | Returned Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | PC094 | FLANGE 7 1/16" 5K X 5 1/2 HP | 1 | $ 75.00 | | | | |
| 1 | PC087 | 5 1/2" HP 5K PUMP-IN SUB STANDARD SERVICE | 1 | $ 100.00 | | | | |
| 1 | FB922 | 2" 1502 PLUG VALVE 2X1 15K | 1 | $ 50.00 | | | | |
| 1 | PC041 | 5 1/2 HP 4.778" ID 5K STANDARD SERVICE RISER 10' | 1 | $ 105.00 | | | | |
| 1 | PC026 | 5 1/2 HP 4.778" ID 5K STANDARD SERVICE RISER 10' | 1 | $ 105.00 | | | | |
| 1 | PC038 | 5 1/2 HP 4.778" ID 5K STANDARD SERVICE RISER 8' | 1 | $ 105.00 | | | | |
| 1 | PC085 | X-OVER 5 1/2 HP X 2 1/2 BOWEN 5K | 1 | $ 50.00 | | | | |
| 1 | MISC ITEMS | BOLTS,NUTS & HAMMER RWENCHES | 1 | $ 25.00 | | | | |
| 1 | SALE ITEM | R-46 RING GASKET | 1 | $ 45.00 | | | | |



MAILED

JAN 0 2 2020

Continued

Remit Payment:  P.O. Box 292 Laurel, MS 39441



**EASTERN FISHING & RENTAL TOOLS / PRESSURE CONTROL**

P.O. Box 292  Laurel, MS 39441  (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| INVOICE | |
|---|---|
| Invoice No. | PN0027076 |
| Invoiced Date | 12/24/2019 |
| Shipper ID | RS0027076 |
| Order Type | Laurel INV Fishing |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | C-AL-ESCAM |
| TaxID02 | |
| TaxID03 | |

BILL TO:
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

| SHIP TO: | | | |
|---|---|---|---|
| Customer: | Sklar Exploration | | |
| Well No. 10-5 #1 | | Lease: | CCL&T |
| Field: | LITTLE CEDAR CREEK | | |
| County/Parish: | ESCAMBIA | | State  AL |

Page 2 of 2

| SHIPPED FROM | SHIP VIA | DRIVER/TRUCK # | TRANSFERED TO/FROM: | CUSTOMER ORDER # |
|---|---|---|---|---|
| LAUREL | EFRV TRUCKING | | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRPC | Net 30 Days | RN | John Vittilow | P-19589 | 12/12/2019 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| LAB-SUPER-FB | OPERATOR CHARGES LANE MYRICK | 12/12/2019 | 12/12/2019 | 1.00 | DAY | 750.00 | 0% | 750.00 |
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES LANE MYRICK | 12/13/2019 | 12/15/2019 | 150.00 | MILE | 2.50 | 0% | 375.00 |
| LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES LANE MYRICK | 12/12/2019 | 12/15/2019 | 4.00 | DAY | 250.00 | 0% | 1,000.00 |
| TRANSPORT2 | TRANSPORTATION CHARGES F/ SEPARATOR | 12/12/2019 | 12/12/2019 | 160.00 | MILE | 3.30 | 0% | 528.00 |
| LAB-SUPER-FB | OPERATOR CHARGES CHRIS GORDON | 12/12/2019 | 12/15/2019 | 4.00 | DAY | 750.00 | 0% | 3,000.00 |
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES CHRIS GORDON | 12/13/2019 | 12/15/2019 | 150.00 | MILE | 2.50 | 0% | 375.00 |
| LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES CHRIS GORDON | 12/12/2019 | 12/15/2019 | 4.00 | DAY | 250.00 | 0% | 1,000.00 |
| TRANSPORT2 | TRANSPORTATION CHARGES F/ FLOW IRON | 12/12/2019 | 12/12/2019 | 160.00 | MILE | 3.30 | 0% | 528.00 |
| LAB-SUPER-FB | OPERATOR CHARGES MICHAEL WELCH | 12/12/2019 | 12/12/2019 | 1.00 | DAY | 750.00 | 0% | 750.00 |
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES MICHAEL WELCH | 12/12/2019 | 12/12/2019 | 320.00 | MILE | 2.50 | 0% | 800.00 |
| ENVIROMENTAL | ENVIRONMENTAL & WASTE DISPOSAL CHARGES | 12/24/2019 | 12/24/2019 | 1.00 | EA | 191.09 | 0% | 191.09 |

| | |
|---|---|
| Sales Total | 19,300.09 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 19,300.09 |
| Less Paid Amount | 0.00 |
| | 19,300.09 |

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**

**NOT AN INVOICE    FIELD TICKET ONLY**

SKLAR / PRESSURE CONTROL
FISHING & RENTAL TOOLS

P.O. Box 292  Laurel, MS 39441    (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75605. (903) 653-0430

| ORDERED BY | JOHN G. VITTITOW | JOB # | P-19589 | DATE SHIPPED | 12/12/2019 |
|---|---|---|---|---|---|
| SHIPPED FROM | PC SHOP | | | | |
| CUST ORD # | | | | SHIP VIA | CUSTOMER |
| TRANS VIA | | | | JOB TYPE | WELL TEST |

I, _Joel D Vittitow_
Customer Signature
Representing  _SKLAR_
Dated _12/18/19_ I agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

**SOLD TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport LA 71101

**SHIP TO:**
Sklar Exploration
NEAR BROOKLYN
CONECUH
AL

ESCAMBIA

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

Page 1 of 3

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032115 | 10-5 #1 | CCL&T | LITTLE CEDAR CREEK | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental Days | Amount | Each Add'l Day | Returned Qty | Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | FB1045 | 24IN X 10FT 3 PHASE 1440 WP SEPARATOR | 1 | $ 0.00 | | | | — |
| 1 | FB019 | TRAILOR MOUNTED 6" X 50' FLARESTACK W/ AUTO IGNITION | 1 | $ 0.00 | | | | ✓ |
| 1 | FB055 | SKID MOUNTED 210 BBL PRODUCTION TANK | 1 | $ 0.00 | | | | — |
| 1 | FB056 | SKID MOUNTED 210 BBL PRODUCTION TANK | 1 | $ 0.00 | | | | — |
| 1 | FB026 | 5 VALVE 10M H2S CHOKE MANIFOLD | 1 | $ 0.00 | | | | — |
| 1 | MISC ITEMS | 2" 10K 1502 FLOW IRON W/ 90'S | 1 | $ 0.00 | | | | — |
| 1 | MISC ITEMS | 2" FIG 200 FLOW IRON W/ 90'S | 1 | $ 0.00 | | | | — |
| 1 | MISC ITEMS | 4" FIG 200 FLOW/VENT LINE W/ 90'S | 1 | $ 0.00 | | | | — |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ MICHAEL WELSH LANE MYRICK | 1 | $ 0.00 | | | | 3 |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ CHRIS GORDON DANIEL SCHRUP | 1 | $ 0.00 | | | | 3 |
| 1 | MISC ITEMS | DAILY PACKAGE COST FOR ABOVE ITEMS | 1 | $ 2,450.00 | | | | 3 |



NOT AN INVOICE     FIELD TICKET ONLY

/ PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| ORDERED BY | JOHN G. VITTITOW | JOB # | P-19589 | DATE SHIPPED | 12/12/2019 |
| SHIPPED FROM | PC SHOP | | | | |
| CUST ORD # | | | | SHIP VIA | CUSTOMER |
| TRANS VIA | | | | JOB TYPE | WELL TEST |

I, _Joel Swatt_
Customer Signature
Representing  SKLAR
Dated 12/18/19 agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

**FIELD COPY REFLECTS
BOOK PRICES ONLY! ALL
DISCOUNTS WILL BE
REFLECTED ON INVOICE**

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport  LA 71101 | Sklar Exploration<br>NEAR BROOKLYN<br>CONECUH<br>AL |

Page 2 of 3

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032115 | 10-5 #1 | CCL&T | LITTLE CEDAR CREEK | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental Days | Amount | Each Add'l Day | Returned Qty | Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | PC215 | SPOOL 4 1/16 15M X 2 9/16 5M | 1 | $ 100.00 | | | | |
| 1 | SALE ITEM | R-24 RING GASKET | | $ 45.00 | | | | |
| 1 | SALE ITEM | BX-155 RING GASKET | | $ 45.00 | | | | |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ DENNIS SCHWAN | 1 | $ 750.00 | | | | |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES | | $ 2.50 | | | | |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES | 1 | $ 250.00 | | | | 4 |
| 1 | TRANSPORT2 | TRANSPORTATION CHARGES F/ FLARE | 1 | $ 3.30 | | | | |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ MICHAEL TWEEN  LANE MYRICK | 1 | $ 750.00 | | | | 1 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES | 1 | $ 2.50 | | | | |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES | 1 | $ 250.00 | | | | 4 |
| 1 | TRANSPORT2 | TRANSPORTATION CHARGES F/ SEPARATOR | 1 | $ 3.30 | | | | |

**NOT AN INVOICE     FIELD TICKET ONLY**

EASTERN FISHING & RENTAL TOOLS / PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8006
P.O. Box 4618 Longview, TX 75606  (903) 653-0438

| ORDERED BY | JOHN G. VITTITOW | JOB # | P-19589 | DATE SHIPPED | 12/12/2019 |
|---|---|---|---|---|---|
| SHIPPED FROM | PC SHOP | | | | |
| CUST ORD # | | | | SHIP VIA | CUSTOMER |
| TRANS VIA | | | | JOB TYPE | WELL TEST |

I, _Joe Sklar_
Customer Signature
Representing _SKLAR_

Dated _12/18/19_ I agree to Terms & Conditions listed in the Eastern Fishing & Rental Tools Price Book.

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport LA 71101 | Sklar Exploration<br>NEAR BROOKLYN<br>CONECUH<br>AL |

Page 3 of 3

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032115 | 10-5 #1 | CCL&T | LITTLE CEDAR CREEK | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental | | Each Add'l Day | Returned | | Days Used |
|---|---|---|---|---|---|---|---|---|
| | | | Days | Amount | | Qty | Date | |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ CHRIS GORDON | 1 | $ 750.00 | | | | 4 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES | 1 | $ 2.50 | | | | |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES | 1 | $ 250.00 | | | | 2 |
| 1 | TRANSPORT2 | TRANSPORTATION CHARGES F/ EQUIPMENT TRAILER | 1 | $ 3.30 | | | | 140 |
| 1 | SALE ITEM | PROPANE FOR FLARE (PER GALLON) | 1 | $ 4.00 | | | | |

1- Operator charge & Michael Welch @ 750.00 per/day - 1- DAY
1- Operator Mileage charge & $ 2.50 per/mile - 320 miles
Sale- 1- R-24 Ring gasket
sale 1- BX-155L



**EASTERN FISHING & RENTAL TOOLS**

FISHING & RENTAL TOOLS

SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO _____ 1

DATE: ___ 12/1 2/17

| CUSTOMER | Sklar | JOB NO. | P-19589 | COMPANY REP. | John Vittitow |
|---|---|---|---|---|---|

| DISTRICT | Laurel | FIELD | Cedar Creek | LEASE | CCL&T | WELL NO. | 10-5 #1 |

RIG _____ HOLE SIZE _____ WORK STRING: _____

HWDP / DC: _____/____ SUPERVISOR: ___ Dennis Schwan    JOB TYPE: ___ Well Test

WEIGHT ON MILL _____ RPM'S _____ TORQUE: _____

AFE # _____ PKR @ _____ LNR @ _____ P.O. # _____

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 3 | Oerator charges @ $750.00 each per/day. ( Dennis Schwan, Lane M, Chris G. ) | | $2,250.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. | | $750.00 |
| 1 | Transportation charge for Separator @ $3.30 per/mile. 160 miles one way. ( Lane M. ) | | $528.00 |
| 1 | Transportation charge for Flarestack @ $3.30 per/mile. 160 miles one way. ( Dennis S. ) | | $528.00 |
| 1 | Transportation charge for Flow iron and Equip. @ $3.30 per/mile. 160 miles one way. ( Chris G. ) | | $528.00 |
| 1 | Operator charge for help to rig up. ( Micheal W. ) | | $750.00 |
| 1 | Operator mileage charge @ $2.50 per/mile. 320 r/t miles | | $800.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TODAY'S COST | $6,134.00 |
| | | PREVIOUS COST | $0.00 |
| | | TOTAL COST | $6,134.00 |

SUPERVISOR. Dennis Schwan _____ COMPANY REP. John Vittitow _____

Case 20-12377-EEB   Claim 36-1 Part 3   Filed 05/07/20   Desc Exhibit B: Price Catalog & Invoices   Page 25 of 55

**EASTERN**
**FISHING & RENTAL TOOLS**

EASTERN FISHING & RENTAL TOOLS
SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO   2
DATE:   12/1  3/19

| CUSTOMER | Sklar | JOB NO. | P-19589 | COMPANY REP. | John Vittitow |
|---|---|---|---|---|---|

| DISTRICT | Laurel | FIELD | Ceadar Creek | LEASE | CCL&T | WELL NO. | 10-E5 #1 |
|---|---|---|---|---|---|---|---|

RIG _____ HOLE SIZE _____ WORK STRING: _____

HWDP / DC: _____ / _____ SUPERVISOR: Dennis Schwan    JOB TYPE: Well  Tost

WEIGHT ON MILL _____ RPM'S _____ TORQUE: _____

AFE # _____ PKR @ _____ LNR @ _____ P.O. # 0

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 1 | Well Test/Flowback package. ( Dennis S, Lane M. ) | | $2,450.00 |
| 1 | Operator charge. ( Chris G. ) | | $750.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. | | $750.00 |
| 3 | Operator mileage charges @ $2.50 per/mile. 150 r/t miles. | | $375.00 |
| | | | |
| | | | |
| | | | |
| | | TODAY'S COST | $4,325.00 |
| | | PREVIOUS COST | $6,134.00 |
| | | TOTAL COST | $10,459.00 |

SUPERVISOR. Dennis Schwan                    COMPANY REP.  John Vittitow

**EASTERN**

FISHING & RENTAL TOOLS

EASTERN FISHING & RENTAL TOOLS
SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO: 3
DATE: 12/14/19

| CUSTOMER | Sklar | JOB NO | P-19589 | COMPANY REP. | John Vittitow |
|---|---|---|---|---|---|

| DISTRICT | LAUREL | FIELD | Cedar Creek | LEASE | CCL&T | WELL NO. | 10-5 #1 |
|---|---|---|---|---|---|---|---|

RIG _____ HOLE SIZE _____ WORK STRING: _____

HWDP / DC: _____ / _____ SUPERVISOR: Dennis Schwan JOB TYPE: Well Test

WEIGHT ON MILL _____ RPM'S _____ TORQUE: _____

AFE # _____ PKR @ _____ LNR @ _____ P.O. # _____

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 1 | Well Test/Flowback package. ( Dennis S, Lane M. ) | | $2,450.00 |
| 1 | Operator charge. ( Chris G. ) | | $750.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. | | $750.00 |
| 3 | Operator mileage charges @ $2.50 per/mile. 150 r/t miles. | | $375.00 |
| | | TODAY'S COST | $4,325.00 |
| | | PREVIOUS COST | $10,459.00 |
| | | TOTAL COST | $14,784.00 |

SUPERVISOR. Dennis Schwan          COMPANY REP. John Vittitow

**EASTERN**

FISHING & RENTAL TOOLS

EASTERN FISHING & RENTAL TOOLS

SUPERVISORS DAILY JOB ESTIMATE & REPORT

| PAGE NO | 4 |
|---------|---|
| DATE: | 12/15/19 |

| CUSTOMER | Sklar | JOB NO | P-19589 | COMPANY REP. | John Vittitow |

| DISTRICT | LAUREL | FIELD | Cedar Creek | LEASE | CCL&T | WELL NO. | 10-5 #1 |

| RIG | | HOLE SIZE | | WORK STRING: | |

| HWDP / DC: | / | SUPERVISOR: | Chance Davis | JOB TYPE: | Well Test |

| WEIGHT ON MILL | | RPM'S | | TORQUE: | |

| AFE # | | PKR @ | LNR @ | P.O. # | |

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|----------|---------------------------|---------------|-------------|
| 1 | Well Test / Flowback package. ( Dennis S, Lane M. ) | | $2,250.00 |
| 1 | Operator charge. ( Chris G. ) | | $750.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. | | $750.00 |
| 3 | Operator mileage charges @ $2.50 per/mile. 150 r/t miles. | | $375.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TODAY'S COST | $4,125.00 |
| | | PREVIOUS COST | $14,784.00 |
| | | TOTAL COST | $18,909.00 |

SUPERVISOR. Dennis Schwan                    COMPANY REP. John Vittitow



## INVOICE

EASTERN'S FISHING & RENTAL TOOLS / PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453 (205) 556-8000
P.O. Box 4618 Longview, TX 75606 (903) 653-0430

| | |
|---|---|
| Invoice No | PN0027077 |
| Invoiced Date | 12/24/2019 |
| Shipper ID | RS0027077 |
| Order Type | Laurel INV Fishing |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | C-AL-CONEC |
| TaxID02 | |
| TaxID03 | |

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

**SHIP TO:**
| | |
|---|---|
| Customer: | Sklar Exploration |
| Well No. 17-4 #1 | Lease: CRAFT MACK |
| Field: LITTLE CEDAR CREEK | |
| County/Parish: CONECUH | State AL |

Page 1 of 2

| SHIPPED FROM | SHIP VIA | DRIVER/TRUCK # | TRANSFERED TO/FROM | | CUSTOMER ORDER # | |
|---|---|---|---|---|---|---|
| LAUREL | EFR TRUCKING | | | | | |
| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED | |
| EFRPC | Net 30 Days | RN | John Vittilow | P-19591 | 12/16/2019 | |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| FB1045 | 24IN X 10FT 3 PHASE 240 WP SEPARATOR | 12/17/2019 | 12/19/2019 | 3.00 | DAY | 0.00 | 0% | 0.00 |
| FB019 | TRAILOR MOUNTED 6IN X 50' FLARESTACK W/ AUTO IGNITION | 12/17/2019 | 12/19/2019 | 3.00 | DAY | 0.00 | 0% | 0.00 |
| FB055 | SKID MOUNTED 210 BBL PRODUCTION TANK | 12/17/2019 | 12/19/2019 | 3.00 | DAY | 0.00 | 0% | 0.00 |
| FB056 | SKID MOUNTED 210 BBL PRODUCTION TANK | 12/17/2019 | 12/19/2019 | 3.00 | DAY | 0.00 | 0% | 0.00 |
| FB026 | 5 VALVE 10M H2S CHOKE MANIFOLD | 12/17/2019 | 12/19/2019 | 3.00 | DAY | 0.00 | 0% | 0.00 |
| FB100 | 2" 1502 IRON W/ UNIONS & 90'S | 12/17/2019 | 12/19/2019 | 3.00 | DAY | 0.00 | 0% | 0.00 |
| EFR | 2" FIG 200 FLOW IRON W/ 90'S | 12/17/2019 | 12/19/2019 | 3.00 | DAY | 0.00 | 0% | 0.00 |
| EFR | 4" FIG 200 FLOW/VENT LINE W/ 90'S | 12/17/2019 | 12/19/2019 | 3.00 | DAY | 0.00 | 0% | 0.00 |
| LAB-SUPER-FB | OPERATOR CHARGES LANE MYRICK | 12/17/2019 | 12/19/2019 | 3.00 | DAY | 0.00 | 0% | 0.00 |
| LAB-SUPER-FB | OPERATOR CHARGES DENNIS SCHWAN & CHANCE DAVIS | 12/17/2019 | 12/19/2019 | 3.00 | DAY | 0.00 | 0% | 0.00 |
| MISC ITEMS | DAILY PACKAGE PRICE | 12/17/2019 | 12/19/2019 | 3.00 | EA | 2,450.00 | 0% | 7,350.00 |
| LAB-SUPER-FB | OPERATOR CHARGES DENNIS SCHWAN | 12/16/2019 | 12/16/2019 | 1.00 | DAY | 750.00 | 0% | 750.00 |
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES DENNIS SCHWAN | 12/16/2019 | 12/17/2019 | 210.00 | MILE | 2.50 | 0% | 525.00 |
| LAB-SUBSISTENCE | OPERATOR SUBSISTANCE CHARGES DENNIS SCHWAN | 12/16/2019 | 12/18/2019 | 2.00 | DAY | 250.00 | 0% | 500.00 |
| TRANSPORT2 | TRANSPORTATION CHARGES F/ FLARESTACK | 12/19/2019 | 12/19/2019 | 160.00 | MILE | 3.30 | 0% | 528.00 |

**MAILED**
JAN 0 2 2020

Continued

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**



Case 20-12377-MER   Exhibit B: Price Ca Filed 05/02/20   Page 29 of 155

**INVOICE**

| | |
|---|---|
| Invoice No. | PN0027077 |
| Invoiced Date | 12/24/2019 |
| Shipper ID | RS0027077 |
| Order Type | Laurel INV Fishing |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | C-AL-CONEC |
| TaxID02 | |
| TaxID03 | |

P.O. Box 292  Laurel, MS 39441       (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

BILL TO:
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

SHIP TO:
Customer:  Sklar Exploration
Well No.  17-4 #1      Lease:     CRAFT MACK
Field:    LITTLE CEDAR CREEK
County/Parish:  CONECUH          State   AL

Page 2 of 2

| SHIPPED FROM | SHIP VIA | DRIVER/TRUCK # | TRANSFERED TO/FROM: | | CUSTOMER ORDER # |
|---|---|---|---|---|---|
| LAUREL | EFRAT RUCKING | | | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRPC | Net 30 Days | RN | John Vittitow | P-19591 | 12/16/2019 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| LAB-SUPER-FB | OPERATOR CHARGES LANE MYRICK | 12/16/2019 | 12/16/2019 | 1.00 | DAY | 750.00 | 0% | 750.00 |
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES LANE MYRICK | 12/17/2019 | 12/18/2019 | 100.00 | MILE | 2.50 | 0% | 250.00 |
| LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES LANE MYRICK | 12/16/2019 | 12/19/2019 | 4.00 | DAY | 250.00 | 0% | 1,000.00 |
| TRANSPORT2 | TRANSPORTATION CHARGES F/ SEPARATOR | 12/19/2019 | 12/19/2019 | 160.00 | MILE | 3.30 | 0% | 528.00 |
| LAB-SUPER-FB | OPERATOR CHARGES CHRIS GORDON | 12/16/2019 | 12/19/2019 | 4.00 | DAY | 750.00 | 0% | 3,000.00 |
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES CHRIS GORDON | 12/17/2019 | 12/18/2019 | 100.00 | MILE | 2.50 | 0% | 250.00 |
| LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES CHRIS GORDON | 12/16/2019 | 12/19/2019 | 4.00 | DAY | 250.00 | 0% | 1,000.00 |
| TRANSPORT2 | TRANSPORTATION CHARGES F/ FLOW IRON | 12/19/2019 | 12/19/2019 | 160.00 | MILE | 3.30 | 0% | 528.00 |
| LAB-SUPER-FB | OPERATOR CHARGES CHANCE DAVIS | 12/16/2019 | 12/16/2019 | 1.00 | DAY | 750.00 | 0% | 750.00 |
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES CHANCE DAVIS | 12/12/2019 | 12/12/2019 | 50.00 | MILE | 2.50 | 0% | 125.00 |
| LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES CHANCE DAVIS | 12/18/2019 | 12/19/2019 | 2.00 | DAY | 250.00 | 0% | 500.00 |
| SALE ITEM | R-24 RING GASKET | 12/19/2019 | 12/19/2019 | 1.00 | EA | 45.00 | 0% | 45.00 |
| SALE ITEM | BX-155 RING GASKET | 12/19/2019 | 12/19/2019 | 1.00 | EA | 45.00 | 0% | 45.00 |
| SALE ITEM | 2" 1502 RUBBERS (15) | 12/24/2019 | 12/24/2019 | 15.00 | EA | 5.00 | 0% | 75.00 |
| ENVIROMENTAL | ENVIRONMENTAL & WASTE DISPOSAL CHARGES | 12/24/2019 | 12/24/2019 | 1.00 | EA | 184.99 | 0% | 184.99 |

jce 12-30-19

| | |
|---|---|
| Sales Total | 18,683.99 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 9.90 |
| | 18,693.89 |
| Less Paid Amount | 0.00 |
| | 18,693.89 |

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**

**NOT AN INVOICE    FIELD TICKET ONLY**

PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441    (601) 649-1454
P.O. Box 038 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| ORDERED BY | JOHN G. VITTITOW | JOB # | P-19591 | DATE SHIPPED | 12/12/2019 |
|---|---|---|---|---|---|

| SHIPPED FROM | PC SHOP |
|---|---|

| CUST ORD # | | SHIP VIA | CUSTOMER |
|---|---|---|---|

| TRANS VIA | | JOB TYPE | WELL TEST |
|---|---|---|---|

I, *[signature]* 
Customer Signature
Representing *SKLAR*

Dated 12/18/19 agree to Terms & Conditions listed in the Eastern Fishing & Rental Tools Price Book.

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

Page 1 of 3

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport LA 71101 | Sklar Exploration<br>NEAR BROOKLYN<br>CONECUH<br>AL |

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032115 | cease mack 47.4 #1 | cotes | LITTLE CEDAR CREEK | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental | | Each Add'l Day | Returned | | Days Used |
|---|---|---|---|---|---|---|---|---|
| | | | Days | Amount | | Qty | Date | |
| 1 | FB1045 | 24IN X 10FT 3 PHASE 1440 WP SEPARATOR | 1 | $ 0.00 | | | | — |
| 1 | FB019 | TRAILOR MOUNTED 6" X 50' FLARESTACK W/ AUTO IGNITION | 1 | $ 0.00 | | | | ✓ |
| 1 | FB055 | SKID MOUNTED 210 BBL PRODUCTION TANK | 1 | $ 0.00 | | | | — |
| 1 | FB056 | SKID MOUNTED 210 BBL PRODUCTION TANK | 1 | $ 0.00 | | | | — |
| 1 | FB026 | 5 VALVE 10M H2S CHOKE MANIFOLD | 1 | $ 0.00 | | | | — |
| 1 | MISC ITEMS | 2" 10k 1502 FLOW IRON W/ 90'S | 1 | $ 0.00 | | | | — |
| 1 | MISC ITEMS | 2" FIG 200 FLOW IRON W/ 90'S | 1 | $ 0.00 | | | | — |
| 1 | MISC ITEMS | 4" FIG 200 FLOW/VENT LINE W/ 90'S | 1 | $ 0.00 | | | | — |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ MICHAEL WELCH LANE Myrick | 1 | $ 0.00 | | | | 3 |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ CHRIS GORDON Dennis Schurman | 1 | $ 0.00 | | | | 1 |
| 1 | MISC ITEMS | DAILY PACKAGE COST FOR ABOVE ITEMS | 1 | $ 2,450.00 | | | | 3 |

**NOT AN INVOICE    FIELD TICKET ONLY**

FISHING & RENTAL TOOLS / PRESSURE CONTROL

P.O. Box 292 Laurel, MS 39441    (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0438

| ORDERED BY | JOHN G. VITTITOW | JOB # P-19591 | DATE SHIPPED | 12/12/2019 |
|---|---|---|---|---|

SHIPPED FROM    PC SHOP

CUST ORD #                         SHIP VIA        CUSTOMER

TRANS VIA                          JOB TYPE        WELL TEST

I, _____ Customer Signature
Representing   SKLAR
Dated  12/18/19  I agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

**FIELD COPY REFLECTS
BOOK PRICES ONLY! ALL
DISCOUNTS WILL BE
REFLECTED ON INVOICE**

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport LA 71101 | Sklar Exploration<br>NEAR BROOKLYN<br>CONECUH<br>AL |

Page 2 of 3

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032115 | CRAFT MACK 47-4 #1 | GILT | LITTLE CEDAR CREEK | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental Days | Amount | Each Add'l Day | Returned Qty | Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | PC215 | SPOOL 4 1/16 15M X 2 9/16 5M | 1 | $ 100.00 | | | | |
| 1 | SALE ITEM | R-24 RING GASKET  2-34 | 1 | $ 45.00 | | | | |
| 1 | SALE ITEM | BX-155 RING GASKET | 1 | $ 45.00 | | | | |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ DENNIS SCHWAN | 1 | $ 750.00 | | | | 1 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES | 1 | $ 2.50 | | | | |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES | 1 | $ 250.00 | | | | 2 |
| 1 | TRANSPORT2 | TRANSPORTATION CHARGES F/ FLARE | 1 | $ 3.30 | | | | 160 |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ MICHAEL WELSH  LANE MYRICK | 1 | $ 750.00 | | | | 1 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES | 1 | $ 2.50 | | | | |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES | 1 | $ 250.00 | | | | 4 |
| 1 | TRANSPORT2 | TRANSPORTATION CHARGES F/ SEPARATOR | 1 | $ 3.30 | | | | 120 |

**NOT AN INVOICE    FIELD TICKET ONLY**

SKLAR / PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 553-0430

| ORDERED BY | JOHN G. VITTITOW | JOB # | P-19591 | DATE SHIPPED | 12/12/2019 |
|---|---|---|---|---|---|
| SHIPPED FROM | PC SHOP | | | | |
| CUST ORD # | | | | SHIP VIA | CUSTOMER |
| TRANS VIA | | | | JOB TYPE | WELL TEST |

I, _Jds Vttr_ Customer Signature
Representing _SKLAR_
Dated _12/18/19_ agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

**FIELD COPY REFLECTS
BOOK PRICES ONLY! ALL
DISCOUNTS WILL BE
REFLECTED ON INVOICE**

Page 3 of 3

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport  LA 71101 | Sklar Exploration<br>NEAR BROOKLYN<br>CONECUH<br>AL |

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0003115 | Craft Mack | 4-KH cont. | LITTLE CEDAR CREEK | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Days | Amount | Each Add'l Day | Qty | Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ CHRIS GORDON | 1 | $ 750.00 | | | | 4 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES | 1 | $ 2.50 | | | | |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES | 1 | $ 250.00 | | | | 4 |
| 1 | TRANSPORT2 | TRANSPORTATION CHARGES F/ EQUIPMENT TRAILER | 1 | $ 3.30 | | | | 160 |
| 1 | SALE ITEM | PROPANE FOR FLARE (PER GALLON) | 1 | $ 4.00 | | | | |

1- Operator charge @ Chance Davis @ 750.00 Per/ Day - 1- day
1- Operator mileage charge
1- Operator subsistence @ 250.00 Per(DAY, - 2- days
1- Operator charge @ Chance Davis 0.00 (Part of Package) - 2-days
Sale- 1 R-24 Ring gasket
Sale- 1 Bx-155 Ring gasket.

## EASTERN FISHING & RENTAL TOOLS

**FISHING & RENTAL TOOLS**

SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO ___1___
DATE: ___12/16/19___

| CUSTOMER | Sklar | JOB NO. | P-19591 | COMPANY REP. | John Vittitow |
|---|---|---|---|---|---|

DISTRICT ___Laurel___  FIELD ___Brooklyn___  LEASE ___Craft Rawls___  WELL NO. ___17-4 #1___

RIG _____  HOLE SIZE _____  WORK STRING: _____

HWDP / DC: ___/___  SUPERVISOR: ___Dennis Schwan___  JOB TYPE: ___Well Test___

WEIGHT ON MILL _____  RPM'S _____  TORQUE: _____

AFE # _____  PKR @ _____  LNR @ _____  P.O. # _____

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 3 | Ocrator charges @ $750.00 each per/day. ( Dennis S, Lane M, Chris G, Chance D.) | | $2,250.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. | | $750.00 |
| 1 | Operator Charge for extra man to rig up. ( Chance D. ) | | $750.00 |
| | | | |
| | | TODAY'S COST | $3,750.00 |
| | | PREVIOUS COST | $0.00 |
| | | TOTAL COST | $3,750.00 |

SUPERVISOR. ___Dennis Schwan___   COMPANY REP. ___John Vittitow___

**EASTERN**
FISHING & RENTAL TOOLS

EASTERN FISHING & RENTAL TOOLS
SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO. 2
DATE: 12/17/19

| | |
|---|---|
| CUSTOMER Sklar | JOB NO. P-19589 COMPANY REP. John Vittitow |
| DISTRICT Laurel FIELD Brooklyn | LEASE Craft Rawls WELL NO. 17-4 #1 |
| RIG HOLE SIZE | WORK STRING: |
| HWDP / DC: / | SUPERVISOR: Dennis Schwan JOB TYPE: Well Test |
| WEIGHT ON MILL | RPM'S TORQUE: |

AFE #      PKR @      LNR @      P.O. # 0

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 1 | Well Test/Flowback package. ( Dennis S, Lane M. ) | | $2,450.00 |
| 1 | Operator charge. ( Chris G. ) | | $750.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. | | $750.00 |
| 3 | Operator mileage charges @ $2.50 per/mile. 150 r/t miles. | | $375.00 |
| | | | |
| | TODAY'S COST | | $4,325.00 |
| | PREVIOUS COST | | $3,750.00 |
| | TOTAL COST | | $8,075.00 |

SUPERVISOR. Dennis Schwan      COMPANY REP. John Vittitow

Case 20-12377-EEB   Claim 36-1 Part 3   Filed 05/07/20   Desc Exhibit B: Price Catalog & Invoices   Page 35 of 55

## EASTERN FISHING & RENTAL TOOLS

**FISHING & RENTAL TOOLS**

SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO. __3__
DATE: __12/18/19__

| | | |
|---|---|---|
| CUSTOMER   Sklar | JOB NO.   P-19591 | COMPANY REP.   John Vittilow |
| DISTRICT   LAUREL   FIELD   Brooklyn | LEASE  Craft Rawls   WELL NO.   17-4 #1 | |
| RIG _____   HOLE SIZE _____ | WORK STRING: _____ | |
| HWDP / DC: _____ / _____ | SUPERVISOR:   Dennis Schwan | JOB TYPE:   Well Test |
| WEIGHT ON MILL _____   RPM'S _____ | TORQUE: _____ | |

AFE #            PKR @          LNR @          P.O. #

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 1 | Well Test/Flowback package. ( Chance , Lane M. ) | | $2,450.00 |
| 1 | Operator charge. ( Chris G. ) | | $750.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. | | $750.00 |
| 3 | Operator mileage charges @ $2.50 per/mile. 150 r/t miles. | | $375.00 |
| 1 | Operator mileage charges @ $2.50 per/mile. 160 miles one way. ( Dennis S. ) | | $400.00 |
| | | TODAY'S COST | $4,725.00 |
| | | PREVIOUS COST | $8,075.00 |
| | | TOTAL COST | $12,800.00 |

SUPERVISOR. Dennis Schwan                    COMPANY REP.   John Vittilow

**EASTERN**

FISHING & RENTAL TOOLS

EASTERN FISHING & RENTAL TOOLS

SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO ___4___
DATE: ___12/19/19___

| CUSTOMER | Sklar | JOB NO | P-19591 | COMPANY REP. | John Vittitow |
|---|---|---|---|---|---|

| DISTRICT | LAUREL | FIELD | Cedar Creek | LEASE | Craft Mack | WELL NO. | 17-4 #1 |
|---|---|---|---|---|---|---|---|

RIG _____ HOLE SIZE _____ WORK STRING: _____

HWDP / DC: _____/_____ SUPERVISOR: Dennis Schwan JOB TYPE: Well Test

WEIGHT ON MILL _____ RPM'S _____ TORQUE: _____

AFE # _____ PKR @ _____ LNR @ _____ P.O. # _____

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 1 | Well Test/Flowback package. ( Chance , Lane M. ) | | $2,450.00 |
| 1 | Operator charge. ( Chris G. ) | | $750.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. | | $750.00 |
| 1 | Transportation charge for Separator @ $3.30 per/mile. 160 miles one way. ( Lane ) | | $528.00 |
| 1 | Transportation charge for Flarestack @ $3.30 per/mile. 160 miles one way. ( Chance D. ) | | $528.00 |
| 1 | Transportation charge for Flow iron and Equip. @ $3.30 per/mile. 160 r/t mile. ( Chris G. ) | | $528.00 |
| | | | |
| | | | TODAY'S COST $5,534.00 |
| | | | PREVIOUS COST $12,800.00 |
| | | | TOTAL COST $18,334.00 |

SUPERVISOR. Dennis Schwan          COMPANY REP. John Vittitow



| INVOICE | |
|---|---|
| Invoice No. | PN0027078 |
| Invoiced Date | 12/24/2019 |
| Shipper ID | RS0027078 |
| Order Type | Laurel INV Fishing |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | C-AL-CONEC |
| TaxID02 | |
| TaxID03 | |

P.O. Box 292  Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453 (205) 556-8000
P.O. Box 4618 Longview, TX 75606 (903) 653-0430

| BILL TO: | | SHIP TO: | | |
|---|---|---|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport, LA 71101 | | Customer:  Sklar Exploration | | |
| | | Well No.  35-5 #1 | Lease:  CCL&T | |
| | | Field:  BROOKLYN | | |
| | | County/Parish:  CONECUH | | State   AL | Page 1 of 2 |

| SHIPPED FROM | SHIP VIA | DRIVER/TRUCK # | TRANSFERED TO/FROM: | CUSTOMER ORDER # |
|---|---|---|---|---|
| LAUREL | EFR TRUCKING | | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRPC | Net 30 Days | RN | John Vittitow | P-19590 | 12/14/2019 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| EFR | 24IN X 10FT 3 PHASE 1440 WP SEPARATOR | 12/15/2019 | 12/16/2019 | 2.00 | DAY | 0.00 | 0% | 0.00 |
| FB011 | TRAILOR MOUNTED 6X6 50' FLARESTACK W/ AUTO IGNITION | 12/15/2019 | 12/16/2019 | 2.00 | DAY | 0.00 | 0% | 0.00 |
| FB045 | SKID MOUNTED 210 BBL PRODUCTION TANK | 12/15/2019 | 12/16/2019 | 2.00 | DAY | 0.00 | 0% | 0.00 |
| FB054 | SKID MOUNTED 210 BBL PRODUCTION TANK | 12/15/2019 | 12/16/2019 | 2.00 | DAY | 0.00 | 0% | 0.00 |
| FB001 | 5 VALVE 10M H2S CHOKE MANIFOLD | 12/15/2019 | 12/16/2019 | 2.00 | DAY | 0.00 | 0% | 0.00 |
| FB100 | 2" 1502 IRON W/ UNIONS & 90'S | 12/15/2019 | 12/16/2019 | 2.00 | DAY | 0.00 | 0% | 0.00 |
| EFR | 2" FIG 200 FLOW IRON W/ 90'S | 12/15/2019 | 12/16/2019 | 2.00 | DAY | 0.00 | 0% | 0.00 |
| EFR | 4" FIG 200 FLOW/VENT LINE W/ 90'S | 12/15/2019 | 12/16/2019 | 2.00 | DAY | 0.00 | 0% | 0.00 |
| LAB-SUPER-FB | OPERATOR CHARGES CHANCE DAVIS | 12/15/2019 | 12/16/2019 | 2.00 | DAY | 0.00 | 0% | 0.00 |
| LAB-SUPER-FB | OPERATOR CHARGES KOLE HILL | 12/15/2019 | 12/16/2019 | 2.00 | DAY | 0.00 | 0% | 0.00 |
| MISC ITEMS | DAILY PACKAGE PRICE | 12/15/2019 | 12/16/2019 | 2.00 | EA | 2,450.00 | 0% | 4,900.00 |
| LAB-SUPER-FB | OPERATOR CHARGES JEREMY WALTERS | 12/14/2019 | 12/17/2019 | 4.00 | DAY | 750.00 | 0% | 3,000.00 |
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES JEREMY WALTERS | 12/15/2019 | 12/16/2019 | 100.00 | MILE | 2.50 | 0% | 250.00 |
| LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES JEREMY WALTERS | 12/14/2019 | 12/17/2019 | 4.00 | DAY | 250.00 | 0% | 1,000.00 |
| TRANSPORT2 | TRANSPORTATION CHARGES F/ FLARESTACK | 12/14/2019 | 12/17/2019 | 320.00 | MILE | 3.30 | 0% | 1,056.00 |

**MAILED**

JAN. 2 2020

Continued

Remit Payment:  P.O. Box 292 Laurel, MS 39441



**INVOICE**

| | |
|---|---|
| Invoice No. | PN0027078 |
| Invoiced Date | 12/24/2019 |
| Shipper ID | RS0027078 |
| Order Type | Laurel INV Fishing |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | C-AL-CONEC |
| TaxID02 | |
| TaxID03 | |

P.O. Box 292  Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

**SHIP TO:**

| Customer: Sklar Exploration | | |
|---|---|---|
| Well No.  35-5 #1 | Lease: | CCL&T |
| Field:  BROOKLYN | | |
| County/Parish:  CONECUH | State | AL |

Page 2 of 2

| SHIPPED FROM | SHIP VIA | DRIVER/TRUCK # | TRANSFERED TO/FROM | | CUSTOMER ORDER # | |
|---|---|---|---|---|---|---|
| LAUREL | EFRV TRUCKING | | | | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRPC | Net 30 Days | RN | John Vititow | P-19590 | 12/14/2019 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| LAB-SUPER-FB | OPERATOR CHARGES CHANCE DAVIS | 12/14/2019 | 12/17/2019 | 2.00 | DAY | 750.00 | 0% | 1,500.00 |
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES CHANCE DAVIS | 12/15/2019 | 12/16/2019 | 100.00 | MILE | 2.50 | 0% | 250.00 |
| LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES CHANCE DAVIS | 12/14/2019 | 12/17/2019 | 4.00 | DAY | 250.00 | 0% | 1,000.00 |
| TRANSPORT2 | TRANSPORTATION CHARGES F/ SEPARATOR | 12/14/2019 | 12/17/2019 | 320.00 | MILE | 3.30 | 0% | 1,056.00 |
| LAB-SUPER-FB | OPERATOR CHARGES KOLE HILL | 12/14/2019 | 12/17/2019 | 2.00 | DAY | 750.00 | 0% | 1,500.00 |
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES KOLE HILL | 12/15/2019 | 12/16/2019 | 100.00 | MILE | 2.50 | 0% | 250.00 |
| LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES KOLE HILL | 12/14/2019 | 12/17/2019 | 4.00 | DAY | 250.00 | 0% | 1,000.00 |
| TRANSPORT2 | TRANSPORTATION CHARGES F/ FLOW IRON | 12/14/2019 | 12/17/2019 | 320.00 | MILE | 3.30 | 0% | 1,056.00 |
| SALE ITEM | R-24 RING GASKET | 12/17/2019 | 12/17/2019 | 1.00 | EA | 45.00 | 0% | 45.00 |
| SALE ITEM | BX-155 RING GASKET | 12/17/2019 | 12/17/2019 | 1.00 | EA | 45.00 | 0% | 45.00 |
| SALE ITEM | 2" 1502 RUBBERS (15) | 12/24/2019 | 12/24/2019 | 15.00 | EA | 5.00 | 0% | 75.00 |
| ENVIROMENTAL | ENVIRONMENTAL & WASTE DISPOSAL CHARGES | 12/24/2019 | 12/24/2019 | 1.00 | EA | 179.83 | 0% | 179.83 |

pe 12-30-19

| | |
|---|---|
| Sales Total | 18,162.83 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 9.90 |
| | 18,172.73 |
| Less Paid Amount | 0.00 |
| | 18,172.73 |

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**

NOT AN INVOICE    FIELD TICKET ONLY

PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441    (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| ORDERED BY  JOHN G. VITTITOW | JOB #  P-19590 | DATE SHIPPED | 12/12/2019 |
|---|---|---|---|
| SHIPPED FROM    PC SHOP | | | |
| CUST ORD # | | SHIP VIA | CUSTOMER |
| TRANS VIA | | JOB TYPE | WELL TEST |

Customer Signature
Representing  _SKLAR_
Dated 12/18/19 agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

**FIELD COPY REFLECTS
BOOK PRICES ONLY! ALL
DISCOUNTS WILL BE
REFLECTED ON INVOICE**

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport, LA 71101 | Sklar Exploration<br>NEAR BROOKLYN<br>CONECUH<br>AL |

Page 1 of 3

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032115 | | CCL&T | LITTLE CEDAR CREEK | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental Days | Amount | Each Add'l Day | Returned Qty | Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | FB1045 | 24IN X 10FT 3 PHASE 1440 WP SEPARATOR | 1 | $ 0.00 | | | | |
| 1 | FB019 | TRAILOR MOUNTED 6" X 50' FLARESTACK W/ AUTO IGNITION | 1 | $ 0.00 | | | | |
| 1 | FB055 | SKID MOUNTED 210 BBL PRODUCTION TANK | 1 | $ 0.00 | | | | |
| 1 | FB056 | SKID MOUNTED 210 BBL PRODUCTION TANK | 1 | $ 0.00 | | | | |
| 1 | FB026 | 5 VALVE 10M H2S CHOKE MANIFOLD | 1 | $ 0.00 | | | | |
| 1 | MISC ITEMS | 2" 10k 1502 FLOW IRON W/ 90'S | 1 | $ 0.00 | | | | |
| 1 | MISC ITEMS | 2" FIG 200 FLOW IRON W/ 90'S | 1 | $ 0.00 | | | | |
| 1 | MISC ITEMS | 4" FIG 200 FLOW/VENT LINE W/ 90'S | 1 | $ 0.00 | | | | |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ MICHAEL WELCH  CHANCE Davis | 1 | $ 0.00 | | | | 2 |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ CHRIS GORSON  Wolf Hill | 1 | $ 0.00 | | | | 2 |
| 1 | MISC ITEMS | DAILY PACKAGE COST FOR ABOVE ITEMS | 1 | $ 2,450.00 | | | | 2 |



NOT AN INVOICE     FIELD TICKET ONLY

EASTERN
FISHING & RENTAL TOOLS / PRESSURE CONTROL

P.O. Box 292   Laurel, MS 39441     (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| ORDERED BY | JOHN G. VITTITOW | JOB # | P-19590 | DATE SHIPPED | 12/12/2019 |
|---|---|---|---|---|---|
| SHIPPED FROM | PC SHOP | | | | |
| CUST ORD # | | | | SHIP VIA | CUSTOMER |
| TRANS VIA | | | | JOB TYPE | WELL TEST |

I, [signature]
Customer Signature
Representing  SKLAR

Dated 12/18/19 agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

**FIELD COPY REFLECTS
BOOK PRICES ONLY! ALL
DISCOUNTS WILL BE
REFLECTED ON INVOICE**

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport LA 71101 | Sklar Exploration<br>NEAR BROOKLYN<br>CONECUH<br>AL |

Page 2 of 3

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032115 | 35-5 | CCL&T | LITTLE CEDAR CREEK | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental | | Each Add'l Day | Returned | | Days Used |
|---|---|---|---|---|---|---|---|---|
| | | | Days | Amount | | Qty | Date | |
| 1 | PC215 | SPOOL 4 1/16 15M X 2 9/16 5M | 1 | $ 100.00 | | | | ~ |
| 1 | SALE ITEM | R-24 RING GASKET R-54 | 1 | $ 45.00 | | | | ~ |
| 1 | SALE ITEM | BX-155 RING GASKET | 1 | $ 45.00 | | | | ~ |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ DENNIS DONVAN Jeremy Walters | 1 | $ 750.00 | | | | 4 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES | 1 | $ 2.50 | | | | |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES | 1 | $ 250.00 | | | | 4 |
| 1 | TRANSPORT2 | TRANSPORTATION CHARGES F/ FLARE | 1 | $ 3.30 | | | | 370 |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ MICHAEL WELCH CHANIC DAVIS | 1 | $ 750.00 | | | | 2 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES | 1 | $ 2.50 | | | | |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES | 1 | $ 250.00 | | | | 4 |
| 1 | TRANSPORT2 | TRANSPORTATION CHARGES F/ SEPARATOR | 1 | $ 3.30 | | | | 320 |

**NOT AN INVOICE     FIELD TICKET ONLY**

FENCING & RENTAL TOOLS / PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

I, [signature] ____
Customer Signature

Representing  [signature]

Dated 12/18/19 agree to Terms & Conditions listed in the Eastern Fishing & Rental Tools Price Book.

| ORDERED BY  JOHN G. VITTITOW | JOB #  P-19590 | DATE SHIPPED  12/12/2019 |
|---|---|---|
| SHIPPED FROM  PC SHOP | | |
| CUST ORD # | | SHIP VIA  CUSTOMER |
| TRANS VIA | | JOB TYPE  WELL TEST |

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport  LA 71101 | Sklar Exploration<br>NEAR BROOKLYN<br>CONECUH<br>AL |

Page 3 of 3

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032115 | 35-5 | CCL&T | LITTLE CEDAR CREEK | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental | | Each Add'l Day | Returned | | Days Used |
|---|---|---|---|---|---|---|---|---|
| | | | Days | Amount | | Qty | Date | |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ CHRIS GORSON     Kole Hill | 1 | $ 750.00 | | | | 2 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES | 1 | $ 2.50 | | | | |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES | 1 | $ 250.00 | | | | 4 |
| 1 | TRANSPORT2 | TRANSPORTATION CHARGES F/ EQUIPMENT TRAILER | 1 | $ 3.30 | | | | 320 |
| 1 | SALE ITEM | PROPANE FOR FLARE (PER GALLON) | 1 | $ 4.00 | | | | |

Sale- 1-R-31 Ring gasket
Sale - 1-BX-155 Ring gasket

**EASTERN FISHING & RENTAL TOOLS**

FISHING & RENTAL TOOLS

SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO ___1___
DATE: __12/1 4/17__

| | |
|---|---|
| CUSTOMER     Sklar | JOB NO.   P-19590     COMPANY REP.      John Vittitow |
| DISTRICT     Laurel     FIELD     Cedar Creek | LEASE   CCL&T   WELL NO.   35-5 #1 |
| RIG _____     HOLE SIZE _____ | WORK STRING: _____ |
| HWDP / DC: _____/_____     SUPERVISOR:   Chance Davis | JOB TYPE:   Well  Test |
| WEIGHT ON MILL _____     RPM'S _____ | TORQUE: _____ |

AFE # _____   PKR @ _____   LNR @ _____   P.O. # _____

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 3 | Orator charges @ $750.00 each per/day. ( Chance D, Kole H, Jeremy W. ) | | $2,250.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. | | $750.00 |
| 1 | Transportation charge for Separator @ $3.30 per/mile. 160 miles one way. ( Jeremy W. ) | | $528.00 |
| 1 | Transportation charge for Flarestack @ $3.30 per/mile. 160 miles one way. ( Chance D. ) | | $528.00 |
| 1 | Transportation charge for Flow iron and Equip. @ $3.30 per/mile. 160 miles one way. ( Kole Hill. ) | | $528.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | TODAY'S COST | $4,584.00 |
| | | PREVIOUS COST | $0.00 |
| | | TOTAL COST | $4,584.00 |

SUPERVISOR. Dennis Schwan                    COMPANY REP.    John Vittitow

## EASTERN

**FISHING & RENTAL TOOLS**

EASTERN FISHING & RENTAL TOOLS
SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO _2_
DATE: _12/1 6/19_

| | |
|---|---|
| CUSTOMER _Sklar_ | JOB NO. _P-19590_  COMPANY REP. _John Vittitow_ |
| DISTRICT _Laurel_  FIELD _Ceadar Creek_ | LEASE _CCL&T_  WELL NO. _35-5 #1_ |
| RIG _____  HOLE SIZE _____ | WORK STRING: _____ |
| HWDP / DC: _____/_____  SUPERVISOR: _Chance Davis_ | JOB TYPE: _Well Test_ |
| WEIGHT ON MILL _____  RPM'S _____ | TORQUE: _____ |

AFE # _____  PKR @ _____  LNR @ _____  P.O. # 0

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 1 | Well Test/Flowback package. ( Chance D, Kole H. ) | | $2,450.00 |
| 1 | Operator charge. ( Jeremy W. ) | | $750.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. | | $750.00 |
| 3 | Operator mileage charges @ $2.50 per/mile. 150 r/t miles. | | $375.00 |
| | | | |
| | | TODAY'S COST | $4,325.00 |
| | | PREVIOUS COST | $4,584.00 |
| | | TOTAL COST | $8,909.00 |

SUPERVISOR. _Denals Schwan_        COMPANY REP. _John Vittitow_

Case 20-12377-EEB   Claim 36-1 Part 3   Filed 05/07/20   Desc Exhibit B: Price Catalog & Invoices   Page 44 of 55

**EASTERN**

**FISHING & RENTAL TOOLS**

EASTERN FISHING & RENTAL TOOLS
SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO   3
DATE:   12/16/19

| | |
|---|---|
| CUSTOMER   Sklar   JOB NO.   P-19590   COMPANY REP.   John Vititlow | |

| | |
|---|---|
| DISTRICT   LAUREL   FIELD   Cedar Creek   LEASE   CCL&T   WELL NO.   35-5 #1 | |

RIG _____ HOLE SIZE _____ WORK STRING: _____

HWDP / DC: _____ / _____ SUPERVISOR:   Chance Davis   JOB TYPE:   Well Test

WEIGHT ON MILL _____ RPM'S _____ TORQUE: _____

AFE # _____ PKR @ _____ LNR @ _____ P.O. # _____

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 1 | Well Test/Flowback package. ( Chance D, Kole H. ) | | $2,450.00 |
| 1 | Operator charge. ( Jeremy W. ) | | $750.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. | | $750.00 |
| 3 | Operator mileage charges @ $2.50 per/mile. 150 r/t miles. | | $375.00 |
| | | | |
| | | | |
| | | | |
| | | | TODAY'S COST | $4,325.00 |
| | | | PREVIOUS COST | $8,909.00 |
| | | | TOTAL COST | $13,234.00 |

SUPERVISOR.  Dennis Schwan _____ COMPANY REP.   John Vititlow _____

**EASTERN**
FISHING & RENTAL TOOLS

EASTERN FISHING & RENTAL TOOLS
SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO | 4 .
DATE: 12/17/19

| CUSTOMER | Sklar | JOB NO | P-19590 | COMPANY REP. | John Vittitow |

| DISTRICT | LAUREL | FIELD | Cedar Creek | LEASE | CCL&T | WELL NO. | 35-5 #1 |

| RIG | | HOLE SIZE | | WORK STRING: | |

| HWDP / DC: | / | SUPERVISOR: | Chance Davis | JOB TYPE: | Well Test |

| WEIGHT ON MILL | | RPM'S | | TORQUE: | |

AFE # _____ PKR @ _____ LNR @ _____ P.O. # _____

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 3 | Oerator charges @ $750.00 each per/day. ( Chance D, Kole H, Jeremy W. ) | | $2,250.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. | | $750.00 |
| 1 | Transportation charge for Separator @ $3.30 per/mile. 160 miles one way. ( Jeremy W. ) | | $528.00 |
| 1 | Transportation charge for Flarestack @ $3.30 per/mile. 160 miles one way. ( Chance D. ) | | $528.00 |
| 1 | Transportation charge for Flow iron and Equip. @ $3.30 per/mile. 160 r/t mile. ( Kole Hill. ) | | $528.00 |
| | | | |
| | | TODAY'S COST | $4,584.00 |
| | | PREVIOUS COST | $13,234.00 |
| | | TOTAL COST | $17,818.00 |

SUPERVISOR. Dennis Schwan          COMPANY REP. John Vittitow



**P.O. Box 292  Laurel, MS 39441** (601) 649-1454
**P.O. Box 938 Cottondale, AL 35453** (205) 556-8000
**P.O. Box 4618 Longview, TX 75606** (903) 653-0430

**INVOICE**

| | |
|---|---|
| Invoice No. | RN0027082 |
| Invoiced Date | 12/27/2019 |
| Shipper ID | RS0027082 |
| Order Type | Laurel INV Fishing |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | C-AL-CONEC |
| TaxID02 | |
| TaxID03 | |

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

**SHIP TO:**
Customer: Sklar Exploration
Well No.: 17-4 #1   Lease: CRAFT MACK
Field: LITTLE CEDAR CREEK
County/Parish: CONECUH   State  AL   Page 1 of 2

| SHIPPED FROM | SHIP VIA | DRIVER/TRUCK # | TRANSFERED TO/FROM | CUSTOMER ORDER # |
|---|---|---|---|---|
| LAUREL | Customer Handled | | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRLAU | Net 30 Days | RN | Ken Copeland | L-19363 | 12/12/2019 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| LAB-SUPER-12HR | OPERATOR CHARGES H2S CRAIG ENGLISH | 12/12/2019 | 12/13/2019 | 2.00 | DAY | 1,500.00 | 0% | 3,000.00 |
| LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES | 12/12/2019 | 12/13/2019 | 2.00 | DAY | 250.00 | 0% | 500.00 |
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES | 12/12/2019 | 12/13/2019 | 400.00 | MILE | 2.50 | 0% | 1,000.00 |
| 5030 | COLLAR RTY DRILL 3 1/2" OD 27# W/ 2 3/8" IF CON 30' LNG (6) | 12/12/2019 | 12/13/2019 | 6.00 | DAY | 243.36 | 25% | 1,095.12 |
| EFR | 2 3/8 IF LIFT SUBS (3) | 12/12/2019 | 12/13/2019 | 3.00 | DAY | 33.12 | 25% | 74.52 |
| EFR | 5 SEGMENT TYPE T SAFETY CLAMP W/ WRENCH | 12/12/2019 | 12/13/2019 | 1.00 | DAY | 224.64 | 25% | 168.48 |
| V-1500 | SUB RTY 2 3/8 IF PIN X 2 7/8 8RD BOX | 12/12/2019 | 12/13/2019 | 1.00 | DAY | 47.52 | 25% | 35.64 |
| V-1398 | 4 3/8 OD SERIES 70 O/SHOT W/ 2 3/8 IF BOX | 12/12/2019 | 12/13/2019 | 1.00 | DAY | 1,128.96 | 25% | 846.72 |
| SALE ITEM | 3 1/4" BASKET GRAPPLE RHW #B11026 | 12/12/2019 | 12/13/2019 | 1.00 | EA | 1,212.00 | 0% | 1,212.00 |
| SALE ITEM | PLAIN BASKET CONTROL #A11027 | 12/12/2019 | 12/13/2019 | 1.00 | EA | 248.00 | 0% | 248.00 |
| EFR-O-139 | SUPERIOR OIL JAR 3 3/4" OD W/ 2 3/8 IF CON | 12/12/2019 | 12/13/2019 | 1.00 | DAY | 2,640.00 | 25% | 1,980.00 |
| REFURBISH | REFURBISHING CHARGE ON JARS | 12/13/2019 | 12/13/2019 | 1.00 | EA | 500.00 | 0% | 500.00 |
| INSPECTIONS | INSPECTION SERVICE ON EFR OIL JAR | 12/12/2019 | 12/13/2019 | 17.00 | EA | 25.00 | 0% | 425.00 |
| EFR-B-215 | LUBRICATING BUMPER JAR 3 3/4" OD W/ 2 3/8 IF CON | 12/12/2019 | 12/13/2019 | 1.00 | DAY | 2,160.00 | 25% | 1,620.00 |
| REFURBISH | REFURBISHING CHARGE ON JARS | 12/13/2019 | 12/13/2019 | 1.00 | EA | 500.00 | 0% | 500.00 |

**MAILED**
JAN 0 2 2020

Continued

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**



## INVOICE

| | |
|---|---|
| Invoice No. | RN0027082 |
| Invoiced Date | 12/27/2019 |
| Shipper ID | RS0027082 |
| Order Type | Laurel INV Fishing |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | C-AL-CONEC |
| TaxID02 | |
| TaxID03 | |

**EASTERN PRESSURE CONTROL**
FISHING & RENTAL TOOLS

P.O. Box 292 Laurel, MS 39441 (601) 649-1454
P.O. Box 938 Cottondale, AL 35453 (205) 556-8000
P.O. Box 4618 Longview, TX 75606 (903) 653-0430

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

**SHIP TO:**
Customer: Sklar Exploration
Well No. 17-4 #1    Lease: CRAFT MACK
Field: LITTLE CEDAR CREEK
County/Parish: CONECUH    State AL

Page 2 of 2

| SHIPPED FROM | SHIP VIA | DRIVER/TRUCK # | TRANSFERED TO/FROM: | CUSTOMER ORDER # | |
|---|---|---|---|---|---|
| LAUREL | Customer Handled | | | | |
| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
| EFRLAU | Net 30 Days | RN | Ken Copeland | L-19363 | 12/12/2019 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| INSPECTIONS | INSPECTION SERVICES ON EFR BUMPER JAR | 12/13/2019 | 12/13/2019 | 10.00 | EA | 25.00 | 0% | 250.00 |
| EFR-A-355 | SUPERIOR ACCELERATOR JAR 3 3/4" OD W/ 2 3/8 IF CON | 12/12/2019 | 12/13/2019 | 1.00 | DAY | 2,640.00 | 25% | 1,980.00 |
| REFURBISH | REFURBISHING CHARGE ON JARS | 12/13/2019 | 12/13/2019 | 1.00 | EA | 500.00 | 0% | 500.00 |
| INSPECTIONS | INSPECTION SERVICES ON EFR ACC JAR | 12/13/2019 | 12/13/2019 | 15.00 | EA | 25.00 | 0% | 375.00 |
| EFR | 2 3/8 IF LIFT SUBS (2) | 12/12/2019 | 12/13/2019 | 2.00 | DAY | 33.12 | 25% | 49.68 |
| EFRT-404 | BOWL & SLIPS TS-10 4 1/4 / 3 1/2" | 12/12/2019 | 12/13/2019 | 1.00 | DAY | 115.20 | 25% | 86.40 |
| INSPECTIONS | INSPECTION SERVICES ON EFR TOOLS PER CONN | 12/27/2019 | 12/27/2019 | 24.00 | EA | 25.00 | 0% | 600.00 |
| MISC ITEMS | COAT & RATTLE COLLARS (6) | 12/27/2019 | 12/27/2019 | 6.00 | EA | 40.00 | 0% | 240.00 |
| ENVIROMENTAL | ENVIRONMENTAL & WASTE DISPOSAL CHARGES | 12/27/2019 | 12/27/2019 | 1.00 | EA | 172.86 | 0% | 172.86 |

| | |
|---|---|
| Sales Total | 17,459.42 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 87.60 |
| | 17,547.02 |
| Less Paid Amount | 0.00 |
| | 17,547.02 |

### Remit Payment: P.O. Box 292 Laurel, MS 39441

**NOT AN INVOICE    FIELD TICKET ONLY**

/ PRESSURE CONTROL

FISHING & RENTAL TOOLS

P.O. Box 292 Laurel, MS 39441    (601) 649-1454
P.O. Box 938 Cottondale, AL 35453    (205) 556-8000
P.O. Box 4618 Longview, TX 75606    (903) 653-0430

| | |
|---|---|
| ORDERED BY  KENNY COPELAND | JOB #  L-16363 |
| | DATE SHIPPED          12/12/2019 |
| SHIPPED FROM    LAUREL | |
| CUST ORD # | SHIP VIA          CUSTOMER |
| TRANS VIA | JOB TYPE          FISHING |

I, Ken Copeland
Customer Signature
Representing Sklar Exploration

Dated 12/13/19 agree to Terms & Conditions listed in the Eastern Fishing & Rental Tools Price Book.

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport LA 71101 | Sklar Exploration<br>NEAR BROOKLYN, AL<br>CONECUH<br>AL |

Page 1 of 4

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| RO0032123 | 17-4 #1 | CRAFT MACK | LITTLE CEDAR CREEK | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental Days | Minimum Rental Amount | Each Add'l Day | Returned Qty | Returned Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | LAB-SUPER-12HR | OPERATOR CHARGES - CRAIG ENGLISH - H2S | 1 | $ 0.00 | $ 1,500.00 | | | 2 |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES | 1 | $ 250.00 | | | | 2 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES | 1 | $ 2.50 | | | | 400 |
| 6 | 5030 | COLLAR RTY DRILL 3 1/2" OD 27# W/ 2 3/8" IF CON 30' LNG | 5 | $ 1,095.12 | $ 116.64 | | | 1 |
| 3 | EFR | LIFT SUB, DRILL COLLAR TYPE 2-3/8" IF PIN | 1 | $ 74.52 | $ 12.96 | | | 1 |
| | EFR | CLAMP, SAFETY TYPE S- SEGMENT TYPE "I" W/ WRENCH | 1 | $ 168.48 | $ 35.64 | | | 1 |
| 1 | V-1500 | SUB RTY 2 3/8 IF PIN X 2 7/8 8RD BOX | 1 | $ 35.64 | $ 19.44 | | | 1 |
| 1 | V-372 | SUB RTY 2 7/8 8RD PIN X 2 3/8 IF BOX | 1 | $ 35.64 | $ 19.44 | | | 0 |
| 1 | 1260 | O/SHOT SERIES 150 4 11/16in OD W/ 2 7/8in EUE | 1 | $ 592.92 | $ 280.80 | | | 0 |
| 1 | V-623 | 4 9/16 UPPER EXTENSION | 1 | $ 295.92 | $ 131.76 | | | 0 |
| 2 | SALE ITEM | GRAPPLE, BASKET TYPE 2-7/8" #6662   EACH | 1 | $ 650.00 | | | | 0 |

**NOT AN INVOICE     FIELD TICKET ONLY**

PUMPING & RENTAL TOOLS / **PRESSURE CONTROL**

P.O. Box 292   Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453   (205) 556-8000
P.O. Box 4618 Longview, TX 75606   (903) 653-0430

| | | | | |
|---|---|---|---|---|
| ORDERED BY KENNY COPELAND | JOB # L-16363 | DATE SHIPPED | 12/12/2019 | |
| SHIPPED FROM   LAUREL | | | | |
| CUST ORD # | | SHIP VIA | CUSTOMER | |
| TRANS VIA | | JOB TYPE | FISHING | |

I, _____
Customer Signature
Representing _____

Dated _____ agree to Terms & Conditions listed in the Eastern Fishing & Rental Tools Price Book.

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

Page 2 of 4

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport LA 71101 | Sklar Exploration<br>NEAR BROOKLYN, AL<br>CONECUH<br>AL |

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| RO0032123 | 17-4 #1 | CRAFT MACK | LITTLE CEDAR CREEK | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental | | Each Add'l Day | Returned | | Days Used |
|---|---|---|---|---|---|---|---|---|
| | | | Days | Amount | | Qty | Date | |
| 2 | SALE ITEM | GRAPPLE, BASKET TYPE 3-3/32"  #662  EACH | 1 | $ 650.00 | | | | 0 |
| 2 | SALE ITEM | GRAPPLE, SPIRAL TYPE 3-21/32"  #6662   EACH | 1 | $ 465.00 | | | | 0 |
| 2 | SALE ITEM | GRAPPLE, BASKET TYPE 2-7/8" RHW #6662   EACH | 1 | $ 780.00 | | | | 0 |
| 1 | SALE ITEM | GRAPPLE, BASKET TYPE 3-3/32" #6662 | 1 | $ 780.00 | | | | 0 |
| 2 | SALE ITEM | GRAPPLE, SPIRAL TYPE 3-21/32" RHW #6662  EACH | 1 | $ 558.00 | | | | 0 |
| 1 | EFR | 2-1/2" ID STEEL COLLAR STOP | 1 | $ 0.00 | $ 85.32 | | | 0 |
| 1 | V-1398 | 4 3/8 OD SERIES 70 O/SHOT W/ 2 3/8 IF BOX | 1 | $ 846.72 | $ 363.96 | | | 1 |
| 1 | SALE ITEM | GRAPPLE, BASKET TYPE 3-1/4"  #B-11026 | 1 | $ 1,010.00 | | | | |
| 1 | SALE ITEM | GRAPPLE, BASKET TYPE 3-1/4" RHW #B-11026 | 1 | $ 1,212.00 | | | | Sale |
| 1 | SALE ITEM | CONTROL, PLAIN BASKET TYPE #A-11027 | 1 | $ 248.00 | | | | Sale |
| 1 | EFR-O-133 | SUPERIOR OIL JAR 3 3/4" OD W/ 2 3/8 IF CON | 1 | $ 1,980.00 | $ 1,260.00 | | | 0 |

**NOT AN INVOICE      FIELD TICKET ONLY**

FISHING & RENTAL TOOLS / PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441     (601) 649-1454
P.O. Box 939 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| ORDERED BY | KENNY COPELAND | JOB # | L-16363 | DATE SHIPPED | 12/12/2019 |
|---|---|---|---|---|---|
| SHIPPED FROM | LAUREL | | | | |
| CUST ORD # | | | | SHIP VIA | CUSTOMER |
| TRANS VIA | | | | JOB TYPE | FISHING |

Customer Signature
Representing _____

Dated _____ agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport LA 71101 | Sklar Exploration<br>NEAR BROOKLYN, AL<br>CONECUH<br>AL |

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

Page 3 of 4

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| RO0032123 | 17-4 #1 | CRAFT MACK | LITTLE CEDAR CREEK | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental Days | Minimum Rental Amount | Each Add'l Day | Returned Qty | Returned Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | REFURBISH | REFURBISHING CHARGE ON JARS | 1 | $ 500.00 | | | | 0 |
| 1 | EFR-B-219 | LUBRICATING BUMPER JAR 3 3/4" OD W/ 2 3/8 IF CON | 1 | $ 1,620.00 | $ 630.00 | | | 0 |
| 1 | REFURBISH | REFURBISHING CHARGE ON JARS | 1 | $ 500.00 | | | | 0 |
| 1 | EFR-A-123 | SUPERIOR ACCELERATOR JAR 3 3/4" OD W/ 2 3/8 IF CON | 1 | $ 1,980.00 | $ 1,260.00 | | | 0 |
| 1 | REFURBISH | REFURBISHING CHARGE ON JARS | 1 | $ 500.00 | | | | 0 |
| 1 | EFR-O-139 | SUPERIOR OIL JAR 3 3/4" OD W/ 2 3/8 IF CON | 1 | $ 1,980.00 | $ 1,260.00 | | | 1 |
| 1 | REFURBISH | REFURBISHING CHARGE ON JARS | 1 | $ 500.00 | | | | 1 |
| 1 | EFR-B-215 | LUBRICATING BUMPER JAR 3 3/4" OD W/ 2 3/8 IF CON | 1 | $ 1,620.00 | $ 630.00 | | | 1 |
| 1 | REFURBISH | REFURBISHING CHARGE ON JARS | 1 | $ 500.00 | | | | 1 |
| 1 | EFR-A-355 | SUPERIOR ACCELERATOR JAR 3 3/4" OD W/ 2 3/8 IF CON | 1 | $ 1,980.00 | $ 1,260.00 | | | 1 |
| 1 | REFURBISH | REFURBISHING CHARGE ON JARS | 1 | $ 500.00 | | | | 1 |

**NOT AN INVOICE     FIELD TICKET ONLY**

PRESSURE CONTROL

PUMPING & RENTAL TOOLS

P.O. Box 292  Laurel, MS 39441    (601) 649-1454
P.O. Box 938 Cottondale, AL 35483  (205) 556-0000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

ORDERED BY  KENNY COPELAND    JOB #  L-16363    DATE SHIPPED    12/12/2019

SHIPPED FROM   LAUREL

CUST ORD #                SHIP VIA            CUSTOMER

TRANS VIA                 JOB TYPE            FISHING

I,
Customer Signature
Representing _____

Dated _____ agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport LA 71101 | Sklar Exploration<br>NEAR BROOKLYN, AL<br>CONECUH<br>. AL |

**FIELD COPY REFLECTS
BOOK PRICES ONLY! ALL
DISCOUNTS WILL BE
REFLECTED ON INVOICE**

Page 4 of 4

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| RO0032123 | 17-4 #1 | CRAFT MACK | LITTLE CEDAR CREEK | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental | | Each Add'l Day | Returned | | Days Used |
|---|---|---|---|---|---|---|---|---|
| | | | Days | Amount | | Qty | Date | |
| 2 | EFR | LIFT SUBS, DRILL COLLAR TYPE 2-3/8" IF | 1 | $ 49.68 | $ 8.64 | | | 1 |
| 1 | EFRT-404 | BOWL & SLIPS 3-1/2" TS-100 DRESSED F/ 3-1/2" | 1 | $ 86.40 | $ 44.28 | | | 1 |

Filed 05/07/20  Page 51 of 9  Claim 13  Part 3  Invoices  Case 20-12377-EEB  Claimant's Price Date



**DAILY COST ESTIMATE**
(TO BE SIGNED BEFORE WORK IS BEGUN)

FISHING & RENTAL TOOL CO., INC.
Phone: 601-649-1454
P.O. Box 292 • Laurel, MS 39441

PRICES DO NOT REFLECT ANY
3RD PARTY BILLINGS SUCH AS:
"Inspections, repairs, sale items,
transportation or consumables"

DATE 12-12-19

JOB # L-16868

☐ FISHING   ☐ RENTAL   ☐ THRU-TUBING   ☐ FLOWBACK   ☐ PRESSURE CONTROL   ☐ LAYDOWN MACHINE   ☐ WELL TESTING

I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I HAVE FULL AUTHORITY TO AUTHORIZE **EASTERN FISHING & RENTAL TOOL CO., INC.**
TO PERFORM SERVICES ON THIS WELL AND TO OBLIGATE THE CUSTOMER NAMED BELOW TO PAY FOR SAME. IT IS UNDERSTOOD THAT SUCH
SERVICES WILL BE PERFORMED UPON THE TERMS AND CONDITIONS PRINTED ON THE BACK OF THIS FORM.

COMPANY __Skylar__   DATE _____

ADDRESS _____

CITY, STATE, ZIP _____

CONTACT PERSON _____   EMAIL _____

WORK PHONE _____   CELL PHONE _____

| LEASE / WELL | FIELD | STATE | COUNTY / PARISH |
|---|---|---|---|
| CRAft & Mack 17-4-1 | Little cedar crk | Al | Conecuh |

| QUANTITY | DESCRIPTION OF SERVICES & EQUIPMENT | PRICE EACH |
|---|---|---|
| 1 | Supervisor | 1500.00 |
| 1 | Assistance | 250.00 |
| 200 | miles | 500.00 |
| | | 2250.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| COST FOR _____ 20___ | | 2250.00 |
| TOTAL COST CARRIED FORWARD FROM _____ 20___ | | |
| TOTAL COST TO DATE _____ | | 2250.00 |

REMARKS: HSM
m/w RHA start bad'n hole for 1250 oF6/6
s'12pv

CUSTOMER'S SIGNATURE: _____

SUPERVISOR'S SIGNATURE: _____



**FISHING & RENTAL TOOL CO., INC.**
Phone: 601-649-1454
P.O. Box 292 • Laurel, MS 39441

**DAILY COST ESTIMATE**
(TO BE SIGNED BEFORE WORK IS BEGUN)

PRICES DO NOT REFLECT ANY 3RD PARTY BILLINGS SUCH AS: "Inspections, repairs, sale items, transportation or consumables"

DATE 12-13-19
JOB # L-16363

☐ FISHING  ☐ RENTAL  ☐ THRU-TUBING  ☐ FLOWBACK  ☐ PRESSURE CONTROL  ☐ LAYDOWN MACHINE  ☐ WELL TESTING

I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I HAVE FULL AUTHORITY TO AUTHORIZE **EASTERN FISHING & RENTAL TOOL CO., INC.** TO PERFORM SERVICES ON THIS WELL AND TO OBLIGATE THE CUSTOMER NAMED BELOW TO PAY FOR SAME. IT IS UNDERSTOOD THAT SUCH SERVICES WILL BE PERFORMED UPON THE TERMS AND CONDITIONS PRINTED ON THE BACK OF THIS FORM.

COMPANY Sky Lar                          DATE
ADDRESS
CITY, STATE, ZIP
CONTACT PERSON _____ EMAIL
WORK PHONE _____ CELL PHONE

LEASE / WELL  CRABT MACK 17-4-#1   FIELD Little Cedar CRK   STATE A1   COUNTY / PARISH Conecuh

| QUANTITY | DESCRIPTION OF SERVICES & EQUIPMENT | | PRICE EACH |
|---|---|---|---|
| 1 | Supervison | | 1,500.00 |
| 1 | Subsistance | | 250.00 |
| 200 | miles | | 500.00 |
| 6 | chc 3½ OD | 563D | 1,095.00 |
| 6 | Lift subs | EFR | 125.00 |
| 1 | 5 Seg 946 teycamp | FFR | 169.00 |
| 1 | X-0 23/8 IFQⁿX 2⅜ 8odbx | U-1500 | 36.00 |
| 1 | Bowl bslipps | EFRT 404 | 84.00 |
| 1 | 43/8 O/shoT 70 series | U-1598 | 840.00 |
| 1 | 3¼ RHw BaskeT GR | SALC | 1,212.00 |
| 1 | Oil JAr | O-139 | 1,980.00 |
| 1 | B c JAr | B-215 | 1,620.00 |
| 1 | Acc. Jar | A-355 | 1,980.00 |
| 3 | Jar Refurb | | 1,500.00 |
| | | | 12,900.00 |
| 1 | Plain control | | 50.00 |
| | | | 12,950.00 |

| | | | |
|---|---|---|---|
| COST FOR | 12-13 20 19 | | 12,950.00 |
| TOTAL COST CARRIED FORWARD FROM | 12-12 20 19 | | 2,250.00 |
| TOTAL COST TO DATE | | | 15,200.00 |

REMARKS: KSM
Ti 16 Jar latch up Jar oupke came Aloose
stant out hole dragging finished out hole
ND Jars & Sish R/u Renegade w/c Ran Junk
Basket & gauge Ring

CUSTOMER'S SIGNATURE:
SUPERVISOR'S SIGNATURE: Craig Eytol



**EASTERN / PRESSURE CONTROL**
FISHING & RENTAL TOOLS

P.O. Box 292  Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453 (205) 556-8000
P.O. Box 4618 Longview, TX 75606 (903) 653-0430

**MAILED**
JAN 17 2020

| INVOICE | |
|---|---|
| Invoice No. | PN0027166 |
| Invoiced Date | 12/31/2019 |
| Shipper ID | RS0027166 |
| Order Type | Laurel INV Rental |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | |
| TaxID02 | |
| TaxID03 | |

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

**SHIP TO:**

| Customer: | Sklar Exploration | | |
|---|---|---|---|
| Well No. | 5-10 #1 | Lease: | CRAFT RALLS |
| Field: | LITTLE CEDAR CREEK | | |
| County/Parish: | CONECUH | State | AL |

Page 1 of 1

| SHIPPED FROM | SHIP VIA | DRIVER/TRUCK # | TRANSFERED TO/FROM: | CUSTOMER ORDER # |
|---|---|---|---|---|
| LAUREL | Customer Handled | | | |

| FOB ID | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRPC | Net 60 Days | RN | Ken Copeland | P-19603 | 12/15/2019 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| FL3 | 10K EXTENDABLE BOOM FORKLIFT | 12/15/2019 | 12/18/2019 | 4.00 | DAY | 200.00 | 0% | 800.00 |
| ENVIRONMENTAL | ENVIRONMENTAL & WASTE DISPOSAL CHARGES | 12/31/2019 | 12/31/2019 | 1.00 | EA | 8.00 | 0% | 8.00 |

*Randy Breadhead  1-16-20*

| | |
|---|---|
| Sales Total | 808.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 32.00 |
| | 840.00 |
| Less Paid Amount | 0.00 |
| | 840.00 |

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**

Filed 05/04/20   Exhibit B: Price Ca...
Page 54 of 55   Case 20-12377-EEB

Case 20-12377-EEB   Claim 86-1 Part 3   Filed 05/07/2   Desc Exhibit B - Price Cata
& Invoices   Page 55 of

**NOT AN INVOICE**

**FIELD TICKET ONLY**

P.O. Box 292  Laurel, MS 39441   (601) 649-4454
P.O. Box 938 Columbia, AL 36319  (205) 554-0000
P.O. Box 4618 Longview, TX 75606  (903) 653-0433

PRESSURE CONTROL

| ORDERED BY | KENNY COPELAND | | JOB # | P-199603 | DATE SHIPPED | 12/15/2019 |
|---|---|---|---|---|---|---|

**SOLD TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport LA 71101

**SHIP TO:**
Sklar Exploration
NEAR BROOKLYN
CONECUH
AL

| SHIPPED FROM | PC SHOP |
| CUST ORD # | |
| TRANS VIA | |

| SHIP VIA | | CUSTOMER |
| JOB TYPE | | RENTAL |

**EASTERN ORDER #**  PO0033147

| WELL # | 5-10 #1 |
| LEASE | CRAFT-RALLS |
| FIELD | Little Cedar Creek |
| COUNTY/PARISH | CONECUH |
| STATE | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental | | | Returned | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Days | Amount | Each Add'l Day | Qty | Date | Days Used |
| 1 | | FOR EXTEND-A-BOOM FORKLIFT | 1 | $ 200.00 | | | | 4 |

**MISC ITEMS**

Page 1 of 1

FIELD COPY REFLECTS
BOOK PRICES ONLY! ALL
DISCOUNTS WILL BE
REFLECTED ON INVOICE

I, _____ agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

Dated  1/2/20
Representing  Sklar Exploration

Customer Signature



## MASTER SERVICE AGREEMENT
### Agreement Number: AGR- EASF01

**THIS AGREEMENT CONTAINS PROVISIONS RELATIVE TO INDEMNITY, RELEASE OF LIABILITY AND ALLOCATION OF RISK.**

This MASTER SERVICE AGREEMENT (sometimes called "MSA" or simply "Agreement") is entered into effective as of the 3rd day of January 2020 by and between Sklar Exploration Company, L.L.C., for itself and its affiliated entities (collectively "Company"), and Eastern Fishing & Rental Tool Co., Inc as "Contractor."

Contractor acknowledges that Company may have contracted with another person or persons to provide services of which the Work hereunder is a part. Contractor agrees that all of its obligations and covenants set forth herein shall accrue to the benefit of all such parties and all other owners of interests in the well or other Project with respect to which such Work is performed.

In consideration of the mutual promises, conditions, terms and agreements contained in this Agreement, the sufficiency of which is hereby acknowledged, the Parties hereto mutually agree as set forth below:

### ARTICLE 1: PURPOSE, APPLICATION, AND DEFINITIONS

1.1 Scope: This MSA applies to all services, including work in which the Contractor is to supply miscellaneous goods or materials, including rented or leased goods or equipment, in addition to labor and equipment, but is not intended to be used for work primarily involving the performance of professional services.

#### A. RENTALS

1.2 Rentals: If the Parties or their Affiliates elect to enter into a separate equipment rental agreement and there is any conflict between the terms of the separate equipment rental agreement and this MSA, the terms of this MSA shall prevail and govern. Unless otherwise agreed in the Work Order, the rental rate for all Contractor-owned equipment shall be approved rates set forth in the Work Order, and such rates shall not be increased without Company's prior written consent. The rental equipment shall include (a) available operating manuals and (b) the supplies and spare parts, if any, set forth in the Work Order, as hereinafter defined.

1.3 Title, Ownership and Condition of Rentals: Title and ownership of the equipment shall at all times remain with Contractor and shall remain the personal property of Contractor notwithstanding that the rental equipment may become affixed to real property. Company shall return the rental equipment to Contractor at the Site in the condition received by Company, less normal wear and tear. Contractor shall be responsible for, and bear the risk of, loss due to transportation of any rental equipment to and from the Site. During the rental term, Company's only responsibility for loss or damage to any rental equipment is when such equipment is in the care, custody and control of Company. Contractor shall be responsible for any loss or damage to the rental equipment at all other times. Unless Company expressly, and in writing, assumes the obligation to maintain the rental equipment, Contractor shall maintain the rental equipment in good working order throughout the rental term. Company shall not assign, sublease, or otherwise transfer the rental equipment. Company shall not cause or permit any liens or privileges to be placed against the rental equipment other than liens or privileges resulting from the actions or failures of Contractor.

1.4 Insurance for Rentals: Contractor shall obtain property damage insurance for the fair market value of the rental equipment. Company shall obtain property damage insurance for the fair market value of the rental equipment while it is in Company's care, custody, and control. Each insurance policy shall contain the required insurance provisions set forth in this Agreement, except that Company's insurance policy shall be primary where Company has care, custody, and control of the equipment and Contractor's insurance shall be primary at all other times.

#### B. DEFINITIONS

1.5 "Affiliate" means any Person controlling, controlled by, or under common control with a Party. The term "control" as used in the preceding sentence means, with respect to a corporation, the right to exercise, directly or indirectly, more than fifty percent of the voting rights attributable to the shares of the controlled corporation, and with respect to any Person other than a corporation, the possession, directly or indirectly, of the power to direct or cause

the direction of such Person's management or policies.

1.6 "Change Order" means the order to change or modify an existing Work Order duly issued pursuant to the terms of this Agreement, the Specifications and Drawings, and all other documents, if any, which are by reference made a part of the Work Order. A Change Order that changes or modifies a Work Order which, prior to change or modification, was estimated to cost $50,000 or more shall be in writing, but may consist of an exchange of correspondence, whether by letter, telex, telegram, facsimile, or e-mail, if the exchange of correspondence is transmitted by a duly authorized representative of Company holding the title of Vice President or President and includes all material terms and conditions, and the Parties have affirmatively agreed to such terms and conditions. A Change Order that changes or modifies a Work Order which, prior to change or modification, was estimated to cost less than $50,000 may consist of oral communications or an exchange of correspondence, whether by letter, telex, telegram, facsimile, or e-mail, if the oral communications or exchange of correspondence is transmitted by a duly authorized representative of Company holding the title of Vice President or President and includes all material terms and conditions, and the Parties have affirmatively agreed to such terms and conditions. Notwithstanding the foregoing, any Change Order which involves Work which, in the aggregate, is then estimated to cost $50,000 or more shall be in writing, but may consist of an exchange of correspondence, whether by letter, telex, telegram, facsimile, or e-mail, if the exchange of correspondence is transmitted by a duly authorized representative of Company holding the title of Vice President or President and includes all material terms and conditions, and the Parties have affirmatively agreed to such terms and conditions.

1.7 "Claim," "Claims," "Loss," or "Losses" means all claims and/or losses of all kinds and descriptions concerning, as appropriate, bodily injury, personal injury (under workers' compensation laws, or otherwise), illness, death, property damage, including total or partial loss, temporary or permanent loss of use, including damages of all kinds and descriptions, liabilities of all kinds and descriptions, losses of all kinds and descriptions, demands of all kinds and descriptions, liens, privileges and other encumbrances of all kinds and descriptions, causes of action of any kind or description (including negligence, actions in rem or in personam, at law or in equity), obligations of any kind or description, attorneys' fees, expert fees, costs of any kind or description, judgments of any kind or description, settlements, regulatory proceedings, citations, orders, decrees, taxes of any kind or nature, fines, penalties, interest of any kind or description, and awards of any kind or description, whether created by law, statute, regulation, contract, tort, voluntary settlement, arbitration, mediation or otherwise, including where all such claims that might be brought by (or the losses suffered by) spouses, heirs, survivors or legal representatives, successors and assigns, and any other claims that may be brought or asserted against an indemnitee by any Person, Third Party or legal entity whomsoever.

1.8 "Company Group" means Company and its and their Affiliates, and its and their shareholders, members, managers, owners, officers, directors, employees, servants, non-operating co-owners and others for whom Company is acting as agent, partners, joint ventures, agents, assigns, representatives, managers, consultants, insurers, subrogees, and other contractors and subcontractors (with the exception of Contractor and its subcontractors) of all the foregoing.

1.9 "Contractor Group" means Contractor and its and their Affiliates, its and their subcontractors and employees of subcontractors, and its and their shareholders, members, managers, owners, officers, directors, employees, and servants.

1.10 "Drawings" means any and all drawings listed or incorporated by reference in the Work Order and any subsequent revisions thereto, and all drawings furnished by Contractor in accordance with the Work Order and reviewed and approved by Company.

1.11 "Effective Date" means the date written in the first paragraph on the first page of this Agreement.

1.12 "Including" means "including, without limitation" or "including, but not limited to."

1

2

1.13 "Goods" or "Materials" means all personal and/or movable property supplied to Company by Contractor as a part of or in connection with a Work Order, including, equipment, fuel, materials, tools, consumables and parts.

1.14 "Party" or "Parties" means the Persons whose names are expressly set forth in the first paragraph on the first page of this Agreement.

1.15 "Person" means an individual, partnership, joint venture, corporation, limited liability company, or unincorporated organization.

1.16 "Plant" means the layout, elevation and other engineering plans prepared by or on behalf of Company and provided to Contractor and incorporated into the Work, together with any revisions and modifications thereof.

1.17 "Project" includes the Work or Contractor that may refer to the overall project endeavor of Company of which the Work is only a part.

1.18 "Specifications" means the Specifications attached to or incorporated by reference into the Work Order and made a part thereof and any subsequent revisions thereto.

1.19 "Third Party" or "Third Parties" means any Person other than a member of Contractor Group or Company Group.

1.20 "Work" or "work" as used in this Agreement, means all of the Goods, supplies, equipment, Materials, tools, labor, services and any other items furnished by Contractor pursuant to a Work Order.

1.21 "Work Order" or "Order" means the order for work duly issued pursuant to the terms of this Agreement. The Specifications and Drawings, and all other documents, if any, which may by reference made a part of the Work Order, as further set forth in the form of Work Order, which is substantially in the form of and made a part in the Exhibit "A". A Work Order, once issued which, in the context attached to this Agreement may consist of oral communications or an exchange of correspondence, whether by letter, telex, telegram, facsimile, or e-mail, if the oral communications or exchange is transmitted in by a duly authorized representative of Company holding the title of Vice President or President and includes all material terms and conditions, and the Parties have affirmatively agreed to such terms and conditions.

1.22 "Work Site," "Job Site" or "Site" means the location or locations owned or operated by Company where work under a Work Order is being performed.

ARTICLE 2. CONTRACT ADMINISTRATION

A. MSA

2.1 Parties Bound. This MSA shall bind Company, Contractor and their respective Affiliates.

2.2 Applicability. This MSA establishes a master service agreement contracting system consisting of two parts: (1) a master service agreement having general terms and conditions; and (2) one or more orders for work, Materials and/or Goods, including rental equipment. The Parties hereby agree that, notwithstanding any other agreements between the Parties, (1) for all agreements being entered into by the MSA shall be governed exclusively by this MSA and not any other master service agreements or similar agreements.

2.3 Term and Termination. This Agreement shall commence on the Effective Date and shall terminate with the first proper Termination Notice, as hereinafter defined, or upon the execution of a subsequent master service agreement. Whichever occurs later. By written notice ("Termination Notice"), either Party may terminate this Agreement (respectively with respect to, or new work. This Termination Notice shall not be other than a Termination of a Work Order at least thirty (30) days in advance of the desired termination date. For either Party, a Termination Notice does not require any cause and may be made without any liability. Notwithstanding such Termination Notice, the terms and conditions of this Agreement shall survive for all completed and uncompleted Work Orders. If this Agreement contemplates and/or in forbearance concerning each completed order's current Work Orders after a proper termination Notice, then the Agreement's provisions related to such order, forbearance shall survive termination for six years or until the applicable statutes of limitation bars any claim. Without uncured claims first, if the Parties have specified specific shorter or longer survival periods in other sections of this Agreement, then those specific provisions shall control.

2.4 Entire Agreement. This MSA is the Parties' entire agreement concerning the agreed general terms and conditions while the entire agreement for the work consists of both the MSA and the Work Order, for those defined, describing the work and any special terms and conditions, and as may be modified by a duly-executed Change Order. All prior negotiations, representations, understandings, and partial agreements concerning this Agreement's subject matter are superseded by this Agreement, merged with this Agreement, and constitute non-binding preliminary negotiations for this Agreement. Likewise, all prior

B. WORK ORDERS (continued)

2.5 Amendment. No attempted amendment, modification, waiver, or release of this Agreement's obligations, or of any obligations under a written Work Order or Change Order, shall be binding on the Parties unless a writing to that effect exists that (a) itemizes the amendment, modification, waiver, or released obligation, (b) describes the nature of the amendment, modification, waiver, or release, (c) is signed by each Party's duly authorized representative, and (d) follows any additional requirements set forth in this Article 2. No attempted amendment, modification, waiver, or release of any obligations under an oral Work Order or Change Order, shall be binding on the Parties unless such amendment, modification, waiver, or release (a) is communicated to or transmitted by a duly authorized representative of Company holding the title of Vice President or President and (b) identifies the amended, modified, waived, or released obligation, (c) describes the nature of the amendment, modification, waiver, or release, and (d) follows any additional requirements set forth in this Article 2.

2.6 Assignment. Contractor shall not assign this Agreement or any Work Order without Company's prior written consent.

2.7 Assignee Bound/Assignor Not Released. An authorized or permitted assignment shall not discharge Contractor from its obligations under this Agreement. Contractor shall remain responsible for the Work under this Agreement, notwithstanding any assignment, as if it was Contractor's acts, defaults, omissions, and neglects. Company may demand that Contractor fulfill its obligations without first having to make such a request of Contractor's assignee.

2.8 Conflict with Agreement. Upon the issuance of a Work Order and the acceptance thereof by Contractor, the terms of the Work Order shall supplement the terms of this Agreement. It is therefore that the terms of this Agreement and those of any Work Order be read together giving effect to both. In the event, however, of an irreconcilable conflict between the terms of this Agreement and those of any Work Order, then the following priority shall apply:

a. If the irreconcilable provisions of the Work Order and this Agreement pertain to the scope of services, applicable Specifications or matters of a technical nature to be provided by Contractor in connection with the performance of the Work, then such provisions of the Work Order shall govern.

b. If the irreconcilable provisions of the Work Order and this Agreement pertain to the rights, duties or obligations of the Parties, then the provisions of this Work Order shall govern.

2.9 Not a Work Order. This Agreement does not obligate Company to issue any Work Order to Contractor nor does this Agreement obligate Contractor to accept any Work Order tendered by Company.

B. WORK ORDERS

2.10 Requirements. All requests for work shall be issued by Company. When issued, such requests for proposal are non-binding, negotiable offers. Such offers become a binding Work Order only after Company and Contractor have affirmatively agreed to all material terms of the Work Order. The failure of the Contractor to respond to a request for proposal shall not result in a binding Work Order even though Company and Contractor may be considered "merchants" under the Uniform Commercial Code. Contractor's commencement of performance of the Work under a request for proposal shall be deemed to be acceptance of the Work Order.

2.11 No Ancillary Terms Adopted.

A. To the exclusion of document various events during the performance of the Work, Company may from time to time offer Contractor's variously invoice, proposal, bill, delivery ticket, work ticket, non-conforming acceptance, invoice or other document (whether printed liaison or affected thereto) or otherwise incorporated by reference thereto) as binding on Company. Notice is hereby given that any such additional terms and conditions are unacceptable and do not form part of this Work Order or this Agreement.

B. Under no circumstances will Contractor's terms and conditions on any proposal, bid, delivery ticket, work ticket, non-conforming acceptance, invoice or other document be binding on the parties. In the event of a conflict between such as delivery tickets, labor tickets, time sheets, bills of lading, sales orders, ticket or acknowledgements and rental tickets, bill these forms' terms and conditions do not amend, modify, waive, or release any aspect of a Work Order or this Agreement and form no part of either.

2.12 Termination. Work Orders may be terminated under this Agreement as a remedy for an uncured default as set forth in the default provisions of this Agreement, or for Force Majeure.

conditions as set forth in the *Force Majeure* provisions of this Agreement, or under such terms and conditions as may be set forth in the Work Order.

**2.13 Identifying Subcontractors.** For Company's benefit, Contractor shall identify its proposed subcontractors, and later, if different, its retained subcontractors. Contractor shall use its reasonable efforts to identify subcontractors before subcontracts are actually let. If Contractor makes any changes in its proposed subcontractors or in its hired subcontractors, then Contractor shall notify Company of any additional, substituted, or eliminated subcontractors.

**2.14 Company's Right to Reject Subcontractors.** Within five (5) days after it receives a list of proposed subcontractors, Company shall notify Contractor in writing of any subcontractors that it rejects. Company's right to reject subcontractors is not limited to subcontractors identified in the subcontractor identification procedure. The right applies to all subcontractors retained by Contractor.

**2.15 Subcontractor Bound/Contractor Not Released.** Contractor's subcontracting shall not discharge Contractor from its obligations under any Work Order or this Agreement. Contractor shall remain responsible for the acts, defaults, omissions, and neglects of any subcontractor as if they were Contractor's acts, defaults, omissions and neglects. Company may demand that Contractor fulfill its obligations without first having to make such a request to Contractor's subcontractor.

**2.16 Change Orders.**

**A. Change Order Request:** Either Party may request changed items, include new items, or omit current items by issuing a change order request. Until the terms of the change order requests are accepted by Company and Contractor, they are non-binding, negotiable offers. Any change order request shall be reasonably detailed to permit the customary analysis by the other Party. The failure to respond to a change order request shall not result in a binding Change Order even though Company and Contractor may be considered "merchants" under the Uniform Commercial Code. Affirmative agreement by both Company and Contractor is required.

**B. Change Order Negotiations and Performance.** The Parties shall negotiate in good faith to conclude a Change Order, but neither Party shall be obligated to conclude an agreement that results in a Change Order. Upon the Parties' approval, Contractor shall diligently perform the Change Order.

**C. Disputed Change Order Requests.** If there is a dispute as to whether the work at issue is a change in the scope of the work required under the Work Order, or there is a good faith dispute as to the value of such change, or there is any other matter in controversy, Company shall be entitled to issue a directive to the Contractor to perform the additional work, and Contractor shall be obligated to proceed with, and complete performance of, such alleged change, without either Party's admitting to liability for the change or waiving its respective rights under the Work Order. No dispute involving the interpretation of this Agreement or any Work Order or change order request shall be any basis for Contractor to fail or refuse to perform according to a directive issued by Company pursuant to this Section or Section 2.62, and Contractor's compliance with the directive shall entitle Contractor to an equitable adjustment in the price for such work. Any dispute as to the amount of the equitable adjustment, whether an increase or a decrease from the original Work Order amount, shall be determined in accordance with this Agreement.

**C. RELATIONSHIP OF COMPANY AND CONTRACTOR**

**2.17 Relationship: Independent Contractor.** Contractor is Company's independent contractor working at its own risk. Contractor is not Company's agent, servant, or employee. Company shall designate the work it desires, but Contractor shall decide how services to accomplish such work shall be performed. Company is interested only in the results obtained, and has no control over the details of Contractor's performance; provided, however, Company retains the right to inspect and monitor work by Contractor hereunder or dictate certain scheduling parameters if required by the work. Notwithstanding the foregoing, unless prohibited by law, Company shall be considered the statutory employer of all employees of Contractor, Contractor's sub-contractors or agents when the work is an integral part of or essential to Company's ability to perform its operations as an oil and gas operator.

**2.18 Conflict of Interest.** Contractor shall not offer to Company's employees or officers gifts, entertainment, or other favors beyond the common courtesy usually associated with business practices. Contractor shall not pay any commissions or fees or grant any rebates or other remuneration or monetary gratuity to any employee, agent, officer or representative of Company. Contractor agrees to use reasonable efforts to have a similar provision in its subcontracts.

**D. WORK AND WORK WARRANTY**

**2.19 Preparedness.**

A. Contractor shall furnish all necessary personnel, equipment, machinery, Materials, Goods, tools, supplies, expertise, transportation and supervision necessary for the full, complete, timely and proper performance of the Work. Contractor-supplied equipment shall be in first class operating condition and maintained by Contractor in good working order while on the Site. Upon completion of the Work, Contractor shall remove its equipment, machinery, Materials, Goods, tools and supplies from the Work Site, shall clean up the premises in a good and workmanlike manner, and shall pile excess or unused Materials at points or places designated by Company. If Contractor fails to remove its equipment, machinery, Materials, Goods, tools and supplies and clean up the Work Site within fifteen (15) days after completion of its operations at the Work Site, Company may at its sole option remove the equipment, machinery, Materials, Goods, tools and supplies and clean up the Work Site at Contractor's expense and deduct its cost from sums that Company owes Contractor. Contractor shall be solely responsible for any loss or damage to its equipment, machinery, Materials, Goods, tools or supplies. If Company agrees to supply items customarily supplied by Contractor, then Company's agreement to furnish such items shall be in writing. If no such writing exists, all delays related to the failure of Company to supply such items shall be at Contractor's cost.

B. Prior to accepting any Work Order issued by Company, Contractor shall conduct such investigation or examination of the proposed scope of work as Contractor shall, in the exercise of its discretion, deem necessary. By accepting any Work Order, Contractor warrants that 1) it possesses all expertise and capability to perform the Work timely and properly, 2) it has taken into account all reasonable and foreseeable contingencies affecting the proper and timely completion of the Work, and 3) Contractor is duly licensed to perform the Work.

C. Contractor shall furnish to Company upon request copies of all licenses, permits or other documents required for the Work, including such documents in effect prior to the execution of any Work Order, as well as those which become effective thereafter. Contractor shall give Company immediate notice of the modification, revocation, or cancellation of, or decision not to renew, any permit, license or approval necessary for the performance of the Work. Contractor shall indemnify and hold harmless Company for all losses, expenses, costs, fines, penalties, including attorneys' fees and costs arising out of or relating to the failure to obtain or maintain any permit, license or approval required by law for the performance of the Work by Contractor.

D. Contractor shall perform the Contract Work in strict accordance with this Agreement. The Work includes all work specifically set forth in the Work Order and includes everything necessary or customary for the proper execution, functioning, connection, completion and testing of all work referred to by the Work Order. Anything pertaining to the general nature of the Work that is mentioned in the Plans and Specifications but not shown in the Drawings, or shown in the Drawings but not mentioned in the Plans and Specifications, shall be of like effect and shall be binding on the Contractor as if shown or mentioned in both.

E. Contractor is responsible for providing Company with Material Data Safety Sheets, updated with each delivery of regulated chemicals or materials, and certification as to the maximum amount of chemical to be stored on the Work Site at any one time by Contractor or its subcontractors.

**2.20 Standard of Performance.**

A. Contractor shall perform the Work in accordance with standards of workmanship applicable to reasonably prudent, similarly-skilled workmen and in accordance with such Plans, Specifications, Drawings or directives as are incorporated into the Work through the Work Order. Further, Contractor shall use its best efforts to perform the Work efficiently, economically and in a manner consistent with, and with due regard for, Company's interests in the Project for which the Work is to be performed.

B. Contractor shall not deviate from the Plans and Specifications without the prior written consent of Company. Any changes in the Plans or Specifications made or prepared by the Contractor, or any other proposal of the Contractor, which may be approved by Company, shall be the Contractor's full responsibility. Contractor shall be responsible and pay for all additional costs, delays, and damages caused to Company or others as a result of any such Contractor changes which were not first approved in writing by Company.

**2.21 Warranty Work.** Contractor guarantees and warrants its work against all defects of materials or workmanship, including defects in design (if designed by Contractor), for a period of one (1) year from the date of the Final Completion of the Work ('Warranty Period'). Any warranty claim made by Company prior to the expiration of the Warranty Period, however, shall survive the expiration thereof, provided that the Warranty Period shall survive for no longer than 24 months after the date of completion of the Work. With respect to any repairs or replacements during the Warranty Period, the Warranty Period shall extend for an additional period of 12 months from the date of such repair or replacement, but in no event shall such extension extend the Warranty Period more than 24 months from the commencement of the Warranty Period. Work not conforming to the terms and conditions of this Agreement, including substitutions not properly approved and authorized, may be considered defective at the option of Company in lieu of a breach of warranty. Should Contractor fail to correct such defects timely, or if Company determines that Contractor will be unable to correct such defects before the time specified for completion in the schedule, it

## E. GOODS AND WARRANTY FOR GOODS

**2.22 Warranty Limitations.** The Contractor's warranty excludes remedy for damage or defect caused by abuse, modifications not executed or approved in writing by the Contractor, improper or insufficient maintenance, improper operation, or normal wear and tear under normal operation. The Contractor shall not be responsible for all reasonable expenses incurred by Company. Company may deduct such amount from amounts otherwise owed to Contractor or as at the option, may charge Contractor, and Contractor agrees to pay such amount to Company.

**2.23 WARRANTY DISCLAIMER.** EXCEPT AS EXPRESSLY PROVIDED IN THIS AGREEMENT AND THE ORDER, COMPANY ACKNOWLEDGES AND AGREES THAT CONTRACTOR HAS NOT MADE AND DOES NOT MAKE ANY REPRESENTATION, WARRANTY OR COVENANT WITH RESPECT TO MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, CONDITION, QUALITY OR DURABILITY OF THE WORK OR WITH RESPECT OR IN CONNECTION WITH, OR FOR THE PURPOSE OF USE OF COMPANY, OR ANY SUCH REPRESENTATION, WARRANTY OR COVENANT OF ANY KIND OR CHARACTER EXPRESSED OR IMPLIED WITH RESPECT THERETO.

**2.24 Goods Provision.** Unless otherwise stated in the Work Order, the risk of loss remains with Contractor until title passes to Company, and title shall only pass upon final Completion, as defined hereafter.

**2.25 Material Safety Data Sheets.** Contractor shall provide Company and its other applicable Contractor at Material Safety Data Sheets applicable to all Goods delivered to Company's Worksite.

**2.26 Warranty for Goods.** The warranty for Goods applies to all Contractor provided or furnished Goods, including service-related Goods. The warranty for Goods shall apply even though clients have provided component parts. The warranty for Goods does not apply to rental items or items provided or furnished by Third Parties. Unless the Work Order provides for rental Goods, whether new or used, these shall be free from defects in design, workmanship, materials, shall comply with all laws, regulations, statutes, ordinances, codes (government and industry) and standards (government and industry). Contractor does not warrant damage resulting by any Person other than a member of Contractor Group. Notwithstanding the foregoing, Contractor warrants that Goods fabricated by Contractor or any member of the Contractor Group based on designs furnished by any member of Company Group shall be in strict conformance with the design specifications.

**2.27 Consumables.** A special warranty shall apply to all Goods, including service-related Goods, consumed by their ordinary use. Contractor warrants that all consumable Goods meet their specifications when delivered and for their normal useful life. For roof life, Contractor warrants that Goods will meet the warranty quality, composition, and specifications of the represented quality, composition, of the Goods and not be materially lessened during storage. This warranty requires that such storage comply with the material respects with the manufacturer's or supplier's recommended storage conditions. The warranty period shall expire when the Goods are consumed or the shelf life expires, whichever occurs first, if a minimum, the Goods must meet the specifications on the date of use no less than they are at time of delivery. Should, however, any claim that the Goods were received that what was ordered must be made within ninety (90) days after Company's acceptance of the items.

**2.28 Acceptable Warranties.** For Goods supplied by Contractor's subcontractors, vendors or suppliers, Contractor shall obtain, to the extent reasonably possible, assignable warranties from its subcontractors, vendors, and suppliers that no less favorable than this Agreement's general warranty for Goods. Whatever warranty is obtained, however, shall be assigned to Company. If the foregoing warranty is breached, Contractor, if necessary to enforce the warranty, shall collect, return of the Goods and present the manufacturer or supplier with a demand that the warranty be honored.

**2.29 Warranty Work for Goods.** Contractor shall promptly cure all warranty defects described in Company's notices. If Contractor fails to cure such defects within a reasonable time after being notified, Company may cure such defects directly or through another source, vendor or supplier. What is a "reasonable time" shall depend upon the circumstances, but in no event shall it exceed sixty (60) days. Thereafter, within thirty (30) days Contractor shall reimburse Company for the reasonable cost incurred by Company for such warranty work. The provisions of this Agreement applicable to Contractor's invoices to Company shall also apply to Company's invoices to Contractor.

**2.30 Warranty Limitations.** The warranty for Goods does not include parts or a warranted item requiring replacement because of ordinary wear and tear. The warranty for Goods shall

not apply if any Person other than a member of Contractor Group has improperly repaired or re-worked the warranted item in any material respect, but shall the warranty for Goods apply if a warranted item that has been modified or improperly handled, stored, installed, repaired, operated, or maintained in any material respect by any Person other than a member of Contractor Group. If the warranty applies defects in design furnished by any Person other than a member of Contractor Group, the warranty requires that such prepared drawings or Plans or item designs furnished by any Person other than a member of Contractor Group. If the warranty, however, defects in design by any member of Contractor Group, Contractor shall so remedy any defect in design, workmanship, or materials shall be for Contractor to repair or replace the item(s) at Company's reasonable satisfaction, credit to Company's account, or at Company's election, reimburse Company for the allegedly defective item's purchase price.

**2.31 Contractor's Product Warranty Period.** The Warranty Period for Goods shall be twelve (12) months. The Warranty Period for Goods shall begin when the Contractor achieves Final Completion and shall end on the last day of the month in which the warranty expires. Material warranty work shall not extend the Warranty Period. Material warranted as a new item for a new Warranty Period. If Company sends a written defect notice during the Warranty Period and if Contractor receives such notices within a reasonable time after it has been sent, then the warranty shall be honored notwithstanding the expiration time after it has been sent.

**2.32 Rental Items.** Contractor warrants that rental equipment provided hereunder by Contractor or its subcontractors shall be in good working order and condition, shall include all appropriate safety devices, placards and warnings, shall meet all Work Order's specifications, shall comply with all applicable laws, statutes, ordinances, rules, standards (government and industry), and codes (government and industry).

**2.33 Relationship of Warranties to Other Remedies.** Notwithstanding anything to the contrary in this Agreement, the warranties by Contractor provided in this Article 2 are in addition to and independent of any other remedies provided in this Agreement and shall not be voided or in any way negated or diminished by the operation of any indemnification in favor of Contractor provided for elsewhere herein.

## F. TIMING

**2.34 Timing.** If a time requirement is part of a Work Order, TIME IS OF THE ESSENCE, and Contractor shall meet it. If Company changes the Work Order's time requirements, Contractor shall use reasonable efforts to meet the change. If meeting the change is possible given the new reasonable Contractor's cost, Contractor shall meet the change. If incurring additional costs when Company changes the change, Contractor shall so notify Company. If exercised within a reasonable time, Company shall have the option to request the more favorable scheduling and pay any such additional costs. If the Work Order does not specify a time requirement and Company later specifies one, then such time requirement shall be treated as a Change Order. If Company never specifies a time requirement in a Work Order, Contractor shall nonetheless perform the Work in an expeditious manner.

**2.35 Suspension for Company's Convenience or Contractor Endangerment.** If written notice, Company may, without cause, order Contractor to suspend a Work Order's performance. Such notice shall state the anticipated suspension period. If any such suspension lasts more than six months, Company may, at its sole discretion, terminate the Work. Company shall increase Contractor's compensation for any cost increases, including the effect such cost increases on Contractor's profit, through a duly-authorized Change Order. If Contractor does not agree with how Company's decision on the increase, then after resolving the value of the increase shall be resolved by arbitration. As part of any arbitration to resolve the dispute, Company shall have the right to audit Contractor without undue effect on the subcontractors. If Persons viewing such information sign a confidentiality agreement acceptable to each Party's representative. A Person refusing to sign such a confidentiality agreement shall not be entitled to view the information or participate in the arbitration proceedings. By written notice, and without any liability to Contractor, Company may suspend work if Company has a reasonable belief that Contractor or its subcontractors has created a health, safety, environmental, or performance threat.

**2.36 Schedule and Schedule Extension.**

A. Schedule. The Work shall be performed in accordance with the schedule initially established by Company and incorporated into the Work Order (the "Schedule"). The Schedule shall be updated by Contractor and provided to Company, at the interval determined by Company or the start of the Work, but in any event, no less than the frequency with which Contractor submits its invoices for services rendered under the Contract. Any proposed schedule shall first be approved in writing by Company. Only after a proposed schedule is approved by Company in writing, through a duly-authorized Change Order, shall it supersede the prior Schedule and become binding on the Parties.

B. Schedule Extension. If Contractor is delayed at any time in the progress of the Work by any act or neglect of Company or of its employees, or by any other contractor employed by Company, or by changes in the Work, or by strikes, lockouts, fire, unusual delay in transportation, weather conditions which exceed the 10-year baseline for the area encompassing the Work, unavoidable circumstances beyond the Contractor's control and which are not due to the fault or negligence of Contractor, or by another cause which, in the opinion of Company, justifies the delay, then the time of completion shall be extended for such reasonable time as the Company may decide through a duly-authorized Change Order. No such extension shall be made for delay occurring more than seven (7) days before a claim therefore is made in writing by the Contractor and submitted to Company.

2.37 Substantial Completion. At the request of Company, upon the Substantial Completion (as hereinafter defined) of the Work, Contractor shall provide notice of same to Company in the form approved by Company, which shall be provided to Contractor upon request. After receiving proper notice from Contractor, Company shall have the right to inspect the Work and Company shall notify Contractor, within thirty (30) days thereafter, of its acceptance of the Work as substantially complete (the "Notice of Substantial Completion"). Included in Company's Notice of Substantial Completion shall be any punch list items or necessary testing (the "Additional Work") that must be completed in order for the Work to reach Final Completion (as hereinafter defined). For purposes hereof, unless the Work Order provides a different definition of Substantial Completion, the term "Substantial Completion" shall mean that the Contract Work (a) has been completed, and the Work is ready to be operated in accordance with this Agreement; (b) Contractor has performed the Work according to the terms hereof; (c) the Work complies with all applicable laws and regulations and complies with all applicable permits; and (d) Contractor has delivered to Company a notice signed by Contractor, certifying that all of the foregoing conditions have been satisfied.

2.38 Final Completion. Upon the Final Completion of the Work, Company shall issue its "Notice of Final Completion," whereupon Company shall make the final payment in accordance with the terms hereof. For purposes hereof, unless the Work Order provides a different definition of Final Completion, the term "Final Completion" shall mean that (a) Substantial Completion has occurred or shall occur simultaneously with Final Completion; (b) the performance of the Work is 100% complete (including all Additional Work) and accepted by Company and all final documentation provided by Contractor and accepted by Company; (c) there exists no Contractor breach or default under this Agreement; and (d) Contractor has executed and delivered to Company a notice signed by Contractor, certifying that all of the foregoing conditions have been satisfied. Contractor shall request issuance of a Notice of Final Completion in the form approved by Company, which shall be provided to Contractor upon request. If no separate "Notice of Final Completion" is issued by Company, then Final Completion shall be deemed achieved by Contractor on the date of Company's payment of Contractor's final invoice under the Work Order.

## G. HEALTH AND SAFETY REQUIREMENTS

2.39 Unauthorized Persons. Only the authorized Persons working for Contractor or its subcontractors shall be permitted to enter any Work Site where Contractor may be working. Contractor shall take such steps as reasonably necessary to prevent unauthorized Persons from entering such Work Site, including potential clients, guests, spouses, and/or family members of authorized Persons.

2.40 Required Compliance.

    A. Contractor and its subcontractors shall comply with all applicable governmental regulations, including those promulgated or administered by the Occupational Safety and Health Act (OSHA), Department of Transportation (DOT), Pipeline and Hazardous Materials Safety Administration, the Drug Free Workplace Act of 1988 (41 U.S.C. 701 et seq., the Department of Health and Human Services mandatory Guidelines for Federal Workplace Programs, 49 C.P.R. Part 40, Federal Energy Regulatory Commission, including Order No. 717, Environmental Protection Agency, Department of the Interior Bureau of Land Management and applicable regulations promulgated or administered by agencies located in the state in which Contractor and its subcontractors are performing work, all of which are incorporated into this Agreement and made a part hereof. Contractor shall conform, and ensure conformance by all its employees, subcontractors, and agents, with all applicable Company policies, procedures, processes, guidelines and handbooks which will be supplied to Contractor upon request. If applicable, Contractor will have programs in place to meet all requirements of 49 CFR Part 192, including Subpart N-Qualification of Pipeline Personnel (often referred to as OQ). This will include providing proof of program compliance, including, but not limited to, program compliance documentation for all individuals performing covered tasks. Payment for work may be withheld until proof of compliance with Contractor program(s) and/or Company program(s) is provided to maintain compliance records.

    B. Contractor will have programs in place to meet all requirements of 49 CFR Part 199-Drug and Alcohol Testing. This includes providing proof of program compliance, including documentation for all individuals performing covered tasks

on regulated facilities. Payment for work may be withheld until Contractor provides proof of compliance with Contractor program(s) and/or Company program(s).

2.41 Communication. Contractor and its subcontractors working at any Company Work Site must be able to understand spoken English well enough to comprehend basic emergency warnings, such as stop, keep out, evacuate. Contractor and its subcontractors must provide an adequate number of bilingual employees to communicate with their non-English speaking employees working at any Site. Some Work Sites, because of the sensitive nature of their operations, may require that Contractor and its subcontractors are fluent in reading and speaking English.

2.42 Training. Contractor and its subcontractors shall provide only those employees and agents who are qualified and trained to perform their required tasks and who are knowledgeable in the potential hazards related to their work. Contractor and its subcontractors shall provide Company, upon request, training records verifying such applicable and required training has occurred.

2.43 Site Orientation. Contractor and its subcontractors shall attend any Site-specific health and safety orientation designed to enable the Contractor's and its subcontractors' employees and agents to recognize potential hazards and understand safe work practices required for working at or providing services to any Work Site.

2.44 Job Safety Analysis. Contractor and its subcontractors shall conduct a job safety analysis ("JSA") prior to commencing any job requiring the preparation of a safe work permit (e.g., hot work, excavation, confined space entry, cold work, etc.). The JSA shall list the specific tasks necessary for conducting the job, hazards associated with each task, and the engineering and/or administrative controls designed to reduce the impact associated with the hazards identified and/or the likelihood of an impact from occurring.

2.45 Compliance Monitoring. Contractor and its subcontractors must conduct self-inspections and audits to evaluate safe work habits and behaviors and to ensure compliance with Company policies, procedures, processes, guidelines and handbooks and Contractor's and its subcontractors' policies, procedures, processes, guidelines and handbooks. Each self-inspection or audit shall be maintained in the Contractor's and its subcontractors' files with copies provided to Company upon request. Furthermore, corrective actions taken by Contractor and its subcontractors shall be documented and reviewed with the Contractor's and its subcontractors' employees and agents as well as with Company representative. Company also reserves the right to conduct periodic audits of Contractor and its subcontractors to ensure specific health and safety policies, procedures, processes, guidelines and handbooks are being followed.

2.46 Unsafe Acts or Conditions. If unsafe acts or conditions are observed, Company shall require corrections be made immediately and has stop work authority. Consequences of any such work stoppage shall be borne by the Contractor or its subcontractors with no recourse against Company. Company reserves the right to require a Contractor and its subcontractors to immediately stop work, require Contractor and its subcontractors to immediately leave the Work Site, either temporarily or permanently, and/or terminate Work by Contractor and its subcontractors as to any specific Work Order immediately for any material violation of a health and safety Policy, Procedure, or requirement.

2.47 Required Reporting.

    A. Contractor shall immediately give notice by telephone to Company of any accidents or occurrences resulting in injuries to persons or damage to property in any way arising out of or related to the Work, including Work performed by Contractor's subcontractors, and promptly follow such notice with a written report regarding such accident or occurrence.

    B. Contractor shall report to Company as soon as practicable all occurrences resulting in discharge or spill of produced water, hydrocarbon or other substance. Contractor shall immediately stop the source of any spill or release, prevent the contaminant from spreading and remove all contaminant practicable. Contractor shall complete a report of loss form and retain a log of all spills.

    C. Contractor shall retain all records required by paragraphs (A) and (B) for the applicable statute of limitations period for the particular jurisdiction in which the Work is performed.

## H. PERFORMANCE

2.48 Location Access. Company shall ensure that Contractor and its subcontractors have access to and from any Work Site where Contractor may be working and that neither the Contractor nor its subcontractors are denied reasonable access to the Site.

2.49 Force Majeure. "Force Majeure Event" means acts of God, floods, blizzards, ice storms, thaws, named tropical storms, and hurricanes; insurrection, terrorism, revolution, piracy, and war; strikes, lockouts, and labor disputes; federal or state laws; ordinances, standards, rules and regulations of any governmental or public authorities having or asserting jurisdiction over the premises of either or both Parties; inability to procure material, equipment, or necessary labor despite reasonable efforts; or similar causes (except financial) beyond the control and

without the fault of the affected Party and which, through the exercise of diligent effort, such Party cannot overcome. Either Party shall be excused from complying with the terms and conditions of this Agreement and the applicable Work Order if, to the extent, and for as long as, such Party's compliance is delayed or prevented by a Force Majeure Event. A Force Majeure Event shall not excuse performing duties that are unrelated to the Force Majeure Event, including performing indemnity obligations. If a Party is rendered unable, wholly or in part, by a Force Majeure Event to perform, that Party shall give written notice detailing such Force Majeure Event to the other Party as soon as possible, but no later than seventy-two (72) hours after the commencement of such Force Majeure Event. If a Force Majeure Event continues without interruption for thirty (30) days, Company may cancel the applicable Work Order by giving written cancellation notice to Contractor.

**2.50 Default.**

A. If either Party fails to perform any of its material obligations or otherwise violates any material term or condition of this Agreement or any Work Order and such default continues for a period of seven (7) days after receipt of a written notice describing the default, then the non-defaulting Party may terminate all or part of the Work Order. The opportunity to cure shall not apply, and a Party may terminate immediately for fraud, intentional misconduct, gross negligence, bankruptcy, insolvency, and lack of creditworthiness or other actions so substantial that they impair the Work, including those that prejudice the Schedule.

B. If Company terminates all or part of a Work Order because of Contractor's default, Company may procure Goods and/or services similar to those described in this Work Order in order to complete the work in accordance with the Work Order, and Contractor shall be liable to Company for the reasonably incurred costs for such similar items in excess of the Work Order price. Company may require Contractor to transfer title and deliver to Company any completed services or purchased Goods which have been delivered as well as any partially completed items after the payment of the portion of the Work Order price for all work timely and properly completed by Contractor prior to the termination. In addition, Contractor may retrieve any rented items after Company has procured replacements. Contractor shall continue the performance of the work under the Work Order to the extent not terminated.

C. If Contractor terminates all or part of a Work Order because of Company's uncured default, Contractor shall receive the amounts due and not previously paid for work timely and properly completed and purchased Goods delivered prior to the termination and other reasonable and necessary amounts directly associated with the termination of the work, such as demobilization, or out-of-pocket costs associated with the cancellation or termination of any orders to purchase services or Goods required by the Work Order.

**2.51 Remedies Not Exclusive.** In addition to the remedies set forth in this Agreement, Company and Contractor shall have all other remedies available at law or in equity except for remedies specifically excluded by this Agreement.

**2.52 Directive.** Contractor agrees that if Contractor refuses or for any reason fails at any time to prosecute the Contract Work in a diligent, efficient, timely, workmanlike, skillful, cooperative, safe, and careful manner, or if Contractor fails to supply sufficient, adequate and competent supervision, or if Contractor fails to furnish a sufficient number of properly skilled workmen, or if Contractor fails to have at the Site sufficient equipment of the proper quality and quantity, or if Contractor fails to promptly correct defective work, or if Contractor fails to pay its bills and discharge its obligations with Company on any Site or under any Work Order, or if Contractor fails to perform any term or condition of any part of this Agreement, or if Contractor otherwise delays the work of Company, other contractors or other subcontractors, or if there is a disagreement as to a change order request, then Company shall have the option, upon forty-eight (48) hours written notice to Contractor (except in an emergency, in which case, no notice is required), to require Contractor to take such action as is specified in the written directive, or for Company to provide any such labor, equipment and services and to deduct the cost thereof, together with all loss or damage occasioned thereby, from any money then due or thereafter to become due to Contractor under this Agreement or any Work Order. The Company shall further have the option, but not the obligation, to use funds otherwise earned by the Contractor on this Work or other Work to pay the Contractor's past due bills and obligations, including back charges owed to Company, under any Work Order. If there is a default or a performance failure of any nature, including the Contractor's failure to pay bills or discharge obligations as they become due on any other Project or Work Order involving Company, Company may use funds otherwise owed under one Work Order to pay bills and discharge obligations under other Work Orders. Any decision made by Company pursuant to this Section shall be final and binding. No dispute by Contractor shall interfere with or impede the implementation of the decisions of Company as allowed by this Section. Compliance with Company's directive shall be without prejudice to Contractor's rights to seek such adjustment in the price or the schedule as Contractor deems necessary in accordance with the provisions of Article 6 hereof.

**2.53 Notices.**

A. This Section concerns notices, including any Termination Notice, requests, demands, and other communications required or authorized by this Agreement's other provisions. It does not apply to Company's instructions to Contractor, including written or oral directives to Contractor by Company's duly authorized on-Site representative, or Contractor's status reports to Company. All notices, requests, demands, and other communications specifically required or authorized by or convenient to be given pursuant to this Agreement shall be written and shall be (a) delivered personally to the recipient's representative identified below, (b) mailed by registered mail or certified mail, return receipt requested, postage prepaid, or by overnight courier to the recipient's address set forth below or (c) sent by facsimile transmission to the recipient's facsimile number set forth below. A Party may change its contact information by sending a notice to the other Party complying with these notice requirements.

B. A notice delivered by hand or by overnight courier shall be conclusively presumed to have been delivered on the date reflected on a written receipt acknowledging delivery that is signed by a representative of the receiving Party or receipt signed by the courier. A mailed or couriered notice shall be conclusively presumed to have been delivered on the date reflected on the returned receipt that is signed by a representative of the receiving Party. A facsimile notice shall be conclusively presumed to have been delivered on the date reflected on the sending facsimile machine's automated printout that reflects that the entire transmission was successfully sent to the receiving Party's facsimile telephone number then in effect. All notices, whether facsimile, mail, hand delivery, overnight courier or other means, received after normal business hours, on weekends, and on holidays shall be conclusively presumed to have been delivered on the next business day. Following are the only authorized Persons who receive Notice under this Agreement:

Contractor's Representative:

Name: *Al Robertson*

Address: *P.O. Box 292*
*Laurel MS 39440*
Telephone: *601-649-1454*
Facsimile: *601-428-3852*

Sklar Exploration Company, L.L.C.

Attn: Richard West, Operations Manager

Address: 401 Edwards Street, Ste. 1601 Shreveport, LA 71101

Telephone: 318-227-6860
Facsimile: 318-227-9012

**2.54 Press Releases.** Contractor shall not issue (or cause to be issued) a press release concerning this Agreement or any Work Order without the prior written consent of Company. The requirement of written consent shall not apply where the press release is required by law, rule, or regulation, including, the rules and regulations governing public companies, investments in securities, or the stock exchanges on which Contractor's shares are traded.

**2.55 Confidentiality of Company Provided Information.** Information provided by Company to Contractor for the purpose of performing the work (including information regarding Company's operations) is proprietary to Company and confidential. Contractor shall not divulge such information to any Person other than Company's representatives and shall take all reasonable steps to assure that Contractor's officers, directors, employees, agents, representatives, consultants, and subcontractors will not divulge such information to any Person other than Company's representatives. Contractor shall not use such information for any purpose detrimental to Company. Contractor's confidentiality and limitation of use obligation shall survive for two years following the later of the following: (i) termination of this Agreement or (ii) termination of the Work Order. The confidentiality and limitation of use obligation shall not apply where Contractor can show that (a) such information is already known to Contractor or its representatives or to others not bound by a duty of confidentiality, (b) such information is or becomes publicly available through no fault of Contractor or its representatives, (c) the furnishing or use of such information is required by, is necessary, or is appropriate in connection with legal (whether judicial, administrative, or legislative) proceedings, or (d) such information is developed by Contractor independent of this Agreement or any Work Order. Before making a disclosure in a legal proceeding, Contractor shall notify Company, in writing, of the relevant circumstances.

**2.56 Contractor Provided Information.** Information provided by Contractor to Company while performing work under a Work Order may be proprietary to Contractor and confidential provided that Contractor has reasonably so advised Company of the identity of the specific information that is deemed to be confidential and proprietary. Company shall not divulge any such proprietary information and shall take all reasonable steps to assure that Company's officers, directors, employees, agents, representatives, consultants, and subcontractors will not divulge such information to any Person other than Contractor's representatives. Company shall safeguard and protect all such information in its custody or control to the same extent it safeguards its own proprietary information. The obligation of confidentiality shall not apply where (a) such information is already known to Company or its representatives or to others not bound by a duty of confidentiality, (b) such information is or becomes publicly available through no fault of Company or its representatives, (c) the furnishing or use of such information is required by, is necessary, or is appropriate in connection with legal (whether judicial, administrative, or legislative) proceedings, or (d) such information is developed by Company independent of this Agreement or any Work Order. Before making a disclosure

In a legal proceeding, Company shall notify Contractor, in writing, of the relevant circumstances.

**2.57 Patent Warranty and Indemnity.** Contractor warrants and represents that the sale or use of Contractor's or its subcontractors' Goods, work, and/or services procured pursuant to this Agreement or any Work Order does not infringe any intellectual property right (including, patent, trademark, copyright, or trade secret) of a Third Party and Contractor shall release, protect, defend, indemnify, and hold harmless Company and any user whose use comes through Company against any and all Claims for the alleged or actual infringement of the same. Contractor shall not, however, be required to hold Company harmless against claims or suits for such infringement when the alleged infringement occurred as a result of the use by Contractor of a process, machine, article of manufacture, and/or composition of matter which Company specifically requests Contractor to obtain from a Third Party or which is supplied by Company. Company shall provide Contractor with prompt notice of the commencement or threat of any such Claim. Unless Company with good reason deems itself insecure, Contractor shall have the sole control of the defense of such Claim and all negotiations for the settlement or compromise thereof. Company shall cooperate fully with Contractor in providing information, documentation, and fact witnesses relevant to such Claim. Contractor may not settle or compromise such an Infringement Claim without the written consent of Company if any settlement or compromise requires Company to part with any right or make any payment for which it is not indemnified by Contractor or if any settlement or compromise subjects Company to any injunction. Subject to the foregoing, Company shall have the right, but not the obligation, at its option and expense, to retain advisory counsel to represent its interests in defending any such Claim.

### ARTICLE 3: CONTRACT FINANCE

**3.1 Compensation.** Contractors' compensation shall be set forth in the Work Order. Upon execution of this Agreement, Contractor will supply its current price list or rate sheet to Company which shall be incorporated herein by reference, excluding, however, any commercial terms and conditions which conflict with this Agreement. All revisions of the rate sheet or price list are subject to approval by Company and acceptance through a duly-executed Amendment. Otherwise, any attempted increase will be void. All pricing in a Work Order shall be firm during the performance of the Work Order absent written approval by Company pursuant to a Change Order.

**3.2 Invoicing.** Unless a different payment term is specified in the Work Order, within thirty (30) days after the end of each calendar month, Contractor shall send any invoice to Company office designated by a Company representative or, if no office has been designated, then in accordance with the notice provisions of this Agreement. Invoices shall be submitted in such form and accompanied by such certification and documentation as Company may reasonably request, including the following, as applicable:

    (a)  the dates and hours labor was employed in performing the work;
    (b)  the types and quantities of materials or supplies, or any other item furnished by Contractor and utilized in performing the work;
    (c)  the dates and hours equipment, machinery, or other chargeable items were employed in performing the work; and
    (d)  properly executed lien waivers and releases.

Unless otherwise set forth in a Work Order, Work Orders with lump sum or unit prices shall be subject to a retainage of 10% or as otherwise set forth in the Work Order. Retainage is due to Contractor in Contractor's final invoice after achieving Final Completion of the work.

**3.3 Payment.** Company agrees to pay Contractor's invoice for services performed and Goods purchased and delivered, and Goods rented within thirty (30) days after Company's receipt of Contractor's properly completed and documented invoice. Contractor agrees to post such payments to the invoices and items therein designated by Company. Invoices remaining unpaid thirty (30) days after being due and payable shall accrue late payment interest at the rate of 1.5% per month. In addition, Contractor shall be paid its reasonable and necessary costs of collection incurred, including reasonable and necessary attorneys' fees. All funds paid by Company to Contractor under a Work Order shall be utilized by Contractor solely for the purposes of the Work Order and Company's Project, and not for any other client's projects or for any other purpose of Contractor and Contractor acknowledges that it receives such payment, in trust, solely for such purposes of the Work Order.

**3.4 Invoice Disputes.** If Company disputes any invoice, in whole or in part, Company shall endeavor to notify Contractor of the dispute within the time required for payment and shall timely pay any undisputed portion. The disputed invoice shall not be deemed correct because Company fails to give such notice by the payment date. Interest shall not accrue on the amounts disputed until such time as the issue is resolved. Payment of less than the full amount of the invoice under these circumstances shall not constitute a default by Company.

**3.5 No Waiver by Payment.** Company's payment of Contractor's invoices shall not prevent it from later filing claims against Contractor or waive its rights to recover money previously paid to Contractor in error.

**3.0 Arranged Procurement by Contractor.** Unless otherwise set forth in the Work Order, if Contractor purchases or rents any equipment, supplies, materials, or products from a supplier, vendor, or other company at Company's direction or if Contractor procures services from a supplier, vendor, or other company at Company's direction, Company agrees to pay Contractor the actual cost of such items and/or services, less any cash discounts or rebates, plus an appropriate fee, such as a administrative, handling or stocking fee, not to exceed fifteen percent. Contractor, and not Company, shall be the responsible Party with respect to the contract with such supplier, vendor, or other service provider. All such Persons shall be deemed subcontractors of Contractor and not Company. Contractor agrees to furnish Company copies of the supplier's, vendor's or other service provider's invoices covering such items and by doing so Contractor warrants such invoices to be true and correct and that the same were actually paid by Contractor. Contractor shall request suppliers, vendors, or other companies to invoice Company directly if Company so advises in writing. Unless Company so advises, the invoices shall be sent to Contractor. If Company cancels any such purchase, Contractor shall make reasonable efforts to obtain full credit for the equipment, supplies, materials, or products from the supplier; however, if Contractor is unable to obtain such full credit, Company may, at Company's sole option, (i) retain such equipment, supplies, materials, or products from the supplier and reimburse Contractor for the full cost incurred in the purchase of such items, or (ii) reimburse Contractor for the amount of costs incurred in the purchase of such items not credited to Contractor by the supplier, and, in addition and in the case of either clause (i) or (ii) above, pay Contractor's administrative fee. *With respect to rental items only,* Company shall reimburse Contractor any amounts that Contractor is required to pay the rental equipment supplier under any written rental agreement that Contractor has with such supplier.

**3.7 Liens and Claims for Payment.** This Section is limited to the claims for labor and materials furnished to Company through Contractor and related liens and privileges arising out of the failure of Contractor to pay the same. No lien, privilege, charge, or similar encumbrance shall become fixed upon Company's or its other contractors' equipment, lands, fixtures, improvements, or other property because Contractor failed to pay its employees, suppliers, vendors, material men, or subcontractors or because its subcontractors failed to pay their employees. After being notified of the existence of such claims, charges, liens, privileges, or encumbrances, and provided that Company is not in default of its payment obligations to Contractor, Contractor agrees to take all steps necessary to remove any such liens or privileges and to further release, protect, defend, indemnify and hold harmless Company from and against all such claims, charges, liens, privileges and encumbrances. Contractor shall pay all valid claims for its labor, materials, services, supplies, and products as they become due. If Contractor fails to remove or remedy any such liens or privileges, Company shall proceed to remove or resolve such liens or privileges and shall charge the full cost thereof to Contractor. Company reserves the right to offset any amounts due to Company by Contractor under any Work Order against sums otherwise due Contractor under any other Work Order. Before Company pays any of Contractor's invoices, Contractor shall certify that there are no unsatisfied claims for labor, materials, equipment, supplies, or products. At Company's request, Contractor shall provide reasonable supporting documentation of payments made for claims that are valid and provide proof that such claims have been released. Contractor at its expense shall protect Company from invalid claims for payment of labor or materials arising through Contractor. The provisions of this Agreement concerning Contractor's obligation to prevent the imposition of liens on Company property does not prohibit Contractor from filing its own liens or privileges if Company fails to pay Contractor's valid charges as required by this Agreement or any Work Order.

**3.8 Contractor's Taxes.** Contractor shall pay all taxes, licenses, and fees levied or assessed on it by any governmental agency in connection with the performance of this Agreement or any Work Order, including unemployment compensation insurance, old age benefits, social security, or any other taxes upon the wages of Contractor, its agents, employees, and representatives. Contractor will make a good faith effort to include a similar tax, license, and fee provision in its subcontracts. Contractor shall reimburse Company on demand for all such taxes or governmental charges, State or Federal that Company may be required or deem it necessary to pay on account of employees of Contractor or its subcontractors. Contractor agrees to furnish Company with the information required to enable it to make the necessary reports and to pay such taxes or charges. At its election, Company is authorized to deduct all sums so paid on behalf of Contractor for such taxes and governmental charges from such amounts as may be or become due to Contractor.

**3.9 Company's Taxes.** Company shall pay all sales, use and similar taxes lawfully imposed upon Company. Such payment is in addition to (and is not included in) the quoted price of Contractor's Goods and/or services. This provision is applicable unless explicit arrangements are otherwise documented in writing.

**3.10 Right to Audit.** Contractor shall maintain a true and correct set of records pertaining to its performance of each Work Order, including but not limited to daily operations reports on a form approved by Company. If the Work is to be performed on a unit price or a time and materials basis, all of Contractor's employees shall maintain a true, correct and complete weekly/hourly record of their productive time. For each calendar week, conforming to Contractor's normal work week, this time record shall be fully completed (except for hourly rates and amounts) to show, at a minimum, the period covered, Contractor employee's name, the Project or Contract Number, Contractor's Project number, and the hours worked. Contractor shall maintain a true and correct set of all records pertaining to its performance of each Work Order for a period of not less than two (2) calendar years following the calendar year in which the final invoice for such Work Order was sent. This two (2) year period is not a limitation on Company's right to audit. Any representative or representatives authorized by

Company may inspect and audit any and all records of Contractor pertaining to the Goods and services provided under this Agreement or any Work Order. Such inspection and audit shall be conducted at Contractor's offices during normal business hours after 24 hours notice. Company shall not have the right to examine or audit Contractor's trade secrets, proprietary information, confidential data, non-reimbursable costs, profit margins, or Projects performed on a "lumkoy" basis when Contractor assumes all risks. Contractor shall promptly reimburse Company for any overpayments discovered in the audit and Contractor hereby waives any statute of limitations or laches concerning the same. Contractor agrees to include an identical audit provision in its subcontracts.

## ARTICLE 4: INDEMNITY

4.1 EACH INDEMNIFYING PARTY REPRESENTS TO THE INDEMNIFIED PARTY (1) THAT IT, THE INDEMNIFYING PARTY, HAS CONSULTED AN ATTORNEY CONCERNING THIS AGREEMENT OR, IF IT HAS NOT CONSULTED AN ATTORNEY, THAT IT WAS PROVIDED THE OPPORTUNITY AND HAD THE ABILITY TO SO CONSULT, BUT MADE AN INFORMED DECISION NOT TO DO SO, AND (2) THAT IT, THE INDEMNIFYING PARTY, FULLY UNDERSTANDS ITS OBLIGATIONS UNDER THIS AGREEMENT.

4.2 TO THE EXTENT PERMITTED BY LAW, COMPANY SHALL PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS CONTRACTOR GROUP FROM AND AGAINST ANY LOSSES, LIABILITIES, COSTS, EXPENSES, SUITS, ACTIONS, CLAIMS, AND ALL OTHER OBLIGATIONS AND PROCEEDINGS WHATSOEVER, INCLUDING ALL JUDGMENTS RENDERED AGAINST AND ALL FINES AND PENALTIES IMPOSED UPON CONTRACTOR OR ANY MEMBER OF CONTRACTOR GROUP (EXCLUDING PUNITIVE DAMAGES), AND ANY REASONABLE ATTORNEYS' FEES, EXPERT FEES, AND OTHER COSTS OF DEFENSE WITHOUT LIMIT AND WITHOUT REGARD TO THE CAUSE OR CAUSES THEREOF OR THE NEGLIGENCE OF ANY PARTY OR PARTIES, ARISING IN CONNECTION HEREWITH IN FAVOR OF ANY MEMBER OF COMPANY GROUP, NOTWITHSTANDING COMPANY'S IMMUNITY TO SUCH CLAIMS BASED UPON STATUTORY IMMUNITY SUCH AS WORKER'S COMPENSATION LAWS, ON ACCOUNT OF BODILY INJURY, DEATH OR DAMAGE TO PROPERTY. COMPANY'S INDEMNITY SHALL BE WITHOUT REGARD TO AND WITHOUT ANY RIGHT TO CONTRIBUTION FROM ANY INSURANCE MAINTAINED BY CONTRACTOR.

IT IS THE EXPRESS INTENTION OF THE PARTIES THAT THE INDEMNITY PROVIDED FOR IN THIS SECTION 4.2 IS AN INDEMNITY BY COMPANY TO INDEMNIFY AND PROTECT CONTRACTOR GROUP FROM THE CONSEQUENCES OF CONTRACTOR GROUP'S OWN NEGLIGENCE, FAULT, OR STRICT LIABILITY, WHETHER THAT NEGLIGENCE, FAULT OR STRICT LIABILITY IS THE SOLE, JOINT OR CONCURRING CAUSE OF THE PROPERTY DAMAGE, INJURY OR DEATH.

4.3 TO THE EXTENT PERMITTED BY LAW, CONTRACTOR SHALL PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS COMPANY GROUP, FROM AND AGAINST ANY LOSSES, LIABILITIES, COSTS, EXPENSES, SUITS, ACTIONS, CLAIMS, AND ALL OTHER OBLIGATIONS AND PROCEEDINGS WHATSOEVER, INCLUDING ALL JUDGMENTS RENDERED AGAINST AND ALL FINES AND PENALTIES IMPOSED UPON COMPANY OR ANY MEMBER OF COMPANY GROUP (EXCLUDING PUNITIVE DAMAGES), AND ANY REASONABLE ATTORNEYS' FEES, EXPERT FEES, AND OTHER COSTS OF DEFENSE WITHOUT LIMIT AND WITHOUT REGARD TO THE CAUSE OR CAUSES THEREOF OR THE NEGLIGENCE OF ANY PARTY OR PARTIES, ARISING IN CONNECTION HEREWITH IN FAVOR OF ANY MEMBER OF CONTRACTOR GROUP, NOTWITHSTANDING CONTRACTOR'S IMMUNITY TO SUCH CLAIMS BASED UPON STATUTORY IMMUNITY SUCH AS WORKER'S COMPENSATION LAWS, OR CONTRACTOR'S SUBCONTRACTORS OR THEIR EMPLOYEES, OR CONTRACTOR'S INVITEES, ON ACCOUNT OF BODILY INJURY, DEATH OR DAMAGE TO PROPERTY. CONTRACTOR'S INDEMNITY SHALL BE WITHOUT REGARD TO AND WITHOUT ANY RIGHT TO CONTRIBUTION FROM ANY INSURANCE MAINTAINED BY COMPANY.

IT IS THE EXPRESS INTENTION OF THE PARTIES THAT THE INDEMNITY PROVIDED FOR IN THIS SECTION 4.3 IS AN INDEMNITY BY CONTRACTOR TO INDEMNIFY AND PROTECT COMPANY GROUP FROM THE CONSEQUENCES OF COMPANY GROUP'S OWN NEGLIGENCE, FAULT, OR STRICT LIABILITY, WHETHER THAT NEGLIGENCE, FAULT OR STRICT LIABILITY IS THE SOLE, JOINT OR CONCURRING CAUSE OF THE PROPERTY DAMAGE, INJURY OR DEATH.

4.4 Reserved.

4.5 TO THE EXTENT PERMITTED BY LAW, COMPANY SHALL PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS CONTRACTOR GROUP FROM AND AGAINST ANY LOSSES, LIABILITIES, COSTS, EXPENSES, SUITS, ACTIONS, CLAIMS, AND ALL OTHER OBLIGATIONS AND PROCEEDINGS WHATSOEVER, INCLUDING, WITHOUT LIMITATION, ALL JUDGMENTS RENDERED AGAINST AND ALL FINES AND PENALTIES IMPOSED UPON CONTRACTOR GROUP, AND ANY REASONABLE ATTORNEYS' FEES AND OTHER COSTS OF DEFENSE ARISING OUT OF INJURIES TO THIRD PARTIES, INCLUDING DEATH, OR DAMAGE TO PROPERTY OF THIRD PARTIES, TO THE EXTENT CAUSED BY, OR OCCURRING IN CONNECTION WITH, ANY

WILLFUL MISCONDUCT OR NEGLIGENT ACT OR OMISSION OF COMPANY, ITS EMPLOYEES, AGENTS OR CONTRACTORS.

4.6 TO THE EXTENT PERMITTED BY LAW, CONTRACTOR SHALL PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS COMPANY GROUP FROM AND AGAINST ANY LOSSES, LIABILITIES, COSTS, EXPENSES, SUITS, ACTIONS, CLAIMS, AND ALL OTHER OBLIGATIONS AND PROCEEDINGS WHATSOEVER, INCLUDING, WITHOUT LIMITATION, ALL JUDGMENTS RENDERED AGAINST AND ALL FINES AND PENALTIES IMPOSED UPON COMPANY GROUP, AND ANY REASONABLE ATTORNEYS' FEES AND OTHER COSTS OF DEFENSE ARISING OUT OF INJURIES TO THIRD PARTIES, INCLUDING DEATH, OR DAMAGE TO PROPERTY OF THIRD PARTIES, TO THE EXTENT CAUSED BY, OR OCCURRING IN CONNECTION WITH, ANY WILLFUL MISCONDUCT OR NEGLIGENT ACT OR OMISSION OF CONTRACTOR, ITS EMPLOYEES, AGENTS OR SUBCONTRACTORS.

4.7 EXCEPT FOR THIRD PARTY CLAIMS FOR WHICH AN INDEMNITY IS PROVIDED IN SECTIONS 4.5 AND 4.6 ABOVE, IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR ANY INDIRECT OR CONSEQUENTIAL DAMAGES RESULTING FROM OR ARISING OUT OF THIS AGREEMENT, INCLUDING, WITHOUT LIMITATION, LOSS OF ANTICIPATED PROFITS FOR WORK NOT PERFORMED, BUSINESS INTERRUPTIONS, LOSS RESULTING FROM THE ALLOCATION OF EQUIPMENT, FACILITIES OR PERSONNEL, OR ANY OTHER INCIDENTAL, OR CONSEQUENTIAL DAMAGES.

4.8 Reserved.

4.9 IF SECTION 4.2 IS DEEMED UNENFORCEABLE BY A COURT OF COMPETENT JURISDICTION AND VENUE, THEN TO THE FULLEST EXTENT OF LAW, EACH PARTY (AS "INDEMNIFYING PARTY") SHALL PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS THE OTHER PARTY (AND ITS GROUP) (COLLECTIVELY, "INDEMNIFIED PARTY") FROM AND AGAINST ANY LOSSES, LIABILITIES, COSTS, EXPENSES, SUITS, ACTIONS, CLAIMS, AND ALL OTHER OBLIGATIONS AND PROCEEDINGS WHATSOEVER, INCLUDING, WITHOUT LIMITATION, ALL JUDGMENTS RENDERED AGAINST AND ALL FINES AND PENALTIES IMPOSED UPON THE INDEMNIFIED PARTY, AND ANY REASONABLE ATTORNEYS' FEES AND OTHER COSTS OF DEFENSE ARISING OUT OF INJURIES TO COMPANY'S EMPLOYEES (INCLUDING STATUTORY EMPLOYEES OR LEASED EMPLOYEES), NOTWITHSTANDING COMPANY'S IMMUNITY TO SUCH CLAIMS BASED UPON STATUTORY IMMUNITY SUCH AS WORKER'S COMPENSATION LAWS, OR COMPANY'S CONTRACTORS, SUBCONTRACTORS, OR THEIR EMPLOYEES, INCLUDING DEATH, TO THE EXTENT CAUSED BY, OR OCCURRING IN CONNECTION WITH, ANY WILLFUL MISCONDUCT OR NEGLIGENT ACT OR OMISSION OF THE INDEMNIFYING PARTY, ITS EMPLOYEES, AGENTS OR CONTRACTORS, OR THEIR EMPLOYEES.

IT IS THE EXPRESS INTENTION OF THE PARTIES THAT THIS FAULT-BASED INDEMNITY CONTAINED IN SECTION 4.9 SHALL APPLY IF AND ONLY IF THE NON-FAULT BASED INDEMNITY CONTAINED IN SECTION 4.2 AND SUPPORTING INSURANCE ARE DEEMED UNENFORCEABLE OR UNAVAILABLE BY A COURT OF COMPETENT JURISDICTION AND VENUE. Nothing in this Section 4.9 or elsewhere in this Agreement shall be construed as intent to choose the law of any State other than the State in which the Work giving rise to the indemnity obligation is performed, without regard to the choice of law rules of that State, to govern the validity of the indemnity and supporting insurance provisions of this Agreement.

4.10 IF SECTION 4.3 IS DEEMED UNENFORCEABLE BY A COURT OF COMPETENT JURISDICTION AND VENUE, THEN TO THE FULLEST EXTENT OF LAW, EACH PARTY (AS "INDEMNIFYING PARTY") SHALL PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS THE OTHER PARTY (AND ITS GROUP) (COLLECTIVELY, "INDEMNIFIED PARTY") FROM AND AGAINST ANY LOSSES, LIABILITIES, COSTS, EXPENSES, SUITS, ACTIONS, CLAIMS, AND ALL OTHER OBLIGATIONS AND PROCEEDINGS WHATSOEVER, INCLUDING, WITHOUT LIMITATION, ALL JUDGMENTS RENDERED AGAINST AND ALL FINES AND PENALTIES IMPOSED UPON THE INDEMNIFIED PARTY, AND ANY REASONABLE ATTORNEYS' FEES AND OTHER COSTS OF DEFENSE ARISING OUT OF INJURIES TO CONTRACTOR'S EMPLOYEES (INCLUDING STATUTORY EMPLOYEES OR LEASED EMPLOYEES), NOTWITHSTANDING CONTRACTOR'S IMMUNITY TO SUCH CLAIMS BASED UPON STATUTORY IMMUNITY SUCH AS WORKER'S COMPENSATION LAWS, OR CONTRACTOR'S SUBCONTRACTORS OR THEIR EMPLOYEES, INCLUDING DEATH, TO THE EXTENT CAUSED BY, OR OCCURRING IN CONNECTION WITH, ANY WILLFUL MISCONDUCT OR NEGLIGENT ACT OR OMISSION OF THE INDEMNIFYING PARTY, ITS EMPLOYEES, AGENTS OR CONTRACTORS, OR THEIR EMPLOYEES.

IT IS THE EXPRESS INTENTION OF THE PARTIES THAT THIS FAULT-BASED INDEMNITY CONTAINED IN SECTION 4.10 SHALL APPLY IF AND ONLY IF THE NON-FAULT BASED INDEMNITY CONTAINED IN SECTION 4.3 AND SUPPORTING INSURANCE ARE DEEMED UNENFORCEABLE OR UNAVAILABLE BY A COURT OF COMPETENT JURISDICTION AND VENUE. Nothing in this Section 4.10 or elsewhere in this Agreement shall be construed as intent to choose the law of any State other than the State in which the Work giving rise to the indemnity obligation is performed, without regard

8

to the choice of law rules of that State, to govern the validity of the indemnity and supporting insurance provisions of this Agreement.

4.11 EACH PARTY (AS "INDEMNIFYING PARTY") AGREES TO PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS THE OTHER PARTY AGAINST ANY LOSS, DAMAGE OR DESTRUCTION OF PROPERTY OF THE OTHER PARTY TO THE EXTENT CAUSED BY, OR OCCURRING IN CONNECTION WITH, ANY WILLFUL MISCONDUCT OR NEGLIGENT ACT OR OMISSION OF THE INDEMNIFYING PARTY, ITS EMPLOYEES, AGENTS, CONTRACTORS OR SUBCONTRACTORS.

4.12 EMPLOYMENT RELATED CLAIMS. CONTRACTOR SHALL RELEASE, PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS COMPANY GROUP FROM ANY CLAIM OR LOSS FOR EMPLOYMENT DISCRIMINATION, MEDICAL, COMPENSATION, OR OTHER BENEFITS (INCLUDING WORKER'S COMPENSATION BENEFITS) OWED TO EMPLOYEES OF CONTRACTOR OR ITS SUBCONTRACTORS, SUPPLIERS OR AFFILIATES AS A RESULT OF THE DIRECT EMPLOYMENT RELATIONSHIP OF SUCH INDIVIDUALS WITH CONTRACTOR OR ITS SUBCONTRACTORS, SUPPLIERS OR AFFILIATES EVEN IF SUCH INDIVIDUALS ARE DETERMINED TO BE THE BORROWED OR STATUTORY EMPLOYEES OF COMPANY OR ITS AFFILIATES.

4.13 POLLUTION AND CONTAMINATION: NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN EXCEPT AS PROVIDED IN SECTIONS 4.2 AND 4.3, IT IS UNDERSTOOD AND AGREED BY AND BETWEEN CONTRACTOR AND COMPANY THAT THE RESPONSIBILITY FOR POLLUTION AND CONTAMINATION SHALL BE AS FOLLOWS:

    (A)   CONTRACTOR SHALL ASSUME ALL RESPONSIBILITY FOR, INCLUDING CONTROL AND REMOVAL OF, AND PROTECT, DEFEND, INDEMNIFY AND SAVE COMPANY GROUP HARMLESS FROM AND AGAINST ALL LOSSES, LIABILITIES, COSTS, EXPENSES, SUITS, ACTIONS, CLAIMS AND ALL OTHER OBLIGATIONS AND PROCEEDINGS WHATSOEVER, INCLUDING ALL JUDGMENTS RENDERED AGAINST AND ALL FINES AND PENALTIES IMPOSED UPON COMPANY GROUP (EXCLUDING PUNITIVE DAMAGES), AND ANY REASONABLE ATTORNEYS' FEES, EXPERT FEES, AND OTHER COSTS OF DEFENSE WITHOUT LIMIT, ARISING FROM POLLUTION OR CONTAMINATION (INCLUDING NATURALLY OCCURRING RADIOACTIVE MATERIAL) WHICH ORIGINATES ABOVE THE SURFACE OF THE LAND OR WATER FROM SPILLS OF FUELS, LUBRICANTS, MOTOR OILS, PIPE DOPE, PAINTS, SOLVENTS, BALLAST, BILGE AND GARBAGE, EXCEPT UNAVOIDABLE POLLUTION FROM RESERVE PITS, IN CONTRACTOR'S POSSESSION AND CONTROL AND ASSOCIATED WITH CONTRACTOR'S EQUIPMENT AND FACILITIES.

    (B)   COMPANY SHALL ASSUME ALL RESPONSIBILITY FOR, INCLUDING CONTROL AND REMOVAL OF, AND PROTECT, DEFEND, INDEMNIFY AND SAVE CONTRACTOR GROUP HARMLESS FROM AND AGAINST ALL LOSSES, LIABILITIES, COSTS, EXPENSES, SUITS, ACTIONS, CLAIMS AND ALL OTHER OBLIGATIONS AND PROCEEDINGS WHATSOEVER, INCLUDING ALL JUDGMENTS RENDERED AGAINST AND ALL FINES AND PENALTIES IMPOSED UPON CONTRACTOR GROUP (EXCLUDING PUNITIVE DAMAGES), AND ANY REASONABLE ATTORNEYS' FEES, EXPERT FEES, AND OTHER COSTS OF DEFENSE WITHOUT LIMIT, ARISING DIRECTLY FROM POLLUTION OR CONTAMINATION WHICH RESULT FROM FIRE, BLOWOUT, OR ANY OTHER UNCONTROLLED FLOW OF OIL, GAS, OR WATER OUT OF THE WELLBORE.

    (C)   IN THE EVENT A THIRD PARTY, COMMITTING AN ACT OR OMISSION WHICH RESULTS IN POLLUTION OR CONTAMINATION FOR WHICH EITHER CONTRACTOR GROUP OR COMPANY GROUP (FOR WHOM SUCH THIRD PARTY IS PERFORMING WORK) IS HELD TO BE LEGALLY LIABLE, THEN, AS BETWEEN CONTRACTOR GROUP AND COMPANY GROUP, RESPONSIBILITY THEREFORE SHALL BE CONSIDERED, TO BE THE SAME AS IF THE PARTY FOR WHOM THE WORK WAS PERFORMED HAD PERFORMED THE SAME AND ALL OBLIGATIONS OF DEFENSE, INDEMNITY, HOLDING HARMLESS AND LIMITATION OF RESPONSIBILITY AND LIABILITY, AS SET FORTH IN PARAGRAPHS (A) AND (B) ABOVE, SHALL SPECIFICALLY APPLY.

4.14 Contractor Responsibility for Hazardous Waste. Contractor shall, at its sole expense and risk, transport and dispose of (except as otherwise mutually agreed) any hazardous waste or materials supplied by any member(s) of Contractor Group and used by any member(s) of Contractor Group in the performance of this Agreement or any Work Order.

4.15 UNDERGROUND DAMAGE. COMPANY SHALL RELEASE CONTRACTOR OF ANY LIABILITY FOR, AND SHALL DEFEND AND INDEMNIFY CONTRACTOR AGAINST ANY AND ALL CLAIMS, LIABILITY AND EXPENSE RESULTING FROM, OPERATIONS UNDER THIS AGREEMENT ON ACCOUNT OF INJURY TO, DESTRUCTION OF, OR LOSS OR IMPAIRMENT OF ANY PROPERTY RIGHT IN OR TO OIL, GAS, OR OTHER MINERALS SUBSTANCE OR WATER, IF AT THE TIME OF THE ACT OR OMISSION

CAUSING SUCH INJURY, DESTRUCTION, LOSS OR IMPAIRMENT, SAID SUBSTANCE HAD NOT BEEN REDUCED TO PHYSICAL POSSESSION ABOVE THE SURFACE OF THE EARTH, AND FOR ANY LOSS OR DAMAGE TO ANY FORMATION, STRATA OR RESERVOIR BENEATH THE SURFACE OF THE EARTH.

4.16 LIABILITY FOR WILD WELL. COMPANY SHALL BE LIABLE FOR THE COST OF REGAINING CONTROL OF ANY WILD WELL AND FOR THE COST OF REMOVAL OF ANY DEBRIS. COMPANY SHALL RELEASE CONTRACTOR FROM, AND SHALL INDEMNIFY CONTRACTOR AGAINST, ANY LIABILITY FOR SUCH COST,

4.17 DAMAGE TO THE HOLE. IF THE HOLE SHOULD BE DAMAGED OR LOST, COMPANY SHALL BE SOLELY RESPONSIBLE FOR SUCH DAMAGE TO OR LOSS OF THE HOLE, INCLUDING THE CASING THEREIN.

4.18 LEASED/RENTED EQUIPMENT. NOTWITHSTANDING ANY LANGUAGE IN THIS CONTRACT TO THE CONTRARY, COMPANY SHALL ASSUME LIABILITY AT ALL TIMES AND INDEMNIFY CONTRACTOR FOR LOSS OF, DAMAGE TO, AND DESTRUCTION OF CONTRACTOR'S TOOLS AND EQUIPMENT TO THE EXTENT THAT SUCH LOSS, DAMAGE OR DESTRUCTION OCCURS WHILE CONTRACTOR'S TOOLS AND EQUIPMENT ARE BEING LEASED OR RENTED TO COMPANY WITHOUT AN OPERATOR.

4.19 DOWNHOLE TOOLS & EQUIPMENT. NOTWITHSTANDING ANY LANGUAGE IN THIS CONTRACT TO THE CONTRARY, COMPANY SHALL ASSUME LIABILITY AT ALL TIMES AND INDEMNIFY CONTRACTOR FOR LOSS OF, DAMAGE TO, DESTRUCTION OF, AND RETRIEVAL EXPENSES ASSOCIATED WITH CONTRACTOR'S IN-HOLE TOOLS AND EQUIPMENT UNLESS SUCH LOSS, DAMAGE, DESTRUCTION, OR RETRIEVAL COSTS ARE THE RESULT OF CONTRACTOR'S SOLE NEGLIGENCE.

4.18 Notice.  If a claim is asserted against one of the parties to this Agreement which may give rise to a claim for indemnity against the other party hereto, the party against whom the claim is first asserted must notify the potential indemnitor in writing and give the potential indemnitor the right to defend or assist in the defense of the claim.

4.19 Defense and Participation.  Contractor agrees to defend Company Group against all suits or other actions brought upon any and all Claims/Losses covered by Contractor's indemnity obligations under this Agreement, but any member of Company Group shall have the right, at its or their option, to participate at its or their own expense in the defense of any such suits or other actions without releasing Contractor from any indemnity obligation hereunder. Company agrees to defend Contractor Group against all suits or other actions brought upon any and all Claims covered by Company's indemnity obligations under this Agreement, but any member of Contractor Group shall have the right, at its or their option, to participate at its or their own expense in the defense of any such suits or other actions without releasing Company from any indemnity obligation hereunder.

4.20 Subcontractors' Indemnity.  Contractor agrees to include identical indemnity provisions in its subcontracts. If Contractor fails to ensure that any subcontract contains identical indemnity provisions as those required by this Article 4, any personnel engaged and/or property used in the furnishing of the Work shall be deemed agents and employees or property of Contractor for the purpose of determining Contractor's indemnity obligations.

4.21 Relationship to Other Remedies.  The indemnities provided in this Article shall be in addition to and not in substitution for any other remedies available to the Parties under the express language of this Agreement or at law or in equity.

## ARTICLE 5: INSURANCE

5.1 Required Insurance Program. This Agreement sets forth the required basic insurance program for Contractor. Other insurance limits or coverages may be specified in a Work Order. This required insurance program supports Contractor's indemnity obligations and other potential liabilities, and shall apply whether or not the indemnification is valid. Throughout this Agreement's term, this required insurance program shall be:

    (a)   maintained by Contractor;
    (b)   at Contractor's own expense unless otherwise provided herein or in the Work Order;
    (c)   with reliable insurance company(ies) rated "A -VII" or better in the Best Guide for Key Ratings and authorized to do business in the jurisdiction where the work is to be performed.

5.2 Primary and Excess. The required insurance program's amounts may be satisfied by any combination of primary or excess insurance.

5.3 Qualified Self-Insurance. If the Parties agree in writing, Contractor may use a qualified self-insurance program for Workers' Compensation and Automobile Liability. A Qualified Self-Insurance program is one approved by the appropriate governmental body as having sufficient reserves to pay anticipated claims.

5.4 Non-Qualified Self-Insurance. If the Parties agree in writing, Contractor may self-insure all or part of the required Insurance program. A Non-Qualified Self-Insurance program is one in which a Party relies on the general creditworthiness of the self-insuring Party. The Parties may, but are not required to, agree to additional credit items, such as parent company guarantees, letters of credit, or bonds.

5.5 Deductibles and Self-Insured Retention. Contractor shall be responsible for its own deductibles and self-insured retention, if applicable.

5.6 Claims Made. If Contractor uses a "Claims Made" policy, it must purchase a three-year discovery period.

A. REQUIRED INSURANCE

5.7 Workers' Compensation and Employers' Liability Insurance. The required Insurance program includes:

1.  Workers' Compensation Insurance, including occupational disease and, when applicable, coverage for Maritime, United States Longshoremen and Harbor Workers' Compensation Act, Outer Continental Shelf Act, Jones Act, Death on the High Seas Act and In Rem, Maritime Employer's Liability including wages, maintenance and transportation, and coverage for Master and Crews, with statutory limits in accordance with all applicable state and federal laws, including Company under the Alternate Employer/Borrowed Servant Endorsement. If the Work is performed in Texas or under Texas law and Contractor does not purchase Texas Workers' Compensation Coverage ("TWCC"), Contractor agrees to sign the current TWCC form establishing an Independent Contractor relationship under the Texas Workers' Compensation Act.

2.  Employers' Liability Insurance of at least $1,000,000 per accident/occurrence in accordance with all applicable federal and state laws, including the Alternate Employer/Borrowed Servant Endorsement.

The insurance required under this part shall cover employees, partners, members, managers, owners, officers, and directors.

5.8 Commercial General Liability Insurance. The required insurance program includes Commercial General Liability Insurance with coverage of at least $1,000,000 per occurrence and $2,000,000 in the aggregate per Work Site and/or per Project for Bodily Injury and Property Damage, specifically including:

1.  Contractual Liability for their respective obligations under this Agreement.
2.  Products Liability.
3.  Completed Operations.
4.  "In Rem" endorsement (if applicable)
5.  Sudden and Accidental Pollution coverage.
6.  Premises Operations.
7.  Independent Contractors.
8.  Personal and Advertising Injury.
9.  Explosion, Collapse and Underground.
10. No exclusion for "action over" claims.

5.9 Automobile Liability Insurance. The required insurance program includes Automobile Liability Insurance with $1,000,000 combined single limit for Bodily Injury and Property Damage, covering Owned, Hired, and Non-Owned Vehicles.

5.10 Excess Liability Insurance. The required insurance program includes Excess Liability Insurance over the insurance required in Article 5 of this Agreement. The Excess Liability Insurance shall have limits of at least $5,000,000, and provide coverage that follows the same coverage forms as specifically stated in the required primary policies outlined above in Section 5.8.

5.11 Physical Damage Insurance.

A.  Contractor may insure or self-insure Physical Damage to property owned by Contractor provided; however, the same shall not negate any responsibility of Company for any physical damage to Contractor's property under the terms of this Agreement except as specifically exempted.

B.  In the event operations covered by this Agreement require Contractor to transport, lift, install or construct property of Company, Contractor shall provide Cargo, Lift Risk, Installation, Construction Risk or other insurance satisfactory to Company, or as otherwise agreed by Company.

5.12 Pollution Liability Insurance. Contractor shall purchase and maintain contractor's pollution liability insurance coverage for any and all losses arising from or in any way related to pollution conditions, both sudden and accidental and gradual, which arise from Contractor's operations under the Work Order, whether directly or indirectly, or that are in

any other way related to Contractor's operations during performance of the Work Order, whether such operations be by Contractor, its subcontractors or anyone directly or indirectly employed by any of them. Contractor's pollution liability insurance policy shall contain minimum liability limits of $10,000,000 per claim and $10,000,000 in the aggregate. Such liability limits shall be Project specific, dedicated to the Work to be performed by Contractor under the Work Order, and shall not be eroded by the addition of any other party or entity not in conformance with the Work Order. In addition, the policy shall satisfy the following requirements:

1.  "Covered Operations" designated by the policy must specifically include all Work performed under the Work Order.

2.  The policy shall contain or be endorsed to include coverage for the following: (i) bodily injury (including death), property damage and environmental cleanup costs, both on-Site and off-Site; (ii) transportation of any waste, including loading/ unloading, from the Site to the final disposal location as well as any temporary storage, transshipment or transfer sites. Transportation coverage shall include both hired and non-owned automobiles; and (iii) all disposal locations (final and temporary). All such disposal locations shall be scheduled to the policy via the requisite non-owned disposal site endorsement, as non-owned disposal sites for coverage under the policy.

3.  The pollution liability insurance policy shall not: (i) contain any contractual liability exclusion or any other similar exclusion which would serve to exclude coverage for liability assumed by Contractor under the Agreement; (ii) exclude any loss or damage to Company or Company's property resulting from any acts or omissions of Contractor, its officers, employees, agents, servants or subcontractors; (iii) contain any exclusions for microbial matter, lead or asbestos.

5.13 Additional Coverage. Contractor shall maintain Aircraft Liability, Marine P&I and rental liability insurance, as required by Section 1.2, with limits to be agreed, if applicable.

B. REQUIRED INSURANCE PROVISIONS

5.14 Waiver of the Right of Subrogation.

A.  Contractor shall obtain from its insurers a waiver of the right of subrogation on all of the policies required by this Agreement in favor of each member of Company Group to the extent and only to the extent of the obligations, liabilities, and other duties assumed by Contractor under this Agreement. In no event shall a waiver of the right of subrogation inure to the benefit of any employee such that any employee recovers under workers' compensation/employers' liability, as well as under comprehensive general liability or excess insurance policies, as a result of indemnity obligations assumed under this Agreement. The Parties do not intend any such employee to be a third party beneficiary of this Agreement.

B.  Contractor agrees to waive subrogation against Company Group (or to obtain such waiver from its insurance carrier if required by the carrier to do so) for any loss to Contractor's tools, equipment, machinery and appliances, including in-hole tools and equipment, and any watercraft and aircraft. Contractor agrees to first make claim to his insurance carrier in all instances, including but not limited to, events identified in paragraphs relating to in-hole equipment and environmental damage.

5.15 Additional Insured. Except for Workers' Compensation and Employers' Liability, Contractor shall obtain agreement from its insurers to name each member of Company Group as an additional insured under Contractor's insurance policies to the extent and only to the extent of the obligations, liabilities, and other duties assumed by Contractor under this Agreement. The naming of an additional insured may be accomplished through a Blanket Additional Insured Endorsement, but, if necessary, a Party will specifically add each Person entitled to be an additional insured, and the Additional Insured Endorsement, whether blanket or specific, will be Forms CG 2010 10 01 and CG 2037 10 01 or equivalent, the intent being to maintain additional insured status for Company Group with respect to the Completed Operations exposure.

5.16 Separation or Severability of Interest. For all insurance policies where an additional insured has been named, such insurance policies shall also contain a separation or severability of interest clause (sometimes called cross liability coverage) so that each insured shall be treated separately under the policy. Although responsible for additional insured Persons under this provision, this provision shall not cause any change of the insured risks or any change in the amount of insurance provided.

5.17 Primary Coverage. Contractor's insurance shall be deemed primary and without contribution from Company Group's insurance.

5.18 Reserved.

5.19 Insurance Certificates. Contractor agrees that prior to commencing any work under this Agreement, thirty (30) days prior to the expiration of any required coverages, and,

10

additionally, upon Company's request at any time, it shall have its insurance carrier(s) furnish Company with a certificate(s) of insurance showing the types of coverage required by this Agreement and stating that the insurance company shall not cancel, non-renew, or materially change any coverage without first providing thirty (30) days notice to Company. Acceptance of an insurance certificate shall not constitute a waiver of any kind of any requirement. Company shall have the right to request and review a certified copy of any or all of Contractor's insurance policies.

5.20 Obligations Remain. Failure by Contractor to obtain insurance coverage or obtain the required insurance terms and conditions shall not relieve Contractor from its obligations under this Agreement. Contractor's indemnification obligations shall not be limited in amount or in scope to coverage provided by any insurance that it does obtain. In addition, the inability to collect insurance or delays in payment of insurance shall not excuse or delay performance of an indemnity obligation. The limits required in this Article 5 are minimum amounts only and shall not operate or be construed as a limitation of, or restriction on, the amount of liability of Contractor or the coverage available to Company Group under any insurance maintained by Contractor in excess of such minimum amounts.

5.21 SUBCONTRACTOR'S INSURANCE REQUIREMENT. CONTRACTOR SHALL REQUIRE ALL ITS SUBCONTRACTORS TO PROVIDE EVIDENCE OF THE INSURANCE COVERAGE IDENTICAL TO THAT REQUIRED BY THIS ARTICLE 5, AS WELL AS ANY OTHER COVERAGES CONTRACTOR DEEMS NECESSARY FOR THE WORK PERFORMED. SUCH POLICIES SHALL MEET THE WAIVER OF SUBROGATION REQUIREMENTS STATED HEREIN. HOWEVER, CONTRACTOR'S COMPLIANCE WITH THIS SECTION 5.21 SHALL NOT RELIEVE CONTRACTOR OF ITS OBLIGATIONS TO MEET THE INSURANCE REQUIREMENTS OF THIS ARTICLE 5. TO THE EXTENT THAT CONTRACTOR DOES NOT REQUIRE OR CONTRACTOR'S SUBCONTRACTOR DOES NOT OBTAIN SUCH COVERAGE, CONTRACTOR AGREES TO INDEMNIFY AND SAVE COMPANY GROUP HARMLESS FROM ALL CLAIMS, DEMANDS, LOSSES, EXPENSES AND JUDGMENTS TO WHICH SAID COVERAGES WOULD HAVE APPLIED.

5.22 WARRANTY AND INDEMNIFICATION. CONTRACTOR DOES HEREBY WARRANT THAT IT WILL COMPLY WITH THE INSURANCE REQUIREMENTS OF THIS ARTICLE 5 AND DOES HEREBY AGREE TO PROTECT AND INDEMNIFY COMPANY GROUP FROM ANY LOSS COMPANY GROUP MAY SUFFER DUE TO CONTRACTOR'S FAILURE TO COMPLY WITH ANY REQUIREMENT OF THIS ARTICLE 5, INCLUDING THE OBTAINING OF WAIVERS OF SUBROGATION, OR DUE TO ANY INSURANCE COVERAGE BEING INVALIDATED DUE TO CONTRACTOR'S FAILURE TO COMPLY WITH THE TERMS, CONDITIONS AND WARRANTIES OF THE INSURANCE.

C. STATE-SPECIFIC INSURANCE PROVISIONS

5.23 Louisiana. Notwithstanding anything herein to the contrary, to the extent that particular Work performed hereunder is performed in the State of Louisiana, Contractor agrees that all of Contractor's insurance policies (with the exception of Workers' Compensation and Employers' Liability) shall, to the extent that Contractor has expressly assumed the risks allocated to it under this Agreement, name each member of Company Group as additional insureds, provide a waiver of subrogation in favor of Company Group, and be primary as respects any other coverage in favor of Company Group, with applicable premiums being paid by Company upon billing by Contractor as set out in the following. Where this Section 5.23 is applicable, Contractor shall bill Company for all premiums incurred in obtaining additional insured coverage, waivers of subrogation, and primary endorsements as described above for Company Group. Such invoices shall be forwarded to Company for payment in accordance with the provisions of this Agreement, provided that Contractor has demonstrated to Company's satisfaction that such insurance has been obtained. Both Parties agree that Company is paying for all material parts of the insurance protection for Company Group. Contractor shall separately invoice Company and Company shall separate pay from any other of Contractor's invoices the cost of such insurance coverage.

The Parties' choice of law remains governed by Section 6.3. Nothing in this Section 5.23 shall be construed as intent to choose the law of any State other than the State in which the Work giving rise to the indemnity obligation is performed, without regard to the choice of law rules of that State, to govern the validity of the indemnity and supporting insurance provisions of this Agreement.

5.24 Texas. This Section 5.24 applies only to instances in which the particular work performed hereunder is performed in the State of Texas, or to the extent that a court of competent jurisdiction and venue determines that the indemnity and supporting insurance provisions of this Agreement are governed by Texas law. Where this Section 5.24 is applicable, the Parties expressly agree that in order to comply with the Texas Oilfield Anti-Indemnity Act, the Parties shall each obtain the required insurance of this Article 5 in the types and minimum amounts specified for the benefit of the other Party as indemnitee. The Parties further agree that the maximum amount of such supporting insurance shall be the lower of the maximum amount carried by either Party as long as such amount is in excess of the minimum amount specified in this Article 5. Where this Section 5.24 is applicable, Company will obtain from its insurers a waiver of the right of subrogation on all of its policies supporting its indemnity obligation in favor of each member of Company Group to the extent and only to the extent of the obligations, liabilities, and other duties assumed by Company under this Agreement. In such circumstances, Company will also obtain agreement from its

insurers to name each member of Contractor Group as an additional insured under Company's policies supporting its indemnity obligation to the extent and only to the extent of the obligations, liabilities, and other duties assumed by Company under this Agreement. The Parties further agree that if Contractor does not carry insurance in the minimum amounts specified in this Article 5, Contractor has approved self-insurance as stated in the Texas Oilfield Anti-Indemnity Act and the mutual indemnification amount shall be the maximum amount carried by Company.

The Parties' choice of law remains governed by Section 6.3. Nothing in this Section 5.23 shall be construed as intent to choose the law of any State other than the State in which the Work giving rise to the indemnity obligation is performed, without regard to the choice of law rules of that State, to govern the validity of the indemnity and supporting insurance provisions of this Agreement.

ARTICLE 6: LEGAL ADMINISTRATION

6.1 Laws in General. Contractor shall comply with all federal, state, county (parish), and municipal laws, ordinances, statutes, codes, rules, and regulations that (a) are in effect and (b) apply to its services, products, materials, equipment, or employees to be used in performing such Work Order.

6.2 Compliance with Environmental Laws. Contractor shall give all notices and otherwise fully comply with all laws, statutes, regulations, ordinances, rules, standards, orders, rulings, decrees, or determinations of any local, state, or federal governmental authority (including related determinations, interpretations, orders, judgments or opinions by any judicial or administrative authority) which has jurisdiction over Contractor, the work, or the Work Site pertaining to protection or conservation of the air, land, water, human health, industrial hygiene, or other aspects of the environment, including the following statutes, as supplemented and amended: the Clean Air Act, the Comprehensive Environmental Response, Compensation and Liability Act, the Federal Water Pollution Control Act, the Solid Waste Disposal Act, the Resources Conservation and Recovery Act, the Safe Drinking Water Act, the Toxic Substances Control Act, the Hazardous Materials Transportation Act, the Federal Oil Pollution Act of 1990 and comparable state and local statutes and implementing rules or regulations.

6.3 Governing Law. This Agreement may govern services, products, materials, supplies, and equipment supplied by Contractor to Company in several different jurisdictions. Subject to the limitations of this Section 6.3, the law of the State of Louisiana will govern the validity of this Agreement and any Work Orders, the interpretation and performance, and remedies for contract breach or any other claims related to this Agreement or Work Order, without regard to the choice of law rules of Louisiana. Notwithstanding the foregoing or anything herein to the contrary, the validity of the indemnity and supporting insurance provisions of this Agreement shall be governed by the law of the State in which the Work giving rise to the indemnity obligation is performed, without regard to the choice of law rules of that State.

6.4 Forum Selection. Any litigation arising out of or pertaining to this Agreement or Work Order shall only be filed and prosecuted in the appropriate court of Shreveport, Caddo Parish, Louisiana that has subject matter jurisdiction (state or federal), which shall be the exclusive venue for any such litigation. The parties expressly waive any objections to personal jurisdiction and venue in the appropriate court of Shreveport, Caddo Parish, Louisiana that has subject matter jurisdiction (state or federal), which shall be the exclusive venue for any such litigation.

6.5 Mediation. As a condition precedent to litigation, any dispute arising out of or relating to this Agreement and/or any Work Order or the breach, termination, or validity thereof shall first be submitted to commercial mediation.

6.6 Provisions Deemed Amended. If any provision of this Agreement is deemed by a court of competent jurisdiction in a controversy arising under this Agreement to be unenforceable, then that provision shall be deemed amended to the minimum extent required to comply with state law.

6.7 Severability of Provisions. If any part of this Agreement is deemed by a court of competent jurisdiction in a controversy arising under this Agreement to be unenforceable, and the court finds that the provision may not be deemed amended in accordance with Section 6.6, then to the extent and only to the extent that the provision is unenforceable, such provision shall be severed from this Agreement and deemed non-binding while all other parts of this Agreement remain binding.

6.8 Plural/Singular. Reference to the singular includes a reference to the plural and vice versa. Reference to one gender includes a reference to the other gender.

6.9 Binding Authority. Each of the individuals executing this Agreement represents that he or she has full right and authority to execute this instrument on behalf of Company or Contractor, as the case may be, and to bind such Party.

6.10 Authority Required. The Person executing this Agreement, any Work Order, or any amendment, waiver, or other action with legal effect related to this Agreement or any Work Order, must have a title that includes one or more of the following or similar terms: "Agent,"

"Representative," "Attorney-in-fact," "Manager," "Director," "President," "Vice President," or any similar title evidencing supervisory responsibility. If such a Person executes this Agreement on behalf of a Party, the other Party is not required to obtain a power of attorney, delegation of authority, or corporate resolution evidencing such authority.

6.11 Duplicate Originals. This Agreement may be executed in duplicate originals, and each such instrument shall be deemed an original of this Agreement for all purposes.

6.12 Survival. Notwithstanding any provisions herein to the contrary, as part of the consideration for this Agreement, the Parties hereby acknowledge and agree that all release, indemnity, defense, and waiver of subrogation provisions contained in this Agreement shall specifically survive the expiration or termination of this Agreement.

[Remainder of page intentionally left blank; signature page to follow]

12

This Master Service Agreement is hereby executed as of the Effective Date.

CONTRACTOR                                                      COMPANY

By: _Al Robertson_                              By: _Richard West_
Name: Al Robertson                              Name: Richard West
Title: HSE Manager                              Title: Operations Manager
Date: 3/27/20                                   Date: 2/21/2020
Tax I.D. No: 64-0832141

12





**INVOICE**

| | |
|---|---|
| Invoice No. | PN0027187 |
| Invoiced Date | 1/10/2020 |
| Shipper ID | RS0027187 |
| Order Type | Laurel INV Fishing |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | C-AL-ESCAM |
| TaxID02 | |
| TaxID03 | |

P.O. Box 292  Laurel, MS 39441    (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

**SHIP TO:**
Customer:  Sklar Exploration
Well No.  13-11 #1 | Lease:  CCL&T
Field:  KIRKLAND
County/Parish: ESCAMBIA | State  AL

Page 2 of 2

| SHIPPED FROM | SHIP VIA | DRIVER/TRUCK # | TRANSFERED TO/FROM: | CUSTOMER ORDER # |
|---|---|---|---|---|
| LAUREL | EFRV-TRUCKING | | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRPC | Net 30 Days | RN | John Vittitow | P-20005 | 1/3/2020 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES JEREMY WALTERS | 1/5/2020 | 1/5/2020 | 50.00 | MILE | 2.50 | 0% | 125.00 |
| LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES JEREMY WALTERS | 1/3/2020 | 1/5/2020 | 4.00 | DAY | 250.00 | 0% | 1,000.00 |
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES SCOTT MCINNIS | 1/5/2020 | 1/5/2020 | 50.00 | MILE | 2.50 | 0% | 125.00 |
| LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES SCOTT MCINNIS | 1/3/2020 | 1/6/2020 | 4.00 | DAY | 250.00 | 0% | 1,000.00 |
| LAB-SUPER-FB | OPERATOR CHARGES RIGUP/RIGDOWN KEN PATTERSON & NATHAN DEW | 1/3/2020 | 1/6/2020 | 2.00 | DAY | 750.00 | 0% | 1,500.00 |
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES  KEN PATTERSON | 1/3/2020 | 1/3/2020 | 320.00 | MILE | 2.50 | 0% | 800.00 |
| PC215 | SPOOL 4 1/16 15M X 2 9/16 5M | 1/5/2020 | 1/5/2020 | 1.00 | DAY | 100.00 | 0% | 100.00 |
| SALE ITEM | R-27 RING GASKET | 1/5/2020 | 1/5/2020 | 2.00 | EA | 45.00 | 0% | 90.00 |
| SALE ITEM | BX-155 RING GASKET | 1/5/2020 | 1/5/2020 | 2.00 | EA | 45.00 | 0% | 90.00 |
| TRANSPORT2 | TRANSPORTATION CHARGES F/ SEPARATOR | 1/3/2020 | 1/6/2020 | 320.00 | MILE | 3.30 | 0% | 1,056.00 |
| TRANSPORT2 | TRANSPORTATION CHARGES F/ FLOW IRON | 1/3/2020 | 1/6/2020 | 320.00 | MILE | 3.30 | 0% | 1,056.00 |
| TRANSPORT2 | TRANSPORTATION CHARGES F/ FLARESTACK | 1/3/2020 | 1/6/2020 | 320.00 | MILE | 3.30 | 0% | 1,056.00 |
| LAB-SUPER-FB | OPERATOR CHARGES SCOTT MCINNIS | 1/3/2020 | 1/4/2020 | 2.00 | DAY | 750.00 | 0% | 1,500.00 |
| ENVIROMENTAL | ENVIRONMENTAL & WASTE DISPOSAL CHARGES | 1/10/2020 | 1/10/2020 | 1.00 | EA | 204.23 | 0% | 204.23 |

*Randy Broadhead 1-16-20*

| | |
|---|---|
| Sales Total | 20,627.23 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 16.20 |
| | 20,643.43 |
| Less Paid Amount | 0.00 |
| | 20,643.43 |

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**

**NOT AN INVOICE    FIELD TICKET ONLY**

PRESSURE CONTROL

P.O. Box 392  Laurel, MS 39441    (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8900
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| ORDERED BY  JOHN G. VITTITOW | JOB #  P-20005 | DATE SHIPPED | 01/03/2020 |
|---|---|---|---|
| SHIPPED FROM   LAUREL PC | | | |
| CUST ORD # | | SHIP VIA | CUSTOMER |
| TRANS VIA | | JOB TYPE | WELL TEST |

I, [signature]
Customer Signature
Representing   SKLAR
Dated 1/6/20 agree to Terms & Conditions listed in the Eastern Fishing & Rental Tools Price Book.

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

**SOLD TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport  LA  71101

**SHIP TO:**
Sklar Exploration
NEAR BROOKLYN
CONECUH
AL

Page 1 of 3

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032195 | 13-11 #1 | CCL&T | Kirkland | Escambia | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Days | Amount | Each Add'l Day | Qty | Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | FB1045 | 24IN X 10FT 3 PHASE 1440 WP SEPARATOR | 1 | $ 0.00 | | | | 2 |
| 1 | FB019 | TRAILOR MOUNTED 6" X 50' FLARESTACK W/ AUTO IGNITION | 1 | $ 0.00 | | | | 2 |
| 1 | FB055 | SKID MOUNTED 210 BBL PRODUCTION TANK | 1 | $ 0.00 | | | | 2 |
| 1 | FB056 | SKID MOUNTED 210 BBL PRODUCTION TANK | 1 | $ 0.00 | | | | 2 |
| 1 | FB026 | 5 VALVE 10M H2S CHOKE MANIFOLD | 1 | $ 0.00 | | | | 2 |
| 1 | MISC ITEMS | 2" 10K 1502 FLOW IRON W/ 90'S | 1 | $ 0.00 | | | | 2 |
| 1 | MISC ITEMS | 2" FIG 200 FLOW IRON W/ 90'S | 1 | $ 0.00 | | | | 2 |
| 1 | MISC ITEMS | 4" FIG 200 FLOW IRON W/ 90'S | 1 | $ 0.00 | | | | 2 |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ JEREMY WALTERS | 1 | 750.00 | | | | 4 |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ SCOTT McINNIS | 1 | $ 0.00 | | | | 2 |
| 1 | MISC ITEMS | DAILY PACKAGE COST FOR ABOVE ITEMS  Dennis-Scott | 1 | $ 2,450.00 | | | | 2 |

**NOT AN INVOICE    FIELD TICKET ONLY**

EASTERN FISHING & RENTAL TOOLS / PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441    (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| ORDERED BY | JOHN G. VITTITOW | JOB # P-20005 | DATE SHIPPED | 01/03/2020 |
|---|---|---|---|---|

SHIPPED FROM  LAUREL PC

| CUST ORD # | | SHIP VIA | CUSTOMER |
|---|---|---|---|
| TRANS VIA | | JOB TYPE | WELL TEST |

I, _[signature]_
Customer Signature
Representing  SKLAR
Dated  1/6/20  I agree to Terms & Conditions listed in the Eastern Fishing & Rental Tools Price Book.

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport LA 71101 | Sklar Exploration<br>NEAR BROOKLYN<br>CONECUH<br>AL |

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032195 | 13-11 #1 | CCL&T | BROOKLYN | CONECUH | AL |

Page 2 of 3

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental Days | Amount | Each Add'l Day | Returned Qty | Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ DENNIS SCHWAN | 1 | $ 750.00 | | | | 2 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES | 1 | $ 2.50 | | | | 210 |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES | 1 | $ 250.00 | | | | 4 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES - JW | 1 | $ 2.50 | | | | 50 |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES - JW | 1 | $ 250.00 | | | | 4 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES - SM | 1 | $ 2.50 | | | | 50 |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES - SM | 1 | $ 250.00 | | | | 4 |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ RIG UP/DOWN HAND | 1 | $ 750.00 | | | | 2 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES - HAND | 1 | $ 2.50 | | | | 520 |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES - HAND | 1 | $ 250.00 | | | | |
| 1 | PC215 | SPOOL 4 1/16 15M X 2 9/16 5M | 1 | $ 100.00 | | | | 1 |

**NOT AN INVOICE     FIELD TICKET ONLY**

PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441      (601) 649-1454
P.O. Box 935 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| | |
|---|---|
| ORDERED BY  JOHN G. VITTITOW | JOB #  P-20005 |
| SHIPPED FROM   LAUREL PC | DATE SHIPPED  01/03/2020 |
| CUST ORD # | SHIP VIA  CUSTOMER |
| TRANS VIA | JOB TYPE  WELL TEST |

I, _____
Customer Signature
Representing   SKLAR

Dated 1/6/2 agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport LA 71101 | Sklar Exploration<br>NEAR BROOKLYN<br>CONECUH<br>AL |

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

Page 3 of 3

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032195 | 13-11 #1 | CCL&T | BROOKLYN | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental | | Each Add'l Day | Returned | | Days Used |
|---|---|---|---|---|---|---|---|---|
| | | | Days | Amount | | Qty | Date | |
| 1 | SALE ITEM | R27 RING GASKET | 1 | $ 45.00 | | | | 1 |
| 1 | SALE ITEM | BX-155 RING GASKET | 1 | $ 45.00 | | | | 1 |
| 1 | TRANSPORT2 | TRANSPORTATION CHARGES F/ SEPARATOR | 1 | $ 3.30 | | | | 320 |
| 1 | TRANSPORT2 | TRANSPORTATION CHARGES F/ EQUIPMENT TRAILOR | 1 | $ 3.30 | | | | 320 |
| 1 | SALE ITEM | PROPANE FOR FLARE (PER GALLON) | 1 | $ 4.00 | | | | — |
| 1 | TRANSPORT2 | TRANSPORTATION CHARGES FOR FLARESTACK | 1 | $ 3.30 | | | | 320 |
| 1 | MISC ITEMS  operator charges  Scott M. | | 1 | $750.00 | | | | 2 |
| 1 | MISC ITEMS  operator charge  Danny | | 1 | $ 0.00 | | | | 2 |
| 1 | MISC ITEMS | | 1 | $ 0.00 | | | | |

**NOT AN INVOICE**    **FIELD TICKET ONLY**

PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441    (601) 649-1454
P.O. Box 938 Coffeedale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0438

| ORDERED BY  JOHN G. VITTITOW | JOB #  P-20005 | DATE SHIPPED | 01/03/2020 |
|---|---|---|---|
| SHIPPED FROM   LAUREL PC | | | |
| CUST ORD # | | SHIP VIA | CUSTOMER |
| TRANS VIA | | JOB TYPE | WELL TEST |

I, _____
Representing _____
Customer Signature

Dated _____ agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

**FIELD COPY REFLECTS
BOOK PRICES ONLY! ALL
DISCOUNTS WILL BE
REFLECTED ON INVOICE**

Page 3 of 3

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration 401 Edwards Street Suite 1601 Shreveport LA 71101 | Sklar Exploration NEAR BROOKLYN CONECUH AL |

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032195 | 13-11 #1 | CCL&T | BROOKLYN | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental Days | Amount | Each Add'l Day | Returned Qty | Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | SALE ITEM | R-27 RING GASKET | 1 | $ 45.00 | | | | 2 |
| 1 | SALE ITEM | BX-155 RING GASKET | 1 | $ 45.00 | | | | 2 |
| 1 | TRANSPORT2 | TRANSPORTATION CHARGES F/ SEPARATOR | 1 | $ 3.30 | | | | 350 |
| 1 | TRANSPORT2 | TRANSPORTATION CHARGES F/ EQUIPMENT TRAILOR | 1 | $ 3.30 | | | | 350 |
| 1 | SALE ITEM | PROPANE FOR FLARE (PER GALLON) | 1 | $ 4.00 | | | | |
| 1 | TRANSPORT2 | TRANSPORTATION CHARGES FOR FLARESTACK | 1 | $ 3.30 | | | | 350 |
| 1 | MISC ITEMS | | 1 | $ 0.00 | | | | 2 |
| 1 | MISC ITEMS | | 1 | $ 0.00 | | | | 2 |
| 1 | MISC ITEMS | | 1 | $ 0.00 | | | | |

# EASTERN

## FISHING & RENTAL TOOLS

EASTERN FISHING & RENTAL TOOLS

SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO _____ 1
DATE: __01/03/20__

| CUSTOMER | Sklar | JOB NO | P-20005 | COMPANY REP. | John Vittitow |
|---|---|---|---|---|---|

| DISTRICT | Laurel | FIELD | Cedar Creek | LEASE | CCL&T | WELL NO. | 13-1 1 #1 |
|---|---|---|---|---|---|---|---|

RIG _____ HOLE SIZE _____ WORK STRING: _____

HWDP / DC: _____/_____ SUPERVISOR: Dennis Schwan   JOB TYPE: Well Test

WEIGHT ON MILL _____ RPM'S _____ TORQUE: _____

AFE # _____ PKR @ _____ LNR @ _____ P.O. # _____

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 4 | Ocrntor charges @ $750.00 each per/day. ( Dennis S, Scott M, Ken P, Jeremy W. ) | | $3,000.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. | | $750.00 |
| 1 | Transportation charge for Separator @ $3.30 per/mile. 160 miles one way. ( Jeremy W. ) | | $528.00 |
| 1 | Transportation charge for Flarestack @ $3.30 per/mile. 160 miles one way. ( Dennis S. ) | | $528.00 |
| 1 | Transportation charge for Flow iron and Equip. @ $3.30 per/mile. 160 r/t mile. ( Scott M. ) | | $528.00 |
| 1 | Operator charge for extra man to rig up @ $2.50 per/mile. 320 r/t miles. ( Ken P ). | | $800.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TODAY'S COST | $6,134.00 |
| | | PREVIOUS COST | $0.00 |
| | | TOTAL COST | $6,134.00 |

SUPERVISOR. Dennis Schwan _____ COMPANY REP. John Vittitow

## EASTERN FISHING & RENTAL TOOLS

FISHING & RENTAL TOOLS

SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO: 2
DATE: 01/04/20

| CUSTOMER | Sklar | JOB NO. | P-20005 | | COMPANY REP. | | John Vittitow |
|---|---|---|---|---|---|---|---|

| DISTRICT | Laurel | FIELD | Ceadar Creek | LEASE | CCL&T | WELL NO. | 13-11 1 #1 |

| RIG | | HOLE SIZE | | | WORK STRING: | |

| HWDP / DC: | / | SUPERVISOR: | Dennis Schwan | JOB TYPE: | Well Test |

| WEIGHT ON MILL | | RPM'S | | TORQUE: |

| AFE # | | PKR @ | LNR @ | | P.O. # 0 | |

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 3 | Operator chareges @ $750.00 each per/day. ( Dennis S, Scott M, Jeremy W. ) | | $3,000.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. | | $750.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TODAY'S COST | $3,750.00 |
| | | PREVIOUS COST | $6,134.00 |
| | | TOTAL COST | $9,884.00 |

SUPERVISOR. Dennis Schwan                    COMPANY REP. John Vittitow

**EASTERN**

**FISHING & RENTAL TOOLS**

FISHING & RENTAL TOOLS
SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO.    3
DATE:    01/0 5/20

| CUSTOMER | Sklar | JOB NO. | P-20005 | COMPANY REP. | John Vittitow |
|---|---|---|---|---|---|

| DISTRICT | LAUREL | FIELD | Cedar Creek | LEASE | CCL&T | WELL NO. | 13-1 1 #1 |
|---|---|---|---|---|---|---|---|

| RIG | | HOLE SIZE | | WORK STRING: | |
|---|---|---|---|---|---|

| HWDP / DC: | / | SUPERVISOR: | Dennis Schwan | JOB TYPE: | Well Test |
|---|---|---|---|---|---|

| WEIGHT ON MILL | | RPM'S | | TORQUE: | |
|---|---|---|---|---|---|

AFE #          PKR @          LNR @          P.O. #

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 1 | Well Test/Flowback package. ( Dennis S, Scott M. ) | | $2,450.00 |
| 1 | Operator charge. ( Jeremy W. ) | | $750.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. | | $750.00 |
| 3 | Operator mileage charges @ $2.50 per/mile. 150 r/t miles. | | $375.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TODAY'S COST | $4,325.00 |
| | | PREVIOUS COST | $9,884.00 |
| | | TOTAL COST | $14,209.00 |

SUPERVISOR. Dennis Schwan          COMPANY REP.   John Vittitow

Case 20-12377-EEB   Claim 36-1 Part 4   Filed 05/07/20   Desc Exhibit C: MSA &
Invoices    Page 24 of 100

## EASTERN FISHING & RENTAL TOOLS

**FISHING & RENTAL TOOLS**

SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO. ___4___
DATE: ___01/0 6/20___

| CUSTOMER | Sklar | JOB NO | P-20005 | COMPANY REP. | John Vittitow |

| DISTRICT | LAUREL | FIELD | Cedar Creek | LEASE | CCL&T | WELL NO. | 13-1 1 #1 |

| RIG | | HOLE SIZE | | WORK STRING: | |

| HWDP / DC: | / | SUPERVISOR: | Dennis Schwan | JOB TYPE: | Well Test |

| WEIGHT ON MILL | | RPM'S | | TORQUE: | |

| AFE # | | PKR @ | LNR @ | P.O. # | | |

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 1 | Well Test/Flowback package. ( Dennis S, Scott M. ) | | $2,45 0.00 |
| 1 | Operator charge. ( Jeremy W. ) | | $750.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. | | $750.00 |
| 1 | Transportation charge for Separator @ $3.30 per/mile. 160 miles one way. ( Jeremy W. ) | | $528.00 |
| 1 | Transportation charge for Flarestack @ $3.30 per/mile. 160 miles one way. ( Scott M. ) | | $528.00 |
| 1 | Transportation charge for Flow iron and Equip. @ $3.30 per/mile. 160 r/t mile. ( Natahan D.. ) | | $528.00 |
| 1 | Operator charge to help rig down. ( Natahan D. ) | | $750.00 |
| 1 | Operator mileage charge @ $2.50 per/mile, 160 miles one way. ( Dennis S. ) | | $400.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TODAY'S COST | $6,684.00 |
| | | PREVIOUS COST | $14,209.00 |
| | | TOTAL COST | $20,893.00 |

SUPERVISOR. Dennis Schwan                   COMPANY REP.   John Vittitow



INVOICE

| | |
|---|---|
| Invoice No. | PN0027198 |
| Invoiced Date | 1/17/2020 |
| Shipper ID | RS0027198 |
| Order Type | Laurel INV Rental |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | |
| TaxID02 | |
| TaxID03 | |

MAILED
JAN 2 4 2020

P.O. Box 292  Laurel, MS 39441  (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

**SHIP TO:**
Customer:  Sklar Exploration
Well No.  8-4 #1        Lease:      CRAFT-BRYE
Field:   LITTLE CEDAR CREEK
County/Parish:  CONECUH              State   AL

Page 1 of 1

| SHIPPED FROM | SHIP VIA | DRIVER/TRUCK # | TRANSFERED TO/FROM: | | CUSTOMER ORDER # |
|---|---|---|---|---|---|
| LAUREL | Customer Handled | | | | |
| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
| EFRPC | Net 30 Days | RN | Ken Copeland | P-20007 | 1/4/2020 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| PC096 | FLANGE 7 1/16" 5K X 3 1/2 HP | 1/4/2020 | 1/14/2020 | 2.00 | DAY | 75.00 | 0% | 150.00 |
| PC072 | 5 1/2" HP 5K PUMP-IN SUB STANDARD SERVICE | 1/4/2020 | 1/14/2020 | 2.00 | DAY | 100.00 | 0% | 200.00 |
| FB1570 | 2IN 1502 PLUG VALVE 2X1 15K | 1/4/2020 | 1/14/2020 | 2.00 | DAY | 50.00 | 0% | 100.00 |
| PC090 | X-OVER 5 1/2 HP X 2 7/8 BOWEN 5K | 1/4/2020 | 1/14/2020 | 2.00 | DAY | 50.00 | 0% | 100.00 |
| EFR | STUDS & NUTS W/ HAMMER WRENCH | 1/4/2020 | 1/14/2020 | 2.00 | DAY | 25.00 | 0% | 50.00 |
| EFR | 2 7/8" 8RD PUMP-IN SUB W/ 2 X 1 HALCO VALVE | 1/4/2020 | 1/14/2020 | 1.00 | DAY | 125.00 | 0% | 125.00 |
| EFR | 2 7/8" 8RD TIW VALVE | 1/4/2020 | 1/14/2020 | 1.00 | DAY | 603.36 | 25% | 452.52 |

Randy Broadhead  1-22-20

| | |
|---|---|
| Sales Total | 1,177.52 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 47.10 |
| | 1,224.62 |
| Less Paid Amount | 0.00 |
| | 1,224.62 |

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**

NOT AN INVOICE     FIELD TICKET ONLY

**PRESSURE CONTROL**

P.O. Box 292  Laurel, MS 39441    (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| | | |
|---|---|---|
| ORDERED BY KENNY COPELAND | JOB # P-20007 | DATE SHIPPED 01/04/2020 |
| SHIPPED FROM  LAUREL PC | | |
| CUST ORD # | SHIP VIA | CUSTOMER |
| TRANS VIA | JOB TYPE | PRESSURE |

1. _____
Customer Signature
Representing _____

Dated _____ agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration 401 Edwards Street Suite 1601 Shreveport  LA 71101 | Sklar Exploration NEAR BROOKLYN CONECUH AL |

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

Page 1 of 1

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032200 | 8-4 #1 | CRAFT BRYE | BROOKLYN | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Days | Amount | Each Add'l Day | Qty | Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | PC096 | FLANGE 7 1/16" 5K X 5 1/2 HP | 1 | $ 75.00 | | | | 2 |
| 1 | PC072 | 5 1/2" HP 5K PUMP-IN SUB STANDARD SERVICE | 1 | $ 100.00 | | | | 2 |
| 1 | FB1670 | 2IN 1502 PLUG VALVE 2X1 15K | 1 | $ 50.00 | | | | 2 |
| 1 | PC032 | 5 1/2 HP 4.778" ID 5K STANDARD SERVICE RISER 10' | 1 | $ 105.00 | | | | 0 |
| 1 | PC033 | 5 1/2 HP 4.778" ID 5K STANDARD SERVICE RISER 10' | 1 | $ 105.00 | | | | 0 |
| 1 | PC090 | X-OVER 5 1/2 HP X 2 1/2 BOWEN 5K | 1 | $ 50.00 | | | | 2 |
| 1 | SALE ITEM | R-46 RING GASKET | 1 | $ 45.00 | | | Sale | |
| 1 | MISC ITEMS | STUDS, NUTS & HAMMER WRENCH | 1 | $ 25.00 | | | | 2 |
| 1 | MISC ITEMS | 2 7/8 8RD TUBING PUMP IN SUB WITH 2X1 HALCO VALVE | 1 | $ 125.00 | | | | 1 |
| 1 | MISC ITEMS | 2 7/8 8RD TIW VALVE | 1 | $ 603.36 | $ 66.24 | | | 1 |



**INVOICE**

| | |
|---|---|
| Invoice No. | PN0027199 |
| Invoiced Date | 1/17/2020 |
| Shipper ID | RS0027199 |
| Order Type | Laurel INV Rental |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | C-AL-CONEC |
| TaxID02 | |
| TaxID03 | |

EASTERN FISHING & RENTAL TOOLS / PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441    (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

MAILED
JAN 2 4 2020

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

**SHIP TO:**
Customer: Sklar Exploration

| Well No. 8-4 #1 | Lease: | CRAFT-BYRE |
|---|---|---|
| Field: LITTLE CEDAR CREEK | | |
| County/Parish: CONECUH | | State AL |

Page 1 of 1

| SHIPPED FROM | SHIP VIA | DRIVER/TRUCK # | TRANSFERED TO/FROM: | | CUSTOMER ORDER # |
|---|---|---|---|---|---|
| LAUREL | Customer Handled | | | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRPC | Net 30 Days | RN | Ken Copeland | P-20007 | 1/4/2020 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| SALE ITEM | R-46 RING GASKET | 1/4/2020 | 1/4/2020 | 1.00 | EA | 45.00 | 0% | 45.00 |
| INSPECTIONS | INSPECTION SERVICES ON EFR TOOLS PER CONN | 1/17/2020 | 1/17/2020 | 24.00 | EA | 25.00 | 0% | 600.00 |
| SALE ITEM | SEAL KIT F/ TIW VALVE | 1/17/2020 | 1/17/2020 | 1.00 | EA | 95.00 | 0% | 95.00 |
| ENVIROMENTAL | ENVIRONMENTAL & WASTE DISPOSAL CHARGES | 1/17/2020 | 1/17/2020 | 1.00 | EA | 18.17 | 0% | 18.17 |

*Randy Broadhead 1-22-20*

| | |
|---|---|
| Sales Total | 758.17 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 8.40 |
| | 766.57 |
| Less Paid Amount | 0.00 |
| | 766.57 |

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**

**NOT AN INVOICE    FIELD TICKET ONLY**

PRESSURE CONTROL

EASTERN FISHING & RENTAL TOOLS

P.O. Box 292 Laurel, MS 39441 (601) 649-1454
P.O. Box 938 Cottondale, AL 35453 (205) 556-8000
P.O. Box 4618 Longview, TX 75606 (903) 653-0430

| ORDERED BY KENNY COPELAND | JOB # P-20007 | DATE SHIPPED | 01/04/2020 |
| SHIPPED FROM  LAUREL PC | | | |
| CUST ORD # | | SHIP VIA | CUSTOMER |
| TRANS VIA | | JOB TYPE | PRESSURE |

I, _Ron Cleland_
Customer Signature
Representing _Sklar Exploration_

Dated _1/14/20_ agree to Terms & Conditions listed in the Eastern Fishing & Rental Tools Price Book.

Page 1 of 1

| SOLD TO | SHIP TO |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport LA 71101 | Sklar Exploration<br>NEAR BROOKLYN<br>CONECUH<br>AL |

**FIELD COPY REFLECTS BOOK PRICES ONLYI ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032200 | 8-4 #1 | CRAFT BRYE | BROOKLYN Little Cedar Creek | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental Days | Minimum Rental Amount | Each Add'l Day | Returned Qty | Returned Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | PC096 | FLANGE 7 1/16" 5K X 5 1/2 HP | 1 | $ 75.00 | | | | 2 |
| 1 | PC072 | 5 1/2" HP 5K PUMP-IN SUB STANDARD SERVICE | 1 | $ 100.00 | | | | 2 |
| 1 | FB1670 | 2IN 1502 PLUG VALVE 2X1 15K | 1 | $ 50.00 | | | | 2 |
| 1 | PC032 | 5 1/2 HP 4.778" ID 5K STANDARD SERVICE RISER 10' | 1 | $ 105.00 | | | | 0 |
| 1 | PC033 | 5 1/2 HP 4.778" ID 5K STANDARD SERVICE RISER 10' | 1 | $ 105.00 | | | | 0 |
| 1 | PC090 | X-OVER 5 1/2 HP X 2 1/2 BOWEN 5K | 1 | $ 50.00 | | | | 2 |
| 1 | SALE ITEM | R-46 RING GASKET | | $ 45.00 | | | Sale | 1 |
| 1 | MISC ITEMS | STUDS, NUTS & HAMMER WRENCH | | $ 25.00 | | | | 2 |
| 1 | MISC ITEMS | 2 7/8 8RD TUBING PUMP IN SUB WITH 2X1 HALCO VALVE | 1 | $ 125.00 | | | | 1 |
| 1 | MISC ITEMS | 2 7/8 8RD TIW VALVE | 1 | $ 603.36 | $ 66.24 | | Not Returned | 1 |



MAILED
FEB 0 6 2020

**INVOICE**

| | |
|---|---|
| Invoice No. | PN0027297 |
| Invoiced Date | 1/31/2020 |
| Shipper ID | RS0027297 |
| Order Type | Laurel INV Rental |
| Customer ID | SKLAR |
| TaxID00 | S-MS |
| TaxID01 | |
| TaxID02 | |
| TaxID03 | |

P.O. Box 292  Laurel, MS 39441  (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

**SHIP TO:**
Customer:  Sklar Exploration

Well No.  30-11 #1         Lease:    MCCLEOD

Field:   HARMONY

County/Parish:  CLARKE              State   MS        Page 1 of 1

| SHIPPED FROM | SHIP VIA | DRIVER/TRUCK # | TRANSFERED TO/FROM: | | CUSTOMER ORDER # |
|---|---|---|---|---|---|
| LAUREL | Customer Handled | | | | |

| FOB ID | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRPC | Net 30 Days | RN | John Vittitow | P-20017 | 1/15/2020 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| MISC ITEMS | 2 7/8" 8RD TUBING SWIVEL PACKAGE | 1/15/2020 | 1/16/2020 | 2.00 | EA | 850.00 | 0% | 1,700.00 |
| INSPECTIONS | INSPECTION SERVICES ON EFR TOOLS PER CONN | 1/31/2020 | 1/31/2020 | 14.00 | EA | 25.00 | 0% | 350.00 |
| ROBINE | ROBINE & WELCH MACHINE (REPAIR CHARGES) | 1/31/2020 | 1/31/2020 | 1.00 | EA | 162.50 | 0% | 162.50 |
| ENVIRONMENTAL | ENVIRONMENTAL & WASTE DISPOSAL CHARGES | 1/31/2020 | 1/31/2020 | 1.00 | EA | 22.12 | 0% | 22.12 |

Randy Broadhead  2-4-20

| | |
|---|---|
| Sales Total | 2,234.62 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 156.42 |
| | 2,391.04 |
| Less Paid Amount | 0.00 |
| | 2,391.04 |

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**

**NOT AN INVOICE    FIELD TICKET ONLY**

| | |
|---|---|
| ORDERED BY  JOHN G. VITTITOW | JOB #  P-20017 | DATE SHIPPED  01/15/2020 |

PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441    (601) 649-1454
P.O. Box 735 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

SHIPPED FROM  PC SHOP

CUST ORD #                                    SHIP VIA        CUSTOMER

TRANS VIA                                      JOB TYPE        RENTAL

I, _____
Customer Signature
Representing  SKLAR

Dated: 1/21/20 agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport  LA  71101 | Sklar Exploration<br>NEAR QUITMAN<br>CLARKE<br>MS |

**FIELD COPY REFLECTS
BOOK PRICES ONLY! ALL
DISCOUNTS WILL BE
REFLECTED ON INVOICE**

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032264 | 30-11 #1 | McLEOD | HARMONY | CLARKE | MS |

Page 1 of 1

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental | | Each Add'l Day | Returned | | Days Used |
|---|---|---|---|---|---|---|---|---|
| | | | Days | Amount | | Qty | Date | |
| 1 | MISC ITEMS<br>1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 | 2 7/8 8rd TUBING SWIVEL PACKAGE | 1 | $ 850.00 | | | | 2 |
| 1 | MISC ITEMS<br>1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 | 2 7/8 TUBING SWIVEL | 1 | $ 0.00 | | | | 2 |
| 1 | MISC ITEMS<br>1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 | 2 7/8 8rd BXP PUMP-IN SUB | 1 | $ 0.00 | | | | 2 |
| 1 | FB923<br>1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 | 2" 1502 PLUG VALVE 2X1 15K | 1 | $ 0.00 | | | | 2 |
| 1 | MISC ITEMS<br>1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 | 2 7/8 8rd PUP JOINT (2' LONG) | 1 | $ 0.00 | | | | 2 |

Hold For damages on inspection (RB)



P.O. Box 292  Laurel, MS 39441    (601) 649-1454
P.O. Box 938 Cottondale, AL 35453 (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

**MAILED**
FEB 0 6 2020

| | INVOICE |
|---|---|
| Invoice No | PN0027310 |
| Invoiced Date | 1/31/2020 |
| Shipper ID | RS0027310 |
| Order Type | Laurel INV Rental |
| Customer ID | SKLAR |
| TaxID00 | ·S-AL |
| TaxID01 | |
| TaxID02 | |
| TaxID03 | |

| BILL TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport, LA 71101 | Customer: Sklar Exploration |
| | Well No.  8-4 #1     Lease:     CRAFT BRYE |
| | Field:    LITTLE CEDAR CREEK |
| | County/Parish:  CONECUH                   State   AL      Page 1 of 1 |

| SHIPPED FROM | SHIP VIA | DRIVER/TRUCK # | TRANSFERED TO/FROM: | | CUSTOMER ORDER # |
|---|---|---|---|---|---|
| LAUREL | Customer Handled | | | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRPC | Net 30 Days | RN | Ken Copeland | P-20004A | 1/3/2020 |

| EQUIPMENT ID: | DESCRIPTION | | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| FL3 | 10K EXTENDABLE BOOM FORKLIFT | | 1/3/2020 | 1/15/2020 | 13.00 | DAY | 200.00 | 0% | 2,600.00 |

*Randy Broadhead  2-4-20*

| | |
|---|---|
| Sales Total | 2,600.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 104.00 |
| | 2,704.00 |
| Less Paid Amount | 0.00 |
| | 2,704.00 |

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**



NOT AN INVOICE    FIELD TICKET ONLY

PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441      (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| ORDERED BY KENNY COPELAND | JOB # P-20004 | DATE SHIPPED | 01/03/2020 |
| SHIPPED FROM    LAUREL PC | | | |
| CUST ORD # | | SHIP VIA | CUSTOMER |
| TRANS VIA | | JOB TYPE | RENTAL |

I, Ken [signature] Representing Sklar Exploration

Dated 1/9/20 agree to Terms & Conditions listed in the Eastern Fishing & Rental Tools Price Book.

**SOLD TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport LA 71101

**SHIP TO:**
Sklar Exploration
NEAR BROOKLYN
CONECUH
AL

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
| PO0032186 | Craft Brye 32-9 #1 | | BROOKLYN | CONECUH | AL |

Page 1 of 1

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental | | Each Add'l Day | Returned | | Days Used |
| | | | Days | Amount | | Qty | Date | |
|---|---|---|---|---|---|---|---|---|
| 1 | MISC ITEMS | 10K EXTEND-A-BOOM FORKLIFT | | | 1 | $ 200.00 | | | 18 |

Craft Brye #1          CCL+T 32-9 #1
13-days                  5 days

Exhibit: USA

05/07/20
of 100

File 20-9-#1
Page 4
Part 4
Claim
Case 20-12377-EEB



**MAILED**

FEB 0 6 2020

| INVOICE | |
|---|---|
| Invoice No. | PN0027311 |
| Invoiced Date | 1/31/2020 |
| Shipper ID | RS0027311 |
| Order Type | Laurel INV Rental |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | |
| TaxID02 | |
| TaxID03 | |

P.O. Box 292  Laurel, MS 39441  (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| BILL TO: | SHIP TO: | | |
|---|---|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport, LA 71101 | Customer: Sklar Exploration | | |
| | Well No. 32-9 #1 | Lease: CCL&T | |
| | Field: BROOKLYN | | |
| | County/Parish: CONECUH | State AL | Page 1 of 1 |

| SHIPPED FROM | SHIP VIA | DRIVER/TRUCK # | TRANSFERED TO/FROM: | | CUSTOMER ORDER # |
|---|---|---|---|---|---|
| LAUREL | Customer Handled | | | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRPC | Net 30 Days | RN | Ken Copeland | P-20004B | 1/16/2020 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| FL3 | 10K EXTENDABLE BOOM FORKLIFT | 1/16/2020 | 1/20/2020 | 5.00 | DAY | 200.00 | 0% | 1,000.00 |
| ENVIROMENTAL | ENVIRONMENTAL & WASTE DISPOSAL CHARGES | 1/31/2020 | 1/31/2020 | 1.00 | EA | 36.00 | 0% | 36.00 |

Randy Broadhead   2-4-20

| | |
|---|---|
| Sales Total | 1,036.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 40.00 |
| | 1,076.00 |
| Less Paid Amount | 0.00 |
| | 1,076.00 |

**Remit Payment: P.O. Box 292 Laurel, MS 39441**

EASTERN / PRESSURE CONTROL
PUMPS & RENTAL TOOLS

P.O. Box 292  Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75605  (903) 653-0430

**NOT AN INVOICE — FIELD TICKET ONLY**

| ORDERED BY KENNY COPELAND | JOB # P-20004 | DATE SHIPPED | 01/03/2020 |
|---|---|---|---|
| SHIPPED FROM   LAUREL PC | | | |
| CUST ORD # | | SHIP VIA | CUSTOMER |
| TRANS VIA | | JOB TYPE | RENTAL |

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport LA 71101 | Sklar Exploration<br>NEAR BROOKLYN<br>CONECUH<br>AL |

I, _Ken Copland_
Customer's Signature
Representing _Sklar Exploration_

Dated _1/9/20_ agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

Page 1 of 1

**FIELD COPY REFLECTS
BOOK PRICES ONLY! ALL
DISCOUNTS WILL BE
REFLECTED ON INVOICE**

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032186 | Craft Bryce | 30-9 #1 | BROOKLYN | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental | | Each Add'l Day | Returned | | Days Used |
|---|---|---|---|---|---|---|---|---|
| | | | Days | Amount | | Qty | Date | |
| 1 | MISC ITEMS | 1 UNK EXTEND-A-BOOM FORKLIFT | | | 1 | | | 18 |

Craft Brye
7 #1

13-days

CCL+T
32-9 #1

5 days

$ 200.00

Case 20-12377-EEB  Claim 33-1 Part 4  Filed 05/07/20  Page 80 of 100  Debtor: EFSA USA



**EASTERN FISHING & RENTAL TOOLS / PRESSURE CONTROL**

MAILED
FEB 0 6 2020

P.O. Box 292  Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| INVOICE | |
|---|---|
| Invoice No. | PN0027312 |
| Invoiced Date | 1/31/2020 |
| Shipper ID | RS0027312 |
| Order Type | Laurel INV Rental |
| Customer ID | SKLAR |
| TaxID00 | S-MS |
| TaxID01 | |
| TaxID02 | |
| TaxID03 | |

| BILL TO: | SHIP TO: | | |
|---|---|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport, LA 71101 | Customer:  Sklar Exploration | | |
| | Well No.  30-11 #1 | Lease:  MCCLEOD | |
| | Field:  HARMONY | | |
| | County/Parish:  CLARKE | State  MS | Page 1 of 1 |

| SHIPPED FROM | SHIP VIA | DRIVER/TRUCK # | TRANSFERED TO/FROM: | | CUSTOMER ORDER # |
|---|---|---|---|---|---|
| LAUREL  , | Customer Handled | | | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRPC | Net 30 Days | RN | John Vittitow | P-20014 | 1/10/2020 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| FL1 | 10K EXTENDABLE BOOM FORKLIFT | 1/10/2020 | 1/31/2020 | 22.00 | DAY | 200.00 | 0% | 4,400.00 |
| ENVIRONMENTAL | ENVIRONMENTAL & WASTE DISPOSAL CHARGES | 1/31/2020 | 1/31/2020 | 1.00 | EA | 44.00 | 0% | 44.00 |

*Randy Broadhead  2-4-20*

| | |
|---|---|
| Sales Total | 4,444.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 311.08 |
| | 4,755.08 |
| Less Paid Amount | 0.00 |
| | 4,755.08 |

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**

Case 20-12377-EEB    Claim 36-1 Part 4    Filed 05/14/20    Desc Exhibit C: MSA & Invoices    Page 36 of 1

# NOT AN INVOICE    FIELD TICKET ONLY

PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441   (601) 649-4564
P.O. Box 518 Cottondale, AL 35453 (205) 556-8000
P.O. Box 4618 Longview, TX 75606 (903) 653-0409

| | |
|---|---|
| **SOLD TO:** | |
| Sklar Exploration | |
| 401 Edwards Street | |
| Suite 1601 | |
| Shreveport, LA 71101 | |

**EASTERN ORDER #** PO00-22230

| | | | | |
|---|---|---|---|---|
| **WELL #** 30-11 #1 | **LEASE** MCLEOD | **FIELD** HARMONY | **COUNTY/PARISH** CLARKE | **STATE** MS |

**SHIP TO:**

Sklar Exploration
NEAR QUITMAN
CLARKE
MS

| ORDERED BY JOHN G. VITTITOW | JOB # P-20074 | DATE SHIPPED 01/10/2020 |
|---|---|---|
| SHIPPED FROM  LAUREL PC | | |
| CUST ORD # | SHIP VIA | CUSTOMER |
| TRANS VIA | JOB TYPE | RENTAL |

Dated __1/10/20__ agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

Customer Signature
Representing  SKLAR

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental | | Each Add'l Day | | Returned | | Days Used |
|---|---|---|---|---|---|---|---|---|---|
| | | | Days | Amount | Qty | Day | Date | | |
| 1 | | FORK EXTENDS-BOOM JLG FORKLIFT | 1 | $ 200.00 | | | | | |

MISC ITEMS
1 2 3 4 5 6 7 8 9 10

Page 1 of 1

**FIELD COPY REFLECTS
BOOK PRICES ONLY! ALL
DISCOUNTS WILL BE
REFLECTED ON INVOICE**



**EASTERN** TESTING & RENTAL TOOLS / **PRESSURE CONTROL**

P.O. Box 292  Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

MAILED
FEB 1 1 2020

| | INVOICE |
|---|---|
| Invoice No. | RN0027365 |
| Invoiced Date | 2/4/2020 |
| Shipper ID | RS0027365 |
| Order Type | Laurel INV Rental |
| Customer ID | SKLAR |
| TaxID00 | S-MS |
| TaxID01 | |
| TaxID02 | |
| TaxID03 | |

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

**SHIP TO:**
Customer:  Sklar Exploration
Well No.  30-11 #1          Lease:   MCCLEOD ETAL
Field:   SOUTH PLEASANT RIDGE
County/Parish:  CLARKE                    State    MS          Page 1 of 2

| SHIPPED FROM | SHIP VIA | DRIVER/TRUCK # | TRANSFERED TO/FROM | | CUSTOMER ORDER # | |
|---|---|---|---|---|---|---|
| LAUREL | Customer Handled | | | | | |
| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED | |
| EFRLAU | Net 30 Days | RN | John Vittitow | L-20006 | 1/10/2020 | |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| PS-020 | TRAILOR MT BOWEN POWER SWIVEL 85 TON 2 7/8" IF PIN | 1/10/2020 | 1/31/2020 | 12.00 | DAY | 700.00 | 0% | 8,400.00 |
| EFR | 5/8" X 75' LNG SNUBLINE W/ TAIL CHAIN & HOOK | 1/10/2020 | 1/31/2020 | 1.00 | DAY | 150.00 | 25% | 112.50 |
| 3850 | VALVE LOWER KELLY TYPE W/ 2 7/8 IF CON | 1/10/2020 | 1/31/2020 | 1.00 | DAY | 603.36 | 25% | 452.52 |
| 3850 | VALVE LOWER KELLY TYPE W/ 2 7/8 IF CON | 1/10/2020 | 1/31/2020 | 7.00 | DAY | 66.24 | 25% | 347.76 |
| 2587 | SUB RTY X-O 2 7/8 IF BX X 2 7/8 8RD PIN | 1/10/2020 | 1/31/2020 | 1.00 | DAY | 47.52 | 25% | 35.64 |
| 2587 | SUB RTY X-O 2 7/8 IF BX X 2 7/8 8RD PIN | 1/10/2020 | 1/31/2020 | 11.00 | DAY | 25.92 | 25% | 213.84 |
| SALE ITEM | 2 7/8 RUBBERS (SALE 3) | 1/10/2020 | 1/13/2020 | 3.00 | EA | 150.00 | 0% | 450.00 |
| V-2037 | SUB RTY X-O 2 7/8 8RD BX X 2 3/8 IF PIN | 1/10/2020 | 1/31/2020 | 1.00 | DAY | 47.52 | 25% | 35.64 |
| V-2037 | SUB RTY X-O 2 7/8 8RD BX X 2 3/8 IF PIN | 1/10/2020 | 1/31/2020 | 14.00 | DAY | 25.92 | 25% | 272.16 |
| 5030 | COLLAR RTY DRILL 3 1/2 OD 27# W/ 2 3/8" IF CON 30' LNG (4) | 1/10/2020 | 1/31/2020 | 1.00 | DAY | 973.44 | 25% | 730.08 |
| 5030 | COLLAR RTY DRILL 3 1/2 OD 27# W/ 2 3/8" IF CON 30' LNG (4) | 1/10/2020 | 1/31/2020 | 10.00 | DAY | 103.68 | 25% | 777.60 |
| EFR | 2 3/8 IF LIFT SUBS (2) | 1/10/2020 | 1/31/2020 | 1.00 | DAY | 66.24 | 25% | 49.68 |
| EFR | 2 3/8 IF LIFT SUBS (2) | 1/10/2020 | 1/31/2020 | 14.00 | DAY | 11.52 | 25% | 120.96 |
| EFR | 5 SEGMENT TYPE T SAFETY CLAMP W/ WRENCH | 1/10/2020 | 1/31/2020 | 1.00 | DAY | 224.64 | 25% | 168.48 |
| EFR | 5 SEGMENT TYPE T SAFETY CLAMP W/ WRENCH | 1/10/2020 | 1/31/2020 | 14.00 | DAY | 47.52 | 25% | 498.96 |

Continued

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**

*2/11/20*



**INVOICE**

| | |
|---|---|
| Invoice No | RN0027365 |
| Invoiced Date | 2/4/2020 |
| Shipper ID | RS0027365 |
| Order Type | Laurel INV Rental |
| Customer ID | SKLAR |
| TaxID00 | S-MS |
| TaxID01 | |
| TaxID02 | |
| TaxID03 | |

TESTRAC FISHING & RENTAL TOOLS / PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441    (601) 649-1454
P.O. Box 938 Cottondale, AL 35453 (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA  71101

**SHIP TO:**
Customer:  Sklar Exploration
Well No.  30-11 #1       Lease:   MCCLEOD ETAL
Field:   SOUTH PLEASANT RIDGE
County/Parish:  CLARKE          State   MS          Page 2 of 2

| SHIPPED FROM | SHIP VIA | DRIVER/TRUCK # | TRANSFERED TO/FROM: | CUSTOMER ORDER # |
|---|---|---|---|---|
| LAUREL | Customer Handled | | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRLAU | Net 30 Days | RN | John Vittitow | L-20006 | 1/10/2020 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 2381 | MILL CARB (X-Bar) W/ 2 3/8 IF BX  4 5/8 OD 29" LNG | 1/10/2020 | 1/31/2020 | 1.00 | DAY | 2,937.06 | 25% | 2,202.80 |
| 1363 | MILL JUNK TYPE CARB (X-Bar) W/ 2 3/8 IF BX CON  4 5/8" OD | 1/15/2020 | 1/31/2020 | 1.00 | DAY | 2,937.06 | 25% | 2,202.80 |
| SALE ITEM | WASHPIPE & PACKING F/SWIVEL | 2/4/2020 | 2/4/2020 | 1.00 | EA | 995.00 | 0% | 995.00 |
| SALE ITEM | SEAL KIT F/ LOWER KELLY VALVE | 2/4/2020 | 2/4/2020 | 1.00 | EA | 85.00 | 0% | 85.00 |
| INSPECTIONS | INSPECTION SERVICES ON EFR TOOLS PER CONN | 2/4/2020 | 2/4/2020 | 26.00 | EA | 25.00 | 0% | 650.00 |
| ROBINE | ROBINE & WELCH MACHINE (REPAIR CHARGES) | 2/4/2020 | 2/4/2020 | 1.00 | EA | 812.50 | 0% | 812.50 |
| ENVIROMENTAL | ENVIRONMENTAL & WASTE DISPOSAL CHARGES | 2/4/2020 | 2/4/2020 | 1.00 | EA | 196.13 | 0% | 196.13 |

| | |
|---|---|
| Sales Total | 19,810.05 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 1,386.70 |
| | 21,196.75 |
| Less Paid Amount | 0.00 |
| | 21,196.75 |

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**

EFR Exhibit C: MSA
Filed 08/07/20
Part 4 Page 38 of
Case 20-1

**NOT AN INVOICE     FIELD TICKET ONLY**

FISHING & RENTAL TOOLS / PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441    (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| ORDERED BY | JOHN G. VITTITOW | JOB # | L-20006 | DATE SHIPPED | 01/10/2020 |
|---|---|---|---|---|---|
| SHIPPED FROM | LAUREL,MS | | | | |
| CUST ORD # | | | | SHIP VIA | CUSTOMER |
| TRANS VIA | | | | JOB TYPE | RENTAL |

I, _____
_____ Customer Signature
Representing _____

Dated _____ agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

**Page 1 of 2**

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport LA 71101 | Sklar Exploration<br>NEAR PACHUTA<br>CLARKE<br>MS |

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| RO0032232 | 30-11 #1 | MCLEOD ETAL | | CLARKE | MS |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental Days | Minimum Rental Amount | Each Add'l Day | Returned Qty | Returned Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | EFR | 2 7/8 8RD TIW VALVE | 5 | $ 603.36 | $ 66.24 | | | 0 |
| 1 | EFR | 2 7/8 8RD PUMP IN SUB W/ 1502 THREAD HALF | 1 | $ 126.72 | $ 31.68 | | | 0 |
| 1 | PS-020 | TRAILOR MT BOWEN POWER SWIVEL 85 TON 2 7/8" IF PIN | 1 | $ 1,056.00 | | | | 12 |
| 1 | EFR | 2" X 50' LNG CIRCULATING HOSE W/ 1502 UNIONS | 1 | $ 237.60 | $ 119.52 | | | 0 |
| 1 | EFR | 5/8" X 75' LNG SNUBLINE W/ TAIL CHAIN & HOOK | 1 | $ 150.00 | | | | 1 |
| 1 | 3850 | VALVE LOWER KELLY TYPE W/ 2 7/8 IF CON | 5 | $ 603.36 | $ 66.24 | | | 12 |
| 1 | 2587 | SUB RTY X-O 2 7/8 IF BX X 2 7/8 8RD PIN | 1 | $ 47.52 | $ 25.92 | | | 12 |
| 1 | EFR | SUB RTY X-O 2 7/8 IF BX X 2 7/8 8RD PIN | 1 | $ 47.52 | $ 25.92 | | | 0 |
| 3 | SALE ITEM | 2 7/8 HALLS HEAD RUBBERS EACH | 1 | $ 150.00 | | | | Sale 3 |
| 1 | V-2037 | SUB RTY X-O 2 7/8 8RD BX X 2 3/8 IF PIN | 1 | $ 47.52 | $ 25.92 | | | 15 |
| 4 | 5030 | COLLAR RTY DRILL 3 1/2" OD 27# W/ 2 3/8" IF CON 30' LNG | 5 | $ 973.44 | $ 103.68 | | | 15 |

**NOT AN INVOICE     FIELD TICKET ONLY**

PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441      (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| ORDERED BY | JOHN G. VITTITOW | JOB # | L-20006 | DATE SHIPPED | 01/10/2020 |
|---|---|---|---|---|---|

| SHIPPED FROM | LAUREL,MS |
|---|---|

| CUST ORD # | | SHIP VIA | CUSTOMER |
|---|---|---|---|

| TRANS VIA | | JOB TYPE | RENTAL |
|---|---|---|---|

I, _____
              Customer Signature
Representing _____

Dated _____ agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

**SOLD TO:**

Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport  LA  71101

**SHIP TO:**

Sklar Exploration
NEAR PACHUTA
CLARKE
MS

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

Page 2 of 2

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| RO0032232 | 30-11 #1 | MCLEOD ETAL | | CLARKE | MS |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental | | Each Add'l Day | Returned | | Days Used |
|---|---|---|---|---|---|---|---|---|
| | | | Days | Amount | | Qty | Date | |
| 2 | EFR | 6 FT SUB DRILL COLLAR TYPE W/ 2 3/8 IF PIN | 1 | $ 66.24 | $ 11.52 | | | 15 |
| 1 | EFR | 5 SEGMENT TYPE T SAFETY CLAMP W/ WRENCH | 1 | $ 224.64 | $ 47.52 | | | 15 |
| 1 | 2381 | MILL CARB (X-Bar) W/ 2 3/8 IF BX , 4 5/8 OD 29" LNG | 1 | $ 2,937.06 | | | | 1 |

Case 20-12377  Doc 36-1 Part 4  Description: MSA & Invoices  Page 40 of 119  Filed 05/01/20



## NOT AN INVOICE    FIELD TICKET ONLY

FISHING & RENTAL TOOLS / PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441      (601) 649-1454
P.O. Box 938 Collondale, AL 36453  (705) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| ORDERED BY  JOHN G. VITTITOW | JOB #  L-20006 | DATE SHIPPED | 01/15/2020 |
| SHIPPED FROM   LAUREL | | | |
| CUST ORD # | | SHIP VIA | CUSTOMER |
| TRANS VIA | | JOB TYPE | RENTAL |

I, _____
                                Customer Signature
Representing  Sklar

Dated 1/31/20  agree to Terms & Conditions listed in the Eastern Fishing & Rental Tools Price Book.

**SOLD TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport  LA  71101

**SHIP TO:**
Sklar Exploration
NEAR PACHUTA
CLARKE
MS

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
| RO0032243 | 30-11 #1 | MCLEOD ETAL | | CLARKE | MS |

Page 1 of 1

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental | | Each Add'l Day | Returned | | Days Used |
| | | | Days | Amount | | Qty | Date | |
|---|---|---|---|---|---|---|---|---|
| 1 | 1363 | MILL JUNK TYPE CARB (X-Bar) W/ 2 3/8in IF BX CON  4-5/8" OD | 1 | $ 2,937.06 | | | | 1 |

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31



**PRESSURE CONTROL**

FISHING & RENTAL TOOLS

P.O. Box 292  Laurel, MS 39441      (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606   (903) 653-0430

**MAILED**
FEB 11 2020

| INVOICE | |
|---|---|
| Invoice No. | RN0027366 |
| Invoiced Date | 2/4/2020 |
| Shipper ID | RS0027366 |
| Order Type | Laurel INV Fishing |
| Customer ID | SKLAR |
| TaxID00 | S-MS |
| TaxID01 | |
| TaxID02 | |
| TaxID03 | |

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

**SHIP TO:**
Customer:  Sklar Exploration
Well No.  30-11 #1          Lease:   MCLEOD ETAL
Field:   SOUTH PLEASANT RIDGE
County/Parish:   CLARKE              State   MS

Page 1 of 4

| SHIPPED FROM | SHIP VIA | DRIVER/TRUCK # | TRANSFERED TO/FROM: | | CUSTOMER ORDER # |
|---|---|---|---|---|---|
| LAUREL | Customer Handled | | | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRLAU | Net 30 Days | RN | John Vittitow | L-20013 | 1/16/2020 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| LAB-SUPER-12HR | OPERATOR CHARGES EJ BEACH | 1/16/2020 | 1/28/2020 | 12.00 | DAY | 1,200.00 | 0% | 14,400.00 |
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES | 1/16/2020 | 1/28/2020 | 1,008.00 | MILE | 2.50 | 0% | 2,520.00 |
| 7591 | PIPE W-O 4 1/2" OD 14.984 WASHPIPE PER JT | 1/16/2020 | 1/31/2020 | 14.00 | DAY | 296.36 | 25% | 3,111.78 |
| 7591 | PIPE W-O 4 1/2" OD 14.984 WASHPIPE PER JT | 1/16/2020 | 1/31/2020 | 46.00 | DAY | 183.52 | 25% | 6,331.44 |
| EFR | 4 1/2" WP LIFT PLUGS EACH | 1/16/2020 | 1/31/2020 | 38.00 | DAY | 20.16 | 25% | 574.56 |
| 1155 | BSH WP TOP 4 1/2in WP PIN X 2 3/8in IF BX | 1/16/2020 | 1/31/2020 | 1.00 | DAY | 311.04 | 25% | 233.28 |
| 1155 | BSH WP TOP 4 1/2in WP PIN X 2 3/8in IF BX | 1/16/2020 | 1/31/2020 | 8.00 | DAY | 167.04 | 25% | 1,002.24 |
| 591 | SPIDER TUBING TYPE C 1/2in ORTCO F/ 4 1/2" | 1/16/2020 | 1/31/2020 | 1.00 | DAY | 115.20 | 25% | 86.40 |
| 591 | SPIDER TUBING TYPE C 1/2in ORTCO F/ 4 1/2" | 1/16/2020 | 1/31/2020 | 7.00 | DAY | 59.04 | 25% | 309.96 |
| V-1026 | 4 1/2 DOUBLE LATCH SIDE DOOR ELEVATOR | 1/16/2020 | 1/31/2020 | 1.00 | DAY | 116.64 | 25% | 87.48 |
| V-1026 | 4 1/2 DOUBLE LATCH SIDE DOOR ELEVATOR | 1/16/2020 | 1/31/2020 | 7.00 | DAY | 34.56 | 25% | 181.44 |
| EFR | 8 SEGMENT TYPE C SAFETY CLAMP | 1/16/2020 | 1/31/2020 | 1.00 | DAY | 224.64 | 25% | 168.48 |
| EFR | 8 SEGMENT TYPE C SAFETY CLAMP | 1/16/2020 | 1/31/2020 | 7.00 | DAY | 47.52 | 25% | 249.48 |
| EFRT-684 | SHOE RTY 4 1/2 WP W/ 4 5/8" OD TOOTH TYPE | 1/16/2020 | 1/31/2020 | 1.00 | DAY | 1,884.78 | 25% | 1,413.59 |
| 4231 | SHOE-RTY W/ 4 1/2 WP BX CON  4 5/8" OD X 3 21/32" ID SCALLOP | 1/16/2020 | 1/31/2020 | 1.00 | DAY | 1,884.78 | 25% | 1,413.59 |

**Continued**

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**



# EASTERN FISHING & RENTAL TOOLS / PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441    (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

## INVOICE

| | |
|---|---|
| Invoice No. | RN0027366 |
| Invoiced Date | 2/4/2020 |
| Shipper ID | RS0027366 |
| Order Type | Laurel INV Fishing |
| Customer ID | SKLAR |
| TaxID00 | S-MS |
| TaxID01 | |
| TaxID02 | |
| TaxID03 | |

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

**SHIP TO:**

| | |
|---|---|
| Customer: | Sklar Exploration |
| Well No. 30-11 #1 | Lease: MCLEOD ETAL |
| Field: SOUTH PLEASANT RIDGE | |
| County/Parish: CLARKE | State MS |

Page 2 of 4

| SHIPPED FROM | SHIP VIA | DRIVER/TRUCK # | TRANSFERED TO/FROM | CUSTOMER ORDER # |
|---|---|---|---|---|
| LAUREL | Customer Handled | | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRLAU | Net 30 Days | RN | John Vittitow | L-20013 | 1/16/2020 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| V-1597 | 4 9/16IN OD S/150 O/SH W/ 2 7/8 8RD | 1/16/2020 | 1/31/2020 | 1.00 | DAY | 790.56 | 25% | 592.92 |
| V-1597 | 4 9/16IN OD S/150 O/SH W/ 2 7/8 8RD | 1/16/2020 | 1/31/2020 | 3.00 | DAY | 374.40 | 25% | 842.40 |
| 2547 | SUB RTY X-O 2 3/8 IF BX X 2 7/8 8RD PIN | 1/16/2020 | 1/31/2020 | 1.00 | DAY | 47.52 | 25% | 35.64 |
| SALE ITEM | 3 3/32" BASKET GRAPPLE #6662 (SALE 1) | 1/16/2020 | 1/21/2020 | 1.00 | EA | 650.00 | 0% | 650.00 |
| SALE ITEM | 3 21/32" SPIRAL GRAPPLE #6662 (SALE 2) | 1/16/2020 | 1/25/2020 | 2.00 | EA | 465.00 | 0% | 930.00 |
| SALE ITEM | PLAIN BASKET CONTROL #6674 | 1/16/2020 | 1/21/2020 | 1.00 | EA | 218.00 | 0% | 218.00 |
| SALE ITEM | SPIRAL CONTROL #6674 (SALE 1) | 1/16/2020 | 1/24/2020 | 1.00 | EA | 154.00 | 0% | 154.00 |
| EFR | 2 1/2" ID STEEL STOP | 1/16/2020 | 1/31/2020 | 1.00 | DAY | 113.76 | 25% | 85.32 |
| EFR | 3 1/2" ID STEEL STOP | 1/16/2020 | 1/31/2020 | 3.00 | DAY | 113.76 | 25% | 255.96 |
| EFR-O-162 | SUPERIOR OIL JAR 3 3/4" OD W/ 2 3/8 IF CON | 1/16/2020 | 1/31/2020 | 1.00 | DAY | 2,640.00 | 25% | 1,980.00 |
| EFR-O-162 | SUPERIOR OIL JAR 3 3/4" OD W/ 2 3/8 IF CON | 1/16/2020 | 1/31/2020 | 8.00 | DAY | 1,680.00 | 25% | 10,080.00 |
| REFURBISH | REFURBISHING CHARGE ON JARS | 1/31/2020 | 1/31/2020 | 1.00 | EA | 500.00 | 0% | 500.00 |
| INSPECTIONS | INSPECTION SERVICES ON EFR OIL JAR | 1/31/2020 | 1/31/2020 | 17.00 | EA | 25.00 | 0% | 425.00 |
| EFR-B-222 | LUBRICATING BUMPER JAR 3 3/4" OD W/ 2 3/8 IF CON | 1/16/2020 | 1/31/2020 | 1.00 | DAY | 2,160.00 | 25% | 1,620.00 |
| EFR-B-222 | LUBRICATING BUMPER JAR 3 3/4" OD W/ 2 3/8 IF CON | 1/16/2020 | 1/31/2020 | 6.00 | DAY | 840.00 | 25% | 3,780.00 |

Continued

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**



## INVOICE

| | |
|---|---|
| Invoice No. | RN0027366 |
| Invoiced Date | 2/4/2020 |
| Shipper ID | RS0027366 |
| Order Type | Lauret INV Fishing |
| Customer ID | SKLAR |
| TaxID00 | S-MS |
| TaxID01 | |
| TaxID02 | |
| TaxID03 | |

**EASTERN FISHING & RENTAL TOOLS / PRESSURE CONTROL**

P.O. Box 292 Laurel, MS 39441  (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

**SHIP TO:**
Customer:  Sklar Exploration
Well No.  30-11 #1    Lease:  MCLEOD ETAL
Field:  SOUTH PLEASANT RIDGE
County/Parish:  CLARKE    State  MS

Page 3 of 4

| SHIPPED FROM | SHIP VIA | DRIVER/TRUCK # | TRANSFERED TO/FROM: | | CUSTOMER ORDER # | |
|---|---|---|---|---|---|---|
| LAUREL | Customer Handled | | | | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRLAU | Net 30 Days | RN | John Vittitow | L-20013 | 1/16/2020 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| REFURBISH | REFURBISHING CHARGE ON JARS | 1/31/2020 | 1/31/2020 | 1.00 | EA | 500.00 | 0% | 500.00 |
| INSPECTIONS | INSPECTION SERVICES ON EFR BUMPER JAR | 1/31/2020 | 1/31/2020 | 10.00 | EA | 25.00 | 0% | 250.00 |
| EFR | 2 3/8 IF LIFT SUB | 1/16/2020 | 1/31/2020 | 1.00 | DAY | 33.12 | 25% | 24.84 |
| 2155 | 3 1/2 TS-100 BOWL & SLIPS F/ 3 1/2 | 1/16/2020 | 1/31/2020 | 1.00 | DAY | 115.20 | 25% | 86.40 |
| 2155 | 3 1/2 TS-100 BOWL & SLIPS F/ 3 1/2 | 1/16/2020 | 1/31/2020 | 7.00 | DAY | 59.94 | 25% | 309.96 |
| 2635 | MAGNET DITCH TYPE X 4 X 18 LOGAN | 1/16/2020 | 1/31/2020 | 1.00 | DAY | 694.08 | 25% | 520.56 |
| 2635 | MAGNET DITCH TYPE X 4 X 18 LOGAN | 1/16/2020 | 1/31/2020 | 3.00 | DAY | 80.64 | 25% | 181.44 |
| EFR | SHOE-RTY W/ 4 1/2 WP BX 4 5/8" OD X 3 21/32" ID F/BTM INSERT | 1/22/2020 | 1/31/2020 | 1.00 | DAY | 2,347.28 | 25% | 1,760.46 |
| SALE ITEM | 2 7/8 RUBBERS (SALES) | 1/22/2020 | 1/28/2020 | 3.00 | EA | 150.00 | 0% | 450.00 |
| V-1278 | BSH WP O/SHOT X-O 9/16 OSPB X 4 1/2 WP BX | 1/22/2020 | 1/31/2020 | 1.00 | DAY | 311.00 | 25% | 233.28 |
| V-1278 | BSH WP O/SHOT X-O 9/16 OSPB X 4 1/2 WP BX | 1/22/2020 | 1/31/2020 | 2.00 | DAY | 167.04 | 25% | 250.56 |
| V-1630 | 4 5/8IN T-DOG O/SHOT W/ 4 1/2IN WP CONN | 1/27/2020 | 1/31/2020 | 1.00 | DAY | 1,248.48 | 25% | 936.36 |
| 547 | PLUG SLOTTED STRIPPING W/ 4 1/2in WP PIN CON | 1/27/2020 | 1/31/2020 | 1.00 | DAY | 79.20 | 25% | 59.40 |
| INSPECTIONS | INSPECTION SERVICES ON EFR TOOLS PER CONN | 2/4/2020 | 2/4/2020 | 60.00 | EA | 25.00 | 0% | 1,500.00 |
| ROBINE | ROBINE & WELCH MACHINE (REPAIR CHARGES) | 2/4/2020 | 2/4/2020 | 1.00 | EA | 2,376.25 | 0% | 2,376.25 |

Continued

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**



EASTERN FISHING & RENTAL TOOLS / PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441  (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

## INVOICE

| | |
|---|---|
| Invoice No. | RN0027366 |
| Invoiced Date | 2/4/2020 |
| Shipper ID | RS0027366 |
| Order Type | Laurel INV Fishing |
| Customer ID | SKLAR |
| TaxID00 | S-MS |
| TaxID01 | |
| TaxID02 | |
| TaxID03 | |

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA  71101

**SHIP TO:**
Customer:  Sklar Exploration
Well No.  30-11 #1          Lease:  MCLEOD ETAL
Field:  SOUTH PLEASANT RIDGE
County/Parish:  CLARKE          State  MS          Page 4 of 4

| SHIPPED FROM | SHIP VIA | DRIVER/TRUCK # | TRANSFERED TO/FROM: | CUSTOMER ORDER # |
|---|---|---|---|---|
| LAUREL | Customer Handled | | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRLAU | Net 30 Days | RN | John Vittitow | L-20013 | 1/16/2020 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| SALE ITEM | 3 1/2" TS-100 INSERTS @ | 2/4/2020 | 2/4/2020 | 9.00 | EA | 61.25 | 0% | 551.25 |
| SALE ITEM | 4 9/16" O/SHOT BOWL #9111 (DAMAGED) | 2/4/2020 | 2/4/2020 | 1.00 | EA | 1,766.23 | 0% | 1,766.23 |
| ENVIROMENTAL | ENVIRONMENTAL & WASTE DISPOSAL CHARGES | 2/4/2020 | 2/4/2020 | 1.00 | EA | 659.89 | 0% | 659.89 |

| | |
|---|---|
| Sales Total | 66,649.84 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 4,665.49 |
| | 71,315.33 |
| Less Paid Amount | 0.00 |
| | 71,315.33 |

## Remit Payment:  P.O. Box 292 Laurel, MS 39441

Case 20-12377-EE    Exhibit C - MSA    Filed 09/07/20    Part 4    Page 45 of 100

**NOT AN INVOICE    FIELD TICKET ONLY**

PRESSURE CONTROL

P.O. Box 291 Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453   (205) 556-3000
P.O. Box 4618 Longview, TX 75606   (903) 653-0430

| ORDERED BY | JOHN G. VITTITOW | JOB # | L-20013 | DATE SHIPPED | 01/16/2020 |
|---|---|---|---|---|---|
| SHIPPED FROM | LAUREL | | | | |
| CUST ORD # | | | | SHIP VIA | CUSTOMER |
| TRANS VIA | | | | JOB TYPE | FISHING |

I, _____ Representing SKLAR

Dated 1/28/20 agree to Terms & Conditions listed in the Eastern Fishing & Rental Tools Price Book.

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport LA  71101 | Sklar Exploration<br>NEAR QUITMAN, MS<br>CLARKE<br>MS |

Page 1 of 3

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| RO0032266 | 30-11 #1 | McLEOD ETAL | PLEASANT RIDGE S. | CLARKE | MS |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental | | Each Add'l Day | Returned | | Days Used |
|---|---|---|---|---|---|---|---|---|
| | | | Days | Amount | | Qty | Date | |
| 1 | LAB-SUPER-12HR | OPERATOR CHARGES - EJ BEACH - 12 HR LAND | 1 | $ 0.00 | $ 1,200.00 | | | 12 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES | 1 | $ 2.50 | | | | 1008 |
| 16 | 7591 | PIPE W-O 4 1/2" OD 14.98# WASHPIPE (PER JOINT) | 1 | $ 298.36 | $ 183.52 | | | 9 |
| 8 | EFR | LIFT PLUG, WASHPIPE TYPE 4-1/2" WP PIN  (EACH) | 1 | $ 0.00 | $ 20.16 | | | 8 |
| 1 | 1155 | BSH WP TOP 4 1/2in WP PIN X 2 3/8in IF BX | 1 | $ 311.04 | $ 167.04 | | | 9 |
| 1 | 591 | SPIDER TUBING TYPE 4 1/2in ORTCO DRESSED F/ 4--1/2" | 1 | $ 115.20 | $ 59.04 | | | 8 |
| 1 | V-1026 | 4 1/2 DOUBLE LATCH SIDE DOOR ELEVATOR | 1 | $ 116.64 | $ 34.56 | | | 8 |
| 1 | EFR | CLAMP, SAFETY TYPE 8- SEGMENT TYPE "C" | 1 | $ 224.64 | $ 47.52 | | | 8 |
| 1 | EFRT-684 | SHOE, RTY 4-1/2" WP 4-5/8" OD TOOTH TYPE | 1 | $ 1,884.78 | | | | 1 |
| 1 | 4231 | SHOE-RTY W/ 4 1/2 WP 4-5/8" OD X 3-21/32" ID SCALLOP | 1 | $ 1,884.78 | | | | 1 |
| 1 | EFR | SHOE, RTY 4-1/2" WP 4-5/8" OD X 3-21/32" ID SCALLOP | 1 | $ 1,884.78 | | | | 0 |

**NOT AN INVOICE**     **FIELD TICKET ONLY**

PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453 (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| ORDERED BY JOHN G. VITTITOW | JOB # L-20013 | DATE SHIPPED | 01/16/2020 |
|---|---|---|---|

SHIPPED FROM   LAUREL

| CUST ORD # | | SHIP VIA | CUSTOMER |
|---|---|---|---|

| TRANS VIA | | JOB TYPE | FISHING |
|---|---|---|---|

I, _____ Customer Signature
Representing _____

Dated _____ agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

Page 2 of 3

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport LA 71101 | Sklar Exploration<br>NEAR QUITMAN, MS<br>CLARKE<br>MS |

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| RO0032268 | 30-11 #1 | McLEOD ETAL | PLEASANT RIDGE S. | CLARKE | MS |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental Days | Minimum Rental Amount | Each Add'l Day | Returned Qty. | Returned Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | V-1597 | 9 9/46IN OD S/150 O/SH W/ 2 7/8 8RD | 1 | $ 790.56 | $ 374.40 | | | 4 |
| 1 | 4489 | EXT O/SHOT UPPER 4 1/2 OD | 1 | $ 394.56 | $ 175.68 | | | 0 |
| 1 | 4232 | EXT O/SHOT LOWER 4 9/16" | 1 | $ 394.56 | $ 175.68 | | | 0 |
| 1 | EFR | MILL GUIDE, OVERSHOT TYPE 4-9/16" OD X 2-7/8" ID | 1 | $ 1,738.26 | | | | 0 |
| 1 | 2547 | CSUB RTY X-O 2 3/8 IF BX X 2 7/8 8RD PIN | 1 | $ 47.52 | $ 25.92 | | | 1 |
| 2 | SALE ITEM | GRAPPLE, BASKET TYPE 2-7/8"  #6662   EACH | 1 | $ 650.00 | | | | 0 |
| 2 | SALE ITEM | GRAPPLE, BASKET TYPE 3-3/32"  #6662  EACH | 1 | $ 650.00 | | | | Sale 1 |
| 2 | SALE ITEM | GRAPPLE, SPIRAL TYPE 3-21/32"  #6662   EACH | 1 | $ 465.00 | | | | Sale 2 |
| 1 | SALE ITEM | CONTROL, PLAIN BASKET TYPE  #6674 | 1 | $ 218.00 | | | | Sale |
| 2 | SALE ITEM | CONTROL, SPIRAL TYPE #6674  EACH | 1 | $ 154.00 | | | | Sale 1 |
| 1 | SALE ITEM | PACK OFF, MILL CONTROL 2-7/8"  #6665-E | 1 | $ 528.00 | | | | 0 |

**NOT AN INVOICE     FIELD TICKET ONLY**

FISHING & RENTAL TOOLS / PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453 (205) 556-8900
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| ORDERED BY | JOHN G. VITTITOW | JOB # | L-20013 | DATE SHIPPED | 01/16/2020 |
|---|---|---|---|---|---|
| SHIPPED FROM | LAUREL | | | | |
| CUST ORD # | | | | SHIP VIA | CUSTOMER |
| TRANS VIA | | | | JOB TYPE | FISHING |

I, _____
Customer Signature
Representing _____
Dated _____ agree to Terms & Conditions listed in the Eastern Fishing & Rental Tools Price Book.

**SOLD TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport  LA  71101

**SHIP TO:**
Sklar Exploration
NEAR QUITMAN, MS
CLARKE
MS

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

Page 3 of 3

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| RO0032268 | 30-11 #1 | McLEOD ETAL | PLEASANT RIDGE S. | CLARKE | MS |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental Days | Amount | Each Add'l Day | Returned Qty | Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | EFR | 2-1/2" ID STEEL COLLAR STOP | 1 | $ 0.00 | $ 113.76 | | | 1 |
| 1 | EFR | 3-1/2" ID STEEL COLLAR STOP | 1 | $ 0.00 | $ 113.76 | | | 3 |
| 1 | EFR-O-162 | SUPERIOR OIL JAR 3 3/4" OD W/ 2 3/8 IF CON | 1 | $ 2,640.00 | $ 1,680.00 | | | 9 |
| 1 | REFURBISH | REFURBISHING CHARGE ON JARS | 1 | $ 500.00 | | | | 1 |
| 1 | EFR-B-222 | LUBRICATING BUMPER JAR 3 3/4" OD W/ 2 3/8 IF CON | 1 | $ 2,160.00 | $ 840.00 | | | 7 |
| 1 | REFURBISH | REFURBISHING CHARGE ON JARS | 1 | $ 500.00 | | | | 1 |
| 1 | EFR | LIFT SUB, DRILL COLLAR TYPE 2-3/8" IF PIN | 1 | $ 33.12 | $ 5.76 | | | 1 |
| 1 | 2155 | 3 1/2 TS-100 BOWL & SLIPS DRESSED F/ 3-1/2" | 1 | $ 115.20 | $ 59.04 | | | 8 |
| 1 | 2635 | MAGNET DITCH TYPE 3 X 4 X 18 LOGAN | 1 | $ 694.08 | $ 80.64 | | | 4 |

NOT AN INVOICE     FIELD TICKET ONLY

PRESSURE CONTROL

P.O. Box 292   Laurel, MS 39441     (601) 649-1454
P.O. Box 938 Cottondale, AL 35453   (205) 556-8000
P.O. Box 4618 Longview, TX 75606   (903) 653-0430

| | | | |
|---|---|---|---|
| ORDERED BY  JOHN G. VITTITOW | JOB #  L-20013 | DATE SHIPPED | 01/22/2020 |
| SHIPPED FROM   LAUREL | | | |
| CUST ORD # | | SHIP VIA | CUSTOMER |
| TRANS VIA | | JOB TYPE | FISHING |

I, _____
Customer Signature
Representing _____

Dated _____ agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

**SOLD TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport  LA 71101

**SHIP TO:**
Sklar Exploration
NEAR QUITMAN, MS
CLARKE
MS

**FIELD COPY REFLECTS
BOOK PRICES ONLY! ALL
DISCOUNTS WILL BE
REFLECTED ON INVOICE**

Page 1 of 1

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| RO0032281 | 30-11 #1 | McLEAOD ETAL | PLEASANT RIDGE S. | CLARKE | MS |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental | | Each Add'l Day | Returned | | Days Used |
|---|---|---|---|---|---|---|---|---|
| | | | Days | Amount | | Qty | Date | |
| 1 | EFR | SHOE, RTY 4-1/2" WP BOX 4-5/8" OD X 3-21/32" ID FB INSERT | 1 | $ 2,347.28 | | | | 0 |
| 1 | EFR | SHOE, RTY 4-1/2" WP BOX 4-5/8" OD X 3-21/32" ID FB INSERT | 1 | $ 2,347.28 | | | | 1 |
| 4 | SALE ITEM | 2-7/8" HALLS STRIPPER RUBBERS     EACH | 1 | $ 150.00 | | | | SALE 3 |
| 1 | V-1278  4½ WP X 49/16 O/S BSH | | 1 | 311.09 | 169.09 | | | 3 |

Case:20-12377-MER   Desc Exhibit 1 Part 1 Part 1 Invoices   Filed 05/05/20 of 10

NOT AN INVOICE     FIELD TICKET ONLY

/ PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441     (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| ORDERED BY | JOHN G. VITTITOW | JOB # L-20013 | DATE SHIPPED | 12/07/2019 |
|---|---|---|---|---|
| SHIPPED FROM | LAUREL | | | |
| CUST ORD # | | | SHIP VIA | CUSTOMER |
| TRANS VIA | | | JOB TYPE | FISHING |

I,_____
Customer Signature
Representing_____

Dated_____ agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport LA 71101 | Sklar Exploration
NEAR QUITMAN
CLARKE
MS |

FIELD COPY REFLECTS
BOOK PRICES ONLY! ALL
DISCOUNTS WILL BE
REFLECTED ON INVOICE

Page 1 of 1

| EASTERN ORDER #: | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| RO0032297 | 30-11 #1 | McLEOD ETAL | PLEASANT RIDGE S. | CLARKE | MS |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental | | Each Add'l Day | Returned | | Days Used |
|---|---|---|---|---|---|---|---|---|
| | | | Days | Amount | | Qty | Date | |
| 1 | V-1630 | 8 2BIN T-DOG O/SHOT W/ 4 1/2IN WP CONN | 1 | $ 1,248.48 | $ 567.36 | | | 1 |
| 1 | 547 | PLUG SLOTTED STRIPPING W/ 4 1/2in WP PIN CON | 1 | $ 79.20 | $ 31.68 | | | 1 |

Case 20-12377-EEB    Filed 05/02    Dept: MSA    Page 150 of 10    1 Part    voices

**EASTERN FISHING & RENTAL TOOLS**
FISHING & RENTAL TOOLS
SUPERVISORS DAILY JOB ESTIMATE & REPORT

| | |
|---|---|
| PAGE NO | 1 |
| DATE: | 01/16/19 |

| | | | | | |
|---|---|---|---|---|---|
| CUSTOMER | SKALAR | JOB NO. | L-20013 | COMPANY REP. | JOHN VITTITOW |
| DISTRICT | LAUREL MS | FIELD | HARMONY | LEASE | McLEOD | WELL NO. | 30-11#1 |
| RIG | RAPAD | HOLE SIZE | 5.1/2 17820 | WORK STRING: | 2.7/8 8RD |
| HWDP / DC: | 3.1/2 / | | SUPERVISOR: | EJ BEACH | JOB TYPE: | STUCK PIPE |
| WEIGHT ON MILL | | | RPM'S | | TORQUE: | |

AFE # 0          PKR @       0     LNR @ 0          P.O. # 0

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 1 | OPERATOR | EFR | $1,200.00 |
| 1 | MILEAGE 84 MIES ROUND TRIP 2.50 PER MILE | EFR | $210.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | (NOTE) JET CUT TBG AT 12,503 BEFORE I GOT HERE. | | |
| | | | |
| | FOOH W/ CUTTER, WORKED TBG UP 110K NO LUCK. TORQUED TBG 8 RDS GOT ALL | | |
| | ROUNDS BACK. WORKED AGAIN NO LUCK. RIH W/ FREE POINT FOUND TBG NOT | | |
| | FREE AT INITIAL CUT AT 12,503. FOUND TBG FREE AT 12,366. POOH LAY DOWN FREE | | |
| | POINT. SIH W/ CUTTER AND COLLAR LOCATOR WENT OUT. POH REPLACED SAME. | | |
| | RIH TO 12,361 ATEMPT TO CUT TBG AND CUTTER FAILED TO FIRE. POH REPLACED | | |
| | CUTTER RIH ATEMPT TO CUT AGAIN AT 12,361 CUTTER FAILED TO FIRE. POH CWI | | |
| | | | |
| | | TODAY'S COST | $1,410.00 |
| | | PREVIOUS COST | $0.00 |
| | | TOTAL COST | $1,410.00 |

SUPERVISOR. E.J.BEACH                    COMPANY REP.  JOHN VITTITOW

Case 20-12377-EEB   Claim 36-1 Part 4   Filed 05/07/20   Desc Exhibit C: MSA & Invoices   Page 52 of 100

**EASTERN**

**FISHING & RENTAL TOOLS**

**EASTERN FISHING & RENTAL TOOLS**

SUPERVISORS DAILY JOB ESTIMATE & REPORT

| | |
|---|---|
| PAGE NO | 2 |
| DATE: | 01/17/19 |

| | | | | | |
|---|---|---|---|---|---|
| CUSTOMER | Skalar | JOB NO. | L-20013 | COMPANY REP. | JOHN VITTITOW |
| DISTRICT | LAUREL MS | FIELD | HARMONY | 0 | LEASE | MCLEOD | WELL NO. | 1, |
| RIG | RAPAD | HOLE SIZE | 5.1/2 17&20 | WORK STRING: | 2.7/8 8RD |
| HWDP / DC: | 0 | / | 2.3/8 IF | SUPERVISOR: | EJBEACH | JOB TYPE: | STUCK PIPE |
| WEIGHT ON MILL | | RPM'S | | TORQUE: | |

AFE # 0              PKR @     0    LNR @ 0          P.O. # 0

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 1 | OPERATOR | EFR | $1,200.00 |
| 1 | MILEAGE 84 MIES ROUND TRIP 2.50 PER MILE | EFR | $210.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | OWU RIH W/ NEW JET CUTTER. CUT TBG AT 12,361. POH LAY DOWN CUTTER. WORK | | |
| | UP TO 110K UNABLE TO PULL TBG. TORQUE 10 RDS NO LUCK. PRESSURE UP ON TBG | | |
| | TO 2000 PSI PULLED UP TO 115,000 ON TBG. JARRED AND WORKED TBG NO LUCK. | | |
| | RIH W/ STRING SHOT. BACKED TBG OFF AT 12,170. POH RIGGED DOWN WIRE LINE. | | |
| | PICKED UP TBG NOT BACKED COMPLETELY OFF. HAD TO TURN TBG 11 ROUNDS TO | | |
| | FINISH BACKING IT OFF. 17 ROUNDS TOTAL. POOH STOOD 181 STAND LAYED DOWN | | |
| | 14 JTS CWL | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | TODAY'S COST | $1,410.00 |
| | | | PREVIOUS COST | $0.00 |
| | | | TOTAL COST | $1,410.00 |

SUPERVISOR. EJBEACH                    COMPANY REP.  john vittitow

Case 20-12377-EEB   Claim 36-1 Part 4   Filed 05/07/20   Desc Exhibit C: MSA & Invoices   Page 53 of 100

 EASTERN FISHING & RENTAL TOOLS
SUPERVISORS DAILY JOB ESTIMATE & REPORT

FISHING & RENTAL TOOLS

PAGE NO. 3
DATE: 01/18/20

| CUSTOMER | Skelar | JOB NO. | L-20013 | COMPANY REP. | | JOHN |
|---|---|---|---|---|---|---|

DISTRICT   LAUREL MS   FIELD   HARMONY   0   LEASE   MCLEOD   WELL NO.   1,

RIG   RAPAD   HOLE SIZE   5.1/2 17&20   WORK STRING:   2.7/8 8RD

HWDP / DC:   0   /   2.3/8 IF   SUPERVISOR:   EJBEACH   JOB TYPE:   STUCK PIPE

WEIGHT ON MILL   RPM'S   TORQUE:

AFE # 0   PKR @   0   LNR @ 0   P.O. # 0

| QUANTITY | TOOL DESCRIPTION & REPORT | | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|---|
| 1 | OPERATOR | | EFR | $1,200.00 |
| 1 | MILEAGE 84 MIES ROUND TRIP 2.50 PER MILE | | EFR | $210.00 |
| 14 | 4.1/2 OD 14.98# WASH PIPE | 1ST DAY | 7591 | N/C |
| 8 | LIFT PLUGS | | EFR | $161.28 |
| 1 | TOP BUSHING | 1ST DAY | 1155 | N/C |
| 1 | WASH PIPE SLIPS | 1ST DAY | 591 | $115.20 |
| 1 | WASH PIPE ELEVATORS | 1ST DAY | V-1076 | $116.64 |
| 1 | WASH PIPE CLAMP | 1ST DAY | EFR | $224.64 |
| 1 | 4.5/8X3.13/16 TOOTHED SHOE | | T-684 | N/C |
| 1 | 3.3/4 OIL JAR | 1ST DAY | O-162 | N/C |
| 1 | REFURBISHING CHARGE | | EFR | $500.00 |
| 1 | BOWL AND SLIPS FOR JARS | 1ST DAY | 2155 | $115.20 |
| 1 | DITCH MAGNET | 1ST DAY | 2635 | N/C |
| | | | | |
| | OWU PICKED UP 4.5/8 X 3.13/16 SLICK ID TOOTHED SHOE. PICKED UP AND RIH W/ 14 JTS | | | |
| | OF 4.1/2 WASH PIPE & 3.3/4 OIL JARS. SIH W/ TBG, GOT 38 STDS IN AND RIG BROKE | | | |
| | DOWN. CWI AT 3014. WORKING ON RIG. | | | |
| | | | TODAY'S COST | $2,642.96 |
| | | | PREVIOUS COST | $1,410.00 |
| | | | TOTAL COST | $4,052.96 |

SUPERVISOR. EJBEACH   COMPANY REP. JOHN VITTITOW

Case 20-12377-EEB   Claim 36-1 Part 4   Filed 05/07/20   Desc Exhibit C: MSA & Invoices   Page 54 of 100

## EASTERN FISHING & RENTAL TOOLS
### SUPERVISORS DAILY JOB ESTIMATE & REPORT

**FISHING & RENTAL TOOLS**

PAGE NO. __4__
DATE: __01/19/20__

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CUSTOMER | Skalar | JOB NO | L-20013 | | COMPANY REP. | | JOHN |
| DISTRICT | LAUREL MS | FIELD | HARMONY | 0 | LEASE | MCLEOD | WELL NO. | 1, |
| RIG | RAPAD | HOLE SIZE | | 5.1/2 17&20 | WORK STRING: | | 2.7/8 8RD |
| HWDP / DC: | 0 | / | 2.3/8 IF | SUPERVISOR: | EJBEACH | JOB TYPE: | STUCK PIPE |
| WEIGHT ON MILL | | | | RPM'S | | TORQUE: | |

AFE # 0          PKR @      0      LNR @ 0          P.O. # 0

| QUANTITY | TOOL DESCRIPTION & REPORT | | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|---|
| 1 | OPERATOR | | EFR | $1,200.00 |
| 1 | MILEAGE 84 MIES ROUND TRIP 2.50 PER MILE | | EFR | $210.00 |
| 14 | 4.1/2 OD 14.98# WASH PIPE | 1ST DAY | 7591 | $4,149.04 |
| 8 | LIFT PLUGS | | EFR | N/C |
| 1 | TOP BUSHING | 1ST DAY | 1155 | $311.04 |
| 1 | WASH PIPE SLIPS | | 591 | N/C |
| 1 | WASH PIPE ELEVATORS | | V-1076 | N/C |
| 1 | WASH PIPE CLAMP | | EFR | N/C |
| 1 | 4.5/8X3.13/16 TOOTHED SHOE | | T-684 | $1,884.78 |
| 1 | 3.3/4 OIL JAR | 1ST DAY | O-162 | $2,640.00 |
| 1 | REFURBISHING CHARGE | | EFR | N/C |
| 1 | BOWL AND SLIPS FOR JARS | | 2155 | N/C |
| 1 | DITCH MAGNET | 1ST DAY | 2635 | $694.08 |
| | USED SWIVEL TODAY COMPANY REP KEEPING UP W/ IT. | | | |
| | USED ONE HALLS HEAD RUBBER TODAY | | | |
| | FINISHED RIG REPAIRS. 10:30 AM FIH W/ TBG TO FISH AT 12,163 WENT OVER FISH CONT. | | | |
| | IN HOLE OVER FISH TO CMT AT 12,337. RUS BURNT OVER FISH TO 12,356, ACTED LIKE W | | | |
| | WENT OVER 1ST CUT AT 12,253. CIRCULATED CLEAN RDS. PULL OFF OF FISH TO 12,100 | | | |
| | CWI | | | |
| | | | TODAY'S COST | $11,088.94 |
| | | | PREVIOUS COST | $4,052.96 |
| | | | TOTAL COST | $15,141.90 |

SUPERVISOR. EJBEACH          COMPANY REP.   JOHN VITTITOW



**EASTERN FISHING & RENTAL TOOLS**
SUPERVISORS DAILY JOB ESTIMATE & REPORT

**FISHING & RENTAL TOOLS**

PAGE NO. _____5_____
DATE: ___01/20/20___

| | | | | | |
|---|---|---|---|---|---|
| CUSTOMER | Skalar | JOB NO. | L-20013 | COMPANY REP. | JOHN |
| DISTRICT | LAUREL MS | FIELD | HARMONY   0 | LEASE | MCLEOD   WELL NO.   1, |
| RIG | RAPAD | HOLE SIZE | 5.1/2  17&20 | WORK STRING: | 2.7/8 8RD |
| HWDP / DC: | 0   /   2.3/8 IF | SUPERVISOR: | EJBEACH | JOB TYPE: | STUCK PIPE |
| WEIGHT ON MILL | | RPM'S | | TORQUE: | |

AFE # 0          PKR @   0     LNR @ 0          P.O. # 0

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 1 | OPERATOR | EFR | $1,200.00 |
| 1 | MILEAGE 84 MIES ROUND TRIP 2.50 PER MILE | EFR | $210.00 |
| 14 | 4.1/2 OD 14.98# WASH PIPE | 7591 | $2,569.28 |
| 8 | LIFT PLUGS | EFR | $161.28 |
| 1 | TOP BUSHING | 1155 | $167.04 |
| 1 | WASH PIPE SLIPS | 591 | $59.04 |
| 1 | WASH PIPE ELEVATORS | V-1076 | $34.56 |
| 1 | WASH PIPE CLAMP | EFR | $47.52 |
| 1 | 4.5/8X3.13/16 TOOTHED SHOE | T-684 | N/C |
| 1 | 3.3/4 OIL JAR | O-162 | $1,680.00 |
| 1 | REFURBISHING CHARGE | EFR | N/C |
| 1 | BOWL AND SLIPS FOR JARS | 2155 | $59.04 |
| 1 | DITCH MAGNET | 2635 | $80.64 |
| | USED SWIVEL TODAY COMPANY REP KEEPING UP W/ IT. | | |
| | | | |
| | OWU RIH WENT BACK OVER FISH AT 12,163 LOWER DOWN OVER FISH BACK TO 12,356 | | |
| | RUS CONTINUED BURNING OVER FISH GOT TO 12,383. STARTED GETTING STUCK AND | | |
| | PLUGGING. CIRCULATED CLEAN RDS. POOH W/ TBG STOOD COLLARS AND 4 STANDS | | |
| | OF WASH PIPE. LAYED DOWN 6 JTS WASH PIPE & SHOE. PICKED UP 4.9/16 OVERSHOT | | |
| | DRESSED W/ 3.3/32 GRAPPLE W/ 2.1/2 STOP. RIH W/ OIL & BUMPER JARS 4- 3.1/2 DRILL | | |
| | COLLARS. SIH W/ TBG CWI | | |
| | | TODAY'S COST | $6,268.40 |
| | | PREVIOUS COST | $15,141.90 |
| | | TOTAL COST | $21,410.30 |

SUPERVISOR. EJBEACH                    COMPANY REP.  JOHN VITTITOW

**EASTERN FISHING & RENTAL TOOLS**

FISHING & RENTAL TOOLS

SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO. 6
DATE: 01/21/20

| | | | | | |
|---|---|---|---|---|---|
| CUSTOMER | Skalar | JOB NO. | L-20013 | COMPANY REP. | JOHN |
| DISTRICT | LAUREL MS | FIELD | HARMONY 0 | LEASE MCLEOD WELL NO. | 1, |
| RIG | RAPAD | HOLE SIZE | 5.1/2 17&20 | WORK STRING: | 2.7/8 8RD |
| HWDP / DC: | 0 / 2.3/8 IF | SUPERVISOR: | EJBEACH | JOB TYPE: | STUCK PIPE |
| WEIGHT ON MILL | | RPM'S | | TORQUE: | |

AFE # 0          PKR @     0    LNR @ 0          P.O. # 0

| QUANTITY | TOOL DESCRIPTION & REPORT | | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|---|
| 1 | OPERATOR | | EFR | $1,200.00 |
| 1 | MILEAGE 84 MIES ROUND TRIP 2.50 PER MILE | | EFR | $210.00 |
| 8 | 4.1/2 OD 14.98# WASH PIPE | | 7591 | $1,468.16 |
| 8 | LIFT PLUGS | | EFR | $161.28 |
| 1 | TOP BUSHING | | 1155 | $167.04 |
| 1 | WASH PIPE SLIPS | | 591 | $59.04 |
| 1 | WASH PIPE ELEVATORS | | V-1076 | $34.56 |
| 1 | WASH PIPE CLAMP | | EFR | $47.52 |
| 1 | 4.5/8X3.13/16 TOOTHED SHOE | | T-684 | N/C |
| 1 | 3.3/4 OIL JAR | | O-162 | $1,680.00 |
| 1 | REFURBISHING CHARGE | | EFR | N/C |
| 1 | BOWL AND SLIPS FOR JARS | | 2155 | $59.04 |
| 1 | DITCH MAGNET | | 2635 | $80.64 |
| | DID NOT USE SWIVEL TODAY COMPANY REP KEEPING UP W/ IT. | | | |
| 1 | BUMPER JAR | 1ST DAY | B-222 | $2,160.00 |
| 1 | REFURBISHING CHARGE | | EFR | $500.00 |
| 1 | 4.9/16 OVERSHOT | 1ST DAY | V-1597 | $790.56 |
| 1 | XOVER | 1ST DAY | 2547 | $47.52 |
| 1 | 3.3/32 GRAPPLE SALE ITEM | | 6662 | $650.00 |
| 1 | PLAIN CONTROL SALE ITEM | | 6674 | $218.00 |
| 1 | 2.1/2 STOP | | EFR | $113.76 |
| 1 | 2.3/8 IF LIFT SUB | 1ST DAY | EFR | $33.12 |
| | OWU FIH W/ TBG TO FISH AT 12,163 LATCHED ON TO SAME. POOH W/ TBG LAY DOWN | | | |
| | OVERSHOT AND FISH. PICK UP 4.5/8 X3.21/32 BURNING SHOE, RAN 8 JTS OF WASH PIPE | | | |
| | THEN OIL & BUMPER JARS W/ 4 - 3.1/2 DRILL COLLARS. RIH W/ TBG TO FISH AT 12,383. | | | |
| | RUS CWI | | | |
| | | | TODAY'S COST | $9,680.24 |
| | | | PREVIOUS COST | $21,410.30 |
| | | | TOTAL COST | $31,090.54 |

SUPERVISOR. EJBEACH _____          COMPANY REP. JOHN VITTITOW _____

Case 20-12377-EEB   Claim 36-1 Part 4   Filed 05/07/20   Desc Exhibit C: MSA & Invoices   Page 57 of 100

**EASTERN FISHING & RENTAL TOOLS**
SUPERVISORS DAILY JOB ESTIMATE & REPORT

FISHING & RENTAL TOOLS

PAGE NO. 7
DATE: 01/22/20

CUSTOMER Skalar   JOB NO. L-20013   COMPANY REP. JOHN

DISTRICT LAUREL MS   FIELD HARMONY 0   LEASE MCLEOD   WELL NO. 1,

RIG RAPAD   HOLE SIZE 5.1/2 17&20   WORK STRING: 2.7/8 8RD

HWDP / DC: 0 / 2.3/8 IF   SUPERVISOR: EJBEACH   JOB TYPE: STUCK PIPE

WEIGHT ON MILL ___   RPM'S ___   TORQUE: ___

AFE # 0   PKR @ 0   LNR @ 0   P.O. # 0

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 1 | OPERATOR | EFR | $1,200.00 |
| 1 | MILEAGE 84 MIES ROUND TRIP 2.50 PER MILE | EFR | $210.00 |
| 8 | 4.1/2 OD 14.98# WASH PIPE | 7591 | $1,468.16 |
| 8 | LIFT PLUGS | EFR | N/C |
| 1 | TOP BUSHING | 1155 | $167.04 |
| 1 | WASH PIPE SLIPS | 591 | N/C |
| 1 | WASH PIPE ELEVATORS | V-1076 | N/C |
| 1 | WASH PIPE CLAMP | EFR | N/C |
| 1 | 4.5/8X3.3/4 TOOTHED SHOE SCALLOP SHOe | 4243 | $884.78 |
| 1 | 3.3/4 OIL JAR | O-162 | $1,680.00 |
| 1 | REFURBISHING CHARGE | EFR | N/C |
| 1 | BOWL AND SLIPS FOR JARS | 2155 | N/C |
| 1 | DITCH MAGNET | 2635 | N/C |
| | USED SWIVEL TODAY COMPANY REP KEEPING UP W/ IT. | | |
| 1 | BUMPER JAR | B-222 | $840.00 |
| 1 | REFURBISHING CHARGE | EFR | N/C |
| 1 | 4.9/16 OVERSHOT | V-1597 | N/C |
| 1 | XOVER | 2547 | N/C |
| 1 | 3.3/32 GRAPPLE SALE ITEM | 6662 | N/C |
| 1 | PLAIN CONTROL SALE ITEM | 6674 | N/C |
| 1 | 2.1/2 STOP | EFR | N/C |
| 1 | 2.3/8 IF LIFT SUB | EFR | N/C |
| | USED 2 HH RUBBERS | | |

OWU LOWERED BURNT OVER FISH TO 12,461, UNABLE O MAKE ANY MORE HOLE. RDS SOOH W/ TBG CWI

| | | |
|---|---|---|
| TODAY'S COST | $35,565.20 7449.98 | |
| PREVIOUS COST | $31,090.54 | |
| TOTAL COST | $36,655.74 38,540.52 | |

SUPERVISOR. EJBEACH   COMPANY REP.



**EASTERN FISHING & RENTAL TOOLS**

FISHING & RENTAL TOOLS

SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO ___8___
DATE: ___01/23/20___

| | | | | | | |
|---|---|---|---|---|---|---|
| CUSTOMER | Skalar | JOB NO | L-20013 | COMPANY REP. | | JOHN |
| DISTRICT | LAUREL MS | FIELD | HARMONY  0 | LEASE  MCLEOD | WELL NO. | 1, |
| RIG | RAPAD | HOLE SIZE | 5.1/2 17&20 | WORK STRING: | 2.7/8 8RD | |
| HWDP / DC: | 0  /  2.3/8 IF | SUPERVISOR: | EJBEACH | JOB TYPE: | STUCK PIPE | |
| WEIGHT ON MILL | | | RPM'S | | TORQUE: | |

AFE # 0          PKR @      0    LNR @ 0          P.O. # 0

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 1 | OPERATOR | EFR | $1,200.00 |
| 1 | MILEAGE 84 MIES ROUND TRIP 2.50 PER MILE | EFR | $210.00 |
| 8 | 4.1/2 OD 14.98# *WASH PIPE* | 7591 | $1,468.16 |
| 4 | LIFT PLUGS | EFR | $80.64 |
| 1 | TOP BUSHING | 1155 | $167.04 |
| 1 | WASH PIPE SLIPS | 591 | $59.04 |
| 1 | WASH PIPE ELEVATORS | V-1076 | $34.56 |
| 1 | WASH PIPE CLAMP | EFR | $47.52 |
| 1 | 4.5/8X3.21/32 FLAT BOTTOM INSERTED SHOE | 4231 | $2,347.28 |
| 1 | 3.3/4 OIL JAR | O-162 | $1,680.00 |
| 1 | REFURBISHING CHARGE | EFR | N/C |
| 1 | BOWL AND SLIPS FOR JARS | 2155 | $59.04 |
| 1 | DITCH MAGNET | 2635 | $80.64 |
| | USED SWIVEL TODAY COMPANY REP KEEPING UP W/ IT. | | |
| 1 | BUMPER JAR | B-222 | $840.00 |
| 1 | REFURBISHING CHARGE | EFR | N/C |
| 1 | 4.9/16 OVERSHOT | V-1597 | N/C |
| 1 | XOVER | 2547 | N/C |
| 1 | 3.3/32 GRAPPLE SALE ITEM | 6662 | N/C |
| 1 | PLAIN CONTROL SALE ITEM | 6674 | N/C |
| 1 | 2.1/2 STOP | EFR | N/C |
| 1 | 2.3/8 IF LIFT SUB | EFR | N/C |
| | USED 1 HH RUBBERS | EFR | $150.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | OWU FOOH W/ TBG, LAYED DOWN SHOE 100% WORN. PICKED NEW 4.5/8X3.21/32 FLAT | | |
| | BOTTOM INSERTED SHOE. RAN BHA AS BEFORE. RIH W/ TBG TO FISH AT 12,383 WENT | | |
| | OVER SAME TO 12,461 RUS. BURNT TO 12,510. NO MORE TORQUE AND NOT SEEING TBG | | |
| | COLLARS. CONTINUED ON DOWN WITH SWIVEL TO 12,700 DIDN'T SEE NOTHING. CIRC | | |
| | ULTED CLEAN. RDS PULLED 4 STDS CWI | | |

| | | | |
|---|---|---|---|
| | | TODAY'S COST | $8,423.92 |
| | | PREVIOUS COST | $38,540.52 |
| | | TOTAL COST | $46,964.44 |

SUPERVISOR. EJBEACH                    COMPANY REP.

**EASTERN FISHING & RENTAL TOOLS**
SUPERVISORS DAILY JOB ESTIMATE & REPORT

FISHING & RENTAL TOOLS

PAGE NO _____ 9
DATE: _____ 01/24/20

| CUSTOMER | Skalar | JOB NO. | L-20013 | COMPANY REP. | | JOHN |
|---|---|---|---|---|---|---|
| DISTRICT | LAUREL MS | FIELD | HARMONY  0 | LEASE | MCLEOD | WELL NO. 1, |
| RIG | RAPAD | HOLE SIZE | 5.1/2 17&20 | WORK STRING: | | 2.7/8 8RD |
| HWDP / DC: | 0 / | 2.3/8 IF | SUPERVISOR: | EJBEACH | JOB TYPE: | STUCK PIPE |

WEIGHT ON MILL _____    RPM'S _____    TORQUE: _____

AFE # 0              PKR @     0     LNR @ 0          P.O.# 0

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 1 | OPERATOR | EFR | $1,200.00 |
| 1 | MILEAGE 84 MIES ROUND TRIP 2.50 PER MILE | EFR | $210.00 |
| 1 | 4.1/2 OD 14.98# *WASH PIPE* | 7591 | $183.52 |
| 4 | LIFT PLUGS | EFR | $80.64 |
| 1 | TOP BUSHING | 1155 | $167.04 |
| 1 | WASH PIPE SLIPS | 591 | $59.04 |
| 1 | WASH PIPE ELEVATORS | V-1076 | $34.56 |
| 1 | WASH PIPE CLAMP | EFR | $47.52 |
| 1 | 4.5/8X3.21/32 FLAT BOTTOM INSERTED SHOE | 4231 | N/C |
| 1 | 3.3/4 OIL JAR | O-162 | $1,680.00 |
| 1 | REFURBISHING CHARGE | EFR | N/C |
| 1 | BOWL AND SLIPS FOR JARS | 2155 | $59.04 |
| 1 | DITCH MAGNET | 2635 | N/C |
| | DIDNT USE SWIVEL TODAY COMPANY REP KEEPING UP W/ IT. | | |
| 1 | BUMPER JAR | B-222 | $840.00 |
| 1 | REFURBISHING CHARGE | EFR | N/C |
| 1 | 4.9/16 OVERSHOT | V-1597 | $374.40 |
| 1 | XOVER | 2547 | N/C |
| 1 | 3.21/32 GRAPPLE SALE ITEM | 6662 | $465.00 |
| 1 | SPIRAL CONTROL SALE ITEM | 6674 | $154.00 |
| 1 | 3.1/2 STOP | EFR | $113.76 |
| 1 | 2.3/8 IF LIFT SUB | EFR | N/C |
| 1 | 4.1/2 WP X 4.9/16 OVERSHOT BUSHING    1ST DAY | V-1278 | $311.04 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | OWU POOH W/ TBG STOOD DRILL COLLARS LAYED DOWN WASH PIPE & SHOE. PICKED | | |
| | UP OVERSHOT DRESSED W/ 3.21/32 GRAPPLE 3.1/2 STOP ONE JT OF 4.1/2 WASH PIPE W/ | | |
| | JARS & COLLARS. RIH W/ TBG TO FISH AT 12,660. FISH WENT DOWN HOLE TO 12,675. | | |
| | LATCHED ON TO SAME STARTED OUT OF HOLE W/ TBG CWI | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | TODAY'S COST | $5,979.56 |
| | | PREVIOUS COST | $46,964.44 |
| | | TOTAL COST. | $52,944.00 |

SUPERVISOR. EJBEACH _____    COMPANY REP.  JOHN VITTITOW _____

Case 20-12377-EEB   Claim 36-1 Part 4   Filed 05/07/20   Desc Exhibit C: MSA & Invoices   Page 60 of 100

 **EASTERN FISHING & RENTAL TOOLS**
FISHING & RENTAL TOOLS
SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO _____ 10
DATE: _____ 01/25/20

| CUSTOMER | Skolar | JOB NO | L-20013 | COMPANY REP. | | JOHN | |
|---|---|---|---|---|---|---|---|
| DISTRICT | LAUREL MS | FIELD | HARMONY   0 | LEASE | MCLEOD | WELL NO. | 1, |
| RIG | RAPAD | HOLE SIZE | 5.1/2  17&20 | WORK STRING: | | 2.7/8 8RD | |
| HWDP / DC: | 0   / | 2.3/8 IF | SUPERVISOR: | EJBEACH | JOB TYPE: | STUCK PIPE | |
| WEIGHT ON MILL | | | RPM'S | | TORQUE: | | |

AFE # 0          PKR @     0    LNR @ 0          P.O. # 0

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 1 | OPERATOR | EFR | $1,200.00 |
| 1 | MILEAGE 84 MIES ROUND TRIP 2.50 PER MILE | EFR | $210.00 |
| 2 | 4.1/2 OD 14.98# *WASH PIPE* | 7591 | $367.04 |
| 2 | LIFT PLUGS | EFR | $40.32 |
| 1 | TOP BUSHING | 1155 | $167.04 |
| 1 | WASH PIPE SLIPS | 591 | $59.04 |
| 1 | WASH PIPE ELEVATORS | V-1076 | $34.56 |
| 1 | WASH PIPE CLAMP | EFR | $47.52 |
| 1 | 4.5/8X3.21/32 FLAT BOTTOM INSERTED SHOE | 4231 | N/C |
| 1 | 3.3/4 OIL JAR | O-162 | $1,680.00 |
| 1 | REFURBISHING CHARGE | EFR | N/C |
| 1 | BOWL AND SLIPS FOR JARS | 2155 | $59.04 |
| 1 | DITCH MAGNET | 2635 | N/C |
| | DIDNT USE SWIVEL TODAY COMPANY REP KEEPING UP W/ IT. | | |
| 1 | BUMPER JAR | B-222 | $840.00 |
| 1 | REFURBISHING CHARGE | EFR | N/C |
| 1 | 4.9/16 OVERSHOT | V-1597 | $374.40 |
| 1 | XOVER | 2547 | N/C |
| 1 | 3.21/32 GRAPPLE SALE ITEM | 6662 | $465.00 |
| 1 | SPIRAL CONTROL SALE ITEM | 6674 | N/C |
| 1 | 3.1/2 STOP | EFR | $113.76 |
| 1 | 2.3/8 IF LIFT SUB | EFR | N/C |
| 1 | 4.1/2 WP X 4.9/16 OVERSHOT BUSHING | V-1278 | $167.04 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | OWU FOH W/ TBG LAYED DOWN 3 FULL JTS AND 5 FOOT PEACE OF 2.7/8 FISH. REDRESS | | |
| | OVER SHOT W/ NEW 3.21/32 GRAPPLE, PICKED UP ANOTHER JT OF WASH PIPE. RIH W/ | | |
| | JARS & COLLARS AS BEFORE. RIH W/ TBG TO FISH AT 12,750 LACHED ON TO SAME SOH | | |
| | W/ TBG CWI UNTILL MONDAY | | |
| | | | |
| | | TODAY'S COST | $5,824.76 |
| | | PREVIOUS COST | $52,944.00 |
| | | TOTAL COST | $58,768.76 |

SUPERVISOR. EJBEACH _____          COMPANY REP. _____

Case 20-12377-EEB   Claim 36-1 Part 4   Filed 05/07/20   Desc Exhibit C: MSA &
Invoices   Page 61 of 100



**EASTERN FISHING & RENTAL TOOLS**

FISHING & RENTAL TOOLS

SUPERVISORS DAILY JOB ESTIMATE & REPORT

| | | PAGE NO | 11 |
|---|---|---|---|
| | | DATE: | 01/27/20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CUSTOMER | Skalar | JOB NO | L-20013 | COMPANY REP. | | JOHN |
| DISTRICT | LAUREL MS | FIELD | HARMONY 0 | LEASE MCLEOD | WELL NO. | 1, |
| RIG | RAPAD | HOLE SIZE | 5.1/2  17&20 | WORK STRING: | | 2.7/8 8RD |
| HWDP / DC: | 0 / 2.3/8 IF | SUPERVISOR: | EJBEACH | JOB TYPE: | | STUCK PIPE |
| WEIGHT ON MILL | | RPM'S | | TORQUE: | | |

AFE # 0              PKR @      0    LNR @ 0              P.O. # 0

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 1 | OPERATOR | EFR | $1,200.00 |
| 1 | MILEAGE 84 MIES ROUND TRIP 2.50 PER MILE | EFR | $210.00 |
| 2 | 4.1/2 OD 14.98# WASH PIPE | 7591 | $367.04 |
| 2 | LIFT PLUGS | EFR | $40.32 |
| 1 | TOP BUSHING | I155 | $167.04 |
| 1 | WASH PIPE SLIPS | 591 | $59.04 |
| 1 | WASH PIPE ELEVATORS | V-1076 | $34.56 |
| 1 | WASH PIPE CLAMP | EFR | $47.52 |
| 1 | 4.5/8X3.21/32 FLAT BOTTOM INSERTED SHOE | 4231 | N/C |
| 1 | 3.3/4 OIL JAR | O-162 | $1,680.00 |
| 1 | REFURBISHING CHARGE | EFR | N/C |
| 1 | BOWL AND SLIPS FOR JARS | 2155 | $59.04 |
| 1 | DITCH MAGNET | 2635 | N/C |
| | DIDNT USE SWIVEL TODAY COMPANY REP KEEPING UP W/ IT. | | |
| 1 | BUMPER JAR | B-222 | $840.00 |
| 1 | REFURBISHING CHARGE | EFR | N/C |
| 1 | 4.9/16 OVERSHOT | V-1597 | $374.40 |
| 1 | XOVER | 2547 | N/C |
| 1 | 3.21/32 GRAPPLE SALE ITEM | 6662 | N/C |
| 1 | SPIRAL CONTROL SALE ITEM | 6674 | N/C |
| 1 | 3.1/2 STOP | EFR | $113.76 |
| 1 | 2.3/8 IF LIFT SUB | EFR | N/C |
| 1 | 4.1/2 WP X 4.9/16 OVERSHOT BUSHING | V-1278 | $167.04 |
| | OWU FOOH W/ TBG PULLING WET, LAYED DOWN BOTH JTS WASH PIPE W/OVERSHOT | | |
| | AND FISH IN IT. BOTH JTS HAD CMT CUTTINGS IN THEM. PICKED UP USED SHOE AND | | |
| | 4.5/8 T-DOG OVERSHOT. RAN 3 JTS WASH PIPE W/JARS & COLLARS AS BEFORE. RIH W/ | | |
| | TBG TO FILL AT 12,733. RUS PICKED UP TO 12,725. CWI | | |

| | | |
|---|---|---|
| TODAY'S COST | $5,359.76 |
| PREVIOUS COST | $58,768.76 |
| TOTAL COST | $64,128.52 |

SUPERVISOR. EJBEACH                    COMPANY REP.

Case 20-12377-EEB   Claim 36-1 Part 4   Filed 05/07/20   Desc Exhibit C: MSA & Invoices   Page 62 of 100

 **EASTERN FISHING & RENTAL TOOLS**
SUPERVISORS DAILY JOB ESTIMATE & REPORT

FISHING & RENTAL TOOLS

PAGE NO.  12
DATE:  01/28/20

| | | |
|---|---|---|
| **CUSTOMER** Skølar | **JOB NO.** L-20013 | **COMPANY REP.** JOHN |
| **DISTRICT** LAUREL MS | **FIELD** HARMONY  0 | **LEASE** MCLEOD  **WELL NO.** 1, |
| **RIG** RAPAD | **HOLE SIZE** 5.1/2 17&20 | **WORK STRING:** 2.7/8 8RD |
| **HWDP / DC:** 0  /  2.3/8 IF | **SUPERVISOR:** EJBEACH | **JOB TYPE:** STUCK PIPE |
| **WEIGHT ON MILL** | **RPM'S** | **TORQUE:** |

AFE # 0               PKR @   0   LNR @ 0               P.O. # 0

| QUANTITY | TOOL DESCRIPTION & REPORT | | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|---|
| 1 | OPERATOR | | EFR | $1,200.00 |
| 1 | MILEAGE 84 MIES ROUND TRIP 2.50 PER MILE | | EFR | $210.00 |
| 3 | 4.1/2 OD 14.98# WASH PIPE | | 7591 | $550.56 |
| 2 | LIFT PLUGS | | EFR | $40.32 |
| 1 | TOP BUSHING | | 1155 | $167.04 |
| 1 | WASH PIPE SLIPS | | 591 | $59.04 |
| 1 | WASH PIPE ELEVATORS | | V-1076 | $34.56 |
| 1 | WASH PIPE CLAMP | | EFR | $47.52 |
| 1 | 4.5/8X3.21/32 FLAT BOTTOM INSERTED SHOE | | 4231 | N/C |
| 1 | 3.3/4 OIL JAR | | O-162 | $1,680.00 |
| 1 | REFURBISHING CHARGE | | EFR | N/C |
| 1 | BOWL AND SLIPS FOR JARS | | 2155 | $59.04 |
| 1 | DITCH MAGNET | | 2635 | N/C |
| | USED SWIVEL TODAY COMPANY REP KEEPING UP W/ IT. | | | |
| 1 | BUMPER JAR | | B-222 | $840.00 |
| 1 | REFURBISHING CHARGE | | EFR | N/C |
| 1 | 4.9/16 OVERSHOT | | V-1597 | N/C |
| 1 | XOVER | | 2547 | N/C |
| 1 | 3.21/32 GRAPPLE SALE ITEM | | 6662 | N/C |
| 1 | SPIRAL CONTROL SALE ITEM | | 6674 | N/C |
| 1 | 3.1/2 STOP | | EFR | N/C |
| 1 | 2.3/8 IF LIFT SUB | | EFR | N/C |
| 1 | 4.1/2 WP X 4.9/16 OVERSHOT BUSHING | | V-1278 | N/C |
| 1 | 4.5/8 T-DOGOVERSHOT | 1ST DAY | V-1630 | $1,248.48 |
| 1 | SLOTTED STRIPPING PLUG | 1ST DAY | 547 | $79.20 |
| 1 | 2.7/8 HH RUBBER SALE ITEM | | EFR | $150.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | OWU, LOWERED DOWN WASH & REEMED FROM 12,733 TO 12,824. CIRCULATED CLEAN | | | |
| | RDS PULLED UP 105K FISH CAME LOOSE. POOH W/ TBG. LAYED DOWN WASH PIPE & | | | |
| | FISH. | | | |
| | | | TODAY'S COST | $6,365.76 |
| | | | PREVIOUS COST | $64,128.52 |
| | | | TOTAL COST | $70,494.28 |

SUPERVISOR. EJBEACH                    COMPANY REP. JOHN VITTITOW



EASTERN / PRESSURE CONTROL
FISHING & RENTAL TOOLS

P.O. Box 292  Laurel, MS 39441  (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

MAILED
FEB 2 0 2020

## INVOICE

| | |
|---|---|
| Invoice No. | PN0027406 |
| Invoiced Date | 2/14/2020 |
| Shipper ID | RS0027406 |
| Order Type | Laurel INV Rental |
| Customer ID | SKLAR |
| TaxID00 | S-MS |
| TaxID01 | |
| TaxID02 | |
| TaxID03 | |

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

**SHIP TO:**
Customer: Sklar Exploration

Well No. 30-15 #1 | Lease: FLEMING ETAL

Field: HARMONY

County/Parish: CLARKE | State MS | Page 1 of 1

| SHIPPED FROM | SHIP VIA | RIG/NUMBER | TRANSFERED TO/FROM: | | CUSTOMER ORDER # | |
|---|---|---|---|---|---|---|
| LAUREL | Customer Handled | | | | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRPC | Net 30 Days | RN | John Vittilow | P-20036 | 2/4/2020 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| PC094 | FLANGE 7 1/16" 5K X 5 1/2 HP | 2/4/2020 | 2/4/2020 | 1.00 | DAY | 75.00 | 0% | 75.00 |
| PC087 | 5 1/2" HP 5K PUMP-IN SUB STANDARD SERVICE | 2/4/2020 | 2/4/2020 | 1.00 | DAY | 100.00 | 0% | 100.00 |
| FB922 | 2" 1502 PLUG VALVE 15K | 2/4/2020 | 2/4/2020 | 1.00 | DAY | 50.00 | 0% | 50.00 |
| PC041 | 5 1/2 HP 4.778" ID 5K STANDARD SERVICE RISER 10' | 2/4/2020 | 2/4/2020 | 1.00 | DAY | 105.00 | 0% | 105.00 |
| PC026 | 5 1/2 HP 4.778" ID 5K STANDARD SERVICE RISER 10' | 2/4/2020 | 2/4/2020 | 1.00 | DAY | 105.00 | 0% | 105.00 |
| PC050 | 5 1/2 HP 4.778" ID 5K STANDARD SERVICE RISER 4' | 2/4/2020 | 2/4/2020 | 1.00 | DAY | 105.00 | 0% | 105.00 |
| PC085 | X-OVER 5 1/2 HP X 2 1/2 BOWEN 5K | 2/4/2020 | 2/4/2020 | 1.00 | DAY | 50.00 | 0% | 50.00 |
| EFR | BOLTS & NUTS W/ HAMMER WRENCHES | 2/4/2020 | 2/4/2020 | 1.00 | DAY | 25.00 | 0% | 25.00 |
| SALE ITEM | R-46 RING GASKET | 2/4/2020 | 2/4/2020 | 1.00 | EA | 45.00 | 0% | 45.00 |
| INSPECTIONS | INSPECTION SERVICES ON EFR TOOLS PER CONN | 2/14/2020 | 2/14/2020 | 12.00 | EA | 25.00 | 0% | 300.00 |
| ENVIROMENTAL | ENVIRONMENTAL & WASTE DISPOSAL CHARGES | 2/14/2020 | 2/14/2020 | 1.00 | EA | 9.60 | 0% | 9.60 |

Randy Broadhead 2-19-20

| | |
|---|---|
| Sales Total | 969.60 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 67.87 |
| | 1,037.47 |
| Less Paid Amount | 0.00 |
| | 1,037.47 |

## Remit Payment:  P.O. Box 292 Laurel, MS 39441.



NOT AN INVOICE    FIELD TICKET ONLY

PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441   (601) 646-0494
P.O. Box 938 Cottondale, AL 35453  (205) 556-0110
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| ORDERED BY | JOHN G. VITTITOW | JOB # | P-20036 | DATE SHIPPED | 02/04/2020 |
|---|---|---|---|---|---|
| SHIPPED FROM | PC SHOP | | | | |
| CUST ORD # | | | | SHIP VIA | CUSTOMER |
| TRANS VIA | | | | JOB TYPE | RENTAL |

I, _Joe S Vittitow_
Customer Signature
Representing  SKLAR
Dated 2/13/20 agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

**SOLD TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport  LA 71101

**SHIP TO:**
Sklar Exploration
NEAR QUITMAN
CLARKE
MS

FIELD COPY REFLECTS
BOOK PRICES ONLY! ALL
DISCOUNTS WILL BE
REFLECTED ON INVOICE

Page 1 of 1

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032321 | 30-15 #1 | FLEMING | HARMONY | CLARKE | MS |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental Days | Amount | Each Add'l Day | Returned Qty | Returned Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | PC094 | FLANGE 7 1/16" 5K X 5 1/2 HP | 1 | $75.00 | | | | 1 |
| 1 | PC087 | 5 1/2" HP 5K PUMP-IN SUB STANDARD SERVICE | 1 | $100.00 | | | | 1 |
| 1 | FB922 | 2" 1502 PLUG VALVE 2X1 15K | 1 | $50.00 | | | | 1 |
| 1 | PC041 | 5 1/2 HP 4.778" ID 5K STANDARD SERVICE RISER 10' | 1 | $105.00 | | | | 1 |
| 1 | PC026 | 5 1/2 HP 4.778" ID 5K STANDARD SERVICE RISER 10' | 1 | $105.00 | | | | 1 |
| 1 | PC050 | 5 1/2 HP 4.778" ID 5K STANDARD SERVICE RISER 4' | 1 | $105.00 | | | | 1 |
| 1 | PC085 | X-OVER 5 1/2 HP X 2 1/2 BOWEN 5K | 1 | $50.00 | | | | 1 |
| 1 | MISC ITEMS | BOLTS, NUTS & HAMMER WRENCHES | 1 | $25.00 | | | | 1 |
| 1 | SALE ITEM | R-46 RING GASKET | 1 | $45.00 | | | | Sale |

**NOT AN INVOICE    FIELD TICKET ONLY**

EASTERN FISHING & RENTAL TOOLS / PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441    (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| ORDERED BY | JOHN G. VITTITOW | JOB # | P-20036 | DATE SHIPPED | 02/04/2020 |
|---|---|---|---|---|---|
| SHIPPED FROM | PC SHOP | | | | |
| CUST ORD # | | | | SHIP VIA | CUSTOMER |
| TRANS VIA | | | | JOB TYPE | RENTAL |

I, _____ Customer Signature
Representing _____
Dated _____ agree to Terms & Conditions listed in the Eastern Fishing & Rental Tools Price Book.

**SOLD TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport  LA 71101

**SHIP TO:**
Sklar Exploration
NEAR QUITMAN
CLARKE
MS

FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE

Page 1 of 1

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032321 | 30-15 # 1 | FLEMING | HARMONY | CLARKE | MS |

| Qty Shipped | Equipment ID | Description/Days Used | Days | Amount | Each Add'l Day | Qty | Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | PC094 | FLANGE 7 1/16" 5K X 5 1/2 HP | 1 | $ 75.00 | | | | |
| 1 | PC087 | 5 1/2" HP 5K PUMP-IN SUB STANDARD SERVICE | 1 | $ 100.00 | | | | |
| 1 | FB922 | 2" 1502 PLUG VALVE 2X1 15K | 1 | $ 50.00 | | | | |
| 1 | PC041 | 5 1/2 HP 4.778" ID 5K STANDARD SERVICE RISER 10' | 1 | $ 105.00 | | | | |
| 1 | PC026 | 5 1/2 HP 4.778" ID 5K STANDARD SERVICE RISER 10' | 1 | $ 105.00 | | | | |
| 1 | PC050 | 5 1/2 HP 4.778" ID 5K STANDARD SERVICE RISER 4' | 1 | $ 105.00 | | | | |
| 1 | PC085 | X-OVER 5 1/2 HP X 2 1/2 BOWEN 5K | 1 | $ 50.00 | | | | |
| 1 | MISC ITEMS | BOLTS, NUTS & HAMMER WRENCHES | 1 | $ 25.00 | | | | |
| 1 | SALE ITEM | R-46 RING GASKET | 1 | $ 45.00 | | | | |



| INVOICE | |
|---|---|
| Invoice No. | PN0027602 |
| Invoiced Date | 3/17/2020 |
| Shipper ID | RS0027602 |
| Order Type | Laurel INV Fishing |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | C-AL-CONEC |
| TaxID02 | |
| TaxID03 | |

FISHING & RENTAL TOOLS / PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

MAILED
MAR 2 3 2020

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

**SHIP TO:**
Customer:  Sklar Exploration
Well No.  35-13 #1        Lease:        CCL&T
Field:    LITTLE CEDAR CREEK
County/Parish:  CONECUH                State  AL

Page 1 of 3

| SHIPPED FROM | SHIP VIA | RIG NUMBER | TRANSFERED TO/FROM: | | CUSTOMER ORDER # |
|---|---|---|---|---|---|
| LAUREL | SRT Oilfield Service | | | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRLAU | Net 30 Days | RN | Kenny Copeland | P-20061 | 3/10/2020 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| FB019 | TRAILOR MOUNTED 6" X 30' FLARESTACK W/ AUTO IGNITION | 3/11/2020 | 3/13/2020 | 3.00 | DAY | 0.00 | 0% | 0.00 |
| FB1045 | 24IN X 10FT 3 PHASE 1440 WP SEPARATOR | 3/11/2020 | 3/13/2020 | 3.00 | DAY | 0.00 | 0% | 0.00 |
| FB056 | SKID MOUNTED 210 BBL PRODUCTION TANK | 3/11/2020 | 3/13/2020 | 3.00 | DAY | 0.00 | 0% | 0.00 |
| FB054 | SKID MOUNTED 210 BBL PRODUCTION TANK | 3/11/2020 | 3/13/2020 | 3.00 | DAY | 0.00 | 0% | 0.00 |
| FB026 | 5 VALVE 10M H2S CHOKE MANIFOLD | 3/11/2020 | 3/13/2020 | 3.00 | DAY | 0.00 | 0% | 0.00 |
| MISC ITEMS | 2" 10K 1502 FLOW IRON W/ 90'S | 3/11/2020 | 3/13/2020 | 3.00 | EA | 0.00 | 0% | 0.00 |
| MISC ITEMS | 2" FIG 200 LP FLOW IRON W/ 90'S | 3/11/2020 | 3/13/2020 | 3.00 | EA | 0.00 | 0% | 0.00 |
| MISC ITEMS | 4" FIG 200 FLOW/VENT LINE W/ 90'S | 3/11/2020 | 3/13/2020 | 3.00 | EA | 0.00 | 0% | 0.00 |
| LAB-SUPER-FB | OPERATOR CHARGES CHANCE DAVIS | 3/11/2020 | 3/13/2020 | 3.00 | DAY | 0.00 | 0% | 0.00 |
| LAB-SUPER-FB | OPERATOR CHARGES DENNIS SCHWAN | 3/11/2020 | 3/13/2020 | 3.00 | DAY | 0.00 | 0% | 0.00 |
| MISC ITEMS | DAILY PACKAGE DEAL | 3/11/2020 | 3/13/2020 | 3.00 | EA | 2,450.00 | 0% | 7,350.00 |
| PC215 | SPOOL 4 1/16 15M X 2 9/16 5M | 3/11/2020 | 3/11/2020 | 1.00 | DAY | 100.00 | 0% | 100.00 |
| SALE ITEM | R-27 RING GASKET | 3/11/2020 | 3/11/2020 | 1.00 | EA | 45.00 | 0% | 45.00 |
| SALE ITEM | BX-155 RING GASKET | 3/11/2020 | 3/11/2020 | 1.00 | EA | 45.00 | 0% | 45.00 |
| LAB-SUPER-FB | OPERATOR CHARGES  LANE MYRICK | 3/10/2020 | 3/13/2020 | 4.00 | DAY | 750.00 | 0% | 3,000.00 |

Continued

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**



**INVOICE**

| | |
|---|---|
| Invoice No. | PN0027602 |
| Invoiced Date | 3/17/2020 |
| Shipper ID | RS0027602 |
| Order Type | Laurel INV Fishing |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | C-AL-CONEC |
| TaxID02 | |
| TaxID03 | |

FISHING & RENTAL TOOLS / PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441    (601) 649-1454
P.O. Box 938 Cottondale, AL 35453 (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

**SHIP TO:**

| Customer: | Sklar Exploration | | | |
|---|---|---|---|---|
| Well No.  35-13 #1 | | Lease: | CCL&T | |
| Field:  LITTLE CEDAR CREEK | | | | |
| County/Parish:  CONECUH | | | State | AL |

Page 2 of 3

| SHIPPED FROM | SHIP VIA | RIG/NUMBER | TRANSFERED TO/FROM: | CUSTOMER ORDER # |
|---|---|---|---|---|
| LAUREL | SRT Oilfield Service | | | |

| FOB ID | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRLAU | Net 30 Days | RN | Kenny Copeland | P-20061 | 3/10/2020 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES  LANE MYRICK | 3/10/2020 | 3/13/2020 | 420.00 | MILE | 2.50 | 0% | 1,050.00 |
| LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES LANE MYRICK | 3/10/2020 | 3/13/2020 | 4.00 | DAY | 250.00 | 0% | 1,000.00 |
| TRANSPORT2 | TRANSPORTATION CHARGES F/ FLARESTACK | 3/10/2020 | 3/14/2020 | 320.00 | MILE | 3.30 | 0% | 1,056.00 |
| LAB-SUPER-FB | OPERATOR CHARGES PICUP  CHRIS GORDON | 3/10/2020 | 3/10/2020 | 1.00 | DAY | 750.00 | 0% | 750.00 |
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES  CHRIS GORDON | 3/10/2020 | 3/10/2020 | 160.00 | MILE | 2.50 | 0% | 400.00 |
| TRANSPORT2 | TRANSPORTATION CHARGES F/ SEPERATOR | 3/10/2020 | 3/14/2020 | 320.00 | MILE | 3.30 | 0% | 1,056.00 |
| LAB-SUPER-FB | OPERATOR CHARGES RGUP & RIGDOWN  CHANCE DAVIS | 3/10/2020 | 3/14/2020 | 2.00 | DAY | 750.00 | 0% | 1,500.00 |
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES  CHANCE DAVIS | 3/11/2020 | 3/13/2020 | 150.00 | MILE | 2.50 | 0% | 375.00 |
| LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES  CHANCE DAVIS | 3/10/2020 | 3/14/2020 | 4.00 | DAY | 250.00 | 0% | 1,000.00 |
| LAB-SUPER-FB | OPERATOR CHARGES  RGUP DENNIS SCHWAN | 3/10/2020 | 3/10/2020 | 1.00 | DAY | 750.00 | 0% | 750.00 |
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES DENNIS SCHWAN | 3/10/2020 | 3/13/2020 | 310.00 | MILE | 2.50 | 0% | 775.00 |
| LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES  DENNIS SCHWAN | 3/10/2020 | 3/13/2020 | 4.00 | DAY | 250.00 | 0% | 1,000.00 |
| TRANSPORT | TRANSPORTATION CHARGE TO DELIVER 210 TANKS #SRT | 3/10/2020 | 3/10/2020 | 2.00 | EA | 1,125.00 | 0% | 2,250.00 |
| TRANSPORT | TRANSPORTATION CHARGE TO PICKUP 210 TANKS #SRT | 3/14/2020 | 3/14/2020 | 2.00 | EA | 1,125.00 | 0% | 2,250.00 |
| SALE ITEM | NEEDLE VALVE (1) | 3/17/2020 | 3/17/2020 | 1.00 | EA | 60.00 | 0% | 60.00 |

Continued

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**



**INVOICE**

| | |
|---|---|
| Invoice No | PN0027602 |
| Invoiced Date | 3/17/2020 |
| Shipper ID | RS0027602 |
| Order Type | Laurel INV Fishing |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | C-AL-CONEC |
| TaxID02 | |
| TaxID03 | |

P.O. Box 292  Laurel, MS 39441    (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

BILL TO:
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

SHIP TO:
Customer:  Sklar Exploration

| Well No. 35-13 #1 | Lease: | CCL&T |
|---|---|---|
| Field:  LITTLE CEDAR CREEK | | |
| County/Parish:  CONECUH | State   AL | |

Page 3 of 3

| SHIPPED FROM | SHIP VIA | RIG NUMBER | TRANSFERED TO/FROM: | | CUSTOMER ORDER # |
|---|---|---|---|---|---|
| LAUREL | SRT-Oilfield Service | | | | |

| FOB ID | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRLAU | Net 30 Days | RN | Kenny Copeland | P-20061 | 3/10/2020 |

| EQUIPMENT ID: | DESCRIPTION | | | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| ENVIROMENAL | ENVIRONMENTAL & WASTE DISPOSAL CHARGES | | | 3/17/2020 | 3/17/2020 | 1.00 | EA | 258.12 | 0% | 258.12 |

Randy Broadhead  3-23-20

| | |
|---|---|
| Sales Total | 26,070.12 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 9.00 |
| | 26,079.12 |
| Less Paid Amount | 0.00 |
| INVOICE TOTAL | 26,079.12 |

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**





NOT AN INVOICE    FIELD TICKET ONLY

PRESSURE CONTROL

P.O. Box 292 Laurel, MS 39441 (601) 649-1454
P.O. Box 938 Cottondale, AL 35453 (205) 556-8000
P.O. Box 4618 Longview, TX 75606 (903) 653-0430

ORDERED BY KENNY COPELAND | JOB # P-20061 | DATE SHIPPED 03/10/2020
SHIPPED FROM PC SHOP
CUST ORD # | SHIP VIA CUSTOMER
TRANS VIA | JOB TYPE WELL TEST

I, _____ Representing Sklar Explorat'n
Dated 3/14/20 agree to Terms & Conditions listed in the Eastern Fishing & Rental Tools Price Book.

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

SOLD TO:
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport LA 71101

SHIP TO:
Sklar Exploration
NEAR BROOKLYN
CONECUH
AL

Page 2 of 3

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032536 | 3345 #1 | CCL&T | LITTLE CEDAR CREEK | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Days | Amount | Each Add'l Day | Qty | Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | PC215 | SPOOL 4 1/16 15M X 2 9/16 5M | 1 | $ 100.00 | | | | 1 |
| 1 | SALE ITEM | R-27 RING GASKET | 1 | $ 45.00 | | | | 1 |
| 1 | SALE ITEM | BX-155 RING GASKET | 1 | $ 45.00 | | | | 1 |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ LANE MYRICK | 1 | $ 750.00 | | | | 4 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES | 1 | $ 2.50 | | | | 420 |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES | 1 | $ 250.00 | | | | 4 |
| 1 | TRANSPORT2 | TRANSPORTATION CHARGES F/ FLARE Charles D. | 1 | $ 3.30 | | | | 320 |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES CHRIS GORDON | 1 | $ 750.00 | | | | 1 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES Chris G. | 1 | $ 2.50 | | | | 160 |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES | 1 | $ 250.00 | | | | |
| 1 | TRANSPORT2 | TRANSPORTATION CHARGES F/ SEPARATOR Chris G. | 1 | $ 3.30 | | | | 320 |

**NOT AN INVOICE    FIELD TICKET ONLY**

PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottandale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| | |
|---|---|
| ORDERED BY KENNY COPELAND | JOB # P-20061 | DATE SHIPPED 03/10/2020 |
| SHIPPED FROM  PC SHOP | |
| CUST ORD # | SHIP VIA  CUSTOMER |
| TRANS VIA | JOB TYPE  WELL TEST |

I, _____ Customer Signature
Representing Sklar Exploration
Dated 3/4/20 agree to Terms & Conditions listed in the Eastern Fishing & Rental Tools Price Book.

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport LA 71101 | Sklar Exploration<br>NEAR BROOKLYN<br>CONECUH<br>AL |

Page 3 of 3

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032536 | 83-15 #1 | CCL&T | LITTLE CEDAR CREEK | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental Days | Amount | Each Add'l Day | Returned Qty | Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ CHANCE DAVIS | 1 | $ 750.00 | | | | 2 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES | 1 | $ 2.50 | | | | 150 |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES | 1 | $ 250.00 | | | | 4 |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ DENNIS SCHWAN | 1 | $ 750.00 | | | | 1 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES | 1 | $ 2.50 | | | | 310 |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES | 1 | $ 250.00 | | | | 4 |
| 1 | SALE ITEM | PROPANE F/ FLARE (PER GALLON) | 1 | $ 4.00 | | | | |

Transportation to deliver 210 Tanks (SRT)    $1,125.00 per Truck X5    2 = $2250
Transportation to P/u 210 Tanks (SRT)

Case 20-12377-EEB Claim 36-1 Part 4 Filed 05/07/20 Desc Exhibit C: MSA & Invoices Page 72 of 100

EASTERN FISHING & RENTAL TOOLS

**EASTERN**
**FISHING & RENTAL TOOLS**

SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO: 1
DATE: 03/10/20

| | | |
|---|---|---|
| CUSTOMER Sklar | JOB NO. P-200061 | COMPANY REP. Kenny Copeland |
| DISTRICT Laurel | FIELD | LEASE CCL&T WELL NO. 35-13 #1 |
| RIG | HOLE SIZE | WORK STRING: |
| HWDP / DC: / | SUPERVISOR: Dennis Schwan | JOB TYPE: Well Test |
| WEIGHT ON MILL | RPM'S | TORQUE: |

AFE # ___ PKR @ ___ LNR @ ___ P.O. # ___

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 4 | Oerator charges @ $750.00 each per/day. ( Dennis S, Lane M, Chance D, Chris G.. ) | | $3,000.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. ( Dennis S, Chance D, Lane M. ) | | $750.00 |
| 1 | Transportation charge for Separator @ $3.30 per/mile. 160 miles one way. ( Chris G. ) | | $528.00 |
| 1 | Transportation charge for Flarestack @ $3.30 per/mile. 160 miles one way. ( Chance D. ) | | $528.00 |
| 1 | Operator mileage charges @ $2.50 per/mile. 320 miles one way. ( Dennis S, Lane M. ) | | $800.00 |
| 1 | Operator mileage charges @ $2.50 per/mile. 160 miles one way. ( Chris G. ) | | $400.00 |
| 2 | Deliver 210 Tanks #SRT | | $2,250.00 |
| | | | |
| | | TODAY'S COST | $8,256.00 |
| | | PREVIOUS COST | $0.00 |
| | | TOTAL COST | $8,256.00 |

SUPERVISOR. Dennis Schwan _____ COMPANY REP. Kenny Copeland

**EASTERN FISHING & RENTAL TOOLS**

**FISHING & RENTAL TOOLS**

SUPERVISORS DAILY JOB ESTIMATE & REPORT

| | |
|---|---|
| PAGE NO. | 2 |
| DATE: | 03/11/20 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CUSTOMER | Sklar | JOB NO | P-20061 | COMPANY REP. | | Kenny Copeland | |
| DISTRICT | Laurel | FIELD | | LEASE | CCL&T | WELL NO. | 35-13 #1 |
| RIG | | HOLE SIZE | | | WORK STRING: | | |
| HWDP / DC: | / | | SUPERVISOR: | Dennis Schwan | JOB TYPE: | Well Test | |
| WEIGHT ON MILL | | | RPM'S | | | TORQUE: | |

AFE #            PKR @            LNR @            P.O. # 0

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 1 | Well Test/Flowback package. ( Dennis S, Chance D. ) | | $2,450.00 |
| 1 | Operator charge. ( Lane M. ) | | $750.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. | | $750.00 |
| 3 | Operator mileage charges @ $2.50 per/mile. 150 r/t miles. | | $375.00 |
| 1 | 4 1/16 X 2 9/16 5K Spool. | | $100.00 |
| 1 | BX-155 Ring gasket. | | $45.00 |
| 1 | R-27 Ring gasket. | | $45.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TODAY'S COST | $4,515.00 |
| | | PREVIOUS COST | $8,256.00 |
| | | TOTAL COST | $12,771.00 |

SUPERVISOR. Dennis Schwan                    COMPANY REP.   Kenny Copeland

Case 20-12377-EEB Claim 36-1 Part 4 Filed 05/07/20 Desc Exhibit C: MSA & Invoices Page 74 of 100

**EASTERN** FISHING & RENTAL TOOLS

FISHING & RENTAL TOOLS

SUPERVISORS DAILY JOB ESTIMATE & REPORT

| | |
|---|---|
| PAGE NO | 3 |
| DATE: | 03/12/20 |

| CUSTOMER | Sklar | JOB NO. | P-20061 | COMPANY REP. | Kenny Copeland |
|---|---|---|---|---|---|

| DISTRICT | LAUREL | FIELD | | LEASE | CCL&T | WELL NO. | 35-13 #1 |
|---|---|---|---|---|---|---|---|

| RIG | | HOLE SIZE | | WORK STRING: | |
|---|---|---|---|---|---|

| HWDP / DC: | / | SUPERVISOR: | Dennis Schwan | JOB TYPE: | Well Test |
|---|---|---|---|---|---|

| WEIGHT ON MILL | | RPM'S | | TORQUE: | |
|---|---|---|---|---|---|

| AFE # | | PKR @ | LNR @ | | P.O. # | |
|---|---|---|---|---|---|---|

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 1 | Well Test/Flowback package. ( Dennis S, Chance D ) | | $2,450.00 |
| 1 | Operator charge. ( Lane M. ) | | $750.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. | | $750.00 |
| 3 | Operator mileage charges @ $2.50 per/mile. 150 r/t miles. | | $375.00 |
| | | | |
| | | TODAY'S COST | $4,325.00 |
| | | PREVIOUS COST | $12,771.00 |
| | | TOTAL COST | $17,096.00 |

| SUPERVISOR. Dennis Schwan | COMPANY REP. Kenny Copeland |
|---|---|

Case 20-12377-EEB   Claim 36-1 Part 4   Filed 05/07/20   Desc Exhibit C: MSA &
Invoices   Page 75 of 100



EASTERN FISHING & RENTAL TOOLS

FISHING & RENTAL TOOLS

SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO _____ 4 _____
DATE: _____ 03/13/20 _____

| | | |
|---|---|---|
| CUSTOMER _____ Sklar _____ | JOB NO _____ P-20061 _____ | COMPANY REP. _____ Kenny Copeland _____ |
| DISTRICT _____ LAUREL _____ FIELD _____ | LEASE _____ CCL&T _____ | WELL NO. _____ 35-13 #1 _____ |
| RIG _____ HOLE SIZE _____ | WORK STRING: _____ | |
| HWDP / DC: _____ / _____ | SUPERVISOR: _____ Dennis Schwan _____ | JOB TYPE: _____ Well Test _____ |
| WEIGHT ON MILL _____ | RPM'S _____ | TORQUE: _____ |

AFE # _____ PKR @ _____ LNR @ _____ P.O. # _____

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 1 | Well Test/Flowback package. ( Dennis S, Chance D. ) | | $2,450.00 |
| 1 | Operator charge. ( Lane M. ) | | $750.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. | | $750.00 |
| 2 | Operator mileage charges @ $2.50 per/mile. 100 miles. | | $250.00 |
| 1 | Operator mileage charges @ $2.50 per/mile. 160 miles one way. ( Lane M. ) | | $400.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TODAY'S COST | $4,600.00 |
| | | PREVIOUS COST | $17,096.00 |
| | | TOTAL COST | $21,696.00 |

SUPERVISOR. Dennis Schwan                    COMPANY REP.   Kenny Copeland

Case 20-12377-EEB  Claim 36-1 Part 4  Filed 05/07/20  Desc Exhibit C: MSA & Invoices  Page 76 of 100

EASTERN FISHING & RENTAL TOOLS

**FISHING & RENTAL TOOLS**

SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO _____ 5 _____
DATE: _____ 03/14/20 _____

| CUSTOMER | Sklar | JOB NO. | P-20061 | COMPANY REP. | Kenny Copeland |

| DISTRICT | LAUREL | FIELD | | LEASE | CCL&T | WELL NO. | 35-13 #1 |

RIG _____ HOLE SIZE _____ WORK STRING: _____

HWDP / DC: _____ / _____ SUPERVISOR: Dennis Schwan  JOB TYPE: Well Test

WEIGHT ON MILL _____ RPM'S _____ TORQUE: _____

| AFE # | | PKR @ | LNR @ | | P.O. # | | |
|---|---|---|---|---|---|---|---|
| QUANTITY | TOOL DESCRIPTION & REPORT | | | | SERIAL NUMBER | RENTAL COST |
| 1 | Transportation charge for Separator @ $3.30 per/mile. 160 miles one way. ( Chance D. ) | | | | | $528.00 |
| 1 | Transportation charge for Flarestack @ $3.30 per/mile. 160 miles one way. ( Dennis S.. ) | | | | | $528.00 |
| 1 | Operator charge. ( Chance D. ) | | | | | $750.00 |
| 2 | Pickup 210 Tanks #SRT | | | | | $2,250.00 |

| | | TODAY'S COST | $4,056.00 |
|---|---|---|---|
| | | PREVIOUS COST | $21,696.00 |
| | | TOTAL COST | $25,752.00 |

SUPERVISOR. Dennis Schwan _____   COMPANY REP. Kenny Copeland



**INVOICE**

MAILED
MAR 2 3 2020

| | |
|---|---|
| Invoice No. | PN0027603 |
| Invoiced Date | 3/17/2020 |
| Shipper ID | RS0027603 |
| Order Type | Laurel INV Rental |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | |
| TaxID02 | |
| TaxID03 | |

FISHING & RENTAL TOOLS / PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453   (205) 556-8000
P.O. Box 4618 Longview, TX 75606   (903) 653-0430

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

**SHIP TO:**

| | |
|---|---|
| Customer: Sklar Exploration | |
| Well No. 34-14 #1 | Lease: CCL&T |
| Field: BROOKLYN | |
| County/Parish: CONECUH | State AL |

Page 1 of 1

| SHIPPED FROM | SHIP VIA | RIG NUMBER | TRANSFERED TO/FROM: | CUSTOMER ORDER # |
|---|---|---|---|---|
| LAUREL | Customer Handled | | | |

| FOB ID | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRPC | Net 25 Days | RN | Kenny Copeland | P-20033 | 1/31/2020 |

| EQUIPMENT ID | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| FL3 | 10K EXTENDABLE BOOM FORKLIFT | 1/31/2020 | 2/5/2020 | 5.00 | DAY | 200.00 | 0% | 1,000.00 |

*Randy Broadhead  3-23-20*

| | |
|---|---|
| Sales Total | 1,000.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 40.00 |
| | 1,040.00 |
| Less Paid Amount | 0.00 |
| INVOICE TOTAL | 1,040.00 |

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**



Dead Exhibit C: MSA

Filed 05/04/20
Page 78 of 10

Case 36-1 Part 4 ED
Claims
Invoices

Case 20-12377-EEB



# INVOICE

| | |
|---|---|
| Invoice No. | PN0027604 |
| Invoiced Date | 3/17/2020 |
| Shipper ID | RS0027604 |
| Order Type | Laurel INV Rental |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | |
| TaxID02 | |
| TaxID03 | |

**PRESSURE CONTROL**
FISHING & RENTAL TOOLS

P.O. Box 292  Laurel, MS 39441    (601) 649-1454
P.O. Box 938 Cottondale, AL 35453 (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

MAILED
MAR 23 2020

| BILL TO: | SHIP TO: | | |
|---|---|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport, LA 71101 | Customer:  Sklar Exploration | | |
| | Well No.  4-1 #1 | Lease:  CCL&T | |
| | Field:   BROOKLYN | | |
| | County/Parish:  CONECUH | State   AL | Page 1 of 1 |

| SHIPPED FROM | SHIP VIA | RIG/NUMBER | TRANSFERED TO/FROM: | CUSTOMER ORDER # |
|---|---|---|---|---|
| LAUREL | Customer Handled | | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRPC | Net 30 Days | RN | Kenny Copeland | P-20048 | 2/6/2020 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| FL3 | 10K EXTENDABLE BOOM FORKLIFT | 2/6/2020 | 2/8/2020 | 3.00 | DAY | 200.00 | 0% | 600.00 |

*Rowdy Broadhead  3-23-20*

| | |
|---|---|
| Sales Total | 600.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 24.00 |
| | 624.00 |
| Less Paid Amount | 0.00 |
| **INVOICE TOTAL** | 624.00 |

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**



NOT AN INVOICE          FIELD TICKET ONLY

PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441      (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| ORDERED BY  KENNY COPELAND | | JOB #  P-20048 | DATE SHIPPED | | 02/05/2020 |
| SHIPPED FROM    LAUREL PC | | | | | |
| CUST. ORD # | | | SHIP VIA | | CUSTOMER |
| TRANS VIA | | | JOB TYPE | | RENTAL |

I, Ken Copeland
Customer Signature
Representing Sklar Exploration

Dated 3/14/20 agree to Terms & Conditions listed in the Eastern Fishing & Rental Tools Price Book.

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

| SOLD TO: | | SHIP TO: | |
|---|---|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport  LA  71101 | | Sklar Exploration<br>NEAR BROOKLYN<br>CONECUH<br>AL | |

Page 1 of 1

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO00032186 | 4-1 #1 | CCL&T | BROOKLYN | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental | | Each Add'l Day | Returned | | Days Used |
|---|---|---|---|---|---|---|---|---|
| | | | Days | Amount | | Qty | Date | |
| 1 | MISC ITEMS | 10K EXTEND-A-BOOM FORKLIFT | 1 | $ 200.00 | | | | 3 |

MISC ITEMS   1  2  3  4  5  6  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28  29  30  31

Case 20-12377-EEB    Doc 370-3    Filed 05/04/20    Page 80 of 1
Claim 36-1 Part 4    Invoices



**PRESSURE CONTROL**
TESTING & RENTAL TOOLS

P.O. Box 292  Laurel, MS 39441    (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606   (903) 653-0430

*Exhibit C MSA*
*Part 4   Filed 05/07/22*
*Page 81 of 100*
*Case 20-12377-EEB*

**INVOICE**

| | |
|---|---|
| Invoice No. | PN0027605 |
| Invoiced Date | 3/17/2020 |
| Shipper ID | RS0027605 |
| Order Type | Laurel INV Rental |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | |
| TaxID02 | |
| TaxID03 | |

MAILED
MAR 23 2020

| BILL TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport, LA 71101 | Customer: Sklar Exploration |

| | |
|---|---|
| Well No. 3-11 #1 | Lease: PATE |
| Field: BROOKLYN | |
| County/Parish: CONECUH | State AL |

Page 1 of 1

| SHIPPED FROM | SHIP VIA | RIG NUMBER | TRANSFERED TO/FROM | CUSTOMER ORDER # |
|---|---|---|---|---|
| LAUREL | Customer Handled | | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRPC | Net 30 Days | RN | Kenny Copeland | P-20049 | 2/8/2020 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| FL3 | 10K EXTENDABLE BOOM FORKLIFT | 2/8/2020 | 2/10/2020 | 3.00 | DAY | 200.00 | 0% | 600.00 |

*Randy Broadhead  3-23-20*

| | |
|---|---|
| Sales Total | 600.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 24.00 |
| | 624.00 |
| Less Paid Amount | 0.00 |
| INVOICE TOTAL | 624.00 |

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**



NOT AN INVOICE    FIELD TICKET ONLY

PRESSURE CONTROL
FISHING & RENTAL TOOLS

P.O. Box 297  Laurel, MS 39441    (601) 649-1454 LI
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| ORDERED BY | KENNY COPELAND | JOB # | P-20049 | DATE SHIPPED | 02/09/2020 |
|---|---|---|---|---|---|
| SHIPPED FROM | LAUREL PC | | | | |
| CUST ORD # | | | | SHIP VIA | CUSTOMER |
| TRANS VIA | | | | JOB TYPE | RENTAL |

**SOLD TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport  LA  71101

**SHIP TO:**
Sklar Exploration
NEAR BROOKLYN
CONECUH
AL

I, Ken Copeland
Customer Signature
Representing Sklar Exploratio.
Dated 3/14/20 agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

**FIELD COPY REFLECTS
BOOK PRICES ONLY! ALL
DISCOUNTS WILL BE
REFLECTED ON INVOICE**

Page 1 of 1

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032186 | 3-11 #1 | Coct Rate | BROOKLYN | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental Days | Amount | Each Add'l Day | Returned Qty | Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | MISC ITEMS | 30K EXTEND-A-BOOM FORKLIFT | 1 | $ 200.00 | | | | 3 |



**INVOICE**

| | |
|---|---|
| Invoice No. | PN0027606 |
| Invoiced Date | 3/17/2020 |
| Shipper ID | RS0027606 |
| Order Type | Laurel INV Rental |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | |
| TaxID02 | |
| TaxID03 | |

PRESSURE CONTROL
FISHING & RENTAL TOOLS

P.O. Box 292  Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

MAILED
MAR 23 2020

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

**SHIP TO:**

| | |
|---|---|
| Customer: Sklar Exploration | |
| Well No.  3-2 #1 | Lease:  CCL&T |
| Field:  BROOKLYN | |
| County/Parish:  ESCAMBIA | State  AL |

Page 1 of 1

| SHIPPED FROM | SHIP VIA | RIG NUMBER | TRANSFERED TO/FROM: | CUSTOMER ORDER # |
|---|---|---|---|---|
| LAUREL | Customer Handled | | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRPC | Net 30 Days | RN | Kenny Copeland | P-20050 | 2/11/2020 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| FL3 | 10K EXTENDABLE BOOM FORKLIFT | 2/11/2020 | 2/13/2020 | 3.00 | DAY | 200.00 | 0% | 600.00 |

*Randy Broadhead  3-23-20*

| | |
|---|---|
| Sales Total | 600.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 24.00 |
| | 624.00 |
| Less Paid Amount | 0.00 |
| | 624.00 |

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**



NOT AN INVOICE    FIELD TICKET ONLY

PRESSURE CONTROL

RB

P.O. Box 292  Laurel, MS 39441    (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8006
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| ORDERED BY  KENNY COPELAND | JOB #  P-20050 | DATE SHIPPED | 02/12/2020 |
|---|---|---|---|
| SHIPPED FROM  LAUREL PC | | | |
| CUST ORD # | | SHIP VIA | CUSTOMER |
| TRANS VIA | | JOB TYPE | RENTAL |

I, _Ken Copeland_
Customer Signature
Representing _Sklar Exploration_

Dated _3/14/20_  agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport LA 71101 | Sklar Exploration<br>NEAR BROOKLYN<br>CONECUH<br>AL |

Page 1 of 1

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032186 | 3-2 #1 | CCL&T | BROOKLYN | ~~CONECUH~~ ESCAMBIA | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental | | Each Add'l Day | Returned | | Days Used |
|---|---|---|---|---|---|---|---|---|
| | | | Days | Amount | | Qty | Date | |
| 1 | MISC ITEMS | 50K EXTEND-A-BOOM FORKLIFT | 1 | $ 200.00 | | | | 2 / 3 |

Filed 05/04/20    Page 84 of 1    Claim 36-1 Part 4    Pro De... voices    Case 20-12377-EEB



PRESSURE CONTROL
FISHING & RENTAL TOOLS

P.O. Box 292  Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606   (903) 653-0430

**INVOICE**

| | |
|---|---|
| Invoice No. | PN0027607 |
| Invoiced Date | 3/17/2020 |
| Shipper ID | RS0027607 |
| Order Type | Laurel INV Rental |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | |
| TaxID02 | |
| TaxID03 | |

MAILED
MAR 2 3 2020

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

**SHIP TO:**

| | | |
|---|---|---|
| Customer: Sklar Exploration | | |
| Well No. 2-4 #1 | Lease: | CCL&T |
| Field: BROOKLYN | | |
| County/Parish: ESCAMBIA | State | AL |

Page 1 of 1

| SHIPPED FROM | SHIP VIA | RIG/NUMBER | TRANSFERED TO/FROM: | CUSTOMER ORDER # |
|---|---|---|---|---|
| LAUREL | Customer Handled | | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRPC | Net 30 Days | RN | Kenny Copeland | P-20051 | 2/14/2020 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| FL3 | 10K EXTENDABLE BOOM FORKLIFT | 2/14/2020 | 2/16/2020 | 3.00 | DAY | 200.00 | 0% | 600.00 |

*Randy Broadhead  3-23-20*

| | |
|---|---|
| Sales Total | 600.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 24.00 |
| | 624.00 |
| Less Paid Amount | 0.00 |
| TOTAL | 624.00 |

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**

Case 20-12377-EEB Claim 36-1 Part 4 Filed 05/05/20 Desc Exhibit C: MSA & Invoices Page 86 of 101

PRESSURE CONTROL

NOT AN INVOICE

FIELD TICKET ONLY

P.O. Box 292 Laurel, MS 39441 (601) 649-1454
P.O. Box 938 Columbia, AL 35451 (205) 554-0000
P.O. Box 4618 Longview, TX 75606 (903) 653-0430

SOLD TO:
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport LA 71101

EASTERN ORDER #
PO0032185

| ORDERED BY | KENNY COPELAND |
| SHIPPED FROM | LAUREL PC |
| JOB # | P-20051 | DATE SHIPPED | 02/14/2020 |
| CUST ORD # | | SHIP VIA | CUSTOMER |
| TRANS VIA | | JOB TYPE | RENTAL |

SHIP TO:
Sklar Exploration
NEAR BROOKLYN
CONECUH
AL

| WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
| 2-4 #1 | COLAT | BROOKLYN | CONECUH | AL |

Page 1 of 1

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental | | | Returned | | | |
| | | | Days | Amount | Each Add'l Day | Qty | Date | Days Used |
| 1 | | | 1 | $ 200.00 | | | | 3 |

MISC ITEMS
PIPE EXTENDS/BOOM FORKLIFT

FIELD COPY REFLECTS
BOOK PRICES ONLY! ALL
DISCOUNTS WILL BE
REFLECTED ON INVOICE

Representing Sklar Exploration
Dated 3/11/20 agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.



P.O. Box 292  Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

## INVOICE

| | |
|---|---|
| Invoice No. | PN0027608 |
| Invoiced Date | 3/17/2020 |
| Shipper ID | RS0027608 |
| Order Type | Laurel INV Rental |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | |
| TaxID02 | |
| TaxID03 | |

**MAILED**
MAR 2 3 2020

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

**SHIP TO:**

| | | | |
|---|---|---|---|
| Customer: | Sklar Exploration | | |
| Well No. 5-8 #1 | | Lease: | CRAFT RAWLS |
| Field: | LITTLE CEDAR CREEK | | |
| County/Parish: | CONECUH | State | AL |

Page 1 of 1

| SHIPPED FROM | SHIP VIA | RIG/NUMBER | TRANSFERED TO/FROM | CUSTOMER ORDER # |
|---|---|---|---|---|
| LAUREL | Customer Handled | | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRPC | Net 30 Days | RN | Kenny Copeland | P-20060 | 3/1/2020 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| FL3 | 10K EXTENDABLE BOOM FORKLIFT | 3/1/2020 | 3/8/2020 | 4.00 | DAY | 200.00 | 0% | 800.00 |
| ENVIROMENTAL | ENVIRONMENTAL & WASTE DISPOSAL CHARGES | 3/17/2020 | 3/17/2020 | 1.00 | EA | 42.00 | 0% | 42.00 |

Randy Broadhead    3-23-20

| | |
|---|---|
| Sales Total | 842.00 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 32.00 |
| | 874.00 |
| Less Paid Amount | 0.00 |
| | 874.00 |

## Remit Payment:  P.O. Box 292 Laurel, MS 39441

Case 20-12377-EEB Claim 36-1 Part 2 Filed 05/06/20 Desc Exhibit C: MSA & Invoices Page 88 of 101

**PRESSURE CONTROL**

**NOT AN INVOICE** — **FIELD TICKET ONLY**

P.O. Box 292  Laurel, MS 39441  (601) 649-1454
P.O. Box 938 Chthedale, AL 35453 (205) 554-0000
P.O. Box 4618 Longview, TX 75606 (903) 653-0400

SOLD TO:
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport LA 71101

SHIP TO:
Sklar Exploration
NEAR BROOKLYN
CONECUH
AL

ORDERED BY: KENNY COPELAND
SHIPPED FROM: LAUREL PC
JOB #: P-20060
DATE SHIPPED: 03/01/2020

EASTERN ORDER# PO0023186
WELL#
LEASE
FIELD: BROOKLYN
COUNTY/PARISH: CONECUH
STATE: AL

Page 1 of 1

| Qty Shipped | Equipment ID | Description/Days Used | Days | Amount | Qty | Date | Days Used |
|---|---|---|---|---|---|---|---|
| 1 | | R/K EXTEND-A-BOOM FORKLIFT | 1 | $ 200.00 | | | 4 |

FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE



Exhibit C MSAL & MSA<br/>Filed 05/07/20 Desc<br/>Page 89 of 90<br/>Part 4

MAILED

MAR 2 7 2020

**INVOICE**

| | |
|---|---|
| Invoice No. | PN0027643 |
| Invoiced Date | 3/20/2020 |
| Shipper ID | RS0027643 |
| Order Type | Laurel INV Fishing |
| Customer ID | SKLAR |
| TaxID000 | S-AL |
| TaxID01 | C-AL-CONEC |
| TaxID02 | |
| TaxID03 | |

P.O. Box 292  Laurel, MS 39441 (601) 649-1454
P.O. Box 938 Cottondale, AL 35453 (205) 556-8000
P.O. Box 4618 Longview, TX 75606 (903) 653-0430

FISHING & RENTAL TOOLS / PRESSURE CONTROL

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

**SHIP TO:**

| Customer: | Sklar Exploration | | |
|---|---|---|---|
| Well No. 33-12 #1 | | Lease: | THOMASSON |
| Field: BROOKLYN | | | |
| County/Parish: CONECUH | | State AL | |

Page 1 of 3

| SHIPPED FROM | SHIP VIA | RIG NUMBER | TRANSFERED TO/FROM: | | CUSTOMER ORDER # |
|---|---|---|---|---|---|
| LAUREL | SRT Oilfield Service | | | | |
| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
| EFRLAU | Net 30 Days | RN | Kenny Copeland | P-20062 | 3/13/2020 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| FB011 | TRAILOR MOUNTED 8" X 50' FLARESTACK W/ AUTO IGNITION | 3/13/2020 | 3/15/2020 | 2.00 | DAY | 0.00 | 0% | 0.00 |
| FB1045 | 24IN X 10FT 3 PHASE 1440 WP SEPARATOR | 3/13/2020 | 3/15/2020 | 2.00 | DAY | 0.00 | 0% | 0.00 |
| FB055 | SKID MOUNTED 210 BBL PRODUCTION TANK | 3/13/2020 | 3/15/2020 | 2.00 | DAY | 0.00 | 0% | 0.00 |
| FB045 | SKID MOUNTED 210 BBL PRODUCTION TANK | 3/13/2020 | 3/15/2020 | 2.00 | DAY | 0.00 | 0% | 0.00 |
| FB001 | 5 VALVE 10M H2S CHOKE MANIFOLD | 3/13/2020 | 3/15/2020 | 2.00 | DAY | 0.00 | 0% | 0.00 |
| MISC ITEMS | 2" 10K 1502 FLOW IRON W/ 90'S | 3/13/2020 | 3/15/2020 | 2.00 | EA | 0.00 | 0% | 0.00 |
| MISC ITEMS | 2" FIG 200 LP FLOW IRON W/ 90'S | 3/13/2020 | 3/15/2020 | 2.00 | EA | 0.00 | 0% | 0.00 |
| MISC ITEMS | 4" FIG 200 FLOW/VENT LINE W/ 90'S | 3/13/2020 | 3/15/2020 | 2.00 | EA | 0.00 | 0% | 0.00 |
| LAB-SUPER-FB | OPERATOR CHARGES JEREMY WALTERS | 3/13/2020 | 3/15/2020 | 2.00 | DAY | 0.00 | 0% | 0.00 |
| LAB-SUPER-FB | OPERATOR CHARGES MICHAEL WELCH | 3/13/2020 | 3/15/2020 | 2.00 | DAY | 0.00 | 0% | 0.00 |
| MISC ITEMS | DAILY PACKAGE DEALS | 3/13/2020 | 3/15/2020 | 2.00 | EA | 2,450.00 | 0% | 4,900.00 |
| PC215 | SPOOL 4 1/16 15M X 2 1/16 5M | 3/14/2020 | 3/14/2020 | 1.00 | DAY | 100.00 | 0% | 100.00 |
| SALE ITEM | R-27 RING GASKET | 3/14/2020 | 3/14/2020 | 1.00 | EA | 45.00 | 0% | 45.00 |
| SALE ITEM | BX-155 RING GASKET | 3/14/2020 | 3/14/2020 | 1.00 | EA | 45.00 | 0% | 45.00 |
| TRANSPORT2 | TRANSPORTATION CHARGES F/ FLARESTACK | 3/13/2020 | 3/16/2020 | 320.00 | MILE | 3.30 | 0% | 1,056.00 |

Continued

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**



FISHING & RENTAL TOOLS / PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441 · (601) 649-1454
P.O. Box 938 Cottondale, AL 35453 · (205) 556-8000
P.O. Box 4618 Longview, TX 75606 · (903) 653-0430

| INVOICE | |
|---|---|
| Invoice No. | PN0027643 |
| Invoiced Date | 3/20/2020 |
| Shipper ID | RS0027643 |
| Order Type | Laurel INV Fishing |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | C-AL-CONEC |
| TaxID02 | |
| TaxID03 | |

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

**SHIP TO:**
Customer:  Sklar Exploration
Well No.  33-12 #1          Lease:   THOMASSON
Field:  BROOKLYN
County/Parish:  CONECUH                        State   AL

Page 2 of 3

| SHIPPED FROM | SHIP VIA | RIG NUMBER | TRANSFERED TO/FROM: | CUSTOMER ORDER # | |
|---|---|---|---|---|---|
| LAUREL | SRT Oilfield Service | | | | |
| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
| EFRLAU | Net 30 Days | RN | Kenny Copeland | P-20062 | 3/13/2020 |

| EQUIPMENT ID. | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| LAB-SUPER-FB | OPERATOR CHARGES CHRIS GORDON | 3/13/2020 | 3/16/2020 | 4.00 | DAY | 750.00 | 0% | 3,000.00 |
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES CHRIS GORDON | 3/14/2020 | 3/15/2020 | 100.00 | MILE | 2.50 | 0% | 250.00 |
| LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES CHRIS GORDON | 3/13/2020 | 3/15/2020 | 3.00 | DAY | 250.00 | 0% | 750.00 |
| TRANSPORT2 | TRANSPORTATION CHARGES F/ SEPERATOR | 3/13/2020 | 3/16/2020 | 320.00 | MILE | 3.30 | 0% | 1,056.00 |
| LAB-SUPER-FB | OPERATOR CHARGES RIGUP & RIGDOWN  JEREMY WALTERS | 3/13/2020 | 3/16/2020 | 2.00 | DAY | 750.00 | 0% | 1,500.00 |
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES JEREMY WALTERS | 3/14/2020 | 3/15/2020 | 100.00 | MILE | 2.50 | 0% | 250.00 |
| LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES  JEREMY WALTERS | 3/13/2020 | 3/15/2020 | 3.00 | DAY | 250.00 | 0% | 750.00 |
| LAB-SUPER-FB | OPERATOR CHARGES RIGUP & RIGDOWN  MICHAEL WELCH | 3/13/2020 | 3/16/2020 | 2.00 | DAY | 750.00 | 0% | 1,500.00 |
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES MICHAEL WELCH | 3/14/2020 | 3/15/2020 | 100.00 | MILE | 2.50 | 0% | 250.00 |
| LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES MICHAEL WELCH | 3/13/2020 | 3/15/2020 | 3.00 | DAY | 250.00 | 0% | 750.00 |
| TRANSPORT2 | TRANSPORTATION CHARGES F/ FLOWIRON | 3/13/2020 | 3/16/2020 | 320.00 | MILE | 3.30 | 0% | 1,056.00 |
| TRANSPORT | TRANSPORTATION CHARGE TO DELIVER & PICKUP TANKS #SRT | 3/13/2020 | 3/16/2020 | 2.00 | EA | 1,125.00 | 0% | 2,250.00 |
| SALE ITEM | NEEDLE VALVE (1) | 3/20/2020 | 3/20/2020 | 1.00 | EA | 60.00 | 0% | 60.00 |
| SALE ITEM | HARD SEAL KITS (2) | 3/20/2020 | 3/20/2020 | 2.00 | EA | 500.00 | 0% | 1,000.00 |
| SALE ITEM | SOFT SEAL KITS (3) | 3/20/2020 | 3/20/2020 | 3.00 | EA | 50.00 | 0% | 150.00 |

Continued

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**



| | INVOICE |
|---|---|
| Invoice No. | PN0027643 |
| Invoiced Date | 3/20/2020 |
| Shipper ID | RS0027643 |
| Order Type | Laurel INV Fishing |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | C-AL-CONEC |
| TaxID02 | |
| TaxID03 | |

P.O. Box 292  Laurel, MS 39441  (601) 649-1454
P.O. Box 938 Cottondale, AL 35453 (205) 556-8000
P.O. Box 4618 Longview, TX 75606 (903) 653-0430

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA  71101

**SHIP TO:**
Customer:  Sklar Exploration
Well No.  33-12 #1 | Lease:  THOMASSON
Field:  BROOKLYN
County/Parish:  CONECUH | State  AL

Page 3 of 3

| SHIPPED FROM | SHIP VIA | RIG/NUMBER | TRANSFERED TO/FROM: | | CUSTOMER ORDER # | |
|---|---|---|---|---|---|---|
| LAUREL | SRT Oilfield Service | | | | | |

| FOB ID | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRLAU | Net 30 Days | RN | Kenny Copeland | P-20062 | 3/13/2020 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| SALE ITEM | 2" 1502 RUBBERS (4) | 3/20/2020 | 3/20/2020 | 4.00 | EA | 5.00 | 0% | 20.00 |
| ENVIROMENTAL | ENVIRONMENTAL & WASTE DISPOSAL CHARGES | 3/20/2020 | 3/20/2020 | 1.00 | EA | 207.38 | 0% | 207.38 |

Randy Broadhead 3-26-20

| | |
|---|---|
| Sales Total | 20,945.38 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 79.20 |
| | 21,024.58 |
| Less Paid Amount | 0.00 |
| | 21,024.58 |

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**



NOT AN INVOICE   FIELD TICKET ONLY

PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8600
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

I, Ken Copeland
Customer Signature
Representing  Sklar

Dated  3/15/20 agree to Terms & Conditions listed in the Eastern Fishing & Rental Tools Price Book.

| | | | |
|---|---|---|---|
| ORDERED BY  KENNY COPELAND | JOB #  P-20062 | DATE SHIPPED | 03/10/2020 |
| SHIPPED FROM   PC SHOP | | | |
| CUST ORD # | | SHIP VIA | CUSTOMER |
| TRANS VIA | | JOB TYPE | WELL TEST |

FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE.

Page 1 of 3

**SOLD TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport LA 71101

**SHIP TO:**
Sklar Exploration
NEAR BROOKLYN
CONECUH
AL

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032536 | 33-12#14 | Thomasson | Brooklyn | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental Days | Amount | Each Add'l Day | Returned Qty | Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | FB019 | TRAILER MOUNTED 6" X 50' FLARESTACK W/ AUTO IGNITION | 1 | $ 0.00 | | | | 2 |
| 1 | FB1045 | 24IN X 10FT 3 PHASE 1440 WP SEPARATOR | 1 | $ 0.00 | | | | 2 |
| 1 | FB056 | SKID MOUNTED 210 BBL PRODUCTION TANK | 1 | $ 0.00 | | | | 2 |
| 1 | FB054 | SKID MOUNTED 210 BBL PRODUCTION TANK | 1 | $ 0.00 | | | | 2 |
| 1 | FB026 | 5 VALVE 10M H2S CHOKE MANIFOLD | 1 | $ 0.00 | | | | 2 |
| 1 | MISC ITEMS | 2" 10K1502 FLOW IRON W/ 90'S | 1 | $ 0.00 | | | | 2 |
| 1 | MISC ITEMS | 2" FIG 200 L.P. FLOW IRON W/ 90'S | 1 | $ 0.00 | | | | 2 |
| 1 | MISC ITEMS | 4" FIG 200 FLOW/VENT LINE W/ 90'S | 1 | $ 0.00 | | | | 2 |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ Jeremy Walters | 1 | $ 0.00 | | | | 2 |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ Michael Welch | 1 | $ 0.00 | | | | 2 |
| 1 | MISC ITEMS | DAILY PACKAGE COST FOR ABOVE ITEMS | 1 | $ 2,450.00 | | | | 2 |



**NOT AN INVOICE    FIELD TICKET ONLY**

EASTERN / PRESSURE CONTROL
Fishing & Rental Tools

P.O. Box 292  Laurel, MS 39441     (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

I, _Kenny Copeland_
Customer Signature
Representing _Sklar_

Dated _3/15/20_ agree to Terms & Conditions listed in the Eastern Fishing & Rental Tools Price Book.

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

| ORDERED BY KENNY COPELAND | JOB # P-20062 | DATE SHIPPED 03/10/2020 |
|---|---|---|
| SHIPPED FROM PC SHOP | | |
| CUST ORD # | SHIP VIA | CUSTOMER |
| TRANS VIA | JOB TYPE | WELL TEST |

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport LA 71101 | Sklar Exploration<br>NEAR BROOKLYN<br>CONECUH<br>AL |

Page 2 of 3

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032536 | 33-12#9 | Thomason | | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental Days | Amount | Each Add'l Day | Returned Qty | Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | PC215 | SPOOL 4 1/16 15M X 2 9/16 5M | | $ 100.00 | 1 | | | 1 |
| 1 | SALE ITEM | R-27 RING GASKET | | $ 45.00 | 1 | | | Sale |
| 1 | SALE ITEM | BX-155 RING GASKET | | $ 45.00 | 1 | | | Sale |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ | | $ 750.00 | 1 | | | 0 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES | | $ 2.50 | 1 | | | 0 |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES | | $ 250.00 | 1 | | | 0 |
| 1 | TRANSPORT2 | TRANSPORTATION CHARGES F/ FLARE | | $ 3.30 | 1 | | | 320 |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES CHRIS GORDON | | $ 750.00 | 1 | | | 4 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES | | $ 2.50 | 1 | | | 100 |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES | | $ 250.00 | 1 | | | 3 |
| 1 | TRANSPORT2 | TRANSPORTATION CHARGES F/ SEPARATOR | | $ 3.30 | 1 | | | 320 |

**PRESSURE CONTROL**

P.O. Box 292   Laurel, MS 39441      (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606   (903) 653-0430

## NOT AN INVOICE      FIELD TICKET ONLY

| | |
|---|---|
| ORDERED BY  KENNY COPELAND | JOB #  P-20062 |
| SHIPPED FROM  PC SHOP | DATE SHIPPED  03/10/2020 |
| CUST ORD # | SHIP VIA  CUSTOMER |
| TRANS VIA | JOB TYPE  WELL TEST |

I, _Ken Copeland_

Representing _Sklar_

Dated _3/15/20_ agree to Terms & Conditions listed in the Eastern Fishing & Rental Tools Price Book.

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

Page 3 of 3

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport LA 71101 | Sklar Exploration<br>NEAR BROOKLYN<br>CONECUH<br>AL |

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032536 | 33-12#1 | P Thomasson | | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Days | Amount | Each Add'l Day | Qty | Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ ~~CHARLIE SNIDER~~ Jeremy Walters | | $ 750.00 | | | | 2 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES | 1 | $ 2.50 | | | | 100 |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES | 1 | $ 250.00 | | | | 3 |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ ~~DENNIS SCHWAN~~ Michael Welch | 1 | $ 750.00 | | | | 2 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES | 1 | $ 2.50 | | | | 100 |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES | 1 | $ 250.00 | | | | 3 |
| 1 | SALE ITEM | PROPANE F/ FLARE (PER GALLON) | 1 | $ 4.00 | | | | 0 |

3/13 & 3/16 Transportation of Flow Iron @ $3.20 p/mi      720 miles

Case 20-12377-EEB   Claim 36-1 Part 4   Filed 05/07/20   Desc Exhibit C: MSA & Invoices   Page 95 of 100

**EASTERN FISHING & RENTAL TOOLS**

FISHING & RENTAL TOOLS

SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO. ____ L ____
DATE: ____ 03/13/20 ____

| | | |
|---|---|---|
| CUSTOMER __Sklar__ | JOB NO. __P-20062__ | COMPANY REP. __Kenny Copeland__ |
| DISTRICT __Laurel__ FIELD ____ | | LEASE __Thomasson__  WELL NO. __33-1 2#1__ |
| RIG ____ HOLE SIZE ____ | | WORK STRING: ____ |
| HWDP / DC: ____ / ____ | SUPERVISOR: __Jeremy Walters__ | JOB TYPE: __Well Test__ |
| WEIGHT ON MILL ____ | RPM'S ____ | TORQUE: ____ |

AFE # _____   PKR @ _____   LNR @ _____   P.O. # _____

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 3 | Operator charges @ $750.00 each per/day. ( Jeremy Walters, Michael Welch, Chris Gordon ) | | $2,250.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. (JeremyW, Michael W, Chris G) | | $750.00 |
| 1 | Transportation charge for Separator @ $3.30 per/mile. 160 miles one way. ( Chris G. ) | | $528.00 |
| 1 | Transportation charge for Flarestack @ $3.30 per/mile. 160 miles one way. ( JeremyW) | | $528.00 |
| 1 | Transportation charge for Flow iron @ $3.30 per/mile. 160 miles one way. ( Micheal W. ) | | $528.00 |
| 1 | Deliver 210 Tank #SRT | | $1,125.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TODAY'S COST | $5,709.00 |
| | | PREVIOUS COST | $0.00 |
| | | TOTAL COST | $5,709.00 |

SUPERVISOR. __Jeremy Walters__          COMPANY REP.   __Kenny Copeland__



**FISHING & RENTAL TOOLS**

**SUPERVISORS DAILY JOB ESTIMATE & REPORT**

| | | |
|---|---|---|
| | PAGE NO | 2 |
| | DATE: | 03/14/20 |

| | | | | |
|---|---|---|---|---|
| CUSTOMER | Sklar | JOB NO. P-20062 | COMPANY REP. | Kenny Copeland |
| DISTRICT | Laurel   FIELD | | LEASE Thomasson | WELL NO. 33-12#1 |
| RIG | | HOLE SIZE | | WORK STRING: |
| HWDP / DC: | / | SUPERVISOR: Jeremy Walters | JOB TYPE: Well Test |
| WEIGHT ON MILL | | RPM'S | | TORQUE: |

AFE #            PKR @            LNR @            P.O. # 0

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 1 | Well Test/Flowback package. (Jeremy W., Michael W. ) | | $2,450.00 |
| 1 | Operator charge. (Chris G) | | $750.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. | | $750.00 |
| 3 | Operator mileage charges @ $2.50 per/mile. 150 r/t miles. | | $375.00 |
| 1 | 4 1/16 X 2 9/16 5K Spool. | | $100.00 |
| 1 | BX-155 Ring gasket. | | $45.00 |
| 1 | R-27 Ring gasket. | | $45.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TODAY'S COST | $4,515.00 |
| | | PREVIOUS COST | $5,709.00 |
| | | TOTAL COST | $10,224.00 |

SUPERVISOR. Jeremy Walters            COMPANY REP. John Vittitow

**EASTERN**

**FISHING & RENTAL TOOLS**

EASTERN FISHING & RENTAL TOOLS

SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO  **3**

DATE:  03/1 5/20

| CUSTOMER | Sklar | JOB NO. | P-20062 | COMPANY REP. | Kenny Copeland |

| DISTRICT | LAUREL | FIELD | | LEASE Thomasson | WELL NO. 33-1 2#1 |

| RIG | | HOLE SIZE | | WORK STRING: | |

| HWDP / DC: | / | SUPERVISOR: Jeremy Walters | JOB TYPE: Well Test |

| WEIGHT ON MILL | | RPM'S | | TORQUE: | |

AFE #          PKR @          LNR @          P.O. #

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 1 | Well Test/Flowback package. (Jeremy W, Michael W) | | $2,450.00 |
| 1 | Operator charge. ( Chris G) | | $750.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. | | $750.00 |
| 3 | Operator mileage charges @ $2.50 per/mile. 150 r/t miles. | | $375.00 |
| | | TODAY'S COST | $4,325.00 |
| | | PREVIOUS COST | $10,224.00 |
| | | TOTAL COST | $14,549.00 |

SUPERVISOR. Jeremy Walters                    COMPANY REP.  Kenny Copeland

**EASTERN**
FISHING & RENTAL TOOLS

EASTERN FISHING & RENTAL TOOLS
SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO ___4___
DATE: 03/16/20

| CUSTOMER | Sklar | JOB NO | P-20062 | COMPANY REP. | Kenny Copeland |

| DISTRICT | LAUREL | FIELD | | LEASE | Thomasson | WELL NO. | 33-1 2#1 |

| RIG | | HOLE SIZE | | WORK STRING | |

| HWDP / DC: | / | SUPERVISOR: | Jeremy Walters | JOB TYPE: | Well Test |

| WEIGHT ON MILL | | RPM'S | | TORQUE: | |

| AFE # | | PKR @ | LNR @ | P.O. # | |

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 3 | Operator charges @ $750.00 each per/day. ( Jeremy Walters, Michael Welch, Chris Gordon ) | | $2,250.00 |
| 1 | Transportation charge for Separator @ $3.30 per/mile. 160 miles one way. ( Chris G. ) | | $528.00 |
| 1 | Transportation charge for Flarestack @ $3.30 per/mile. 160 miles one way. ( JeremyW) | | $528.00 |
| 1 | Transportation charge for Flow iron @ $3.30 per/mile. 160 miles one way. ( Micheal W. ) | | $528.00 |
| 1 | Pickup 210 Tank #SRT | | $1,125.00 |
| | | | |
| | | TODAY'S COST | $4,959.00 |
| | | PREVIOUS COST | $14,549.00 |
| | | TOTAL COST | $19,508.00 |

SUPERVISOR. Jeremy Walters          COMPANY REP. Kenny Copeland



**PRESSURE CONTROL**
FISHING & RENTAL TOOLS

P.O. Box 292 Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453   (205) 556-8000
P.O. Box 4618 Longview, TX 75606   (903) 653-0430

**MAILED**
APR 14 2020

| INVOICE | |
|---|---|
| Invoice No. | PN0027772 |
| Invoiced Date | 3/31/2020 |
| Shipper ID | RS0027772 |
| Order Type | Laurel INV Rental |
| Customer ID | SKLAR |
| TaxID00 | S-MS |
| TaxID01 | |
| TaxID02 | |
| TaxID03 | |

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

**SHIP TO:**

| Customer: | Sklar Exploration | | |
|---|---|---|---|
| Well No. 30-11 #1 | | Lease: | MCLEOD |
| Field: | PLEASANT RIDGE SOUTH | | |
| County/Parish: | CLARKE | State | MS |

Page 1 of 1

| SHIPPED FROM | SHIP VIA | RIG NUMBER | TRANSFERED TO/FROM | CUSTOMER ORDER # |
|---|---|---|---|---|
| LAUREL | Customer Handled | | | |

| FOB ID | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRPC | Net 30 Days | RN | John Vittitow | P-20027 | 1/29/2020 |

| EQUIPMENT ID. | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| PC094 | FLANGE 7 1/16" 5K X 5 1/2 HP | 1/29/2020 | 1/29/2020 | 1.00 | DAY | 75.00 | 0% | 75.00 |
| PC087 | 5 1/2" HP 5K PUMP-IN SUB STANDARD SERVICE | 1/29/2020 | 1/29/2020 | 1.00 | DAY | 100.00 | 0% | 100.00 |
| FB922 | 2" 1502 PLUG VALVE 2X 1 15K | 1/29/2020 | 1/29/2020 | 1.00 | DAY | 50.00 | 0% | 50.00 |
| PC041 | 5 1/2 HP 4.778" ID 5K STANDARD SERVICE RISER 10' | 1/29/2020 | 1/29/2020 | 1.00 | DAY | 105.00 | 0% | 105.00 |
| PC026 | 5 1/2 HP 4.778" ID 5K STANDARD SERVICE RISER 10' | 1/29/2020 | 1/29/2020 | 1.00 | DAY | 105.00 | 0% | 105.00 |
| PC050 | 5 1/2 HP 4.778" ID 5K STANDARD SERVICE RISER 4' | 1/29/2020 | 1/29/2020 | 1.00 | DAY | 105.00 | 0% | 105.00 |
| PC085 | X-OVER 5 1/2 HP X 2 1/2 BOWEN 5K | 1/29/2020 | 1/29/2020 | 1.00 | DAY | 50.00 | 0% | 50.00 |
| EFR | BOLTS & NUTS W/ HAMMER WRENCHES | 1/29/2020 | 1/29/2020 | 1.00 | DAY | 25.00 | 0% | 25.00 |
| SALE ITEM | R-46 RING GASKET | 1/29/2020 | 1/29/2020 | 1.00 | EA | 45.00 | 0% | 45.00 |
| ENVIROMENTAL | ENVIRONMENTAL & WASTE DISPOSAL CHARGES | 3/31/2020 | 3/31/2020 | 1.00 | EA | 6.60 | 0% | 6.60 |

Randy Broadhead   4-14-20

| Sales Total | 666.60 |
|---|---|
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 46.66 |
| | 713.26 |
| Less Paid Amount | 0.00 |
| TOTAL | 713.26 |

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**

NOT AN INVOICE    FIELD TICKET ONLY

PRESSURE CONTROL

FISHING & RENTAL TOOLS

P.O. Box 292  Laurel, MS 39441  (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| ORDERED BY | JOHN G. VITTITOW | JOB # | P-20027 | DATE SHIPPED | 01/29/2020 |
|---|---|---|---|---|---|

| SHIPPED FROM | PC SHOP |
|---|---|

| CUST ORD # | | SHIP VIA | CUSTOMER |
|---|---|---|---|

| TRANS VIA | | JOB TYPE | RENTAL |
|---|---|---|---|

**SOLD TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport LA 71101

**SHIP TO:**
Sklar Exploration
NEAR QUITMAN
CLARKE
MS

I, _(signature)_
Representing  SKLAR
Dated  1/30/20  agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

Page 1 of 1

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032321 | 30-11 | McLEOD | HARMONY | CLARKE | MS |

| Qty Shipped | Equipment ID | Description/Days Used | Days | Amount | Each Add'l Day | Qty | Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| | | | Minimum Rental | | | Returned | | |
| 1 | PC094 | FLANGE 7 1/16" 5K X 5 1/2 HP | 1 | $ 75.00 | | | | 1 |
| 1 | PC087 | 5 1/2" HP 5K PUMP-IN SUB STANDARD SERVICE | 1 | $ 100.00 | | | | 1 |
| 1 | FB922 | 2" 1502 PLUG VALVE 2X1 15K | 1 | $ 50.00 | | | | 1 |
| 1 | PC041 | 5 1/2 HP 4.778" ID 5K STANDARD SERVICE RISER 10' | 1 | $ 105.00 | | | | 1 |
| 1 | PC026 | 5 1/2 HP 4.778" ID 5K STANDARD SERVICE RISER 10' | 1 | $ 105.00 | | | | 1 |
| 1 | PC050 | 5 1/2 HP 4.778" ID 5K STANDARD SERVICE RISER 4' | 1 | $ 105.00 | | | | 1 |
| 1 | PC085 | X-OVER 5 1/2 HP X 2 1/2 BOWEN 5K | 1 | $ 50.00 | | | | 1 |
| 1 | MISC ITEMS | BOLTS, NUTS & HAMMER WRENCHES | 1 | $ 25.00 | | | | 1 |
| 1 | SALE ITEM | R-46 RING GASKET | 1 | $ 45.00 | | | | Sale |



**INVOICE**

| | |
|---|---|
| Invoice No. | PN0027643 |
| Invoiced Date | 3/20/2020 |
| Shipper ID | RS0027643 |
| Order Type | Laurel INV Fishing |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | C-AL-CONEC |
| TaxID02 | |
| TaxID03 | |

**MAILED**
MAR 2 7 2020

/ PRESSURE CONTROL
FISHING & RENTAL TOOLS

P.O. Box 292  Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453 (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

BILL TO:
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

SHIP TO:

| | | | |
|---|---|---|---|
| Customer: Sklar Exploration | | | |
| Well No. 33-12 #1 | | Lease: | THOMASSON |
| Field: BROOKLYN | | | |
| County/Parish: CONECUH | | State AL | Page 1 of 3 |

| SHIPPED FROM | SHIP VIA | RIG/NUMBER | TRANSFERED TO/FROM: | CUSTOMER ORDER # |
|---|---|---|---|---|
| LAUREL | SRTCO Field Service | | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRLAU | Net 30 Days | RN | Kenny Copeland | P-20062 | 3/13/2020 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| FB011 | TRAILOR MOUNTED 8" X 50' FLARESTACK W/ AUTO IGNITION | 3/13/2020 | 3/15/2020 | 2.00 | DAY | 0.00 | 0% | 0.00 |
| FB104S | 24IN X 10FT 3 PHASE 1440 WP SEPARATOR | 3/13/2020 | 3/15/2020 | 2.00 | DAY | 0.00 | 0% | 0.00 |
| FB055 | SKID MOUNTED 210 BBL PRODUCTION TANK | 3/13/2020 | 3/15/2020 | 2.00 | DAY | 0.00 | 0% | 0.00 |
| FB045 | SKID MOUNTED 210 BBL PRODUCTION TANK | 3/13/2020 | 3/15/2020 | 2.00 | DAY | 0.00 | 0% | 0.00 |
| FB001 | 5 VALVE 10M H2S CHOKE MANIFOLD | 3/13/2020 | 3/15/2020 | 2.00 | DAY | 0.00 | 0% | 0.00 |
| MISC ITEMS | 2" 10K 1502 FLOW IRON W/ 90'S | 3/13/2020 | 3/15/2020 | 2.00 | EA | 0.00 | 0% | 0.00 |
| MISC ITEMS | 2" FIG 200 LP FLOW IRON W/ 90'S | 3/13/2020 | 3/15/2020 | 2.00 | EA | 0.00 | 0% | 0.00 |
| MISC ITEMS | 4" FIG 200 FLOW/VENT LINE W/ 90'S | 3/13/2020 | 3/15/2020 | 2.00 | EA | 0.00 | 0% | 0.00 |
| LAB-SUPER-FB | OPERATOR CHARGES-JEREMY WALTERS | 3/13/2020 | 3/15/2020 | 2.00 | DAY | 0.00 | 0% | 0.00 |
| LAB-SUPER-FB | OPERATOR CHARGES-MICHAEL WELCH | 3/13/2020 | 3/15/2020 | 2.00 | DAY | 0.00 | 0% | 0.00 |
| MISC ITEMS | DAILY PACKAGE DEAL | 3/13/2020 | 3/15/2020 | 2.00 | EA | 2,450.00 | 0% | 4,900.00 |
| PC215 | SPOOL 4 1/16 15M X 2 9/16 5M | 3/14/2020 | 3/14/2020 | 1.00 | DAY | 100.00 | 0% | 100.00 |
| SALE ITEM | R-27 RING GASKET | 3/14/2020 | 3/14/2020 | 1.00 | EA | 45.00 | 0% | 45.00 |
| SALE ITEM | BX-155 RING GASKET | 3/14/2020 | 3/14/2020 | 1.00 | EA | 45.00 | 0% | 45.00 |
| TRANSPORT2 | TRANSPORTATION CHARGES F/ FLARESTACK | 3/13/2020 | 3/16/2020 | 320.00 | MILE | 3.30 | 0% | 1,056.00 |

Continued

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**



**INVOICE**

| | |
|---|---|
| Invoice No. | PN0027643 |
| Invoiced Date | 3/20/2020 |
| Shipper ID | RS0027643 |
| Order Type | Laurel INV Fishing |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | C-AL-CONEC |
| TaxID02 | |
| TaxID03 | |

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

P.O. Box 292 Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

**SHIP TO:**

| | |
|---|---|
| Customer: | Sklar Exploration |
| Well No. | 33-12 #1 | Lease: | THOMASSON |
| Field: | BROOKLYN |
| County/Parish: | CONECUH | State | AL |

Page 2 of 3

| SHIPPED FROM | SHIP VIA | RIG/NUMBER | TRANSFERED TO/FROM | CUSTOMER ORDER # | | | |
|---|---|---|---|---|---|---|---|
| LAUREL | SRT Oilfield Service | | | | | | |
| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | | DATE SHIPPED | |
| EFRLAU | Net 30 Days | RN | Kenny Copeland | P-20062 | | 3/13/2020 | |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| LAB-SUPER-FB | OPERATOR CHARGES CHRIS GORDON | 3/13/2020 | 3/16/2020 | 4.00 | DAY | 750.00 | 0% | 3,000.00 |
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES CHRIS GORDON | 3/14/2020 | 3/15/2020 | 100.00 | MILE | 2.50 | 0% | 250.00 |
| LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES CHRIS GORDON | 3/13/2020 | 3/15/2020 | 3.00 | DAY | 250.00 | 0% | 750.00 |
| TRANSPORT2 | TRANSPORTATION CHARGES F/ SEPERATOR | 3/13/2020 | 3/16/2020 | 320.00 | MILE | 3.30 | 0% | 1,056.00 |
| LAB-SUPER-FB | OPERATOR CHARGES RIGUP & RIGDOWN JEREMY WALTERS | 3/13/2020 | 3/16/2020 | 2.00 | DAY | 750.00 | 0% | 1,500.00 |
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES JEREMY WALTERS | 3/14/2020 | 3/15/2020 | 100.00 | MILE | 2.50 | 0% | 250.00 |
| LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES JEREMY WALTERS | 3/13/2020 | 3/15/2020 | 3.00 | DAY | 250.00 | 0% | 750.00 |
| LAB-SUPER-FB | OPERATOR CHARGES RIGUP & RIGDOWN MICHAEL WELCH | 3/13/2020 | 3/16/2020 | 2.00 | DAY | 750.00 | 0% | 1,500.00 |
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES MICHAEL WELCH | 3/14/2020 | 3/15/2020 | 100.00 | MILE | 2.50 | 0% | 250.00 |
| LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES MICHAEL WELCH | 3/13/2020 | 3/15/2020 | 3.00 | DAY | 250.00 | 0% | 750.00 |
| TRANSPORT2 | TRANSPORTATION CHARGES F/ FLOWIRON | 3/13/2020 | 3/16/2020 | 320.00 | MILE | 3.30 | 0% | 1,056.00 |
| TRANSPORT | TRANSPORTATION CHARGE TO DELIVER & PICKUP TANKS #SRT | 3/13/2020 | 3/16/2020 | 2.00 | EA | 1,125.00 | 0% | 2,250.00 |
| SALE ITEM | NEEDLE VALVE (1) | 3/20/2020 | 3/20/2020 | 1.00 | EA | 60.00 | 0% | 60.00 |
| SALE ITEM | HARD SEAL KITS (2) | 3/20/2020 | 3/20/2020 | 2.00 | EA | 500.00 | 0% | 1,000.00 |
| SALE ITEM | SOFT SEAL KITS (3) | 3/20/2020 | 3/20/2020 | 3.00 | EA | 50.00 | 0% | 150.00 |

Continued

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**



## INVOICE

| | |
|---|---|
| Invoice No. | PN0027643 |
| Invoiced Date | 3/20/2020 |
| Shipper ID | RS0027643 |
| Order Type | Laurel INV Fishing |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | C-AL-CONEC |
| TaxID02 | |
| TaxID03 | |

P.O. Box 292  Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

**BILL TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA  71101

**SHIP TO:**
Customer:  Sklar Exploration

| Well No.  33-12 #1 | | Lease: | THOMASSON |
|---|---|---|---|
| Field:  BROOKLYN | | | |
| County/Parish:  CONECUH | | State   AL | Page 3 of 3 |

| SHIPPED FROM | SHIP VIA | RIG NUMBER | TRANSFERRED TO/FROM: | CUSTOMER ORDER # |
|---|---|---|---|---|
| LAUREL | SRT Oilfield Service | | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRLAU | Net 30 Days | RN | Kenny Copeland | P-20062 | 3/13/2020 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| SALE ITEM | 2" 1502 RUBBERS (4) | 3/20/2020 | 3/20/2020 | 4.00 | EA | 5.00 | 0% | 20.00 |
| ENVIROMENTAL | ENVIRONMENTAL & WASTE DISPOSAL CHARGES | 3/20/2020 | 3/20/2020 | 1.00 | EA | 207.38 | 0% | 207.38 |

*Randy Broadhead  3-26-20*

| | |
|---|---|
| Sales Total | 20,945.38 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 79.20 |
| | 21,024.58 |
| Less Paid Amount | 0.00 |
| | 21,024.58 |

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**



NOT AN INVOICE    FIELD TICKET ONLY

I, _Ken Copeland_

Customer Signature

Representing _Sklar_

Dated _3/15/20_ agree to Terms & Conditions listed in the Eastern Fishing & Rental Tools Price Book.

FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE.

Page 1 of 3

PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441     (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| ORDERED BY | KENNY COPELAND | JOB # | P-20062 | DATE SHIPPED | 03/10/2020 |

SHIPPED FROM   PC SHOP

CUST ORD #                                     SHIP VIA          CUSTOMER

TRANS VIA                                      JOB TYPE          WELL TEST

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport LA 71101 | Sklar Exploration<br>NEAR BROOKLYN<br>CONECUH<br>AL |

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032536 | 33-12#1 | Thomasson | Brooklyn | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental | | Each Add'l Day | Returned | | Days Used |
|---|---|---|---|---|---|---|---|---|
| | | | Days | Amount | | Qty | Date | |
| 1 | FB019 | TRAILOR MOUNTED 6" X 50' FLARESTACK W/ AUTO IGNITION | 1 | $ 0.00 | | | | 2 |
| 1 | FB1045 | 24IN X 10FT 3 PHASE 1440 WP SEPARATOR | 1 | $ 0.00 | | | | 2 |
| 1 | FB056 | SKID MOUNTED 210 BBL PRODUCTION TANK | 1 | $ 0.00 | | | | 2 |
| 1 | FB054 | SKID MOUNTED 210 BBL PRODUCTION TANK | 1 | $ 0.00 | | | | 2 |
| 1 | FB026 | 5 VALVE 10M H2S CHOKE MANIFOLD | 1 | $ 0.00 | | | | 2 |
| 1 | MISC ITEMS | 2" 10K1502 FLOW IRON W/ 90'S | 1 | $ 0.00 | | | | 2 |
| 1 | MISC ITEMS | 2" FIG 200 L.P. FLOW IRON W/ 90'S | 1 | $ 0.00 | | | | 2 |
| 1 | MISC ITEMS | 4" FIG 200 FLOW/VENT LINE W/ 90'S | 1 | $ 0.00 | | | | 2 |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ _Jeremy Walters_ | 1 | $ 0.00 | | | | 2 |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ DEMOB _Michael Welch_ | 1 | $ 0.00 | | | | 2 |
| 1 | MISC ITEMS | DAILY PACKAGE COST FOR ABOVE ITEMS | 1 | $ 2,450.00 | | | | 2 |



NOT AN INVOICE     FIELD TICKET ONLY

PRESSURE CONTROL

P.O. Box 292 Laurel, MS 39441     (601) 649-1454
P.O. Box 938 Cottondale, AL 35453 (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| ORDERED BY KENNY COPELAND | JOB # P-20062 | DATE SHIPPED | 03/10/2020 |
|---|---|---|---|
| SHIPPED FROM   PC SHOP | | | |
| CUST ORD # | | SHIP VIA | CUSTOMER |
| TRANS VIA | | JOB TYPE | WELL TEST |

**SOLD TO:**
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport LA 71101

**SHIP TO:**
Sklar Exploration
NEAR BROOKLYN
CONECUH
AL

I, _Ken Copeland_
Customer Signature
Representing _Sklar_

Dated _3/15/20_ agree to Terms & Conditions listed in the Eastern Fishing & Rental Tools Price Book.

Page 2 of 3

FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032536 | 33-12#1 | E. Thomasson | | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Days | Amount | Each Add'l Day | Qty | Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | PC215 | SPOOL 4 1/16 15M X 2 9/16 5M | 1 | $ 100.00 | | | | 1 |
| 1 | SALE ITEM | R-27 RING GASKET | 1 | $ 45.00 | | | | sale |
| 1 | SALE ITEM | BX-155 RING GASKET | 1 | $ 45.00 | | | | sale |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ LANE KINION | 1 | $ 750.00 | | | | 0 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES | 1 | $ 2.50 | | | | 0 |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES | 1 | $ 250.00 | | | | 0 |
| 1 | TRANSPORT2 | TRANSPORTATION CHARGES F/ FLARE | 1 | $ 3.30 | | | | 320 |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES CHRIS GORDON | 1 | $ 750.00 | | | | 4 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES | 1 | $ 2.50 | | | | 100 |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES | 1 | $ 250.00 | | | | 3 |
| 1 | TRANSPORT2 | TRANSPORTATION CHARGES F/ SEPARATOR | 1 | $ 3.30 | | | | 320 |

NOT AN INVOICE      FIELD TICKET ONLY

PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441      (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

I, Ken Copeland
Customer Signature
Representing  Sklar

Dated 3/15/20 agree to Terms & Conditions listed in the Eastern Fishing & Rental Tools Price Book.

| | |
|---|---|
| ORDERED BY  KENNY COPELAND | JOB # P-20062 | DATE SHIPPED  03/10/2020 |
| SHIPPED FROM   PC SHOP | |
| CUST ORD # | SHIP VIA   CUSTOMER |
| TRANS VIA | JOB TYPE   WELL TEST |

SOLD TO:
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport  LA 71101

SHIP TO:
Sklar Exploration
NEAR BROOKLYN
CONECUH
AL

FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE

Page 3 of 3

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032536 | 33-12#1 Thomasson | | | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental Days | Amount | Each Add'l Day | Returned Qty | Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ Jeremy Walters | 1 | $ 750.00 | | | | 2 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES | 1 | $ 2.50 | | | | 100 |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES | 1 | $ 250.00 | | | | 3 |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ Michael Welch | 1 | $ 750.00 | | | | 2 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES | 1 | $ 2.50 | | | | 100 |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES | 1 | $ 250.00 | | | | 3 |
| 1 | SALE ITEM | PROPANE F/ FLARE (PER GALLON) | 1 | $ 4.00 | | | | 0 |

3/13 & 3/16 Transportation of Flow Iron @ $3.20 prmi      720 miles

Case 20-12377-EEB   Claim 36-1 Part 5   Filed 05/07/20   Desc Exhibit D: Invoices re 503(b)(9) claims   Page 8 of 22

**EASTERN FISHING & RENTAL TOOLS**
**FISHING & RENTAL TOOLS**

SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO _____ 1

DATE: _____ 03/13/20

| CUSTOMER | Sklar | JOB NO. | P-20062 | COMPANY REP. | Kenny Copeland |
|---|---|---|---|---|---|

| DISTRICT | Laurel | FIELD | | LEASE Thomasson | WELL NO. | 33-1 2#1 |
|---|---|---|---|---|---|---|

| RIG | | HOLE SIZE | | WORK STRING | |
|---|---|---|---|---|---|

| HWDP / DC: | / | SUPERVISOR: | Jeremy Walters | JOB TYPE: | Well Test |
|---|---|---|---|---|---|

| WEIGHT ON MILL | | RPM'S | | TORQUE: | |
|---|---|---|---|---|---|

| AFE # | | PKR @ | LNR @ | P.O. # | |
|---|---|---|---|---|---|

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 3 | Operator charges @ $750.00 each per/day. ( Jeremy Walters, Michael Welch, Chris Gordon ) | | $2,250.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. (JeremyW, Michael W, Chris G) | | $750.00 |
| 1 | Transportation charge for Separator @ $3.30 per/mile. 160 miles one way. ( Chris G. ) | | $528.00 |
| 1 | Transportation charge for Flarestack @ $3.30 per/mile. 160 miles one way. ( JeremyW) | | $528.00 |
| 1 | Transportation charge for Flow Iron @ $3.30 per/mile. 160 miles one way. ( Micheal W. ) | | $528.00 |
| 1 | Deliver 210 Tank #SRT | | $1,125.00 |
| | | | |
| | | TODAY'S COST | $5,709.00 |
| | | PREVIOUS COST | $0.00 |
| | | TOTAL COST | $5,709.00 |

SUPERVISOR. Jeremy Walters                    COMPANY REP. Kenny Copeland

# EASTERN
## FISHING & RENTAL TOOLS

SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO. **2**
DATE: 03/14/20

| CUSTOMER | Sklar | JOB NO. | P-20062 | COMPANY REP. | Kenny Copeland |
| --- | --- | --- | --- | --- | --- |

| DISTRICT | Laurel | FIELD | | LEASE | Thomasson | WELL NO. | 33-1 2#1 |

| RIG | | HOLE SIZE | | WORK STRING: | |

| HWDP / DC: | / | | SUPERVISOR: | Jeremy Walters | JOB TYPE: | Well Test |

| WEIGHT ON MILL | | RPM'S | | TORQUE: | |

AFE #          PKR @          LNR @          P.O. # 0

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
| --- | --- | --- | --- |
| 1 | Well Test/Flowback package. (Jeremy W, Michael W. ) | | $2,450.00 |
| 1 | Operator charge. (Chris G) | | $750.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. | | $750.00 |
| 3 | Operator mileage charges @ $2.50 per/mile. 150 r/t miles. | | $375.00 |
| 1 | 4 1/16 X 2 9/16 5K Spool. | | $100.00 |
| 1 | BX-155 Ring gasket. | | $45.00 |
| 1 | R-27 Ring gasket. | | $45.00 |
| | | TODAY'S COST | $4,515.00 |
| | | PREVIOUS COST | $5,709.00 |
| | | TOTAL COST | $10,224.00 |

SUPERVISOR. Jeremy Walters          COMPANY REP.   John Vittilow

Case 20-12377-EEB   Claim 36-1 Part 5   Filed 05/07/20   Desc Exhibit D: Invoices re
503(b)(9) claims   Page 10 of 22

**EASTERN FISHING & RENTAL TOOLS**

**FISHING & RENTAL TOOLS**

SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO _____ **3**
DATE: _____ '03/1 5/20

| | | | | | |
|---|---|---|---|---|---|
| CUSTOMER | Skier | JOB NO. P-20062 | | COMPANY REP. | Kenny Copeland |
| DISTRICT | LAUREL | FIELD _____ | LEASE Thomasson | WELL NO. | 33-1 2#1 |
| RIG _____ | HOLE SIZE _____ | | WORK STRING: _____ | | |
| HWDP / DC: _____ / | | SUPERVISOR: Jeremy Walters | JOB TYPE: | Well Test | |
| WEIGHT ON MILL _____ | | RPM'S _____ | TORQUE: _____ | | |

AFE # _____ PKR @ _____ LNR @ _____ P.O. # _____

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 1 | Well Test/Flowback package. (Jeremy W, Michael W) | | $2,450.00 |
| 1 | Operator charge. ( Chris G) | | $750.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. | | $750.00 |
| 3 | Operator mileage charges @ $2.50 per/mile. 150 r/t miles. | | $375.00 |
| | | | |
| | | TODAY'S COST | $4,325.00 |
| | | PREVIOUS COST | $10,224.00 |
| | | TOTAL COST | $14,549.00 |

SUPERVISOR. Jeremy Walters _____ COMPANY REP. Kenny Copeland _____

**EASTERN FISHING & RENTAL TOOLS**

FISHING & RENTAL TOOLS

SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO _____ 4_

DATE: ____03/16/20____

| | |
|---|---|
| CUSTOMER _____Sklar_____ | JOB NO ___P-20062___   COMPANY REP. _____Kenny Copeland_____ |
| DISTRICT ____LAUREL____   FIELD _____ | LEASE __Thomasson__  WELL NO. ___33-1 2#1___ |
| RIG _____   HOLE SIZE _____ | WORK STRING: _____ |
| HWDP / DC: _____/_____   SUPERVISOR: ___Jeremy Walters___ | JOB TYPE: ___Well Test___ |
| WEIGHT ON MILL _____   RPM'S _____ | TORQUE: _____ |

AFE # _____   PKR @ ____   LNR @ ____   P.O. # ____

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 3 | Operator charges @ $750.00 each per/day. ( Jeremy Walters, Michael Welch, Chris Gordon ) | | $2,250.00 |
| 1 | Transportation charge for Separator @ $3.30 per/mile. 160 miles one way. ( Chris G. ) | | $528 .00 |
| 1 | Transportation charge for Flarestack @ $3.30 per/mile. 160 miles one way. ( JeremyW) | | $528 .00 |
| 1 | Transportation charge for Flow iron @ $3.30 per/mile. 160 miles one way. ( Micheal W. ) | | $528 .00 |
| 1 | Pickup 210 Tank #SRT | | $1,125.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TODAY'S COST | $4,959.00 |
| | | PREVIOUS COST | $14,549.00 |
| | | TOTAL COST | $19,508.00 |

SUPERVISOR. Jeremy Walters                COMPANY REP.   Kenny Copeland



| | INVOICE | |
|---|---|---|
| Invoice No. | | PN0027602 |
| Invoiced Date | | 3/17/2020 |
| Shipper ID | | RS0027602 |
| Order Type | | Laurel INV Fishing |
| Customer ID | | SKLAR |
| TaxID00 | | S-AL |
| TaxID01 | | C-AL-CONEC |
| TaxID02 | | |
| TaxID03 | | |

P.O. Box 292  Laurel, MS 39441    (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

**MAILED**
MAR 2 3 2020

| BILL TO: | | | SHIP TO: | | | | |
|---|---|---|---|---|---|---|---|
| Sklar Exploration | | | Customer: | Sklar Exploration | | | |
| 401 Edwards Street | | | Well No. 35-13 #1 | | Lease: | CCL&T | |
| Suite 1601 | | | Field: LITTLE CEDAR CREEK | | | | |
| Shreveport, LA 71101 | | | County/Parish: CONECUH | | | State AL | Page 1 of 3 |

| SHIPPED FROM | SHIP VIA | RIG/NUMBER | TRANSFERED TO/FROM: | | CUSTOMER ORDER # |
|---|---|---|---|---|---|
| LAUREL | SRT Oilfield Service | | | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRLAU | Net 30 Days | RN | Kenny Copeland | P-20061 | 3/10/2020 |

| EQUIPMENT ID. | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| FB019 | TRAILOR MOUNTED 6" X 20' FLARESTACK W/ AUTO IGNITION | 3/11/2020 | 3/13/2020 | 3.00 | DAY | 0.00 | 0% | 0.00 |
| FB1045 | 24IN X 10FT 3 PHASE 1440 WP SEPARATOR | 3/11/2020 | 3/13/2020 | 3.00 | DAY | 0.00 | 0% | 0.00 |
| FB056 | SKID MOUNTED 210 BBL PRODUCTION TANK | 3/11/2020 | 3/13/2020 | 3.00 | DAY | 0.00 | 0% | 0.00 |
| FB054 | SKID MOUNTED 210 BBL PRODUCTION TANK | 3/11/2020 | 3/13/2020 | 3.00 | DAY | 0.00 | 0% | 0.00 |
| FB026 | 5 VALVE 10M H2S CHOKE MANIFOLD | 3/11/2020 | 3/13/2020 | 3.00 | DAY | 0.00 | 0% | 0.00 |
| MISC ITEMS | 2" 10K 1502 FLOW IRON W/ 90'S | 3/11/2020 | 3/13/2020 | 3.00 | EA | 0.00 | 0% | 0.00 |
| MISC ITEMS | 2" FIG 200 LP FLOW IRON W/ 90'S | 3/11/2020 | 3/13/2020 | 3.00 | EA | 0.00 | 0% | 0.00 |
| MISC ITEMS | 4" FIG 200 FLOW/VENT LINE W/ 90'S | 3/11/2020 | 3/13/2020 | 3.00 | EA | 0.00 | 0% | 0.00 |
| LAB-SUPER-FB | OPERATOR CHARGES CHANCE DAVIS | 3/11/2020 | 3/13/2020 | 3.00 | DAY | 0.00 | 0% | 0.00 |
| LAB-SUPER-FB | OPERATOR CHARGES DENNIS SCHWAN | 3/11/2020 | 3/13/2020 | 3.00 | DAY | 0.00 | 0% | 0.00 |
| MISC ITEMS | DAILY PACKAGE DEAL | 3/11/2020 | 3/13/2020 | 3.00 | EA | 2,450.00 | 0% | 7,350.00 |
| PC215 | SPOOL 4 1/16 15M X 2 9/16 5M | 3/11/2020 | 3/11/2020 | 1.00 | DAY | 100.00 | 0% | 100.00 |
| SALE ITEM | R-27 RING GASKET | 3/11/2020 | 3/11/2020 | 1.00 | EA | 45.00 | 0% | 45.00 |
| SALE ITEM | BX-155 RING GASKET | 3/11/2020 | 3/11/2020 | 1.00 | EA | 45.00 | 0% | 45.00 |
| LAB-SUPER-FB | OPERATOR CHARGES  LANE MYRICK | 3/10/2020 | 3/13/2020 | 4.00 | DAY | 750.00 | 0% | 3,000.00 |

**Continued**

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**



## INVOICE

| | |
|---|---|
| Invoice No. | PN0027602 |
| Invoiced Date | 3/17/2020 |
| Shipper ID | RS0027602 |
| Order Type | Laurel INV Fishing |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | C-AL-CONEC |
| TaxID02 | |
| TaxID03 | |

**FISHING & RENTAL TOOLS / PRESSURE CONTROL**

P.O. Box 292  Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| BILL TO: | SHIP TO: | | |
|---|---|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport, LA 71101 | Customer: Sklar Exploration | | |
| | Well No. 35-13 #1 | Lease: CCL&T | |
| | Field: LITTLE CEDAR CREEK | | |
| | County/Parish: CONECUH | State AL | Page 2 of 3 |

| SHIPPED FROM | SHIP VIA | RIG/NUMBER | TRANSFERED TO/FROM: | | CUSTOMER ORDER # |
|---|---|---|---|---|---|
| LAUREL | SRT Oilfield Service | | | | |

| FOB ID. | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRLAU | Net 30 Days | RN | Kenny Copeland | P-20061 | 3/10/2020 |

| EQUIPMENT ID: | DESCRIPTION | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES LANE MYRICK | 3/10/2020 | 3/13/2020 | 420.00 | MILE | 2.50 | 0% | 1,050.00 |
| LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES LANE MYRICK | 3/10/2020 | 3/13/2020 | 4.00 | DAY | 250.00 | 0% | 1,000.00 |
| TRANSPORT2 | TRANSPORTATION CHARGES F/ FLARESTACK | 3/10/2020 | 3/14/2020 | 320.00 | MILE | 3.30 | 0% | 1,056.00 |
| LAB-SUPER-FB | OPERATOR CHARGES RIGUP CHRIS GORDON | 3/10/2020 | 3/10/2020 | 1.00 | DAY | 750.00 | 0% | 750.00 |
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES CHRIS GORDON | 3/10/2020 | 3/10/2020 | 160.00 | MILE | 2.50 | 0% | 400.00 |
| TRANSPORT2 | TRANSPORTATION CHARGES F/ SEPERATOR | 3/10/2020 | 3/14/2020 | 320.00 | MILE | 3.30 | 0% | 1,056.00 |
| LAB-SUPER-FB | OPERATOR CHARGES RIGUP & RIGDOWN  CHANCE DAVIS | 3/10/2020 | 3/14/2020 | 2.00 | DAY | 750.00 | 0% | 1,500.00 |
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES  CHANCE DAVIS | 3/11/2020 | 3/13/2020 | 150.00 | MILE | 2.50 | 0% | 375.00 |
| LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES  CHANCE DAVIS | 3/10/2020 | 3/14/2020 | 4.00 | DAY | 250.00 | 0% | 1,000.00 |
| LAB-SUPER-FB | OPERATOR CHARGES RIGUP DENNIS SCHWAN | 3/10/2020 | 3/10/2020 | 1.00 | DAY | 750.00 | 0% | 750.00 |
| LAB-MILEAGE | OPERATOR MILEAGE CHARGES DENNIS SCHWAN | 3/10/2020 | 3/13/2020 | 310.00 | MILE | 2.50 | 0% | 775.00 |
| LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES  DENNIS SCHWAN | 3/10/2020 | 3/13/2020 | 4.00 | DAY | 250.00 | 0% | 1,000.00 |
| TRANSPORT | TRANSPORTATION CHARGE TO DELIVER 210 TANKS #SRT | 3/10/2020 | 3/10/2020 | 2.00 | EA | 1,125.00 | 0% | 2,250.00 |
| TRANSPORT | TRANSPORTATION CHARGE TO PICKUP 210 TANKS #SRT | 3/14/2020 | 3/14/2020 | 2.00 | EA | 1,125.00 | 0% | 2,250.00 |
| SALE ITEM | NEEDLE VALVE (1) | 3/17/2020 | 3/17/2020 | 1.00 | EA | 60.00 | 0% | 60.00 |

Continued

**Remit Payment:  P.O. Box 292 Laurel, MS 39441**



**INVOICE**

| | |
|---|---|
| Invoice No. | PN0027602 |
| Invoiced Date | 3/17/2020 |
| Shipper ID | RS0027602 |
| Order Type | Laurel INV Fishing |
| Customer ID | SKLAR |
| TaxID00 | S-AL |
| TaxID01 | C-AL-CONEC |
| TaxID02 | |
| TaxID03 | |

P.O. Box 292  Laurel, MS 39441   (601) 649-1454
P.O. Box 938 Cottondale, AL 35453 (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| BILL TO: | | SHIP TO: | | | | |
|---|---|---|---|---|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport, LA 71101 | | Customer: Sklar Exploration | | | | |
| | | Well No. 35-13 #1 | | Lease: | CCL&T | |
| | | Field: LITTLE CEDAR CREEK | | | | |
| | | County/Parish: CONECUH | | | State | AL |

Page 3 of 3

| SHIPPED FROM | SHIP VIA | RIG/NUMBER | TRANSFERED TO/FROM: | | CUSTOMER ORDER # | |
|---|---|---|---|---|---|---|
| LAUREL | SRT Oilfield Service | | | | | |

| FOB ID: | TERMS | SALESPERSON ID | ORDERED BY | JOB NUMBER | DATE SHIPPED |
|---|---|---|---|---|---|
| EFRLAU | Net 30 Days | RN | Kenny Copeland | P-20061 | 3/10/2020 |

| EQUIPMENT ID: | DESCRIPTION | | FROM | UNTIL | INV QTY | UOM | RATE | DISCOUNT% | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| ENVIROMENTAL | ENVIRONMENTAL & WASTE DISPOSAL CHARGES | | 3/17/2020 | 3/17/2020 | 1.00 | EA | 258.12 | 0% | 258.12 |

*Randy Broadhead 3-23-20*

| | |
|---|---|
| Sales Total | 26,070.12 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 9.00 |
| | 26,079.12 |
| Less Paid Amount | 0.00 |
| INVOICE TOTAL | 26,079.12 |

## Remit Payment:  P.O. Box 292 Laurel, MS 39441



NOT AN INVOICE    FIELD TICKET ONLY

PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441     (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| ORDERED BY KENNY COPELAND | JOB # P-20061 | DATE SHIPPED | 03/10/2020 |
| SHIPPED FROM   PC SHOP | | | |
| CUST ORD # | | SHIP VIA | CUSTOMER |
| TRANS VIA | | JOB TYPE | WELL TEST |

I, _Ken Copeland_
Customer Signature
Representing _Sklar Exploration_

Dated _3/14/20_ agree to
Terms & Conditions listed in
the Eastern Fishing & Rental
Tools Price Book.

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

| SOLD TO: | SHIP TO: |
|---|---|
| Sklar Exploration<br>401 Edwards Street<br>Suite 1601<br>Shreveport  LA 71101 | Sklar Exploration<br>NEAR BROOKLYN<br>CONECUH<br>AL |

Page 1 of 3

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032536 | 33-13 #1 | CCL&T | LITTLE CEDAR CREEK | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Days | Amount | Each Add'l Day | Qty | Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | FB019 | TRAILOR MOUNTED 6" X 50' FLARESTACK W/ AUTO IGNITION | 1 | $ 0.00 | | | | 3 |
| 1 | FB1045 | 24IN X 10FT 3 PHASE 1440 WP SEPARATOR | 1 | $ 0.00 | | | | 3 |
| 1 | FB056 | SKID MOUNTED 210 BBL PRODUCTION TANK | 1 | $ 0.00 | | | | 3 |
| 1 | FB054 | SKID MOUNTED 210 BBL PRODUCTION TANK | 1 | $ 0.00 | | | | 3 |
| 1 | FB026 | 5 VALVE 10M H2S CHOKE MANIFOLD | 1 | $ 0.00 | | | | 3 |
| 1 | MISC ITEMS | 2" 10K1502 FLOW IRON W/ 90'S | 1 | $ 0.00 | | | | 3 |
| 1 | MISC ITEMS | 2" FIG 200 L.P. FLOW IRON W/ 90'S | 1 | $ 0.00 | | | | 3 |
| 1 | MISC ITEMS | 4" Fig 200 FLOW/VENT LINE W/ 90'S | 1 | $ 0.00 | | | | 3 |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ CHANCE DAVIS | 1 | $ 0.00 | | | | 3 |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ DENNIS SCHWAN | 1 | $ 0.00 | | | | 3 |
| 1 | MISC ITEMS | DAILY PACKAGE COST FOR ABOVE ITEMS | 1 | $ 2,450.00 | | | | 3 |



**NOT AN INVOICE    FIELD TICKET ONLY**

EASTERN FISHING & RENTAL TOOLS / PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441  (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8008
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

ORDERED BY KENNY COPELAND | JOB # P-20061 | DATE SHIPPED 03/10/2020

SHIPPED FROM  PC SHOP

CUST ORD # | SHIP VIA CUSTOMER

TRANS VIA | JOB TYPE WELL TEST

SOLD TO:
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport LA 71101

SHIP TO:
Sklar Exploration
NEAR BROOKLYN
CONECUH
AL

I, _____ Representing Sklar Exploration
Dated 3/14/20 agree to Terms & Conditions listed in the Eastern Fishing & Rental Tools Price Book.

**FIELD COPY REFLECTS BOOK PRICES ONLY! ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

Page 2 of 3

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
|---|---|---|---|---|---|
| PO0032536 | 23-15 #T | CCL&T | LITTLE CEDAR CREEK | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Days | Amount | Each Add'l Day | Returned Qty | Date | Days Used |
|---|---|---|---|---|---|---|---|---|
| 1 | PC215 | SPOOL 4 1/16 15M X 2 9/16 5M | 1 | $ 100.00 | | | | 1 |
| 1 | SALE ITEM | R-27 RING GASKET | 1 | $ 45.00 | | | | |
| 1 | SALE ITEM | BX-155 RING GASKET | 1 | $ 45.00 | | | | 1 |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ LANE MYRICK | 1 | $ 750.00 | | | | 4 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES | 1 | $ 2.50 | | | | 420 |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES | 1 | $ 250.00 | | | | 4 |
| 1 | TRANSPORT2 | TRANSPORTATION CHARGES F/ FLARE Chance D. | 1 | $ 3.30 | | | | 320 |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES CHRIS GORDON | 1 | $ 750.00 | | | | 1 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES Chris G. | 1 | $ 2.50 | | | | 160 |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES | 1 | $ 250.00 | | | | |
| 1 | TRANSPORT2 | TRANSPORTATION CHARGES F/ SEPARATOR Chris G. | 1 | $ 3.30 | | | | 320 |

35.13

NOT AN INVOICE    FIELD TICKET ONLY

PRESSURE CONTROL

P.O. Box 292  Laurel, MS 39441    (601) 649-1454
P.O. Box 938 Cottondale, AL 35453  (205) 556-8000
P.O. Box 4618 Longview, TX 75606  (903) 653-0430

| ORDERED BY | KENNY COPELAND | JOB # | P-20061 | DATE SHIPPED | 03/10/2020 |
| SHIPPED FROM | PC SHOP | | | | |
| CUST ORD # | | | | SHIP VIA | CUSTOMER |
| TRANS VIA | | | | JOB TYPE | WELL TEST |

I, _____ Customer Signature
Representing Sklar Exploration

Dated 3/11/20 agree to Terms & Conditions listed in the Eastern Fishing & Rental Tools Price Book.

| SOLD TO: | SHIP TO: |
| Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport LA 71101 | Sklar Exploration
NEAR BROOKLYN
CONECUH
AL |

**FIELD COPY REFLECTS BOOK PRICES ONLYÍ ALL DISCOUNTS WILL BE REFLECTED ON INVOICE**

Page 3 of 3

35.13

| EASTERN ORDER # | WELL # | LEASE | FIELD | COUNTY/PARISH | STATE |
| PO0032536 | 03-15-## | CCL&T | LITTLE CEDAR CREEK | CONECUH | AL |

| Qty Shipped | Equipment ID | Description/Days Used | Minimum Rental | | Each Add'l Day | Returned | | Days Used |
| | | | Days | Amount | | Qty | Date | |
|---|---|---|---|---|---|---|---|---|
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ CHANCE DAVIS | 1 | $ 750.00 | | | | 2 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES | 1 | $ 2.50 | | | | 150 |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES | 1 | $ 250.00 | | | | 4 |
| 1 | LAB-SUPER-FB | OPERATOR CHARGES @ DENNIS SCHWAN | 1 | $ 750.00 | | | | 1 |
| 1 | LAB-MILEAGE | OPERATOR MILEAGE CHARGES | 1 | $ 2.50 | | | | 310 |
| 1 | LAB-SUBSISTENCE | OPERATOR SUBSISTENCE CHARGES | 1 | $ 250.00 | | | | 2 |
| 1 | SALE ITEM | PROPANE F/ FLARE (PER GALLON) | 1 | $ 4.00 | | | | |

Transportation to deliver 210 Tanks (SRT)   $ 1,125.00 per Truck X5   2 = $2250

Transportation to P/u 210 Tanks (SRT)

Case 20-12377-EEB   Claim 36-1 Part 5   Filed 05/07/20   Desc Exhibit D: Invoices re 503(b)(9) claims   Page 18 of 22

## EASTERN FISHING & RENTAL TOOLS
### FISHING & RENTAL TOOLS

SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO _____ 1 _____
DATE: _____ 03/10/20 _____

| CUSTOMER | Sklar | JOB NO | P-200061 | COMPANY REP. | Kenny Copeland |

| DISTRICT | Laurel | FIELD | | LEASE | CCL&T | WELL NO. | 35-13 #1 |

RIG _____ HOLE SIZE _____ WORK STRING: _____

HWDP / DC: _____ / _____ SUPERVISOR: _____ Dennis Schwan _____ JOB TYPE: _____ Well Test _____

WEIGHT ON MILL _____ RPM'S _____ TORQUE: _____

AFE # _____ PKR @ _____ LNR @ _____ P.O. # _____

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 4 | Oerator charges @ $750.00 each per/day. ( Dennis S, Lane M, Chance D, Chris G.. ) | | $3,000.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. ( Dennis S, Chance D, Lane M. ) | | $750.00 |
| 1 | Transportation charge for Separator @ $3.30 per/mile. 160 miles one way. ( Chris G. ) | | $528.00 |
| 1 | Transportation charge for Flarestack @ $3.30 per/mile. 160 miles one way. ( Chance D. ) | | $528.00 |
| 1 | Operator mileage charges @ $2.50 per/mile. 320 miles one way. ( Dennis S, Lane M. ) | | $800.00 |
| 1 | Operator mileage charges @ $2.50 per/mile. 160 miles one way. ( Chris G. ) | | $400.00 |
| 2 | Deliver 210 Tanks #SRT | | $2,250.00 |
| | | | |
| | | TODAY'S COST | $8,256.00 |
| | | PREVIOUS COST | $0.00 |
| | | TOTAL COST | $8,256.00 |

SUPERVISOR. Dennis Schwan _____      COMPANY REP.  Kenny Copeland _____

Case 20-12377-EEB   Claim 36-1 Part 5   Filed 05/07/20   Desc Exhibit D: Invoices re
503(b)(9) claims   Page 19 of 23

**EASTERN FISHING & RENTAL TOOLS**

**FISHING & RENTAL TOOLS**

**SUPERVISORS DAILY JOB ESTIMATE & REPORT**

| | | |
|---|---|---|
| PAGE NO | | 2 |
| DATE: | | 03/11/20 |

| CUSTOMER | Sklar | JOB NO | P-20061 | COMPANY REP. | Kenny Copeland |
|---|---|---|---|---|---|
| DISTRICT | Laurel | FIELD | | LEASE CCL&T | WELL NO. 35-13 #1 |
| RIG | | HOLE SIZE | | WORK STRING: | |
| HWDP / DC: | / | | SUPERVISOR: Dennis Schwan | JOB TYPE: | Well Test |
| WEIGHT ON MILL | | | RPM'S | TORQUE: | |

AFE #                PKR @                LNR @                P.O. # 0

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 1 | Well Test/Flowback package. ( Dennis S, Chance D. ) | | $2,450.00 |
| 1 | Operator charge. ( Lane M. ) | | $750.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. | | $750.00 |
| 3 | Operator mileage charges @ $2.50 per/mile. 150 r/t miles. | | $375.00 |
| 1 | 4 1/16 X 2 9/16 5K Spool. | | $100.00 |
| 1 | BX-155 Ring gasket. | | $45.00 |
| 1 | R-27 Ring gasket. | | $45.00 |
| | | | |
| | | TODAY'S COST | $4,515.00 |
| | | PREVIOUS COST | $8,256.00 |
| | | TOTAL COST | $12,771.00 |

SUPERVISOR. Dennis Schwan                COMPANY REP.   Kenny Copeland

**EASTERN**

**EASTERN FISHING & RENTAL TOOLS**
SUPERVISORS DAILY JOB ESTIMATE & REPORT

FISHING & RENTAL TOOLS

PAGE NO ___3___
DATE: ___03/12/20___

| | | | |
|---|---|---|---|
| CUSTOMER | Sklar | JOB NO. P-20061 | COMPANY REP. Kenny Copeland |
| DISTRICT | LAUREL | FIELD | LEASE CCL&T WELL NO. 35-13 #1 |
| RIG | | HOLE SIZE | WORK STRING: |
| HWDP / DC: | / | SUPERVISOR: Dennis Schwan | JOB TYPE: Well Test |
| WEIGHT ON MILL | | RPM'S | TORQUE: |

AFE # _____  PKR @ _____  LNR @ _____  P.O. # _____

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 1 | Well Test/Flowback package. ( Dennis S, Chance D. ) | | $2,450.00 |
| 1 | Operator charge. ( Lane M. ) | | $750.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. | | $750.00 |
| 3 | Operator mileage charges @ $2.50 per/mile. 150 r/t miles. | | $375.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TODAY'S COST | $4,325.00 |
| | | PREVIOUS COST | $12,771.00 |
| | | TOTAL COST | $17,096.00 |

SUPERVISOR. Dennis Schwan                COMPANY REP.   Kenny Copeland

Case 20-12377-EEB Claim 36-1 Part 5 Filed 05/07/20 Desc Exhibit D: Invoices re 503(b)(9) claims Page 21 of 22

**EASTERN FISHING & RENTAL TOOLS**

**FISHING & RENTAL TOOLS**

SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO. _____ 4
DATE: _____ 03/13/20

| | | |
|---|---|---|
| CUSTOMER _____ Sklar | JOB NO. _____ P-20061 | COMPANY REP. _____ Kenny Copeland |
| DISTRICT _____ LAUREL | FIELD _____ | LEASE _____ CCL&T   WELL NO. _____ 35-13 #1 |
| RIG _____ | HOLE SIZE _____ | WORK STRING: _____ |
| HWDP / DC: _____ / _____ | SUPERVISOR: _____ Dennis Schwan | JOB TYPE: _____ Well Test |
| WEIGHT ON MILL _____ | RPM'S _____ | TORQUE: _____ |

AFE # _____   PKR @ _____   LNR @ _____   P.O. # _____

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 1 | Well Test/Flowback package. ( Dennis S, Chance D. ) | | $2,450.00 |
| 1 | Operator charge. ( Lane M. ) | | $750.00 |
| 3 | Operator subsistence charges @ $250.00 each per/day. | | $750.00 |
| 2 | Operator mileage charges @ $2.50 per/mile. 100 miles. | | $250.00 |
| 1 | Operator mileage charges @ $2.50 per/mile. 160 miles one way. ( Lane M. ) | | $400.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TODAY'S COST | $4,600.00 |
| | | PREVIOUS COST | $17,096.00 |
| | | TOTAL COST | $21,696.00 |

SUPERVISOR. Dennis Schwan _____   COMPANY REP. Kenny Copeland _____

Case 20-12377-EEB   Claim 36-1 Part 5   Filed 05/07/20   Desc Exhibit D: Invoices re 503(b)(9) claims   Page 22 of 22

**EASTERN FISHING & RENTAL TOOLS**

FISHING & RENTAL TOOLS

SUPERVISORS DAILY JOB ESTIMATE & REPORT

PAGE NO. ___5___
DATE: __03/14/20__

| CUSTOMER | Sklar | JOB NO. | P-20061 | COMPANY REP. | Kenny Copeland |
|---|---|---|---|---|---|

| DISTRICT | LAUREL | FIELD | | LEASE | CCL&T | WELL NO. | 35-13 #1 |
|---|---|---|---|---|---|---|---|

| RIG | | HOLE SIZE | | WORK STRING | |
|---|---|---|---|---|---|

| HWDP / DC: | / | | SUPERVISOR: | Dennis Schwan | JOB TYPE: | Well Test |
|---|---|---|---|---|---|---|

| WEIGHT ON MILL | | RPM'S | | TORQUE: | |
|---|---|---|---|---|---|

| AFE # | | PKR @ | | LNR @ | | P.O. # | |
|---|---|---|---|---|---|---|---|

| QUANTITY | TOOL DESCRIPTION & REPORT | SERIAL NUMBER | RENTAL COST |
|---|---|---|---|
| 1 | Transportation charge for Separator @ $3.30 per/mile. 160 miles one way. ( Chance D. ) | | $528.00 |
| 1 | Transportation charge for Flarestack @ $3.30 per/mile. 160 miles one way. ( Dennis S.. ) | | $528.00 |
| 1 | Operator charge. ( Chance D. ) | | $750.00 |
| 2 | Pickup 210 Tanks #SRT | | $2,250.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TODAY'S COST | $4,056.00 |
| | | PREVIOUS COST | $21,696.00 |
| | | TOTAL COST | $25,752.00 |

SUPERVISOR. Dennis Schwan _____   COMPANY REP. Kenny Copeland

C
O
U
R
T

D
O
C
K
E
T

| 20-12377 | 36-1 | 8/28/2020 | D. GERTH |
|-----------|-----------------|-----------------|--------------|
| CASE NO. | COURT CLAIM NO. | DATE RETRIEVED | RECEIVED BY |

| Fill in this information to identify the case: |
|---|

Debtor 1   Sklar Exploration Company, LLC

Debtor 2   Sklarco, LLC
(Spouse, if filing)

United States Bankruptcy Court    **District of Colorado**

Case number:  **20-12377**

**FILED**

**U.S. Bankruptcy Court**
**District of Colorado**

5/20/2020

**Kenneth S. Gardner, Clerk**

Filed: USBC - District of Colorado
Sklar Exploration Company, LLC, et al (B10)
20-12377 (EEB)

**SKR**

0000000069

## Official Form 410
## Proof of Claim

04/19

**Read the instructions before filling out this form. This form is for making a claim f̶ ̶**
**make a request for payment of an administrative expense. Make such a request ac̶**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any
documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments,
mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available,
explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Southern Propane, Inc.

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor          Lampton-Love, Inc.

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Southern Propane, Inc.

Name

P.O. Box 530
Taylorsville, MS 39168

Contact phone          601-939-8900

Contact email    srobbins@whjpllc.com

Where should payments to the creditor be sent? (if different)

A. Seth Robbins

Name

2829 Lakeland Drive, Suite 1502

Flowood, MS 39232

Contact phone          601-939-8900

Contact email
SROBBINS@WHJPLLC.COM

Uniform claim identifier for electronic payments in chapter 13 (if you use one): _____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____     Filed on _____
                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                                    Proof of Claim                                    page 1

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
| --- | --- |

| 6. **Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: | 0036 |
| --- | --- | --- |

| 7. **How much is the claim?** | $ 36471.67 | **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| --- | --- | --- |

| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Goods sold, leases |
| --- | --- |

| 9. **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate.  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ _____<br>**Amount of the claim that is secured:** $ _____<br>**Amount of the claim that is unsecured:** $ _____  (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>**Annual Interest Rate** (when case was filed) _____ %<br><br>☐ Fixed<br>☐ Variable |
| --- | --- |

| 10. **Is this claim based on a lease?** | ☐ No<br>☑ Yes. Amount necessary to cure any default as of the date of the petition. | $ 36471.67 |
| --- | --- | --- |

| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |
| --- | --- |

| Official Form 410 | Proof of Claim | page 2 |
| --- | --- | --- |

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No.<br>☐ Yes. *Check all that apply:* | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |
| | * Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157 and 3571.

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    5/20/2020

         MM / DD / YYYY

/s/ A. Seth Robbins

Signature

Print the name of the person who is completing and signing this claim:

| Name | A. Seth Robbins |
|---|---|
| | First name    Middle name    Last name |
| Title | Attorney |
| Company | Southern Propane, Inc. |
| | Identify the corporate servicer as the company if the authorized agent is a servicer |
| Address | 2829 Lakeland Drive, Suite 1502 |
| | Number   Street |
| | Flowood, MS 39232 |
| | City   State   ZIP Code |
| Contact phone | 601-939-8900    Email   srobbins@whjpllc.com |

Case 20-12377-EEB   Claim 42-1 Part 2   Filed 05/20/20   Desc Attachment 1   Page 1 of 15

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor 1 | Sklar Exploration Company, LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Colorado |
| Case number | 20-12377-EEB |

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

| | |
| --- | --- |
| 1. Who is the current creditor? | Southern Propane, Inc. <br> Name of the current creditor (the person or entity to be paid for this claim) <br> Other names the creditor used with the debtor   Lampton-Love, Inc. |
| 2. Has this claim been acquired from someone else? | ☑ No <br> ☐ Yes.  From whom? _____ |
| 3. Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> A. Seth Robbins <br> Name <br> 2829 Lakeland Drive, Suite 1502 <br> Number      Street <br> Flowood            MS         39232 <br> City            State       ZIP Code <br><br> Contact phone 601-939-8900 <br> Contact email srobbins@whjpllc.com <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one): <br> _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **Where should payments to the creditor be sent? (if different)** <br><br> Name <br><br> Number      Street <br><br> City            State       ZIP Code <br><br> Contact phone _____ <br> Contact email _____ |
| 4. Does this claim amend one already filed? | ☑ No <br> ☐ Yes.  Claim number on court claims registry (if known) _____      Filed on _____ <br> MM  / DD  / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No <br> ☐ Yes.  Who made the earlier filing? _____ |

Official Form 410                              Proof of Claim                                    page 1

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No <br> ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  0  0  3  6 |

7. **How much is the claim?**   $_____36,471.67_. Does this amount include interest or other charges?

    ☑ No

    ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Goods sold, leases

9. **Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

    Nature of property:

    ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

    ☐ Motor vehicle

    ☐ Other. Describe: _____

    Basis for perfection: _____

    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

    Value of property:    $_____

    Amount of the claim that is secured:    $_____

    Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

    Amount necessary to cure any default as of the date of the petition:    $_____

    Annual Interest Rate (when case was filed)_____%

    ☐ Fixed

    ☐ Variable

10. **Is this claim based on a lease?**

☐ No

☑ Yes. Amount necessary to cure any default as of the date of the petition.  $_____36,471.67

11. **Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   05/20/2020
                   MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| Name | A. Seth Robbins | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Attorney | | |
| Company | Southern Propane, Inc. | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 2829 Lakeland Drive, Suite 1502 | | |
| | Number          Street | | |
| | Flowood | MS | 39232 |
| | City | State | ZIP Code |
| Contact phone | 601-939-8900 | Email | srobbins@whjpllc.com |

Case 20-12377-EEB   Claim 42-1 Part 2   Filed 05/20/20   Desc Attachment 1   Page 4 of 15



Southern Propane, Inc.

601.785.4341 or 601.764.2306

## Statement

| Account | Amount |
|---------|--------|
| 11190036 | $36,432.29 |

Date:   3/16/20         Page 1 of 4

Services For:   SKLAR EXPLORATION LLC        Sign up to receive your statements by email.
401 EDWARD ST, STE 1601
SHREVEPORT, LA 71101

| Date | Invoice # | Description | Total | Remaining |
|------|-----------|-------------|-------|-----------|
| 12/24/19 | 1763411 | Delivery: 475.00 gals. Propane at 401 EDWARD ST, STE 1601<br>475.00 gals. Propane @ $1.100000/gal - $522.50<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $36.58 | $565.03 | $564.94 |
| 12/27/19 | 1766021 | Delivery: 650.00 gals. Propane at 401 EDWARD ST, STE 1601<br>650.00 gals. Propane @ $1.100000/gal - $715.00<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $50.05 | $771.00 | $771.00 |
| 12/31/19 | 1770588 | Delivery: 450.00 gals. Propane at 401 EDWARD ST, STE 1601<br>450.00 gals. Propane @ $1.100000/gal - $495.00<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $34.65 | $535.60 | $535.60 |
| 1/3/20 | 1774299 | Delivery: 1016.00 gals. Propane at 401 EDWARD ST, STE 1601<br>1016.00 gals. Propane @ $1.100000/gal - $1117.60<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $78.23 | $1,201.78 | $1,201.78 |
| 1/3/20 | 1774303 | Delivery: 400.00 gals. Propane at 401 EDWARD ST, STE 1601<br>400.00 gals. Propane @ $1.100000/gal - $440.00<br>06S Regulatory Fee - $0.00<br>MS Sales Tax 7% - $30.80 | $470.80 | $470.80 |
| 1/6/20 | 1776514 | Delivery: 1080.00 gals. Propane at 401 EDWARD ST, STE 1601<br>1080.00 gals. Propane @ $1.100000/gal - $1188.00<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $83.16 | $1,277.11 | $1,277.11 |
| 1/9/20 | 1782892 | Delivery: 1165.00 gals. Propane at 401 EDWARD ST, STE 1601<br>1165.00 gals. Propane @ $1.100000/gal - $1281.50<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $89.71 | $1,377.16 | $1,377.16 |
| 1/9/20 | 1782897 | Delivery: 590.00 gals. Propane at 401 EDWARD ST, STE 1601<br>590.00 gals. Propane @ $1.100000/gal - $649.00<br>06S Regulatory Fee - $0.00<br>MS Sales Tax 7% - $45.43 | $694.43 | $694.43 |



| Account | Amount |
|---------|--------|
| 11190036 | $36,432.29 |

Make Check Payable to: Southern Propane, Inc.

SKLAR EXPLORATION LLC
401 EDWARD ST, STE 1601
SHREVEPORT, LA 71101

Southern Propane, Inc.
P O Box 530
Taylorsville, MS 39168

00111900360000000000003643229



Southern Propane, Inc.

601.785.4341 or 601.764.2306

## Statement

| Account | Amount |
|---|---|
| 11190036 | $36,432.29 |

Date:   3/16/20   Page 2 of 4

| | | | | |
|---|---|---|---|---|
| 1/13/20 | 1796380 | Delivery: 1000.00 gals. Propane at 401 EDWARD ST, STE 1601<br>1000.00 gals. Propane at $1.100000/gal - $1100.00<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $77.00 | $1,182.95 | $1,182.95 |
| 1/13/20 | 1796381 | Delivery: 525.00 gals. Propane at 401 EDWARD ST, STE 1601<br>525.00 gals. Propane @ $1.100000/gal - $577.50<br>06S Regulatory Fee - $0.00<br>MS Sales Tax 7% - $40.43 | $617.93 | $617.93 |
| 1/16/20 | 1801552 | Delivery: 1180.00 gals. Propane at 401 EDWARD ST, STE 1601<br>1180.00 gals. Propane @ $1.100000/gal - $1298.00<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $90.86 | $1,394.81 | $1,394.81 |
| 1/17/20 | 1803191 | Delivery: 610.10 gals. Propane at 401 EDWARD ST, STE 1601<br>610.10 gals. Propane @ $1.100000/gal - $671.11<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $46.98 | $724.04 | $724.04 |
| 1/17/20 | 1803194 | Delivery: 520.00 gals. Propane at 401 EDWARD ST, STE 1601<br>520.00 gals. Propane @ $1.100000/gal - $572.00<br>06S Regulatory Fee - $0.00<br>MS Sales Tax 7% - $40.04 | $612.04 | $612.04 |
| 1/20/20 | 1805569 | Delivery: 805.00 gals. Propane at 401 EDWARD ST, STE 1601<br>805.00 gals. Propane @ $1.100000/gal - $885.50<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $61.99 | $953.44 | $953.44 |
| 1/23/20 | 1812816 | Delivery: 500.50 gals. Propane at 401 EDWARD ST, STE 1601<br>500.50 gals. Propane @ $1.100000/gal - $550.55<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $38.54 | $595.04 | $595.04 |
| 1/24/20 | 1816900 | Delivery: 825.30 gals. Propane at 401 EDWARD ST, STE 1601<br>825.30 gals. Propane @ $1.100000/gal - $907.83<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $63.55 | $977.33 | $977.33 |
| 1/27/20 | 1817532 | Delivery: 500.10 gals. Propane at 401 EDWARD ST, STE 1601<br>500.10 gals. Propane @ $1.100000/gal - $550.11<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $38.51 | $594.57 | $594.57 |
| 1/27/20 | 1817534 | Delivery: 985.00 gals. Propane at 401 EDWARD ST, STE 1601<br>985.00 gals. Propane @ $1.100000/gal - $1083.50<br>06S Regulatory Fee - $0.00<br>MS Sales Tax 7% - $75.85 | $1,159.35 | $1,159.35 |
| 1/31/20 | 1825622 | Delivery: 500.00 gals. Propane at 401 EDWARD ST, STE 1601<br>500.00 gals. Propane @ $1.100000/gal - $550.00 | $594.45 | $594.45 |

Case 20-12377-EEB   Claim 42-1 Part 2   Filed 05/20/20   Desc Attachment 1   Page 6 of 15

**Southern Propane Inc.**

Southern Propane, Inc.

601.785.4341 or 601.764.2306

## Statement

| Account | Amount |
|---|---|
| 11190036 | $36,432.29 |

Date:   3/16/20   Page 3 of 4

| Date | Invoice # | Description | Total | Remaining |
|---|---|---|---|---|
| | | 06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $38.50 | | |
| 1/31/20 | 1825625 | Delivery: 1050.00 gals. Propane at 401 EDWARD ST, STE 1601<br>1050.00 gals. Propane @ $1.100000/gal - $1155.00<br>06S Regulatory Fee - $0.00<br>MS Sales Tax 7% - $80.85 | $1,235.85 | $1,235.85 |
| 2/4/20 | 1830018 | Delivery: 900.00 gals. Propane at 401 EDWARD ST, STE 1601<br>900.00 gals. Propane @ $1.100000/gal - $990.00<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $69.30 | $1,065.25 | $1,065.25 |
| 2/4/20 | 1830020 | Delivery: 375.50 gals. Propane at 401 EDWARD ST, STE 1601<br>375.50 gals. Propane @ $1.100000/gal - $413.05<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $28.91 | $447.91 | $447.91 |
| 2/7/20 | 1835373 | Delivery: 1000.00 gals. Propane at 401 EDWARD ST, STE 1601<br>1000.00 gals. Propane @ $1.100000/gal - $1100.00<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $77.00 | $1,182.95 | $1,182.95 |
| 2/7/20 | 1835380 | Delivery: 525.20 gals. Propane at 401 EDWARD ST, STE 1601<br>525.20 gals. Propane @ $1.100000/gal - $577.72<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $40.44 | $624.11 | $624.11 |
| 2/11/20 | 1847373 | Delivery: 961.00 gals. Propane at 401 EDWARD ST, STE 1601<br>961.00 gals. Propane @ $1.100000/gal - $1057.10<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $74.00 | $1,137.05 | $1,137.05 |
| 2/11/20 | 1847380 | Delivery: 662.40 gals. Propane at 401 EDWARD ST, STE 1601<br>662.40 gals. Propane @ $1.100000/gal - $728.64<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $51.00 | $785.59 | $785.59 |

**Previous Amount Due:**   **$22,777.48**

| Date | Invoice # | Description | Total | Remaining |
|---|---|---|---|---|
| 2/14/20 | 1852480 | Delivery: 400.20 gals. Propane at 401 EDWARD ST, STE 1601<br>400.20 gals. Propane @ $1.100000/gal - $440.22<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $30.82 | $476.99 | $476.99 |
| 2/14/20 | 1852484 | Delivery: 1050.00 gals. Propane at 401 EDWARD ST, STE 1601<br>1050.00 gals. Propane @ $1.100000/gal - $1155.00<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $80.85 | $1,241.80 | $1,241.80 |
| 2/19/20 | 1858228 | Delivery: 1200.10 gals. Propane at 401 EDWARD ST, STE 1601<br>1200.10 gals. Propane @ $1.100000/gal - $1320.11<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $92.41 | $1,418.47 | $1,418.47 |
| 2/19/20 | 1858230 | Delivery: 500.20 gals. Propane at 401 EDWARD ST, STE 1601<br>500.20 gals. Propane @ $1.100000/gal - $550.22<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $38.52 | $594.69 | $594.69 |
| 2/21/20 | 1861146 | Delivery: 575.20 gals. Propane at 401 EDWARD ST, STE 1601<br>575.20 gals. Propane @ $1.100000/gal - $632.72<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $44.29 | $682.96 | $682.96 |
| 2/21/20 | 1861148 | Delivery: 150.10 gals. Propane at 401 EDWARD ST, STE 1601<br>150.10 gals. Propane @ $1.100000/gal - $165.11<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $11.56 | $182.62 | $182.62 |
| 2/24/20 | 1863677 | Payment: Fuel | -$8,541.58 | $0.00 |
| 2/25/20 | 1865988 | Delivery: 1026.10 gals. Propane at 401 EDWARD ST, STE 1601<br>1026.10 gals. Propane @ $1.100000/gal - $1128.71<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $79.01 | $1,213.67 | $1,213.67 |
| 2/25/20 | 1865991 | Delivery: 550.20 gals. Propane at 401 EDWARD ST, STE 1601<br>550.20 gals. Propane @ $1.100000/gal - $605.22 | $653.54 | $653.54 |



Southern Propane, Inc.

**601.785.4341 or 601.764.2306**

## Statement

| Account | Amount |
|---------|--------|
| 11190036 | $36,432.29 |

Date:   3/16/20   Page 4 of 4

| | | | Amount | Amount |
|---|---|---|---|---|
| | | 06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $42.37 | | |
| 2/28/20 | 1871491 | Delivery: 251.50 gals. Propane at 401 EDWARD ST, STE 1601<br>251.50 gals. Propane @ $1.100000/gal - $276.65<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $19.37 | $301.97 | $301.97 |
| 2/28/20 | 1871494 | Delivery: 800.40 gals. Propane at 401 EDWARD ST, STE 1601<br>800.40 gals. Propane @ $1.100000/gal - $880.44<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $61.63 | $948.02 | $948.02 |
| 3/4/20 | 1877590 | Delivery: 1326.30 gals. Propane at 401 EDWARD ST, STE 1601<br>1326.30 gals. Propane @ $1.100000/gal - $1458.93<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $102.13 | $1,567.01 | $1,567.01 |
| 3/6/20 | 1880991 | Delivery: 600.00 gals. Propane at 401 EDWARD ST, STE 1601<br>600.00 gals. Propane @ $1.100000/gal - $660.00<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $46.20 | $712.15 | $712.15 |
| 3/6/20 | 1880994 | Delivery: 200.00 gals. Propane at 401 EDWARD ST, STE 1601<br>200.00 gals. Propane @ $1.100000/gal - $220.00<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $15.40 | $241.35 | $241.35 |
| 3/10/20 | 1891047 | Delivery: 650.00 gals. Propane at 401 EDWARD ST, STE 1601<br>650.00 gals. Propane @ $1.100000/gal - $715.00<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $50.05 | $771.00 | $771.00 |
| 3/10/20 | 1891108 | Delivery: 920.00 gals. Propane at 401 EDWARD ST, STE 1601<br>920.00 gals. Propane @ $1.100000/gal - $1012.00<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $70.84 | $1,088.79 | $1,088.79 |
| 3/13/20 | 1897171 | Delivery: 465.00 gals. Propane at 401 EDWARD ST, STE 1601<br>465.00 gals. Propane @ $1.100000/gal - $511.50<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $35.81 | $553.26 | $553.26 |
| 3/13/20 | 1897175 | Delivery: 850.10 gals. Propane at 401 EDWARD ST, STE 1601<br>850.10 gals. Propane @ $1.100000/gal - $935.11<br>06S Regulatory Fee - $5.95<br>MS Sales Tax 7% - $65.46 | $1,006.52 | $1,006.52 |
| | | **Total** | | **$13,654.81** |

Inv- 1696314

## SOUTHERN PROPANE, INC.

P.O. BOX 530 • TAYLORSVILLE, MS 39168 • (601) 785-4341 • FAX (601) 785-9507

**WORK ORDER**

**19649**

DIRECTIONS

| NAME Skylar | STARTING DATE 11-12-19 |
| ADDRESS 401 Edward St | HOME PHONE |
| Shreveport LA | WORK PHONE |
| WORK TO BE PERFORMED | ACCT. # 1119 0036 |

Replace regulator

| PERFORMANCE CHECK: ITEM | Central Heating | Room Heater | Water Heater | Range | |
|---|---|---|---|---|---|
| Manufacturer | | | | | |
| Model No. | | | | | |
| Serial No. | | | | | |
| Location | | | | | |
| BTU Rating | | | | | |
| Manual Shut-off (Installed/Existing) | | | | | |
| Sediment Trap (Installed/Existing) | | | | | |
| Pilot(s) Pilot Safety System | | | | | |
| Burner(s) Combustion Chamber | | | | | |
| Venting System/Draft Diverter | | | | | |
| Combustion Air | | | | | |
| Red Tag / Removed from Service | | | | | |

**TANK/CYLINDER ( Additional Serial Number)**

| Size | Serial Number | Mfr. | Mfr. Date | Ag/Ug | Ft. From Building | Condition of: | | | | | | Relief Valve | | | Fittings Leak Test |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Tank | Paint | Pigtail | Fittings | Gauge | Cond. | Date | Cap | |
| 1000 | | | | | | | | | | | | | | |

**PIPING / REGULATOR OPERATING CONDITION**

| Twin Stage | Piping | | Regulator Mfr. Date (Code) | Mfr. | Regulator Condition | Model | Reg. Vent Position | How Protected | Flow Pressure | Lock-Up Pressure |
|---|---|---|---|---|---|---|---|---|---|---|
| | Material | Size | | | | | | | IN WC | IN WC |
| Two Stage | 1st | | | | | | | | PSIG | PSIG |
| | 2nd | | | | | | | | IN WC | IN WC |

**LEAK TEST**

| Single Stage / Integral / Second Stage | Start Pressure (Inches WC) | End Pressure (Inches WC) | Time Hold | System OK | PRESSURE TEST | Start Pressure | End Pressure | Time Hold | System OK |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | First Stage (High Pressure) | | | | |
| Two Stage | 1st | | | | Two Stage (Low Pressure) | | | | |
| | 2nd | | | | | | | | |

| Qty. | Parts / Materials | Price | Amount | Co. Use | Tag # | Mdse. | Amount | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 599 FD Regulator | | 19 59 | | | | Parts | |
| 1 | 7/8 PoL | | 8 59 | | | | Mdse. | |
| | | | 28.08 | | | | Labor | |
| | | | | | | | Gas | |
| | | | | | | | Tank Rent | |
| | | | | | | | Sub-Total | |
| | | | | | | | Tax | |
| | | | | | | | **TOTAL** | N/C |

Work Performed / Comments Replaced Regulator and hogtas! on tank.

☐ Cash   ☐ Charge
☐ Check #
(air tank)

Gas % in tank _____
MS 120 day tag # _____

| | | TOTAL | |

☐ Pd. on Acct. / Amt. Rec. $ _____

This inspection covers (propane/LP-gas) items and equipment visible and accessible to the service technician and represents the conditions existing on the date of inspection. It does not cover latent or manufacturing defects, the internal working of sealed equipment, or structural components, and cannot be construed to cover future or unforeseen happenings.

• I know how to turn off the gas in case of emergency.
• I have smelled propane and can detect its odor.
• I have received the consumer safety information and material.
• I had gas system deficiencies and/or corrections, if any, clearly explained to me.
• I am satisfied with the service work performed and agree to pay all charges.

Performed Odor Test ☐ Yes
Performed Leak/Pressure Test ☐ Yes
Left Consumer Safety Information and Material ☐ Yes
J.J. ☐ Yes

_____ (Customer's Signature)   _____ Service Technician's Signature

11-12-19
Date Completed

Inv- 1740910

**SOUTHERN PROPANE, INC.**
P.O. BOX 530 • TAYLORSVILLE, MS 39168 • (601) 785-4341 • FAX (601) 785-950?

DIRECTIONS

WORK ORDER
19651

NAME Skylar
ADDRESS

STARTING DATE 11-14-19
HOME PHONE
WORK PHONE

WORK TO BE PERFORMED
Set Tank to oilwell

ACCT. # 11190036

| PERFORMANCE CHECK/ ITEM | Central Heating | Room Heater | Water Heater | Range |
|---|---|---|---|---|
| Manufacturer | | | | |
| Model No. | TA | | | |
| Serial No. | Tank Set | | | |
| Location | Inv | | | |
| BTU Rating | | | | |
| Manual Shut-off (Installed/Existing) | | | | |
| Sediment Trap (Installed/Existing) | | | | |
| Pilot(s) Pilot Safety System | | | | |
| Burner(s) Combustion Chamber | | | | |
| Venting System/Draft Diverter | | | | |
| Combustion Air | | | | |
| Red Tag / Removed from Service | | | | |

**TANK/CYLINDER ( Additional Serial Number)**

| Size | Serial Number | Mfr. | Mfr. Date | Ag/Up | Ft. From Building | Condition of: | | | | | | Relief Valve | | | Fittings Leak Test |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Tank | Paint | Pigtail | Fittings | Gauge | Cond. | Date | Cap | | |
| 1000 | 803286781 | Trinity | 2003 | Ag | | | ✓ | ✓ | New ✓ | ✓ | ✓ | 2003 | ✓ | OK |

**PIPING / REGULATOR OPERATING/CONDITION**

| Twin Stage | Piping | | Regulator Mfr. Date (Code) | Mfr. | Regulator Condition | Model | Reg. Vent Position | How Protected | Flow Pressure | Lock-Up Pressure |
|---|---|---|---|---|---|---|---|---|---|---|
| | Material | Size | | | | | | | | |
| | | | | | | | | | IN WC | IN WC |
| Two Stage 1st | | | | | | | | | PSIG | PSIG |
| 2nd | | | | | | | | | IN WC | IN WC |

**LEAK TEST**

| | Start Pressure (inches WC) | End Pressure (inches WC) | Time Held | System OK | **PRESSURE TEST** | Start Pressure | End Pressure | Time Held | System OK |
|---|---|---|---|---|---|---|---|---|---|
| Single Stage/ Integral/ Second Stage | | | | | First Stage (High Pressure) | | | | |
| Two Stage 1st | | | | | Two Stage (Low Pressure) | | | | |
| 2nd | | | | | | | | | |

| Qty. | Parts / Materials | Price | Amount | Co. Use | Tag # | Mdse. | Amount | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 19104-50 Barnett | | 13 41 | | | | Parts | | |
| 1 | Hogtail x 7/8 | | 8 59 | | | | Mdse. | | |
| | | | 18 00 | | | | Labor | | |
| | | | | | | | Gas | | |
| | | | | | | | Tank Rent | | |
| | | | | | | | Sub-Total | | |
| | | | | | | | Tax | | |
| | | | | | | | TOTAL | | |

Work Performed / Comments
Set Tank to oilwell!

☐ Cash   ☐ Charge
☐ Check #
$
☐ Pd. on Acct. / Amt. Rec. $

| | | | TOTAL | | Gas % in tank _____ MS 120 day tag # _____ | | | | |

This inspection covers (propane/LP-gas) items and equipment visible and accessible to the service technician and represents the conditions existing on the date of inspection. It does not cover latent or manufacturing defects, the internal working of sealed equipment, or structural components, and cannot be construed to cover future or unforeseen happenings.

Performed Odor Test   ☐ Yes
Performed Leak/Pressure Test   ☐ Yes
Left Consumer Safety Information and Material   ☐ Yes   JJ.
   ☐ Yes

• I know how to turn off the gas in case of emergency.
• I have smelled propane and can detect its odor.
• I have received the consumer safety information and material.
• I had gas system deficiencies and/or corrections, if any, clearly explained to me.
• I am satisfied with the service work performed and agree to pay all charges.

(Customer's Signature)

Service Technician's Signature   11-14-19
Date Completed

# LAMPTON-LOVE COMPANIES



### EQUIPMENT RENTAL AGREEMENT

This Equipment Rental Agreement is made as of __11-14__, 20_19_, by and between __Southern Propane__ ("Company"), and the Customer whose signature appears below. Customer desires to lease certain equipment for Customer's convenience in utilizing Liquified Petroleum Gases to be purchased from Company, and Company agrees to lease such equipment to Customer on the terms and conditions set forth herein. For good and valuable consideration, Company and Customer agree as follows:

1. Company hereby leases to Customer the following described equipment to be used exclusively for storage of liquified petroleum gases to be purchased by Customer from Company:

| TANK SIZE | SERIAL NUMBER | MANUFACTURER | METER | SERIAL NUMBER |
|-----------|---------------|--------------|-------|---------------|
| 1000 | 003286972 | Trinity | 0% | |

together with all valves and regulation equipment attached thereto (collectively, together with all additions to, modifications of, and replacements of such items, the "Equipment").

2. Customer agrees to pay a yearly rental fee for the Equipment as established by Company from time to time, subject to the requirement that Customer purchase and take delivery of at least 200 gallons of l.p. gas per year. If Customer fails to meet the annual minimum purchase requirement, Company may, in its discretion, terminate this agreement or charge Customer an increased yearly rental fee.

3. The initial term of this agreement shall be one (1) year. Upon expiration of the initial term and each succeeding term this Agreement shall automatically renew for successive one (1) year terms. Following the initial term, this agreement may be terminated by either party upon not less than 30 days written notice.

4. The additional provisions on the reverse side hereof constitute a part of this Agreement and are incorporated fully herein by reference.

AGREED:

X _____ (CUSTOMER)

PRINT NAME: Skylar

ADDRESS: _____

_____ Southern Propane (COMPANY)

By _____ NAME    Servtech TITLE

X _____ (INITIAL) I acknowledge that I have been given a copy of and have reviewed safety literature provided by Company.

DIRECTIONS: 28 East left on Fellowship, right at the end right on SR 29 just over hill oilwell at the end.

DOES CONSUMER OWN PROPERTY ON WHICH TANK WILL BE LOCATED? Yes ✓  No____

## LANDOWNER'S CONSENT

I, _____, the owner of the property now occupied by the above named _____, hereby consent to the installation of the above-described Equipment, subject to the terms and conditions of the above contract, hereby waive landlord's lien and privileges thereon, and agree to allow Company, its successors and assigns, a reasonable time after the expiration or cancellation of said contract to enter the premises and remove the Equipment from the premises without obtaining further consent from the undersigned.

Dated this 14 day of November, 20 19.    X _____ Landowner

Form 07-08                WHITE – Office Copy        YELLOW – Customer Copy

## WARNING

THE INTENSITY OF ETHYL MERCAPTAN STENCH (PROPANE'S ODOR) MAY FADE DUE TO CHEMICAL OXIDATION, ADSORPTION OR ABSORPTION: SOME PEOPLE HAVE NASAL PROBLEMS AND MAY NOT BE ABLE TO SMELL THE ETHYL MERCAPTAN STENCH (PROPANE'S ODOR). OTHER ODORS MAY MASK OR HIDE THE ETHYL MERCAPTAN STENCH (PROPANE'S ODOR). WHILE ETHYL MERCAPTAN (PROPANE'S ODOR) MAY NOT IMPART THE WARNING OF THE PRESENCE OF PROPANE IN EVERY INSTANCE, IT IS GENERALLY EFFECTIVE IN A MAJORITY OF SITUATIONS. FAMILIARIZE YOURSELF WITH THE SMELL OF PROPANE. ASK YOUR COMPANY REPRESENTATIVE FOR MORE INFORMATION ABOUT THE ODOR OF PROPANE AND THE OTHER SAFETY CONSIDERATIONS ASSOCIATED WITH THE USE OF PROPANE.

---

In consideration of Company agreeing to lease the Equipment to Customer and supply liquified petroleum gas to Customer, Company and Customer agree:

1. Company is the owner of the Equipment and title thereto shall at all times remain in Company. Customer shall keep the Equipment free and clear of all liens, encumbrances, pledges and security interests and will not permit the Equipment to be removed from Customer's premises described in Section 1 of this agreement. The Equipment shall remain personalty and shall not become part of the realty, regardless of whether it be attached to the realty or to any fixture thereon.

2. Customer agrees it will not make or permit any adjustments, modifications, repairs, connections, or disconnections of any kind to be made to the Equipment except by Company or its authorized representatives.

3. Customer grants to Company free rights of ingress and egress to the Customer's premises for all purposes necessary to the rendering of services and delivery of l.p. gas. Customer agrees to authorize Company to conduct an inspection of the premises and the Equipment in the event of an incident involving the premises or the Equipment. Customer agrees to permit Company or its authorized representative to install the Equipment in accordance with National Fire Protection Association's Standards in such location as to be easily accessible to the Company's delivery trucks.

4. Customer agrees to use only such appliances as are listed as standard by the American Gas Association.

5. Customer agrees to inform Company immediately of any damage to the Equipment. Customer agrees to follow the procedures in the safety material provided by Company any time Customer smells odorized l.p. gas or otherwise believes the Equipment to be damaged or malfunctioning.

6. Customer shall pay for l.p. gas delivered by Company at Company's prevailing prices to like customers in the area within current credit terms.

7. Customer agrees that Company may, at its discretion and without notice, cease delivery of l.p. gas, shut off the l.p. gas supply, or terminate this agreement at any time for any of the following causes:
(a) Customer's failure to abide by this agreement.
(b) Failure to pay in full as and when due any charges for l.p. gas, equipment rent, related services or other charges hereunder.
(c) Non-occupancy by Customer of premises where the Equipment is located or removal of the Equipment from Customer's premises.
(d) If any person other than that of the Company is used by Customer in the Equipment without Company's authorization.
(e) If a mortgage or other prior lien upon the premises is foreclosed, or if there is a sale or other transfer or conveyance of the premises.

8. Upon termination of this Agreement, for any reason, Company or its authorized representative may, without notice or demand, and without legal process, enter the premises of Customer where the Equipment is located and take possession of and remove the same. Customer expressly waives all claims for damage and waives all rights under local, or other, ordinances or laws regulating the removal of the Equipment, and it is expressly agreed that the removal of the Equipment, or the termination of this agreement shall not be deemed to be a waiver by Company of other remedies provided by law.

9. Customer agrees to indemnify, defend and hold the Company and its affiliates harmless from and against any claims, demands, actions and liability for damages due to damage to property (including the Equipment) or injury to or death of any person, arising out of or in any way connected with: (a) Customer's use or operation of the Equipment or the storage of l.p. gas therein, except to the extent resulting from the gross negligence of Company or its agents; (b) failure of Customer to abide by the terms and conditions of this agreement; and (c) removal of the Equipment from Customer's premises, except to the extent resulting from the gross negligence of Company.

10. Customer agrees to inform Company of the location of all preexisting underground equipment or structures that could possibly be damaged during installation of underground piping and/or underground tanks. Any damage(s) to any such equipment or structure not identified by Customer shall be the sole responsibility of Customer.

11. If Customer elects to have the Equipment removed from its premises and the Equipment has an excess of 5% of liquid propane remaining in the tank, Company will deduct 30% of the refund of the remaining gas in the tank (based on the cost that Customer paid for the gas), or a minimum charge of $50.00. DOT rules and regulations forbid a tank larger than 120 water gallons to be transported over the road with more than 5% liquid, without a special permit.

12. Customer warrants that this agreement is not a violation of any existing contract for the purchase of l.p. gas or installation of l.p. gas equipment.

13. Company's obligation to perform under this agreement is subject to strikes, accidents, delays, Acts of God, or other causes beyond its control and Company shall have no liability for failure of Company to perform as a result of said causes.

14. Underground Tanks: In the event Customer desires removal of an underground tank, and Company deems such removal to be unreasonably dangerous, destructive or difficult, Company may, in its discretion, elect to enter onto Customer's premises and drain, disable and fill such tank, after which such tank shall be deemed to be property of Customer and Company shall have no further liability of obligation with respect thereto. Customer acknowledges that the placement of landscaping, improvements, or gas or other utility lines in the vicinity of an underground tank may subject such items to damage during removal of the underground tank, and further agrees that Company shall not be responsible for damage to Customer's property resulting from removal of an underground tank.

15. THIS AGREEMENT IS NOT ASSIGNABLE OR TRANSFERABLE BY CUSTOMER WITHOUT COMPANY'S WRITTEN CONSENT.

16. THE EQUIPMENT IS LEASED IN ITS AS IS, WHERE IS CONDITION, TO THE FULLEST EXTENT PERMITTED BY LAW, COMPANY DISCLAIMS ALL WARRANTIES WITH RESPECT TO THE EQUIPMENT, WHETHER EXPRESS OR IMPLIED. THERE IS NO WARRANTY THAT THE EQUIPMENT IS MERCHANTABLE OR FIT FOR A PARTICULAR PURPOSE. TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT SHALL COMPANY BE LIABLE FOR INDIRECT, INCIDENTAL, CONSEQUENTIAL, PUNITIVE OR SPECIAL DAMAGES OF ANY KIND, REGARDLESS OF WHETHER ARISING IN CONTRACT, TORT, STRICT LIABILITY OR OTHER THEORY.

17. This agreement shall be governed by and construed in accordance with the laws of the State where Customer's premises described in Section 1 is located.

---

Form 07-08                    WHITE – Office Copy          YELLOW – Customer Copy



# LAMPTON-LOVE COMPANIES

## EQUIPMENT RENTAL AGREEMENT

This Equipment Rental Agreement is made as of ___July___, 20_15_, by and between ___Southern Propane___ ("Company"), and the Customer whose signature appears below. Customer desires to lease certain equipment for Customer's convenience in utilizing Liquified Petroleum Gases to be purchased from Company, and Company agrees to lease such equipment to Customer on the terms and conditions set forth herein. For good and valuable consideration, Company and Customer agree as follows:

1. Company hereby leases to Customer the following described equipment to be used exclusively for storage of liquified petroleum gases to be purchased by Customer from Company:

| TANK SIZE | SERIAL NUMBER | MANUFACTURER | METER | SERIAL NUMBER |
|-----------|---------------|--------------|-------|---------------|
| 1000 | F4925 | Delta | | |

together with all valves and regulation equipment attached thereto (collectively, together with all additions to, modifications of, and replacements of such items, the "Equipment").

2. Customer agrees to pay a yearly rental fee for the Equipment as established by Company from time to time, subject to the requirement that Customer purchase and take delivery of at least 200 gallons of l.p. gas per year. If Customer fails to meet the annual minimum purchase requirement, Company may, in its discretion, terminate this agreement or charge Customer an increased yearly rental fee.

3. The initial term of this agreement shall be one (1) year. Upon expiration of the initial term and each succeeding term this Agreement shall automatically renew for successive one (1) year terms. Following the initial term, this agreement may be terminated by either party upon not less than 30 days written notice.

4. The additional provisions on the reverse side hereof constitute a part of this Agreement and are incorporated fully herein by reference.

AGREED: ___Sklar Exploration___ (Sandra Bateman) ___Southern Propane___
(CUSTOMER)                                        (COMPANY)

PRINT NAME: Travis Smith
ADDRESS: 421 SCR 18
Mize MS 39116

BY _____  NAME _____  TITLE Serotech

_T.S_ (INITIAL) I acknowledge that I have been given a copy of and have reviewed safety literature provided by Company.

DIRECTIONS: 28 West left on Fellowship Rd. take R at end onto SCR18 go about 3/4 mile turn left after bridge go to end of Road.

DOES CONSUMER OWN PROPERTY ON WHICH TANK WILL BE LOCATED? Yes____  No____

### LANDOWNER'S CONSENT

I, _____, the owner of the property now occupied by the above named _____, hereby consent to the installation of the above-described Equipment, subject to the terms and conditions of the above contract, hereby waive landlord's lien and privileges thereon, and agree to allow Company, its successors and assigns, a reasonable time after the expiration or cancellation of said contract to enter the premises and remove the Equipment from the premises without obtaining further consent from the undersigned.

Dated this _15_ day of _July_, 20_15_.

_____ Landowner

Form 07-08          WHITE – Office Copy          YELLOW – Customer Copy

> **WARNING**
> THE INTENSITY OF ETHYL MERCAPTAN STENCH (PROPANE'S ODOR) MAY FADE DUE TO CHEMICAL OXIDATION, ADSORPTION OR ABSORPTION: SOME PEOPLE HAVE NASAL PROBLEMS AND MAY NOT BE ABLE TO SMELL THE ETHYL MERCAPTAN STENCH (PROPANE'S ODOR). OTHER ODORS MAY MASK OR HIDE THE ETHYL MERCAPTAN STENCH (PROPANE'S ODOR). WHILE ETHYL MERCAPTAN (PROPANE'S ODOR) MAY NOT IMPART THE WARNING OF THE PRESENCE OF PROPANE IN EVERY INSTANCE, IT IS GENERALLY EFFECTIVE IN A MAJORITY OF SITUATIONS. FAMILIARIZE YOURSELF WITH THE SMELL OF PROPANE. ASK YOUR COMPANY REPRESENTATIVE FOR MORE INFORMATION ABOUT THE ODOR OF PROPANE AND THE OTHER SAFETY CONSIDERATIONS ASSOCIATED WITH THE USE OF PROPANE.

In consideration of Company agreeing to lease the Equipment to Customer and supply liquified petroleum gas to Customer, Company and Customer agree:

1. Company is the owner of the Equipment and title thereto shall at all times remain in Company. Customer shall keep the Equipment free and clear of all liens, encumbrances, pledges and security interests and will not permit the Equipment to be removed from Customer's premises described in Section 1 of this agreement. The Equipment shall remain personalty and shall not become part of the realty, regardless of whether it be attached to the realty or to any fixture thereon.

2. Customer agrees it will not make or permit any adjustments, modifications, repairs, connections, or disconnections of any kind to be made to the Equipment except by Company or its authorized representatives.

3. Customer grants to Company free rights of ingress and egress to the Customer's premises for all purposes necessary to the rendering of services and delivery of l.p. gas. Customer agrees to authorize Company to conduct an inspection of the premises and the Equipment in the event of an incident involving the premises or the Equipment. Customer agrees to permit Company or its authorized representative to install the Equipment in accordance with National Fire Protection Association's Standards in such location as to be easily accessible to the Company's delivery trucks.

4. Customer agrees to use only such appliances as are listed as standard by the American Gas Association.

5. Customer agrees to inform Company immediately of any damage to the Equipment. Customer agrees to follow the procedures in the safety material provided by Company any time Customer smells odorized l.p. gas or otherwise believes the Equipment to be damaged or malfunctioning.

6. Customer shall pay for l.p. gas delivered by Company at Company's prevailing prices to like customers in the area within current credit terms.

7. Customer agrees that Company may, at its discretion and without notice, cease delivery of l.p. gas, shut off the l.p. gas supply, or terminate this agreement at any time for any of the following causes:
(a) Customer's failure to abide by this agreement.
(b) Failure to pay in full as and when due any charges for l.p. gas, equipment rent, related services or other charges hereunder.
(c) Non-occupancy by Customer of premises where the Equipment is located or removal of the Equipment from Customer's premises.
(d) If any gas other than that of the Company is used by Customer in the Equipment without Company's authorization.
(e) If a mortgage or other prior lien upon the premises is foreclosed, or if there is a sale or other transfer or conveyance of the premises.

8. Upon termination of this Agreement, for any reason, Company or its authorized representative may, without notice or demand, and without legal process, enter the premises of Customer where the Equipment is located and take possession of and remove the same. Customer expressly waives all claims for damage and waives all rights under local, or other, ordinances or laws regulating the removal of the Equipment, and it is expressly agreed that the removal of the Equipment, or the termination of this agreement shall not be deemed to be a waiver by Company of other remedies provided by law.

9. Customer agrees to indemnify, defend and hold the Company and its affiliates harmless from and against any claims, demands, actions and liability for damages due to damage to property (including the Equipment) or injury to or death of any person, arising out of or in any way connected with: (a) Customer's use or operation of the Equipment or the storage of l.p. gas therein, except to the extent resulting from the gross negligence of Company or its agents; (b) failure of Customer to abide by the terms and conditions of this agreement; and (c) removal of the Equipment from Customer's premises, except to the extent resulting from the gross negligence of Company.

10. Customer agrees to inform Company of the location of all preexisting underground equipment or structures that could possibly be damaged during installation of underground piping and/or underground tanks. Any damage(s) to any such equipment or structure not identified by Customer shall be the sole responsibility of Customer.

11. If Customer elects to have the Equipment removed from its premises and the Equipment has an excess of 5% of liquid propane remaining in the tank, Company will deduct 30% of the refund of the remaining gas in the tank (based on the cost that Customer paid for the gas), or a minimum charge of $50.00, DOT rules and regulations forbid a tank larger then 120 water gallons to be transported over the road with more than 5% liquid, without a special permit.

12. Customer warrants that this agreement is not a violation of any existing contract for the purchase of l.p. gas or installation of l.p. gas equipment.

13. Company's obligation to perform under this agreement is subject to strikes, accidents, delays, Acts of God, or other causes beyond its control and Company shall have no liability for failure of Company to perform as a result of said causes.

14. Underground Tanks: In the event Customer desires removal of an underground tank, and Company deems such removal to be unreasonably dangerous, destructive or difficult, Company may, in its discretion, elect to enter onto Customer's premises and drain, disable and fill such tank, after which such tank shall be deemed to be property of Customer and Company shall have no further liability of obligation with respect thereto. Customer acknowledges that the placement of landscaping, improvements, or gas or other utility lines in the vicinity of an underground tank may subject such items to damage during removal of the underground tank, and further agrees that Company shall not be responsible for damage to Customer's property resulting from removal of an underground tank.

15. THIS AGREEMENT IS NOT ASSIGNABLE OR TRANSFERABLE BY CUSTOMER WITHOUT COMPANY'S WRITTEN CONSENT.

16. THE EQUIPMENT IS LEASED IN ITS AS IS, WHERE IS CONDITION, TO THE FULLEST EXTENT PERMITTED BY LAW, COMPANY DISCLAIMS ALL WARRANTIES WITH RESPECT TO THE EQUIPMENT, WHETHER EXPRESS OR IMPLIED. THERE IS NO WARRANTY THAT THE EQUIPMENT IS MERCHANTABLE OR FIT FOR A PARTICULAR PURPOSE. TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT SHALL COMPANY BE LIABLE FOR INDIRECT, INCIDENTAL, CONSEQUENTIAL, PUNITIVE OR SPECIAL DAMAGES OF ANY KIND, REGARDLESS OF WHETHER ARISING IN CONTRACT, TORT, STRICT LIABILITY OR OTHER THEORY.

17. This agreement shall be governed by and construed in accordance with the laws of the State where Customer's premises described in Section 1 is located.

# LAMPTON-LOVE COMPANIES



### EQUIPMENT RENTAL AGREEMENT

This Equipment Rental Agreement is made as of _November_, 20 _14_, by and between _Southern Propane_ ("Company"), and the Customer whose signature appears below. Customer desires to lease certain equipment for Customer's convenience in utilizing Liquified Petroleum Gases to be purchased from Company, and Company agrees to lease such equipment to Customer on the terms and conditions set forth herein. For good and valuable consideration, Company and Customer agree as follows:

1. Company hereby leases to Customer the following described equipment to be used exclusively for storage of liquified petroleum gases to be purchased by Customer from Company:

| TANK SIZE | SERIAL NUMBER | MANUFACTURER | METER | SERIAL NUMBER |
|-----------|---------------|--------------|-------|---------------|
| 1000 | 113012 | Delta Tank | 0 | |

together with all valves and regulation equipment attached thereto (collectively, together with all additions to, modifications of, and replacements of such items, the "Equipment").

2. Customer agrees to pay a yearly rental fee for the Equipment as established by Company from time to time, subject to the requirement that Customer purchase and take delivery of at least 200 gallons of l.p. gas per year. If Customer fails to meet the annual minimum purchase requirement, Company may, in its discretion, terminate this agreement or charge Customer an increased yearly rental fee.

3. The initial term of this agreement shall be one (1) year. Upon expiration of the initial term and each succeeding term this Agreement shall automatically renew for successive one (1) year terms. Following the initial term, this agreement may be terminated by either party upon not less than 30 days written notice.

4. The additional provisions on the reverse side hereof constitute a part of this Agreement and are incorporated fully herein by reference.

AGREED:

X _Joe Pitts for Don Heap_ _____
(CUSTOMER)

_Southern Propane_
(COMPANY)

PRINT NAME: _Skylar Exploration LLC._

ADDRESS: _Janette S. Cole 21-11#1_
_401 Edwards St. Shreveport MS 71101_

By _____
NAME ·                    TITLE

X _JP_ (INITIAL) I acknowledge that I have been given a copy of and have reviewed safety literature provided by Company.

DIRECTIONS: _28 W to SCR 14 go to end take Right go to first Paved Rd. on Right go to the end of the road._

DOES CONSUMER OWN PROPERTY ON WHICH TANK WILL BE LOCATED? Yes____ No____

### LANDOWNER'S CONSENT

I, _____, the owner of the property now occupied by the above named _____
hereby consent to the installation of the above-described Equipment, subject to the terms and conditions of the above contract, hereby waive landlord's lien and privileges thereon, and agree to allow Company, its successors and assigns, a reasonable time after the expiration or cancellation of said contract to enter the premises and remove the Equipment from the premises without obtaining further consent from the undersigned.

Dated this _14_ day of _November_, 20 _14_      X _Joe Pitts for Don Heap_ _____
Landowner

Form 07-08                    WHITE – Office Copy        YELLOW – Customer Copy

---

**WARNING**

THE INTENSITY OF ETHYL MERCAPTAN STENCH (PROPANE'S ODOR) MAY FADE DUE TO CHEMICAL OXIDATION, ADSORPTION OR ABSORPTION: SOME PEOPLE HAVE NASAL PROBLEMS AND MAY NOT BE ABLE TO SMELL THE ETHYL MERCAPTAN STENCH (PROPANE'S ODOR). OTHER ODORS MAY MASK OR HIDE THE ETHYL MERCAPTAN STENCH (PROPANE'S ODOR). WHILE ETHYL MERCAPTAN (PROPANE'S ODOR) MAY NOT IMPART THE WARNING OF THE PRESENCE OF PROPANE IN EVERY INSTANCE, IT IS GENERALLY EFFECTIVE IN A MAJORITY OF SITUATIONS. FAMILIARIZE YOURSELF WITH THE SMELL OF PROPANE. ASK YOUR COMPANY REPRESENTATIVE FOR MORE INFORMATION ABOUT THE ODOR OF PROPANE AND THE OTHER SAFETY CONSIDERATIONS ASSOCIATED WITH THE USE OF PROPANE.

---

In consideration of Company agreeing to lease the Equipment to Customer and supply liquified petroleum gas to Customer, Company and Customer agree:

1. Company is the owner of the Equipment and title thereto shall at all times remain in Company. Customer shall keep the Equipment free and clear of all liens, encumbrances, pledges and security interests and will not permit the Equipment to be removed from Customer's premises described in Section 1 of this agreement. The Equipment shall remain personalty and shall not become part of the realty, regardless of whether it be attached to the realty or to any fixture thereon.

2. Customer agrees it will not make or permit any adjustments, modifications, repairs, connections, or disconnections of any kind to be made to the Equipment except by Company or its authorized representatives.

3. Customer grants to Company free rights of ingress and egress to the Customer's premises for all purposes necessary to the rendering of services and delivery of l.p. gas. Customer agrees to authorize Company to conduct an inspection of the premises and the Equipment in the event of an incident involving the premises or the Equipment. Customer agrees to permit Company or its authorized representative to install the Equipment in accordance with National Fire Protection Association's Standards in such location as to be easily accessible to the Company's delivery trucks.

4. Customer agrees to use only such appliances as are listed as standard by the American Gas Association.

5. Customer agrees to inform Company immediately of any damage to the Equipment. Customer agrees to follow the procedures in the safety material provided by Company any time Customer smells odorized l.p. gas or otherwise believes the Equipment to be damaged or malfunctioning.

6. Customer shall pay for l.p. gas delivered by Company at Company's prevailing prices to like customers in the area within current credit terms.

7. Customer agrees that Company may, at its discretion and without notice, cease delivery of l.p. gas, shut off the l.p. gas supply, or terminate this agreement at any time for any of the following causes:
(a) Customer's failure to abide by this agreement.
(b) Failure to pay in full as and when due any charges for l.p. gas, equipment rent, related services or other charges hereunder.
(c) Non-occupancy by Customer of premises where the Equipment is located or removal of the Equipment from Customer's premises.
(d) If any gas other than that of the Company is used by Customer in the Equipment without Company's authorization.
(e) If a mortgage or other prior lien upon the premises is foreclosed, or if there is a sale or other transfer or conveyance of the premises.

8. Upon termination of this Agreement, for any reason, Company or its authorized representative may, without notice or demand, and without legal process, enter the premises of Customer where the Equipment is located and take possession of and remove the same. Customer expressly waives all claims for damage and waives all rights under local, or other, ordinances or laws regulating the removal of the Equipment, and it is expressly agreed that the removal of the Equipment, or the termination of this agreement shall not be deemed to be a waiver by Company of other remedies provided by law.

9. Customer agrees to indemnify, defend and hold the Company and its affiliates harmless from and against any claims, demands, actions and liability for damages due to damage to property (including the Equipment) or injury to or death of any person, arising out of or in any way connected with: (a) Customer's use or operation of the Equipment or the storage of l.p. gas therein, except to the

extent resulting from the gross negligence of Company or its agents; (b) failure of Customer to abide by the terms and conditions of this agreement; and (c) removal of the Equipment from Customer's premises, except to the extent resulting from the gross negligence of Company.

10. Customer agrees to inform Company of the location of all preexisting underground equipment or structures that could possibly be damaged during installation of underground piping and/or underground tanks. Any damage(s) to any such equipment or structure not identified by Customer shall be the sole responsibility of Customer.

11. If Customer elects to have the Equipment removed from its premises and the Equipment has an excess of 5% of liquid propane remaining in the tank, Company will deduct 30% of the refund of the remaining gas in the tank (based on the cost that Customer paid for the gas), or a minimum charge of $50.00. DOT rules and regulations forbid a tank larger than 120 water gallons to be transported over the road with more than 5% liquid, without a special permit.

12. Customer warrants that this agreement is not a violation of any existing contract for the purchase of l.p. gas or installation of l.p. gas equipment.

13. Company's obligation to perform under this agreement is subject to strikes, accidents, delays, Acts of God, or other causes beyond its control and Company shall have no liability for failure of Company to perform as a result of said causes.

14. Underground Tanks: In the event Customer desires removal of an underground tank, and Company deems such removal to be unreasonably dangerous, destructive or difficult, Company may, in its discretion, elect to enter onto Customer's premises and drain, disable and fill such tank, after which such tank shall be deemed to be property of Customer and Company shall have no further liability of obligation with respect thereto. Customer acknowledges that the placement of landscaping, improvements, or gas or other utility lines in the vicinity of an underground tank may subject such items to damage during removal of the underground tank, and further agrees that Company shall not be responsible for damage to Customer's property resulting from removal of an underground tank.

15. THIS AGREEMENT IS NOT ASSIGNABLE OR TRANSFERABLE BY CUSTOMER WITHOUT COMPANY'S WRITTEN CONSENT.

16. THE EQUIPMENT IS LEASED IN ITS AS IS, WHERE IS CONDITION. TO THE FULLEST EXTENT PERMITTED BY LAW, COMPANY DISCLAIMS ALL WARRANTIES WITH RESPECT TO THE EQUIPMENT, WHETHER EXPRESS OR IMPLIED. THERE IS NO WARRANTY THAT THE EQUIPMENT IS MERCHANTABLE OR FIT FOR A PARTICULAR PURPOSE. TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT SHALL COMPANY BE LIABLE FOR INDIRECT, INCIDENTAL, CONSEQUENTIAL, PUNITIVE OR SPECIAL DAMAGES OF ANY KIND, REGARDLESS OF WHETHER ARISING IN CONTRACT, TORT, STRICT LIABILITY OR OTHER THEORY.

17. This agreement shall be governed by and construed in accordance with the laws of the State where Customer's premises described in Section 1 is located.

---

C
O
U
R
T

D
O
C
K
E
T

| 20-12377 | 42-1 | 8/28/2020 | D. GERTH |
|---|---|---|---|
| CASE NO. | COURT CLAIM NO. | DATE RETRIEVED | RECEIVED BY |

**RECEIVED**

SEP 1 5 2020

**LEGAL SERVICES**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Sklar Exploration Company, LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Colorado |
| Case number | 20-12377-EEB |

Filed: USBC - District of Colorado
Sklar Exploration Company, LLC, et al (B10)
20-12377 (EEB)

**SKR**



0000000150

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

| | | |
|---|---|---|
| 1. Who is the current creditor? | Liquid Gold Well Service, Inc. | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor _____ | |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? _____ | |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br><br>Chris Crowley, Esq.<br>Name<br>1875 Lawrence St., Ste. 730<br>Number        Street<br>Denver        CO        80202<br>City        State        ZIP Code<br><br>Contact phone 303-615-2724<br>Contact email ccrowley@fncmlaw.com | Where should payments to the creditor be sent? (if different)<br><br>Brian Lee, Esq.<br>Name<br>158 Main St., PO Box 790<br>Number        Street<br>Shelby        MT        59474<br>City        State        ZIP Code<br><br>Contact phone 406-434-5244<br>Contact email brian@leelawofficepc.com |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br><br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____   Filed on ____/____/_____<br>                                                                                    MM / DD / YYYY | |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ | |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$_____ 93,582.50 . Does this amount include interest or other charges?

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Oil and Gas Lien

**9. Is all or part of the claim secured?**

☐ No
☑ Yes. The claim is secured by a lien on property.

Nature of property:

☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: Oil and Gas Lien

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                                    $_____ 93,582.50
Amount of the claim that is secured:                 $_____ 93,582.50
Amount of the claim that is unsecured:   $_____ .0.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $_____ 93,582.50

Annual Interest Rate (when case was filed) 10.00 %
☑ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

| | | Amount entitled to priority |
|---|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. *Check one:* | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  09/15/2020
                   MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| Name | Chris Crowley, Esq. | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Attorney of Record for Creditor Liquid Gold Well Service, Inc. | | |
| Company | Feldmann Nagel Cantafio PLLC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1875 Lawrence St., Ste. 350 | | |
| | Number       Street | | |
| | Denver | CO | 80202 |
| | City | State | ZIP Code |
| Contact phone | 303-615-2724 | Email | ccrowley@fncmlaw.com |

Doc BK 88 Pg 703

**356189**

Return to:
Lee Law Office PC
P.O. Box 790
Shelby, MT 59474

356189 Fee: $140.00  20 Pgs Bk 88-DOC Pg 703-722
**PHILLIPS COUNTY, MT** Recorded 6/4/2020 At 3:25 PM
Lynnel LaBrie, Clk & Rcdr By _____
Return to: LEE LAW OFFICE PC
PO BOX 790
158 MAIN STREET
SHELBY MT  59474

# NOTICE OF OIL AND GAS LIEN

   **LIQUID GOLD WELL SERVICE, INC.**, a Montana corporation, P.O. Box 757, Cut Bank, Montana 59427 ("Liquid Gold"), pursuant to Title 71, Chapter 3, Part 10, Montana Code Annotated, hereby gives notice that it claims a lien (the "Lien") against the right, title and interest of **SKLAR EXPLORATION COMPANY LLC**, a Louisiana limited liability partnership, 401 Edwards Street, Suite 1601,  Shreveport, Louisiana 71101 ("Sklar") in and to following described lands in Phillips County, Montana (the "Subject Lands") in addition to the following described well (the "Well"):

>   Township 32 North, Range 33 East, MPM
>   Section 05: NE¼NE¼
>   Well: Corwin 5 #1 (API No. 2507123339)

   This Lien is intended to cover all oil, gas and other mineral interests that Sklar may own in and to the Subject Lands and the Well including, without limitation, all personal property, improvements, easements, permits, licenses, services and rights-of-way used or useful in connection with the exploration, development or operation of the oil, gas and other minerals underlying the Subject Lands and the production, treatment, storage, transportation, processing and compressing of oil, gas, casinghead gas and other minerals, including, but not limited to wells, casing, tubing, in-hole and wellhead fixtures and equipment, lines, separators, treaters, pumps, buildings and all other oilfield machinery, equipment and supplies, pipelines, power lines, roads and all other appurtenances and fixtures relating to the Subject Lands and the interests of Sklar therein.

   From March 9, 2020, through March 27, 2020, Liquid Gold performed labor and furnished materials and/or services in the maintenance and operation of the Well. The total value of all labor performed, and materials and/or services furnished by Liquid Gold for the benefit of Sklar is $93,582.50. Copies of the Liquid Gold's invoices detailing the labor, materials and/or services furnished with respect to the Well and the dates on which the foregoing were performed/furnished are attached hereto as Exhibit A. The materials and/or services furnished, and labor performed by Liquid Gold was at the express request of John Vittitow in his capacity as Operations Engineer for Sklar.

Notice of Oil and Gas Lien                                                    Page 1 of 2

88:704

Dated ~~May 29~~, June 2 2020.

LIQUID GOLD WELL SERVICE, INC.

By: *Kristine O Schmidt, Sec*
Kristine E. Schwindt, Secretary

## VERIFICATION, CERTIFICATE AND AFFIDAVIT OF MAILING

STATE OF MONTANA   )
                                        :ss
County of Glacier         )

Kristine E. Schwindt, being duly sworn and under oath, states as follows:

1) I am the Secretary for Liquid Gold Well Service, Inc. and have executed this "**NOTICE OF OIL AND GAS LIEN**" in such capacity;

2) I have read this "**NOTICE OF OIL AND GAS LIEN**" and the recitations contained herein are true and correct to the best of my knowledge, information and belief; and

3) In accordance with Title 71, Chapter 3, Part 10, Montana Code Annotated, a photocopy of this "**NOTICE OF OIL AND GAS LIEN**" has been sent by certified mail on ~~May 29, 2020,~~ June 2, 20 to 401 Edwards Street, Suite 1601, Shreveport, Louisiana 71101 which is the last known address for Sklar Exploration Company LLC.

LIQUID GOLD WELL SERVICE, INC.

By: *Kristine O Schmidt, Sec*
Kristine E. Schwindt, Secretary

Subscribed and sworn to before me on ~~May 29,~~ June 2 2020, by Kristine E. Schwindt.

BRITTANY FRYDENLUND
NOTARY PUBLIC for the
State of Montana
Residing at Shelby, Montana
My Commission Expires
June 06, 2020

Notary Public for the State of Montana

Notice of Oil and Gas Lien                                                                 Page 2 of 2

88:705

# LIQUID GOLD WELL SERVICE, INC. R.W.O.# 29318

**WELL SERVICE LOG - FIELD COPY**

*field copy...subject to changes...invoice to follow*

Rig Work Order
Phone (406).873-2966
Fax (406) 873-2997

P.O. Box 757
Cut Bank, MT 59427

Company: SKLAR

Date 3-9-20

Lease Corwin

Well # 5L1

Type of Pump: Traveling plunger insert _____ Traveling barrel insert _____ Valves: _____

Diameter of Pump: 1½" _____ 1⅛" _____ 11/16" _____ 125/32" _____ 2" _____ 2½" _____ 2¾" _____ Other _____

Insert Pump/Barrel: 6' _____ 8' _____ 10' _____ Other _____

Rod Type: API _____ 5/8" _____ 3/4" _____ 7/8" _____ Other _____

Tubing: API _____ 2" _____ 2⅜" _____ 27/8" _____ Other _____

Other Comments: Maed Rig #10 from Cut Bank to Malta

| Item | Time | Total Hours | Rate | Total |
|---|---|---|---|---|
| Rig Travel | 7:00 - 2:30 | 6.5 | 295 | 1977.50 |
| Rig Hours | | | | |
| Daily Pickup | | X1 | 55 | 55.00 |
| Pickup Travel | | | | |
| Fuel Surcharge for Rig & Equipment | | | | |
| Environmental & Safety | | X1 | 295.00 | 2000.00 N/C |
| Supervisor / Tool Pusher | | | | |
| Subsistence | | 4 men | 125/pr | 500.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **EMPLOYEE NAMES** | | | | |
| Marcus S | | | | |
| Jerod L | | | | |
| Tyler R | | | | |
| Seth C | | | | 2472.50 |

Signature _Joel Whitlow_

TOTAL DUE 2172.50

# EXHIBIT "A"

88:706

## LIQUID GOLD WELL SERVICE, INC. R.W.O.#29299
### WELL SERVICE LOG - FIELD COPY
*field copy...subject to changes...invoice to follow*

**Rig Work Order**
Phone (406) 873-2966
Fax (406) 873-2997

P.O. Box 757
Cut Bank, MT 59427

Company __SKLAR__     Date __3-10-20__

Lease __Corwin__     Well # __5-1__

Type of Pump: Traveling plunger insert _____ Traveling barrel insert _____ Valves _____

Diameter of Pump: 1½" ___ 1⅛" ___ 1¹¹/₁₆" ___ 125/32" ___ 2" ___ 2½" ___ 2¾" ___ Other ___

Insert Pump/Barrel: 6' ___ 8' ___ 10' ___ Other ___

Rod Type: API ___ ⁵/₈" ___ ¾" ___ ⅞" ___ Other ___

Tubing: API ___ 2" ___ 2⅜" ___ 2⅞" ___ Other ___

Other Comments: __Moved Rig from Malta to location, Rigged up on location & spotted__
__equipment, secured Rig, Shut down travel to town__

| Item | Time | Total Hours | Rate | Total |
|------|------|-------------|------|-------|
| Rig Travel | | | | |
| Rig Hours | 7:00-2:30 | 6.5 | 295⁰⁰ | 1917⁵⁰ |
| Daily Pickup | | | 55⁰⁰ | 55⁰⁰ |
| Pickup Travel | 6:30-7:00  2:30-3:00 | 1 | 135⁰⁰ | 135⁰⁰ |
| Fuel Surcharge for Rig & Equipment | | | 0 | |
| Environmental & Safety | | | 200⁰⁰ | 200⁰⁰ |
| Supervisor / Tool Pusher  Todd M | | | 500⁰⁰ | 500⁰⁰ |
| Subsistance | | X5 | 125⁰⁰ | 625⁰⁰ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| EMPLOYEE NAMES | | | | |
| Myron S | | | | |
| Jared L | | | | |
| Tyler R | | | | |
| Zach | | | | 2432 50 |

Signature ___(signature)___     TOTAL DUE 3367⁵⁰

# EXHIBIT "A"

88.707

# LIQUID GOLD WELL SERVICE, INC. R.W.O. # 29300
## WELL SERVICE LOG - FIELD COPY

**Rig Work Order**
Phone (406) 873-2968
Fax (406) 873-2997

*field copy...subject to changes...invoice to follow*

P.O. Box 767
Cut Bank, MT 59427

Company __SKLAR__          Date __3-11-20__

Lease __Corwin__          Well # __5-1__

Type of Pump: Traveling plunger insert _____ Traveling barrel insert _____ Valves _____

Diameter of Pump: 1½" _____ 1⅛" _____ 11/16" _____ 125/32" _____ 2" _____ 2½" _____ 2¾" _____ Other _____

Insert Pump/Barrel: 6' _____ 8' _____ 10' _____ Other _____

Rod Type: API _____ 5/8" _____ ¾" _____ 7/8" _____ Other _____

Tubing: API _____ 2" _____ 2⅜" _____ 27/8" _____ Other _____

Other Comments: _Travel to Rig, warmed up, broke off well flange, stripped on Bop Rams bit, screwed to X overs in, stripped on washington hand, Tallyed it Ran in 102 Jts tagging 7' on #103, pulled 3 Jts, Secured Well & Well shutdown travel to town_

| Item | | Time | Total Hours | Rate | Total |
|---|---|---|---|---|---|
| Rig Travel | | | | | |
| Rig Hours | | 7:00-6:00 | 11 | 295⁰⁰ | 3245⁰⁰ |
| Daily Pickup | | | | 55⁰⁰ | 55⁰⁰ |
| Pickup Travel | 6:30-7:00 | 6:00-6:30 | 1 | 135⁰⁰ | 135⁰⁰ |
| Fuel Surcharge for Rig & Equipment | | | | | |
| Environmental & Safety | | | X 1 | 200⁰⁰ | 200⁰⁰ |
| Supervisor / Tool Pusher Todd M | | | | 500⁰⁰ | 500⁰⁰ |
| Rig pump | | | X 1 | 500⁰⁰ | 500⁰⁰ |
| tole handler | | | parts | 300⁰⁰ | 300⁰⁰ |
| Sub | | | @ 5 | 125 ᵉˢ | 625⁰⁰ |
| | | | | | |
| | | | | | |
| EMPLOYEE NAMES | | | | | |
| Marcus S | | | | | 5060.00 |
| Jerold L | | | | | |
| Tyler Vk | | | | | |
| Jared F | | | | | 5560.00 |

Signature _Joel S Whitere_          TOTAL DUE $5436⁰⁰

# EXHIBIT "A"

88:708

# LIQUID GOLD WELL SERVICE, INC. R.W.O.# 29301

**Rig Work Order**

**WELL SERVICE LOG - FIELD COPY**

*field copy...subject to changes...invoice to follow*

Phone (406) 873-2966
Fax (406) 873-2897

P.O. Box 757
Cut Bank, MT 59427

Company _SKLAR_                                    Date _3-12-00_

Lease _Cirwin_                                     Well # _S-1_

Type of Pump: Traveling plunger Insert _____ Traveling barrel Insert _____ Valves _____

Diameter of Pump: 1½" ___ 1⅝" ___ 1¹¹⁄₁₆" ___ 1²⁵⁄₃₂" ___ 2" ___ 2½" ___ 2¾" ___ Other ___

Insert Pump/Barrel: 6' ___ 8' ___ 10' ___ Other ___

Rod Type: API ___ ⅝" ___ ¾" ___ ⅞" ___ Other ___

Tubing: API ___ 2" ___ 2⅜" ___ 2⅞" ___ Other ___

Other Comments: _Rig Stand by_

| Item | Time | Total Hours | Rate | Total |
|---|---|---|---|---|
| Rig Travel | | | | |
| Rig Hours | | 8 | 200⁰⁵ | 1600⁰⁵ |
| Daily Pickup | | | | |
| Pickup Travel | | | | |
| Fuel Surcharge for Rig & Equipment | | | | |
| Environmental & Safety | | | | |
| Supervisor / Tool Pusher  Todd M | | | | ~~500⁰⁰~~ |
| Sub | | 4 | 125⁰⁰ | ~~730⁰⁵~~ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EMPLOYEE NAMES
_Marcus S_
_Scrad L_                                    1600.00
_Tyler R_                                    2160.00

Signature _Joe S Uttelaw_          TOTAL DUE _2360⁰⁰_

# EXHIBIT "A"

88:709

# LIQUID GOLD WELL SERVICE, INC. R.W.O.# 29302

**WELL SERVICE LOG - FIELD COPY**

*field copy...subject to changes...invoice to follow*

Rig Work Order
Phone (406) 873-2966
Fax (406) 873-2997

P.O. Box 757
Cut Bank, MT 59427

Company __SKLAR__    Date __3-13-20__

Lease __Curwin__    Well # __S-1__

Type of Pump: Traveling plunger Insert _____ Traveling barrel Insert _____ Valves _____

Diameter of Pump: 1½" _____ 1⅛" _____ 1¹¹/₁₆" _____ 1²⁵/₃₂" _____ 2" _____ 2½" _____ 2¾" _____ Other _____

Insert Pump/Barrel: 6' _____ 8' _____ 10' _____ Other _____

Rod Type: API _____ ⅝" _____ ¾" _____ ⅞" _____ Other _____

Tubing: API _____ 2" _____ 2⅜" _____ 2⅞" _____ Other _____

Other Comments: Travel to Rt, warmed up, Ran in to 102, setup to circulated circulated 150 bbl of fresh & 3/5 bbl of KCl, TOH, laighing out 6.5t Racking back 96 to BHA, stard and off head, secured Rt & locatin shut down

| Item | Time | Total Hours | Rate | Total |
|---|---|---|---|---|
| Rig Travel | | | | |
| Rig Hours | 7:00-5:30 | 10.5 | 295 | 3097⁵⁰ |
| Daily Pickup | | | 55⁰⁰ | 55⁰⁵ |
| Pickup Travel | 6:30-7:00 5:30-6:00 | 1 | 135⁰⁰ | 135⁰⁵ |
| Fuel Surcharge for Rig & Equipment | | | | |
| Environmental & Safety | | | 200⁰⁵ | 200⁰⁵ |
| Supervisor / Tool Pusher Todd M | | | 500⁰⁵ | 500⁰⁵ |
| Pump & tank | | 8hr | 750⁰⁵ | 750⁰⁵ |
| Sub | | X3/5 | 135⁰⁵ | 625⁰⁵ |
| tele haddler | | | 300⁰⁵ | 300⁰⁵ |
| | | | | |
| | | | | |
| **EMPLOYEE NAMES** | | | | |
| Murces S | | | | |
| Jerad L | | | | |
| Tyler R | | | | |
| Jack R | | | | 5662.50 |

Signature _John D Vittitow_    TOTAL DUE _5837⁵⁰_

# EXHIBIT "A"

88:710

# LIQUID GOLD WELL SERVICE, INC. R.W.O.# 29304

**WELL SERVICE LOG - FIELD COPY**

**Rig Work Order**
Phone (406).873-2966
Fax (406) 873-2997

*field copy...subject to changes...invoice to follow*

P.O. Box 757
Cut Bank, MT 59427

Company _SKLAR_ Date _3-14-20_

Lease _Corwin_ Well # _5-1_

Type of Pump: Traveling plunger insert _____ Traveling barrel Insert _____ Valves _____

Diameter of Pump: 1½" ____ 1⅝" ____ 11/16" ____ 125/32" ____ 2" ____ 2½" ____ 2¾" ____ Other ____

Insert Pump/Barrel: 6' _____ 8' _____ 10' _____ Other _____

Rod Type: API _____ ⅝" _____ ¾" _____ ⅞" _____ Other _____

Tubing: API _____ 2" _____ 2⅜" _____ 2⅞" _____ Other _____

Other Comments: _Travel to Rig, warmed up, Rigged up for wireline, Ran log with_
_1000psi, perforated, had flow, pressured up to 310-820 Shut-tbg, opened_
_up & layed out wire line, Shut in Shutdown_

| Item | | Time | Total Hours | Rate | Total |
|---|---|---|---|---|---|
| Rig Travel | | | | | |
| Rig Hours | | 7:00-2:00 | 7 | 295⁰⁰ | 2065⁰⁰ |
| Daily Pickup | | | X 1 | 55⁰⁰ | 55⁰⁰ |
| Pickup Travel | 6:30-7:00 | 2:00-2:30 | 1 | 155⁰⁰ | 175⁰⁰ |
| Fuel Surcharge for Rig & Equipment | | | | — | |
| Environmental & Safety | | | X 1 | 200⁰⁰ | 200⁰⁰ |
| Supervisor / Tool Pusher  Todd M | | | | 500⁰⁰ | 500⁰⁰ |
| Pump & tank | | | per day | 750⁰⁰ | 750⁰⁰ |
| Telehandler | | | | 300⁰⁰ | 300⁰⁰ |
| Sub | | | X 5 | 125⁰⁰ | 2500⁰⁰ |
| | | | | | |
| | | | | | |
| **EMPLOYEE NAMES** | | | | | |
| Marcos S | | | | | |
| Jorod K | | | | | |
| Tyler R | | | | | |
| Jack C | | | | | 4680.00 |

Signature _J L D Ottetere_

TOTAL DUE _4505.00_

# EXHIBIT "A"

88:711

# LIQUID GOLD WELL SERVICE, INC. R.W.O.#29305

## WELL SERVICE LOG - FIELD COPY

*field copy...subject to changes...invoice to follow*

**Rig Work Order**

Phone (406) 873-2966
Fax (406) 873-2997

P.O. Box 757
Cut Bank, MT 59427

Company _SKLAR_     Date _3-15-20_

Lease _Corwin_     Well # _5-1_

Type of Pump: Traveling plunger insert _____ Traveling barrel insert _____ Valves _____

Diameter of Pump: 1½" ___ 1⅛" ___ 1¹¹/₁₆" ___ 1²⁵/₃₂" ___ 2" ___ 2½" ___ 2¾" ___ Other _____

Insert Pump/Barrel: 6' _____ 8' _____ 10' _____ Other _____

Rod Type: API _____ ⅝" _____ ¾" _____ ⅞" _____ Other _____

Tubing: API _____ 2" _____ 2⅜" _____ 2⅞" _____ Other _____

Other Comments: _Travel to Rig, warmed up, waited on tools, ___ Thawed out Pop line_
_behind Wind Ians, set up for wire line, Ran Gauge tool, Shut down due to_
_Rig filters, secured Rig + load in, travel to tean_

| Item | Time | Total Hours | Rate | Total |
|---|---|---|---|---|
| Rig Travel | | | | |
| Rig Hours | 7:30 — 4:00 | 8.5 | 295 | 2507⁵⁰ |
| Daily Pickup | | | 55°° | 55°° |
| Pickup Travel | 7:00-7:30  4:00-4:30 | 1 | 135°° | 135°° |
| Fuel Surcharge for Rig & Equipment | | | — | |
| Environmental & Safety | | X1 | 200°° | 200°° |
| Supervisor / Tool Pusher _Todd M_ | | X1 | 500°° | 500°° |
| _Pump+ Tank_ | | _Perdiem_ | 750°° | 750°° |
| _Fishewd Ier_ | | X1 | 300°° | 300°° |
| _Sud_ | | X6 | 128°° | 6500°° |
| _Sunday Charge_ | | 8.5 | 150°° | 1275°° |
| | | | | |
| | | | | |
| EMPLOYEE NAMES | | | | |
| _Marcos_ | | | | |
| _Jerod_ | | | | 5847.50 |
| _Tyler R_ | | | | |
| _Jocke_ | | | | |

Signature _(signature)_

TOTAL DUE _6222⁵⁰_

# EXHIBIT "A"

Case 20-12377-EEB   Claim 85-1   Filed 09/15/20   Desc Main Document   Page 13 of 23

88:712

# LIQUID GOLD WELL SERVICE, INC. R.W.O.# 29306
## WELL SERVICE LOG - FIELD COPY
*field copy...subject to changes...Invoice to follow*

**Rig Work Order**
Phone (406) 873-2966
Fax (406) 873-2997

P.O. Box 767
Cut Bank, MT 59427

Company _SKLAR_    Date _3-16-20_

Lease _Corcoran_    Well # _5-1_

Type of Pump: Traveling plunger insert _____ Traveling barrel insert _____ Valves _____

Diameter of Pump: 1½" ____ 1⅝" ____ 1¹¹⁄₁₆" ____ 1²⁵⁄₃₂" ____ 2" ____ 2½" ____ 2¾" ____ Other ____

Insert Pump/Barrel: 6' _____ 8' _____ 10' _____ Other _____

Rod Type: API _____ ⅝" _____ ¾" _____ ⅞" _____ Other _____

Tubing: API _____ 2" _____ 2⅜" _____ 2⅞" _____ Other _____

Other Comments: _Troved to the second well, Set up for under line perfed, set Retainer_
_leaked, on pressure test, too perfed and set second Retainer, Tripped in hole_
_Sqeezed, Shut down due second rig_

| Item | Time | Total Hours | Rate | Total |
|---|---|---|---|---|
| Rig Travel | | | | |
| Rig Hours | 7:00 - 7:30 | 12.5 | 295 | 3687 50 |
| Daily Pickup | | | 55 00 | 55 00 |
| Pickup Travel | 6:30-7:00 7:30-8:00 | 1 | 135 00 | 135 00 |
| Fuel Surcharge for Rig & Equipment | | | — | |
| Environmental & Safety | | | 200 00 | 200 00 |
| Supervisor / Tool Pusher | Todd M | | 500 00 | 500 00 |
| Vacuum tank | | | 750 00 | 750 00 |
| Tools | | X4 | 125 00 | 500 00 |
| Tool handler | | | 300 00 | 300 00 |
| | | | | |
| | | | | |
| **EMPLOYEE NAMES** | | | | |
| Marcus S | | | | |
| Jared L | | | | |
| Tyler R | | | | |
| Jake | | | | |

Signature _Jol D Vetelar_    TOTAL DUE 6127 50 / 6252.50

# EXHIBIT "A"

88:713

# LIQUID GOLD WELL SERVICE, INC. R.W.O.# 29307

## WELL SERVICE LOG - FIELD COPY

*field copy...subject to changes...invoice to follow*

Rig Work Order
Phone (406) 873-2966
Fax (406) 873-2997

P.O. Box 757
Cut Bank, MT 59427

Company _GXLAK_     Date _3-17-20_

Lease _Corwin_     Well # _5-1_

Type of Pump: Traveling plunger insert _____ Traveling barrel insert _____ Valves _____

Diameter of Pump: 1½" ___ 1⅛" ___ 11/16" ___ 125/32" ___ 2" ___ 2½" ___ 2¾" ___ Other ___

Insert Pump/Barrel: 6' _____ 8' _____ 10' _____ Other _____

Rod Type: API _____ ⅝" _____ ¾" _____ ⅞" _____ Other _____

Tubing: API _____ 2" _____ 23/8" _____ 27/8" _____ Other _____

Other Comments: _Travel to rig, warmed up Rig, set up to squeeze, TOH, set_
_uptor wire line; perforated, Ran in Retainer, had to pump past it areas_
_set Retainer, TIH, did squeeze, Shut in, put heater on Bop,_
_travel to town_

| Item | Time | Total Hours | Rate | Total |
|------|------|-------------|------|-------|
| Rig Travel | | | | |
| Rig Hours | 7:00 - 8:00 | 13 | 295 | 3835⁰⁰ |
| Daily Pickup | | | 55⁰⁰ | 55 |
| Pickup Travel | 6:30-7:00 | 8:00-8:30 | 1 | 125⁰⁰ | 125⁰⁰ |
| Fuel Surcharge for Rig & Equipment | | | -0- | -0- |
| Environmental & Safety | | | 200⁰⁰ | 200⁰⁰ |
| Supervisor / Tool Pusher _Todd M_ | | | 500⁰⁰ | 500⁰⁰ |
| _Frac't Tank_ | | | 750⁰⁰ | 750⁰⁰ |
| _Telehandler_ | | | 200⁰⁰ | 200⁰⁰ |
| _Subs_ | | X5 | 125⁰⁰ | 625⁰⁰ |
| | | | | |
| | | | | |
| | | | | |
| EMPLOYEE NAMES | | | | |
| _Morris S_ | | | | |
| _Jerode_ | | | | |
| _Tyler R_ | | | 5900.00 | |
| _Zack C_ | | | | |
| Signature _J.L. Schluter_ | | | TOTAL DUE 6275⁰⁰ | |

# EXHIBIT "A"

88:714

# LIQUID GOLD WELL SERVICE, INC. R.W.O.# 29308

## WELL SERVICE LOG - FIELD COPY

*field copy...subject to changes...invoice to follow*

**Rig Work Order**
Phone (406) 873-2966
Fax (406) 873-2997

P.O. Box 757
Cut Bank, MT 59427

Company **SKLAR**                         Date **3-18-20**

Lease **Corwin**                          Well # **5-1**

Type of Pump: Traveling plunger insert _____ Traveling barrel insert _____ Valves _____

Diameter of Pump: 1½" _____ 1⅛" _____ 1 11/16" _____ 1 25/32" _____ 2" _____ 2½" _____ 2¾" _____ Other _____

Insert Pump/Barrel: 6' _____ 8' _____ 10' _____ Other _____

Rod Type: API _____ 5/8" _____ 3/4" _____ 7/8" _____ Other _____

Tubing: API _____ 2" _____ 2⅜" _____ 2⅞" _____ Other _____

Other Comments: Travel to rig, unnordus, TOH, pabled Ran final Redding
____ I'll did spece, TOH, shut in for 3-19-20, Stands,
Secured rig, trael to town

| Item | Time | Total Hours | Rate | Total |
|---|---|---|---|---|
| Rig Travel | | | | |
| Rig Hours | 7:00-7:00 | 12 | 295 | 3540⁰⁰ |
| Daily Pickup | | | 55⁰⁰ | 55⁰⁰ |
| Pickup Travel | 6:30-7:00 7:00-7:30 | 1 | 135 | 136⁰⁰ |
| Fuel Surcharge for Rig & Equipment | | | 0 | 0 |
| Environmental & Safety | | | 200⁰⁰ | 200⁰⁰ |
| Supervisor / Tool Pusher Todd M | | | 500⁰⁰ | 500⁰⁰ |
| Rough stand | | | 750⁰⁰ | 750⁰⁰ |
| Sub 2 day | | X5x2 | 125⁰⁰ | 1000⁰⁰ |
| Standby 3-19-20 | | 8 — | 200⁰⁰ | 1600⁰⁰ |
| | | | | |
| | | | | |

EMPLOYEE NAMES
Murcies S
Jerod L
Tyler R
Zack C

Signature _____

TOTAL DUE **7780⁰⁰**

# EXHIBIT "A"

88.715

# LIQUID GOLD WELL SERVICE, INC. R.W.O. # 29309

**WELL SERVICE LOG - FIELD COPY**
*field copy...subject to changes...invoice to follow*

**Rig Work Order**
Phone (406) 873-2966
Fax (406) 873-2997

P.O. Box 757
Cut Bank, MT 59427

Company _SKLAR_                     Date _3-20-20_

Lease _Corwin_                      Well # _5-1_

Type of Pump: Traveling plunger insert _____ Traveling barrel insert _____ Valves _____

Diameter of Pump; 1½" ____ 1⅛" ____ 1¹¹/₁₆" ____ 1²⁵/₃₂" ____ 2" ____ 2½" ____ 2¾" ____ Other ____

Insert Pump/Barrel: 6' _____ 8' _____ 10' _____ Other _____

Rod Type: API _____ ⅝" _____ ¾" _____ ⅞" _____ Other _____

Tubing: API _____ 2" _____ 2⅜" _____ 2⅞" _____ Other 3⅛ 4.8#

Other Comments: _Travel to Rig, warmed up, Pulls 64'½ collars & b't to tag_
_87.5 tog in milled, dropped Retainer, closed down to 5+H 65, circulated_
_bottoms up, layed out bits, drained steal, seal rod ler, shutdown._

| Item | Time | Total Hours | Rate | Total |
|---|---|---|---|---|
| Rig Travel | | | | |
| Rig Hours | 7:00-6:30 | 11.5 | 295⁰⁰ | 3392⁵⁰ |
| Daily Pickup | | | 55⁰⁰ | 55⁰⁰ |
| Pickup Travel | 6:30-7km 6:30-7:00 | 1 | 135⁰⁰ | 135⁰⁰ |
| Fuel Surcharge for Rig & Equipment | | | O | O |
| Environmental & Safety | | | 200⁰⁰ | 200⁰⁰ |
| Supervisor / Tool Pusher  Todd M | | | 500⁰⁰ | 500⁰⁰ |
| Pump & Tank | | | 750⁰⁰ | 750⁰⁰ |
| Tote bottler | | | 300⁰⁰ | 300 |
| | | X5 | 188 | 825⁰⁰ |
| | | | | |
| | | | | |

**EMPLOYEE NAMES**

Morris S
Joral
Tyler R
Justin D

Signature _Joel S Uhler_

5457.50

5457.50

TOTAL DUE 5932⁰⁰

# EXHIBIT "A"

88:716

# LIQUID GOLD WELL SERVICE, INC. R.W.O.# 29310

## WELL SERVICE LOG - FIELD COPY

*field copy...subject to changes...invoice to follow*

**Rig Work Order**
Phone (406) 873-2966
Fax (406) 873-2997

P.O. Box 757
Cut Bank, MT 59427

Company **SKLAR**                              Date **3-21-20**

Lease **Corwin**                               Well # **5-1**

Type of Pump: Traveling plunger insert _____ Traveling barrel insert _____ Valves _____

Diameter of Pump: 1½" ___ 1⅛" ___ 1¹¹⁄₁₆" ___ 1²⁵⁄₃₂" ___ 2" ___ 2½" ___ 2¾" ___ Other ___

Insert Pump/Barrel: 6' _____ 8' _____ 10' _____ Other _____

Rod Type: API ___ 5/8" ___ 3/4" ___ 7/8" ___ Other ___

Tubing: API ___ 2" ___ 2⅜" ___ 2⅞" ___ Other ___

Other Comments: Travel to Rg, unmob rig, + set up to well, got cbl/dn million not much progress, TOH, changed bit, RIH, to tag, had issues getting circulation, made 6" circulated bottoms up, rigged out St, secured Rg shutdown

| Item | Time | Total Hours | Rate | Total |
|---|---|---|---|---|
| Rig Travel | | | | |
| Rig Hours | 7:00-6:30 | 11.5 | 295⁵⁰ | 3392⁵⁰ |
| Daily Pickup | | ×1 | 55⁰⁰ | 55⁰⁰ |
| Pickup Travel | 650-700 | 6:30-7:00 | 135 | 135⁰⁰ |
| Fuel Surcharge for Rig & Equipment | | | 6 | 0 |
| Environmental & Safety | | | 200⁰⁰ | 200⁰⁰ |
| Supervisor / Tool Pusher   Todd M | | | 500⁰⁰ | 500⁰⁰ |
| Pump & Tank | | | 750⁰⁰ | 750⁰⁰ |
| Tele handler | | | 300⁰⁰ | 300⁰⁰ |
| Sub | | ×5 | 125⁰⁰ | 625⁰⁰ |
| | | | | |
| | | | | |
| **EMPLOYEE NAMES** | | | | |
| Marcus S | | | | |
| Jerod | | | | |
| Tyler K | | | | |
| Justin O | | | | 5957.50 |

Signature: _____

**TOTAL DUE** 5952⁵⁰

# EXHIBIT "A"

88,717

# LIQUID GOLD WELL SERVICE, INC. R.W.O.# 30013

**Rig Work Order**
Phone (406) 873-2966
Fax (406) 873-2997

**WELL SERVICE LOG - FIELD COPY**
*field copy...subject to changes...invoice to follow*

P.O. Box 757
Cut Bank, MT 59427

Company _Sklar_ _____ Date _3-22-20_

Lease _Corwin_ _____ Well # _S-1_

Type of Pump: Traveling plunger insert _____ Traveling barrel insert _____ Valves _____

Diameter of Pump: 1½" ___ 1⅛" ___ 11⁵⁄₁₆" ___ 125⁄₃₂" ___ 2" ___ 2½" ___ 2¾" ___ Other ___

Insert Pump/Barrel: 6' _____ 8' _____ 10' _____ Other _____

Rod Type: API _____ ⅝" _____ ¾" _____ ⅞" _____ Other _____

Tubing: API _____ 2" _____ 2⅜" _____ 2⅞" _____ Other _____

Other Comments: _Travel to Rig, Warm up, Cleaned out hoses, hoses_
_cleaned of debri, switch to mill not much progress,_
_trip out, change to rock bit, Top in drilled, no progress,_
_pulled 54 Jts, secure rig, shut down_

| Item | Time | Total Hours | Rate | Total |
|---|---|---|---|---|
| Rig Travel | | | | |
| Rig Hours | 7am - 7pm | 12 | 295 | 3540.00 |
| Daily Pickup | | 1 | 55 | 55 |
| Pickup Travel | 6·30-7/7-7:30 | 1 | 155.00 | 135.00 |
| Fuel Surcharge for Rig & Equipment | | | | |
| Environmental & Safety | | | 200/day | 200 |
| Supervisor / Tool Pusher  Torio M | | | 500 | 500 |
| Subsistence | | x5 | 125 | 625.00 |
| Pump tank | | 1 | 750 | 750 |
| Telehandler | | 1 | 300 | 300 |
| Sunday Pay  O.T | | 12 hur | 150 | 1800 |
| | | | | |
| | | | | |
| EMPLOYEE NAMES | | | | |
| Marcus | | | | |
| Jered | | | | |
| Tyler | | | | |
| Justin | | | | 7405.00 |

Signature _____

TOTAL DUE _7405.00_

## EXHIBIT "A"

88:718

# LIQUID GOLD WELL SERVICE, INC. R.W.O.# 29669
## WELL SERVICE LOG - FIELD COPY
*field copy...subject to changes...invoice to follow*

**Rig Work Order**
Phone (406) 873-2966
Fax (406) 873-2997

P.O. Box 757
Cut Bank, MT 59427

Company __SKLAR__       Date __3-23-20__

Lease __Corwin__       Well # __5-1__

Type of Pump:  Traveling plunger insert _____ Traveling barrel Insert _____ Valves _____

Diameter of Pump: 1½" ____ 1⅛" ____ 1¹¹⁄₁₆" ____ 1²⁵⁄₃₂" ____ 2" ____ 2½" ____ 2¾" ____ Other ____

Insert Pump/Barrel: 6' _____ 8' _____ 10' _____ Other _____

Rod Type: API _____ 5/8" _____ 3/4" _____ 7/8" _____ Other _____

Tubing: API _____ 2" _____ 2⅜" _____ 2⅞" _____ Other _____

Other Comments: Travel to Rig, warmed up, & finished tripping out du bit, set up lac,
wireline & Ram Mspct, drilled out 40 Jt #91, circulated bottoms up, layodut
Swivel, secured Rig & kitchen, shutdown, travel to tow

| Item | Time | Total Hours | Rate | Total |
|---|---|---|---|---|
| Rig Travel | | | | |
| Rig Hours | 7:00-7:00 | 12 | 295⁰⁰ | 3540⁰⁰ |
| Daily Pickup | | X1 | 55⁰⁰ | 55⁰⁰ |
| Pickup Travel | 6:30-7:00 | 7:00-7:30  1 | 135⁰⁰ | 135⁰⁰ |
| Fuel Surcharge for Rig & Equipment | | | | |
| Environmental & Safety | | X1 | 200⁰⁰ | 200⁰⁰ |
| Supervisor / Tool Pusher   Todd M | | X1 | 500⁰⁰ | 500⁰⁰ |
| Pump & Tank | | X1 | 750⁰⁰ | 750⁰⁰ |
| Telehandler | | X1 | 300⁰⁰ | 300⁰⁰ |
| Sub | | X5 | 135⁰⁰ | 6350⁰⁰ |

**EMPLOYEE NAMES**
Moras S
Seral L
Tyler R
Justin O

6105.00

Signature _Joel S White_       TOTAL DUE 5980⁰⁰

# EXHIBIT "A"

88:719

# LIQUID GOLD WELL SERVICE, INC. R.W.O. # 29671
## WELL SERVICE LOG - FIELD COPY
*field copy...subject to changes...invoice to follow*

**Rig Work Order**
Phone (406) 873-2966
Fax (406) 873-2897

P.O. Box 757
Cut Bank, MT 59427

Company _SKLAR_     Date _3-24-20_

Lease _CORWIN_     Well # _5-1_

Type of Pump: Traveling plunger insert _____ Traveling barrel insert _____ Valves _____

Diameter of Pump: 1½" ___ 1⅝" ___ 1¹¹⁄₁₆" ___ 1²⁵⁄₃₂" ___ 2" ___ 2½" ___ 2¾" ___ Other ___

Insert Pump/Barrel: 6' _____ 8' _____ 10' ___ Other _____

Rod Type: API _____ ⅝" _____ ¾" _____ ⅞" ___ Other _____

Tubing: API _____ 2" _____ 2⅜" _____ 2⅞" ___ Other _____

Other Comments: _Travel to Rig warmed up, wept to drilling, got worken, TOH_
_Run Magnet, pulled out big hunk of brthers of Verttum + fill, seemed Rg shut dwn_
_trac Hutton_

| Item | Time | Total Hours | Rate | Total |
|---|---|---|---|---|
| Rig Travel | | | 295 | 309⁷⁵ |
| Rig Hours | 7:00-5:30 | 10.5 | 55⁰⁰ | 55⁰⁰ |
| Daily Pickup | | | | |
| Pickup Travel | 6:30-7:00  5:30-6:00 | 1 | 135⁰⁰ | 135⁰⁰ |
| Fuel Surcharge for Rig & Equipment | | | G | G |
| Environmental & Safety | | | 200⁰⁰ | 200⁰⁰ |
| Supervisor / Tool Pusher | | | 500⁰⁰ | 500⁰⁰ |
| Pump + tank | | | 750⁰⁰ | 750⁰⁰ |
| Telehandler | | | 300⁰⁰ | 300⁰⁰ |
| Sub | | Vac | 125⁰⁰ | 2500⁰⁰ |
| | | | | |
| | | | | |
| **EMPLOYEE NAMES** | | | | |
| _Marcus_ | | | | |
| _Jerald_ | | | | 5162⁵⁰ |
| _Tyler R_ | | | | |
| _Justin O_ | | | | 5662.50 |
| | | | | |

Signature _[signature]_

TOTAL DUE _5337²⁰_

# EXHIBIT "A"

Case 20-12377-EEB   Claim 85-1   Filed 09/15/20   Desc Main Document   Page 21 of 23

88:720

# LIQUID GOLD WELL SERVICE, INC. R.W.O. # 29293

## WELL SERVICE LOG - FIELD COPY

**Rig Work Order**
Phone (406) 873-2966
Fax (406) 873-2997

*field copy...subject to changes...Invoice to follow*

P.O. Box 757
Cut Bank, MT 59427

Company __SKLAR__    Date __3-25-20__

Lease __CORWIN__    Well # __51__

Type of Pump: Traveling plunger insert _____ Traveling barrel insert _____ Valves _____

Diameter of Pump: 1½" _____ 1⅞" _____ 11/16" _____ 125/32" _____ 2" _____ 2½" _____ 2¾" _____ Other _____

Insert Pump/Barrel: 6' _____ 8' _____ 10' _____ Other _____

Rod Type: API _____ ⅝" _____ ¾" _____ ⅞" _____ Other _____

Tubing: API _____ 2" _____ 2⅜" _____ 2⅞" _____ Other _____

Other Comments: Travel to Rig, pluked up Joints & started to drill, drilled out 8, made
no hole, went to flip butt, No brakes, Shut down due to brakes, secured rig &
location.

| Item | Time | Total Hours | Rate | Total |
|---|---|---|---|---|
| Rig Travel | | | | |
| Rig Hours | 7:00-2:30 | 7.5 | 295⁰⁰ | 2,212⁵⁰ |
| Daily Pickup | | | 55⁰⁰ | 55⁰⁰ |
| Pickup Travel | 6:30 2:30-3:00 | 1 | 135⁰⁰ | 135⁰⁰ |
| Fuel Surcharge for Rig & Equipment | | | 0 | |
| Environmental & Safety | | | 200 | 200⁰⁰ |
| Supervisor / Tool Pusher  Todd M | | | 500⁰⁰ | 500⁰⁰ |
| Pump Tank | | | 250⁰⁰ | 250⁰⁰ |
| Telehandler | | | 300 | 300⁰⁰ |
| Subsistence | | 5 men | 125 | 625⁰⁰ |
| | | | | |
| | | | | |
| EMPLOYEE NAMES | | | | |
| Mraces | | | | |
| Joredl | | | | |
| Tylor R | | | | (4777.50) |
| Justin O | | | | |
| Signature | | | TOTAL DUE | 4652⁵⁰ |

EXHIBIT "A"

Case 20-12377-EEB   Claim 85-1   Filed 09/15/20   Desc Main Document   Page 22 of 23

88:721

# LIQUID GOLD WELL SERVICE, INC. R.W.O. # 29294
## WELL SERVICE LOG - FIELD COPY
*field copy...subject to changes...invoice to follow*

**Rig Work Order**
Phone (406) 873-2966
Fax (406) 873-2997

P.O. Box 757
Cut Bank, MT  59427

Company  __SKLAR__   Date __3-26-20__

Lease __CORWIN__   Well # __5-1__

Type of Pump:  Traveling plunger Insert _____ Traveling barrel Insert _____ Valves _____

Diameter of Pump: 1⅛" ____ 1⅝" ____ 11/16" ____ 125/32" ____ 2" ____ 2½" ____ 2¾" ____ Other ____

Insert Pump/Barrel: 6' _____ 8' _____ 10' _____ Other _____

Rod Type: API _____ 5/8" _____ ¾" _____ 7/8" _____ Other _____

Tubing: API _____ 2" _____ 2⅜" _____ 27/8" _____ Other _____

Other Comments: Travel to Rig, inserted up & tripped out to bit set up for wireline,
Ran inspect, TIH with bit made little hole tripped out SS, secured Rig
Shut down

| Item | Time | Total Hours | Rate | Total |
|---|---|---|---|---|
| Rig Travel | | 12 | 295⁰⁰ | 3540⁰⁰ |
| Rig Hours | 7:00 - 7:00 | X1 | 55⁰⁰ | 55⁰⁰ |
| Daily Pickup | | 1 | 175⁰⁰ | 135⁰⁰ |
| Pickup Travel | 6:30-7:00  7:00-7:30 | | 0 | 0 |
| Fuel Surcharge for Rig & Equipment | | | 200⁰⁰ | 200⁰⁰ |
| Environmental & Safety | | X1 | 500⁰⁰ | 500⁰⁰ |
| Supervisor / Tool Pusher | | X1 | 750⁰⁰ | 750⁰⁰ |
| Pump & Tank | | X1 | 300⁰⁰ | 300⁰⁰ |
| Telehandler | | X5 | 125⁰⁰ | 625⁰⁰ |
| Sub | | | | |

EMPLOYEE NAMES

Marcus S
Brodi
Tyler R
Justin O

5605.00

totos.00

Signature _____   TOTAL DUE __5__⁰⁰

# EXHIBIT "A"

88:722

# LIQUID GOLD WELL SERVICE, INC. R.W.O.# 29295
## WELL SERVICE LOG - FIELD COPY
*field copy...subject to changes...invoice to follow*

**Rig Work Order**
Phone (406) 873-2966
Fax (406) 873-2997

P.O. Box 757
Cut Bank, MT 59427

Company __SKLAR__    Date __3-27-20__

Lease __CORWIN__    Well # __S-1__

Type of Pump: Traveling plunger insert _____ Traveling barrel insert _____ Valves _____

Diameter of Pump: 1½" ___ 1⅛" ___ 1¹¹/₁₆" ___ 1²⁵/₃₂" ___ 2" ___ 2½" ___ 2¾" ___ Other ___

Insert Pump/Barrel: 6' _____ 8' _____ 10' _____ Other _____

Rod Type: API _____ ⅝" ___ ¾" ___ ⅞" ___ Other ___

Tubing: API ___ 2" ___ 2⅜" ___ 2⅞" ___ Other ___

Other Comments: __Travel to Rpop, warmed up & pulled to BHA, changed BHA, Ran in__
__to tag, Circulated, Milled out cleout 1' of 5" + #8#, lost circulation, Kelcher__
__stuch on tool, layed out 5", & sumel Shut down, travel to Multa__
__Malta to cut Bank__

| Item | Time | Total Hours | Rate | Total |
|---|---|---|---|---|
| Rig Travel | | | | |
| Rig Hours | 7:00-5:00 | 8 | 295⁰⁰ | 2360⁰⁰ |
| Daily Pickup | | | 55⁰⁰ | 55⁰⁰ |
| Pickup Travel | 6:30-7:00 3:00-8:53 | 6 | 135⁰⁰ | 810⁰⁰ |
| Fuel Surcharge for Rig & Equipment | | | 85⁰⁰ | 0 |
| Environmental & Safety | | X1 | 200⁰⁰ | 200⁰⁰ |
| Supervisor / Tool Pusher | Todd M | X1 | 500⁰⁰ | 500⁰⁰ |
| | | X | 750⁰⁰ | 750⁰⁰ |
| | | X1 | 300⁰⁰ | 300⁰⁰ |
| | NO SUB    NFC | X4 | 125⁰⁰ | 500⁰⁰ |
| | | | | |
| **EMPLOYEE NAMES** | | | | |
| Marcos | | | | 4475.⁰⁰ |
| Jerell | | | | |
| Justin O | | | | |
| | | | | |
| | | | TOTAL DUE | 5475⁰⁰ |

Signature _____

# EXHIBIT "A"

C
O
U
R
T

D
O
C
K
E
T

| 20-12377 | 85-1 | 9/17/2020 | D. GERTH |
|----------|------|-----------|----------|
| CASE NO. | COURT CLAIM NO. | DATE RETRIEVED | RECEIVED BY |

**Fill in this information to identify the case:**

Debtor 1   Sklar Exploration Company, LLC

Debtor 2   Sklarco, LLC
(Spouse, if filing)

United States Bankruptcy Court   **District of Colorado**

Case number:  **20-12377**

**FILED**

**U.S. Bankruptcy Court**
**District of Colorado**

4/24/2020

**Kenneth S. Gardner, Clerk**

Filed: USBC - District of Colorado
Sklar Exploration Company, LLC, et al (B10)
20-12377 (EEB)

**SKR**

0000000170

## Official Form 410
## Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim ~~...~~ to
make a request for payment of an administrative expense. Make such a request ~~...~~

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any
documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments,
mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available,
explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

| 1. Who is the current creditor? | ZAP Engineering & Construction Services, Inc. |
| --- | --- |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |

| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? |
| --- | --- |

| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br><br>ZAP Engineering & Construction Services, Inc.<br><br>Name<br><br>333 S Allison Parkway, Suite 100<br>Lakewood, CO 80226<br><br>Contact phone _____303-565-5538_____<br><br>Contact email ____ayresj@zapecs.com____<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br>_____ | Where should payments to the creditor be sent? (if different)<br><br>Name<br><br><br><br>Contact phone _____<br><br>Contact email _____ |
| --- | --- | --- |

| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____ | Filed on _____<br>MM / DD / YYYY |
| --- | --- | --- |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |
| --- | --- |

Official Form 410                        Proof of Claim                        page 1

**Part 2:  Give Information About the Claim as of the Date the Case Was Filed**

| 6. | Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |
|---|---|---|

| 7. | How much is the claim? | $  6002.75 | **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
|---|---|---|---|

| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Services – (Two invoices #17576 & 17839) |
|---|---|---|

| 9. | Is all or part of the claim secured? | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**        $ _____<br>**Amount of the claim that is secured:**   $ _____<br>**Amount of the claim that is unsecured:**  $ _____  (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**  $ _____<br><br>**Annual Interest Rate** (when case was filed) _____ %<br>☐ Fixed<br>☐ Variable |
|---|---|---|

| 10. | Is this claim based on a lease? | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |
|---|---|---|

| 11. | Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |
|---|---|---|

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply:* | Amount entitled to priority |
|---|---|---|---|
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ _____ |
| | | * Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date      4/24/2020
                      _____
                      MM / DD / YYYY

/s/ Jeannine Dee Corners
_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | Jeannine Dee Corners |
|---|---|
| | First name      Middle name      Last name |
| Title | Administrative Assistant |
| Company | ZAP Engineering & Construction Services, Inc. |
| Address | Identify the corporate servicer as the company if the authorized agent is a servicer |
| | 333 S Allison Parkway, Suite 100 |
| | Number   Street |
| | Lakewood, CO 80226 |
| | City   State   ZIP Code |
| Contact phone | 7204208327        Email   cornersj@zapecs.com |

Case 20-12377-EEB    Claim 17-1 Part 2    Filed 04/24/20    Desc Attachment 1    Page 1 of 3



**ZAP**
ENGINEERING & CONSTRUCTION SERVICES, INC.

333 S. Allison Parkway, Suite 100
Tax ID 84-1591845
Lakewood, CO 80226

Sklar Exploration Company, LLC
13880 Brooklyn Road
Evergreen, AL 36401

| | |
|---|---|
| Invoice number | 17839 |
| Date | 04/24/2020 |

Project  **20058  Sklar - North Beach Redlines**
PO: SE01-1-030320-TT

For Professional Services through 04/19/2020

bgore@sklarexploration.com  cc: ttill@sklarexploration.com & igatwood@sklarexploration.com

**Professional Services**
**BASE SCOPE**
**Project Management**

| | Hours | Rate | Billed Amount |
|---|---|---|---|
| **Project Manager** | | | |
| Tammy Zimbelman | 3.75 | 142.00 | 532.50 |
| Phase subtotal | 3.75 | | 532.50 |

**P&IDs/Drafting**

| | Hours | Rate | Billed Amount |
|---|---|---|---|
| **Drafter II** | | | |
| Emma Harvey | 3.25 | 79.00 | 256.75 |
| Phase subtotal | 3.25 | | 256.75 |

**Project Controls**

| | Hours | Rate | Billed Amount |
|---|---|---|---|
| **Project Controls Specialist I** | | | |
| Bernard Claassen | 2.50 | 88.00 | 220.00 |
| Phase subtotal | 2.50 | | 220.00 |
| BASE SCOPE subtotal | | | 1,009.25 |

| | | |
|---|---|---|
| Professional Services subtotal | 9.50 | 1,009.25 |

| | |
|---|---|
| Invoice total | **1,009.25** |

Case 20-12377-EEB    Claim 17-1 Part 2    Filed 04/24/20    Desc Attachment 1    Page 2 of 3

| Sklar Exploration Company, LLC | | | |
|---|---|---|---|
| Project    20058 Sklar - North Beach Redlines | PO: SE01-1-030320-TT | Invoice number | 17839 |
| | | Date | 04/24/2020 |

## **Work Detail By Employee**

**20058 Sklar - North Beach Redlines**          PO: SE01-1-030320-TT

**BASE SCOPE**
   **Project Management**                                                                                    Phase Status: Active

**Billing Cutoff: 04/19/2020**

| | Date | Units | Rate | Amount |
|---|---|---|---|---|
| **Labor**          WIP Status: Billable | | | | |
| Project Manager | | | | |
| Tammy Zimbelman | | | | |
| Piping and Instrument Diagrams | 03/05/2020 | 0.75 | 142.00 | 106.50 |
| *Follow up on PID questions with team and client* | | | | |
| Piping and Instrument Diagrams | 03/18/2020 | 1.50 | 142.00 | 213.00 |
| *Final questions, issue drawings* | | | | |
| Piping and Instrument Diagrams | 03/19/2020 | 1.50 | 142.00 | 213.00 |
| *Issue PIDs* | | | | |
| Subtotal | | 3.75 | | 532.50 |
| Labor total | | 3.75 | | 532.50 |

**BASE SCOPE**
   **Design**
   **P&IDs/Drafting**                                                                                    Phase Status: Active

**Billing Cutoff: 04/19/2020**

| | Date | Units | Rate | Amount |
|---|---|---|---|---|
| **Labor**          WIP Status: Billable | | | | |
| Drafter II | | | | |
| Emma Harvey | | | | |
| Piping and Instrument Diagrams | 03/18/2020 | 0.25 | 79.00 | 19.75 |
| *backchecking redlines from WTH* | | | | |
| Piping and Instrument Diagrams | 03/31/2020 | 2.00 | 79.00 | 158.00 |
| *updating all P&IDs to Rev 4, minor changes and cloud removal* | | | | |
| Plot Plan and General Arrangements | 03/31/2020 | 0.50 | 79.00 | 39.50 |
| *updating North Beach Site Plan-01* | | | | |
| Plot Plan and General Arrangements | 04/01/2020 | 0.25 | 79.00 | 19.75 |
| *updating title block on electrical drawings* | | | | |
| Plot Plan and General Arrangements | 04/02/2020 | 0.25 | 79.00 | 19.75 |
| *placing DWGs in transmittal folder* | | | | |
| Subtotal | | 3.25 | | 256.75 |
| Labor total | | 3.25 | | 256.75 |

**BASE SCOPE**
   **Project Controls/Admin**
   **Project Controls**                                                                                    Phase Status: Active

**Billing Cutoff: 04/19/2020**

| | Date | Units | Rate | Amount |
|---|---|---|---|---|
| **Labor**          WIP Status: Billable | | | | |
| Project Controls Specialist I | | | | |
| Bernard Claassen | | | | |
| Transmittals/Doc Control/MDL | 04/01/2020 | 1.50 | 88.00 | 132.00 |
| *TRA2, IF Use Package + set up SF and populate both transmittals* | | | | |
| Transmittals/Doc Control/MDL | 04/03/2020 | 1.00 | 88.00 | 88.00 |

Case 20-12377-EEB   Claim 17-1 Part 2   Filed 04/24/20   Desc Attachment 1   Page 3 of 3

| Sklar Exploration Company, LLC | | Invoice number | 17839 |
|---|---|---|---|
| Project   20058 Sklar - North Beach Redlines | PO: SE01-1-030320-TT | Date | 04/24/2020 |

## Work Detail By Employee

**20058 Sklar - North Beach Redlines**                    **PO: SE01-1-030320-TT**
 **BASE SCOPE**
  **Project Controls/Admin**
   **Project Controls**                                                                    Phase Status: Active

Billing Cutoff: 04/19/2020

| | Date | Units | Rate | Amount |
|---|---|---|---|---|
| **Labor**          WIP Status: Billable | | | | |
| Project Controls Specialist I | | | | |
| Bernard Claassen | | | | |
| *Prepare and transmit CAD files to client* | | | | |
| Subtotal | | **2.50** | | **220.00** |
| Labor total | | **2.50** | | **220.00** |

| Invoice Summary | Contract | Billed | % | Remaining | % |
|---|---|---|---|---|---|
| Labor | 5,000.00 | 6,002.75 | 120 | -1,002.75 | -20 |
| Expense | | | | | |
| Consultant | | | | | |
| Total | 5,000.00 | 6,002.75 | 120 | -1,002.75 | -20 |



**ENGINEERING & CONSTRUCTION SERVICES, INC.**

333 S. Allison Parkway, Suite 100
Tax ID 84-1591845
Lakewood, CO 80226

Sklar Exploration Company, LLC
13880 Brooklyn Road
Evergreen, AL 36401

| | |
|---|---|
| Invoice number | 17576 |
| Date | 03/23/2020 |

Project **20058 Sklar - North Beach Redlines**
PO: SE01-1-030320-TT

For Professional Services through 03/22/2020

bgore@sklarexploration.com  cc: ttill@sklarexploration.com & igatwood@sklarexploration.com

**Professional Services**
**BASE SCOPE**
   **Project Management**

| | Hours | Rate | Billed Amount |
|---|---|---|---|
| **Project Manager** | | | |
| Tammy Zimbelman | 11.00 | 142.00 | 1,562.00 |
| Phase subtotal | 11.00 | | 1,562.00 |

   **P&IDs/Drafting**

| | Hours | Rate | Billed Amount |
|---|---|---|---|
| **Designer I** | | | |
| Ashley Shelbourn | 2.00 | 86.00 | 172.00 |
| **Designer II** | | | |
| William Hedgepeth | 9.00 | 103.00 | 927.00 |
| **Drafter I** | | | |
| Terry Thompson | 33.50 | 67.00 | 2,244.50 |
| Phase subtotal | 44.50 | | 3,343.50 |

   **Project Controls**

| | Hours | Rate | Billed Amount |
|---|---|---|---|
| **Project Controls Specialist I** | | | |
| Ryan Martin | 1.00 | 88.00 | 88.00 |
| Phase subtotal | 1.00 | | 88.00 |
| BASE SCOPE subtotal | | | 4,993.50 |

| | Hours | Amount |
|---|---|---|
| Professional Services subtotal | 56.50 | 4,993.50 |

| | |
|---|---|
| Invoice total | **4,993.50** |

Case 20-12377-EEB    Claim 17-1 Part 3    Filed 04/24/20    Desc Attachment 2    Page 2 of 3

| | | |
|---|---|---|
| Sklar Exploration Company, LLC | | Invoice number 17576 |
| Project  20058  Sklar - North Beach Redlines | PO: SE01-1-030320-TT | Date        03/23/2020 |

## Work Detail By Employee

**20058 Sklar - North Beach Redlines**          PO: SE01-1-030320-TT
**BASE SCOPE**
    **Project Management**                                                      Phase Status: Work Hold

| | Billing Cutoff: 03/22/2020 | | | |
|---|---|---|---|---|
| | Date | Units | Rate | Amount |
| **Labor**    WIP Status: Billable | | | | |
| Project Manager | | | | |
|   Tammy Zimbelman | | | | |
|     Piping and Instrument Diagrams | 03/03/2020 | 2.00 | 142.00 | 284.00 |
|     *Project set up, kick off* | | | | |
|     Piping and Instrument Diagrams | 03/04/2020 | 1.00 | 142.00 | 142.00 |
|     Piping and Instrument Diagrams | 03/06/2020 | 0.25 | 142.00 | 35.50 |
|     *Circle back w/team* | | | | |
|     Piping and Instrument Diagrams | 03/09/2020 | 0.25 | 142.00 | 35.50 |
|     Piping and Instrument Diagrams | 03/10/2020 | 0.75 | 142.00 | 106.50 |
|     Piping and Instrument Diagrams | 03/11/2020 | 0.75 | 142.00 | 106.50 |
|     *Redline questions/follow up* | | | | |
|     Piping and Instrument Diagrams | 03/12/2020 | 2.00 | 142.00 | 284.00 |
|     Piping and Instrument Diagrams | 03/13/2020 | 2.00 | 142.00 | 284.00 |
|     Piping and Instrument Diagrams | 03/16/2020 | 1.00 | 142.00 | 142.00 |
|     *Final checks* | | | | |
|     Piping and Instrument Diagrams | 03/17/2020 | 1.00 | 142.00 | 142.00 |
|     *Final checks, drawings ready to issue* | | | | |
|     Subtotal | 11.00 | | | 1,562.00 |
|     Labor total | 11.00 | | | 1,562.00 |

**BASE SCOPE**
  **Design**
    **P&IDs/Drafting**                                                      Phase Status: Work Hold

| | Billing Cutoff: 03/22/2020 | | | |
|---|---|---|---|---|
| | Date | Units | Rate | Amount |
| **Labor**    WIP Status: Billable | | | | |
| Designer I | | | | |
|   Ashley Shelbourn | | | | |
|     Piping and Instrument Diagrams | 03/13/2020 | 0.50 | 86.00 | 43.00 |
|     Piping and Instrument Diagrams | 03/16/2020 | 1.50 | 86.00 | 129.00 |
|     Subtotal | 2.00 | | | 172.00 |
| Designer II | | | | |
|   William Hedgepeth | | | | |
|     Instrument Installation Details | 03/17/2020 | 2.00 | 103.00 | 206.00 |
|     Instrument Installation Details | 03/18/2020 | 6.50 | 103.00 | 669.50 |
|     Instrument Installation Details | 03/19/2020 | 0.50 | 103.00 | 51.50 |
|     Subtotal | 9.00 | | | 927.00 |
| Drafter I | | | | |
|   Terry Thompson | | | | |
|     Piping and Instrument Diagrams | 03/10/2020 | 9.00 | 67.00 | 603.00 |
|     Piping and Instrument Diagrams | 03/11/2020 | 7.00 | 67.00 | 469.00 |
|     Piping and Instrument Diagrams | 03/12/2020 | 5.00 | 67.00 | 335.00 |
|     Piping and Instrument Diagrams | 03/13/2020 | 8.00 | 67.00 | 536.00 |

Case 20-12377-EEB   Claim 17-1 Part 3   Filed 04/24/20   Desc Attachment 2   Page 3
of 3

| Sklar Exploration Company, LLC | | Invoice number | 17576 |
|---|---|---|---|
| Project   20058  Sklar - North Beach Redlines | PO: SE01-1-030320-TT | Date | 03/23/2020 |

## Work Detail By Employee

**20058 Sklar - North Beach Redlines**          PO: SE01-1-030320-TT
**BASE SCOPE**
  **Design**
    **P&IDs/Drafting**                                                                Phase Status: Work Hold

**Billing Cutoff: 03/22/2020**

| | Date | Units | Rate | Amount |
|---|---|---|---|---|
| **Labor**          WIP Status: Billable | | | | |
| Drafter I | | | | |
| Terry Thompson | | | | |
| Piping and Instrument Diagrams | 03/16/2020 | 4.50 | 67.00 | 301.50 |
| | Subtotal | 33.50 | | 2,244.50 |
| | Labor total | 44.50 | | 3,343.50 |

**BASE SCOPE**
  **Project Controls/Admin**
    **Project Controls**                                                            Phase Status: Work Hold

**Billing Cutoff: 03/22/2020**

| | Date | Units | Rate | Amount |
|---|---|---|---|---|
| **Labor**          WIP Status: Billable | | | | |
| Project Controls Specialist I | | | | |
| Ryan Martin | | | | |
| Transmittals/Doc Control/MDL | 03/18/2020 | 1.00 | 88.00 | 88.00 |
| *PID transmittal* | | | | |
| | Subtotal | 1.00 | | 88.00 |
| | Labor total | 1.00 | | 88.00 |

**Invoice Summary**

| | Contract | Billed | % | Remaining | % |
|---|---|---|---|---|---|
| **Labor** | 5,000.00 | 4,993.50 | 100 | 6.50 | 0 |
| **Expense** | | | | | |
| **Consultant** | | | | | |
| **Total** | 5,000.00 | 4,993.50 | 100 | 6.50 | 0 |

C
O
U
R
T

D
O
C
K
E
T

| 20-12377 | 17-1 | 9/23/2020 | ACH |
|---|---|---|---|
| CASE NO. | DOCKET NO. | DATE RETRIEVED | RECEIVED BY |

| United States Bankruptcy Court for the District of Colorado | Your Mail ID is | 172143502 |
|---|---|---|

| | | **For Court Use Only** | |
|---|---|---|---|
| **Name of Debtor:** | Sklar Exploration Company, LLC | Claim Number: | 0000010015 |
| **Case Number:** | 20-12377 | File Date: | 08/11/2020 08:19:00 |

# Proof of Claim (Official Form 410)

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

04/19

---

| **Part 1:** | **Identify the Claim** |
|---|---|

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): A & B PUMP & SUPPLY, INC.

Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?** ☑ No ☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name  A & B PUMP & SUPPLY, INC. | Name _____ |
| Address  P.O. DRAWER T | Address _____ |
| | |
| | |
| City  HEIDELBERG | City _____ |
| State  MS     ZIP Code  39439-1019 | State _____  ZIP Code _____ |
| Country (if International): _____ | Country (if International): _____ |
| Phone:  (601) 787-3741 | Phone: _____ |
| Email:  abpump@bellsouth.net | Email: _____ |

| **4. Does this claim amend one already filed?** | **5. Do you know if anyone else has filed a proof of claim for this claim?** |
|---|---|
| ☑ No | ☑ No |
| ☐ Yes. | ☐ Yes. |
| Claim number on court claims register (if known) _____ | Who made the earlier filing? |
| Filed on _____ | _____ |
| MM / DD / YYYY | |

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes.
Last 4 digits of the debtor's account or any number you use to identify the debtor:

____ ____ ____ ____

**7. How much is the claim?**

$ 41,961.03

**Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Goods Sold/Services (Trade Claim)

_____

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.
**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe:

_____

**Basis for perfection:**

_____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**          $_____

**Amount of the claim that is secured:**   $_____

**Amount of the claim that is unsecured:** $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)   _____%
          ☐ Fixed  ☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of petition.**

$_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property:

_____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☑ No

☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other. Specify subsection of 11 U.S.C. § 507 (a) (_____) that applies.

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

$_____

$_____

$_____

$_____

$_____

$_____

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9):** $_____

**Part 3:** **Sign Below**

| | |
|---|---|
| **The person completing this proof of claim must sign and date it.  FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br><br>☑ I am the creditor.<br><br>☐ I am the creditor's attorney or authorized agent.<br><br>☐ I am the trustee, or the debtor, or their authorized agent.  Bankruptcy Rule 3004.<br><br>☐ I am a guarantor, surety, endorser, or other co-debtor.  Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>*Daniel W. Boothe, Jr.*                              08/11/2020 08:19:00<br><br>Signature                                                          Date<br><br>**Provide the name and contact information of the person completing and signing this claim:**<br><br>Name      DANIEL W.  BOOTHE, JR.<br><br>Address   PO DRAWER T<br><br><br><br>City        HEIDELBERG<br><br>State      MS                                                         Zip   39439<br><br>Country (in international)<br><br>Phone     601-787-3741<br><br>Email     ABPUMP@BELLSOUTH.NET |

**A & B PUMP PUMP AND SUPPLY, INC.**
P O DRAWER T
HEIDELBERG, MS  39439

# STATEMENT

Voice:  601-787-3741
Fax:    601-787-2462

Statement Date:     Jun 24, 2020
Customer Account ID:  SKLAR

**To:**

Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA  71101

Amount Enclosed

$ _____

| Date | Due Date | Reference | Paid | Description | Amount | Balance |
|---|---|---|---|---|---|---|
| 10/18/19 | 11/17/19 | 63220 | | | 2,389.31 | 2,389.31 |
| 10/30/19 | 11/29/19 | 63240 | | | 2,976.06 | 5,365.37 |
| 10/30/19 | 11/29/19 | 63239 | | | 2,141.20 | 7,506.57 |
| 11/24/19 | 12/24/19 | 63300 | | | 4,957.62 | 12,464.19 |
| 12/10/19 | 1/9/20 | 63325 | | | 2,983.16 | 15,447.35 |
| 12/14/19 | 1/13/20 | 63350 | | | 2,852.46 | 18,299.81 |
| 12/18/19 | 1/17/20 | 63356 | | | 3,527.15 | 21,826.96 |
| 1/20/20 | 2/19/20 | 63398 | | | 3,492.17 | 25,319.13 |
| 2/2/20 | 3/3/20 | 63425 | | | 2,459.40 | 27,778.53 |
| 2/5/20 | 3/6/20 | 63430 | | | 2,803.40 | 30,581.93 |
| 2/5/20 | 3/6/20 | 63431 | | | 2,911.82 | 33,493.75 |
| 2/7/20 | 3/8/20 | 63441 | | | 2,712.54 | 36,206.29 |
| 2/13/20 | 3/14/20 | 63455 | | | 3,012.52 | 39,218.81 |
| 2/15/20 | 3/16/20 | 63456 | | | 2,742.22 | 41,961.03 |
| | | | | **TOTAL** | | **41,961.03** |

| 0-30 | 31-60 | 61-90 | Over 90 days |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 41,961.03 |

Please remit payment

# A & B PUMP & SUPPLY, INC.

P.O. Drawer T – Heidelberg, MS 39439
601/787-3741

INVOICE
63220

SOLD TO: Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

Date Oct 18, 2019

Lease PITNIC LIMITED 16-3 #1

P.O. No. _____

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 1.00 | JOINTS TUBING TESTED (MINIMUM CHARGE) | 600.00 | 600.00 |
| 7.00 | TEST CUPS AND WATER SAVERS | 15.00 | 105.00 |
| 360.00 | MILES ROUND TRIP | 2.75 | 990.00 |
| 2.00 | OVERNIGHT CHARGE | 200.00 | 400.00 |
| 1.00 | 3 GALLON PAIL BESTOLIFE THREAD COMPOUND | 138.00 | 138.00 |
| | SEE SIGNED TICKET #4019 | | |

INV 10-21-19

| | | |
|---|---|---|
| Sub Total | | 2,233.00 |
| Tax | | 156.31 |
| Freight | | |
| TOTAL | | 2,389.31 |

SIGNATURE

Overdue invoices are subject to finance charges.

# A & B PUMP & SUPPLY, INC.

P.O. Drawer T - 710 Hwy. 528 West - Heidelberg, MS 39439
PH. 601-787-3741 - FAX 601-787-2462

*Invoice* 63228

**Delivery Ticket No.** 4019

**SOLD TO**

SKLAR EXPLORATION

Santa Rosa, Fl

**DATE** 10/18/19

**LEASE** Pit A, C Limited 16-3#1

**P.O. #**

**ORDERED BY**

**SIZE** 2 7/8     **PRESSURE** 4800#     **HOLES** 0     **COLLARS** 0

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 1 | joint tested (minimum) | | 600.00 |
| 7 | cups-ws | 15.00 | 105.00 |
| 360 | mileage | 2.75 | 990.00 |
| 2 | overnight | 200.00 | 400.00 |
| 1 | 5 gallon Best Olife thread compound | | 138.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Time Job Started: 11:00 | | |
| | Time Job Ended: 5:00 | | |
| | Operator: Kenny Harvey | | |
| | | | 2233.00 |
| | | tax 7% | 156.31 |
| | | | 2389.31 |

**SIGNATURE** Joel S Vittitow

# A & B PUMP & SUPPLY, INC.

P.O. Drawer T – Heidelberg, MS 39439
601/787-3741

INVOICE
63240

SOLD TO Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

Date Oct 30, 2019

Lease C.C. L & T 34-13-1

P.O. No. _____

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 1.00 | D-2740 DESANDER 2 7/8" EUE, 8-RD | 1,248.00 | 1,248.00 |
| 1.00 | 5 1/2" PACKER FOR DESANDER | 1,118.75 | 1,118.75 |
| 1.00 | 2 7/8" EUE, 8-RD BULL PLUG | 149.14 | 149.14 |
| 2.00 | 2 7/8" EUE, 8-RD L-80 TUBING COUPLING | 32.04 | 64.08 |
| 1.00 | 2 7/8" EUE, 8-RD X 2" REG XH SWAGE | 227.63 | 227.63 |

INV 12-11-19

| | |
|---|---|
| Sub Total | 2,807.60 |
| Tax | 168.46 |
| Freight | |
| TOTAL | 2,976.06 |

SIGNATURE 12/10/19

Overdue invoices are subject to finance charges.

# A & B PUMP & SUPPLY, INC.

P.O. Drawer T – Heidelberg, MS 39439
601/787-3741

INVOICE
63300

SOLD TO: Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

Date Nov 24, 2019

Lease C C L & T 10-5 #1

P.O. No. _____

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| | 11/23/19 | | |
| 1.00 | MINIMUM CHARGE | 600.00 | 600.00 |
| 640.00 | MILES 2 ROUND TRIPS | 2.75 | 1,760.00 |
| 1.00 | OVERNIGHT CHARGE | 200.00 | 200.00 |
| | 11/24/19 | | |
| 378.00 | JOINTS TUBING TESTED | 4.00 | 1,512.00 |
| 13.00 | TEST CUPS AND WATER SAVERS | 15.00 | 195.00 |
| 40.00 | MILES  LOCATION TO MOTEL | 2.75 | 110.00 |
| 2.00 | HOUR TREE TEST | 150.00 | 300.00 |
| | SIGNED DELIVERY TICKET #4066 ATTACHED | | |

INV 11-26-19

| | | |
|---|---|---|
| Sub Total | | 4,677.00 |
| Tax | | 280.62 |
| Freight | | |
| TOTAL | | 4,957.62 |

SIGNATURE

Overdue invoices are subject to finance charges.

**A & B PUMP & SUPPLY INC.**
P.O. Drawer T - 710 Hwy. 528 West - Heidelberg, MS 39439
PH. 601-787-3741 - FAX 601-787-2462

Delivery Ticket No. 4066

6300

SOLD TO
Gkla Exploration 6., LLC

DATE 11-23-19 / 11-24-19
LEASE CCL & T 10-5 # 1
P.O. #

ORDERED BY John Vittitow

SIZE 2⅞    PRESSURE 6,000 PSI   HOLES  0   COLLARS  0

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 1 | Minimum Charge | | $600.00 |
| 640 | Miles (2) Round Trips | @ $2.75 | $1,760.00 |
| 1 | Over Night Charge | | $200.00 |
| | | | |
| | 11-24-19 | | |
| 378 | Joints Tested | | $1,512.00 |
| 13 | Test Cup's & Water Savers | @ $15.00 | $195.00 |
| 40 | Miles Location To Motel | @ $2.75 | $110.00 |
| 2 | Hours Tree Test | @ $150.00 | $300.00 |
| | | | |
| | | | |
| | 11-23   11-24 | | |
| | Time Job Started: 12:00  7:00 | | |
| | Time Job Ended: 4:00  5:30 | | |
| | Operator: Robert Newton | | |
| | | Sub Total | $4,677.00 |
| | Escambia 6. Ala 6i. | Tax | $280.62 |
| | | Total | $4,957.62 |

SIGNATURE _Jol S Vittitow_  11/24/19

# A & B PUMP & SUPPLY, INC.

P.O. Drawer T – Heidelberg, MS 39439
601/787-3741

**INVOICE**
63325

SOLD TO Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

Date Dec 10, 2019

Lease FELD HEIRS #3

P.O. No. _____

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| | 12/9/19 | | |
| 281.00 | JOINTS TUBING TESTED | 4.00 | 1,124.00 |
| 7.00 | TEST CUPS AND WATER SAVERS | 15.00 | 105.00 |
| 260.00 | MILES ROUND TRIP | 2.75 | 715.00 |
| | 12/10/19 | | |
| 1.00 | 79 JOINTS TUBING TESTED (MINIMUM CHARGE) | 600.00 | 600.00 |
| 16.00 | MILES LOCATION TO MOTEL | 2.75 | 44.00 |
| 1.00 | OVERNIGHT STAY | 200.00 | 200.00 |
| | SIGNED DELIVERY TICKET #4025 ATTACHED | | |

INV
12-10-19

| | | |
|---|---|---|
| Sub Total | | 2,788.00 |
| Tax | | 195.16 |
| Freight | | |
| TOTAL | | 2,983.16 |

SIGNATURE _____

Overdue invoices are subject to finance charges.

# A & B PUMP & SUPPLY, INC.

P.O. Drawer T - 710 Hwy. 528 West - Heidelberg, MS 39439
PH. 601-787-3741 - FAX 601-787-2462

03325

Delivery Ticket No. 4025

**SOLD TO**
5KLAP Exploration
Warren County MS

DATE 12/9/19    12/10/19
LEASE Feld Heirs #3
P.O. #

ORDERED BY
SIZE 2 7/8    PRESSURE 7800#    HOLES 0    COLLARS 1

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 281 | joints tested | 4.00 | 1,124.00 |
| 7 | cups - WS | 15.00 | 105.00 |
| 260 | mileage round trip | 2.75 | 715.00 |
| 79 | joints tested (minimum | | 600.00 |
| 16 | mileage round trip | 2.75 | 44.00 |
| | overnight stay | | 200.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Time Job Started: 12:30 | | |
| | Time Job Ended: 5:00 | | |
| | Operator: Kenny Harvey | | 2,788.00 |
| | | Tax | 195.16 |
| | | | 2,983.16 |
| | | | |

SIGNATURE Ken Copeland 12/10/19

# A & B PUMP & SUPPLY, INC.

P.O. Drawer T – Heidelberg, MS 39439
601/787-3741

**INVOICE**
**63350**

SOLD TO Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA  71101

Date __Dec 14, 2019__

Lease __CRAFT-MACK 17-4 #1__

P.O. No. _____

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 349.00 | JOINTS TUBING TESTED | 4.00 | 1,396.00 |
| 7.00 | 2 7/8" TEST CUPS AND WATER SAVERS | 15.00 | 105.00 |
| 360.00 | MILES ROUND TRIP | 2.75 | 990.00 |
| 1.00 | OVERNIGHT STAY | 200.00 | 200.00 |
|  | SIGNED TICKET #4103  ATTACHED |  |  |



INV
12-17-19

| | |
|---|---|
| Sub Total | 2,691.00 |
| Tax | 161.46 |
| Freight | |
| TOTAL | 2,852.46 |

SIGNATURE _____

Overdue invoices are subject to finance charges.

# A & B PUMP & SUPPLY, INC.
P.O. Drawer T - 710 Hwy. 528 West - Heidelberg, MS 39439
PH. 601-787-3741 - FAX 601-787-2462

INV. # 63350

Delivery Ticket No. 4103

**SOLD TO**

SKLAR Exploration
Conecuh County, AL

DATE 12/14/19
LEASE Craft-Mack 17-4 #1
P.O. #

ORDERED BY _____

SIZE 2 3/8    PRESSURE 7000#    HOLES 0    COLLARS 0

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 349 | joints tested | 4.00 | 1,396.00 |
| 7 | cups - ws | 15.00 | 105.00 |
| 360 | mileage roundtrip | 2.75 | 990.00 |
| | overnight stay | | 200.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Time Job Started: 7:00 | | |
| | Time Job Ended: 2:30 | | |
| | Operator: Kenny Harvey | | 2,691.00 |
| | | 6% tax | 161.46 |
| | | | 2,852.46 |

SIGNATURE Ken Copland 12/14/19

# A & B PUMP & SUPPLY, INC.

### INVOICE
### 63356

P.O. Drawer T – Heidelberg, MS 39439
601/787-3741

SOLD TO: Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

Date: Dec 18, 2019

Lease: CRAFT RALLS 5-10 #1

P.O. No. _____

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| | 12/17/19 | | |
| 325.00 | 2 7/8" JOINTS TUBING TESTED | 4.00 | 1,300.00 |
| 14.00 | TEST CUPS AND WATER SAVERS | 15.00 | 210.00 |
| 320.00 | MILES ROUND TRIP | 2.75 | 880.00 |
| 1.00 | OVERNIGHT CHARGE | 200.00 | 200.00 |
| 50.00 | MILES LOCATION TO MOTEL | 2.75 | 137.50 |
| | 12/18/19 | | |
| 1.00 | 21 JOINTS TUBING TESTED (MINIMUM CHARGE) | 600.00 | 600.00 |

INV
12-18-19

SIGNATURE _____

Overdue invoices are subject to finance charges.

| | |
|---|---|
| Sub Total | 3,327.50 |
| Tax | 199.65 |
| Freight | |
| TOTAL | 3,527.15 |

**A & B PUMP & SUPPLY INC.**
P.O. Drawer T - 710 Hwy. 528 West - Heidelberg, MS 39439
PH. 601-787-3741 - FAX 601-787-2462

INVOICE #6335

Delivery Ticket No. 4073

SOLD TO
Sklar Exploration Co., LLC

DATE 12-17-19 / 12-18-19
LEASE Craft Rolls 5-10 #1
P.O. #

ORDERED BY Kenny Copeland

SIZE 2⅞   PRESSURE 6,000 PSI   HOLES 0   COLLARS 0

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 325 | Joints Tested | @4.00 | $1,300.00 |
| 14 | Test Cup's & Water Savers | @15.00 | $210.00 |
| 320 | Mile's Round Trip | @2.75 | $880.00 |
| 1 | Overnight Charge | | $200.00 |
| 50 | Mile's Location To Motel | @2.75 | $137.50 |
| | | | |
| | 12-18-19 | | |
| 21 | Joints Tested Minimum Charge | | $600.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | 12-17   12-18 | | |
| | Time Job Started: 11:00   7:00 | | |
| | Time Job Ended: 5:00   12:00 | | |
| | Operator: Robert Newton | | |
| | | Sub Total | $3,327.50 |
| | Conecuh Co. Ala 6% | Tax | $199.65 |
| | | Total | $3,522.15 |

SIGNATURE  Ken Copeland  12/18/19

# A & B PUMP & SUPPLY, INC.

P.O. Drawer T – Heidelberg, MS 39439
601/787-3741

INVOICE
63398

SOLD TO Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

Date Jan 20, 2020

Lease CCL&T 2-9 #1

P.O. No. _____

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| | 1/19/20 | | |
| 177.00 | JOINTS 2 7/8" TUBING TESTED | 4.00 | 708.00 |
| 10.00 | 2 7/8" TEST CUPS AND WATER SAVERS | 15.00 | 150.00 |
| 1.00 | OVERNIGHT STAY | 200.00 | 200.00 |
| | 1/2020 | | |
| 360.00 | MILES ROUND TRIP | 2.75 | 990.00 |
| 201.00 | JOINTS 2 7/8" TUBING TESTED | 4.00 | 804.00 |
| 4.00 | TEST CUPS AND WATER SAVERS | 15.00 | 60.00 |
| 1.00 | OVERNIGHT STAY | 200.00 | 200.00 |
| 36.00 | MILES ROUND TRIP HOTEL TO LOCATION | 2.75 | 99.00 |
| 167.00 | JOINTS TUBING YO-YO | 0.50 | 83.50 |
| | SEE SIGNED DELIVERY TICKET # 4106 ATTACHED | | |

INV 1-21-20

| | |
|---|---|
| Sub Total | 3,294.50 |
| Tax | 197.67 |
| Freight | |
| TOTAL | 3,492.17 |

SIGNATURE
Overdue invoices are subject to finance charges.

# A & B PUMP & SUPPLY, INC.

P.O. Drawer 10 - 1710 Hwy 528 West - Heidelberg, MS 39439
PH. 601-787-3710 FAX 601-787-2462

Delivery Ticket No. _____

**SOLD TO**

SKLAR Exploration
Conecuh County, Al

DATE 1/19/20   1/20/20
LEASE CCL & T 32-9 #1
P.O. # _____

ORDERED BY _____
SIZE 2 7/8   PRESSURE 7000#   HOLES 0   COLLARS 1

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 177 | joints tested | 4.00 | 708.00 |
| 10 | cups - ws | 15.00 | 150.00 |
| 1 | overnight stay | | 200.00 |
| 360 | mileage round trip | 2.75 | 990.00 |
| 201 | joints tested | 4.00 | 804.00 |
| 4 | cups - ws | 15.00 | 60.00 |
| 1 | overnight stay | | 200.00 |
| 36 | mileage round trip | 2.75 | 99.00 |
| 167 | 4040 | 50 | 83.50 |
| | | | |
| | | | |
| | | | |
| | Time Job Started: 7:00 AM   7:00 AM | | |
| | Time Job Ended: 5:00 PM   1:30 pm | | |
| | Operator: Kenny | | 3,294.5 |
| | | | 197.6 |
| | | | 3,492. |

SIGNATURE Ken Copeland 1/20/20

# A & B PUMP & SUPPLY, INC.

P.O. Drawer T – Heidelberg, MS 39439
601/787-3741

**INVOICE**
63425

SOLD TO
Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

Date    Feb 2, 2020
Lease #    MCLEOD ETAL 30-11
P.O. No. _____

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|----------|-------------|------|--------|
| | 2/1/20 | 4.00 | 624.00 |
| 156.00 | JOINTS TUBING TESTED | 15.00 | 105.00 |
| 7.00 | TEST CUPS AND WATER SAVERS | 2.75 | 96.25 |
| 35.00 | MILES ROUND TRIP | | |
| | 2/2/20 | 4.00 | 972.00 |
| 243.00 | JOINTS TUBING TESTED | 15.00 | 105.00 |
| 7.00 | 7 TEST CUPS AND WATER SAVERS | 2.75 | 96.25 |
| 35.00 | MILES ROUND TRIP | 150.00 | 300.00 |
| 2.00 | TREE TEST | | |
| | SEE SIGNED TICKET # 4108 ATTACHED | | |

INV
2-6-2020

| | |
|--|--|
| Sub Total | 2,298.50 |
| Tax | 160.90 |
| Freight | |
| TOTAL | 2,459.40 |

SIGNATURE _____

Overdue invoices are subject to finance charges.

# A & B PUMP & SUPPLY, INC.

P.O. Drawer T - 710 Hwy. 528 West - Heidelberg, MS 39439
PH. 601-787-3741 - FAX 601-787-2462

# 68725

Delivery Ticket No. 4108

SOLD TO
SKLAR Exploration
Harmony Field
Clarke County, MS

DATE 2-1-20  2/2/20
LEASE MCLEOD ETAL 30-11 #1
P.O. #

ORDERED BY

SIZE 2 7/8          PRESSURE 7000#          HOLES  O          COLLARS  (

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 156 | joints tested | 4.00 | 624.00 |
| 7 | cups - water savers | 15.00 | 105.00 |
| 35 | mileage round trip | 2.75 | 96.25 |
| 243' | joints tested | 4.00 | 972.00 |
| 7 | cups - water savers | 15.00 | 105.00 |
| 35 | mileage round trip | 2.75 | 96.25 |
| 2 | tree test | 150.00 | 300.00 |
| | | | |
| | | | |
| | | | |
| | INV | | |
| | 2-6-2020 | | |
| Time Job Started: 12:30   7:00 | | | |
| Time Job Ended: 5:00   3:00 | | | |
| Operator: Kenny | | | |
| | | | 2,298.50 |
| | | 7½ tax | 160.90 |
| | | | 2459.40 |

SIGNATURE

# A & B PUMP & SUPPLY, INC.

P.O. Drawer T – Heidelberg, MS 39439
601/787-3741

**INVOICE**

**63430**

SOLD TO Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

Date Feb 5, 2020

Lease FLEMING ET AL 30-15 #1

P.O. No. _____

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 406.00 | JOINTS TUBING TESTED | 5.00 | 2,030.00 |
| 12.00 | TEST CUPS AND WATER SAVERS | 15.00 | 180.00 |
| 40.00 | MILES ROUND TRIP | 2.75 | 110.00 |
| 2.00 | HOURS TREE TEST | 150.00 | 300.00 |
|  | SEE SIGNED TICKET # 4083 ATTACHED |  |  |

INV
2-6-20

| | |
|---|---|
| Sub Total | 2,620.00 |
| Tax | 183.40 |
| Freight | |
| TOTAL | 2,803.40 |

SIGNATURE _____

Overdue invoices are subject to finance charges.

# A & B PUMP & SUPPLY, INC.
### P.O. Drawer T - 710 Hwy. 528 West - Heidelberg, MS 39439
### PH. 601-787-3741 - FAX 601-787-2462

# 63430

Delivery Ticket No. 4083

**SOLD TO**

Gpla Exploration Co, LLC

DATE 2-5-20

LEASE Fleming C# #1 30-15#1

P.O. #

ORDERED BY John Vittitow

SIZE 2 7/8     PRESSURE 7500 psi    HOLES     O     COLLARS     O

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 406 | Tonts Tested | $5.00 | $2,030.00 |
| 12 | Test Cups & Water Savers | $15.00 | $180.00 |
| 40 | Miles Round Trip | $2.75 | $110.00 |
| 2 | Hours Tree Test | $150.00 | $300.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | INV 20 | | |
|  | 2-6-20 | | |
|  |  |  |  |
|  | Time Job Started: 7:00 |  |  |
|  | Time Job Ended: 4:30 |  |  |
|  | Operator: Robert Newton |  |  |
|  |  | Subtotal | $2,620.00 |
|  |  | Tax | $193.70 |
|  |  | Total | $2,803.70 |

SIGNATURE

# A & B PUMP & SUPPLY, INC.

**P.O. Drawer T – Heidelberg, MS 39439**

**601/787-3741**

INVOICE

63431

SOLD TO Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

Date Feb 5, 2020

Lease CCL&T 34-14 #1

P.O. No. _____

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 363.00 | JOINTS TESTED | 4.00 | 1,452.00 |
| 7.00 | TEST CUPS AND WATER SAVERS | 15.00 | 105.00 |
| 360.00 | MILES ROUND TRIP | 2.75 | 990.00 |
| 1.00 | OVERNIGHT STAY | 200.00 | 200.00 |
| | SEE SIGNED DELIVERY TICKET #4109 ATTACHED | | |

INV 2-6-20

| | |
|---|---|
| Sub Total | 2,747.00 |
| Tax | 164.82 |
| Freight | |
| TOTAL | 2,911.82 |

SIGNATURE _____

Overdue invoices are subject to finance charges.

# A & B PUMP & SUPPLY INC.

P.O. Drawer T - 710 Hwy. 528 West - Heidelberg, MS 39439
PH. 601-787-3741 - FAX 601-787-2462

# 6931

Delivery Ticket No. 4109

SOLD TO

_Sklar Exploration_
_Conecuh County, Alabama_

DATE  _2/5/20_
LEASE  _CCL&T 34-14 #1_
P.O. # ___

ORDERED BY ___
SIZE  _2 ⅞_          PRESSURE  _1000#_          HOLES  _0_          COLLARS  _0_

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 363 | joints tested | 4.00 | 1452.00 |
| 7 | cups - water savers | 15.00 | 105.00 |
| 360 | mileage round trip | 2.75 | 990.00 |
|  | overnight stay |  | 200.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | INV 2-6-20 |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Time Job Started: 6:00 |  |  |  |
| Time Job Ended: 1:00 |  |  |  |
| Operator: Kenny |  |  |  |
|  |  |  | 2,747.00 |
|  |  | 6%tx | 164.82 |
|  |  |  | 2911.82 |

SIGNATURE  _Ken C. ___ 2/5/20_

# A & B PUMP & SUPPLY, INC.

**P.O. Drawer T – Heidelberg, MS 39439**

601/787-3741

INVOICE

63441

SOLD TO Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

Date Feb 7, 2020

Lease C.C.L.&T 4-1 #1

P.O. No. _____

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|----------|-------------|------|--------|
| 366.00 | JOINTS TUBING TESTED | 4.00 | 1,464.00 |
| 7.00 | TEST CUPS AND WATER SAVERS | 15.00 | 105.00 |
| 360.00 | MILES ROUND TRIP | 2.75 | 990.00 |
| | SEE SIGNED TICKET# 4110 ATTACHED | | |

INV
2-10-20

| | |
|---|---|
| Sub Total | 2,559.00 |
| Tax | 153.54 |
| Freight | |
| TOTAL | 2,712.54 |

SIGNATURE

Overdue invoices are subject to finance charges.

# A & B PUMP & SUPPLY, INC.

P.O. Drawer T - 710 Hwy. 528 West - Heidelberg, MS 39439
PH. 601-787-3741 - FAX 601-787-2462

INV. # 6344

Delivery Ticket No. 4110

**SOLD TO**

Sklar Exploration
Brooklyn Field
Conecuh County, Al

ORDERED BY

SIZE 2 7/8    PRESSURE 7000#

DATE 2/7/20
LEASE CCLgT 4-1 #1
P.O. #

HOLES  0    COLLARS  0

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 366 | jts tested | 4.00 | 464.00 |
| 7 | cups - water savers | 15.00 | 105.00 |
| 360 | mileage round trip | 2.75 | 990.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Time Job Started: 12:00 | | |
| | Time Job Ended: 5:00 | | |
| | Operator: Kenny | | |
| | | | 2559.00 |
| | | 6% tax | 153.54 |
| | | | 2712.54 |

SIGNATURE Ken Copeland 2/7/20

# A & B PUMP & SUPPLY, INC.

P.O. Drawer T – Heidelberg, MS 39439
601/787-3741

INVOICE
63455

SOLD TO Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

Date Feb 13, 2020

Lease C.C.L.& T. 3-2 #1

P.O. No. _____

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 368.00 | JOINTS TUBING TESTED | 4.00 | 1,472.00 |
| 12.00 | TEST CUPS AND WATER SAVERS | 15.00 | 180.00 |
| 360.00 | MILES ROUND TRIP | 2.75 | 990.00 |
| 1.00 | OVERNIGHT STAY | 200.00 | 200.00 |
| | SEE SIGNED DELIVERY TICKET #4111 ATTACHED | | |

INV
2-14-20

SIGNATURE

Overdue invoices are subject to finance charges.

| | |
|---|---|
| Sub Total | 2,842.00 |
| Tax | 170.52 |
| Freight | |
| TOTAL | 3,012.52 |

# A & B PUMP & SUPPLY, INC.

P.O. Drawer T - 710 Hwy. 528 West - Heidelberg, MS 39439
PH. 601-787-3741 - FAX 601-787-2462

63455

Delivery Ticket No. 4111

**SOLD TO**

SKLAR Exploration
Escambia County, AL

DATE 2/13/20
LEASE CCL&T 3-2 #1
P.O. #

ORDERED BY

SIZE 2 7/8        PRESSURE 7000 #        HOLES 0        COLLARS 0

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|----------|-------------|------|--------|
| 368 | joints tested | 4.00 | 1472.00 |
| 12 | cups - water savers | 15.00 | 180.00 |
| 360 | mileage    round trip | 2.75 | 990.00 |
| | overnight stay | | 280.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Time Job Started: 6:00 | | |
| | Time Job Ended: 2:00 | | |
| | Operator: Kenny | | |
| | | | 2842.00 |
| | | 6% tax | 170.52 |
| | | | 3012.52 |

SIGNATURE Ken Copeland 2/13/20

# A & B PUMP & SUPPLY, INC.

### P.O. Drawer T – Heidelberg, MS 39439
### 601/787-3741

INVOICE
63456

SOLD TO Sklar Exploration
401 Edwards Street
Suite 1601
Shreveport, LA 71101

Date Feb 15, 2020

Lease C.C.L. & T.2-4 #1

P.O. No.

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 373.00 | JOINTS TUBING TESTED | 4.00 | 1,492.00 |
| 7.00 | TEST CUPS AND WATER SAVERS | 15.00 | 105.00 |
| 360.00 | MILES ROUND TRIP | 2.75 | 990.00 |
| | SEE SIGNED DELIVERY TICKET #4112 ATTACHED | | |

INV 2-20-20

SIGNATURE

Overdue invoices are subject to finance charges.

| | |
|---|---|
| Sub Total | 2,587.00 |
| Tax | 155.22 |
| Freight | |
| TOTAL | 2,742.22 |

# A & B PUMP & SUPPLY, INC.
P.O. Drawer T - 710 Hwy. 528 West - Heidelberg, MS 39439
PH. 601-787-3741 - FAX 601-787-2462

Delivery Ticket No. 4112

SOLD TO
SKLAR Exploration
Escambia County, AL

DATE 2/15/20
LEASE CCL&T 2-4 #1
P.O. #

ORDERED BY

SIZE 2 7/8     PRESSURE 7000#     HOLES 0     COLLARS 0

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 323 | joints tested | 4.00 | 1492.00 |
| 7 | cups - water savers | 15.00 | 105.00 |
| 360 | mileage round trip | 2.75 | 990.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | Time Job Started: 10:00 |  |  |
|  | Time Job Ended: 9:00 |  |  |
|  | Operator: Kenny |  |  |
|  |  |  | 2,587.00 |
|  |  | 6% tax | 155.22 |
|  |  |  | 2,742.22 |

SIGNATURE Ken Copeland 2/15/10

| United States Bankruptcy Court for the District of Colorado | Your Mail ID is | 172146861 |
|---|---|---|

| | For Court Use Only | |
|---|---|---|
| **Name of Debtor:** Sklarco, LLC | Claim Number: | 0000010014 |
| **Case Number:** 20-12380 | File Date: | 08/11/2020 08:09:51 |

# Proof of Claim (Official Form 410)

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case.  With the exception of 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.  18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.  That date is on the notice of bankruptcy** (Form 309) **that you received.**

**04/19**

---

| Part 1: | Identify the Claim |
|---|---|

**1.   Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): _____ SHULER DRILLING COMPANY, INC. _____

Other names the creditor used with the debtor: _____ None _____

**2.   Has this claim been acquired from someone else?**   ☒ No   ☐ Yes.   From whom? _____

**3.   Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name   SHULER DRILLING COMPANY, INC. | Name _____ |
| Address   3340 WEST HILLSBORO STREET | Address _____ |
| _____ | _____ |
| _____ | _____ |
| City   EL DORADO | City _____ |
| State   AR        ZIP Code   71730-6736 | State _____     ZIP Code _____ |
| Country (if International): _____ | Country (if International): _____ |
| Phone:   870-863-7234 | Phone: _____ |
| Email:   rreynolds@shulerdrilling.com | Email: _____ |

| 4. Does this claim amend one already filed? | 5. Do you know if anyone else has filed a proof of claim for this claim? |
|---|---|
| ☒ No | ☒ No |
| ☐ Yes. | ☐ Yes. |
| Claim number on court claims register (if known) _____ | Who made the earlier filing? |
| Filed on _____<br>        MM / DD / YYYY | _____ |

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

---

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes.

Last 4 digits of the debtor's account or any number you use to identify the debtor:

1815
___ ___ ___ ___

**7. How much is the claim?**

$ 15.34
_____

**Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Goods Sold/Services (Trade Claim)
_____

---

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe:
_____

**Basis for perfection:**

_____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                    $_____

Amount of the claim that is secured:  $_____

Amount of the claim that is unsecured: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any
default as of the date of the petition: $_____

Annual Interest Rate (when case was filed)  _____%
                    ☐ Fixed  ☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of petition.**

$_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property:

_____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☑ No

☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other. Specify subsection of 11 U.S.C. § 507 (a) (_____) that applies.

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

$_____

$_____

$_____

$_____

$_____

$_____

---

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9):** $_____

**Part 3:** **Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Robert M. Reynolds*                                         08/11/2020 08:09:51
_____  _____  _____
Signature                                                     Date

**Provide the name and contact information of the person completing and signing this claim:**

Name    Robert M. Reynolds

Address    3340 West Hillsboro Street

City    El Dorado

State    AR                                         Zip    71730-6736

Country (in international)    USA

Phone    870-863-7234

Email    rreynolds@shulerdrilling.com

**Shuler Drilling Co., Inc.**
**Aged Trial Balance as of 08/06/2020**

| Inv Date | Invoice# | Invoice Description | Inv Amount | Current | 30 days | 60 days | 90 days |
|----------|----------|---------------------|-----------:|--------:|--------:|--------:|--------:|
| <u>1949</u> | <u>SKLARCO, LLC</u> | | | | | | |
| 01/31/2020 | 91815/140 | SDC-RIBSEY #1 (21104) | 3.45 | | | | 3.45 |
| 02/29/2020 | 91815/141 | SDC-RIBSEY #1 (21104) | 3.30 | | | | 3.30 |
| 03/31/2020 | 91815/142 | SDC-RIBSEY #1 (21104) | 6.65 | | | | 6.65 |
| 07/31/2020 | 91815/146 | SDC-RIBSEY #1 (21104) | 1.94 | 1.94 | | | |
| **TOTAL: SKLARCO, LLC** | | | **15.34** | **1.94** | **0.00** | **0.00** | **13.40** |
| **1** | **Total** | | **15.34** | **1.94** | **0.00** | **0.00** | **13.40** |
| | % | | | 12.6 % | 0.0 % | 0.0 % | 87.4 % |
| | # of Invoices | | 4 | 1 | 0 | 0 | 3 |

| United States Bankruptcy Court for the District of Colorado | Your Mail ID is | 172144543 |
|---|---|---|

| | | For Court Use Only | |
|---|---|---|---|
| **Name of Debtor:** | Sklar Exploration Company, LLC | Claim Number: | 0000010032 |
| **Case Number:** | 20-12377 | File Date: | 08/19/2020 09:03:50 |

# Proof of Claim (Official Form 410)

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

**04/19**

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): H&H CONSTRUCTION, LLC

Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?** ☑ No ☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name    H&H CONSTRUCTION, LLC | Name    _____ |
| Address  LADON E. HALL, President | Address  _____ |
|          P.O. BOX 850 | _____ |
| _____ | _____ |
| City     FLOMATON | City     _____ |
| State    AL          ZIP Code  36441-0000 | State    _____  ZIP Code  _____ |
| Country (if International): _____ | Country (if International): _____ |
| Phone:   251-296-2865 | Phone:   _____ |
| Email:   handh104@panhandle.rr.com | Email:   _____ |

| **4. Does this claim amend one already filed?** | **5. Do you know if anyone else has filed a proof of claim for this claim?** |
|---|---|
| ☑ No | ☑ No |
| ☐ Yes. | ☐ Yes. |
| Claim number on court claims register (if known) _____ | Who made the earlier filing? |
| Filed on _____ | _____ |
| MM / DD / YYYY | |

Page 1 of 3

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

---

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes.
Last 4 digits of the debtor's account or any number you use to identify the debtor:

____  ____  ____  ____

**7. How much is the claim?**

$    571,136.00

**Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Goods Sold/Services (Trade Claim)

_____

---

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe:

_____

**Basis for perfection:**

_____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                        $_____

Amount of the claim that is secured:    $_____

Amount of the claim that is unsecured: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any
default as of the date of the petition:  $_____

**Annual Interest Rate** (when case was filed) _____%
                              ☐ Fixed    ☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of petition.**

$_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property:

_____

---

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☑ No

☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other. Specify subsection of 11 U.S.C. § 507 (a) (_____) that applies.

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

$_____

$_____

$_____

$_____

$_____

$_____

---

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9):** $_____

---

**Part 3:  Sign Below**

**The person completing this proof of claim must sign and date it.  FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent.  Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor.  Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

_Robert T Hudson_ _____          08/19/2020 09:03:50 _____

Signature                                            Date

**Provide the name and contact information of the person completing and signing this claim:**

Name      Robert T Hudson

Address   308 North Main Street

City      Atmore

State     AL                                    Zip   36502

Country (in international) _____

Phone     2513685730

Email     manager@hudsonpeden.com

**REGIONS BANK**
**RETURNED DEPOSITED ITEM NOTICE**
Date: April 10, 2020   Advice D-100221

Acct: ██████████

The enclosed deposited item (s) have
been returned unpaid and the Advice
Total shown below deducted from your
account. Should you have questions
please call 1-800 REGIONS.

| REASON | SEQ # | AMOUNT |
|---|---|---|
| Refer to Maker | 99000589 | $11,824.00 |
| Refer to Maker | 99000588 | $24,774.00 |

H AND H CONSTRUCTION LLC
PO BOX 850
FLOMATON AL  36441-0850

**Totals**
Total Chargebacks: $36,598.00
Fee Item Count 2 totaling $20.00

*111111111*
04/07/2020
3300787414

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-S
REFER TO MAKER

# REFER TO MAKER

WARNING – THIS CHECK IS PROTECTED BY SPECIAL SECURITY FEATURES

**Sklar Exploration Co., L.L.C.**
Operating Account
401 Edwards Street, Suite 1601
Shreveport, LA 71101
318-227-8668

East West Bank
135 N. Los Robles Ave. Ste 600
Pasadena, CA 91101

8130

Twenty-four thousand seven hundred seventy-four dollars and no cents

| DATE | AMOUNT |
|------|--------|
| 04/01/2020 | $***24,774.00* |

Pay to the
Order of

H&H CONSTRUCTION, LLC
LADON E HALL SOLE MBR
PO BOX 850
FLOMATION, AL 36441

Two Signatures Required Above $1000.00 - VOID AFTER 180 DAYS

Remit to:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

**INVOICE** _____10820_____

**DATE** _____2/17/2020_____

**INVOICE TO:**  Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 2/17/2020 | 13093 | $14,165.00 |

CCL&T  34-12 # 1

**_PAYMENT DUE UPON RECEIPT_**

**_TOTAL INVOICE_** _____$14,165.00_____

# DAILY TICKET

No: **13093**

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _2-17-20_

Customer Name _Sklar Exploratn_

_CPL+T 34.12 #1_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Install High Presure Seperator, Fab And Install All Pip, Components | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL** | | | 14,165 | |

Signed by:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**        10920                        **DATE**        2/18/2020

**INVOICE TO:**    Sklar Exploration
                   401 Edwards St., Ste. 1601
                   Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 2/18/2020 | 13095 | $1,428.00 |

Pate 3-11 # 1

**PAYMENT DUE UPON RECEIPT**              **TOTAL INVOICE**        $1,428.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

No: 13095

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _2-18-20_

Customer Name _Skb Explosi___

_Pole 3-11 #2_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Build Fire Wall Around | | | | |
| Well Head | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Pole 3 11 #1 | | | | |
| | | | | |
| Gall Oak       2-5-20 | | | | |
| Fireman | | | | |
| | | **TOTAL** | 1428 | ⁷ |

Signed by:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**        11020                                      **DATE**         2/18/2020

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 2/18/2020 | 13097 | $2,480.00 |

Escambia Pipeline

**PAYMENT DUE UPON RECEIPT**              **TOTAL INVOICE**        $2,480.00

# DAILY TICKET

**No: 13097**

# H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _2-18-20_
_2-19-20_

Customer Name _Skbr Exploston_

_Esconbon Pipeline_

| Description | Hrs. | @/Hr. | Total |
|---|---|---|---|
| Pging Pipe Lines | | | |
| 2-18-20 | | | 1240 |
| 2-19-20 | | | 1240 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| _Escomba Exploston Prestir_ | | | |
| _WorkDn          8.00_ | | | |
| _Hp Charges By Petter_ | | | |
| | | | |
| | | | |
| Signed by: | **TOTAL** | | 2480 |

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**   11120

**DATE**   2/22/2020

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 2/22/2020 | 13098 | $1,025.00 |

Bates 2-2 # 1

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**   $1,025.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

## No: 13098

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _2-22-20_

Customer Name _Skla Exploat_

_Boler 2-2 #1_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Change Oil Dump Valve On Heater | | | | |
| Treater And Change Out Back Pressure | | | | |
| Valve On Flare Gas | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | **TOTAL** | 1025 | |

Signed by:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**     11220                    **DATE**     2/25/2020

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 2/25/2020 | 13099 | $966.00 |

Escambia Pipeline

**PAYMENT DUE UPON RECEIPT**          **TOTAL INVOICE**     $966.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

**No: 13099**

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _2-25-20_

Customer Name _Seber Exploration_

_Escambia Pipeline_

| Description | Hrs. | @/Hr. | Total |
|---|---|---|---|
| Rig Pipelines | | | 966 00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL** | | | 966 00 |

Signed by:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**        11320

**DATE**        2/26/2020

**INVOICE TO:**    Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 2/26/2020 | 13100 | $1,100.00 |

Craft Ralls 28-16 # 1

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**        $1,100.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**No: 13100**

TRACK HOE
DUMP TRUCK
LOW-BOY
DOZER

BACK HOE
WELDERS
CREWS
BOOM/TRUCK

Date _2-26-20_

Customer Name _Skfor Exploration_

_Croft Ralls 28-16 #1_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Mov Debris From Lease Road | | | 1100 | ✓ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Croft Rall @ 28 16 #1 UI | | | | |
| Job Does | | | | |
| Meaning lease Roads | | | | |
| | | | | |
| | | | | |
| **TOTAL** | | | 1100 | ✓ |

Signed by:

Remit to:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

**INVOICE**        11420

**DATE**        2/26/2020

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 2/26/2020 | 13101 | $536.00 |

Polk 13-5 # 1

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**        $536.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

**No: 13101**

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _2-26-20_

Customer Name _Stdy England_

_Plk 13-5 #2_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Change Oil Dump Water on Heater | | | 536 | ⁰⁰ |
| Trailer | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **TOTAL** | | 536 | ⁰⁰ |

Signed by:

Remit to:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

**INVOICE** _____ 11520

**DATE** _____ 2/26/2020

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 2/26/2020 | 13102 | $3,074.00 |

Escambia Pipeline

Clean out slug catcher at Craft Mack 17-4 # 1

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE** _____ $3,074.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**No: 13102**

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _2-26-20_
_2-28-20_

Customer Name _Shelia Ephraim_

_Frankie Ephra_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Clean Up Silver Trail Mile @ | | | | |
| Sky Pather Spread load of | | | | |
| Rd. Gravel All load Out | | | | |
| Dirt Dumbo | | | | |
| | | | | |
| | | **TOTAL** | 3074 | |

Signed by:

*111111111*
04/07/2020
3300787416
This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

RETURN REASON-S
REFER TO MAKER

# REFER TO MAKER

WARNING – THIS CHECK IS PROTECTED BY SPECIAL SECURITY FEATURES

**Sklar Exploration Co., L.L.C.**
Operating Account
401 Edwards Street, Suite 1601
Shreveport, LA 71101
318-227-8668

East West Bank
135 N. Los Robles Ave., Ste 600
Pasadena, CA 91101

8078

Eleven thousand eight hundred twenty-four dollars and no cents

| DATE | AMOUNT |
|------|--------|
| 03/27/2020 | $**11,824.00* |

Pay to the
Order of

H&H CONSTRUCTION, LLC
LADON E HALL SOLE MBR
PO BOX 850
FLOMATION, AL 36441

Two Signatures Required Above $1000.00 · VOID AFTER 180 DAYS

[062000019] 04/07/2020  3300787416

H &H Construction
P.O. Box 850
Remit to:          Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

**INVOICE**          73919                    **DATE**          12/2/2019

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 12/2/2019 | 13049 | $11,824.00 |

Craft Ralls  5-8 # 1

**_PAYMENT DUE UPON RECEIPT_**          **_TOTAL INVOICE_**          $11,824.00

# DAILY TICKET

# H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

## No: 13049

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _12-2-19_

Customer Name _Shba Asphalt_

_Coll Rolls 5-8 #1_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Per Feb for Compressor Install | | | | |
| Motolec Equipment S-1 200 kW Tsd | | | | |
| Hook Up Elf Prg | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signed by: _Edward Vin 12-18-19_ | **TOTAL** | | _11824_ | |

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**        12520

**DATE**        3/2/2020

**INVOICE TO:**    Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 3/2/2020 | 13116 | $7,500.00 |

CCL&T 35-13 # 1

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**        $7,500.00

**DAILY TICKET**

**No: 13116**

**H & H CONSTRUCTION, LLC**
P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

TRACK HOE
DUMP TRUCK
LOW-BOY
DOZER

BACK HOE
WELDERS
CREWS
BOOM/TRUCK

Date _3-2-20_
_3-19-20_

Customer Name _Sklar Exploration_

_CMJT 35-13 #1_

| Description | Hrs | @/Hr | Total | |
|---|---|---|---|---|
| Fab Install And Paint Pipe Fence | | | | |
| Around 2 Sides Of the Location | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL** | 7500 00 |

Signed by: _Bloodworth_ _4-7-20_

**H &H Construction**
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**        12420

**DATE**        3/2/2020

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 3/2/2020 | 13115 | $4,500.00 |

CCL&T  3-7

**TOTAL INVOICE**        $4,500.00

**PAYMENT DUE UPON RECEIPT**

# DAILY TICKET

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

No: 13115

BACK HOE
WELDERS
CREWS
BOOM/TRUCK

TRACK HOE
DUMP TRUCK
LOW-BOY
DOZER

Date _3-2-20_
_3-7-20_

Customer Name _Skbr Exploration_

_CCL+T 3-7_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Fab Install And Paint brakes And | | | | |
| Pipe Fence On Lease Road | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL** | 4500 |

Signed by: _Edward Hin_ 4-7-20

Remit to:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

**INVOICE** _____12320_____

**DATE** _____3/2/2020_____

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 3/2/2020 | 13114 | $4,500.00 |

Escambia Pipeline Booster Compressor

**_PAYMENT DUE UPON RECEIPT_**

**_TOTAL INVOICE_**    _____$4,500.00_____

# DAILY TICKET

**No: 13114**

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _3-2-20 to 3-11-20_

Customer Name _Sklar Explorator_

_Escombia Pipline Booster Compressor_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Fab Install And Paint Pipe Fence | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | **TOTAL** | 4500 | |

Signed by _Elwood Harris 4-7-20_

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**          12220                    **DATE**          3/2/2020

**INVOICE TO:**   Sklar Exploration
                  401 Edwards St., Ste. 1601
                  Shrevport, LA. 71101

**DATE**                    **TICKET NUMBER**              **TICKET AMOUNT**

   3/2/2020                      13113                         $2,232.00

Logon 5-7 # 1

**PAYMENT DUE UPON RECEIPT**          **TOTAL INVOICE**          $2,232.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC
P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**No: 13113**

TRACK HOE
DUMP TRUCK
LOW-BOY
DOZER

BACK HOE
WELDERS
CREWS
BOOM/TRUCK

Date _5-2-20_
_3-11-20_

Customer Name _Stllr Exploration_

_Logan 5-7 #1_

| Description | Hrs | @/Hr | Total |
|---|---|---|---|
| Fab Install Rod Pond Pipe Grate | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL** | 2250 |

Signed by _____ 4-7-26

Remit to:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

**INVOICE**     12120

**DATE**     3/11/2020

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 3/11/2020 | 13112 | $7,700.00 |

Myrtis Ellis 35-9 # 1

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**     $7,700.00

# DAILY TICKET

**No: 13112**

# H & H CONSTRUCTION, LLC
P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _3-11-20_

Customer Name _Sklar Exploration_

_Myrtis Ellis 35-9 #1_

| Description | Hrs. | @/Hr. | Total |
|---|---|---|---|
| Fab. Install And Paint Gates And Pipe Fence On Lease Road | | | |
| Pour Concrete Apron Around The Culvert on State R.O.W. | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL** | 7700 |

Signed by _Edward Vines_ 4-7-20

**Remit to:**

H & H Construction
P.O. Box 850
Flomaton, AL 36441
Phone: 251-296-2865
Fax: 251-296-2867

**INVOICE**    12020

**DATE**    3/2/2020

**INVOICE TO:**    Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 3/2/2020 | 13111 | $2,400.00 |

Craft Mack 8-2 # 1

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**    $2,400.00

# DAILY TICKET

No: 13111

## H & H CONSTRUCTION, LLC
P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

TRACK HOE
DUMP TRUCK
LOW-BOY
DOZER

BACK HOE
WELDERS
CREWS
BOOM/TRUCK

Date _3-2-20_
_3-11-20_

Customer Name _Sklar Exploration_

_Call Mack 8-2 #1_

| Description | Hrs. | @/Hr. | Total |
|---|---|---|---|
| Fab. Paint And Install Pipe Rack | | | |
| And Fence On Lease Road | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL** | 2400 |

Signed by: _Edward Vice_ _8-7-20_

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**        11920

**DATE**        3/2/2020

**INVOICE TO:**    Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 3/2/2020 | 13110 | $2,400.00 |

Craft Brye 8-4 # 1

**PAYMENT DUE UPON RECEIPT**        **TOTAL INVOICE**        $2,400.00

**DAILY TICKET**

**No: 13110**

# H & H CONSTRUCTION, LLC
P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

TRACK HOE
DUMP TRUCK
LOW-BOY
DOZER

BACK HOE
WELDERS
CREWS
BOOM/TRUCK

Date _3-2-20_
_to_
_3-11-20_

Customer Name _Sklar Exploration_

_Craft Brye 8-4 #1_

| Description | Hrs. | @/hr | Total | |
|---|---|---|---|---|
| Fab, Install And Paint Pipe Grate | | | | |
| And Fence On Lease Road | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL** | 2400 |

Signed by: _Elwood Wise_ 4-7-20

H &H Construction
P.O. Box 850
Remit to:           Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

**INVOICE**          11520                    **DATE**          3/16/2020

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|----------|-------------------|-------------------|
| 3/16/2020 | 13126 | $17,700.00 |

Pitnic Limited 16-3 # 1

**PAYMENT DUE UPON RECEIPT**          **TOTAL INVOICE**          $17,700.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

No: 13126

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _____

Customer Name _____

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Remove / Change order To Flow Piping | | | 14200 | |
| Material Rental for ~ Month of | | | | |
| March | | | 3500 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signed by: | **TOTAL** | | 17700 | |

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

| INVOICE | 11620 | DATE | 3/16/2020 |
|---|---|---|---|

**INVOICE TO:**  Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|---|---|---|
| 3/16/2020 | 13122 | $536.00 |

CCL&T 35-13 # 1

**_PAYMENT DUE UPON RECEIPT_**

| TOTAL INVOICE | $536.00 |
|---|---|

# DAILY TICKET

## H & H CONSTRUCTION, LLC

**No: 13122**

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _3-16-20_

Customer Name _Sefer Exploration_

_MIdT  35-13 #1_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Install Dump Valve On Gas Scrubber | | | | |
| Ret Back Pressure Valve On Flow Meter | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signed by: | **TOTAL** | | 536 | |

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**        11720                    **DATE**        3/17/2020

**INVOICE TO:**  Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 3/17/2020 | 13123 | $968.00 |

Escambia Pipeline

**PAYMENT DUE UPON RECEIPT**                    **TOTAL INVOICE**        $968.00

# DAILY TICKET

# H & H CONSTRUCTION, LLC

No: 13123

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _____ 3-17-20 _____

Customer Name _____

_____

| Description | Hrs. | @/Hr. | Total |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Signed by: | **TOTAL** | 968 |  |

**H &H Construction**
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**          11820

**DATE**          3/23/2020

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 3/23/2020 | 13124 | $670.00 |

CCL&T 34-12 # 1

***PAYMENT DUE UPON RECEIPT***          ***TOTAL INVOICE***          $670.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**No: 13124**

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _3-23-20_

Customer Name _Skla Exploration_

_MLJT  34.12 #1_

| Description | Hrs. | @/Hr. | Total |
|---|---|---|---|
| Install Check Valve on High Pressure | | | |
| Separator | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Signed by: | **TOTAL** | | 670 |

Remit to:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

**INVOICE**        11120

**DATE**        3/9/2020

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 3/9/2020 | 13120 | $1,618.00 |

Craft Ralls 28-16 # 1

*PAYMENT DUE UPON RECEIPT*

*TOTAL INVOICE*        $1,618.00

# DAILY TICKET

**No: 13120**

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _3.9.20_

Customer Name _Slly Explosh_

_Cut Rolls 38 16 3_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL** | | | _1618_ | |

Signed by:

Remit to:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

**INVOICE** _____11020_____

**DATE** _____3/6/2020_____

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

**DATE**

3/6/2020

**TICKET NUMBER**

13119

**TICKET AMOUNT**

$500.00

Craft Ralls 5-8 # 1

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**          $500.00

# DAILY TICKET

No: 13119

# H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _3-6-20_

Customer Name _Skyline Exploration_

_Cont Rolls 5-8 #_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| _Water Production Tubing Pipe_ | | | | |
| _Work Over Rig_ | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL** | _500_ |

Signed by:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**          10920

**DATE**          3/3/2020

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

**DATE**
3/3/2020

**TICKET NUMBER**
13117

**TICKET AMOUNT**
$832.00

CCL&T  3-7 # 1

**PAYMENT DUE UPON RECEIPT**          **TOTAL INVOICE**          $832.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

No: 13117

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _3-3-20_

Customer Name _Stello Fayland_
_MHT 3-7 #1_
_Frank Pipe_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Pj Bolus | | | | |
| | | | | |
| | | | | |
| | | | | |
| CC MHT 3-7#1 | | | | |
| Jodine 3-7-20 | | | | |
| Re pipeline will Concrete | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL** | | | 832 | 7 |

Signed by:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**        11320

**DATE**        3/10/2020

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 3/10/2020 | 13121 | $164.00 |

CCL&T 34-14 # 1

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**        $164.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

**No: 13121**

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _3-10-20_

Customer Name _Sela Exploration_

_MUT 34M #_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Echo High Power Hammer Unit | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signed by: | **TOTAL** | | 764 | |

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**     11220

**DATE**     3/10/2020

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 3/10/2020 | 13108 | $728.00 |

CCL&T 3-7 # 1

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**     $728.00

# DAILY TICKET

# H & H CONSTRUCTION, LLC

**No: 13108**

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _____ 3-10-20

Customer Name _____

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signed by: | **TOTAL** | | 728 | |

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**        11420                          **DATE**        3/10/2020

**INVOICE TO:**  Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 3/10/2020 | 13109 | $536.00 |

CCL&T 4-2 # 1

**PAYMENT DUE UPON RECEIPT**           **TOTAL INVOICE**      $536.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

## No: 13109

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _____

Customer Name _____

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signed by: | **TOTAL** | | | |

Remit to:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

**INVOICE**          10120

**DATE**          2/8/2020

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 2/8/2020 | 13090 | $47,820.00 |

Bates 2-2 # 1 Power Oil Hookup

AFE # 020520

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**          $47,820.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

No: **13090**

TRACK HOE
DUMP TRUCK
LOW-BOY
DOZER

BACK HOE
WELDERS
CREWS
BOOM/TRUCK

Date _2-8-20_

Customer Name _Shla Exploration_

_Gabe 2-2 #1_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Install Power Oil Tank W/Make Line | | | | |
| Need Line 6" Suction Line 2 Rtel Line | | | | |
| 1 Fuel Gas Line Teply 2 Dchrge Line | | | | |
| Is H.H all Fabrication For Power | | | | |
| Oil Tr | | | | |
| | | | | |
| * Power Oil Hook Up * | | | | |
| | | | | |
| | | | | |
| AFE # 020520 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signed by: _Edward Lewis_  3-10-20 | | **TOTAL** | 47820 | |

Remit to:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

**INVOICE**        10220

**DATE**        2/20/2020

**INVOICE TO:**    Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|---|---|---|
| 2/20/2020 | 13105 | $45,460.00 |

Pitnic Limited 16-3 # 1

**_PAYMENT DUE UPON RECEIPT_**

**_TOTAL INVOICE_**        $45,460.00

# DAILY TICKET

**No: 13105**

# H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _2-20-20_ _3-9-20_

Customer Name _____

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Signed by: _____ 3-10-20 | **TOTAL** | | |

Remit to:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

**INVOICE**          10320

**DATE**          2/27/2020

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 2/27/2020 | 13104 | $1,520.00 |

Pitnic Limited 16-3 # 1

**_PAYMENT DUE UPON RECEIPT_**

**_TOTAL INVOICE_**          $1,520.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

**No: 13104**

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _2-22-20_

Customer Name _5th Federal_

_No. Lake 16-3"1_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| 2yh of Scale Mr w/The | | | | |
| To tie the Bar | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Signed by: _____ 3-30-20

**TOTAL** _1520_

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**   10420

**DATE**   2/28/2020

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 2/28/2020 | 13094 | $28,274.00 |

Craft Brye  8-4 # 1

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**   $28,274.00

# DAILY TICKET

**No: 13094**

# H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

TRACK HOE
DUMP TRUCK
LOW-BOY
DOZER

BACK HOE
WELDERS
CREWS
BOOM/TRUCK

Date _2-28-20_

Customer Name _Skba Exploration_

_Cold Boye 8-4 #1_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Metalic Fire and Rod Compresser | | | | |
| Compresent Pats And Torch Piping | | | | |
| Rae Together Compresser | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signed by: _Edward Harris_ 3-10-20 | | **TOTAL** | 28,274 | |

Remit to:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

**INVOICE**        10520

**DATE**        2/29/2020

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 2/29/2020 | 13103 | $766.00 |

Escambia Pipeline

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**        $766.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

**No: 13103**

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _7-29-20_

Customer Name _Skba Explra_

_Enbsm Ppln_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Roon Wash Out on River | | | | |
| Get Ball Fence | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | **TOTAL** | 766 | |

Signed by: _Chmel Wns 3-10-20_

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**          10620                          **DATE**          2/12/2020

**INVOICE TO:**     Sklar Exploration
                    401 Edwards St., Ste. 1601
                    Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 2/12/2020 | 13091 | $14,165.00 |

Bates 2-2 # 1

**PAYMENT DUE UPON RECEIPT**                    **TOTAL INVOICE**          $14,165.00

# DAILY TICKET

No: **13091**

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _2-12-20_

Customer Name _Skler Exploration_

_Labs 2-2 #1_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Install High Pressure Separator Fab Aid | | | | |
| Install All Piping Composicate | | | | |
| | | | | |
| * High Pressure Separator Install * | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **TOTAL** | | 14165 | 59 |

Signed by:

H &H Construction
P.O. Box 850
Remit to:                     Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

**INVOICE** _____ 10720 _____                    **DATE** _____ 2/14/2020 _____

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 2/14/2020 | 13092 | $940.00 |

Craft Soterra 27-2 # 1

**_PAYMENT DUE UPON RECEIPT_**            **_TOTAL INVOICE_** _____ $940.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

**No: 13092**

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _2·14·20_

Customer Name _Skba Exploration_

_Croll Sedena 27-2 #1_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Install 2" Dump Valve On | | | | |
| Power Oil Tank | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL** | | | | |

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE** _____76919_____

**DATE** _____1/31/2020_____

**INVOICE TO:** Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 1/31/2020 | 13084 | $1,253.00 |

Escambia Pipeline

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE** _____$1,253.00_____

# DAILY TICKET

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**No: 13084**

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _1-31-20_

Customer Name _Sub. Explosion_

_Escambia Pipeline_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Many Old Flapper In 8" Check Valve | | | 1253 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Escambia Pipeline | | | | |
| Bushs Mo  2-14-20 | | | | |
| Change out flapper in check | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signed by: | **TOTAL** | | 1253 | |

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**        77019

**DATE**        2/2/2020

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 2/2/2020 | 13083 | $655.00 |

CCL&T 34-14 # 1 WI

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**        $655.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

No: 13083

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _2-2-20_

Customer Name _Sk_lar Exploration_

_CCLFT 34-14 #1 WI_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| Delv. Production Tubing | | | 1655 | 00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signed by: _Ken Copeland_  2/13/20 | | **TOTAL** | 1655 | 00 |

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**        77119

**DATE**        2/3/2020

**INVOICE TO:**    Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 2/3/2020 | 13085 | $1,928.00 |

CCL&T 35-5 #1

**PAYMENT DUE UPON RECEIPT**        **TOTAL INVOICE**    $1,928.00

# DAILY TICKET

**No: 13085**

# H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _2-3-20_

Customer Name _Stlr Explod_

_MLJT 35.5 #_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Bull Bypass and Iutall Back Presur Valve | | | 1928 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| CCCAT 35.5# | | | | |
| | | | | |
| P.S.R | | | | |
| | | | | |
| | | **TOTAL** | 1928 | |

Signed by:

Remit to:

**H &H Construction**
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

**INVOICE**  _____77219_____

**DATE**  _____2/10/2020_____

**INVOICE TO:**  Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 2/10/2020 | 13087 | $4,600.00 |

CCL&T 4-2 # 1

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**  _____$4,600.00_____

# DAILY TICKET

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**No: 13087**

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _2-10-20_
_2-11-20_

Customer Name _Shilor Exploration_

_CCU3T 4-2 #2_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Pull Heater Treator Burner Tube Repair | | | 4600 | 00 |
| And Install | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| CCU3T 4-2 #2 | | | | |
| Fish Out 2-10-20 | | | | |
| pull & install burner tube in | | | | |
| Htr. Trt. | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | **TOTAL** | 4600 | 00 |

Signed by:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**          77319

**DATE**          2/11/2020

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 2/11/2020 | 13088 | $670.00 |

Grady 34-10 # 1

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**          $670.00

# DAILY TICKET

# H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

## No: 13088

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _2-11-20_

Customer Name _Skier Fyphol_

_Only 3416 #1_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| T.H. 1" Dam Lin on Jace Rd | | | 670 | °° |
| @ Compresse | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Grading #2 | | | | |
| Josh 2-14-20 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL** | | | 670 | °° |

Signed by:

Remit to:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

**INVOICE** _____ 77419

**DATE** _____ 2/13/2020

**INVOICE TO:**    Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 2/13/2020 | 13089 | $12,454.00 |

Pitnic Linited  16-3  # 1

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE** _____ $12,454.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**No: 13089**

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _2·13·20_

Customer Name _Skbr Exploration_

_Pline Limited 16-3 #1_

| Description | Hrs. | @/Hr. | Total |
|---|---|---|---|
| Install 2 floyd To Rock Pressure Valves | | | |
| High Pressure Out Low Pressure, Top In | | | |
| Pipe Valves Down Stream of Flow Meter | | | |
| Install Check Valve To Lees Out Choke Truck | | | |
| Install High Pressure Smoke Bypass Install | | | |
| Choke Truke Bypass T Lift Check Valve | | | |
| To Rock Coal | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Pline Limited 16-3#1 | | | |
| | | | |
| | | | |
| Construction work | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Signed by: | | **TOTAL** | 12454 |

Remit to:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

**INVOICE**          76519                    **DATE**          1/16/2019

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 1/16/2019 | 13082 | $920.00 |

Pitnic Limited 16-3 # 1

**PAYMENT DUE UPON RECEIPT**          **TOTAL INVOICE**          $920.00

# DAILY TICKET

# H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

## No: 13082

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _1-16-19_

Customer Name _Skba Exploration_

_Place Conduit 16-3 #1_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Equipment to H'S Marker Sticks | | | 920 | 00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signed by: | | **TOTAL** | 920 | 00 |

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

| **INVOICE** | 76619 | | **DATE** | 1/21/2020 |
|---|---|---|---|---|

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 1/21/2020 | 13077 | $1,312.00 |

Escambia Pipeline

| **PAYMENT DUE UPON RECEIPT** | **TOTAL INVOICE** | $1,312.00 |
|---|---|---|

# DAILY TICKET

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**No: 13077**

TRACK HOE
DUMP TRUCK
LOW-BOY
DOZER

BACK HOE
WELDERS
CREWS
BOOM/TRUCK

Date _1-21-20_

Customer Name _Silbo Exploration_

_Escamba Pipeline_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Rig Pipeliners | | | 1312 | 00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signed by: | **TOTAL** | | 1312 | 00 |

Remit to:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

**INVOICE**   76719

**DATE**   1/27/2020

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 1/27/2020 | 13079 | $2,506.00 |

Escambia Pipelines

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**   $2,506.00

# DAILY TICKET

# H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

## No: 13079

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _____ 1-27-20
_____ 1-28-20

Customer Name _____ Skba Explosion

_____ Escambia Pipeline

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Rig Pipeliers | | | 2506 | 4 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signed by: | | **TOTAL** | 2506 | |

Remit to:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

**INVOICE**          76819

**DATE**          12/2/2019

**INVOICE TO:**    Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 12/2/2019 | 13096 | $240,000.00 |

Pitnic Limited 16-3 # 1

**PAYMENT DUE UPON RECEIPT**          **TOTAL INVOICE**          $240,000.00

# DAILY TICKET

# H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

No: 13086

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date  12-2-19  1-31-20

Customer Name  Sklar Exploration

Pulse Limited 16-3 #1

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Tank Bottling Construction | | | | |
| Install Line Heater, High Pressure Separator | | | | |
| Low Pressure Separator, Heater Treater | | | | |
| Low Pressure Gas Scrubber, Flow Meter | | | | |
| Sales Gas Meter, 1 Salt Water Tank | | | | |
| 2 Oil Tanks And 1 Power Oil Tank | | | | |
| And All Piping Components | | | | |
| W/ Heater | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signed by: Edward W.  1-11-20 | **TOTAL** | | 240000 | |

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**      76019

**DATE**      1/8/2020

**INVOICE TO:**    Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 1/8/2020 | 13065 | $2,274.00 |

CCL&T 10-5 # 1

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**      $2,274.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**No: 13065**

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _1-8-20_

Customer Name _Skbs Exploration_

_MWT 10-5 #1_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Install By Pass To Meter Run | | | 2274 | 00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signed by: | **TOTAL** | | 2274 | 00 |

Remit to:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

**INVOICE**        76119

**DATE**        1/9/2020

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

**DATE**

1/9/2020

**TICKET NUMBER**

13070

**TICKET AMOUNT**

$1,764.00

CCL&T 35-5 # 1

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**        $1,764.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**No: 13070**

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _1-9-20_

Customer Name _Shh Exploration_

_MIST 35-5 #1_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Repair Leak on Header Trailer | | | 1764 | 00 |
| Water keg | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signed by: | **TOTAL** | | 1764 | 00 |

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**        76219

**DATE**        1/9/2020

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 1/9/2020 | 13071 | $324.00 |

Escambia Pipeline

**PAYMENT DUE UPON RECEIPT**        **TOTAL INVOICE**        $324.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**No: 13071**

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _1-9-20_

Customer Name _Skhe Eypheal_

_Escmbn Ppelne_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Chsn Suslon Sseen On Boaster | | | 324 | cy |
| Compessor | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signed by: | | **TOTAL** | 324 | cy |

Remit to:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

**INVOICE**        76319

**DATE**        1/9/2020

**INVOICE TO:**    Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 1/9/2020 | 13072 | $324.00 |

Smurfit Stone 27-12 # 1

**PAYMENT DUE UPON RECEIPT**        **TOTAL INVOICE**        $324.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

No: **13072**

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _1-7-20_

Customer Name _Shlor Fyplod_

_Sand.f.l Stone  27.12  #1_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Change Out 3" Valve On Tank Load Box | | | 324 | 00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signed by: | **TOTAL** | | 324 | 00 |

**Remit to:**

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

**INVOICE**         76419

**DATE**         1/16/2020

**INVOICE TO:**    Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 1/16/2020 | 13081 | $920.00 |

Bates 2-2 # 1

**PAYMENT DUE UPON RECEIPT**

| **TOTAL INVOICE** | $920.00 |
|---|---|

# DAILY TICKET

**No: 13081**

# H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _1-16-20_

Customer Name _Skho Ephod_

_Bolos 2-2 #1_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Fabricate 6 H's Master Stands | | | 920 | 00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signed by: | | **TOTAL** | 920 | 00 |

Remit to:

H &H Construction
P.O. Box 850
Flomaton, AL 36441
Phone: 251-296-2865
Fax: 251-296-2867

**INVOICE**  _____74719_____

**DATE**  _____12/30/2019_____

**INVOICE TO:**  Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 12/30/2019 | 13058 | $1,206.00 |

Escambia Pipeline

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**  _____$1,206.00_____

# DAILY TICKET

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**No: 13058**

TRACK HOE
DUMP TRUCK
LOW-BOY
DOZER

BACK HOE
WELDERS
CREWS
BOOM/TRUCK

Date _12-30-19_

Customer Name _Skloe Exploration_

_Escambia Pipeline_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| | | | 1206 | 00 |
| Pg Pipeline | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Escambia pipeline | | | | |
| Yuldan | 1 s n | | | |
| pipeline | | | | |
| | | | | |
| | | | | |
| Signed by: | | **TOTAL** | 1206 | 00 |

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**          10820

**DATE**          3/2/2020

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 3/2/2020 | 13118 | $1,240.00 |

CCL&T 10-5 #1

**PAYMENT DUE UPON RECEIPT**          **TOTAL INVOICE**          $1,240.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**No: 13118**

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _3-2-20_

Customer Name _Sklar Exploration_
_MCUT 10-5 #2_
_Franks Pipes_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Pj Pipes | | | | |
| | | | | |
| | | | | |
| CCUT 10-5 #1 | | | | |
| Welders  11-7-30 | | | | |
| Pipeline with | | | | |
| Louvighd | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL** | | | 1240 | |

Signed by:

Remit to:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

**DATE** 12/2/2019

**INVOICE** 74819

**INVOICE TO:** Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

**DATE**
12/2/2019

**TICKET NUMBER**
13060

**TICKET AMOUNT**
$4,600.00

Pitnic Limited  16-3 # 1

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE** $4,600.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**No: 13060**

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _12-2-19_

Customer Name _Sely Fyphslu_

_Phc Lmttd 16-3 #1_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| 2 Load / Sump Boxes @ 1/1800 F. | | | 3600 | |
| 4 Fu Fxtrgnder Boxes @ $250 F. | | | 1000 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL** | |

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**    74919

**DATE**    1/2/2020

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 1/2/2020 | 13059 | $5,000.00 |

Pitnic Limited  16-3 # 1

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**    $5,000.00

# DAILY TICKET

No: **13059**

## H & H CONSTRUCTION, LLC
P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _1-2-20_

Customer Name _Skla Exploration_

_Phase Label 16-3 #1_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| 2 BY 151    Skills | | | | |
| 2 BY 153    Skills | | | | |
| 2 R24    Skills | | | | |
| 2 R27    Skills | | | | |
| Prepped For Hydro Test | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signed by: _Coleman_ 1-7-20 | | **TOTAL** | 5000 | |

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**          75019

**DATE**          1/10/2020

**INVOICE TO:**    Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 1/10/2020 | 13080 | $2,200.00 |

Pitnic Limited  16-3 # 1

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**          $2,200.00

# DAILY TICKET

**No: 13080**

## H & H CONSTRUCTION, LLC
P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _1-10-20_

Customer Name _Sklar Exploration_

_Pitre Limited 16-3 #2_

| Description | Hrs. | @/Hr | Total | |
|---|---|---|---|---|
| Chart Recorder Rental For Piping Hydro Test | | | 2200 | ea |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL** | 2200 ea |

Signed by: _Edward Knin_  2-2-2020

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**      75119

**DATE**      1/14/2020

**INVOICE TO:**    Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|---|---|---|
| 1/14/2020 | 13073 | $1,125.00 |

Kirkland Field CCL&T 18 13 # 1

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**      $1,125.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

**No: 13073**

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

TRACK HOE
DUMP TRUCK
LOW-BOY
DOZER

BACK HOE
WELDERS
CREWS
BOOM/TRUCK

Date _1-14-20_

Customer Name _Sklar Exploratn_

_Kirkland Fald_    _C.C.L+T 1843 #1_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Remove Storm Debris From Culvert | | | 1125 | ∞ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 1125 ∞ |

Signed by: _Elcorl Vesin  2-2-2020_

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**       75219

**DATE**       1/14/2020

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shreveport, LA. 71101

**DATE**                          **TICKET NUMBER**                      **TICKET AMOUNT**
1/14/2020                              13074                                  $2,868.00

Pitnic Limited 16-3 # 1

**PAYMENT DUE UPON RECEIPT**                    **TOTAL INVOICE**              $2,868.00

# DAILY TICKET

## No: 13074

# H & H CONSTRUCTION, LLC
P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

TRACK NOE
DUMP TRUCK
LOW-BOY
DOZER

BACK HOE
WELDERS
CREWS
BOOM/TRUCK

Date  1-14-20
to
1-15-20

Customer Name _Seber Exploration_

_Pitok Limited 16-3 #1_

| Description | Hrs. | @/Hr | Total |
|---|---|---|---|
| Pump Storm Water OFF OF Location | | | 2868 ⁰⁰ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Signed by: _____ 2-2-2020 | **TOTAL** | | 2868 ⁰⁰ |

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

| INVOICE | 75319 | DATE | 1/15/2020 |
|---------|-------|------|-----------|

**INVOICE TO:**    Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 1/15/2020 | 13075 | $1,884.00 |

South West Brooklyn

| *PAYMENT DUE UPON RECEIPT* | *TOTAL INVOICE* | $1,884.00 |
|---------------------------|-----------------|-----------|

# DAILY TICKET

## H & H CONSTRUCTION, LLC

**No: 13075**

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _1-15-20_

Customer Name _Skelar Exploration_

C.C.L+T 2-9#1   C.C.L+T 35-5#1,   C.C.L+T 35-11#1, C.C.L+T 2-9#1, C.C.L+T 35-15#1

South West Brooklyn Oil Unit C.C.L+T 2-11 #1

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Repair Tank Battery Fire Walls | | | | |
| From Heavy Rains | | | 1884 | 00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signed by: _Edward Vann 2-2-2020_ | | **TOTAL** | 1884 | 00 |

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**        75419                    **DATE**        1/20/2020

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|---|---|---|
| 1/20/2020 | 13076 | $1,140.00 |

Pitnic Limited  16-3 # 1

**PAYMENT DUE UPON RECEIPT**        **TOTAL INVOICE**        $1,140.00

## DAILY TICKET

No: 13076

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

TRACK HOE
DUMP TRUCK
LOW-BOY
DOZER

BACK HOE
WELDERS
CREWS
BOOM/TRUCK

Date _1-20-20_

Customer Name _Skler Explorel_

_P.lne Limited 16-3 #2_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Mac Excess Equipment f/ Tg | | | 1140 | 7 |
| Brooklyn Lay Down Yard | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **TOTAL** | | 1140 | 7 |

Signed by: _Edward Kir 2-2-2020_

# DAILY TICKET

# H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

## No: 13064

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _12-30-19_

Customer Name _Stella Exploration_

_Rubbed Field_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Trouble Piping | | | | |
| Exploration on walk | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signed by: | **TOTAL** | | 588 | |

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**          75819

**DATE**          12/30/2019

**INVOICE TO:**    Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 12/30/2019 | 13064 | $588.00 |

Kirkland Field

**PAYMENT DUE UPON RECEIPT**          **TOTAL INVOICE**          $588.00

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

| INVOICE | 75919 | DATE | 1/8/2020 |
|---|---|---|---|

INVOICE TO:   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|---|---|---|
| 1/8/2020 | 13069 | $820.00 |

Craft Ralls 5-10

**_PAYMENT DUE UPON RECEIPT_**       **_TOTAL INVOICE_**       $820.00

# DAILY TICKET

# H & H CONSTRUCTION, LLC

**No: 13069**

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _1-8-20_

Customer Name _Stlu Eyphrd_

_Cold Rolk 5-10_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Install Pump Valve on Power Oil Tank | | | 820 | 4 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signed by: | **TOTAL** | | 820 | 4 |

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**      75519

**DATE**      12/27/2019

**INVOICE TO:**    Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

**DATE**

12/27/2019

**TICKET NUMBER**

13061

**TICKET AMOUNT**

$1,764.00

South West Brooklyn Oil Unit

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**      $1,764.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC
P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

No: **13061**

TRACK HOE
DUMP TRUCK
LOW-BOY
DOZER

BACK HOE
WELDERS
CREWS
BOOM/TRUCK

Date _12-27-19_

Customer Name _Sklr Exploration_

_South West Brooklyn Oil Unit_

| Description | Hrs. | @/Hr. | Total |
|---|---|---|---|
| Trouble | | | |
| Application on Wells | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL** | 1764 |

Signed by:

Remit to:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

**INVOICE**          75619

**DATE**          12/30/2019

**INVOICE TO:**    Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

**DATE**

12/30/2019

**TICKET NUMBER**

13062

**TICKET AMOUNT**

$588.00

Little Cedar Creek Oil Unit 2

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**          $588.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

**No: 13062**

Date _12-30-19_

Customer Name _Shi Exploration_

_Little Cedar Creek Oil Unit II_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Trouble | | | | |
| Undecoration On work | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signed by: | **TOTAL** | | 588 | 00 |

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE** _____75319_____                    **DATE** _____1/15/2020_____

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 1/15/2020 | 13075 | $1,884.00 |

South West Brooklyn

***PAYMENT DUE UPON RECEIPT***          ***TOTAL INVOICE*** _____$1,884.00_____

# DAILY TICKET

**No: 13075**

## H & H CONSTRUCTION, LLC
P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date  1-15-20

Customer Name  Slater Exploration

C.C.L+T 2-9#1   CC.L+T 35-5#1   C.C.L+T 35-11#1, C.C.L+T 2-9#1, C.C.L+T 35-15#1

South West Brooklyn Oil Unit C.C.L+T 2-11 #1

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Repair Tank Battery Fire Walls Form Heavy Rains | | | 1884 | 00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signed by: Elward Vause 2-2-2020 | **TOTAL** | | 1884 | 00 |

Remit to:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

**INVOICE**    75719

**DATE**    12/30/2019

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 12/30/2019 | 13063 | $588.00 |

South East Brooklyn Oil Unit

**PAYMENT DUE UPON RECEIPT**    **TOTAL INVOICE**    $588.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**No: 13063**

TRACK HOE
DUMP TRUCK
LOW-BOY
DOZER

BACK HOE
WELDERS
CREWS
BOOM/TRUCK

Date _12-30-19_

Customer Name _Shho Esphod_

_Smll Est Buchlyn O/0 t_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Insuble Piping | | | | |
| Walwader  on Welk | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL** | 588 |

Signed by:

Remit to:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

**INVOICE**            75519

**DATE**            12/27/2019

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 12/27/2019 | 13061 | $1,764.00 |

South West Brooklyn Oil Unit

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**            $1,764.00

# DAILY TICKET

# H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

## No: 13061

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _12-27-19_

Customer Name _Stho Ephod_

_Small Wast Buildup Oil Unit_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Table | | | | |
| Blowout or Wells | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signed by: | **TOTAL** | | 1764 | |

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**        75719                          **DATE**        12/30/2019

**INVOICE TO:**    Sklar Exploration
                   401 Edwards St., Ste. 1601
                   Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 12/30/2019 | 13063 | $588.00 |

South East Brooklyn Oil Unit

**PAYMENT DUE UPON RECEIPT**              **TOTAL INVOICE**        $588.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**No: 13063**

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _12-30-19_

Customer Name _Shelor Exploration_

_South East Brooklyn Oil Unit_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Trouble Piping | | | | |
| Waterscher on Wells | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signed by: | **TOTAL** | | 588 | |

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**        75419                                    **DATE**        1/20/2020

**INVOICE TO:**    Sklar Exploration
                   401 Edwards St., Ste. 1601
                   Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 1/20/2020 | 13076 | $1,140.00 |

Pitnic Limited  16-3 # 1

**PAYMENT DUE UPON RECEIPT**              **TOTAL INVOICE**        $1,140.00

**DAILY TICKET**

No: 13076

# H & H CONSTRUCTION, LLC
P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

TRACK HOE
DUMP TRUCK
LOW-BOY
DOZER

BACK HOE
WELDERS
CREWS
BOOM/TRUCK

Date _1-20-20_

Customer Name _Skler Exploral_

_Pilne Limited 16-3 #2_

| Description | Hrs. | @/Hr | Total | |
|---|---|---|---|---|
| Move Excass Equipment to Yd | | | 1140 | 7 |
| Brooklyn Lay Down Yard | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | **TOTAL** | 1140 | 7 |

Signed by: _Edward Vine 2-2-2020_

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**DATE**        12/5/2019

**INVOICE**        74019

**INVOICE TO:**    Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 12/5/2019 | 13050 | $936.00 |

Polk  13-5 # 1

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**        $936.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**No: 13050**

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _12-5-18_

Customer Name _Skylar Exploration_

_Rob 13-5 #1_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Tesk Hit of New Tank Well Casible | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL** | 736 |

Signed by:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**DATE**            12/20/2019

**INVOICE**            74119

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 12/20/2019 | 13051 | $12,237.00 |

CCL&T  35-5 # 1

**TOTAL INVOICE**            $12,237.00

**PAYMENT DUE UPON RECEIPT**

# DAILY TICKET

**No: 13051**

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _12-20-19_

Customer Name _Skbc Exploration_

_M14T 35-5 #1_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Install High Pressure Seperator | | | 12257 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL** | 12257 00 |

Signed by: _Claudthis 1-6-20_

Remit to:

**H &H Construction**
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

**DATE**        12/21/2019

**INVOICE**        74219

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|---|---|---|
| 12/21/2019 | 13053 | $21,454.00 |

CCL&T 10-5 # 1

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**        $21,454.00

# DAILY TICKET

**No: 13053**

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _12-21-19_

Customer Name _Skler Exploration_

_MJT 10-5 #2_

| Description | Hrs. | @/Hr. | Total |
|---|---|---|---|
| Set Triplex And Fish Tackll All | | | |
| Power Oil Pump Components, Fab | | | 21,454 ⁰⁰ |
| Set Tackll Will Stand | | | |
| | | | |
| Power Oil Hook Up | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Signed by: _Clendikins 1-6-20_ | | **TOTAL** | 21,454 ⁰⁰ |

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**    74319

**DATE**    12/21/2019

**INVOICE TO:**    Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 12/21/2019 | 13054 | $724.00 |

CCL&T 13-11 # 1

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**    $724.00

# DAILY TICKET

# H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**No: 13054**

TRACK HOE
DUMP TRUCK
LOW-BOY
DOZER

BACK HOE
WELDERS
CREWS
BOOM/TRUCK

Date _12-21-19_

Customer Name _Selar Eplut_

_MDT 13-11 #2_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| _Remove Chube  Fab And Install_ | | | 724 | _w_ |
| _Spool Piece_ | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **TOTAL** | | 724 | _w_ |

Signed by:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**       74419

**DATE**       12/23/2019

**INVOICE TO:**  Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 12/23/2019 | 13055 | $984.00 |

CCL&T 13-11 # 1

*PAYMENT DUE UPON RECEIPT*

*TOTAL INVOICE*       $984.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**No: 13055**

TRACK HOE
DUMP TRUCK
LOW-BOY
DOZER

BACK HOE
WELDERS
CREWS
BOOM/TRUCK

Date _12-23-19_

Customer Name _Stlbr Exploration_

_MLJT 13-11 #1_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Repair Level Controls On The High | | | ~~~~~~~~~~~~~ | |
| Pressure Separator | | | 984 | 00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Signed by: | | **TOTAL** | 984 | 00 |

Remit to:

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

**INVOICE**        74519

**DATE**        12/23/2019

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| **DATE** | **TICKET NUMBER** | **TICKET AMOUNT** |
|---|---|---|
| 12/23/2019 | 13056 | $1,148.00 |

Smurfitt Stone  27-12  # 1

**PAYMENT DUE UPON RECEIPT**

**TOTAL INVOICE**        $1,148.00

# DAILY TICKET

## H & H CONSTRUCTION, LLC

**No: 13056**

P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _12-23-19_

Customer Name _Sklar Exploration_

_Smackh Stone 27-12 #1_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Repair Water Leg on Power Oil Tank | | | 1148 | °° |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **TOTAL** | | | |

H &H Construction
P.O. Box 850
Flomaton, AL. 36441
Phone: 251-296-2865
Fax: 251-296-2867

Remit to:

**INVOICE**      74619

**DATE**      12/23/2019

**INVOICE TO:**   Sklar Exploration
401 Edwards St., Ste. 1601
Shrevport, LA. 71101

| DATE | TICKET NUMBER | TICKET AMOUNT |
|------|---------------|---------------|
| 12/23/2019 | 13057 | $1,148.00 |

Escambia Pipeline

*PAYMENT DUE UPON RECEIPT*

*TOTAL INVOICE*      $1,148.00

# DAILY TICKET

No: **13057**

## H & H CONSTRUCTION, LLC
P.O. BOX 850
FLOMATON, AL 36441
PHONE 251-296-2865
FAX 251-296-2867

**TRACK HOE**
**DUMP TRUCK**
**LOW-BOY**
**DOZER**

**BACK HOE**
**WELDERS**
**CREWS**
**BOOM/TRUCK**

Date _____

Customer Name _____ _Stble Eyplenten_ _____

_Escambia Pipline_

| Description | Hrs. | @/Hr. | Total | |
|---|---|---|---|---|
| Clean Slag Catcher @ 17-4 | | | 1148 | 00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| clean slag catcher | | | | |
| | | | | |
| | | | | |
| | | **TOTAL** | 1148 | 00 |

Signed by:

| United States Bankruptcy Court for the District of Colorado | Your Mail ID is | 172146307 |
|---|---|---|

| | **For Court Use Only** | |
|---|---|---|
| **Name of Debtor:** Sklar Exploration Company, LLC | Claim Number: | 0000010078 |
| **Case Number:** 20-12377 | File Date: | 09/22/2020 16:58:29 |

# Proof of Claim (Official Form 410)

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**
**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.
A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.
**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

**04/19**

---

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): W. BALDWIN & ANNA RAE LLOYD REV TRUST

Other names the creditor used with the debtor: Marie Lloyd Henson

**2. Has this claim been acquired from someone else?** ☑ No ☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name W. BALDWIN & ANNA RAE LLOYD REV TRUST | Name _____ |
| Address ATTN: MARIE LLOYD HENSON | Address _____ |
| P.O. BOX 1847 | _____ |
| _____ | _____ |
| City JACKSON | City _____ |
| State MS     ZIP Code 39215-0000 | State _____ ZIP Code _____ |
| Country (if International): _____ | Country (if International): _____ |
| Phone: 601-957-7083 | Phone: _____ |
| Email: JLHenson13@aol.com | Email: _____ |

| **4. Does this claim amend one already filed?** | **5. Do you know if anyone else has filed a proof of claim for this claim?** |
|---|---|
| ☑ No | ☑ No |
| ☐ Yes. | ☐ Yes. |
| Claim number on court claims register (if known) _____ | Who made the earlier filing? |
| Filed on _____ | _____ |
| MM / DD / YYYY | |

**Part 2:**  **Give Information About the Claim as of the Date the Case Was Filed**

---

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes.
Last 4 digits of the debtor's account or any number you use to identify the debtor:

____  ____  ____  ____

**7.  How much is the claim?**

$ __209.26_____

**Does this amount include interest or other charges?**

☑ No

☐ Yes.  Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8.  What is the basis of the claim?**

Examples:  Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.  Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).  Limit disclosing information that is entitled to privacy, such as health care information.

Deposits
_____

---

**9.  Is all or part of the claim secured?**

☑ No

☐ Yes.   The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other.  Describe:
_____

**Basis for perfection:**

_____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                    $_____

Amount of the claim that is secured:   $_____

Amount of the claim that is unsecured: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any
default as of the date of the petition:  $_____

**Annual Interest Rate** (when case was filed) _____%
                         ☐ Fixed  ☐ Variable

**10.  Is this claim based on a lease?**

☑ No

☐ Yes.  **Amount necessary to cure any default as of the date of petition.**

$_____

**11.  Is this claim subject to a right of setoff?**

☑ No

☐ Yes.  Identify the property:

_____

**12.  Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☑ No

☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other.  Specify subsection of 11 U.S.C. § 507 (a) (_____) that applies.

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

A claim may be partly priority and partly nonpriority.  For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

$_____

$_____

$_____

$_____

$_____

$_____

---

**13.  Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes.  **Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9):** $_____

**Part 3:** **Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Marie Lloyd Henson*                                    09/22/2020 16:58:29

Signature                                                        Date

**Provide the name and contact information of the person completing and signing this claim:**

Name        Marie Lloyd Henson

Address     3 Arlington Park

City         Jackson

State        MS                                          Zip    39211

Country (in international)    USA

Phone       601-957-7083

Email       JLHenson13@aol.com

# REFER TO MAKER

check. You can use it the same way you would use the original check.

**RETURN REASON-S**
**REFER TO MAKER**

*065300279*
05/05/2020
99000054

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

**RETURN REASON-S**
**REFER TO MAKER**

## REFER TO MAKER

Sklar Exploration Co., L.L.C.
Revenue Account
401 Edwards Street, Suite 1601
Shreveport, LA 71101
318-227-8668

East West Bank
Dallas, TX

16719

Two hundred nine dollars and 26 cents

| DATE | AMOUNT |
|------|--------|
| 03/25/2020 | $**209.26** |

Pay to the
Order of
.W. BALDWIN LLOYD & ANNA RAE LLOYD
REVOCABLE TRUST
ATTN MARIE LLOYD HENSON
P.O. BOX 1847
JACKSON, MS 39215

*000000167194* *322070381* 8003098665*

>065300279<
Trustmark Northpointe
2020-06-12
0365645056

o not endorse or write below this line ↓

↓Do not endorse or write below this line

| United States Bankruptcy Court for the District of Colorado | | For Court Use Only | |
|---|---|---|---|
| **Name of Debtor:** | Sklar Exploration Company, LLC | Claim Number: | 0000010112 |
| **Case Number:** | 20-12377 | File Date: | 09/25/2020 09:25:01 |

# Proof of Claim (Official Form 410)

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

**04/19**

| Part 1: | Identify the Claim |
|---|---|

**1.   Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim):   Pioneer Wireline Services, LLC

Other names the creditor used with the debtor: _____

**2.   Has this claim been acquired from someone else?**   ☑ No   ☐ Yes.   From whom? _____

**3.   Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name    Pioneer Wireline Services, LLC | Name _____ |
| Address    c/o Dore Rothberg McKay, P.C. | Address _____ |
|    17171 Park Row, Suite 160 | _____ |
| | _____ |
| City    Houston | City _____ |
| State    TX    ZIP Code   77084 | State _____ ZIP Code _____ |
| Country (if International): _____ | Country (if International): _____ |
| Phone:    281-829-1555 | Phone: _____ |
| Email:    mbartlett@dorelaw.com | Email: _____ |

| 4. Does this claim amend one already filed? | 5. Do you know if anyone else has filed a proof of claim for this claim? |
|---|---|
| ☑ No | ☑ No |
| ☐ Yes. | ☐ Yes. |
| Claim number on court claims register (if known) _____ | Who made the earlier filing? |
| Filed on _____ | _____ |
| MM / DD / YYYY | |

Page 1 of 3

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes.
Last 4 digits of the debtor's account or any number you use to identify the debtor:

_____ _____ _____ _____

**7. How much is the claim?**

$ 41,363.29
_____

**Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Goods Sold/Services (Trade Claim)
_____

**9. Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☑ Other. Describe: Assets covered by recorded liens.
_____

**Basis for perfection:**

Recorded Liens
_____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:    $_____

Amount of the claim that is secured:    $ 41,363.29
_____

Amount of the claim that is unsecured: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $ 41,363.29
_____

Annual Interest Rate (when case was filed)    18 _____ %

☑ Fixed    ☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of petition.**

$_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property:

_____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☑ No

☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other. Specify subsection of 11 U.S.C. § 507 (a) (_____) that applies.

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

$_____

$_____

$_____

$_____

$_____

$_____

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9):** $_____

**Part 3:** | **Sign Below**

The person completing this proof of claim must sign and date it.  FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent.  Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor.  Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Lisa Cardenas*                                              09/25/2020 09:25:01

Signature                                                        Date

**Provide the name and contact information of the person completing and signing this claim:**

Name       Lisa Cardenas

Address    Pioneer Wireline Services, LLC

           1250 NE Loop 410, Suite 1000


City       San Antonio

State      TX                                          Zip   78209

Country (in international)

Phone      210-870-2163

Email      lcardenas@pioneeres.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SKLAR EXPLORATION CO., LLC | § | Case No. 20-12377 |
| | § | |
| DEBTOR. | § | |

**Addendum to Proof of Claim of Pioneer Wireline Services, LLC**

1.      Claimant expressly reserves all rights including, without limitation, the right to: (i) amend, modify or supplement in any respect this Proof of Claim including any exhibit, or to file an amended or supplemental Proof of Claim for the purpose of asserting additional claims, modifying or liquidating the extent of any lien claimed, the amount of any interest, fee, cost or expense accrued or incurred subsequent to the petition date, or to include any other amounts authorized by the contractual agreements, 11 U.S.C. §§ 365, 506, other provisions of Title 11 of the United States Code, or applicable state law; and (ii) supplement this claim with other documents evidencing the perfection of any lien or security interest, or amounts recoverable under 11 U.S.C. § 506(b).

2.      Claimant has incurred and continues to incur post-petition legal fees and expenses related to this claim against Debtor.  Claimant reserves the right to amend this proof of claim to include its attorneys' fees and expense amounts as and when incurred and related to Claimant's claims against Debtor to the extent authorized by applicable statute.  Such fees are allowed by the parties' contract, applicable state law and applicable federal law. *See* 11 U.S.C. §§ 502, 506.

356186 Fee: $45.00 5 Pgs Bk Doc 88  Pg 696-700
PHILLIPS COUNTY, MT  Recorded 06/04/2020 At 01:10 PM
Lynnel LaBrie, Clk & Rcdr By
Return To:DORE LAW GROUP, P.C.
17171 PARK ROW STE. 160, HOUSTON, TEXAS 77084

**AFTER RECORDING RETURN TO:**
Doré Rothberg McKay, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084
281-829-1555
281-200-0751 Fax

---

Sklar Exploration Company, LLC – Corwin 5 Well # 1                    S5 T32N R33E

## STATEMENT OF OIL AND GAS LIEN
Mont. Code Ann. §§ 71-3-1001, et seq.

THE STATE OF MONTANA          §
                              §   KNOW ALL MEN BY THESE PRESENTS THAT:
COUNTY OF PHILLIPS            §

1. The undersigned agent of **PIONEER WIRELINE SERVICES, LLC** ("Claimant"), claims a lien for labor performed and materials furnished as a contractor under express contract with the owner, original contractor and/or subcontractor, or their respective agents, for the benefit of and on the hereinafter described leasehold for oil or gas purposes, or pipeline.

2. The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| Amounts Claimed | Items of the Claim Oilfield Equipment, Rental Tools Services and Products | Dates of Unpaid Labor Was Performed or Material or Services Furnished |
|---|---|---|
| **$39,950.15** | **Invoice Nos.** 24850 24678 | From December 14, 2019 to December 26, 2019 |

3. The name of the operator, owner or owners and working interest of the leasehold for oil or gas purposes, or pipeline against which the lien is claimed is:

**SKLAR EXPLORATION COMPANY, LLC**      **SKLARCO L.L.C.**
401 Edwards Street, Suite 1601            401 Edwards Street, Suite 1601
Shreveport, Louisiana 71101              Shreveport, Louisiana 71101

; and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced labor and/or hauled or delivery of materials in the property described below, (collectively referred to as "Owner").

-1-
EXHIBIT A

4. The name of Claimant is **PIONEER WIRELINE SERVICES, LLC** whose address is P.O. Box 202567, Dallas, Texas 75320.

5. The name of the Contractor is **SKLAR EXPLORATION COMPANY, LLC**, whose address is 401 Edwards Street, Suite 1601, Shreveport, Louisiana 71101.

6. A description of the land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil of gas pipeline right-of-way subject of which the lien is claimed is as follows: All that certain tract or parcel of land located in **PHILLIPS** County, Montana, situated in **SECTION 5, TOWNSHIP 32 NORTH, RANGE 33 EAST**. Said lands, include, but are not to be limited by that certain wellbore known as the **Corwin 5 Well # 1**, API #25-071-23339, being located at a surface location in the NORTHEAST QUARTER (NE/4) of SECTION 5, TOWNSHIP 32 NORTH, RANGE 33 EAST, being 1,212.0 feet from the North line and 1,032.0 feet from the East line of SECTION 5, against which this lien is claimed.

7. The true and correct amount claimed by Claimant is **$39,950.15**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest and attorney fees is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto, marked **Exhibit "A"** and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells, and production and the proceeds therefrom, or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, pipe casing, and all other personal property and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-of-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner.

8. Due notice was given by Claimant of said account and lien claim by certified mail, return receipt requested to the Owner and Contractor described herein, in accordance with applicable law.

9. Not more than six (6) months have elapsed since the Claimant's labor was last performed or the material or services were last furnished under a single contract.

DATED this, the 4th day of June, 2020.

**PIONEER WIRELINE SERVICES, LLC**

By: _Maria M. Bartlett_

Maria M. Bartlett
Attorney-in-fact

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Maria M. Bartlett, Attorney-in-fact for Pioneer Wireline Services, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within her personal knowledge and who acknowledged to me that she executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, under my hand and seal of office this, the 4th day of June, 2020.

By: _Regan C. Moore_

Notary Public, the State of Texas

REGAN LYNN MOORE
Notary Public, State of Texas
Comm. Expires 08-23-2022
Notary ID 131695423

-3-



# PIONEER

# Invoice

Page:   1

| | |
|---|---|
| INVOICE NUMBER: | 0000024850 |
| INVOICE DATE: | 12/26/2019 |
| DUE DATE: | 1/25/2020 |
| CLIENT: | SKLEXP |

**Pioneer Wireline Services, LLC**
**Service Location: Williston, ND (Wireline)**
**For questions or comments, please call: (701) 572-1087**

## Sold To

Sklar Exploration Company, LLC
Attn: Accounts Payable
401 Edwards Street, Suite 1601
Shreveport, LA 71101   USA

| | | | |
|---|---|---|---|
| Well Name: | Corwin #5-1 | Primary Service: | Mech. Services |
| Field: | | AFE #: | |
| API/OCSG#: | | Contract #: | |
| Well Stage: | Pre-production | PO #: | |
| County: | Phillips | Unit #: | P-97 |
| State: | MT | Last Work Date: | 12/26/2019 |

| ITEM CODE | DESCRIPTION | TAX | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 10000 | Rig-up on Rig or Crane | | 1.00 | 2,200.00 | 2,200.00 |
| 10020 | Health, Safety, and Environmental Charge | | 1.00 | 550.00 | 550.00 |
| 10050 | Mileage Charge for Wireline/Crane Unit | | 422.00 | 4.25 | 1,793.50 |
| 11001 | Line Wiper Assembly Only | | 1.00 | 300.00 | 300.00 |
| 10160 | Special Material Charge | | 1.00 | 2,600.00 | 2,600.00 |
| 10160 | Special Material Charge | | 1.00 | 400.00 | 400.00 |
| 10060 | Crew and Equipment Standby Charge | | -1.50 | 525.00 | -787.50 |
| 10060 | Crew and Equipment Standby Charge | | 10.66 | 525.00 | 5,596.50 |
| 15001 | Collar Locator Log Depth | | 6,000.00 | 0.09 | 518.40 |
| 15002 | Collar Locator Log Operation | | 2,000.00 | 0.09 | 172.80 |
| 15093 | Operation Charge for 6.96-7.71" CIBP | | 1.00 | 3,064.00 | 3,064.00 |
| 15071 | Setting Service Depth | | 6,000.00 | 0.16 | 960.00 |
| 15022 | Dump Bailer Operation | | 1.00 | 960.00 | 960.00 |
| 15021 | Dump Bailer Depth | | 6,000.00 | 0.12 | 696.00 |
| 10160 | Special Material Charge | | 3.00 | 350.00 | 1,050.00 |
| 15022 | Dump Bailer Operation | | 1.00 | 960.00 | 960.00 |
| 15021 | Dump Bailer Depth | | 6,000.00 | 0.12 | 696.00 |
| 10160 | Special Material Charge | | 3.00 | 350.00 | 1,050.00 |
| | Tickets:  T-313-084-0BBA | | | | |

THANK YOU FOR YOUR BUSINESS

**Please remit payment to one of the following locations:**

| | | | |
|---|---|---|---|
| Wire Transfer & ACH: | Standard US Mail: | Subtotal | 22,779.70 |
| Bank: Wells Fargo Bank, N.A. | Pioneer Wireline Service | Sales Tax | 0.00 |
| Houston, TX  77002 | PO Box 202567 | Payment/Credit Amount | 0.00 |
| ABA # | Dallas, TX 75320-2567 | Balance: | 22,779.70 |
| Acct #: | | | |
| Confirmation: credit@pioneeres.com | | | |

**EXHIBIT**
**A**

TERMS:  If Company has an approved open account with Pioneer, invoices are payable NET 30 days from date of invoice.  If Company does not have an approved open account with Pioneer, all sums are payable prior to performance of services or delivery of equipment, products, or materials.  Company agrees to pay interest on any unpaid balance from the date payable until paid at the highest lawful contract rate applicable, but never to exceed 18% per annum.  In the event Pioneer employs an attorney for collection of any account, Company agrees to pay reasonable attorney fees plus all collection and court costs.



# PIONEER

# Invoice

Page:    1

**Pioneer Wireline Services, LLC**
**Service Location: Williston, ND (Wireline)**
**For questions or comments, please call: (701) 572-1087**

| | |
|---|---|
| INVOICE NUMBER: | 0000024678 |
| INVOICE DATE: | 12/15/2019 |
| DUE DATE: | 1/14/2020 |
| CLIENT: | SKLEXP |

## Sold To

Sklar Exploration Company, LLC
Attn:  Accounts Payable
401 Edwards Street, Suite 1601
Shreveport, LA 71101  USA

| | | | |
|---|---|---|---|
| Well Name: | Corwin #5-1 | Primary Service: | Pipe Recovery |
| Field: | | AFE #: | |
| API/OCSG#: | | Contract #: | |
| Well Stage: | Pre-production | PO #: | |
| County: | Phillips | Unit #: | P-97 |
| State: | MT | Last Work Date: | 12/15/2019 |

| ITEM CODE | DESCRIPTION | TAX | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 10000 | Rig-up on Rig or Crane | | 1.00 | 1,540.00 | 1,540.00 |
| 10003 | Service Charge for Pipe_Recovery Oper | | 1.00 | 1,960.00 | 1,960.00 |
| 10020 | Health, Safety, and Environmental Charge | | 1.00 | 550.00 | 550.00 |
| 10050 | Mileage Charge for Wireline/Crane Unit | | 422.00 | 2.98 | 1,255.45 |
| 10110 | Specialist Engineer/Technician Charge | | 1.00 | 595.00 | 595.00 |
| 11001 | Line Wiper Assembly Only | | 1.00 | 210.00 | 210.00 |
| 16011 | Freepoint 1 3/8-1 5/8" Depth | | -6,000.00 | 0.00 | 0.00 |
| 16012 | Freepoint 1 3/8-1 5/8" Operation | | -1.00 | 0.00 | 0.00 |
| 16011 | Freepoint 1 3/8-1 5/8" Depth | | 6,000.00 | 0.32 | 1,890.00 |
| 16012 | Freepoint 1 3/8-1 5/8" Operation | | 1.00 | 1,890.00 | 1,890.00 |
| 16041 | Back-off Shot 1 3/8"  Depth | | 6,000.00 | 0.32 | 1,890.00 |
| 16042 | Back-off Shot 1 3/8" Operation | | 1.00 | 1,890.00 | 1,890.00 |
| 16500 | Back-off Operation Charge over 400 Gr | | 1.00 | 3,500.00 | 3,500.00 |
| | Tickets:  T-F28-011-B2B8 | | | | |
| | | LAST ITEM | | | |

(F)
12/17/19
KA3

THANK YOU FOR YOUR BUSINESS

| | |
|---|---|
| Subtotal | 17,170.45 |
| Sales Tax | 0.00 |
| Payment/Credit Amount | 0.00 |
| Balance: | 17,170.45 |

**Please remit payment to one of the following locations:**

Wire Transfer & ACH:
Bank: Wells Fargo Bank, N.A.
     Houston, TX 77002
ABA #: ▇▇▇▇▇
Acct #: ▇▇▇▇▇
Confirmation: credit@pioneeres.com

Standard US Mail:
Pioneer Wireline Services, LLC
PO Box 202567
Dallas, TX 75320-2567

TERMS:  If Company has an approved open account with Pioneer, invoices are payable NET 30 days from date of invoice.  If Company does not have an approved open account with Pioneer, all sums are payable prior to performance of services or delivery of equipment, products, or materials.  Company agrees to pay interest on any unpaid balance from the date payable until paid at the highest lawful contract rate applicable, but never to exceed 18% per annum.  In the event Pioneer employs an attorney for collection of any account, Company agrees to pay reasonable attorney fees plus all collection and court costs.

**PROOF OF CLAIM EXHIBIT "B"**
**BASIS FOR PIONEER WIRELINE SERVICES, LLC'S CLAIM**
**Through April 1, 2020**

| | | |
|---|---|---|
| Total Amount Secured Invoices: | $ | 39,950.15 |
| Total Secured Interest: | $ | 1,413.14 |
| **Total Amount of Claim:** | **$** | **41,363.29** |

Pioneer Wireline Services, LLC (Pioneer) provided goods and/or services to Sklar Exploration Co., LLC ("Sklar"), in connection with the Debtors' oil and gas operations in Phillips County, Montana, including without limitation, goods and services for the use in the wells listed below (the "Mineral Property"):

| MINERAL PROPERTY |
|---|
| All that certain tract or parcel of land located in **PHILLIPS** County, Montana, situated in **SECTION 5, TOWNSHIP 32 NORTH, RANGE 33 EAST**. Said lands, include, but are not to be limited by that certain wellbore known as the **Corwin 5 Well # 1**, API #25-071-23339, being located at a surface location in NORTHEAST QUARTER (NE/4) of SECTION 5, TOWNSHIP 32 NORTH, RANGE 33 EAST, being 1,212.0 feet from the North line and 1,032.0 feet from the East line of SECTION 5, against which this lien is claimed. |

.

Pioneer performed labor and/or provided materials to Sklar as the operator and/or owner of the wells identified above. Sklar directly benefited from the work performed by Pioneer. Pioneer submitted its invoices directly to Sklar who failed to timely pay the invoices. Pioneer timely filed its Lien Claimant's Affidavits Against Oil, Gas and Other Mineral Property (the "Liens") on the properties listed above with the corresponding County Clerk's Office in Phillips County, in the State of Montana. The Liens attach to the underlying leases and to Sklar's interests in the Mineral Property. Claimant's Liens are attached as **Exhibit "A"** to the Proof of Claim.

To calculate the interest owed on this claim, Pioneer applied the contractual interest rate of 18% per annum beginning 30 days from the invoice date through the date of bankruptcy case filing. Interest will continue to accrue at the rate of 6% per annum until paid. *See* 11 U.S.C. §§ 502, 506 and relevant state statutory lien law.

Pioneer is entitled to attorney's fees incurred to seek the collection of amounts due. The legal basis for this recovery is pursuant to the parties' contract, applicable federal law and applicable state law. *See* 11 U.S.C. §§ 502, 506 and relevant state statutory lien law.

| | |
|---|---|
| United States Bankruptcy Court for the District of Colorado | |
| **Name of Debtor:**  Sklar Exploration Company, LLC | **For Court Use Only** |
| **Case Number:**  20-12377 | Claim Number:   0000010139 |
| | File Date:   09/28/2020 11:32:39 |

# Proof of Claim (Official Form 410)

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case.  With the exception of 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**
**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.
A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.  18 U.S.C. §§ 152, 157, and 3571.
**Fill in all the information about the claim as of the date the case was filed.  That date is on the notice of bankruptcy** (Form 309) **that you received.**

**04/19**

---

| Part 1: | Identify the Claim |
|---|---|

**1.    Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim):        Kodiak Gas Services, LLC

Other names the creditor used with the debtor:  _____

**2.    Has this claim been acquired from someone else?**   ☑ No  ☐ Yes.   From whom? _____

**3.    Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name    Kodiak Gas Services, LLC | Name   _____ |
| Address   15320 Highway 105 W. | Address  _____ |
|        Suite 210 | _____ |
| | _____ |
| City    Montgomery | City   _____ |
| State    TX        ZIP Code  77356 | State  _____   ZIP Code  _____ |
| Country (if International):   United States | Country (if International):  _____ |
| Phone:   9365393300 | Phone:  _____ |
| Email:   legal@kodiakgas.com | Email:  _____ |

| **4. Does this claim amend one already filed?** | **5. Do you know if anyone else has filed a proof of claim for this claim?** |
|---|---|
| ☑ No | ☑ No |
| ☐ Yes. | ☐ Yes. |
| Claim number on court claims register (if known) _____ | Who made the earlier filing? |
| Filed on _____ | _____ |
|                MM / DD / YYYY | |

Page 1 of 3

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes.
Last 4 digits of the debtor's account or any number you use to identify the debtor:

____ ____ ____ ____

**7. How much is the claim?**

$ 226,862.22

**Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Contract/Executory Contract

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe:

_____

**Basis for perfection:**

_____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                    $_____

Amount of the claim that is secured:   $_____

Amount of the claim that is unsecured: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any
default as of the date of the petition:  $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed  ☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of petition.**

$_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property:

_____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☑ No

☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other. Specify subsection of 11 U.S.C. § 507 (a) (_____) that applies.

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

$_____

$_____

$_____

$_____

$_____

$_____

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9):** $_____

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Kyle Boudousquie*                                          09/28/2020 11:32:39

Signature                                                         Date

**Provide the name and contact information of the person completing and signing this claim:**

Name        Kyle Boudousquie

Address     15320 HWY 105 W., SUITE 210



City         MONTGOMERY

State        TX                                    Zip    77356

Country (in international)   United States

Phone       9365393300

Email        kyle.boudousquie@kodiakgas.com



**GAS COMPRESSION
AGREEMENT**

**THIS GAS COMPRESSION AGREEMENT** ("this Agreement"), dated and effective as of the date of execution below, is between Kodiak Gas Services, LLC ("Kodiak"), with offices at 15320 Hwy 105 W, Suite 210, Montgomery, Texas 77356, and **Sklar Exploration Company LLC**, and/or affiliates, having a place of business at **401 Edwards Street, Suite 1601, Shreveport, Louisiana 71101** ("Customer"). Kodiak and Customer are sometimes referred to herein individually as a "Party" and collectively as the "Parties."

NOW THEREFORE, in consideration of the compensation provided in this Agreement, the promises and covenants set forth herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereto agree as follows:

1. **LOCATION AND EQUIPMENT**

   Kodiak shall perform gas compression services for Customer at its location(s) described in any duly executed "Gas Compression Services Addendum" ("Addendum") subsequently or contemporaneously attached to this Agreement ("the Location"). Kodiak's performance of gas compression services for Customer shall commence on the "Startup Date" described in Section 3 of this Agreement. Kodiak shall provide the equipment and other directly related items necessary to meet the compression service obligations of Customer detailed in each respective Addendum ("the Equipment").

2. **OPERATING STANDARDS AND DESIGN CONDITIONS**

   A. Kodiak will operate and maintain all of the Equipment to perform gas compression services ("Services") in accordance with the operating standards and design conditions described in each respective Addendum.

   B. **ENVIRONMENTAL TESTING/PERMITTING**

      1) Kodiak shall provide Equipment that is capable of meeting manufacturer's published environmental ratings.

      2) Customer shall be solely responsible for obtaining and maintaining all air quality and environmental testing, licensing and permitting. Subsequent to the Startup Date, if the location of the Equipment shall be included in a non-attainment emission area or in the event the applicable environmental laws and regulations are changed and result in additional costs and expenses incurred by Kodiak to comply with such new



environmental laws, regulations or the reclassification of the Location of the Equipment as a non-attainment emission area, Kodiak shall be permitted to bill, and Customer shall pay, all reasonable costs associated with complying with such new laws, regulations and field re-designations.

## 3. COMPENSATION

### A. MONTHLY CHARGE

As consideration for performing the gas compression services each month, beginning with the Startup Date, Customer shall pay to Kodiak for each calendar month the "Monthly Gas Compression Services Charge" detailed in each respective Addendum.  In the event of a partial month, Customer shall pay to Kodiak the "Daily Rate" contained in each respective Addendum for  the remaining days of the partial month.

### B. INVOICING

Upon the Startup Date, Customer will be invoiced for any partial month of compression services using the aforementioned Daily Rate, if applicable.

Thereafter, Customer will be billed on the fifteenth (15th) of each month for the following month's "Monthly Gas Compression Services Charge." All invoices will be payable to Kodiak before the 30th day after the invoice date.

### C. DURATION AND TERM.

1) This Agreement shall remain in full force and effect so long as there is a valid, duly executed Addendum to this Agreement.

2)  The initial period for which Kodiak shall provide gas compression services to Customer and Customer shall pay Kodiak for said services ("Primary Term") shall be controlled by the language of each respective Addendum.

3) The Primary Term of an Addendum shall be tolled during the period in which the Standby Rate (hereinafter defined) is  charged.  If the Primary Term of an Addendum is tolled due to the charging of the Standby Rate, the Primary term of said Addendum shall commence on the first full calendar month in which the Monthly Gas Compression Services Charge is applicable.

4) The term of every Addendum, will continue on a month-to-month



basis after the expiration of its Primary Term until terminated as provided below.

5) Any Addendum may be terminated by a Party at the end of a Primary Term, or at any time thereafter, by giving ninety (90) days written notice of termination to the other Party.

**D.   STARTUP DATE**

Gas compression services performed by Kodiak will commence on the earlier of ("Startup Date"):

1) the date the Equipment is actually started up; or

2) five (5) days following the date the Equipment is on location and deemed ready for startup by Kodiak but cannot be started due to operational and/or production issues of Customer.

**E.   STANDBY RATE**

Upon scenario "2)" of the aforementioned Startup Date, if the Equipment cannot be started for any reason outside the control or fault of Kodiak, the "Standby Rate" detailed in the applicable Addendum shall be charged to Customer. The Standby Rate shall terminate on the day before the Equipment is actually started, and the Monthly Gas Compression Services Charge shall begin on the date the Equipment is actually started up. Once the Equipment is started, Customer will be invoiced for the difference between the Monthly Gas Compression Services Charge and Standby Rate for the remaining days in said month and for the difference between the Monthly Gas Compression Services Charge and Standby Rate for any services in the subsequent months, already invoiced to Customer. The Standby Rate shall not apply once the equipment is started.

**F.   PPI ADJUSTMENT**

Beginning on the January 1st after the first anniversary of the Startup Date for each Addendum, and each January 1st thereafter, the Monthly Gas Compression Services Charge detailed in each Addendum shall be adjusted for the following twelve (12) months by multiplying the original Monthly Gas Compression Services Charge by a fraction, the denominator of which is the PPI for the month of the Startup Date and the numerator is the PPI for the month of the adjustment. "PPI" means the Producer Price Index for Industrial Commodities as published by the United States Bureau of Labor Statistics (the "Producer Price Index – Industrial Commodities," Series ID: WPU03 through 15).

**4. TRANSPORTATION AND INSTALLATION.**



A.   Customer shall be responsible for reasonable actual out-of-pocket necessary mobilization and demobilization costs incurred in installing and removing the Equipment from the Location, including, but not limited to, transportation, cranes, and welding costs associated with the installation and removal of the Equipment.

B.   After the Equipment initially has been installed, if Customer requests that Kodiak move the Equipment to a different location, the reasonable actual out-of-pocket costs incurred by Kodiak to move the Equipment to such location shall be borne by Customer. Any location designated by Customer for the Equipment shall be suitable for operation and installation of Equipment.

C.   Customer shall provide Kodiak and its officers, representatives, agents and lenders with access to the Location at all times while Kodiak's Equipment is present on Customer's Location; provided that, any party not an officer, representative or agent of Kodiak shall (i) not enter the Location without the prior consent of Customer, which consent shall not be unreasonably withheld; (ii) adhere to the safety requirements of Customer and Kodiak; and (iii) be accompanied by an officer, representative or agent of Kodiak at all times.

D.   All valving and piping to the edge of the skid for the installation of the Equipment shall be provided by Customer.

E.   Notwithstanding any other provision of this Agreement, Kodiak's ingress and egress shall be limited to Customer's rights-of-way unless Kodiak obtains written permission from the landowner otherwise. Such written permission shall be provided to Customer and shall release Customer from any damages caused by Kodiak or Kodiak's agents, employees, or subcontractors. Kodiak shall be responsible for all damages caused by Kodiak off of Customer's rights-of-way and shall obtain a written release from any affected landowner releasing Customer from any liability before Kodiak obtains final payment from Customer.

5.   **OPERATION OF EQUIPMENT.**

A.   **OPERATING STANDARDS**
     Kodiak will operate and maintain the Equipment in a good and workmanlike manner in accordance with good industry standards in order to meet the requirements of this Agreement. Kodiak will own and operate, and provide all labor, personnel and supervision, along with all parts, lubricants and supplies needed to maintain the Equipment.

B.   Notwithstanding the foregoing, Customer may, acting on behalf of Kodiak, make



adjustments to the Equipment to maintain safe operation at the Location, including shutting off the Equipment, (i) if there is a change in the gas flow or pressures due to the operations of the gas fields that materially alters the operating conditions of the Services and Customer is unable to provide Kodiak with sufficient advance notice of such change to enable Kodiak's personnel to make the necessary adjustments to maintain the safe operation of the Equipment; or (ii) if there is an emergency at the Location and Kodiak's personnel are not immediately available to address such emergency.

C.   **CATALYTIC CONVERTERS**

Customer is responsible for the purchase of catalytic converter elements on all Equipment. In the event of necessary maintenance or failure of a catalytic converter element, Customer shall be responsible for the maintenance or replacement cost and shall reimburse Kodiak for such costs unless such maintenance is made necessary or failure is cause by Kodiak's improper operation or maintenance.

6. **FUEL GAS QUALITY AND UTITLITIES.**

A.   **LIMITS**

Subject to the limits described below, Customer shall provide Kodiak with natural gas (for use as fuel gas and start gas), and, to the extent available, electricity and water to install and operate the Equipment, all at no cost to Kodiak.  Customer shall be responsible for compressing and treating, if necessary, such gas to attain the needed fuel gas quality and pressure to run the Equipment.  Kodiak guarantees that the fuel gas consumption rate for the Equipment shall not exceed 107% of the manufacturer's published operating specifications for the Equipment based upon the load factor for such Equipment and the fuel gas analysis.

B.   **GAS QUALITY**

Gas delivered by Customer for compression in the Equipment, and for use as fuel gas and start gas, shall not contain excessive amounts of free water, excess hydrocarbon liquids, or foreign substances, including, but not limited to, metal filings, sand, silt particles, or oxygen substances. Any downtime in the Equipment as a result of poor gas quality will not count against Kodiak's monthly "Mechanical Availability Guarantee," described below. The cumulative costs incurred by Kodiak to repair any Equipment damaged by such contaminants in the gas delivered by Customer shall be reimbursed by Customer. Kodiak will immediately notify Customer of any gas quality issues related to the gas provided by Customer for operation of the Equipment.

7. **MECHANICAL AVAILABILITY GUARANTEE/ RUNTIME GUARANTEE.**



Kodiak guarantees that the Equipment will be available to compress gas at the approximate conditions described in each Addendum to this Agreement not less than ninety-eight percent (98%) of the time each month. If ninety-eight percent (98%) mechanical availability is not achieved for three consecutive months during the term of an Addendum for the design conditions detailed in said Addendum, then the applicable Addendum may be cancelled within thirty (30) days of that period with no further obligation on the part of Customer, except as has been accrued up to the date of termination. The calculation of Mechanical Availability includes any downtime that is incurred as a result of Kodiak Operations, including without limitation mechanical shutdowns, maintenances, repair, or overhauls. Any downtime caused by a mechanical failure or shutdown that occurs as a result of improper gas or objectionable liquids or solids in the gas or fuel stream, insufficient gas available for compression or fuel, or any shutdown due to Customer's production or processing operations, will not count against Kodiak in the Mechanical Availability Guarantee.  In addition, downtime not caused by Kodiak is not included in the calculation of downtime including, but not limited to, occurrences of *Force Majeure*.

8. **SURVIVAL**

   A. **ADDENDUMS**
      As provided above, this Agreement shall remain in full force and effect so long as there is a valid, duly executed Addendum to this Agreement.

   B. **SPECIFIC PROVISIONS**
      Notwithstanding any other provision of this Agreement to the contrary, the Parties agree that the obligations imposed by the Section of this Agreement dealing with Transportation and Installation, and the Section of this Agreement dealing with the Waiver of Claims for Consequential Damages shall survive the expiration and/or termination of this Agreement, including any Addendums.

9. **ENTIRE AGREEMENT**

   This Agreement, and other documents referred to herein which form a part hereof (specifically including the MSA defined in Section 14 and any amendment thereto), embody the entire agreement and understanding of the parties hereto in respect of the Services described herein and supersedes all prior agreements and understandings between the Parties with respect to such Services, including by way of illustration and not by limitation, any proposal or offer letters exchanged by the Parties hereto prior to the date hereof. There are no restrictions, promises, warranties, covenants, or undertakings in respect of the Services identified herein, either involving the Parties hereto or their respective affiliates, other than those expressly set forth or referred to herein. Duly executed Addendums, signed by both parties, may be added to this Agreement from time-to-time.

   Page 6 of 12



## 10. HEADINGS

The headings contained in this Agreement are inserted for convenience only and shall not constitute a part hereof.

## 11. SEVERABILITY

Wherever possible, each provision of this Agreement shall be interpreted in such a manner as to be effective and valid under applicable law, but if any provisions of this Agreement shall be prohibited by or invalidated under applicable law, such provisions shall be ineffective to the extent of such provision and the remaining provisions of this Agreement shall remain fully effective.

## 12. COUNTERPARTS; ELECTRONIC TRANSMISSION AND STORAGE

This Agreement may be executed simultaneously in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Delivery of an executed counterpart of a signature page of this Agreement by telecopy or other electronic means shall be effective as delivery of a manually executed counterpart of this Agreement.

## 13. TAXES

Kodiak will pay any applicable ad valorem taxes (or any tax imposed in lieu of ad valorem taxes), sales or use tax (or any tax imposed in lieu of such tax) assessed on the Equipment by federal, state, county, or municipal taxing authorities, whether presently in existence or subsequently created, provided however, that all such tax payments shall be reimbursed to Kodiak by Customer within thirty (30) days of Kodiak's written notice to Customer of payment of such taxes.

## 14. INCORPORATION BY REFERENCE AND CONFLICTS

This Agreement and any Addendum(s) executed hereunder are governed by the "Master Service Agreement" ("MSA") between Customer and Kodiak effective June 11, 2014 and attached hereto, and any written amendment thereto. The terms of this Agreement and any Addendum shall supplement the terms of the MSA. In the event there should be an irreconcilable conflict between the clauses and/or terms of this Agreement, an Exhibit, and/or any duly executed Addendum, and the clauses and/or terms of the MSA that pertains to the scope of Services to be provided by Kodiak, the Parties agree that the provisions of this Agreement, Exhibit and/or duly executed Addendum shall control. Notwithstanding the foregoing, in the event there should be an irreconcilable conflict



between the terms of this Agreement or any Addendum and the terms of the MSA that pertain to the rights, duties or obligations of the Parties, then the terms of the MSA shall control. In all other circumstances, the Parties agree that the MSA shall control the legal relationship between Customer and Kodiak.

## 15. SUCCESSORS AND ASSIGNS

This Agreement shall not be assigned by a Party without prior written consent of the other Party, which consent will not be unreasonably withheld or delayed. In the event of a disposition by Customer of all or substantially all of its interest in the field and/or system the Equipment is located on, Customer agrees, without limiting its other rights under this Agreement, to either (i) cause the acquiring party to assume Customer's obligations under this Agreement or (ii) fulfill the terms of the Agreement by payment of a lump sum equal to the remaining number of months in the primary term of each respective Addendum multiplied by the Monthly Gas Contract Compression Services Charge of each respective Addendum.

## 18. EXHIBITS

The following Exhibit(s) are incorporated by reference and are attached hereto:

**Exhibit A**    **Sample Addendum**

**Exhibit B**    **Master Services Agreement between Kodiak and Customer dated June 11, 2014**

<div align="center">

**&lt;SIGNATURE PAGE TO FOLLOW&gt;**

</div>



## SIGNATURE PAGE

IN WITNESS WHEREOF the parties have executed this Agreement this _30<sup>TH</sup>_ day of _JUNE_, 2014.

Kodiak Gas Services, LLC

By: _____

Name: _BOBERT M. McKEE_

Title: _PRESIDENT_

Sklar Exploration Company LLC
("Customer")

By: _____

Name: _David A. Barlow_
      _President & Chief Operating Officer_
      _Sklar Exploration Company L.L.C._

Title: _____



## EXHIBIT A TO GAS COMPRESSION AGREEMENT

## SAMPLE ADDENDUM

## ATTACHED TO AND MADE PART OF THE GAS COMPRESSION AGREEMENT

The terms and conditions of that certain Gas Compression Agreement ("Agreement") dated _____, by and between Kodiak Gas Services, LLC ("Kodiak") and **Sklar Exploration Company LLC** ("Customer") are hereby incorporated by reference. In the event of any conflict between the Agreement, any exhibits or attachments thereto, this Addendum, or any other papers or documents, the terms of the Agreement shall control. Notwithstanding the foregoing, the terms of the Agreement may be modified by the terms of this Addendum if, and only if, the terms of this Addendum expressly state that they are in fact modifying the terms of the Agreement. All capitalized terms not defined herein shall have the meanings ascribed to them in the Agreement.

NOW THEREFORE, in consideration of the compensation provided herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Kodiak and Customer agree to the provision of additional gas compression services as follows:

1. **LOCATION.** Kodiak shall perform contract gas compression services for Customer at Customer's _____location, in _____ County/Parish, _____ (the "Location") commencing on the Startup Date.

2. **OPERATING DESIGN CONDITIONS.** Kodiak will operate and maintain the Equipment to perform the gas compression services at the following operating standards and design conditions:

| | |
|---|---|
| Design Suction Pressure (psig) | |
| Design Discharge Pressure (psig) | |
| Suction Temperature (°F) | |
| Discharge Temperature (°F) | |
| Specific Gravity | |
| Required Flow/Design Capacity (mmscfd) | |
| Elevation | |
| Unit Partial NACE for Sour Gas (Y/N) | |

3. **COMPENSATION.** As consideration for performing the gas compression services each month under Section 2 of this Addendum, beginning with the Startup Date, Customer shall pay Kodiak for each calendar month the applicable rate per the terms of the Agreement using the following pricing matrix:



| Monthly Gas Compression Services Charge | |
|---|---|
| Daily Rate | |
| Standby Rate | |

4.  **PRIMARY TERM**.  The Primary Term of this Addendum shall be _____ months from the Startup Date.

5.  **MODIFICATION.**  Kodiak initially shall install the Equipment at the Location, but with prior written notice to Customer, shall be allowed to modify the Equipment at the discretion of Kodiak so long as Kodiak meets and fully performs its obligations in this Agreement.  If the compression needs of the Customer change with regard to the field and/or system the Equipment is located on, Kodiak and Customer may amend this Addendum from time to time as the Parties may mutually agree to reflect the terms of such modified services; provided however, that any additional expenses incurred due to such modifications shall be the sole responsibility of Customer.



## <u>EXHIBIT B TO GAS COMPRESSION AGREEMENT</u>

### <u>MASTER SERVICES AGREEMENT</u>

**ATTACHED TO AND MADE PART OF THE GAS COMPRESSION AGREEMENT**

**\<NEXT PAGE\>**



## MASTER SERVICE AGREEMENT

This **MASTER SERVICE AGREEMENT** (sometimes called "MSA" or simply "Agreement") is entered into effective as of the 11ᵗʰ day of June, 2014 by and between Sklar Exploration Company, L.L.C., for itself and its affiliated entities (collectively "Company"), and **Kodiak Gas Services, LLC**, as "Contractor."

Contractor acknowledges that Company may have contracted with a Third Party or Third Parties to provide services of which the Work hereunder is a part. Contractor agrees that all of its obligations and covenants set forth herein shall accrue to the benefit of all such parties and all other owners of interests in the well or other Project with respect to which such Work is performed.

In consideration of the mutual promises, conditions, terms and agreements contained in this Agreement, the sufficiency of which is hereby acknowledged, the Parties hereto mutually agree as set forth below:

### ARTICLE 1: PURPOSE, APPLICATION, AND DEFINITIONS

**1.1 Scope:** This MSA applies to all services, including work in which the Contractor is to supply miscellaneous goods or materials, including rented or leased goods or equipment, in addition to labor and equipment, but is not intended to be used for work primarily involving the performance of professional services.

#### A. RENTALS

**1.2 Rentals:** If the Parties or their Affiliates elect to enter into a separate equipment rental agreement and there is any conflict between the terms of the separate equipment rental agreement and this MSA, the terms of this MSA shall prevail and govern. Unless otherwise agreed in the Work Order, the rental rate for all Contractor-owned equipment shall be approved rates set forth in the Work Order, and such rates shall not be increased without Company's prior written consent. The rental equipment shall include (a) available operating manuals and (b) the supplies and spare parts, if any, set forth in the Work Order, as hereinafter defined.

**1.3 Title, Ownership and Condition of Rentals:** Title and ownership of the equipment shall at all times remain with Contractor and shall remain the personal property of Contractor notwithstanding that the rental equipment may become affixed to real property. Company shall return the rental equipment to Contractor at the Site in the condition received by Company, less normal wear and tear. Contractor shall be responsible for, and bear the risk of, loss due to transportation of any rental equipment to and from the Site. During the rental term, Company's only responsibility for loss or damage to any rental equipment is when such equipment is in the care, custody and control of Company. Contractor shall be responsible for any loss or damage to the rental equipment at all other times. Unless Company expressly, and in writing, assumes the obligation to maintain the rental equipment, Contractor shall maintain the rental equipment in good working order throughout the rental term. Company shall not assign, sublease, or otherwise transfer the rental equipment. Company shall not cause or permit any liens or privileges to be placed against the rental equipment other than liens or privileges resulting from the actions or failures of Contractor.

**1.4 Insurance for Rentals:** Contractor shall obtain property damage insurance for the fair market value of the rental equipment. Company shall obtain property damage insurance for the fair market value of the rental equipment while it is in Company's care, custody, and control. Each insurance policy shall contain the required insurance provisions set forth in this Agreement, except that Company's insurance policy shall be primary where Company has care, custody, and control of the equipment and Contractor's insurance shall be primary at all other times.

#### B. DEFINITIONS

**1.5 "Affiliate"** means any Person controlling, controlled by, or under common control with a Party. The term "control" as used in the preceding sentence means, with respect to a corporation, the right to exercise, directly or indirectly, more than fifty percent of the voting rights attributable to the shares of the controlled corporation, and with respect to any Person other than a corporation, the possession, directly or indirectly, of the power to direct or cause the direction of such Person's management or policies.

**1.6 "Claim," "Claims," "Loss," or "Losses"** means all claims and/or losses of all kinds and descriptions concerning bodily injury, personal injury (under workers' compensation laws, or otherwise), illness, death, property damage, including total or partial loss, temporary or permanent loss of use, regardless of how such claims and/or losses may be characterized, including damages of all kinds and descriptions, liabilities of all kinds and descriptions, losses of all kinds and descriptions, demands of all kinds and descriptions, liens, privileges and other encumbrances of all kinds and descriptions, causes of action of any kind or description (including negligence, actions *in rem* or *in personam*, at law or in equity), obligations of any kind or description, attorneys' fees, expert fees, costs of any kind or description, judgments of any kind or description, settlements, regulatory proceedings, citations, orders, decrees, taxes of any kind or nature, fines, penalties, interest of any kind or description, and awards of any kind or description, whether created by law, statute, regulation, contract, tort, voluntary settlement, arbitration, mediation or otherwise, including where all such claims that might be brought by (or the losses suffered by) spouses, heirs, survivors or legal representatives, successors and assigns, and any other claims that may be brought or asserted against an Indemnitee by any Person, Third Party or legal entity whomsoever.

**1.7 "Company Group"** means Company and its and their Affiliates, and its and their shareholders, members, managers, owners, officers, directors, employees, servants, non-operating co-owners and others for whom Company is acting as agent, partners, joint venturers, agents, assigns, representatives, managers, consultants, insurers, subrogees, and other contractors and subcontractors (with the Exception of Contractor and its subcontractors) of all the foregoing.

**1.8 "Contractor Group"** means Contractor and its and their Affiliates, its and their subcontractors and employees of subcontractors, and its and their shareholders, members, managers, owners, officers, directors, employees, and servants.

**1.9 "Drawings"** means any and all drawings listed or incorporated by reference in the Work Order and any subsequent revisions thereto, and all drawings furnished by Contractor in accordance with the Work Order and reviewed and approved by Company.

**1.10 "Effective Date"** means the date written in the first paragraph on the first page of this Agreement.

**1.11 "Including"** means "including, without limitation" or "including, but not limited to."

**1.12 "Goods" or "Materials"** means all moveable property supplied to Company by Contractor as part of or in connection with a Work Order, including, equipment, fuel, materials, tools, consumables and parts.

**1.13 "Party" or "Parties"** means the Persons whose names are expressly set forth in the blanks near the words "Contractor" and "Company" in the first paragraph on the first page of this Agreement.

**1.14 "Person"** means an individual, partnership, joint venture, corporation, limited liability company, or unincorporated organization.

**1.15 "Plans"** means the layout, elevation and other engineering plans prepared by or on behalf of Company and provided to Contractor and incorporated into the Work, together with any revisions and modifications thereof.

**1.16 "Project"** includes the Work of Contractor but may refer to the overall project endeavor of Company of which the Work is only a part.

**1.17 "Specifications"** means the Specifications attached to or incorporated by reference into the Work Order and made a part thereof and any subsequent revisions thereto.

1

**1.18** "Third Party" or "Third Parties" means any Person other than a member of Contractor Group or Company Group.

**1.19** "Work" or "work" as used in this Agreement, means all of the Goods, supplies, equipment, Materials, tools, labor, services and any other items furnished by Contractor pursuant to a Work Order.

**1.20** "Work Order" or "Order" means Company's request for services duly issued pursuant to the terms of this Agreement, the Specifications and Drawings, and all other documents, if any, which are by reference made a part of the Work Order. A written Work Order may consist of an exchange of correspondence, whether by letter, telex, telegram, facsimile, or e-mail, if the exchange is transmitted by a duly authorized representative of Company holding the title of Vice President or President and includes all material terms and conditions, and the Parties have affirmatively agreed to such terms and conditions.

**1.21** "Work Site", "Job Site" or "Site" means the location or locations owned or operated by Company where work under a Work Order is being performed.

## ARTICLE 2:  CONTRACT ADMINISTRATION

### A.  MSA

**2.1 Parties Bound.**  This MSA shall bind Company, Contractor and their respective Affiliates.

**2.2 Applicability.**  This MSA establishes a master service agreement contracting system consisting of two parts: (1) a master service agreement having general terms and conditions; and (2) one or more orders for Work, Materials and/or Goods, including rental equipment. The Parties hereby agree that, notwithstanding any other agreements between the Parties, any Work Orders issued pursuant to this MSA shall be governed exclusively by this MSA and not any other master service agreements.

**2.3 Term and Termination.**  This Agreement shall commence on the Effective Date and shall terminate with the first proper Termination Notice, as hereinafter defined, or the execution of a subsequent master service agreement, whichever occurs first. By written notice ("Termination Notice"), either Party may terminate this Agreement prospectively with respect to new work. This Termination Notice must be written, and the other Party must receive it at least thirty (30) days in advance of the desired termination date. For either Party, a Termination Notice does not require any cause and may be made without any liability. Notwithstanding such Termination Notice, the terms and conditions of this Agreement shall survive for all completed and current but uncompleted Work Orders. If this Agreement contemplates action or forbearance concerning such completed and/or current Work Orders after a proper Termination Notice, then this Agreement's provisions related to such action or forbearance shall survive termination for six years or until the applicable statutes of limitation bars any Claim, whichever occurs first. If the Parties have specified specific shorter or longer survival periods in other sections of this Agreement, then those specific provisions shall control.

**2.4 Entire Agreement.**  This MSA is the Parties' entire agreement concerning the agreed general terms and conditions while the entire agreement for the work consists of both the MSA and the Work Order, as herein defined, describing the work and any special terms and conditions, and as may be modified by a duly-executed Change Order. All prior negotiations, representations, understandings, and partial agreements concerning this Agreement's subject matter are superseded by this Agreement, merged with this Agreement, and constitute non-binding preliminary negotiations for this Agreement. Likewise, all prior negotiations, representations, understandings, and partial agreements concerning a Work Order's subject matter are superseded by the final Work Order, merged with the final Work Order, and constitute non-binding preliminary negotiations for such Work Order.

**2.5 Amendment.**  No attempted amendment, modification, waiver, or release of this Agreement's obligations or any Work Order's obligations shall be binding on the Parties unless a writing of like import exists that (a) identifies the amended, modified, waived, or released obligation, (b) describes the nature of the amendment, modification, waiver, or release, (c) is signed by each Party's duly authorized representative, and (d) follows any additional requirements set forth in this Article 2.

**2.6 Assignment.**  Contractor shall not assign this Agreement or any Work Order without Company's prior written consent.

**2.7 Assignee Bound/Assignor Not Released.**  An authorized or permitted assignment shall not discharge Contractor from its obligations under this Agreement. Contractor shall remain responsible for the acts, defaults, omissions, and neglects of any assignee as if it was Contractor's acts, defaults, omissions, and neglects. Company may demand that Contractor fulfill its obligations without first having to make such a request to Contractor's assignee.

**2.8 Conflict with Agreement.**  Upon the issuance of a Work Order and the acceptance thereof by Contractor, the terms of the Work Order shall supplement the terms of this Agreement. It is intended that the terms of this Agreement and those of any Work Order be read together giving effect to all. In the event, however, of an irreconcilable conflict between the terms of this Agreement and those of any Work Order, then the following priority shall apply:

a.     If the irreconcilable provisions of the Work Order and this Agreement pertain to the scope of services, applicable Specifications or matters of a technical nature to be provided by Contractor in connection with the performance of the Work, then such provisions of the Work Order shall govern.

b.     If the irreconcilable provisions of the Work Order and this Agreement pertain to the rights, duties or obligations of the Parties, then the provisions of this Agreement shall govern.

**2.9 Not a Work Order.**  This Agreement does not obligate Company to issue any Work Order to Contractor nor does this Agreement obligate Contractor to accept any Work Order tendered by Company.

### B.  WORK ORDERS

**2.10 Requirements.**  All requests for proposals shall be issued by Company. When issued, such requests for proposal are non-binding, negotiable offers. Such offers become a binding Work Order only after Company and Contractor have affirmatively agreed to all material terms and conditions pertaining to the Work and those terms and conditions are incorporated into the Work Order. The failure of Contractor to respond to a request for proposal shall not result in a binding Work Order even though Company and Contractor may be considered 'merchants' under the Uniform Commercial Code. Contractor's commencement of performance of the Work under a request for proposal shall be deemed to be acceptance of the request for proposal and the agreement of Contractor to comply with the Work Order.

**2.11 No Ancillary Terms Adopted.**

A.    To acknowledge or document various events during the performance of the Work, Company may from time to time sign Contractor's variously titled forms, such as delivery tickets, labor tickets, time sheets, bills of lading, sales orders, tickets or acknowledgements and rental tickets, but these forms' terms and conditions do not amend, modify, waive, or release any aspect of a Work Order or this Agreement and form no part of either.

B.    Under no circumstances will Contractor's terms and conditions on any proposal, bid, delivery ticket, work ticket, non-conforming acceptance, invoice or other document (whether printed thereon or attached thereto or otherwise incorporated by reference therein) be binding on Company. Notice is hereby given that any such additional terms and conditions are unacceptable and do not form part of the Work Order or this Agreement.

**2.12 Termination.**  Work Orders may be terminated under this Agreement as a remedy for an accrued default as set forth in the default provisions of this Agreement, for Force Majeure conditions as set forth in the Force Majeure provisions of this Agreement, or under such terms and conditions as may be set forth in the Work Order.

**2.13 Identifying Subcontractors.**  For Company's benefit, Contractor shall identify its proposed subcontractors, and later, if different, its retained subcontractors. Contractor shall use its reasonable efforts to identify subcontractors before subcontracts are actually let. If Contractor makes any changes in its proposed subcontractors or in its hired subcontractors, then Contractor shall notify Company of any additional, substituted, or eliminated subcontractors.

**2.14 Company's Right to Reject Subcontractors.**  Within five (5) days after it receives a list of proposed subcontractors, Company shall notify Contractor in writing of any subcontractors that it rejects. Company's right to reject subcontractors is not limited to subcontractors identified in this subcontractor identification procedure. The right applies to all subcontractors retained by Contractor.

**2.15 Subcontractor Bound/Contractor Not Released.** Contractor's subcontracting shall not discharge Contractor from its obligations under any Work Order or this Agreement. Contractor shall remain responsible for the acts, defaults, omissions, and neglects of any subcontractor as if they were Contractor's acts, defaults, omissions and neglects. Company may demand that Contractor fulfill its obligations without first having to make such a request to Contractor's subcontractor.

**2.16 Change Orders.**

A.    Form of Change Order Request:  Either Party may request changed items, include new items, or omit current items by issuing a change order request. Until the terms of the change order requests are accepted in writing as provided in Section 2.17 B, they are non-binding, negotiable offers. Any

2

change order request shall be reasonably detailed to permit the customary analysis by the other Party.

**B.  Form of Change Order.**  A Change Order may consist of an exchange of correspondence, whether by letter, telex, telegram, facsimile, or e-mail, if the exchange by a duly authorized representative of Company holding the title of Vice President or President and includes all material terms and conditions, and the Parties have affirmatively agreed to such terms and conditions.  The failure to respond to a change order request shall not result in a binding Change Order even though Company and Contractor may be considered "merchants" under the Uniform Commercial Code. Affirmative agreement by both Company and Contractor is required.

**D.  Change Order Negotiations and Performance.**  The Parties shall negotiate in good faith to conclude a Change Order, but neither Party shall be obligated to conclude an agreement that results in a Change Order.  Upon the Parties' approval, Contractor shall diligently perform the Change Order.

**E.  Disputed Change Order Requests.**  If there is a dispute as to whether the work at issue is a change in the scope of the work required under the Work Order, or there is a good faith dispute as to the value of such change, or there is any other matter in controversy, Company shall be entitled to issue a directive to the Contractor to perform the additional work, and Contractor shall be obligated to proceed with, and complete performance of, such alleged change, without either Party's admitting to liability for the change or waiving its respective rights under the Work Order. No dispute involving the interpretation of this Agreement or any Work Order or change order request shall be any basis for Contractor to fail or refuse to perform according to a directive issued by Company pursuant to this Section or Section 2.52, and Contractor's compliance with the directive shall entitle Contractor to an equitable adjustment in the price for such work. Any dispute as to the amount of the equitable adjustment, whether an increase or a decrease from the original Work Order amount, shall be determined in accordance with this Agreement.

### C.  RELATIONSHIP OF COMPANY AND CONTRACTOR

**2.17  Relationship: Independent Contractor.**  Contractor is Company's independent contractor working at its own risk. Contractor is not Company's agent, servant, or employee. Company shall designate the work it desires, but Contractor shall decide how services to accomplish such work shall be performed. Company is interested only in the results obtained, and has no control over the details of Contractor's performance; provided, however, Company retains the right to inspect and monitor work by Contractor hereunder or dictate certain scheduling parameters if required by the work.  Notwithstanding the foregoing, unless prohibited by law, Company shall be considered the statutory employer of all employees of Contractor, Contractor's sub-contractors or agents when the work is an integral part of or essential to Company's ability to perform its operations as an oil and gas operator.

**2.18  Conflict of Interest.**  Contractor shall not offer to Company's employees or officers gifts, entertainment, or other favors beyond the common courtesy usually associated with business practices. Contractor shall not pay any commissions or fees or grant any rebates or other remuneration or monetary gratuity to any employee, agent, officer or representative of Company. Contractor agrees to use reasonable efforts to have a similar provision in its subcontracts.

### D.  WORK AND WORK WARRANTY

**2.19 Preparedness.**

**A.**  Contractor shall furnish all necessary personnel, equipment, machinery, Materials, Goods, tools, supplies, expertise, transportation and supervision necessary for the full, complete, timely and proper performance of the Work. Contractor-supplied equipment shall be in first class operating condition and maintained by Contractor in good working order while on the Site. Upon completion of the Work, Contractor shall remove its equipment, machinery, Materials, Goods, tools and supplies from the Work Site, shall clean up the premises in a good and workmanlike manner, and shall pile excess or unused Materials at points or places designated by Company. Contractor shall be solely responsible for any loss or damage to its equipment, machinery, Materials, Goods, tools or supplies. If Company agrees to supply items customarily supplied by Contractor, then Company's agreement to furnish such items shall be in writing. If no such writing exists, all delays related to the failure of Company to supply such items shall be at Contractor's cost.

**B.**  Prior to accepting any Work Order issued by Company, Contractor shall conduct such investigation or examination of the proposed scope of work as Contractor shall, in the exercise of its discretion, deem necessary. By accepting any Work Order, Contractor warrants that 1) it possesses all expertise and capability to perform the Work timely and properly, 2) it has taken into account all reasonable and foreseeable contingencies affecting

the proper and timely completion of the Work, and 3) Contractor is duly licensed to perform the Work.

**C.**  Contractor shall furnish to Company upon request copies of all licenses, permits or other documents required for the Work, including such documents in effect prior to the execution of any Work Order, as well as those which become effective thereafter. Contractor shall give Company immediate notice of the modification, revocation, or cancellation of, or decision not to renew, any permit, license or approval necessary for the performance of the Work. Contractor shall indemnify and hold harmless Company for all losses, expenses, costs, fines, penalties, including attorneys' fees and costs arising out of or relating to the failure to obtain or maintain any permit, license or approval required by law for the performance of the Work by Contractor.

**D.**  Contractor shall perform the Contract Work in strict accordance with this Agreement. The Work includes all work specifically set forth in the Work Order and includes everything necessary or customary for the proper execution, functioning, connection, completion and testing of all work referred to by the Work Order. Anything pertaining to the general nature of the Work that is mentioned in the Plans and Specifications but not shown in the Drawings, or shown in the Drawings but not mentioned in the Plans and Specifications, shall be of like effect and shall be binding on the Contractor as if shown or mentioned in both.

**2.20 Standard of Performance.**

**A.**  Contractor shall perform the Work in accordance with standards of workmanship applicable to reasonably prudent, similarly-skilled workmen and in accordance with such Plans, Specifications, Drawings or directives as are incorporated into the Work through the Work Order. Further, Contractor shall use its best efforts to perform the Work efficiently, economically and in a manner consistent with, and with due regard for, Company's interests in the Project for which the Work is to be performed.

**B.**  Contractor shall not deviate from the Plans and Specifications without the prior written consent of Company. Any changes in the Plans or Specifications made or prepared by the Contractor, or any other proposal of the Contractor, which may be approved by Company, shall be the Contractor's full responsibility. Contractor shall be responsible and pay for all additional costs, delays, and damages caused to Company or others as a result of any such Contractor changes which were not first approved in writing by Company.

**2.21 Warranty Work.**  Contractor guarantees and warrants its work against all defects of materials or workmanship, including defects in design (if designed by Contractor), for a period of one (1) year from the date of the Final Completion of the Work ("Warranty Period"). Any warranty claim made by Company prior to the expiration of the Warranty Period, however, shall survive the expiration thereof, provided that the Warranty Period shall survive for no longer than 24 months after the date of completion of the Work. With respect to any repairs or replacements during the Warranty Period, the Warranty Period shall extend for an additional period of 12 months from the date of such repair or replacement, but in no event shall such extension extend the Warranty Period more than 24 months from the commencement of the Warranty Period. Work not conforming to the terms and conditions of this Agreement, including substitutions not properly approved and authorized, may be considered defective at the option of Company in lieu of a breach of warranty. Should Contractor fail to correct such defects timely, or if Company determines that Contractor will be unable to correct such defects before the time specified for completion in the schedule, if any, or within a reasonable amount of time as determined by Company, Company may correct such defects itself or by the use of Third Parties. In either case, Contractor shall be responsible for all reasonable expenses incurred by Company. Company may deduct such amount from amounts otherwise owed to Contractor or at its option, may charge Contractor, and Contractor shall promptly pay such amount to Company.

**2.22 Warranty Limitations.**  The Contractor's warranty excludes remedy for damage or defect caused by abuse, modifications not executed or approved by the Contractor, improper or insufficient maintenance, improper operation, or normal wear and tear under normal usage. As to Goods and Materials supplied by Contractor but not fabricated or manufactured by Contractor, Contractor shall assign to Company all warranties of the Contractor's suppliers with respect to such Goods or Materials. All warranties of the Contractor's suppliers hereby assigned Company shall be in addition to, and not in lieu of, any warranties of the Contractor contained in this Agreement.

**2.23 WARRANTY DISCLAIMER.**  EXCEPT AS EXPRESSLY PROVIDED IN THIS AGREEMENT AND THE ORDER, COMPANY ACKNOWLEDGES AND AGREES THAT CONTRACTOR HAS NOT MADE AND DOES NOT MAKE ANY REPRESENTATION, WARRANTY OR COVENANT WITH RESPECT TO MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, CONDITION, QUALITY OR DURABILITY OF THE WORK IN ANY RESPECT OR IN CONNECTION WITH, OR FOR THE PURPOSE OR USE OF COMPANY, OR ANY OTHER REPRESENTATION, WARRANTY OR COVENANT OF ANY KIND OR CHARACTER EXPRESSED OR IMPLIED WITH RESPECT THERETO.

3

### E. GOODS AND WARRANTY FOR GOODS

**2.24 Goods Provision.** Unless otherwise stated in the Work Order, the risk of loss remains with Contractor until title passes to Company, and title shall only pass upon Final Completion, as defined hereafter.

**2.25 Material Safety Data Sheets.** Contractor shall provide Company and its other applicable contractors all Material Safety Data Sheets applicable to all Goods delivered to Company's Worksite.

**2.26 Warranty for Goods.** The warranty for Goods applies to all Contractor provided or furnished Goods, including service-related Goods. The warranty for Goods shall apply even though others have provided component parts. The warranty for Goods does not apply to rental items or items entirely provided or furnished by Third Parties. Unless the Work Order provides for used, reconditioned, or refurbished Goods, Contractor warrants that all purchased Goods shall be new or like new, shall be free from defects in design, workmanship, and materials, and shall comply with all laws, regulations, statutes, ordinances, codes (government and industry) and standards (government and industry), Contractor does not warrant designs furnished by any Person other than a member of Contractor Group. Notwithstanding the foregoing, Contractor warrants that Goods fabricated by Contractor or any member of the Contractor Group based on designs furnished by any member of Company Group shall be in strict conformance with the design specifications.

**2.27 Consumable Items.** A special warranty shall apply to all Goods, including service-related Goods, consumed by their ordinary use. Contractor warrants that all consumable Goods shall meet the specifications when delivered and for their normal shelf life. For shelf life, Contractor warrants that the represented quality, composition, and effectiveness of the Goods shall not be materially lessened during storage. This warranty requires that such storage comply in all material respects with the manufacturer's or supplier's recommended storage conditions and storage period. The warranty period shall expire when the Goods are consumed or the shelf life expires, whichever occurs first. At a minimum, the Goods must meet the specifications on the date of use and on the last day of its shelf life; however, any claim that the Goods were not what was ordered must be made within ninety (90) days after Company's receipt of the items.

**2.28 Assignable Warranties.** For Goods supplied by Contractor's subcontractors, vendors or suppliers, Contractor shall obtain, to the extent reasonably possible, assignable warranties from its subcontractors, vendors, and suppliers that are no less favorable than this Agreement's general warranty for Goods. Whatever warranty is obtained, however, shall be assigned to Company. If the foregoing warranty is breached, Contractor, if necessary to enforce the warranty, shall accept return of the Goods and present the manufacturer or supplier with a demand that the warranty be honored.

**2.29 Warranty Work for Goods.** Contractor shall promptly cure all warranty defects described in Company's notices. If Contractor fails to cure such defects within a reasonable time after being notified, Company may cure such defects directly or through another contractor, vendor or supplier. What is a "reasonable time" shall depend upon the circumstances, but in no event shall it exceed thirty (30) days. Thereafter, within thirty (30) days after receipt of a written invoice, Contractor shall reimburse Company for the reasonable cost incurred by Company for such warranty work. The provisions of this Agreement applicable to Contractor's invoices to Company shall also apply to Company's invoices to Contractor.

**2.30 Warranty Limitations.** The warranty for Goods does not include parts on a warranted item requiring replacement because of ordinary wear and tear. The warranty for Goods shall not apply if any Person other than a member of Contractor Group has improperly repaired or re-worked the warranted item in any material respect. Nor shall the warranty for Goods apply to a warranted item that has been modified or improperly handled, stored, installed, repaired, operated, or maintained in any material respect by any Person other than a member of Contractor Group. The warranty against defects in design shall not apply where Contractor prepared drawings or lists from designs furnished by any Person other than a member of Contractor Group; provided, however, Contractor shall use reasonable efforts to obtain from such Third Parties a freely assignable warranty against design defects and assign such warranty to Company. If necessary to enforce a warranty, Contractor shall accept the return of the item and shall present the warranty claim. As between Company and Contractor on warranty issues for Goods only, Company's sole remedy and Contractor's sole liability for any defect in design, workmanship, or materials shall be for Contractor to repair or replace the item to Company's reasonable satisfaction, credit to Company's account, or at Company's election, reimburse Company for the allegedly defective item's purchase price.

**2.31 Contractor's Product Warranty Period.** The Warranty Period for Goods shall be twelve (12) months. The Warranty Period for Goods shall begin when the Contractor achieves Final Completion and shall end on the last day of the month in which the warranty expires. Minor warranty work shall not extend the Warranty Period. Material warranty work shall be warranted as a new item with a new warranty period. If Company sends a written defect notice during the Warranty Period and if Contractor receives such notice within a

reasonable time after it has been sent, then the warranty shall be honored notwithstanding the expiration of the Warranty Period.

**2.32 Rental Items.** Contractor warrants that rental equipment provided hereunder by Contractor or its subcontractors shall be in good working order and condition, shall include all appropriate safety devices, placards and warnings, shall meet the Work Order's specifications, shall comply with all applicable laws, statutes, ordinances, regulations, rules, standards (government and industry), and codes (government and industry).

**2.33 Relationship of Warranties to Other Remedies.** Notwithstanding anything to the contrary in this Agreement, the warranties by Contractor provided in this Article 2 are in addition to and independent of any other remedies provided in this Agreement and shall not be voided or in any way negated or diminished by the operation of any indemnification in favor of Contractor provided for elsewhere herein.

### F. TIMING

**2.34 Time Requirements.** If a time requirement is part of a Work Order, TIME IS OF THE ESSENCE, and Contractor shall meet it. If Company changes the Work Order's time requirements, Contractor shall use reasonable efforts to meet the change. If meeting the change is possible and does not increase Contractor's cost, Contractor shall meet the change. If incurring additional costs may improve the chances of complying with the change, Contractor shall so notify Company. If exercised within a reasonable time, Company shall have the option to request the more favorable scheduling and pay such additional costs. If the Work Order does not specify a time requirement and Company later specifies one, then such time requirement shall be treated as a Change Order. If Company never specifies a time requirement in a Work Order, Contractor shall nonetheless perform the Work in an expeditious manner.

**2.35 Suspension for Company's Convenience or Contractor Endangerment.** By written notice, Company may, without cause, order Contractor to suspend a Work Order's performance. Such notice shall state the reason(s) for the suspension and the anticipated suspension period. If any such suspension lasts more than six months, Company may, at its sole election, terminate the Work. Company shall increase Contractor's compensation for any cost increases, including the effect of such cost increases on Contractor's profit, through a duly-authorized Change Order. If Contractor does not agree with Company's decision on the increase, then the matter of the value of the increase shall be resolved by arbitration. As part of any arbitration to resolve the dispute, Company shall have the right to audit Contractor without the restrictions on non-reimbursable costs and profit margins in this Agreement's audit provision as long as all Persons viewing such information sign a confidentiality agreement acceptable to each Party's representative. A Person refusing to sign such a confidentiality agreement shall not be entitled to view the information or participate in the arbitration proceedings. By written notice, and without any liability to Contractor, Company may suspend work if Company has a reasonable belief that Contractor or its subcontractors has created a health, safety, environmental, or performance threat.

**2.36 Schedule and Schedule Extension.**

A. **Schedule.** The Work shall be performed in accordance with the schedule initially established by Company and incorporated into the Work Order (the "Schedule"). The Schedule shall be updated by Contractor and provided to Company, at the interval determined by Company at the start of the Work, but in any event, no less than the frequency with which Contractor submits its invoices for services rendered under the Contract. Any proposed schedule shall first be approved in writing by Company. Only after a proposed schedule is approved by Company in writing, through a duly-authorized Change Order, shall it supersede the prior Schedule and become binding on the Parties.

B. **Schedule Extension.** If Contractor is delayed at any time in the progress of the Work by any act or neglect of Company or of its employees, or by any other contractor employed by Company, or by changes in the Work, or by strikes, lockouts, fire, unusual delay in transportation, weather conditions which exceed the 10-year baseline for the area encompassing the Work, unavoidable circumstances beyond the Contractor's control and which are not due to the fault or negligence of Contractor, or by another cause which, in the opinion of Company, justifies the delay, then the time of completion shall be extended for such reasonable time as the Company may decide through a duly-authorized Change Order. No such extension shall be made for delay occurring more than seven (7) days before a claim therefore is made in writing by the Contractor and submitted to Company.

**2.37 Substantial Completion.** Upon the Substantial Completion (as hereinafter defined) of the Work, Contractor shall provide notice of same to Company in the form approved by Company, which shall be provided to Contractor upon request. After receiving proper notice from Contractor, Company shall have the right to inspect the Work and Company shall notify Contractor, within thirty (30) days thereafter, of its acceptance of the Work as substantially complete (the "Notice of Substantial Completion"). Included in Company's Notice of Substantial Completion shall be any punch list items or necessary testing (the

4

"Additional Work") that must be completed in order for the Work to reach Final Completion (as hereinafter defined). For purposes hereof, unless the Work Order provides a different definition of Substantial Completion, the term "Substantial Completion" shall mean that the Contract Work (a) has been completed, and the Work is ready to be operated in accordance with this Agreement; (b) Contractor has performed the Work according to the terms hereof; (c) the Work complies with all applicable laws and regulations and complies with all applicable permits; and (d) Contractor has delivered to Company a notice signed by Contractor, certifying that all of the foregoing conditions have been satisfied.

2.38 Final Completion. Upon the Final Completion of the Work, Company shall issue its "Notice of Final Completion," whereupon Company shall make the final payment in accordance with the terms hereof. For purposes hereof, the term "Final Completion" shall mean that (a) Substantial Completion has occurred or shall occur simultaneously with Final Completion; (b) the performance of the Work is 100% complete (including all Additional Work) and accepted by Company and all final documentation provided by Contractor and accepted by Company; (c) there exists no Contractor breach or default under this Agreement; and (d) Contractor has executed and delivered to Company a notice signed by Contractor, certifying that all of the foregoing conditions have been satisfied. Contractor shall request issuance of a Notice of Final Completion in the form approved by Company, which shall be provided to Contractor upon request. If no separate "Notice of Final Completion" is issued by Company, then Final Completion shall be deemed achieved by Contractor on the date of Company's payment of Contractor's final invoice under the Work Order.

### G.  HEALTH AND SAFETY REQUIREMENTS

2.39 Unauthorized Persons. Only the authorized Persons working for Contractor or its subcontractors shall be permitted to enter any Work Site where Contractor may be working. Contractor shall take such steps as reasonably necessary to prevent unauthorized Persons from entering such Work Site, including potential clients, guests, spouses, and/or family members of authorized Persons.

2.40 Required Compliance.

    A.  Contractor and its subcontractors shall comply with all applicable governmental regulations, including those promulgated or administered by the Occupational Safety and Health Act (OSHA), Department of Transportation (DOT), Pipeline and Hazardous Materials Safety Administration, the Drug Free Workplace Act of 1988 (41 U.S.C. 701 et seq., the Department of Health and Human Services mandatory Guidelines for Federal Workplace Programs, 49 C.P.R. Part 40, Federal Energy Regulatory Commission, including Order No. 717, Environmental Protection Agency, Department of the Interior Bureau of Land Management and applicable regulations promulgated or administered by agencies located in the state in which Contractor and its subcontractors are performing work, all of which are incorporated into this Agreement and made a part hereof. Contractor shall conform, and ensure conformance by all its employees, subcontractors, and agents, with all applicable Company policies, procedures, processes, guidelines and handbooks which will be supplied to Contractor upon request. If applicable, Contractor will have programs in place to meet all requirements of 49 CFR Part 192, including Subpart N-Qualification of Pipeline Personnel (often referred to as OQ). This will include providing proof of program compliance, including, but not limited to, program compliance documentation for all individuals performing covered tasks. Payment for work may be withheld until proof of compliance with Contractor program(s) and/or Company program(s) is provided to maintain compliance records.

    B.  Contractor will have programs in place to meet all requirements of 49 CFR Part 199-Drug and Alcohol Testing. This includes providing proof of program compliance, including documentation for all individuals performing covered tasks on regulated facilities. Payment for work may be withheld until Contractor provides proof of compliance with Contractor program(s) and/or Company program(s).

2.41 Communication. Contractor and its subcontractors working at any Company Work Site must be able to understand spoken English well enough to comprehend basic emergency warnings, such as stop, keep out, evacuate. Contractor and its subcontractors must provide an adequate number of bilingual employees to communicate with their non-English speaking employees working at any Site. Some Work Sites, because of the sensitive nature of their operations, may require that Contractor and its subcontractors are fluent in reading and speaking English.

2.42 Training. Contractor and its subcontractors shall provide only those employees and agents who are qualified and trained to perform their required tasks and who are knowledgeable in the potential hazards related to their work. Contractor and its subcontractors shall provide Company, upon request, training records verifying such applicable and required training has occurred.

2.43 Site Orientation. Contractor and its subcontractors shall attend any Site-specific health and safety orientation designed to enable the Contractor's and its subcontractors'

employees and agents to recognize potential hazards and understand safe work practices required for working at or providing services to any Work Site.

2.44 Job Safety Analysis. Contractor and its subcontractors shall conduct a job safety analysis ("JSA") prior to commencing any job requiring the preparation of a safe-work permit (e.g., hot work, excavation, confined space entry, cold work, etc.). The JSA shall list the specific tasks necessary for conducting the job, hazards associated with each task, and the engineering and/or administrative controls designed to reduce the impact associated with the hazards identified and/or the likelihood of an impact from occurring.

2.45 Compliance Monitoring. Contractor and its subcontractors must conduct self-inspections and audits to evaluate safe work habits and behaviors and to ensure compliance with Company policies, procedures, processes, guidelines and handbooks and Contractor's and its subcontractors' policies, procedures, processes, guidelines and handbooks. Each self-inspection or audit shall be maintained in the Contractor's and its subcontractors' files with copies provided to Company upon request. Furthermore, corrective actions taken by Contractor and its subcontractors shall be documented and reviewed with the Contractor's and its subcontractors' employees and agents as well as with Company representative. Company also reserves the right to conduct periodic audits of Contractor and its subcontractors to ensure specific health and safety policies, procedures, processes, guidelines and handbooks are being followed.

2.46 Unsafe Acts or Conditions. If unsafe acts or conditions are observed, Company shall require corrections be made immediately and has stop work authority. Consequences of any such work stoppage shall be borne by the Contractor or its subcontractors with no recourse against Company. Company reserves the right to require a Contractor and its subcontractors to immediately stop work, require Contractor and its subcontractors to immediately leave the Work Site, either temporarily or permanently, and/or terminate Work by Contractor and its subcontractors as to any specific Work Order immediately for any material violation of a health and safety Policy, Procedure, or requirement.

2.47 Required Reporting.

    A. Contractor shall immediately give notice by telephone to Company of any accidents or occurrences resulting in injuries to persons or damage to property in any way arising out of or related to the Work, including Work performed by Contractor's subcontractors, and promptly follow such notice with a written report regarding such accident or occurrence.

    B. Contractor shall report to Company as soon as practicable all occurrences resulting in discharge or spill of produced water, hydrocarbon or other substance. Contractor shall immediately stop the source of any spill or release, prevent the contaminant from spreading and remove all contaminant practicable. Contractor shall complete a report of loss form and retain a log of all spills.

    C. Contractor shall retain all records required by paragraphs (A) and (B) for the applicable statute of limitations period for the particular jurisdiction in which the Work is performed.

### H.  PERFORMANCE

2.48 Location Access. Company shall ensure that Contractor and its subcontractors have access to and from any Work Site where Contractor may be working and that neither the Contractor nor its subcontractors are denied reasonable access to the Site.

2.49 Force Majeure. "Force Majeure Event" means acts of God, floods, blizzards, ice storms, thaws, named tropical storms, and hurricanes; insurrection, terrorism, revolution, piracy, and war; strikes, lockouts, and labor disputes; federal or state laws; ordinances, standards, rules and regulations of any governmental or public authorities having or asserting jurisdiction over the premises of either or both Parties; inability to procure material, equipment, or necessary labor despite reasonable efforts; or similar causes (except financial) beyond the control and without the fault of the affected Party and which, through the exercise of diligent effort, such Party cannot overcome. Either Party shall be excused from complying with the terms and conditions of this Agreement and the applicable Work Order if, to the extent, and for as long as, such Party's compliance is delayed or prevented by a Force Majeure Event. A Force Majeure Event shall not excuse performing duties that are unrelated to the Force Majeure Event, including performing indemnity obligations. If a Party is rendered unable, wholly or in part, by a Force Majeure Event to perform, that Party shall give written notice detailing such Force Majeure Event to the other Party as soon as possible, but no later than seventy-two (72) hours after the commencement of such Force Majeure Event. If a Force Majeure Event continues without interruption for thirty (30) days, Company may cancel the applicable Work Order by giving written cancellation notice to the Contractor.

2.50 Default.

    A. If either Party fails to perform any of its material obligations or otherwise violates any material term or condition of this Agreement or any Work Order and such default continues for a period of seven (7) days after receipt of a written notice describing the default, then the non-defaulting Party may terminate all or part of the Work Order. The opportunity to cure shall not apply,

and a Party may terminate immediately for fraud, intentional misconduct, gross negligence, bankruptcy, insolvency, and lack of creditworthiness or other actions so substantial that they impair the Work, including those that prejudice the Schedule.

B. If Company terminates all or part of a Work Order because of Contractor's default, Company may procure Goods and/or services similar to those described in the Work Order in order to complete the work in accordance with the Work Order, and Contractor shall be liable to Company for the reasonably incurred costs for such similar items in excess of the Work Order price. Company may require Contractor to transfer title and deliver to Company any completed services or purchased Goods which have been delivered as well as any partially completed items after the payment of the portion of the Work Order price for all work timely and properly completed by Contractor prior to the termination. In addition, Contractor may retrieve any rented items after Company has procured replacements. Contractor shall continue the performance of the work under the Work Order to the extent not terminated.

C. If Contractor terminates all or part of a Work Order because of Company's uncured default, Contractor shall receive the amounts due and not previously paid for work timely and properly completed and purchased Goods delivered prior to the termination and other reasonable and necessary amounts directly associated with the termination of the work, such as demobilization, or out-of-pocket costs associated with the cancellation or termination of any orders to purchase services or Goods required by the Work Order.

**2.51 Remedies Not Exclusive.** In addition to the remedies set forth in this Agreement, Company and Contractor shall have all other remedies available at law or in equity except for remedies specifically excluded by this Agreement.

**2.52 Directive.** Contractor agrees that if Contractor refuses or for any reason fails at any time to prosecute the Contract Work in a diligent, efficient, timely, workmanlike, skillful, cooperative, safe, and careful manner, or if Contractor fails to supply sufficient, adequate and competent supervision, or if Contractor fails to furnish a sufficient number of properly skilled workmen, or if Contractor fails to have at the Site sufficient equipment of the proper quality and quantity, or if Contractor fails to promptly correct defective work, or if Contractor fails to pay its bills and discharge its obligations with Company on any Site or under any Work Order, or if Contractor fails to perform any term or condition of any part of this Agreement, or if Contractor otherwise delays the work of Company, other contractors or other subcontractors, or if there is a disagreement as to a change order request, then Company shall have the option, upon forty-eight (48) hours written notice to Contractor (except in an emergency, in which case, no notice is required), to require Contractor to take such action as is specified in the written directive, or for Company to provide any such labor, equipment and services and to deduct the cost thereof, together with all loss or damage occasioned thereby, from any money then due or thereafter to become due to Contractor under this Agreement or any Work Order. The Company shall further have the option, but not the obligation, to use funds otherwise earned by the Contractor on this Work or other Work to pay the Contractor's past due bills and obligations, including back charges owed to Company, under any Work Order. If there is a default or a performance failure of any nature, including the Contractor's failure to pay bills or discharge obligations as they become due on any other Project or Work Order involving Company, Company may use funds otherwise owed under one Work Order to pay bills and discharge obligations under other Work Orders. Any decision made by Company pursuant to this Section shall be final and binding. No dispute by Contractor shall interfere with or impede the implementation of the decisions of Company as allowed by this Section. Compliance with Company's directive shall be without prejudice to Contractor's rights to seek such adjustment in the price or the schedule as Contractor deems necessary in accordance with the provisions of Article 6 hereof.

**2.53 Notices.**

A. This Section concerns notices, including any Termination Notice, requests, demands, and other communications required or authorized by this Agreement's other provisions. It does not apply to Company's instructions to Contractor, including written or oral directives to Contractor by Company's duly authorized on-Site representative, or Contractor's status reports to Company. All notices, requests, demands, and other communications specifically required or authorized by or convenient to be given pursuant to this Agreement shall be written and shall be (a) delivered personally to the recipient's representative identified below, (b) mailed by registered mail or certified mail, return receipt requested, postage prepaid, or by overnight courier to the recipient's address set forth below or (c) sent by facsimile transmission to the recipient's facsimile number set forth below. A Party may change its contact information by sending a notice to the other Party complying with these notice requirements.

B. A notice delivered by hand or by overnight courier shall be conclusively presumed to have been delivered on the date reflected on a written receipt acknowledging delivery that is signed by a representative of the receiving Party or receipt signed by the courier. A mailed or couriered notice shall be conclusively presumed to have been delivered on the date reflected on the returned receipt that is signed by a representative of the receiving

Party. A facsimile notice shall be conclusively presumed to have been delivered on the date reflected on the sending facsimile machine's automated printout that reflects that the entire transmission was successfully sent to the receiving Party's facsimile telephone number then in effect. All notices, whether facsimile, mail, hand delivery, overnight courier or other means, received after normal business hours, on weekends, and on holidays shall be conclusively presumed to have been delivered on the next business day. Following are the only authorized Persons who receive Notice under this Agreement:

| | |
|---|---|
| Contractor's Representative: | Sklar Exploration Company, L.L.C. |
| Attn: Legal Department | Attn: Vice President of Engineering |
| Address: 15320 Hwy 105 W., Suite 210 Montgomery, Texas 77356 | Address: 401 Edwards St., Suite 1601 Shreveport, Louisiana 71101 |
| Telephone: 936-539-3300 Facsimile: 936-539-3301 | Telephone: 318-227-8668 Facsimile: 318-227-9012 |

**2.54 Press Releases.** Contractor shall not issue (or cause to be issued) a press release concerning this Agreement or any Work Order without the prior written consent of Company. The requirement of written consent shall not apply where the press release is required by law, rule, or regulation, including, the rules and regulations governing public companies, investments in securities, or the stock exchanges on which Contractor's shares are traded.

**2.55 Confidentiality of Company Provided Information.** Information provided by Company to Contractor for the purpose of performing the work (including information regarding Company's operations) is proprietary to Company and confidential. Contractor shall not divulge such information to any Person other than Company's representatives and shall take all reasonable steps to assure that Contractor's officers, directors, employees, agents, representatives, consultants, and subcontractors will not divulge such information to any Person other than Company's representatives. Contractor shall not use such information for any purpose detrimental to Company. Contractor's confidentiality and limitation of use obligation shall survive for two years following the later of the following: (i) termination of this Agreement or (ii) termination of the Work Order. The confidentiality and limitation of use obligation shall not apply where Contractor can show that (a) such information is already known to Contractor or its representatives or to others not bound by a duty of confidentiality, (b) such information is or becomes publicly available through no fault of Contractor or its representatives, (c) the furnishing or use of such information is required by, is necessary, or is appropriate in connection with legal (whether judicial, administrative, or legislative) proceedings, or (d) such information is developed by Contractor independent of this Agreement or any Work Order. Before making a disclosure in a legal proceeding, Contractor shall notify Company, in writing, of the relevant circumstances.

**2.56 Contractor Provided Information.** Information provided by Contractor to Company while performing work under a Work Order may be proprietary to Contractor and confidential provided that Contractor has reasonably so advised Company of the identity of the specific information that is deemed to be confidential and proprietary. Company shall not divulge any such proprietary information and shall take all reasonable steps to assure that Company's officers, directors, employees, agents, representatives, consultants, and subcontractors will not divulge such information to any Person other than Contractor's representatives. Company shall safeguard and protect all such information in its custody or control to the same extent it safeguards its own proprietary information. The obligation of confidentiality shall not apply where (a) such information is already known to Company or its representatives or to others not bound by a duty of confidentiality, (b) such information is or becomes publicly available through no fault of Company or its representatives, (c) the furnishing or use of such information is required by, is necessary, or is appropriate in connection with legal (whether judicial, administrative, or legislative) proceedings, or (d) such information is developed by Company independent of this Agreement or any Work Order. Before making a disclosure in a legal proceeding, Company shall notify Contractor, in writing, of the relevant circumstances.

**2.57 Patent Warranty and Indemnity.** Contractor warrants and represents that the sale or use of Contractor's or its subcontractors' Goods, work, and/or services procured pursuant to this Agreement or any Work Order does not infringe any intellectual property right (including, patent, trademark, copyright, or trade secret) of a Third Party and Contractor shall release, protect, defend, indemnify, and hold harmless Company and any user whose use comes through Company against any and all claims for the alleged or actual infringement of the same. Contractor shall not, however, be required to hold Company harmless against claims or suits for such infringement when the alleged infringement occurred as a result of the use by Contractor of a process, machine, article of manufacture, and/or composition of matter which Company specifically requests Contractor to obtain from a Third Party or which is supplied by Company. Company shall provide Contractor with prompt notice of the commencement or threat of any such Claim. Unless Company with good reason deems itself insecure, Contractor shall have the sole control of the defense of such Claim and all negotiations for the settlement or compromise thereof. Company shall cooperate fully with Contractor in providing information, documentation, and

fact witnesses relevant to such Claim. Contractor may not settle or compromise such an infringement Claim without the written consent of Company if any settlement or compromise requires Company to part with any right or make any payment for which it is not indemnified by Contractor or if any settlement or compromise subjects Company to any injunction. Subject to the foregoing, Company shall have the right, but not the obligation, at its option and expense, to retain advisory counsel to represent its interests in defending any such Claim.

## ARTICLE 3: CONTRACT FINANCE

**3.1 Compensation.** Contractors' compensation shall be set forth in the Work Order. Upon execution of this Agreement, Contractor will supply its current price list or rate sheet to Company which shall be incorporated herein by reference, excluding, however, any commercial terms and conditions which conflict with this Agreement. All revisions of the rate sheet or price list are subject to approval by Company and acceptance through a duly-executed Amendment. Otherwise, any attempted increase will be void. All pricing in a Work Order shall be firm during the performance of the Work Order absent written approval by Company pursuant to a Change Order.

**3.2 Invoicing.** Unless a different payment term is specified in the Work Order, within thirty (30) days after the end of each calendar month, Contractor shall send any invoice to Company office designated by a Company representative or, if no office has been designated, then in accordance with the notice provisions of this Agreement. Invoices shall be submitted in such form and accompanied by such certification and documentation as Company may reasonably request, including the following, as applicable:

    (a)   the dates and hours labor was employed in performing the work;
    (b)   the types and quantities of materials or supplies, or any other item furnished by Contractor and utilized in performing the work;
    (c)   the dates and hours equipment, machinery, or other chargeable items were employed in performing the work; and
    (d)   properly executed lien waivers and releases.

Unless otherwise set forth in a Work Order, Work Orders with lump sum or unit prices shall be subject to a retainage of 10% or as otherwise set forth in the Work Order. Retainage is due to Contractor in Contractor's final invoice after achieving Final Completion of the work.

**3.3 Payment.** Company agrees to pay Contractor's invoice for services performed and Goods purchased and delivered, and Goods rented within thirty (30) days after Company's receipt of Contractor's properly completed and documented invoice. Contractor agrees to post such payments to the invoices and items therein designated by Company. Invoices remaining unpaid thirty (30) days after being due and payable shall accrue late payment interest at the rate of 1.5% per month. In addition, Contractor shall be paid its reasonable and necessary costs of collection incurred, including reasonable and necessary attorneys' fees. All funds paid by Company to Contractor under a Work Order shall be utilized by Contractor solely for the purposes of the Work Order and Company's Project, and not for any other client's projects or for any other purpose of Contractor and Contractor acknowledges that it receives such payment, in trust, solely for such purposes of the Work Order.

**3.4 Invoice Disputes.** If Company disputes any invoice, in whole or in part, Company shall endeavor to notify Contractor of the dispute within the time required for payment and shall timely pay any undisputed portion. The disputed invoice shall not be deemed correct because Company fails to give such notice by the payment date. Interest shall not accrue on the amounts disputed until such time as the issue is resolved. Payment of less than the full amount of the invoice under these circumstances shall not constitute a default by Company.

**3.5 No Waiver by Payment.** Company's payment of Contractor's invoices shall not prevent it from later filing claims against Contractor or waive its rights to recover money previously paid to Contractor in error.

**3.6 Arranged Procurement by Contractor.** If Contractor purchases or rents any equipment, supplies, materials, or products from a supplier, vendor, or other company at Company's direction or if Contractor procures services from a supplier, vendor, or other company at Company's direction, Company agrees to pay Contractor the actual cost of such items and/or services, less any cash discounts or rebates, plus an appropriate fee, such as a administrative, handling or stocking fee, not to exceed fifteen percent. Contractor, and not Company, shall be the responsible Party with respect to the contract with such supplier, vendor, or other service provider. All such Persons shall be deemed subcontractors of Contractor and not Company. Contractor agrees to furnish Company copies of the supplier's, vendor's or other service provider's invoices covering such items and by doing so Contractor warrants such invoices to be true and correct and that the same were actually paid by Contractor. Contractor shall request suppliers, vendors, or other companies to invoice Company directly if Company so advises in writing. Unless Company so advises, the invoices shall be sent to Contractor. If Company cancels any such purchase, Contractor shall make reasonable efforts to obtain full credit for the equipment, supplies, materials, or products from the supplier; however, if Contractor is unable to obtain such full credit, Company may, at Company's sole option, (i) retain such equipment,

supplies, materials, or products from the supplier and reimburse Contractor for the full cost incurred in the purchase of such items, or (ii) reimburse Contractor for the amount of costs incurred in the purchase of such items not credited to Contractor by the supplier, and, in addition and in the case of either clause (i) or (ii) above, pay Contractor's administrative fee. *With respect to rental items only*, Company shall reimburse Contractor for any amounts that Contractor is required to pay the rental equipment supplier under any written rental agreement that Contractor has with such supplier.

**3.7 Liens and Claims for Payment.** This Section is limited to the claims for labor and materials furnished to Company through Contractor and related liens and privileges arising out of the failure of Contractor to pay the same. No lien, privilege, charge, or similar encumbrance shall become fixed upon Company's or its other contractors' equipment, lands, fixtures, improvements, or other property because Contractor failed to pay its employees, suppliers, vendors, material men, or subcontractors or because its subcontractors failed to pay their employees. After being notified of the existence of such claims, charges, liens, privileges, or encumbrances, and provided that Company is not in default of its payment obligations to Contractor, Contractor agrees to take all steps necessary to remove any such liens or privileges and to further release, protect, defend, indemnify and hold harmless Company from and against all such claims, charges, liens, privileges and encumbrances. Contractor shall pay all valid claims for its labor, materials, services, supplies, and products as they become due. If Contractor fails to remove or remedy any such liens or privileges, Company shall proceed to remove or resolve such liens or privileges and shall charge the full cost thereof to Contractor. Company reserves the right to offset any amounts due to Company by Contractor under any Work Order against sums otherwise due Contractor under any other Work Order. Before Company pays any of Contractor's invoices, at Company's request, Contractor shall certify that there are no unsatisfied claims for labor, materials, equipment, supplies, or products. At Company's request, Contractor shall provide reasonable supporting documentation of payments made for claims that are valid and provide proof that such claims have been released. Contractor at its expense shall protect Company from invalid claims for payment of labor or materials arising through Contractor. The provisions of this Agreement concerning Contractor's obligation to prevent the imposition of liens on Company property does not prohibit Contractor from filing its own liens or privileges if Company fails to pay Contractor's valid charges as required by this Agreement or any Work Order.

**3.8 Contractor's Taxes.** Contractor shall pay all taxes, licenses, and fees levied or assessed on it by any governmental agency in connection with the performance of this Agreement or any Work Order, including unemployment compensation insurance, old age benefits, social security, or any other taxes upon the wages of Contractor, its agents, employees, and representatives. Contractor will make a good faith effort to include a similar tax, license, and fee provision in its subcontracts. Contractor shall reimburse Company on demand for all such taxes or governmental charges, State or Federal that Company may be required or deem it necessary to pay on account of employees of Contractor or its subcontractors. Contractor agrees to furnish Company with the information required to enable it to make the necessary reports and to pay such taxes or charges. At its election, Company is authorized to deduct all sums so paid on behalf of Contractor for such taxes and governmental charges from such amounts as may be or become due to Contractor.

**3.9 Company's Taxes.** Company shall pay all sales, use and similar taxes lawfully imposed upon Company. Such payment is in addition to (and is not included in) the quoted price of Contractor's Goods or services. This provision is applicable unless explicit arrangements are otherwise documented in writing.

**3.10 Right to Audit.** Contractor shall maintain a true and correct set of records pertaining to its performance of each Work Order, including but not limited to daily operations reports on a form approved by Company, for a period of not less than two (2) calendar years following the calendar year in which the final invoice for such Work Order was sent. This two (2) year period is not a limitation on Company's right to audit. Any representative or representatives authorized by Company may inspect and audit any and all records of Contractor pertaining to the Goods and services provided under this Agreement or any Work Order. Such inspection and audit shall be conducted at Contractor's offices during normal business hours after 24 hours notice. Company shall not have the right to examine or audit Contractor's trade secrets, proprietary information, confidential data, non-reimbursable costs, profit margins, or Projects performed on a "turnkey" basis when Contractor assumes all risks. Contractor shall promptly reimburse Company for any overpayments discovered in the audit and Contractor hereby waives any statute of limitations or laches concerning the same. Contractor agrees to include an identical audit provision in its subcontracts.

## ARTICLE 4: INDEMNITY

**4.1 EACH INDEMNIFYING PARTY REPRESENTS TO THE INDEMNIFIED PARTY (1) THAT IT, THE INDEMNIFYING PARTY, HAS CONSULTED AN ATTORNEY CONCERNING THIS AGREEMENT OR, IF IT HAS NOT CONSULTED AN ATTORNEY, THAT IT WAS PROVIDED THE OPPORTUNITY AND HAD THE ABILITY TO SO CONSULT, BUT MADE AN INFORMED DECISION NOT TO DO SO, AND (2) THAT IT, THE INDEMNIFYING PARTY, FULLY UNDERSTANDS ITS OBLIGATIONS UNDER THIS AGREEMENT.**

4.2 TO THE EXTENT PERMITTED BY LAW, COMPANY SHALL PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS CONTRACTOR GROUP FROM AND AGAINST ANY LOSSES, LIABILITIES, COSTS, EXPENSES, SUITS, ACTIONS, CLAIMS, AND ALL OTHER OBLIGATIONS AND PROCEEDINGS WHATSOEVER, INCLUDING ALL JUDGMENTS RENDERED AGAINST AND ALL FINES AND PENALTIES IMPOSED UPON CONTRACTOR OR ANY MEMBER OF CONTRACTOR GROUP (INCLUDING PUNITIVE DAMAGES), AND ANY REASONABLE ATTORNEYS' FEES, EXPERT FEES, AND OTHER COSTS OF DEFENSE WITHOUT LIMIT AND WITHOUT REGARD TO THE CAUSE OR CAUSES THEREOF OR THE NEGLIGENCE OF ANY PARTY OR PARTY, ARISING IN CONNECTION HEREWITH IN FAVOR OF COMPANY'S EMPLOYEES, NOTWITHSTANDING COMPANY'S IMMUNITY TO SUCH CLAIMS BASED UPON STATUTORY IMMUNITY SUCH AS WORKER'S COMPENSATION LAWS, ON ACCOUNT OF BODILY INJURY, DEATH OR DAMAGE TO PROPERTY. COMPANY'S INDEMNITY SHALL BE WITHOUT REGARD TO AND WITHOUT ANY RIGHT TO CONTRIBUTION FROM ANY INSURANCE MAINTAINED BY CONTRACTOR.

IT IS THE EXPRESS INTENTION OF THE PARTIES THAT THE INDEMNITY PROVIDED FOR IN THIS SECTION 4.2 IS AN INDEMNITY BY COMPANY TO INDEMNIFY AND PROTECT CONTRACTOR GROUP FROM THE CONSEQUENCES OF CONTRACTOR GROUP'S OWN NEGLIGENCE, FAULT, OR STRICT LIABILITY, WHETHER THAT NEGLIGENCE, FAULT OR STRICT LIABILITY IS THE SOLE, JOINT OR CONCURRING CAUSE OF THE PROPERTY DAMAGE, INJURY OR DEATH.

4.3 TO THE EXTENT PERMITTED BY LAW, CONTRACTOR SHALL PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS COMPANY GROUP, FROM AND AGAINST ANY LOSSES, LIABILITIES, COSTS, EXPENSES, SUITS, ACTIONS, CLAIMS, AND ALL OTHER OBLIGATIONS AND PROCEEDINGS WHATSOEVER, INCLUDING ALL JUDGMENTS RENDERED AGAINST AND ALL FINES AND PENALTIES IMPOSED UPON COMPANY OR ANY MEMBER OF COMPANY GROUP (INCLUDING PUNITIVE DAMAGES), AND ANY REASONABLE ATTORNEYS' FEES, EXPERT FEES, AND OTHER COSTS OF DEFENSE WITHOUT LIMIT AND WITHOUT REGARD TO THE CAUSE OR CAUSES THEREOF OR THE NEGLIGENCE OF ANY PARTY OR PARTY, ARISING IN CONNECTION HEREWITH IN FAVOR OF CONTRACTOR'S EMPLOYEES (INCLUDING STATUTORY EMPLOYEES OR LEASED EMPLOYEES), NOTWITHSTANDING CONTRACTOR'S IMMUNITY TO SUCH CLAIMS BASED UPON STATUTORY IMMUNITY SUCH AS WORKER'S COMPENSATION LAWS, OR CONTRACTOR'S SUBCONTRACTORS OR THEIR EMPLOYEES, OR CONTRACTOR'S INVITEES, ON ACCOUNT OF BODILY INJURY, DEATH OR DAMAGE TO PROPERTY. CONTRACTOR'S INDEMNITY SHALL BE WITHOUT REGARD TO AND WITHOUT ANY RIGHT TO CONTRIBUTION FROM ANY INSURANCE MAINTAINED BY COMPANY.

IT IS THE EXPRESS INTENTION OF THE PARTIES THAT THE INDEMNITY PROVIDED FOR IN THIS SECTION 4.3 IS AN INDEMNITY BY CONTRACTOR TO INDEMNIFY AND PROTECT COMPANY GROUP FROM THE CONSEQUENCES OF COMPANY GROUP'S OWN NEGLIGENCE, FAULT, OR STRICT LIABILITY, WHETHER THAT NEGLIGENCE, FAULT OR STRICT LIABILITY IS THE SOLE, JOINT OR CONCURRING CAUSE OF THE PROPERTY DAMAGE, INJURY OR DEATH.

4.4 TO THE EXTENT PERMITTED BY LAW, EACH PARTY AGREES TO PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS THE OTHER PARTY AGAINST ANY LOSS, DAMAGE OR DESTRUCTION OF PROPERTY OWNED BY THE INDEMNIFYING PARTY, WITHOUT LIMIT AND WITHOUT REGARD TO THE CAUSE OR CAUSES THEREOF OR THE NEGLIGENCE OF ANY PARTY OR PARTY.

IT IS THE EXPRESS INTENTION OF THE PARTIES THAT THE INDEMNITY PROVIDED FOR IN THIS SECTION 4.4 IS AN INDEMNITY BY THE INDEMNIFYING PARTY TO INDEMNIFY AND PROTECT THE OTHER PARTY FROM THE CONSEQUENCES OF THAT PARTY'S OWN NEGLIGENCE, FAULT, OR STRICT LIABILITY, WHETHER THAT NEGLIGENCE, FAULT OR STRICT LIABILITY IS THE SOLE, JOINT OR CONCURRING CAUSE OF THE PROPERTY DAMAGE.

4.5 TO THE EXTENT PERMITTED BY LAW, COMPANY SHALL PROTECT, INDEMNIFY AND HOLD HARMLESS CONTRACTOR GROUP FROM AND AGAINST ANY LOSSES, LIABILITIES, COSTS, EXPENSES, SUITS, ACTIONS, CLAIMS, AND ALL OTHER OBLIGATIONS AND PROCEEDINGS WHATSOEVER, INCLUDING ALL FINES AND PENALTIES IMPOSED UPON CONTRACTOR GROUP, AND ANY REASONABLE ATTORNEYS' FEES AND OTHER COSTS OF DEFENSE ARISING OUT OF INJURIES TO THIRD PARTIES, INCLUDING DEATH, TO THE EXTENT CAUSED BY, OR OCCURRING IN CONNECTION WITH, ANY WILLFUL MISCONDUCT OR NEGLIGENT ACT OR OMISSION OF COMPANY, ITS EMPLOYEES, AGENTS OR CONTRACTORS.

4.6 TO THE EXTENT PERMITTED BY LAW, CONTRACTOR SHALL PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS COMPANY GROUP FROM AND AGAINST ANY LOSSES, LIABILITIES, COSTS, EXPENSES, SUITS, ACTIONS, CLAIMS, AND ALL OTHER OBLIGATIONS AND PROCEEDINGS WHATSOEVER, INCLUDING, WITHOUT LIMITATION, ALL JUDGMENTS RENDERED AGAINST AND ALL FINES AND PENALTIES IMPOSED UPON COMPANY GROUP, AND ANY

REASONABLE ATTORNEYS' FEES AND OTHER COSTS OF DEFENSE ARISING OUT OF INJURIES TO THIRD PARTIES, INCLUDING DEATH, TO THE EXTENT CAUSED BY, OR OCCURRING IN CONNECTION WITH, ANY WILLFUL MISCONDUCT OR NEGLIGENT ACT OR OMISSION OF CONTRACTOR, ITS EMPLOYEES, AGENTS OR SUBCONTRACTORS.

4.7 EXCEPT FOR THIRD PARTY CLAIMS FOR WHICH AN INDEMNITY IS PROVIDED IN SECTIONS 4.5 AND 4.6 ABOVE, IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR ANY PUNITIVE OR EXEMPLARY DAMAGES, NOR FOR ANY INDIRECT OR CONSEQUENTIAL DAMAGES RESULTING FROM OR ARISING OUT OF THIS AGREEMENT, INCLUDING, WITHOUT LIMITATION, LOSS OF ANTICIPATED PROFITS FOR WORK NOT PERFORMED, BUSINESS INTERRUPTIONS, LOSS RESULTING FROM THE ALLOCATION OF EQUIPMENT, FACILITIES OR PERSONNEL, OR ANY OTHER INCIDENTAL, OR CONSEQUENTIAL DAMAGES.

4.8 IF OPERATIONS ARE PERFORMED IN TEXAS OR UNDER TEXAS LAW, THE PARTIES AGREE THAT IN ORDER TO COMPLY WITH THE TEXAS OILFIELD ANTI-INDEMNITY ACT, EACH PARTY AGREES TO CARRY SUPPORTING INSURANCE IN EQUAL AMOUNTS OF THE TYPES AND IN THE MINIMUM AMOUNTS AS SPECIFIED IN THE INSURANCE REQUIREMENTS OF ARTICLE 5. THE PARTIES FURTHER AGREE THAT THE MAXIMUM AMOUNT OF SUCH SUPPORTING INSURANCE CARRIED IN EQUAL AMOUNTS SHALL BE THE LOWER OF THE MAXIMUM AMOUNT CARRIED BY EITHER PARTY AS LONG AS SUCH AMOUNT IS IN EXCESS OF THE MINIMUM AMOUNT SPECIFIED. IT IS AGREED THAT THE MONETARY LIMITS OF INSURANCE REQUIRED BY ARTICLE 5 SHALL BE AUTOMATICALLY AMENDED TO CONFORM TO THE MAXIMUM MONETARY LIMIT PERMITTED UNDER LAW. IN CASES IN WHICH THIS SECTION 4.8 IS APPLICABLE, THE PARTIES AGREE THAT IF CONTRACTOR DOES NOT CARRY INSURANCE IN THE MINIMUM AMOUNTS SPECIFIED IN ARTICLE 5, CONTRACTOR HAS APPROVED SELF-INSURANCE AS STATED IN THE TEXAS ANTI-INDEMNITY ACT AND THE MUTUAL INDEMNIFICATION AMOUNT SHALL BE THE MAXIMUM AMOUNT CARRIED BY COMPANY.

4.9 IF SECTION 4.2 IS DEEMED UNENFORCEABLE BY A COURT OF COMPETENT JURISDICTION AND VENUE, THEN TO THE FULLEST EXTENT OF LAW, COMPANY SHALL PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS CONTRACTOR GROUP FROM AND AGAINST ANY LOSSES, LIABILITIES, COSTS, EXPENSES, SUITS, ACTIONS, CLAIMS, AND ALL OTHER OBLIGATIONS AND PROCEEDINGS WHATSOEVER, INCLUDING, WITHOUT LIMITATION, ALL JUDGMENTS RENDERED AGAINST AND ALL FINES AND PENALTIES IMPOSED UPON CONTRACTOR GROUP, AND ANY REASONABLE ATTORNEYS' FEES AND OTHER COSTS OF DEFENSE ARISING OUT OF INJURIES TO CONTRACTOR'S EMPLOYEES (INCLUDING STATUTORY EMPLOYEES OR LEASED EMPLOYEES), NOTWITHSTANDING CONTRACTOR'S IMMUNITY TO SUCH CLAIMS BASED UPON STATUTORY IMMUNITY SUCH AS WORKER'S COMPENSATION LAWS, OR CONTRACTOR'S SUBCONTRACTORS OR THEIR EMPLOYEES, INCLUDING DEATH, TO THE EXTENT CAUSED BY, OR OCCURRING IN CONNECTION WITH, ANY WILLFUL MISCONDUCT OR NEGLIGENT ACT OR OMISSION OF COMPANY, ITS EMPLOYEES, AGENTS OR CONTRACTORS.

IT IS THE EXPRESS INTENTION OF THE PARTIES THAT THIS FAULT-BASED INDEMNITY CONTAINED IN SECTION 4.9 SHALL APPLY IF AND ONLY IF THE NON-FAULT BASED INDEMNITY CONTAINED IN SECTION 4.2 IS DEEMED UNENFORCEABLE BY A COURT OF COMPETENT JURISDICTION AND VENUE.

4.10 IF SECTION 4.3 IS DEEMED INVALID BY A COURT OF COMPETENT JURISDICTION AND VENUE, THEN TO THE FULLEST EXTENT OF LAW, CONTRACTOR SHALL PROTECT, DEFEND, INDEMNIFY AND HOLD HARMLESS COMPANY GROUP FROM AND AGAINST ANY LOSSES, LIABILITIES, COSTS, EXPENSES, SUITS, ACTIONS, CLAIMS, AND ALL OTHER OBLIGATIONS AND PROCEEDINGS WHATSOEVER, INCLUDING, WITHOUT LIMITATION, ALL JUDGMENTS RENDERED AGAINST AND ALL FINES AND PENALTIES IMPOSED UPON COMPANY GROUP, AND ALL REASONABLE ATTORNEYS' FEES AND OTHER COSTS OF DEFENSE ARISING OUT OF INJURIES TO COMPANY'S EMPLOYEES (INCLUDING STATUTORY EMPLOYEES OR LEASED EMPLOYEES), NOTWITHSTANDING COMPANY'S IMMUNITY TO SUCH CLAIMS BASED UPON STATUTORY IMMUNITY SUCH AS WORKER'S COMPENSATION LAWS, OR COMPANY'S CONTRACTORS OR THEIR EMPLOYEES, INCLUDING DEATH, TO THE EXTENT CAUSED BY, OR OCCURRING IN CONNECTION WITH, ANY WILLFUL MISCONDUCT OR NEGLIGENT ACT OR OMISSION OF CONTRACTOR, ITS EMPLOYEES, AGENTS OR CONTRACTORS.

IT IS THE EXPRESS INTENTION OF THE PARTIES THAT THIS FAULT-BASED INDEMNITY CONTAINED IN SECTION 4.10 SHALL APPLY IF AND ONLY IF THE NON-FAULT BASED INDEMNITY CONTAINED IN SECTION 4.3 IS DEEMED UNENFORCEABLE BY A COURT OF COMPETENT JURISDICTION AND VENUE.

4.11 Employment Related Claims. Contractor shall release, protect, defend, indemnify and hold harmless Company Group from any claim or loss for employment discrimination, medical, compensation, or other benefits (including worker's compensation benefits) owed to employees of Contractor or its subcontractors, suppliers or affiliates as a result of the

8

direct employment relationship of such individuals with Contractor or its subcontractors, suppliers or affiliates even if such individuals are determined to be the borrowed or statutory employees of Company or its affiliates.

4.12 Pollution and Contamination: Notwithstanding anything to the contrary contained herein, it is understood and agreed by and between Contractor and Company that the responsibility for pollution and contamination shall be as follows:

(a) Unless otherwise provided herein, Contractor shall assume all responsibility for, including control and removal of, and protect, defend, indemnify and save Company Group harmless from and against all losses, liabilities, costs, expenses, suits, actions, claims and all other obligations and proceedings whatsoever, including all judgments rendered against and all fines and penalties imposed upon Company Group (including punitive damages), and any reasonable attorneys' fees, expert fees, and other costs of defense without limit, arising from pollution or contamination (including Naturally Occurring Radioactive Material) which originates above the surface of the land or water from spills of fuels, lubricants, motor oils, pipe dope, paints, solvents, ballast, bilge and garbage, except unavoidable pollution from reserve pits, wholly in Contractor's possession and control and directly associated with Contractor's equipment and facilities.

(b) Company shall assume all responsibility for, including control and removal of, and protect, defend, indemnify and save Contractor Group harmless from and against all losses, liabilities, costs, expenses, suits, actions, claims and all other obligations and proceedings whatsoever, including all judgments rendered against and all fines and penalties imposed upon Contractor Group (including punitive damages), and any reasonable attorneys' fees, expert fees, and other costs of defense without limit, arising from pollution or contamination which may occur during the conduct of operations hereunder, including, but not limited to, that which may result from fire, blowout, cratering, seepage or any other uncontrolled flow of oil, gas, water or other substance, as well as the use or disposition of oil, gas, water or other substance, as well as the use or disposition of oil emulsion, oil base or chemically treated drilling fluids, contaminated cuttings or carvings, lost circulation and fish recovery materials and fluids.

(c) In the event a Third Party, committing an act or omission which results in pollution or contamination for which either Contractor Group or Company Group (for whom such Third Party is performing work) is held to be legally liable, then, as between Contractor Group and Company Group, responsibility therefore shall be considered, to be the same as if the party for whom the work was performed had performed the same and all obligations of defense, indemnity, holding harmless and limitation of responsibility and liability, as set forth in paragraphs (a) and (b) above, shall specifically apply.

4.13 Contractor Responsibility for Hazardous Waste. Contractor shall, at its sole expense and risk, transport and dispose of (except as otherwise mutually agreed) any hazardous waste or materials supplied by any member(s) of Contractor Group and used by any member(s) of Contractor Group in the performance of this Agreement or any Work Order.

4.14 Underground Damage. Company shall release Contractor of any liability for, and shall defend and indemnify Contractor against any and all claims, liability and expense resulting from, operations under this Agreement on account of injury to, destruction of, or loss or impairment of any property right in or to oil, gas, or other minerals substance or water, if at the time of the act or omission causing such injury, destruction, loss or impairment, said substance had not been reduced to physical possession above the surface of the earth, and for any loss or damage to any formation, strata or reservoir beneath the surface of the earth.

4.15 Liability for Wild Well. Company shall be liable for the cost of regaining control of any wild well and for the cost of removal of any debris. Company shall release Contractor from, and shall indemnify Contractor against, any liability for such cost.

4.16 Notice. If a claim is asserted against one of the parties to this Agreement which may give rise to a claim for indemnity against the other party hereto, the party against whom the claim is first asserted must notify the potential indemnitor in writing and give the potential indemnitor the right to defend or assist in the defense of the claim.

4.17 Defense and Participation. Contractor agrees to defend Company Group against all suits or other actions brought upon any and all Claims/Losses covered by Contractor's indemnity obligations under this Agreement, but any member of Company Group shall have the right, at its or their option, to participate at its or their own expense in the defense of any such suits or other actions without releasing Contractor from any indemnity obligation hereunder. Company agrees to defend Contractor Group against all suits or other actions brought upon any and all Claims covered by Company's indemnity obligations under this Agreement, but any member of Contractor Group shall have the right, at its or their option,

to participate at its or their own expense in the defense of any such suits or other actions without releasing Company from any indemnity obligation hereunder.

4.18 Subcontractors' Indemnity. Contractor agrees to include identical indemnity provisions in its subcontracts. If Contractor fails to ensure that any subcontract contains identical indemnity provisions as those required by this Article 4, any personnel engaged and/or property used in the furnishing of the Work shall be deemed agents and employees or property of Contractor for the purpose of determining Contractor's indemnity obligations.

4.19 Relationship to Other Remedies. The indemnities provided in this Article shall be in addition to and not in substitution for any other remedies available to the Parties under the express language of this Agreement or at law or in equity.

## ARTICLE 5: INSURANCE

5.1 Required Insurance Program. This Agreement sets forth the required basic insurance program for Contractor. Other insurance limits or coverages may be specified in a Work Order. This required insurance program supports Contractor's indemnity obligations and other potential liabilities, and shall apply whether or not the indemnification is valid. Throughout this Agreement's term, this required insurance program shall be:

(a) maintained by Contractor;
(b) at Contractor's own expense;
(c) with reliable insurance company(ies) rated "A -VII" or better in the Best Guide for Key Ratings and authorized to do business in the jurisdiction where the work is to be performed.

5.2 Primary and Excess. The required insurance program's amounts may be satisfied by any combination of primary or excess insurance.

5.3 Qualified Self-Insurance. If the Parties agree in writing, Contractor may use a qualified self-insurance program for Workers' Compensation and Automobile Liability. A Qualified Self-Insurance program is one approved by the appropriate governmental body as having sufficient reserves to pay anticipated claims.

5.4 Non-Qualified Self-Insurance. If the Parties agree in writing, Contractor may self-insure all or part of the required insurance program. A Non-Qualified Self-Insurance program is one in which a Party relies on the general creditworthiness of the self-insuring Party. The Parties may, but are not required to, agree to additional credit items, such as parent company guarantees, letters of credit, or bonds.

5.5 Deductibles and Self-Insured Retention. Contractor shall be responsible for its own deductibles and self-insured retention, if applicable.

5.6 Claims Made. If Contractor uses a "Claims Made" policy, it must purchase a three-year discovery period.

### A. REQUIRED INSURANCE

5.7 Workers' Compensation and Employers' Liability Insurance. The required insurance program includes:

1. Workers' Compensation Insurance, including occupational disease and, when applicable, coverage for Maritime, United States Longshoremen and Harbor Workers' Compensation Act, Outer Continental Shelf Act, Jones Act, Death on the High Seas Act and In Rem, Maritime Employer's Liability including wages, maintenance and transportation, and coverage for Master and Crews, with statutory limits in accordance with all applicable state and federal laws, including Company under the Alternate Employer/Borrowed Servant Endorsement. If the Work is performed in Texas or under Texas law and Contractor does not purchase Texas Workers' Compensation Coverage ("TWCC"), Contractor agrees to sign the current TWCC form establishing an Independent Contractor relationship under the Texas Workers' Compensation Act.

2. Employers' Liability Insurance of at least $1,000,000 per accident/occurrence in accordance with all applicable federal and state laws, including the Alternate Employer/Borrowed Servant Endorsement.

The insurance required under this part shall cover employees, partners, members, managers, owners, officers, and directors.

5.8 Commercial General Liability Insurance. The required insurance program includes Commercial General Liability Insurance with coverage of at least $1,000,000 per occurrence and $2,000,000 in the aggregate per Work Site and/or per Project for Bodily Injury and Property Damage, specifically including:

1. Contractual Liability for their respective obligations under this Agreement.

2. Products Liability.
3. Completed Operations.
4. "In Rem" endorsement (if applicable)
5. Sudden and Accidental Pollution coverage.
6. Premises Operations.
7. Independent Contractors.
8. Personal and Advertising Injury.
9. Explosion, Collapse and Underground.
10. No exclusion for "action over" claims.

**5.9 Automobile Liability Insurance.** The required insurance program includes Automobile Liability Insurance with $1,000,000 combined single limit for Bodily Injury and Property Damage, covering Owned, Hired, and Non-Owned Vehicles.

**5.10 Excess Liability Insurance.** The required insurance program includes Excess Liability Insurance over the insurance required in Article 5 of this Agreement. The Excess Liability Insurance shall have limits of at least $5,000,000, and provide coverage that follows the same coverage forms as specifically stated in the required primary policies outlined above in Section 5.8.

**5.11 Physical Damage Insurance.**

A. Contractor may insure or self-insure Physical Damage to property owned by Contractor provided; however, the same shall not negate Company's responsibility for any and all physical damage to Contractor's property caused by Company's negligence as provided in this Agreement.

B. In the event operations covered by this Agreement require Contractor to transport, lift, install or construct property of Company, Contractor shall provide Cargo, Lift Risk, Installation, Construction Risk or other insurance satisfactory to Company, or as otherwise agreed by Company.

**5.12 Pollution Liability Insurance.** Contractor shall purchase and maintain contractor's pollution liability insurance coverage for any and all losses arising from or in any way related to pollution conditions, both sudden and accidental and gradual, which arise from Contractor's operations under the Work Order, whether directly or indirectly, or that are in any other way related to Contractor's operations during performance of the Work Order, whether such operations be by Contractor, its subcontractors or anyone directly or indirectly employed by any of them. Contractor's pollution liability insurance policy shall contain minimum liability limits of $10,000,000 per claim and $10,000,000 in the aggregate. Such liability limits shall be Project specific, dedicated to the Work to be performed by Contractor under the Work Order, and shall not be eroded by the addition of any other party or entity not in conformance with the Work Order. In addition, the policy shall satisfy the following requirements:

1. "Covered Operations" designated by the policy must specifically include all Work performed under the Work Order.

2. The policy shall contain or be endorsed to include coverage for the following: (i) bodily injury (including death), property damage and environmental cleanup costs, both on-Site and off-Site; (ii) transportation of any waste, including loading/ unloading, from the Site to the final disposal location as well as any temporary storage, transshipment or transfer sites. Transportation coverage shall include both hired and non-owned automobiles; and (iii) all disposal locations (final and temporary). All such disposal locations shall be scheduled to the policy via the requisite non-owned disposal site endorsement, as non-owned disposal sites for coverage under the policy.

3. The pollution liability insurance policy shall not: (i) contain any contractual liability exclusion or any other similar exclusion which would serve to exclude coverage for liability assumed by Contractor under the Agreement; (ii) exclude any loss or damage to Company or Company's property resulting from any acts or omissions of Contractor, its officers, employees, agents, servants or subcontractors; (iii) contain any exclusions for microbial matter, lead or asbestos.

**5.13 Additional Coverage.** Contractor shall maintain Aircraft Liability, Marine P&I and rental liability insurance, as required by Section 1.2, with limits to be agreed, if applicable.

### B. REQUIRED INSURANCE PROVISIONS

**5.14 Waiver of the Right of Subrogation.**

A. Contractor shall obtain from its insurers a waiver of the right of subrogation on all of the policies required by this Agreement in favor of each member of Company Group to the extent and only to the extent of the obligations, liabilities, and other duties assumed by Contractor under this Agreement. In no event shall a waiver of the right of subrogation inure to the benefit of any employee such that any employee recovers under workers'

compensation/employers' liability, as well as under comprehensive general liability or excess insurance policies, as a result of indemnity obligations assumed under this Agreement. The Parties do not intend any such employee to be a third party beneficiary of this Agreement

B. Contractor agrees to waive subrogation against Company Group (or to obtain such waiver from its insurance carrier if required by the carrier to do so) for any loss to Contractor's tools, equipment, machinery and appliances, including in-hole tools and equipment, and any watercraft and aircraft. Contractor agrees to first make claim to his insurance carrier in all instances, including but not limited to, events identified in paragraphs relating to in-hole equipment and environmental damage.

**5.15 Additional Insured.** Except for Workers' Compensation and Employers' Liability, Contractor shall obtain agreement from its insurers to name each member of Company Group as an additional insured under Contractor's insurance policies to the extent and only to the extent of the obligations, liabilities, and other duties assumed by Contractor under this Agreement. The naming of an additional insured may be accomplished through a Blanket Additional Insured Endorsement, but, if necessary, a Party will specifically add each Person entitled to be an additional insured, and the Additional Insured Endorsement, whether blanket or specific, will be Forms CG 2010 10 01 and CG 2037 10 01 or equivalent, the intent being to maintain additional insured status for Company Group with respect to the Completed Operations exposure.

**5.16 Separation or Severability of Interest.** For all insurance policies where an additional insured has been named, such insurance policies shall also contain a separation or severability of interest clause (sometimes called cross liability coverage) so that each insured shall be treated separately under the policy. Although responsible for additional insured Persons under this provision, this provision shall not cause any change of the insured risks or any change in the amount of insurance provided.

**5.17 Primary Coverage.** Contractor's insurance shall be deemed primary and without contribution from Company Group's insurance.

**5.18 Louisiana Operations.** Notwithstanding anything herein to the contrary, to the extent that particular Work performed hereunder is performed in the State of Louisiana or under Louisiana law, Contractor agrees that, in return for payment of the applicable premium by Company, all of Contractor's insurance policies (with the exception of Workers' Compensation and Employers' Liability) shall, to the extent that Contractor has expressly assumed the risks allocated to it under this Agreement, name each member of Company Group as additional insureds, provide a waiver of subrogation in favor of Company Group, and be primary as respects any other coverage in favor of Company Group.

Contractor shall bill Company for all premiums incurred in obtaining additional insured coverage, waivers of subrogation, and primary endorsements as described above for Company Group. Such invoices shall be forwarded to Company for payment in accordance with the provisions of this Agreement, provided that Contractor has demonstrated to Company's satisfaction that such insurance has been obtained. Both parties agree that Company is paying for all material parts of the insurance protection for Company Group. Contractor shall separately invoice Company and Company shall separate pay from any other of Contractor's invoices the cost of such insurance coverage.

**5.19 Insurance Certificates.** Contractor agrees that prior to commencing any work under this Agreement, thirty (30) days prior to the expiration of any required coverages, and, additionally, upon Company's request at any time, it shall have its insurance carrier(s) furnish Company with a certificate(s) of insurance showing the types of coverage required by this Agreement and stating that the insurance company shall not cancel, non-renew, or materially change any coverage without first providing thirty (30) days notice to Company. Acceptance of an insurance certificate shall not constitute a waiver of any kind of any requirement. Company shall have the right to request and review a certified copy of any or all of Contractor's insurance policies.

**5.20 Obligations Remain.** Failure by Contractor to obtain insurance coverage or obtain the required insurance terms and conditions shall not relieve Contractor from its obligations under this Agreement. Contractor's indemnification obligations shall not be limited in amount or in scope to coverage provided by any insurance that it does obtain. In addition, the inability to collect insurance or delays in payment of insurance shall not excuse or delay performance of an indemnity obligation. The limits required in this Article 5 are minimum amounts only and shall not operate or be construed as a limitation of, or restriction on, the amount of liability of Contractor or the coverage available to Company Group under any insurance maintained by Contractor in excess of such minimum amounts.

**5.21 Subcontractor's Insurance Requirement.** Contractor shall require all its subcontractors to provide evidence of the insurance coverage identical to that required by this Article 5, as well as any other coverages Contractor deems necessary for the work performed. Such policies shall meet the waiver of subrogation requirements stated herein. However, Contractor's compliance with this Section 5.21 shall not relieve Contractor of its obligations to meet the insurance requirements of this Article 5. To the extent that Contractor does not require or Contractor's subcontractor does not obtain such coverage,

10

Contractor agrees to indemnify and save Company Group harmless from all claims, demands, losses, expenses and judgments to which said coverages would have applied.

**5.22 Warranty and Indemnification.** Contractor does hereby warrant that it will comply with the insurance requirements of this Article 5 and does hereby agree to protect and indemnify Company Group from any loss Company Group may suffer due to Contractor's failure to comply with any requirement of this Article 5, including the obtaining of waivers of subrogation, or due to any insurance coverage being invalidated due to Contractor's failure to comply with the terms, conditions and warranties of the insurance.

### ARTICLE 6: LEGAL ADMINISTRATION

**6.1 Laws in General.** Contractor shall comply with all federal, state, county (parish), and municipal laws, ordinances, statutes, codes, rules, and regulations that (a) are in effect and (b) apply to its services, products, materials, equipment, or employees to be used in performing such Work Order.

**6.2 Compliance with Environmental Laws.** Contractor shall give all notices and otherwise fully comply with all laws, statutes, regulations, ordinances, rules, standards, orders, rulings, decrees, or determinations of any local, state, or federal governmental authority (including related determinations, interpretations, orders, judgments or opinions by any judicial or administrative authority) which has jurisdiction over Contractor, the work, or the Work Site pertaining to protection or conservation of the air, land, water, human health, industrial hygiene, or other aspects of the environment, including the following statutes, as supplemented and amended: the Clean Air Act, the Comprehensive Environmental Response, Compensation and Liability Act, the Federal Water Pollution Control Act, the Solid Waste Disposal Act, the Resources Conservation and Recovery Act, the Safe Drinking Water Act, the Toxic Substances Control Act, the Hazardous Materials Transportation Act, the Federal Oil Pollution Act of 1990 and comparable state and local statutes and implementing rules or regulations.

**6.3 Governing Law.** This Agreement may govern services, products, materials, supplies, and equipment supplied by Contractor to Company in several different jurisdictions. The law of the state of Louisiana will govern the validity of this Agreement and any Work Orders, the interpretation and performance, and remedies for contract breach or any other claims related to this Agreement or Work Order, without regard to the choice of law rules of Louisiana. Any litigation arising out of or pertaining to this Agreement or Work Order shall only be filed and prosecuted in the appropriate court of Shreveport, Caddo Parish, Louisiana that has subject matter jurisdiction (state or federal), which shall be the exclusive venue for any such litigation.

**6.4 Mediation.** As a condition precedent to litigation, any dispute arising out of or relating to this Agreement and/or any Work Order or the breach, termination, or validity thereof shall first be submitted to commercial mediation.

**6.5 Provisions Deemed Amended.** If any provision of this Agreement is deemed by a court of competent jurisdiction in a controversy arising under this Agreement to be unenforceable, then that provision shall be deemed amended to the minimum extent required to comply with state law.

**6.6 Severability of Provisions.** If any part of this Agreement is deemed by a court of competent jurisdiction in a controversy arising under this Agreement to be unenforceable, and the court finds that the provision may not be deemed amended in accordance with Section 6.5, then to the extent and only to the extent that the provision is unenforceable, such provision shall be severed from this Agreement and deemed non-binding while all other parts of this Agreement shall remain binding.

**6.7 Plural/Singular.** Reference to the singular includes a reference to the plural and vice versa. Reference to one gender includes a reference to the other gender.

**6.8 Binding Authority.** Each of the individuals executing this Agreement represents that he or she has full right and authority to execute this instrument on behalf of Company or Contractor, as the case may be, and to bind such Party.

**6.9 Authority Required.** The Person executing this Agreement, any Work Order, or any amendment, waiver, or other action with legal effect related to this Agreement or any Work Order, must have a title that includes one or more of the following or similar terms: "Agent," "Representative," "Attorney-in-fact," "Manager," "Director," "President," "Vice President," or any similar title evidencing supervisory responsibility. If such a Person executes this Agreement on behalf of a Party, the other Party is not required to obtain a power of attorney, delegation of authority, or corporate resolution evidencing such authority.

**6.10 Duplicate Originals.** This Agreement may be executed in duplicate originals, and each such instrument shall be deemed an original of this Agreement for all purposes.

[Remainder of page intentionally left blank; signature page to follow]

This Master Service Agreement is hereby executed as of the Effective Date.

CONTRACTOR

*KODIAK GAS SERVICES, LLC*

By: _[signature]_

Name: Craig Collins

Title: Executive Vice President

Date: June 11, 2014

Tax I.D. No: 45-2397126

COMPANY

*Sklar Exploration Company LLC*

By: _[signature]_

Name: David A. Barlow

Title: President-Chief Operating Officer

Date: 6-13-14

11



## GAS COMPRESSION SERVICES ADDENDUM

The terms and conditions of that certain Gas Compression Agreement ("Agreement") dated June 30, 2014, by and between Kodiak Gas Services, LLC ("Kodiak") and Sklar Exploration Company LLC ("Customer") are hereby incorporated by reference.  In the event of any conflict between the Agreement, any exhibits or attachments thereto, this Addendum, or any other papers or documents, the terms of the Agreement shall control.  Notwithstanding the foregoing, the terms of the Agreement may be modified by the terms of this Addendum if, and only if, the terms of this Addendum expressly state that they are in fact modifying the terms of the Agreement.  All capitalized terms not defined herein shall have the meanings ascribed to them in the Agreement.

NOW THEREFORE, in consideration of the compensation provided herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Kodiak and Customer agree to the provision of additional gas compression services as follows:

1. **LOCATION.**  Kodiak shall perform contract gas compression services for Customer at Customer's **"North Beach II, Inlet Unit"** location, in **Conecuh** County, **Alabama** (the "Location") commencing **March 1, 2020**.

2. **OPERATING DESIGN CONDITIONS**.  Kodiak will operate and maintain the Equipment to perform the gas compression services that the following operating standards and design conditions:

| | |
|---|---|
| Design Suction Pressure (psig) | **20** |
| Design Discharge Pressure (psig) | **850** |
| Suction Temperature (°F) | **80 - 100** |
| Discharge Temperature (°F) | **Ambient +/- 20°F** |
| Specific Gravity | **0.79** |
| Required Flow/Design Capacity (mmscfd) | **4.6** |
| Elevation | **50** |
| Unit Partial NACE for Sour Gas (Y/N) | **N** |

3. **COMPENSATION.**  As consideration for performing the gas compression services each month under Section 2 of this Addendum, beginning **March 1, 2020**, Customer shall pay Kodiak for each calendar month the applicable rate per the terms of the Agreement using the following pricing matrix:

| | | |
|---|---|---|
| Monthly Gas Compression Services Charge | $ | **18,500** |
| Daily Rate | $ | 608.55 |
| Standby Rate | $ | 12,950.00 |



4. **PRIMARY TERM**.  The Primary Term of this Addendum shall be **thirty-six (36) months** from **March 1, 2020**.

5. **MODIFICATION.**  Kodiak initially shall install the Equipment at the Location, but with prior written notice to Customer, shall be allowed to modify the Equipment at the discretion of Kodiak so long as Kodiak meets and fully performs its obligations in this Agreement. If the compression needs of the Customer change with regard to the field and/or system the Equipment is located on, Kodiak and Customer may amend this Addendum from time to time as the Parties may mutually agree to reflect the terms of such modified services; provided however, that any additional expenses incurred due to such modifications shall be the sole responsibility of Customer.

IN  WITNESS  WHEREOF  the  parties  have  executed  this  Addendum  this  _20th_  day of

_FEBRUARY_____, 2020.

**Sklar Exploration Company LLC**
("Customer")

By: _Richard M. West_

Name: _RICHARD M. WEST_

Title: _OPERATIONS MANAGER_

**Kodiak Gas Services, LLC**

By: _____

Name: ____**Kyle Boudousquie**____

Title: ____**Associate General Counsel**____



## GAS COMPRESSION SERVICES ADDENDUM

The terms and conditions of that certain Gas Compression Agreement ("Agreement") dated June 30, 2014, by and between Kodiak Gas Services, LLC ("Kodiak") and Sklar Exploration Company LLC ("Customer") are hereby incorporated by reference.  In the event of any conflict between the Agreement, any exhibits or attachments thereto, this Addendum, or any other papers or documents, the terms of the Agreement shall control.  Notwithstanding the foregoing, the terms of the Agreement may be modified by the terms of this Addendum if, and only if, the terms of this Addendum expressly state that they are in fact modifying the terms of the Agreement.  All capitalized terms not defined herein shall have the meanings ascribed to them in the Agreement.

NOW THEREFORE, in consideration of the compensation provided herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Kodiak and Customer agree to the provision of additional gas compression services as follows:

1. **LOCATION.**  Kodiak shall perform contract gas compression services for Customer at Customer's **"North Beach II, Overhead Unit"** location, in **Conecuh** County, **Alabama** (the "Location") commencing **March 1, 2020**.

2. **OPERATING DESIGN CONDITIONS**.   Kodiak will operate and maintain the Equipment to perform the gas compression services that the following operating standards and design conditions:

| | |
|---|---|
| Design Suction Pressure (psig) | **330** |
| Design Discharge Pressure (psig) | **850** |
| Suction Temperature (°F) | **80 - 100** |
| Discharge Temperature (°F) | **Ambient +/- 20°F** |
| Specific Gravity | **0.79** |
| Required Flow/Design Capacity (mmscfd) | **2.4** |
| Elevation | **50** |
| Unit Partial NACE for Sour Gas (Y/N) | **N** |

3. **COMPENSATION.**  As consideration for performing the gas compression services each month under Section 2 of this Addendum, beginning **March 1, 2020**, Customer shall pay Kodiak for each calendar month the applicable rate per the terms of the Agreement using the following pricing matrix:

| | | |
|---|---|---|
| Monthly Gas Compression Services Charge | $ | **4,250** |
| Daily Rate | $ | 139.80 |
| Standby Rate | $ | 2,975.00 |



4.  **PRIMARY TERM**.  The Primary Term of this Addendum shall be **thirty-six (36) months** from **March 1, 2020**.

5.  **MODIFICATION.**  Kodiak initially shall install the Equipment at the Location, but with prior written notice to Customer, shall be allowed to modify the Equipment at the discretion of Kodiak so long as Kodiak meets and fully performs its obligations in this Agreement. If the compression needs of the Customer change with regard to the field and/or system the Equipment is located on, Kodiak and Customer may amend this Addendum from time to time as the Parties may mutually agree to reflect the terms of such modified services; provided however, that any additional expenses incurred due to such modifications shall be the sole responsibility of Customer.

IN WITNESS WHEREOF the parties have executed this Addendum this _20th_ day of

_FEBRUARY_____, 2020.


**Sklar Exploration Company LLC**
("Customer")

By:  _Richard M. West_

Name:  _RICHARD M. WEST_

Title:  _OPERATIONS MANAGER_


**Kodiak Gas Services, LLC**

By:  _____

Name:  **Kyle Boudousquie**

Title:  **Associate General Counsel**



## GAS COMPRESSION SERVICES ADDENDUM

The terms and conditions of that certain Gas Compression Agreement ("Agreement") dated June 30, 2014, by and between Kodiak Gas Services, LLC ("Kodiak") and Sklar Exploration Company LLC ("Customer") are hereby incorporated by reference.  In the event of any conflict between the Agreement, any exhibits or attachments thereto, this Addendum, or any other papers or documents, the terms of the Agreement shall control.  Notwithstanding the foregoing, the terms of the Agreement may be modified by the terms of this Addendum if, and only if, the terms of this Addendum expressly state that they are in fact modifying the terms of the Agreement.  All capitalized terms not defined herein shall have the meanings ascribed to them in the Agreement.

NOW THEREFORE, in consideration of the compensation provided herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Kodiak and Customer agree to the provision of additional gas compression services as follows:

1. **LOCATION.**  Kodiak shall perform contract gas compression services for Customer at Customer's **"North Beach II, Refrigeration Unit"** location, in **Conecuh** County, **Alabama** (the "Location") commencing **March 1, 2020**.

2. **OPERATING DESIGN CONDITIONS**.  Kodiak will operate and maintain the Equipment to perform the gas compression services that the following operating standards and design conditions:

| | |
|---|---|
| Design Suction Pressure (psig) | **2.0 – 5.0** |
| Design Discharge Pressure (psig) | **170 - 225** |
| Suction Temperature (°F) | **80 - 100** |
| Discharge Temperature (°F) | **Ambient +/- 20°F** |
| Specific Gravity | **0.65** |
| Required Flow/Design Capacity (mmscfd) | **0.1 – 0.3** |
| Elevation | **250** |
| Unit Partial NACE for Sour Gas (Y/N) | **N** |

3. **COMPENSATION.**  As consideration for performing the gas compression services each month under Section 2 of this Addendum, beginning **March 1, 2020**, Customer shall pay Kodiak for each calendar month the applicable rate per the terms of the Agreement using the following pricing matrix:

| | | |
|---|---|---|
| Monthly Gas Compression Services Charge | $ | **15,500** |
| Daily Rate | $ | 509.87 |
| Standby Rate | $ | 10,850.00 |

Page **1** of **2**



4. **PRIMARY TERM**. The Primary Term of this Addendum shall be **thirty-six (36) months** from **March 1, 2020**.

5. **MODIFICATION.** Kodiak initially shall install the Equipment at the Location, but with prior written notice to Customer, shall be allowed to modify the Equipment at the discretion of Kodiak so long as Kodiak meets and fully performs its obligations in this Agreement. If the compression needs of the Customer change with regard to the field and/or system the Equipment is located on, Kodiak and Customer may amend this Addendum from time to time as the Parties may mutually agree to reflect the terms of such modified services; provided however, that any additional expenses incurred due to such modifications shall be the sole responsibility of Customer.

IN WITNESS WHEREOF the parties have executed this Addendum this _20th_ day of _February_, 2020.

**Sklar Exploration Company LLC**
("Customer")

By: _Richard M. West_

Name: _RICHARD M. WEST_

Title: _OPERATIONS-MANAGER_

**Kodiak Gas Services, LLC**

By: _____

Name: **Kyle Boudousquie**

Title: **Associate General Counsel**



## GAS COMPRESSION SERVICES ADDENDUM

The terms and conditions of that certain Gas Compression Agreement ("Agreement") dated June 30, 2014, by and between Kodiak Gas Services, LLC ("Kodiak") and Sklar Exploration Company LLC ("Customer") are hereby incorporated by reference. In the event of any conflict between the Agreement, any exhibits or attachments thereto, this Addendum, or any other papers or documents, the terms of the Agreement shall control. Notwithstanding the foregoing, the terms of the Agreement may be modified by the terms of this Addendum if, and only if, the terms of this Addendum expressly state that they are in fact modifying the terms of the Agreement. All capitalized terms not defined herein shall have the meanings ascribed to them in the Agreement.

NOW THEREFORE, in consideration of the compensation provided herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Kodiak and Customer agree to the provision of additional gas compression services as follows:

1. **LOCATION.** Kodiak shall perform contract gas compression services for Customer at Customer's **"North Beach II, Residue Unit #2"** location, in **Conecuh** County, **Alabama** (the "Location") commencing **March 1, 2020**.

2. **OPERATING DESIGN CONDITIONS**. Kodiak will operate and maintain the Equipment to perform the gas compression services that the following operating standards and design conditions:

| | |
|---|---|
| Design Suction Pressure (psig) | 375 |
| Design Discharge Pressure (psig) | 832 |
| Suction Temperature (°F) | 80 - 100 |
| Discharge Temperature (°F) | Ambient +/- 20°F |
| Specific Gravity | 0.79 |
| Required Flow/Design Capacity (mmscfd) | 1.4 |
| Elevation | 50 |
| Unit Partial NACE for Sour Gas (Y/N) | N |

3. **COMPENSATION.** As consideration for performing the gas compression services each month under Section 2 of this Addendum, beginning **March 1, 2020**, Customer shall pay Kodiak for each calendar month the applicable rate per the terms of the Agreement using the following pricing matrix:

| | | |
|---|---|---|
| Monthly Gas Compression Services Charge | $ | 3,750 |
| Daily Rate | $ | 123.36 |
| Standby Rate | $ | 2,625.00 |



4. **PRIMARY TERM**. The Primary Term of this Addendum shall be **thirty-six (36) months** from **March 1, 2020**.

5. **MODIFICATION.** Kodiak initially shall install the Equipment at the Location, but with prior written notice to Customer, shall be allowed to modify the Equipment at the discretion of Kodiak so long as Kodiak meets and fully performs its obligations in this Agreement. If the compression needs of the Customer change with regard to the field and/or system the Equipment is located on, Kodiak and Customer may amend this Addendum from time to time as the Parties may mutually agree to reflect the terms of such modified services; provided however, that any additional expenses incurred due to such modifications shall be the sole responsibility of Customer.

IN WITNESS WHEREOF the parties have executed this Addendum this _20th_ day of _February_, 2020.


**Sklar Exploration Company LLC**
("Customer")

By: _Richard M. West_

Name: _Richard M. West_

Title: _Operations Manager_


**Kodiak Gas Services, LLC**

By: _____

Name: _____**Kyle Boudousquie**_____

Title: _____**Associate General Counsel**_____



## GAS COMPRESSION SERVICES ADDENDUM

The terms and conditions of that certain Gas Compression Agreement ("Agreement") dated June 30, 2014, by and between Kodiak Gas Services, LLC ("Kodiak") and Sklar Exploration Company LLC ("Customer") are hereby incorporated by reference.  In the event of any conflict between the Agreement, any exhibits or attachments thereto, this Addendum, or any other papers or documents, the terms of the Agreement shall control.  Notwithstanding the foregoing, the terms of the Agreement may be modified by the terms of this Addendum if, and only if, the terms of this Addendum expressly state that they are in fact modifying the terms of the Agreement.  All capitalized terms not defined herein shall have the meanings ascribed to them in the Agreement.

NOW THEREFORE, in consideration of the compensation provided herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Kodiak and Customer agree to the provision of additional gas compression services as follows:

1. **LOCATION.**  Kodiak shall perform contract gas compression services for Customer at Customer's **"North Beach II, Residue Unit"** location, in **Conecuh** County, **Alabama** (the "Location") commencing **March 1, 2020**.

2. **OPERATING DESIGN CONDITIONS**.  Kodiak will operate and maintain the Equipment to perform the gas compression services that the following operating standards and design conditions:

| | |
|---|---:|
| Design Suction Pressure (psig) | **560** |
| Design Discharge Pressure (psig) | **850** |
| Suction Temperature (ºF) | **80 - 100** |
| Discharge Temperature (ºF) | **Ambient +/- 20ºF** |
| Specific Gravity | **0.79** |
| Required Flow/Design Capacity (mmscfd) | **3.3** |
| Elevation | **50** |
| Unit Partial NACE for Sour Gas (Y/N) | **N** |

3. **COMPENSATION.**  As consideration for performing the gas compression services each month under Section 2 of this Addendum, beginning **March 1, 2020**, Customer shall pay Kodiak for each calendar month the applicable rate per the terms of the Agreement using the following pricing matrix:

| | | |
|---|---|---:|
| Monthly Gas Compression Services Charge | $ | **3,750** |
| Daily Rate | $ | 123.36 |
| Standby Rate | $ | 2,625.00 |



4. **PRIMARY TERM**.  The Primary Term of this Addendum shall be **thirty-six (36) months** from **March 1, 2020**.

5. **MODIFICATION.**  Kodiak initially shall install the Equipment at the Location, but with prior written notice to Customer, shall be allowed to modify the Equipment at the discretion of Kodiak so long as Kodiak meets and fully performs its obligations in this Agreement. If the compression needs of the Customer change with regard to the field and/or system the Equipment is located on, Kodiak and Customer may amend this Addendum from time to time as the Parties may mutually agree to reflect the terms of such modified services; provided however, that any additional expenses incurred due to such modifications shall be the sole responsibility of Customer.

IN  WITNESS  WHEREOF  the  parties  have  executed  this  Addendum  this  _20th_  day  of

_FEBRUARY_ , 2020.


**Sklar Exploration Company LLC**
("Customer")

By: _Richard M. West_

Name: _RICHARD M. WEST_

Title: _OPERATIONS MANAGER_


**Kodiak Gas Services, LLC**

By: _____

Name:     **Kyle Boudousquie**

Title:     **Associate General Counsel**



## GAS COMPRESSION SERVICES ADDENDUM

The terms and conditions of that certain Gas Compression Agreement ("Agreement") dated June 30, 2014, by and between Kodiak Gas Services, LLC ("Kodiak") and Sklar Exploration Company LLC ("Customer") are hereby incorporated by reference.  In the event of any conflict between the Agreement, any exhibits or attachments thereto, this Addendum, or any other papers or documents, the terms of the Agreement shall control.  Notwithstanding the foregoing, the terms of the Agreement may be modified by the terms of this Addendum if, and only if, the terms of this Addendum expressly state that they are in fact modifying the terms of the Agreement.  All capitalized terms not defined herein shall have the meanings ascribed to them in the Agreement.

NOW THEREFORE, in consideration of the compensation provided herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Kodiak and Customer agree to the provision of additional gas compression services as follows:

1. **LOCATION.**  Kodiak shall perform contract gas compression services for Customer at Customer's **"North Beach, Inlet Unit"** location, in **Conecuh** County, **Alabama** (the "Location") commencing **March 1, 2020**.

2. **OPERATING DESIGN CONDITIONS**.  Kodiak will operate and maintain the Equipment to perform the gas compression services that the following operating standards and design conditions:

| | |
|---|---|
| Design Suction Pressure (psig) | **20 - 23** |
| Design Discharge Pressure (psig) | **670** |
| Suction Temperature (°F) | **80 - 100** |
| Discharge Temperature (°F) | **Ambient +/- 20°F** |
| Specific Gravity | **0.79** |
| Required Flow/Design Capacity (mmscfd) | **5.0** |
| Elevation | **50** |
| Unit Partial NACE for Sour Gas (Y/N) | **N** |

3. **COMPENSATION.**  As consideration for performing the gas compression services each month under Section 2 of this Addendum, beginning **March 1, 2020**, Customer shall pay Kodiak for each calendar month the applicable rate per the terms of the Agreement using the following pricing matrix:

| | | |
|---|---|---|
| Monthly Gas Compression Services Charge | $ | **17,000** |
| Daily Rate | $ | 559.21 |
| Standby Rate | $ | 11,900.00 |



4. **PRIMARY TERM.**  The Primary Term of this Addendum shall be **thirty-six (36) months** from **March 1, 2020**.

5. **MODIFICATION.**  Kodiak initially shall install the Equipment at the Location, but with prior written notice to Customer, shall be allowed to modify the Equipment at the discretion of Kodiak so long as Kodiak meets and fully performs its obligations in this Agreement. If the compression needs of the Customer change with regard to the field and/or system the Equipment is located on, Kodiak and Customer may amend this Addendum from time to time as the Parties may mutually agree to reflect the terms of such modified services; provided however, that any additional expenses incurred due to such modifications shall be the sole responsibility of Customer.

IN WITNESS WHEREOF the parties have executed this Addendum this _20th_ day of

_FEBRUARY_____, 2020.


**Sklar Exploration Company LLC**
("Customer")

By: _Richard M. West_____

Name: _RICHARD M. WEST_____

Title: _OPERATIONS MANAGER_____


**Kodiak Gas Services, LLC**

By: _____

Name: ____**Kyle Boudousquie**____

Title: ____**Associate General Counsel**____


Page **2** of **2**



## GAS COMPRESSION SERVICES ADDENDUM

The terms and conditions of that certain Gas Compression Agreement ("Agreement") dated June 30, 2014, by and between Kodiak Gas Services, LLC ("Kodiak") and Sklar Exploration Company LLC ("Customer") are hereby incorporated by reference.  In the event of any conflict between the Agreement, any exhibits or attachments thereto, this Addendum, or any other papers or documents, the terms of the Agreement shall control.  Notwithstanding the foregoing, the terms of the Agreement may be modified by the terms of this Addendum if, and only if, the terms of this Addendum expressly state that they are in fact modifying the terms of the Agreement.  All capitalized terms not defined herein shall have the meanings ascribed to them in the Agreement.

NOW THEREFORE, in consideration of the compensation provided herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Kodiak and Customer agree to the provision of additional gas compression services as follows:

1. **LOCATION.**  Kodiak shall perform contract gas compression services for Customer at Customer's **"North Beach, Overhead Unit"** location, in **Conecuh** County, **Alabama** (the "Location") commencing **March 1, 2020**.

2. **OPERATING DESIGN CONDITIONS**.  Kodiak will operate and maintain the Equipment to perform the gas compression services that the following operating standards and design conditions:

| | |
|---|---|
| Design Suction Pressure (psig) | **325** |
| Design Discharge Pressure (psig) | **625** |
| Suction Temperature (°F) | **80 - 100** |
| Discharge Temperature (°F) | **Ambient +/- 20°F** |
| Specific Gravity | **0.79** |
| Required Flow/Design Capacity (mmscfd) | **1.3** |
| Elevation | **50** |
| Unit Partial NACE for Sour Gas (Y/N) | **N** |

3. **COMPENSATION.**  As consideration for performing the gas compression services each month under Section 2 of this Addendum, beginning **March 1, 2020**, Customer shall pay Kodiak for each calendar month the applicable rate per the terms of the Agreement using the following pricing matrix:

| | | |
|---|---|---|
| Monthly Gas Compression Services Charge | $ | **3,050** |
| Daily Rate | $ | 100.33 |
| Standby Rate | $ | 2,135.00 |



4. **PRIMARY TERM**. The Primary Term of this Addendum shall be **thirty-six (36) months** from **March 1, 2020**.

5. **MODIFICATION.** Kodiak initially shall install the Equipment at the Location, but with prior written notice to Customer, shall be allowed to modify the Equipment at the discretion of Kodiak so long as Kodiak meets and fully performs its obligations in this Agreement. If the compression needs of the Customer change with regard to the field and/or system the Equipment is located on, Kodiak and Customer may amend this Addendum from time to time as the Parties may mutually agree to reflect the terms of such modified services; provided however, that any additional expenses incurred due to such modifications shall be the sole responsibility of Customer.

IN WITNESS WHEREOF the parties have executed this Addendum this _20 th_ day of _FEBRUARY_ , 2020.

**Sklar Exploration Company LLC**
("Customer")

By: _Richard M. West_

Name: _RICHARD M. WEST_

Title: _OPERATIONS MANAGER_

**Kodiak Gas Services, LLC**

By: _____

Name:    **Kyle Boudousquie**

Title:    **Associate General Counsel**



## GAS COMPRESSION SERVICES ADDENDUM

The terms and conditions of that certain Gas Compression Agreement ("Agreement") dated June 30, 2014, by and between Kodiak Gas Services, LLC ("Kodiak") and Sklar Exploration Company LLC ("Customer") are hereby incorporated by reference. In the event of any conflict between the Agreement, any exhibits or attachments thereto, this Addendum, or any other papers or documents, the terms of the Agreement shall control. Notwithstanding the foregoing, the terms of the Agreement may be modified by the terms of this Addendum if, and only if, the terms of this Addendum expressly state that they are in fact modifying the terms of the Agreement. All capitalized terms not defined herein shall have the meanings ascribed to them in the Agreement.

NOW THEREFORE, in consideration of the compensation provided herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Kodiak and Customer agree to the provision of additional gas compression services as follows:

1. **LOCATION.** Kodiak shall perform contract gas compression services for Customer at Customer's **"North Beach, Residue Unit"** location, in **Conecuh** County, **Alabama** (the "Location") commencing **March 1, 2020**.

2. **OPERATING DESIGN CONDITIONS**. Kodiak will operate and maintain the Equipment to perform the gas compression services that the following operating standards and design conditions:

| | |
|---|---:|
| Design Suction Pressure (psig) | **425** |
| Design Discharge Pressure (psig) | **835** |
| Suction Temperature (°F) | **80 - 100** |
| Discharge Temperature (°F) | **Ambient +/- 20°F** |
| Specific Gravity | **0.79** |
| Required Flow/Design Capacity (mmscfd) | **2.2** |
| Elevation | **50** |
| Unit Partial NACE for Sour Gas (Y/N) | **N** |

3. **COMPENSATION.** As consideration for performing the gas compression services each month under Section 2 of this Addendum, beginning **March 1, 2020**, Customer shall pay Kodiak for each calendar month the applicable rate per the terms of the Agreement using the following pricing matrix:

| | | |
|---|---|---:|
| Monthly Gas Compression Services Charge | $ | **3,050** |
| Daily Rate | $ | 100.33 |
| Standby Rate | $ | 2,135.00 |



4. **PRIMARY TERM**. The Primary Term of this Addendum shall be **thirty-six (36) months** from **March 1, 2020**.

5. **MODIFICATION.** Kodiak initially shall install the Equipment at the Location, but with prior written notice to Customer, shall be allowed to modify the Equipment at the discretion of Kodiak so long as Kodiak meets and fully performs its obligations in this Agreement. If the compression needs of the Customer change with regard to the field and/or system the Equipment is located on, Kodiak and Customer may amend this Addendum from time to time as the Parties may mutually agree to reflect the terms of such modified services; provided however, that any additional expenses incurred due to such modifications shall be the sole responsibility of Customer.

IN WITNESS WHEREOF the parties have executed this Addendum this _20th_ day of

_FEBRUARY_ , 2020.

**Sklar Exploration Company LLC**
("Customer")

By: _Richard M. West_

Name: _RICHARD M. WEST_

Title: _OPERATIONS MANAGER_

**Kodiak Gas Services, LLC**

By: _____

Name: **Kyle Boudousquie**

Title: **Associate General Counsel**

KODIAK
GAS SERVICES, LLC

## COMPRESSION OPERATIONS AGREEMENT

**THIS COMPRESSION OPERATIONS AGREEMENT** ("Agreement"), effective as of March 2, 2018 ("Effective Date"), is made by and between Kodiak Gas Services, LLC, 15320 Hwy 105 W., Suite 210, Montgomery, Texas 77356 ("Kodiak") and **Plains Gas Solutions, LLC** and/or affiliates, **333 Clay Street, Suite 1600, Houston, Texas 77002** ("Customer"). Kodiak and Customer are at times referred to herein individually as "Party" and collectively as "Parties."

NOW THEREFORE, in consideration of the compensation provided in this Agreement, the promises and covenants set forth herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereto agree as follows:

### 1. LOCATION, EQUIPMENT AND STARTUP DATE.

####   A.   LOCATION & EQUIPMENT

Kodiak shall perform compression operations services ("Services") by operating and maintaining Customer's natural gas compressor(s) identified and described on Exhibit "A" attached hereto and incorporated by reference ("Equipment") at Customer's **North Beach I Plant, Refrigeration Unit** location, in **Conecuh** County, **Alabama** (the "Location").

If in Customer's sole discretion the compression needs of Customer change at the location(s) in that Customer elects to remove or replace an existing compression unit(s) with a unit(s) of lesser horsepower ("HP"), Customer shall provide Kodiak with written notice of such and the charges described below shall be reduced from and after the date such Equipment is removed or replaced, to reflect the change. If in Customer's sole discretion the compression needs of Customer change at the location(s) in that Customer elects to install additional Equipment, or replace current Equipment with Equipment of greater HP, Customer and Kodiak shall amend this Agreement and/or any duly executed Amendment as the Parties may mutually agree to reflect such Equipment and the terms of such modified Services.

####   B.   START UP DATE

The "Startup Date" for the Services detailed in this Agreement shall be March 2, 2018.

**2.  OPERATION STANDARDS.**

During the term of this Agreement, as described below, Kodiak will operate and maintain the Equipment in a good and workmanlike manner in accordance with good industry standards needed to maintain the Equipment in accordance with the Mechanical Availability Guarantee and other terms and provisions of this Agreement.

**3.  OPERATING DESIGN CONDITIONS**.

Kodiak will operate and maintain the Equipment to perform the gas compression services at the following operating standards and design conditions ("Design Conditions"):

| | |
|---|---|
| Design Suction Pressure (psig) | As designed by SEC Energy Products and Services for refrigeration service |
| Design Discharge Pressure (psig) | |
| Suction Temperature (°F) | |
| Discharge Temperature (°F) | |
| Specific Gravity | |
| Required Flow/Design Capacity (mmscfd) | |
| Elevation | 50 |
| Unit Partial NACE for Sour Gas (Y/N) | N |

**4.  COMPENSATION.**

**A.      MONTHLY CHARGE**

As consideration for performing the Services each month, beginning on the Startup Date, Customer shall pay to Kodiak, for each month, the "Monthly Compression Operations Charge" detailed below. In the event of a partial month, Customer shall pay to Kodiak the "Daily Rate" detailed below for the remaining days of the partial month. If at any time and from time to time during the term of this Agreement, the Equipment is not operational for a period of seventy-two (72) consecutive hours or longer for any reason (a "Shut Down Occurrence"), a "Standby Rate" of seventy percent (70%) of the Monthly Compression Operations Charge provided for below, applied on an hourly basis, shall be charged on the Equipment for each Shut Down Occurrence, from the time the Equipment is down until the earlier to occur of (i) the restart and operation of the Equipment at Customer's request, for two (2) consecutive hours or more, or (ii) the termination of this Agreement.

Customer shall pay Kodiak for each month the applicable rate per the terms of this Agreement using the following pricing matrix:

| | | |
|---|---|---|
| Monthly  Compression Operations Charge | $ | **3,749** |
| Daily Rate | $ | 123.32 |
| Standby Rate | $ | 2,624.30 |

### B.    INVOICING

Upon the Startup Date, Customer will be invoiced for any partial month of Services using the Daily Rate, if applicable.  Thereafter, Customer will be billed on the fifteenth (15th) of each month for the following month's Monthly Compression Operations Charge. All invoices will be payable to Kodiak on or before the thirtieth (30th) day after the invoice date unless otherwise noted on the invoice. In addition, Customer shall receive an adjustment for the credit of any Standby Rate(s) for a Shut Down Occurrence pursuant to Section 4.A, that were applicable but not credited or applied in Customer's prior month's payments.

### 5.  TERM.

The term of this Agreement shall begin on the Effective Date and, unless sooner terminated as  provided herein, shall extend for twelve (12) months (the "Primary Term") and from month to month thereafter unless and until properly terminated.   This Agreement may be terminated by either Party at any time effective at the end of the Primary Term or on the last day of any month thereafter, by giving written notice of termination to the other Party no less than sixty (60) days prior to the effective date of termination.  The foregoing notwithstanding, Customer may terminate this Agreement effective prior to the end of the Primary Term by giving written notice of termination to Kodiak no less than  (60) days prior to the effective date of termination.

### 6.  PARTIES' RESPONSIBILITIES.

### A.    **KODIAK**

Kodiak will provide, at no additional cost to Customer, the following parts:
- Spark plugs
- Oil filters (engine and frame)
- Engine air filters
- Antifreeze
- Lube oil

### B.    **CUSTOMER**

Customer shall be responsible for the costs of all other parts necessary for the operation of the Equipment, including but not limited to:

- Major Engine Components: crankshafts, rods, pistons, block, camshafts, turbochargers and heads
- Major Compressor Components: cylinders, pistons, liners, connecting rods, crankshaft and cases
- Foundations

- Buildings or mutually agreeable covers
- Vents and blowdowns
- Inlet/outlet headers and supports
- Stairways and grating
- Runoff collection and disposal
- Exhaust catalyst cartridges

Kodiak may pay for said parts and seek reimbursement from Customer.

Customer shall provide all fluids necessary for the Equipment to operate.

Customer shall be responsible for all costs associated with a catastrophic failure of the Equipment, unless such failure is caused by Kodiak's negligence.

7. **MECHANICAL AVAILABILITY GUARANTEE.**

Kodiak guarantees that the Equipment will be available to compress gas at the specific Design Conditions of Customer's Equipment ("Mechanical Availability"), described above, not less than ninety-eight percent (98%) of the time each month ("Mechanical Availability Guarantee"). If ninety-eight percent (98%) Mechanical Availability is not achieved for three consecutive months during the term of this Agreement, then Customer may cancel this Agreement within thirty (30) days of that period with no further obligation on the part of Customer, except as has been accrued up to the date of termination. The calculation of Mechanical Availability includes any downtime that is incurred as a result of Kodiak's Services, including maintenance and/or repairs. Any downtime caused by a mechanical failure or shutdown that occurs as a result of improper gas or objectionable liquids or solids in the gas or fuel stream, insufficient gas available for compression or fuel, or any shutdown due to Customer's production or processing operations, will not count against Kodiak in the Mechanical Availability Guarantee. In addition, downtime not caused by Kodiak is not included in the calculation of downtime including, but not limited to, occurrences of Force Majeure (as defined below). Lastly, downtime shall not include any time excluded by any Amendment to this Agreement.

8. **FORCE MAJEURE.**

Kodiak shall not be liable for delays in Kodiak's performance of any covenant or condition hereunder, expressed or implied, including but not limited to any Mechanical Availability

Guarantee, or for total or partial non-performance thereof, due to Force Majeure. The term "Force Majeure," as used herein, shall mean any circumstances or any condition at the Plant reasonably unforeseen and reasonably beyond the control of Kodiak, including, but not limited to, acts of God, acts of the public enemy, acts related to terrorism, strikes, lockouts and/or accidents.

9.  **LIMITATION OF LIABILITY/CONSEQUENTIAL DAMAGES.**

**NOTWITHSTANDING THE FOREGOING OR ANY OTHER PROVISION OF THIS AGREEMENT, THE PARTIES AGREE THAT LIABILITY OF EITHER CUSTOMER OR KODIAK HEREUNDER IS LIMITED TO ACTUAL, DIRECT EXPENSE OR DAMAGE INCURRED, AND NEITHER PARTY SHALL BE LIABLE TO THE OTHER PARTY FOR ANY INDIRECT, SPECIAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL DAMAGES OR LOSSES INCLUDING, WITHOUT LIMITATION, DAMAGES OR LOSSES FOR LOST PRODUCTION, LOST REVENUE, LOST PRODUCT, LOST PROFITS, LOST BUSINESS OR BUSINESS INTERRUPTIONS, WITHOUT REGARD TO THE CAUSE(S) THEREOF INCLUDING, WITHOUT LIMITATION, PRE-EXISTING CONDITIONS, WHETHER SUCH CONDITIONS BE PATENT OR LATENT, BREACH OF REPRESENTATION OR WARRANTY (EXPRESS OR IMPLIED), ULTRA-HAZARDOUS ACTIVITY, STRICT LIABILITY, TORT, BREACH OF CONTRACT, BREACH OF STATUTORY DUTY, BREACH OF ANY SAFETY REQUIREMENT OR REGULATION, OR THE NEGLIGENCE OF ANY PERSON OR PARTY, INCLUDING, WITHOUT LIMITATION, THE INDEMNIFIED PARTY OR PARTIES, WHETHER SUCH NEGLIGENCE BE SOLE, JOINT AND/OR CONCURRENT, ACTIVE OR PASSIVE, OR ANY OTHER THEORY OF LEGAL LIABILITY.  THE PARTIES FURTHER AGREE THAT THE FORGOING RELEASE OF LIABILITY SHALL ALSO EXTEND TO EACH PARTY'S PARENT, SUBSIDIARY, AFFILIATED AND RELATED COMPANIES AND THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES, CONTRACTORS, AND AGENTS.**

10. **SAFETY REQUIREMENTS.**

Kodiak covenants and represents that it regularly conducts training and safety programs and that all work and services performed by it hereunder shall be conducted in accordance with a safety standard not less than the standard employed by Customer in operation of its facilities for the purposes of safeguarding against personal injury, property damage, death and environmental damage.  Customer shall inform Kodiak in writing of its company-wide safety standards, rules and policies ("Existing Safety Standards") and thereafter Kodiak shall, at a minimum, comply with such Existing Safety Standards, rules and policies as they apply to the Services performed by Kodiak.

To the extent Kodiak becomes aware of a hazardous condition, Kodiak must immediately notify Customer of the hazardous conditions and cease work that could result in injury to a person(s) or damage to property or the environment until the hazardous condition is remedied by Customer. Notwithstanding the foregoing, if the provision of notice is not feasible given the nature of the emergency, Kodiak shall take the reasonably necessary steps and incur such expenses on behalf of Customer required to safeguard life and property, and Customer shall reimburse Kodiak for such expenses.

## 11. ENVIRONMENTAL COMPLIANCE.

Customer shall provide Equipment that is capable of meeting manufacturer's published environmental ratings.

### A.    ENVIRONMENTAL TESTING/PERMITTING

Customer shall be solely responsible for obtaining and maintaining all air quality and environmental testing, licensing and permitting. Subsequent to the Startup Date, if the location of the Equipment shall be included in non-attainment emission area or in the event the applicable environmental laws and regulations are changed and result in additional costs and expenses to comply with such new environmental laws, regulations or the reclassification of the Location of the Equipment as a non-attainment emission area, Customer shall pay all reasonable costs associated with complying with such new laws, regulations and field re-designations.

### B.    NO CONTAMINATION

Kodiak shall operate and maintain all Equipment provided under this Agreement and any duly executed Amendment with all statutory and regulatory requirements such that no contaminants, including but not limited to engine oil and fluids, are allowed to enter the soil. If the soil becomes contaminated from the operation of Customer's Equipment, through no fault of Kodiak or prior to the Startup Date, Customer shall be responsible for cleanup of the contamination resulting from the operation of its Equipment. Such cleanup, shall at a minimum, meet any and all regulatory standards. Kodiak shall not be responsible for any contamination that is not the fault of Kodiak or that occurred prior to the Startup Date. Customer shall be responsible for removal of any liquids in Customer-owned sump storage or containers at all times. In addition, Customer shall be responsible for the disposal of all waste in Customer-owned or Customer-leased waste containers. Customer shall be responsible for cleanup of any contamination resulting from the failure of its sump storage systems or containers.

### C.    DISCLAIMER

Subject to the limitation of liability for consequential damages set forth in Section 9



above, Kodiak disclaims any liability for and Customer hereby indemnifies Kodiak against any damage or loss whatsoever due to the release into the environment of any substance deemed to be hazardous or toxic, other than releases that are attributable directly to Kodiak's operation or maintenance of Customer's Equipment or are related to substances brought by or on behalf of Kodiak to the Location.

## 12. KODIAK'S STATUS AS INDEPENDENT CONTRACTOR.

Kodiak will perform the Services specified in this Agreement as an independent contractor. Neither Kodiak nor any of its agents, employees or servants is to be considered an agent(s) of Customer in any respect.

## 13. SURVIVAL.

Notwithstanding any other provision of this Agreement to the contrary, the Parties agree that the obligations imposed by the Section of this Agreement dealing with the limitation of liability for consequential damages shall survive the expiration and/or termination of this Agreement, including any Addendums.

## 14. ENTIRE AGREEMENT.

This Agreement, and other documents referred to herein which form a part hereof, embody the entire agreement and understanding of the Parties hereto in respect of the subject matter contained herein and supersedes all prior agreements and understandings between the Parties with respect to such subject matter, including by way of illustration and not by limitation, any proposal or offer letters exchanged by the Parties hereto prior to the Effective Date. There are no restrictions, promises, warranties, covenants, or undertakings in respect of the subject matter contained herein, either involving the Parties hereto or their respective affiliates, other than those expressly set forth or referred to herein. Duly executed Amendments, signed by both Parties, may be made to this Agreement from time- to-time.

## 15. HEADINGS.

The headings contained in this Agreement are inserted for convenience only and shall not constitute a part hereof.

## 16. SEVERABILITY.

Wherever possible, each provision of this Agreement shall be interpreted in such a manner as to be effective and valid under applicable law, but if any provisions of this Agreement shall be prohibited by or invalidated under applicable law, such provisions shall be ineffective to the extent of such provision and the remaining provisions of this Agreement shall remain fully effective.



## 17. COUNTERPARTS, ELECTRONIC TRANSMISSION AND STORAGE.

This Agreement may be executed simultaneously in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Delivery of an executed counterpart of a signature page of this Agreement by telecopy or other electronic means shall be effective as delivery of a manually executed counterpart of this Agreement.

## 18. NOTICES.

All notices, requests and other communications provided for hereunder must be in writing directed to the other Party to the contacts identified below and must be sent (1) via first class mail, postage prepaid, (2) by facsimile with telephonic confirmation of receipt, (3) via e-mail with electronic or telephonic confirmation of receipt, or (4) via hand delivery. Delivery shall be deemed to have occurred within three (3) days of mailing if sent by mail, on the date of confirmation if sent by facsimile or e-mail, or on the date of delivery if hand-delivered. Either Party may, by notice to the other, change its address set forth in this Agreement.

Customer:
Plains Gas Solutions, LLC
333 Clay Street, Suite 1600
Houston, Texas 77002
Attn: Contract Administrator
Email: ContractAdministrationPGS@paalp.com

With a copy to: Legal_Notices@paalp.com

Kodiak:
Kodiak Gas Services, LLC
15320 Hwy 105 W., Suite 210
Montgomery, Texas 77356
Attn: Legal Department
Email: legal@kodiakgas.com
Fax:  936-539-3301

## 19. WAIVER.

No covenant or condition of this Agreement can be waived or changed except by the written consent of both Parties. Forbearance or indulgence by either Party in any regard whatsoever shall not constitute a waiver or change of the covenant or condition to be performed by the other Party to which the same may apply. Either Party shall be entitled to invoke any remedy available to such Party under this Agreement or by law or equity despite said forbearance or indulgence.  Waiver of any defaults shall not waive any other default.

## 20. TAXES.

Customer will pay any applicable ad valorem taxes (or any tax imposed in lieu of ad

valorem taxes), and any applicable sales or use tax (or any tax imposed in lieu of such tax) assessed on this transaction or series of transactions by federal, state, county, or municipal taxing authorities, whether presently in existence or subsequently created. Notwithstanding the foregoing, upon request, Customer shall reimburse Kodiak for any of the aforementioned taxes paid by Kodiak.

## 21. INCORPORATION OF MAJOR SERVICE CONTRACT/CONFLICTS.

The Major Service Contract executed by and between Plains Marketing, L.P. and Kodiak dated February 1, 2017 ("MSC") is incorporated herein by reference and made a part hereof for all purposes. In the event there should be any conflict between the clauses and/or terms of this Agreement, an Exhibit, and/or any duly executed Amendment, and the clauses and/or terms of the MSC that relates to, pertains to, or affects the subject matter of this Agreement and/or duly executed Amendment; the Parties agree that the provisions of this Agreement, Exhibit and/or duly executed Amendment shall control. Notwithstanding the foregoing, in the event there should be any conflict between the express terms of this Agreement and the express terms of the MSC that relate to, pertain to, or affects anything related to indemnity, the express terms of the MSC shall control. In all other circumstances, the Parties agree that the MSC shall control the legal relationship between Customer and Kodiak.

## 22. SUCCESSORS AND ASSIGNS.

This Agreement may be assigned by a Party to an affiliated entity. Otherwise, this Agreement shall not be assigned by a Party without prior written consent of the other Party, which consent will not be unreasonably withheld or delayed. In the event of disposition by Customer of all or substantially all of its interests in the Location, Customer agrees, without limiting its other rights under this Agreement, to either (i) cause the acquiring party to assume Customer's obligations under this Agreement or (ii) fulfill the terms of the Agreement by payment of a lump sum equal to the remaining number of months in the term of this Agreement multiplied by the then effective Monthly Compression Operations Charge amount.

## 23. CHOICE OF LAW/VENUE.

This Agreement shall be governed and enforced in accordance with the laws of the State of Texas without regard to the principles of conflicts of law except to the extent otherwise expressly provided herein. Any suit, action or proceeding arising under or in connection with this Agreement (whether sounding in contract or tort, at law or in equity) must be brought in any state district court in Harris County, Texas, or federal district court in the Southern District of Texas, Houston Division, which shall have exclusive jurisdiction therefore, and neither Party shall contest the jurisdiction of any such court.

**24. ATTORNEY'S FEES.**

The Party prevailing in any action or proceeding brought against the non-prevailing Party under, arising out of, or in connection with this Agreement shall be entitled to recover its costs and reasonable attorney's fees incurred as a result of such action or proceeding from the non-prevailing Party and the non-prevailing Party shall pay all such costs and fees.

**25. EXHIBITS.**

The following Exhibit(s) are incorporated by reference and are attached hereto:

Exhibit "A"   Equipment Table

Exhibit "B"   Sample Amendment

<SIGNATURE PAGE TO FOLLOW>

**SIGNATURE PAGE**

IN WITNESS WHEREOF the parties have executed this Agreement as of the Effective Date.

**Kodiak Gas Services, LLC**

By: _____

Name: _____Kyle Boudousquie_____

Title: _____Staff Attorney_____

Date: _____3-26-18_____


**Plains Gas Solutions, LLC**
("Customer")

By: _____

Name: _____Dan Novick_____

Title: _____VP - Ops_____

Date: _____3/21/18_____

## EXIBIT "A" TO COMPRESSION OPERATIONS AGREEMENT

## EQUIPMENT TABLE

| Unit | Engine/Motor Description | Rated bHP | Compressor Make | Compressor Model | Cylinders |
|------|--------------------------|-----------|-----------------|------------------|-----------|
| 5011 | Caterpillar 3508 | 630 | Vilter | GVSG 1551 | Single screw |

**KODIAK**
*GAS SERVICES, LLC*

**EXHIBIT "B" TO COMPRESSION OPERATIONS**

**AGREEMENT SAMPLE AMENDMENT**

**ATTACHED TO AND MADE PART OF THE COMPRESSION OPERATIONS AGREEMENT**

The terms and conditions of that certain Compression Operations Agreement ("Agreement") dated _____, by and between Kodiak Gas Services, LLC ("Kodiak") and **Plains Gas Solutions, LLC,** ("Customer") are hereby incorporated by reference. In the event of any conflict between the Agreement, any exhibits or attachments thereto, this Amendment, or any other papers or documents, the terms of the Agreement shall control. Notwithstanding the foregoing, the terms of the Agreement may be modified by the terms of this Amendment if, and only if, the terms of this Amendment expressly state that they are in fact modifying the terms of the Agreement. All capitalized terms not defined herein shall have the meanings ascribed to them in the Agreement.

NOW THEREFORE, in consideration of the compensation provided herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Kodiak and Customer agree to amend the Agreement as follows:

26. **LOCATION.** Kodiak shall perform Services for Customer at Customer's _____location, in _____ County/Parish, _____ (the "Location") commencing on the Startup Date.

27. **MONTHLY CHARGE.** As consideration for performing the Services each month, beginning with the Startup Date, Customer shall pay Kodiak for each month the applicable rate per the terms of the Agreement using the following pricing matrix:

| Monthly Compression Operations | |
| --- | --- |
| Daily Rate | |
| Standby Rate | |

28. **TERM.** The term of the Agreement shall be_____from the Startup Date.

29. **STARTUP DATE.** Kodiak shall begin compression operations services on _____.

**<ADDITIONAL TERMS ADDED AS NECESSARY>**

| United States Bankruptcy Court for the District of Colorado | For Court Use Only | |
|---|---|---|
| **Name of Debtor:**  Sklar Exploration Company, LLC | Claim Number: | 0000010142 |
| **Case Number:**  20-12377 | File Date: | 09/28/2020 13:42:38 |

# Proof of Claim (Official Form 410)

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case.  With the exception of 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.  18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.  That date is on the notice of bankruptcy** (Form 309) **that you received.**

**04/19**

---

| Part 1: | Identify the Claim |
|---|---|

**1.    Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim):          GE Oil & Gas Pressure Control LP

Other names the creditor used with the debtor: _____

**2.    Has this claim been acquired from someone else?**    ☑ No  ☐ Yes.   From whom? _____

**3.    Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name     GE Oil & Gas Pressure Control LP | Name _____ |
| Address  c/o William R Sudela | Address _____ |
|          2727 Allen Parkway, Suite 1700 | _____ |
| _____ | _____ |
| City     Houston | City _____ |
| State    TX              ZIP Code  77019 | State _____  ZIP Code _____ |
| Country (if International): _____ | Country (if International): _____ |
| Phone:   713-739-7007 | Phone: _____ |
| Email:   wsudela@cjmhlaw.com | Email: _____ |

| **4. Does this claim amend one already filed?** | **5. Do you know if anyone else has filed a proof of claim for this claim?** |
|---|---|
| ☑ No | ☑ No |
| ☐ Yes. | ☐ Yes. |
| Claim number on court claims register (if known) _____ | Who made the earlier filing? |
| Filed on _____ | _____ |
| MM / DD / YYYY | |

**6. Do you have any number you use to identify the debtor?**

☒ No

☐ Yes.
Last 4 digits of the debtor's account or any number you use to identify the debtor:

\_\_\_\_  \_\_\_\_  \_\_\_\_  \_\_\_\_

**7. How much is the claim?**

$ 110,134.62

**Does this amount include interest or other charges?**

☐ No

☒ Yes.  Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples:  Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.  Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).  Limit disclosing information that is entitled to privacy, such as health care information.

Other Basis
_____

Services Performed

**9. Is all or part of the claim secured?**

☐ No

☒ Yes.    The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☒ Other.  Describe:
_____

**Basis for perfection:**      Lien Claims (See Exhibit B attached).
_____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                                    $ _____

Amount of the claim that is secured:      $ 49,262.56

Amount of the claim that is unsecured: $ 60,872.06
(The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any
default as of the date of the petition:    $ _____

Annual Interest Rate (when case was filed)   10.00 %
                                        ☒ Fixed  ☐ Variable

**10. Is this claim based on a lease?**

☒ No

☐ Yes.  **Amount necessary to cure any default as of the date of petition.**

$ _____

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes.  Identify the property:

_____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☒ No

☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other.  Specify subsection of 11 U.S.C. § 507 (a) (_____) that applies.

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

A claim may be partly priority and partly nonpriority.  For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

$ _____

$ _____

$ _____

$ _____

$ _____

$ _____

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☒ No

☐ Yes.  **Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9):** $ _____

**Part 3:** **Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*William R. Sudela*          09/28/2020 13:42:38

Signature          Date

**Provide the name and contact information of the person completing and signing this claim:**

Name     William R Sudela

Address     Crady Jewett McCulley & Houren LLP

2727 Allen Parkway, Suite 1700

City     Houston

State     TX          Zip     77019

Country (in international)     usa

Phone     713-739-7007

Email     wsudela@cjmhlaw.com

EXHIBIT "A"
TO
PROOF OF CLAIM

## Claim of GE Oil & Gas Pressure Control, LP Against Sklar Exploration Company, LLC

| Well Name/Location | Invoice No. | Invoice Date | Amount | Per Diem (at .10) | Invoice Due Date (Net 30) | Commencement of Interest Accrual (30 Days after invoice date) | Number of Days Between Commencement of Interest Accrual and April 1, 2020 | Amount of Interest up to April 1, 2020 |
|---|---|---|---|---|---|---|---|---|
| Corwin #5-1 | 20244152 | 11/27/2019 | $9,500.19 | $2.603 | 12/27/2019 | 12/27/2019 | 96 | $249.89 |
| Corwin #5-1 | 20244845 | 12/10/2019 | $3,056.40 | $0.837 | 1/9/2020 | 1/9/2020 | 83 | $69.47 |
| Corwin #5-1 | 20245141 | 12/13/2019 | $3,032.80 | $0.831 | 1/12/2020 | 1/12/2020 | 80 | $66.48 |
| Corwin #5-1 | 20245685 | 12/18/2019 | $11,000.16 | $3.014 | 1/17/2020 | 1/17/2020 | 75 | $226.05 |
| Cedar Creek Land & Timber 4-2#1 | 20248056 | 1/17/2020 | $1,306.77 | $0.358 | 2/16/2020 | 2/16/2020 | 45 | $16.11 |
| Cedar Creek Land & Timber 33-6 #1 | 20250523 | 2/13/2020 | $827.29 | $0.227 | 3/14/2020 | 3/14/2020 | 18 | $4.09 |
| Cedar Creek Land & Timber 34-14 #1 | 20242579 | 11/12/2019 | $5,955.27 | $1.632 | 12/12/2019 | 12/12/2019 | 111 | $181.15 |
| Craft Ralls 5-10 #1 | 20242918 | 11/15/2019 | $1,414.04 | $0.387 | 12/15/2019 | 12/15/2019 | 108 | $41.80 |
| Craft Ralls 5-10 #1 | 20244201 | 11/27/2019 | $1,265.64 | $0.347 | 12/27/2019 | 12/27/2019 | 96 | $33.31 |
| Craft Ralls 5-10 #1 | 20248059 | 1/17/2020 | $1,306.77 | $0.358 | 2/16/2020 | 2/16/2020 | 45 | $16.11 |
| Craft Ralls 5-14 #1 | 20250525 | 2/13/2020 | $532.77 | $0.146 | 3/14/2020 | 3/14/2020 | 18 | $2.63 |
| Cedar Creek Land & Timber 9-8 #1 | 20250524 | 2/13/2020 | $827.29 | $0.227 | 3/14/2020 | 3/14/2020 | 18 | $4.09 |
| Cedar Creek Land & Timber 10-5 #1 | 20242948 | 11/18/2019 | $3,017.00 | $0.827 | 12/18/2019 | 12/18/2019 | 105 | $86.84 |
| Cedar Creek Land & Timber 13-11 #1 | 20245137 | 12/13/2019 | $2,449.55 | $0.671 | 1/12/2020 | 1/12/2020 | 80 | $53.68 |
| Smurfit-Stone 27-12-1 | 20248060 | 1/17/2020 | $1,317.37 | $0.361 | 2/16/2020 | 2/16/2020 | 45 | $16.25 |
| Smurfit-Stone 27-12-1 | 20250526 | 2/13/2020 | $532.77 | $0.146 | 3/14/2020 | 3/14/2020 | 18 | $2.63 |
| Craft Soterra 27-2 | 20250876 | 2/20/2020 | $1,771.99 | $0.485 | 3/21/2020 | 3/21/2020 | 11 | $5.34 |
| Craft Soterra 27-2 | 20251662 | 2/26/2020 | $485.58 | $0.133 | 3/27/2020 | 3/27/2020 | 5 | $0.67 |
| Cedar Creek Land & Timber 10-5 #1 | 20243618 | 11/25/2019 | $2,437.00 | $0.668 | 12/25/2019 | 12/25/2019 | 98 | $65.46 |
| Cedar Creek Land & Timber 10-5 #1 | 20243953 | 11/26/2019 | $3,554.70 | $0.974 | 12/26/2019 | 12/26/2019 | 97 | $94.48 |
| Cedar Creek Land & Timber 10-5 #1 | 20245993 | 12/20/2019 | $2,100.00 | $0.575 | 1/19/2020 | 1/19/2020 | 73 | $41.98 |
| Cedar Creek Land & Timber 10-5 #1 | 20246079 | 12/20/2019 | $4,782.93 | $1.310 | 1/19/2020 | 1/19/2020 | 73 | $95.63 |
| | 20233575 | 8/19/2019 | $1,142.00 | $0.313 | 9/18/2019 | 9/18/2019 | 196 | $61.35 |
| | 20240155 | 10/21/2019 | $3,264.00 | $0.894 | 11/20/2019 | 11/20/2019 | 133 | $118.90 |
| | 20242492 | 11/11/2019 | $1,869.84 | $0.512 | 12/11/2019 | 12/11/2019 | 112 | $57.34 |
| | 20248710 | 1/27/2020 | $785.00 | $0.215 | 2/26/2020 | 2/26/2020 | 35 | $7.53 |
| | 20249551 | 1/31/2020 | $6,520.22 | $1.786 | 3/1/2020 | 3/1/2020 | 31 | $55.37 |
| | 20250027 | 2/7/2020 | $710.78 | $0.195 | 3/8/2020 | 3/8/2020 | 24 | $4.68 |

| | 20250521 | 2/13/2020 | $714.01 | $0.196 | 3/14/2020 | 3/14/2020 | 18 | $3.53 |
|---|---|---|---|---|---|---|---|---|
| | 20252530 | 3/5/2020 | $2,330.76 | $0.639 | 4/4/2020 | 4/4/2020 | | $0.00 |
| | 20253772 | 3/19/2020 | $1,044.20 | $0.286 | 4/18/2020 | 4/18/2020 | | $0.00 |
| | 20254510 | 3/26/2020 | $27,596.73 | $7.561 | 4/25/2020 | 4/25/2020 | | $0.00 |
| | | | $108,451.82 | $29.714 | | | | $1,682.80 |

| | |
|---|---|
| Principal | $108,451.82 |
| Interest: | $1,682.80 |
| TOTAL: | $110,134.62 |

**Copies of invoices are attached hereto.**

520908v.1 B075/00713                    2

# Baker Hughes

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

IO US WIL Services Org (A19)
115 Well Street
Williston, ND  58801
Ph : 701-572-8139

# INVOICE

| Bill To | Ship To | Invoice No. | Invoice Date |
|---|---|---|---|
| SKLAR EXPLORATION COMPANY LLC | SKLAR EXPLORATION COMPANY LLC | 20244152 | 27-NOV-2019 |
| 401 EDWARDS ST STE 1601 | CORWIN #5-1 | | |
| SUITE 1601 | UNINCORPORATED, MT 59261-0000 | | |
| SHREVEPORT, LA 71101-5507 | United States | | |
| United States | | | |

**VAT Registration No.**

**Final Destination**
United States

**Order No.**
20289683
**Customer Site No.**
027407514
**Commercial Terms**
Negotiated or MSA Ts&Cs
**IncoTerms**
FCA
**Pymt. Term**
NET 30

**Order Date**
13-NOV-2019
**Purchase Order No.**
NA
**Quote No.**

**IncoTerm Named Location**
Seller
**Shipping Method**

**Remit To**
**If Check**
P.O. Box 911776
DALLAS, TX  75391-1776
United States

**If Electronic**
**Bank Name**

**Account No.**
**IBAN No.**
**Swift Code**
**Routing No.**

JP Morgan Chase
bank, New York, NY

| Sales Reference | Item Number | Serial Number |
|---|---|---|
| SERIAL | 334030-RA | RA4460-00000005 |

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ASSEMBLY | (INPUT CHARGES IF ANY) | | 1 | | KT | N | | 0.00 |
| 1.1 | ASSEMBLY | (INPUT CHARGES IF ANY) | | 1 | | KT | N | | 0.00 |
| 2 | H389229-1 | CSGHD,GE,W2,13-5/8 SM X 13-3/8 SOW,W/TWO 2 LP AND O-RING, API 6A LU-DD-NL-2-2 API MATERIAL=[DD-NL],API PR=[2],API PSL=[2],API TEMP=[L U], | | 1 | 1 | EA | N | 5,560.000 | 5,560.00 |
| 3 | 385735 | BASEPLATE,WELDLESS,28 OD X 14.5 ID X 1.5 THK,W/TWO 2 DIA GROUT HOLES | | 1 | 1 | EA | N | 1,050.000 | 1,050.00 |
| 4 | NI6 | NIPPLE, 2 LP X 6 LG, XXH, W/1.50 BORE, 36K MIN YIELD | | 1 | 1 | EA | N | 30.000 | 30.00 |
| 4.1 | BPS | BULL PLUG,2 LP X SOLID X 4 LG, API MATERIAL=[DD-NL],API TEMP=[K U], | | 1 | 1 | EA | N | 27.030 | 27.03 |
| 5 | BV2-S | VLV,BALL,KF,CXH,2 RP SM THD 2 IN LP CARBON STEEL TRIM W/DELRIN/BUNA-N SEALS PN S052-11911 | | 1 | 1 | EA | N | 140.000 | 140.00 |
| 5.1 | BPT-API | BULL PLUG, API, 2 LP X 1/2 LP, LA NACE, PER API 6A KU DD, API MONOGRAM REQUIRED API MATERIAL=[DD],API TEMP=[K U], | | 1 | 1 | EA | N | 25.000 | 25.00 |
| 5.3 | NVA | GAUGE COCK,ANGLE FLOW,1/2 LP/NPT MALE X FEMALE, 10M,CS | | 1 | 1 | EA | N | 35.000 | 35.00 |
| 5.4 | PG5-S | PRESSURE GAUGE,0-5000 PSI,DUAL SCALE (PSI/BAR),1/2 MALE NPT BOTTOM CONNECTION,4 TO 4-1/2 OD DIAL,75 PCT LIQUID FILLED,SS CASE,SS FITTINGS AND INTERNALS | | 1 | 1 | EA | N | 45.000 | 45.00 |
| 5.6 | 354660-RA | WBUSH,WG,SL,T/W2/29,13-5/8 X 12-1/4 BIT (12.38 ID),13.6 LG,W/SILT BARRIER | Serial #: RA3126-00000006 Start Date: 18-NOV-2019 | 1 | 1 | EA | N | | 0.00 |



GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

IO US WIL Services Org (A19)
115 Well Street
Williston, ND  58801
Ph : 701-572-8139

# INVOICE

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| | | Note : perwell charge | | | | | | | |
| 6.1 | 332044-RA | TEST PLUG/RET TOOL,WG,SL 2/9/SH2/SH3,13-5/8,4-1/2 IFTJ BOX BTM AND TOP,W/1-1/4 LP BYPASS AND SPRING LOADED LIFT PINS NOT FOR USE OVER 7 IN CSG | | 1 | | EA | N | | 0.00 |
| | | Notes RA6947-2 | | | | | | | |
| 20.2 | 348213-RA | WBUSH,WG,SL,T,11 X 8-7/8 BIT (9.00 ID),13.5 LG,W/SILT BARRIER | Serial #: RA3311-00000004 Start Date: 18-NOV-2019 | 1 | 1 | EA | N | | 0.00 |
| | | Note : perwell charge | | | | | | | |
| 21.1 | 334030-RA | TEST PLUG/RET TOOL,WG,SL 2/9/SH2/SH3,11,4-1/2 IFTJ BOX BTM AND TOP, W/1-1/4 LP BYPASS AND SPRING LOADED LIFT PINS NOT FOR USE OVER 7 IN CSG | Serial #: RA4460-00000005 Start Date: 18-NOV-2019 | 1 | 1 | EA | N | | 0.00 |
| | | Note : perwell charge | | | | | | | |
| 22 | R9000-RF | ALL INCLUSIVE RENTAL AND REPAIR OF DRILLING RENTAL TOOLS | | 1 | | EA | N | 300.000 | 300.00 |
| | | Notes TEST PLUG / WEAR BUSHING | | | | | | | |
| 23 | PRORATA FREIGHT | PRO RATED FREIGHT CHARGE | | 1 | | EA | N | 858.160 | 858.16 |
| 25 | 360231 | CSGHGR, GE, W2 , 13-5/8 X 9-5/8, 6A-L-DD-NL-3-2 API MATERIAL=(DD-NL),API PR=(2),API PSL=(3),API TEMP=(L), | | 1 | 1 | EA | N | 1,350.000 | 1,350.00 |
| 35 | H300208-15 | RING GASKET, API BX-160, CARBON STEEL, ZINC PLATED, API MONOGRAM REQUIRED | | 1 | 1 | EA | N | 40.000 | 40.00 |
| 35 | H300208-15 | RING GASKET, API BX-160, CARBON STEEL, ZINC PLATED, API MONOGRAM REQUIRED | | 1 | 1 | EA | N | 40.000 | 40.00 |

SUBTOTAL:9,500.19

**Baker Huges Contact:**
Name:          Harber, Ricky Don
Phone:
eMail:

| | |
|---|---|
| SubTotal | 9,500.19 |
| Tax | 0.00 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 9,500.19 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-al, please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

# Baker Hughes ⧖

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

IO US WIL Services Org (A19)
115 Well Street
Williston, ND  58801
Ph : 701-572-8139

# INVOICE

| Bill To | Ship To | | |
|---|---|---|---|
| SKLAR EXPLORATION COMPANY LLC | SKLAR EXPLORATION COMPANY LLC | **Invoice No.** | **Invoice Date** |
| 401 EDWARDS ST STE 1601 | CORWIN #5-1 | 20244845 | 10-DEC-2019 |
| SUITE 1601 | UNINCORPORATED, MT 59261-0000 | | |
| SHREVEPORT, LA 71101-5507 | United States | | |
| United States | | | |

**VAT Registration No.**

**Final Destination**
United States

| | |
|---|---|
| **Order No.** | **Order Date** |
| 20295588 | 10-DEC-2019 |
| **Customer Site No.** | **Purchase Order No.** |
| 027407514 | N/A |
| **Commercial Terms** | **Quote No.** |
| GE D&S Ts&Cs (PC Domestic) | |
| **IncoTerms** | **IncoTerm Named Location** |
| FCA | Seller |
| **Pymt. Term** | **Shipping Method** |
| NET 30 | |

**Remit To**

| If Check | If Electronic | |
|---|---|---|
| P.O. Box 911776 | **Bank Name** | JP Morgan Chase |
| DALLAS, TX  75391-1776 | | bank, New York, NY |
| United States | **Account No.** | |
| | **IBAN No.** | |
| | **Swift Code** | |
| | **Routing No.** | |

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 10 | L1131-FS | SERVICE TECHNICIAN- LAND | **Field Service Technician:** Stricker, Steven J<br>**Start Date:** 22-NOV-2019<br>**Bill Through Date:** 22-NOV-2019<br>**Ticket Number:** WO - 00743513 | 13 | | EA | N | 85.000 | 1,105.00 |
| 20 | L1296-FS | SERVICE/DELIVERY 4WD - MILEAGE | | 404 | | EA | N | 2.850 | 1,151.40 |
| 30 | 350296 | STUD W/TWO NUTS, ALL THREAD,PER VGS2.4.11, 1,625-8UNR-2A, 12.750 LG, STUD MATERIAL PER ASTM A193 GR B7, NUT MATERIAL PER ASTM A194 GR 2H, COATING PER BLACK OXIDE | | 20 | 20 | EA | N | 18.000 | 360.00 |
| 40 | L1136-FS | DELIVERY | | 4 | | EA | N | 110.000 | 440.00 |

SUBTOTAL:3,056.40

**Baker Huges Contact:**
**Name:**     Rogge, Jayme
**Phone:**
**eMail:**

| | |
|---|---|
| SubTotal | 3,056.40 |
| Tax | 0.00 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 3,056.40 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-o), please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

# Baker Hughes ⟩

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

IO US WIL Services Org (A19)
115 Well Street
Williston, ND  58801
Ph : 701-572-8139

# INVOICE

**Bill To**
SKLAR EXPLORATION COMPANY LLC
401 EDWARDS ST STE 1601
SUITE 1601
SHREVEPORT, LA 71101-5507
United States

**Ship To**
SKLAR EXPLORATION COMPANY LLC
CORWIN #5-1
UNINCORPORATED, MT 59261-0000
United States

| | |
|---|---|
| **Invoice No.** | **Invoice Date** |
| 20245141 | 13-DEC-2019 |

**VAT Registration No.**

**Final Destination**
United States

| | |
|---|---|
| **Order No.** | **Order Date** |
| 20296078 | 13-DEC-2019 |
| **Customer Site No.** | **Purchase Order No.** |
| 027407514 | N/A |
| **Commercial Terms** | **Quote No.** |
| GE D&S Ts&Cs (PC Domestic) | |
| **IncoTerms** | **IncoTerm Named Location** |
| | Seller |
| **Pymt. Term** | **Shipping Method** |
| NET 30 | |

**Remit To**
**If Check**
P.O. Box 911776
DALLAS, TX  75391-1776
United States

**If Electronic**
**Bank Name**  JP Morgan Chase
bank, New York, NY
**Account No.**
**IBAN No.**
**Swift Code**
**Routing No.**

**Rig Name**
CORWIN 5-1

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L1296N-FS | SERVICE/DELIVERY 4WD - MILAGE NON-TAXABLE | | 408 | | EA | N | 2.850 | 1,162.80 |
| 2 | L1131-FS | SERVICE TECHNICIAN- LAND | Field Service Technician: Wolf, Michael Richard Start Date: 09-Dec-2019 Bill Through Date: 10-Dec-2019 Ticket Number: WO-00746550 | 22 | | EA | N | 85.000 | 1,870.00 |
| 3 | L1131-FS | SERVICE TECHNICIAN- LAND | Field Service Technician: Marquette, Jesse Lee Start Date: 09-Dec-2019 Bill Through Date: 10-Dec-2019 Ticket Number: WO-00746550 | 22 | | EA | N | | 0.00 |

SUBTOTAL:3,032.80

**Baker Huges Contact:**
Name:      Rogge, Jayme
Phone:
eMail:

| | |
|---|---|
| **SubTotal** | 3,032.80 |
| **Tax** | 0.00 |
| **Customs** | 0.00 |
| **Duty** | 0.00 |
| **Insurance** | 0.00 |
| **Total(USD)** | 3,032.80 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-al, please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

# Baker Hughes

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

IO US WIL Services Org [A19]
115 Well Street
Williston, ND  58801
Ph : 701-572-8139

# INVOICE

| Bill To | Ship To | Invoice No. | Invoice Date |
|---|---|---|---|
| SKLAR EXPLORATION COMPANY LLC | SKLAR EXPLORATION COMPANY LLC | 20245685 | 18-DEC-2019 |
| 401 EDWARDS ST STE 1601 | CORWIN #5-1 | | |
| SUITE 1601 | UNINCORPORATED, MT 59261-0000 | | |
| SHREVEPORT, LA 71101-5507 | United States | | |
| United States | | | |

| | | Order No. | Order Date |
|---|---|---|---|
| | | 20290216 | 18-NOV-2019 |
| VAT Registration No. | Final Destination | Customer Site No. | Purchase Order No. |
| | United States | 027407514 | NA |
| | | Commercial Terms | Quote No. |
| | | GE D&S Ts&Cs (PC Domestic) | |
| | | IncoTerms | IncoTerm Named Location |
| | | FCA | Seller |
| | | Pymt. Term | Shipping Method |
| | | NET 30 | |

**Remit To**
**If Check**
P.O. Box 911776
DALLAS, TX  75391-1776
United States

**If Electronic**
**Bank Name**      JP Morgan Chase
                   bank, New York, NY

**Account No.**
**IBAN No.**        ▮▮▮▮▮▮▮
**Swift Code**
**Routing No.**

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext  Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 13 | ASSEMBLY | [INPUT CHARGES IF ANY] | | 1 | | | | | 0.00 |
| 14 | 388081 | CSGSPL,WG,29BP-EBS,12-5/8,13-5/8 5M X 11 5M,W/2 2-1/16 5M FP,6A-PU-AA-1-2 | | 1 | 1 | EA | N | 7,450.000 | 7,450.00 |
| 15 | 340273 | SECSEAL,GE, EBS, 12-5/8 X 9-5/8, 4130 75K | | 1 | 1 | EA | N | 700.000 | 700.00 |
| | | **Notes**<br>SN#77767-040-1219 | | | | | | | |
| 16 | H306001-624 | VALVE PURCHASE,MODEL 1100,API FLG, 2-1/16 5M, EXP GATE,2-1/16 5M FLG ENDS, HWO, API 6A LU DD-NL PSL2 PR2<br>API MATERIAL=(DD-NL),API PR=(2),API PSL=(2),API TEMP=(L U), | | 1 | 1 | EA | N | 750.000 | 750.00 |
| | | **Notes**<br>SN# 010-120 | | | | | | | |
| 17 | 329570 | PLUG, VALVE-REMOVAL, 2-1/16, 10,000 PSI MWP, PER API 6A KU DD, APPLY API MONOGRAM<br>API MATERIAL=(DD),API PSL=(3),API TEMP=(K U), | | 1 | 1 | EA | N | 40.000 | 40.00 |
| 18 | 340387 | FLG, COMP, 2-1/16 5M X 2 LP, PER API 6A LU EE<br>PSL2<br>API MATERIAL=(EE),API PSL=(2),API TEMP=(L U), | | 2 | 2 | EA | N | 100.000 | 200.00 |
| 19 | BPT-API | BULL PLUG, API, 2 LP X 1/2 LP, LA NACE, PER API 6A KU DD, API MONOGRAM REQUIRED<br>API MATERIAL=(DD),API TEMP=(K U), | | 2 | 2 | EA | N | 250.000 | 500.00 |
| 20 | 342991 | GREASE FITTING, 1/2 NPT 10M SVC, 4140 NACE -50F | | 1 | 1 | EA | N | 15.000 | 15.00 |
| 21 | H300074-21 | RING GASKET, API R-24, OVAL, CARBON STEEL, ZINC PLATED, API MONOGRAM REQUIRED. | | 3 | 3 | EA | N | 5.000 | 15.00 |
| 22 | 331062 | STUD W/TWO NUTS, ALL THREAD,PER VGS2.4.11, .875-9UNRC-2A, 6.500 LG, STUD MATERIAL PER ASTM A193 GR B7, NUT MATERIAL PER ASTM A194 GR 2H, COATING PLAIN-NOT COATED | | 8 | 8 | EA | N | 3.500 | 28.00 |

# Baker Hughes

| | | |
|---|---|---|
| GE Oil & Gas Pressure Control, LP<br>4424 W Sam Houston PKWY<br>Suite 100<br>Houston, , TX 77041<br>United States | IO US WIL Services Org (A19)<br>115 Well Street<br>Williston, ND 58801<br>Ph : 701-572-8139 | **INVOICE** |

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 23 | NVA | GAUGE COCK,ANGLE FLOW,1/2 LP/NPT MALE X FEMALE, 10M,CS | | 1 | 1 | EA | N | 35.000 | 35.00 |
| 24 | PGS | PRESSURE GAUGE,0-5000 PSI,DUAL SCALE (PSI/BAR),1/2 MALE NPT BOTTOM CONNECTION,4 TO 4-1/2 OD FACE,75 PCT LIQUID FILLED,SS CASE,CS/LA FITTINGS AND INTERNALS | | 1 | 1 | EA | N | 45.000 | 45.00 |
| | | **Notes**<br>Q-1 EXTRA REQUESTED BY KENNETH SMITH | | | | | | | |
| 26 | H300208-15 | RING GASKET, API BX-160, CARBON STEEL, ZINC PLATED, API MONOGRAM REQUIRED | | 1 | 1 | EA | N | 40.000 | 40.00 |
| 26.6 | H300074-14 | RING GASKET,API R-54,OVAL,CARBON STEEL,ZINC PLATED API MONOGRAM REQUIRED<br>API PSL=(1 4), | | 1 | 1 | EA | N | 36.000 | 36.00 |
| 27 | 350296 | STUD W/TWO NUTS, ALL THREAD,PER VGS2.4.11, 1.625-8UNR-2A, 12.750 LG, STUD MATERIAL PER ASTM A193 GR B7, NUT MATERIAL PER ASTM A194 GR 2H, COATING PER BLACK OXIDE | | 16 | 16 | EA | N | 18.000 | 288.00 |
| 31 | PRORATA FREIGHT | PRO RATED FREIGHT CHARGE | | 1 | | EA | N | 858.160 | 858.16 |

| | |
|---|---|
| **Baker Huges Contact:**<br>Name:    Hamlin, Mark Roy<br>Phone:<br>eMail: | |

| | SUBTOTAL:11,000.16 |
|---|---|
| SubTotal | 11,000.16 |
| Tax | 0.00 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 11,000.16 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-o), please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

# Baker Hughes

| GE Oil & Gas Pressure Control, LP | IO US LAU Services Org (A07) | INVOICE |
|---|---|---|
| 4424 W Sam Houston PKWY | 3038 Ellisville Blvd-Hwy 11 S | |
| Suite 100 | Laurel, MS  39440 | |
| Houston, , TX 77041 | | |
| United States | | |

| Bill To | Ship To | Invoice No. | Invoice Date |
|---|---|---|---|
| SKLAR EXPLORATION COMPANY LLC | SKLAR EXPLORATION COMPANY LLC | 20248056 | 17-JAN-2020 |
| 401 EDWARDS ST STE 1601 | CCL&T 4-2 | | |
| SUITE 1601 | UNINCORPORATED, AL 36432-0000 | | |
| SHREVEPORT, LA 71101-5507 | United States | | |
| United States | | | |

| | | Order No. | Order Date |
|---|---|---|---|
| VAT Registration No. | Final Destination | 20299337 | 17-JAN-2020 |
| | United States | Customer Site No. | Purchase Order No. |
| | | 027407514 | n/a |
| | | Commercial Terms | Quote No. |
| | | GE D&S Ts&Cs (PC Domestic) | |
| | | IncoTerms | IncoTerm Named Location |
| | | FCA | Seller |
| | | Pymt. Term | Shipping Method |
| | | NET 30 | |

| Remit To | If Electronic | |
|---|---|---|
| If Check | Bank Name | JP Morgan Chase |
| P.O. Box 911776 | | bank, New York, NY |
| DALLAS, TX  75391-1776 | Account No. | |
| United States | IBAN No. | |
| | Swift Code | |
| | Routing No. | |

**Rig Name**
CCL&T 4-2

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L1131-FS | SERVICE TECHNICIAN- LAND | Field Service Technician: Chandler, Michael<br>Start Date: 16-Jan-2020<br>Bill Through Date: 16-Jan-2020<br>Ticket Number: WO-00752377 | 5 | | EA | N | 90.000 | 450.00 |
| 2 | L1131-FS | SERVICE TECHNICIAN- LAND | Field Service Technician: Chandler, Michael<br>Start Date: 15-Jan-2020<br>Bill Through Date: 15-Jan-2020<br>Ticket Number: WO-00752377 | 2 | | EA | N | 95.000 | 190.00 |
| 3 | H273021-1 | ACTUATOR PART, DIAPHRAGM, D12, NITRILE/NYLON, -20 TO 180F DEG SERVICE TEMPERATURE | | 1 | 1 | EA | Y | 323.370 | 323.37 |
| 4 | L1296N-FS | SERVICE/DELIVERY 4WD - MILAGE NON-TAXABLE | | 108 | | EA | N | 3.000 | 324.00 |

SUBTOTAL:1,287.37

| Tax Summary | | | |
|---|---|---|---|
| Tax Name | | Tax Rate | Tax Extended Amount |
| AL - CONECUH, COUNTY SALES/USE | | 2.00% | 6.47 |
| AL - STATE SALES/USE TAX | | 4.00% | 12.93 |

| Baker Huges Contact: | | | |
|---|---|---|---|
| Name: | Adams, Duana K | SubTotal | 1,287.37 |
| Phone: | | Tax | 19.40 |
| eMail: | duana.adams@ge.com | Customs | 0.00 |
| | | Duty | 0.00 |
| | | Insurance | 0.00 |
| | | Total(USD) | 1,306.77 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited



| GE Oil & Gas Pressure Control, LP | IO US LAU Services Org (A07) | INVOICE |
| 4424 W Sam Houston PKWY | 3038 Ellisville Blvd-Hwy 11 S | |
| Suite 100 | Laurel, MS  39440 | |
| Houston, , TX 77041 | | |
| United States | | |

If paying by electronic funds transfer-o), please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

# Baker Hughes

| | | |
|---|---|---|
| GE Oil & Gas Pressure Control, LP<br>4424 W Sam Houston PKWY<br>Suite 100<br>Houston, , TX 77041<br>United States | IO US LAU Services Org (A07)<br>3038 Ellisville Blvd-Hwy 11 S<br>Laurel, MS 39440 | INVOICE |

| Bill To | Ship To | | |
|---|---|---|---|
| SKLAR EXPLORATION COMPANY LLC<br>401 EDWARDS ST STE 1601<br>SUITE 1601<br>SHREVEPORT, LA 71101-5507<br>United States | SKLAR EXPLORATION COMPANY LLC<br>CCL&T 33-6 #1<br>UNINCORPORATED, AL 36429-0000<br>United States | **Invoice No.**<br>20250523 | **Invoice Date**<br>13-FEB-2020 |

| VAT Registration No. | Final Destination<br>United States | **Order No.**<br>20302205<br>**Customer Site No.**<br>027407514<br>**Commercial Terms**<br>GE D&S Ts&Cs (PC Domestic)<br>**IncoTerms**<br>FCA<br>**Pymt. Term**<br>NET 30 | **Order Date**<br>12-FEB-2020<br>**Purchase Order No.**<br>N/A<br>**Quote No.**<br><br>**IncoTerm Named Location**<br>Seller<br>**Shipping Method** |

| Remit To | | |
|---|---|---|
| If Check<br>P.O. Box 911776<br>DALLAS, TX 75391-1776<br>United States | If Electronic<br>Bank Name<br><br>Account No.<br>IBAN No.<br>Swift Code<br>Routing No. | JP Morgan Chase<br>bank, New York, NY |

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 10 | L1169-SR | SHOP LABOR - PER/HR | | 4 | | EA | N | 95.000 | 380.0 |
| 20 | L1194 | GREASE/LUBRICATION - PER/VALVE | | 1 | | EA | N | 60.000 | 60.0 |
| 30 | H273021-1 | ACTUATOR PART, DIAPHRAGM, D12, NITRILE/NYLON,<br>-20 TO 180F DEG SERVICE TEMPERATURE | | 1 | 1 | EA | Y | 323.370 | 323.3 |
| 40 | 387060 | POLYPAK,2 X 1-1/4 X 3/8 POLYMYTE SHELL W/NITRILE EXPANDER<br>PARKER 37501250-Z4651D53 | | 1 | 1 | EA | Y | 42.000 | 42.0 |

SUBTOTAL:805.37

**Tax Summary**

| Tax Name | Tax Rate | Tax Extended Amount |
|---|---|---|
| AL - CONECUH, COUNTY SALES/USE | 2.00% | 7.31 |
| AL - STATE SALES/USE TAX | 4.00% | 14.61 |

| | |
|---|---|
| SubTotal | 805.37 |
| Tax | 21.92 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 827.29 |

Baker Huges Contact:
Name:    Thrash, Steven
         Ryan
Phone:
eMail:    Ryan.Thrash@bhge
          .com

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-o), please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

# Baker Hughes

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

# INVOICE

| Bill To | Ship To | Invoice No. | Invoice Date |
|---|---|---|---|
| SKLAR EXPLORATION COMPANY LLC | SKLAR EXPLORATION COMPANY LLC | 20242579 | 12-NOV-2019 |
| 401 EDWARDS ST STE 1601 | CCL&T 34-13 #1 WS | | |
| SUITE 1601 | UNINCORPORATED, AL 36429-0000 | | |
| SHREVEPORT, LA 71101-5507 | United States | | |
| United States | | | |

| | | Order No. | Order Date |
|---|---|---|---|
| | | 20287517 | 20-SEP-2019 |
| VAT Registration No. | Final Destination | Customer Site No. | Purchase Order No. |
| | United States | 027407514 | CCL&T 34-13 #1 WS FLANGE |
| | | Commercial Terms | Quote No. |
| | | GE D&S Ts&Cs (PC Domestic) | |
| | | IncoTerms | IncoTerm Named Location |
| | | FCA | Seller |
| | | Pymt. Term | Shipping Method |
| | | NET 30 | |

| Remit To | If Electronic | | |
|---|---|---|---|
| If Check | Bank Name | JP Morgan Chase | |
| P.O. Box 911776 | | bank, New York, NY | |
| DALLAS, TX 75391-1776 | | | |
| United States | Account No. | | |
| | IBAN No. | | |
| | Swift Code | | |
| | Routing No. | | |

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 317688 | FLG,COMP,7-1/16 5M X 5-1/2 LC,64-PU-EE- NL-1 | Serial #: 20287517-01 | 1 | 1 | EA | Y | 1,179.000 | 1,179.00 |
| 2 | 339749 | NIPPLE,CSG,5-1/2-15.5 LBS-J55 LCSG X PLAIN X 8.9 LG | | 1 | 1 | EA | Y | 884.980 | 884.98 |
| 3 | H300074-10 | RING GASKET, API R-46, OVAL, CARBON STEEL, ZINC PLATED, API MONOGRAM REQUIRED API PSL=(1 4), | | 1 | 1 | EA | Y | 20.000 | 20.00 |
| 4 | NI6-API | NIPPLE, 2 LP X 6 LG, SCH 160, AISI 4130 Q AND T, 60K, C OF C, 5000 PSI MAX WP, PSL', API PSL=(1), | | 2 | 2 | EA | Y | 33.600 | 67.20 |
| 5 | BV2-5 | VLV,BALL,KF,CXH,2 RP 5M THD 2 IN LP CARBON STEEL TRIM W/DELRIN/BUNA-N SEALS PN 5052-11911 | | 2 | 2 | EA | Y | 251.500 | 503.00 |
| 1S | 331061 | STUD W/TWO NUTS, ALL THREAD,PER VGS2,4,11, 1.375-8UN-2A, 11.000 LG, STUD MATERIAL PER ASTM A193 GR B7, NUT MATERIAL PER ASTM A194 GR 2H, COATING PLAIN-NOT COATED | | 12 | 12 | EA | Y | 18.000 | 216.00 |
| 2S | H306001-493 | GEN GATE VALVE,NEWAY, 2-9/16 5M X 2-7/8 8RD UE, API 6A LU DD-NL PSL2 PR2 API MATERIAL=(DD-NL)API PR=(2)API PSL=(2)API TEMP=(L U), | | 2 | 2 | EA | Y | 1,260.000 | 2,520.00 |
| 3S | BPT-7 | BULL PLUG,2-7/8 EU PIN X 1/2 LP X 5.0 LG, 4130 75KSI, LA NACE. | | 1 | 1 | EA | Y | 70.000 | 70.00 |
| 4S | NVS | GAUGE COCK,STRAIGHT FLOW,1/2 LP/NPT MALE X FEMALE, 10M,CS | | 1 | 1 | EA | Y | 50.000 | 50.00 |
| 5S | PG5 | PRESSURE GAUGE,0-5000 PSI,DUAL SCALE (PSI/BAR),1/2 MALE NPT BOTTOM CONNECTION,4 TO 4-1/2 OD FACE,75 PCT LIQUID FILLED,SS CASE,CS/LA FITTINGS AND INTERNALS | | 1 | 1 | EA | Y | 108.000 | 108.00 |

SUBTOTAL:5,618.18

# Baker Hughes

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston. , TX 77041
United States

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

# INVOICE

| | |
|---|---|
| **Bill To** | **Ship To** |
| SKLAR EXPLORATION COMPANY LLC | SKLAR EXPLORATION COMPANY LLC |
| 401 EDWARDS ST STE 1601 | CRAFT RALLS 5-10 #1 |
| SUITE 1601 | UNINCORPORATED, AL 36429-0000 |
| SHREVEPORT, LA 71101-5507 | United States |
| United States | |

| **Invoice No.** | **Invoice Date** |
|---|---|
| 20242918 | 15-NOV-2019 |

**VAT Registration No.**

**Final Destination**
United States

| **Order No.** | **Order Date** |
|---|---|
| 20293327 | 15-NOV-2019 |
| **Customer Site No.** | **Purchase Order No.** |
| 027407514 | N/A |
| **Commercial Terms** | **Quote No.** |
| GE D&S Ts&Cs (PC Domestic) | |
| **IncoTerms** | **IncoTerm Named Location** |
| FCA | Seller |
| **Pymt. Term** | **Shipping Method** |
| NET 30 | |

**Remit To**
If Check
P.O. Box 911776
DALLAS, TX 75391-1776
United States

If Electronic
Bank Name

JP Morgan Chase
bank, New York, NY

Account No.
IBAN No.
Swift Code
Routing No.

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 10 | H306001-625 | VALVE PURCHASE,MODEL 1100,API FLG, 2-9/16 5M, EXP GATE,2-9/16 5M FLG ENDS, HWO, API 6A LU DD-NL PSL2 PR2 API MATERIAL#(DD-NL)API PR#(2)API PSL#(2)API TEMP#IL UL | | 1 | 1 | EA | Y | 1,250.000 | 1,250.00 |
| 20 | H300074-6 | RING GASKET,API R-27,OVAL,CARBON STEEL,ZINC PLATED API MONOGRAM REQUIRED API PSL#(1 4L | | 2 | 2 | EA | Y | 10.000 | 20.00 |
| 30 | 320127 | STUD,ALL-THD,W/2 NUTS,BLK,1 X 7.00, STUD A193-GR B7,NUT A194-GR 2M | | 8 | 8 | EA | Y | 8.000 | 64.00 |

SUBTOTAL:1,334.00

**Tax Summary**

| Tax Name | Tax Rate | |
|---|---|---|
| AL - CONECUH, COUNTY SALES/USE | 2.00% | |
| AL - STATE SALES/USE TAX | 4.00% | |

**Tax Extended Amount**

26.68
53.36

Baker Huges Contact:
Name:     Thrash, Steven
          Ryan
Phone:
eMail:     Ryan.Thrash@bhge
          .com

| | |
|---|---|
| SubTotal | 1,334.00 |
| Tax | 80.04 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 1,414.04 |

Destination Control Statement These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-al, please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@bhge.com

If paying by check, please include remittance advice with payment to the Lockbox

# Baker Hughes

| GE Oil & Gas Pressure Control, LP<br>4424 W Sam Houston PKWY<br>Suite 100<br>Houston, , TX 77041<br>United States | IO US LAU Services Org (A07)<br>3038 Ellisville Blvd-Hwy 11 S<br>Laurel, MS 39440 | INVOICE |
|---|---|---|

| Bill To<br>SKLAR EXPLORATION COMPANY LLC<br>401 EDWARDS ST STE 1601<br>SUITE 1601<br>SHREVEPORT, LA 71101-5507<br>United States | Ship To<br>SKLAR EXPLORATION COMPANY LLC<br>CRAFT RALLS 5-10 #1<br>UNINCORPORATED, AL 36429-0000<br>United States | Invoice No.<br>20244201 | Invoice Date<br>27-NOV-2019 |
|---|---|---|---|

| VAT Registration No. | Final Destination<br>United States | Order No.<br>20294262<br>Customer Site No.<br>027407514<br>Commercial Terms<br>GE D&S Ts&Cs (PC Domestic)<br>IncoTerms<br>FCA<br>Pymt. Term<br>NET 30 | Order Date<br>25-NOV-2019<br>Purchase Order No.<br>CHOKE PARTS<br>Quote No.<br><br>IncoTerm Named Location<br>Seller<br>Shipping Method |
|---|---|---|---|

| Remit To<br>If Check<br>P.O. Box 911776<br>DALLAS, TX  75391-1776<br>United States | If Electronic<br>Bank Name    JP Morgan Chase<br>bank, New York, NY<br>Account No.<br>IBAN No.<br>Swift Code<br>Routing No. | | |
|---|---|---|---|

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 337111 | CHOKE BEAN,WRENCH,FC-140 OCT STYLE,MCDONALD PN M23CW/XX | | 2 | 2 | EA. | Y | 85.000 | 170.00 |
| 20 | 332135 | MANUAL OVERRIDE,ARRAY,F/ARRAY APO12-20 ON 2-4 INCH VALVES,2-3/4" 8THD (PN 995300040000000) | | 1 | 1 | EA | Y | 500.000 | 500.00 |
| 30 | 801282PC | SEAT,CHK,ADJ,AWA,3/4 SS/TC | | 2 | 2 | EA | Y | 262.000 | 524.00 |

SUBTOTAL:1,194.00

### Tax Summary

| Tax Name | Tax Rate | | Tax Extended Amount |
|---|---|---|---|
| AL - CONECUH, COUNTY SALES/USE | 2.00% | | 23.88 |
| AL - STATE SALES/USE TAX | 4.00% | | 47.76 |

Baker Huges Contact:
Name:    Thrash, Steven
           Ryan
Phone:
eMail:    Ryan.Thrash@bhge
           .com

| | |
|---|---|
| SubTotal | 1,194.00 |
| Tax | 71.64 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 1,265.64 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-al, please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

# Baker Hughes

| | | |
|---|---|---|
| GE Oil & Gas Pressure Control, LP<br>4424 W Sam Houston PKWY<br>Suite 100<br>Houston, , TX 77041<br>United States | IO US LAU Services Org (A07)<br>3038 Ellisville Blvd-Hwy 11 S<br>Laurel, MS 39440 | INVOICE |

| Bill To | Ship To | | |
|---|---|---|---|
| SKLAR EXPLORATION COMPANY LLC<br>401 EDWARDS ST STE 1601<br>SUITE 1601<br>SHREVEPORT, LA 71101-5507<br>United States | SKLAR EXPLORATION COMPANY LLC<br>CRAFT RALLS 5-10 #1<br>UNINCORPORATED, AL 36429-0000<br>United States | **Invoice No.**<br>20248059 | **Invoice Date**<br>17-JAN-2020 |

| | | | |
|---|---|---|---|
| **VAT Registration No.** | **Final Destination**<br>United States | **Order No.**<br>20299335<br>**Customer Site No.**<br>027407514<br>**Commercial Terms**<br>GE D&S Ts&Cs (PC Domestic)<br>**IncoTerms**<br>FCA<br>**Pymt. Term**<br>NET 30 | **Order Date**<br>17-JAN-2020<br>**Purchase Order No.**<br>n/a<br>**Quote No.**<br><br>**IncoTerm Named Location**<br>Seller<br>**Shipping Method** |

| Remit To | | | |
|---|---|---|---|
| If Check<br>P.O. Box 911776<br>DALLAS, TX 75391-1776<br>United States | If Electronic<br>**Bank Name**<br>**Account No.**<br>**IBAN No.**<br>**Swift Code**<br>**Routing No.** | JP Morgan Chase<br>bank, New York, NY<br>████████ | |

**Rig Name**
CRAFT RALLS 5-10 #1

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L1131-FS | SERVICE TECHNICIAN- LAND | Field Service Technician: Chandler, Michael<br>Start Date: 16-Jan-2020<br>Bill Through Date: 16-Jan-2020<br>Ticket Number: WO-00752382 | 5 | | EA | N | 90.000 | 450.00 |
| 2 | L1131-FS | SERVICE TECHNICIAN- LAND | Field Service Technician: Chandler, Michael<br>Start Date: 15-Jan-2020<br>Bill Through Date: 15-Jan-2020<br>Ticket Number: WO-00752382 | 2 | | EA | N | 95.000 | 190.00 |
| 3 | H273021-1 | ACTUATOR PART, DIAPHRAGM, D12, NITRILE/NYLON, -20 TO 180F DEG SERVICE TEMPERATURE | | 1 | 1 | EA | Y | 323.370 | 323.37 |
| 4 | L1296N-FS | SERVICE/DELIVERY 4WD - MILAGE<br><br>NON-TAXABLE | | 108 | | EA | N | 3.000 | 324.00 |

SUBTOTAL:1,287.37

**Tax Summary**

| Tax Name | Tax Rate | Tax Extended Amount |
|---|---|---|
| AL - CONECUH, COUNTY SALES/USE | 2.00% | 6.47 |
| AL - STATE SALES/USE TAX | 4.00% | 12.93 |

| | |
|---|---|
| **Baker Huges Contact:** | |
| Name: Adams, Duana K | SubTotal 1,287.37 |
| Phone: | Tax 19.40 |
| eMail: duana.adams@ge.com | Customs 0.00 |
| | Duty 0.00 |
| | Insurance 0.00 |
| | Total(USD) 1,306.77 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

**Baker Hughes** 〉〈

| | | |
|---|---|---|
| GE Oil & Gas Pressure Control, LP<br>4424 W Sam Houston PKWY<br>Suite 100<br>Houston, , TX 77041<br>United States | IO US LAU Services Org (A07)<br>3038 Ellisville Blvd-Hwy 11 S<br>Laurel, MS  39440 | # INVOICE |

| Bill To<br>SKLAR EXPLORATION COMPANY LLC<br>401 EDWARDS ST STE 1601<br>SUITE 1601<br>SHREVEPORT, LA 71101-5507<br>United States | Ship To<br>SKLAR EXPLORATION COMPANY LLC<br>CRAFT RALLS 5-14 #1<br>UNINCORPORATED, AL 36429-0000<br>United States | Invoice No.<br>20250525 | Invoice Date<br>13-FEB-2020 |
|---|---|---|---|

| VAT Registration No. | Final Destination<br>United States | Order No.<br>20302207<br>Customer Site No.<br>027407514<br>Commercial Terms<br>GE D&S Ts&Cs (PC Domestic)<br>IncoTerms<br>FCA<br>Pymt. Term<br>NET 30 | Order Date<br>12-FEB-2020<br>Purchase Order No.<br>N/A<br>Quote No.<br><br>IncoTerm Named Location<br>Seller<br>Shipping Method |
|---|---|---|---|

| Remit To<br>If Check<br>P.O. Box 911776<br>DALLAS, TX  75391-1776<br>United States | If Electronic<br>Bank Name<br><br>Account No.<br>IBAN No.<br>Swift Code<br>Routing No. | JP Morgan Chase<br>bank, New York, NY<br><br>████ | |
|---|---|---|---|

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L1169-SR | SHOP LABOR - PER/HR | | 2 | | EA | N | 95.000 | 190.00 |
| 3 | H273021-1 | ACTUATOR PART, DIAPHRAGM, D12, NITRILE/NYLON,<br>-20 TO 180F DEG SERVICE TEMPERATURE | | 1 | 1 | EA | Y | 323.370 | 323.37 |

SUBTOTAL:513.37

**Tax Summary**

| Tax Name | Tax Rate | Tax Extended Amount |
|---|---|---|
| AL - STATE SALES/USE TAX | 4.00% | 12.93 |
| AL - CONECUH, COUNTY SALES/USE | 2.00% | 6.47 |

Baker Huges Contact:
Name:   Thrash, Steven
            Ryan
Phone:
eMail:    Ryan.Thrash@bhge
            .com

| | |
|---|---|
| SubTotal | 513.37 |
| Tax | 19.40 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 532.77 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-a), please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

# Baker Hughes ⋛

| GE Oil & Gas Pressure Control, LP | IO US LAU Services Org (A07) | |
|---|---|---|
| 4424 W Sam Houston PKWY | 3038 Ellisville Blvd-Hwy 11 S | **INVOICE** |
| Suite 100 | Laurel, MS 39440 | |
| Houston, , TX 77041 | | |
| United States | | |

| **Bill To** | **Ship To** | **Invoice No.** | **Invoice Date** |
|---|---|---|---|
| SKLAR EXPLORATION COMPANY LLC | SKLAR EXPLORATION COMPANY LLC | 20250524 | 13-FEB-2020 |
| 401 EDWARDS ST STE 1601 | CCL&T 9-8 | | |
| SUITE 1601 | UNINCORPORATED, AL 36429-0000 | | |
| SHREVEPORT, LA 71101-5507 | United States | | |
| United States | | | |

**VAT Registration No.**

**Final Destination**
United States

**Order No.** 20302206     **Order Date** 12-FEB-2020
**Customer Site No.** 027407514     **Purchase Order No.** N/A
**Commercial Terms** GE D&S Ts&Cs (PC Domestic)     **Quote No.**
**IncoTerms** FCA     **IncoTerm Named Location** Seller
**Pymt. Term** NET 30     **Shipping Method**

**Remit To**
If Check
P.O. Box 911776
DALLAS, TX 75391-1776
United States

If Electronic
Bank Name    JP Morgan Chase bank, New York, NY
Account No.
IBAN No.    ▉▉▉▉
Swift Code
Routing No.

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L1169-SR | SHOP LABOR – PER/HR | | 4 | | EA | N | 95.000 | 380.0 |
| 2 | L1194 | GREASE/LUBRICATION – PER/VALVE | | 1 | | EA | N | 60.000 | 60.0 |
| 3 | H273021-1 | ACTUATOR PART, DIAPHRAGM, D12, NITRILE/NYLON, -20 TO 180F DEG SERVICE TEMPERATURE | | 1 | 1 | EA | Y | 323.370 | 323.3 |
| 4 | 387060 | POLYPAK,2 X 1-1/4 X 3/8 POLYMYTE SHELL W/NITRILE EXPANDER PARKER 37501250-24651D53 | | 1 | 1 | EA | Y | 42.000 | 42.0 |

SUBTOTAL:805.37

**Tax Summary**

| Tax Name | Tax Rate | Tax Extended Amount |
|---|---|---|
| AL - CONECUH, COUNTY SALES/USE | 2.00% | 7.31 |
| AL - STATE SALES/USE TAX | 4.00% | 14.61 |

Baker Huges Contact:
Name:   Thrash, Steven Ryan
Phone:
eMail:   Ryan.Thrash@bhge.com

| | |
|---|---|
| SubTotal | 805.37 |
| Tax | 21.92 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 827.29 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-al, please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

# Baker Hughes ⧖

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS  39440

# INVOICE

| Bill To | Ship To | | |
|---|---|---|---|
| SKLAR EXPLORATION COMPANY LLC | SKLAR EXPLORATION COMPANY LLC | **Invoice No.** | **Invoice Date** |
| 401 EDWARDS ST STE 1601 | CCL & T 10-5 #1 | 20242948 | 18-NOV-2019 |
| SUITE 1601 | UNINCORPORATED, AL 36429-0000 | | |
| SHREVEPORT, LA 71101-5507 | United States | | |
| United States | | | |

**VAT Registration No.**

**Final Destination**
United States

**Order No.**
20293452
**Customer Site No.**
027407514
**Commercial Terms**
GE D&S Ts&Cs (PC Domestic)
**IncoTerms**
FCA
**Pymt. Term**
NET 30

**Order Date**
18-NOV-2019
**Purchase Order No.**
N/A
**Quote No.**

**IncoTerm Named Location**
Seller
**Shipping Method**

**Remit To**
If Check
P.O. Box 911776
DALLAS, TX  75391-1776
United States

If Electronic
**Bank Name**

**Account No.**
**IBAN No.**
**Swift Code**
**Routing No.**

JP Morgan Chase
bank, New York, NY

**Rig Name**
CCL&T 10-5 #1

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L1296N-FS | SERVICE/DELIVERY 4WD - MILAGE NON-TAXABLE | | 332 | | EA | N | 3.000 | 996.0 |
| 2 | L1131-FS | SERVICE TECHNICIAN- LAND | **Field Service Technician:** Taylor, Matthew Robert **Start Date:** 16-Nov-2019 **Bill Through Date:** 16-Nov-2019 **Ticket Number:** WO-00742503 | 13 | | EA | N | 90.000 | 1,170.0 |
| 3 | L1138 | BPV/TWOWAY-FIRST 7 DAYS | | 2 | | EA | N | 108.000 | 216.0 |
| 4 | L1145 | DRY ROD SERVICE - PRICE PER FOOT PER DAY | | 10 | | EA | N | 3.500 | 35.0 |
| 5 | L1028 | BOP/CASING TEST UNIT - 4 HR MIN | | 1 | | EA | N | 600.000 | 600.0 |

**Baker Huges Contact:**
Name:   Adams, Duana K
Phone:
eMail:   duana.adams@ge.com

| | SUBTOTAL:3,017.00 |
|---|---|
| **SubTotal** | 3,017.00 |
| **Tax** | 0.00 |
| **Customs** | 0.00 |
| **Duty** | 0.00 |
| **Insurance** | 0.00 |
| **Total(USD)** | 3,017.00 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-a), please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

# Baker Hughes

| | | |
|---|---|---|
| GE Oil & Gas Pressure Control, LP<br>4424 W Sam Houston PKWY<br>Suite 100<br>Houston, , TX 77041<br>United States | IO US LAU Services Org (A07)<br>3038 Ellisville Blvd-Hwy 11 S<br>Laurel, MS 39440 | **INVOICE** |

| | | | |
|---|---|---|---|
| **Bill To**<br>SKLAR EXPLORATION COMPANY LLC<br>401 EDWARDS ST STE 1601<br>SUITE 1601<br>SHREVEPORT, LA 71101-5507<br>United States | **Ship To**<br>SKLAR EXPLORATION COMPANY LLC<br>CCL&T 13-11 #1<br>UNINCORPORATED, AL 36429-0000<br>United States | **Invoice No.**<br>20245137 | **Invoice Date**<br>13-DEC-2019 |

| | | | |
|---|---|---|---|
| **VAT Registration No.** | **Final Destination**<br>United States | **Order No.**<br>20296065<br>**Customer Site No.**<br>027407514<br>**Commercial Terms**<br>GE D&S Ts&Cs (PC Domestic)<br>**IncoTerms**<br>FCA<br>**Pymt. Term**<br>NET 30 | **Order Date**<br>13-DEC-2019<br>**Purchase Order No.**<br>N/A<br>**Quote No.**<br><br>**IncoTerm Named Location**<br>Seller<br>**Shipping Method** |

| | | |
|---|---|---|
| **Remit To**<br>**If Check**<br>P.O. Box 911776<br>DALLAS, TX  75391-1776<br>United States | **If Electronic**<br>**Bank Name**<br><br>**Account No.**<br>**IBAN No.**<br>**Swift Code**<br>**Routing No.** | JP Morgan Chase<br>bank, New York, NY |

**Rig Name**
CCL&T 13-11 #1

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L1296N-FS | SERVICE/DELIVERY 4WD - MILAGE<br><br>NON-TAXABLE | | 320 | | EA | N | 3.000 | 960.0 |
| 2 | L1131-FS | SERVICE TECHNICIAN- LAND | **Field Service Technician:** Harrison,<br>Jason Matthew<br>**Start Date:** 12-Dec-2019<br>**Bill Through Date:** 12-Dec-2019<br>**Ticket Number:** WO-00747013 | 7 | | EA | N | 90.000 | 630.0 |
| 3 | H383390-1 | TREECAP, BHGE, 15A, 2-9/16 5M FLG X 2-7/8 EU ILT,<br>API 6A 20TH ED., LU DO-NL PSL2 PR1<br>API MATERIAL=(DD-NL),API PR=(1),API PSL=(2),API TEMP=(L U), | | 1 | | EA | Y | 470.100 | 470.1 |
| 4 | NVS | GAUGE COCK,STRAIGHT FLOW,1/2 LP/NPT MALE X FEMALE,<br>10M,CS | | 1 | 1 | EA | Y | 42.600 | 42.6 |
| 5 | L8890-FS | IMPACT WRENCH | | 1 | | EA | Y | 200.000 | 200.0 |
| 6 | MISCELLANEOU<br>S | (INSERT DESCRIPTION) | | 1 | | EA | N | 85.000 | 85.0 |
| 7 | H300074-10 | RING GASKET, API R-46, OVAL, CARBON STEEL, ZINC<br>PLATED, API MONOGRAM REQUIRED<br>API PSL=(1 4), | | 1 | 1 | EA | Y | 18.000 | 18.0 |

SUBTOTAL:2,405.70

**Tax Summary**

| Tax Name | Tax Rate | Tax Extended Amount |
|---|---|---|
| AL - STATE SALES/USE TAX | 4.00% | 29.24 |
| AL - CONECUH, COUNTY SALES/USE | 2.00% | 14.61 |



GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS  39440

# INVOICE

**Baker Huges Contact:**
Name:     Adams, Duana K
Phone:
eMail:     duana.adams@ge.com

| | |
|---|---:|
| SubTotal | 2,405.70 |
| Tax | 43.85 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 2,449.55 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-a), please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

# Baker Hughes ⧄

| GE Oil & Gas Pressure Control, LP<br>4424 W Sam Houston PKWY<br>Suite 100<br>Houston, , TX 77041<br>United States | IO US LAU Services Org (A07)<br>3038 Ellisville Blvd-Hwy 11 S<br>Laurel, MS  39440 | INVOICE |
|---|---|---|

**Bill To**
SKLAR EXPLORATION COMPANY LLC
401 EDWARDS ST STE 1601
SUITE 1601
SHREVEPORT, LA 71101-5507
United States

**Ship To**
SKLAR EXPLORATION COMPANY LLC
CRAFT SMURFIT STONE 27-12-1
UNINCORPORATED, AL 36432-0000
United States

| | |
|---|---|
| **Invoice No.**<br>20248060 | **Invoice Date**<br>17-JAN-2020 |

**VAT Registration No.**

**Final Destination**
United States

| | |
|---|---|
| **Order No.**<br>20299336 | **Order Date**<br>17-JAN-2020 |
| **Customer Site No.**<br>027407514 | **Purchase Order No.**<br>n/a |
| **Commercial Terms**<br>GE D&S Ts&Cs (PC Domestic) | **Quote No.** |
| **IncoTerms**<br>FCA | **IncoTerm Named Location**<br>Seller |
| **Pymt. Term**<br>NET 30 | **Shipping Method** |

**Remit To**
**If Check**
P.O. Box 911776
DALLAS, TX  75391-1776
United States

**If Electronic**
**Bank Name**       JP Morgan Chase
                    bank, New York, NY

**Account No.**     ▉▉▉▉▉▉
**IBAN No.**
**Swift Code**
**Routing No.**

**Rig Name**
CRAFT SMURFIT STONE
27-12-1

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L1131-FS | SERVICE TECHNICIAN- LAND | Field Service Technician: Chandler, Michael<br>Start Date: 16-Jan-2020<br>Bill Through Date: 16-Jan-2020<br>Ticket Number: WO-00752380 | 5 | | EA | N | 90.000 | 450.0 |
| 2 | L1131-FS | SERVICE TECHNICIAN- LAND | Field Service Technician: Chandler, Michael<br>Start Date: 15-Jan-2020<br>Bill Through Date: 15-Jan-2020<br>Ticket Number: WO-00752380 | 2 | | EA | N | 95.000 | 190.0 |
| 3 | H273021-1 | ACTUATOR PART, DIAPHRAGM, D12, NITRILE/NYLON, -20 TO 180F DEG SERVICE TEMPERATURE | | 1 | 1 | EA | Y | 333.370 | 333.3 |
| 4 | L1296N-FS | SERVICE/DELIVERY 4WD - MILAGE<br>NON-TAXABLE | | 108 | | EA | N | 3.000 | 324.0 |

SUBTOTAL:1,297.37

**Tax Summary**

| Tax Name | Tax Rate | Tax Extended Amount |
|---|---|---|
| AL - STATE SALES/USE TAX | 4.00% | 13.33 |
| AL - CONECUH, COUNTY SALES/USE | 2.00% | 6.67 |

Baker Huges Contact:
Name:     Adams, Duana K
Phone:
eMail:    duana.adams@ge.
          com

| | |
|---|---|
| SubTotal | 1,297.37 |
| Tax | 20.00 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 1,317.37 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

# Baker Hughes

| | | |
|---|---|---|
| GE Oil & Gas Pressure Control, LP<br>4424 W Sam Houston PKWY<br>Suite 100<br>Houston, , TX 77041<br>United States | IO US LAU Services Org (A07)<br>3038 Ellisville Blvd-Hwy 11 S<br>Laurel, MS 39440 | INVOICE |

| Bill To | Ship To | | |
|---|---|---|---|
| SKLAR EXPLORATION COMPANY LLC<br>401 EDWARDS ST STE 1601<br>SUITE 1601<br>SHREVEPORT, LA 71101-5507<br>United States | SKLAR EXPLORATION COMPANY LLC<br>CRAFT SMURFIT STONE 27-12-1<br>UNINCORPORATED, AL 36432-0000<br>United States | **Invoice No.**<br>20250526 | **Invoice Date**<br>13-FEB-2020 |

| | | | |
|---|---|---|---|
| **VAT Registration No.** | **Final Destination**<br>United States | **Order No.**<br>20302208<br>**Customer Site No.**<br>027407514<br>**Commercial Terms**<br>GE D&S Ts&Cs (PC Domestic)<br>**IncoTerms**<br>FCA<br>**Pymt. Term**<br>NET 30 | **Order Date**<br>13-FEB-2020<br>**Purchase Order No.**<br>N/A<br>**Quote No.**<br><br>**IncoTerm Named Location**<br>Seller<br>**Shipping Method** |

| Remit To | | |
|---|---|---|
| **If Check**<br>P.O. Box 911776<br>DALLAS, TX  75391-1776<br>United States | **If Electronic**<br>**Bank Name**<br><br>**Account No.**<br>**IBAN No.**<br>**Swift Code**<br>**Routing No.** | JP Morgan Chase<br>bank, New York, NY |

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L1169-SR | SHOP LABOR - PER/HR | | 2 | | EA | N | 95.000 | 190.0 |
| 2 | H273021-1 | ACTUATOR PART, DIAPHRAGM, D12, NITRILE/NYLON,<br>-20 TO 180F DEG SERVICE TEMPERATURE | | 1 | 1 | EA | Y | 323.370 | 323.3 |

SUBTOTAL:513.3

| Tax Summary | | |
|---|---|---|
| **Tax Name** | **Tax Rate** | **Tax Extended Amount** |
| AL - CONECUH, COUNTY SALES/USE | 2.00% | 6.47 |
| AL - STATE SALES/USE TAX | 4.00% | 12.93 |

| | | |
|---|---|---|
| **Baker Huges Contact:**<br>Name:      Thrash, Steven<br>               Ryan<br>Phone:<br>eMail:      Ryan.Thrash@bhge<br>               .com | SubTotal<br>Tax<br>Customs<br>Duty<br>Insurance<br>Total(USD) | 513.37<br>19.40<br>0.00<br>0.00<br>0.00<br>532.77 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-al), please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

# Baker Hughes

| | | |
|---|---|---|
| GE Oil & Gas Pressure Control, LP<br>4424 W Sam Houston PKWY<br>Suite 100<br>Houston, , TX 77041<br>United States | IO US LAU Services Org (A07)<br>3038 Ellisville Blvd-Hwy 11 S<br>Laurel, MS 39440 | INVOICE |

**Bill To**
SKLAR EXPLORATION COMPANY LLC
401 EDWARDS ST STE 1601
SUITE 1601
SHREVEPORT, LA 71101-5507
United States

**Ship To**
SKLAR EXPLORATION COMPANY LLC
CRAFT SOTERRA 27-2
UNINCORPORATED, AL 36429-0000
United States

**Invoice No.**
20250876

**Invoice Date**
20-FEB-2020

**VAT Registration No.**

**Final Destination**
United States

**Order No.**
20302852
**Customer Site No.**
027407514
**Commercial Terms**
GE D&S Ts&Cs (PC Domestic)
**IncoTerms**
FCA
**Pymt. Term**
NET 30

**Order Date**
20-FEB-2020
**Purchase Order No.**
N/A
**Quote No.**

**IncoTerm Named Location**
Seller
**Shipping Method**

**Remit To**
**If Check**
P.O. Box 911776
DALLAS, TX 75391-1776
United States

**If Electronic**
Bank Name    JP Morgan Chase
             bank, New York, NY

Account No.
IBAN No.
Swift Code
Routing No.

**Rig Name**
CRAFT SOTERRA 27-2

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD |
|---|---|---|---|---|---|---|---|---|---|
| 1 | H300074-21 | RING GASKET, API R-24, OVAL, CARBON STEEL, ZINC PLATED, API MONOGRAM REQUIRED. | | 2 | 2 | EA | Y | 6,600 | 13,2 |
| 2 | L1131-FS | SERVICE TECHNICIAN- LAND | Field Service Technician: Maxey, Jessie James<br>Start Date: 19-Feb-2020<br>Bill Through Date: 19-Feb-2020<br>Ticket Number: WO-00757846 | 9 | | EA | N | 90,000 | 810.0 |
| 3 | L1296N-FS | SERVICE/DELIVERY 4WD - MILAGE<br><br>NON-TAXABLE | | 316 | | EA | N | 3,000 | 948,0 |

SUBTOTAL:1,771.2

**Tax Summary**

| Tax Name | Tax Rate | | Tax Extended Amount |
|---|---|---|---|
| AL - STATE SALES/USE TAX | 4.00% | | 0.53 |
| AL - CONECUH, COUNTY SALES/USE | 2.00% | | 0.26 |

| | |
|---|---|
| SubTotal | 1,771.20 |
| Tax | 0.79 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 1,771.99 |

Baker Huges Contact:
Name:    Adams, Duana K
Phone:
eMail:   duana.adams@ge.com

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-al, please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

# Baker Hughes

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS  39440

# INVOICE

**Bill To**
SKLAR EXPLORATION COMPANY LLC
401 EDWARDS ST STE 1601
SUITE 1601
SHREVEPORT, LA 71101-5507
United States

**Ship To**
SKLAR EXPLORATION COMPANY LLC
CRAFT SOTERRA 27-2
UNINCORPORATED, AL 36429-0000
United States

**Invoice No.**
20251662

**Invoice Date**
26-FEB-2020

**VAT Registration No.**

**Final Destination**
United States

**Order No.**
20303514
**Customer Site No.**
027407514
**Commercial Terms**
GE D&S Ts&Cs (PC Domestic)
**IncoTerms**
FCA
**Pymt. Term**
NET 30

**Order Date**
25-FEB-2020
**Purchase Order No.**
ACTUATOR REPAIR
**Quote No.**

**IncoTerm Named Location**
Seller
**Shipping Method**

**Remit To**
**If Check**
P.O. Box 911776
DALLAS, TX  75391-1776
United States

**If Electronic**
**Bank Name**  JP Morgan Chase
bank, New York, NY

**Account No.**  ▬▬▬▬
**IBAN No.**
**Swift Code**  ▬▬▬
**Routing No.**

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 10 | L1169-SR | SHOP LABOR - PER/HR | | 4 | | EA | N | 95.000 | 380.0 |
| | | **Notes** SHOP LABOR TO REPAIR AND TEST C/P ACTUATOR VALVE THAT CAME IN FROM CRAFT SOTERRA 27-2 | | | | | | | |
| | | VALVE W/ACT, ARRAY, 2-1/16 5M W D1202 ACTUATOR | | | | | | | |
| 20 | L1194 | GREASE/LUBRICATION - PER/VALVE | | 1 | | EA | N | 60.000 | 60.0 |
| 30 | 387060 | POLYPAK-2 X 1-1/4 X 3/8 POLYMYTE SHELL W/NITRILE EXPANDER PARKER 37501250-Z4651DS3 | | 1 | 1 | EA | Y | 43.000 | 43.0 |

SUBTOTAL:483.0

**Tax Summary**

| Tax Name | Tax Rate | Tax Extended Amount |
|---|---|---|
| AL - STATE SALES/USE TAX | 4.00% | 1.72 |
| AL - CONECUH, COUNTY SALES/USE | 2.00% | 0.86 |

**Baker Huges Contact:**
**Name:**  Thrash, Steven Ryan
**Phone:**
**eMail:**  Ryan.Thrash@bhge .com

| | |
|---|---|
| SubTotal | 483.00 |
| Tax | 2.58 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 485.58 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-al, please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

# Baker Hughes

| | | |
|---|---|---|
| GE Oil & Gas Pressure Control, LP<br>4424 W Sam Houston PKWY<br>Suite 100<br>Houston, , TX 77041<br>United States | IO US LAU Services Org (A07)<br>3038 Ellisville Blvd-Hwy 11 S<br>Laurel, MS 39440 | **INVOICE** |

| Bill To | Ship To | Invoice No. | Invoice Date |
|---|---|---|---|
| SKLAR EXPLORATION COMPANY LLC<br>401 EDWARDS ST STE 1601<br>SUITE 1601<br>SHREVEPORT, LA 71101-5507<br>United States | SKLAR EXPLORATION COMPANY LLC<br>CCL & T 10-5 #1<br>UNINCORPORATED, AL 36429-0000<br>United States | 20243618 | 25-NOV-2019 |

| | | | |
|---|---|---|---|
| | | Order No.<br>20294274<br>Customer Site No.<br>027407514<br>Commercial Terms<br>GE D&S Ts&Cs (PC Domestic)<br>IncoTerms<br>FCA<br>Pymt. Term<br>NET 30 | Order Date<br>25-NOV-2019<br>Purchase Order No.<br>N/A<br>Quote No.<br><br>IncoTerm Named Location<br>Seller<br>Shipping Method |
| VAT Registration No. | Final Destination<br>United States | | |

| Remit To | | | |
|---|---|---|---|
| If Check<br>P.O. Box 911776<br>DALLAS, TX 75391-1776<br>United States | If Electronic<br>Bank Name<br><br>Account No.<br>IBAN No.<br>Swift Code<br>Routing No. | JP Morgan Chase<br>bank, New York, NY<br><br>██████ | |

**Rig Name**
CCL&T 10-5 #1

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L1296N-FS | SERVICE/DELIVERY 4WD - MILAGE<br><br>NON-TAXABLE | | 340 | | EA | N | 3.000 | 1,020.00 |
| 2 | L1131-FS | SERVICE TECHNICIAN- LAND | Field Service Technician: Harrison,<br>Jason Matthew<br>Start Date: 24-Nov-2019<br>Bill Through Date: 24-Nov-2019<br>Ticket Number: WO-00743740 | 12 | | EA | N | 90.000 | 1,080.00 |
| 3 | L8890-FS | IMPACT WRENCH | | 1 | | EA | Y | 200.000 | 200.00 |
| 4 | MISCELLANEOUS | (INSERT DESCRIPTION) | | 1 | | EA | N | 125.000 | 125.00 |

SUBTOTAL:2,425.00

**Tax Summary**

| Tax Name | Tax Rate | Tax Extended Amount |
|---|---|---|
| AL - STATE SALES/USE TAX | 4.00% | 8.00 |
| AL - CONECUH, COUNTY SALES/USE | 2.00% | 4.00 |

| | |
|---|---|
| SubTotal | 2,425.00 |
| Tax | 12.00 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 2,437.00 |

**Baker Huges Contact:**
Name:  Adams, Duana K
Phone:
eMail:  duana.adams@ge.com

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-a), please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

# Baker Hughes

| | | |
|---|---|---|
| GE Oil & Gas Pressure Control, LP<br>4424 W Sam Houston PKWY<br>Suite 100<br>Houston, , TX 77041<br>United States | IO US LAU Services Org (A07)<br>3038 Ellisville Blvd·Hwy 11 S<br>Laurel, MS  39440 | INVOICE |

| Bill To | Ship To | Invoice No. | Invoice Date |
|---|---|---|---|
| SKLAR EXPLORATION COMPANY LLC<br>401 EDWARDS ST STE 1601<br>SUITE 1601<br>SHREVEPORT, LA 71101-5507<br>United States | SKLAR EXPLORATION COMPANY LLC<br>CCL & T 10-5 #1<br>UNINCORPORATED, AL 36429-0000<br>United States | 20243953 | 26-NOV-2019 |

| VAT Registration No. | Final Destination<br>United States | Order No.<br>20293514<br>Customer Site No.<br>027407514<br>Commercial Terms<br>GE D&S Ts&Cs (PC Domestic)<br>IncoTerms<br>FCA<br>Pymt. Term<br>NET 30 | Order Date<br>18-NOV-2019<br>Purchase Order No.<br>C/P TREE<br>Quote No.<br><br>IncoTerm Named Location<br>Seller<br>Shipping Method |

| Remit To | | | |
|---|---|---|---|
| If Check<br>P.O. Box 911776<br>DALLAS, TX  75391-1776<br>United States | If Electronic<br>Bank Name<br><br>Account No.<br>IBAN No.<br>Swift Code<br>Routing No. | JP Morgan Chase<br>bank, New York, NY | |

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 10 | L1169-SR | SHOP LABOR - PER/HR | | 12 | | EA | N | 95.000 | 1,140.00 |
| | | **Notes**<br>SHOP LABOR TO TEST, INSPECT, GREASE & PAINT C/P TREE ASSY<br><br>ADP BO2 7-1/16 X 2-9/16 5M<br>VLV,2-9/16 5M DD<br>VLV,2-9/16 5M DD<br>TEE ASSY 2-9/16 X 2-1/16<br>VLV,2-9/16 5M DD<br>15A TREECAP<br>VLV,2-1/16 5M DD<br>VLV W/ACT 2-1/16 5M DD<br>N-62 ADJ CHOKE<br><br>BO2 CPLG BAD (W/RELINE CUT) REPLACED WITH NEW<br>T2W TBGHGR, RE-DRESS ON LOCATION | | | | | | | |
| 20 | L1194 | GREASE/LUBRICATION - PER/VALVE | | 5 | | EA | N | 60.000 | 300.00 |
| 30 | 358623 | CPLG,TBGHGR,WG,O2,4 X 2-7/8 ABC MOD EU BTM X 2-7/8<br>EU TOP,W/2-1/2 HBPV THD,80K YLD MATL,<br>6A-PU-DD-NL-1-2<br>API MATERIAL=(DD-NL),API PR=(2),API PSL=(1),API TEMP=(P U), | | 1 | 1 | EA | Y | 1,260.000 | 1,260.00 |
| 40 | 309089 | PKG,TBGHGR,T-2W,7-1/16 X 2-7/8,HSN 80 DURO,MS-522-18 | | 1 | 1 | EA | Y | 261.000 | 261.00 |
| 50 | 83-000-895-82<br>H | ORING,.687 CS X 4.250 ID,HSN,MS-522-18 | | 1 | 1 | EA | Y | 56.000 | 56.00 |
| 55 | 83-910-342-91 | RING NON EXT, 36 DEG, 4-1/4, 5-5/16 OD X 4-15/64<br>ID X 3/4 LG, 90 DURO NITRILE, F/WG-O2, SEAHAWK<br>COMPOUND 93100<br>API MATERIAL=(AA),API TEMP=(P U), | | 1 | 1 | EA | Y | 35.000 | 35.00 |
| 60 | 331061 | STUD W/TWO NUTS, ALL THREAD,PER VG52.4.11,<br>1.375-8UN-2A, 11.000 LG, STUD MATERIAL PER ASTM<br>A193 GR B7, NUT MATERIAL PER ASTM A194 GR 2H,<br>COATING PLAIN-NOT COATED | | 12 | 12 | EA | Y | 18.000 | 216.00 |

# Baker Hughes

| | | |
|---|---|---|
| GE Oil & Gas Pressure Control, LP<br>4424 W Sam Houston PKWY<br>Suite 100<br>Houston, , TX 77041<br>United States | IO US LAU Services Org (A07)<br>3038 Ellisville Blvd-Hwy 11 S<br>Laurel, MS 39440 | INVOICE |

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 70 | NVS | GAUGE COCK,STRAIGHT FLOW,1/2 LP/NPT MALE X FEMALE, 10M,CS | | 1 | 1 | EA | Y | 50.000 | 50.00 |
| 80 | PG5 | PRESSURE GAUGE,0-5000 PSI,DUAL SCALE (PSI/BAR),1/2 MALE NPT BOTTOM CONNECTION,4 TO 4-1/2 OD FACE,75 PCT LIQUID FILLED,SS CASE,CS/LA FITTINGS AND INTERNALS | | 1 | 1 | EA | Y | 97.000 | 97.00 |
| 90 | H.300074-10 | RING GASKET, API R-46, OVAL, CARBON STEEL, ZINC PLATED, API MONOGRAM REQUIRED API PSL=[1 4], | | 1 | 1 | EA | Y | 20.000 | 20.00 |

SUBTOTAL:3,435.00

**Tax Summary**

| Tax Name | Tax Rate | Tax Extended Amount |
|---|---|---|
| AL - STATE SALES/USE TAX | 4.00% | 79.80 |
| AL - CONECUH, COUNTY SALES/USE | 2.00% | 39.90 |

| | |
|---|---|
| SubTotal | 3,435.00 |
| Tax | 119.70 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 3,554.70 |

**Baker Huges Contact:**
Name:        Thrash, Steven Ryan
Phone:
eMail:        Ryan.Thrash@bhge.com

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-al, please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

# Baker Hughes

| GE Oil & Gas Pressure Control, LP | IO US LAU Services Org (A07) | INVOICE |
| 4424 W Sam Houston PKWY | 3038 Ellisville Blvd-Hwy 11 S | |
| Suite 100 | Laurel, MS  39440 | |
| Houston, , TX 77041 | | |
| United States | | |

| Bill To | Ship To | Invoice No. | Invoice Date |
|---|---|---|---|
| SKLAR EXPLORATION COMPANY LLC | SKLAR EXPLORATION COMPANY LLC | 20245993 | 20-DEC-2019 |
| 401 EDWARDS ST STE 1601 | CCL & T 10-5 #1 | | |
| SUITE 1601 | UNINCORPORATED, AL 36429-0000 | | |
| SHREVEPORT, LA 71101-5507 | United States | | |
| United States | | | |

| | | Order No. | 20297004 | Order Date | 20-DEC-2019 |
|---|---|---|---|---|---|
| VAT Registration No. | Final Destination | Customer Site No. | 027407514 | Purchase Order No. | n/a |
| | United States | Commercial Terms | | Quote No. | |
| | | GE D&S Ts&Cs (PC Domestic) | | | |
| | | IncoTerms | | IncoTerm Named Location | |
| | | FCA | | Seller | |
| | | Pymt. Term | | Shipping Method | |
| | | NET 30 | | | |

**Remit To**
**If Check**
P.O. Box 911776
DALLAS, TX  75391-1776
United States

**If Electronic**
**Bank Name**    JP Morgan Chase
bank, New York, NY

**Account No.**
**IBAN No.**
**Swift Code**
**Routing No.**

Rig Name
CCL&T 10-5 #1

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L1296N-FS | SERVICE/DELIVERY 4WD - MILAGE | | 340 | | EA | N | 3.000 | 1,020.00 |
| | | NON-TAXABLE | | | | | | | |
| 2 | L1131-FS | SERVICE TECHNICIAN- LAND | Field Service Technician: Harrison, Jason Matthew | 12 | | EA | N | 90.000 | 1,080.00 |
| | | | Start Date: 19-Dec-2019 | | | | | | |
| | | | Bill Through Date: 19-Dec-2019 | | | | | | |
| | | | Ticket Number: WO-00748282 | | | | | | |

|  |  |
|---|---|
| SUBTOTAL: | 2,100.00 |
| SubTotal | 2,100.00 |
| Tax | 0.00 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 2,100.00 |

**Baker Huges Contact:**
Name:    Adams, Duana K
Phone:
eMail:    duana.adams@ge.com

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-al, please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

# Baker Hughes

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

# INVOICE

| | |
|---|---|
| **Bill To** | **Ship To** |
| SKLAR EXPLORATION COMPANY LLC | SKLAR EXPLORATION COMPANY LLC |
| 401 EDWARDS ST STE 1601 | CCL & T 10-5 #1 |
| SUITE 1601 | UNINCORPORATED, AL 36429-0000 |
| SHREVEPORT, LA 71101-5507 | United States |
| United States | |

| **Invoice No.** | **Invoice Date** |
|---|---|
| 20246079 | 20-DEC-2019 |

**VAT Registration No.**

**Final Destination**
United States

| **Order No.** | **Order Date** |
|---|---|
| 20296426 | 16-DEC-2019 |
| **Customer Site No.** | **Purchase Order No.** |
| 027407514 | CROSS |
| **Commercial Terms** | **Quote No.** |
| GE D&S Ts&Cs (PC Domestic) | |
| **IncoTerms** | **IncoTerm Named Location** |
| FCA | Seller |
| **Pymt. Term** | **Shipping Method** |
| NET 30 | |

**Remit To**
**If Check**
P.O. Box 911776
DALLAS, TX 75391-1776
United States

**If Electronic**
**Bank Name**   JP Morgan Chase
bank, New York, NY

**Account No.**
**IBAN No.**
**Swift Code**
**Routing No.**

| Line No. | Item No. | Description | Add'l Information Serial #: 20296426-1 | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | H387326-2 | CROSS,STD, 2-9/16 5M X 2-1/16 5M, 6A-KU-DD-NL-2, API MONOGRAM REQUIRED API MATERIAL=(DD-NL)API PR=(2)API PSL=(2)API TEMP=(K U) | | 1 | 1 | EA | Y | 1,856.000 | 1,856.00 |
| 2 | H306001-624 | VALVE PURCHASE,MODEL 1100,API FLG, 2-1/16 5M, EXP GATE,2-1/16 5M FLG ENDS, HWO, API 6A LU DD-NL PSL2 PR2 API MATERIAL=(DD-NL)API PR=(2)API PSL=(2)API TEMP=(L U), | | 2 | 2 | EA | Y | 1,192.000 | 2,384.00 |
| 3 | 340387 | FLG, COMP, 2-1/16 5M X 2 LP, PER API 6A LU EE PSL2 API MATERIAL=(EE)API PSL=(2)API TEMP=(L U), | | 1 | 1 | EA | Y | 110.200 | 110.20 |
| 4 | H300074-6 | RING GASKET,API R-27,OVAL,CARBON STEEL,ZINC PLATED API MONOGRAM REQUIRED API PSL=(1 4), | | 2 | 2 | EA | Y | 10.000 | 20.00 |
| 5 | H300074-21 | RING GASKET, API R-24, OVAL, CARBON STEEL, ZINC PLATED, API MONOGRAM REQUIRED. | | 4 | 4 | EA | Y | 7.500 | 30.00 |
| 6 | 331062 | STUD W/TWO NUTS, ALL THREAD,PER VGS2.4.11, .875-9UNRC-2A, 6.500 LG, STUD MATERIAL PER ASTM A193 GR B7, NUT MATERIAL PER ASTM A194 GR 2H, COATING PLAIN-NOT COATED | | 16 | 16 | EA | Y | 7.000 | 112.00 |

SUBTOTAL:4,512.20

**Tax Summary**

| Tax Name | Tax Rate | Tax Extended Amount |
|---|---|---|
| AL - STATE SALES/USE TAX | 4.00% | 180.49 |
| AL - CONECUH, COUNTY SALES/USE | 2.00% | 90.24 |



GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS  39440

# INVOICE

**Baker Huges Contact:**
Name:        Thrash, Steven
             Ryan
Phone:
eMail:       Ryan.Thrash@bhge
             .com

| | |
|---|---:|
| SubTotal | 4,512.20 |
| Tax | 270.73 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 4,782.93 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-al, please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

# Baker Hughes

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

# INVOICE

| Bill To | Ship To |
|---|---|
| SKLAR EXPLORATION COMPANY LLC | SKLAR EXPLORATION COMPANY LLC |
| 401 EDWARDS ST STE 1601 | PERRY RANCH 30-6 #1 |
| SUITE 1601 | UNINCORPORATED, WY 82225-0000 |
| SHREVEPORT, LA 71101-5507 | United States |
| United States | |

| Invoice No. | Invoice Date |
|---|---|
| 20233575 | 19-AUG-2019 |

**VAT Registration No.**

**Final Destination**
United States

| Order No. | Order Date |
|---|---|
| 20281059 | 13-AUG-2019 |
| Customer Site No. | Purchase Order No. |
| 027407514 | NA |
| Commercial Terms | Quote No. |
| GE D&S Ts&Cs (PC Domestic) | |
| IncoTerms | IncoTerm Named Location |
| FCA | Seller |
| Pymt. Term | Shipping Method |
| NET 30 | |

**Remit To**
If Check
P.O. Box 911776
DALLAS, TX  75391-1776
United States

If Electronic
Bank Name

JP Morgan Chase
bank, New York, NY

Account No.
IBAN No.
Swift Code
Routing No.

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ASSEMBLY | (INPUT CHARGES IF ANY) | | 1 | | KT | N | | 0,00 |
| 2 | 374127 | CSGHD, GE, W2BP, 11 5M X 9-5/8 SOW, W/2 2 LP 15,50 LG, FLAT BTM, NOT FOR USE W/WELDLESS BASEPLATE, 1040 60K, 6A-U-AA-1-2 API MATERIAL=(AA)API PR=(2)API PSL=(1)API TEMP=(U), | | 1 | 1 | EA | Y | 1,900.000 | 1,900.000 |
| 3 | BPS-API | BULL PLUG, API, 2 LP, NO PORT, LA NACE, PER API 6A KU DO, APPLY API MONOGRAM API MATERIAL=(DD)API TEMP=(K U), | | 1 | 1 | EA | Y | 26.000 | 26.000 |
| 4 | NI6 | NIPPLE, 2 LP X 6 LG, XXH, W/1.50 BORE, 36K MIN YIELD | | 1 | 1 | EA | Y | 26.000 | 26.000 |
| 5 | BV2-5 | VLV,BALL,KF,CXH,2 RP 5M THD 2 IN LP CARBON STEEL TRIM W/DELRIN/BUNA-N SEALS PN 5052-11911 | | 1 | 1 | EA | Y | 215.000 | 215.000 |
| 6 | ASSEMBLY | (INPUT CHARGES IF ANY) | | 1 | | KT | N | | 0.00 |
| 7 | H387503-1 | TBGHD,BHGE,T-EBS-F,9,11 5M X 7-1/16 5M,W/TWO 2-1/16 5M,W/6A VR,A/F 17,43 FRAC SLV, C/W 8 LA NACE 80K LDS AND L7M BOLTING,6,765 MIN BORE,API 6A 20TH ED, LU-DD-NL-2-2 API MATERIAL=(DD-NL)API PR=(2)API PSL=(2)API TEMP=(L U), | Serial #: 20281059-1 | 1 | 1 | EA | Y | 3,600.000 | 3,600.000 |
| 8 | H306001-624 | VALVE PURCHASE,MODEL 1100,API FLG, 2-1/16 5M, EXP GATE,2-1/16 5M FLG ENDS, HWO, API 6A LU DD-NL PSL 2 PR2 API MATERIAL=(DD-NL)API PR=(2)API PSL=(2)API TEMP=(L U), Notes SN#77767-040-1219 | | 1 | 1 | EA | Y | 850.000 | 850.000 |
| 9 | 350848 | SECSEAL,GE, EBS-F, 9 X 5-1/2 | | 1 | 1 | EA | Y | 500.000 | 500.000 |
| 10 | 340387 | FLG, COMP, 2-1/16 5M X 2 LP, PER API 6A LU EE PSL 2 API MATERIAL=(EE)API PSL=(2)API TEMP=(L U), | | 2 | 2 | EA | Y | 100.000 | 200.000 |



GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

# INVOICE

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price [USD] |
|---|---|---|---|---|---|---|---|---|---|
| 11 | 329570 | PLUG, VALVE-REMOVAL, 2-1/16, 10,000 PSI MWP, PER API 6A KU DD, APPLY API MONOGRAM API MATERIAL=(DD),API PSL=(3),API TEMP=(K U), | | 1 | 1 | EA | Y | 60.000 | 60.00 |
| 12 | H300220-1 | RING GASKET,API R-24,OVAL,316SS,API MONOGRAM REQUIRED API PSL=(1 4), | | 3 | 3 | EA | Y | 5.000 | 15.00 |
| 13 | 331062 | STUD W/TWO NUTS, ALL THREAD,PER VGS2,4.11, .875-9UNRC-2A, 6.500 LG, STUD MATERIAL PER ASTM A193 GR B7, NUT MATERIAL PER ASTM A194 GR 2H, COATING PLAIN-NOT COATED | | 8 | 8 | EA | Y | 3.500 | 28.00 |
| 14 | BPT-API | BULL PLUG, API, 2 LP X 1/2 LP, LA NACE, PER API 6A KU DD, API MONOGRAM REQUIRED API MATERIAL=(DD),API TEMP=(K U), | | 1 | 1 | EA | Y | 26.000 | 26.00 |
| 15 | 342991 | GREASE FITTING, 1/2 NPT 10M SVC, 4140 NACE -50F | | 1 | 1 | EA | Y | 150.000 | 150.00 |
| 16 | 340313 | CSGHGR,GF,W1,11 X 5-1/2,6A-KU-DD-NL-4-2 API MATERIAL=(DD-NL),API PR=(2),API PSL=(4),API TEMP=(K U), | | 1 | 1 | EA | Y | 3,436.000 | 3,436.00 |
| 18 | H300074-14 | RING GASKET,API R-54,OVAL,CARBON STEEL,ZINC PLATED API MONOGRAM REQUIRED API PSL=(1 4), | | 2 | 2 | EA | Y | 30.000 | 60.00 |
| | | **Notes** Q-1 EXTRA REQUESTED BY KENNETH SMITH | | | | | | | |
| 19 | H300074-10 | RING GASKET, API R-46, OVAL, CARBON STEEL, ZINC PLATED, API MONOGRAM REQUIRED API PSL=(1 4), | | 1 | 1 | EA | Y | 15.000 | 15.00 |
| 20 | 350298 | STUD W/TWO NUTS, ALL THREAD,PER VGS2,4.11, 1.875-8UNR-2A, 14.250 LG, STUD MATERIAL PER ASTM A193 GR B7, NUT MATERIAL PER ASTM A194 GR 2H, COATING PLAIN-NOT COATED | | 12 | 12 | EA | Y | 30.000 | 360.00 |
| 22 | H315206-1 | TBGHGR, BHGE, TENSION BAYONET, LH LATCH, T, 7-1/16 5M, 2-7/8 EU BOX BTM AND TOP, W/ 2-1/2 HBPV THD, C/W 5-1/2 ADPT BUSHING, W/ S-SEALS, 5000 MAX WP, A/F 5-1/2 23 PPF CSG, API 6A 20TH ED., PU-DD-NL-1-2 API MATERIAL=(DD-NL),API PR=(2),API PSL=(1),API TEMP=(P U), | | 1 | 1 | EA | Y | 3,800.000 | 3,800.00 |
| 23.1 | BPS-7 | BULL PLUG,2-7/8 EU,SOLID,XXH | | 1 | 1 | EA | Y | 80.980 | 80.98 |
| 24 | R9000-RF | ALL INCLUSIVE RENTAL AND REPAIR OF DRILLING RENTAL TOOLS | | 1 | | EA | Y | 200.000 | 200.00 |
| | | **Notes** TEST PLUG / WEAR BUSHING | | | | | | | |
| 32 | PRORATA FREIGHT | PRO RATED FREIGHT CHARGE | | 1 | | EA | Y | 858.160 | 858.16 |

SUBTOTAL:16,406.14

**Tax Summary**

| Tax Name | Tax Rate | Tax Extended Amount |
|---|---|---|
| WY - NIOBRARA, COUNTY SALES/US | 2.00% | 328.12 |
| WY - STATE SALES/USE TAX | 4.00% | 656.25 |



GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

# INVOICE

**Baker Huges Contact:**
**Name:**     Hamlin, Mark Roy
**Phone:**
**eMail:**

| | |
|---|---|
| SubTotal | 16,406.14 |
| Tax | 984.37 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 17,390.51 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-al, please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

# Baker Hughes 〰

| | | |
|---|---|---|
| GE Oil & Gas Pressure Control, LP<br>4424 W Sam Houston PKWY<br>Suite 100<br>Houston, , TX 77041<br>United States | IO US LAU Services Org (A07)<br>3038 Ellisville Blvd-Hwy 11 S<br>Laurel, MS 39440 | INVOICE |

| Bill To | Ship To | | |
|---|---|---|---|
| SKLAR EXPLORATION COMPANY LLC<br>401 EDWARDS ST STE 1601<br>SUITE 1601<br>SHREVEPORT, LA 71101-5507<br>United States | SKLAR EXPLORATION COMPANY LLC<br>BATES 2-2 #1<br>UNINCORPORATED, FL 32565-0000<br>United States | **Invoice No.**<br>20249551 | **Invoice Date**<br>31-JAN-2020 |

| | | | |
|---|---|---|---|
| **VAT Registration No.** | **Final Destination**<br>United States | **Order No.**<br>20300183<br>**Customer Site No.**<br>027407514<br>**Commercial Terms**<br>GE D&S Ts&Cs (PC Domestic)<br>**IncoTerms**<br>FCA<br>**Pymt. Term**<br>NET 30 | **Order Date**<br>24-JAN-2020<br>**Purchase Order No.**<br>N/A<br>**Quote No.**<br><br>**IncoTerm Named Location**<br>Seller<br>**Shipping Method** |

**Remit To**
**If Check**
P.O. Box 911776
DALLAS, TX 75391-1776
United States

**If Electronic**
**Bank Name**     JP Morgan Chase
                 bank, New York, NY
**Account No.**
**IBAN No.**      ▇▇▇▇▇▇▇
**Swift Code**
**Routing No.**

| Line No. | Item No. | Description | Add'l Information<br>Serial #: | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | H387326-10 | CROSS,STD, 2-9/16 10M X 2-9/16 10M, 6A-KU-DD-NL-2<br>API MONOGRAM REQUIRED<br>API MATERIAL=(DD-NL),API PR=(2),API PSL=(2),API TEMP=(K U), | 20300183-01 | 1 | 1 | EA | N | 4,287.600 | 4,287.60 |
| 1.5 | 364412 | DSA,2-9/16 10M X 1-13/16 10M,6A-PU-EE-NL-1 | | 1 | 1 | EA | N | 1,847.120 | 1,847.12 |
| 2 | H300284-3 | RING GASKET,API BX-153,316SS,API MONOGRAM REQUIRED<br>API PSL=(1 4), | | 5 | 5 | EA | N | 66.000 | 330.00 |
| 3 | H300284-1 | RING GASKET,API BX-151,316SS,API MONOGRAM REQUIRED<br>API PSL=(14), | | 1 | 1 | EA | N | 55.500 | 55.50 |

**SUBTOTAL:6,520.22**

**Baker Huges Contact:**
**Name:**     Thrash, Steven
              Ryan
**Phone:**
**eMail:**    Ryan.Thrash@bhge
              .com

| | |
|---|---|
| **SubTotal** | 6,520.22 |
| **Tax** | 0.00 |
| **Customs** | 0.00 |
| **Duty** | 0.00 |
| **Insurance** | 0.00 |
| **Total(USD)** | 6,520.22 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-a), please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

# Baker Hughes 

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

# INVOICE

| | |
|---|---|
| **Bill To**<br>SKLAR EXPLORATION COMPANY LLC<br>401 EDWARDS ST STE 1601<br>SUITE 1601<br>SHREVEPORT, LA 71101-5507<br>United States | **Ship To**<br>SKLAR EXPLORATION COMPANY LLC<br>PITNIC LIMITED 16-3 #1<br>UNINCORPORATED, FL 32565-0000<br>United States |

| | | | |
|---|---|---|---|
| **Invoice No.**<br>20240155 | | **Invoice Date**<br>21-OCT-2019 | |

**VAT Registration No.**

**Final Destination**
United States

| | |
|---|---|
| **Order No.**<br>20290694 | **Order Date**<br>21-OCT-2019 |
| **Customer Site No.**<br>027407514 | **Purchase Order No.**<br>N/A |
| **Commercial Terms**<br>GE D&S Ts&Cs (PC Domestic) | **Quote No.** |
| **IncoTerms**<br>FCA | **IncoTerm Named Location**<br>Seller |
| **Pymt. Term**<br>NET 30 | **Shipping Method** |

**Remit To**
If Check
P.O. Box 911776
DALLAS, TX 75391-1776
United States

If Electronic
Bank Name       JP Morgan Chase
                bank, New York, NY
Account No.
IBAN No.
Swift Code
Routing No.

**Rig Name**
PITNIC LIMITED 16-3 #1

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L1131-FS | SERVICE TECHNICIAN- LAND | Field Service Technician: Chandler, Michael<br>Start Date: 20-Oct-2019<br>Bill Through Date: 21-Oct-2019<br>Ticket Number: WO-00737811 | 18 | | EA | N | 90.000 | 1,620.00 |
| 2 | L3028 | BOP/CASING TEST UNIT - 4 HR MIN | | 1 | | EA | N | 600.000 | 600.00 |
| 3 | L1296-FS | SERVICE/DELIVERY 4WD - MILEAGE | | 360 | | EA | N | 2.900 | 1,044.00 |

SUBTOTAL:3,264.00

**Baker Huges Contact:**
Name:      Adams, Duana K
Phone:
eMail:     duana.adams@ge.com

| | |
|---|---|
| SubTotal | 3,264.00 |
| Tax | 0.00 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 3,264.00 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-al, please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

# Baker Hughes

| GE Oil & Gas Pressure Control, LP | IO US LAU Services Org (A07) | |
| 4424 W Sam Houston PKWY | 3038 Ellisville Blvd-Hwy 11 S | INVOICE |
| Suite 100 | Laurel, MS 39440 | |
| Houston, , TX 77041 | | |
| United States | | |

**Bill To**
SKLAR EXPLORATION COMPANY LLC
401 EDWARDS ST STE 1601
SUITE 1601
SHREVEPORT, LA 71101-5507
United States

**Ship To**
SKLAR EXPLORATION COMPANY LLC
MCLEOD ETAL 30-1 #1
UNINCORPORATED, MS 39355-0000
United States

| Invoice No. | Invoice Date |
| 20250027 | 07-FEB-2020 |

| Order No. | Order Date |
| 20301594 | 07-FEB-2020 |
| Customer Site No. | Purchase Order No. |
| 027407514 | N/A |
| Commercial Terms | Quote No. |
| GE D&S Ts&Cs (PC Domestic) | |
| IncoTerms | IncoTerm Named Location |
| FCA | Seller |
| Pymt. Term | Shipping Method |
| NET 30 | |

**VAT Registration No.**

**Final Destination**
United States

**Remit To**
**If Check**
P.O. Box 911776
DALLAS, TX 75391-1776
United States

**If Electronic**
Bank Name     JP Morgan Chase
bank, New York, NY

Account No.
IBAN No.
Swift Code
Routing No.

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 10 | L1169-SR | SHOP LABOR - PER/HR | | 2 | | EA | Y | 95.000 | 190.00 |
| | | Notes<br>SHOP LABOR TO CLEAN & RE-DRESS C/P 7-1/16 X 2-7/8 T-2W & 2-7/8" 8RD BO2 COUPLING | | | | | | | |
| 20 | 309089 | PKG,TBGHGR,T-2W,7-1/16 X 2- 7/8,HSN 80 DURO,MS-522-18 | | 1 | 1 | EA | Y | 386.630 | 386.63 |
| 30 | 83-000-895-82 H | ORING,687 CS X 4,250 ID,HSN,MS-522-18 | | 1 | 1 | EA | Y | 59.650 | 59.65 |
| 40 | H300074-10 | RING GASKET, API R-46, OVAL, CARBON STEEL, ZINC PLATED,API MONOGRAM REQUIRED API PSL=(1 4), | | 1 | 1 | EA | Y | 28.000 | 28.00 |

SUBTOTAL:664.28

**Tax Summary**
| Tax Name | Tax Rate | Tax Extended Amount |
| MS - STATE SALES/USE TAX | 7.00% | 46.50 |

**Baker Huges Contact:**
Name:     Thrash, Steven Ryan
Phone:
eMail:     Ryan.Thrash@bhge.com

| SubTotal | 664.28 |
| Tax | 46.50 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 710.78 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-al, please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

# Baker Hughes

| | | |
|---|---|---|
| GE Oil & Gas Pressure Control, LP<br>4424 W Sam Houston PKWY<br>Suite 100<br>Houston, , TX 77041<br>United States | IO US LAU Services Org (A07)<br>3038 Ellisville Blvd-Hwy 11 S<br>Laurel, MS 39440 | **INVOICE** |

| Bill To | Ship To | Invoice No. | Invoice Date |
|---|---|---|---|
| SKLAR EXPLORATION COMPANY LLC<br>401 EDWARDS ST STE 1601<br>SUITE 1601<br>SHREVEPORT, LA 71101-5507<br>United States | SKLAR EXPLORATION COMPANY LLC<br>BATES 2-2 #1<br>UNINCORPORATED, FL 32565-0000<br>United States | 20250521 | 13-FEB-2020 |

| VAT Registration No. | Final Destination<br>United States | |
|---|---|---|

| | |
|---|---|
| Order No.<br>20301517 | Order Date<br>06-FEB-2020 |
| Customer Site No.<br>027407514 | Purchase Order No.<br>N/A |
| Commercial Terms<br>GE D&S Ts&Cs (PC Domestic) | Quote No. |
| IncoTerms<br>FCA | IncoTerm Named Location<br>Seller |
| Pymt. Term<br>NET 30 | Shipping Method |

| | | |
|---|---|---|
| Remit To<br>If Check<br>P.O. Box 911776<br>DALLAS, TX 75391-1776<br>United States | If Electronic<br>Bank Name<br><br>Account No.<br>IBAN No.<br>Swift Code<br>Routing No. | JP Morgan Chase<br>bank, New York, NY |

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 10 | H302262-469 | CHOKE PART,CORTEC,BEAN, BJ 1 IN MAX SSTC FL,<br>NITRIDED, HI TEMP, H2S,18/64, REQUIRES SS GASKET | | 1 | 1 | EA | N | 532.690 | 532.69 |
| 20 | UPSCHARGE-SU | UPS CHARGE | | 1 | | EA | N | 181.320 | 181.32 |
| | | **Notes**<br>OVERNIGHT CHARGES FROM:<br><br>HOUMA, LA TO LAUREL, MS<br>LAUREL, MS TO BREWTON, AL (SATURDAY DELIVERY) | | | | | | | |

SUBTOTAL:714.01

| | |
|---|---|
| Baker Huges Contact:<br>Name: Thrash, Steven Ryan<br>Phone:<br>eMail: Ryan.Thrash@bhge .com | SubTotal 714.01<br>Tax 0.00<br>Customs 0.00<br>Duty 0.00<br>Insurance 0.00<br>**Total(USD) 714.01** |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-al, please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

EXHIBIT "B"
TO
PROOF OF CLAIM

## GE OIL & GAS PRESSURE CONTROL, LP
## SKLAR EXPLORATION COMPANY, LLC

GE Oil & Gas Pressure Control, LP ("Pressure Control") has perfected lien claims: (i) in the State of Alabama, pursuant to Alabama Code §35-11-210, et seq.; and, (iii) in the State of Montana, pursuant to §71-3-1001, M.C.A., et seq., with respect to the indebtedness owing by Sklar Exploration Company, LLC to Baker Hughes.  The balance of the principal amount of the indebtedness covered by the lien claims totals $49,262.56

### LIEN SUMMARY

| Well/Lease | Location | Amount of Claim | Instrument Evidencing Lien |
|---|---|---|---|
| Corwin 5 #1 Well | Phillips County Montana | $26,589.55 | Notice of Oil and Gas Lien filed 6/28/2020 in Book 88, Pages 756, et seq. in the Office of the Clerk and Recorder of Phillips County, Montana, File No. 356195 |
| Southwest Brooklyn Oil Unit | Conecuh and Escambia Counties, Alabama | $7,752.24 | Verified Statement of Lien filed 6/11/2020 in Book 2020, Page 829, et seq. in the Office of the County Clerk of Conecuh County, Alabama; Verified Statement of Lien filed 6/11/2020 in the Probate Records of Escambia County, Alabama, File No. 0214583 |
| Little Cedar Creek Oil Unit II | Conecuh County, Alabama | $4,519.22 | Verified Statement of Lien filed 6/9/2020 in Book 2020, Page 676, et seq. in the Office of the County Clerk of Conecuh County, Alabama |
| Fish Pond Oil Unit | Escambia County, Alabama | $3,844.29 | Verified Statement of Lien filed 6/9/2020 in the Probate Records of Escambia County, Alabama, File No. 0214571 |
| Cedar Creek Land & Timber 13-11 #1 Well | Escambia County, Alabama | $2,449.55 | Verified Statement of Lien filed 6/10/2020 in the Probate Records of Escambia County, Alabama, File No. 0214580 |
| Little Cedar Creek Oil Unit IV | Conecuh County, Alabama | $4,107.71 | Verified Statement of Lien filed 6/11/2020 in Book 2020, Page 866, et seq. in the Office of the County Clerk of Conecuh County, Alabama |
| | Total: | $49,262.56 | |

Copies of the foregoing Instruments are attached hereto as part of this **Exhibit "B"**.

520904v.1 B075/00713

**Corwin 5 #1 Well**

**356195  Fee: $255.00  35 Pgs  Bk 88  -DOC  Pg 756 - 790**
**PHILLIPS COUNTY, MT**  Recorded 06/08/2020At  09:52 AM

Lynnel LaBrie, Clk and Rcdr By
Return to: Crady Jewett and McCulley
2727 Allen Parkway, Suite 1700
Houston, TX 77019-2125



## NOTICE OF OIL AND GAS LIEN

NOTICE is hereby given that **GE Oil & Gas Pressure Control LP, a Texas limited partnership**, located at **2001 Rankin Road, Houston, Texas 77073** ("Claimant"), claims, pursuant to §71-3-1001, M.C.A., *et seq.*, (the "Lien Statute"), an Oil and Gas Lien (the "Lien") upon any and all oil and gas leasehold interest of:

Sklar Exploration Company LLC
401 Edwards St., Suite 1601
Shreveport, Louisiana 71101

Twin Bridges Resources LLC
475 17th Street, Suite 900
Denver, CO 80202

Charter Energy Partners LLC
c/o Shaw Resources Management LLC
633 17th Street, Suite 2170
Denver, CO 80202

Sklarco, L.L.C.
5395 Pearl Parkway, Suite 200
Boulder, CO 80301

JJS Working Interests L.L.C.
2001 Kirby Drive, Suite 1110
Houston, TX 77019

Fant Energy Limited
P. O. Box 55205
Houston, TX 77255

Kudzu Oil Properties, L.L.C.
300 Concourse Boulevard, Suite 101
Ridgeland, MS 39157

LCJ Resources, LLC
1250 N.E. Loop 410
San Antonio, TX 78209

Genesis Resources, LLC
4450 Old Canton Road, Suite 207
Jackson, MS 39211

Jones Energy Company, LLC
2124 Fairfield Avenue
Shreveport, LA 71104

Lechwe, L.L.C.
P. O. Box 270415
Houston, TX 77277

Rosebud Energy Development, LLC
375 Deer Meadow Lane
Littleton, CO 80124

Black Banks, LLC
1310 S. Pennsylvania Street
Denver, CO 80210

TST Energy LLC
3238 Barksdale Blvd.
Bossier City, LA 71112

Scout Energy Group II, LP
4901 LBJ Freeway, Suite 300
Dallas, TX 75244

Scout Energy Partners II-A, LP
4901 LBJ Freeway, Suite 300
Dallas, TX 75244

Scout Energy Partners II, LP                    Charter ENE Partners LLC
4901 LBJ Freeway, Suite 300                  633 17th St, Ste 2170
Dallas, TX 75244                                    Denver, CO 80202-3600

in and to the land set forth below.

Claimant's Lien herein relates to its provision of labor, materials, services, and/or equipment for the drilling of a well designated as the **Corwin 5-1 Well** (the "Well") during the period from **November 18, 2019 through December 10, 2019**. (See, also, the attached **Exhibit "A"**).

The foregoing labor, materials, services, and equipment furnished by Claimant and giving rise to the Lien asserted herein are described in the invoices, order acknowledgments, and other documents attached hereto as **Exhibit "A"**.

The Well is located in that unit which consists of all of **Section 5, Township 32N, Range 33E, Phillips County, Montana** (the "Unit"). The leases which are included in the Unit include the Oil, Gas and Mineral Leases ("OGML") described as follows:

OGML dated 4/21/1944 from G T. Johnson etux, as Lessor, covering the NWSW of Section 5-32N-33E, recorded in Book 4, Pages 382 et seq. in the Office of the County Clerk of Phillips County, Montana.

OGML dated 7/1/1942 from USA MTGF-084395, as Lessor, covering the SE/4, SWNE, Lots 2 (NWNE – 45.19), (NWNW – 45.61). (Unrecorded)

OGML dated 4/13/1945 from Ralph J. Hyde et al, as Lessor, covering the SWSW of Section 5-T32N-R33E, recorded in Book 5, Page 545 et seq. in the Office of the County Clerk of Phillips County, Montana.

OGML dated 9/4/1931 from O M. Corwin Company, as Lessor, covering Lot 1 (NENE-44.99), and SENE of Section 5, T32N-R33E, recorded in Book 4, Pages 44 et seq. in the Office of the County Clerk of Phillips County, Montana.

OGML dated 1/1/1940 from USA MTGF 0056765, as Lessor, covering the S/2NW and E/2SW, Section 5, T32N-R33E. (Unrecorded)

Claimant was retained to perform its work and/or furnish its materials and equipment on the Well by **Sklar Exploration Company LLC, a Louisiana limited liability company** ("Sklar"), **401 Edwards St., Suite 1601, Shreveport, Louisiana 71101**.

Claimant hereby declares and gives notice that it claims an Oil and Gas Lien to the full extent allowed by the Lien Statute, including, specifically, §§71-3-1002 & -1003, M.C.A., upon and against the oil and gas leasehold interests, and any other allowable property, interests, or rights, including, but not limited to, equipment, production, and proceeds, of the above parties in relation to its provision of labor, materials, services, and equipment to the Well designated as the **Corwin 5-1 Well**, which Well is more particularly described herein, and in the attached **Exhibit "B"**.

The total value of all labor performed and materials, services and equipment furnished by Baker Hughes is **$26,589.55**, together with accruing interest.

DATED this _8th_ day of _June_, 2020

GE OIL & GAS PRESSURE CONTROL LP, a Texas limited partnership

By:    BAKER HUGHES OILFIELD OPERATIONS LLC, a California limited liability company, Authorized Agent

By: _Christopher J. Ryan_

Christopher J. Ryan
Manager of Collections

STATE OF TEXAS           §
                         §
COUNTY OF HARRIS         §

On this _8th_ day of _June_, 2020, before me, the undersigned, a Notary Public for the State of Texas, personally appeared CHRISTOPHER J. RYAN, known to me to be the Manager of Collections of BAKER HUGHES OILFIELD OPERATIONS LLC, a California limited liability company, Authorized Agent for GE OIL & GAS PRESSURE CONTROL, LP, a Texas partnership, and acknowledged to me that he executed the foregoing Notice of Oil and Gas Lien on behalf of said company and said partnership, having first been authorized so to do.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notorial Seal the day and year first above-written.

WILLIAM R. SUDELA
My Notary ID # 3446989
Expires June 20, 2022

_William R. Sudela_
William R. Sudela

_William R. Sudela_
Notary Public for the State of Texas
Residing at Houston, Texas
My Commission Expires: _6.20.22_

## VERIFICATION, CERTIFICATE AND AFFIDAVIT OF MAILING

STATE OF TEXAS   §
         §
COUNTY OF HARRIS  §

CHRISTOPHER J. RYAN, being first duly sworn upon oath, deposes and says:

1. I am the Manager of Collections of Baker Hughes Oilfield Operations LLC, a California limited liability company, Authorized Agent for GE Oil & Gas Pressure Control LP, a Texas limited partnership, and have executed the foregoing Notice of Oil and Gas Lien in such capacity;

2. I have read the foregoing Notice of Oil and Gas Lien, including the exhibits thereto, and the recitations therein are true and correct to the best of my knowledge, information and belief; and,

3. In accordance with Montana law, a copy of the foregoing Notice of Oil and Gas Lien has been served by certified mail on the _8th_ day of _June_, 2020, upon Sklar Exploration Company LLC, a Louisiana limited liability company, at its last known business address: 401 Edwards St., Suite 1601, Shreveport, Louisiana 71101; and, on its registered agent in the State of Montana at its registered address: C T Corporation System, 3011 American Way, Missoula, Montana 59808; and, each of the following:

Sklar Exploration Company LLC
401 Edwards St., Suite 1601
Shreveport, LA 71101

Twin Bridges Resources LLC
475 17th Street, Suite 900
Denver, CO 80202

Charter Energy Partners LLC
c/o Shaw Resources
Management LLC
633 17th Street, Suite 2170
Denver, CO 80202

506575v.1 B075/00713 (GE Oil & Gas/Sklar – Corwin 5-1 Well, Phillips County, MT)

Sklarco, L.L.C.
5395 Pearl Parkway, Suite 200
Boulder, CO 80301

JJS Working Interests L.L.C.
2001 Kirby Drive, Suite 1110
Houston, TX 77019

Fant Energy Limited
P. O. Box 55205
Houston, TX 77255

Kudzu Oil Properties, L.L.C.
300 Concourse Boulevard
Suite 101
Ridgeland, MS 39157

LCJ Resources, LLC
1250 N.E. Loop 410
San Antonio, TX 78209

Genesis Resources, LLC
4450 Old Canton Road
Suite 207
Jackson, MS 39211

Jones Energy Company, LLC
2124 Fairfield Avenue
Shreveport, LA 71104

Lechwe, L.L.C.
P. O. Box 270415
Houston, TX 77277

Rosebud Energy Development, LLC
375 Deer Meadow Lane
Littleton, CO 80124

Black Banks, LLC
1310 S. Pennsylvania Street
Denver, CO 80210

TST Energy LLC
3238 Barksdale Blvd.
Bossier City, LA 71112

Scout Energy Group II, LP
4901 LBJ Freeway, Suite 300
Dallas, TX 75244

Scout Energy Partners II-A, LP
4901 LBJ Freeway, Suite 300
Dallas, TX 75244

Scout Energy Partners II, LP
4901 LBJ Freeway, Suite 300
Dallas, TX 75244

Charter ENE Partners LLC
633 17th St, Ste 2170
Denver, CO 80202-3600

GE OIL & GAS PRESSURE CONTROL LP, a Texas limited partnership

By:   BAKER HUGHES OILFIELD OPERATIONS LLC, a California limited liability company, Authorized Agent

By: _Christopher J. Ryan_

Christopher J. Ryan
Manager of Collections

STATE OF TEXAS          §
                        §
COUNTY OF HARRIS        §

On this _8th_ day of _June_, 2020, before me, the undersigned, a Notary Public for the State of Texas, personally appeared CHRISTOPHER J. RYAN, known to me to be the Manager of Collections of BAKER HUGHES OILFIELD OPERATIONS LLC, a California limited liability company, Authorized Agent for GE OIL & GAS PRESSURE CONTROL LP, a Texas limited partnership, and acknowledged to me that he executed the foregoing Verification, Certificate and Affidavit of Mailing on behalf of said company and said partnership, having first been authorized so to do.

Subscribed and sworn to before me, the undersigned, a Notary Public for the State of Texas, on this _8th_ day of _June_, 2020, by CHRISTOPHER J. RYAN, Manager of Collections of BAKER HUGHES OILFIELD OPERATIONS LLC, a California limited liability company, Authorized Agent for GE OIL & GAS PRESSURE CONTROL LP, a Texas limited partnership.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notorial Seal the day and year first above-written.

WILLIAM R. SUDELA
My Notary ID # 3446989
Expires June 20, 2022

_William R. Sudela_
William R. Sudela

_William R. Sudela_
Notary Public for the State of Texas
Residing at Houston, Texas
My Commission Expires: _6.20.22_

## EXHIBIT "A"

| Well Name | Invoice No. | Invoice Date | Invoice Amount | Dates of Furnishing Services and/or Materials | |
|---|---|---|---|---|---|
| Corwin 5 #1 | 20244152 | 11/27/2019 | $9,500.19 | 11/18/2019 | 11/22/2019 |
| Corwin 5 #1 | 20244845 | 12/10/2019 | $3,056.40 | 11/22/2019 | 11/22/2019 |
| Corwin 5 #1 | 20245141 | 12/13/2019 | $3,032.80 | 12/9/2019 | 12/10/2019 |
| Corwin 5 #1 | 20245685 | 12/18/2019 | $11,000.16 | 12/9/2019 | 12/10/2019 |
| TOTAL: | | | $26,589.55 | | |

Copies of the foregoing invoices and related documents are attached in the following pages of this **Exhibit "A"**.

506575v.1 B075/00713 (GE Oil & Gas/Sklar – Corwin 5-1 Well, Phillips County, MT)

# Baker Hughes ⧓

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

IO US WL Services Org (A19)
115 Well Street
Williston, ND 58801
Ph : 701-572-8139

# INVOICE

**Bill To**
SKLAR EXPLORATION COMPANY LLC
401 EDWARDS ST STE 1601
SUITE 1601
SHREVEPORT, LA 71101-5507
United States

**Ship To**
SKLAR EXPLORATION COMPANY LLC
CORWIN #5-1
UNINCORPORATED, MT 59261-0000
United States

| | |
|---|---|
| **Invoice No.** | **Invoice Date** |
| 20244152 | 27-NOV-2019 |

**VAT Registration No.**

**Final Destination**
United States

| | |
|---|---|
| **Order No.** | **Order Date** |
| 20289683 | 13-NOV-2019 |
| **Customer Site No.** | **Purchase Order No.** |
| 027407514 | NA |
| **Commercial Terms** | **Quote No.** |
| Negotiated or MSA Ts&Cs | |
| **IncoTerms** | **IncoTerm Named Location** |
| FCA | Seller |
| **Pymt. Term** | **Shipping Method** |
| NET 30 | |

**Remit To**
If Check
P.O. Box 911776
DALLAS, TX 75391-1776
United States

If Electronic
**Bank Name**
**Account No.**
**IBAN No.**
**Swift Code**
**Routing No.**

JP Morgan Chase
bank, New York, NY

| Sales Reference | Item Number | Serial Number |
|---|---|---|
| SERIAL | 334030-RA | RA4460-00000005 |

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ASSEMBLY | (INPUT CHARGES IF ANY) | | 1 | | KT | N | | 0.00 |
| 1 1 | ASSEMBLY | (INPUT CHARGES IF ANY) | | 1 | | KT | N | | 0.00 |
| 2 | H389229-1 | CGGHD,GE,W2,13-5/8 5M X 13-3/8 SOW,W/TWO 2 LP AND O-RING, 4P 6A LU-DD-NL-2-Z API MATERIAL=DD-NL,API PR=(2),API PSL=1(2),API TEMP=4, UL | | 1 | 1 | EA | N | 5,560.000 | 5,560.00 |
| 3 | 385735 | BASEPLATE,WELDLESS,28 OD X 34 S IO X 1 S THK W/TWO 2 DIA GROUT HOLES | | | 1 | EA | N | 1,050.000 | 1,050.00 |
| 4 | NIB | NIPPLE, 2 LP X 6 , G, XXH, W/1.50 BORE, 36K MIN YIELD | | 1 | 1 | EA | N | 30.000 | 30.00 |
| 4 1 | BPS | BUL., PLUG 2 LP X SOLID X 4 LG API MATERIAL=DD-NL,API TEMP=4K UL | | 1 | 1 | EA | N | 27.030 | 27.03 |
| 5 | BV2-S | VLV,BALL,KF,CXK,2 RP 5M THD 2 IN LP CARBON STEEL TRI:N W/DE,RIN/BUNA-N SEALS PN 5052-115C1 | | 1 | 1 | EA | N | 140.000 | 140.00 |
| 5 1 | BPT-API | BULL PLUG, API, 2 LP X 1/2 LP, LA RACE, PER API 6A XU DD, API MONOGRAM REQUIRED API MATERIAL=DD,API TEMP=K UL | | 1 | 1 | EA | N | 25.000 | 25.00 |
| 5 3 | NVA | GAUGE COCK,ANGLE FLOW,1/2 LP/NPT MALE X FEMALE, 10M,CS | | 1 | 1 | EA | N | 35.000 | 35.00 |
| 5 4 | PGS-S | PRESSURE GAUGE,0-5000 PSI,DUAL SCALE (PSI/BAR),1/2 MALE NPT BOTTOM CONNECTION,4 TO 4-1/2 OD DIAL,.75 PCT LIQUID FILLED,SS CASE,SS FITTINGS AND INTERVALS | | 1 | 1 | EA | N | 45.000 | 45.00 |
| 5 6 | 354660-RA | WBUSH,WG,SL,T,W2/29,13-5/8 X 12-1/4 BIT (12.38 ID),13 6 LG,W/SILT BARRIER | Serial #: RA3176-00000006 Start Date: 28-NOV-2019 | 1 | 1 | EA | N | | 0.00 |

# Baker Hughes

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

IO US WL Services Org (A159)
115 Well Street
Williston, ND 58801
Ph : 701-572-8139

## INVOICE

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| | | Note : perwell charge | | | | | | | |
| 6.1 | 332044-RA | TEST P. UG/RET TOOL,WG,SL 2/9/5H2/5H3,13-5/8 A-1/2 IFT,J BOX BTM AND TOP,W/1-1/4 LP BYPASS AND SPRING LOADED LIFT PINS NOT FOR USE OVER 7 IN CSG | | 1 | | EA | N | | 0.00 |
| | | Notes RA6947-2 | | | | | | | |
| 20.2 | 348213-RA | WBUSH,WG,SL,T 11 X 8-7/8 BIT (9.00 ID),13.5 LG,W/SILT BARRIER | Serial #: RA7311-00000004 Start Date: 18-NOV-2019 | 1 | 1 | EA | N | | 0.00 |
| 21.1 | 334030-RA | TEST P. UG/RET TOOL,WG,SL 2/9/5H2/5H3,11,A-1/2 IFT,J BOX BTM AND TOP, W/1-1/4 LP BYPASS AND SPRING LOADED LIFT PINS NOT FOR USE OVER 7 IN CSG | Serial #: RA4460-00000005 Start Date: 18-NOV-2019 | 1 | 1 | EA | N | | 0.00 |
| | | Note : perwell charge | | | | | | | |
| 22 | R6000-RF | ALL INCLUSIVE RENTAL AND REPAIR OF DRILLING RENTAL TOOLS | | 1 | | EA | N | 300.000 | 300.00 |
| | | Notes TEST P.UG / WEAR BUSHING | | | | | | | |
| 23 | PRORATA FREIGHT | PRO RATED FREIGHT CHARGE | | 1 | | EA | N | 858.160 | 858.16 |
| 75 | 360731 | CSGHGR, GE, W2 , 13-5/8 X 9-5/8, 6A-L-DD-NL-3-2 API MATERIAL=DD-NL,API PR=2,API PSL=DB,API TEMP=LL | | 1 | 1 | EA | N | 1,350.000 | 1,350.00 |
| 35 | H00020B-15 | RING GASKET, API BX-160, CARBON STEEL, ZINC PLATED, API MONOGRAM REQUIRED | | 1 | 1 | EA | N | 40.000 | 40.00 |
| 35 | H00020B-15 | RING GASKET, API BX-160, CARBON STEEL, ZINC PLATED, API MONOGRAM REQUIRED | | 1 | 1 | EA | N | 40.000 | 40.00 |

**Baker Hughes Contact:**
Name:        Harber, Ricky Don
Phone:
eMail:

| | |
|---|---|
| SUBTOTAL | 9,500.19 |
| SubTotal | 9,500.19 |
| Tax | 0.00 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 9,500.19 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-al, please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

Signature___



Baker Hughes, a GE company

IO US WIL Services Org (A19)
115 Well Street
Williston, ND 58801
Ph : 701-572-8139

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

# Sales Order Acknowledgement

Order No: 20289683

| | | | |
|---|---|---|---|
| Customer No.: | 100005263 | Order Date: | 13-NOV-19 |
| Bill To: | SKLAR EXPLORATION COMPANY LLC | Purchase Order No.: | NA |
| | 401 EDWARDS ST STE 1601 | Quote No.: | 20281059 |
| | SUITE 1601 | | |
| | SHREVEPORT, LA 71101-5507 | Payment Terms: | NET 30 |
| | United States | Commercial Terms: | Negotiated or MSA Ts&Cs |
| | | IncoTerm: | FCA |
| Ship To: | SKLAR EXPLORATION COMPANY LLC | IncoTerm Named Location: | Seller |
| | CORWIN #5-1 | Sales Person: | No Sales Credit |
| | UNINCORPORATED, MT 59261-0000 | Contact: | |
| | United States | | |

Final Destination:   United States

Customer Contact
Name:
Phone:
eMail:

BHGE Contact
Name:   Harber, Ricky Don
Phone:
eMail:   Ricky.Harber@bhge.com

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.

Page 1 of 5                    11/22/2019



Baker Hughes, a GE company

IO US WNL Services Org (A19)
115 Well Street
Williston, ND 58801
Ph : 701-572-8139

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

## Sales Order Acknowledgement
Order No: 20289683

| Line No. | Item No. | Qty | UOM | Description | Add'l information | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 1 | ASSEMBLY | 1 | KT | CASING HEAD ASSEMBLY | | 0.00 | 0.00 |
| 1.1 | ASSEMBLY | 1 | KT | UNITIZED CASING HEAD ASSEMBLY | | 0.00 | 0.00 |
| 2 | H389229-1 | 1 | EA | CSGHD,GE,W2,13-5/8 SM X 13-3/8 SOW,W/TWO 2 LP AND O-RING, API 6A LU-DD-NL-2-2 API MATERIAL=(DD-NL),API PR=(2),AP PSL=(2),API TEMP=(L U) | | 5,560.00 | 5,560.00 |
| 3 | 385735 | 1 | EA | BASEPLATE,WELDLESS,28 OD X 14.5 ID X 1.5 THK,W/TWO 2 DIA GROUT HOLES | | 1,050.00 | 1,050.00 |
| 4 | N16 | 1 | EA | NIPPLE, 2 LP X 6 LG, XXH, W/1.50 BORE, 36K MIN YIELD | | 30.00 | 30.00 |
| 4.1 | BPS | 1 | EA | BULL PLUG,2 LP X SOLID X 4 LG API MATERIAL=(DD-NL),API TEMP=(K L) | | 27.03 | 27.03 |

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.



Baker Hughes, a GE company

IO US WIL Services Org (A19)
115 Wall Street
Williston, ND 58801
Ph : 701-572-8139

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

# Sales Order Acknowledgement

Order No: 20289683

| Line No. | Item No. | Qty | UOM | Description | Add'l Information | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 5 | BV2-5 | 1 | EA | VLV,BALL,KF,CXH,2 RP 5M THD 2 IN LP CARBON STEEL TRIM W/DELRIN/BUNA-N SEALS PN 5052-11911 | | 140.00 | 140.00 |
| 5.1 | BPT-API | 1 | EA | BULL PLUG, API, 2 LP X 1/2 LP, LA NACE, PER API 6A KU OD, API MONOGRAM REQUIRED API MATERIAL=(DD(,API MATERIAL=(DD-NL),API TEMP=(K U) | | 25.00 | 25.00 |
| 5.3 | NVA | 1 | EA | GAUGE COCK,ANGLE FLOW,1/2 LP/NPT MALE X FEMALE, 10M,CS | | 35.00 | 35.00 |
| 5.4 | PG5-S | 1 | EA | PRESSURE GAUGE,0-5000 PSI,DUAL SCALE (PSI/BAR),1/2 MALE NPT BOTTOM CONNECTION,4 TO 4-1/2 OD DIAL.75 PCT LIQUID FILLED,SS CASE,SS FITTINGS AND INTERNALS | | 45.00 | 45.00 |
| 5.5 | 354660-RA | 1 | EA | WBUSH,WG,SL,T/W2/29,13-5/8 X 12-1/4 BIT (12.38 ID),13.6 LG,W/SILT BARRIER | | 0.00 | 0.00 |
| 6 | 332044-RA | 1 | EA | TEST PLUG/RET TOOL,WG,SL 2/9/SH2/SH3,13-5/8,4-1/2 IFT J BOX BTM AND TOP,W/1-1/4 LP BYPASS AND SPRING LOADED LIFT PINS NOT FOR USE OVER 7 IN CSG | | 0.00 | 0.00 |

Sole of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.

11/22/2019



Baker Hughes, a GE company

IO US WIL Services Org (A19)
115 Well Street
Williston, ND  58801
Ph : 701-572-8139

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

# Sales Order Acknowledgement

Order No: 20289683

| Line No. | Item No. | Qty | UOM | Description | Add'l Information | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 20.1 | 367996-RA | 1 | EA | WBUSH,WG,SL,W2/W2BP 11 X 8-7/8 BIT (9.00 ID),8.75 LG,W/(2) ORINGS | | 0.00 | 0.00 |
| 21 | 334030-RA | 1 | EA | TEST PLUG/RET TOOL,WG,SL 2/9/SH2/SH3,11.4-1/2 IFT,J BOX BTM AND TOP, W/1-1/4 LP BYPASS AND SPRING LOADED LIFT PINS NOT FOR USE OVER 7 IN CSG | | 0.00 | 0.00 |
| 22 | R9000-RF | 1 | EA | ALL INCLUSIVE RENTAL AND REPAIR OF DRILLING RENTAL TOOLS  Note: TEST PLUG / WEAR BUSHING | | 300.00 | 300.00 |
| 23 | PRORATA FREIGHT | 1 | EA | PRO RATED FREIGHT CHARGE | | 858.16 | 858.16 |
| 25 | 360231 | 1 | EA | CSGHGR, GE. W2 , 13-5/8 X 9-5/8, 6A-L-DD-NL-3-2 API MATERIAL=(DD-NL),API PR=(2),AP PSL=(3),API TEMP=(IL) | | 1,350.00 | 1,350.00 |
| 35 | H300208-15 | 2 | EA | RING GASKET,API BX-160,CARBON STEEL,ZINC PLATED, API MONOGRAM REQUIRED | | 40.00 | 80.00 |

| | | |
|---|---|---|
| | SubTotal | 9,500.19 |
| | Tax Amount | 0.00 |

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.



Baker Hughes, a GE company

IO US WIL Services Org (A19)
115 Weil Street
Williston, ND 58801
Ph : 701-572-8139

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

## Sales Order Acknowledgement

Order No: 20289683

| Line No. | Item No. | Qty | UOM | Description | Add'l information | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| | | | | | | Total(USD) | 9,500.19 |

BHGE TAX ID     :  76-0382879_1

Name            :

Signature       :

Date            :

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.

# BILL OF LADING

| | | |
|---|---|---|
| BOL #: | | |
| DATE: | 27-NOV-19 | |
| PAGE: | Page 1 of 3 | |

| CARRIER: | | CARRIER #: | | MODE OF TRANSPORTATION: | |
|---|---|---|---|---|---|
| AWB #: | | SHIPPED DATE: | | DELIVERY DATE: | |

The property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which the carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail, or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading including those on the attachment thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER (Ship From) | DELIVER TO (if different from CONSIGNEE) |
|---|---|
| 115 Well Street<br><br>Williston, ND, 58801, US | |

| CONSIGNEE (Ship To) | SPECIAL INSTRUCTIONS |
|---|---|
| CORWIN #5-1<br><br><br>UNINCORPORATED, MT, 59261-0000, US | |

| CUSTOMER PO #: | NA |
|---|---|
| SALES ORDER/SERVICE REQUEST #: | 20289683 |
| PROJECT #: | |
| RIG / WELL NAME: | |

| ITEM | QTY | UOM | SERIAL | ITEM DESCRIPTION | WEIGHT (LB) | DIMS (IN) | CLASS / NMFC | HM |
|---|---|---|---|---|---|---|---|---|
| BPS | 1 | EA | | BULL PLUG,2 LP X SOLID X 4 LG. | | | | |
| 360231 | 1 | EA | | CSGHGR, GE, W2  13-5/8 X 9-5/8  6A-L-DD-NL-3-2 | | | | |
| BPT-API | 1 | EA | | BULL PLUG, API, 2 LP X 1/2 LP, LA SPACE, PER API 6A-KU-DD, API MONOGRAM REQUIRED | | | | |
| N/A | 1 | EA | | GAUGE COCK ANGLE FLOW,1/2 T P/NPT MALE X FEMALE, 10M CS | | | | |
| PGS-S | 1 | EA | | PRESSURE GAUGE,0-5000 PSI,DUAL SCALE (PSI/BAR),1/2 MALE NPT BOTTOM CONNECTION,4 TO 4-1/2 OD DIAL,75 PCT LIQUID FILLED,SS CASE,SS FITTINGS AND INTERNALS | | | | |
| H389229-1 | 1 | EA | | CSGHD GE W2 13-5/8 5M X 13-3/8 SOW W/TWO 2 LP AND O-RING, API 6A LU-DD-NL-2-2 | | | | |
| 3H5735 | 1 | EA | | BASEPLATE WELDLESS,28 OD X 14.5 ID X 1.5 | | | | |

| | | | |
|---|---|---|---|
| | | | THK,W/TWO 2 DIA GROUT HOLES |
| N-6 | 1 | EA | NIPPLE, 2 LP X 6 LG, XXH, W/1.50 BORE, 36K MIN YIELD |
| BV2-5 | 1 | EA | VLV,BALL,KF,CKF, 2 RP 5M THD 2 IN LP CARBON STEEL TRIM W/DELRIN/BUNA-N SEALS PN S052-11911 |
| H300208-15 | 1 | EA | RING GASKET,API BX-160,CARBON STEEL,ZINC PLATED, API MONOGRAM REQUIRED |
| H300208-15 | 1 | EA | RING GASKET,API BX-160,CARBON STEEL,ZINC PLATED, API MONOGRAM REQUIRED |
| 354660-RA | 1 | EA RA3126-000 00006 | WBUSH,WG,SL,T,W7/39 13-3/8 X 12-1/4 BIT (12.38 ID),13 6 LG,W/SILT BARRIER |
| 548715-RA | 1 | EA RA3311-000 00004 | WBUSH,WG,SL,T,11 X 8-7/8 BIT (9.00 ID),13.5 LG,W/SILT BARRIER |
| 334030-RA | 1 | EA RA4460-000 00005 | TEST PLUG/PELT TOOL,WG SL,7/9/SH2/Sin E 11 4-1/4 (FTJ BOX BTM AND TOP, W/1 1/4 LP BYPASS AND SPRING LOADED LIFT PINS NOT FOR USE OVER 7 IN CSG |

| TOTAL # PACKAGES: | | TOTAL WEIGHT: | | DOT HAZMAT REG. #: | |
|---|---|---|---|---|---|
| MARK "X" IN THE HM COLUMN TO DESIGNATE HAZARDOUS MATERIALS AS DEFINED IN DOT REGULATIONS | | | | | |

| PLACARDS REQUIRED | | EMERGENCY RESPONSE | |
|---|---|---|---|
| SUPPLIED BY DRIVER: | | CONTACT: | |
| CARRIER / DRIVER: | | NUMBER: | |

| SHIPPER NAME: | R.O. Hunt c | RECEIVED BY: | |
|---|---|---|---|
| SIGNATURE: | | CARRIER DRIVER NAME: | Steven Sricker |
| DATE: | 1-22-19 | CARRIER DATE: | 1/28-19 |
| DISCLAIMER: | | CARRIER SIGNATURE: | |

Export Clause –

"These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end- user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations."

# Baker Hughes

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

IO ILS WL Services Org (A19)
115 Well Street
Williston, ND 58801
Ph : 701-572-8139

## INVOICE

| | |
|---|---|
| **Bill To**<br>SKLAR EXPLORATION COMPANY LLC<br>401 EDWARDS ST STE 1601<br>SUITE 1601<br>SHREVEPORT, LA 71101-5507<br>United States | **Ship To**<br>SKLAR EXPLORATION COMPANY LLC<br>CORWIN #5-1<br>UNINCORPORATED, MT 59261-0000<br>United States |

| | | |
|---|---|---|
| | | **Invoice No.**<br>20244845 | **Invoice Date**<br>10-DEC-2019 |

| **VAT Registration No.** | **Final Destination**<br>United States |
|---|---|

**Order No.** 20295588
**Customer Site No.** 027407514
**Commercial Terms** GE D&S Ts&Cs (PC Domestic)
**IncoTerms** FCA
**Pymt. Term** NET 30

**Order Date** 10-DEC-2019
**Purchase Order No.** N/A
**Quote No.**
**IncoTerm Named Location** Seller
**Shipping Method**

**Remit To**
If Check
P.O. Box 911776
DALLAS, TX 75391-1776
United States

**If Electronic**
**Bank Name** JP Morgan Chase bank, New York, NY
**Account No.** ▮▮▮▮▮▮▮
**IBAN No.** ▮▮▮▮▮▮▮
**Swift Code**
**Routing No.**

| Line No | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 10 | L1131-FS | SERVICE TECHNICIAN- LAND | Field Service Technician: Stecker, Steven J<br>Start Date: 22-NOV-2019<br>Bill Through Date: 22-NOV-2019<br>Ticket Number: WO - 00743513 | 13 | | EA | N | 85.000 | 1,105.00 |
| 20 | L1296-FS | SERVICE/DELIVERY 4WD - MILEAGE | | 404 | | EA | N | 2.850 | 1,151.40 |
| 30 | 350296 | STUD W/TWO NUTS, A,L THREAD,PER VGS24 11, 1.625-8UNR-2A, 12.750 LG, STUD MATERIAL PER ASTM A193 GR B7. NUT MATERIAL PER ASTM A194 GR 2F-, COATING PER BLACK OXIDE | | 20 | 20 | EA | N | 18.000 | 360.00 |
| 40 | L1136-FS | DELIVERY | | 4 | | EA | N | 110.000 | 440.00 |

**Baker Huges Contact:**
**Name:** Rogge, Jayme
**Phone:**
**eMail:**

| | |
|---|---|
| SubTotal | SUBTOTAL3,056.40<br>3,056.40 |
| Tax | 0.00 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 3,056.40 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by e ectronic funds transfer-al, please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Loc-box



**GE Oil & Gas Pressure Control, LLC**

Field Service Order

Terms & Conditions Of Sales; Sale of any product or service is conditioned on Customer's agreement to the Terms & Conditions on the reserve side hereof

FSO: WO-00743513   Date: 11/22/2019   Branch: Williston   Phone No.: (701) 577-6140

Customer: SKLAR EXPLORATION COMPANY LLC

Equipment Description: DELIVER CASING HEAD AND ACCESSORIES

Work Performed: Arrive to shop load equipment. Depart to location. Arrive to location sign in with CM. Offload equipment with rig hand. Depart location. Arrive to shop, end job.

Block/Field:   LSD / Well: CORWIN 5-1   County/Parish: CONECUH   State/Province:   Contractor / Consultant: KEN 214-533-3702   Rig:   Elevation:

Casing Tubing Data:   Size:   Weight Per FT:.   Grade:   Length of String:

Casing Tubing Hanger:   Hanger:   Load on Hanger: Low / Test to Pressure: Low / Test Duration: High / Test to Pressure:   High / Test Duration:
Final Cut:

| Part | Part No. | Part Description | Billable | Quantity | Unit Price | Line Price |
|------|----------|------------------|----------|----------|-----------|-----------|
| 350296 | 350296 | STUD,ALL-THD,W/2 NUTS,BLK,1-5/8 X 12.75 | true | 20 | 18.00 | 360.00 |
| | | | | | Total Price: | $ 360.00 |

| Technician Name | Start Time | End Time | Billable | Hours | Hourly/Daily Rate | Flat Rate | No. of Days | Line Price |
|-----------------|-----------|----------|----------|-------|-------------------|-----------|-------------|-----------|
| Steven Stricker | 11/22/2019 6:00 AM | 11/22/2019 7:00 PM | true | 13 | 85.00 | false | | 1,105.00 |
| | | | | | | | Total Price: | $ 1,105.00 |

| Expense | Part No. | Part Description | Billable | Quantity | Unit Price | Line Price |
|---------|----------|------------------|----------|----------|-----------|-----------|
| Mileage | L1296-FS | SERVICE/DELIVERY 4WD - MILEAGE | true | 404 | 2.85 | 1,151.40 |
| Miscellaneous | FREIGHT10-SU | HOT SHOT FREIGHT CHARGES | true | 4 | 110.00 | 440.00 |
| | | | | | Total Price: | $ 1,591.40 |

### Service Order Subtotal Price: $ 3056.40

Customer Authorization:   Ordered By: : : : : : :

THIS AGREEMENT CONTAINS PROVISIONS RELATIVE TO INDEMNITY, RELEASE OF LIABILITY AND ALLOCATION OF RISK. Authorizing the work and acknowledging that, absent a master or other controlling agreement between parties, and Terms & Condition on the revers hereof shall apply to the work described herin. BY SIGNING THIS DOCUMENT CUSTOMER AGREES THESE TERMS & CONDITIONS ARE THE EXCLUSIVE TERMS & CONDITIONS APPLICABLE TO THIS TRANSACTION.

| GE Technician Signature | Company/Contractor Signature |
|-------------------------|------------------------------|
| | X                11/22/19 |

Customer Order No.:WO-00743513 Customer:SKLAR EXPLORATION COMPANY LLC Amount:$ 3,056.40

Survey

Safety-Did the FSE have all appropriate PPE and comply with all site safety protocols during this service job?

Quality-Was the FSE qualified to perform the work and was the job done without any quality problems?

Deliver-Did the FSE arrive on time with all of the parts and tools needed to complete the job?

# Baker Hughes

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston , TX 77041
United States

IO US WIL Services Org IA19I
115 Well Street
Williston, ND 58801
Ph : 701-572-8139

## INVOICE

| | |
|---|---|
| **Bill To** | **Ship To** |
| SKLAR EXPLORATION COMPANY LLC | SKLAR EXPLORATION COMPANY LLC |
| 401 EDWARDS ST STE 1601 | CORWIN #5-1 |
| SUITE 1601 | UNINCORPORATED, MT 59261-0000 |
| SHREVEPORT, LA 71101-5507 | United States |
| United States | |

**Invoice No.** 20245141
**Invoice Date** 13-DEC-2019

**VAT Registration No.**

**Final Destination**
United States

**Order No.** 20296078
**Order Date** 13-DEC-2019
**Customer Site No.** 027407514
**Purchase Order No.** N/A
**Commercial Terms** GE D&S Ts&Cs IPC Domestic)
**Quote No.**
**IncoTerms**
**IncoTerm Named Location** Seller

**Remit To**
If Check
P.O. Box 911776
DALLAS, TX 75391-1776
United States

If Electronic
**Bank Name**  JP Morgan Chase
bank, New York, NY
**Account No.**
**IBAN No.**
**Swift Code**
**Routing No.**

**Pymt. Term** NET 30

**Shipping Method**

**Rig Name** CORWIN 5-1

| Line No. | Item No. | Description | Addl Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L1296N-FS | SERVICE,DELIVERY 4WD - MILAGE<br>NON-TAXABLE | | 408 | | EA | N | 2.850 | 1,162.80 |
| 2 | L1131-FS | SERVICE TECHNICIAN- LAND | Field Service Technician: Wolf, Michael Richard<br>Start Date: 09-Dec-2019<br>Bill Through Date: 10-Dec-2019<br>Ticket Number: WO-00746550 | 22 | | EA | N | 85.000 | 1,870.00 |
| 3 | L1131-FS | SERVICE TECHNICIAN- LAND | Field Service Technician: Marquette, Jesse Lee<br>Start Date: 09-Dec-2019<br>Bill Through Date: 10-Dec-2019<br>Ticket Number: WO-00746550 | 22 | | EA | N | | 0.00 |

**Baker Huges Contact:**
Name:    Rogge, Jayme
Phone:
eMail:

| | |
|---|---|
| | SUBTOTAL:3,032.80 |
| SubTotal | 3,032.80 |
| Tax | 0.00 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 3,032.80 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited.

If paying by electronic funds transfer-al, please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to RemitOilandGas@ge.com

If paying by check, please include remittance advice with payment to the ..lockbox



**GE Oil & Gas Pressure Control, LLC**
**Field Service Order**
Terms & Conditions Of Sales; Sale of any product or service is conditioned on Customer's agreement to the Terms & Conditions on the reserve side hereof

FSO: WO-00746550  Date: 12/10/2019  Branch: Williston  Phone No.: (701) 354-9220

Customer: SKLAR EXPLORATION COMPANY LLC

Equipment Description: SET 9-5/8" W2 SLIPS INSTALL CASING SPOOL

Work Performed: Arrive at shop load equipment for job. Depart location. AOL. Check in with cm. Write JSA. Setup tools for job. Standby for rig to np/dw bops. Discussed running procedure with cm and driller. Rig running 9 5/8 k55 casing 36lb. Set W2 slips energized compression seal by setting 75,000psi onto slip segments. Standby for welder to make final cut. Np/up B Section. Tested void 500psi for 15 minutes. Cm verified test. Bled void. Cleaned area. Wrote ticket. Departed location. Arrive at shop unload equipment and turn in paperwork.

Block/Field:  LSD / Well: CORWIN 5-1  County/Parish: CONECUH  State/Province: AL  Contractor / Consultant: KEN SMITH:214-533-3702  Rig: Elevation:

Casing Tubing Data:  Size:  Weight Per FT.:  Grade:  Length of String:

Casing Tubing Hanger:  Hanger:  Load on Hanger: Low / Test to Pressure: Low / Test Duration: High / Test to Pressure:  High / Test Duration: Final Cut:

| Part | Part No. | Part Description | Billable | Quantity | Unit Price | Line Price |
|------|----------|------------------|----------|----------|------------|------------|
|      |          |                  |          |          | Total Price: | $ 0.00 |

| Technician Name | Start Time | End Time | Billable | Hours | Hourly/Daily Rate | Flat Rate | No. of Days | Line Price |
|-----------------|------------|----------|----------|-------|-------------------|-----------|-------------|------------|
| Michael Wolf | 12/09/2019 9:00 PM | 12/10/2019 7:00 PM | true | 22 | 85.00 | false |  | 1,870.00 |
| Jesse Marquette | 12/09/2019 9:00 PM | 12/10/2019 7:00 PM | true | 22 | 0.00 | false |  | 0.00 |
|  |  |  |  |  |  |  | Total Price: | $ 1,870.00 |

| Expense | Part No. | Part Description | Billable | Quantity | Unit Price | Line Price |
|---------|----------|------------------|----------|----------|------------|------------|
| Mileage | L1296N-FS | SERVICE/DELIVERY 4WD - MILAGE. Non-Taxable | true | 408 | 2.85 | 1,162.80 |
|  |  |  |  |  | Total Price: | $ 1,162.80 |

### Service Order Subtotal Price: $ 3032.80

Customer Authorization:  Ordered By: :  :  :  :  :  :

THIS AGREEMENT CONTAINS PROVISIONS RELATIVE TO INDEMNITY, RELEASE OF LIABILITY AND ALLOCATION OF RISK. Authorizing the work and acknowledging that, absent a master or other controlling agreement between parties, and Terms & Condition on the revers hereof shall apply to the work described herin. BY SIGNING THIS DOCUMENT CUSTOMER AGREES THESE TERMS & CONDITIONS ARE THE EXCLUSIVE TERMS & CONDITIONS APPLICABLE TO THIS TRANSACTION.

| GE Technician Signature | Company/Contractor Signature |
|-------------------------|------------------------------|
| *Mml Wif* | *[signature]* 12/10/19 |

 **GE Oil & Gas**

**FIELD SERVICE TIMELINE**

CUSTOMER: Corvwa 5-1

WELL NAME: _____

WORK ORDER: 7A0550

DISPATCHED BY: Marc H.

DATE: 12/10/19

JOB TASK: Set slips 95/8"

SERVICE REP Jesse, Mike

| DATE | TIME | WORK DESCRIPTION |
|------|------|------------------|
| 12/9 | 9:00 pm | ARRIVE AT WILLISTON SHOP TO LOAD EQUIPMENT |
| | 10:30 pm | DEPART TO LOCATION |
| 12/10 | 4:00 am | ARRIVE ON LOCATION & Check in a/ Rig |
| | 4:10 am | JSA |
| | 7:15 am | Standby for welder |
| | 7:30 am | Prepped work area |
| | 7:40 am | Put slips on slip plate. |
| | 8:00 am | Pulled screws and held weight @ 80,000 lbs |
| | 8:10 am | Pulled plate, and put slips into position. |
| | 8:20 am | Slacked off casing weight. (Slips took 75,000 lbs) |
| | 10:30 am | Had welder cut casing @ 5½" final cut |
| | 11:30 am | Installed EBS in B section and nippled up |
| | 1:00 pm | Tested void to 500 psi for 15 mins w/ CHA verification |
| | 1:25 pm | Bled off pressure |
| | | tip off BOP stack |
| | 2:30 pm | Clean work area. |
| | 3:15 pm | Finish Ticket |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | 3:30 pm | DEPART FROM LOCATION TO WILLISTON SHOP |
| | 7:00 pm | ARRIVE AT SHOP TO UNLOAD/CLEAN TOOLS |
| 12/10 | 7:00 pm | JOB COMPLETE |

# Baker Hughes

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

IO US WIL Services Org (A19)
115 Well Street
Williston, ND 58801
Ph : 701-572-8129

# INVOICE

| Bill To | Ship To | Invoice No. | Invoice Date |
|---|---|---|---|
| SKLAR EXPLORATION COMPANY LLC | SKLAR EXPLORATION COMPANY LLC | 20245685 | 18-DEC-2019 |
| 401 EDWARDS ST STE 1601 | CORWIN #5-1 | | |
| SUITE 1601 | UNINCORPORATED, MT 59261-0000 | | |
| SHREVEPORT, LA 71101-5507 | United States | | |
| United States | | | |

**VAT Registration No.**

**Final Destination**
United States

| Order No. | Order Date |
|---|---|
| 20290216 | 18-NOV-2019 |
| Customer Site No. | Purchase Order No. |
| 027407514 | NA |
| Commercial Terms | Quote No. |
| GE D&S Ts&Cs (PC Domestic) | |
| IncoTerms | IncoTerm Named Location |
| FCA | Seller |
| Pymt. Term | Shipping Method |
| NET 30 | |

**Remit To**
If Check
P.O. Box 911776
DALLAS, TX 75391-1776
United States

**If Electronic**
Bank Name    JP Morgan Chase
             bank, New York, NY
Account No.
IBAN No.
Swift Code
Routing No.

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 13 | ASSEMBLY | (INPUT CHARGES IF ANY) | | 1 | | KT | N | | 0.00 |
| 14 | 388081 | CSGSPLWG,298P-EBS,12-5/8,13-5/8 5M X 11.5M,W/2 2-1/16 5M FP 6A-PU-AA-1-2 | | 1 | 1 | EA | N | 7,450.000 | 7,450.00 |
| 15 | 340273 | SECSEAL GE, EBS, 12-5/8 X 9-5/8, 4130 75K | | 1 | 1 | EA | N | 700.000 | 700.00 |
| | | Notes SN#77767-040-1219 | | | | | | | |
| 16 | H306001-624 | VALVE PURCHASE,MODEL 1100,API FLG, 2-1/16 5M, DXP GATE,2-1/16 5M FLG ENDS, HWO, API 6A LU DO-NL PSL2 PR2 API MATERIAL=DD-NL;API PR=2;API PSL=2;API TEMP=L, UL | | 1 | 1 | EA | N | 750.000 | 750.00 |
| | | Notes S#N# 010-120 | | | | | | | |
| 17 | 329570 | PLUG, VALVE-REMOVAL, 2-1/16, 10,000 PSI MWP, PER API 6A KU DD, APPLY API MONOGRAM API MATERIAL=DD;API PSL=3;API TEMP=X UL | | 1 | 1 | EA | N | 40.000 | 40.00 |
| 18 | 340387 | FLG, COMP, 2-1/16 5M X 2 LP, PER API 6A LU EE PSL2 API MATERIAL=EE;API PSL=2;API TEMP=L, UL | | 2 | 2 | EA | N | 100.000 | 200.00 |
| 19 | BPT-API | BULL PLUG, API, 2 LP X 1/2 LP, LA NACE, PER API 6A KU DD, API MONOGRAM REQUIRED API MATERIAL=DD;API TEMP=K UL | | 2 | 2 | EA | N | 250.000 | 500.00 |
| 20 | 342991 | GREASE FITTING, 1/2 NPT 10M SVC, 4140 NACE -50F | | 1 | 1 | EA | N | 15.000 | 15.00 |
| 21 | H300074-21 | RING GASKET, API R-24, OVAL, CARBON STEEL, ZINC PLATED API MONOGRAM REQUIRED | | 3 | 3 | EA | N | 5.000 | 15.00 |
| 22 | 331062 | STUD W/TWO NUTS, ALL THREAD,PER VGS2.A.11, 875-9UNRC-2A, 6.500 LG, STUD MATERIAL PER ASTM A193 GR B7, NUT MATERIAL PER ASTM A194 GR 2H, COATING PLAIN-NOT COATED | | 8 | 8 | EA | N | 3.500 | 28.00 |

**Baker Hughes** ⧓

| GE Oil & Gas Pressure Control, LP<br>4424 W Sam Houston PKWY<br>Suite 100<br>Houston, , TX 77041<br>United States | IO US WL Services Org [A19]<br>115 Well Street<br>Williston, ND 58801<br>Ph : 701-572-8159 | INVOICE |
|---|---|---|

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 23 | NVA | GAUGE COCK,ANGLE FLOW,1/2 LP/NPT MALE X FEMALE, 10/\CS | | 1 | 1 | EA | N | 35.000 | 35.00 |
| 24 | PGS | PRESSURE GAUGE,0-5000 PSI,DUAL SCALE (PSI/BAR),1/2 MALE NPT BOTTOM CONNECTION,4 TO 4-1/2 OD FACE,75 PCT LIQUID FILLED,SS CASE,CS/LA FITTINGS AND INTERNALS | | 1 | 1 | EA | N | 45.000 | 45.00 |
| | | **Notes**<br>Q-1 EXTRA REQUESTED BY KENNETH SMITH | | | | | | | |
| 26 | H300208-15 | RING GASKET, API BX-160, CARBON STEEL, ZINC PLATED, API MONOGRAM REQUIRED | | 1 | 1 | EA | N | 40.000 | 40.00 |
| 26.6 | H300074-14 | RING GASKET,API R-54,OVAL,CARBON STEEL,ZINC PLATED API MONOGRAM REQUIRED<br>API PSL=EL 4L | | 1 | 1 | EA | N | 36.000 | 36.00 |
| 27 | 350256 | STUD W/TWO NUTS, ALL THREAD,PER VGS2.A.11, 1.625-8UNR-2A, 12.750 LG, STUD MATERIAL PER ASTM A193 GR B7, NUT MATERIAL PER ASTM A194 GR 2H, COATING PER BLACK OXIDE | | 16 | 16 | EA | N | 18.000 | 288.00 |
| 31 | PRORATA FREIGHT | PRO RATED FREIGHT CHARGE | | 1 | | EA | N | 858.160 | 858.16 |

| | | | |
|---|---|---|---|
| **Baker Huges Contact:** | | SubTotal | SUBTOTAL:11,000.16<br>11,000.16 |
| **Name:** | Hamlin, Mark Roy | Tax | 0.00 |
| **Phone:** | | Customs | 0.00 |
| **eMail:** | | Duty | 0.00 |
| | | Insurance | 0.00 |
| | | Total(USD) | 11,000.16 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-al, please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox



Baker Hughes, a GE company

IO US WIL Services Org (A19)
115 Well Street
Williston, ND 58801
Ph : 701-572-8139

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

# Sales Order Acknowledgement
Order No: 20290216

| | | | |
|---|---|---|---|
| **Customer No.:** | 100005263 | | |
| **Bill To:** | SKLAR EXPLORATION COMPANY LLC | | |
| | 401 EDWARDS ST STE 1601 | | |
| | SUITE 1601 | | |
| | SHREVEPORT, LA 71101-5507 | **Order Date:** | 18-NOV-19 |
| | United States | **Purchase Order No.:** | NA |
| | | **Quote No.:** | 20289683 |
| **Ship To:** | SKLAR EXPLORATION COMPANY LLC | | |
| | CORWIN #5-1 | **Payment Terms:** | NET 30 |
| | UNINCORPORATED, MT 59261-0000 | **Commercial Terms:** | GE D&S Ts&Cs (PC Domestic) |
| | United States | **IncoTerm:** | FCA |
| | | **IncoTerm Named Location:** | Seller |
| | | **Sales Person:** | No Sales Credit |
| | | **Contact:** | |

**Final Destination:** United States

**Customer Contact**
**Name:**
**Phone:**
**eMail:**

**BHGE Contact**
**Name:** Hamlin, Mark Roy
**Phone:**
**eMail:** Mark.Hamlin1@bhge.com

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.

 **BAKER HUGHES** a GE company

IO US WIL Services Org (A19)
115 Well Street
Williston, ND 58801
Ph : 701-572-8139

Baker Hughes, a GE company

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

# Sales Order Acknowledgement

Order No: 20290216

| Line No. | Item No. | Qty | UOM | Description | Add'l Information | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 13 | ASSEMBLY | 1 | KT | CASING SPOOL ASSEMBLY | | 0.00 | 0.00 |
| 14 | 388061 | 1 | EA | CSGSPL,WG,29BP-EBS,12-5/8,13-5/8 5M X 11 5M,W/2 2-1/16 5M FP,6A-PU-AA-1-2 | | 7,450.00 | 7,450.00 |
| 15 | 340273 | 1 | EA | SECSEAL,GE, EBS, 12-5/8 X 9-5/8, 4130 75K Note: SN#77767-040-1219 | | 700.00 | 700.00 |
| 16 | H306001-624 | 1 | EA | VALVE PURCHASE,MODEL 1100,API FLG, 2-1/16 5M, EXP GATE,2-1/16 5M FLG ENDS. HWO, API 6A LU DD-NL PSL2 PR2 API MATERIAL=(DD-NL),API PR=(2),API PSL=(2),API TEMP=(L U) Note: SN# 010-120 | | 750.00 | 750.00 |
| 17 | 329570 | 1 | EA | PLUG, VALVE-REMOVAL, 2-1/16, 10,000 PSI MWP, PER API 6A KU DD, APPLY API MONOGRAM API MATERIAL=(DD-NL),API PSL=(3),API TEMP=(K U),API TEMP=(U) | | 40.00 | 40.00 |

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.



Baker Hughes, a GE company

IO US WIL Services Org (A19)
115 Well Street
Williston, ND 58801
Ph : 701-572-B139

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

# Sales Order Acknowledgement

Order No: 20290216

| Line No. | Item No. | Qty | UOM | Description | Add'l Information | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 18 | 340387 | 2 | EA | FLG, COMP, 2-1/16 5M X 2 LP, PER API 6A LU EE | | 100.00 | 200.00 |
| | | | | PSL2, API MONOGRAM REQUIRED API MATERIAL=(EE),API MATERIAL=(EE-NL),API PSL=(2),API TEMP=(L U) | | | |
| 19 | BPT-API | 2 | EA | BULL PLUG, API, 2 LP X 1/2 LP, LA NACE, PER API 6A KU DD, API MONOGRAM REQUIRED API MATERIAL=(DD),API MATERIAL=(DD-NL),API TEMP=(K U) | | 250.00 | 500.00 |
| 20 | 342991 | 1 | EA | GREASE FITTING, 1/2 NPT 10M SVC, 4140 NACE -50F | | 15.00 | 15.00 |
| 21 | H300074-21 | 3 | EA | RING GASKET, API R-24, OVAL, CARBON STEEL, ZINC PLATED, API MONOGRAM REQUIRED. | | 5.00 | 15.00 |
| 22 | 331062 | 8 | EA | STUD W/TWO NUTS, ALL THREAD,PER VGS2 4 11, .875-9UNRC-2A, 6.500 LG, STUD MATERIAL PER ASTM A193 GR B7, NUT MATERIAL PER ASTM A194 GR 2H, COATING PLAIN-NOT COATED | | 3.50 | 28.00 |
| 23 | NVA | 1 | EA | GAUGE COCK,ANGLE FLOW,1/2 LP/NPT MALE X FEMALE, 10M,CS | | 35.00 | 35.00 |

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.

12/9/2019



**Baker Hughes, a GE company**

IO US WL Services Org (A19)
115 Well Street
Williston, ND 58801
Ph : 701-572-8139

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

# Sales Order Acknowledgement

Order No: 20290216

| Line No. | Item No. | Qty | UOM | Description | Add'l Information | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 24 | PGS | 1 | EA | PRESSURE GAUGE,0-5000 PSI,DUAL SCALE (PSI/BAR),1/2 MALE NPT BOTTOM CONNECTION,4 TO 4-1/2 OD FACE,75 PCT LIQUID FILLED,SS CASE,CS/LA FITTINGS AND INTERNALS<br><br>Note: Q-1 EXTRA REQUESTED BY KENNETH SMITH | | 45.00 | 45.00 |
| 26 | H300208-15 | 1 | EA | RING GASKET,API BX-160,CARBON STEEL,ZINC PLATED, API MONOGRAM REQUIRED | | 40.00 | 40.00 |
| 26.6 | H300074-14 | 1 | EA | RING GASKET,API R-54,OVAL,CARBON STEEL,ZINC PLATED API MONOGRAM REQUIRED API PSL=(1 4),API PSL=(14) | | 36.00 | 36.00 |
| 27 | 350296 | 16 | EA | STUD W/TWO NUTS, ALL THREAD,PER VG52.4 11, 1 625-8UNR-2A, 12.750 LG, STUD MATERIAL PER ASTM A193 GR B7, NUT MATERIAL PER ASTM A194 GR 2H, COATING PER BLACK OXIDE | | 18.00 | 288.00 |
| 31 | PRORATA FREIGHT | 1 | EA | PRO RATED FREIGHT CHARGE | | 858.16 | 858.16 |

| | | |
|---|---|---|
| | SubTotal | 11,000.16 |
| | Tax Amount | 0.00 |
| | Total(USD) | 11,000.16 |

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.



Baker Hughes, a GE company

IO US WL Services Org (A19)
115 Well Street
Williston, ND 58801
Ph : 701-572-8139

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

# Sales Order Acknowledgement
Order No: 20290216

| Line No. | Item No. | Qty | UOM | Description | Add'l Information | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| BHGE TAX ID | | : | 76-0382879_1 | | | | |
| Name | | : | | | | | |
| Signature | | : | | | | | |
| Date | | : | | | | | |

12/10/19

Sole of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.

Page 5 of 5

12/9/2019

# BILL OF LADING

| | |
|---|---|
| BOL #: | |
| DATE: | 09-DEC-19 |
| PAGE: | Page 1 of 3 |

| | | | | | |
|---|---|---|---|---|---|
| CARRIER: | | CARRIER #: | | MODE OF TRANSPORTATION: | |
| AWB #: | | SHIPPED DATE: | | DELIVERY DATE: | |

[illegible] in apparent [illegible] except as noted (contents [illegible] packages [illegible] consigned, and [illegible] below [illegible] carrier [illegible] being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery as said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading [illegible] the Uniform Freight Classification in effect on the date hereof, if this is a rail, or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the attachment thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER (Ship From) | DELIVER TO (if different from CONSIGNEE) |
|---|---|
| 115 Well Street<br><br>Williston, ND, 58801, US | |

| CONSIGNEE (Ship To) | SPECIAL INSTRUCTIONS |
|---|---|
| CORWIN #5-1<br><br>UNINCORPORATED, MT, 59261-0000, US | |

| | |
|---|---|
| CUSTOMER PO #: | NA |
| SALES ORDER/SERVICE REQUEST #: | 20290216 |
| PROJECT #: | |
| RIG / WELL NAME: | |

| ITEM | QTY | UOM | SERIAL | ITEM DESCRIPTION | WEIGHT (LB) | DIMS (IN) | CLASS / NMFC | HM |
|---|---|---|---|---|---|---|---|---|
| H300074-14 | | EA | | RING GASKET API R-54,OVAL,CARBON STEEL,ZINC PLATED<br>API MONOGRAM REQUIRED | | | | |
| 340273 | | EA | | SECSEAL,GE [illegible], 12 5/8 X 9-5/8, 4130 75K | | | | |
| H308001-624 | | EA | | VALVE PURCHASE MODEL 1100,API FLG, 2-1/16 5M, EXP<br>GATE,2-1/16 5M FLG ENDS, HWO, API 6A LU DD-NL<br>PSL2<br>PR2 | | | | |
| 329570 | | EA | | PLUG, VALVE-REMOVAL, 2-1/16, 10,000 PSI MWP PER API 6A KU DD, APPLY API MONOGRAM | | | | |
| 340382 | | EA | | FLG, COMP, 2 1/16 5M X 2 LP, PER API 6A LU EE PSL2, API MONOGRAM REQUIRED | | | | |
| BPT-API | | EA | | BULL PLUG, API, 2 [illegible] P X 1/2 LP, LA NACE, PER API 6A KU DD, API MONOGRAM REQUIRED | | | | |
| 342991 | | EA | | GREASE FITTING, 1/2 NPT 10M SVC 4140 NACE [illegible] | | | | |

| H300074-21 | EA | RING GASKET, API R-24, OVAL, CARBON STEEL, ZINC PLATED, API MONOGRAM REQUIRED. | |
|---|---|---|---|
| 331062 | EA | STUD W/TWO NUTS, ALL THREAD,PER VGS2.4.11 .875-9UNRC-2A, 6.500 LG, STUD MATERIAL PER ASTM A193 GR B7, NUT MATERIAL PER ASTM A194 GR 2H, COATING PLAIN-NOT COATED | |
| N\A | EA | GAUGE COCK ANGLE FLOW,1/2 LP/NPT MALE X FEMALE, 10M,CS | |
| PGS | EA | PRESSURE GAUGE,0-5000 PSI,DUAL SCALE IPSI/BARI,1/2 MALE NPT BOTTOM CONNECTION,4 TO 4-1/2 OD FACE,75 PCT LIQUID FILLED,SS CASE,CS/LA FITTINGS AND INTERNALS | |
| H300200-15 | EA | RING GASKET API BX-160,CARBON STEEL ZINC PLATED, API MONOGRAM REQUIRED | |
| 350296 | EA | STUD W/TWO NUTS, ALL THREAD,PER VGS2.4.11, 1.625-8UNR-2A, 12.750 LG, STUD MATERIAL PER ASTM A193 GR B7, NUT MATERIAL PER ASTM A194 GR 2H, COATING PER BLACK OXIDE | |
| 588081 | EA | CSGSPL,WG,290#,CBS,12-5/8,13-5/8.5M X 11 5M,W/2 2-1/16.5M FP,6A-PU-AA-1-2 | |

| | TOTAL # PACKAGES: | | TOTAL WEIGHT: | | DOT HAZMAT REG. #: | |
|---|---|---|---|---|---|---|
| MARK "X" IN THE HM COLUMN TO DESIGNATE HAZARDOUS MATERIALS AS DEFINED IN DOT REGULATIONS | | | | | | |

| | PLACARDS REQUIRED | | EMERGENCY RESPONSE | |
|---|---|---|---|---|
| SUPPLIED BY DRIVER: | | CONTACT: | | |
| CARRIER / DRIVER: | | NUMBER: | | |

| SHIPPER NAME: | RD Hasmir | RECEIVED BY: | |
|---|---|---|---|
| SIGNATURE: | RDH | CARRIER DRIVER NAME: | M WOH |
| DATE: | 12-9-19 | CARRIER DATE: | 12-9-19 |
| DISCLAIMER: | | CARRIER SIGNATURE: | |

Export Clause –

"These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end- user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations."

**EXHIBIT "B"**
**Description of the Corwin 5 Well #1 and the Corresponding Leasehold Estate**

FORM NO. 22  R 10/09

SUBMIT IN QUADRUPLICATE TO:

ARM 36.22.307
ARM 36.22.601

**MONTANA BOARD OF OIL AND GAS CONSERVATION**
**2535 ST. JOHNS AVENUE, BILLINGS, MONTANA 59102**

Application for Permit To:

Lease Name: Corwin 5

Lease Type (Private/State/Federal):
Private

| | | | | | |
|---|---|---|---|---|---|
| Drill | ☐ | Deepen | ☐ | Re-enter | ☐ |
| Oil | ☐ | Gas | ☑ | Other | ☐ |

Well Number: #1

SEP 18 2019

Operator: Sklar Exploration Company L.L.C.

Address: 5395 Pearl Parkway, Ste. 200

City: Boulder          State: CO          Zip: 80301

Telephone Number: 303-541-1559

Field Name or Wildcat:
Wildcat

Unit Name (if applicable):
Bowdoin

Surface Location of Well (quarter-quarter and footage measurements):

1212' FNL & 1032' FEL - Government Lot 1

Objective Formation(s):
Deadwood

Proposed Total Depth and Bottom-hole Location(s) if directional or horizontal well:
7500'

Township, Range, and Section:
T32N-R33E, Sec. 5

County:
Phillips

Elevation (indicate GL or KB):
2330'

Size and description of drilling/spacing unit and applicable order, if any:
640 unit

Formation at total depth: Precambrian

Anticipated Spud Date: 10/19

| Hole Size | Casing Size | Weight / Foot | Grade (API) | Depth | Sacks of Cement | Type of Cement |
|---|---|---|---|---|---|---|
| 17 1/2" | 13 3/8" | 54.5# | K-55 BTC | 1400' 1500' | 849 | Vari |
| 12 3/4" | 9 5/8" | 36# | K-55 BTC | 3800' | 510 | Vari |
| 8 3/4" | 7 1/2" | 26# | K-55 LTC | 7500' 2000' | 219 | Vari |

Describe Proposed Operations:
Describe or attach labeled diagram of blowout preventer equipment. Indicate if air drilled or describe mud program.

See Attached BOP information, location plats, rig pad site plat & drilling rig pad pit details plat

**SEE SAGE GROUSE STIPULATIONS**

**BOARD USE ONLY**

Approved (date)  OCT 17 2019

By _____

Title  Petroleum Engineer

THIS PERMIT IS SUBJECT TO THE CONDITIONS OF APPROVAL STATED ON THE BACK

Permit Fee  $150.00

Check Number  6108

Permit Expires APR 17 2020

Permit Number  32469

API Number: 25 · 071 · 23339

The undersigned hereby certifies that the information contained on this application is true and correct.

Signed (Agent)  Kim Andersen

Title  Regulatory

Date  9/13/19

Telephone Number  319-212-0907

Samples Required:  NONE _____  ALL  X  FROM  Base of Surface  feet to  TD  feet

Core chips to address below, full cores to USGS, Core Laboratory, Arvada, CO.  Required samples must be washed, dried and delivered prepaid to:
Montana Board of Oil and Gas Conservation
2535 St. Johns Avenue
Billings, MT 59102

RECEIVED

SEP 1 6 2015

MONTANA BOARD OF OIL &
GAS CONSERVATION - BILLINGS

## SUPPLEMENTAL INFORMATION

Note: Additional information or attachments may be required by Rule or by special request.

1. Attach a survey plat certified by a registered surveyor. The survey plat must show the location of the well with reference to the nearest lines of an established public survey.

2. Attach an 8 1/2 x 11" photocopy of that portion of a topographic map showing the well location, the access route from county or other established roads, residences, and water wells within a 1/2 mile radius of the well.

3. Attach a sketch of the well site showing the dimensions and orientation of the well location, the size and location of pits, topsoil stockpile, and the estimated cut/fill at the corners and centerstake. (Note: the diagram need not be done by an engineer or surveyor). Attach a sketch of a top view and two side views of the reserve pit(s), if utilized. The reserve pit sketch must show the length, width, depth, cut and fill, amount of freeboard, area of topsoil stockpile, and the height and width of berms.

4. Describe the type and amount of material or liner, if any, to be used to seal the reserve pit. If a synthetic liner is used, indicate the liner thickness (mils), bursting strength, tensile strength, tear strength, puncture resistance, hydrostatic resistance, or attach the manufacturer's specifications.

5. Describe the proposed plan for the treatment and/or the disposal of reserve pit fluids and solids after the well is drilled. If the operator intends to dispose of or treat the reserve pit contents off-site, specify the location and the method of waste treatment and disposal. (Note: The operator must comply with all applicable federal, state, county, and local laws and regulations with regard to the handling, transportation, treatment, and disposal of solid wastes.)

6. Does construction of the access road or location, or some other aspect of the drilling operation require additional federal, state, or local permits or authorizations? f yes, indicate the type of permit or authorization required:

☐ No additional permits needed

☐ 310 Permit (apply through county conservation district)

☐ Air quality permit (apply through Montana Department of Environmental Quality)

☐ Water discharge permit (apply through Montana Department of Environmental Quality)

☐ Water use permit (apply through Montana Department of Natural Resources and Conservation)

☐ Solid waste disposal permit (apply through Montana Department of Environmental Quality)

☐ State lands drilling authorization (apply through Montana Department of Natural Resources and Conservation)

☐ Federal drilling permit (spec fy agency)

☑ Other federal, state, county, or local permit or authorization: (specify type)    Sage Grouse Permit

NOTICES:

1. Date and time of spudding must be reported to the Board verbally or in writing within 72 hours after the commencement of drilling operations.

2. The operator must give notice of drilling operations to the surface owner as required by Section 82-10-503, MCA, before the commencement of any surface activity.

| BOARD USE ONLY | CONDITIONS OF APPROVAL |
|---|---|

The operator must comply with the following condition(s) of approval:

**WARNING: Failure to comply with conditions of approval may void this permit.**



RECEIVED
SEP 1 9 2019
MT BOARD OF OIL & GAS CONSERVATION BILLINGS

# PROPOSED WELL LOCATION

CORWIN #5-1
GOVERNMENT LOT 1 SECTION 5, T32N, R33E P.M.M.
PHILLIPS COUNTY, MONTANA
1212' FNL X 1032' FEL
SURFACE ELEVATION: 2330' (NAVD88)

SURFACE ELEVATION: 2330'
BASIS - NAVD 88

GEOGRAPHIC COORDINATES OF SURFACE LOCATION:
48°33'54.63" N 107°27'29.81" W (NAD 83 BASIS)

BASE POSITION FOR GEOGRAPHIC COORDINATES:
48°34'02.29" N 107°26'51.65" W (NAD 83 BASIS)
(OPUS DERIVED)

LOCAL GRID CENTER POSITION:
48°34'02.29" N 107°26'51.65" W (NAD 83 BASIS)

LAND USE: CULTIVATION

NO ATTEMPT HAS BEEN MADE BY THE SURVEYOR TO LOCATE UNDERGROUND STRUCTURES OR BURIED UTILITIES, AND APPROPRIATE AGENCIES AND SURFACE LANDOWNERS MUST BE CONTACTED FOR FIELD LOCATION OF ANY UNDERGROUND STRUCTURES OR BURIED UTILITIES BEFORE ANY CONSTRUCTION COMMENCES. CALL 1-800-424-5555 BEFORE ANY CONSTRUCTION COMMENCES.

NOTE: SUBDIVISION LINES AND GOVERNMENT LOT BOUNDARIES ARE SHOWN FOR DEPICTIVE PURPOSES ONLY AND SHOULD NOT BE USED FOR SCALING OR LOCATION PURPOSES.

ON THE BASIS OF MY KNOWLEDGE, INFORMATION AND BELIEF, I CERTIFY THAT AS A RESULT OF A SURVEY MADE ON THE GROUND TO THE NORMAL STANDARD OF CARE OF PROFESSIONAL LAND SURVEYORS PRACTICING IN THE STATE OF MONTANA, I FIND THE LOCATION OF THE PROPOSED CORWIN #5-1 AS SHOWN ON THE SUBJOINED DRAWING.

RUDY S. CICON 9963 LS
1410 CFEDS

| | |
|---|---|
| REQUESTED BY: SKLAR EXPLORATION COMPANY, LLC 5395 PEARL PARKWAY, SUITE 200 BOULDER, COLORADO 80301 | SCALE 1"=1000' |
| CORWIN #5-1 GOVERNMENT LOT 1 SECTION 5, T32N, R33E P.M.M. | 08-22-19 |
| CICON AND ASSOCIATES BOX 541 CHESTER, MONTANA 59522 | JOB NO. 19-050 |
| DRAWING NO. 19050SKLARrev.2.DWG | PAGE 1 OF 5 |

**Southwest Brooklyn Oil Unit**

Escambia County Probate
Robert D. Agerton, Judge of Probate
Filed/cert. 6/10/2020 10:05 AM
TOTAL     $   160.00
36 Pages

0214583



## VERIFIED STATEMENT OF LIEN

| | |
|---|---|
| STATE OF ALABAMA | § |
| | § |
| COUNTIES OF CONECUH | § |
| AND ESCAMBIA | |

GE OIL & GAS PRESSURE CONTROL LP, a Texas limited partnership, ("Claimant") files this statement in writing, verified by the oath of CHRISTOPHER J. RYAN, Manager of Collections of BAKER HUGHES OILFIELD OPERATIONS LLC, a California limited liability company, Authorized Agent of GE OIL & GAS PRESSURE CONTROL LP, a Texas limited partnership, who has personal knowledge of the facts herein set forth below:

That Claimant claims a lien (the "Lien") upon the "Property" (herein defined), to the extent of the interest therein, legal and/or equitable, fee and/or leasehold, of the "Working Interest Owners" (herein defined), to the extent provided herein.

The Property includes:

the land (the "Land") situated in Conecuh County, State of Alabama, further described in the attached **Exhibits "A", "B", and "C"**, including all improvements and appurtenances thereto;

all mineral leasehold estates with respect to minerals located in, on, or under the Land (the "Leasehold Estates"), including the leases (the "Leases") associated with the "Wells" (herein defined), including all field wide units in which the Wells are located, and such production unit in which any one or more of the Wells is located, including all improvements and appurtenances to the Land, and/or the Wells, and including the right to the use of the surface of the Land, and the right to extract minerals located in, on, or under the Land;

all easements to and/or from the Land (the "Easements"), including, but not necessarily limited to, those easements described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

all licenses and permits pertaining to the Land and/or the Wells, including, but not necessarily limited to, those permits and/or licenses described in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**;

all wells (the "Wells", whether one or more) used in connection with operations conducted in, on, under, or about the Land, including the overall operation of the Wells, such Wells including, but not necessarily limited to: those wells identified in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**;

all other property and/or property rights pertaining to the use and/or operation of the Land and/or the Wells, including, but not necessarily limited to, those properties and/or property rights described in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**; and,

such additional property as provided by the laws of the State of Alabama, including, but not necessarily limited to, Alabama Code §35-11-210, et seq.

This Lien is claimed, separately, severally, and jointly, as to the Land, the Leasehold Estates, the Wells, the buildings and improvements in, on, under, or about the Land, the Leasehold Estates, and/or the Wells, and all rights and appurtenances pertaining to any or all of the foregoing.

That said Lien is claimed to secure an indebtedness of **Seven Thousand Seven Hundred Fifty-Two and 24/100 Dollars ($7,752.24)** with interest as may be allowed under the laws of the State of Alabama from the respective dates of the furnishing of the services, material and/or equipment (collectively, the "Work") giving rise to the Lien claimed herein, which Work and the dates of furnishing are further described in the attached **Exhibit "B".**

The first of the Work was provided on **November 11, 2019**.  The last of the Work was provided on **February 12, 2020**.  (See, also, the attached **Exhibit "B".**)

The Working Interest Owners, who are the owners or proprietors of said Property, and their respective addresses, are:

Sklarco, LLC                                    Suite 1601
401 Edwards St.,                            Shreveport, LA 71101

*Verified Statement of Lien*
*(GE Oil & Gas/Sklar-Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)*
506529v.1 B075/00713                           2

Sklarco, LLC
c/o C T Corporation
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

Hughes Oil Inc.
Mirror Lake Office Plaza
2829 Lakeland Dr., Suite 1670
Flowood, MS 39232

The Rudman Partnership, Ltd.
c/o W. R. Sibley III, Registered Agent
1700 Pacific Avenue, Suite 4700
Dallas, TX 75204

Hanson Operating Company, Inc.
P.O. Box 1515
Roswell, NM 88202-1515

Hanson Operating Company, Inc.
c/o Ray Willis, Registered Agent
400 N. Pennsylvania, Suite 1200
Roswell, NM 88201

Craft Exploration Company, LLC
PO Box 2430
Madison, MS 39130

Craft Exploration Company, LLC
c/o Julie Den Herder, Registered Agent
125 Bradshaw Crossing
Canton, MS 39046

Craft Exploration Company, LLC
325 Lakeshire Pkwy
Canton, MS 39046

J & A Harris, LP
3141 Hood Street, Suite 520
Dallas, TX 75219

J & A Harris, LP
c/o Angela Harris
333 Texas Street, Suite 1414
Shrevepot, LA 71101-3679

JF Howell Interests, LP
Attn: James David Morgan, Manager
416 Travis Street, Suite 700
Shreveport, LA 71101

JF Howell Interests, LP
350 N. St. Paul Street, Suite 2900
Dallas, TX 75201

JF Howell Interests, LP
c/o J. Benjamin Warren, Jr.
Registered Agent
401 Edwards St., Suite 2010
Shreveport, LA 71101

JJS Interests Escambia, LLC
4295 San Felipe, Suite 207
Houston, TX 77027

JJS Interests Escambia, LLC
c/o Justin Simons, Registered Agent
2001 Kirby Dr., Suite 1110
Houston, TX 77019

Tauber Exploration & Production Co.
c/o Richard E. Tauber,
Registered Agent
55 Waugh Drive, Suite 600
Houston, TX 77007

Kudzu Oil Properties, LLC
c/o Wirt A. Yerger, III, Registered Agent
300 Concourse Blvd., Suite 101
Ridgeland, MS 39157

506529v.1 B075/00713 (GE Oil & Gas/Sklar – Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)

KMR Investments LLC
P.O. Box 417
Homer, LA 71040

KMR Investments LLC
c/o James Michael Hays
Registered Agent
209 Sam Baird Rd.
Homer, LA 71040

Hughes 2000 CT LLC
Mirror Lake Office Plaza
2829 Lakeland Dr., Suite 1670
Flowood, MS 39232

Hughes 2000 CT LLC
c/o Stanley Lee Kyner
Registered Agent
304 Thorngate Drive
Brandon, MS 39042

McCombs Energy, Ltd.
5599 San Felipe, Suite 1200
Houston, TX 77056

McCombs Energy, Ltd.
c/o Gary V. Woods
Registered Agent
755 East Mulberry, Suite 600
San Antonio, TX 78212

Marksco, L.L.C.
c/o Mark Sealy, Registered Agent
333 Texas Street, Suite 1050
Shreveport, LA 71101

Franks Exploration Co., LLC
c/o Faith N. Gilbert
Registered Agent
1312 N. Hearne Ave.

Shreveport, LA 71107-6516

Tiembo Ltd.
Attn: Mark Rauch
PO Box 270415
Houston, TX 77277-0415

Tiembo Ltd.
c/o Gary S. Glesby, Registered Agent
3040 Post Oak Blvd., 13th Fl.
Houston, TX 77056

Pickens Financial Group, LLC
8499 Greenville Avenue, Suite 105
Dallas, TX 75231-2417

Pickens Financial Group, LLC
c/o Pickens Energy Corporation, Reg. Agent
10100 N. Central Expressway
Suite 200
Dallas, TX 75231-4159

Bundero Investment Company, L.L.C.
c/o Malcolm S. Murchison, Reg. Agent
401 Edwards Street, Suite 820
Shreveport, LA 71101

Bundero Investment Company, L.L.C.
333 Texas St., Ste 300
Shreveport, LA 71101

Fant Energy Limited
5800 Westview Drive
Houston, TX 77055

Fant Energy Limited
PO Box 55205
Houston, TX 77255

506529v.1 B075/00713 (GE Oil & Gas/Sklar – Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)

Fant Energy Limited
1322 N. Post Oak Rd.
Houston, TX 77055

Fant Energy Limited
c/o Capitol Corporate Services, Inc.
206 E. 9th St., Suite 1300
Austin, TX 78701

Fletcher Exploration, LLC
P.O. Box 2147
Fairhope, AL 36533

Dickson Oil & Gas, LLC
307 Deborah Drive
Shreveport, LA 71106

Dickson Oil & Gas, LLC
PO Box 52479
Shreveport, LA 71135

Dickson Oil & Gas, LLC
c/o Michael E. Riddick
Registered Agent
333 Texas St., Suite 700
Shreveport, LA 71101

Resource Ventures, LLC
Attn: Mark A. Arnold
7112 W. Jefferson Ave., Suite 106
Lakewood, CO 80235

Resource Ventures, LLC
Attn: Mark A. Arnold
8369 South Park Lane, Suite B
Littleton, CO 80120

Resource Ventures LLC
c/o Steven Swanson
Registered Agent
5720 S. Benton Circle

Littleton, CO 80123

Landmark Exploration, LLC
PO Box 12004
Jackson, MS 39236

Landmark Exploration, LLC
c/o Michael E. Johnson
Registered Agent
113 Park Circle Drive
Flowood, MS 39332

DBC Resources, LP
P.O. Box 191407
Dallas, TX 75219-1407

DBC Resources, LP
4242 Lomo Alto, Apt. #30
Dallas, TX 75219

DBC Resources, LP
c/o Donald L. Clark
Registered Agent
4428 Windsor Parkway
Dallas, TX 75205

DCOD LLC
16250 Dallas North Parkway
Dallas, TX 75248

DCOD, LLC
c/o Dale Clark, Registered Agent
16390 Addison Rd.
Addison, TX 75001

FPCC USA, Inc.
445 Louisiana Ave.
Baton Rouge, LA 70802

506529v.1 B075/00713 (GE Oil & Gas/Sklar – Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)

FPCC USA, Inc.
c/o Corporation Service Company
Registered Agent
501 Louisiana Avenue
Baton Rouge, LA  70802

Claimant furnished the Work to **Sklar Exploration Company, LLC, a Louisiana limited liability company**, ("Sklar Exploration"), who was the operator of the Wells. **Sklarco, LLC, a Louisiana limited liability company**, ("Sklarco") holds a working interest in the Property.  Sklar Exploration and Sklarco are related entities.  In that regard, to the extent of Sklarco's ownership interest in the Property, Sklar Exploration was the agent of Sklarco.  As such Claimant furnished its Work on the Property, and asserts the Lien, as a direct contractor to Sklarco, and asserts the Lien both as to Sklar Exploration's ownership and operating interest in and to the Property, and as to Sklarco's ownership interest in and to the Property.

Further, to the extent Sklar Exploration was acting as the agent of any of the other Working Interest Owners, Claimant furnished its work on the Property, and asserts the Lien, as a direct contractor to such Working Interest Owners and, to that extent, asserts the Lien against the interest in the Property held by such other Working Interest Owners.

Without waiving the foregoing, to the extent Sklar Exploration was acting as a contractor to a Working Interest Owner, and not as its agent, Claimant furnished its work on the Property, and asserts the Lien, as a subcontractor to Sklar Exploration, against the interest in the Property held by such Working Interest Owner.

Christopher J. Ryan, Manager of Collections of Baker Hughes Oilfield Operations LLC, a California limited liability company, Authorized Agent of GE Oil & Gas Pressure Control LP, a Texas limited partnership

506529v.1 B075/00713 (GE Oil & Gas/Sklar – Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)

Before me, , a Notary Public in and for the State of Texas, personally appeared Christopher J. Ryan, who being duly sworn, doth depose and say: that he has personal knowledge of the facts set forth in the foregoing Verified Statement of Lien, and that the same are true and correct to the best of his knowledge and belief.

Christopher J. Ryan, Affiant

Subscribed and sworn to before me on this the 8th day of June, 2020, by said Affiant, Christopher J. Ryan.

Notary Public, State of Texas

WILLIAM R. SUDELA
My Notary ID # 3446989
Expires June 20, 2022

506529v.1 B075/00713 (GE Oil & Gas/Sklar – Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)

## EXHIBIT "A"

The Property and property rights covered by the Lien include, without limitation, the property described below and in the following pages of this **Exhibit "A"**, and the property described in the remainder of this Verified Statement of Lien, including this **Exhibits "A", "B", and "C"**.

The Property includes those wells described in **Exhibits "B" and "C"** to this Verified Statement of Lien (the "Wells"), and all of the wells included in the units in which either of the Wells is located. The Property also includes all of the leases associated with any one or more of these Wells (the "Leases").

The Wells are located in the field wide unit commonly known as the Southwest Brooklyn Oil Unit located in Conecuh and Escambia Counties, Alabama (the "Unit"). The Unit is further described in **Exhibit "C"** to this Verified Statement of Lien.

The Wells are located in the following production units:

| | |
|---|---|
| **Well Name:** | Cedar Creek Land & Timber 4-2 #1 |
| **API No.:** | 01-053-20631-00-00 |
| **Location:** | 2240' FEL & 856' FNL of Section 4, Township 3 North, Range 12 East, Escambia County, Alabama. |
| **Unit:** | A 160.0 acre unit, described as NE 1/4 of Section 4, Township 3 North, Range 12 East. |

| | |
|---|---|
| **Well Name:** | Cedar Creek Land & Timber 33-6 #1 |
| **API No.:** | 01-035-20264-00-00 |
| **Location:** | 1923' FWL & 1800' FNL of Section 33, Township 4 North, Range 12 East, Conecuh County, Alabama. |
| **Unit:** | A 160.0 acre unit, described as NW 1/4 of Section 33 Township 4 North, Range 12 East. |

*Exhibit "A" to Verified Statement of Lien*
*(GE Oil & Gas/Sklar- Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)*
506529v.1 B075/00713

**EXHIBIT "A"**

| | |
|---|---|
| **Well Name:** | Cedar Creek Land & Timber 34-14 #1 WI |
| **API No.:** | 01-035-20267-00-01 |
| **Location:** | 1083' FSL & 1620' FWL of Section 34, Township 4 North, Range 12 East, Conecuh County, Alabama. |
| **Unit:** | A 160.0 acre unit, described as SW 1/4 of Section 34 Township 4 North, Range 12 East. |

The Property includes the following Leases:

**LEASES:** Cedar Creek Land & Timber 33-6 #1

Memorandum of Oil & Gas Lease, dated September 21, 2009, from Cedar Creek Land & Timber Inc., as Lessor, to Sklarco, LLC, as Lessee, recorded in Book 2009, Page 4872 of the Records of Conecuh County, Alabama.

**LEASES:** Cedar Creek Land & Timber 4-2 #1

Memorandum of Oil & Gas Lease, dated September 21, 2009, from Cedar Creek Land & Timber Inc., as Lessor, to Sklar Exploration Company, LLC, as Lessee, recorded in Book 2009, Page 4872 of the Records of Escambia County, Alabama.

**LEASES:** Cedar Creek Land & Timber 34-14 #1

Memorandum of Oil & Gas Lease, dated September 21, 2009, from Cedar Creek Land & Timber Inc., as Lessor, to Sklarco, LLC, as Lessee, recorded in Book 2009, Page 4872 of the Records of Conecuh County, Alabama.

# EXHIBIT "A"

STATE OIL AND GAS BOARD OF ALABAMA

AUG 0 3 2012

Application for Permit to Directionally Drill

Permit Number  16729-B

01·053·20631·00·00

API Number

Form OGB-1B, Rev. 01/12
(file in triplicate)

Drill ☒  Deepen ☐  Sidetrack ☐  Convert ☐  Amend ☐

Name of Operator  Sklar Exploration Company L.L.C.  Date  8-8-12

Address  401 Edwards St. Ste. 1601    City  Shreveport    State  LA    Zip  71101

| 1. Well name and number | Cedar Creek Land & Timber 4-2 #1 | | 2. County Escambia |
|---|---|---|---|

3. Well Location (proposed surface)

Give footage from nearest section or lease unit line  2240' FEL & 896' FNL

Section-Township-Range or Tract  4-T3N-R12E

| Latitude (NAD27) | 3 | 1 . | 2 | 5 | 9 | 4 | 4 | Longitude (NAD27) | 6 | 6 . | 8 | 6 | 0 | 0 | 9 | 0 |

4. Well Location (proposed bottom hole)

Give footage from nearest section or distance (well lines)  1865' FEL & 871' FNL

Section-Township-Range or Tract  4-T3N-R12E

| Latitude (NAD27) | 3 | 1 . | 2 | 5 | 9 | 6 | Longitude (NAD27) | 8 | 6 . | 8 | 5 | 9 | 7 | 6 |

5. Field (if wildcat, so state)  Wildcat

6. Target Reservoir  Smackover

7. Unit assigned to well  NE/4 ± 160

8. Distance from proposed location to nearest unit line*  871'  feet

9. Distance (if less than 3,290 feet) from proposed location to nearest permitted, drilling, or producible well to same reservoir  2490'  feet

10. Proposed depth  12,400' MD  12,300' TVD

11. Approximate date work will begin  August 2012

12. Anticipated depth to base of fresh water (±10,000 mg/L TDS, if known  Unknown  feet±6 depth

13. Acres assigned to well  160

14. Elevation (ground)  200'

15. Is the well on a unit greater than 160 acres in accordance with the applicable spacing rule?  Yes ☐  No ☒  (if yes, see No. 19 section)

16. If yes, describe alternate unit in accordance with applicable rule.

17. Type hole  Single Well ☐  Directional ☒

18. Amount of bond  $100,000.00

18. Bonding company and bond number  ACSTAR Insurance Company, #F16687

19. Are the provisions of Rule 400-1-9- 09 or Rule 400-2-5- 04, Operations involving Hydrogen Sulfide, applicable?  Yes ☒  No ☐  if yes, a Form OGB-24 shall be filed with this application

20. Person or contact regarding this application  Kim Anderson

Phone Number  318-227-8008
Fax Number  318-227-0012
E-mail Address  kanderson@sklarexploration.com

Remarks:

Target location 1940' FEL & 700' FNL of Section 4-T3N-R12E at the top of Smackover Formation.

* Closest distance from proposed well-bore with target reservoir to nearest unit line

Executed this the  8  day of  August  20 12

Signature  Kim Anderson

Before me, the undersigned authority, on this day personally appeared whose name is subscribed to the above instrument, who being be duly sworn on oath states that he/she is duly author zed to make the above record and that he/she has knowledge of the facts stated therein, and that said reports is true and correct.

Subscribed and sworn to before me this  8  day of  August  20 12

JULIA P. SMITH, Notary Public
Caddo Parish, Louisiana
My Commission is for Life
8-7-07

Notary Public in and for  Caddo  County,  Louisiana

ACTION OF STATE OIL AND GAS BOARD

APPROVED BY  [signature]    DATE  8/13/12

*Exhibit "A" to Verified Statement of Lien*
*(GE Oil & Gas/Sklar- Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)*
506529v.1 B075/00713

## EXHIBIT "A"



*Exhibit "A" to Verified Statement of Lien*
*(GE Oil & Gas/Sklar- Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)*
506529v.1 B075/00713

## EXHIBIT "A"

STATE OIL AND GAS BOARD OF ALABAMA

**Application for Permit to Drill, Deepen, Recomplete, Convert, or Amend***

Form OG8-1, Rev. 01/12
(File in triplicate)

Permit Number: 16685    (To be filled in by Board) API Number: 01·035·20264 ·00 ·00

Drill ☐  Deepen ☒  Recomplete ☐  Convert ☐  Amend ☐

Name of Operator: Sklar Exploration Company L.L.C.    Date: 4/24/12

Address: 401 Edwards St. Ste. 1001    City: Shreveport    State: LA    Zip: 71101

1. Well name and number*: Cedar Creek Land & Timber 33-6 #1    2. County: Conecuh

3. Well Location*: (give footage from nearest section or offshore tract lines) 1923 FWL & 1860 FNL    Section-Township-Range or Tract Sec.33-T4N-R12E

4. Latitude (NAD27): 3 1 . 2 7 1 3 6    Longitude (NAD27): 8 6 . 8 6 4 6 1

Field (if wildcat, so state): Wildcat    5. Target Reservoir: Smackover

6. Unit assigned to well: NW/4 ± 160 Ac.

7. Distance from proposed location to nearest unit line: 747 feet
8. Distance (if less than 3,200 feet) from proposed location to nearest permitted drilling, or productive well in same reservoir: 1865 feet
9. Proposed depth: 12,300'
10. Approximate date work will begin: May 2012
11. Anticipated depth to base of fresh water (±10,000 mg/L TDS), if known: Unknown subsea depth
12. Acres assigned to well: 160
13. Elevation (ground): 280'
14. Is this well on a unit greater than 160 acres in accordance with the applicable spacing rule? Yes ☐ No ☒ (if yes, see no. 15 below)

15. If yes, reason: No ___ acres well in accordance with applicable rule.

16. Type: Single Well ☐  Blanket ☒    Amount of bond: $100,000.00    17. Bonding company and bond number: ACBTAR Insurance Clompany #F10087

18. Are the provisions of Rule 400-1-6- 03 or Rule 400-3-8- 04, Operations Involving Hydrogen Sulfide, applicable? Yes ☒ No ☐
If yes, a Form OG8-24 shall be filed with this application.

19. Person to contact regarding this application: Kim Anderson / Cory Ezelle    Phone Number: 318-227-8606    Fax Number: 318-227-0012    E-mail Address: kanderson@sklarexploration.com

Remarks:

RECEIVED
APR 26 2012
STATE OIL AND GAS BOARD OF ALABAMA

*If this is to be a directionally drilled well, please use Form OG8-1B

Executed this 24 day of April , 20 12

Signature: Kim Anderson

Before me, the undersigned authority, on this day personally appeared who being by me duly sworn on oath states that he/she is duly authorized to make the above report and that same has knowledge of the facts stated therein, and that said report is true and correct.

Subscribed and sworn to before me this 24 day of April , 20 12

SEAL    Billye M. LeCouf, Notary Public · 3620
My Commission expires    Billye M. LeCouf, Notary Public in and for Louisiana County, Caddo

My Commission is for Life

**ACTION OF STATE OIL AND GAS BOARD**

APPROVED BY _____    DATE 5/8/12

*Exhibit "A" to Verified Statement of Lien
(GE Oil & Gas/Sklar- Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)
506529v.1 B075/00713*

## EXHIBIT "A"



*Exhibit "A" to Verified Statement of Lien*
*(GE Oil & Gas/Sklar- Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)*
506529v.1 B075/00713

STATE OIL AND GAS BOARD OF ALABAMA

RECEIVED

MAY 10 2012

STATE OIL AND GAS BOARD
OF ALABAMA

**Application for Permit to Directionally Drill**

Permit Number: 16696-B

API Number: 01·035·30267·00·00

OGB-1B

Form OGB-1B, Rev. 01/12

(File in triplicate)

Drill [X]   Deepen [ ]   Sidetrack [ ]   Convert [ ]   Amend [ ]

Name of Operator: Sklar Exploration Company L.L.C.     Date: 5-8-12

Address: 401 Edwards St. Ste. 1601     City: Shreveport     State: LA     Zip: 71101

| 1. Well name and number | Cedar Creek Land & Timber 34-14 #1 | 2. County Conecuh |
|---|---|---|

| 3. Well Location (proposed surface) | (give footage from nearest section or offshore tract line) 1620' FWL & 1083' FSL | | Section-Township-Range or Tract 34-T4N-R12E |
|---|---|---|---|
| | Latitude (NAD27) 3 1 . 2 6 4 8 7 | Longitude (NAD27) 8 6 . 8 4 8 5 2 | |

| 4. Well Location (proposed bottom hole) | (give footage from nearest section or offshore tract lines) 1992' FWL & 1222' FSL | | Section-Township-Range or Tract 34-T4N-R12E |
|---|---|---|---|
| | Latitude (NAD27) 3 1 . 2 6 5 2 7 | Longitude (NAD27) 8 6 . 8 4 7 3 3 | |

| 5. Field (if wildcat, so state) Wildcat | 6. Target Reservoir Smackover |
|---|---|

7. Unit assigned to well: SW/4 ± 160

| 8. Distance from proposed location to nearest unit line* 676' feet | 9. Distance (if less than 5,280 feet) from proposed location to nearest permitted, drilling, or producible well in same reservoir 3405' feet |
|---|---|

| 10. Proposed depth 12,349' MD 12,308TVD | 11. Approximate date work will begin May 2012 | 12. Anticipated depth to base of fresh water (<10,000 mg/L TDS), if known Unknown subsea depth |
|---|---|---|

| 13. Acres assigned to well 160 | 14. Elevation (ground) 310 | 15. Is the well on a unit greater than 160 acres in accordance with the applicable spacing rule? Yes [ ] No [X] (If yes, see no. 16 below) |
|---|---|---|

16. If yes, describe alternate unit in accordance with applicable rule.

| 17. Type bond: Single Well [ ]   Blanket [X] | Amount of bond $100,000.00 | 18. Bonding company and bond number ACSTAR Insurance Company. #F16687 |
|---|---|---|

19. Are the provisions of Rule 400-1-9-.02 or Rule 400-2-8-.04, Operations Involving Hydrogen Sulfide, applicable?   Yes [X]   No [ ]
If yes, a Form OGB-24 shall be filed with this application.

| 20. Person to contact regarding this application Kim Anderson | Phone Number 318-227-8668 |
|---|---|
| | Fax Number 318-227-0012 |
| | E-mail Address kanderson@sklarexploration.com |

Remarks:

Target location 1934' FWL & 1200' FSL of Section 34-T4N-R12E at the top of Smackover Formation.

* Closest distance from proposed wellbore within target reservoir to nearest unit line

Executed this the 8 day of May, 20 12     Signature: Kim Anderson

Kim Anderson

Before me, the undersigned authority, on this day personally appeared _____ known to me to be the person whose name is subscribed to the above instrument, who being by me duly sworn on oath states that he/she is duly authorized to make the above report and that he/she has knowledge of the facts stated therein, and that said report is true and correct.

Subscribed and sworn to before me this 8 day of May, 20 12

SEAL

JULIA P. SMITH, Notary Public
Caddo Parish, Louisiana
My Commission is for Life
#58135

My Commission expires: life

Notary Public in and for Louisiana County: Caddo

ACTION OF STATE OIL AND GAS BOARD

APPROVED BY _____     DATE 5/18/12



RECEIVED

MAY 1 0 2012

STATE OIL AND GAS BOARD
OF ALABAMA

B.H. Location

N 68°46' E. 39.1'

1215' FSL-1973' FWL Sec. 34
1215' FSL-676' FEL UNIT
Bottom Of Smackover
Formation
X=703,909
Y=460,755
LAT. 31.26524'
LON. 86.84739'

DETAIL
N.T.S.

34
T4N   R12E

16573
SKLAR
Bradley 34-8

SW/4
±160 Ac.

1992'
1934'
1620'

657'
716'

B.H. LOCATION:
X=703,928
Y=460,763
LAT. 31.26527'
LON. 86.84733'

Point Of Penetration, Top
Of Smackover Formation
Cedar Creek Land &
Timber 34-14 #1
X=703,870
Y=460,740
LAT. 31.26520'
LON. 86.84752'

S. LOCATION:
Elev. ±310'
X=703,556
Y=460,818
LAT. 31.26487'
LON. 86.84852'

CONECUH COUNTY
ESCAMBIA COUNTY

DRILLING UNIT: SW/4   ±160 Ac.

NOTE:
Coordinates Based On Transverse
Mercator—Alabama West Zone NAD27.

WELL LOCATION
FOR

SKLAR EXPLORATION COMPANY L.L.C.
SECTION 34, T4N – R12E
CONECUH COUNTY, ALABAMA

BY

ENGINEERING SERVICE – MOBILE, ALABAMA

0    1000    2000    3000
SCALE IN FEET

APRIL 13, 2012 REV. 5—2—12

J682/64    12N-5083    SKLAR231    A7613



STATE OIL AND GAS BOARD OF ALABAMA

## Application for Permit to Directionally Drill



16696-B-WI-19-10    01-035 -20267    -00 -01
Permit Number    (To be filled in by Board)    API Number

Form OGB-1B, Rev. 07/13
(File in triplicate)

Drill ☐    Deepen ☐    Recomplete ☐    Sidetrack ☐    Convert ☒    Amend ☐

Name of Operator    Sklar Exploration Company L.L.C.    Date    1/23/19

Address    401 Edwards St. Ste.1601    City    Shreveport    State    LA    Zip    71101

| 1. Well name and number | Cedar Creek Land & Timber 34-14 #1 WI | 2. County Conecuh |
|---|---|---|

| 3. Well Location (proposed surface) | (give footage from nearest section or offshore tract line) 1,083' FSL & 1,620' FWL | | | | | | | | Section-Township-Range or Tract Sec. 34, T. 4 N., R. 12 E. |
|---|---|---|---|---|---|---|---|---|---|
| | Latitude (NAD27) | 3 | 1 | . | 2 | 6 | 4 | 8 | 7 | Longitude (NAD27) | 8 | 6 | . | 8 | 4 | 8 | 5 | 2 |

| 4. Well Location (proposed bottom hole) | (give footage from nearest section or offshore tract lines) 1,194' FSL & 1,978 FWL | | | | | | | | Section-Township-Range or Tract Sec. 34, T. 4 N., R. 12 E. |
|---|---|---|---|---|---|---|---|---|---|
| | Latitude (NAD27) | 3 | 1 | . | 2 | 6 | 5 | 1 | 9 | Longitude (NAD27) | 8 | 6 | . | 8 | 4 | 7 | 3 | 7 |

| 5. Field (If wildcat, so state) Brooklyn | 6. Target Reservoir Smackover |
|---|---|

7. Unit assigned to well  Southwest Brooklyn Oil Unit

| 8. Distance from proposed location to nearest unit line* 14-52´ feet | 9. Distance (if less than 5,280 feet) from proposed location to nearest permitted, drilling, or producible well in same reservoir 1,635 feet |
|---|---|

| 10. Proposed depth 12,325' Already Drilled | 11. Approximate date work will begin February 2019 | 12. Anticipated depth to base of fresh water (<10,000 mg/L TDS), if known -1,472 subsea depth |
|---|---|---|

| 13. Acres assigned to well N/A | 14. Elevation (ground) 310' | 15. Is an alternate unit required in accordance with the applicable spacing rule? | Yes ☐ No ☒ (If yes, see no. 16 below) |
|---|---|---|---|

16. If yes, describe alternate unit in accordance with applicable rule

| 17. Type bond | ☐ Single Well ☒ Blanket | Amount of bond $100,000 | 18. Bonding company and bond number ACSTAR Insurance Company #F16687 |
|---|---|---|---|

19. Are the provisions of Rule 400-1-9-.02 or Rule 400-2-8-.04, Operations Involving Hydrogen Sulfide, applicable?   Yes ☒   No ☐
If yes, a Form OGB-24 shall be filed with this application.

| 20. Person to contact regarding this application    Ken P. Hanby | Phone Number | 205-345-2311 |
|---|---|---|
| | Fax Number | 205-345-2414 |
| | E-mail Address | khanby@ljacge.com |

Remarks: Original Permit #16696-B Cedar Creek Land & Timber 34-14 #1

Unitized per Board order No. 2018-48

BHL is 1,452' from Southwest Brooklyn Oil Unit boundary

*Amend well name to "Cedar Creek Land + Timber 34-14 #1WI"*

* Closest distance from proposed wellbore within target reservoir to nearest unit line

Executed this the 23rd day of January , 20 19    [signature] Ken P. Hanby
Signature

Before me, the undersigned authority, on this day personally appeared _____ known to me to be the person whose name is subscribed to the above instrument, who being by me duly sworn on oath states that he/she is duly authorized to make the above report and that he/she has knowledge of the facts stated therein, and that said report is true and correct.

Subscribed and sworn to before me this 23rd day of January , 20 19    [signature]

SEAL
My commission expires 3/6/19    Notary Public in and for
County, _____

## ACTION OF STATE OIL AND GAS BOARD

APPROVED BY [signature]    DATE 2/19/19



RECEIVED

MAY 1 0 2012

STATE OIL AND GAS BOARD OF ALABAMA

B.H. Location

N 68°46' E 201'

1215' FSL-1973' FNL Sec. 34
1215' FSL-676' FEL UNIT
Bottom Of Smackover
Formation
X=703,909
Y=460,755
LAT. 31.26524'
LON. 86.84739'

DETAIL
N.T.S.

1 18673
SKLAR
Grissly 34-8

34
T4N   R12E

SW/4
±160 Ac.

N 68°46' E 62.6'

1992'

657'

1934'

218'

1620'

B.H. LOCATION:
X=703,922
Y=460,763
LAT. 31.26527'
LON. 86.84733'

Point Of Penetration, Top
Of Smackover Formation
Cedar Creek Land &
Timber 34-14 #1
X=703,920
Y=460,740
LAT. 31.26520'
LON. 86.84752'

S. LOCATION:
Elev. ±310'
X=703,558
Y=460,818
LAT. 31.26487'
LON. 86.84852'

N 68°45' E 326.6'

1062'

1200'

1225'

CONECUH COUNTY
ESCAMBIA COUNTY

DRILLING UNIT: SW/4   ±160 Ac.

NOTE:
Coordinates Based On Transverse
Mercator—Alabama West Zone NAD27.

ALABAMA
PROFESSIONAL
ENGINEERING SERVICE
NO. 20361
PROFESSIONAL

BY
EDGAR RUSSELL NICHOLS JR. P.E.
ALABAMA LICENSE NO. 20361

WELL LOCATION
FOR

SKLAR EXPLORATION COMPANY L.L.C.
SECTION 34, T4N — R12E
CONECUH COUNTY, ALABAMA

BY

ENGINEERING SERVICE — MOBILE, ALABAMA

0   1000   2000   3000
SCALE IN FEET

APRIL 13, 2012 REV. 5—2—12

J082764   12N-5083   SKLAR231   A7613

## EXHIBIT "B"

The Work and the dates on which the Work was furnished are further described in the invoices (the "Invoices") and the related documents (collectively, the "Service Tickets") attached hereto as part of this **Exhibit "B"**.

The Work and the dates on which the Work was furnished are summarized as follows:

| Well Name | Invoice No. | Invoice Date | Invoice Amount | Dates of Furnishing | |
|---|---|---|---|---|---|
| Cedar Creek Land & Timber 4-2 #1 | 20248056 | 1/17/2020 | $1,306.77 | 1/15/2020 | 1/16/2020 |
| Cedar Creek Land & Timber 33-6 #1 | 20250523 | 2/13/2020 | $827.29 | 2/12/2020 | 2/12/2020 |
| Cedar Creek Land & Timber 34-13 #1 WS | 20242579 | 11/12/2019 | $5,618.18 | 11/11/2019 | 11/11/2019 |
| **TOTAL:** | | | **$7,752.24** | | |

*Exhibit "B" to Verified Statement of Lien*
*(GE Oil & Gas/Sklar-Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)*
506529v.1 B075/00713

**EXHIBIT "B"**

**Baker Hughes**

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, . TX 77041
United States

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

# INVOICE

| | |
|---|---|
| **Bill To**<br>SKLAR EXPLORATION COMPANY LLC<br>401 EDWARDS ST STE 1601<br>SUITE 1601<br>SHREVEPORT, LA 71101-5507<br>United States | **Ship To**<br>SKLAR EXPLORATION COMPANY LLC<br>CCL&T 4-2<br>UNINCORPORATED, AL 36432-0000<br>United States |

| **Invoice No.**<br>20248056 | **Invoice Date**<br>17-JAN-2020 |
|---|---|

| | |
|---|---|
| **VAT Registration No.** | **Final Destination**<br>United States |

| **Order No.**<br>20299337<br>**Customer Site No.**<br>027407514<br>**Commercial Terms**<br>GE D&S Ts&Cs (PC Domestic)<br>**IncoTerms**<br>FCA<br>**Pymt. Term**<br>NET 30 | **Order Date**<br>17-JAN-2020<br>**Purchase Order No.**<br>n/a<br>**Quote No.**<br><br>**IncoTerm Named Location**<br>Seller<br>**Shipping Method** |
|---|---|

| **Remit To**<br>**If Check**<br>P.O. Box 911776<br>DALLAS, TX  75391-1776<br>United States | **If Electronic**<br>**Bank Name**<br>Account No.<br>IBAN No.<br>Swift Code<br>Routing No. | JP Morgan Chase<br>bank, New York, NY |
|---|---|---|

**Rig Name**
CCL&T 4-2

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L1131-FS | SERVICE TECHNICIAN- LAND | Field Service Technician: Chandler, Michael<br>Start Date: 16-Jan-2020<br>Bill Through Date: 16-Jan-2020<br>Ticket Number: WO-00752377 | 5 | | EA | N | 93.000 | 450.00 |
| 2 | L1131-FS | SERVICE TECHNICIAN- LAND | Field Service Technician: Chandler, Michael<br>Start Date: 15-Jan-2020<br>Bill Through Date: 15-Jan-2020<br>Ticket Number: WO-00752377 | 2 | | EA | N | 95.000 | 190.00 |
| 3 | H273021-1 | ACTUATOR PART, DIAPHRAGM, D12, NITRILE/NYLON, -20 TO 180F DEG SERVICE TEMPERATURE | | 1 | 1 | EA | Y | 323.370 | 323.37 |
| 4 | L1296N-FS | SERVICE/DELIVERY 4WD - MILAGE<br>NON-TAXABLE | | 108 | | EA | N | 3.000 | 324.00 |

SUBTOTAL:1,287.37

**Tax Summary**

| Tax Name | Tax Rate | |
|---|---|---|
| AL - CONECUH, COUNTY SALES/USE | 2.00% | |
| AL - STATE SALES/USE TAX | 4.00% | |

| **Tax Extended Amount** | |
|---|---|
| | 6.47 |
| | 12.93 |

**Baker Huges Contact:**
Name:      Adams, Duana K
Phone:
eMail:      duana.adams@ge.
com

| | |
|---|---|
| SubTotal | 1,287.37 |
| Tax | 19.40 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 1,306.77 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited



GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

IO US LAU Services Org (A07)
3038 Ellsville Blvd-Hwy 11 S
Laurel, MS  39440

# INVOICE

If paying by electronic funds transfer-a), please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

*20299337*



### GE Oil & Gas Pressure Control, LLC
### Field Service Order

Terms & Conditions Of Sales; Sale of any product or service is conditioned on Customer's agreement to the Terms & Conditions on the reserve side hereof

**FSO:** WO-00752377  **Date:** 01/16/2020  **Branch:** Laurel  **Phone No.:**

**Customer:** SKLAR EXPLORATION COMPANY LLC

**Equipment Description:** VLV

**Work Performed:** Service man to your location...Remove OMNI actuator Valve ....Replace valve assembly with new diaphragm seals

**Block/Field:** CedarCreek  **LSD / Well:** CCL&T 4-2  **County/Parish:**  **State/Province:**  **Contractor / Consultant:**  **Rig:** None  **Elevation:**

**Casing Tubing Data:**  **Size:**  **Weight Per FT.:**  **Grade:**  **Length of String:**

**Casing Tubing Hanger:**  **Hanger:**  **Load on Hanger:**  **Low / Test to Pressure:**  **Low / Test Duration:**  **High / Test to Pressure:**  **High / Test Duration:** **Final Cut:**

| Part | Part No. | Part Description | Billable | Quantity | Unit Price | Line Price |
|------|----------|------------------|----------|----------|------------|------------|
| H273021-1 | H273021-1 | DIAPHRAGM,F/D12,NITRILE/NYLON,-20 TO 180 DEG F. SERVICE, | true | 1 | 323.37 | 323.37 |
| | | | | | **Total Price:** | **$ 323.37** |

| Technician Name | Start Time | End Time | Billable | Hours | Hourly/Daily Rate | Flat Rate | No. of Days | Line Price |
|-----------------|-----------|----------|----------|-------|-------------------|-----------|-------------|------------|
| Michael Chandler | 01/16/2020 4:00 AM | 01/16/2020 9:00 AM | true | 5 | 90.00 | false | | 450.00 |
| Michael Chandler | 01/15/2020 7:30 AM | 01/15/2020 9:30 AM | true | 2 | 95.00 | false | | 190.00 |
| | | | | | | | **Total Price:** | **$ 640.00** |

| Expense | Part No. | Part Description | Billable | Quantity | Unit Price | Line Price |
|---------|----------|------------------|----------|----------|------------|------------|
| Mileage | L1296N-FS | SERVICE/DELIVERY 4WD - MILAGE, Non-Taxable | true | 108 | 3.00 | 324.00 |
| | | | | | **Total Price:** | **$ 324.00** |

### Service Order Subtotal Price: $ 1287.37

**Customer Authorization:**  **Ordered By:** :  :  :  :  :  :

THIS AGREEMENT CONTAINS PROVISIONS RELATIVE TO INDEMNITY, RELEASE OF LIABILITY AND ALLOCATION OF RISK. Authorizing the work and acknowledging that, absent a master or other controlling agreement between parties, and Terms & Condition on the revers hereof shall apply to the work described herin. BY SIGNING THIS DOCUMENT CUSTOMER AGREES THESE TERMS & CONDITIONS ARE THE EXCLUSIVE TERMS & CONDITIONS APPLICABLE TO THIS TRANSACTION.

| GE Technician Signature | Company/Contractor Signature |
|-------------------------|------------------------------|
| *[signature]* | *Per* LAVAUGHN *[signature]* HART |

Customer Order No.:WO-00752377 Customer:SKLAR EXPLORATION COMPANY LLC  Amount:$ 1,287.37

**Survey**

**Safety-**Did the FSE have all appropriate PPE and comply with all site safety protocols during this service job?

**Quality-**Was the FSE qualified to perform the work and was the job done without any quality problems?

**Deliver-**Did the FSE arrive on time with all of the parts and tools needed to complete the job?



GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, . TX 77041
United States

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS  39440

# INVOICE

| Bill To | Ship To | Invoice No. | Invoice Date |
|---|---|---|---|
| SKLAR EXPLORATION COMPANY LLC | SKLAR EXPLORATION COMPANY LLC | 20250523 | 13-FEB-2020 |
| 401 EDWARDS ST STE 1601 | CCL&T 33-6 #1 | | |
| SUITE 1601 | UNINCORPORATED, AL 36429-0000 | | |
| SHREVEPORT, LA 71101-5507 | United States | | |
| United States | | | |

| | | Order No. | Order Date |
|---|---|---|---|
| | | 20302205 | 12-FEB-2020 |
| VAT Registration No. | Final Destination | Customer Site No. | Purchase Order No. |
| | United States | 027407514 | N/A |
| | | Commercial Terms | Quote No. |
| | | GE D&S Ts&Cs (PC Domestic) | |
| | | IncoTerms | IncoTerm Named Location |
| | | FCA | Seller |
| | | Pymt. Term | Shipping Method |
| | | NET 30 | |

Remit To
If Check
P.O. Box 911776
DALLAS, TX  75391-1776
United States

If Electronic
Bank Name      JP Morgan Chase
bank, New York, NY

Account No.
IBAN No.        ██████████
Swift Code
Routing No.

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 10 | L1169-SR | SHOP LABOR - PER/HR | | 4 | | EA | N | 95.000 | 380.00 |
| 20 | L1194 | GREASE/LUBRICATION - PER/VALVE | | 1 | | EA | N | 60.000 | 60.00 |
| 30 | H273021-1 | ACTUATOR PART, DIAPHRAGM, D12, NITRILE/NYLON, -20 TO 180F DEG SERVICE TEMPCRATURE | | 1 | 1 | EA | Y | 323.370 | 323.37 |
| 40 | 387060 | POLYPAK 2 X 1-1/4 X 3/8 POLYMYTE SHELL W/NITRILE EXPANDER PARKER J7501250-24651D53 | | 1 | 1 | EA | Y | 42.000 | 42.00 |

SUBTOTAL:805.37

Tax Summary

| Tax Name | Tax Rate | Tax Extended Amount |
|---|---|---|
| AL - CONECUH, COUNTY SALES/USE | 2.00% | 7.31 |
| AL - STATE SALES/USE TAX | 4.00% | 14.61 |

Baker Huges Contact:
Name:    Thrash, Steven
         Ryan
Phone:
eMail:    Ryan.Thrash@bhge
          .com

| | |
|---|---|
| SubTotal | 805.37 |
| Tax | 21.92 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 827.29 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited.

**If paying by electronic funds transfer-al,** please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox



Baker Hughes, a GE company

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

# Sales Order Acknowledgement
Order No: 20302205

| | | | |
|---|---|---|---|
| Customer No.: | 100005263 | Order Date: | 12-FEB-20 |
| Bill To: | SKLAR EXPLORATION COMPANY LLC | Purchase Order No.: | |
| | 401 EDWARDS ST STE 1601 | Quote No.: | |
| | SUITE 1601 | Payment Terms: | NET 30 |
| | SHREVEPORT, LA 71101-5507 | Commercial Terms: | GE D&S Ts&Cs (PC Domestic) |
| | United States | IncoTerm: | FCA |
| Ship To: | SKLAR EXPLORATION COMPANY LLC | IncoTerm Named Location: | Seller |
| | CCL&T 33-6 #1 | Sales Person: | No Sales Credit |
| | UNINCORPORATED, AL 36429-0000 | Contact: | |
| | United States | | |

Final Destination:    United States

Customer Contact
Name:
Phone:
eMail:

BHGE Contact
Name:    Thrash, Steven Ryan
Phone:
eMail:    Ryan.Thrash@bhge.com

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.

Page 1 of 3                                                                 2/12/2020



Baker Hughes, a GE company

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

# Sales Order Acknowledgement
Order No: 20302205

| Line No. | Item No. | Qty | UOM | Description | Add'l Information | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 10 | L1169-SR | 4 | EA | SHOP LABOR - PER/HR | | 95.00 | 380.00 |
| 20 | L1194 | 1 | EA | GREASE/LUBRICATION - PER/VALVE | | 60.00 | 60.00 |
| 30 | H273021-1 | 1 | EA | ACTUATOR PART, DIAPHRAGM, D12, NITRILE/NYLON, -20 TO 180F DEG SERVICE TEMPERATURE | | 323.37 | 323.37 |
| 40 | 387060 | 1 | EA | POLYPAK,2 X 1-1/4 X 3/8 POLYMYTE SHELL W/NITRILE EXPANDER PARKER 37501250-24651D53 | | 42.00 | 42.00 |

|  |  |
|---|---|
| SubTotal | 805.37 |
| Tax Amount | 0.00 |
| Total(USD) | 805.37 |

BHGE TAX ID      :   76-0382879_1

Name              :

Signature        :

Date             :

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.

# ALTERNATE STRAIGHT BILL OF LADING-SHORT FORM
## Original – Not Negotiable

GE Oil & Gas

Bill of Lading DT № 4137

Order No. _____

Date __2-12-20__

_____ (Name of Carrier)

| ignee SKlar | FROM Shipper: **GE Oil & Gas** |
|---|---|
| l | Street |
| nation          Zip Code | City Laurel    State Ms    Zip Code |

x: CCL+T 33-6

Vehicle No.

| No. ipping Inits | Kind of Packaging, Description of Articles Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|
| 4 | Ws labor to Test, Repair As needed |  |  |  |
|  | + Grease Actuator |  |  | $ 380 00 |
| 1 | H273021-1 Diaphragm    Array |  |  | $ 323 37 |
| 1 | 387060 PolyPaK    Array |  |  | 42 00 |
| 1 | 41194 Grease charge |  |  | 60 00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| T ). TO 3ESS |  | COD    Amt: $ | C.O.D. FEE: PREPAID ☐ COLLECT ☐ $ | TOTAL CHARGES: $ |
|---|---|---|---|---|

a - Where the rate is dependent on value, shippers are d to state specifically in writing the agreed or declared value property.
agreed or declare value of the property is hereby specifi-ated by the shipper to be not exceeding:

_____ per _____

Subject to section 7 of the conditions, if this shipment is to be **delivered** to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment with-out payment of freight and all other charges.

_____ Signature of Consignor

**FREIGHT CHARGES**

CHECK APPROPRIATE BOX:

☐ Freight Prepaid    ☐ Collect

CEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order except as noted its and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this d as meaning any person or corporation in possession of the property under the contract), agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each t any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing cation on the date of shipment.
pper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to be the r and accepted for himself and his assigns.

| PER  **GE Oil & Gas** | CARRIER |
|---|---|
|  | PER                              DATE |

# Baker Hughes

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

# INVOICE

**Bill To**
SKLAR EXPLORATION COMPANY LLC
401 EDWARDS ST STE 1601
SUITE 1601
SHREVEPORT, LA 71101-5507
United States

**Ship To**
SKLAR EXPLORATION COMPANY LLC
CCL&T 34-13 #1 WS
UNINCORPORATED, AL 36429-0000
United States

**Invoice No.**
20242579

**Invoice Date**
12-NOV-2019

**Order No.**
20287517
**Customer Site No.**
027407514
**Commercial Terms**
GE D&S Ts&Cs (PC Domestic)
**IncoTerms**
FCA
**Pymt. Term**
NET 30

**Order Date**
20-SEP-2019
**Purchase Order No.**
CCL&T 34-13 #1 WS FLANGE
**Quote No.**

**IncoTerm Named Location**
Seller
**Shipping Method**

**VAT Registration No.**

**Final Destination**
United States

**Remit To**
If Check
P.O. Box 911776
DALLAS, TX 75391-1776
United States

If Electronic
**Bank Name**       JP Morgan Chase
                    bank, New York, NY
**Account No.**
**IBAN No.**
**Swift Code**
**Routing No.**

| Line No. | Item No. | Description | Add'l Information Serial #: | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 31788B | FLG,COMP,7-1/16 5M X 5-1/2 LC,6A-PU-EE- NL-1 | 20287517-01 | 1 | 1 | EA | Y | 1,179.000 | 1,179.00 |
| 2 | 339749 | NIPPLE,CSG,5-1/2-15.5 LBS~J55 LCSG X PLAIN X 8.9 LG | | 1 | 1 | EA | Y | 884.980 | 884.98 |
| 3 | H300074-10 | RING GASKET, API R-46, OVAL, CARBON STEEL, ZINC PLATED, API MONOGRAM REQUIRED API PSL=(1 4), | | 1 | 1 | EA | Y | 20.000 | 20.00 |
| 4 | NI6-API | NIPPLE, 2 LP X 6 LG, SCH 160, AISI 4130 Q AND T, 60K, C OP C, 6000 PSI MAX WP, PSL: API PSL=(1), | | 2 | 2 | EA | Y | 33.600 | 67.20 |
| 5 | BV2-5 | VLV,BALL,KF,CXH,2 RP 5M THD 2 IN LP CARBON STEEL TRIM W/DELRIN/BUNA-N SEALS PN 6052-11911 | | 2 | 2 | EA | Y | 251.500 | 503.00 |
| 15 | 331061 | STUD W/TWO NUTS, ALL THREAD,PER VGS2A,11, 1.375-8UN-2A, 11.000 LG, STUD MATERIAL PER ASTM A193 GR B7, NUT MATERIAL PER ASTM A194 GR 2H, COATING PLAIN-NOT COATED | | 12 | 12 | EA | Y | 18.000 | 216.00 |
| 25 | H306001-493 | GEN GATE VALVE,NEWAY, 2-9/16 5M X 2-7/8 8RD LIE, API 6A LU DD-NL PSL2 PR2 API MATERIAL=(DD-NL),API PR=(2),API PSL=(2),API TEMP=(L U), | | 2 | 2 | EA | Y | 1,260.000 | 2,520.00 |
| 35 | BPT-7 | BULL PLUG,2-7/8 EU PIN X 1/2 LP X 5.0 LG, 4130 75KSI, LA NACE, | | 1 | 1 | EA | Y | 70.000 | 70.00 |
| 45 | NVS | GAUGE COCK,STRAIGHT FLOW,1/2 LP/NPT MALE X FEMALE, 10M,CS | | 1 | 1 | EA | Y | 50.000 | 50.00 |
| 55 | PGS | PRESSURE GAUGE,0-5000 PSI,DUAL SCALE (PSI/BAR),1/2 MALE NPT BOTTOM CONNECTION,4 TO 4-1/2 OD FACE,75 PCT LIQUID FILLED,SS CASE,CS/LA FITTINGS AND INTERNALS | | 1 | 1 | EA | Y | 108.000 | 108.00 |

SUBTOTAL:5,618.18

 Baker Hughes, a GE company

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS  39440

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

# Sales Order Acknowledgement
Order No: 20287517

| | |
|---|---|
| Customer No.: | 100005263 |
| Bill To: | SKLAR EXPLORATION COMPANY LLC |
| | 401 EDWARDS ST STE 1601 |
| | SUITE 1601 |
| | SHREVEPORT, LA 71101-5507 |
| | United States |

| | |
|---|---|
| Order Date: | 20-SEP-19 |
| Purchase Order No.: | CCL&T 34-13 #1 WS FLANGE |
| Quote No.: | 20287512 |
| Payment Terms: | NET 30 |
| Commercial Terms: | GE D&S Ts&Cs (PC Domestic) |
| IncoTerm: | FCA |
| IncoTerm Named Location: | Seller |
| Sales Person: | No Sales Credit |
| Contact: | |

Ship To:  SKLAR EXPLORATION COMPANY LLC
CCL&T 34-13 #1 WS
UNINCORPORATED, AL 36429-0000
United States

Deliver To:  SKLAR EXPLORATION COMPANY LLC
027407514
401 EDWARDS ST STE 1601
SUITE 1601
SHREVEPORT,LA 71101-5507
US

Final Destination:  United States

Customer Contact
Name:
Phone:
eMail:

BHGE Contact
Name:  Thrash, Steven Ryan
Phone:
eMail:  Ryan.Thrash@bhge.com

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.

Page 1 of 4                                      10/29/2019



Baker Hughes, a GE company

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS  39440

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

# Sales Order Acknowledgement
Order No: 20207517

| Line No. | Item No. | Qty | UOM | Description | Add'l Information | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 1 | 317888 | 1 | EA | FLG,COMP,7-1/16 5M X 5-1/2 LC,6A-PU-EE- NL-1 | | 1,179.00 | 1,179.00 |
| 2 | 339749 | 1 | EA | NIPPLE,CSG,5-1/2-15.5 LBS-J55 LCSG X PLAIN X 8.9 LG | | 884.98 | 884.98 |
| 3 | H300074-10 | 1 | EA | RING GASKET,API R-46,OVAL,CARBON STEEL,ZINC PLATED API MONOGRAM REQUIRED API PSL=(1 4),API PSL=(14) | | 20.00 | 20.00 |
| 4 | NI6-API | 2 | EA | NIPPLE, 2 LP X 6 LG, SCH 160, AISI 4130 Q AND T, 60K, C OF C, 5000 PSI MAX WP, PSL1 API PSL=(1) | | 33.60 | 67.20 |
| 5 | BV2-S | 2 | EA | VLV,BALL,KF,CXH,2 RP 5M THD 2 IN LP CARBON STEEL TRIM W/DELRIN/BUNA-N SEALS PN 5052-11911 | | 251.50 | 503.00 |
| 15 | 331061 | 12 | EA | STUD W/TWO NUTS, ALL THREAD,PER VGS2.4.11, 1.375-8UN-2A, 11.000 LG, STUD MATERIAL PER ASTM A193 GR B7, NUT MATERIAL PER ASTM A194 GR 2H, COATING PLAIN-NOT COATED | | 18.00 | 216.00 |

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.

10/29/2019



Baker Hughes, a GE company

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS  39440

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

# Sales Order Acknowledgement
Order No: 20287517

| Line No. | Item No. | Qty | UOM | Description | Add'l Information | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 25 | H305001-493 | 2 | EA | GEN GATE VALVE,NEWAY, 2-9/16 5M X 2-7/8 BRD UE, API 6A LU DD-NL PSL2 PR2 API MATERIAL=(DD-NL),API PR=(2),API PSL=(2),API TEMP=(L U) | | 1,260.00 | 2,520.00 |
| 35 | BPT-7 | 1 | EA | BULL PLUG,2-7/8 EU PIN X 1/2 LP X 5.0 LG, 4130 75KSI, LA NACE. | | 70.00 | 70.00 |
| 45 | NVS | 1 | EA | GAUGE COCK,STRAIGHT FLOW,1/2 LP/NPT MALE X FEMALE, 10M,CS | | 50.00 | 50.00 |
| 55 | PG5 | 1 | EA | PRESSURE GAUGE,0-5000 PSI,DUAL SCALE (PSI/BAR),1/2 MALE NPT BOTTOM CONNECTION,4 TO 4-1/2 OD FACE,75 PCT LIQUID FILLED,SS CASE,CS/LA FITTINGS AND INTERNALS | | 108.00 | 108.00 |

|  |  |
|---|---|
| SubTotal | 5,618.18 |
| Tax Amount | 0.00 |
| Total(USD) | 5,618.18 |

BHGE TAX ID       :  76-0382879_1
Name              :  Ken Copeland  10/30/19
Signature         :
Date              :

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.

10/29/2019

# BILL OF LADING

| | |
|---|---|
| BOL #: | |
| DATE: | 11-NOV-19 |
| PAGE: | Page 1 of 2 |

| CARRIER: | | CARRIER #: | | MODE OF TRANSPORTATION: | |
|---|---|---|---|---|---|
| AWB #: | | SHIPPED DATE: | 11-NOV-19 | DELIVERY DATE: | |

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery as said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail, or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the attachment thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER (Ship From) | DELIVER TO (If different from CONSIGNEE) |
|---|---|
| 3038 Ellisville Blvd-Hwy 11 S<br><br>Laurel, MS, 39440, US | 401 EDWARDS ST STE 1601<br>SUITE 1601<br><br>SHREVEPORT,LA71101-5507, US |

| CONSIGNEE (Ship To) | SPECIAL INSTRUCTIONS |
|---|---|
| CCL&T 34-13 #1 WS<br><br><br>UNINCORPORATED, AL, 36429-0000, US | |

| CUSTOMER PO #: | CCL&T 34-13 #1 WS FLANGE |
|---|---|
| SALES ORDER/SERVICE REQUEST #: | 20287517 |
| PROJECT #: | |
| RIG / WELL NAME: | |

| ITEM | QTY | UOM | SERIAL | ITEM DESCRIPTION | WEIGHT (LB) | DIMS (IN) | CLASS / NMFC | HM |
|---|---|---|---|---|---|---|---|---|
| 817888 | 1 | EA | 20287517-01 | FLG,COMP,7-1/16 5M X 5-1/2 LC,6A-PU-EE- NL-1 | | | | |
| 339749 | 1 | EA | | NIPPLE,CSG,5-1/2-15.5 LBS-J55 LCSG X PLAIN X 8.9 LG | | | | |
| H300074-10 | 1 | EA | | RING GASKET,API R-46,OVAL,CARBON STEEL,ZINC PLATED<br>API MONOGRAM REQUIRED | | | | |
| NI6-API | 2 | EA | | NIPPLE, 2 LP X 6 LG, SCH 160, AISI 4130 Q AND T, 60K, C OF C, 5000 PSI MAX WP, PSL1 | | | | |
| BV2-5 | 2 | EA | | VLV,BALL,KF,CXH,2 RP 5M THD 2 IN LP CARBON STEEL TRIM W/DELRIN/BUNA-N SEALS PN 5052-11911 | | | | |
| 331061 | 12 | EA | | STUD W/TWO NUTS, ALL THREAD,PER VGS2,4.11, 1.375-8UN-2A, 11.000 LG, STUD MATERIAL PER ASTM A193 GR B7, NUT MATERIAL PER ASTM A194 GR 2H, COATING PLAIN-NOT COATED | | | | |
| H306001-493 | 2 | EA | | GEN GATE VALVE,NEWAY, 2-9/16 5M X 2-7/8 8RD UE, API 6A LU DD-NL PSL2 PR2 | | | | |

| | | | |
|---|---|---|---|
| BPT-7 | 1 | EA | BULL PLUG,2-7/8 EU PIN X 1/2 LP X 5.0 LG, 4130 75KSI, LA NACE. |
| NVS | 1 | EA | GAUGE COCK,STRAIGHT FLOW,1/2 LP/NPT MALE X FEMALE, 10M,CS |
| PGS | 1 | EA | PRESSURE GAUGE,0-5000 PSI,DUAL SCALE (PSI/BAR),1/2 MALE NPT BOTTOM CONNECTION,4 TO 4-1/2 OD FACE,75 PCT LIQUID FILLED,SS CASE,CS/LA FITTINGS AND INTERNALS |

| TOTAL # PACKAGES: | TOTAL WEIGHT: | DOT HAZMAT REG. #: |
|---|---|---|
| | | |

MARK 'X' IN THE HM COLUMN TO DESIGNATE HAZARDOUS MATERIALS AS DEFINED IN DOT REGULATIONS

| PLACARDS REQUIRED | | EMERGENCY RESPONSE | |
|---|---|---|---|
| SUPPLIED BY DRIVER: | | CONTACT: | |
| CARRIER / DRIVER: | | NUMBER: | |

| | | | |
|---|---|---|---|
| SHIPPER NAME: | | RECEIVED BY: | |
| SIGNATURE: | | CARRIER DRIVER NAME: | |
| DATE: | | CARRIER DATE: | |
| DISCLAIMER: | | CARRIER SIGNATURE: | |

Export Clause –

"These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end- user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations."

## EXHIBIT "C"

The Southwest Brooklyn Oil Unit is that field-wide unit created by the Order issued by The State Oil and Gas Board of Alabama, In Re: Order No. 2018-48, Docket Nos. 4-4-18-01, 4-4-18-02, 4-4-18-03, 4-4-18-04. 4-4-18-05, 4-4-18-06, 4-4-18-07, 4-4-18-08.

The Southwest Brooklyn Oil Unit is further described in the following pages of this **Exhibit "C"**.

# EXHIBIT "C"

Exhibit "D" to Order No. 2018-48

Unit Plat



B:2020 P:829
Lien
6/11/2020 9:54:51 AM
Page:1 of 36

Stephen Flemming
Conecuh County, Alabama

## VERIFIED STATEMENT OF LIEN

5.00 Indexing Fee
3.00 FirstPage Fee
105.00 AddlPages Fee
25.00 AddlNames Fee
Total Fees: $138.00

| | | |
|---|---|---|
| STATE OF ALABAMA | § | |
| | § | |
| COUNTIES OF CONECUH | § | |
| AND ESCAMBIA | | |

GE OIL & GAS PRESSURE CONTROL LP, a Texas limited partnership, ("Claimant") files this statement in writing, verified by the oath of CHRISTOPHER J. RYAN, Manager of Collections of BAKER HUGHES OILFIELD OPERATIONS LLC, a California limited liability company, Authorized Agent of GE OIL & GAS PRESSURE CONTROL LP, a Texas limited partnership, who has personal knowledge of the facts herein set forth below:

That Claimant claims a lien (the "Lien") upon the "Property" (herein defined), to the extent of the interest therein, legal and/or equitable, fee and/or leasehold, of the "Working Interest Owners" (herein defined), to the extent provided herein.

The Property includes:

the land (the "Land") situated in Conecuh County, State of Alabama, further described in the attached **Exhibits "A", "B", and "C"**, including all improvements and appurtenances thereto;

all mineral leasehold estates with respect to minerals located in, on, or under the Land (the "Leasehold Estates"), including the leases (the "Leases") associated with the "Wells" (herein defined), including all field wide units in which the Wells are located, and such production unit in which any one or more of the Wells is located, including all improvements and appurtenances to the Land, and/or the Wells, and including the right to the use of the surface of the Land, and the right to extract minerals located in, on, or under the Land;

all easements to and/or from the Land (the "Easements"), including, but not necessarily limited to, those easements described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

*Verified Statement of Lien*
*(GE Oil & Gas/Sklar-Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)*
506529v.1 B075/00713                   1

all licenses and permits pertaining to the Land and/or the Wells, including, but not necessarily limited to, those permits and/or licenses described in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**;

all wells (the "Wells", whether one or more) used in connection with operations conducted in, on, under, or about the Land, including the overall operation of the Wells, such Wells including, but not necessarily limited to: those wells identified in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**;

all other property and/or property rights pertaining to the use and/or operation of the Land and/or the Wells, including, but not necessarily limited to, those properties and/or property rights described in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**; and,

such additional property as provided by the laws of the State of Alabama, including, but not necessarily limited to, Alabama Code §35-11-210, et seq.

This Lien is claimed, separately, severally, and jointly, as to the Land, the Leasehold Estates, the Wells, the buildings and improvements in, on, under, or about the Land, the Leasehold Estates, and/or the Wells, and all rights and appurtenances pertaining to any or all of the foregoing.

That said Lien is claimed to secure an indebtedness of **Seven Thousand Seven Hundred Fifty-Two and 24/100 Dollars ($7,752.24)** with interest as may be allowed under the laws of the State of Alabama from the respective dates of the furnishing of the services, material and/or equipment (collectively, the "Work") giving rise to the Lien claimed herein, which Work and the dates of furnishing are further described in the attached **Exhibit "B"**.

The first of the Work was provided on **November 11, 2019**. The last of the Work was provided on **February 12, 2020**. (See, also, the attached **Exhibit "B"**.)

The Working Interest Owners, who are the owners or proprietors of said Property, and their respective addresses, are:

Sklarco, LLC
401 Edwards St.,

Suite 1601
Shreveport, LA 71101

*Verified Statement of Lien*
*(GE Oil & Gas/Sklar-Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)*
506529v.1 B075/00713                    2

Sklarco, LLC
c/o C T Corporation
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

Hughes Oil Inc.
Mirror Lake Office Plaza
2829 Lakeland Dr., Suite 1670
Flowood, MS 39232

The Rudman Partnership, Ltd.
c/o W. R. Sibley III, Registered Agent
1700 Pacific Avenue, Suite 4700
Dallas, TX 75204

Hanson Operating Company, Inc.
P.O. Box 1515
Roswell, NM 88202-1515

Hanson Operating Company, Inc.
c/o Ray Willis, Registered Agent
400 N. Pennsylvania, Suite 1200
Roswell, NM 88201

Craft Exploration Company, LLC
PO Box 2430
Madison, MS 39130

Craft Exploration Company, LLC
c/o Julie Den Herder, Registered Agent
125 Bradshaw Crossing
Canton, MS 39046

Craft Exploration Company, LLC
325 Lakeshire Pkwy
Canton, MS 39046

J & A Harris, LP
3141 Hood Street, Suite 520
Dallas, TX 75219

J & A Harris, LP
c/o Angela Harris
333 Texas Street, Suite 1414
Shrevepot, LA 71101-3679

JF Howell Interests, LP
Attn: James David Morgan, Manager
416 Travis Street, Suite 700
Shreveport, LA 71101

JF Howell Interests, LP
350 N. St. Paul Street, Suite 2900
Dallas, TX 75201

JF Howell Interests, LP
c/o J. Benjamin Warren, Jr.
Registered Agent
401 Edwards St., Suite 2010
Shreveport, LA 71101

JJS Interests Escambia, LLC
4295 San Felipe, Suite 207
Houston, TX 77027

JJS Interests Escambia, LLC
c/o Justin Simons, Registered Agent
2001 Kirby Dr., Suite 1110
Houston, TX 77019

Tauber Exploration & Production Co.
c/o Richard E. Tauber,
Registered Agent
55 Waugh Drive, Suite 600
Houston, TX 77007

Kudzu Oil Properties, LLC
c/o Wirt A. Yerger, III, Registered Agent
300 Concourse Blvd., Suite 101
Ridgeland, MS 39157

506529v.1 B075/00713 (GE Oil & Gas/Sklar – Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)

KMR Investments LLC
P.O. Box 417
Homer, LA 71040

KMR Investments LLC
c/o James Michael Hays
Registered Agent
209 Sam Baird Rd.
Homer, LA 71040

Hughes 2000 CT LLC
Mirror Lake Office Plaza
2829 Lakeland Dr., Suite 1670
Flowood, MS 39232

Hughes 2000 CT LLC
c/o Stanley Lee Kyner
Registered Agent
304 Thorngate Drive
Brandon, MS 39042

McCombs Energy, Ltd.
5599 San Felipe, Suite 1200
Houston, TX 77056

McCombs Energy, Ltd.
c/o Gary V. Woods
Registered Agent
755 East Mulberry, Suite 600
San Antonio, TX 78212

Marksco, L.L.C.
c/o Mark Sealy, Registered Agent
333 Texas Street, Suite 1050
Shreveport, LA 71101

Franks Exploration Co., LLC
c/o Faith N. Gilbert
Registered Agent
1312 N. Hearne Ave.

Shreveport, LA 71107-6516

Tiembo Ltd.
Attn: Mark Rauch
PO Box 270415
Houston, TX 77277-0415

Tiembo Ltd.
c/o Gary S. Glesby, Registered Agent
3040 Post Oak Blvd., 13th Fl.
Houston, TX 77056

Pickens Financial Group, LLC
8499 Greenville Avenue, Suite 105
Dallas, TX 75231-2417

Pickens Financial Group, LLC
c/o Pickens Energy Corporation, Reg. Agent
10100 N. Central Expressway
Suite 200
Dallas, TX 75231-4159

Bundero Investment Company, L.L.C.
c/o Malcolm S. Murchison, Reg. Agent
401 Edwards Street, Suite 820
Shreveport, LA 71101

Bundero Investment Company, L.L.C.
333 Texas St., Ste 300
Shreveport, LA 71101

Fant Energy Limited
5800 Westview Drive
Houston, TX 77055

Fant Energy Limited
PO Box 55205
Houston, TX 77255

506529v.1 B075/00713 (GE Oil & Gas/Sklar – Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)

Fant Energy Limited
1322 N. Post Oak Rd.
Houston, TX 77055

Fant Energy Limited
c/o Capitol Corporate Services, Inc.
206 E. 9th St., Suite 1300
Austin, TX 78701

Fletcher Exploration, LLC
P.O. Box 2147
Fairhope, AL 36533

Dickson Oil & Gas, LLC
307 Deborah Drive
Shreveport, LA 71106

Dickson Oil & Gas, LLC
PO Box 52479
Shreveport, LA 71135

Dickson Oil & Gas, LLC
c/o Michael E. Riddick
Registered Agent
333 Texas St., Suite 700
Shreveport, LA 71101

Resource Ventures, LLC
Attn: Mark A. Arnold
7112 W. Jefferson Ave., Suite 106
Lakewood, CO 80235

Resource Ventures, LLC
Attn: Mark A. Arnold
8369 South Park Lane, Suite B
Littleton, CO 80120

Resource Ventures LLC
c/o Steven Swanson
Registered Agent
5720 S. Benton Circle

Littleton, CO 80123

Landmark Exploration, LLC
PO Box 12004
Jackson, MS 39236

Landmark Exploration, LLC
c/o Michael E. Johnson
Registered Agent
113 Park Circle Drive
Flowood, MS 39332

DBC Resources, LP
P.O. Box 191407
Dallas, TX 75219-1407

DBC Resources, LP
4242 Lomo Alto, Apt. #30
Dallas, TX 75219

DBC Resources, LP
c/o Donald L. Clark
Registered Agent
4428 Windsor Parkway
Dallas, TX 75205

DCOD LLC
16250 Dallas North Parkway
Dallas, TX 75248

DCOD, LLC
c/o Dale Clark, Registered Agent
16390 Addison Rd.
Addison, TX 75001

FPCC USA, Inc.
445 Louisiana Ave.
Baton Rouge, LA 70802

FPCC USA, Inc.
c/o Corporation Service Company
Registered Agent
501 Louisiana Avenue
Baton Rouge, LA 70802

Claimant furnished the Work to **Sklar Exploration Company, LLC, a Louisiana limited liability company**, ("Sklar Exploration"), who was the operator of the Wells. **Sklarco, LLC, a Louisiana limited liability company**, ("Sklarco") holds a working interest in the Property. Sklar Exploration and Sklarco are related entities. In that regard, to the extent of Sklarco's ownership interest in the Property, Sklar Exploration was the agent of Sklarco. As such Claimant furnished its Work on the Property, and asserts the Lien, as a direct contractor to Sklarco, and asserts the Lien both as to Sklar Exploration's ownership and operating interest in and to the Property, and as to Sklarco's ownership interest in and to the Property.

Further, to the extent Sklar Exploration was acting as the agent of any of the other Working Interest Owners, Claimant furnished its work on the Property, and asserts the Lien, as a direct contractor to such Working Interest Owners and, to that extent, asserts the Lien against the interest in the Property held by such other Working Interest Owners.

Without waiving the foregoing, to the extent Sklar Exploration was acting as a contractor to a Working Interest Owner, and not as its agent, Claimant furnished its work on the Property, and asserts the Lien, as a subcontractor to Sklar Exploration, against the interest in the Property held by such Working Interest Owner.

Christopher J. Ryan, Manager of Collections of Baker Hughes Oilfield Operations LLC, a California limited liability company, Authorized Agent of GE Oil & Gas Pressure Control LP, a Texas limited partnership

506529v.1 B075/00713 (GE Oil & Gas/Sklar – Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)

Before me, William R Sudela , a Notary Public in and for the State of Texas, personally appeared Christopher J. Ryan, who being duly sworn, doth depose and say: that he has personal knowledge of the facts set forth in the foregoing Verified Statement of Lien, and that the same are true and correct to the best of his knowledge and belief.

_____
Christopher J. Ryan, Affiant

Subscribed and sworn to before me on this the 8th day of June, 2020, by said Affiant, Christopher J. Ryan.

_____
Notary Public, State of Texas

> WILLIAM R. SUDELA
> My Notary ID # 3446989
> Expires June 20, 2022

506529v.1 B075/00713 (GE Oil & Gas/Sklar – Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)

## EXHIBIT "A"

The Property and property rights covered by the Lien include, without limitation, the property described below and in the following pages of this **Exhibit "A"**, and the property described in the remainder of this Verified Statement of Lien, including this **Exhibits "A", "B", and "C"**.

The Property includes those wells described in **Exhibits "B" and "C"** to this Verified Statement of Lien (the "Wells"), and all of the wells included in the units in which either of the Wells is located. The Property also includes all of the leases associated with any one or more of these Wells (the "Leases").

The Wells are located in the field wide unit commonly known as the Southwest Brooklyn Oil Unit located in Conecuh and Escambia Counties, Alabama (the "Unit"). The Unit is further described in **Exhibit "C"** to this Verified Statement of Lien.

The Wells are located in the following production units:

| | |
|---|---|
| **Well Name:** | Cedar Creek Land & Timber 4-2 #1 |
| **API No.:** | 01-053-20631-00-00 |
| **Location:** | 2240' FEL & 856' FNL of Section 4, Township 3 North, Range 12 East, Escambia County, Alabama. |
| **Unit:** | A 160.0 acre unit, described as NE 1/4 of Section 4, Township 3 North, Range 12 East. |
| | |
| **Well Name:** | Cedar Creek Land & Timber 33-6 #1 |
| **API No.:** | 01-035-20264-00-00 |
| **Location:** | 1923' FWL & 1800' FNL of Section 33, Township 4 North, Range 12 East, Conecuh County, Alabama. |
| **Unit:** | A 160.0 acre unit, described as NW 1/4 of Section 33 Township 4 North, Range 12 East. |

*Exhibit "A" to Verified Statement of Lien*
*(GE Oil & Gas/Sklar- Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)*
506529v.1 B075/00713

## EXHIBIT "A"

| | |
|---|---|
| **Well Name:** | Cedar Creek Land & Timber 34-14 #1 WI |
| **API No.:** | 01-035-20267-00-01 |
| **Location:** | 1083' FSL & 1620' FWL of Section 34, Township 4 North, Range 12 East, Conecuh County, Alabama. |
| **Unit:** | A 160.0 acre unit, described as SW 1/4 of Section 34 Township 4 North, Range 12 East. |

The Property includes the following Leases:

**LEASES:** Cedar Creek Land & Timber 33-6 #1

Memorandum of Oil & Gas Lease, dated September 21, 2009, from Cedar Creek Land & Timber Inc., as Lessor, to Sklarco, LLC, as Lessee, recorded in Book 2009, Page 4872 of the Records of Conecuh County, Alabama.

**LEASES:** Cedar Creek Land & Timber 4-2 #1

Memorandum of Oil & Gas Lease, dated September 21, 2009, from Cedar Creek Land & Timber Inc., as Lessor, to Sklar Exploration Company, LLC, as Lessee, recorded in Book 2009, Page 4872 of the Records of Escambia County, Alabama.

**LEASES:** Cedar Creek Land & Timber 34-14 #1

Memorandum of Oil & Gas Lease, dated September 21, 2009, from Cedar Creek Land & Timber Inc., as Lessor, to Sklarco, LLC, as Lessee, recorded in Book 2009, Page 4872 of the Records of Conecuh County, Alabama.

## EXHIBIT "A"



STATE OIL AND GAS BOARD OF ALABAMA

**Application for Permit to Drill, Deepen, Recomplete, Convert, or Amend**

Permit Number: 16685    API Number: 01 . 035 . 20264 . 00 . 00

Form OGB-1, Rev. 01/12

☐ Drill ☒ Deepen ☐ Recomplete ☐ Convert ☐ Amend

Name of Operator: Sklar Exploration Company L.L.C.    Date: 4/24/12

Address: 401 Edwards St. Ste. 1601    City: Shreveport    State: LA    Zip: 71101

1. Well name and number: Cedar Creek Land & Timber 33-0 #1    2. County: Conecuh

3. Well Location: (give footage from nearest section or offshore tract lines)
1923' FWL & 1800' FNL    Section-Township-Range or Tract Sec.33-T4N-R12E

Latitude (NAD27): 3 1 . 2 7 1 3 8    Longitude (NAD27): 8 6 . 8 6 . 4 6 1

4. Field (if wildcat, so state): Wildcat    5. Target Reservoir: Smackover

6. Unit assigned to well: NW/4 ± 160 Ac.

7. Distance from proposed location to nearest unit line: 747' feet

8. Distance (if less than 5,280 feet) from proposed location to nearest permitted drilling, or producible well in same reservoir: 1886' feet

9. Proposed depth: 12,300'    10. Approximate date work will begin: May 2012

11. Anticipated depth to base of fresh water (±10,000 mg/L TDS), if known: Unknown    subsea depth

12. Acres Assigned to well: 160    13. Elevation (ground): 260'    14. Is the well on a unit greater than 160 acres in accordance with applicable spacing rule? Yes ☐ No ☒ (if yes, see no. 15 below)

15. If yes, describe alternate unit in accordance with applicable rule:

16. Type: ☐ Single Well ☒ Blanket    Amount of bond: $100,000.00    17. Bonding company and bond number: ACSTAR Insurance Company #F10007

18. Are the provisions of Rule 400-1-6-.03 or Rule 400-2-8-.04, Operations Involving Hydrogen Sulfide, applicable? Yes ☒ No ☐
If yes, a Form OGB-3f shall be filed with this application.

19. Person to contact regarding this application: Kim Anderson, Cory Ezelle    Phone Number: 318-227-9658    Fax Number: 318-227-0012    E-mail Address: kanderson@sklarexploration.com

Remarks:

RECEIVED
APR 26 2012
STATE OIL AND GAS BOARD
OF ALABAMA

Executed this 24 day of April, 20 12

_____ Kim Anderson

Signature

Subscribed and sworn to before me this 24 day of April, 20 12

SEAL    _____ Betty M. McLeese, Notary Public · 3620    County: Caddo    State: Louisiana

My Commission expires: My Commission is for Life

**ACTION OF STATE OIL AND GAS BOARD**

APPROVED BY _____    DATE 5/8/12

*Exhibit "A" to Verified Statement of Lien*
*(GE Oil & Gas/Sklar- Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)*
506529v.1 B075/00713

## EXHIBIT "A"



*Exhibit "A" to Verified Statement of Lien*
*(GE Oil & Gas/Sklar- Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)*
506529v.1 B075/00713

## EXHIBIT "A"

STATE OIL AND GAS BOARD OF ALABAMA

Aug 0 3 2012

Application for Permit to Directionally Drill

Permit Number 16729-B

API Number 01-053-20631-00-00

Form OGB-1B, Rev. 01/12
(File in triplicate)

Drill ☒  Deepen ☐  Sidetrack ☐  Convert ☐  Amend ☐

Name of Operator: Sklar Exploration Company L.L.C.    Date: 8-8-12

Address: 401 Edwards St. Ste. 1601    City: Shreveport    State: LA    Zip: 71101

| 1. Well name and number | Cedar Creek Land & Timber 4-2 #1 | 2. County: Escambia |
|---|---|---|

| 3. Well Location (proposed surface) | Give footage from nearest section or offshore tract line 2240' FEL & 866' FNL | Section-Township-Range or Tract 4-T3N-R12E |
|---|---|---|
| | Latitude (NAD27) 3 1 . 2 5 0 4 6 | Longitude (NAD27) 8 6 . 8 6 0 5 0 |
| 4. Well Location (proposed bottom hole) | Give footage from nearest section or offshore tract line 1800' FEL & 671' FNL | Section-Township-Range or Tract 4-T3N-R12E |
| | Latitude (NAD27) 3 1 . 2 5 9 0 6 | Longitude (NAD27) 8 6 . 8 5 9 7 6 |

| 5. Field (if wildcat, so state) | Wildcat | 6. Target Reservoir | Smackover |
|---|---|---|---|

7. Unit assigned to well  NE/4 ± 160

| 8. Distance from proposed location to nearest unit line* 671 feet | 9. Distance (if less than 2,250 feet) from proposed location to nearest permitted, drilling, or producing well in same reservoir 2490' feet |
|---|---|

| 10. Proposed depth 12,400' MD 12,300' TVD | 11. Approximate date work will begin August 2012 | 12. Anticipated depth to base of fresh water (410,000 mg/L TDS), if known Unknown  subsea depth |
|---|---|---|

| 13. Acres assigned to well 160 | 14. Elevation (ground) 280 | 15. Is the well on a unit greater than 160 acres in accordance with the applicable spacing rule? Yes ☐  No ☒  (if yes, see no. 16 below) |
|---|---|---|

16. If yes, describe alternate unit in accordance with applicable rule

| 17. Type bond  Single Well ☐  Blanket ☒ | Amount of bond $100,000.00 | 18. Bonding company and bond number ACSTAR Insurance Company  #F16887 |
|---|---|---|

18. Are the provisions of Rule 400-1-9- 02 or Rule 400-2-8- 04, Operations Involving Hydrogen Sulfide, applicable?  Yes ☒  No ☐
If yes, a Form OGB-24 shall be filed with this application

| 20. Person to contact regarding this application | Kim Anderson | Phone Number 318-227-8608 |
|---|---|---|
| | | Fax Number 318-227-0012 |
| | | E-mail Address kanderson@sklarexploration.com |

Remarks:

Target location 1840' FEL & 700' FNL of Section 4-T3N-R12E at the top of Smackover Formation.

* Closest distance from proposed wellbore within target reservoir to nearest unit line

Executed this the 8 day of August , 20 12

Signature: Kim Anderson

Before me, the undersigned authority, on this day personally appeared Kim Anderson known to me to be the person whose name is subscribed to the above instrument, who being by me duly sworn on oath states that he/she is duly authorized to make this above report and that he/she has knowledge of the facts stated therein, and that said report is true and correct.

Subscribed and sworn to before me this 8 day of August , 20 12

SEAL: JULIA P. SMITH, Notary Public Caddo Parish, Louisiana My Commission is for Life

My commission expires: life

Notary Public in and for Caddo County, Louisiana

ACTION OF STATE OIL AND GAS BOARD

APPROVED BY _____    DATE 8/13/12

---

*Exhibit "A" to Verified Statement of Lien*
*(GE Oil & Gas/Sklar- Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)*
506529v.1 B075/00713

## EXHIBIT "A"



*Exhibit "A" to Verified Statement of Lien*
*(GE Oil & Gas/Sklar- Southwest Brooklyn Oil Unit, Conecuh and Escambia Counties, AL)*
506529v.1 B075/00713

RECEIVED
MAY 10 2012
STATE OIL AND GAS BOARD
OF ALABAMA

STATE OIL AND GAS BOARD OF ALABAMA



**Application for Permit to Directionally Drill**



Permit Number: 16696-B

(To be filled in by Board)

01. 035. 20267 - 00 - 00

API Number

Form OGB-1B, Rev 01/12
(File in triplicate)

Drill ☒   Deepen ☐   Sidetrack ☐   Convert ☐   Amend ☐

| | | | |
|---|---|---|---|
| Name of Operator | Sklar Exploration Company L.L.C. | Date | 5-8-12 |
| Address | 401 Edwards St. Ste. 1601    City Shreveport    State LA    Zip 71101 | | |

| | | | |
|---|---|---|---|
| 1. Well name and number | Cedar Creek Land & Timber 34-14 #1 | 2. County | Conecuh |

| | | | |
|---|---|---|---|
| 3. Well Location (proposed surface) | (give footage from nearest section or offshore tract line) 1620' FWL & 1083 FSL | | Section-Township-Range or Tract 34-T4N-R12E |
| | Latitude (NAD27) 3 1 . 2 6 4 8 7 | | Longitude (NAD27) 8 6 . 8 4 8 5 2 |
| 4. Well Location (proposed bottom hole) | (give footage from nearest section or offshore tract lines) 1992' FWL & 1222' FSL | | Section-Township-Range or Tract 34-T4N-R12E |
| | Latitude (NAD27) 3 1 . 2 6 5 2 7 | | Longitude (NAD27) 8 6 . 8 4 7 3 3 |

| | | | |
|---|---|---|---|
| 5. Field (if wildcat, so state) | Wildcat | 6. Target Reservoir | Smackover |

| | |
|---|---|
| 7. Unit assigned to well | SW/4 ± 160 |

| | | | |
|---|---|---|---|
| 8. Distance from proposed location to nearest unit line* | 676' feet | 9. Distance (if less than 5,280 feet) from proposed location to nearest permitted, drilling, or producible well in same reservoir | 3405' feet |
| 10. Proposed depth 12,349' MD 12,308TVD | 11. Approximate date work will begin May 2012 | 12. Anticipated depth to base of fresh water (<10,000 mg/L TDS), if known | Unknown subsea depth |
| 13. Acres assigned to well 160 | 14. Elevation (ground) 310 | 15. Is the well on a unit greater than 160 acres in accordance with the applicable spacing rule? | Yes ☐ No ☒ (if yes, see no. 16 below) |

16. If yes, describe alternate unit in accordance with applicable rule

| | | | |
|---|---|---|---|
| 17. Type bond | Single Well ☐   Blanket ☒ | Amount of bond $100,000.00 | 18. Bonding company and bond number ACSTAR Insurance Company. #F16687 |

19. Are the provisions of Rule 400-1-9-.02 or Rule 400-2-8-.04, Operations involving Hydrogen Sulfide, applicable?   Yes ☒   No ☐
If yes, a Form OGB-24 shall be filed with this application.

| | | | |
|---|---|---|---|
| 20. Person to contact regarding this application | Kim Anderson | Phone Number | 318-227-8668 |
| | | Fax Number | 318-227-9012 |
| | | E-mail Address | kanderson@sklarexploration.com |

Remarks:

Target location 1934' FWL & 1200' FSL of Section 34-T4N-R12E at the top of Smackover Formation.

* Closest distance from proposed wellbore within target reservoir to nearest unit line

Executed this the 8 day of May , 20 12

Signature _____
Kim Anderson

Before me, the undersigned authority, on this day personally appeared _____ known to me to be the person whose name is subscribed to the above instrument, who being by me duly sworn on oath states that he/she is duly authorized to make the above report and that he/she has knowledge of the facts stated therein, and that said report is true and correct.

Subscribed and sworn to before me this 8 day of May , 20 12

JULIA P. SMITH, Notary Public
Caddo Parish, Louisiana
My Commission is for Life
# 58135

life

SEAL
My commission expires

Notary Public in and for _____ Louisiana
County, Caddo

**ACTION OF STATE OIL AND GAS BOARD**

APPROVED BY _____   DATE 5/18/12



RECEIVED

MAY 10 2012

STATE OIL AND GAS BOARD OF ALABAMA

B.H. Location

N 65°46' E 29.1'

1215' FSL-1973' FWL Sec. 34
1215' FSL-676' FEL UNIT
Bottom Of Smackover
Formation
X=703,909
Y=460,755
LAT. 31.26524'
LON. 86.84739'

DETAIL
N.T.S.

34
T4N R12E

SW/4
±160 Ac.

1992'

1834'
1670'

S. LOCATION:
Elev. ±310'
X=703,556
Y=460,618
LAT. 31.26487'
LON. 86.84652'

18073
SKLAR
Goody 34-9

B.H. LOCATION:
X=703,928
Y=460,763
LAT. 31.26527'
LON. 86.84735'

Point Of Penetration, Top
Of Smackover Formation
Cedar Creek Land &
Timber 34-14 #1
X=703,870
Y=460,740
LAT. 31.26520'
LON. 86.84752'

CONECUH COUNTY
ESCAMBIA COUNTY

N

DRILLING. UNIT: SW/4 ±160 Ac.

NOTE:
Coordinates Based On Transverse
Mercator—Alabama West Zone NAD27.

CERTIFIED ALABAMA
ENGINEERING SERVICE

NO. 20361
PROFESSIONAL

EDGAR RUSSELL VICTOR LEWIS
ALABAMA LICENSE NO. 20361

WELL LOCATION
FOR

SKLAR EXPLORATION COMPANY L.L.C.
SECTION 34, T4N — R12E
CONECUH COUNTY, ALABAMA

BY

ENGINEERING SERVICE — MOBILE, ALABAMA

0    1000    2000    3000

SCALE IN FEET

APRIL 13, 2012 REV. 5—2—12

3682/64    12N-5083    SKLAR231    A7613

# STATE OIL AND GAS BOARD OF ALABAMA

## Application for Permit to Directionally Drill





16696-B-WI-19-10

| Permit Number | 01-035 -20267 -00 -01 |
|---|---|
| (To be filled in by Board) | API Number |

**Form OGB-1B,** Rev. 07/13
**(File in triplicate)**

Drill ☐   Deepen ☐   Recomplete ☐   Sidetrack ☐   Convert ☒   Amend ☐

Name of Operator  Sklar Exploration Company L.L.C.          Date  1/23/19

Address  401 Edwards St. Ste.1601   City  Shreveport   State  LA   Zip  71101

| 1. Well name and number   Cedar Creek Land & Timber 34-14 #1 WI | 2. County  Conecuh |
|---|---|

| 3. **Well Location** (proposed surface) | (give footage from nearest section or offshore tract line)  1,083' FSL & 1,620' FWL | Section-Township-Range or Tract  Sec. 34, T. 4 N., R. 12 E. |
|---|---|---|

Latitude (NAD27)  3 1 . 2 6 4 8 7    Longitude (NAD27)  8 6 . 8 4 8 5 2

| 4. **Well Location** (proposed bottom hole) | (give footage from nearest section or offshore tract lines)  1,194' FSL & 1,978 FWL | Section-Township-Range or Tract  Sec. 34, T. 4 N., R. 12 E. |
|---|---|---|

Latitude (NAD27)  3 1 . 2 6 5 1 9    Longitude (NAD27)  8 6 . 8 4 7 3 7

| 5. Field (if wildcat, so state)  Brooklyn | 6. Target Reservoir  Smackover |
|---|---|

7. Unit assigned to well  Southwest Brooklyn Oil Unit

| 8. Distance from proposed location to nearest unit line*  1452' feet | 9. Distance (if less than 5,280 feet) from proposed location to nearest permitted, drilling, or producible well in same reservoir  1,635 feet |
|---|---|

| 10. Proposed depth  12,325' Already Drilled | 11. Approximate date work will begin  February 2019 | 12. Anticipated depth to base of fresh water (<10,000 mg/L TDS), if known  -1,472 subsea depth |
|---|---|---|

| 13. Acres assigned to well  N/A | 14. Elevation (ground)  310' | 15. Is an alternate unit required in accordance with the applicable spacing rule?  Yes ☐  No ☒  (If yes, see no. 16 below) |
|---|---|---|

16. If yes, describe alternate unit in accordance with applicable rule

| 17. Type  ☐ Single Well  ☒ Blanket  bond | Amount of bond  $100,000 | 18. Bonding company and bond number  ACSTAR Insurance Company #F16687 |
|---|---|---|

19. Are the provisions of Rule 400-1-9-.02 or Rule 400-2-8-.04, Operations Involving Hydrogen Sulfide, applicable?   Yes ☒   No ☐
If yes, a Form OGB-24 shall be filed with this application.

| 20. Person to contact regarding this application  Ken P. Hanby | Phone Number  205-345-2311 |
|---|---|
| | Fax Number  205-345-2414 |
| | E-mail Address  khanby@tjaoge.com |

Remarks:  Original Permit #16696-B Cedar Creek Land & Timber 34-14 #1

Unitized per Board order No. 2018-48

BHL is 1,452' from Southwest Brooklyn Oil Unit boundary

Amend well name to "Cedar Creek Land + Timber 34-14 #1 WI"

\* Closest distance from proposed wellbore within target reservoir to nearest unit line

Executed this the  23rd  day of  January  , 20 19          Signature

Ken P. Hanby

Being No, the undersigned authority, on this day personally appeared _____ known to me to be the person whose name is subscribed to the above instrument, who being by me duly sworn on oath states that he/she is duly authorized to make the above report and that he/she has knowledge of the facts stated therein, and that said report is true and correct.

Subscribed and sworn to before me this  23rd  day of  January  , 20 19

SEAL
My commission expires  3/6/19

Notary Public in and for
County, _____

## ACTION OF STATE OIL AND GAS BOARD

APPROVED BY _____          DATE  2/19/19



RECEIVED

MAY 1 0 2012

STATE OIL AND GAS BOARD
OF ALABAMA

B.H. Location

N 6846' E 20.1'

1215' FSL-1973' FWL Sec. 34
1215' FSL-676' FEL UNIT
Bottom Of Smackover
Formation
X=703,909
Y=480,755
LAT. 31.26524'
LON. 86.84739'

DETAIL
N.T.S.

15673
SKLAR
Greeley 34-8

34
T4N   R12E

SW/4
±160 Ac.

B.H. LOCATION:
X=703,928
Y=480,763
LAT. 31.26527'
LON. 86.84733'

1992'

657'

1934'
1620'

716'

Point Of Penetration, Top
Of Smackover Formation
Cedar Creek Land &
Timber 34-14 #1
X=703,870
Y=480,740
LAT. 31.26520'
LON. 86.84752'

S. LOCATION:
Elev. ±310'
X=703,556
Y=480,618
LAT. 31.26487'
LON. 86.84852'

CONECUH COUNTY
ESCAMBIA COUNTY

DRILLING UNIT: SW/4  ±160 Ac.

NOTE:
Coordinates Based On Transverse
Mercator-Alabama West Zone NAD27.

NO. 20361
PROFESSIONAL

BY

WELL LOCATION
FOR
**SKLAR EXPLORATION COMPANY L.L.C.**
SECTION 34, T4N - R12E
CONECUH COUNTY, ALABAMA

BY

ENGINEERING SERVICE - MOBILE, ALABAMA

0        1000        2000        3000
SCALE IN FEET

APRIL 13, 2012 REV. 5-2-12

J082/64        12N-5083        SKLAR231        A7613

## EXHIBIT "B"

 The Work and the dates on which the Work was furnished are further described in the invoices (the "Invoices") and the related documents (collectively, the "Service Tickets") attached hereto as part of this **Exhibit "B"**.

 The Work and the dates on which the Work was furnished are summarized as follows:

| Well Name | Invoice No. | Invoice Date | Invoice Amount | Dates of Furnishing | |
|---|---|---|---|---|---|
| Cedar Creek Land & Timber 4-2 #1 | 20248056 | 1/17/2020 | $1,306.77 | 1/15/2020 | 1/16/2020 |
| Cedar Creek Land & Timber 33-6 #1 | 20250523 | 2/13/2020 | $827.29 | 2/12/2020 | 2/12/2020 |
| Cedar Creek Land & Timber 34-13 #1 WS | 20242579 | 11/12/2019 | $5,618.18 | 11/11/2019 | 11/11/2019 |
| TOTAL: | | | $7,752.24 | | |

**EXHIBIT "B"**

# Baker Hughes

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

## INVOICE

| Bill To | Ship To | | |
|---|---|---|---|
| SKLAR EXPLORATION COMPANY LLC | SKLAR EXPLORATION COMPANY LLC | Invoice No. | Invoice Date |
| 401 EDWARDS ST STE 1601 | CCL&T 4-2 | 20248056 | 17-JAN-2020 |
| SUITE 1601 | UNINCORPORATED, AL 36432-0000 | | |
| SHREVEPORT, LA 71101-5507 | United States | | |
| United States | | | |

| | | Order No. | Order Date |
|---|---|---|---|
| VAT Registration No. | **Final Destination** | 20299337 | 17-JAN-2020 |
| | United States | Customer Site No. | Purchase Order No. |
| | | 027407514 | n/a |
| | | **Commercial Terms** | Quote No. |
| | | GE D&S Ts&Cs (PC Domestic) | |
| | | IncoTerms | IncoTerm Named Location |
| | | FCA | Seller |
| **Remit To** | | Pymt. Term | Shipping Method |
| **If Check** | **If Electronic** | NET 30 | |
| P.O. Box 911776 | **Bank Name** | JP Morgan Chase | |
| DALLAS, TX 75391-1776 | **Account No.** | bank, New York, NY | |
| United States | **IBAN No.** | | |
| | **Swift Code** | | |
| | **Routing No.** | | |

**Rig Name**
CCL&T 4-2

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext. Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L1131-FS | SERVICE TECHNICIAN- LAND | Field Service Technician: Chandler, Michael<br>Start Date: 16-Jan-2020<br>Bill Through Date: 16-Jan-2020<br>Ticket Number: WO-00752377 | 5 | | EA | N | 90.000 | 450.00 |
| 2 | L1131-FS | SERVICE TECHNICIAN- LAND | Field Service Technician: Chandler, Michael<br>Start Date: 15-Jan-2020<br>Bill Through Date: 15-Jan-2020<br>Ticket Number: WO-00752377 | 2 | | EA | N | 95.000 | 190.00 |
| 3 | H273021-1 | ACTUATOR PART, DIAPHRAGM, D12, NITRILE/NYLON, -20 TO 180F DEG SERVICE TEMPERATURE | | 1 | 1 | EA | Y | 323.370 | 323.37 |
| 4 | L1296N-FS | SERVICE/DELIVERY 4WD - MILAGE<br><br>NON-TAXABLE | | 108 | | EA | N | 3.000 | 324.00 |

SUBTOTAL:1,287.37

| Tax Summary | | |
|---|---|---|
| **Tax Name** | **Tax Rate** | **Tax Extended Amount** |
| AL - CONECUH, COUNTY SALES/USE | 2.00% | 6.47 |
| AL - STATE SALES/USE TAX | 4.00% | 12.93 |

| Baker Huges Contact: | | | |
|---|---|---|---|
| Name: | Adams, Duana K | SubTotal | 1,287.37 |
| Phone: | | Tax | 19.40 |
| eMail: | duana.adams@ge. | Customs | 0.00 |
| | com | Duty | 0.00 |
| | | Insurance | 0.00 |
| | | Total(USD) | 1,306.77 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited



GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS  39440

# INVOICE

If paying by electronic funds transfer-a), please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

*20299337*

 GE Oil & Gas

GE Oil & Gas Pressure Control, LLC
Field Service Order
Terms & Conditions Of Sales; Sale of any product or service is conditioned on Customer's agreement to the Terms & Conditions on the reserve side hereof

**FSO:** WO-00752377  **Date:** 01/16/2020  **Branch:** Laurel  **Phone No.:**

**Customer:** SKLAR EXPLORATION COMPANY LLC

**Equipment Description:** VLV

**Work Performed:** Service man to your location...Remove OMNI actuator Valve ....Replace valve assembly with new diaphragm seals

**Block/Field:** CedarCreek  **LBD / Well:** CCL&T 4-2  **County/Parish:**  **State/Province:**  **Contractor / Consultant:** .  **Rig:** None  **Elevation:**

**Casing Tubing Data:** **Size:** **Weight Per Ft.:** **Grade:** **Length of String:**

**Casing Tubing Hanger:** **Hanger:** **Load on Hanger:** **Low / Test to Pressure:** **Low / Test Duration:** **High / Test to Pressure:** **High / Test Duration:** **Final Cut:**

| Part | Part No. | Part Description | Billable | Quantity | Unit Price | Line Price |
|------|----------|------------------|----------|----------|------------|------------|
| H273021-1 | H273021-1 | DIAPHRAGM,F/D12,NITRILE/NYLON,-20 TO 180 DEG F. SERVICE, | true | 1 | 323.37 | 323.37 |
| | | | | | **Total Price:** | **$ 323.37** |

| Technician Name | Start Time | End Time | Billable | Hours | Hourly/Daily Rate | Flat Rate | No. of Days | Line Price |
|-----------------|------------|----------|----------|-------|-------------------|-----------|-------------|------------|
| Michael Chandler | 01/16/2020 4:00 AM | 01/18/2020 9:00 AM | true | 5 | 90.00 | false | | 450.00 |
| Michael Chandler | 01/15/2020 7:30 AM | 01/15/2020 9:30 AM | true | 2 | 95.00 | false | | 190.00 |
| | | | | | | | **Total Price:** | **$ 640.00** |

| Expense | Part No. | Part Description | Billable | Quantity | Unit Price | Line Price |
|---------|----------|------------------|----------|----------|------------|------------|
| Mileage | L1296N-FS | SERVICE/DELIVERY 4WD - MILAGE. Non-Taxable | true | 108 | 3.00 | 324.00 |
| | | | | | **Total Price:** | **$ 324.00** |

### Service Order Subtotal Price: $ 1287.37

**Customer Authorization:** Ordered By: : : : : : :

THIS AGREEMENT CONTAINS PROVISIONS RELATIVE TO INDEMNITY, RELEASE OF LIABILITY AND ALLOCATION OF RISK. Authorizing the work and acknowledging that, absent a master or other controlling agreement between parties, and Terms & Condition on the revere hereof shall apply to the work cecsribed herin. BY SIGNING THIS DOCUMENT CUSTOMER AGREES THESE TERMS & CONDITIONS ARE THE EXCLUSIVE TERMS & CONDITIONS APPLICABLE TO THIS TRANSACTION.

| GE Technician Signature | Company/Contractor Signature |
|-------------------------|------------------------------|
| | Per LAVAUGHN Chamdght Hat HATT. |

Customer Order No.:WO-00752377 Customer:SKLAR EXPLORATION COMPANY LLC  Amount:$ 1,287.37

**Survey**

**Safety-**Did the FSE have all appropriate PPE and comply with all site safety protocols during this service job?

**Quality-**Was the FSE qualified to perform the work and was the job done without any quality problems?

**Deliver-**Did the FSE arrive on time with all of the parts and tools needed to complete the job?

**Baker Hughes**

| GE Oil & Gas Pressure Control, LP<br>4424 W Sam Houston PKWY<br>Suite 100<br>Houston, . TX 77041<br>United States | IO US LAU Services Org (A07)<br>303B Ellisville Blvd-Hwy 11 S<br>Laurel, MS 39440 | INVOICE |

| Bill To<br>SKLAR EXPLORATION COMPANY LLC<br>401 EDWARDS ST STE 1601<br>SUITE 1601<br>SHREVEPORT, LA 71101-5507<br>United States | Ship To<br>SKLAR EXPLORATION COMPANY LLC<br>CCL&T 33-6 #1<br>UNINCORPORATED, AL 36429-0000<br>United States | Invoice No.<br>20250523 | Invoice Date<br>13-FEB-2020 |

| VAT Registration No. | Final Destination<br>United States | Order No.<br>20302205<br>Customer Site No.<br>027407514<br>Commercial Terms<br>GE D&S Ts&Cs (PC Domestic)<br>IncoTerms<br>FCA<br>Pymt. Term<br>NET 30 | Order Date<br>12-FEB-2020<br>Purchase Order No.<br>N/A<br>Quote No.<br><br>IncoTerm Named Location<br>Seller<br>Shipping Method |

| Remit To<br>If Check<br>P.O. Box 911776<br>DALLAS, TX 75391-1776<br>United States | If Electronic<br>Bank Name<br>Account No.<br>IBAN No.<br>Swift Code<br>Routing No. | JP Morgan Chase<br>bank, New York, NY |

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 10 | L1169-SR | SHOP LABOR - PER/HR | | 4 | | EA | N | 95.000 | 380.00 |
| 20 | L1194 | GREASE/LUBRICATION - PCR/VALVE | | 1 | | EA | N | 60.000 | 60.00 |
| 30 | H273021-1 | ACTUATOR PART, DIAPHRAGM, D12, NITRILE/NYLON, -20 TO 180F DEG SERVICE TEMPERATURE | | 1 | 1 | EA | Y | 323.370 | 323.37 |
| 40 | 387060 | POLYPAK,2 X 1-1/4 X 3/8 POLYMYTE SHELL W/NITRILE EXPANDER PARKER 37501250-Z4651D53 | | 1 | 1 | EA | Y | 42.000 | 42.00 |

SUBTOTAL:805.37

Tax Summary

| Tax Name | Tax Rate | Tax Extended Amount |
|---|---|---|
| AL - CONECUH, COUNTY SALES/USE | 2.00% | 7.31 |
| AL - STATE SALES/USE TAX | 4.00% | 14.61 |

Baker Huges Contact:
Name:   Thrash, Steven
          Ryan
Phone:
eMail:   Ryan.Thrash@bhge
          .com

| | |
|---|---|
| SubTotal | 805.37 |
| Tax | 21.92 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 827.29 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-a), please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox



Baker Hughes, a GE company

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

# Sales Order Acknowledgement

Order No: 20302205

| | | | |
|---|---|---|---|
| Customer No.: | 100005263 | | |
| Bill To: | SKLAR EXPLORATION COMPANY LLC | Order Date: | 12-FEB-20 |
| | 401 EDWARDS ST STE 1601 | Purchase Order No.: | |
| | SUITE 1601 | Quote No.: | |
| | SHREVEPORT, LA 71101-5507 | Payment Terms: | NET 30 |
| | United States | Commercial Terms: | GE D&S Ts&Cs (PC Domestic) |
| | | IncoTerm: | FCA |
| Ship To: | SKLAR EXPLORATION COMPANY LLC | IncoTerm Named Location: | Seller |
| | CCL&T 33-6 #1 | Sales Person: | No Sales Credit |
| | UNINCORPORATED, AL 36429-0000 | Contact: | |
| | United States | | |

| | | | |
|---|---|---|---|
| **Final Destination:** | United States | | |
| **Customer Contact** | | **BHGE Contact** | |
| Name: | | Name: | Thrash, Steven Ryan |
| Phone: | | Phone: | |
| eMail: | | eMail: | Ryan.Thrash@bhge.com |

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.



**Baker Hughes, a GE company**

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS  39440

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

# Sales Order Acknowledgement

Order No: 20302205

| Line No. | Item No. | Qty | UOM | Description | Add'l Information | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 10 | L1169-SR | 4 | EA | SHOP LABOR - PER/HR | | 95.00 | 380.00 |
| 20 | L1194 | 1 | EA | GREASE/LUBRICATION - PER/VALVE | | 60.00 | 60.00 |
| 30 | H273021-1 | 1 | EA | ACTUATOR PART, DIAPHRAGM, D12, NITRILE/NYLON, -20 TO 180F DEG SERVICE TEMPERATURE | | 323.37 | 323.37 |
| 40 | 387060 | 1 | EA | POLYPAK,2 X 1-1/4 X 3/8 POLYMYTE SHELL W/NITRILE EXPANDER PARKER 37501250-Z4651D53 | | 42.00 | 42.00 |

| | |
|---|---|
| SubTotal | 805.37 |
| Tax Amount | 0.00 |
| Total(USD) | 805.37 |

| | | |
|---|---|---|
| BHGE TAX ID | : | 76-0382879_1 |
| Name | : | |
| Signature | : | |
| Date | : | |

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.

# ALTERNATE STRAIGHT BILL OF LADING-SHORT FORM
## Original -- Not Negotiable

GE Oil & Gas

Bill of Lading DT № 4137

Order No. _____

Date ___2~12~20___

(Name of Carrier)

ignee  SKlar

FROM Shipper: **GE Oil & Gas**

Street

nation                  Zip Code | City Laurel   State Ms   Zip Code

:   CCL+T 33-6

Vehicle No.

| No. ipping Inits | Kind of Packaging, Description of Articles Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|
| 4 | Nrs labor to Test, Repair As needed & Grease Actuator | | | $ 380 00 |
| 1 | H273021-1 Diaphragm Array | | | $ 323 37 |
| 1 | 387060 PolyPaK Array | | | 42 00 |
| 1 | L1194 Grease Charge | | | 60 00 |

T
). TO
RESS

COD   Amt: $

C.O.D. FEE:
PREPAID ☐
COLLECT ☐  $

TOTAL CHARGES: $

s - Where the rate is dependent on value, shippers are
d to state spcifically in writing the agreed or declared calue
property.
agreed or declare value of the property is hereby specifi-
ated by the shipper to be not exceeding:

_____ per _____

Subject to section 7 of the conditions, if this shipment is
to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment with-
out payment of freight and all other charges.

_____
Signature of Consignor

FREIGHT CHARGES

CHECK APPROPRIATE BOX:

☐ Freight Prepaid      ☐ Collect

CEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order except as noted
ts and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this
.t as meaning any person or corporation in possession of the property under the contract), agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to
.o another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each
l any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing
cation on the date of shipment.
:pper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to be the
· and accepted for himself and his assigns.

| PER  **GE Oil & Gas** | CARRIER |
|---|---|
|  | PER                              DATE |

# Baker Hughes

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

# INVOICE

**Bill To**
SKLAR EXPLORATION COMPANY LLC
401 EDWARDS ST STE 1601
SUITE 1601
SHREVEPORT, LA 71101-5507
United States

**Ship To**
SKLAR EXPLORATION COMPANY LLC
CCL&T 34-13 #1 WS
UNINCORPORATED, AL 36429-0000
United States

**Invoice No.**
20242579

**Invoice Date**
12-NOV-2019

**VAT Registration No.**

**Final Destination**
United States

**Order No.**
20287517
**Customer Site No.**
027407514
**Commercial Terms**
GE D&S Ts&Cs (PC Domestic)
**IncoTerms**
FCA
**Pymt. Term**
NET 30

**Order Date**
20-SEP-2019
**Purchase Order No.**
CCL&T 34-13 #1 WS FLANGE
**Quote No.**

**IncoTerm Named Location**
Seller
**Shipping Method**

**Remit To**
If Check
P.O. Box 911776
DALLAS, TX  75391-1776
United States

**If Electronic**
Bank Name

Account No.
IBAN No.
Swift Code
Routing No.

JP Morgan Chase
bank, New York, NY

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext. Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 317888 | FLG,COMP,7-1/16 5M X 5-1/2 LC,6A-PU-EE- NL-1 | Serial #: 20287517-01 | 1 | 1 | EA | Y | 1,179.000 | 1,179.00 |
| 2 | 339749 | NIPPLE,CSG,5-1/2-15.5 LBS-J55 LCSG X PLAIN X 8.9 LG | | 1 | 1 | EA | Y | 884.980 | 884.98 |
| 3 | H300074-10 | RING GASKET, API R-46, OVAL, CARBON STEEL, ZINC PLATED, API MONOGRAM REQUIRED API PSL=(1 4), | | 1 | 1 | EA | Y | 20.000 | 20.00 |
| 4 | N16-API | NIPPLE, 2 LP X 6 LG, SCH 160, AISI 4130 Q AND T, 60K, C OF C, 5000 PSI MAX WP, PSL:. API PSL=(1), | | 2 | 2 | EA | Y | 33.600 | 67.20 |
| 5 | BV2-5 | VLV,BALL,KF,CXH,2 RP 5M THD 2 IN LP CARBON STEEL TRIM W/DELRIN/BUNA-N SEALS PN 5052-11911 | | 2 | 2 | EA | Y | 251.500 | 503.00 |
| 15 | 331081 | STUD W/TWO NUTS, ALL THREAD,PER VGS2.4.11, 1.375-8UN-2A, 11.000 LG, STUD MATERIAL PER ASTM A193 GR B7, NUT MATERIAL PER ASTM A194 GR 2H, COATING PLAIN-NOT COATED | | 12 | 12 | EA | Y | 18.000 | 216.00 |
| 25 | H306001-493 | GEN GATE VALVE,NEWAY, 2-9/16 5M X 2-7/0 BRD UE, API 6A LU DD-NL PSL2 PR2 API MATERIAL=DD-NL,API PR=(2),API PSL=(2),API TEMP=(L U), | | 2 | 2 | EA | Y | 1,260.000 | 2,520.00 |
| 35 | BPT-7 | BULL PLUG,2-7/8 EU PIN X 1/2 LP X 5.0 LG, 4130 75KSI, LA NACE. | | 1 | 1 | EA | Y | 70.000 | 70.00 |
| 45 | NVS | GAUGE COCK,STRAIGHT FLOW,1/2 LF/NPT MALE X FEMALE, 10M,CS | | 1 | 1 | EA | Y | 50.000 | 50.00 |
| 55 | PG5 | PRESSURE GAUGE,0-5000 PSI,DUAL SCALE [PSI/BAR],1/2 MALE NPT BOTTOM CONNECTION,4 TO 4-1/2 OD FACE,75 PCT LIQUID FILLED,SS CASE,CS/LA FITTINGS AND INTERNALS | | 1 | 1 | EA | Y | 108.000 | 108.00 |

SUBTOTAL: 5,618.18



Baker Hughes, a GE company

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

# Sales Order Acknowledgement
Order No: 20287517

| | | | |
|---|---|---|---|
| Customer No.: | 100005263 | | |
| Bill To: | SKLAR EXPLORATION COMPANY LLC | Order Date: | 20-SEP-19 |
| | 401 EDWARDS ST STE 1601 | Purchase Order No.: | CCL&T 34-13 #1 WS FLANGE |
| | SUITE 1601 | Quote No.: | 20287512 |
| | SHREVEPORT, LA 71101-5507 | | |
| | United States | Payment Terms: | NET 30 |
| Ship To: | SKLAR EXPLORATION COMPANY LLC | Commercial Terms: | GE D&S Ts&Cs (PC Domestic) |
| | CCL&T 34-13 #1 WS | IncoTerm: | FCA |
| | UNINCORPORATED, AL 36429-0000 | IncoTerm Named Location: | Seller |
| | United States | Sales Person: | No Sales Credit |
| | | Contact: | |
| Deliver To: | SKLAR EXPLORATION COMPANY LLC | | |
| | 027407514 | | |
| | 401 EDWARDS ST STE 1601 | | |
| | SUITE 1601 | | |
| | SHREVEPORT,LA 71101-5507 | | |
| | US | | |
| Final Destination: | United States | | |

| | | | |
|---|---|---|---|
| Customer Contact | | BHGE Contact | |
| Name: | | Name: | Thrash, Steven Ryan |
| Phone: | | Phone: | |
| eMail: | | eMail: | Ryan.Thrash@bhge.com |

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.



**BAKER HUGHES**
a GE company

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

Baker Hughes, a GE company

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

# Sales Order Acknowledgement

Order No: 20287517

| Line No. | Item No. | Qty | UOM | Description | Add'l Information | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 1 | 317888 | 1 | EA | FLG,COMP,7-1/16 5M X 5-1/2 LC,6A-PU-EE- NL-1 | | 1,179.00 | 1,179.00 |
| 2 | 339749 | 1 | EA | NIPPLE,CSG,5-1/2-15.5 LBS-J55 LCSG X PLAIN X 8.9 LG | | 884.98 | 884.98 |
| 3 | H300074-10 | 1 | EA | RING GASKET,API R-46,OVAL,CARBON STEEL,ZINC PLATED API MONOGRAM REQUIRED API PSL=(14),API PSL=(14) | | 20.00 | 20.00 |
| 4 | NIG-API | 2 | EA | NIPPLE, 2 LP X 6 LG, SCH 160, AISI 4130 Q AND T, 60K, C OF C, 5000 PSI MAX WP, PSL1 API PSL=(1) | | 33.60 | 67.20 |
| 5 | BV2-5 | 2 | EA | VLV,BALL,KF,CXH,2 RP 5M THD 2 IN LP CARBON STEEL TRIM W/DELRIN/BUNA-N SEALS PN 5052-11911 | | 251.50 | 503.00 |
| 15 | 331061 | 12 | EA | STUD W/TWO NUTS, ALL THREAD,PER VGS2.4.11, 1.375-8UN-2A, 11.000 LG, STUD MATERIAL PER ASTM A193 GR B7, NUT MATERIAL PER ASTM A194 GR 2H, COATING PLAIN-NOT COATED | | 18.00 | 216.00 |

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.

10/29/2019



**BAKER HUGHES**
a GE company

IO US LAU Services Org (A07)
3030 Ellisville Blvd-Hwy 11 S
Laurel, MS  39440

Baker Hughes, a GE company

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

# Sales Order Acknowledgement

Order No: 20287517

| Line No. | Item No. | Qty | UOM | Description | Add'l Information | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 25 | H306001-493 | 2 | EA | GEN GATE VALVE,NEWAY, 2-9/16 5M X 2-7/8 8RD UE. API 6A LU DD-NL PSL2 PR2 API MATERIAL=(DD-NL),API PR=(2),API PSL=(2),API TEMP=(L U) | | 1,260.00 | 2,520.00 |
| 35 | BPT-7 | 1 | EA | BULL PLUG,2-7/8 EU PIN X 1/2 LP X 5.0 LG, 4130 75KSI, LA NACE. | | 70.00 | 70.00 |
| 45 | NVS | 1 | EA | GAUGE COCK,STRAIGHT PLOW,1/2 _P/NPT MALE X FEMALE, 10M,CS | | 50.00 | 50.00 |
| 55 | PG5 | 1 | EA | PRESSURE GAUGE,0-5000 PSI,DUAL SCALE (PSI/BAR),1/2 MALE NPT BOTTOM CONNECTION,4 TO 4-1/2 OD FACE,75 PCT LIQUID FILLED,SS CASE,CS/LA FITTINGS AND INTERNALS | | 108.00 | 108.00 |

|  |  |
|---|---|
| SubTotal | 5,618.18 |
| Tax Amount | 0.00 |
| Total(USD) | 5,618.18 |

BHGE TAX ID        :  76-0382879_1

Name        :  *Ken Copeland* 10/30/19

Signature        :

Date        :

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.

Sold of any parts or services covered by this order identified above, is conditioned upon in the original proposal referenced above, if any and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement [subject to modifications made in Seller's quotation, if any] shall have precedence over any alternative terms and conditions in any other documents

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law, Tax will be shown on Invoices only.

# BILL OF LADING

| BOL #: | |
|---|---|
| DATE: | 11-NOV-19 |
| PAGE: | Page 1 of 2 |

| CARRIER: | | | CARRIER #: | | MODE OF TRANSPORTATION: | |
|---|---|---|---|---|---|---|
| AWB #: | | | SHIPPED DATE: | 11-NOV-19 | DELIVERY DATE: | |

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail, or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the attachment thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER (Ship From) | DELIVER TO (if different from CONSIGNEE) |
|---|---|
| 3038 Ellisville Blvd-Hwy 11 S<br><br>Laurel, MS, 39440, US | 401 EDWARDS ST STE 1601<br>SUITE 1601<br><br>SHREVEPORT,LA71101-5507,<br>US |
| **CONSIGNEE (Ship To)** | **SPECIAL INSTRUCTIONS** |
| CCL&T 34-13 #1 WS<br><br><br>UNINCORPORATED, AL, 36429-0000, US | |

| CUSTOMER PO #: | CCL&T 34-13 #1 WS FLANGE |
|---|---|
| SALES ORDER/SERVICE REQUEST #: | 20287517 |
| PROJECT #: | |
| RIG / WELL NAME: | |

| ITEM | QTY | UOM | SERIAL | ITEM DESCRIPTION | WEIGHT (LB) | DIMS (IN) | CLASS / NMFC | HM |
|---|---|---|---|---|---|---|---|---|
| 317888 | 1 | EA | 20287517-01 | FLG,COMP,7-1/16 5M X 5-1/2 LC,6A-PU-EE- NL-1 | | | | |
| 339749 | 1 | EA | | NIPPLE,CSG,5-1/2-15.5 L8S-J55 LCSG X PLAIN X 8.9 LG | | | | |
| H300074-10 | 1 | EA | | RING GASKET,API R-46,OVAL,CARBON STEEL,ZINC PLATED<br>API MONOGRAM REQUIRED | | | | |
| NI6-API | 2 | EA | | NIPPLE, 2 LP X 6 LG, SCH 160, AISI 4130 Q AND T, 60K, C OF C, 5000 PSI MAX WP, PSL1 | | | | |
| IIV2-S | 2 | EA | | VLV,BALL,KF,CXH,2 RP 5M THD 2 IN LP CARBON STEEL TRIM W/DELRIN/BUNA-N SEALS PN 5052-11911 | | | | |
| 331061 | 12 | EA | | STUD W/TWO NUTS, ALL THREAD,PER VGS2.4.11, 1.375-8UN-2A, 11.000 LG, STUD MATERIAL PER ASTM A193 GR B7, NUT MATERIAL PER ASTM A194 GR 2H, COATING PLAIN-NOT COATED | | | | |
| H306001-493 | 2 | EA | | GEN GATE VALVE,NEWAY, 2-9/16 5M X 2-7/8 8RD UE, API 6A LU DD-NL PSL2 PR2 | | | | |

| | | | |
|---|---|---|---|
| BPT-7 | 1 | EA | BULL PLUG, 2-7/8 EU PIN X 1/2 LP X 5.0 LG, 4130 75KSI, LA NACE. |
| NVS | 1 | EA | GAUGE COCK, STRAIGHT FLOW, 1/2 LP/NPT MALE X FEMALE, 10M, CS |
| PGS | 1 | EA | PRESSURE GAUGE, 0-5000 PSI, DUAL SCALE (PSI/BAR), 1/2 MALE NPT BOTTOM CONNECTION, 4 TO 4-1/2 OD FACE, 75 PCT LIQUID FILLED, SS CASE, CS/LA FITTINGS AND INTERNALS |

| TOTAL # PACKAGES: | TOTAL WEIGHT: | DOT HAZMAT REG. #: |
|---|---|---|

**MARK "X" IN THE HM COLUMN TO DESIGNATE HAZARDOUS MATERIALS AS DEFINED IN DOT REGULATIONS**

| PLACARDS REQUIRED | | EMERGENCY RESPONSE | |
|---|---|---|---|
| SUPPLIED BY DRIVER: | | CONTACT: | |
| CARRIER / DRIVER: | | NUMBER: | |

| | | | |
|---|---|---|---|
| SHIPPER NAME: | | RECEIVED BY: | |
| SIGNATURE: | | CARRIER DRIVER NAME: | |
| DATE: | | CARRIER DATE: | |
| DISCLAIMER: | | CARRIER SIGNATURE: | |

Export Clause –

"These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end- user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations."

**EXHIBIT "C"**

The Southwest Brooklyn Oil Unit is that field-wide unit created by the Order issued by The State Oil and Gas Board of Alabama, In Re: Order No. 2018-48, Docket Nos. 4-4-18-01, 4-4-18-02, 4-4-18-03, 4-4-18-04. 4-4-18-05, 4-4-18-06, 4-4-18-07, 4-4-18-08.

The Southwest Brooklyn Oil Unit is further described in the following pages of this **Exhibit "C"**.

**EXHIBIT "C"**

Exhibit "D" to Order No. 2018-48

Unit Plat



UNIT PLAT

EXHIBIT D
TO ORDER NO.: 2018-48 FOR
SOUTHWEST BROOKLYN OIL UNIT

CRADY JEWETT McCULLEY & HOUREN LLP

LAWYERS

2727 ALLEN PARKWAY

SUITE 1700

HOUSTON, TEXAS 77019-2125

----------

(713) 739-7007

E-MAIL: wsudela@cjmhlaw.com

WILLIAM R. SUDELA
PARTNER

TELEFAX
(713) 739-8403

June 9, 2020

**Via FedEx**
Conecuh County Clerk
Attn: Probate/Recording Dept.
111 Court St., Room 104
Evergreen, AL  36401

Re:    Lien Filing:

Grantor:      GE Oil & Gas Pressure LP
Grantee:      Sklar Exploration Company, L.L.C.
Property:     Southwest Brooklyn Oil Unit Lien Affidavit

Ladies and Gentlemen:

Enclosed in connection with the referenced matter is an original and one copy of a lien affidavit to be recorded in the real property records of Conecuh County. Also enclosed is our firm check in the amount of $136.00 to cover the filing fee.  Once the document has been duly recorded, please return the original file-stamped instrument to me in the FedEx envelope provided. **If there are any issues with the document, or fees, please contact my assistant, Terri Jacobs, prior to returning the filing.**

Thank you for your normal courtesies.

Very truly yours,

/s/William R. Sudela

William R. Sudela

Enclosures

506857v.1 B075/00713

**Little Cedar Creek Oil Unit II**

```
B:2020 P:676
Lien
6/9/2020 2:07:03 PM
Page:1 of 45

Stephen Flemming
Conecuh County, Alabama
```

```
5.00 Indexing Fee
3.00 FirstPage Fee
132.00 AddlPages Fee
27.00 AddlNames Fee
Total Fees: $167.00
```

## VERIFIED STATEMENT OF LIEN

STATE OF ALABAMA          §
                          §
COUNTY OF CONECUH         §

GE OIL & GAS PRESSURE CONTROL LP, a Texas limited partnership, ("Claimant") files this statement in writing, verified by the oath of CHRISTOPHER J. RYAN, Manager of Collections of BAKER HUGHES OILFIELD OPERATIONS LLC, a California limited liability company, Authorized Agent of GE OIL & GAS PRESSURE CONTROL LP, a Texas limited partnership, who has personal knowledge of the facts herein set forth below:

That Claimant claims a lien (the "Lien") upon the "Property" (herein defined), to the extent of the interest therein, legal and/or equitable, fee and/or leasehold, of the "Working Interest Owners" (herein defined), to the extent provided herein.

The Property includes:

the land (the "Land") situated in Conecuh County, State of Alabama, further described in the attached **Exhibits "A", "B", and "C"**, including all improvements and appurtenances thereto;

all mineral leasehold estates with respect to minerals located in, on, or under the Land (the "Leasehold Estates"), including the leases (the "Leases") associated with the "Wells" (herein defined), including all field wide units in which the Wells are located, and each production unit in which any one or more of the Wells is located, including all improvements and appurtenances to the Land, and/or the Wells, and including the right to the use of the surface of the Land, and the right to extract minerals located in, on, or under the Land;

all easements to and/or from the Land (the "Easements"), including, but not necessarily limited to, those easements described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

all licenses and permits pertaining to the Land and/or the Wells, including, but not necessarily limited to, those permits and/or licenses described in,

*Verified Statement of Lien*
*(GE Oil & Gas/Sklar-Little Cedar Creek Oil Unit II, Conecuh County, AL)*
506533v.1 B075/00713                    1

and/or referred to in the instruments listed in, the attached **Exhibits "A"**, **"B", and "C"**;

all wells (the "Wells", whether one or more) used in connection with operations conducted in, on, under, or about the Land, including the overall operation of the Wells, such Wells including, but not necessarily limited to: those wells identified in, and/or referred to in the instruments listed in, the attached **Exhibits "A"**, **"B", and "C"**;

all other property and/or property rights pertaining to the use and/or operation of the Land and/or the Wells, including, but not necessarily limited to, those properties and/or property rights described in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**; and,

such additional property as provided by the laws of the State of Alabama, including, but not necessarily limited to, Alabama Code §35-11-210, et seq.

This Lien is claimed, separately, severally, and jointly, as to the Land, the Leasehold Estates, the Wells, the buildings and improvements in, on, under, or about the Land, the Leasehold Estates, and/or the Wells, and all rights and appurtenances pertaining to any or all of the foregoing.

That said Lien is claimed to secure an indebtedness of **Four Thousand Five Hundred Nineteen and 22/100 Dollars ($4,519.22)** with interest as may be allowed under the laws of the State of Alabama from the respective dates of the furnishing of the services, material and/or equipment (collectively, the "Work") giving rise to the Lien claimed herein, which Work and the dates of furnishing are further described in the attached **Exhibit "B".**

The first of the Work was provided on **November 14, 2019**. The last of the Work was provided on **February 12, 2020**. (See, also, the attached **Exhibit "B".**)

The Working Interest Owners, who are the owners or proprietors of said Property, and their respective addresses, are:

Sklarco, LLC
401 Edwards St.,
Suite 1601
Shreveport, LA  71101

Sklarco, LLC
c/o C T Corporation·
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

*Verified Statement of Lien*
*(GE Oil & Gas/Sklar-Little Cedar Creek Oil Unit II, Conecuh County, AL)*
506533v.1 B075/00713                          2

Coastal Exploration, Inc.
c/o Julius M. Ridgway
Registered Agent
701 Avignon Drive, Suite 101
Ridgeland, MS  39157

Coastal Exploration, Inc.
1437 Old Square Road, Crescent Court
Suite 104
Jackson, Mississippi  39236

Waller Brothers, Inc.
137 Bridgewater Crossing
Ridgeland, MS  39157

Waller Brothers, Inc.
c/o Donald E. Waller
Registered Agent
524 E. Pascagoula St.
Jackson, MS  39201

Kudzu Oil Properties, LLC
c/o Wirt A. Yerger, III, Registered Agent
300 Concourse Blvd., Suite 101
Ridgeland, MS  39157

Bundero Investment Company, LLC
333 Texas Street, Suite 300
Shreveport, LA  71101

Bundero Investment Company, L.L.C.
c/o Malcolm S. Murchison
Registered Agent
401 Edwards Street, Suite 820
Shreveport, LA  71101

Fant Energy Limited
PO Box 55205
Houston, TX  77255

Fant Energy Limited
1322 N. Post Oak Rd.
Houston, TX  77055

Fant Energy Limited
c/o Capitol Corporate Services, Inc.
206 E. 9th St., Suite 1300
Austin, TX  78701

Ansaben Trust
505 Geneva Ave.
Boulder, CO  80302

Tenexco, Inc.
414 Clinton P., Suite 106
River Forest, IL  60305-2286

Tenexco, Inc.
c/o Richard S. Incandela
Registered Agent
17W715 Butterfield Rd., Unit C
Oakbrook Terrace, IL  60181

Craft Exploration Company, LLC
PO Box 2430
Madison, MS  39130

Craft Exploration Company, LLC
c/o Julie Den Herder, Registered Agent
125 Bradshaw Crossing
Canton, MS  39046

Fleet Howell
416 Travis St., Suite 715
Shreveport, LA  71101

506533v.1 B075/00713 (GE Oil & Gas/Sklar – Little Cedar Creek Oil Unit II, Conecuh County, AL)

Carl Herrin Oil and Gas, LLC
c/o Joseph E. Varner, III
Registered Agent
190 E. Capitol Street, Suite 100 (39201)
PO Drawer 119
Jackson, MS  39205

JJS Interests North Beach, LLC
4295 San Felipe, Suite 207
Houston, TX  77027

JJS Interests North Beach, LLC
c/o Justin Simons, Registered Agent
2001 Kirby Dr., Suite 1110
Houston, TX  77019

Lucas Petroleum Group, Inc.
c/o Harry Lucas, Jr.
Registered Agent
327 Congress Ave., Suite 500
Austin, TX  78701-3656

Beazley Petroleum, LLC
c/o Hamilton Beazley
Registered Agent
411 West Saint Elmo Road, #24
Austin, Texas 78745

Vickery Exploration, LLC
137 Bridgewater Crossing
Ridgeland, MS  39157

Vickery Exploration, LLC
106 Oak Wood Drive
Raymond, MS 39154

Vickery Exploration, LLC
c/o Jimmy D. Vickery
Registered Agent
333 Summerville Drive
Madison, MS  39110

McCombs Energy, Ltd.
5599 San Felipe, Suite 1200
Houston, TX  77056-2794

McCombs Energy, Ltd.
c/o Gary V. Woods
Registered Agent
755 East Mulberry, Suite 600
San Antonio, TX  78212

Marksco, L.L.C.
c/o Mark Sealy, Registered Agent
333 Texas Street, Suite 1050
Shreveport, LA  71101

Embayment Production, LLC
PO Box 187
Jackson, MS  39205-0187

Embayment Production, LLC
c/o William B. Ridgway, Jr.
233 ½ East Capitol Street
PO Box 187
Jackson, MS  39205-0187

Tiembo Ltd.
Attn:  Mark Rauch
PO Box 270415
Houston, TX  77277-0415

Tiembo Ltd.
c/o Gary S. Glesby, Registered Agent
3040 Post Oak Blvd., 13th Fl.
Houston, TX  77056

Tyler Oil and Gas, LLC
c/o Henry B. Tyler, Registered Agent
137 Bridgewater Crossing
Ridgeland, MS  39157

506533v.1 B075/00713 (GE Oil & Gas/Sklar – Little Cedar Creek Oil Unit II, Conecuh County, AL)

Brock Resources, LLC
2634 Henley Dr.
Round Rock, Texas  78681

Brock Resources, LLC
c/o James T. Cameron
Registered Agent
720 Brazos Street, Suite 700
Austin, Texas  78701

Dickson Oil and Gas, LLC
PO Box 52479
Shreveport, LA  71135

Dickson Oil and Gas, LLC
c/o Michael E. Riddick
Registered Agent
333 Texas St., Suite 700
Shreveport, LA  71101

Resource Ventures, LLC
Attn:  Mark A. Arnold
7112 W. Jefferson Ave., Suite 106
Lakewood, CO  80235

Resource Ventures, LLC
Attn:  Mark A. Arnold
8369 South Park Lane, Suite B
Littleton, CO  80120

Resource Ventures LLC
c/o Steven Swanson
Registered Agent
5720 S. Benton Circle
Littleton, CO  80123

Parous Energy, LLC
PO Box 2547
Madison, MS 39130

Parous Energy, LLC
c/o George S. Dennis
Registered Agent
1267 Gluckstadt Road
Madison, MS 39110

Conecuh Oil Company, LLC
c/o R. Scott Hines, Registered Agent
PO Box 3216
Ridgeland, MS  39158

Bobmary, L.C.
c/o Dr. Robert T. LaFargue
Registered Agent
5928 E. Ridge Drive
Shreveport, LA  71106

Quail Creek Production Co.
c/o Don W. Dahlgren
Registered Agent
13831 Quail Pointe Dr.
Oklahoma City, OK  73134

Landmark Exploration, LLC
PO Box 12004
Jackson, MS  39236

Landmark Exploration, LLC
c/o Michael E. Johnson
Registered Agent
113 Park Circle Drive
Flowood, MS  39332

Claimant furnished the Work to **Sklar Exploration Company, LLC, a Louisiana limited liability company**, ("Sklar Exploration"), who was the operator of the Wells. **Sklarco, LLC, a Louisiana limited liability company**, ("Sklarco") holds a working interest in the Property. Sklar Exploration and Sklarco are related entities. In that regard, to the extent of Sklarco's ownership interest in the Property, Sklar Exploration was the agent of Sklarco. As such Claimant furnished its Work on the Property, and asserts the Lien, as a direct contractor to Sklarco, and asserts the Lien both as to Sklar Exploration's ownership and operating interest in and to the Property, and as to Sklarco's ownership interest in and to the Property.

Further, to the extent Sklar Exploration was acting as the agent of any of the other Working Interest Owners, Claimant furnished its work on the Property, and asserts the Lien, as a direct contractor to such Working Interest Owners and, to that extent, asserts the Lien against the interest in the Property held by such other Working Interest Owners.

Without waiving the foregoing, to the extent Sklar Exploration was acting as a contractor to a Working Interest Owner, and not as its agent, Claimant furnished its work on the Property, and asserts the Lien, as a subcontractor to Sklar Exploration, against the interest in the Property held by such Working Interest Owner.

Christopher J. Ryan, Manager of Collections of Baker Hughes Oilfield Operations LLC, a California limited liability company, Authorized Agent of GE Oil & Gas Pressure Control LP, a Texas limited partnership

506533v.1 B075/00713 (GE Oil & Gas/Sklar – Little Cedar Creek Oil Unit II, Conecuh County, AL)

Before me, _William R Sudela_ , a Notary Public in and for the State of Texas, personally appeared Christopher J. Ryan, who being duly sworn, doth depose and say:  that he has personal knowledge of the facts set forth in the foregoing Verified Statement of Lien, and that the same are true and correct to the best of his knowledge and belief.

_Christopher J. Ryan_
Christopher J. Ryan, Affiant

Subscribed and sworn to before me on this the 5th day of June, 2020, by said Affiant, Christopher J. Ryan.

_William R Sudela_
Notary Public, State of Texas

WILLIAM R. SUDELA
My Notary ID # 3446989
Expires June 20, 2022

506533v.1 B075/00713 (GE Oil & Gas/Sklar – Little Cedar Creek Oil Unit II, Conecuh County, AL)

**EXHIBIT "A"**

The Property and property rights covered by the Lien include, without limitation, the property described below and in the following pages of this **Exhibit "A"**, and the property described in the remainder of this Verified Statement of Lien, including **Exhibits "A", "B", and "C"**.

The Property includes those wells described in **Exhibits "B" and "C"** to this Verified Statement of Lien (the "Wells"), and all of the wells included in the units in which any one or more of the Wells is located.  The Property also includes all of the leases associated with any one or more of these Wells (the "Leases").

The Wells are located in the field wide unit commonly known as the Little Cedar Creek Oil Unit II located in Conecuh County, Alabama (the "Unit").  The Unit is further described in **Exhibit "C"** to this Verified Statement of Lien.

The Wells are located in the following production units:

| | |
|---|---|
| **Well Name:** | Craft-Ralls 5-10 #1 |
| **API No.:** | 01-035-20153-00-00 |
| **Location:** | 1885' FSL & 1980' FEL of Section 5, Township 4 North, Range 13 East, Conecuh County, Alabama |
| **Unit:** | A 160.0 acre unit, described as SE/4 of Section 5, Township 4 North, Range 13 East |
| **NOTES:** | BOARD ORDERS: 2014-23 unitized, eff 5/1/14; 10/4/16 Converted to WI (see API: 01-035-20153-00-01); 10/17/19 Converted back to a production well. |

| | |
|---|---|
| **Well Name:** | Craft-Ralls 5-14 #1 |
| **API No.:** | 01-035-20147-00-00 |
| **Location:** | 660' FWL & 1650' FSL of Section 5, Township 4 North, Range 13 East, Conecuh County, Alabama |

## EXHIBIT "A"

**Unit:**       A 160.0 acre unit, described as SW/4 of Section 5, Township 4 North, Range 13 East

**NOTES:**      2008-16, add to field, 2-8-08; 2014-23 unitized

The Property includes the Leases on the following pages of this Exhibit "A".

STATE OIL AND GAS BOARD OF ALABAMA



## Application for Permit to Drill, Deepen, Recomplete, Convert, or Amend*

15493-WII-17-06    01-035-20159-00-02

Permit Number    (To be filled in by Board)    API Number

**Form OGB-1**, Rev. 01/12
(File in triplicate)

Drill ☐    Deepen ☐    Recomplete ☐    Convert ☒    Amend ☐

| Name of Operator | Sklar Exploration Company L.L.C. | | | Date | 9-18-17 | |
|---|---|---|---|---|---|---|
| Address | 401 Edwards St. Ste. 1601 | City | Shreveport | State | LA | Zip | 71101 |

| 1. Well name and number* | Craft - Ralls 5-8 #1 WI | 2. County |
|---|---|---|
| | | Conecuh |

| 3. Well Location* | (give footage from nearest section or offshore tract lines) 1980' FNL & 660' FEL | Section-Township-Range or Tract Sec.5-T4N-R13E |
|---|---|---|
| | Latitude (NAD27)  3 1 . 3 4 3 3 3 | Longitude (NAD27)  8 6 . 7 7 0 8 7 |

| 4. Field (If wildcat, so state) | Little Cedar Creek | 5. Target Reservoir | Smackover |
|---|---|---|---|

| 6. Unit assigned to well | Little Cedar Creek (Partial Field-wide) Oil Unit II |
|---|---|

| 7. Distance from proposed location to nearest unit line | 2,170' feet | 8. Distance (if less than 5,280 feet) from proposed location to nearest permitted, drilling, or producible well in same reservoir | 1625' feet |
|---|---|---|---|

| 9. Proposed depth 11,16 0'MD 11,158' TVD | 10. Approximate date work will begin September/October 2017 | 11. Anticipated depth to base of fresh water (<10,000 mg/L TDS), if known  -1472 subsea depth |
|---|---|---|

| 12. Acres assigned to well N/A | 13. Elevation (ground) 268.7' | 14. Is the well on a unit greater than 160 acres in accordance with the applicable spacing rule? | Yes ☐  No ☒ (If yes, see no. 15 below) |
|---|---|---|---|

| 15. If yes, describe alternate unit in accordance with applicable rule | |
|---|---|

| 16. Type bond | Single Well ☐  Blanket ☒  Amount of bond $100,000.00 | 17. Bonding company and bond number ACSTAR Insurance Company #F16687 |
|---|---|---|

| 18. Are the provisions of Rule 400-1-9-.02 or Rule 400-2-8-.04, Operations Involving Hydrogen Sulfide, applicable?  Yes ☒  No ☐ If yes, a Form OGB-24 shall be filed with this application. |
|---|

| 19. Person to contact regarding this application | Kim Anderson Cory Ezelle | Phone Number | 318-227-8668 |
|---|---|---|---|
| | | Fax Number | 318-227-9012 |
| | | E-mail Address | kanderson@sklarexploration.com |

Remarks: Original Permit # 15493 -GI-14-02 Craft-Ralls 5-8 #1 GI

Unitized per Board Order No. 2014-23, April 3, 2014; effective 5/1/14

RECEIVED

SEP 21 2017

STATE OIL AND GAS BOARD OF ALABAMA

* If this is to be a directionally drilled well, please use Form OGB-1B

Executed this the __19__ day of __September__, 20 _17_

_Kim Anderson_ (signature)

Signature

Before me, the undersigned authority, on this day personally appeared __Kim Anderson__ known to me to be the person whose name is subscribed to the above instrument, who being by me duly sworn on oath states that he/she is duly authorized to make the above report and that he/she has knowledge of the facts stated therein, and that said report is true and correct.

Julia H. Smith
Notary Public
State of Louisiana
Caddo Parish
Notary ID # 58136
My Commission Is for Life

Subscribed and sworn to before me this ___ __September__, 20 _17_

SEAL

My commission expires _____

_Julia Smith_ (signature)

Notary Public in and for __Louisiana__
County, __Caddo__

## ACTION OF STATE OIL AND GAS BOARD

APPROVED BY _____    DATE 10/13/17



FIELD UNIT

NOTE:
Coordinates Based On Transverse Mercator-Alabama West Zone NAD27

PAT A. MARTIN
REGISTERED
CERTIFIED
ENGINEERING SERVICE
SURVEYOR
NO. 11277
STATE OF ALABAMA

BY *Pat A. Martin*

WELL LOCATION
FOR
**SKLAR EXPLORATION COMPANY L.L.C.**
SECTION 5, T4N - R13E
CONECUH COUNTY, ALABAMA
BY
ENGINEERING SERVICE - MOBILE, ALABAMA

0 1000 2000 3000
SCALE IN FEET

OCTOBER 21, 2014 REV. 12-11-14
REVISED: SEPTEMBER 6, 2017

18-S-0002 SKLAR128

STATE OIL AND GAS BOARD OF ALABAMA



OGB-1

**Application for Permit to Drill, Deepen, Recomplete, Convert, or Amend\***

Permit Number: 15413   (To be filled in by Board)

01· 035· 20153 · 00·00
API Number

Form OGB-1, Rev. 01/12
(File in triplicate)

Drill ☐   Deepen ☐   Recomplete ☐   Convert ☒   Amend ☒

Name of Operator   Sklar Exploration Company L.L.C.   Date   10/10/19

Address   401 Edwards St. Ste. 1601   City   Shreveport   State   LA   Zip   71101

| 1. Well name and number* | Craft - Ralls 5-10 #1 | 2. County   Conecuh |
|---|---|---|

3. Well Location*   (give footage from nearest section or offshore tract lines)   1,885' FSL & 1,980' FEL   Section-Township-Range or Tract   Sec.5-T4N-R13E

Latitude (NAD27)   3 1 . 3 3 8 9 1
Longitude (NAD27)   8 6 . 7 7 5 0 4

| 4. Field (if wildcat, so state)   Little Cedar Creek | 5. Target Reservoir   Smackover |
|---|---|

6. Unit assigned to well   Little Cedar Creek Partial Field-wide Oil Unit II

7. Distance from proposed location to nearest unit line   3090 feet

8. Distance (if less than 5,280 feet) from proposed location to nearest permitted, drilling, or producible well in same reservoir   1965' feet

9. Proposed depth   11,200' Already Drilled

10. Approximate date work will begin   October 2019

11. Anticipated depth to base of fresh water (<10,000 mg/L TDS), if known   -1472'   subsea depth

12. Acres assigned to well   N/A

13. Elevation (ground)   229.6'

14. Is the well on a unit greater than 180 acres in accordance with the applicable spacing rule?   Yes ☐   No ☒   (If yes, see no. 15 below)

15. If yes, describe alternate unit in accordance with applicable rule

16. Type bond   Single Well ☐   Blanket ☒

Amount of bond   $100,000.00

17. Bonding company and bond number   ACSTAR Insurance Company #F16687

18. Are the provisions of Rule 400-1-9-.02 or Rule 400-2-8-.04, Operations involving Hydrogen Sulfide, applicable?   Yes ☒   No ☐   If yes, a Form OGB-24 shall be filed with this application.

19. Person to contact regarding this application   Ken P. Hanby

Phone Number   205-345-2311
Fax Number   205-345-2414
E-mail Address   khanby@tjacge.com

Remarks: Application to amend the well status to place the well back into oil production

Permit # to return to original Permit # 15413 Craft-Ralls 5-10 #1

Unitized per Board Order No. 2014-23

No change will be necessary to well construction, the operation with be conducted using a slickline

RECEIVED

OCT 16 2019

STATE OIL AND GAS BOARD

\* If this is to be a directionally drilled well, please use Form OGB-1B

Executed this the   10th   day of   October   , 20 19

Signature   Ken P. Hanby

Before me, the undersigned authority, on this day personally appeared _____ known to me to be the person whose name is subscribed to the above instrument, who being by me duly sworn on oath states that he/she is duly authorized to make the above report and that he/she has knowledge of the facts stated therein, and that said report is true and correct.

Subscribed and sworn to before me this   10th   day of   October   , 20 19

SEAL   PUBLIC   My commission expires   4/10/23

Notary Public in and for
County,   Alabama, State at Large

**ACTION OF STATE OIL AND GAS BOARD**

APPROVED BY _____   DATE   10/17/19



RECEIVED
SEP 1 7 2007
STATE OIL AND GAS BOARD
OF ALABAMA

N

5
T4N – R13E

847'

674'          1980'

LOCATION:
Sklar Exploration Co. L.L.C.
No. 1 Craft-Ralls 5-10
Elev. ±235'
X=726,338
Y=687,893
LAT. 31.33891'
LON. 86.77504'

1885'

SE/4
±160 Ac.

DRILLING UNIT: __SE/4  ±160 Ac.__

NOTE:
Coordinates Based On Transverse
Mercator–Alabama West Zone NAD27.

NO. 20361
PROFESSIONAL

BY

WELL LOCATION
FOR
SKLAR EXPLORATION COMPANY L.L.C.
SECTION 5, T4N – R13E
CONECUH COUNTY, ALABAMA

BY

ENGINEERING SERVICE – MOBILE, ALABAMA

0      1000      2000      3000
SCALE IN FEET

AUGUST 2, 2007 REV. 9-5-07

5008/16      07m-5107      SKLAR28      A6211

Form OGB - 1B
5 / 00

**STATE OIL AND GAS BOARD OF ALABAMA**

420 Hackberry Lane
P.O. Box 869999
Tuscaloosa, Alabama 35486-6999   MAY 1 4 2007
(205) 349-2852   Fax (205)349-2861
www.ogb.state.al.us   STATE OIL AND GAS BOARD
**Application for Permit to Directionally Drill** ALABAMA

To be filed by Board
15 263 - B
Permit number
01B035 - 20147-00-00
API number

Drill [X]   Deepen [ ]   Convert [ ]   Sidetrack [ ]   Amend [ ]

(file in triplicate)

| Name of operator | Sklar Exploration Company, LLC | | Date | 05/11/07 | |
|---|---|---|---|---|---|
| Address | 401 Edwards St. Ste. 1601 | City | Shreveport | State | LA | Zip | 71101 |

| Well name and number | Craft-Ralls 5-14#1 | | County | Conecuh |
|---|---|---|---|---|

| Well Location (surface) | (give footage from nearest section or tract lines) 660'FWL & 1650' FSL | Section-Township-Range or Tract Sec. 5-T4N-R13E |
|---|---|---|
| | Latitude 3 1 . 3 3 8 4 3   Longitude 8 6 . 7 8 3 5 9 | |

| Well Location (proposed bottom hole) | (give footage from nearest section or tract lines) 1500' FWL & 750' FSL | Section-Township-Range or Tract Sec. 5-T4N-R13E |
|---|---|---|
| | Latitude 3 1 . 3 3 5 9 0   Longitude 8 6 . 7 8 0 8 8 | |

| Field (if wildcat, so state) | Little Cedar Creek | Reservoir | Smackover |
|---|---|---|---|

| Describe drilling unit |
|---|
| SW/4 ± 160 acre   Sec 5-T4N-R13E |

| Distance from proposed location to nearest unit line | 750' feet | Distance (if less than 5,280 feet) from proposed location to nearest permitted, drilling, or producible well in the same reservoir | 1625' feet |
|---|---|---|---|

| Proposed depth | 11,600' | Approx. date work will begin ± June 2007 | Anticipated depth to base of fresh water (<10,000 mg/l TDS), if known | 1550' depth |
|---|---|---|---|---|

| Acres assigned to well ± 160 | Elevation (ground) ± 210 | Is the well on a unit greater than 160 acres in size in accordance with Rule 400-1-2-.02? | Yes [ ] No [X] (if yes, see below) |
|---|---|---|---|

If yes, describe alternate unit in accordance with Rule 400-1-2-.02

| Type bond | Single well [ ] Blanket [X] | Amount of bond $100,000.00 | Bonding company and bond number ACSTAR Insurance Company #F16687 |
|---|---|---|---|

| Are the provisions of Rule 400-1-9-.02 or Rule 400-2-8-.04, Operations Involving Hydrogen Sulfide, applicable? If yes, a Form OGB-24 shall be filed with this application. | Yes [X] No [ ] |
|---|---|

| Person to contact regarding permit application | Kim Timon | Phone number | 318-227-8668 |
|---|---|---|---|
| | David Barlow | Fax number | 318-227-9012 |
| | | E-Mail address | Ktimon@sklarexploration.com |

| Remarks: | * Productive Extension of Little Cedar Creek Field |
|---|---|

USDW 1350' Sub-Sea

Executed this the __11__ day of __May__ , 20 07

Signature

Before me, the undersigned authority, on this day personally appeared __Kim Timon__, known to me to be the person whose name is subscribed to the above instrument, who being by me duly sworn on oath states that he/she is duly authorized to make the above report and that he/she has knowledge of the facts stated therein, and that said report is true and correct.

Subscribed and sworn to before me this __11__ day of __May__ , 20 07

SEAL
My commission expires __at death__

Kim S. Elias, Notary Public # 52688   Notary Public in and for Caddo Parish, Louisiana   County, Caddo
My Commission is for Life   Louisiana

**ACTION OF STATE OIL AND GAS BOARD**

APPROVED BY _____   DATE 5/16/07



RECEIVED
MAY - 9 2007
STATE OIL AND GAS BOARD OF ALABAMA

5
T4N – R13E

S. LOCATION:
Elev. ±210'
X=723,672
Y=487,499
LAT. 31.33847°
LON. 86.78359°

B.H. LOCATION:
Sklar Exploration Co. L.L.C.
No. 1 Croft-Ralls 5-14
X=724,522
Y=486,586
LAT. 31.33590°
LON. 86.78088°

SW/4
±160 Ac.

660'

1650'

1500'

1157'

750'

DRILLING UNIT: SW/4 ±160 Ac.

NOTE:
Coordinates Based On Transverse
Mercator–Alabama West Zone NAD27.

WELL LOCATION
FOR
SKLAR EXPLORATION COMPANY L.L.C.
SECTION 5, T4N – R13E
CONECUH COUNTY, ALABAMA

BY

ENGINEERING SERVICE – MOBILE, ALABAMA

0      1000      2000      3000
SCALE IN FEET

MARCH 22, 2006 REV. 5-2-07

2978/28    06N-5070    SKLAR13    A5652

Form OGB - 1
5/00

**STATE OIL AND GAS BOARD OF ALABAMA** V E D

420 Hackberry Lane
P.O. Box 869999
Tuscaloosa, Alabama 35486-6999
(205) 349-2852   Fax (205)349-2861
www.ogb.state.al.us

JAN - 4 2006

STATE OIL & GAS BOARD
OF ALABAMA

To be filled in by Board
14325
Permit number
01-035-20122-00-00
API number

**Application for Permit to Drill, Deepen, Convert, or Amend***

Drill [X]   Deepen [ ]   Convert [ ]   Amend [ ]

(file in triplicate)

| | | | |
|---|---|---|---|
| Name of operator | Sklar Exploration Company, LLC | Date | 1/03/06 |
| Address | 401 Edwards St. Ste. 1601 | City Shreveport | State LA   Zip 71101 |

Well name and number: #1 Craft – Mack 7-2   County Conecuh

Well Location

(give footage from nearest section or tract lines)
660' FNL & 1980' FEL

Section-Township-Range or Tract
Sec. 7 - T4N-R13E

Latitude 3 1 . 3 3 2 1 7   Longitude 8 6 . 7 9 9 2 0 0

Field (if wildcat, so state): Wildcat * Little Cedar Creek   Reservoir Smackover

Describe drilling unit: NE/4 ± 160 acre
NE ¼ of Sec 7-T4N-R13E

| Distance from proposed location to nearest unit line | 660' feet | Distance (if less than 5,280 feet) from proposed location to nearest permitted, drilling, or producible well in the same reservoir | N/A feet |
|---|---|---|---|
| Proposed depth 11,600' | Approx. date work will begin ± January 15, 2006 | Anticipated depth to base of fresh water (<10,000 mg/l TDS), if known | 1550' depth |
| Acres assigned to well ±160 | Elevation (ground) 194 | Is the well on a unit greater than 160 acres in accordance with Rule 400-1-2-.02 ? | Yes [ ] No [X] |

If yes, describe alternate unit in accordance with Rule 400-1-2-.02

| Type bond | Single well [ ] | Amount of bond | Bonding company and bond number |
|---|---|---|---|
| | Blanket [X] | $100,000.00 | ACSTAR Insurance Company #F16687 |

Are the provisions of Rule 400-1-9-.02 or Rule 400-2-8-.04, Operations Involving Hydrogen Sulfide, applicable? Yes [X] No [ ]
If yes, a Form OGB-24 shall be filed with this application.

| Person to contact regarding this application | Kim Timon | Phone number | 318-227-8668 |
|---|---|---|---|
| | | Fax number | 318-227-9012 |
| | | E-Mail address | ktimon@sklarexploration.com |

Remarks:

USDW  1350' Sub-Sea

* 2006-156, add to field, 11-3-06

If this is to be a deviated well, please use Form OGB-1B

Executed this 3 day of January, 20 06   Signature Kim Timon

Before me, the undersigned authority, on this day personally appeared Kim Timon known to me to be the person whose name is subscribed to the above instrument, who being by me duly sworn on oath states that he/she is duly authorized to make the above report and that he/she has knowledge of the facts stated therein, and that said report is true and correct.

Subscribed and sworn to before me this 3 day of January, 20 06

SEAL
My commission expires: for Life

Notary Public in and for County,

**ACTION OF STATE OIL AND GAS BOARD**

APPROVED BY David E. Bolin   DATE 1/11/06



RECEIVED

JAN - 4 2006

STATE OIL & GAS BOARD
OF ALABAMA

660'

650' 1980'

LOCATION:
Sklar Exploration Co. L.L.C.
No. 1 Craft-Mack 7-2
Elev. 194.1'
X=721,060
Y=465,706
LAT. 31.33217' N
LON. 86.79200' W

NE/4
±160 Ac.

N

7
T4N − R13E

DRILLING UNIT: NE/4 ±160 Ac.

NOTE:
Coordinates Based On Transverse
Mercator−Alabama West Zone NAD27.

WELL LOCATION
FOR

**SKLAR EXPLORATION COMPANY L.L.C.**

SECTION 7, T4N − R13E
CONECUH COUNTY, ALABAMA

BY

ENGINEERING SERVICE − MOBILE, ALABAMA

0     1000     2000     3000
SCALE IN FEET

OCTOBER 21, 2005

CERTIFIED ALABAMA
ENGINEERING SERVICE REGISTERED
NO. 20361
PROFESSIONAL
LAND
BY
EDGAR RUSSELL MACK
ALABAMA LICENSE NO.

2973/25−28     08M−5015     SKLAR3     A5510



## STATE OIL AND GAS BOARD OF ALABAMA

## Application for Permit to Directionally Drill



Permit Number: 17284-B

(To be filled in by Board): 01-035 - 20357 - 00 - 00
API Number

Form OGB-1B, Rev. 07/13
(File in triplicate)

Drill ☒    Deepen ☐    Recomplete ☐    Sidetrack ☐    Convert ☐    Amend ☐

Name of Operator: Sklar Exploration Company L.L.C.    Date: May 3, 2018

Address: 401 Edwards St. Ste. 1601    City: Shreveport    State: LA    Zip: 71101

| 1. Well name and number | Craft- Mack 7-8 #1 | 2. County Conecuh |
|---|---|---|

| 3. Well Location (proposed surface) | (give footage from nearest section or offshore tract line) 1367' FNL & 214' FEL | | | | | | | Section-Township-Range or Tract Sec. 7-T4N-R13E |
|---|---|---|---|---|---|---|---|---|
| | Latitude (NAD27) | 3 | 1 . 3 | 3 | 0 | 1 | 8 | Longitude (NAD27) 8 6 . 7 8 6 3 4 |

| 4. Well Location (proposed bottom hole) | (give footage from nearest section or offshore tract lines) 1976' FNL & 695' FEL | | | | | | | Section-Township-Range or Tract Sec 7-T4N-R13E |
|---|---|---|---|---|---|---|---|---|
| | Latitude (NAD27) | 3 | 1 . 3 | 2 | 8 | 5 | 2 | Longitude (NAD27) 8 6 . 7 8 7 8 7 |

| 5. Field (If wildcat, so state) Little Cedar Creek | 6. Target Reservoir Smackover |
|---|---|

7. Unit assigned to well: Unitized - Little Cedar Creek Oil Unit II

| 8. Distance from proposed location to nearest unit line* 668' feet | 9. Distance (if less than 5,280 feet) from proposed location to nearest permitted, drilling, or producible well in same reservoir 1570 feet |
|---|---|

| 10. Proposed depth 11,741' MD 11,637' TVD | 11. Approximate date work will begin May/June 2018 | 12. Anticipated depth to base of fresh water (<10,000 mg/L TDS), if known Est.1550' subsea depth |
|---|---|---|

| 13. Acres assigned to well | 14. Elevation (ground) 195 | 15. Is an alternate unit required in accordance with the applicable spacing rule? Yes ☐ No ☒ (If yes, see no. 16 below) |
|---|---|---|

16. If yes, describe alternate unit in accordance with applicable rule

| 17. Type bond | ☐ Single Well ☒ Blanket | Amount of bond $100,000.00 | 18. Bonding company and bond number ACSTAR Insurance Company #F16687 |
|---|---|---|---|

19. Are the provisions of Rule 400-1-9-.02 or Rule 400-2-8-.04, Operations Involving Hydrogen Sulfide, applicable? Yes ☒ No ☐
if yes, a Form OGB-24 shall be filed with this application.

| 20. Person to contact regarding this application Kim Anderson | Phone Number 318-227-8668 |
|---|---|
| | Fax Number 318-227-9012 |
| | E-mail Address Kanderson@sklarexploration.com |

Remarks:

Target location 1976' FNL & 695' FEL of Section 7-T4N-R13E at the Top of Smackover Formation.

* Closest distance from proposed wellbore within target reservoir to nearest unit line

Executed this the 3rd day of May , 20 18

Signature: _Kim Anderson_
Kim Anderson

Before me, the undersigned authority, on this day personally appeared _____ known to me to be the person whose name is subscribed to the above instrument, who being by me duly sworn on oath states that he/she is duly authorized to make the above report and that he/she has knowledge of the facts stated therein, and that said report is true and correct.

Subscribed and sworn to before me this 3rd day of May , 20 18

SEAL
Julia P. Smith
Notary Public
State of Louisiana
Caddo Parish
Notary ID # 58135
My Commission is for Life

Notary Public in and for Louisiana County, Caddo

### ACTION OF STATE OIL AND GAS BOARD

APPROVED BY _____    DATE 5/11/18



RECEIVED

MAY 03 2018

STATE OIL AND GAS BOARD
OF ALABAMA

UNIT I

LCC OIL UNIT I
LCC OIL UNIT II

LCC OIL UNIT I
LCC OIL UNIT II

LCC OIL

T4N – R12E
T4N – R13E

SL
P.N. 14646-B

P.N. 15000

P.N. 14325

LCC OIL UNIT I
LCC OIL UNIT II

1976'

1367'

+1855'

710.75'
S17'59'W

214'

1951'

695'

668'

922'

Surface
Location
El. 195.2
NAD27–AL WEST ZONE
X= 722833
Y= 484492
LAT.= 31.33018'
LONG.= 86.78634'
NAD83
LAT.= 31.33035'
LONG.= 86.78630'

7

T4N   R13E

Top Of Smackover & BHL
Craft–Mack 7–8, No. 1
NAD27–AL WEST ZONE
X= 722359
Y= 483884
LAT.= 31.32852'
LONG.= 86.78787'
NAD83
LAT.= 31.32868'
LONG.= 86.78783'

P.N. 14360

+1520'

P.N. 14926

T4N – R12E
T4N – R13E

LCC OIL UNIT I
LCC OIL UNIT II

UNIT II
LCC OIL

FIELD UNIT

NOTE:
Coordinates Based On Transverse
Mercator–Alabama West Zone NAD27.

WELL LOCATION
FOR

# SKLAR EXPLORATION COMPANY L.L.C.
## CRAFT– MACK 7–8, NO. 1
## SECTION 7, T4N – R13E
### CONECUH COUNTY, ALABAMA

BY

ENGINEERING SERVICE – RICHLAND, MISSISSIPPI

0        1000        2000        3000
SCALE IN FEET

APRIL 12, 2018
REVISED: APRIL 23, 2018
REVISED: MAY 1, 2018

18–S–0079    6366/11    SEC137

BY  Pat A. Martin

PAT A. MARTIN
REGISTERED
ENGINEERING SERVICE
SURVEYOR
NO. 13277
STATE OF ALABAMA

Form OGB - 1
5 / 00

STATE OIL AND GAS BOARD OF ALABAMA

RECEIVED
OCT 1 7 2007
OIL AND GAS BOARD
OF ALABAMA

420 Hackberry Lane
P.O. Box 869999
Tuscaloosa, Alabama 35486-6999
(205) 349-2852   Fax (205)349-2861
www.ogb.state.al.us

To be filled in by Board
15418

Permit number
01-035-20156-00-00

API number

**Application for Permit to Drill, Deepen, Convert, or Amend**

Drill [X]   Deepen [ ]   Convert [ ]   Amend [ ]

(file in triplicate)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name of operator | Sklar Exploration Company, LLC | | | Date | 10/16/07 | | |
| Address | 401 Edwards St. Ste. 1601 | City | Shreveport | State | LA | Zip | 71101 |

| Well name and number | Craft-Mack 8-2#1 | County | Conecuh |
|---|---|---|---|

Well Location

(give footage from nearest section or tract lines)
660" FNL  & 1994' FEL

Section-Township-Range or Tract
Sec 8 – T4N-R13E

Latitude  [3] [1] . [3] [3] [1] [0] [2]      Longitude  [8] [6] . [7] [7] [5] [0] [5]

| Field (if wildcat, so state) | *Little Cedar Creek | Reservoir | Smackover |
|---|---|---|---|

| Describe drilling unit | NE/4 ± 160 acre | | of Sec 8-T4N-R13E |
|---|---|---|---|

| Distance from proposed location to nearest unit line | 660' feet | Distance (if less than 5,280 feet) from proposed location to nearest permitted, drilling, or producible well in the same reservoir | 2320' feet |
|---|---|---|---|

| Proposed depth | 11,600 | Approx. date work will begin | ± October/November 2007 | Anticipated depth to base of fresh water (<10,000 mg/l TDS), if known | 1560' depth |
|---|---|---|---|---|---|

| Acres assigned to well | ±160 | Elevation (ground)  215' | Is the well on a unit greater than 160 acres in accordance with Rule 400-1-2-.02 ? | Yes [ ]  No [X] (if yes, see below) |
|---|---|---|---|

If yes, describe alternate unit in accordance with Rule 400-1-2-.02

| Type bond | Single well [ ]  Blanket [X] | Amount of bond  $100,000.00 | Bonding company and bond number  ACSTAR Insurance Company #F16687 |
|---|---|---|---|

Are the provisions of Rule 400-1-9-.02 or Rule 400-2-8-.04, Operations involving Hydrogen Sulfide, applicable?      Yes [X]  No [ ]
If yes, a Form OGB-24 shall be filed with this application.

| Person to contact regarding this application | Kim Timon | Phone number | 318-227-8668 |
|---|---|---|---|
| | | Fax number | 318-227-9012 |
| | | E-Mail address | ktimon@sklarexploration.com |

Remarks:      * Productive Extension of Little Cedar Creek

USDW 1350'   Sub-Sea

If this is to be a deviated well, please use Form OGB-1B

Executed this the __16__ day of __October__ , 20 _07_

_____
Signature

Before me, the undersigned authority, on this day personally appeared ___Kim Timon___ known to me to be the person whose name is subscribed to the above instrument, who being by me duly sworn on oath states that he/she is duly authorized to make the above report and that he/she has knowledge of the facts stated therein, and that said report is true and correct.

Subscribed and sworn to before me this __16__ day of __October__ , 20 _07_

SEAL Bettye M. LaCour, Notary Public # 3620
My commission of Caddo Parish, Louisiana
My Commission is for Life

Notary Public in and for __Louisiana__
County, __Caddo Parish__

**ACTION OF STATE OIL AND GAS BOARD**

APPROVED BY _____   DATE _10/17/07_



RECEIVED

OCT - 4 2007

STATE OIL AND GAS BOARD OF ALABAMA

15253-B
SKLAR
Croft-Rabb 5-1×

15159-B
SKLAR
Croft-Brye 8-4

660'

660'                    1994'

NE/4
±160 Ac.

13878
SKLAR
Croft-Mack 8-7

LOCATION:
Sklar Exploration Co. L.L.C.
No. 1 Croft-Mack 8-2
Elev. ±215'
X=726,252
Y=465,147
LAT. 31.33192'
LON. 86.77505'

8

T4N - R13E

13357
SKLAR
Croft-Rabb 8-12

DRILLING UNIT: NE/4 ±160 Ac.

NOTE:
Coordinates Based On Transverse
Mercator-Alabama West Zone, NAD27.

ALABAMA
CERTIFIED REGISTERED
ENGINEERING SERVICE 0361
PROFESSIONAL
LAND
SURVEYOR

BY Edgar Russell McDermott
EDGAR RUSSELL McDERMOTT
ALABAMA LICENSE NO. 20361

WELL LOCATION
FOR
**SKLAR EXPLORATION COMPANY L.L.C.**
SECTION 8, T4N - R13E
CONECUH COUNTY, ALABAMA

BY

ENGINEERING SERVICE - MOBILE, ALABAMA

0      1000      2000      3000
SCALE IN FEET

SEPTEMBER 10, 2007 REV. 10-1-07

3014/2    06M-5004    SKLAR30    A6261



# STATE OIL AND GAS BOARD OF ALABAMA

## Application for Permit to Directionally Drill



Permit Number: 15159-B-G1-19-01
(To be filled in by Board): 01-035-20143
API Number: -00-01

**Form OGB-1B**, Rev. 07/13
**(File in triplicate)**

Drill ☐   Deepen ☐   Recomplete ☐   Sidetrack ☐   Convert ☒   Amend ☐

Name of Operator: Sklar Exploration Company L.L.C.        Date: 9/5/19

Address: 401 Edwards St. Ste.1601    City: Shreveport    State: LA    Zip: 71101

| | | |
|---|---|---|
| 1. Well name and number | Craft - Brye 8-4 #1 GI | 2. County Conecuh |

**3. Well Location (proposed surface)**
(give footage from nearest section or offshore tract line): 662' FNL & 1,347' FWL
Section-Township-Range or Tract: Sec. 8, T. 4 N., R. 13 E.
Latitude (NAD27): 3 1 . 3 3 2 0 3
Longitude (NAD27): 8 6 . 7 8 1 3 4

**4. Well Location (proposed bottom hole)**
(give footage from nearest section or offshore tract lines): 695' FNL & 651' FWL
Section-Township-Range or Tract: Sec. 8, T. 4 N., R. 13 E.
Latitude (NAD27): 3 1 . 3 3 1 9 8
Longitude (NAD27): 8 6 . 7 8 3 5 8

| 5. Field (if wildcat, so state) | Little Cedar Creek | 6. Target Reservoir | Smackover |
|---|---|---|---|

7. Unit assigned to well: Little Cedar Creek Partial Fieldwide Oil Unit II

| 8. Distance from proposed location to nearest unit line* | 965' feet | 9. Distance (if less than 5,280 feet) from proposed location to nearest permitted, drilling, or producible well in same reservoir | 1,685 feet |
|---|---|---|---|

| 10. Proposed depth | 11. Approximate date work will begin | 12. Anticipated depth to base of fresh water (<10,000 mg/L TDS), if known |
|---|---|---|
| 11,515' Already Drilled | September 2019 | -1472 subsea depth |

| 13. Acres assigned to well | 14. Elevation (ground) | 15. Is an alternate unit required in accordance with the applicable spacing rule? |
|---|---|---|
| N/A | 190' | Yes ☐   No ☒  (If yes, see no. 16 below) |

16. If yes, describe alternate unit in accordance with applicable rule

| 17. Type | Single Well ☐   Blanket ☒ bond | Amount of bond $100,000 | 18. Bonding company and bond number ACSTAR Insurance Company #F16687 |
|---|---|---|---|

19. Are the provisions of Rule 400-1-9-.02 or Rule 400-2-8-.04, Operations Involving Hydrogen Sulfide, applicable?   Yes ☒   No ☐
If yes, a Form OGB-24 shall be filed with this application.

| 20. Person to contact regarding this application | Ken P. Hanby | Phone Number | 205-345-2311 |
|---|---|---|---|
| | | Fax Number | 205-345-2414 |
| | | E-mail Address | khanby@ljacge.com |

Remarks: Original Permit #15159-B - Craft - Brye 8-4 #1

Unitized per Board order No. 2014-23

BHL is 695' south and 651' east of the Little Cedar Creek Oil Unit II boundary (distance 965')

* Closest distance from proposed wellbore within target reservoir to nearest unit line

Executed this the 10th day of September, 20 19

Signature: Ken P. Hanby

Being No. __, the undersigned authority, on this day personally appeared _____ known to me to be the person whose name is subscribed to the above instrument, who being by me duly sworn on oath states that he/she is duly authorized to make the above report and that he/she has knowledge of the facts stated therein, and that said report is true and correct.

Subscribed and sworn to before me this 10th day of September, 20 19

SEAL
My commission expires: 4/10/23

Notary Public in and for _____ County, Alabama State at Large

## ACTION OF STATE OIL AND GAS BOARD

APPROVED BY _____    DATE 9/26/19

RECEIVED SEP 10 2019 ... OF ALABAMA



RECEIVED

SEP 1 7 2019

**WELL LOCATION**
FOR

**SKLAR EXPLORATION COMPANY L.L.C.**
CRAFT–BRYE 8-4, NO. 1 GI
**SECTION 8, T4N – R13E**
CONECUH COUNTY, ALABAMA

BY

**ENGINEERING SERVICE – RICHLAND, MISSISSIPPI**

SCALE IN FEET

AUGUST 22, 2019
REVISED: SEPTEMBER 3, 2019
REVISED: SEPTEMBER 5, 2019
REVISED: SEPTEMBER 9, 2019

19–S–0161   PO   SEC172

NOTE:
As–Drilled Information Shown As Supplied
By Sklar Exploration Company, LLC

NOTE:
Coordinates Based On Transverse
Mercator Alabama West Zone NAD27.

NO. 19524
PROFESSIONAL
CERTIFIED
ENGINEERING SERVICE
RICHARD H. POWELL

BY Richard H. Powell

Form OGB - 1
5 / 00'

## STATE OIL AND GAS BOARD OF ALABAMA FILED

420 Hackberry Lane
P.O. Box 869999
Tuscaloosa, Alabama 35486-6999
(205) 349-2852    Fax (205)349-2861
www.ogb.state.al.us

JUL 2 4 2007

STATE OIL AND GAS BOARD

To be filled in by Board

Permit number
15357

01-035 - 20150-00-00

API number

### Application for Permit to Drill, Deepen, Convert, or Amend*

Drill [X]    Deepen [ ]    Convert [ ]    Amend [ ]

(file in triplicate)

| Name of operator | Sklar Exploration Company, LLC | | Date | 7/23/07 | |
|---|---|---|---|---|---|
| Address | 401 Edwards St. Ste. 1601 | City | Shreveport | State LA | Zip 71101 |

| Well name and number | | | Craft-Ralls 8-12 #1 | | County | Conecuh |
|---|---|---|---|---|---|---|

| Well Location | (give footage from nearest section or tract lines) 660' FWL & 1980' FSL | Section-Township-Range or Tract Sec 8 – T4N-R13E |
|---|---|---|

Latitude  [3] [1] . [3] [2] [4] [8] [0]    Longitude [8] [7] . [7] [8] [3] [4] [0]

| Field (if wildcat, so state)  *Little Cedar Creek | Reservoir  Smackover |
|---|---|

Describe drilling unit
SW/4 ± 160 acre                  of Sec 8-T4N-R13E

| Distance from proposed location to nearest unit line | 660' feet | Distance (if less than 5,280 feet) from proposed location to nearest permitted, drilling, or producible well in the same reservoir | 2640' feet |
|---|---|---|---|

| Proposed depth 11,600' | Approx. date work will begin ± August 2007 | Anticipated depth to base of fresh water (<10,000 mg/l TDS), if known | 1550' depth |
|---|---|---|---|

| Acres assigned to well ±160 | Elevation (ground) 180' | Is the well on a unit greater than 160 acres in accordance with Rule 400-1-2-.02 ? | Yes [ ] No [X] (if yes, see below) |
|---|---|---|---|

If yes, describe alternate unit in
accordance with Rule 400-1-2-.02

| Type bond | Single well [ ]  Blanket [X] | Amount of bond $100,000.00 | Bonding company and bond number ACSTAR Insurance Company #F16687 |
|---|---|---|---|

Are the provisions of Rule 400-1-9-.02 or Rule 400-2-8-.04, Operations involving Hydrogen Sulfide, applicable?    Yes [X]  No [ ]
If yes, a Form OGB-24 shall be filed with this application.

| Person to contact regarding this application | Kim Timon | Phone number | 318-227-8668 |
|---|---|---|---|
| | | Fax number | 318-227-9012 |
| | | E-Mail address | ktimon@sklarexploration.com |

Remarks:        * Productive Extension of Little Cedar Creek

USDW 1350'    Sub-Sea

If this is to be a deviated well, please use Form OGB-1B

Executed this the   23   day of    July   , 20 07

Signature

Before me, the undersigned authority, on this day personally appeared    Kim Timon    known to me to be the person
whose name is subscribed to the above instrument, who being by me duly sworn on oath states that he/she is duly authorized to make the above report and that he/she
has knowledge of the facts stated therein, and that said report is true and correct.

Subscribed and sworn to before me this    23   day of   July   , 20 07

SEAL

My commission expires: With Life

Notary Public in and for Louisiana
County,    Caddo Parish

Marie Gardner, Notary Public # 56265
Bossier Parish, Louisiana
My Commission is for Life

### ACTION OF STATE OIL AND GAS BOARD

APPROVED BY

DATE 7/24/07



RECEIVED

JUL 1 6 2007

STATE ___ ___ ___ ___ OF ALABAMA

13159-B
SKLAR
Croft-Brye 8-4

SL

12976
SKLAR
Croft-Mock 8-7

8
T4N – R13E

660'

660'

2640'

SW/4
±160 Ac.

1980'

LOCATION:
Sklar Exploration Co. L.L.C.
No. 1 Croft-Ralls 8-12
Elev. ±180'
X=723,736
Y=492,541
LAT. 31.32480'
LON. 86.78349'

DRILLING UNIT:  SW/4  ±160 Ac.

NOTE:
Coordinates Based On Transverse
Mercator–Alabama West Zone NAD 27.

CERTIFIED
ENGINEERING 9E-02261
PROFESSIONAL
LAND
SURVEYOR
EDGAR RUSSELL MCDILL
ALABAMA

BY _____ McDill

EDGAR RUSSELL McDILL  P.L.S.
ALABAMA LICENSE NO. 20361

WELL LOCATION
FOR
SKLAR EXPLORATION COMPANY L.L.C.
SECTION 8, T4N – R13E
CONECUH COUNTY, ALABAMA

BY

ENGINEERING SERVICE – MOBILE, ALABAMA

0    1000    2000    3000

SCALE IN FEET

MAY 21, 2007

3008/2    074-5089    SKLAR20    A6126

2014   4001
Recorded in the Above
Deed Book & Page
08-14-2014 09:50:28 AM



## EXHIBIT "B"

The Work and the dates on which the Work was furnished are further described in the invoices (the "Invoices") attached hereto as part of this **Exhibit "B"**.

The Work and the dates on which the Work was furnished are summarized as follows:

| Well Name | Invoice No. | Invoice Date | Invoice Amount | Dates of Furnishing | |
|---|---|---|---|---|---|
| Craft-Ralls 5-10 #1 | 20242918 | 11/15/2019 | $1,414.04 | 11/14/2019 | 11/14/2019 |
| Craft-Ralls 5-10 #1 | 20244201 | 11/27/2019 | $1,265.64 | 11/26/2019 | 11/26/2019 |
| Craft-Ralls 5-10 #1 | 20248059 | 1/17/2020 | $1,306.77 | 1/15/2020 | 1/16/2020 |
| **Subtotal:** | | | **$3,986.45** | | |
| Craft-Ralls 5-14 #1 | 20250525 | 2/13/2020 | $532.77 | 2/12/2020 | 2/12/2020 |
| **Subtotal:** | | | **$532.77** | | |
| | | | | | |
| **TOTAL:** | | | **$4,519.22** | | |

**EXHIBIT "B"**

*Exhibit "B" to Verified Statement of Lien*
*(Kelley/Sklar-Little Cedar Creek Oil Unit II, Conecuh County, AL)*
506533v.1 B075/00713

**Baker Hughes**

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

IO US LAU Services Org (IA07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

# INVOICE

| Bill To | Ship To | Invoice No. | Invoice Date |
|---|---|---|---|
| SKLAR EXPLORATION COMPANY LLC | SKLAR EXPLORATION COMPANY LLC | 20242918 | 15-NOV-2019 |
| 401 EDWARDS ST STE 1601 | CRAFT RALLS 5-10 #1 | | |
| SUITE 1601 | UNINCORPORATED, AL 36429-0000 | | |
| SHREVEPORT, LA 71101-5507 | United States | | |
| United States | | | |

| | | Order No. | Order Date |
|---|---|---|---|
| VAT Registration No. | Final Destination | 20293327 | 15-NOV-2019 |
| | United States | Customer Site No. | Purchase Order No. |
| | | 027407514 | N/A |
| | | Commercial Terms | Quote No. |
| | | GE D&S Ts&Cs (PC Domestic) | |
| | | IncoTerms | IncoTerm Named Location |
| | | FCA | Seller |
| | | Pymt. Term | Shipping Method |
| | | NET 30 | |

**Remit To**

If Check
P.O. Box 911776
DALLAS, TX 75391-1776
United States

If Electronic
Bank Name    JP Morgan Chase
bank, New York, NY
Account No.
IBAN No.
Swift Code
Routing No.

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 10 | H306001-625 | VALVE PURCHASE,MODEL 1100,API FLG, 2-9/16 5M, EXP GATE,2-9/16 5M FLG ENDS, HW0, API 6A LU DD-NL PSL2 PR2<br>API MATERIAL≡(DD-NL),API PR≡(2),API PSL≡(2),API TEMP≡(L U), | | 1 | 1 | EA | Y | 1,250.000 | 1,250.00 |
| 20 | H300074-6 | RING GASKET,API R-27,OVAL,CARBON STEEL,ZINC PLATED<br>API MONOGRAM REQUIRED<br>API PSL≡(1 4), | | 2 | 2 | EA | Y | 10.000 | 20.00 |
| 30 | 320127 | STUD,ALL-THD,W/2 NUTS,BLK,1 X 7.00, STUD A193-GR B7 NUT A194-GR 2H | | 8 | 8 | EA | Y | 8.000 | 64.00 |

SUBTOTAL:1,334.00

**Tax Summary**

| Tax Name | Tax Rate | Tax Extended Amount |
|---|---|---|
| AL - CONECUH, COUNTY SALES/USE | 2.00% | 26.68 |
| AL - STATE SALES/USE TAX | 4.00% | 53.36 |

Baker Huges Contact:
Name:    Thrash, Steven
Ryan
Phone:
eMail:    Ryan.Thrash@bhge
.com

| | |
|---|---|
| SubTotal | 1,334.00 |
| Tax | 80.04 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 1,414.04 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-al, please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

ALTERNATE STRAIGHT BILL OF LADING-SHORT FORM
Original – Not Negotiable

Bill of Lading DT№   4177

Order No. _____

**GE Oil & Gas**

GRS Services
(Name of Carrier)

Date _____

| TO: Consignee | Sklar | FROM Shipper: **GE Oil & Gas** | | | |
|---|---|---|---|---|---|
| Street | | Street | | | |
| Destination | Craft-Ralls 570 Zip Code | City | State | Zip Code | |

Route: _____    Vehicle No. _____

| No. Shipping Units | Kind of Packaging, Description of Articles Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|
| 1 | Gate Valve, 1100, 2⁹⁄₁₆ 5m HWO | | | 1250.⁰⁰ |
| 2 | Ring Gasket R-27-5 | | 10.⁰⁰ | 20.⁰⁰ |
| 8 | 1"X7" Studs W/2Nuts | | 8.⁰⁰ | 64.⁰⁰ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Edward Vin  11-14-19 | | | |

| REMIT C.O.D. TO ADDRESS | COD  Amt: $ | C.O.D. FEE: PREPAID ☐ $ COLLECT ☐ | TOTAL CHARGES: $ 1334.⁰⁰ |
|---|---|---|---|

Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding:

$ _____ per _____

Subject to section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____
Signature of Consignor

FREIGHT CHARGES

CHECK APPROPRIATE BOX:

☐ Freight Prepaid        ☐ Collect

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract), agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to be the shipper and accepted for himself and his assigns.

| SHIPPER **GE Oil & Gas** | CARRIER |
|---|---|
| PER | PER                    DATE |

**Baker Hughes** 

| | |
|---|---|
| GE Oil & Gas Pressure Control, LP<br>4424 W Sam Houston PKWY<br>Suite 100<br>Houston, , TX 77041<br>United States | IO US LAU Services Org (A07)<br>3038 Ellisville Blvd-Hwy 11 S<br>Laurel, MS 39440 |

## INVOICE

| Bill To | Ship To | Invoice No. | Invoice Date |
|---|---|---|---|
| SKLAR EXPLORATION COMPANY LLC<br>401 EDWARDS ST STE 1601<br>SUITE 1601<br>SHREVEPORT, LA 71101-5507<br>United States | SKLAR EXPLORATION COMPANY LLC<br>CRAFT RALLS 5-10 #1<br>UNINCORPORATED, AL 36429-0000<br>United States | 20244201 | 27-NOV-2019 |

| | | Order No. | Order Date |
|---|---|---|---|
| | | 20294262 | 25-NOV-2019 |
| VAT Registration No. | Final Destination<br>United States | Customer Site No.<br>027407514 | Purchase Order No.<br>CHOKE PARTS |
| | | Commercial Terms<br>GE D&S Ts&Cs (PC Domestic) | Quote No. |
| | | IncoTerms<br>FCA | IncoTerm Named Location<br>Seller |

| Remit To | | | |
|---|---|---|---|
| If Check<br>P.O. Box 911776<br>DALLAS, TX 75391-1776<br>United States | If Electronic<br>Bank Name<br><br>Account No.<br>IBAN No.<br>Swift Code<br>Routing No. | JP Morgan Chase<br>bank, New York, NY | |

Pymt. Term     Shipping Method
NET 30

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 337111 | CHOKE BEAN,WRENCH,FC-140 OCT STYLE,MCDONALD PN M23CWXX | | 2 | 2 | EA | Y | 85.000 | 170.00 |
| 20 | 332135 | MANUAL OVERRIDE,ARRAY,F/ARRAY APO12-20 ON 2-4 INCH VALVES,2-3/4" 8THD (PN 99530004000000001 | | 1 | 1 | EA | Y | 500.000 | 500.00 |
| 30 | 801282PC | SEAT,CHK,ADJ,AWA,3/4 SS/TC | | 2 | 2 | EA | Y | 262.000 | 524.00 |

SUBTOTAL:1,194.00

**Tax Summary**

| Tax Name | Tax Rate | Tax Extended Amount |
|---|---|---|
| AL - CONECUH, COUNTY SALES/USE | 2.00% | 23.88 |
| AL - STATE SALES/USE TAX | 4.00% | 47.76 |

Baker Huges Contact:
Name:    Thrash, Steven
       Ryan
Phone:
eMail:    Ryan.Thrash@bhge
       .com

| | |
|---|---|
| SubTotal | 1,194.00 |
| Tax | 71.64 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 1,265.64 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-a), please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox



BAKER HUGHES
a GE company

Baker Hughes, a GE company

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

# Sales Order Acknowledgement

Order No: 20294262

| | | | |
|---|---|---|---|
| **Customer No.:** | 100005263 | **Order Date:** | 25-NOV-19 |
| **Bill To:** | SKLAR EXPLORATION COMPANY LLC | **Purchase Order No.:** | CHOKE PARTS |
| | 401 EDWARDS ST STE 1601 | **Quote No.:** | |
| | SUITE 1601 | **Payment Terms:** | NET 30 |
| | SHREVEPORT, LA 71101-5507 | **Commercial Terms:** | GE D&S Ts&Cs (PC Domestic) |
| | United States | **IncoTerm:** | FCA |
| **Ship To:** | SKLAR EXPLORATION COMPANY LLC | **IncoTerm Named Location:** | Seller |
| | CRAFT RALLS 5-10 #1 | **Sales Person:** | No Sales Credit |
| | UNINCORPORATED, AL 36429-0000 | **Contact:** | |
| | United States | | |

**Final Destination:**  United States

**Customer Contact**
Name:
Phone:
eMail:

**BHGE Contact**
Name:  Thrash, Steven Ryan
Phone:
eMail:  Ryan.Thrash@bhge.com

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.



IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

**Baker Hughes, a GE company**

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

# Sales Order Acknowledgement
Order No: 20294262

| Line No. | Item No. | Qty | UOM | Description | Add'l Information | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 10 | 337111 | 2 | EA | CHOKE BEAN,WRENCH,FC-140 OCT STYLE,MCDONALD PN M23CWXX | | 85.00 | 170.00 |
| 20 | 332135 | 1 | EA | MANUAL OVERRIDE,ARRAY,F/ARRAY APD12-20 ON 2-4 INCH VALVES,2-3/4" 8THD (PN 995300040000000) | | 500.00 | 500.00 |
| 30 | 801282PC | 2 | EA | SEAT,CHK,ADJ,JWA,3/4 SS/TC | | 262.00 | 524.00 |

|  |  |
|---|---|
| SubTotal | 1,194.00 |
| Tax Amount | 0.00 |
| Total(USD) | 1,194.00 |

BHGE TAX ID      : 76-0382879_1

Name      : LaVaughn Hart

Signature      : *Lavaughn Hart*

Date      : 11-25-19

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.

11/25/2019

# BILL OF LADING

| | | | | | BOL #: | |
|---|---|---|---|---|---|---|
| | | | | | DATE: | 26-NOV-19 |
| | | | | | PAGE: | Page 1 of 2 |

| CARRIER: | | CARRIER #: | | MODE OF TRANSPORTATION: | |
|---|---|---|---|---|---|
| AWB #: | | SHIPPED DATE: | 26-NOV-19 | DELIVERY DATE: | |

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery as said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail, or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the attachment thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER (Ship From) | DELIVER TO (if different from CONSIGNEE) |
|---|---|
| 3038 Ellisville Blvd-Hwy 11 S<br><br><br>Laurel, MS, 39440, US | |

| CONSIGNEE (Ship To) | SPECIAL INSTRUCTIONS |
|---|---|
| CRAFT RALLS 5-10 #1<br><br><br><br>UNINCORPORATED, AL, 36429-0000, US | |

| CUSTOMER PO #: | CHOKE PARTS |
|---|---|
| SALES ORDER/SERVICE REQUEST #: | 20294262 |
| PROJECT #: | |
| RIG / WELL NAME: | |

| ITEM | QTY | UOM | SERIAL | ITEM DESCRIPTION | WEIGHT (LB) | DIMS (IN) | CLASS / NMFC | HM |
|---|---|---|---|---|---|---|---|---|
| 337111 | 2 | EA | | CHOKE BEAN,WRENCH,FC-140 OCT STYLE,MCDONALD PN M23CWXX | | | | |
| 332135 | 1 | EA | | MANUAL OVERRIDE,ARRAY,F/ARRAY APD12-20 ON 2-4 INCH VALVES,2-3/4" 8THD (PN 995300040000000) | | | | |
| 801282PC | 2 | EA | | SEAT,CHK,ADJ,JWA,3/4 SS/TC | | | | |

| TOTAL # PACKAGES: | | TOTAL WEIGHT: | | DOT HAZMAT REG. #: | |
|---|---|---|---|---|---|

**MARK "X" IN THE HM COLUMN TO DESIGNATE HAZARDOUS MATERIALS AS DEFINED IN DOT REGULATIONS**

| PLACARDS REQUIRED | | EMERGENCY RESPONSE | |
|---|---|---|---|
| SUPPLIED BY DRIVER: | | CONTACT: | |
| CARRIER / DRIVER: | | NUMBER: | |

| SHIPPER NAME: | | RECEIVED BY: | |
|---|---|---|---|
| SIGNATURE: | | CARRIER DRIVER NAME: | |
| DATE: | | CARRIER DATE: | |

# Baker Hughes

| | | |
|---|---|---|
| GE Oil & Gas Pressure Control, LP<br>4424 W Sam Houston PKWY<br>Suite 100<br>Houston, , TX 77041<br>United States | IO US LAU Services Org (A07)<br>3038 Ellisville Blvd-Hwy 11 S<br>Laurel, MS 39940 | **INVOICE** |

| Bill To | Ship To | Invoice No. | Invoice Date |
|---|---|---|---|
| SKLAR EXPLORATION COMPANY LLC<br>401 EDWARDS ST STE 1601<br>SUITE 1601<br>SHREVEPORT, LA 71101-5507<br>United States | SKLAR EXPLORATION COMPANY LLC<br>CRAFT RALLS 5-10 #1<br>UNINCORPORATED, AL 36429-0000<br>United States | 20248059 | 17-JAN-2020 |

| | | |
|---|---|---|
| | **Order No.**<br>20299335 | **Order Date**<br>17-JAN-2020 |
| **VAT Registration No.** | **Customer Site No.**<br>027407514 | **Purchase Order No.**<br>n/a |
| | **Commercial Terms**<br>GE D&S Ts&Cs (PC Domestic) | **Quote No.** |
| **Final Destination**<br>United States | **IncoTerms**<br>FCA | **IncoTerm Named Location**<br>Seller |
| | **Pymt. Term**<br>NET 30 | **Shipping Method** |

| Remit To | if Electronic | |
|---|---|---|
| **If Check**<br>P.O. Box 911776<br>DALLAS, TX 75391-1776<br>United States | **Bank Name**<br>Account No.<br>IBAN No.<br>Swift Code<br>Routing No. | JP Morgan Chase<br>bank, New York, NY |

**Rig Name**
CRAFT RALLS 5-10 #1

| Line No | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L1131-FS | SERVICE TECHNICIAN- LAND | Field Service Technician: Chandler, Michael<br>Start Date: 16-Jan-2020<br>Bill Through Date: 16-Jan-2020<br>Ticket Number: WO-00752382 | 5 | | EA | N | 90.000 | 450.00 |
| 2 | L1131-FS | SERVICE TECHNICIAN- LAND | Field Service Technician: Chandler, Michael<br>Start Date: 15-Jan-2020<br>Bill Through Date: 15-Jan-2020<br>Ticket Number: WO-00752382 | 2 | | EA | N | 95.000 | 190.00 |
| 3 | H273021-1 | ACTUATOR PART, DIAPHRAGM, D12, NITRILE/NYLON, -20 TO 180F DEG SERVICE TEMPERATURE | | 1 | 1 | EA | Y | 323.370 | 323.37 |
| 4 | L1296N-FS | SERVICE/DELIVERY 4WD - MILAGE<br>NON-TAXABLE | | 108 | | EA | N | 3.000 | 324.00 |

SUBTOTAL:1,287.37

## Tax Summary

| Tax Name | Tax Rate | Tax Extended Amount |
|---|---|---|
| AL - CONECUH, COUNTY SALES/USE | 2.00% | 6.47 |
| AL - STATE SALES/USE TAX | 4.00% | 12.93 |

Baker Huges Contact:
Name:      Adams, Duana K
Phone:
eMail:      duana.adams@ge.
            com

| | |
|---|---|
| SubTotal | 1,287.37 |
| Tax | 19.40 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 1,306.77 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited



GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

**INVOICE**

If paying by electronic funds transfer-a), please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

*20299335*

 **GE Oil & Gas**

### GE Oil & Gas Pressure Control, LLC
### Field Service Order

Terms & Conditions Of Sales; Sale of any product or service is conditioned on Customer's agreement to the Terms & Conditions on the reverse side hereof

**FSO: WO-00752382  Date: 01/16/2020  Branch: Laurel Phone No.:**

**Customer:** SKLAR EXPLORATION COMPANY LLC

**Equipment Description:** 12" DIAPHRAGM

**Work Performed:** Serviceman to your location... Replace Diaphragm assembly on SSV actuator valve

**Block/Field:** Cedar Creek  **LSD / Well:** CRAFT RALLS 5-10 #1  **County/Parish:**  **State/Province:**  **Contractor / Consultant:** .  **Rig:**  **Elevation:**

**Casing Tubing Data:**  **Size:**  **Weight Per FT.:**  **Grade:**  **Length of String:**

**Casing Tubing Hanger:**  **Hanger:**  **Load on Hanger:**  **Low / Test to Pressure: Low / Test Duration:**  **High / Test to Pressure:**  **High / Test Duration: Final Cut:**

| Part | Part No. | Part Description | Billable | Quantity | Unit Price | Line Price |
|------|----------|------------------|----------|----------|------------|------------|
| H273021-1 | H273021-1 | DIAPHRAGM,F/D12,NITRILE/NYLON,-20 TO 180 DEG F. SERVICE. | true | 1 | 323.37 | 323.37 |
| | | | | | **Total Price:** | **$ 323.37** |

| Technician Name | Start Time | End Time | Billable | Hours | Hourly/Daily Rate | Flat Rate | No. of Days | Line Price |
|-----------------|-----------|----------|----------|-------|-------------------|-----------|-------------|------------|
| Michael Chandler | 01/16/2020 2:00 PM | 01/16/2020 7:00 PM | true | 5 | 90.00 | false | | 450.00 |
| Michael Chandler | 01/15/2020 11:30 AM | 01/15/2020 1:30 PM | true | 2 | 95.00 | false | | 190.00 |
| | | | | | | | **Total Price:** | **$ 640.00** |

| Expense | Part No. | Part Description | Billable | Quantity | Unit Price | Line Price |
|---------|----------|------------------|----------|----------|------------|------------|
| Mileage | L1296N-FS | SERVICE/DELIVERY 4WD - MILAGE. Non-Taxable | true | 108 | 3.00 | 324.00 |
| | | | | | **Total Price:** | **$ 324.00** |

### Service Order Subtotal Price: $ 1287.37

**Customer Authorization:** Ordered By: : : : : : :

THIS AGREEMENT CONTAINS PROVISIONS RELATIVE TO INDEMNITY, RELEASE OF LIABILITY AND ALLOCATION OF RISK. Authorizing the work and acknowledging that, absent a master or other controlling agreement between parties, and Terms & Condition on the revers hereof shall apply to the work described herin. BY SIGNING THIS DOCUMENT CUSTOMER AGREES THESE TERMS & CONDITIONS ARE THE EXCLUSIVE TERMS & CONDITIONS APPLICABLE TO THIS TRANSACTION.

| GE Technician Signature | Company/Contractor Signature |
|-------------------------|------------------------------|
| *Michael* | *Lavaughn Chumpgler Hart* *Hart.* |

Customer Order No.:WO-00752382 Customer:SKLAR EXPLORATION COMPANY LLC  Amount:$ 1,287.37

**Survey**

**Safety-**Did the FSE have all appropriate PPE and comply with all site safety protocols during this service job?

**Quality-**Was the FSE qualified to perform the work and was the job done without any quality problems?

**Deliver-**Did the FSE arrive on time with all of the parts and tools needed to complete the job?

# Baker Hughes

| | | |
|---|---|---|
| GE Oil & Gas Pressure Control, LP<br>4424 W Sam Houston PKWY<br>Suite 100<br>Houston, , TX 77041<br>United States | IO US LAU Services Org (A07)<br>3038 Ellisville Blvd-Hwy 11 S<br>Laurel, MS 39440 | **INVOICE** |

| Bill To | Ship To | Invoice No. | Invoice Date |
|---|---|---|---|
| SKLAR EXPLORATION COMPANY LLC<br>401 EDWARDS ST STE 1601<br>SUITE 1601<br>SHREVEPORT, LA 71101-5507<br>United States | SKLAR EXPLORATION COMPANY LLC<br>CRAFT RALLS 5-14 #1<br>UNINCORPORATED, AL 36429-0000<br>United States | 20250525 | 13-FEB-2020 |

| VAT Registration No. | Final Destination<br>United States | | |
|---|---|---|---|

| | | Order No.<br>20302207 | Order Date<br>12-FEB-2020 |
|---|---|---|---|
| | | Customer Site No.<br>027407514 | Purchase Order No.<br>N/A |
| | | Commercial Terms<br>GE D&S Ts&Cs (PC Domestic) | Quote No. |
| | | IncoTerms<br>FCA | IncoTerm Named Location<br>Seller |
| | | Pymt. Term<br>NET 30 | Shipping Method |

| Remit To | | |
|---|---|---|
| If Check<br>P.O. Box 911776<br>DALLAS, TX 75391-1776<br>United States | If Electronic<br>Bank Name<br><br>Account No.<br>IBAN No.<br>Swift Code<br>Routing No. | JP Morgan Chase<br>bank, New York, NY |

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L1169-SR | SHOP LABOR - PER/HR | | 2 | | EA | N | 95.000 | 190.00 |
| 3 | H273021-1 | ACTUATOR PART, DIAPHRAGM, D12, NITRILE/NYLON,<br>-20 TO 180F DEG SERVICE TEMPERATURE | | 1 | 1 | EA | Y | 323.370 | 323.37 |

SUBTOTAL:513.37

| Tax Summary | | |
|---|---|---|
| **Tax Name** | **Tax Rate** | **Tax Extended Amount** |
| AL - STATE SALES/USE TAX | 4.00% | 12.93 |
| AL - CONECUH, COUNTY SALES/USE | 2.00% | 6.47 |

| | |
|---|---|
| SubTotal | 513.37 |
| Tax | 19.40 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 532.77 |

Baker Huges Contact:
Name:     Thrash, Steven
              Ryan
Phone:
eMail:      Ryan.Thrash@bhge
              .com

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-a), please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

 **BAKER HUGHES** a GE company

Baker Hughes, a GE company

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

# Sales Order Acknowledgement

Order No: 20302207

| | | | |
|---|---|---|---|
| **Customer No.:** | 100005263 | | |
| **Bill To:** | SKLAR EXPLORATION COMPANY LLC | | |
| | 401 EDWARDS ST STE 1601 | **Order Date:** | 12-FEB-20 |
| | SUITE 1601 | **Purchase Order No.:** | N/A |
| | SHREVEPORT, LA 71101-5507 | **Quote No.:** | 20302206 |
| | United States | **Payment Terms:** | NET 30 |
| **Ship To:** | SKLAR EXPLORATION COMPANY LLC | **Commercial Terms:** | GE D&S Ts&Cs (PC Domestic) |
| | CRAFT RALLS 5-14 #1 | **IncoTerm:** | FCA |
| | UNINCORPORATED, AL 36429-0000 | **IncoTerm Named Location:** | Seller |
| | United States | **Sales Person:** | No Sales Credit |
| | | **Contact:** | |

**Final Destination:**    United States

**Customer Contact**
Name:
Phone:
eMail:

**BHGE Contact**
Name:    Thrash, Steven Ryan
Phone:
eMail:    Ryan.Thrash@bhge.com

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.

2/12/2020



IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

Baker Hughes, a GE company

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

# Sales Order Acknowledgement

Order No: 20302207

| Line No. | Item No. | Qty | UOM | Description | Add'l Information | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 1 | L1169-SR | 2 | EA | SHOP LABOR - PER/HR | | 95.00 | 190.00 |
| 3 | H273021-1 | 1 | EA | ACTUATOR PART, DIAPHRAGM, D12, NITRILE/NYLON, -20 TO 180F DEG SERVICE TEMPERATURE | | 323.37 | 323.37 |

| | | |
|---|---|---|
| | SubTotal | 513.37 |
| | Tax Amount | 0.00 |
| | Total(USD) | 513.37 |

| BHGE TAX ID | : 76-0382879_1 |
|---|---|
| Name | : |
| Signature | : |
| Date | : |

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.

**ALTERNATE STRAIGHT BILL OF LADING-SHORT FORM**
**Original – Not Negotiable**

Bill of Lading DT Nº    4132

**GE Oil & Gas**

Order No. _____

Date   2-12-20

(Name of Carrier)

| | |
|---|---|
| TO: Consignee   Sklar | FROM Shipper: **GE Oil & Gas** |
| Street | Street |
| Destination          Zip Code | City  Laurel    State  Ms    Zip Code |

Route:  Craft Ralls  5-14                    Vehicle No.

| No. Shipping Units | Kind of Packaging, Description of Articles Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|
| 2 | hrs. labor To, clean, Disassemble Replace + Diaphragm | | | $ 198.00 |
| 1 | #273021-1  Diaphragm  D12 | | | $ 323.87 |
| | | | | |

| | |
|---|---|
| REMIT C.O.D. TO ADDRESS          COD  Amt: $ | C.O.D. FEE: PREPAID  ☐ $   COLLECT ☐ |
| | TOTAL CHARGES: $ |

Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declare value of the property is hereby specifically stated by the shipper to be not exceeding:

$ _____ per _____

Subject to section 7 of the conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____ Signature of Consignor

**FREIGHT CHARGES**

CHECK APPROPRIATE BOX:

☐ Freight Prepaid          ☐ Collect

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract), agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to be the shipper and accepted for himself and his assigns.

| | |
|---|---|
| SHIPPER   **GE Oil & Gas** | CARRIER |
| PER | PER                    DATE |

## EXHIBIT "C"

The Little Cedar Creek Oil Unit II is described in the following pages of this **Exhibit "C"**.

**EXHIBIT "C"**

The Little Cedar Creek Oil Unit II is that field-wide unit created by the Order issued by The State Oil and Gas Board of Alabama, In Re: Order No. 2014-23, Docket Nos. 2-11-14-15A and 2-11-14-16B.

The Unit Area of the Little Cedar Creek Oil Unit II consists of the following described lands:

Township 5 North, Range 13 East
Section 32:    Southeast Quarter of Southeast Quarter of Southeast Quarter and South Half of Southwest Quarter of Southeast Quarter of Southeast Quarter
Section 33:    South Half

Township 4 North, Range 13 East
Section 4:    North Half and Southwest Quarter and West Half of Northwest Quarter of Southeast Quarter
Section 5:    All
Section 7:    Northeast Quarter
Section 8:    North Half and Southwest Quarter and four acre square in the Northwest Corner of Southeast Quarter
Section 9:    North Half of Northwest Quarter of Northwest Quarter
Section 17:    Northwest Quarter of Northwest Quarter of Northwest Quarter

All in Conecuh County, Alabama, in the Little Cedar Creek Field

The Little Cedar Creek Oil Unit II is further described in the following pages of this **Exhibit "C"**.

*Exhibit "C" to Verified Statement of Lien*
*(GE Oil & Gas/Sklar-Little Cedar Creek Oil Unit II, Conecuh County, AL)*
506533v.1 B075/00713

# EXHIBIT "C"



2014 4001
Recorded in the Above
Deed Book & Page
08-14-2014 09:50:28 AM

**Fish Pond Oil Unit**

Escambia County Probate
Robert D. Agerton, Judge of Probate
Filed/cert. 6/ 9/2020 12:02 PM
TOTAL     $     84.00
22 Pages



## VERIFIED STATEMENT OF LIEN

STATE OF ALABAMA       §
                             §

COUNTY OF ESCAMBIA    §

       GE OIL & GAS PRESSURE CONTROL LP, a Texas limited partnership, ("Claimant") files this statement in writing, verified by the oath of CHRISTOPHER J. RYAN, Manager of Collections of BAKER HUGHES OILFIELD OPERATIONS LLC, a California limited liability company, Authorized Agent of GE OIL & GAS PRESSURE CONTROL LP, who has personal knowledge of the facts herein set forth below:

       That Claimant claims a lien (the "Lien") upon the "Property" (herein defined), to the extent of the interest therein, legal and/or equitable, fee and/or leasehold, of the "Working Interest Owners" (herein defined), to the extent provided herein.

       The Property includes:

       the land (the "Land") situated in Escambia County, State of Alabama, further described in the attached **Exhibits "A", "B", and "C"**, including all improvements and appurtenances thereto;

       all mineral leasehold estates with respect to minerals located in, on, or under the Land (the "Leasehold Estates"), including the leases (the "Leases") associated with the "Wells" (herein defined), including all field wide units in which the Wells are located, and each production unit in which any one or more of the Wells is located, including all improvements and appurtenances to the Land, and/or the Wells, and including the right to the use of the surface of the Land, and the right to extract minerals located in, on, or under the Land;

       all easements to and/or from the Land (the "Easements"), including, but not necessarily limited to, those easements described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

       all licenses and permits pertaining to the Land and/or the Wells, including, but not necessarily limited to, those permits and/or licenses described in,

and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**;

all wells (the "Wells", whether one or more) used in connection with operations conducted in, on, under, or about the Land, including the overall operation of the Wells, such Wells including, but not necessarily limited to: those wells identified in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**;

all other property and/or property rights pertaining to the use and/or operation of the Land and/or the Wells, including, but not necessarily limited to, those properties and/or property rights described in, and/or referred to in the instruments listed in, the attached **Exhibits "A", "B", and "C"**; and,

such additional property as provided by the laws of the State of Alabama, including, but not necessarily limited to, Alabama Code §35-11-210, et seq.

This Lien is claimed, separately, severally, and jointly, as to the Land, the Leasehold Estates, the Wells, the buildings and improvements in, on, under, or about the Land, the Leasehold Estates, and/or the Wells, and all rights and appurtenances pertaining to any or all of the foregoing.

That said Lien is claimed to secure an indebtedness of **Three Thousand Eight Hundred Forty-Four and 29/100 Dollars ($3,844.29)** with interest as may be allowed under the laws of the State of Alabama from the respective dates of the furnishing of the services, material and/or equipment (collectively, the "Work") giving rise to the Lien claimed herein, which Work and the dates of furnishing are further described in the attached **Exhibit "B".**

The first of the Work was provided on **November 16, 2019**. The last of the Work was provided on **February 12, 2020**. (See, also, the attached **Exhibit "B".**)

The Working Interest Owners, who are the owners or proprietors of said Property, and their respective addresses, are:

Sklarco, LLC
401 Edwards St.,
Suite 1601
Shreveport, LA 71101

Sklarco, LLC
c/o C T Corporation
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

*Verified Statement of Lien*
*(GE Oil & Gas/Sklar-Fish Pond Oil Unit, Escambia County, AL)*
506527v.1 B075/00713                           2

Resource Ventures, LLC
Attn: Mark A. Arnold
7112 W. Jefferson Ave., Suite 106
Lakewood, CO 80235

Resource Ventures, LLC
Attn: Mark A. Arnold
8369 South Park Lane, Suite B
Littleton, CO 80120

Resource Ventures LLC
c/o Steven Swanson
Registered Agent
5720 S. Benton Circle
Littleton, CO 80123

Landmark Exploration, LLC
PO Box 12004
Jackson, MS 39236

Landmark Exploration, LLC
c/o Michael E. Johnson
Registered Agent
113 Park Circle Drive
Flowood, MS 39332

Marksco, L.L.C.
c/o Mark Sealy, Registered Agent
333 Texas Street, Suite 1050
Shreveport, LA 71101

Tauber Exploration & Production Co.
c/o Richard E. Tauber,
Registered Agent
55 Waugh Drive, Suite 600
Houston, TX 77007

JJS Interests North Beach, LLC
4295 San Felipe, Suite 207
Houston, TX 77027

JJS Interests North Beach, LLC
c/o Justin Simons, Registered Agent
2001 Kirby Dr., Suite 1110
Houston, TX 77019

JF Howell Interests, LP
Attn: James David Morgan, Manager
416 Travis Street, Suite 700
Shreveport, LA 71101

JF Howell Interests, LP
350 N. St. Paul Street, Suite 2900
Dallas, TX 75201

JF Howell Interests, LP
c/o J. Benjamin Warren, Jr.
Registered Agent
401 Edwards St., Suite 2010
Shreveport, LA 71101

Dickson Oil and Gas, LLC
PO Box 52479
Shreveport, LA 71135

Dickson Oil and Gas, LLC
c/o Michael E. Riddick
Registered Agent
333 Texas St., Suite 700
Shreveport, LA 71101

Tiembo Ltd.
Attn: Mark Rauch
PO Box 270415
Houston, TX 77277-0415

Tiembo Ltd.
c/o Gary S. Glesby, Registered Agent
3040 Post Oak Blvd., 13th Fl.
Houston, TX 77056

506527v.1 B075/00713 (GE Oil & Gas/Sklar – Fish Pond Oil Unit, Escambia County, AL)

Pickens Financial Group, LLC
8499 Greenville Avenue, Suite 105
Dallas, TX  75231-2417

Pickens Financial Group, LLC
c/o Pickens Energy Corporation
Registered Agent
10100 N. Central Expressway
Suite 200
Dallas, TX  75231-4159

Bundero Investment Company, LLC
333 Texas Street, Suite 300
Shreveport, LA  71101

Bundero Investment Company, L.L.C.
c/o Malcolm S. Murchison
Registered Agent
401 Edwards Street, Suite 820
Shreveport, LA  71101

Craft Exploration Company, LLC
Attn:  Steven H. Craft
PO Box 2430
Madison, MS  39130

Craft Exploration Company, LLC
c/o Julie Den Herder, Registered Agent
125 Bradshaw Crossing
Canton, MS  39046

Fant Energy Limited
PO Box 55205
Houston, TX  77255

Fant Energy Limited
1322 N. Post Oak Rd.
Houston, TX  77055

Fant Energy Limited
c/o Capitol Corporate Services, Inc.
206 E. 9th St., Suite 1300
Austin, TX  78701

Kudzu Oil Properties, LLC
c/o Wirt A. Yerger, III, Registered Agent
300 Concourse Blvd., Suite 101
Ridgeland, MS  39157

The Rudman Partnership, Ltd.
c/o W. R. Sibley III, Registered Agent
1700 Pacific Avenue, Suite 4700
Dallas, TX  75204

McCombs Energy, Ltd.
5599 San Felipe, Suite 1200
Houston, TX  77056-2794

McCombs Energy, Ltd.
c/o Gary V. Woods
Registered Agent
755 East Mulberry, Suite 600
San Antonio, TX  78212

MKPG-S Trust
c/o Michael K. Pickens
6465 South Yale Avenue, Suite 420
Tulsa, OK  74136

Claimant furnished the Work to **Sklar Exploration Company, LLC, a Louisiana limited liability company**, ("Sklar Exploration"), who was the operator of the Wells. **Sklarco, LLC, a Louisiana limited liability company**, ("Sklarco") holds a working interest in the Property.  Sklar Exploration and Sklarco are related entities.  In that regard, to the extent of Sklarco's ownership interest in the Property, Sklar Exploration was the agent of Sklarco.  As such Claimant furnished its Work on the Property, and asserts the Lien, as a direct contractor to Sklarco, and asserts the Lien both as to Sklar Exploration's ownership and operating interest in and to the Property, and as to Sklarco's ownership interest in and to the Property.

Further, to the extent Sklar Exploration was acting as the agent of any of the other Working Interest Owners, Claimant furnished its work on the Property, and asserts the Lien, as a direct contractor to such Working Interest Owners and, to that extent, asserts the Lien against the interest in the Property held by such other Working Interest Owners.

Without waiving the foregoing, to the extent Sklar Exploration was acting as a contractor to a Working Interest Owner, and not as its agent, Claimant furnished its work on the Property, and asserts the Lien, as a subcontractor to Sklar Exploration, against the interest in the Property held by such Working Interest Owner.

Christopher J. Ryan, Manager of Collections of Baker Hughes Oilfield Operations LLC, a California limited liability company, Authorized Agent of GE Oil & Gas Pressure Control LP, a Texas limited partnership

Before me, _William R Sudela_, a Notary Public in and for the State of Texas, personally appeared Christopher J. Ryan, who being duly sworn, doth depose and say: that he has personal knowledge of the facts set forth in the foregoing Verified Statement of Lien, and that the same are true and correct to the best of his knowledge and belief.

Christopher J. Ryan, Affiant

Subscribed and sworn to before me on this the 4th day of June, 2020, by said Affiant, Christopher J. Ryan.

Notary Public, State of Texas

WILLIAM R. SUDELA
My Notary ID # 3446989
Expires June 20, 2022

506527v.1 B075/00713 (GE Oil & Gas/Sklar – Fish Pond Oil Unit, Escambia County, AL)

## EXHIBIT "A"

The Property and property rights covered by the Lien include, without limitation, the property described below and in the following pages of this **Exhibit "A"**, and the property described in the remainder of this Verified Statement of Lien, including **Exhibits "A", "B", and "C"**.

The Property includes those wells described in **Exhibits "B" and "C"** to this Verified Statement of Lien (the "Wells"), and all of the wells included in the units in which either of the Wells is located. The Property also includes all of the leases associated with any one or more of these Wells (the "Leases").

The Wells are located in the field wide unit commonly known as the Little Cedar Creek Fish Pond Oil Unit located in Escambia County, Alabama (the "Unit"). The Unit is further described in **Exhibit "C"** to this Verified Statement of Lien.

The Wells are located in the following production units:

| | |
|---|---|
| **Well Name:** | Cedar Creek Land & Timber 9-8 #1 |
| **API No.:** | 01-053-20672-00-00 |
| **Location:** | 1954' FNL & 582' FEL of Section 9, Township 3 North, Range 12 East, Escambia County, Alabama |
| **Unit:** | Originally permitted as a 40 acre unit, described as SE ¼ of NE ¼ of Section 9, Township 3 North, Range 12 East, Escambia County, Alabama. Order No. 2015-51 established field wide unit. |
| **Note:** | BOARD ORDERS: ESTABLISHED FISHPOND FIELD, REFORMED UNIT FROM 40-AC WC UNIT TO 160-AC PR UNIT, AND GRANTED EXCEPTIONAL LOCATION, BY BOARD ORDERS 2015-27, 2015-30, AND 2015-31, 03/26/2015; 2015-51 Approved plans for a field-wide oil unit 6/25/2015; 2015-50 Approved a 160 acre drilling unit 6/25/2015. |

*Exhibit "A" to Verified Statement of Lien*
*(GE Oil & Gas/Sklar- Fish Pond Oil Unit, Escambia County, AL)*
506527v.1 B075/00713

## EXHIBIT "A"

**Well Name:**      Cedar Creek Land & Timber 10-5 #1

**API No.:**      01-053-20665-00-00

**Location:**      2018' FNL & 447' FWL of Section 10, Township 3 North, Range 12 East, Escambia County, Alabama

**Unit:**      Originally permitted as a 40 acre unit, described as SW ¼ of NW ¼ of Section 10, Township 3 North, Range 12 East, Escambia County, Alabama, Order No. 2015-51 established field wide unit.

**Note:**      BOARD ORDERS: 2015-27 Est. new Smackover oil field; 2015-28 Reform 40-ac drlg unit to 160-ac PR unit; & 2015-29 Exc loc, 3/26/15; 2015-51 Appr. plan for field-wide unit, 6/25/15; 2019-22 Appr EOR project for reduced severance tax; *Discovery well in Smackover; Converted from PR well to GI well and then back to PR well, see PN 16990-B; Note well name changes.

The Property includes all Leases associated with either of the foregoing Wells.

*Exhibit "A" to Verified Statement of Lien*
*(GE Oil & Gas/Sklar- Fish Pond Oil Unit, Escambia County, AL)*
506527v.1 B075/00713

## STATE OIL AND GAS BOARD OF ALABAMA

### Application for Permit to Directionally Drill



Permit Number: 17021-B    (To be filled in by Board)

API Number: 01 · 053 · 20672 · 00 · 00



Form OGB-1B, Rev 01/12
(File in triplicate)

Drill ☐  Deepen ☐  Sidetrack ☐  Convert ☐  Amend ☒

Name of Operator: Sklar Exploration Company L.L.C.    Date: 4/15/15

Address: 401 Edwards St. Ste. 1601    City: Shreveport    State: LA    Zip: 71101

| 1. Well name and number | Cedar Creek Land & Timber 9-8 #1 | | 2. County Escambia |
|---|---|---|---|

| 3. Well Location (proposed surface) | (give footage from nearest section or offshore tract line) 1954' FNL & 582' FEL | | | Section-Township-Range or Tract 9-T3N-R12E |
|---|---|---|---|---|
| | Latitude (NAD27) | 3 1 . 2 4 1 4 6 | Longitude (NAD27) 8 6 . 8 5 5 6 6 | |

| 4. Well Location (proposed bottom hole) | (give footage from nearest section or offshore tract lines) 2160' FNL & 360' FEL | | | Section-Township-Range or Tract 9-T3N-R12E |
|---|---|---|---|---|
| | Latitude (NAD27) | 3 1 . 2 4 0 8 9 | Longitude (NAD27) 8 6 . 8 5 4 9 3 | |

| 5. Field (if wildcat, so state) Fishpond | 6. Target Reservoir Smackover |
|---|---|

| 7. Unit assigned to well | NE/4 ±160 Ac |
|---|---|

| 8. Distance from proposed location to nearest unit line* 360 feet | 9. Distance (if less than 5,280 feet) from proposed location to nearest permitted, drilling, or producible well in same reservoir 765 feet |
|---|---|

| 10. Proposed depth 12,440' MD 12,406'TVD | 11. Approximate date work will begin Already Drilled | 12. Anticipated depth to base of fresh water (<10,000 mg/L TDS), if known Est. 1500' subsea depth |
|---|---|---|

| 13. Acres assigned to well 160 | 14. Elevation (ground) 271.8' | 15. Is the well on a unit greater than 160 acres in accordance with the applicable spacing rule? Yes ☐ No ☒ (if yes, see no. 16 below) |
|---|---|---|

16. If yes, describe alternate unit in accordance with applicable rule

| 17. Type | Single Well ☐ Blanket ☒ | Amount of bond $100,000.00 | 18. Bonding company and bond number ACSTAR Insurance Company. #F16687 |
|---|---|---|---|

19. Are the provisions of Rule 400-1-9-.02 or Rule 400-2-8-.04, Operations involving Hydrogen Sulfide, applicable?   Yes ☒   No ☐
If yes, a Form OGB-24 shall be filed with this application.

| 20. Person to contact regarding this application | Kim Anderson | Phone Number | 318-227-8668 |
|---|---|---|---|
| | | Fax Number | 318-227-9012 |
| | | E-mail Address | kanderson@sklarexploration.com |

Remarks: * Amended for field and acres in unit, ESTABLISHED FISH POND FIELD, ASSIGNED UNIT TO 160 ACRES, AND GRANTED EXCEPTIONAL LOCATION, BY BOARD ORDERS 2015-27, 2015-30, AND 2015-31, 03/26/2015.
Target location 2152' FNL & 371' FEL of Section 9-T3N-R12E at the top of Smackover Formation.

RECEIVED
APR 20 2015
STATE OIL AND GAS BOARD OF ALABAMA

* Closest distance from proposed wellbore within target reservoir to nearest unit line

Executed this the 15 day of April, 20 15

Signature: Kim Anderson
Kim Anderson

Before me, the undersigned authority, on this day personally appeared Kim Anderson, whose name is subscribed to the above instrument, who being by me duly sworn on oath states that he/she is duly authorized to make the above report and that he/she has knowledge of the facts stated therein, and that said report is true and correct

Subscribed and sworn to before me this 15 day of April, 20 15

JULIA P. SMITH, Notary Public # SB135
Caddo Parish, Louisiana
My Commission is for Life

Notary Public in and for Louisiana
County Caddo

## ACTION OF STATE OIL AND GAS BOARD

APPROVED BY _____    DATE 4/22/15



PRODUCTION UNIT: NE/4  ±160 Ac.

DRILLING UNIT: SE NE  ±40 Ac.

NOTE:
Coordinates Based On Transverse
Mercator–Alabama West Zone NAD27.

WELL LOCATION
FOR

**SKLAR EXPLORATION COMPANY L.L.C.**
SECTION 9, T3N – R12E
ESCAMBIA COUNTY, ALABAMA

BY

ENGINEERING SERVICE – MOBILE, ALABAMA

0        1000        2000        3000
SCALE IN FEET

FEBRUARY 24, 2015 REV. 4–13–15

14M–5089        SKLAR452        A8508

STATE OIL AND GAS BOARD OF ALABAMA

**Application for Permit to Directionally Drill**





Permit Number: 16990-B
API Number (To be filled in by Board): 01·053·20665·00·00

Form OGB-1B, Rev. 01/12
(File in triplicate)

Drill ☒   Deepen ☐   Sidetrack ☐   Convert ☐   Amend ☐

Name of Operator: Sklar Exploration Company L.L.C.   Date: 3/3/14

Address: 401 Edwards St. Ste. 1601   City: Shreveport   State: LA   Zip: 71101

| | | |
|---|---|---|
| 1. Well name and number | Cedar Creek Land & Timber 10-5 #1 | 2. County Escambia |

| 3. Well Location (proposed surface) | (give footage from nearest section or offshore tract line) 2018' FNL & 447' FWL | Section-Township-Range or Tract 10-T3N-R12E |
|---|---|---|
| | Latitude (NAD27)  3 1 . 2 4 1 2 7 | Longitude (NAD27)  8 6 . 8 5 2 3 5 |

| 4. Well Location (proposed bottom hole) | (give footage from nearest section or offshore tract lines) 2175' FNL & 443' FWL | Section-Township-Range or Tract 10-T3N-R12E |
|---|---|---|
| | Latitude (NAD27)  3 1 . 2 4 0 8 4 | Longitude (NAD27)  8 6 . 8 5 2 3 6 |

| 5. Field (if wildcat, so state) | 6. Target Reservoir |
|---|---|
| Wildcat | Smackover |

7. Unit assigned to well: SW NW ± 40

| 8. Distance from proposed location to nearest unit line* 443' feet | 9. Distance (if less than 5,280 feet) from proposed location to nearest permitted, drilling, or producible well in same reservoir  N/A feet |
|---|---|
| 10. Proposed depth 12,410' MD 12,401' TVD | 11. Approximate date work will begin March 2014 | 12. Anticipated depth to base of fresh water (<10,000 mg/L TDS), if known  Unknown subsea depth |

| 13. Acres assigned to well 40 | 14. Elevation (ground) 250' | 15. Is the well on a unit greater than 160 acres in accordance with the applicable spacing rule?  Yes ☐  No ☒ (If yes, see no. 16 below) |
|---|---|---|

16. If yes, describe alternate unit in accordance with applicable rule

| 17. Type  Single Well ☐  Blanket ☒ | Amount of bond $100,000.00 | 18. Bonding company and bond number ACSTAR Insurance Company. #F16687 |
|---|---|---|

19. Are the provisions of Rule 400-1-9-.02 or Rule 400-2-8-.04, Operations Involving Hydrogen Sulfide, applicable?  Yes ☒  No ☐
If yes, a Form OGB-24 shall be filed with this application.

| 20. Person to contact regarding this application  Kim Anderson | Phone Number 318-227-8668 |
|---|---|
| | Fax Number 318-227-9012 |
| | E-mail Address kanderson@sklarexploration.com |

Remarks:

Target location 2175' FNL & 443' FWL of Section 10-T3N-R12E at the top of Smackover Formation.

RECEIVED
MAR 04 2014
STATE OIL AND GAS BOARD
OF ALABAMA

* Closest distance from proposed wellbore within target reservoir to nearest unit line

Executed this the ___3___ day of ___March___, 20_14_

Signature  _Kim Anderson_

Kim Anderson known to me to be the person

Before me, the undersigned authority, on this day personally appeared _____ whose name is subscribed to the above instrument, who being by me duly sworn on oath states that he/she is duly authorized to make the above report and correct.

Subscribed and sworn to before me this ___3___ day of ___March___, 20_14_

SEAL
My commission expires: ___life___

Kim S. Elias, Notary Public # 53698
Caddo Parish, Louisiana
My Commission is for Life

Notary Public in and for _Louisiana_
County. _Caddo_

**ACTION OF STATE OIL AND GAS BOARD**

APPROVED BY _T. K. McQuill_   DATE _3/5/14_



### EXHIBIT "B"

The Work and the dates on which the Work was furnished are further described in the invoices (the "Invoices") and the related documents (collectively, the "Service Tickets") attached hereto as part of this **Exhibit "B"**.

The Work and the dates on which the Work was furnished are summarized as follows:

| Well Name | Invoice No. | Invoice Date | Invoice Amount | Dates of Furnishing | |
|---|---|---|---|---|---|
| Cedar Creek Land & Timber 9-8 #1 | 20250524 | 2/13/2020 | $827.29 | 2/12/2020 | 2/12/2020 |
| **Subtotal:** | | | **$827.29** | | |
| Cedar Creek Land & Timber 10-5 #1 | 20242948 | 11/18/2019 | $3,017.00 | 11/16/2019 | 11/16/2019 |
| **Subtotal:** | | | **$3,017.00** | | |
| | | | | | |
| **TOTAL:** | | | **$3,844.29** | | |

**EXHIBIT "B"**

# Baker Hughes

| | | |
|---|---|---|
| GE Oil & Gas Pressure Control, LP<br>4424 W Sam Houston PKWY<br>Suite 100<br>Houston, , TX 77041<br>United States | IO US LAU Services Org (A07)<br>3038 Ellisville Blvd-Hwy 11 S<br>Laurel, MS 39440 | **INVOICE** |

| | | | |
|---|---|---|---|
| **Bill To**<br>SKLAR EXPLORATION COMPANY LLC<br>401 EDWARDS ST STE 1601<br>SUITE 1601<br>SHREVEPORT, LA 71101-5507<br>United States | **Ship To**<br>SKLAR EXPLORATION COMPANY LLC<br>CCL&T 9-8<br>UNINCORPORATED, AL 36429-0000<br>United States | **Invoice No.**<br>20250524 | **Invoice Date**<br>13-FEB-2020 |

| | | | |
|---|---|---|---|
| **VAT Registration No.** | **Final Destination**<br>United States | **Order No.**<br>20302206<br>**Customer Site No.**<br>027407514<br>**Commercial Terms**<br>GE D&S Ts&Cs (PC Domestic)<br>**IncoTerms**<br>FCA<br>**Pymt. Term**<br>NET 30 | **Order Date**<br>12-FEB-2020<br>**Purchase Order No.**<br>N/A<br>**Quote No.**<br><br>**IncoTerm Named Location**<br>Seller<br>**Shipping Method** |

| | | |
|---|---|---|
| **Remit To**<br>**If Check**<br>P.O. Box 911776<br>DALLAS, TX 75391-1776<br>United States | **If Electronic**<br>**Bank Name**<br><br>**Account No.**<br>**IBAN No.**<br>**Swift Code**<br>**Routing No.** | JP Morgan Chase<br>bank, New York, NY<br><br>█████ |

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L1169-SR | SHOP LABOR - PER/HR | | 4 | | EA | N | 95.000 | 380.00 |
| 2 | L1194 | GREASE/LUBRICATION - PER/VALVE | | 1 | | EA | N | 60.000 | 60.00 |
| 3 | H273021-1 | ACTUATOR PART, DIAPHRAGM, D12, NITRILE/NYLON,<br>-20 TO 180F DEG SERVICE TEMPERATURE | | 1 | 1 | EA | Y | 323.370 | 323.37 |
| 4 | 387060 | POLYPAK,2 X 1-1/4 X 3/8 POLYMYTE SHELL W/NITRILE EXPANDER<br>PARKER 37501250-24651D53 | | 1 | 1 | EA | Y | 42.000 | 42.00 |

SUBTOTAL:805.37

| Tax Summary | | |
|---|---|---|
| **Tax Name** | **Tax Rate** | **Tax Extended Amount** |
| AL - CONECUH, COUNTY SALES/USE | 2.00% | 7.31 |
| AL - STATE SALES/USE TAX | 4.00% | 14.61 |

**Baker Huges Contact:**
Name:    Thrash, Steven
         Ryan
Phone:
eMail:   Ryan.Thrash@bhge
         .com

| | |
|---|---|
| SubTotal | 805.37 |
| Tax | 21.92 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 827.29 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-a), please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox



Baker Hughes, a GE company

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

# Sales Order Acknowledgement

Order No: 20302206

| | | | |
|---|---|---|---|
| Customer No.: | 100005263 | Order Date: | 12-FEB-20 |
| Bill To: | SKLAR EXPLORATION COMPANY LLC | Purchase Order No.: | N/A |
| | 401 EDWARDS ST STE 1601 | Quote No.: | 20302205 |
| | SUITE 1601 | | |
| | SHREVEPORT, LA 71101-5507 | Payment Terms: | NET 30 |
| | United States | Commercial Terms: | GE D&S Ts&Cs (PC Domestic) |
| | | IncoTerm: | FCA |
| Ship To: | SKLAR EXPLORATION COMPANY LLC | IncoTerm Named Location: | Seller |
| | CCL&T 9-B | Sales Person: | No Sales Credit |
| | UNINCORPORATED, AL 36429-0000 | Contact: | |
| | United States | | |

Final Destination:     United States

| Customer Contact | | BHGE Contact | |
|---|---|---|---|
| Name: | | Name: | Thrash, Steven Ryan |
| Phone: | | Phone: | |
| eMail: | | eMail: | Ryan.Thrash@bhge.com |

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.



IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Lourel, MS 39440

Baker Hughes, a GE company

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

# Sales Order Acknowledgement

Order No: 20302206

| Line No. | Item No. | Qty | UOM | Description | Add'l Information | Unit Price | Ext Price |
|----------|----------|-----|-----|-------------|-------------------|-----------|-----------|
| 1 | L1169-SR | 4 | EA | SHOP LABOR - PER/HR | | 95.00 | 380.00 |
| 2 | L1194 | 1 | EA | GREASE/LUBRICATION - PER/VALVE | | 60.00 | 60.00 |
| 3 | H273021-1 | 1 | EA | ACTUATOR PART, DIAPHRAGM, D12, NITRILE/NYLON, -20 TO 180F DEG SERVICE TEMPERATURE | | 323.37 | 323.37 |
| 4 | 387060 | 1 | EA | POLYPAK,2 X 1-1/4 X 3/8 POLYMYTE SHELL W/NITRILE EXPANDER PARKER 37501250-Z4651D53 | | 42.00 | 42.00 |

|  |  |
|--|--|
| SubTotal | 805.37 |
| Tax Amount | 0.00 |
| Total(USD) | 805.37 |

**BHGE TAX ID**        :  76-0382879_1

**Name**            :

**Signature**         :

**Date**             :

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.

**ALTERNATE STRAIGHT BILL OF LADING-SHORT FORM**
**Original – Not Negotiable**

Bill of Lading DT № . 4134

(GE logo) **GE Oil & Gas**

Order No. _____

Date 2 - 12 - 20

_____ (Name of Carrier)

| | |
|---|---|
| TO: Consignee  Sklar | FROM Shipper: **GE Oil & Gas** |
| Street | Street |
| Destination          Zip Code | City Laurel    State  MS    Zip Code |

Route: CCL + T  Q-8                    Vehicle No.

| No. Shipping Units | Kind of Packaging, Description of Articles Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|
| 4 | hrs labor to Test, Repair As needed & Grease Actuator | 95⁰⁰ | | $380⁰⁰ |
| 1 | H273021-1  Diaphragm  D12 | | | $323³⁷ |
| 1 | 387060  Poly pak  Array | | | 42⁰⁰ |
| 1 | L1194  Grease charge | | | 60⁰⁰ |

(handwritten signature)
2-12-20

| | | |
|---|---|---|
| REMIT C.O.D. TO ADDRESS | C.O.D. FEE: PREPAID ☐ $ COLLECT ☐ | TOTAL CHARGES: $ |
| | COD  Amt: $ | |

Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declare value of the property is hereby specifically stated by the shipper to be not exceeding:

$ _____ per _____

Subject to section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____ (Signature of Consignor)

FREIGHT CHARGES

CHECK APPROPRIATE BOX:

☐ Freight Prepaid     ☐ Collect

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract), agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to be the shipper and accepted for himself and his assigns.

| | |
|---|---|
| SHIPPER **GE Oil & Gas** | CARRIER |
| PER (signature) | PER _____  DATE _____ |

# Baker Hughes

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

# INVOICE

**Bill To**
SKLAR EXPLORATION COMPANY LLC
401 EDWARDS ST STE 1601
SUITE 1601
SHREVEPORT, LA 71101-5507
United States

**Ship To**
SKLAR EXPLORATION COMPANY LLC
CCL & T 10-5 #1
UNINCORPORATED, AL 36429-0000
United States

| | |
|---|---|
| **Invoice No.** 20242948 | **Invoice Date** 18-NOV-2019 |

**VAT Registration No.**

**Final Destination**
United States

| | |
|---|---|
| **Order No.** 20293452 | **Order Date** 18-NOV-2019 |
| **Customer Site No.** 027407514 | **Purchase Order No.** N/A |
| **Commercial Terms** GE D&S Ts&Cs (PC Domestic) | **Quote No.** |
| **IncoTerms** FCA | **IncoTerm Named Location** Seller |
| **Pymt. Term** NET 30 | **Shipping Method** |

**Remit To**
**If Check**
P.O. Box 911776
DALLAS, TX 75391-1776
United States

**If Electronic**
**Bank Name** JP Morgan Chase bank, New York, NY
**Account No.**
**iBAN No.**
**Swift Code**
**Routing No.**

**Rig Name**
CCL&T 10-5 #1

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L1296N-FS | SERVICE/DELIVERY 4WD - MILAGE<br><br>NON-TAXABLE | | 332 | | EA | N | 3.000 | 996.00 |
| 2 | L1131-FS | SERVICE TECHNICIAN- LAND | Field Service Technician: Taylor, Matthew Robert<br>Start Date: 16-Nov-2019<br>Bill Through Date: 16-Nov-2019<br>Ticket Number: WO-00742503 | 13 | | EA | N | 90.000 | 1,170.00 |
| 3 | L1138 | BPV/TWOWAY-FIRST 7 DAYS | | 2 | | EA | N | 108.000 | 216.00 |
| 4 | L1145 | DRY ROD SERVICE - PRICE PER FOOT PER DAY | | 10 | | EA | N | 3.500 | 35.00 |
| 5 | L3028 | BOP/CASING TEST UNIT - 4 HR MIN | | 1 | | EA | N | 600.000 | 600.00 |

**Baker Huges Contact:**
**Name:** Adams, Duana K
**Phone:**
**eMail:** duana.adams@ge.com

| | SUBTOTAL3,017.00 |
|---|---|
| SubTotal | 3,017.00 |
| Tax | 0.00 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 3,017.00 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-al, please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to RemitOilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

*20293452*



**GE Oil & Gas Pressure Control, LLC**
**Field Service Order**
Terms & Conditions Of Sales; Sale of any product or service is conditioned on Customer's agreement to the Terms & Conditions on the reverse side hereof

FSO: WO-00742503  Date: 11/16/2019  Branch: Laurel Phone No.: (601) 425-1436

**Customer:** SKLAR EXPLORATION COMPANY LLC

**Equipment Description:** TREE ASSY 7-1/16 5M X 2-9/16 5M X 2-1/16 5M BO2 CPLG 2-7/8 8RD

**Work Performed:** Nu and test bop

**Block/Field:** LSD / Well: CCL&T 10-5 #1 County/Parish: State/Province: Contractor / Consultant: JOHN VITTITOW Rig: Elevation:

**Casing Tubing Data:** Size: Weight Per FT.: Grade: Length of String:

**Casing Tubing Hanger:** Hanger: Load on Hanger: Low / Test to Pressure: Low / Test Duration: High / Test to Pressure: High / Test Duration: Final Cut:

| Part | Part No. | Part Description | Billable | Quantity | Unit Price | Line Price |
|------|----------|------------------|----------|----------|------------|------------|
| L1138 | L1138 | BPV/TWOWAY-FIRST 7 DAYS | true | 2 | 108.00 | 216.00 |
| L1145 | L1145 | DRY ROD SERVICE - PRICE PER FOOT PER DAY | true | 10 | 3.50 | 35.00 |
| L3028 | L3028 | BOP/CASING TEST UNIT - 4 HR MIN | true | 1 | 600.00 | 600.00 |
| | | | | | Total Price: | $ 851.00 |

| Technician Name | Start Time | End Time | Billable | Hours | Hourly/Daily Rate | Flat Rate | No. of Days | Line Price |
|-----------------|-----------|----------|----------|-------|-------------------|-----------|-------------|------------|
| Matt Taylor | 11/16/2019 8:00 AM | 11/16/2019 9:00 PM | true | 13 | 90.00 | false | | 1,170.00 |
| | | | | | | | Total Price: | $ 1,170.00 |

| Expense | Part No. | Part Description | Billable | Quantity | Unit Price | Line Price |
|---------|----------|------------------|----------|----------|------------|------------|
| Mileage | L1296N-FS | SERVICE/DELIVERY 4WD - MILAGE, Non-Taxable | true | 332 | 3.00 | 996.00 |
| | | | | | Total Price: | $ 996.00 |

## Service Order Subtotal Price: $ 3017.00

**Customer Authorization:** Ordered By: : : : : : :

THIS AGREEMENT CONTAINS PROVISIONS RELATIVE TO INDEMNITY, RELEASE OF LIABILITY AND ALLOCATION OF RISK. Authorizing the work and acknowledging that, absent a master or other controlling agreement between parties, and Terms & Condition on the revers hereof shall apply to the work described herin. BY SIGNING THIS DOCUMENT CUSTOMER AGREES THESE TERMS & CONDITIONS ARE THE EXCLUSIVE TERMS & CONDITIONS APPLICABLE TO THIS TRANSACTION.

| GE Technician Signature | Company/Contractor Signature |
|-------------------------|------------------------------|
| *Matt Ty* | *O HAP* |

Customer Order No.:WO-00742503 Customer:SKLAR EXPLORATION COMPANY LLC Amount:$ 3,017.00

**Survey**

**Safety**-Did the FSE have all appropriate PPE and comply with all site safety protocols during this service job? 5-Superior (Established new quality performance standards)

**Quality**-Was the FSE qualified to perform the work and was the job done without any quality problems? 5-Superior (Established new quality performance standards)

**EXHIBIT "C"**

The Fishpond Oil Unit is that field-wide unit created by the Order issued by the State Oil and Gas Board of Alabama, In Re: Order No. 2015-51, Docket No. 5-5-15-11A.

The Unit Area of the Fishpond Oil Unit consists of the following described lands:

Township 3 North, Range 12 East
Section 9:   NE/4; and, N/2SE/4
Section 10:  NW/4; N/2SW/4; NW/4 SE/4; and, SW/4 NE/4

The Fishpond Oil Unit is further described in the following pages of this Exhibit "C".



PROPOSED 160 ACRE PRODUCTION UNIT

PROPOSED 160 ACRE PRODUCTION UNIT

R 12 E

T 3 N

CCL&T 9-3 #1
Sklar
17033-B

140.5'
CCL&T 9-8 #1
Sklar
17021-B

113.5'
CCL&T 10-5 #1
Sklar
16990-B

CCL&T 10-9
Midroc
15383

PROPOSED FISHPOND FIELD

OIL AND GAS BOARD

No. 13
Pet: Sklar
Item No. 24-28  Date 3/20/15
Testimony of Armbrecht - Wood
Received By MR

LEGEND

| | |
|---|---|
| □ | Surface Location: If Known |
| ◇ | Dry Hole |
| ● | Oil Well Location |
| ◉ | Discovery Oil Well Location, Existing Exceptional Location |
| - - - | Drilling Unit |
| —— | Proposed 160 Acre Production Unit |
| —·—· | Proposed Field Limit |
| — 60' — | Isopach Contour (CI>60') |
| 113.5' | Net Oil Pay ≥ 6% ∅ |

Exhibit No.: 13  Docket Nos.: 3-24-15-17, 3-24-15-18, 3-24-15-19, 3-24-15-20, & 3-24-15-21
Date: 3/04/2015  Prepared By:

NET PAY ISOPACH MAP
≥ 6% POROSITY
PROPOSED FISHPOND FIELD
CCL&T 10-5 #1 & CCL&T 9-8 #1
ESCAMBIA COUNTY, ALABAMA
PREPARED BY: TOM JOINER & ASSOCIATES, INC.

N

0'                    1,000'
SCALE IN FEET

**Cedar Creek Land & Timber 13-11 #1 Well**



Escambia County Probate
Robert D. Agerton, Judge of Probate
Filed/cert. 6/10/2020 9:49 AM
TOTAL       $   87.00
16 Pages

02145800

## VERIFIED STATEMENT OF LIEN

STATE OF ALABAMA                 §
                                 §
COUNTY OF ESCAMBIA               §

GE OIL & GAS PRESSURE CONTROL LP, a Texas limited partnership, ("Claimant"), acting herein, by and through CHRISTOPHER J. RYAN, Manager of Collections of BAKER HUGHES OILFIELD OPERATIONS LLC, a California limited liability company, Authorized Agent of GE OIL & GAS PRESSURE CONTROL LP, who has personal knowledge of the facts herein set forth below:

That Claimant claims a lien (the "Lien") upon the "Property" (herein defined), to the extent of the interest therein, legal and/or equitable, fee and/or leasehold, of the "Working Interest Owners" (herein defined), to the extent provided herein.

The Property includes:

the land (the "Land") situated in Escambia County, State of Alabama, further described in the attached **Exhibit "A"** and/or the attached **Exhibit "B"**, including all improvements and appurtenances thereto;

all mineral leasehold estates with respect to minerals located in, on, or under the Land (the "Leasehold Estates"), including the leases (the "Leases") associated with the "Wells" (herein defined), including all improvements and appurtenances to the Land, and/or the Wells, and including the right to the use of the surface of the Land, and the right to extract minerals located in, on, or under the Land;

all easements to and/or from the Land (the "Easements"), including, but not necessarily limited to, those easements described in, and/or referred to in the instruments listed in, the attached **Exhibit "A",** and/or described and/or referred to in the attached **Exhibit "B"**;

all licenses and permits pertaining to the Land and/or the Wells, including, but not necessarily limited to, those permits and/or licenses described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

all wells (the "Wells", whether one or more) used in connection with operations conducted in, on, under, or about the Land, including the overall operation of the Wells, such Wells including, but not necessarily limited to: those wells identified in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

all other property and/or property rights pertaining to the use and/or operation of the Land and/or the Wells, including, but not necessarily limited to, those properties and/or property rights described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**; and,

such additional property as provided by the laws of the State of Alabama, including, but not necessarily limited to, Alabama Code §35-11-210, et seq.

This Lien is claimed, separately, severally, and jointly, as to the Land, the Leasehold Estates, the Wells, the buildings and improvements in, on, under, or about the Land, the Leasehold Estates, and/or the Wells, and all rights and appurtenances pertaining to any or all of the foregoing.

That said Lien is claimed to secure an indebtedness of **Two Thousand Four Hundred Forty-Nine and 55/100 Dollars ($2,449.55)** with interest as may be allowed under the laws of the State of Alabama from the respective dates of the furnishing of the services, material and/or equipment (collectively, the "Work") giving rise to the Lien claimed herein, which Work and the dates of furnishing are further described in the attached **Exhibit "B"**.

The first of the Work was provided on **December 12, 2019**. The last of the Work was provided on **December 12, 2019**. (See, also, the attached **Exhibit "B"**.)

The Working Interest Owners, who are the owners or proprietors of said Property, and their respective addresses, are:

Sklarco, LLC
401 Edwards St.,
Suite 1601
Shreveport, LA  71101

Sklarco, LLC
c/o C T Corporation
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

BVS, LLC
c/o Brian Biffle, Registered Agent
2010 Balsam Drive
Boulder, CO  80304

Daboil Resources, LC
505 Geneva Avenue
Boulder, CO  80302

FPCC USA, Inc.
245 Commerce Green Blvd., Ste. 250
Sugar Land, TX  77478

FPCC USA, Inc.
c/o Corporation Service Company dba
CSC – Lawyers Incorporating Service
Company
211 E. 7th Street, Suite 620
Austin, TX  78701-3218

Aspen Energy, Inc.
161 St. Matthews Ave., Suite 16
Louisville, KY  40207

Aspen Energy, Inc.
c/o Michael S. Reed, Registered Agent
4051 Ormond Road
Louisville, KY  40207

Chanse Resources, L.L.C.
Attn:  Wes Shepherd, COO
PO Box 1572
Shreveport, LA  71165

Joel Davis
PO Box 540988
Houston, TX  77254

Gateway Exploration, LLC
Attn:  Jay Moffitt
3555 Timmons Lane, Suite 730
Houston, TX  77027

Gateway Exploration, LLC
c/o Taylor V. Cooksey
Registered Agent
6363 Woodway, Suite 610
Houston, TX  77057

Bundero Investment Company, L.L.C.
c/o Malcolm S. Murchison
Registered Agent
401 Edwards Street, Suite 820
Shreveport, LA  71101

Craft Exploration Company, LLC
PO Box 2430
Madison, MS  39130

Craft Exploration Company, LLC
c/o Julie Den Herder, Registered Agent
125 Bradshaw Crossing
Canton, MS  39046

Fant Energy Limited
PO Box 55205
Houston, TX  77255

Fant Energy Limited
1322 N. Post Oak Rd.
Houston, TX  77055

Fant Energy Limited
c/o Capitol Corporate Services, Inc.
206 E. 9th St., Suite 1300
Austin, TX  78701

GCREW Properties, LLC
c/o George E. Jochetz, III, Pres.
Registered Agent
12323 Rip Van Winkle
Houston, TX  77024

HBRada, LLC
Hansen Rada, Manager
Registered Agent
2010 Alphine Drive
Boulder, CO  80304

Kudzu Oil Properties, LLC
c/o Wirt A. Yerger, III, Registered Agent
300 Concourse Blvd., Suite 101
Ridgeland, MS  39157

MER Energy, Ltd.
c/o William C. Herndon
Registered Agent
6500 Greenville Ave., Suite 110
Dallas, TX  75206

Resource Ventures, LLC
Attn:  Mark A. Arnold
7112 W. Jefferson Ave., Suite 106
Lakewood, CO  80235

Resource Ventures, LLC
c/o Steven Swanson
5720 S. Benton Circle
Littleton, CO  80123

Robert Israel
2920 6th Street
Boulder, CO  80304

TST Energy, LLC
c/o Tracy S. Toups, Manager
Registered Agent
3238 Barksdale Blvd.
Bossier City, LA  71112

JF Howell Interests, LP
Attn:  James David Morgan, Manager
416 Travis Street, Suite 700
Shreveport, LA  71101

JF Howell Interests, LP
350 N. St. Paul Street, Suite 2900
Dallas, TX  75201

JF Howell Interests, LP
c/o J. Benjamin Warren, Jr.
Registered Agent
401 Edwards St., Suite 2010
Shreveport, LA  71101

Landmark Exploration, LLC
PO Box 12004
Jackson, MS  39236

Landmark Exploration, LLC
c/o Michael E. Johnson
Registered Agent
113 Park Circle Drive
Flowood, MS  39332

Meritage Energy, Ltd.
c/o BKD, LLP
c/o John W. Steffes, Registered Agent
2800 Post Oak Blvd, Suite 3200
Houston, TX  77056

506648v.1 B075/00713 (GE Oil & Gas/Sklar – CCL&T 13-11 #1 Well, Escambia County, AL)

Pickens Financial Group, LLC
c/o Pickens Energy Corporation
Registered Agent
10100 N. Central Expressway
Suite 200
Dallas, TX 75231-4159

Tauber Exploration & Production Co.
c/o Richard E. Tauber,
Registered Agent
55 Waugh Drive, Suite 600
Houston, TX 77007

JJS Interests North Beach, LLC
4295 San Felipe, Suite 207
Houston, TX 77027

JJS Working Interests LLC
c/o Justin Simons, Registered Agent
2001 Kirby Dr., Suite 1110
Houston, TX 77019

Marksco, L.L.C.
c/o Mark Sealy, Registered Agent
333 Texas Street, Suite 1050
Shreveport, LA 71101

MJS Interests, LLC
c/o Martin J. Schaffer, Registered Agent
9266 Hathaway Street
Dallas, TX 75220

Robert Israel Trust
2920 6th Street
Boulder, CO 80304

Tiembo Ltd.
Attn: Mark Rauch
PO Box 270415
Houston, TX 77277-0415

Tiembo Ltd.
c/o Gary S. Glesby, Registered Agent
3040 Post Oak Blvd., 13th Fl.
Houston, TX 77056

Claimant furnished the Work to **Sklar Exploration Company, LLC, a Louisiana limited liability company**, ("Sklar Exploration"), who was the operator of the Wells. **Sklarco, LLC, a Louisiana limited liability company**, ("Sklarco") holds a working interest in the Property. Sklar Exploration and Sklarco are related entities. In that regard, to the extent of Sklarco's ownership interest in the Property, Sklar Exploration was the agent of Sklarco. As such Claimant furnished its Work on the Property, and asserts the Lien, as a direct contractor to Sklarco, and asserts the Lien both as to Sklar Exploration's ownership and operating interest in and to the Property, and as to Sklarco's ownership interest in and to the Property.

Further, to the extent Sklar Exploration was acting as the agent of any of the other Working Interest Owners, Claimant furnished its work on the Property, and asserts the Lien, as a direct contractor to such Working Interest Owners and, to that extent, asserts the Lien against the interest in the Property held by such other Working Interest Owners.

506648v.1 B075/00713 (GE Oil & Gas/Sklar – CCL&T 13-11 #1 Well, Escambia County, AL)

_____

Christopher J. Ryan, Manager of Collections of Baker Hughes Oilfield Operations LLC, a California limited liability company, Authorized Agent of GE Oil & Gas Pressure Control LP, a Texas limited partnership

     Before me, a notary public in and for the county of Harris, State of Texas, personally appeared CHRISTOPHER J. RYAN, who being duly sworn, doth depose and say:  that he has personal knowledge of the facts set forth in the foregoing statement of lien, and that the same are true and correct to the best of his knowledge and belief.

     SUBSCRIBED AND SWORN TO BEFORE ME by CHRISTOPHER J. RYAN, on this the _7th_ day of June, 2020, to certify which witness my hand and official seal.



_____
Notary Public, State of Texas

WILLIAM R. SUDELA
My Notary ID # 3446989
Expires June 20, 2022

506648v.1 B075/00713 (GE Oil & Gas/Sklar – CCL&T 13-11 #1 Well, Escambia County, AL)

## EXHIBIT "A"

The Property and property rights covered by the Lien include, without limitation, the property described below, in the pages of this **Exhibit "A"**, and the property described in the remainder of this Verified Statement of Lien, including this **Exhibit "A"** and in **Exhibit "B"**.

The Property includes the well described in **Exhibit "B"** to this Verified Statement of Lien (the "Well"), and all of the wells included in the unit in which the Well is located (all such wells, including the Well, referred to collectively as the "Wells"). The Property also includes all of the leases associated with any one or more of these Wells (the "Leases").

The Well is located in SE ¼ of Section 13, Township 3N, Range 10E, in the following production units:

| | |
|---|---|
| **Well Name:** | Cedar Creek Land & Timber 13-11 #1 |
| **API No.:** | 01-053-20702-00-00 |
| **Location:** | 1791' FSL & 2013' FEL of Section 13-T3N-R10E, Escambia County, Alabama |
| **Unit:** | A 160.0 acre unit, described as SW ¼ of Section 13, Township 3 North, Range 10, East Escambia County, AL |
| **Field:** | Kirkland-Production Ext. |

## EXHIBIT "A"

STATE OIL AND GAS BOARD OF ALABAMA

**Application for Permit to Directionally Drill**

17154-B

Permit Number — (To be filled in by Board)

01.053.20702.00.00

API Number

Form OGB-1B, Rev. 01/12
(File in triplicate)

Drill ☒   Deepen ☐   Sidetrack ☐   Convert ☐   Amend ☐

Name of Operator: Sklar Exploration Company L.L.C.     Date: 2/26/15

Address: 401 Edwards St. Ste. 1801    City: Shreveport    State: LA    Zip: 71101

| 1. Well name and number | 2. County |
|---|---|
| Cedar Creek Land & Timber 13-11 #1 | Escambia |

| 3. Well Location (proposed surface) | (give footage from nearest section or offshore tract line) 1781' FSL & 2013' FEL | Section-Township-Range or Tract 13-T3N-R10E |
|---|---|---|
| | Latitude (NAD27) 3 1 . 2 2 3 1 7 | Longitude (NAD27) 8 7 . 0 1 2 3 6 |

| 4. Well Location (proposed bottom hole) | (give footage from nearest section or offshore tract lines) 1428' FSL & 1869' FWL | Section-Township-Range or Tract 13-T3N-R10E |
|---|---|---|
| | Latitude (NAD27) 3 1 . 2 2 1 1 6 | Longitude (NAD27) 8 7 . 0 1 6 6 3 |

| 5. Field (if wildcat, so state) | 6. Target Reservoir |
|---|---|
| Wildcat | Smackover |

7. Unit assigned to well: SW/4 ± 160

8. Distance from proposed location to nearest unit line*: 740' feet

9. Distance (if less than 5,280 feet) from proposed location to nearest permitted, drilling, or producible well in same reservoir: 2285' feet

10. Proposed depth: 13,500'MD 13,303'TVD

11. Approximate date work will begin: March 2015

12. Anticipated depth to base of fresh water (<10,000 mg/L TDS), if known: Est. 1850' subsea depth

13. Acres assigned to well: 160

14. Elevation (ground): 230'

15. Is the well on a unit greater than 160 acres in accordance with the applicable spacing rule? Yes ☐ No ☒ (If yes, see no. 16 below)

16. If yes, describe alternate unit in accordance with applicable rule

17. Type: Single Well ☐  Blanket ☒  bond
Amount of bond: $100,000.00

18. Bonding company and bond number: ACSTAR Insurance Company. #F16887

19. Are the provisions of Rule 400-1-9-.02 or Rule 400-2-6-.04, Operations involving Hydrogen Sulfide, applicable? Yes ☒  No ☐
If yes, a Form OGB-24 shall be filed with this application.

20. Person to contact regarding this application: Kim Anderson
Phone Number: 318-227-6656
Fax Number: 318-227-9012
E-mail Address: kanderson@sklarexploration.com

Remarks:

Target location 1428' FSL & 1869' FWL of Section 13-T3N-R10E at the top of Smackover Formation.

* Closest distance from proposed wellbore within target reservoir to nearest unit line

Executed this this 26 day of February, 20 15

Signature: _Kim Anderson_
Kim Anderson

RECEIVED FEB 27 2015 STATE OIL AND GAS BOARD OF ALABAMA

Before me, the undersigned authority, on this day personally appeared _____ known to me to be the person whose name is subscribed to the above instrument, who being by me duly sworn on oath states that he/she is duly authorized to make the above report and that he/she has knowledge as he has stated therein, and that said report is true and correct.

Subscribed and sworn to before me this 26 day of February, 20 15

Signature: _Julia E. Smith_
JULIA P. SMITH, Notary Public # 58135
Caddo Parish, Louisiana
My Commission is for Life

Notary Public in and for Bossier County, Louisiana

ACTION OF STATE OIL AND GAS BOARD

APPROVED BY _____     DATE 3/13/15

## EXHIBIT "A"



*Exhibit "A" to Verified Statement of Lien*
*(GE Oil & Gas/Sklar- CCL&T 13-11 #1 Well, Escambia County, AL)*
506648v.1 B075/00713

## EXHIBIT "A"



*Exhibit "A" to Verified Statement of Lien*
*(GE Oil & Gas/Sklar- CCL&T 13-11 #1 Well, Escambia County, AL)*
506648v.1 B075/00713

## EXHIBIT "A"



*Exhibit "A" to Verified Statement of Lien*
*(GE Oil & Gas/Sklar- CCL&T 13-11 #1 Well, Escambia County, AL)*
506648v.1 B075/00713

## EXHIBIT "B"

The Work and the dates on which the Work was furnished are further described in the invoices (the "Invoices") and the related documents (collectively, the "Service Tickets") attached hereto as part of this **Exhibit "B"**.

The Work and the dates on which the Work was furnished are summarized as follows:

| Well Name | Invoice No. | Invoice Date | Invoice Amount | Dates of Furnishing | |
|---|---|---|---|---|---|
| Cedar Creek Land & Timber 13-11 #1 | 20245137 | 12/13/2019 | $2,449.55 | 12/12/2019 | 12/12/2019 |
| TOTAL: | | | $2,449.55 | | |

*Exhibit "B" to Verified Statement of Lien*
*(GE Oil & Gas/Sklar-CCL&T 13-11 #1 Well, Escambia County, AL)*
506648v.1 B075/00713

## EXHIBIT "B"

*Exhibit "B" to Verified Statement of Lien*
*(GE Oil & Gas/Sklar-CCL&T 13-11 #1 Well, Escambia County, AL)*
506648v.1 B075/00713

# Baker Hughes

| | | |
|---|---|---|
| GE Oil & Gas Pressure Control, LP<br>4424 W Sam Houston PKWY<br>Suite 100<br>Houston, , TX 77041<br>United States | IO US LAU Services Org (A07)<br>3038 Ellisville Blvd-Hwy 11 S<br>Laurel, MS 39440 | **INVOICE** |

| Bill To | Ship To | | |
|---|---|---|---|
| SKLAR EXPLORATION COMPANY LLC<br>401 EDWARDS ST STE 1601<br>SUITE 1601<br>SHREVEPORT, LA 71101-5507<br>United States | SKLAR EXPLORATION COMPANY LLC<br>CCL&T 13-11 #1<br>UNINCORPORATED, AL 36429-0000<br>United States | **Invoice No.**<br>20245137 | **Invoice Date**<br>13-DEC-2019 |

| | | |
|---|---|---|
| **VAT Registration No.** | **Final Destination**<br>United States | **Order No.**<br>20296065<br>**Customer Site No.**<br>027407514<br>**Commercial Terms**<br>GE D&S Ts&Cs (PC Domestic)<br>**IncoTerms**<br>FCA<br>**Pymt. Term**<br>NET 30 | **Order Date**<br>13-DEC-2019<br>**Purchase Order No.**<br>N/A<br>**Quote No.**<br><br>**IncoTerm Named Location**<br>Seller<br>**Shipping Method** |

| Remit To | If Electronic | |
|---|---|---|
| If Check<br>P.O. Box 911776<br>DALLAS, TX 75391-1776<br>United States | Bank Name<br><br>Account No.<br>IBAN No.<br>Swift Code<br>Routing No. | JP Morgan Chase<br>bank, New York, NY<br><br>█████ |

**Rig Name**
CCL&T 13-11 #1

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext. Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L1296N-FS | SERVICE/DELIVERY 4WD - MILAGE<br><br>NON-TAXABLE | | 320 | | EA | N | 3.000 | 960.00 |
| 2 | L1131-FS | SERVICE TECHNICIAN- LAND | Field Service Technician: Harrison, Jason Mathew<br>Start Date: 12-Dec-2019<br>Bill Through Date: 12-Dec-2019<br>Ticket Number: WO-00747013 | 7 | | EA | N | 90.000 | 630.00 |
| 3 | H383390-1 | TREECAP, BHGE, 15A, 2-9/16 5M FLG X 2-7/8 EU ILT, API 6A 20TH ED , LU DO-NL PSL2 PR1<br>API MATERIAL=IDD-NL,API PR#(1),API PSL=(2),API TEMP=(L, U), | | 1 | | EA | Y | 470.100 | 470.10 |
| 4 | NVS | GAUGE COCK,STRAIGHT FLOW 1/2 LF/NPT MALE X FEMALE, 10M,CS | | 1 | 1 | EA | Y | 42.600 | 42.60 |
| 5 | L8890-FS | IMPACT WRENCH | | 1 | | EA | Y | 200.000 | 200.00 |
| 6 | MISCELLANEOUS | (INSERT DESCRIPTION) | | 1 | | EA | N | 85.000 | 85.00 |
| 7 | H300074-10 | RING GASKET, API R-46, OVAL, CARBON STEEL, ZINC PLATED, API MONOGRAM REQUIRED API PSL=(1 4), | | 1 | 1 | EA | Y | 18.000 | 18.00 |

SUBTOTAL:2,405.70

**Tax Summary**

| Tax Name | Tax Rate | Tax Extended Amount |
|---|---|---|
| AL - STATE SALES/USE TAX | 4.00% | 29.24 |
| AL - CONECUH, COUNTY SALES/USE | 2.00% | 14.61 |

**Baker Hughes** ⧖

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

# INVOICE

**Baker Huges Contact:**
Name:    Adams, Duana K
Phone:    .
eMail:    duana.adams@ge.
         com

| | |
|---|---|
| SubTotal | 2,405.70 |
| Tax | 43.85 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 2,449.55 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-al, please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

*20296065*



## GE Oil & Gas

**GE Oil & Gas Pressure Control, LLC**
**Field Service Order**
Terms & Conditions Of Sales: Sale of any product or service is conditioned on Customer's agreement to the Terms & Conditions on the reserve side hereof

FSO: WO-00747013  Date: 12/12/2019  Branch: Laurel  Phone No.:

Customer: SKLAR EXPLORATION COMPANY LLC

Equipment Description: TREE ASSY 7-1/16 5M X 2-9/16 5M X 2-1/16 5M

Work Performed: N/D bops. N/U tree. Tested void 5000 psi.

Block/Field:  LSD / Well: CCL&T 13-11 #1  County/Parish:  State/Province:  Contractor / Consultant: JOHN VITTITOW  Rig: Repad  Elevation:

Casing Tubing Data:  Size:  Weight Per FT.;  Grade:  Length of String:

Casing Tubing Hanger:  Hanger:  Load on Hanger:  Low / Test to Pressure: Low / Test Duration:  High / Test to Pressure: 5000  High / Test Duration:  Final Cut:

| Part | Part No. | Part Description | Billable | Quantity | Unit Price | Line Price |
|------|----------|------------------|----------|----------|------------|------------|
|  | H383390-1 | Tree cap | true | 1 | 470.10 | 470.10 |
| NVS | NVS | NEEDLE VALVE,MFS,1/2 NPT,10000 PSI,CS | true | 1 | 42.60 | 42.60 |
| L6890-FS | L6890-FS | IMPACT WRENCH | true | 1 | 200.00 | 200.00 |
|  | Test pump | Test pump | true | 1 | 85.00 | 85.00 |
| H300074-10 | H300074-10 | RING GASKET,API R-46,OVAL,CARBON STEEL,ZINC PLATED API MONOGRAM REQUIRED | true | 1 | 18.00 | 18.00 |
|  |  |  |  |  | **Total Price:** | **$ 815.70** |

| Technician Name | Start Time | End Time | Billable | Hours | Hourly/Daily Rate | Flat Rate | No. of Days | Line Price |
|-----------------|-----------|----------|----------|-------|-------------------|-----------|-------------|------------|
| Jason Harrison | 12/12/2019 6:00 AM | 12/12/2019 1:00 PM | true | 7 | 90.00 | false |  | 630.00 |
|  |  |  |  |  |  |  | **Total Price:** | **$ 630.00** |

| Expense | Part No. | Part Description | Billable | Quantity | Unit Price | Line Price |
|---------|----------|------------------|----------|----------|------------|------------|
| Mileage | L1296N-FS | SERVICE/DELIVERY 4WD - MILAGE, Non-Taxable | true | 320 | 3.00 | 960.00 |
|  |  |  |  |  | **Total Price:** | **$ 960.00** |

### Service Order Subtotal Price: $ 2405.70

Customer Authorization:  Ordered By: :  :  :  :  :  :

THIS AGREEMENT CONTAINS PROVISIONS RELATIVE TO INDEMNITY, RELEASE OF LIABILITY AND ALLOCATION OF RISK. Authorizing the work and acknowledging that, absent a master or other controlling agreement between parties, and Terms & Condition on the revere hereof shall apply to the work described herin. BY SIGNING THIS DOCUMENT CUSTOMER AGREES THESE TERMS & CONDITIONS ARE THE EXCLUSIVE TERMS & CONDITIONS APPLICABLE TO THIS TRANSACTION.

| GE Technician Signature | Company/Contractor Signature |
|-------------------------|------------------------------|
|  |  |

Customer Order No.:WO-00747013  Customer:SKLAR EXPLORATION COMPANY LLC  Amount:$ 2,405.70

Survey

Safety-Did the FSE have all appropriate PPE and comply with all site safety protocols during this service job?  3-Met Expectations (Did what was expected)

**Little Cedar Creek Oil Unit IV**

B:2020 P:866
Lien
6/11/2020 11:02:59 AM
Page:1 of 35

Stephen Flemming
Conecuh County, Alabama

5.00 Indexing Fee
3.00 FirstPage Fee
102.00 AddlPages Fee
26.00 AddlNames Fee
Total Fees: $136.00

## VERIFIED STATEMENT OF LIEN

STATE OF ALABAMA            §
                           §
COUNTY OF CONECUH           §

GE OIL & GAS PRESSURE CONTROL LP, a Texas limited partnership, ("Claimant") files this statement in writing, verified by the oath of CHRISTOPHER J. RYAN, Manager of Collections of BAKER HUGHES OILFIELD OPERATIONS LLC, a California limited liability company, Authorized Agent of GE OIL & GAS PRESSURE CONTROL LP, a Texas limited partnership, who has personal knowledge of the facts herein set forth below:

That Claimant claims a lien (the "Lien") upon the "Property" (herein defined), to the extent of the interest therein, legal and/or equitable, fee and/or leasehold, of the "Working Interest Owners" (herein defined), to the extent provided herein.

The Property includes:

the land (the "Land") situated in Conecuh County, State of Alabama, further described in the attached **Exhibit "A"** and/or the attached **Exhibit "B"**, including all improvements and appurtenances thereto;

all mineral leasehold estates with respect to minerals located in, on, or under the Land (the "Leasehold Estates"), including the leases (the "Leases") associated with the "Wells" (herein defined), including all improvements and appurtenances to the Land, and/or the Wells, and including the right to the use of the surface of the Land, and the right to extract minerals located in, on, or under the Land;

all easements to and/or from the Land (the "Easements"), including, but not necessarily limited to, those easements described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

all licenses and permits pertaining to the Land and/or the Wells, including, but not necessarily limited to, those permits and/or licenses described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

*Verified Statement of Lien*
*(GE Oil & Gas/Sklar-Little Cedar Creek Oil Unit IV, Conecuh County, AL)*
506535v.1 B075/00713                    1

all wells (the "Wells", whether one or more) used in connection with operations conducted in, on, under, or about the Land, including the overall operation of the Wells, such Wells including, but not necessarily limited to: those wells identified in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**;

all other property and/or property rights pertaining to the use and/or operation of the Land and/or the Wells, including, but not necessarily limited to, those properties and/or property rights described in, and/or referred to in the instruments listed in, the attached **Exhibit "A"**, and/or described and/or referred to in the attached **Exhibit "B"**; and,

such additional property as provided by the laws of the State of Alabama, including, but not necessarily limited to, Alabama Code §35-11-210, et seq.

This Lien is claimed, separately, severally, and jointly, as to the Land, the Leasehold Estates, the Wells, the buildings and improvements in, on, under, or about the Land, the Leasehold Estates, and/or the Wells, and all rights and appurtenances pertaining to any or all of the foregoing.

That said Lien is claimed to secure an indebtedness of **Four Thousand One Hundred Seven and 71/100 Dollars ($4,107.71)** with interest as may be allowed under the laws of the State of Alabama from the respective dates of the furnishing of the services, material and/or equipment (collectively, the "Work") giving rise to the Lien claimed herein, which Work and the dates of furnishing are further described in the attached **Exhibit "B".**

The first of the Work was provided on **January 15, 2020**. The last of the Work was provided on **February 19, 2020**. (See, also, the attached **Exhibit "B"**.)

The Working Interest Owners, who are the owners or proprietors of said Property, and their respective addresses, are:

Sklarco, LLC
401 Edwards St.,
Suite 1601
Shreveport, LA 71101

Sklarco, LLC
c/o C T Corporation
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

*Verified Statement of Lien*
*(GE Oil & Gas/Sklar-Little Cedar Creek Oil Unit IV, Conecuh County, AL)*
506535v.1 B075/00713                2

Beazley Petroleum, LLC
c/o Hamilton Beazley
Registered Agent
411 West Saint Elmo Road, #24
Austin, Texas 78745

Brock Resources, LLC
2634 Henley Dr.
Round Rock, Texas 78681

Brock Resources, LLC
c/o James T. Cameron
Registered Agent
720 Brazos Street, Suite 700
Austin, Texas 78701

Coastal Exploration, Inc.
c/o Julius M. Ridgway
Registered Agent
701 Avignon Drive, Suite 101
Ridgeland, MS 39157

Coastal Exploration, Inc.
1437 Old Square Road, Crescent Court
Suite 104
Jackson, Mississippi 39236

Carl Herrin Oil and Gas, LLC
c/o Joseph E. Varner, III
Registered Agent
190 E. Cpitol Street, Suite 100 (39201)
PO Drawer 119
Jackson, MS 39205

Conecuh Oil Company, LLC
c/o R. Scott Hines, Registered Agent
599 Northpark Dr.
PO Box 3216
Ridgeland, MS 39158

Embayment Production, LLC
PO Box 187
Jackson, MS 39205-0187

Embayment Production, LLC
c/o William B. Ridgway, Jr.
233 ½ East Capitol Street
PO Box 187
Jackson, MS 39205-0187

Lucas Petroleum Group, Inc.
c/o Harry Lucas, Jr.
Registered Agent
327 Congress Ave., Suite 500
Austin, TX 78701-3656

McCombs Energy, Ltd.
5599 San Felipe, Suite 1200
Houston, TX 77056-2794

McCombs Energy, Ltd.
c/o Gary V. Woods
Registered Agent
755 East Mulberry, Suite 600
San Antonio, TX 78212

Parous Energy, LLC
PO Box 2547
Madison, MS 39130

Parous Energy, LLC
c/o George S. Dennis
Registered Agent
1267 Gluckstadt Road
Madison, MS 39110

Tenexco, Inc.
414 Clinton P., Suite 106
River Forest, IL 60305-2286

Tenexco, Inc.
c/o Richard S. Incandela
Registered Agent
17W715 Butterfield Rd., Unit C
Oakbrook Terrace, IL  60181

Tyler Oil and Gas, LLC
c/o Henry B. Tyler, Registered Agent
137 Bridgewater Crossing
Ridgeland, MS  39157

Quail Creek Production Co.
c/o Don W. Dahlgren
Registered Agent
13831 Quail Pointe Dr.
Oklahoma City, OK  73134

Vickery Exploration, LLC
137 Bridgewater Crossing
Ridgeland, MS  39157

Vickery Exploration, LLC
106 Oak Wood Drive
Raymond, MS 39154

Vickery Exploration, LLC
c/o Jimmy D. Vickery
Registered Agent
333 Summerville Drive
Madison, MS  39110

Resource Ventures, LLC
Attn: Mark A. Arnold
7112 W. Jefferson Ave., Suite 106
Lakewood, CO 80235

Resource Ventures, LLC
Attn:  Mark A. Arnold
8369 South Park Lane, Suite B
Littleton, CO  80120

Resource Ventures LLC
c/o Steven Swanson
Registered Agent
5720 S. Benton Circle
Littleton, CO  80123

JF Howell Interests, LP
Attn:  James David Morgan, Manager
416 Travis Street, Suite 700
Shreveport, LA  71101

JF Howell Interests, LP
350 N. St. Paul Street, Suite 2900
Dallas, TX  75201

JF Howell Interests, LP
c/o J. Benjamin Warren, Jr.
Registered Agent
401 Edwards St., Suite 2010
Shreveport, LA  71101

Craft Exploration Company, LLC
PO Box 2430
Madison, MS  39130

Craft Exploration Company, LLC
c/o Julie Den Herder, Registered Agent
125 Bradshaw Crossing
Canton, MS  39046

Waller Brothers, Inc.
137 Bridgewater Crossing
Ridgeland, MS  39157

Waller Brothers, Inc.
c/o Donald E. Waller
Registered Agent
524 E. Pascagoula St.
Jackson, MS  39201

506535v.1 B075/00713 (GE Oil & Gas/Sklar – Little Cedar Creek Oil Unit IV, Conecuh County, AL)

Ansaben Trust
505 Geneva Ave.
Boulder, CO  80302

Bobmary, L.C.
c/o Dr. Robert T. LaFargue
Registered Agent
5928 E. Ridge Drive
Shreveport, LA 71106

Bundero Investment Company, LLC
333 Texas Street, Suite 300
Shreveport, LA 71101

Bundero Investment Company, L.L.C.
c/o Malcolm S. Murchison
Registered Agent
401 Edwards Street, Suite 820
Shreveport, LA 71101

Dickson Oil and Gas, LLC
PO Box 52479
Shreveport, LA 71135

Dickson Oil and Gas, LLC
c/o Michael E. Riddick
Registered Agent
333 Texas St., Suite 700
Shreveport, LA 71101

Fant Energy Limited
PO Box 55205
Houston, TX 77255

Fant Energy Limited
1322 N. Post Oak Rd.
Houston, TX 77055

Fant Energy Limited
c/o Capitol Corporate Services, Inc.
206 E. 9th St., Suite 1300
Austin, TX  78701

Kudzu Oil Properties, LLC
c/o Wirt A. Yerger, III, Registered Agent
300 Concourse Blvd., Suite 101
Ridgeland, MS  39157

Marksco, L.L.C.
c/o Mark Sealy, Registered Agent
333 Texas Street, Suite 1050
Shreveport, LA  71101

Tiembo Ltd.
Attn:  Mark Rauch
PO Box 270415
Houston, TX  77277-0415

Tiembo Ltd.
c/o Gary S. Glesby, Registered Agent
3040 Post Oak Blvd., 13th Fl.
Houston, TX  77056

JJS Interests North Beach, LLC
4295 San Felipe, Suite 207
Houston, TX  77027

JJS Interests North Beach, LLC
c/o Justin Simons, Registered Agent
2001 Kirby Dr., Suite 1110
Houston, TX  77019

Claimant furnished the Work to **Sklar Exploration Company, LLC, a Louisiana limited liability company**, ("Sklar Exploration"), who was the operator of the Wells. **Sklarco, LLC, a Louisiana limited liability company**, ("Sklarco") holds a working

506535v.1 B075/00713 (GE Oil & Gas/Sklar – Little Cedar Creek Oil Unit IV, Conecuh County, AL)

interest in the Property.  Sklar Exploration and Sklarco are related entities.  In that regard, to the extent of Sklarco's ownership interest in the Property, Sklar Exploration was the agent of Sklarco.  As such Claimant furnished its Work on the Property, and asserts the Lien, as a direct contractor to Sklarco, and asserts the Lien both as to Sklar Exploration's ownership and operating interest in and to the Property, and as to Sklarco's ownership interest in and to the Property.

Further, to the extent Sklar Exploration was acting as the agent of any of the other Working Interest Owners, Claimant furnished its work on the Property, and asserts the Lien, as a direct contractor to such Working Interest Owners and, to that extent, asserts the Lien against the interest in the Property held by such other Working Interest Owners.

Without waiving the foregoing, to the extent Sklar Exploration was acting as a contractor to a Working Interest Owner, and not as its agent, Claimant furnished its work on the Property, and asserts the Lien, as a subcontractor to Sklar Exploration, against the interest in the Property held by such Working Interest Owner.

Christopher J. Ryan, Manager of Collections of Baker Hughes Oilfield Operations LLC, a California limited liability company, Authorized Agent of GE Oil & Gas Pressure Control LP, a Texas limited partnership

Before me, _William R. Sudela_, a Notary Public in and for the State of Texas, personally appeared Christopher J. Ryan, who being duly sworn, doth depose and say: hat he has personal knowledge of the facts set forth in the foregoing Verified Statement of Lien, and that the same are true and correct to the best of his knowledge and belief.

_Christopher J. Ryan_

Christopher J. Ryan, Affiant

Subscribed and sworn to before me on this the _5th_ day of June, 2020, by said Affiant, Christopher J. Ryan.

_William R. Sudela_

Notary Public, State of Texas

WILLIAM R. SUDELA
My Notary ID # 3446989
Expires June 20, 2022

506535v.1 B075/00713 (GE Oil & Gas/Sklar – Little Cedar Creek Oil Unit IV, Conecuh County, AL)

## EXHIBIT "A"

The Property and property rights covered by the Lien include, without limitation, the property described below, in the pages of this **Exhibit "A"**, and the property described in the remainder of this Verified Statement of Lien, including this **Exhibit "A"** and in **Exhibit "B"**.

The Property includes those wells described in **Exhibit "B"** to this Verified Statement of Lien (the "Wells"), and all of the wells included in the units in which either of the Wells is located. The Property also includes all of the leases associated with any one or more of these Wells (the "Leases").

The Wells are located in the field wide unit commonly known as the Little Cedar Creek Oil Unit IV located in Conecuh County, Alabama (the "Unit"). The Unit is further described in **Exhibit "C"** to this Verified Statement of Lien.

The Wells are located in Section 27, Township 5N, Range 13E, in the following production units:

| | |
|---|---|
| **Well Name:** | Craft-Smurfit Stone 27-12 #1 |
| **API No.:** | 01-035-20212-00-00 |
| **Location:** | 1217' FWL & 1842' FSL of Section 27, Township 5 North, Range 13 East. |
| **Unit:** | A 160.0 acre unit, described as SW/4 of Section 27 Township 5 North, Range 13 East. |
| | (The original unit:  SW/4 of Sec. 27; Order No. 2016-55 Est. partial field-wide "Little Cedar Creek Oil Unit IV," effective 1/1/17.) |

## EXHIBIT "A"

| | |
|---|---|
| **Well Name:** | Craft Soterra 27-2 #1 |
| **API No.:** | 01-035-20206-00-00 |
| **Location:** | 337' FNL & 1,800' FWL of Section 27, Township 5 North, Range 13 East. |
| **Unit:** | A 160.0 acre unit, described as NE/4 of Section 27 Township 5 North, Range 13 East. |
| | (The original PR unit: NE/4 of Sec. 27; Order No. 2016-55 Est. partial field-wide "Little Cedar Creek Oil Unit IV," effective 1/1/17.) |

The Property includes the following Leases:

Craft-Smurfit-Stone 27-12 #1

Oil and Gas Lease, dated February 23, 2004, from Grady Lynn Ralls, et ux. As Lessor to Craft Exploration, as Lessee, recorded in Book 2004, Page 2275 of Records of Conecuh County, Alabama.

Craft Soterra 27-2 #1

Oil and Gas Lease, dated November 12, 2007, from Soterra LLC, as Lessor, to Sklarco, LLC, as Lessee, recorded in Book 2007, Page 4370 of Records of Conecuh County, Alabama.

# EXHIBIT "A"

STATE OIL AND GAS BOARD OF ALABAMA

GB - 1

420 Hackberry Lane
P.O. Box 869999
Tuscaloosa, Alabama 35486-6999
(205) 349-2852    Fax (205)349-2861
www.ogb.state.al.us

RECEIVED
JUN 14 2010
OIL AND GAS BOARD
STATE OF ALABAMA

To be filled in by Board
16273

Permit number
01-035 - 20212-00-00

API number

## Application for Permit to Drill, Deepen, Convert, or Amend*

(file in triplicate)

Drill [X]    Deepen [ ]    Convert [ ]    Amend [ ]

| Name of operator | Sklar Exploration Company L.L.C. | | Date | 6-11-10 | |
|---|---|---|---|---|---|
| Address | 401 Edwards St. Ste. 1601 | City Shreveport | State LA | Zip 71101 | |

| Well name and number | Craft- Smurfit-Stone 27-12 #1 | | County | Conecuh |
|---|---|---|---|---|

| Well location | (give footage from nearest section or tract lines) 1217' FWL & 1842' FSL | | Section-Township-Range or Tract Sec 27 - T5N-R13E |
|---|---|---|---|

| | Latitude | 3 1 3 6 8 4 7 | Longitude | 8 6 7 4 7 8 |
|---|---|---|---|---|

| Field Wildcat | | | Reservoir | Smackover |
|---|---|---|---|---|

| Drilling unit | SW/4 ± 160 acre of Sec 27-T5N-R13E |
|---|---|

| Distance from proposed location to nearest unit line | 810' feet |  Distance (if less than 5,280 feet) from proposed location to nearest permitted, drilling, or producible well in the same reservoir | 1670' feet |
|---|---|---|---|

| Proposed depth 10,800' | Approx. date work will begin June , 2010 | Anticipated depth to base of fresh water (<10,000 mg/l TDS), if known | 1550' depth |
|---|---|---|---|

| Acres assigned to well ±160 | Elevation (ground) 210' | Is the well on a unit greater than 160 acres in accordance with Rule 400-1-2-.02 ? | Yes [ ]    No [X] (if yes, see below) |
|---|---|---|---|

If yes, describe alternate unit in accordance with Rule 400-1-2-.02

| Type of bond | Single well | Amount of bond | Bonding company and bond number |
|---|---|---|---|
| | [X] Blanket | $100,000.00 | ACSTAR Insurance Company #F16687 |

Are provisions of Rule 400-1-9-.02 or Rule 400-2-8-.04, Operations involving Hydrogen Sulfide, applicable?    Yes [X]  No [ ]
If yes, Form OGB-24 shall be filed with this application.

| Person to contact regarding this application | Kim Anderson | Phone number | 318-227-8668 |
|---|---|---|---|
| | | Fax number | 318-227-9012 |
| | | E-Mail address | kanderson@sklarexploration.com |

**Revised  Drilling unit description

Executed this the 11 day of June , 20 10

Signature: Kim Anderson

Before me, the undersigned authority, on this day personally appeared Kim Anderson known to me to be the person whose name is subscribed to the above instrument, who being by me duly sworn on oath states that he/she is duly authorized to make the above report and that he/she has knowledge of the facts stated therein, and that said report is true and correct.

Subscribed and sworn to before me this 11 day of June , 20 10

If this is to be a deviated well, please use Form OGB-1B

*Exhibit "A" to Verified Statement of Lien*
*(GE Oil & Gas/Sklar- Little Cedar Creek Oil Unit IV, Conecuh County, AL)*
506535v.1 B075/00713

**EXHIBIT "A"**



*Exhibit "A" to Verified Statement of Lien*
*(GE Oil & Gas/Sklar- Little Cedar Creek Oil Unit IV, Conecuh County, AL)*
506535v.1 B075/00713

Form OGB-1B
5/00

RECEIVED
STATE OIL AND GAS BOARD OF ALABAMA
420 Hackberry Lane
P.O. Box 869999
Tuscaloosa, Alabama 35486-6969
(205) 349-2852   Fax (205)349-2861
www.ogb.state.al.us

MAR 1 7 2010
STATE OIL AND GAS BOARD
OF ALABAMA

To be filled in by Board
16223-B
Permit number
01-535-20206-00-00
API number

**Application for Permit to Directionally Drill**

Drill [X]   Deepen [ ]   Convert [ ]   Sidetrack [ ]   Amend [ ]

(file in triplicate)

Name of operator  Sklar Exploration Company L.L.C.          Date  3/15/10

Address  401 Edwards St. Ste. 1601    City  Shreveport   State  LA   Zip  71101

Well name and number   Craft- Soterra LLC 27-2 #1          County  Conecuh

| Well Location (surface) | (give footage from nearest section or tract lines) 337' FNL & 1800' FWL | Section-Township-Range or Tract Sec.27-T5N-R13E |
|---|---|---|

Latitude  3 1 . 3 7 7 0 3    Longitude  8 6 . 7 4 5 8 1

| Well Location (proposed bottom hole) | (give footage from nearest section or tract lines) 725' FNL & 1866' FEL | Section-Township-Range or Tract Sec.27-T5N-R13E |
|---|---|---|

Latitude  3 1 . 3 7 5 9 6    Longitude  8 6 . 7 4 0 6 8

Field (if wildcat, so state)  Wildcat          Reservoir  Smackover

Describe drilling unit
NE/4  of ± 160 ac   of Sec 27- T5N-R13E

Distance from proposed location to nearest unit line  710'  feet   Distance (if less than 5,280 feet) from proposed location to nearest permitted, drilling, or producible well in the same reservoir  1870  feet

Proposed depth 10,977' MD - 10,700' TVD   Approx. date work will begin  March 2010   Anticipated depth to base of fresh water (<10,000 mg/l TDS), if known  1560'  depth

Acres assigned to well  ± 160   Elevation (ground)  ±300'   Is the well on a unit greater than 160 acres in size in accordance with Rule 400-1-2-.02?  Yes [ ] No [X]  (if yes, see below)

If yes, describe alternate unit in accordance with Rule 400-1-2-.02

Type bond  Single well [ ]  Blanket [X]   Amount of bond  $100,000.00   Bonding company and bond number  ACSTAR Insurance Company #F16687

Are the provisions of Rule 400-1-9-.02 or Rule 400-2-8-.04, Operations involving Hydrogen Sulfide, applicable?  Yes [X]  No [ ]
If yes, a Form OGB-24 shall be filed with this application.

Person to contact regarding permit application  Kim Anderson    Phone number  318-227-8668
Cory Ezelle    Fax number  318-227-9012
E-Mail address  Kanderson@sklarexploration.com

Remarks:
Target location is 710' FNL & 1927' FEL of Section 27-T5N-R13E at the top of Smackover Formation.

Executed this the 15 day of March , 20 10          Signature

Before me, the undersigned authority, on this day personally appeared  Kim Anderson  known to me to be the person whose name is subscribed to the above instrument, who being by me duly sworn on oath states that he/she is duly authorized to make the above report and that he/she has knowledge of the facts stated therein, and that said report is true and correct.

Subscribed and sworn to before me this 15 day of March , 20 10
Bettye M. LaCour Notary Public #3620
SEAL    - Caddo Parish, Louisiana
My commission expires Commission is for Life   Notary Public in and for  Louisiana  County,  Caddo

**ACTION OF STATE OIL AND GAS BOARD**

APPROVED BY  David E. Bolin      DATE  4/6/10



RECEIVED
MAR 1 6 2010
STATE OIL AND GAS BOARD
OF ALABAMA

S. LOCATION:
Elev. ±300'
X=735,369
Y=501,620
LAT. 31.37703'
LON. 86.74581'

Point Of Penetration, Top
Of Smackover Formation
Craft–Solarra LLC 27-2, No. 1
X=736,814
Y=501,256
LAT. 31.37606'
LON. 86.74087'

18133
SKLAR
Craft–Solarra LLC 27-8

B.H. LOCATION:
X=736,974
Y=501,242
LAT. 31.37596'
LON. 86.74088'

NE/4
±160 Ac.

1800'
1587.3'
S. 76°45'
710'
725'
1927'
1866'
710'
770'
S 76°45' E
620.9'

27
T5N – R13E

DRILLING UNIT: NE/4, ±160 Ac.

NOTE:
Coordinates Based On Transverse
Mercator–Alabama West Zone NAD27.

WELL LOCATION
FOR

SKLAR EXPLORATION COMPANY L.L.C.

SECTION 27, T5N – R13E
CONECUH COUNTY, ALABAMA

BY

ENGINEERING SERVICE – MOBILE, ALABAMA

0        1000       2000       3000
SCALE IN FEET

JANUARY 20, 2010 REV. 2-3-10 REV. 3-11-10

CERTIFIED ALABAMA
ENGINEERING SERVICE CO
NO. 20361
PROFESSIONAL
LAND

BY
EDGAR RUSSELL WIDELL, P.C.S.
ALABAMA LICENSE NO. 20361

3056/2     10M-5029     SKLAR 124     A6982

## EXHIBIT "B"

The Work and the dates on which the Work was furnished are further described in the invoices (the "Invoices") and the related documents (collectively, the "Service Tickets") attached hereto as part of this **Exhibit "B"**.

The Work and the dates on which the Work was furnished are summarized as follows:

| Well Name | Invoice No. | Invoice Date | Invoice Amount | Dates on which Work Furnished | |
|---|---|---|---|---|---|
| Smurfit-Stone 27-12-1 | 20248060 | 1/17/2020 | $1,317.37 | 1/15/2020 | 1/16/2020 |
| Smurfit-Stone 27-12-1 | 20250526 | 2/13/2020 | $532.77 | 2/13/2020 | 2/13/2020 |
| **Subtotal:** | | | **$1,850.14** | | |
| | | | | | |
| Craft Soterra 27-2 | 20250876 | 2/20/2020 | $1,771.99 | 2/19/2020 | 2/19/2020 |
| Craft Soterra 27-2 | 20251662 | 2/26/2020 | $485.58 | 2/16/2020 | 2/16/2020 |
| **Subtotal:** | | | **$2,257.57** | | |
| **TOTAL:** | | | **$4,107.71** | | |

*Exhibit "B" to Verified Statement of Lien*
*(GE Oil & Gas/Sklar-Little Cedar Creek Oil Unit IV, Conecuh County, AL)*
506535v.1 B075/00713

**EXHIBIT "B"**

# Baker Hughes

| | | |
|---|---|---|
| GE Oil & Gas Pressure Control, LP<br>4424 W Sam Houston PKWY<br>Suite 100<br>Houston, , TX 77041<br>United States | IO US LAU Services Org (A07)<br>3038 Ellisville Blvd-Hwy 11 S<br>Laurel, MS 39440 | **INVOICE** |

| Bill To | Ship To | Invoice No. | Invoice Date |
|---|---|---|---|
| SKLAR EXPLORATION COMPANY LLC<br>401 EDWARDS ST STE 1601<br>SUITE 1601<br>SHREVEPORT, LA 71101-5507<br>United States | SKLAR EXPLORATION COMPANY LLC<br>CRAFT SMURFIT STONE 27-12-1<br>UNINCORPORATED, AL 36432-0000<br>United States | 20248060 | 17-JAN-2020 |

| VAT Registration No. | Final Destination<br>United States | Order No.<br>20299336<br>Customer Site No.<br>027407514<br>Commercial Terms<br>GE D&S Ts&Cs (PC Domestic)<br>IncoTerms<br>FCA<br>Pymt. Term<br>NET 30 | Order Date<br>17-JAN-2020<br>Purchase Order No.<br>n/a<br>Quote No.<br><br>IncoTerm Named Location<br>Seller<br>Shipping Method |
|---|---|---|---|

| Remit To | | |
|---|---|---|
| If Check<br>P.O. Box 911776<br>DALLAS, TX 75391-1776<br>United States | If Electronic<br>Bank Name<br><br>Account No.<br>IBAN No.<br>Swift Code<br>Routing No. | JP Morgan Chase<br>bank, New York, NY<br>██████ |

Rig Name
CRAFT SMURFIT STONE
27-12-1

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L1131-FS | SERVICE TECHNICIAN- LAND | Field Service Technician: Chandler, Michael<br>Start Date: 16-Jan-2020<br>Bill Through Date: 16-Jan-2020<br>Ticket Number: WO-00752380 | 5 | | EA | N | 90.000 | 450.00 |
| 2 | L1131-FS | SERVICE TECHNICIAN- LAND | Field Service Technician: Chandler, Michael<br>Start Date: 15-Jan-2020<br>Bill Through Date: 15-Jan-2020<br>Ticket Number: WO-00752380 | 2 | | EA | N | 95.000 | 190.00 |
| 3 | H273021-1 | ACTUATOR PART, DIAPHRAGM, D12, NITRILE/NYLON, -20 TO 180F DEG SERVICE TEMPERATURE | | 1 | 1 | EA | Y | 333.370 | 333.37 |
| 4 | L1296N-FS | SERVICE/DELIVERY 4WD - MILAGE<br><br>NON-TAXABLE | | 108 | | EA | N | 3.000 | 324.00 |

SUBTOTAL:1,297.37

| Tax Summary | | |
|---|---|---|
| Tax Name | Tax Rate | Tax Extended Amount |
| AL - STATE SALES/USE TAX | 4.00% | 13.33 |
| AL - CONECUH, COUNTY SALES/USE | 2.00% | 6.67 |

| | |
|---|---|
| SubTotal | 1,297.37 |
| Tax | 20.00 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 1,317.37 |

Baker Huges Contact:
Name: Adams, Duana K
Phone:
eMail: duana.adams@ge.
com

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited



GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

# INVOICE

If paying by electronic funds transfer-a), please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox



20299336

 **GE Oil & Gas**

**GE Oil & Gas Pressure Control, LLC**
**Field Service Order**
Terms & Conditions Of Sales; Sale of any product or service is conditioned on Customer's agreement to the Terms & Conditions on the reserve side hereof

**FSO:** WO-00752380 **Date:** 01/16/2020 **Branch:** Laurel **Phone No.:**

**Customer:** SKLAR EXPLORATION COMPANY LLC

**Equipment Description:** .

**Work Performed:** Serviceman to your location....Replace diaphragm actuator assembly

**Block/Field:** Cedar Creek **LSD / Well:** CRAFT SMURFIT STONE 27-12-1 **County/Parish:** **State/Province:** **Contractor / Consultant:** . **Rig:** **Elevation:**

**Casing Tubing Data:** **Size:** **Weight Per FT.:** **Grade:** **Length of String:**

**Casing Tubing Hanger:** **Hanger:** **Load on Hanger:** **Low / Test to Pressure:** **Low / Test Duration:** **High / Test to Pressure:** **High / Test Duration:** **Final Cut:**

| Part | Part No. | Part Description | Billable | Quantity | Unit Price | Line Price |
|------|----------|------------------|----------|----------|------------|------------|
| H273021-1 | H273021-1 | DIAPHRAGM,F/D12,NITRILE/NYLON,-20 TO 180 DEG F. SERVICE, | true | 1 | 333.37 | 333.37 |
| | | | | | Total Price: | $ 333.37 |

| Technician Name | Start Time | End Time | Billable | Hours | Hourly/Daily Rate | Flat Rate | No. of Days | Line Price |
|-----------------|------------|----------|----------|-------|-------------------|-----------|-------------|------------|
| Michael Chandler | 01/16/2020 9:00 AM | 01/16/2020 2:00 PM | true | 5 | 90.00 | false | | 450.00 |
| Michael Chandler | 01/15/2020 9:30 AM | 01/15/2020 11:30 AM | true | 2 | 95.00 | false | | 190.00 |
| | | | | | | | Total Price: | $ 640.00 |

| Expense | Part No. | Part Description | Billable | Quantity | Unit Price | Line Price |
|---------|----------|------------------|----------|----------|------------|------------|
| Mileage | L1296N-FS | SERVICE/DELIVERY 4WD - MILAGE. Non-Taxable | true | 108 | 3.00 | 324.00 |
| | | | | | Total Price: | $ 324.00 |

## Service Order Subtotal Price: $ 1297.37

**Customer Authorization:** Ordered By: : : : : : :

THIS AGREEMENT CONTAINS PROVISIONS RELATIVE TO INDEMNITY, RELEASE OF LIABILITY AND ALLOCATION OF RISK. Authorizing the work and acknowledging that, absent a master or other controlling agreement between parties, and Terms & Condition on the revers hereof shall apply to the work described herin. BY SIGNING THIS DOCUMENT CUSTOMER AGREES THESE TERMS & CONDITIONS ARE THE EXCLUSIVE TERMS & CONDITIONS APPLICABLE TO THIS TRANSACTION.

| GE Technician Signature | Company/Contractor Signature |
|-------------------------|------------------------------|
| *Michael* | *per LAVAUSHU HATT Through Hat* |

Customer Order No.:WO-00752380 Customer:SKLAR EXPLORATION COMPANY LLC Amount:$ 1,297.37

**Survey**

**Safety**-Did the FSE have all appropriate PPE and comply with all site safety protocols during this service job?

**Quality**-Was the FSE qualified to perform the work and was the job done without any quality problems?

**Deliver**-Did the FSE arrive on time with all of the parts and tools needed to complete the job?

# Baker Hughes

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

## INVOICE

**Bill To**
SKLAR EXPLORATION COMPANY LLC
401 EDWARDS ST STE 1601
SUITE 1601
SHREVEPORT, LA 71101-5507
United States

**Ship To**
SKLAR EXPLORATION COMPANY LLC
CRAFT SMURFIT STONE 27-12-1
UNINCORPORATED, AL 36432-0000
United States

| Invoice No. | Invoice Date |
|---|---|
| 20250526 | 13-FEB-2020 |

**VAT Registration No.**

**Final Destination**
United States

| Order No. | Order Date |
|---|---|
| 20302208 | 13-FEB-2020 |
| Customer Site No. | Purchase Order No. |
| 027407514 | N/A |
| Commercial Terms | Quote No. |
| GE D&S Ts&Cs (PC Domestic) | |
| IncoTerms | IncoTerm Named Location |
| FCA | Seller |
| Pymt. Term | Shipping Method |
| NET 30 | |

**Remit To**
**If Check**
P.O. Box 911776
DALLAS, TX 75391-1776
United States

**If Electronic**
Bank Name      JP Morgan Chase
                bank, New York, NY
Account No.
IBAN No.        ▇▇▇▇▇▇▇
Swift Code
Routing No.

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM EA | Tax | Unit Price | Ext. Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L1169-SR | SHOP LABOR - PER/HR | | 2 | | EA | N | 95.000 | 190.00 |
| 2 | H273021-1 | ACTUATOR PART, DIAPHRAGM, D12, NITRILE/NYLON, -20 TO 180F DEG SERVICE TEMPERATURE | | 1 | 1 | EA | Y | 323.370 | 323.37 |

SUBTOTAL:513.37

**Tax Summary**

| Tax Name | Tax Rate | Tax Extended Amount |
|---|---|---|
| AL - CONECUH, COUNTY SALES/USE | 2.00% | 6.47 |
| AL - STATE SALES/USE TAX | 4.00% | 12.93 |

**Baker Huges Contact:**
Name:     Thrash, Steven
          Ryan
Phone:
eMail:    Ryan.Thrash@bhge
          .com

| | |
|---|---|
| SubTotal | 513.37 |
| Tax | 19.40 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 532.77 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-al, please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox



Baker Hughes, a GE company

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

# Sales Order Acknowledgement
Order No: 20302208

| | | | |
|---|---|---|---|
| Customer No.: | 100005263 | Order Date: | 13-FEB-20 |
| Bill To: | SKLAR EXPLORATION COMPANY LLC | Purchase Order No.: | N/A |
| | 401 EDWARDS ST STE 1601 | Quote No.: | 20302207 |
| | SUITE 1601 | | |
| | SHREVEPORT, LA 71101-5507 | Payment Terms: | NET 30 |
| | United States | Commercial Terms: | GE D&S Ts&Cs (PC Domestic) |
| Ship To: | SKLAR EXPLORATION COMPANY LLC | IncoTerm: | FCA |
| | CRAFT SMURFIT STONE 27-12-1 | IncoTerm Named Location: | Seller |
| | UNINCORPORATED, AL 36432-0000 | Sales Person: | No Sales Credit |
| | United States | Contact: | |

Final Destination: United States

Customer Contact
Name:
Phone:
eMail:

BHGE Contact
Name: Thrash, Steven Ryan
Phone:
eMail: Ryan.Thrash@bhge.com

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.

2/13/2020



**BAKER HUGHES** a GE company

Baker Hughes, a GE company

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

# Sales Order Acknowledgement
Order No: 20302208

| Line No. | Item No. | Qty | UOM | Description | Add'l Information | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 1 | L1169-SR | 2 | EA | SHOP LABOR - PER/HR | | 95.00 | 190.00 |
| 2 | H273021-1 | 1 | EA | ACTUATOR PART, DIAPHRAGM, D12, NITRILE/NYLON, -20 TO 180F DEG SERVICE TEMPERATURE | | 323.37 | 323.37 |

| | |
|---|---|
| SubTotal | 513.37 |
| Tax Amount | 0.00 |
| Total(USD) | 513.37 |

BHGE TAX ID : 76-0382879_1
Name : *LAVAUGHN HART*
Signature : *Lavaughn Hart*
Date : *2-12-20*

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.

2/13/2020

# BILL OF LADING

| | |
|---|---|
| BOL #: | |
| DATE: | 13-FEB-20 |
| PAGE: | Page 1 of 2 |

| CARRIER: | | CARRIER #: | | MODE OF TRANSPORTATION: | |
|---|---|---|---|---|---|
| AWB #: | | SHIPPED DATE: | 13-FEB-20 | DELIVERY DATE: | |

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail, or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the attachment thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER (Ship From) | DELIVER TO (if different from CONSIGNEE) |
|---|---|
| 3038 Ellisville Blvd-Hwy 11 S<br><br>Laurel, MS, 39440, US | |

| CONSIGNEE (Ship To) | SPECIAL INSTRUCTIONS |
|---|---|
| CRAFT SMURFIT STONE 27-12-1<br><br><br>UNINCORPORATED, AL, 36432-0000, US | |

| CUSTOMER PO #: | N/A |
|---|---|
| SALES ORDER/SERVICE REQUEST #: | 20302208 |
| PROJECT #: | |
| RIG / WELL NAME: | |

| ITEM | QTY | UOM | SERIAL | ITEM DESCRIPTION | WEIGHT (LB) | DIMS (IN) | CLASS / NMFC | HM |
|---|---|---|---|---|---|---|---|---|
| H273021-1 | 1 | EA | | ACTUATOR PART, DIAPHRAGM, D12, NITRILE/NYLON, -20 TO 180F DEG SERVICE TEMPERATURE | | | | |

| TOTAL # PACKAGES: | | TOTAL WEIGHT: | | DOT HAZMAT REG. #: | |
|---|---|---|---|---|---|

**MARK "X" IN THE HM COLUMN TO DESIGNATE HAZARDOUS MATERIALS AS DEFINED IN DOT REGULATIONS**

| PLACARDS REQUIRED | | EMERGENCY RESPONSE | |
|---|---|---|---|
| SUPPLIED BY DRIVER: | | CONTACT: | |
| CARRIER / DRIVER: | | NUMBER: | |

| SHIPPER NAME: | | RECEIVED BY: | |
|---|---|---|---|
| SIGNATURE: | | CARRIER DRIVER NAME: | |
| DATE: | | CARRIER DATE: | |
| DISCLAIMER: | | CARRIER SIGNATURE: | |

Export Clause --

"These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end- user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than

the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations."

# Baker Hughes 🅢

| | | |
|---|---|---|
| GE Oil & Gas Pressure Control, LP<br>4424 W Sam Houston PKWY<br>Suite 100<br>Houston, , TX 77041<br>United States | IO US LAU Services Org (A07)<br>3038 Ellisville Blvd-Hwy 11 S<br>Laurel, MS 39440 | **INVOICE** |

| | |
|---|---|
| **Bill To**<br>SKLAR EXPLORATION COMPANY LLC<br>401 EDWARDS ST STE 1601<br>SUITE 1601<br>SHREVEPORT, LA 71101-5507<br>United States | **Ship To**<br>SKLAR EXPLORATION COMPANY LLC<br>CRAFT SOTERRA 27-2<br>UNINCORPORATED, AL 36429-0000<br>United States |

| | |
|---|---|
| **Invoice No.**<br>20250876 | **Invoice Date**<br>20-FEB-2020 |

**VAT Registration No.**

**Final Destination**
United States

**Order No.**
20302852
**Customer Site No.**
027407514
**Commercial Terms**
GE D&S Ts&Cs (PC Domestic)
**IncoTerms**
FCA
**Pymt. Term**
NET 30

**Order Date**
20-FEB-2020
**Purchase Order No.**
N/A
**Quote No.**

**IncoTerm Named Location**
Seller
**Shipping Method**

**Remit To**
If Check
P.O. Box 911776
DALLAS, TX 75391-1776
United States

**If Electronic**
**Bank Name**    JP Morgan Chase
                 bank, New York, NY
**Account No.**
**IBAN No.**      ███████
**Swift Code**
**Routing No.**

**Rig Name**
CRAFT SOTERRA 27-2

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | H300074-21 | RING GASKET, API R-24, OVAL, CARBON STEEL, ZINC PLATED, API MONOGRAM REQUIRED. | | 2 | 2 | EA | Y | 6.600 | 13.20 |
| 2 | L1131-FS | SERVICE TECHNICIAN- LAND | Field Service Technician: Moxey, Jessie James<br>Start Date: 19-Feb-2020<br>Bill Through Date: 19-Feb-2020<br>Ticket Number: WO-00757846 | 9 | | EA | N | 90.000 | 810.00 |
| 3 | L1296N-FS | SERVICE/DELIVERY 4WD - MILAGE<br><br>NON-TAXABLE | | 316 | | EA | N | 3.000 | 948.00 |

SUBTOTAL:1,771.20

**Tax Summary**

| Tax Name | Tax Rate | Tax Extended Amount |
|---|---|---|
| AL - STATE SALES/USE TAX | 4.00% | 0.53 |
| AL - CONECUH, COUNTY SALES/USE | 2.00% | 0.26 |

**Baker Huges Contact:**
Name:    Adams, Duana K
Phone:
eMail:   duana.adams@ge.
         com

| | |
|---|---|
| SubTotal | 1,771.20 |
| Tax | 0.79 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 1,771.99 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-al, please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to <u>Remit.OilandGas@ge.com</u>

If paying by check, please include remittance advice with payment to the Lockbox

20302852

 **GE Oil & Gas**

**GE Oil & Gas Pressure Control, LLC**
**Field Service Order**
Terms & Conditions Of Sales; Sale of any product or service is conditioned on Customer's agreement to the Terms & Conditions on the reserve side hereof

**FSO:** WO-00757846  **Date:** 02/19/2020  **Branch:** Laurel **Phone No.:** (601) 425-1436

**Customer:** SKLAR EXPLORATION COMPANY LLC

**Equipment Description:** C/P WG MODEL 1000 ACTUATOR VALVE (356635)

**Work Performed:** Dispatched service operator to location. Held safety meeting. Checked well pressure and removed 2 1/16" 5k actuator valve on casing. Installed a new actuator valve and function checked. Open well up to pressure test with well pressure. Everything checked good and cleaned up work area.

**Block/Field:**  LSD / **Well:** CRAFT SOTERRA 27-2  **County/Parish:**  **State/Province:**  **Contractor / Consultant:** Dillon Davis **Rig:**  **Elevation:**

**Casing Tubing Data:** **Size:** **Weight Per FT.:** **Grade:** **Length of String:**

**Casing Tubing Hanger:** **Hanger:** **Load on Hanger:** **Low / Test to Pressure:** **Low / Test Duration:** **High / Test to Pressure:** **High / Test Duration:** **Final Cut:**

| Part | Part No. | Part Description | Billable | Quantity | Unit Price | Line Price |
|------|----------|------------------|----------|----------|------------|------------|
| H300074-21 | H300074-21 | RING GASKET, API R-24, OVAL, CARBON STEEL, ZINC PLATED, API MONOGRAM REQUIRED. | true | 2 | 6.60 | 13.20 |
|  |  |  |  |  | **Total Price:** | **$ 13.20** |

| Technician Name | Start Time | End Time | Billable | Hours | Hourly/Daily Rate | Flat Rate | No. of Days | Line Price |
|-----------------|-----------|----------|----------|-------|-------------------|-----------|-------------|------------|
| Jessie Maxey | 02/19/2020 6:00 AM | 02/19/2020 3:00 PM | true | 9 | 90.00 | false |  | 810.00 |
|  |  |  |  |  |  |  | **Total Price:** | **$ 810.00** |

| Expense | Part No. | Part Description | Billable | Quantity | Unit Price | Line Price |
|---------|----------|------------------|----------|----------|------------|------------|
| Mileage | L1296N-FS | SERVICE/DELIVERY 4WD - MILAGE. Non-Taxable | true | 316 | 3.00 | 948.00 |
|  |  |  |  |  | **Total Price:** | **$ 948.00** |

### Service Order Subtotal Price: $ 1771.20

**Customer Authorization:** **Ordered By:** Mr. Davis :  :  :  :  :  :

THIS AGREEMENT CONTAINS PROVISIONS RELATIVE TO INDEMNITY, RELEASE OF LIABILITY AND ALLOCATION OF RISK. Authorizing the work and acknowledging that, absent a master or other controlling agreement between parties, and Terms & Condition on the revere hereof shall apply to the work described herin. BY SIGNING THIS DOCUMENT CUSTOMER AGREES THESE TERMS & CONDITIONS ARE THE EXCLUSIVE TERMS & CONDITIONS APPLICABLE TO THIS TRANSACTION.

| GE Technician Signature | Company/Contractor Signature |
|-------------------------|------------------------------|

Customer Order No.:WO-00757846 Customer:SKLAR EXPLORATION COMPANY LLC  Amount:$ 1,771.20

**Survey**

**Safety–Did the FSE have all appropriate PPE and comply with all site safety protocols during this service job?** 5-Superior (Established new quality performance standards)

**Quality–Was the FSE qualified to perform the work and was the job done without any quality problems?** 5-Superior (Established new quality performance standards)

**Deliver–Did the FSE arrive on time with all of the parts and tools needed to complete the job?** 5-Superior (Established new quality performance standards)

# Baker Hughes

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, , TX 77041
United States

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

# INVOICE

**Bill To**
SKLAR EXPLORATION COMPANY LLC
401 EDWARDS ST STE 1601
SUITE 1601
SHREVEPORT, LA 71101-5507
United States

**Ship To**
SKLAR EXPLORATION COMPANY LLC
CRAFT SOTERRA 27-2
UNINCORPORATED, AL 36429-0000
United States

| Invoice No. | Invoice Date |
|---|---|
| 20251662 | 26-FEB-2020 |

**VAT Registration No.**

**Final Destination**
United States

| Order No. | Order Date |
|---|---|
| 20303514 | 25-FEB-2020 |
| Customer Site No. | Purchase Order No. |
| 027407514 | ACTUATOR REPAIR |
| Commercial Terms | Quote No. |
| GE D&S Ts&Cs (PC Domestic) | |
| IncoTerms | IncoTerm Named Location |
| FCA | Seller |
| Pymt. Term | Shipping Method |
| NET 30 | |

**Remit To**
If Check
P.O. Box 911776
DALLAS, TX 75391-1776
United States

**If Electronic**
Bank Name
Account No.
IBAN No.
Swift Code
Routing No.

JP Morgan Chase
bank, New York, NY

| Line No. | Item No. | Description | Add'l Information | Order Qty | Ship Qty | UOM | Tax | Unit Price | Ext Price (USD) |
|---|---|---|---|---|---|---|---|---|---|
| 10 | L1169-SR | SHOP LABOR - PER/HR | | 4 | | EA | N | 95.000 | 380.00 |
| | | Notes<br>SHOP LABOR TO REPAIR AND TEST C/P ACTUATOR VALVE THAT CAME IN FROM CRAFT SOTERRA 27-2 | | | | | | | |
| | | VALVE W/ACT, ARRAY, 2-1/16 5M W D1202 ACTUATOR | | | | | | | |
| 20 | L1194 | GREASE/LUBRICATION - PER/VALVE | | 1 | | EA | N | 60.000 | 60.00 |
| 30 | 387060 | POLYPAK,2 X 1-1/4 X 3/8 POLYMYTE SHELL W/NITRILE EXPANDER PARKER 3750125O-24651D53 | | 1 | 1 | EA | Y | 43.000 | 43.00 |

SUBTOTAL:483.00

**Tax Summary**

| Tax Name | Tax Rate | |
|---|---|---|
| AL - STATE SALES/USE TAX | 4.00% | |
| AL - CONECUH, COUNTY SALES/USE | 2.00% | |

**Tax Extended Amount**

1.72
0.86

**Baker Hughes Contact:**
Name:    Thrash, Steven Ryan
Phone:
eMail:    Ryan.Thrash@bhge.com

| | |
|---|---|
| SubTotal | 483.00 |
| Tax | 2.58 |
| Customs | 0.00 |
| Duty | 0.00 |
| Insurance | 0.00 |
| Total(USD) | 485.58 |

**Destination Control Statement** These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to United States law is prohibited

If paying by electronic funds transfer-al, please include invoice number or payment reference when making payment. Additionally, forward the payment remittance advice/memo to Remit.OilandGas@ge.com

If paying by check, please include remittance advice with payment to the Lockbox

 Baker Hughes, a GE company

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

# Sales Order Acknowledgement

Order No: 20303514

| | | | |
|---|---|---|---|
| **Customer No.:** | 100005263 | **Order Date:** | 25-FEB-20 |
| **Bill To:** | SKLAR EXPLORATION COMPANY LLC | **Purchase Order No.:** | ACTUATOR REPAIR |
| | 401 EDWARDS ST STE 1601 | **Quote No.:** | |
| | SUITE 1601 | **Payment Terms:** | NET 30 |
| | SHREVEPORT, LA 71101-5507 | **Commercial Terms:** | GE D&S Ts&Cs (PC Domestic) |
| | United States | **IncoTerm:** | FCA |
| **Ship To:** | SKLAR EXPLORATION COMPANY LLC | **IncoTerm Named Location:** | Seller |
| | CRAFT SOTERRA 27-2 | **Sales Person:** | No Sales Credit |
| | UNINCORPORATED, AL 36429-0000 | **Contact:** | |
| | United States | | |

**Final Destination:**

**Customer Contact**
Name:
Phone:
eMail:

**BHGE Contact**
Name:    Thrash, Steven Ryan
Phone:
eMail:    Ryan.Thrash@bhge.com

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.

2/25/2020



Baker Hughes, a GE company

IO US LAU Services Org (A07)
3038 Ellisville Blvd-Hwy 11 S
Laurel, MS 39440

GE Oil & Gas Pressure Control, LP
4424 W Sam Houston PKWY
Suite 100
Houston, TX 77041
United States

## Sales Order Acknowledgement

Order No: 20303514

| Line No. | Item No. | Qty | UOM | Description | Add'l Information | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 10 | L1169-SR | 4 | EA | SHOP LABOR - PER/HR | | 95.00 | 380.00 |
| | | | | Note: SHOP LABOR TO REPAIR AND TEST C/P ACTUATOR VALVE THAT CAME IN FROM CRAFT SOTERRA 27-2 | | | |
| | | | | VALVE W/ACT, ARRAY, 2-1/16 5M W D1202 ACTUATOR | | | |
| 20 | L1194 | 1 | EA | GREASE/LUBRICATION - PER/VALVE | | 60.00 | 60.00 |
| 30 | 387060 | 1 | EA | POLYPAK,2 X 1-1/4 X 3/8 POLYMYTE SHELL W/NITRILE EXPANDER PARKER 37501250-Z4651D53 | | 43.00 | 43.00 |

| | |
|---|---|
| SubTotal | 483.00 |
| Tax Amount | 0.00 |
| Total(USD) | 483.00 |

BHGE TAX ID : 76-0382879_1
Name : LAVAUGHN HART
Signature : Lavaughn Hart
Date : 2-25-20

Sale of any parts or services covered by the order identified above, is conditioned upon the terms contained in the original proposal referenced above, if any, and otherwise upon the terms contained herein. Any additional or different terms proposed by Buyer and included in Buyer's Purchase Order are objected to and will not be binding upon Seller. For those instances where a master agreement is in place between the Buyer and Seller that is applicable to these services or sale of products, the terms and conditions of the master agreement (subject to modifications made in Seller's quotation, if any) shall have precedence over any alternative terms and conditions in any other document.

The values shown on this order acknowledgement document are exclusive of any sales tax, VAT, GST or other taxes which must be charged under applicable law. Tax will be shown on invoices only.

# BILL OF LADING

| | | |
|---|---|---|
| BOL #: | | |
| DATE: | 26-FEB-20 | |
| PAGE: | Page 1 of 2 | |

| CARRIER: | | CARRIER #: | | MODE OF TRANSPORTATION: | |
|---|---|---|---|---|---|
| AWB #: | | SHIPPED DATE: | 26-FEB-20 | DELIVERY DATE: | |

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail, or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the attachment thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER (Ship From) | DELIVER TO (if different from CONSIGNEE) |
|---|---|
| 3038 Ellisville Blvd-Hwy 11 S<br><br>Laurel, MS, 39440, US | |

| CONSIGNEE (Ship To) | SPECIAL INSTRUCTIONS |
|---|---|
| CRAFT SOTERRA 27-2<br><br>UNINCORPORATED, AL, 36429-0000, US | |

| CUSTOMER PO #: | ACTUATOR REPAIR |
|---|---|
| SALES ORDER/SERVICE REQUEST #: | 20303514 |
| PROJECT #: | |
| RIG / WELL NAME: | |

| ITEM | QTY | UOM | SERIAL | ITEM DESCRIPTION | WEIGHT (LB) | DIMS (IN) | CLASS / NMFC | HM |
|---|---|---|---|---|---|---|---|---|
| 387060 | 1 | EA | | POLYPAK,2 X 1-1/4 X 3/8 POLYMYTE SHELL W/NITRILE EXPANDER PARKER 37501250-24651D53 | | | | |

| | TOTAL # PACKAGES: | | TOTAL WEIGHT: | | DOT HAZMAT REG. #: | |
|---|---|---|---|---|---|---|

MARK "X" IN THE HM COLUMN TO DESIGNATE HAZARDOUS MATERIALS AS DEFINED IN DOT REGULATIONS

| PLACARDS REQUIRED | | EMERGENCY RESPONSE | |
|---|---|---|---|
| SUPPLIED BY DRIVER: | | CONTACT: | |
| CARRIER / DRIVER: | | NUMBER: | |

| SHIPPER NAME: | | RECEIVED BY: | |
|---|---|---|---|
| SIGNATURE: | | CARRIER DRIVER NAME: | |
| DATE: | | CARRIER DATE: | |
| DISCLAIMER: | | CARRIER SIGNATURE: | |

Export Clause —

"These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end- user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than

## EXHIBIT "C"

The Little Cedar Creek Oil Unit IV is described in the following pages of this **Exhibit "C"**.

Exhibit "C" to Verified Statement of Lien
(GE Oil & Gas/Skar-Little Cedar Creek Oil Unit IV, Conecuh County, AL)
506535v.1 B075/00713

**EXHIBIT "C"**



# EXHIBIT "C"



*Exhibit "C" to Verified Statement of Lien*
*(GE Oil & Gas/Sklar-Little Cedar Creek Oil Unit IV, Conecuh County, AL)*
506535v.1 B075/00713

**EXHIBIT "C"**



*Exhibit "C" to Verified Statement of Lien*
*(GE Oil & Gas/Sklar-Little Cedar Creek Oil Unit IV, Conecuh County, AL)*
506535v.1 B075/00713

## EXHIBIT "C"



*Exhibit "C" to Verified Statement of Lien*
*(GE Oil & Gas/Sklar-Little Cedar Creek Oil Unit IV, Conecuh County, AL)*
506535v.1 B075/00713

**EXHIBIT "C"**



*Exhibit "C" to Verified Statement of Lien*
*(GE Oil & Gas/Sklar-Little Cedar Creek Oil Unit IV, Conecuh County, AL)*
506535v.1 B075/00713