UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING OMNIBUS OBJECTION TO CLAIM AMOUNTS**

THIS MATTER having come before the Court on the Debtors' Omnibus Objection to Claim Amounts ("Objection"), notice having been provided and no substantiated responses having been received, cause being shown to the Court for the granting of the requested relief, it is hereby

**ORDERED THAT:**

1. The Objection is GRANTED;

2. The claims attached hereto as Exhibit A are disallowed in part and reduced to the amounts reflected therein; and

3. The claims agent is authorized and directed to take such action as is necessary to modify and updated the claims register to reflect the relief granted in this Order.

DONE and entered this _____ day of _____, 2022 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge

| Claim or Schedule Number | Debtor | Claimant | Amount on Proof of Claim | Amount of Claim Subject to Allowance | Claim Reduction | Basis for Objection |
|---|---|---|---|---|---|---|
| 46 | Sklar Exploration Company, LLC | KEYSTONE ENGINEERING INC<br>1100 W CAUSEWAY APPROACH<br>MANDEVILLE, LA 70471 | $9,555.90 | $8,901.90 | $ 654.00 | Additional charges unsupported by claim documents |
| 52 | Sklar Exploration Company, LLC | TCP SPECIALISTS LLC<br>PO BOX 157<br>GLOSTER, LA 71030 | $64,027.66 | $59,027.68 | $ 4,999.98 | Additional charges unsupported by claim documents |
| 63 | Sklar Exploration Company, LLC | EASTERN FISHING & RENTAL TOOL CO INC<br>C/O CCTB PA<br>ATTN CHRISTOPHER H MEREDITH<br>PO BOX 6020<br>RIDGELAND, MS 39158 | $260,865.69 | $259,774.14 | $ 1,091.55 | Includes $1,092 in previsouly paid amounts |
| 69 | Multiple Debtors | SOUTHERN PROPANE INC<br>PO BOX 530<br>TAYLORSVILLE, MS 39168 | $36,471.67 | $28,273.00 | $ 8,198.67 | Includes additional charges for equipment lease outside of the scope of amounts owed by the Debtor |
| 150 | Sklar Exploration Company, LLC | LIQUID GOLD WELL SERVICE INC<br>C/O CHRIS CROWLEY, ESQ<br>1875 LAWRENCE ST, STE 730<br>DENVER, CO 80202 | $93,582.50 | $90,775.02 | $ 2,807.48 | Additional charges unsupported by claim documents |
| 170 | Multiple Debtors | ZAP ENGINEERING & CONSTRUCTION SERVICES<br>333 S ALLISON PKWY, STE 100<br>LAKEWOOD, CO 80226 | $6,002.75 | $4,993.50 | $ 1,009.25 | Includes invoice of $1,009.25 for post-petition work performed and paid for in the ordinary course |
| 10015 | Sklar Exploration Company, LLC | A & B PUMP & SUPPLY INC<br>PO DRAWER T<br>HEIDELBERG, MS 39439-1019 | $41,961.03 | $36,206.69 | $ 5,754.34 | Includes invoice in the amount of $5,754.75 previsouly paid by SEC |
| 10014 | Sklarco, LLC | SHULER DRILLING COMPANY INC<br>3340 W HILLSBORO ST<br>EL DORADO, AR 71730-6736 | $15.34 | $0.00 | $ 15.34 | All amounts paid on a pre-petition basis; also includes post petition charges paid in the ordinary course |
| 10032 | Sklar Exploration Company, LLC | H&H CONSTRUCTION LLC<br>ATTN LADON E HALL, PRESIDENT<br>PO BOX 850<br>FLOMATON, AL 36441-0000 | $571,136.00 | $567,173.00 | $ 3,963.00 | Additional charges unsupported by claim documents |
| 10058 | Sklar Exploration Company, LLC | JIMCO PUMPS<br>C/O CRAIG N ORR, ESQ<br>PO BOX 1289<br>LAUREL, MS 39441-0000 | $216,313.09 | $215,899.69 | $ 413.40 | Includes invoice in the amount of $413.40 previsouly paid by SEC |
| 10070 | Sklar Exploration Company, LLC | EICHE MAPES AND COMPANY INC<br>C/O POTTER MINTON PC<br>ATTN TIM SIMPSON<br>110 N COLLEGE, STE 500<br>TYLER, TX 75702 | $21,378.35 | $19,586.05 | $ 1,792.30 | Additional charges unsupported by claim documents |
| 10078 | Sklar Exploration Company, LLC | W BALDWIN & ANNA RAE LLOYD REV TRUST<br>ATTN MARIE LLOYD HENSON<br>C/O BOX 1847<br>JACKSON, MS 39215-0000 | $209.26 | $0.00 | $ 209.26 | Royalty claims paid on a post-petition basis |
| 10112 | Sklar Exploration Company, LLC | PIONEER WIRELINE SERVICES LLC<br>C/O DORE ROTHBERG MCKAY PC<br>17171 PARK ROW, STE 160<br>HOUSTON, TX 77084 | $41,363.29 | $39,950.15 | $ 1,413.14 | Additional charges unsupported by claim documents |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10139 | Sklar Exploration Company, LLC | KODIAK GAS SERVICES LLC<br>15320 HWY 105 W, STE 210<br>MONTGOMERY, TX 77356 | $226,862.22 | $136,537.37 | $ 90,324.85 | Includes additional charges paid by new operators for tanks |
| 10142 | Sklar Exploration Company, LLC | GE OIL & GAS PRESSURE CONTROL LP<br>C/O WILLIAM R SUDELA<br>2727 ALLEN PKWY, STE 1700<br>HOUSTON, TX 77019 | $110,134.62 | $104,045.82 | $ 6,088.80 | Additional charges unsupported by claim documents |
| 377000380 | Sklar Exploration Company, LLC | BELOUSOV, ANITA<br>4355 EAST 135TH WAY<br>THORNTON, CO 80241-0000 | $1,894.62 | $0.00 | $ 1,894.62 | Claim was reimbursed on a pre-petition basis |
| 377001440 | Sklar Exploration Company, LLC | FUELMAN<br>P.O. BOX 70887<br>CHARLOTTE, NC 28272-0887 | $12,053.17 | $11,608.55 | $ 444.62 | Additional charges unsupported by claim documents |
| 377001910 | Sklar Exploration Company, LLC | J & H INSURANCE SERVICES, INC.<br>510 NORTH VALLEY MILLS DRIVE<br>WACO, TX 76710-0000 | $3,532.29 | $0.00 | $ 3,532.29 | All amounts paid on a pre-petition basis |
| 377004310 | Sklar Exploration Company, LLC | WARTHAWG CONSTRUCTION<br>D/B/A WARTHAWG PROPERTIES, LP<br>520 HONEYSUCKLE LANE<br>LONGVIEW, TX 75605-0000 | $3,649.69 | $0.00 | $ 3,649.69 | All amounts paid on a pre-petition basis; incorrectly included in filing |