UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) |
| EIN: 72-1417930 | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| —————————————————— | ) |
| | ) Case No. 20-12380-EEB |
| SKLARCO, LLC | ) |
| EIN: 72-1425432 | ) Chapter 11 |
| | ) |
| Debtor. | ) |

**OBJECTION TO CLAIM NO. 10161 FILED BY PANOLA COUNTY**

The Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together, "Debtors") by and through their attorneys, Kutner Brinen Dickey Riley, P.C., moves this Court for entry of an order pursuant to 11 U.S.C. § 502(b), Fed. R. Bankr. P. 3007, and L.B.R. 3007-1 disallowing the claims filed by Panola County and as grounds therefore state as follows:

1. The Debtors filed their respective voluntary petitions for relief pursuant to Chapter 11 of the Bankruptcy Code on April 1, 2020 ("Petition Date"). The Debtors remain Debtors-in-Possession.

2. SEC was engaged in business as an independent exploration and production company in the oil and gas industry. SEC was an operating company and does not own oil or gas properties.

3. Sklarco is a Louisiana limited liability company engaged in business as the owner of certain oil and gas leases and property interests in East Texas, North Louisiana, South Mississippi, South Alabama, the Florida Panhandle, and the western United States.

4. On March 29, 2021, Panola County filed claim No. 10161, asserting a secured claim against Sklarco in the amount of $20,484.69 for property taxes for certain oil and gas properties ("Claim").

5. Sklarco is not the operator of the oil and gas properties, and only owns a fractional interested in the oil and gas wells.

6. The tax assessment attached to the Claim appears to assess all taxes owed for the property solely against Sklarco, instead of only assessing the proportional share of Sklarco's interest.

7. Accordingly, the Debtors request that the Court disallow Panola County's Claim in its entirety.

WHEREFORE, the Debtors pray that the Court make and enter an Order disallowing Panola County's Claim, and for such further and additional relief as to the Court may deem just and proper.

DATED: April 5, 2021                 Respectfully submitted,

By: /s/ Keri L. Riley
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln St., Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
E-Mail: klr@kutnerlaw.com

| United States Bankruptcy Court for the District of Colorado | |
|---|---|
| **Name of Debtor:** Sklarco, LLC <br> **Case Number:** 20-12380 | **For Court Use Only** <br> Claim Number: 0000010161 <br> File Date: 03/29/2021 14:57:22 |

# Proof of Claim (Official Form 410)

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

**04/19**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): Panola County

Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?**  ☑ No   ☐ Yes.   From whom? _____

**3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name: Panola County <br> Address: Attn: Tab Beall <br> Perdue Brandon Fielder Collins & Mott <br> PO Box 2007 <br> City: Tyler <br> State: TX   ZIP Code: 75710-2007 <br> Country (if International): <br> Phone: 9035977664 <br> Email: tylbkc@pbfcm.com | Name: <br> Address: <br> <br> <br> City: <br> State:     ZIP Code: <br> Country (if International): <br> Phone: <br> Email: |

**4. Does this claim amend one already filed?**
☐ No
☑ Yes.
   Claim number on court claims register (if known) 10037
   Filed on  2020-08-19
              MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes.
   Who made the earlier filing? _____

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☐ No
☑ Yes.
Last 4 digits of the debtor's account or any number you use to identify the debtor:
  See attached
  ____  ____  ____  ____

**7. How much is the claim?**
$ 20,484.69    unliquidated

**Does this amount include interest or other charges?**

☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Other Basis
_____

Ad valorem property taxes.

**9. Is all or part of the claim secured?**

☐ No
☑ Yes.   The claim is secured by a lien on property.

**Nature of property:**

☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:**
   See attached.
_____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____
**Amount of the claim that is secured:** $ 20,484.69
**Amount of the claim that is unsecured:** $ 0.00
(The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) 12 %
☑ Fixed   ☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of petition.**

$_____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property:

_____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☑ No
☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other. Specify subsection of 11 U.S.C. § 507 (a) (_____) that applies.

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

$_____

$_____

$_____

$_____

$_____

$_____

**13. Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☑ No
☐ Yes. **Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9):** $_____

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Tab Beall*
_____  03/29/2021 14:57:22
Signature                                Date

**Provide the name and contact information of the person completing and signing this claim:**

Name: Tab Beall

Address: Perdue Brandon Fielder Collins & Mott
PO Box 2007

City: Tyler

State: TX    Zip: 75710-2007

Country (in international): _____

Phone: 9035977664

Email: tylbkc@pbfcm.com

Page 3 of 3

**Claim secured** by statutory tax lien provided by sections 32.01 and 32.05 of the Texas Property Tax Code and Art. 8, Section 15 of the Texas Constitution.

**Basis for perfection:** The debt is incurred January 1st of each year pursuant to Sections 32.01, 32.05 and 32.07 of the Texas Property Tax Code and is automatically perfected as a matter of law.

# Tax Statement

## PANOLA COUNTY TAX OFFICE
110 S SYCAMORE ROOM 211
CARTHAGE, TX 75633
Telephone: (903) 295-3708

SKLAR OIL CO
% CLARKE & CO
13201 NORTHWEST FRWY #503
HOUSTON, TX 77040-6023

Taxpayer ID: 32548

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

Legal: ROCKCLIFF ENERGY OP  RI  LSE: 46732  PCT: 0.013624  HERNDON HV UNIT #2H REAL AB 360 A JOHNSON SURVEY
GEO Code: 0562540-1-0046732       Client Property Code:

| | Tax Year | Tax Due | P and I | Total Due |
|---|---|---|---|---|
| PANOLA COUNTY | | | | |
| | 2019 | $1,948.77 | $214.36 | $2,163.13 |
| | 2020 | $795.15 | $0.00 | $795.15 |
| | PANOLA COUNTY Subtotal --> | | | $2,958.28 |
| SPECIAL | | | | |
| | 2019 | $55.24 | $6.08 | $61.32 |
| | 2020 | $21.29 | $0.00 | $21.29 |
| | SPECIAL Subtotal --> | | | $82.61 |
| CARTHAGE INDEPENDENT SCHOOL DISTRICT | | | | |
| | 2019 | $4,397.63 | $483.74 | $4,881.37 |
| | 2020 | $1,592.17 | $0.00 | $1,592.17 |
| | CARTHAGE INDEPENDENT SCHOOL DISTRICT Subtotal --> | | | $6,473.54 |
| PANOLA COUNTY JUNIOR COLLEGE | | | | |
| | 2019 | $912.67 | $100.39 | $1,013.06 |
| | 2020 | $386.98 | $0.00 | $386.98 |
| | PANOLA COUNTY JUNIOR COLLEGE Subtotal --> | | | $1,400.04 |
| PANOLA COUNTY EMERGENCY SERVICE DISTRICT #1 | | | | |
| | 2019 | $85.74 | $9.43 | $95.17 |
| | 2020 | $37.82 | $0.00 | $37.82 |
| | PANOLA COUNTY EMERGENCY SERVICE DISTRICT #1 Subtotal --> | | | $132.99 |
| PANOLA COUNTY GROUNDWATER CONSERVATION DISTRICT | | | | |
| | 2019 | $36.74 | $4.04 | $40.78 |
| | 2020 | $13.44 | $0.00 | $13.44 |
| | PANOLA COUNTY GROUNDWATER CONSERVATION DISTRICT Subtotal --> | | | $54.22 |
| | Property 0562540-1-0046732 TOTAL --> | | | $11,101.68 |

Legal: ROCKCLIFF ENERGY OP  LSE NAME: HERNDON HV UNIT #3H TYPE: REAL  LSE NUM :46734
INT TYPE: RI  INT %: 0.012512  ACRES: 704  AB 360 A JOHNSON SURVEY
GEO Code: 0562540-1-0046734         Client Property Code: 2212714

Page 1

| | | | | |
|---|---|---|---|---|
| PANOLA COUNTY | | | | |
| | 2020 | $1,283.67 | $0.00 | $1,283.67 |
| | | PANOLA COUNTY Subtotal --> | | $1,283.67 |
| SPECIAL | | | | |
| | 2020 | $34.37 | $0.00 | $34.37 |
| | | SPECIAL Subtotal --> | | $34.37 |
| CARTHAGE INDEPENDENT SCHOOL DISTRICT | | | | |
| | 2020 | $2,570.34 | $0.00 | $2,570.34 |
| | CARTHAGE INDEPENDENT SCHOOL DISTRICT Subtotal --> | | | $2,570.34 |
| PANOLA COUNTY JUNIOR COLLEGE | | | | |
| | 2020 | $624.73 | $0.00 | $624.73 |
| | PANOLA COUNTY JUNIOR COLLEGE Subtotal --> | | | $624.73 |
| PANOLA COUNTY EMERGENCY SERVICE DISTRICT #1 | | | | |
| | 2020 | $61.06 | $0.00 | $61.06 |
| | PANOLA COUNTY EMERGENCY SERVICE DISTRICT #1 Subtotal --> | | | $61.06 |
| PANOLA COUNTY GROUNDWATER CONSERVATION DISTRICT | | | | |
| | 2020 | $21.70 | $0.00 | $21.70 |
| | PANOLA COUNTY GROUNDWATER CONSERVATION DISTRICT Subtotal --> | | | $21.70 |
| | | Property 0562540-1-0046734 TOTAL --> | | $4,595.87 |

Legal: ROCKCLIFF ENERGY OP   LSE NAME: HERNDON HV UNIT #1H TYPE: REAL   LSE NUM :46737
INT TYPE: RI   INT %: 0.013624   ACRES: 704   AB 360 A JOHNSON SURVEY
GEO Code: 0562540-1-0046737         Client Property Code: 2213898

| | | | | |
|---|---|---|---|---|
| PANOLA COUNTY | | | | |
| | 2020 | $1,150.31 | $0.00 | $1,150.31 |
| | | PANOLA COUNTY Subtotal --> | | $1,150.31 |
| SPECIAL | | | | |
| | 2020 | $30.80 | $0.00 | $30.80 |
| | | SPECIAL Subtotal --> | | $30.80 |
| CARTHAGE INDEPENDENT SCHOOL DISTRICT | | | | |
| | 2020 | $2,303.31 | $0.00 | $2,303.31 |
| | CARTHAGE INDEPENDENT SCHOOL DISTRICT Subtotal --> | | | $2,303.31 |
| PANOLA COUNTY JUNIOR COLLEGE | | | | |
| | 2020 | $559.83 | $0.00 | $559.83 |
| | PANOLA COUNTY JUNIOR COLLEGE Subtotal --> | | | $559.83 |
| PANOLA COUNTY EMERGENCY SERVICE DISTRICT #1 | | | | |
| | 2020 | $54.71 | $0.00 | $54.71 |
| | PANOLA COUNTY EMERGENCY SERVICE DISTRICT #1 Subtotal --> | | | $54.71 |
| PANOLA COUNTY GROUNDWATER CONSERVATION DISTRICT | | | | |
| | 2020 | $19.44 | $0.00 | $19.44 |
| | PANOLA COUNTY GROUNDWATER CONSERVATION DISTRICT Subtotal --> | | | $19.44 |
| | | Property 0562540-1-0046737 TOTAL --> | | $4,118.40 |

*Total If Paid By 4/30/2020*   $19,815.95

# Tax Statement

## PANOLA COUNTY TAX OFFICE
110 S SYCAMORE ROOM 211
CARTHAGE, TX 75633
Telephone: (903) 295-3708

SKLARCO LLC  
401 EDWARDS ST STE 1601  
SHREVEPORT, LA 71101-5507

Taxpayer ID: 28681

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

| | Tax Year | Tax Due | P and I | Total Due |
|---|---|---|---|---|
| Legal: CCI EAST TEXAS LSE NAME: SN1 AGC #2HH TYPE: REAL LSE NUM :46790 INT TYPE: OR INT %: 0.001432 ACRES: 1920 AB 587 B STRICKLAND SURVEY WELL #2HH RRC #288209 GEO Code: 0785993-2-0046790 Client Property Code: 2244246 | | | | |
| PANOLA COUNTY | | | | |
| | 2020 | $100.68 | $0.00 | $100.68 |
| | | PANOLA COUNTY Subtotal --> | | $100.68 |
| SPECIAL | | | | |
| | 2020 | $2.70 | $0.00 | $2.70 |
| | | SPECIAL Subtotal --> | | $2.70 |
| CARTHAGE INDEPENDENT SCHOOL DISTRICT | | | | |
| | 2020 | $201.60 | $0.00 | $201.60 |
| | CARTHAGE INDEPENDENT SCHOOL DISTRICT Subtotal --> | | | $201.60 |
| PANOLA COUNTY JUNIOR COLLEGE | | | | |
| | 2020 | $49.00 | $0.00 | $49.00 |
| | PANOLA COUNTY JUNIOR COLLEGE Subtotal --> | | | $49.00 |
| PANOLA COUNTY EMERGENCY SERVICE DISTRICT #1 | | | | |
| | 2020 | $4.79 | $0.00 | $4.79 |
| | PANOLA COUNTY EMERGENCY SERVICE DISTRICT #1 Subtotal --> | | | $4.79 |
| PANOLA COUNTY GROUNDWATER CONSERVATION DISTRICT | | | | |
| | 2020 | $1.70 | $0.00 | $1.70 |
| | PANOLA COUNTY GROUNDWATER CONSERVATION DISTRICT Subtotal --> | | | $1.70 |
| | | Property 0785993-2-0046790 TOTAL --> | | $360.47 |
| Legal: CCI EAST TEXAS LSE NAME: SN1 AGC #1HH TYPE: REAL LSE NUM :46780 INT TYPE: OR INT %: 0.001393 ACRES: 1920 AB 587 B STRICKLAND SURVEY WELL #1HH RRC #288194 GEO Code: 0785993-2-0046780 Client Property Code: 2244703 | | | | |
| PANOLA COUNTY | | | | |
| | 2020 | $86.10 | $0.00 | $86.10 |
| | | PANOLA COUNTY Subtotal --> | | $86.10 |
| SPECIAL | | | | |
| | 2020 | $2.31 | $0.00 | $2.31 |
| | | SPECIAL Subtotal --> | | $2.31 |
| CARTHAGE INDEPENDENT SCHOOL DISTRICT | | | | |

Page 1

| | | | | |
|---|---|---|---|---|
| | 2020 | $172.40 | $0.00 | $172.40 |
| CARTHAGE INDEPENDENT SCHOOL DISTRICT Subtotal --> | | | | $172.40 |
| PANOLA COUNTY JUNIOR COLLEGE | | | | |
| | 2020 | $41.90 | $0.00 | $41.90 |
| PANOLA COUNTY JUNIOR COLLEGE Subtotal --> | | | | $41.90 |
| PANOLA COUNTY EMERGENCY SERVICE DISTRICT #1 | | | | |
| | 2020 | $4.10 | $0.00 | $4.10 |
| PANOLA COUNTY EMERGENCY SERVICE DISTRICT #1 Subtotal --> | | | | $4.10 |
| PANOLA COUNTY GROUNDWATER CONSERVATION DISTRICT | | | | |
| | 2020 | $1.46 | $0.00 | $1.46 |
| PANOLA COUNTY GROUNDWATER CONSERVATION DISTRICT Subtotal --> | | | | $1.46 |
| Property 0785993-2-0046780 TOTAL --> | | | | $308.27 |

*Total If Paid By 4/30/2020* $668.74