UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|    Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN:  72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**OBJECTION TO CLAIM NO. 10079 FILED BY SLICKLINE SOUTH, LLC**

The Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together, "Debtors") by and through their attorneys, Kutner Brinen Dickey Riley, P.C., moves this Court for entry of an order pursuant to 11 U.S.C. § 502(b), Fed. R. Bankr. P. 3007, and L.B.R. 3007-1 disallowing in part the claim filed by Slickline South, LLC ("Slickline") and as grounds therefore state as follows:

    1.    The Debtors filed their respective voluntary petitions for relief pursuant to Chapter 11 of the Bankruptcy Code on April 1, 2020 ("Petition Date"). The Debtors remain Debtors-in-Possession.

    2.    SEC was engaged in business as an independent exploration and production company in the oil and gas industry. SEC was an operating company and does not own oil or gas properties.

    3.    Sklarco is a Louisiana limited liability company engaged in business as the owner of certain oil and gas leases and property interests in East Texas, North Louisiana, South Mississippi, South Alabama, the Florida Panhandle, and the western United States.

    4.    Pre-petition, Slickline provided services for wells operated by SEC.

    5.    The Debtor's books and records reflect that the total amount owed to Slickline is $124,059.57.

    6.    On September 23, 2020, Slickline filed Claim No. 10079, asserting an unsecured claim in the amount of $240,465.92 ("Claim"). The Claim, attached hereto as Exhibit A, contains

significant mathematical errors, and appears add the same invoice multiple times, incorrectly increasing the claim.

7. Accordingly, the Debtor requests that the Court disallow the Claim in part and reduce the Claim to $124,059,57.

WHEREFORE, the Debtors pray that the Court make and enter an Order disallowing Claim No. 10079 in part, reducing the balance of the Claim to $124,059.57, and for such further and additional relief as to the Court may deem just and proper.

DATED: April 5, 2021                    Respectfully submitted,

By: */s/ Keri L. Riley*
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln St., Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
E-Mail: klr@kutnerlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING OBJECTION TO CLAIM NO. 10079 FILED BY SLICKLINE SOUTH, LLC**

THIS MATTER having come before the Court on the Debtors' Objection Claim No. 10079 filed by Slickline South, LLC (the "Objection"), notice having been provided and no substantiated responses having been received, cause being shown to the Court for the granting of the requested relief, it is hereby

**ORDERED THAT:**

1.   The Objection is GRANTED;

2.   Claim No. 10079 is hereby disallowed in part and reduced to $124,059.57; and

3.   The claims agent is authorized and directed to take such action as is necessary to modify and updated the claims register to reflect the relief granted in this Order.

DONE and entered this _____ day of _____, 2022 at Denver, Colorado.

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge

1