UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
|    Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING OBJECTION TO CLAIM NO. 10079 FILED BY SLICKLINE SOUTH, LLC**

THIS MATTER having come before the Court on the Debtors' Objection Claim No. 10079 filed by Slickline South, LLC (the "Objection"), notice having been provided and no substantiated responses having been received, cause being shown to the Court for the granting of the requested relief, it is hereby

**ORDERED THAT:**

1.      The Objection is GRANTED;

2.      Claim No. 10079 is hereby disallowed in part and reduced to $124,059.57; and

3.      The claims agent is authorized and directed to take such action as is necessary to modify and updated the claims register to reflect the relief granted in this Order.


DONE and entered this _____ day of _____, 2022 at Denver, Colorado.


_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge

1