UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ───────────────────────────── ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**OBJECTION TO CLAIM NO. 73 FILED BY COMPLETE ENVIRONMENTAL & REMEDIATION COMPANY, LLC**

The Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together, "Debtors") by and through their attorneys, Kutner Brinen Dickey Riley, P.C., moves this Court for entry of an order pursuant to 11 U.S.C. § 502(b), Fed. R. Bankr. P. 3007, and L.B.R. 3007-1 disallowing Claim No. 73 filed by Complete Environmental & Remediation Company, LLC ("CERC") and as grounds therefore state as follows:

1. The Debtors filed their respective voluntary petitions for relief pursuant to Chapter 11 of the Bankruptcy Code on April 1, 2020 ("Petition Date"). The Debtors remain Debtors-in-Possession.

2. SEC was engaged in business as an independent exploration and production company in the oil and gas industry. SEC was an operating company and does not own oil or gas properties.

3. Sklarco is a Louisiana limited liability company engaged in business as the owner of certain oil and gas leases and property interests in East Texas, North Louisiana, South Mississippi, South Alabama, the Florida Panhandle, and the western United States.

4. On May 27, 2020, CERC filed claim No. 73, asserting a general unsecured claim in the amount of $85,616.58 ("Claim"). The Claim, attached hereto as Exhibit A, has a summary of invoices, but lack sufficient information to allow the Debtor to verify the invoices issued by CERC and verify the amount of the Claim.

5. The Debtors books and records reflect that the total amount owed to CERC is $34,873.11.

6. Accordingly, the Debtors request that the Court disallow CERC's Claim in part, reducing the Claim to $34,873.11.

WHEREFORE, the Debtors pray that the Court make and enter an Order disallowing Complete Environmental & Remediation Company, LLC's Claim in part, and for such further and additional relief as to the Court may deem just and proper.

DATED: April 5, 2021        Respectfully submitted,

By: /s/ Keri L. Riley
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln St., Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
E-Mail: klr@kutnerlaw.com

| Fill in this information to identify the case: | FILED |
|---|---|
| Debtor 1 Sklar Exploration Company, LLC | U.S. Bankruptcy Court |
| Debtor 2 Sklarco, LLC | District of Colorado |
| (Spouse, if filing) | 5/27/2020 |
| United States Bankruptcy Court District of Colorado | Kenneth S. Gardner, Clerk |
| Case number: 20-12377 | |

## Official Form 410
## Proof of Claim     04/19

Filed: USBC - District of Colorado
Sklar Exploration Company, LLC, et al (B10)
20-12377 (EEB)
SKR
0000000073

Read the instructions before filling out this form. This form is for making a claim ... m to make a request for payment of an administrative expense. Make such a request ...

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

| 1. Who is the current creditor? | Complete Environmental & Remediation Company LLC |
|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |

| 2. Has this claim been acquired from someone else? | ☑ No <br> ☐ Yes. From whom? |
|---|---|

| 3. Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? <br><br> Complete Environmental & Remediation Company LLC <br><br> Name <br><br> P.O. Box 1079 <br> Waynesboro, MS 39367 <br><br> Contact phone  6017352541 <br> Contact email  kelleybros@kelleycompanies.com <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one): | Where should payments to the creditor be sent? (if different) <br><br> Name <br><br><br><br> Contact phone <br> Contact email |
|---|---|---|

| 4. Does this claim amend one already filed? | ☑ No <br> ☐ Yes. Claim number on court claims registry (if known)              Filed on _____ <br> MM / DD / YYYY |
|---|---|

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No <br> ☐ Yes. Who made the earlier filing? |
|---|---|

Official Form 410    Proof of Claim    page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed | | |
|---|---|---|---|
| 6. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ | | |
| 7. How much is the claim? | $ 85616.58 | Does this amount include interest or other charges?<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). | |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Environmental Maintenance | | |
| 9. Is all or part of the claim secured? | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property: $ _____<br>Amount of the claim that is secured: $ _____<br>Amount of the claim that is unsecured: $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition: $ _____<br><br>Annual Interest Rate (when case was filed) _____%<br>☐ Fixed<br>☐ Variable | | |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ | | |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ | | |

Official Form 410          Proof of Claim          page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. Check all that apply: | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |
| | * Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date     5/27/2020
                     MM / DD / YYYY

/s/ Jerry R. Kelley
Signature

Print the name of the person who is completing and signing this claim:

Name     Jerry R. Kelley
         First name    Middle name    Last name

Title    Managing Partner

Company  Complete Environmental & Remediation Company LLC
         Identify the corporate servicer as the company if the authorized agent is a servicer

Address  P.O. Box 1079
         Number  Street
         Waynesboro, MS 39367
         City  State  ZIP Code

Contact phone  6017352541    Email  kelleybros@kelleycompanies.com

Official Form 410                Proof of Claim                page 3

## AR Aged Analysis

Age on: Due Date    Through Month: 05/20    Aging Date: 05/27/20
Include Invoices Through: 05/27/20    Other Trans Through: 05/27/20
Receivable Types: All    Age On Acct Payments    Deduct Discounts? N
Show Non Invoice Credit Notes: N    Show Invoice Credit Notes: N    Credit Notes to Print: Unresolved only

| Inv | DueDate / Desc | Total Aged | Future | Current | 31-60 | 61-90 | Over 90 | Retainage |
|---|---|---|---|---|---|---|---|---|
| Customer: 995 SKLAR | | | | | Contact: ATTN: RICHARD WEST | | | |
| | Last Payment Date: 04/06/20 | | | | | Phone: 0 ext. | | |
| 6269* | 01/30/19 | 52,848.47 | | | | | 52,848.47 | |
| 6493 | 10/25/19 | 10,449.75 | | | | | 10,449.75 | |
| 6495 | 10/26/19 | 5,204.12 | | | | | 5,204.12 | |
| 6496 | 10/26/19 | 4,952.73 | | | | | 4,952.73 | |
| 6503 | 10/30/19 | 7,643.00 | | | | | 7,643.00 | |
| 6536 | 12/07/19 | 4,518.51 | | | | | 4,518.51 | |
| Total For Customer: 995 | | 85,616.58 | 0.00 | 0.00 | 0.00 | 0.00 | 85,616.58 | 0.00 |
| | Total Aged + Retainage | 85,616.58 | | | | | | |
| Total For Company: 7 | | 85,616.58 | 0.00 | 0.00 | 0.00 | 0.00 | 85,616.58 | 0.00 |
| | Total Aged + Retainage | 85,616.58 | | | | | | |

All amounts inclusive of tax unless otherwise noted.

Note: * indicates partial payments for the invoice.

COURT DOCKET

| 20-12377 | 46-1 | 8/28/2020 | D. GERTH |
|---|---|---|---|
| CASE NO. | COURT CLAIM NO. | DATE RETRIEVED | RECEIVED BY |