# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br><br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br><br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. 20-12377 EEB** |

## ORDER TO SUPPLEMENT STIPULATION TO CLAIM AMOUNT FOR FPCC USA, INC.

THIS MATTER comes before the Court on the Stipulation to Claim Amount for FPCC USA, Inc. ("Stipulation"), filed by Sklar Exploration Company, LLC ("Debtor") and FPCC USA, LLC ("FPCC"). The parties request the Court to enter an order approving the Stipulation and reducing the claim of FPCC to an agreed amount. The Court having considered the Stipulation and the file in this matter hereby

ORDERS that **on or before April 20, 2022**, the Debtor and FPCC shall supplement the Stipulation to advise the Court why, in accordance with discretion afforded the Debtor and the Creditor Trust and the procedures for resolving claims under Article 8.13 of the confirmed Plan, Court approval of the Stipulation is required, and why the Creditor Trust is not a party to the Stipulation.

DATED this 6th day of April, 2022.

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, Bankruptcy Judge