UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

**NOTICE OF CHANGE OF ADDRESS OF CREDITOR FPCC USA, INC.**

Creditor FPCC USA, Inc. ("FPCC"), by and through its undersigned counsel, hereby gives notice of the following change of address:

*Old Address:*

**FPCC USA, Inc.
Attn: William Hu
245 Commerce Green Blvd., Ste. 250
Sugar Land, Texas 77478**

*New Address (Street, City/State/Zip, Telephone):*

**FPCC USA, Inc.
Attn: William Hu, Alex Chen
1235 N. Loop W., Suite 930
Houston, Texas 77008**

The foregoing change of address is for distribution purposes only. Any pleadings affecting FPCC should be served on the undersigned counsel.

*[Signature on Next Page]*

{HD122190.1}   1

DATED: April 7, 2022 Respectfully Submitted,

*/s/ Joseph E. Bain*
Joseph E. Bain
**JONES WALKER LLP**
811 Main Street, Ste. 2900
Houston, Texas 77002
Tel: 713-437-1800
Fax: 713-437-1801
Email: jbain@joneswalker.com

-and-

Madison M. Tucker
**JONES WALKER LLP**
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Tel: 504-582-8000
Fax: 504-589-8261
Email: mtucker@joneswalker.com

*Counsel to FPCC USA, Inc.*