# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br><br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>SKLARCO, LLC,<br><br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |

## ORDER FOR COMPLIANCE WITH LOCAL BANKRUPTCY RULE 9013-1 OR OTHER APPLICABLE RULES OF PROCEDURE REGARDING SERVICE AND NOTICE

THIS MATTER comes before the Court on the objections to claims and/or motions to disallow claims filed by Debtors Sklar Exploration Company, LLC and Sklarco, LLC ("Movants") on April 5, 2022 at Docket Nos. 1716, 1717, 1718, 1719, 1720, 1722, 1723, 1724, 1725, 1726, 1727, 1728, 1729, 1730, 1731, 1732. The Court finds that the Movants have failed to comply with applicable rules of procedure, noted more specifically below:

- ☒ Local Bankruptcy Rule 3007-1 (a): Failure to comply with and prosecute the claim objection in the manner prescribed in Fed. R. Bankr. P. 3007 and L.B.R. 9013-1.

- ☒ L.B.R. 9013-1: failure to file an Objection **and L.B.R. 9013-1 Notice** along with the Motion, as required by this rule and L.B.R. 3007-1(a);

- ☐ L.B.R. 9013-1(a)(1)(C): failure to file a proposed Order.

- ☒ Fed.R.B.P. 3007 (a):  failure serve a copy of the Objection and L.B.R. 9013-1 notice on the affected Claimants, Debtor and Trustee, in the manner set forth in Fed. R. B. P. 3007(a)(2).

- ☒ Fed.R.B.P. 3007 (a)(1):  Failure to provide 30 days' notice.

- ☒ Other: Service of the 9013 Notice must include a copy of the Motion/Objection to Claim. Movants must then file a Certificate of Contested Matter/Certificate of Non-Contested Matter, as appropriate, when the new objection deadline passes.

Accordingly,

IT IS HEREBY ORDERED that Movants must cure the above-noted deficiency by the cure date listed below, failing which the objections/motions will be denied without further notice.

**Deficiency Cure Date:  April 14, 2022.**

DATED: this 7th day of April, 2022.

BY THE COURT:

*Elizabeth E. Brown*
_____
Elizabeth E. Brown, Bankruptcy Judge