# CERTIFICATE OF SERVICE

I certify that on April 8, 2022, I served a complete copy of the foregoing **NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF OBJECTION TO CLAIM FILED BY ALLY BANK AND OBJECTION TO CLAIM FILED BY ALLY BANK** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Ally Bank
AIS Portfolio Services, L.P.
4515 North Santa Fe Avenue
Department APS
Oklahoma City, OK 73118-7901

Ally Bank
P.O. Box 130424
Roseville, MN 55113-0004

Ally Payment Processing Center
P.O. Box 9001948
Louisville, KY 40290-1948

Ally Bank
200 West Civic Center Drive
Sandy, UT 84070

Ally Bank
**CT Corporation System**
**Registered Agent**
7700 East Arapahoe Road
Suite 220
Centennial, CO 80112-1268

Ally Bank
Pangtong Yang
Bankruptcy Coordinator
Ally Servicing, LLC
4000 Lexington Avenue North
Suite 100
Shoreview, MN 55126

Ally Bank
Payment Processing Center
P.O. Box 78367
Phoenix, AZ 85062-8367

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Stoneham Drilling Corporation
(Representative: Heather Stickel)
c/o James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Mesa Fluids, LLC
(Representative: Aaron W. Merrell)
1669 South 580 East
American Fork, UT 84057

TCP Cottonwood, L.P.
(Representative: Kyle C. McInnis)
c/o Eric Lockridge
400 Convention Street
Suite 700
Baton Rouge, LA 70801

Rapad Well Service Company, Inc.
(Representative: Chesley James)
c/o Jeremy Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203-4642

Kelley Brothers Contractors, Inc.
(Representative: Jerry Kelley)
401 County Farm Road
Waynesboro, MS 39367