UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:  )<br>)<br>SKLAR EXPLORATION COMPANY, LLC  )<br>EIN: 72-1417930  )<br>)<br>Debtor.  )<br>)<br>_____  )<br>)<br>SKLARCO, LLC  )<br>EIN:  72-1425432  )<br>)<br>Debtor.  ) | Case No. 20-12377-EEB<br><br>Chapter 11<br><br><br><br><br>Case No. 20-12380-EEB<br><br>Chapter 11 |

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF OBJECTION TO CLIM FILED BY FLEXJET, LLC

### OBJECTION DEADLINE: MAY 9, 2022

**NOTICE IS HEREBY GIVEN** that the Debtors Sklar Exploration Company, LLC and Sklarco, LLC have filed an objection to claim filed by Flexjet, LLC and requests the following relief: The Debtors move the Court for entry of an order disallowing the claim filed by Flexjet, LLC in the amount of $126,432.35 in its entirety.

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: April 8, 2022

Respectfully submitted,

By: /s/ Keri L. Riley
    Keri L. Riley, #47605
    1660 Lincoln Street, Suite 1850
    Denver, CO 80264
    Telephone: (303) 832-2400
    E-Mail: klr@kutnerlaw.com