UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF
OBJECTION TO CLAIM NO. 10079 FILED BY SLICKLINE SOUTH, LLC**

**OBJECTION DEADLINE: MAY 9, 2022**

**NOTICE IS HEREBY GIVEN** that the Debtors, Sklar Exploration Company, LLC and Sklarco, LLC, have filed an objection to claim filed by Slickline South, LLC: The Debtors move the Court for entry of an order disallowing claim number 10079 filed by Slickline, LLC in the amount of $240,465.92 in its entirety.  A copy of the claim objection is enclosed herewith.

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: April 8, 2022                                    Respectfully submitted,

By:  _/s/ Keri L. Riley_
     Keri L. Riley, #47605
     **KUTNER BRINEN DICKEY RILEY**
     1660 Lincoln Street, Suite 1720
     Denver, CO 80264
     Telephone: (303) 832-2400
     E-Mail: klr@kutnerlaw.com