UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF OBJECTION TO CLIM FILED BY PLAINS MARKETING, LP**

**OBJECTION DEADLINE: MAY 11, 2022**

**YOU ARE HEREBY NOTIFIED** that the Debtors, Sklar Exploration Company, LLC and Sklarco, LLC, have filed an objection to claim filed by Plains Marketing, LP and requests the following relief: The Debtors move the Court for entry of an order disallowing the claim filed by Plains Marketing, LP in the amount of $117,409.06 as fully satisfied as a result of the cure payments made by SEC in connection with SEC's assumptions of certain Plains Marketing agreements. A copy of the Objection is enclosed herewith.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: April 11, 2022             Respectfully submitted,

By:  */s/ Keri L. Riley*
   Keri L. Riley, #47605
   **KUTNER BRINEN DICKEY RILEY**
   1660 Lincoln Street, Suite 1720
   Denver, CO 80264
   Telephone: (303) 832-2400
   E-Mail: klr@kutnerlaw.com