UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF OBJECTION TO CLAIM NO. 243, 244, AND 269 FILED BY STONEHAM DRILLING**

**OBJECTION DEADLINE: MAY 12, 2022**

**NOTICE IS HEREBY GIVEN** that the Debtors, Sklar Exploration Company, LLC and Sklarco, LLC have filed an objection to Claim Nos. 243, 244, and 269 filed by Stoneham Drilling and requests the following relief: The Debtors request that the Court disallow Stoneham Drilling's Claim No. 244 in part, and reduce Stoneham Drilling's claim by $442,960.34, such that Stoneham Drilling will have an allowed unsecured claim in the amount of $1,157,181.31, and disallow Claims 243 and 269 in their entirety as duplicative of Claim No. 244.

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: April 12, 2022  Respectfully submitted,

By: */s/ Keri L. Riley*
 Keri L. Riley, #47605
 1660 Lincoln Street, Suite 1720
 Denver, CO 80264
 Telephone: (303) 832-2400
 E-Mail: klr@kutnerlaw.com