UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF OBJECTION TO CLAIMS FILED BY PANOLA COUNTY**

**OBJECTION DEADLINE: MAY 12, 2022**

    **YOU ARE HEREBY NOTIFIED** that the Debtors, Sklar Exploration Company, LLC and Sklarco, LLC have filed an objection to claim no. 10161 filed by Panola County and requests the following relief: entry of an order disallowing the claim filed by Panola County in the amount of $20,484.69. A copy of the Objection is enclosed herewith.

    If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: April 12, 2022                            Respectfully submitted,

                                                      By: */s/ Keri L. Riley*
                                                         Keri L. Riley, #47605
                                               **KUTNER BRINEN DICKEY RILEY**
                                               1660 Lincoln Street, Suite 1720
                                               Denver, CO 80264
                                               Telephone: (303) 832-2400
                                               E-Mail: klr@kutnerlaw.com