# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br>EIN:  72-1417930<br><br>　　Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| SKLARCO, LLC,<br>EIN:  72-1425432<br><br>　　Debtor. | Case No. 20-12380-EEB<br><br>Chapter 11 |

### NOTICE OF DEPOSITION OF CTM 2005, LTD.
### PURSUANT TO FED. R. BANKR. P. 7030, 9014, and FED. R. CIV. P. 30(b)(6)

**PLEASE TAKE NOTICE** that secured creditor, East West Bank, a California state banking corporation ("EWB"), in its capacity as a lender and the administrative agent under the Credit Agreement dated June 15, 2018 with Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco") (collectively, the "Debtors"), will conduct the oral deposition of CTM 2005, Ltd. ("CTM") regarding the topics listed in Exhibit A hereto, **on May 5, 2022, beginning at 2:00 p.m. prevailing Mountain Time**, or on such other date and at such other time as the parties may mutually agree, the Court may order, or the witness be subpoenaed to appear.[1]  The examination will be conducted by Zoom (or a

---

[1]  To date, counsel for CTM has refused to schedule a deposition for CTM, citing CTM's relatively small claim.  Because the underlying application for administrative expense claim makes no allocation or distinction among the applicants while seeking an aggregate sum for all the applicants, and because the applicants have failed to provide the disclosures and information required under Rule 2016(a), CTM clearly has relevant information that EWB is entitled to discover to defend its objection adequately and prepare for trial in this matter.  Moreover, EWB is entitled to depose more than one of the applicants to discover any differences among the applicants' respective positions.  EWB is not seeking the deposition of the third applicant, MER Energy, Ltd., and has offered to take CTM's deposition by video conference with a 2.5 hour time limit, to no avail.  To the extent the parties cannot reach agreement on CTM's deposition, EWB

similar live video service), a link for which will be provided to counsel for the deponent and, upon request, to interested parties. The examination is being conducted pursuant to Federal Rule of Civil Procedure 30(b)(6), applicable to this contested matter under Federal Rules of Bankruptcy Procedure 7030 and 9014, will be recorded stenographically and by videorecording by an officer authorized to administer oaths, and will continue from day to day until completed.

DATED this 12th day of April, 2022.

                                              SNELL & WILMER L.L.P.

                                 By: */s/ Bryce A. Suzuki*
                                              Bryce A. Suzuki
                                              One Arizona Center
                                              400 E. Van Buren, Suite 1900
                                              Phoenix, Arizona  85004-2202
                                              Phone:  602-382-6000
                                              Email:  bsuzuki@swlaw.com

---

may be forced to issue a subpoena to compel appearance at the deposition and/or to bring this matter to the Court for resolution under Local Bankruptcy Rule 7026-1(d).

4867-2301-6731

# Exhibit A

## Matters for Examination

1. The facts and issues raised in the *Application of the Rudman Partnership, CTM 2005, Ltd., and MER Energy, Ltd for Allowance of Administrative Expenses under 11 U.S.C. § 503(b)(3)(D) for Substantial Contribution to These Chapter 11 Cases*, filed on October 22, 2021 [ECF No. 1493].

2. The facts and issues raised in the *Notice Re: Exhibits in Support of Application for Allowance of Administrative Expenses under 11 U.S.C. § 503(b)(3)(D) for Substantial Contribution to These Chapter 11 Cases*, filed on November 11, 2021 [ECF No. 1493], and the time records of counsel submitted to the Court therewith.

3. The facts and issues raised in the *Response of the Rudman Partnership, CTM 2005, Ltd., and MER Energy, Ltd to Minute Order Regarding the Filing of Revised Invoices*, filed on March 18, 2022 [ECF No. 1658], and the time records of counsel submitted to the Court therewith.

4. The facts and issues raised in the *East West Bank's First Set of Interrogatories to Claimant CTM 2005, Ltd.* dated March 30, 2022, and Rudman's responses thereto.

5. CTM's responses to *East West Bank's First Set of Requests for Production of Documents to Claimant CTM 2005, Ltd.* dated March 30, 2022, and any documents produced by CTM pursuant thereto.

6. The alleged benefits provided by the actions taken by CTM in the Debtor's bankruptcy cases.

7. The allocation, agreement, or arrangement among CTM and any other parties represented jointly with CTM at any time by Maynes, Bradford, Shipps & Sheftel, LLP (the "MBSS Firm"), and/or Barnet B. Skelton, Jr. (the "Skelton Firm") for the payment of the fees and expenses of (1) the MBSS Firm and/or (2) the Skelton Firm for legal services performed and expenses incurred with respect to the Debtors' bankruptcy cases.

4867-2301-6731

8. The *Verified Rule 2019 Statement of Multiple Representation* of the MBSS Firm and the Skelton Firm, filed on April 20, 2020 [ECF No. 132].

9. The terms of the engagement of the MBSS Firm to represent CTM with respect to the Debtors' bankruptcy cases.

10. The terms of the engagement of the Skelton Firm to represent CTM with respect to the Debtors' bankruptcy cases.

11. The terms of the engagement of the MBSS Firm and/or the Skelton Firm to represent any other parties jointly with CTM with respect to the Debtors' bankruptcy cases.

12. All payments, for the period of April 1, 2020 through and including October 22, 2021, made by CTM to (1) the MBSS Firm, and/or (2) the Skelton Firm for legal services provided and expenses incurred with respect to the Debtors' bankruptcy cases.

13. All efforts undertaken by CTM, during the period of April 1, 2020 through and including October 22, 2021, to review the invoices of the MBSS Firm and/or the Skelton Firm.

14. Any proof(s) of claim(s), and any amendments and supplements thereto, of CTM filed in either of the Debtors' bankruptcy cases.

15. The facts, events, and circumstances leading to CTM's entry into the *Stipulation Partially Resolving Application for Administrative Expense Priority Claim and Objections thereto by and Between Debtors, Rudman Parties, East West Bank, and the Official Committee of Unsecured Creditors* [ECF No. 1408], and the filing of the *Notice of Withdrawal by The Rudman Partnership, MER Energy, Ltd., and CTM 2005 Ltd., of Docket Nos. 1210, 1265, 1196, 1111, 1109, 1108, 1107, 1106, and 308* [ECF No. 1409].

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this 12th day of April 2022, a copy of the foregoing document was filed via ECF and was served by electronic transmission to all registered ECF users appearing in this case.

                                                     */s/ Bryce A. Suzuki*