# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC, EIN:  72-1417930 | Chapter 11 |
| Debtor. | |
| SKLARCO, LLC, EIN:  72-1425432 | Case No. 20-12380-EEB |
| | Chapter 11 |
| Debtor. | |

## NOTICE OF DEPOSITION OF BARNET B. SKELTON, JR.

**PLEASE TAKE NOTICE** that secured creditor, East West Bank, a California state banking corporation ("EWB"), in its capacity as a lender and the administrative agent under the Credit Agreement dated June 15, 2018 with Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco") (collectively, the "Debtors"), will conduct the oral deposition of Barnet B. Skelton, Jr., **on May 5, 2022, beginning at 9:00 a.m. prevailing Mountain Time**, in connection with the pending contested matter on the *Application of the Rudman Partnership, CTM 2005, Ltd., and MER Energy, Ltd for Allowance of Administrative Expenses under 11 U.S.C. § 503(b)(3)(D) for Substantial Contribution to These Chapter 11 Cases*, filed on October 22, 2021 [ECF No. 1493] and the objections thereto. The examination will be conducted by Zoom (or a similar live video service), a link for which will be provided to counsel for the deponent and, upon request, to interested parties. The examination will be recorded stenographically and by videorecording by an officer authorized to administer oaths, and will continue from day to day until completed.

DATED this 12th day of April, 2022.

SNELL & WILMER L.L.P.

By: */s/ Bryce A. Suzuki*

Bryce A. Suzuki
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Phone:  602-382-6000
Email:  bsuzuki@swlaw.com

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 12th day of April 2022, a copy of the foregoing document was filed via ECF and was served by electronic transmission to all registered ECF users appearing in this case.


*/s/ Bryce A. Suzuki*

4886-6845-3403