**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE: )<br>)<br>SKLAR EXPLORATION COMPANY, LLC )<br>EIN: 72-1417930 )<br>)<br>)<br>Debtor-in-Possession. )<br>)<br>)<br>IN RE: )<br>)<br>SKLARCO, LLC )<br>EIN: 72-1425432 )<br>)<br>)<br>)<br>)<br>Debtor-in-Possession. )<br>) | Case No. 20-12377-EEB<br><br>Chapter 11<br><br><br><br><br><br><br><br>Case No. 20-12380-EEB<br><br>Chapter 11 |

**NOTICE OF OMNIBUS OBJECTION TO CLAIM AMOUNTS
OBJECTION DATE:  MAY 13, 2022**

**YOU ARE HEREBY NOTIFIED** that the Debtors have filed with the Court an Omnibus Objection to Claim Amounts and requests the following relief: reduction of the claims identified on Exhibit A to the Objection.  A copy of the pleading is included with this notice, with a full listing of claims affected by the Omnibus Objection is attached as Exhibit A.  Parties should carefully review both the Objection and the Exhibits attached thereto to determine their legal rights and remedies.

If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The Court will not consider general objections.  In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: April 13, 2022                                  Respectfully submitted,

By:  */s/ Keri L. Riley*
    Keri L. Riley, #47605
    **KUTNER BRINEN DICKEY RILEY**
    1660 Lincoln Street, Suite 1720
    Denver, CO 80264
    Telephone: (303) 832-2400
    E-Mail: klr@kutnerlaw.com

**CERTIFICATE OF SERVICE**

I certify that on April 13, 2022, I served a complete copy of the foregoing **NOTICE OF OMNIBUS OBJECTION TO CLAIM AMOUNTS AND OMNIBUS OBJECTION TO CLAIM AMOUNTS** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Keystone Engineering, Inc.
1100 West Causeway Approach
Mandeville, LA 70471

Keystone Engineering, Inc.
**CT Corporation System**
**Registered Agent**
7700 East Arapahoe Road
Suite 220
Centennial, CO 80112-1268

TCP Specialists, LLC
P.O. Box 157
Gloster, LA 71030

TCP Specialists, LLC
P.O. Box 19574
Shreveport, LA 71149-0574

TCP Specialists, LLC
**Dale Seekford**
**Registered Agent**
585 Park Drive
Frierson, LA 71027

Eastern Fishing & Rental Tool Co., Inc.
c/o CCTB PA
ATTN: Christopher H. Meredith
P.O. Box 6020
Ridgeland, MS 39158

Eastern Fishing & Rental Tool Co., Inc.
P.O. Box 292
Laurel, MS 39441-0292

Eastern Fishing & Rental Tool Co., Inc.
2406 Moose Drive
P.O. Box 292
Laurel, MS 39441

Eastern Fishing & Rental Tool Co., Inc.
**Nick D. Welch**
**Registered Agent**
2406 Moose Drive
P.O. Box 292
Laurel, MS 39441

Southern Propane, Inc.
P.O. Box 530
Taylorsville, MS 39168

Southern Propane, Inc.
2829 Lakeland Drive
P.O. Box 1639
Jackson, MS 39232

Southern Propane, Inc.
**J. Kevin Watson**
**Registered Agent**
2829 Lakeland Drive
Suite 1502
Flowood, MS 392932

Liquid Gold Well Service, Inc.
c/o Chris Crowley, Esq.
Feldmann Nagel Cantafio PLLC
1875 Lawrence Street
Suite 730
Denver, CO 80202

Liquid Gold Well Service, Inc.
Terry Schwindt, President
18 Hope Road
Cut Bank, MT 59427-9034

ZAP Engineering & Construction Services
333 South Allison Parkway
Suite 100
Lakewood, CO 80226

ZAP Engineering & Construction Services
755 Parfet Street, Suite 200
Lakewood, CO 80215

ZAP Engineering & Construction Services
**Corporation Service Company**
**Registered Agent**
1900 West Littleton Blvd.
Littleton, CO 80120

A&B Pump & Supply, Inc.
P.O. Drawer T
Heidelberg, MS 39439-1019

A&B Pump & Supply, Inc.
605 Highway 528 West
P.O. Drawer T
Heidelberg, MS 39439

A&B Pump & Supply, Inc.
**Daniel Wesley Boothe, Jr.**
**Registered Agent**
605 Highway 528 West
P.O. Drwer T
Heidelberg, MS 39439

Shuler Drilling Company, Inc.
3340 West Hillsboro Street
El Dorado, AR 71730-6736

Shuler Drilling Company, Inc.
**Robert M. Reynolds**
**Registered Agent**
3514 West Hillsboro
El Dorado, AR 71730

Shuler Drilling Company, Inc.
3340 West Hillsboro Street
El Dorado, AR 71730

H&H Construcction LLC
ATTN: Ladon E. Hall, President
P.O. Box 850
Flomaton, AL 36441-0000

H&H Construction LLC
374 Cove Creek Road
Haleyville, AL 35565

H&H Construction LLC
**Mark Hulsey**
**Registered Agent**
374 Cove Creek Road
Haleyville, AL 35565

H&H Construction LLC
**Ladon E. Hall**
**Registered Agent**
2301 Spring Creek Road
Atmore, AL 36502

Jimco Pumps
c/o Craig N. Orr, Esq.
P.O. Box 1289
Laurel, MS 39441-0000

Jimco Pumps
**Woodrow W. Barham, Jr.**
**Registered Agent**
Anderson Professional Building
Suite 400
409 Oak Street
Laurel, MS 39440

Jimco Pumps
P.O. Box 6255
Laurel, MS 39441-6255

3

Eiche Mapes and Company, Inc.
c/o Potter Minton, P.C.
ATTN: Tim Simpson
110 North College
Suite 500
Tyler, TX 75702

Eiche Mapes and Company, Inc.
**John M. Eiche, Jr.**
**Registered Agent**
1025 Pruitt Place
Tyler, TX 75703

Eiche Mapes and Company, Inc.
P.O. Box 7992
Tyler, TX 75711

W. Baldwin & Anna Rae Lloyd Rev Trust
ATTN: Marie Lloyd Henson
c/o Box 1847
Jackson, MS 39215-0000

Pioneer Wireline Services, LLC
c/o Dore Rothberg McKay, P.C.
17171 Park Row, Suite 160
Houston, TX 77084

Pioneer Wireline Services, LLC
P.O. Box 202567
Dallas, TX 75320-2567

Pioneer Wireline Services, LLC
1250 NE Loop 410
Suite 1000
San Antonio, TX 78209

Pioneer Wireline Services, LLC
**Capitol Corporate Services, Inc.**
**Registered Agent**
36 South 18th Avenue
Suite D
Brighton, CO 80601

Kodiak Gas Services LLC
15320 Highway 105 West
Suite 210
Montgomery, TX 77356

Kodiak Gas Services LLC
P.O. Box 732235
Dallas, TX 75373-2235

Kodiak Gas Services LLC
**Corporation Service Company**
**Registered Agent**
1900 West Littleton Blvd.
Littleton, CO 80120

GE Oil & Gas Pressure Control LP
c/o William R. Sudela
2727 Allen Parkway
Suite 1700
Houston, TX 77019

GE Oil & Gas Pressure Control LP
P.O. Box 911776
Dallas, TX 75391-1776

GE Oil & Gas Pressure Control LP
1702 Aldine Westfield Road
Houston, TX 77073

GE Oil & Gas Pressure Control LP
**The Corporation Company**
**Registered Agent**
1675 Broadway
Suite 1200
Denver, CO 80202

Anita Belousov
4355 East 135th Way
Thornton, CO 80241-0000

Fuelman
P.O. Box 70887
Charlotte, NC 28272-0887

Fuelman
1010 Depot Hill Road
Suite 101
Broomfield, CO 80020

Fuelman
**James I. Chappell**
**Registered Agent**
1010 Depot Hill Road
Suite 101
Broomfield, CO 80020

J & H Insurance Services, Inc.
510 North Valley Mills Drive
Waco, TX 76710-0000

J & H Insurance Services, Inc.
4485 Tench Road
Suite 1310
Suwanee, GA 30024

J & H Insurance Services, Inc.
**Paracorp Incorporated**
**Registered Agent**
95 Emerson Street
Suite 601
Denver, CO 80218

Warthawg Construction
d/b/a Warthawg Properties, LP
520 Honeysuckle Lane
Longview, TX 75605-0000

Warthawg Construction
**Dale Storr**
**Registered Agent**
2201 North Monroe Street
Spokane, WA 99205

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Stoneham Drilling Corporation
(Representative: Heather Stickel)
c/o James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Mesa Fluids, LLC
(Representative: Aaron W. Merrell)
1669 South 580 East
American Fork, UT 84057

TCP Cottonwood, L.P.
(Representative: Kyle C. McInnis)
c/o Eric Lockridge
400 Convention Street
Suite 700
Baton Rouge, LA 70801

Rapad Well Service Company, Inc.
(Representative: Chesley James)
c/o Jeremy Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203-4642

Kelley Brothers Contractors, Inc.
(Representative: Jerry Kelley)
401 County Farm Road
Waynesboro, MS 39367

Baker Hughes Company
(Representative: Christopher J. Ryan)
2001 Rankin Road
Houston, TX 77073

Timothy C. Mohan, Esq.
Foley & Lardner, LLP
600 17th Street
Suite 2020 South
Denver, CO 80202

5

J. Eric Lockridge, Esq.
Kean Miller LLP
400 Convention Street
Suite 700
P.O. Box 3513
Baton Rouge, LA 70802

Craig K. Schuenemann, Esq.
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Giovanni M. Ruscitti, Esq.
Berg Hill Greenleaf Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302

Bryce A. Suzuki, Esq.
Bryan Cave Leighton Paisner, LLP
Two North Central Avenue
Suite 2100
Phoenix, AZ 85004-4406

James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Timothy M. Riley, Esq.
Hopping Green & Sams, P.A.
P.O. Box 6526
Tallahassee, FL 32314

Michel D. Rubenstein, Esq.
Liskow & Lewis
1001 Fannin Street
Suite 1800
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos
Suite 700
Austin, TX 78701

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, P.C.
999 18th Street
Suite 1230 South
Denver, CO 80202

Robert L. Paddock, Esq.
Buck Keenan LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Jeremy L. Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203

Matthew J. Ochs, Esq.
Holland & Hart, LLP
555 Seventeenth Street
Suite 3200
P.O. Box 8749
Denver, CO 80201-8749

Shay L. Denning, Esq.
Thomas H. Shipps, Esq.
Maynes, Bradford, Shipps & Sheftel, LLP
835 East Second Avenue
Suite 123
Durango, CO 81301

Robert Padjen, Esq.
Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202-1486

6

Joseph E. Bain, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Madison Tucker, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, Louisiana 70170

Barnet B. Skelton, Jr., Esq.
815 Walker
Suite 1502
Houston, TX 77002

Amy L. Vazquez, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams, LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Christopher H. Meredith, Esq.
Copeland Cook Taylor & Bush, P.A.
1076 Highland Colony Parkway
600 Concourse, Suite 200
P.O. Box 6020
Ridgeland, Mississippi 39158-6020

Michael L. Niles, Esq.
Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Victoria Argeroplos, Esq.
Jackson Walker LLP
1401 McKinney Street
Suite 1900
Houston, TX 77010

David R. Taggart, Esq.
Bradley Murchison Kelly & Shea, LLC
401 Edwards Street
Suite 1000
Shreveport, Louisiana 71101

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
P.O Box 22260
Shreveport, Louisiana 71120-2260

Paul H. Stephenson III, Esq.
Jim F. Spencer, Jr., Esq.
Watkins & Eager, PLLC
P.O. Box 650
Jackson, Mississippi 39205

John D. Cornwell, Esq.
Grant M. Beiner, Esq.
Munsch Hardt Kopf & Harr, P.C.
700 Milam Street
Suite 2700
Houston, TX 77002

Christopher D. Johnson, Esq.
Diamond McCarthy, LLP
909 Fannin Street
Suite 3700
Houston, TX 77010

Michael J. Guyerson, Esq.
Buechler Law Office, LLC
999 18th Street
Suite 1230 South
Denver, CO 80202

7

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
Shreveport, Louisiana 71120-2260

Robert L. Paddock, Esq.
Buck Keenan, LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Ryan M. Seidemann, Esq.
Assistant Attorney General
Civil Division/Lands and Natural Resources
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005

David M. Miller, Esq.
Spencer Fane LLP
1700 Lincoln Street
Suite 2000
Denver, CO 80203

Jennifer J. Hardy, Esq.
Willkie Farr & Gallagher, LLP
600 Travis Street
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos Street
Suite 700
Austin, TX 78701

Andrew G. Edson, Esq.
Clark Hill Strasburger
901 Main Street
Suite 6000
Dallas, TX 75202

Craig M. Geno, Esq.
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157

Christopher H. Meredith, Esq.
Glenn Gates Taylor, Esq.
Copeland Cook Taylor & Bush, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Curtis R. Shelton, Esq.
Jennifer Norris Soto, Esq.
Ayres Shelton Williams Benson & Paine, LLC
333 Texas Street, Suite 1400
P.O. Box 1764
Shreveport, Louisiana 71166

Armistead M. Long, Esq.
Gordon Arata Montgomery Barnett
McCollam Duplantis & Eagan, LLC
400 East Kaliste Saloon Road
Suite 4200
Lafayette, Louisiana 70508

Ryan J. Lorenz, Esq.
Clark Hill PLC
14850 North Scottsdale Road
Suite 500
Scottsdale, Arizona 85254

Brian G. Rich, Esq.
Michael J. Niles, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Katherine A. Ross, Esq.
U.S. Attorney's Office for the
 District of Colorado
Assistant United States Attorney
1801 California Street
Suite 1600
Denver, CO 80202

Ryco Exploration, LLC
401 Edwards Street
Suite 915
Shreveport, LA 71101
ATTN: M. Robin Smith

Ryco Exploration, LLC
40 Golf Club Drive
Haughton, LA 71037
ATTN: M. Robin Smith

Stephen K. Lecholop II, Esq.
Rosenthal Pauerstein, Esq.
Sandoloski Agather LLP
755 East Mulberry
Suite 200
San Antonio, TX 78212

Katherine Guidry Douthitt, Esq.
Blanchard Walker O'Quin & Roberts
P.O. Box 1126
Shreveport, Louisiana 71163

Andrew J. Shaver, Esq.
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Theodore J. Hartl, Esq.
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202-5596

John H. Smith
Quitman Tank Solutions, LLC
P.O. Box 90
Quitman, MS 39355

Belinda Harrison
58 County Road 5033
Heidelberg, MS 39439

Casey C. Breese, Esq.
Welborn Sullivan Meck & Tooley, P.C.
1125 17th Street
Suite 2200 South
Denver, CO 80202

Jeff Carruth, Esq.
Weycer Kaplan Pulaski & Zuber, P.C.
11 Greenway Plaza
Suite 1400
Houston, TX 77046

Michael E. Riddick, Esq.
Katherine Guidry Douthill, Esq.
Blanchard Walker O'Quin & Roberts, P.C.
333 Texas Street
Regions Tower
Suite 700
Shreveport, Louisiana 71101

Chris Crowley, Esq.
Feldmann Nagel Cantafio, PLLC
1875 Lawrence Street
Suite 730
Denver, CO 80202

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
Suite 600
Denver, CO 80206

Adam L. Hirsch, Esq.
Davis Graham & Stubbs LLP
1550 Seventeenth Street
Suite 500
Denver, CO 80202

Elizabeth Weller, Esq.
Linebarger Goggan Blair and Sampson, LLP
2777 North Stemmons Freeway
Suite 1000
Dallas, TX 75207

P. Matthew Cox, Esq.
Snow Christensen & Martineau
10 Exchange Place, Eleventh Floor
P.O. Box 45000
Salt Lake City, UT 84111

Michael L. Schuster, Esq.
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202-5596

Deirdre Carey Brown, Esq.
Forshey & Prostok LLP
1990 Post Oak Blvd.
Suite 2400
Houston, TX 77056

Nex Tier Completion Solutions, Inc.
c/o Allen Bryson, PLLC
1920 McKinney Avenue
7th Floor
Dallas, Texas 75201

Mario A. Lamar, Esq.
Allen Bryson PLLC
1920 McKinney Avenue
7th Floor
Dallas, TX 75201

John H. Bernstein, Esq.
Kutak Rock LLP
1801 California Street
Suite 3000
Denver, CO 80202

Laurie A. Spindler, Esq.
Linebarger Goggan Blair & Sampson, LLP
2777 North Stemmons Freeway
Suite 1000
Dallas, TX 75207

Daniel L. Bray, Esq.
1801 Wewatta Street
Suite 1000
Denver, CO 80202

The Juneau Group
2386A Rice Blvd.
Suite 232
Houston, TX 77005

Tyler Lee Weidlich, Esq.
Beatty & Wozniak, P.C.
1675 Broadway Street
Suite 600
Denver, CO 80202

Florence Bonaccorso-Saenz, Esq.
617 North Third Street
Baton Rouge, LA 70802

J. Marshall Jones
920 Arapahoe
Louisville, CO 80027

David W. Hall
482 Merritt Road
Benton, LA 71006

Joseph D. DeGiorgio, Esq.
David W. Drake, Esq.
Barrett Frappier Weisserman, LLP
1391 North Speer Blvd.
Suite 700
Denver, CO 80204

Brent R. Cohen, Esq.
Lewis Roca Rothgerber Christie LLP
1601 19th Street
Suite 1000
Denver, CO 80202

10

John Childers, Esq.
8150 North Central Expressway
10th Floor
Dallas, TX 75206

Epiq Systems
757 Third Avenue
3rd Floor
New York, NY 10017

Jeffrey R. Barber, Esq.
Jones Walker LLP
P.O. Box 427
1901 East Capitol Street
Suite 800
Jackson, MS 39205-0427

Benjamin Young Ford, Esq.
Armbrecht Jackson
P.O. Box 290
Mobile, AL 36601

Kelsey James Buechler, Esq.
999 18th Street
Suite 1230 South
Denver, CO 80202


**/s/Vicky Martina**
**Vicky Martina**
**Kutner Brinen Dickey Riley PC**