# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 | ) | |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |
| | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor-in-Possession. | ) | |
| | ) | |

## AMENDED NOTICE OF OMNIBUS OBJECTION TO UNKNOWN, CONTINGENT, UNLIQUIDATED, OR $0 CLAIMS
### OBJECTION DEADLINE:  MAY 16, 2022

**YOU ARE HEREBY NOTIFIED** that the Debtors have filed with the Court an Omnibus Objection to Unknown, Contingent, Unliquidated, or $0 Claims and requests the following relief: disallowance and expungement of claims filed in one or both of the Debtors' cases from which the amount of such claim cannot be determined, and that the Debtors' books and records reflect that no amount is owed to such creditors.  A copy of the pleading is included with this notice, with a full listing of claims attached as Exhibit A.

If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The Court will not consider general objections.  In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: April 14, 2022

Respectfully submitted,

By: _/s/ Keri L. Riley_
  Keri L. Riley, #47605
  **KUTNER BRINEN DICKEY RILEY**
  1660 Lincoln Street, Suite 1720
  Denver, CO 80264
  Telephone: (303) 832-2400
  E-Mail: klr@kutnerlaw.com

## CERTIFICATE OF SERVICE

I certify that on April 14, 2022, I served a complete copy of the foregoing **AMENDED NOTICE OF OMNIBUS OBJECTION TO UNKNOWN, CONTINGENT, UNLIQUIDATED, OR $0 CLAIMS** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:


Bantam Creek LLC
4712 Lakeside Drive
Colleyville, TX 76034

Bantam Creek LLC
**Terry Dorris**
**Registered Agent**
4712 Lakeside Drive
Colleyville, TX 76034

Charles S. Stack
P.O. Box 9403
Jackson, MS 39286

Alice Margaret Holmes Woods
2031 North 20th Street
Omaha, NE 68110-2305

Bobbie Louise Richburg
14963 Via Violetta
Lake Elsinore, CA 92530-6983

The Bruce Lee Hooks Family Trust
c/o Sarah Regina Hooks
6241 Verdura Avenue
Long Beach, CA 90805

The Bruce Lee Hooks Family Trust
c/o Sarah Regina Hooks
6241 Verdura Avenue
Long Beach, CA 90805

Chiquita L. Jackson Stratford
2031 North 20th Street
Omaha, NE 68110

Constance M. Holmes Hale
215 Washington Street
Cantonment, FL 32533

The Bruce Lee Hooks Family Trust
c/o Deloria Lasha Hooks
6241 Verdura Avenue
Long Beach, CA 90805

Dorthea Janet Fitten
7 Viper Court
Hampton, VA 23666

Felita F. Holmes Hill
704 Hanley Downs Drive
Cantonment, FL 32533

Johnnie Mae Holmes Ellington
3403 Lafayette Avenue
Omaha, NE 68131

Johnnie Earl Richburg
14963 Via Violetta
Lake Elsinore, CA 92530-6983

Ed L. Dunn
5886 Dunridge Drive
Milton, FL 32571

Marita B. Snyder
4221 Lorraine Avenue
Dallas, TX 75205

Julia Blair
18264 Brooklyn Road
Evergreen, AL 36401

Susan Blair
18264 Brooklyn Road
Evergreen, AL 36401

Terry A. Fincher
Nelly Burns
1682 2nd Street
Arcadia, LA 71001

Joyce Eveler
3503 RT Z
Centertown, MO 65023

Shirley Andrews
1506 Notting Hill Drive
Jefferson City, MO 65109

Norman B. Gillis III
P.O. Box 330218
Nashville, TN 37203

Mary Beth Steiferman
417 LaDue Road
Jefferson City, MO 65109

US DOI Bureau of Land Management
Wyoming State Office
ATTN: Chris Hite
5353 Yellowstone Road
Cheyenne, WY 82009

Curt Schommer
357 Castile Lane
Turlock, CA 95382

Desoto Natural Resources
Desoto Drive
P.O. Box 2767
Long Beach, CA 90801

Desoto Natural Resources
**David Combs**
**Registered Agent**
3275 Cherry Avenue
Long Beach, CA 90807

Paul Wimberley
13918 Keel Avenue
Corpus Christi, TX 78418

Nathan H. Williams
Myra Nell
27524 Military Road
Angie, LA 70426

Joseph B. Bramlette Testamentary Trust
c/o Regions Bank, Trustee
P.O. Box 2020
Tyler, TX 75710

Wanda S. Lee
3273 Forest Service Road
304 West
Broaddus, TX 75929

Bodcaw 3-D LLC
P.O. Box 1689
Ruston, LA 71273-1689

Bodcaw 3-D LLC
**Stephen Smith**
**Registered Agent**
111 Killgore Road
Ruston, LA 71270

Bodcaw 3-D LLC
c/o Stephen O. Smith
P.O. Box 1689
Ruston, LA 71270

Opal Annette Scott Hendricks
5909 Hall Road
Jay, FL 32565

WR Hendricks Trustee
Opal Scott Hendricks, as Trustee
5909 Hall Road
Jay, FL 32565

Billy Garfield Scott
4309 Highway 4
Jay, FL 32565

Northstar Producing I, Ltd.
c/o Terry Stanislov
12 Granadilla
Boerne, TX 78006

3

Northstar Producing I, Ltd.
c/o Terry Stanislov
1681 River Road
Apt. 3108
Boerne, TX 78006

Northstar Producing I, Ltd.
**Terry Stanislar**
**Registered Agent**
204 Cross Creek Drive
Bossier City, LA 71111

Seitel Data, Ltd.
c/o Clark Hill Strasburger
720 Brazos Street
Suite 700
Austin, TX 78701

Seitel Data, Ltd.
Wayne Wheeler, Senior VP
1A West Bronze Lane
Bryan, TX 77807-9701

Seitel Data, Ltd.
600 17th Street
Suite 2800 South
Denver, CO 80202-5428

Seitel Data, Ltd.
ATTN: Legal Department
10811 South Westview Circle Drive
Suite 100, Building C
Houston, TX 77043-2749

Mae Adele Tait Sharp
10972 North 59th Street East
Wagoner, OK 74467

Margaret Long
26214 Garrett Lane
Orange Beach, AL 36561

Donald and Rachel Hendricks
6093 Finlay Road
Jay, FL 32565

Donald and Rachel Hendricks
6093 Finlay Road
Jay, FL 32565

Betty Sumrall
27590 Military Road
Angie, LA 70426

Ella Ruth Holmes Gant
P.O. Box 10766
Pensacola, FL 32524

Katherine Holmes Straughn
5003 Damascus Road
Brewton, AL 36426

Richard D. Holmes
1707 Johnsville Circle
Castleberry, AL 36432

Reelice Holmes
838 East 118th Place
Los Angeles, CA 90059

LCJ Resources LLC
c/o Eric Terry Law PLLC
3511 Broadway
San Antonio, TX 78209

LCJ Resources LLC
**Stephen B. Wilde**
**Registered Agent**
1250 NE Loop 410
Suite 333
San Antonio, TX 78209-1500

Jerrie Ann Calhoun
117 Timberidge
Liberty, TX 77575

Double Pine Investments Ltd.
4851 LBJ Freeway
Suite 210
Dallas, TX 75244

4

Double Pine Investments Ltd.
**W.R. (Trey) Sibley III**
**Registered Agent**
1700 Pacific Avenue
Suite 4700
Dallas, TX 75201-4670

Delta S Ventures LP
615 Longview Drive
Sugar Land, TX 77478-3728

Delta S Ventures LP
615 Longview Drive
Sugar Land, TX 77478-3728

Delta S Ventures LP
615 Longview Drive
Sugar Land, TX 77478-3728

Delta S Ventures LP
**Robert C. Rhodes**
**Registered Agent**
P.O. Box 260
Stafford, TX 77497

Michele Walters McCammon
1554 Creek Mill Trace
Lawrenceville, GA 30044

Hattie Mae Holmes Ball
5948 Plat Place
Centerville, IL 62203-0000

Seitel Data Ltd.
c/o Clark Hill Strasburger
720 Brazos Street
Suite 700
Austin, TX 78701

Seitel Data Ltd.
10811 South Westview Circle
Building C, Suite 100
Houston, TX 77043

Seitel Data Ltd.
**CT Corporation System**
**Registered Agent**
1999 Bryan Street
Suite 900
Dallas, TX 75201

Claudie M. Holme Modley
1160 Hawthorne Drive
Pensacola, FL 32507-0000

Pamela D. Holmes Banks
7905 Kershaw Street
Pensacola, FL 32534-4239

Tiffannie Richardson Edwards
144 Downs Lane
Brewton, AL 36436

TCP Cottonwood LP
c/o Kean Miller LLP
ATTN: J. Eric Lockridge
400 Convention Street
Suite 700
Baton Rouge, LA 70802

TCP Cottonwood LP
333 Texas Street
Suite 2020
Shreveport, LA 71101

TCP Cottonwood LP
**CT Corporation System**
**Registered Agent**
7700 East Arapahoe Road
Suite 220
Centennial, CO 80112

Nora Lee Patterson
1514 North 104th Plaza
Apt. 131
Omaha, NE 68114

Robert E. King Family LLC
6702 Gilbert Drive
Shreveport, LA 71106

5

Tara Rudman Revocable Trust
8150 North Central Expressway
10th Floor
Dallas, TX 75206

Tara Rudman Revocable Trust
Tara Rudman, Trustee
5910 North Central Expressway
Suite 1662
Dallas, TX 75206-0965

The Estate of Wolfe E. Rudman
8150 North Central Expressway
10th Floor
Dallas, TX 75206

Veronica R. Holmes
1160 Hawthorn Drive
Pensacola, FL 32507

Veronica R. Holmes
1160 Hawthorn Drive
Pensacola, FL 32507

Eveline R. Nobley
2611 Wildwood Street
New Caney, TX 77357-0000

Jennifer J. Nobley
2101 Winding Springs Drive
League City, TX 77573

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Stoneham Drilling Corporation
(Representative: Heather Stickel)
c/o James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Mesa Fluids, LLC
(Representative: Aaron W. Merrell)
1669 South 580 East
American Fork, UT 84057

TCP Cottonwood, L.P.
(Representative: Kyle C. McInnis)
c/o Eric Lockridge
400 Convention Street
Suite 700
Baton Rouge, LA 70801

Rapad Well Service Company, Inc.
(Representative: Chesley James)
c/o Jeremy Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203-4642

Kelley Brothers Contractors, Inc.
(Representative: Jerry Kelley)
401 County Farm Road
Waynesboro, MS 39367

Baker Hughes Company
(Representative: Christopher J. Ryan)
2001 Rankin Road
Houston, TX 77073

Timothy C. Mohan, Esq.
Foley & Lardner, LLP
600 17th Street
Suite 2020 South
Denver, CO 80202

J. Eric Lockridge, Esq.
Kean Miller LLP
400 Convention Street
Suite 700
P.O. Box 3513
Baton Rouge, LA 70802

Craig K. Schuenemann, Esq.
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80203

6

Giovanni M. Ruscitti, Esq.
Berg Hill Greenleaf Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302

Bryce A. Suzuki, Esq.
Bryan Cave Leighton Paisner, LLP
Two North Central Avenue
Suite 2100
Phoenix, AZ 85004-4406

James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Timothy M. Riley, Esq.
Hopping Green & Sams, P.A.
P.O. Box 6526
Tallahassee, FL 32314

Michel D. Rubenstein, Esq.
Liskow & Lewis
1001 Fannin Street
Suite 1800
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos
Suite 700
Austin, TX 78701

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, P.C.
999 18th Street
Suite 1230 South
Denver, CO 80202

Robert L. Paddock, Esq.
Buck Keenan LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Jeremy L. Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203

Matthew J. Ochs, Esq.
Holland & Hart, LLP
555 Seventeenth Street
Suite 3200
P.O. Box 8749
Denver, CO 80201-8749

Shay L. Denning, Esq.
Thomas H. Shipps, Esq.
Maynes, Bradford, Shipps & Sheftel, LLP
835 East Second Avenue
Suite 123
Durango, CO 81301

Robert Padjen, Esq.
Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202-1486

Joseph E. Bain, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Madison Tucker, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, Louisiana 70170

Barnet B. Skelton, Jr., Esq.
815 Walker
Suite 1502
Houston, TX 77002

Amy L. Vazquez, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams, LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Christopher H. Meredith, Esq.
Copeland Cook Taylor & Bush, P.A.
1076 Highland Colony Parkway
600 Concourse, Suite 200
P.O. Box 6020
Ridgeland, Mississippi 39158-6020

Michael L. Niles, Esq.
Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Victoria Argeroplos, Esq.
Jackson Walker LLP
1401 McKinney Street
Suite 1900
Houston, TX 77010

David R. Taggart, Esq.
Bradley Murchison Kelly & Shea, LLC
401 Edwards Street
Suite 1000
Shreveport, Louisiana 71101

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
P.O Box 22260
Shreveport, Louisiana 71120-2260

Paul H. Stephenson III, Esq.
Jim F. Spencer, Jr., Esq.
Watkins & Eager, PLLC
P.O. Box 650
Jackson, Mississippi 39205

John D. Cornwell, Esq.
Grant M. Beiner, Esq.
Munsch Hardt Kopf & Harr, P.C.
700 Milam Street
Suite 2700
Houston, TX 77002

Christopher D. Johnson, Esq.
Diamond McCarthy, LLP
909 Fannin Street
Suite 3700
Houston, TX 77010

Michael J. Guyerson, Esq.
Buechler Law Office, LLC
999 18th Street
Suite 1230 South
Denver, CO 80202

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
Shreveport, Louisiana 71120-2260

Robert L. Paddock, Esq.
Buck Keenan, LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

8

Ryan M. Seidemann, Esq.
Assistant Attorney General
Civil Division/Lands and Natural Resources
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005

David M. Miller, Esq.
Spencer Fane LLP
1700 Lincoln Street
Suite 2000
Denver, CO 80203

Jennifer J. Hardy, Esq.
Willkie Farr & Gallagher, LLP
600 Travis Street
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos Street
Suite 700
Austin, TX 78701

Andrew G. Edson, Esq.
Clark Hill Strasburger
901 Main Street
Suite 6000
Dallas, TX 75202

Craig M. Geno, Esq.
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157

Christopher H. Meredith, Esq.
Glenn Gates Taylor, Esq.
Copeland Cook Taylor & Bush, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Curtis R. Shelton, Esq.
Jennifer Norris Soto, Esq.
Ayres Shelton Williams Benson & Paine, LLC
333 Texas Street, Suite 1400
P.O. Box 1764
Shreveport, Louisiana 71166

Armistead M. Long, Esq.
Gordon Arata Montgomery Barnett
McCollam Duplantis & Eagan, LLC
400 East Kaliste Saloon Road
Suite 4200
Lafayette, Louisiana 70508

Ryan J. Lorenz, Esq.
Clark Hill PLC
14850 North Scottsdale Road
Suite 500
Scottsdale, Arizona 85254

Brian G. Rich, Esq.
Michael J. Niles, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Katherine A. Ross, Esq.
U.S. Attorney's Office for the
  District of Colorado
Assistant United States Attorney
1801 California Street
Suite 1600
Denver, CO 80202

Ryco Exploration, LLC
401 Edwards Street
Suite 915
Shreveport, LA 71101
ATTN: M. Robin Smith

Ryco Exploration, LLC
40 Golf Club Drive
Haughton, LA 71037
ATTN: M. Robin Smith

9

Stephen K. Lecholop II, Esq.
Rosenthal Pauerstein, Esq.
Sandoloski Agather LLP
755 East Mulberry
Suite 200
San Antonio, TX 78212

Katherine Guidry Douthitt, Esq.
Blanchard Walker O'Quin & Roberts
P.O. Box 1126
Shreveport, Louisiana 71163

Andrew J. Shaver, Esq.
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Theodore J. Hartl, Esq.
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202-5596

John H. Smith
Quitman Tank Solutions, LLC
P.O. Box 90
Quitman, MS 39355

Belinda Harrison
58 County Road 5033
Heidelberg, MS 39439

Casey C. Breese, Esq.
Welborn Sullivan Meck & Tooley, P.C.
1125 17th Street
Suite 2200 South
Denver, CO 80202

Jeff Carruth, Esq.
Weycer Kaplan Pulaski & Zuber, P.C.
11 Greenway Plaza
Suite 1400
Houston, TX 77046

Michael E. Riddick, Esq.
Katherine Guidry Douthill, Esq.
Blanchard Walker O'Quin & Roberts, P.C.
333 Texas Street
Regions Tower
Suite 700
Shreveport, Louisiana 71101

Chris Crowley, Esq.
Feldmann Nagel Cantafio, PLLC
1875 Lawrence Street
Suite 730
Denver, CO 80202

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
Suite 600
Denver, CO 80206

Adam L. Hirsch, Esq.
Davis Graham & Stubbs LLP
1550 Seventeenth Street
Suite 500
Denver, CO 80202

Elizabeth Weller, Esq.
Linebarger Goggan Blair and Sampson, LLP
2777 North Stemmons Freeway
Suite 1000
Dallas, TX 75207

P. Matthew Cox, Esq.
Snow Christensen & Martineau
10 Exchange Place, Eleventh Floor
P.O. Box 45000
Salt Lake City, UT 84111

Michael L. Schuster, Esq.
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202-5596

10

Deirdre Carey Brown, Esq.
Forshey & Prostok LLP
1990 Post Oak Blvd.
Suite 2400
Houston, TX 77056

Nex Tier Completion Solutions, Inc.
c/o Allen Bryson, PLLC
1920 McKinney Avenue
7th Floor
Dallas, Texas 75201

Mario A. Lamar, Esq.
Allen Bryson PLLC
1920 McKinney Avenue
7th Floor
Dallas, TX 75201

John H. Bernstein, Esq.
Kutak Rock LLP
1801 California Street
Suite 3000
Denver, CO 80202

Laurie A. Spindler, Esq.
Linebarger Goggan Blair & Sampson, LLP
2777 North Stemmons Freeway
Suite 1000
Dallas, TX 75207

Daniel L. Bray, Esq.
1801 Wewatta Street
Suite 1000
Denver, CO 80202

The Juneau Group
2386A Rice Blvd.
Suite 232
Houston, TX 77005

Tyler Lee Weidlich, Esq.
Beatty & Wozniak, P.C.
1675 Broadway Street
Suite 600
Denver, CO 80202

Florence Bonaccorso-Saenz, Esq.
617 North Third Street
Baton Rouge, LA 70802

J. Marshall Jones
920 Arapahoe
Louisville, CO 80027

David W. Hall
482 Merritt Road
Benton, LA 71006

Joseph D. DeGiorgio, Esq.
David W. Drake, Esq.
Barrett Frappier Weisserman, LLP
1391 North Speer Blvd.
Suite 700
Denver, CO 80204

Brent R. Cohen, Esq.
Lewis Roca Rothgerber Christie LLP
1601 19th Street
Suite 1000
Denver, CO 80202

John Childers, Esq.
8150 North Central Expressway
10th Floor
Dallas, TX 75206

Epiq Systems
757 Third Avenue
3rd Floor
New York, NY 10017

Jeffrey R. Barber, Esq.
Jones Walker LLP
P.O. Box 427
1901 East Capitol Street
Suite 800
Jackson, MS 39205-0427

Benjamin Young Ford, Esq.
Armbrecht Jackson
P.O. Box 290
Mobile, AL 36601

Kelsey James Buechler, Esq.
999 18th Street
Suite 1230 South
Denver, CO 80202

**/s/Vicky Martina**
**Vicky Martina**
**Kutner Brinen Dickey Riley PC**

12