# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>**SKLAR EXPLORATION COMPANY, LLC,** *et al.*,[1]<br><br>　　　　　　　**Reorganized Debtors.** | Case No. 20-12377-EEB<br><br>Chapter 11<br><br>**(Jointly Administered)** |
| **THOMAS M. KIM, CREDITOR TRUSTEE,**<br><br>　　　　　　　**Plaintiff,**<br>　v.<br><br>**CSI COMPRESSCO OPERATING, LLC,**<br><br>　　　　　　　**Defendant.** | Adv. No. 22-10601-EEB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF CSI COMPRESSCO OPERATING, LLC PURSUANT TO FED. R. BANKR. P. 2002 AND 9010**

Pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned counsel enters an appearance for CSI Compressco Operating, LLC ("CSI"), and requests that copies of all pleadings, motions, notices, and other papers, filed or served, in this proceeding, be served upon the undersigned counsel for CSI at the following street addresses, e-mail addresses, or facsimile numbers:

| | |
|---|---|
| Louis M. Grossman<br>CO Bar No. 48374<br>KEAN MILLER LLP<br>First Bank and Trust Tower<br>909 Poydras Street, Suite 3600<br>New Orleans, LA 70112<br>Telephone : (504) 585-3050<br>Facsimile : (504) 585-3051<br>Email: Louis.Grossman@KeanMiller.com | Lloyd A. Lim<br>TX Bar No. 24056871<br>Rachel T. Kubanda<br>TX Bar No. 24093258<br>KEAN MILLER LLP<br>711 Louisiana Street, Suite 1800<br>Houston, Texas 77002<br>Phone: (713) 844-3000<br>Email: Lloyd.Lim@KeanMiller.com<br>Email: Rachel.Kubanda@KeanMiller.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Sklar Exploration Company, LLC (7930) and Sklarco, LLC (5432).

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, and answers, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive CSI's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy, or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which CSI is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[*Remainder of Page Left Blank Intentionally.*]

Dated: April 14, 2022

                                            Respectfully submitted:

By:   *Louis M. Grossman*
      Louis M. Grossman
      CO Bar No. 48374
      KEAN MILLER LLP
      First Bank and Trust Tower
      909 Poydras Street, Suite 3600
      New Orleans, LA 70112
      Telephone : (504) 585-3050
      Facsimile : (504 585-3051)
      Email: Louis.Grossman@KeanMiller.com

*and*

Lloyd A. Lim
TX Bar No. 24056871
Rachel T. Kubanda
TX Bar No. 24093258
KEAN MILLER LLP
711 Louisiana Street, Suite 1800
Houston, Texas 77002
Phone: (713) 844-3000
Email: Lloyd.Lim@KeanMiller.com
Email: Rachel.Kubanda@KeanMiller.com

**COUNSEL TO CSI COMPRESSCO OPERATING, LLC**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that, on April 14, 2022, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered ECF users appearing in the case.

                                            *Louis M. Grossman*
                                            Louis M. Grossman