UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

**STIPULATION BY AND BETWEEN SKLAR EXPLORATION COMPANY, LLC AND LOUISIANA TOWER OPERATING, LLC RESOLVING NOTICE OF DEFAULT PURSUANT TO §§ 8.17 AND 11.2 OF CONFIRMED CHAPTER 11 PLAN**

The Reorganized Debtor, Sklar Exploration Company, LLC ("SEC" or "Debtor"), and Louisiana Tower Operating, LLC ("LTO"), by and through their undersigned attorneys, state their Stipulation Resolving Notice of Default Pursuant to §§ 8.17 and 11.2 of Confirmed Chapter 11 Planas follows:

1. The Reorganized Debtor filed its voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code on April 1, 2020. The Debtor's *Second Amended and Restated Joint Plan of Reorganization* ("Plan") (Docket No. 1251) was confirmed on August 24, 2021 and became effective on September 7, 2021.

2. On October 21, 2021, LTO filed its *Motion to Allow Administrative Expense Claim* (Docket No. 1482), seeking allowance and payment of an administrative expense claim for certain unpaid post-petition rent for SEC's offices located in Shreveport, Louisiana. The Court entered an Order granting the Motion on November 19, 2021 (Docket No. 1542).

3. On March 7, 2022, LTO filed its *Notice of Default Pursuant to §§ 8.17 and 11.2 of Confirmed Chapter 11 Plan* (Docket No. 1653) ("Notice of Default"), asserting default under the Plan for non-payment of LTO's administrative expense claim. SEC timely filed its *Response to Notice of Default* on March 18, 2022, asserting that it had remitted payment for the unpaid rent, although a portion of the funds were remitted to the new owner of the building. LTO filed its reply on March 29, 2022, disputing SEC's purported cure of the Notice of Default. A hearing is

scheduled for April 15, 2022.

4. To avoid the time and expense of further litigation over the *Notice of Default Pursuant to §§ 8.17 and 11.2 of Confirmed Chapter 11 Plan* (Docket No. 1653), SEC and LTO stipulate and agree as follows:

   a. Funds in the amount of $27,732.66 were remitted to LTO via two cashiers' checks delivered to counsel for LTO on March 22, 2022 and April 5, 2022 (the "Initial Payments");

   b. Funds in the amount of $38,386.90, consisting of $36,986.90 owed for unpaid rent and charges in accordance with the Notice of Default, and an additional $1,400 for attorney fees, shall be paid to LTO on or before April 29, 2022, whether by remittance of funds from the purchaser, or by the Debtor, or some combination thereof;

   c. In the event that $38,386.90 is not actually received by LTO on or before April 29, 2022, SEC stipulates to entry of judgment in favor of LTO in the amount of $38,386.90 (less any additional amounts actually received by LTO other than the Initial Payments), with post-judgment interest in the amount of 12% per annum, and additional attorneys' fees and costs of collection, upon filing of a further notice by LTO. Such notice shall be filed no earlier than May 2, 2022, and SEC shall not contest the entry of judgment under this Stipulation.

   d. In the event that LTO receives all sums due under this Stipulation on or before April 29, 2022, the Notice of Default shall be deemed withdrawn.

   e. For the avoidance of doubt, LTO does not waive, withdraw, or release the Notice of Default at this time, but is forebearing from exercising its rights and remedies pending SEC's compliance with this Stipulation. LTO reserves all rights and remedies under the Plan and applicable law.

WHEREFORE, Sklar Exploration Company, LLC and Louisiana Towers Operating, LLC pray the Court make and enter an Order approving this Stipulation, vacating the hearing on the Notice of Default set for April 15, 2022, and for such further and additional relief as to the Court may appear just and proper.

Dated: April 14, 2022

Respectfully submitted,

By: /s/ *Keri L. Riley*
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY**
1660 Lincoln Street, Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
E-Mail: klr@kutnerlaw.com

*Counsel for Sklar Exploration Company, LLC*

**BALLARD SPAHR LLP**

By: /s/ *Theodore J. Hartl*
Theodore J. Hartl, #32409
1225 17th Street, Suite 2300
Denver, CO, 80202-5596
Telephone: (303) 232-2400
Facsimile: (303) 296-3956
Email: hartlt@ballardspahr.com

*Counsel for Louisiana Tower Operating, LLC*

3