UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
|   Debtor. | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
|   Debtor. | ) | |

**ORDER APPROVING STIPULATION BY AND BETWEEN SKLAR EXPLORATION COMPANY, LLC AND LOUISIANA TOWER OPERATING, LLC RESOLVING NOTICE OF DEFAULT PURSUANT TO §§ 8.17 AND 11.2 OF CONFIRMED CHAPTER 11 PLAN**

THIS MATTER, having come before the Court on the *Stipulation By and Between Sklar Exploration Company, LLC and Louisiana Towers Operating, LLC Resolving Notice of Default Pursuant to §§ 8.17 and 11.2 of Confirmed Chapter 11 Plan* ("Stipulation"), the Court having reviewed the Stipulation, being fully advised in the premises, and finding good cause for granting the requested relief, does hereby

ORDER

The Stipulation is APPROVED. The hearing on the *Notice of Default Pursuant to §§ 8.17 and 11.2 of Confirmed Chapter 11 Plan* (Docket No. 1653) set for April 15, 2022 at 10:00 a.m. is hereby VACATED.

DONE and entered this 14th day of April, 2022 at Denver, Colorado.

*/s/ Elizabeth E. Brown*
Honorable Elizabeth E. Brown
United States Bankruptcy Judge

1