UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| Debtor. | ) | |

**AMENDED STIPULATION TO CLAIM AMOUNT FOR FPCC USA, INC.**

The Reorganized Debtor, Sklar Exploration Company, LLC ("SEC" or "Debtor"), FPCC USA, LLC ("FPCC"), and the Sklar Creditor Trust, by and through their undersigned attorneys, state their Stipulation to Claim Amount of FPCC USA, LLC as follows:

1.      The Reorganized Debtor filed its voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code on April 1, 2020.  The Debtor's *Second Amended and Restated Joint Plan of Reorganization* ("Plan") (Docket No. 1251) was confirmed on August 24, 2021 and became effective on September 7, 2021.

2.      FPCC filed Claim No. 174, asserting a claim in the amount of $544,640.15, comprised of the following amounts:

Cash Call Advances: $351,399.63

Unpaid Revenues: $176,064.08

Joint Interest Billing Payments: $17,176.44

3.      During the course of SEC's bankruptcy case, FPCC withheld joint interest billing payments ("JIBs") owed to SEC in the amount of $176,064.08 and asserted a right of recoupment with respect to its claim for unpaid revenue.

4.      After confirmation of the Plan, SEC and FPCC reached an agreement with respect to the payment of previously withheld JIBs and the treatment of its claim for unpaid revenue.

5.      The Debtor and FPCC further stipulate and agree that the amount of FPCC's claim for unpaid revenue shall be reduced to $140,851.26, resulting in a total allowed unsecured claim in the amount of $509,427.33.

{HD122151.1}                                      1

DATED: April 15, 2022

Respectfully submitted,

By: ___ */s/ Keri L. Riley* _____
    Keri L. Riley, #47605
    **KUTNER BRINEN DICKEY RILEY, P.C.**
    1660 Lincoln St., Suite 1720
    Denver, CO 80264
    Telephone: (303) 832-2400
    E-Mail: klr@kutnerlaw.com

*Attorneys for Sklar Exploration Company, LLC*

By: ___ */s/ Joseph E. Bain* _____
    Joseph E. Bain
    **JONES WALKER LLP**
    811 Main Street, Ste. 2900
    Houston, Texas 77002
    Tel: 713-437-1800
    Fax: 713-437-1801
    Email: jbain@joneswalker.com

    -and-

    Madison M. Tucker
    **JONES WALKER LLP**
    201 St. Charles Avenue
    New Orleans, Louisiana 70170-5100
    Tel: 504-582-8000
    Fax: 504-589-8261
    Email: mtucker@joneswalker.com

    *Attorneys for FPCC USA, Inc.*

By: /s/ Christopher D. Johnson
Christopher D. Johnson Texas Bar No. 24012913
Stephen T. Loden Texas Bar No. 24002489
**DIAMOND MCCARTHY LLP**
909 Fannin Street, Suite 3700
Houston, Texas 77010
Tel. (713) 333-5134
Email: chris.johnson@diamondmccarthy.com
steve.loden@diamondmccarthy.com
ATTORNEYS FOR THOMAS M. KIM,
TRUSTEE OF SKLAR CREDITOR TRUST