# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br><br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>SKLARCO, LLC,<br><br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under Case No. 20-12377 EEB** |

## NOTICE OF HEARING ON DISCOVERY DISPUTE

PLEASE TAKE NOTICE that a hearing on the ongoing discovery dispute between the East-West Bank and CTM 2005, LTD., will be held on **Thursday, April 21, 2022, at 2:15 p.m. in Courtroom F**, United States Bankruptcy Court, U. S. Custom House, 721 19th Street, Denver, Colorado 80202.

The parties shall follow the procedures (including, but not limited to, the deadline to file a pre-hearing report **(due Monday, April 18, 2022),** prior to the hearing set) set forth on the court's website in the Courtroom Procedures section under "Expedited Discovery Dispute Procedures" at http://www.cob.uscourts.gov/content/judge-elizabeth-e-brown-eeb.

Parties shall appear telephonically and shall call the Court prior to the hearing at 1-888-684-8852. The meeting access code is **345 4024** followed by the # sign. Please state your name clearly. Please stay on the line until the court operator takes the roll call and the hearing begins. **The Court will not contact parties by telephone. If a party has not called in to the conference line or is not present in court, it will be deemed a failure to appear, and be subject to imposition of sanctions as appropriate.**

DATED this 15th day of April, 2022.

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, Bankruptcy Judge