# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br>EIN:  72-1417930<br><br>    Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| SKLARCO, LLC,<br>EIN:  72-1425432<br><br>    Debtor. | Case No. 20-12380-EEB<br><br>Chapter 11 |

## EAST WEST BANK'S REPORT REGARDING
## DISCOVERY DISPUTE WITH THE RUDMAN PARTIES

Secured creditor, East West Bank, a California state banking corporation ("EWB"), in its capacity as a lender and the administrative agent under the Credit Agreement dated June 15, 2018, hereby files its report regarding the unresolved discovery dispute with Rudman Partnership, CTM 2005, Ltd., and MER Energy, Ltd. (collectively, the "Rudman Parties"), and respectfully represents as follows:

1. The discovery dispute relates to the pending contested matter on the *Application of the Rudman Partnership, CTM 2005, Ltd., and MER Energy, Ltd for Allowance of Administrative Expenses under 11 U.S.C. § 503(b)(3)(D) for Substantial Contribution to These Chapter 11 Cases*, filed on October 22, 2021 [ECF No. 1493] (the "Application"), and the various objections thereto.

2. On March 1, 2022, the Court held an initial hearing on the Application and objections. At the conclusion of the hearing, the Court ordered the Rudman Parties to file, by March 18, 2022, revised time records consistent with the usual requirements for law firms seeking professional compensation from the estate. [ECF No. 1644]

4868-7670-0444

3. On March 18, 2022, the Rudman Parties filed the so-called *Response of the Rudman Partnership, CTM 2005, Ltd., and MER Energy, Ltd to Minute Order Regarding the Filing of Revised Invoices* [ECF No. 1658] (the "Response"). The Response effectively re-submitted the same billing records without the Court-ordered revisions to the time records or any additional disclosures under Fed. R. Bankr. P. 2016. EWB filed an objection to the Response. [ECF No. 1734]

4. On March 30, 2022, EWB served written discovery requests on the Rudman Parties, including CTM. The written discovery requests have a response and document production deadline of April 29, 2022. The current discovery cutoff is May 6, 2022.

5. On April 12, 2022, following multiple communications regarding the scheduling of depositions, EWB filed its notice of Rule 30(b)(6) deposition of CTM 2005, Ltd. ("CTM") for May 5, 2022, or on such other date or time as may be agreed by the parties or ordered by the Court. Counsel for the Rudman Parties has refused to schedule a time for CTM's deposition, or to have CTM appear for a deposition at all, on the basis that CTM's financial stake in the contested matter is allegedly "small."

6. EWB has offered to conduct CTM's deposition by Zoom or similar videoconferencing technology, and to limit the deposition to 2.5 hours.

DATED this 18th day of April, 2022.

          SNELL & WILMER L.L.P.

By: */s/ Bryce A. Suzuki*
    Bryce A. Suzuki
    One Arizona Center
    400 E. Van Buren, Suite 1900
    Phoenix, Arizona 85004-2202
    Phone: 602-382-6000
    Email: bsuzuki@swlaw.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this 18th day of April 2022, a copy of the foregoing document was filed via ECF and was served by electronic transmission to all registered ECF users appearing in this case.

<em>/s/ Bryce A. Suzuki</em>