**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SKLAR EXPLORATION COMPANY, LLC ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 ) | |
| ) | Chapter 11 |
| Debtor-in-Possession. ) | |
| ) | |
| ) | |
| IN RE: ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | |
| ) | Chapter 11 |
| ) | |
| ) | |
| Debtor-in-Possession. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I certify that on April 5, 2022, I served a complete copy of the **OMNIBUS OBJECTION TO CLAIMS FILED BY FORD MOTOR COMPANY, LLC AND NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF OMNIBUS OBJECTION TO CLAIMS FILED BY FORD MOTOR COMPANY, LLC; OBJECTION TO CLAIMS FILED BY ALLY BANK AND NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF OBJECTION TO CLAIMS FILED BY ALLY BANK; OMNIBUS MOTION TO DISALLOW CLAIMS PURSUANT TO 11 U.S.C. SECTION 502(d) AND NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF OMNIBUS MOTION TO DISALLOW CLAIMS PURSUANT TO 11 U.S.C. SECTION 502(d); OBJECTION TO CLAIMS FILED BY VINCENT ZITO AND NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF OBJECTION TO CLAIMS FILED BY VINCENT ZITO; OMNIBUS OBJECTION TO CLAIM AMOUNTS AND NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF OMNIBUS OBJECTION TO CLAIM AMOUNTS; OBJECTION TO CLAIMS FILED BY BETTYE LACOUR AND NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF OBJECTION TO CLAIMS FILED BY BETTYE LACOUR; OBJECTION TO CLAIMS FILED BY STATE OF ALABAMA DEPARTMENT OF REVENUE AND NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF OBJECTION TO CLAIMS FILED BY STATE OF ALABAMA DEPARTMENT OF REVENUE; OBJECTION TO CLAIMS FILED BY ROOSTH 806, LTD. AND NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF OBJECTION TO CLAIMS FILED BY ROOSTH 806, LTD.; AND OBJECTION TO CLAIMS FILED BY COMPLETE ENVIRONMENTAL AND REMEDIATION, LLC AND NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF OBJECTION TO CLAIMS FILED BY COMPLETE ENVIRONMENTAL**

**AND REMEDIATION, LLC** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Sklar Exploration Company, LLC
Sklarco, LLC
5395 Pearl Parkway
Suite 200
Boulder, CO 80301

/s/Vicky Martina
**Vicky Martina**
**Kutner Brinen Dickey Riley PC**