# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11 |
| | **Joint Administered Under<br>Case No. 20-12377 EEB** |

## *CTM 2005, Ltd's* REPORT OF DISCOVERY DISPUTE
## PURSUANT TO THE COURT'S EXPEDITED DISCOVERY DISPUTE PROCEDURES

CTM 2005, Ltd. ("CTM") hereby files its Report regarding an unresolved discovery dispute with East West Bank, and respectfully represents as follows:

1. CTM is one of three Movants in the *Application of the Rudman Partnership, CTM 2005, Ltd., and MER Energy, Ltd for Allowance of Administrative Expenses under 11 U.S.C. § 503(b)(3)(D) for Substantial Contribution to These Chapter 11 Cases*, filed on October 22, 2021 [ECF No. 1493] (the "Application").

2. At the initial hearing on the Application, the Court expressed concern about discovery costs in view of the relatively modest amounts being sought. Of the total amount in controversy, CTM's share of fees and expenses is about 2%, but by any standard, nominal. Yet East West Bank ("EWB") doggedly seeks from CTM, in addition to Interrogatories and Requests for Production related to all aspects of legal representations since the filing of the bankruptcy cases, the deposition of its designated corporate representative on May 5, 2022. *See* Notice of

Deposition of CTM 2005, LTD. Pursuant to Fed. R. Bankr. P. 7030, 9014, and Fed R. Civ. P. 30(b)(6) (April 12, 2022) (Doc.#1757).

      3.      The Rudman Partnership and Barnet B. Skelton, Jr. have already agreed to appear for deposition by EWB. These two depositions, plus the responses to the Interrogatories and Requests for Production should provide ample information to satisfy any truly legitimate discovery needs of EWB. The cost of preparing for and attending this deposition and responding to the paper discovery will outweigh the maximum potential recovery for CTM. For this reason, depositions of CTM (and MER Energy, Ltd., who likewise had a nominal share of the billings) should not be allowed.

Dated this 18th day of April, 2022.

                Respectfully submitted

**Maynes, Bradford, Shipps & Sheftel, LLP**

*/s/ Thomas H. Shipps*
Thomas H. Shipps

Maynes, Bradford, Shipps & Sheftel, LLP
835 E. Second Ave., Suite 123
Durango, CO 81301
Telephone: (970) 247-1755
Facsimile: (970) 247-8827
Email: tshipps@mbssllp.com;

and

*/s/ Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.
Attorney at Law
815 Walker, Suite 1502
Houston, TX 77002
Telephone: (713) 516-7450
Facsimile: (713) 659-8764
Email: barnetbjr@msn.com

Counsel for Movants

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on April 18, 2022, the foregoing instrument was electronically filed and served via email on East West Bank's counsel and via CM/ECF on all attorneys and parties identified with the Court for electronic service on the record in this case, who were served by electronic service in accordance with the CM/ECF system on the date of filing

/s/ *Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.