# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930<br><br>          Debtor-in-Possession. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| IN RE:<br><br>SKLARCO, LLC<br>EIN: 72-1425432<br><br>          Debtor-in-Possession. | Case No. 20-12380-EEB<br><br>Chapter 11 |

**AMENDED NOTICE OF OMNIBUS OBJECTION TO UNKNOWN, CONTINGENT, UNLIQUIDATED, OR $0 CLAIMS**
**OBJECTION DEADLINE: MAY 20, 2022**

**YOU ARE HEREBY NOTIFIED** that the Debtors have filed with the Court an Omnibus Objection to Unknown, Contingent, Unliquidated, or $0 Claims and requests the following relief: disallowance and expungement of claims filed in one or both of the Debtors' cases from which the amount of such claim cannot be determined, and that the Debtors' books and records reflect that no amount is owed to such creditors. A copy of the pleading is included with this notice, with a full listing of claims attached as Exhibit A.

If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: April 14, 2022                     Respectfully submitted,

                                          By: /s/ Keri L. Riley
                                            Keri L. Riley, #47605
                                            **KUTNER BRINEN DICKEY RILEY**
                                            1660 Lincoln Street, Suite 1720
                                            Denver, CO 80264
                                            Telephone: (303) 832-2400
                                            E-Mail: klr@kutnerlaw.com

# CERTIFICATE OF SERVICE

      I certify that on April 18, 2022, I served a complete copy of the foregoing **AMENDED NOTICE OF OMNIBUS OBJECTION TO UNKNOWN, CONTINGENT, UNLIQUIDATED, OR $0 CLAIMS AND OMNIBUS OBJECTION TO UNKNOWN, CONTINGENT, UNLIQUIDATED, OR $0 CLAIMS** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Sklar Exploration Company
Sklarco, LLC
5395 Pearl Parkway
Suite 200
Boulder, CO 80301

Paul Moss, Esq.
United States Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Bobbie Louise Richburg
14963 Via Violetta
Lake Elsinore, CA 92530-6983

Johnnie Earl Richburg
14963 Via Violetta
Lake Elsinore, CA 92530-6983

Teddy A. Fincher
Nelly Burns
1682 – 2nd Street
Arcadia, LA 71001

The Bruce Lee Hooks Family Trust
c/o Nedra Jenice Hooks-Holmes
3510 East Harding Street
Long Beach, CA 90805

US DOI Bureau of Land Management
Wyoming State Office
ATTN: Chris Hite
5353 Yellowstone Road
Cheyenne, WY 82009

US Bureau of Land Management
1849 C Street, NW
Washington, D.C. 20240

US Bureau of Land Management
Colorado State Office
2850 Youngfield Street
Lakewood, CO 80215

US DOI Bureau of Land Management
20 M Street, SE
Washington, D.C. 20003

US Bureau of Land Management
US Department of Interior
2370 Decker Lake Blvd.
West Valley City, UT 84119

US Bureau of Land Management
Utah State Office
440 West 200 South #500
Salt Lake City, UT 84101

US Bureau of Land Management
9828 31st Avenue
Phoenix, AZ 85051

Las Cruces Bureau of Land Management
1800 Marquess Street
Las Cruces, NM 88005

United States Attorney's Office
J.C. O'Mahoney Federal Courthouse
2120 Capitol Avenue
Suite 4000
Cheyenne, WY 82001

United States Attorney's Office
P.O. Box 668
Cheyenne, WY 82003-0668

Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue NW
Suite 4400
Washington, D.C. 20530-0001

Bantam Creek LLC
4712 Lakeside Drive
Colleyville, TX 76034

Bantam Creek LLC
**Terry Dorris**
**Registered Agent**
4712 Lakeside Drive
Colleyville, TX 76034

Charles S. Stack
P.O. Box 9403
Jackson, MS 39286

Alice Margaret Holmes Woods
2031 North 20th Street
Omaha, NE 68110-2305

Bobbie Louise Richburg
14963 Via Violetta
Lake Elsinore, CA 92530-6983

The Bruce Lee Hooks Family Trust
c/o Sarah Regina Hooks
6241 Verdura Avenue
Long Beach, CA 90805

The Bruce Lee Hooks Family Trust
c/o Sarah Regina Hooks
6241 Verdura Avenue
Long Beach, CA 90805

Chiquita L. Jackson Stratford
2031 North 20th Street
Omaha, NE 68110

Constance M. Holmes Hale
215 Washington Street
Cantonment, FL 32533

The Bruce Lee Hooks Family Trust
c/o Deloria Lasha Hooks
6241 Verdura Avenue
Long Beach, CA 90805

Dorthea Janet Fitten
7 Viper Court
Hampton, VA 23666

Felita F. Holmes Hill
704 Hanley Downs Drive
Cantonment, FL 32533

Johnnie Mae Holmes Ellington
3403 Lafayette Avenue
Omaha, NE 68131

Johnnie Earl Richburg
14963 Via Violetta
Lake Elsinore, CA 92530-6983

Ed L. Dunn
5886 Dunridge Drive
Milton, FL 32571

Marita B. Snyder
4221 Lorraine Avenue
Dallas, TX 75205

Julia Blair
18264 Brooklyn Road
Evergreen, AL 36401

Susan Blair
18264 Brooklyn Road
Evergreen, AL 36401

Terry A. Fincher
Nelly Burns
1682 2nd Street
Arcadia, LA 71001

Joyce Eveler
3503 RT Z
Centertown, MO 65023

Shirley Andrews
1506 Notting Hill Drive
Jefferson City, MO 65109

Norman B. Gillis III
P.O. Box 330218
Nashville, TN 37203

Mary Beth Steiferman
417 LaDue Road
Jefferson City, MO 65109

US DOI Bureau of Land Management
Wyoming State Office
ATTN: Chris Hite
5353 Yellowstone Road
Cheyenne, WY 82009

Curt Schommer
357 Castile Lane
Turlock, CA 95382

Desoto Natural Resources
Desoto Drive
P.O. Box 2767
Long Beach, CA 90801

Desoto Natural Resources
**David Combs**
**Registered Agent**
3275 Cherry Avenue
Long Beach, CA 90807

Paul Wimberley
13918 Keel Avenue
Corpus Christi, TX 78418

Nathan H. Williams
Myra Nell
27524 Military Road
Angie, LA 70426

Joseph B. Bramlette Testamentary Trust
c/o Regions Bank, Trustee
P.O. Box 2020
Tyler, TX 75710

Wanda S. Lee
3273 Forest Service Road
304 West
Broaddus, TX 75929

Bodcaw 3-D LLC
P.O. Box 1689
Ruston, LA 71273-1689

Bodcaw 3-D LLC
**Stephen Smith**
**Registered Agent**
111 Killgore Road
Ruston, LA 71270

Bodcaw 3-D LLC
c/o Stephen O. Smith
P.O. Box 1689
Ruston, LA 71270

Opal Annette Scott Hendricks
5909 Hall Road
Jay, FL 32565

WR Hendricks Trustee
Opal Scott Hendricks, as Trustee
5909 Hall Road
Jay, FL 32565

Billy Garfield Scott
4309 Highway 4
Jay, FL 32565

Northstar Producing I, Ltd.
c/o Terry Stanislov
12 Granadilla
Boerne, TX 78006

Northstar Producing I, Ltd.
c/o Terry Stanislov
1681 River Road
Apt. 3108
Boerne, TX 78006

4

Northstar Producing I, Ltd.
**Terry Stanislar**
**Registered Agent**
204 Cross Creek Drive
Bossier City, LA 71111

Seitel Data, Ltd.
c/o Clark Hill Strasburger
720 Brazos Street
Suite 700
Austin, TX 78701

Seitel Data, Ltd.
Wayne Wheeler, Senior VP
1A West Bronze Lane
Bryan, TX 77807-9701

Seitel Data, Ltd.
600 17th Street
Suite 2800 South
Denver, CO 80202-5428

Seitel Data, Ltd.
ATTN: Legal Department
10811 South Westview Circle Drive
Suite 100, Building C
Houston, TX 77043-2749

Mae Adele Tait Sharp
10972 North 59th Street East
Wagoner, OK 74467

Margaret Long
26214 Garrett Lane
Orange Beach, AL 36561

Donald and Rachel Hendricks
6093 Finlay Road
Jay, FL 32565

Donald and Rachel Hendricks
6093 Finlay Road
Jay, FL 32565

Betty Sumrall
27590 Military Road
Angie, LA 70426

Ella Ruth Holmes Gant
P.O. Box 10766
Pensacola, FL 32524

Katherine Holmes Straughn
5003 Damascus Road
Brewton, AL 36426

Richard D. Holmes
1707 Johnsville Circle
Castleberry, AL 36432

Reelice Holmes
838 East 118th Place
Los Angeles, CA 90059

LCJ Resources LLC
c/o Eric Terry Law PLLC
3511 Broadway
San Antonio, TX 78209

LCJ Resources LLC
**Stephen B. Wilde**
**Registered Agent**
1250 NE Loop 410
Suite 333
San Antonio, TX 78209-1500

Jerrie Ann Calhoun
117 Timberidge
Liberty, TX 77575

Double Pine Investments Ltd.
4851 LBJ Freeway
Suite 210
Dallas, TX 75244

Double Pine Investments Ltd.
**W.R. (Trey) Sibley III**
**Registered Agent**
1700 Pacific Avenue
Suite 4700
Dallas, TX 75201-4670

Delta S Ventures LP
615 Longview Drive
Sugar Land, TX 77478-3728

Delta S Ventures LP
615 Longview Drive
Sugar Land, TX 77478-3728

Delta S Ventures LP
615 Longview Drive
Sugar Land, TX 77478-3728

Delta S Ventures LP
**Robert C. Rhodes**
**Registered Agent**
P.O. Box 260
Stafford, TX 77497

Michele Walters McCammon
1554 Creek Mill Trace
Lawrenceville, GA 30044

Hattie Mae Holmes Ball
5948 Plat Place
Centerville, IL 62203-0000

Seitel Data Ltd.
c/o Clark Hill Strasburger
720 Brazos Street
Suite 700
Austin, TX 78701

Seitel Data Ltd.
10811 South Westview Circle
Building C, Suite 100
Houston, TX 77043

Seitel Data Ltd.
**CT Corporation System**
**Registered Agent**
1999 Bryan Street
Suite 900
Dallas, TX 75201

Claudie M. Holme Modley
1160 Hawthorne Drive
Pensacola, FL 32507-0000

Pamela D. Holmes Banks
7905 Kershaw Street
Pensacola, FL 32534-4239

Tiffannie Richardson Edwards
144 Downs Lane
Brewton, AL 36436

TCP Cottonwood LP
c/o Kean Miller LLP
ATTN: J. Eric Lockridge
400 Convention Street
Suite 700
Baton Rouge, LA 70802

TCP Cottonwood LP
333 Texas Street
Suite 2020
Shreveport, LA 71101

TCP Cottonwood LP
**CT Corporation System**
**Registered Agent**
7700 East Arapahoe Road
Suite 220
Centennial, CO 80112

Nora Lee Patterson
1514 North 104th Plaza
Apt. 131
Omaha, NE 68114

Robert E. King Family LLC
6702 Gilbert Drive
Shreveport, LA 71106

Tara Rudman Revocable Trust
8150 North Central Expressway
10th Floor
Dallas, TX 75206

Tara Rudman Revocable Trust
Tara Rudman, Trustee
5910 North Central Expressway
Suite 1662
Dallas, TX 75206-0965

The Estate of Wolfe E. Rudman
8150 North Central Expressway
10th Floor
Dallas, TX 75206

6

| | |
|---|---|
| Veronica R. Holmes<br>1160 Hawthorn Drive<br>Pensacola, FL 32507 | Eveline R. Nobley<br>2611 Wildwood Street<br>New Caney, TX 77357-0000 |
| Veronica R. Holmes<br>1160 Hawthorn Drive<br>Pensacola, FL 32507 | Jennifer J. Nobley<br>2101 Winding Springs Drive<br>League City, TX 77573 |

**/s/Vicky Martina**
**Vicky Martina**
**Kutner Brinen Dickey Riley PC**