# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SKLAR EXPLORATION COMPANY, LLC ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 ) | |
| ) | Chapter 11 |
| Debtor-in-Possession. ) | |
| ) | |
| IN RE: ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | |
| ) | Chapter 11 |
| ) | |
| Debtor-in-Possession. ) | |

**AMENDED NOTICE OF OMNIBUS OBJECTION TO UNKNOWN, CONTINGENT, UNLIQUIDATED, OR $0 CLAIMS**
**OBJECTION DEADLINE: MAY 23, 2022**

**YOU ARE HEREBY NOTIFIED** that the Debtors have filed with the Court an Omnibus Objection to Unknown, Contingent, Unliquidated, or $0 Claims and requests the following relief: disallowance and expungement of claims filed in one or both of the Debtors' cases from which the amount of such claim cannot be determined, and that the Debtors' books and records reflect that no amount is owed to such creditors. A copy of the pleading is included with this notice, with a full listing of claims attached as Exhibit A.

If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: April 21, 2022                     Respectfully submitted,

                                          By: /s/ Keri L. Riley
                                          Keri L. Riley, #47605
                                          **KUTNER BRINEN DICKEY RILEY**
                                          1660 Lincoln Street, Suite 1720
                                          Denver, CO 80264
                                          Telephone: (303) 832-2400
                                          E-Mail: klr@kutnerlaw.com

## CERTIFICATE OF SERVICE

I certify that on April 21, 2022, I served a complete copy of the foregoing **AMENDED NOTICE OF OMNIBUS OBJECTION TO UNKNOWN, CONTINGENT, UNLIQUIDATED, OR $0 CLAIMS AND OMNIBUS OBJECTION TO UNKNOWN, CONTINGENT, UNLIQUIDATED, OR $0 CLAIMS** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Bobbie Louise Richburg
858 Pointe Vista Circle
Corona, CA 92881-3968

Johnnie Earl Richburg
858 Pointe Vista Circle
Corona, CA 92881-3968

/s/Vicky Martina
**Vicky Martina**
**Kutner Brinen Dickey Riley PC**