UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**AMENDED NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF OBJECTION TO CLIM FILED BY PLAINS MARKETING, LP**

**OBJECTION DEADLINE: MAY 23, 2022**

**YOU ARE HEREBY NOTIFIED** that the Debtors, Sklar Exploration Company, LLC and Sklarco, LLC, have filed an objection to claim filed by Plains Marketing, LP and requests the following relief: The Debtors move the Court for entry of an order disallowing the claim filed by Plains Marketing, LP in the amount of $117,409.06 as fully satisfied as a result of the cure payments made by SEC in connection with SEC's assumptions of certain Plains Marketing agreements. A copy of the Objection is enclosed herewith.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: April 21, 2022                     Respectfully submitted,

By: _/s/ Keri L. Riley_
     Keri L. Riley, #47605
     **KUTNER BRINEN DICKEY RILEY**
     1660 Lincoln Street, Suite 1720
     Denver, CO 80264
     Telephone: (303) 832-2400
     E-Mail: klr@kutnerlaw.com

## CERTIFICATE OF SERVICE

I certify that on April 18, 2022, I served a complete copy of the foregoing **AMENDED NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF OBJECTION TO CLAIM OF PLAINS MARKETING, LP AND OBJECTION TO CLAIM OF PLAINS MARKETING, LP** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Sklar Exploration Company, LLC
Sklarco, LLC
5395 Pearl Parkway
Suite 200
Boulder, CO 80301

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Plains Marketing, L.P.
Kim Guthrie
Plains All American Pipeline, LP
333 Clay Street
Suite 1600
Houston, TX 77002

Plains Marketing, L.P.                                            **/s/Vicky Martina**
**Corporation Service Company**                    Vicky Martina
**Registered Agent**                                           **Kutner Brinen Dickey Riley PC**
1900 West Littleton Blvd.
Littleton, CO 80120

Plains Marketing, LP
c/o Law Office of Patricia Williams Prew
10953 Vista Lake Court
Navasota, TX 77868-6981

Plains Marketing, LP
2456 FM 112
Taylor, TX 76574-4509