UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**AMENDED NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF OBJECTION TO CLIM FILED BY FLEXJET, LLC**

**OBJECTION DEADLINE: MAY 23, 2022**

**NOTICE IS HEREBY GIVEN** that the Debtors Sklar Exploration Company, LLC and Sklarco, LLC have filed an objection to claim filed by Flexjet, LLC and requests the following relief: The Debtors move the Court for entry of an order disallowing the claim filed by Flexjet, LLC in the amount of $126,432.35 in its entirety.

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: April 21, 2022                                             Respectfully submitted,

By:  /s/ Keri L. Riley
   Keri L. Riley, #47605
   **KUTNER BRINEN DICKEY RILEY, P.C.**
   1660 Lincoln Street, Suite 1720
   Denver, CO 80264
   Telephone: (303) 832-2400
   E-Mail: klr@kutnerlaw.com

# CERTIFICATE OF SERVICE

I certify that on April 21, 2022, I served a complete copy of the foregoing **AMENDED NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF OBJECTION TO CLAIM OF FLEXJET, LLC AND OBJECTION TO CLAIM OF FLEXJET, LLC** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Sklar Exploration Company, LLC
Sklarco, LLC
5395 Pearl Parkway
Suite 200
Boulder, CO 80301

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Flexjet, LLC
3400 Waterview Parkway
Suite 400
Richardson, TX 75080
ATTN: Christine Leepow

Flexjet, LLC
Epic Aero, Inc.
P.O. Box 677207
Dallas, TX 75267-7207

Flexjet, LLC
26180 Curtiss Wright Parkway
Cleveland, OH 44143
ATTN: Mike Metera, Vice President

Flexjet, LLC
**Debra Perelman**
**Registered Agent**
26180 Curtiss Wright Parkway
Cleveland, OH 44143

/s/Vicky Martina
Vicky Martina
Kutner Brinen Dickey Riley PC