UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**AMENDED NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF OBJECTION TO CLAIMS FILED BY PANOLA COUNTY**

**OBJECTION DEADLINE: MAY 23, 2022**

   **YOU ARE HEREBY NOTIFIED** that the Debtors, Sklar Exploration Company, LLC and Sklarco, LLC have filed an objection to claim no. 10161 filed by Panola County and requests the following relief: entry of an order disallowing the claim filed by Panola County in the amount of $20,484.69. A copy of the Objection is enclosed herewith.

   If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: April 21, 2022         Respectfully submitted,

               By: */s/ Keri L. Riley*
                Keri L. Riley, #47605
               **KUTNER BRINEN DICKEY RILEY**
               1660 Lincoln Street, Suite 1720
               Denver, CO 80264
               Telephone: (303) 832-2400
               E-Mail: klr@kutnerlaw.com

## CERTIFICATE OF SERVICE

      I certify that on April 21, 2022, I served a complete copy of the foregoing **AMENDED NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF OBJECTION TO CLAIM NO. 10161 FILED BY PANOLA COUNTY AND OBJECTION TO CLAIM NO. 10161 FILED BY PANOLA COUNTY** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Sklar Exploration Company
Sklarco, LLC
5395 Pearl Parkway
Suite 200
Boulder, CO 80301

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Panola County
ATTN: Tab Beall
Perdue Brandon Fielder Collins & Mott
P.O. Box 2007
Tyler, TX 75710-2007

Panola County Tax Office
110 South Sycamore
Room 211
Carthage, TX 75633

Panola County
**Joe B. Neal**
**Registered Agent**
US-51
Sardis, MS 38666

                                                      **/s/Vicky Martina**
                                                      **Vicky Martina**
                                                      **Kutner Brinen Dickey Riley PC**