UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**AMENDED NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF
OBJECTION TO CLAIM NO. 10079 FILED BY SLICKLINE SOUTH, LLC**

**OBJECTION DEADLINE: MAY 23, 2022**

**NOTICE IS HEREBY GIVEN** that the Debtors, Sklar Exploration Company, LLC and Sklarco, LLC, have filed an objection to claim filed by Slickline South, LLC: The Debtors move the Court for entry of an order disallowing claim number 10079 filed by Slickline, LLC in the amount of $240,465.92 in its entirety.  A copy of the claim objection is enclosed herewith.

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.


Dated: April 21, 2022                    Respectfully submitted,

By:  */s/ Keri L. Riley*
     Keri L. Riley, #47605
     **KUTNER BRINEN DICKEY RILEY**
     1660 Lincoln Street, Suite 1720
     Denver, CO 80264
     Telephone: (303) 832-2400
     E-Mail: klr@kutnerlaw.com

## CERTIFICATE OF SERVICE

I certify that on April 21, 2022, I served a complete copy of the foregoing **AMENDED NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF OBJECTION TO CLAIM NO. 10079 FILED BY SLICKLINE SOUTH, LLC AND OBJECTION TO CLAIM NO. 10079 FILED BY SLICKLINE SOUTH, LLC** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Sklar Exploration Company, LLC
Sklarco, LLC
5395 Pearl Parkway
Suite 200
Boulder, CO 80301

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Slickline South, LLC
1652 Dykestown Road
Jay, FL 32565
ATTN: John Jay Youngblood

Slickline South, LLC
**Jeffrey Johnson**
**Registered Agent**
2498 Renfroe Road
Pace, FL 32571

Slickline South, LLC
2498 Renfroe Road
Pace, FL 32571

/s/Vicky Martina
**Vicky Martina**
**Kutner Brinen Dickey Riley PC**