UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| _____ ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN:  72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**AMENDED NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF OBJECTION TO CLAIM NO. 243, 244, AND 269 FILED BY STONEHAM DRILLING**

**OBJECTION DEADLINE: MAY 23, 2022**

**NOTICE IS HEREBY GIVEN** that the Debtors, Sklar Exploration Company, LLC and Sklarco, LLC have filed an objection to Claim Nos. 243, 244, and 269 filed by Stoneham Drilling and requests the following relief:  The Debtors request that the Court disallow Stoneham Drilling's Claim No. 244 in part, and reduce Stoneham Drilling's claim by $442,960.34, such that Stoneham Drilling will have an allowed unsecured claim in the amount of $1,157,181.31, and disallow Claims 243 and 269 in their entirety as duplicative of Claim No. 244.

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.  In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: April 21, 2022                            Respectfully submitted,

By: _/s/ Keri L. Riley_____
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln Street, Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
E-Mail: klr@kutnerlaw.com

# CERTIFICATE OF SERVICE

      I certify that on April 21, 2022, I served a complete copy of the foregoing **AMENDED NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF OBJECTION TO CLAIM NO. 243, 244, AND 269 FILED BY STONEHAM DRILLING AND OBJECTION TO CLAIM NO. 244 FILED BY STONEHAM DRILLING** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Sklar Exploration Company, LLC
Sklarco, LLC
5395 Pearl Parkway
Suite 200
Boulder, CO 80301

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Stoneham Drilling Corporation
1819 Fifth Avenue North
Birmingham, AL 35203

Stoneham Drilling Corporation
1700, 215 9th Avenue SW
Calgary Alberta, Canada T2P 1K3
Peter Balkwill, Vice President

Stoneham Drilling Corporation
c/o Bradley
ATTN: James B. Bailey
1819 Fifth Avenue North
Birmingham, AL 35203-2120

Stoneham Drilling Corporation
**Solutions, Inc.**
**Registered Agent**
36 South 18th Avenue
Suite D
Brighton, CO 80601

Stoneham Drilling Corporation
999 18th Street
Suite 3000
Denver, CO 80202-2449

/s/Vicky Martina
**Vicky Martina**
**Kutner Brinen Dickey Riley PC**