UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minute Order

| Date: April 21, 2022 | **Honorable Elizabeth E. Brown, Presiding** |
|---|---|
| | Ruth S. Mares Law Clerk |

| | | | **Case. No. 20-12377 EEB** |
|---|---|---|---|
| In re: | Sklar Exploration Company, LLC, | | Chapter 11 |
| | Debtor. | | |
| | Sklarco, LLC, | | **Case. No. 20-12380 EEB** |
| | Debtor. | | Chapter 11 |

**Jointly Administered Under 20-12377 EEB**

| | Appearances | | Representing |
|---|---|---|---|
| Counsel | | UST | |
| Counsel | | Debtor(s) | |
| Counsel | | Committee | |
| Counsel | Bryce Suzuki* | Creditor | East West Bank |
| Counsel | Barnet Skelton Jr.* | Creditor | CTM 2005, LTD |
| Counsel | | Creditor | |
| Counsel | | Creditor | |

*telephonic appearance

Proceedings: Discovery Dispute Hearing

Orders:

☒ **On or before May 12, 2022**, a representative of CTM shall sit for a deposition of no more than two and one-half hours by Zoom.

☒ If additional witnesses or exhibits become necessary as a result of CTM's deposition, the Court will consider either party's request to amend their list.

Date: April 21, 2022

BY THE COURT:

Elizabeth E. Brown, U.S. Bankruptcy Judge