# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | Case No. 20-12377-EEB |
| ) | |
| SKLAR EXPLORATION COMPANY, LLC ) | Chapter 11 |
| EIN: 72-1417930 ) | |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby gives notice of his appearance on behalf of Roosth 806, LTD., in the above-captioned case, and further requests that all notices, pleadings and other documents filed and/or served in this case, including all such notices described in Rule 2002 of the Bankruptcy Rules or given pursuant to Rule 9013 of the Local Rules of Bankruptcy Procedure, be served upon the following:

> Robert D. Lantz
> Castle Lantz Maricle, LLC
> 4100 E. Mississippi Ave., Ste. 410
> Denver, CO 80426

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of the foregoing and any other document brought before this Court with respect to these

proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

**DATED** this 3rd day of May 2022.

Respectfully Submitted,

**CASTLE LANTZ MARICLE, LLC**

By:/s/ *Robert D. Lantz*
Robert D. Lantz, # 30825
4100 E. Mississippi Ave., Ste. 410
Denver, Colorado 80426
T: 720-613-1383
F: 720-613-1399
E: rlantz@clmatty.com

## CERTIFICATE OF SERVICE

I hereby certify that, on May 3, 2022, a true and correct copy of the foregoing **ENTRY OF APPEARANCE AND REQUEST FOR NOTICE** was e-served via CM/ECF upon all active counsel and parties of record.

/s/ *Dustin Weber*
Dustin Weber, Sr. Paralegal