UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
| Debtor. | ) | |

**NOTICE OF WITHDRAWAL BY THE RUDMAN PARTNERSHIP, MER ENERGY, LTD. AND CTM 2005, LTD. OF THEIR APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES UNDER 11 USC § 503(B)(3)(D) FOR SUBSTANTIAL CONTRIBUTION TO THESE CHAPTER 11 CASES (DOCKET NO. 1493)**

---

**PLEASE TAKE NOTICE THAT** the undersigned counsel for The Rudman Partnership, MER Energy, Ltd. and CTM 2005, Ltd., hereby give notice of the Withdrawal of their Application for Allowance of Administrative Expenses under 11 USC § 503(b)(3)(D) for Substantial Contribution to These Chapter 11 Cases (Docket No.1493).

Dated: May 3, 2022.

    Respectfully submitted,

**Maynes, Bradford, Shipps & Sheftel, LLP**
*/s/ Thomas H. Shipps*
Thomas H. Shipps
Maynes, Bradford, Shipps & Sheftel, LLP
835 E. Second Ave., Suite 123
Durango, CO  81301
Telephone: (970) 247-1755
Cell: (970)749-1479; (970) 946-0846
Facsimile: (970) 247-8827
Email: tshipps@mbssllp.com

and

*/s/ Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.
815 Walker, Suite 1502
Houston, TX  77002
Telephone: (713) 516-7450
Facsimile: (713) 659-8764
Email: barnetbjr@msn.com

Counsel to The Rudman Partnership, MER Energy, Ltd. and CTM 2005, Ltd.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on May 3, 2022, the foregoing instrument was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1.  All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

/s// *Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.