# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br>EIN:  72-1417930<br><br>  Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| SKLARCO, LLC,<br>EIN: 72-1425432<br><br>  Debtor. | Case No. 20-12380-EEB<br><br>Chapter 11 |

## NOTICE OF VACATUR OF DEPOSITIONS OF THE RUDMAN PARTNERSHIP, CTM 2005, LTD., AND BARNET B. SKELTON, JR.

**PLEASE TAKE NOTICE** that, as a result of the *Notice of Withdrawal by The Rudman Partnership, MER Energy, Ltd. and CTM 2005, Ltd. of Their Application for Allowance of Administrative Expenses Under 11 USC 503(b)(3)(D) for Substantial Contribution to These Chapter 11 Cases Docket No. 1493* filed at Dkt. No. 1792, the depositions of (i) The Rudman Partnership, pursuant to the notice of deposition filed at Dkt. No. 1756, (ii) CTM 2005, Ltd., pursuant to the notice of deposition filed at Dkt. No. 1757, and (iii) Barnet B. Skelton, Jr., pursuant to the notice of deposition filed at Dkt. No. 1758, are hereby vacated.

DATED this 4th day of May, 2022.

SNELL & WILMER L.L.P.

By: */s/ Bryce A. Suzuki*
Bryce A. Suzuki
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Phone:  602-382-6000
Email:  bsuzuki@swlaw.com

4888-7054-9534

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 4th day of May 2022, a copy of the foregoing document was filed via ECF and was served by electronic transmission to all registered ECF users appearing in this case.

_/s/ Bryce A. Suzuki_____

2

4888-7054-9534