## EXHIBIT A

## Damage Calculation Through 2063

| Year | Amount Owed per Retainer Agreement |
|---|---|
| 2020 (Pre-petition) | $7,500 |
| 2020 (Post-Petition) | $37,500 |
| 2021 | $45,000 |
| 2022 | $45,000 |
| 2023 | $30,000 |
| 2024-2063 ($30,00 per year) | $1,170,000 |
| **TOTAL** | $1,335,000 |