**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br><br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>SKLARCO, LLC,<br><br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. 20-12377 EEB** |

---

## **\*\*AMENDED ORDER VACATING HEARING**

---

THIS MATTER comes before the Court on the Notice of Withdrawal of Document filed by The Rudman Partnership, MER Energy, Ltd. and CTM 2005, Ltd., on May 3, 2022, withdrawing its Application for Allowance of Administrative Expenses under 11 USC § 503(b)(3)(D) for Substantial Contribution to These Chapter 11 Cases (Docket No.1493). The Court, being otherwise advised in the premises, hereby

ORDERS that the hearing on the Application for Allowance of Administrative Expenses under 11 USC § 503(b)(3)(D) for Substantial Contribution to These Chapter 11 Cases (Docket No.1493) schedule for Monday\*\*, May 23, 2022, at 1:30 p.m., **is VACATED.**

DATED this 10th day of May, 2022.

BY THE COURT:

_Elizabeth E. Brown_
Elizabeth E. Brown, Bankruptcy Judge

\*\*Amended to correct the day of the vacated hearing from Wednesday to Monday.