United States Bankruptcy Court

District of Colorado

In re:                                                                                      Case No. 20-12377-EEB

Sklar Exploration Company, LLC                                                              Chapter 11

Sklarco, LLC

    Debtors

# CERTIFICATE OF NOTICE

District/off: 1082-1                          User: admin                                   Page 1 of 11

Date Rcvd: May 10, 2022                       Form ID: pdf904                                Total Noticed: 54

The following symbols are used throughout this certificate:

**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable,
             the notice recipient was advised to update its address with the court immediately.

##           Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by
             the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was
             undeliverable.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Sklar Exploration Company, LLC, Sklarco, LLC, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301-2541 |
| aty | + | Benjamin Y. Ford, RSA Tower, 27th Floor, 11 North Water Street, Mobile, AL 36602-3809 |
| aty | + | Cook, Yancey, King & Galloway, APLC, 333 Texas Street, Suite 1700, P.O. Box 22260, Shreveport, LA 71120-2260 |
| aty | + | Lloyd A. Lim, 711 Louisiana St., Ste. 1800, Houston, TX 77002-2832 |
| aty | + | Rachel T. Kubanda, 711 Louisiana St., Ste. 1800, Houston, TX 77002-2832 |
| cr | + | AEEC II, LLC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | AEH Investments, LLC, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| cr | + | Anderson Exploration Energy Company, LC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Baker Hughes Holdings, LLC FKA Baker Hughes, a GE, C/O Christopher J. Ryan, 17021 Aldine Westfield Road, Houston, TX 77073-5101 |
| cr | + | Barbara P Lawrence, 55 Hill Circle, Evergreen, CO 80439-4618 |
| cr | + | Barnette & Benefield, Inc., PO Box 550, Haynesville, LA 71038-0550 |
| cr | + | Bettye LaCour, 128 Ella Hill Street, Maurice, LA 70555-3266 |
| cr | + | Bundero Investment Company, LLC, 401 Edwards Street, Suite 820, Shreveport, LA 71101-5521 |
| cr | + | Estate of Pamela Page, Deceased, P.O. Box 374, Evergreen, CO 80437-0374 |
| cr | + | Foote Oil and Gas Properties, LLC, 1655 Prudential Drive, #161B, Jacksonville, FL 32207-8105 |
| cr | + | Franks Exploration Company, LLC, P.O. Box 7655, Shreveport, LA 71137-7655 |
| cr | + | Hughes Oil South, LLC, P.O. Box 608, Oxford, MS 38655-0608 |
| cr | + | I & L Miss I, LP, 4761 Frank Luck Dr, Addison, TX 75001-3202 |
| cr | + | J&A Harris, LP, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| intp | #+ | J. Marshall Jones, 920 Arapahoe, Louisville, CO 80027-1092 |
| cr | + | John H. Smith, c/o Quitman Tank Solutions, LLC, PO Box 90, Quitman, MS 39355-0090 |
| cr | + | KMR Investments, LLC, P.O. Box 417, Homer, LA 71040-0417 |
| cr | + | Kingston, LLC, 2790 South Thompson Street, Suite 102, Springdale, AR 72764-6303 |
| cr | + | Kodiak Gas Services, LLC, 15320 Hwy. 105, Suite 210, Montgomery, TX 77356-2602 |
| cr | + | NexTier Completion Solutions, Inc., c/o Allen Bryson, PLLC, 211 N. Center St., Longview, TX 75601-7221 |
| cr | + | Pearl Parkway, LLC, 2595 Canyon Blvd., Ste 230, Boulder, CO 80302-6737 |
| cr | + | Pickens Financial Group, LLC, 10100 N. Central Expressway, Suite 200, Dallas, TX 75231-4169 |
| cr | + | Stoneham Drilling Corporation, c/o Bradley, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | + | Sugar Oil Properties, L.P., 625 Market Street, Suite 100, Shreveport, LA 71101-5392 |
| cr | + | TCP Cottonwood, L.P., 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Tauber Exploration & Production Company, 55 Waugh Drive, Suite 700, Houston, TX 77007-5837 |
| intp | | The Juneau Group, 2386A Rice Blvd. #232, Houston, TX 77005 |
| 18754408 | + | Anderson Investment Holdings, LP, AEEC II, LLC, 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |
| 18754411 | + | Apple River Investments, L.L.C., Attn Robert M. Boeve, President, 1503 Garfield Road North, Traverse City, MI 49696-1111 |
| 18754484 | + | East West Bank Treasury Department, 135 North Los Robles Avenue, Suite 600, ATTN Linda Cox, Pasadena, CA 91101-4549 |
| 18754510 | + | FPCC USA, Inc., ATTN: William Hu, Alex Chen, 1235 N. Loop W., Ste. 930, Houston, TX 77008-4710 |
| 18754497 | + | Fant Energy Limited, P.O. Box 55205, Houston, TX 77255-5205 |
| 18754529 | + | H&H Construction, LLC, Ladon E. Hall, Sole Manager, P.O. Box 850, Flomaton, AL 36441-0850 |
| 18754560 | | JD Fields & Company, Inc., P.O. Box 134401, Houston, TX 77219-4401 |
| 18754567 | + | JJS Working Interest LLC, 2001 Kirby Dr, Suite 1110, Houston, TX 77019-6081 |

District/off: 1082-1          User: admin          Page 2 of 11

Date Rcvd: May 10, 2022          Form ID: pdf904          Total Noticed: 54

| 18754578 | + | Kelley Brothers Contractors, Inc., P.O. Drawer 1079, Waynesboro, MS 39367-1079 |
| 18754588 | + | Kudzu Oil Properties, LLC, 300 Concourse Blvd, Suite 101, Ridgeland, MS 39157-2091 |
| 18754612 | + | Meritage Energy, Ltd., C/O BKD, LLP, 2700 Post Oak Blvd, Ste 1500, Houston, TX 77056-5829 |
| 18754613 | | Mesa Fluids, LLC, c/o Juno Financial, P.O. Box 173928, Denver, CO 80217-3928 |
| 18754664 | | Pro-Tek Field Services, LLC, P.O. Box 919269, Dallas, TX 75391-9269 |
| 18754666 | + | Pruet Oil Company, LLC, 217 West Capitol St. Ste 201, Jackson, MS 39201-2099 |
| 18754673 | + | Rapad Well Service Co., Inc., 217 West Capitol Street, Jackson, MS 39201-2004 |
| 18754735 | + | TCP Cottonwood, L.P., 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |
| 18754760 | + | Union Oilfield Supply, Inc., 12 John Dykes Road, Waynesboro, MS 39367-8371 |

TOTAL: 49

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: cmccord@mccordprod.com | May 10 2022 22:07:00 | CTM 2005, Ltd., 55 Waugh Drive, Suite 515, Houston, TX 77007-5840 |
| cr | + | Email/PDF: dor_tac_bankruptcy@state.co.us | May 10 2022 22:24:05 | Colorado Department Of Revenue, 1881 Pierce St., Bankruptcy Unit, Room 104, Lakewood, CO 80214-3503 |
| cr | + | Email/Text: bankruptcy@coag.gov | May 10 2022 22:08:00 | Colorado Department of Law, 1300 Broadway, 8th Floor, Denver, CO 80203-2104 |
| cr | | Email/Text: tim.swanson@moyewhite.com | May 10 2022 22:08:00 | Kudzu Oil Properties, LLC, c/o Timothy M. Swanson, Moye White LLP, 1400 16th Street, 6th Floor, Denver, CO 80202 |
| intp | + | Email/Text: aodonnell@r2llc.com | May 10 2022 22:07:00 | Thomas M. Kim, r2 advisors llc, 1518 Blake Street, Denver, CO 80202-1322 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Hall Management, LLC, 4913 Oak Point Drive |
| 18754598 | ## | Lucas Petroleum Group, Inc., 327 Congress Avenue, Suite 500, Austin, TX 78701-3656 |
| 18754720 | ##+ | Stoneham Drilling Corporation, 707 17th Street, Suite 3250, Denver, CO 80202-3433 |
| 18754721 | ## | Strago Petroleum Corporation, 3209 Hamm Road, Pearland, TX 77581-5503 |

TOTAL: 1 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2022          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2022 at the address(es) listed below:**

District/off: 1082-1                    User: admin                                  Page 3 of 11
Date Rcvd: May 10, 2022                 Form ID: pdf904                               Total Noticed: 54

| Name | Email Address |
|------|---------------|
| Adam L. Hirsch | on behalf of Interested Party Howard F. Sklar adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |
| Adam L. Hirsch | on behalf of Interested Party Howard Sklar Trust adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |
| Adam L. Hirsch | on behalf of Plaintiff Howard F. Sklar adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |
| Amy Vazquez | on behalf of Creditor FPCC USA  Inc. avazquez@joneswalker.com |
| Andrew James Shaver | on behalf of Creditor Premium Oilfield Services  LLC ashaver@bradley.com |
| Andrew M. Toft | on behalf of Plaintiff Thomas Kim  Trustee of the Sklar Creditors Trust atoft@hn-colaw.com, andrewmtoft@yahoo.com |
| Armistead Mason Long | on behalf of Creditor Pine Island Chemical Solutions  L.L.C. along@gamb.law |
| Barnet B Skelton, Jr | on behalf of Creditor CTM 2005  Ltd. barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Plaintiff The Rudman Partnership barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor Rudman Partnership barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor MER Energy  LTD barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor MR Oil & Gas  LLC barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor I & L Miss I  LP barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor The Rudman Partnership barnetbjr@msn.com |
| Belinda Harrison | belindapittsharrison@gmail.com  belindapittsharrison@gmail.com |
| Benjamin Young Ford | on behalf of Spec. Counsel Armbrecht Jackson  LLP byf@ajlaw.com, chs@ajlaw.com |
| Brent R. Cohen | on behalf of Creditor Fant Energy Limited bcohen@lewisroca.com  brent-cohen-8759@ecf.pacerpro.com,jeastin@lrrc.com |
| Brian Rich | on behalf of Creditor Fletcher Exploration  LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Brian Rich | on behalf of Creditor Fletcher Petroleum Company  LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Brian Rich | on behalf of Creditor Fletcher Petroleum Corp. brich@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Brian A. Baker | on behalf of Defendant National Oilwell Varco LP brian.baker@stacybakerlaw.com |
| Brian A. Baker | on behalf of Defendant National Oilwell Varco DHT  LP brian.baker@stacybakerlaw.com |
| Bryce Suzuki | on behalf of Creditor East-West Bank bsuzuki@swlaw.com  tina.daniels@bclplaw.com |
| Bryce Suzuki | on behalf of Defendant East West Bank bsuzuki@swlaw.com  tina.daniels@bclplaw.com |
| Bryce Suzuki | on behalf of Intervenor East West Bank bsuzuki@swlaw.com  tina.daniels@bclplaw.com |
| Christopher Meredith | on behalf of Creditor Coastal Exploration  Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |

District/off: 1082-1          User: admin          Page 4 of 11

Date Rcvd: May 10, 2022          Form ID: pdf904          Total Noticed: 54

Christopher Meredith

on behalf of Attorney Copeland Cook, Taylor & Bush, P.A. cmeredith@cctb.com,
bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith

on behalf of Creditor Eastern Fishing & Rental Tool Company Inc. cmeredith@cctb.com,
bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith

on behalf of Creditor Fletcher Petroleum Corp. cmeredith@cctb.com
bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith

on behalf of Creditor PAR Minerals Corporation cmeredith@cctb.com
bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher D. Johnson

on behalf of Creditor Committee The Official Committee of Unsecured Creditors chris.johnson@diamondmccarthy.com
amanda.heydrick@diamondmccarthy.com

Christopher D. Johnson

on behalf of Interested Party Thomas M. Kim chris.johnson@diamondmccarthy.com  amanda.heydrick@diamondmccarthy.com

Christopher D. Johnson

on behalf of Defendant Thomas Kim  Trustee of the Sklar Creditors Trust chris.johnson@diamondmccarthy.com,
amanda.heydrick@diamondmccarthy.com

Christopher D. Johnson

on behalf of Plaintiff Thomas M. Kim chris.johnson@diamondmccarthy.com  amanda.heydrick@diamondmccarthy.com

Christopher M. Crowley

on behalf of Creditor Liquid Gold Well Service  Inc. ccrowley@fncmlaw.com

Cody Carol Bailey

on behalf of Defendant Oilfield Partners Energy Services  LLC cbailey@brunini.com

Daniel L. Bray

on behalf of Creditor Weatherford U.S.  L.P. daniel.bray@huschblackwell.com,
ann.stolfa@huschblackwell.com;daniel-bray-5348@ecf.pacerpro.com

David M. Miller

on behalf of Creditor Bri-Chem Supply Corp.  LLC dmiller@spencerfane.com, akarant@spencerfane.com

David R Taggart

on behalf of Creditor JH Howell Interests  LP dtaggart@bradleyfirm.com,
kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

David R Taggart

on behalf of Creditor JF Howell Interests  LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

David R Taggart

on behalf of Interested Party JF Howell Interests  LP dtaggart@bradleyfirm.com,
kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

David W. Drake

on behalf of Creditor Ford Motor Credit Company  LLC co.ecf@bdfgroup.com

David W. Hall

davidwendallhall@gmail.com

Deanna L. Westfall

on behalf of Creditor Colorado Department Of Revenue deanna.westfall@coag.gov
Robert.padjen@coag.gov;jade.darnell@coag.gov

Deirdre Carey Brown

on behalf of Creditor Maren Silberstein Revocable Trust dcb@dcbfirm.com

Douglas D. Koktavy

on behalf of Defendant Btech Service & Supply  Inc Doug@coloradocreditorlaw.com

Duane Brescia

on behalf of Creditor Seitel Data  Ltd. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com

Duane Brescia

on behalf of Creditor Lucas Petroleum Group  Inc. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com

Duane Brescia

on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com  djaenike@clarkhill.com;ckclark@clarkhill.com

Elizabeth Helen Weller

on behalf of Creditor McLeod ISD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Helen Weller

on behalf of Creditor Atlanta ISD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Helen Weller

on behalf of Creditor Linden-Kildare CISD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Epiq Systems

on behalf of Claims Agent Epiq Corporate Restructuring  LLC rjacobs@ecf.epiqsystems.com

Florence Bonaccorso-Saenz

on behalf of Creditor Louisiana Department of Revenue florence.saenz@la.gov

Glenn Taylor

on behalf of Creditor Coastal Exploration  Inc. gtaylor@cctb.com

Glenn Taylor

on behalf of Creditor PAR Minerals Corporation gtaylor@cctb.com

Glenn Taylor

on behalf of Creditor Eastern Fishing & Rental Tool Company  Inc. gtaylor@cctb.com

Grant Matthew Beiner

on behalf of Creditor Committee The Official Committee of Unsecured Creditors gbeiner@munsch.com  hvalentine@munsch.com,scurry@munsch.com

Grant Matthew Beiner

on behalf of Interested Party Thomas Kim gbeiner@munsch.com  hvalentine@munsch.com,scurry@munsch.com

J. Eric Lockridge

on behalf of Creditor Sugar Oil Properties  L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge

on behalf of Creditor Anderson Exploration Energy Company  L.C. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge

on behalf of Creditor TCP Cottonwood  L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge

on behalf of Creditor AEEC II  LLC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge

on behalf of Creditor Anderson Exploration Energy Company  LC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Jack Lazarus

on behalf of Defendant White Resources  LLC jacklaz45@gmail.com

James B. Bailey

on behalf of Defendant Stoneham Drilling Corporation jbailey@bradley.com  ashaver@bradley.com,jbailey@ecf.courtdrive.com

James B. Bailey

on behalf of Creditor Stoneham Drilling Corporation jbailey@bradley.com  ashaver@bradley.com,jbailey@ecf.courtdrive.com

Jason Buchman

on behalf of Defendant Stratum Reservoir  LLC jason.buchman@stratumreservoir.com

Jeffery Dayne Carruth

on behalf of Creditor Halliburton Energy Services  Inc. jcarruth@wkpz.com

Jeffery Dayne Carruth

on behalf of Defendant Halliburton Energy Services  LLC jcarruth@wkpz.com

Jeffrey R. Barber

on behalf of Creditor FPCC USA  Inc. jbarber@joneswalker.com, jmaxey@joneswalker.com;mgreen@joneswalker.com

Jeffrey Reid Burley

on behalf of Counter-Claimant Ulterra Drilling Technologies  LP rburley@bellnunnally.com, nblum@bellnunnally.com

Jeffrey S. Brinen

on behalf of Debtor Sklar Exploration Company  LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jeffrey S. Brinen

on behalf of Debtor Sklarco  LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jennifer Hardy

on behalf of Creditor JJS Interests Steele Kings  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy

on behalf of Creditor JJS Working Interests  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy

on behalf of Creditor JJS Interests North Beach  LLC jhardy2@willkie.com, mao@willkie.com

District/off: 1082-1                                    User: admin                                    Page 6 of 11
Date Rcvd: May 10, 2022                          Form ID: pdf904                          Total Noticed: 54

Jennifer Hardy

on behalf of Creditor JJS Interests Escambia LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy

on behalf of Creditor JJS Interests West Arcadia LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Norris Soto

on behalf of Creditor Barnette & Benefield Inc. jennifersoto@arklatexlaw.com, curtisshelton@arklatexlaw.com,

Jenny M.F. Fujii

on behalf of Defendant Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii

on behalf of Debtor Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii

on behalf of Cross-Claimant Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii

on behalf of Debtor Sklarco LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jeremy L Retherford

on behalf of Interested Party Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford

on behalf of Creditor RAPAD Well Service Co. Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford

on behalf of Creditor Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford

on behalf of Plaintiff Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford

on behalf of Creditor Pruet Oil Company LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford

on behalf of Defendant RAPAD Well Service Co. Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jim F Spencer, Jr

on behalf of Creditor Landmark Exploration LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr

on behalf of Creditor Lexington Investments LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr

on behalf of Creditor Landmark Oil and Gas LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr

on behalf of Creditor Stone Development LLC jspencer@watkinseager.com, mryan@watkinseager.com

John Cornwell

on behalf of Creditor Committee The Official Committee of Unsecured Creditors jcornwell@munsch.com
hvalentine@munsch.com;john-cornwell-6088@ecf.pacerpro.com

John H Bernstein

on behalf of Creditor Pearl Parkway LLC john.bernstein@kutakrock.com, trina.rioux@kutakrock.com

John Thomas Oldham

on behalf of Creditor Kodiak Gas Services LLC joldham@okinadams.com, bmoore@okinadams.com

Jonathan Dickey

on behalf of Creditor Foote Oil & Gas Properties LLC jmd@kutnerlaw.com, vlm@kutnerlaw.com

Jordan B. Bird

on behalf of Creditor AEH Investments LLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor KMR Investments LLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor Bundero Investment Company LLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Attorney Cook Yancey, King & Galloway, APLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor J&A Harris LP jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor Hughes Oil South LLC jordan.bird@cookyancey.com

Jordan B. Bird

District/off: 1082-1                          User: admin                          Page 7 of 11
Date Rcvd: May 10, 2022                  Form ID: pdf904                      Total Noticed: 54

on behalf of Creditor Franks Exploration Company  LLC jordan.bird@cookyancey.com

Jordan B. Bird
    on behalf of Creditor Hall Management  LLC jordan.bird@cookyancey.com

Jordan B. Bird
    on behalf of Creditor Kingston  LLC jordan.bird@cookyancey.com

Joseph D. DeGiorgio
    on behalf of Creditor Ford Motor Credit Company  LLC josephde@bdfgroup.com

Joseph Eric Bain
    on behalf of Creditor FPCC USA  Inc. jbain@joneswalker.com, joseph-bain-8368@ecf.pacerpro.com

Katherine A Ross
    on behalf of Creditor Bureau of Land Management katherine.ross@usdoj.gov
    USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov

Katherine A Ross
    on behalf of Creditor Office of Natural Resources Revenue katherine.ross@usdoj.gov
    USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov

Katherine A Ross
    on behalf of Creditor Internal Revenue Service katherine.ross@usdoj.gov
    USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov

Katherine Guidry Douthitt
    on behalf of Creditor Dickson Oil & Gas  L.L.C. kdouthitt@bwor.com

Katherine Guidry Douthitt
    on behalf of Creditor C. Bickham Dickson  III kdouthitt@bwor.com

Keith D. Tooley
    on behalf of Defendant Baker Hughes Oilfield Operations  Inc. ktooley@wsmtlaw.com

Keith D. Tooley
    on behalf of Defendant Kelley Brothers Contractors  Inc. ktooley@wsmtlaw.com

Keith D. Tooley
    on behalf of Defendant GE Oil & Gas Pressure Control LP ktooley@wsmtlaw.com

Keith D. Tooley
    on behalf of Defendant Sklar Exploration Company  LLC ktooley@wsmtlaw.com

Keith D. Tooley
    on behalf of Plaintiff Southeast Alabama Gas District ktooley@wsmtlaw.com

Kelsey Jamie Buechler
    on behalf of Creditor Bettye LaCour jamie@kjblawoffice.com  Sharon@kjblawoffice.com

Kelsey Jamie Buechler
    on behalf of Creditor Foote Oil and Gas Properties  LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com

Kelsey Jamie Buechler
    on behalf of Creditor Foote Oil & Gas Properties  LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com

Keri L. Riley
    on behalf of Defendant Sklar Exploration Company  LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Keri L. Riley
    on behalf of Debtor Sklarco  LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Keri L. Riley
    on behalf of Defendant Sklarco  LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Keri L. Riley
    on behalf of Debtor Sklar Exploration Company  LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Kevin S. Neiman
    on behalf of Creditor Plains Gas Solutions  LLC kevin@ksnpc.com

Kevin S. Neiman
    on behalf of Plaintiff Plains Marketing  L.P. kevin@ksnpc.com

Kevin S. Neiman
    on behalf of Counter-Defendant Plains Marketing  L.P. kevin@ksnpc.com

Kevin S. Neiman
    on behalf of Creditor Plains Marketing  L.P. kevin@ksnpc.com

Laurie Spindler
    on behalf of Creditor Rusk County laurie.spindler@lgbs.com
    Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

District/off: 1082-1          User: admin          Page 8 of 11

Date Rcvd: May 10, 2022          Form ID: pdf904          Total Noticed: 54

Laurie Spindler

on behalf of Creditor Smith County laurie.spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler

on behalf of Creditor Atlanta ISD laurie.spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler

on behalf of Creditor Franklin County laurie.spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler

on behalf of Creditor McLeod ISD laurie.spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler

on behalf of Creditor Beckville ISD laurie.spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler

on behalf of Creditor Gregg County laurie.spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler

on behalf of Creditor Wood County laurie.spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler

on behalf of Creditor Upshur County laurie.spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler

on behalf of Creditor Linden-Kildate CISD laurie.spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler

on behalf of Creditor Marion County laurie.spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler

on behalf of Creditor Camp CAD laurie.spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler

on behalf of Creditor Frankston ISD laurie.spindler@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Lee M. Kutner

on behalf of Debtor Sklar Exploration Company  LLC vlm@kutnerlaw.com

Lee M. Kutner

on behalf of Debtor Sklarco  LLC vlm@kutnerlaw.com

Louis Matthew Grossman

on behalf of Creditor CSI Compressco Operating  LLC louis.grossman@keanmiller.com, kathy.ballard@keanmiller.com

Louis Matthew Grossman

on behalf of Defendant CSI Compressco Operating  LLC louis.grossman@keanmiller.com, kathy.ballard@keanmiller.com

Madison M. Tucker

on behalf of Creditor FPCC USA  Inc. mtucker@joneswalker.com, madison-tucker-7703@ecf.pacerpro.com

Mario A Lamar

on behalf of Creditor NexTier Completion Solutions  Inc. mlamar@allenbrysonlaw.com

Matthew Okin

on behalf of Creditor Kodiak Gas Services  LLC mokin@okinadams.com

Matthew D. Skeen, Jr.

on behalf of Defendant KCS Automation  LLC jrskeen@skeen-skeen.com

Matthew J Ochs

on behalf of Plaintiff Pruet Production Co. mjochs@hollandhart.com  tldevlin@hollandhart.com

Matthew J Ochs

on behalf of Creditor Pruet Production Co. mjochs@hollandhart.com  tldevlin@hollandhart.com

Matthew J Ochs

on behalf of Creditor Pruet Oil Company  LLC mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J Ochs

on behalf of Defendant RAPAD Well Service Co.  Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J Ochs
on behalf of Debtor Sklarco  LLC mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J Ochs
on behalf of Creditor RAPAD Well Service Co.  Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com

Megan M. Adeyemo
on behalf of Defendant Planning Thru Completion  LLC madeyemo@gordonrees.com, asoto@grsm.com

Megan M. Adeyemo
on behalf of Defendant Scientific Drilling International  Inc. madeyemo@gordonrees.com, asoto@grsm.com

Michael Niles
on behalf of Creditor Fletcher Exploration  LLC mniles@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Niles
on behalf of Creditor Fletcher Petroleum Company  LLC mniles@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Niles
on behalf of Creditor Fletcher Petroleum Corp. mniles@bergersingerman.com
efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Schuster
on behalf of Interested Party Louisiana Tower Operating LLC schusterm@ballardspahr.com
henningc@ballardspahr.com;LitDocket_West@ballardspahr.com

Michael D Rubenstein
on behalf of Interested Party BPX Properties (NA) LP mdrubenstein@liskow.com

Michael D Rubenstein
on behalf of Interested Party BP America Production Company mdrubenstein@liskow.com

Michael J. Guyerson
on behalf of Creditor Estate of Pamela Page  Deceased , Gabriel@kjblawoffice.com

Michael J. Guyerson
on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com  Gabriel@kjblawoffice.com

Mitchell E Ayer
on behalf of Defendant Gravity Oilfield Services  LLC mayer@dorelaw.com, chymel@dorelaw.com;csmith@dorelaw.com

P. Matthew Cox
on behalf of Creditor Ally Bank pmc@scmlaw.com  mw@scmlaw.com

Paul Moss
on behalf of U.S. Trustee US Trustee Paul.Moss@usdoj.gov

R. J. Shannon
on behalf of Defendant Capstar Drilling  Inc. rshannon@parkinslee.com

Robert Lantz
on behalf of Creditor Roosth 806  LTD. rlantz@clmatty.com, dweber@clmatty.com

Robert Padjen
on behalf of Creditor Colorado Department of Law Robert.padjen@coag.gov  deanna.westfall@coag.gov

Robert L Paddock
on behalf of Creditor Strago Petroleum Corporation rpaddock@buckkeenan.com  myers@buckkeenan.com

Robert L Paddock
on behalf of Creditor Gateway Exploration  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock
on behalf of Creditor Meritage Energy Ltd rpaddock@buckkeenan.com  myers@buckkeenan.com

Robert L Paddock
on behalf of Creditor Harvest Gas Management  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock
on behalf of Creditor GCREW Properties  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Ryan Lorenz
on behalf of Creditor Juno Financial LLC RLorenz@ClarkHill.com

Ryan Seidemann
on behalf of Creditor State of Louisiana  Depatment of Natural Resources, Office of Mineral Resources
seidemannr@ag.louisiana.gov

Ryco Exploration, LLC.
rsmith.ryco@att.net

District/off: 1082-1                              User: admin                                    Page 10 of 11
Date Rcvd: May 10, 2022                          Form ID: pdf904                                 Total Noticed: 54

Shay L. Denning
                    on behalf of Creditor Tauber Exploration & Production Company sdenning@axishealthsystem.org

Shay L. Denning
                    on behalf of Creditor I & L Miss I  LP sdenning@axishealthsystem.org

Shay L. Denning
                    on behalf of Creditor CTM 2005  Ltd. sdenning@axishealthsystem.org

Shay L. Denning
                    on behalf of Creditor Pickens Financial Group  LLC sdenning@axishealthsystem.org

Stephen K. Lecholop, II
                    on behalf of Creditor McCombs Energy  Ltd. slecholop@rpsalaw.com, dtrevino@rpsalaw.com;ddoonkeen@rpsalaw.com

Stephen K. Lecholop, II
                    on behalf of Creditor McCombs Exploration  LLC slecholop@rpsalaw.com, dtrevino@rpsalaw.com;ddoonkeen@rpsalaw.com

Stephen T Loden
                    on behalf of Plaintiff Thomas M. Kim sloden@diamondmccarthy.com

Steven T Mulligan
                    on behalf of Defendant GE Oil & Gas Pressure Control LP smulligan@cp2law.com
                    jcampbell@cp2law.com;smulligan_66544@ecf.courtdrive.com

Steven T Mulligan
                    on behalf of Defendant Baker Hughes Company f/k/a Baker Hughes a GE company smulligan@cp2law.com
                    jcampbell@cp2law.com;smulligan_66544@ecf.courtdrive.com

Steven T Mulligan
                    on behalf of Defendant Baker Hughes Oilfield Operations LLC smulligan@cp2law.com
                    jcampbell@cp2law.com;smulligan_66544@ecf.courtdrive.com

Theodore J. Hartl
                    on behalf of Interested Party Louisiana Tower Operating LLC hartlt@ballardspahr.com  blessingb@ballardspahr.com

Thomas H Shipps
                    on behalf of Creditor Rudman Partnership tshipps@mbssllp.com

Thomas H Shipps
                    on behalf of Creditor MER Energy  LTD tshipps@mbssllp.com

Thomas H Shipps
                    on behalf of Creditor I & L Miss I  LP tshipps@mbssllp.com

Thomas H Shipps
                    on behalf of Creditor The Rudman Partnership tshipps@mbssllp.com

Thomas H Shipps
                    on behalf of Creditor CTM 2005  Ltd. tshipps@mbssllp.com

Thomas H Shipps
                    on behalf of Creditor MR Oil & Gas  LLC tshipps@mbssllp.com

Thomas H Shipps
                    on behalf of Plaintiff The Rudman Partnership tshipps@mbssllp.com

Timothy C. Mohan
                    on behalf of Defendant Baker Hughes Oilfield Operations  Inc. tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan
                    on behalf of Creditor Baker Hughes Holdings  LLC FKA Baker Hughes, a GE Company LLC tmohan@foley.com,
                    tim.mohan4@gmail.com

Timothy C. Mohan
                    on behalf of Cross Defendant Kelley Brothers Contractors  Inc. tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan
                    on behalf of Defendant Kelley Brothers Contractors  Inc. tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan
                    on behalf of Creditor Lufkin Industries  LLC tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan
                    on behalf of Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com  tim.mohan4@gmail.com

Timothy C. Mohan
                    on behalf of Creditor Baker Petrolite LLC tmohan@foley.com  tim.mohan4@gmail.com

Timothy C. Mohan
                    on behalf of Creditor GE Oil & Gas Pressure Control US tmohan@foley.com  tim.mohan4@gmail.com

Timothy C. Mohan

District/off: 1082-1                     User: admin                                Page 11 of 11
Date Rcvd: May 10, 2022                  Form ID: pdf904                            Total Noticed: 54

on behalf of Creditor Baker Hughes Oilfield Operations LLC tmohan@foley.com  tim.mohan4@gmail.com

Timothy C. Mohan

on behalf of Cross Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com  tim.mohan4@gmail.com

Timothy M. Swanson

on behalf of Creditor Kudzo Oil Properties  LLC tim.swanson@moyewhite.com,
rachael.cotner@moyewhite.com;heather.otto@moyewhite.com

Timothy M. Swanson

on behalf of Creditor Apple River Investments  LLC tim.swanson@moyewhite.com,
rachael.cotner@moyewhite.com;heather.otto@moyewhite.com

Timothy M. Swanson

on behalf of Creditor Alabama Oil & Gas  LLC tim.swanson@moyewhite.com,
rachael.cotner@moyewhite.com;heather.otto@moyewhite.com

Timothy M. Swanson

on behalf of Creditor Kudzu Oil Properties  LLC tim.swanson@moyewhite.com,
rachael.cotner@moyewhite.com;heather.otto@moyewhite.com

Timothy M. Swanson

on behalf of Creditor Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company  LLC and Sklarco, LLC
tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;heather.otto@moyewhite.com

Timothy M. Swanson

on behalf of Creditor Alabama Oil Company tim.swanson@moyewhite.com
rachael.cotner@moyewhite.com;heather.otto@moyewhite.com

Timothy Michael Riley

on behalf of Attorney Hopping Green & Sams triley@deanmead.com

Troy L Hales, II

on behalf of Defendant Ulterra Drilling Technologies  LP thales@bellnunnally.com, nsummerville@bellnunnally.com

Troy L Hales, II

on behalf of Counter-Claimant Ulterra Drilling Technologies  LP thales@bellnunnally.com, nsummerville@bellnunnally.com

Tyler Lee Weidlich

on behalf of Creditor Pro-Tek Field Services  LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com

Tyler Lee Weidlich

on behalf of Creditor Pioneer Wireline Services  LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com

US Trustee

USTPRegion19.DV.ECF@usdoj.gov


TOTAL: 221

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br><br>Debtor. | Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>SKLARCO, LLC,<br><br>Debtor. | Case No. 20-12380 EEB<br>Chapter 11<br><br><br>**Jointly Administered Under**<br>**Case No. 20-12377 EEB** |

---

### **\*\*AMENDED ORDER VACATING HEARING**

---

THIS MATTER comes before the Court on the Notice of Withdrawal of Document filed by The Rudman Partnership, MER Energy, Ltd. and CTM 2005, Ltd., on May 3, 2022, withdrawing its Application for Allowance of Administrative Expenses under 11 USC § 503(b)(3)(D) for Substantial Contribution to These Chapter 11 Cases (Docket No.1493). The Court, being otherwise advised in the premises, hereby

ORDERS that the hearing on the Application for Allowance of Administrative Expenses under 11 USC § 503(b)(3)(D) for Substantial Contribution to These Chapter 11 Cases (Docket No.1493) schedule for Monday\*\*, May 23, 2022, at 1:30 p.m., **is VACATED.**

DATED this 10th day of May, 2022.

BY THE COURT:

_Elizabeth E. Brown_
Elizabeth E. Brown, Bankruptcy Judge

\*\*Amended to correct the day of the vacated hearing from Wednesday to Monday.