# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| **SKLAR EXPLORATION COMPANY, LLC** | **Case No. 20-12377-EEB** |
| | |
| **SKLARCO, LLC** | **Case No. 20-12380-EEB** |
| *Debtors* | **(Jointly Administered)** |

### RESPONSE OF FLETCHER PETROLEUM CORP. TO DEBTORS' OMNIBUS MOTION TO DISALLOW CLAIMS PURSUANT TO 11 U.S.C. § 502(d)

Fletcher Petroleum Corp. ("Fletcher") files this Response in opposition to the *Omnibus Motion to Disallow Claims Pursuant to 11 U.S.C. § 502(d)* (Dkt. # 1718, the "Motion") filed by Sklar Exploration Company, LLC and Sklarco, LLC (together "Debtors"), to the extent the Motion requests the disallowance of claim nos. 107 and 109 filed by Fletcher (together, the "Fletcher Petroleum Corp. Claims"), as follows:

1. In the Motion, the Debtors allege that the Fletcher Petroleum Corp. Claims should be disallowed under 11 U.S.C. § 502(d) because Fletcher is "[s]ubject to claims arising under 11 U.S.C. § 549 for unauthorized postpetition setoff."

2. To date, no action has been filed against Fletcher under 11 U.S.C. § 549.

3. Fletcher denies that Fletcher Petroleum Corp. is subject to claims arising under 11 U.S.C. § 549, for unauthorized postpetition setoff or otherwise, and further denies that the Debtors will be able to state claim against Fletcher under 11 U.S.C. § 549 for which relief may be granted, or to meet their burden of proof necessary to overcome the presumption under Fed. R. Bankr. P. 3001(f) that the Fletcher Petroleum Corp. Claims are valid.

**WHEREFORE**, for these reasons and for such other reasons that may be shown at any hearing on the Motion, Fletcher respectfully requests that this Court deny the Motion with respect to the Fletcher Claims. Fletcher further prays for general relief.

**THIS** the 13th day of May, 2022.

        Respectfully submitted,

        **FLETCHER PETROLEUM CORP.**

        By: /s/ Christopher H. Meredith
           Glenn Gates Taylor, MSB No. 7453
           Christopher H. Meredith, MSB No. 103656
           COPELAND, COOK, TAYLOR & BUSH, P.A.
           600 Concourse, Suite 200
           1076 Highland Colony Parkway
           Ridgeland, MS  39157
           Telephone:  (601) 856-7200
           gtaylor@cctb.com
           cmeredith@cctb.com
           *Its Attorneys*

## CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing through the Court's Electronic Filing System upon all parties signed up to receive such notices.

**THIS** the 13th day of May, 2022.

        /s/ Christopher H. Meredith
        Of Counsel