# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-12377-EEB |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Chapter 11 |
| EIN: 72-1417930 | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO CLAIM OBJECTION

THIS MATTER having come before the Court on Claimant, Roosth 806, Ltd. ("Roosth"), Unopposed Motion for Extension of Time to respond to Debtors Objection to Claim Number 181, being duly advised in the premises and finding good cause for granting the relief requested, hereby:

**ORDERS** that Roosth may have through May 25, 2022 to file its response to the Objection.

**DATED** this  16th  day of May 2022.

BY THE COURT

*Elizabeth E. Brown*
Judge Elizabeth E. Brown