IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC, et al,<br><br>Debtor. | § §  §  §  §  §  §  §<br><br>Chapter 7<br><br>Case No. 20-12377-EEB |

**NOTICE OF APPEARANCE AND REQUEST
FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Ulterra Drilling Technologies, LP ("Ulterra"), creditor and party-in-interest in the above-referenced matter (the "Case"), by and through its counsel, Bell Nunnally & Martin LLP, files this Notice Of Appearance And Request For Notices And Service Of Papers for its counsel of record in this Case, pursuant to 11 U.S.C. § 1109(b), 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code), and Fed. R. Bankr. P. 2002, 3017(a), 9007, and 9010(b) (the "Bankruptcy Rules").  All such notices given or required to be given in this Case, and all papers served or required to be served in this Case shall be addressed as follows:

**Troy "T.J." Hales, Esq.
Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
214.740.1400 (Telephone)
214.740.1499 (Facsimile)
thales@bellnunnally.com (E-mail)**

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices, pleadings, filings, and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, the Debtor's schedules, and statement and all supplements thereto, and any and all plans, letters, correspondence, applications, motions, complaints, objections, claims, demands, hearing notices,

or requests, whether formal or informal, whether oral or in writing, which may be filed, submitted, transmitted, or conveyed to the Bankruptcy Clerk, Bankruptcy Court, or Bankruptcy Judge (as such terms are used and defined in Bankruptcy Rule 9001) in connection with this bankruptcy case and any proceedings related thereto or arising therefrom.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any later appearance, pleading, claim, or suit shall be deemed to waive any of Ulterra's substantive rights, including, without limitation, the right (1) to have final orders in non-core matters entered only after *de novo* review by a district court judge, (2) to trial by jury in any proceedings so triable in this Case or any case, controversy, or proceeding related to this Case, (3) to have the United States District Court for the District of Colorado withdraw the reference in any matter subject to mandatory or discretionary withdrawal or the right to seek abstention in favor or any state court or (4) to assert other rights, claims, actions, defenses, setoffs, or recoupments to which Ulterra is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.  Nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated: May 16, 2022.                                    Respectfully submitted,

**BELL NUNNALLY & MARTIN, LLP**

/s/ *Troy "T.J." Hales*
Troy "T.J." Hales
Texas State Bar No. 24099011
thales@bellnunnally.com
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
214.740.1400 (Telephone)
214.740.1499 (Facsimile)

**ATTORNEYS FOR
NEW FALLS CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Notice of Appearance and Request for Notices was electronically filed on this 16th day of May 2022, and served *via CM/ECF* on all parties requesting electronic notification in this case.

| | |
|---|---|
| Sklar Exploration Company, LLC<br>Sklarco, LLC<br>5395 Pearl Parkway, Suite 200<br>Boulder, Colorado 80301<br>***Debtors*** | Jeffrey S. Brinen<br>Jenny M.F. Fujii<br>Lee M. Kutner<br>Keri L. Riley<br>Kutner Brinen Dickey Riley, P.C.<br>1660 Lincoln Street, Suite 1720<br>Denver, Colorado 80264<br>jsb@kutnerlaw.com<br>jmf@kutnerlaw.com<br>lmk@kutnerlaw.com<br>klr@kutnerlaw.com<br>***Attorneys for Debtors*** |
| Benjamin Y. Ford<br>Ambrecht Jackson LLP<br>RSA Tower, 27th Floor<br>11 North Water Street<br>Mobile, Alabama 36602<br>byf@ajlaw.com<br>***Attorneys for Debtor Sklar Exploration Company, LLC*** | Matthew J. Ochs<br>Holland & Hart LLP<br>555 17th Street, Suite 3200<br>Denver, Colorado 80202<br>mjochs@hollandhart.com<br>***Attorneys for Debtor Sklarco, LLC*** |

| | |
|---|---|
| U.S. Trustee<br>Office of the United States Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout Street, Suite 12-200<br>Denver, Colorado 80294<br>***United States Trustee*** | Paul Moss<br>Office of the United States Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout Street, Suite 12-200<br>Denver, Colorado 80294<br>Paul.Moss@usdoj.gov<br>***Attorneys for the United States Trustee*** |
| The Official Committee of Unsecured Creditors<br>Munsch Hardt Kopf & Harr PC<br>700 Milam Street, Suite 2700<br>Houston, Texas 77002<br>***Creditor Committee*** | Grant Matthew Beiner<br>Munsch Hardt Kopf & Harr PC<br>700 Milam Street, Suite 2700<br>Houston, Texas 77002<br>gbeiner@munsch.com<br>jcornwall@munsch.com<br>***Attorneys for The Official Committee of Unsecured Creditors*** |
| Christopher D. Johnson<br>Diamond McCarthy LLP<br>909 Fannin Street, Suite 3700<br>Houston, Texas 77002<br>chris.johnson@diamondmccarthy.com<br>***Attorneys for The Official Committee of Unsecured Creditors*** | |

/s/ *Troy "T.J." Hales*<br>
Troy "T.J." Hales