United States Bankruptcy Court
District of Colorado

In re:     Case No. 20-12377-EEB
Sklar Exploration Company, LLC     Chapter 11
Sklarco, LLC
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 11
Date Rcvd: May 16, 2022     Form ID: pdf904     Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Sklar Exploration Company, LLC, Sklarco, LLC, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301-2541 |
| aty | + | Benjamin Y. Ford, RSA Tower, 27th Floor, 11 North Water Street, Mobile, AL 36602-3809 |
| aty | + | Rachel T. Kubanda, 711 Louisiana St., Ste. 1800, Houston, TX 77002-2832 |
| cr | + | AEEC II, LLC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | AEH Investments, LLC, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| cr | + | Anderson Exploration Energy Company, LC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Barbara P Lawrence, 55 Hill Circle, Evergreen, CO 80439-4618 |
| cr | + | Barnette & Benefield, Inc., PO Box 550, Haynesville, LA 71038-0550 |
| cr | + | Bettye LaCour, 128 Ella Hill Street, Maurice, LA 70555-3266 |
| cr | + | Bundero Investment Company, LLC, 401 Edwards Street, Suite 820, Shreveport, LA 71101-5521 |
| cr | + | Estate of Pamela Page, Deceased, P.O. Box 374, Evergreen, CO 80437-0374 |
| cr | + | Foote Oil and Gas Properties, LLC, 1655 Prudential Drive, #161B, Jacksonville, FL 32207-8105 |
| cr | + | Franks Exploration Company, LLC, P.O. Box 7655, Shreveport, LA 71137-7655 |
| cr | + | Hughes Oil South, LLC, P.O. Box 608, Oxford, MS 38655-0608 |
| cr | + | I & L Miss I, LP, 4761 Frank Luck Dr, Addison, TX 75001-3202 |
| cr | + | J&A Harris, LP, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| intp | #+ | J. Marshall Jones, 920 Arapahoe, Louisville, CO 80027-1092 |
| cr | + | John H. Smith, c/o Quitman Tank Solutions, LLC, PO Box 90, Quitman, MS 39355-0090 |
| cr | + | KMR Investments, LLC, P.O. Box 417, Homer, LA 71040-0417 |
| cr | + | Kingston, LLC, 2790 South Thompson Street, Suite 102, Springdale, AR 72764-6303 |
| cr | + | Kodiak Gas Services, LLC, 15320 Hwy. 105, Suite 210, Montgomery, TX 77356-2602 |
| cr | + | NexTier Completion Solutions, Inc., c/o Allen Bryson, PLLC, 211 N. Center St., Longview, TX 75601-7221 |
| cr | + | Pearl Parkway, LLC, 2595 Canyon Blvd., Ste 230, Boulder, CO 80302-6737 |
| cr | + | Pickens Financial Group, LLC, 10100 N. Central Expressway, Suite 200, Dallas, TX 75231-4169 |
| cr | + | Stoneham Drilling Corporation, c/o Bradley, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | + | Sugar Oil Properties, L.P., 625 Market Street, Suite 100, Shreveport, LA 71101-5392 |
| cr | + | TCP Cottonwood, L.P., 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Tauber Exploration & Production Company, 55 Waugh Drive, Suite 700, Houston, TX 77007-5837 |
| intp | | The Juneau Group, 2386A Rice Blvd. #232, Houston, TX 77005 |
| 18754408 | + | Anderson Investment Holdings, LP, AEEC II, LLC, 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |
| 18754411 | + | Apple River Investments, L.L.C., Attn Robert M. Boeve, President, 1503 Garfield Road North, Traverse City, MI 49696-1111 |
| 18754484 | + | East West Bank Treasury Department, 135 North Los Robles Avenue, Suite 600, ATTN Linda Cox, Pasadena, CA 91101-4549 |
| 18754510 | + | FPCC USA, Inc., ATTN: William Hu, Alex Chen, 1235 N. Loop W., Ste. 930, Houston, TX 77008-4710 |
| 18754497 | + | Fant Energy Limited, P.O. Box 55205, Houston, TX 77255-5205 |
| 18754529 | + | H&H Construction, LLC, Ladon E. Hall, Sole Manager, P.O. Box 850, Flomaton, AL 36441-0850 |
| 18754560 | | JD Fields & Company, Inc., P.O. Box 134401, Houston, TX 77219-4401 |
| 18754567 | + | JJS Working Interest LLC, 2001 Kirby Dr, Suite 1110, Houston, TX 77019-6081 |
| 18754578 | + | Kelley Brothers Contractors, Inc., P.O. Drawer 1079, Waynesboro, MS 39367-1079 |
| 18754588 | + | Kudzu Oil Properties, LLC, 300 Concourse Blvd, Suite 101, Ridgeland, MS 39157-2091 |
| 18754612 | + | Meritage Energy, Ltd., C/O BKD, LLP, 2700 Post Oak Blvd, Ste 1500, Houston, TX 77056-5829 |
| 18754613 | | Mesa Fluids, LLC, c/o Juno Financial, P.O. Box 173928, Denver, CO 80217-3928 |

| | | |
|---|---|---|
| 18754664 | | Pro-Tek Field Services, LLC, P.O. Box 919269, Dallas, TX 75391-9269 |
| 18754666 | + | Pruet Oil Company, LLC, 217 West Capitol St. Ste 201, Jackson, MS 39201-2099 |
| 18754673 | + | Rapad Well Service Co., Inc., 217 West Capitol Street, Jackson, MS 39201-2004 |
| 18754735 | + | TCP Cottonwood, L.P., 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |
| 18754760 | + | Union Oilfield Supply, Inc., 12 John Dykes Road, Waynesboro, MS 39367-8371 |

TOTAL: 46

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: cmccord@mccordprod.com | May 16 2022 22:12:00 | CTM 2005, Ltd., 55 Waugh Drive, Suite 515, Houston, TX 77007-5840 |
| cr | + | Email/PDF: dor_tac_bankruptcy@state.co.us | May 16 2022 22:16:13 | Colorado Department Of Revenue, 1881 Pierce St., Bankruptcy Unit, Room 104, Lakewood, CO 80214-3503 |
| cr | + | Email/Text: bankruptcy@coag.gov | May 16 2022 22:12:00 | Colorado Department of Law, 1300 Broadway, 8th Floor, Denver, CO 80203-2104 |
| cr | | Email/Text: tim.swanson@moyewhite.com | May 16 2022 22:12:00 | Kudzu Oil Properties, LLC, c/o Timothy M. Swanson, Moye White LLP, 1400 16th Street, 6th Floor, Denver, CO 80202 |
| intp | + | Email/Text: aodonnell@r2llc.com | May 16 2022 22:12:00 | Thomas M. Kim, r2 advisors llc, 1518 Blake Street, Denver, CO 80202-1322 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Hall Management, LLC, 4913 Oak Point Drive |
| 18754598 | ## | Lucas Petroleum Group, Inc., 327 Congress Avenue, Suite 500, Austin, TX 78701-3656 |
| 18754720 | ##+ | Stoneham Drilling Corporation, 707 17th Street, Suite 3250, Denver, CO 80202-3433 |
| 18754721 | ## | Strago Petroleum Corporation, 3209 Hamm Road, Pearland, TX 77581-5503 |

TOTAL: 1 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 18, 2022                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam L. Hirsch | on behalf of Interested Party Howard F. Sklar  adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 3 of 11 |
| Date Rcvd: May 16, 2022 | Form ID: pdf904 | Total Noticed: 51 |

Adam L. Hirsch
    on behalf of Interested Party Howard Sklar Trust adam.hirsch@dgslaw.com robin.anderson@dgslaw.com

Adam L. Hirsch
    on behalf of Plaintiff Howard F. Sklar adam.hirsch@dgslaw.com robin.anderson@dgslaw.com

Amy Vazquez
    on behalf of Creditor FPCC USA Inc. avazquez@joneswalker.com

Andrew James Shaver
    on behalf of Creditor Premium Oilfield Services LLC ashaver@bradley.com

Andrew M. Toft
    on behalf of Plaintiff Thomas Kim Trustee of the Sklar Creditors Trust atoft@hn-colaw.com, andrewmtoft@yahoo.com

Armistead Mason Long
    on behalf of Creditor Pine Island Chemical Solutions L.L.C. along@gamb.law

Barnet B Skelton, Jr
    on behalf of Creditor CTM 2005 Ltd. barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Plaintiff The Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor MER Energy LTD barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor MR Oil & Gas LLC barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor I & L Miss I LP barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor The Rudman Partnership barnetbjr@msn.com

Belinda Harrison
    belindapittsharrison@gmail.com belindapittsharrison@gmail.com

Benjamin Young Ford
    on behalf of Spec. Counsel Armbrecht Jackson LLP byf@ajlaw.com, chs@ajlaw.com

Brent R. Cohen
    on behalf of Creditor Fant Energy Limited bcohen@lewisroca.com brent-cohen-8759@ecf.pacerpro.com,jeastin@lrrc.com

Brian Rich
    on behalf of Creditor Fletcher Exploration LLC brich@bergersingerman.com,
    efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich
    on behalf of Creditor Fletcher Petroleum Company LLC brich@bergersingerman.com,
    efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich
    on behalf of Creditor Fletcher Petroleum Corp. brich@bergersingerman.com
    efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian A. Baker
    on behalf of Defendant National Oilwell Varco LP brian.baker@stacybakerlaw.com

Brian A. Baker
    on behalf of Defendant National Oilwell Varco DHT LP brian.baker@stacybakerlaw.com

Bryce Suzuki
    on behalf of Creditor East-West Bank bsuzuki@swlaw.com tina.daniels@bclplaw.com

Bryce Suzuki
    on behalf of Defendant East West Bank bsuzuki@swlaw.com tina.daniels@bclplaw.com

Bryce Suzuki
    on behalf of Intervenor East West Bank bsuzuki@swlaw.com tina.daniels@bclplaw.com

Christopher Meredith
    on behalf of Creditor Coastal Exploration Inc. cmeredith@cctb.com,
    bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
    on behalf of Attorney Copeland Cook, Taylor & Bush, P.A. cmeredith@cctb.com,
    bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 4 of 11 |
| Date Rcvd: May 16, 2022 | Form ID: pdf904 | Total Noticed: 51 |

Christopher Meredith
    on behalf of Creditor Eastern Fishing & Rental Tool Company Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
    on behalf of Creditor Fletcher Petroleum Corp. cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
    on behalf of Creditor PAR Minerals Corporation cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher D. Johnson
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors chris.johnson@diamondmccarthy.com amanda.heydrick@diamondmccarthy.com

Christopher D. Johnson
    on behalf of Interested Party Thomas M. Kim chris.johnson@diamondmccarthy.com amanda.heydrick@diamondmccarthy.com

Christopher D. Johnson
    on behalf of Defendant Thomas Kim Trustee of the Sklar Creditors Trust chris.johnson@diamondmccarthy.com, amanda.heydrick@diamondmccarthy.com

Christopher D. Johnson
    on behalf of Plaintiff Thomas M. Kim chris.johnson@diamondmccarthy.com amanda.heydrick@diamondmccarthy.com

Christopher M. Crowley
    on behalf of Creditor Liquid Gold Well Service Inc. ccrowley@fncmlaw.com

Cody Carol Bailey
    on behalf of Defendant Oilfield Partners Energy Services LLC cbailey@brunini.com

Daniel L. Bray
    on behalf of Creditor Weatherford U.S. L.P. daniel.bray@huschblackwell.com, ann.stolfa@huschblackwell.com;daniel-bray-5348@ecf.pacerpro.com

David M. Miller
    on behalf of Creditor Bri-Chem Supply Corp. LLC dmiller@spencerfane.com, akarant@spencerfane.com

David R Taggart
    on behalf of Creditor JH Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

David R Taggart
    on behalf of Creditor JF Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

David R Taggart
    on behalf of Interested Party JF Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

David W. Drake
    on behalf of Creditor Ford Motor Credit Company LLC co.ecf@bdfgroup.com

David W. Hall
    davidwendallhall@gmail.com

Deanna L. Westfall
    on behalf of Creditor Colorado Department Of Revenue deanna.westfall@coag.gov Robert.padjen@coag.gov;jade.darnell@coag.gov

Deirdre Carey Brown
    on behalf of Creditor Maren Silberstein Revocable Trust dbrown@forsheyprostok.com

Douglas D. Koktavy
    on behalf of Defendant Btech Service & Supply Inc Doug@coloradocreditorlaw.com

Duane Brescia
    on behalf of Creditor Seitel Data Ltd. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com

Duane Brescia
    on behalf of Creditor Lucas Petroleum Group Inc. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com

Duane Brescia
    on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com djaenike@clarkhill.com;ckclark@clarkhill.com

Elizabeth Helen Weller
    on behalf of Creditor McLeod ISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Helen Weller
    on behalf of Creditor Atlanta ISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Helen Weller
    on behalf of Creditor Linden-Kildare CISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

District/off: 1082-1 | User: admin | Page 5 of 11
Date Rcvd: May 16, 2022 | Form ID: pdf904 | Total Noticed: 51

| | |
|---|---|
| Epiq Systems | on behalf of Claims Agent Epiq Corporate Restructuring LLC rjacobs@ecf.epiqsystems.com |
| Florence Bonaccorso-Saenz | on behalf of Creditor Louisiana Department of Revenue florence.saenz@la.gov |
| Glenn Taylor | on behalf of Creditor Coastal Exploration Inc. gtaylor@cctb.com |
| Glenn Taylor | on behalf of Creditor PAR Minerals Corporation gtaylor@cctb.com |
| Glenn Taylor | on behalf of Creditor Eastern Fishing & Rental Tool Company Inc. gtaylor@cctb.com |
| Grant Matthew Beiner | on behalf of Creditor Committee The Official Committee of Unsecured Creditors gbeiner@munsch.com hvalentine@munsch.com |
| Grant Matthew Beiner | on behalf of Interested Party Thomas Kim gbeiner@munsch.com hvalentine@munsch.com |
| J. Eric Lockridge | on behalf of Creditor Sugar Oil Properties L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com |
| J. Eric Lockridge | on behalf of Creditor Anderson Exploration Energy Company L.C. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com |
| J. Eric Lockridge | on behalf of Creditor TCP Cottonwood L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com |
| J. Eric Lockridge | on behalf of Creditor AEEC II LLC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com |
| J. Eric Lockridge | on behalf of Creditor Anderson Exploration Energy Company LC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com |
| Jack Lazarus | on behalf of Defendant White Resources LLC jacklaz45@gmail.com |
| James B. Bailey | on behalf of Defendant Stoneham Drilling Corporation jbailey@bradley.com ashaver@bradley.com,jbailey@ecf.courtdrive.com |
| James B. Bailey | on behalf of Creditor Stoneham Drilling Corporation jbailey@bradley.com ashaver@bradley.com,jbailey@ecf.courtdrive.com |
| Jason Buchman | on behalf of Defendant Stratum Reservoir LLC jason.buchman@stratumreservoir.com |
| Jeffery Dayne Carruth | on behalf of Creditor Halliburton Energy Services Inc. jcarruth@wkpz.com |
| Jeffery Dayne Carruth | on behalf of Defendant Halliburton Energy Services LLC jcarruth@wkpz.com |
| Jeffrey R. Barber | on behalf of Creditor FPCC USA Inc. jbarber@joneswalker.com, jmaxey@joneswalker.com;mgreen@joneswalker.com |
| Jeffrey Reid Burley | on behalf of Counter-Claimant Ulterra Drilling Technologies LP rburley@bellnunnally.com, nblum@bellnunnally.com |
| Jeffrey S. Brinen | on behalf of Debtor Sklar Exploration Company LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com |
| Jeffrey S. Brinen | on behalf of Debtor Sklarco LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com |
| Jennifer Hardy | on behalf of Creditor JJS Interests Steele Kings LLC jhardy2@willkie.com, mao@willkie.com |
| Jennifer Hardy | on behalf of Creditor JJS Working Interests LLC jhardy2@willkie.com, mao@willkie.com |
| Jennifer Hardy | on behalf of Creditor JJS Interests North Beach LLC jhardy2@willkie.com, mao@willkie.com |
| Jennifer Hardy | on behalf of Creditor JJS Interests Escambia LLC jhardy2@willkie.com, mao@willkie.com |
| Jennifer Hardy | on behalf of Creditor JJS Interests West Arcadia LLC jhardy2@willkie.com, mao@willkie.com |

Case:20-12377-MER Doc#:1807 Filed:05/18/22 Entered:05/18/22 22:14:19 Page6 of 12

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 6 of 11 |
| Date Rcvd: May 16, 2022 | Form ID: pdf904 | Total Noticed: 51 |

| | |
|---|---|
| Jennifer Norris Soto | on behalf of Creditor Barnette & Benefield  Inc. jennifersoto@arklatexlaw.com, curtisshelton@arklatexlaw.com, |
| Jenny M.F. Fujii | on behalf of Defendant Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com |
| Jenny M.F. Fujii | on behalf of Debtor Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com |
| Jenny M.F. Fujii | on behalf of Cross-Claimant Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com |
| Jenny M.F. Fujii | on behalf of Debtor Sklarco  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com |
| Jeremy L Retherford | on behalf of Interested Party Pruet Production Co. jretherford@balch.com  kskelton@balch.com,skynerd@pruet.com |
| Jeremy L Retherford | on behalf of Creditor RAPAD Well Service Co.  Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com |
| Jeremy L Retherford | on behalf of Creditor Pruet Production Co. jretherford@balch.com  kskelton@balch.com,skynerd@pruet.com |
| Jeremy L Retherford | on behalf of Plaintiff Pruet Production Co. jretherford@balch.com  kskelton@balch.com,skynerd@pruet.com |
| Jeremy L Retherford | on behalf of Creditor Pruet Oil Company  LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com |
| Jeremy L Retherford | on behalf of Defendant RAPAD Well Service Co.  Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com |
| Jim F Spencer, Jr | on behalf of Creditor Landmark Exploration  LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| Jim F Spencer, Jr | on behalf of Creditor Lexington Investments  LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| Jim F Spencer, Jr | on behalf of Creditor Landmark Oil and Gas  LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| Jim F Spencer, Jr | on behalf of Creditor Stone Development  LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| John Cornwell | on behalf of Creditor Committee The Official Committee of Unsecured Creditors jcornwell@munsch.com  hvalentine@munsch.com;john-cornwell-6088@ecf.pacerpro.com |
| John H Bernstein | on behalf of Creditor Pearl Parkway  LLC john.bernstein@kutakrock.com, trina.rioux@kutakrock.com |
| John Thomas Oldham | on behalf of Creditor Kodiak Gas Services  LLC joldham@okinadams.com, bmoore@okinadams.com |
| Jonathan Dickey | on behalf of Creditor Foote Oil & Gas Properties  LLC jmd@kutnerlaw.com, vlm@kutnerlaw.com |
| Jordan B. Bird | on behalf of Creditor KMR Investments  LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor Bundero Investment Company  LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Attorney Cook  Yancey, King & Galloway, APLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor J&A Harris  LP jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor Hughes Oil South  LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor Franks Exploration Company  LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor Hall Management  LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor Kingston  LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |

Case:20-12377-MER Doc#:1807 Filed:05/18/22 Entered:05/18/22 22:14:19 Page7 of 12

| District/off: 1082-1 | User: admin | Page 7 of 11 |
| --- | --- | --- |
| Date Rcvd: May 16, 2022 | Form ID: pdf904 | Total Noticed: 51 |

| | |
| --- | --- |
| | on behalf of Creditor AEH Investments LLC jordan.bird@cookyancey.com |
| Joseph D. DeGiorgio | |
| | on behalf of Creditor Ford Motor Credit Company LLC josephde@bdfgroup.com |
| Joseph Eric Bain | |
| | on behalf of Creditor FPCC USA Inc. jbain@joneswalker.com, joseph-bain-8368@ecf.pacerpro.com |
| Katherine A Ross | |
| | on behalf of Creditor Bureau of Land Management katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine A Ross | |
| | on behalf of Creditor Office of Natural Resources Revenue katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine A Ross | |
| | on behalf of Creditor Internal Revenue Service katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine Guidry Douthitt | |
| | on behalf of Creditor Dickson Oil & Gas L.L.C. kdouthitt@bwor.com |
| Katherine Guidry Douthitt | |
| | on behalf of Creditor C. Bickham Dickson III kdouthitt@bwor.com |
| Keith D. Tooley | |
| | on behalf of Defendant Baker Hughes Oilfield Operations Inc. ktooley@wsmtlaw.com |
| Keith D. Tooley | |
| | on behalf of Defendant Kelley Brothers Contractors Inc. ktooley@wsmtlaw.com |
| Keith D. Tooley | |
| | on behalf of Defendant GE Oil & Gas Pressure Control LP ktooley@wsmtlaw.com |
| Keith D. Tooley | |
| | on behalf of Defendant Sklar Exploration Company LLC ktooley@wsmtlaw.com |
| Keith D. Tooley | |
| | on behalf of Plaintiff Southeast Alabama Gas District ktooley@wsmtlaw.com |
| Kelsey Jamie Buechler | |
| | on behalf of Creditor Bettye LaCour jamie@kjblawoffice.com Sharon@kjblawoffice.com |
| Kelsey Jamie Buechler | |
| | on behalf of Creditor Foote Oil and Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com |
| Kelsey Jamie Buechler | |
| | on behalf of Creditor Foote Oil & Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com |
| Keri L. Riley | |
| | on behalf of Defendant Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Keri L. Riley | |
| | on behalf of Debtor Sklarco LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Keri L. Riley | |
| | on behalf of Defendant Sklarco LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Keri L. Riley | |
| | on behalf of Debtor Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Kevin S. Neiman | |
| | on behalf of Creditor Plains Gas Solutions LLC kevin@ksnpc.com |
| Kevin S. Neiman | |
| | on behalf of Plaintiff Plains Marketing L.P. kevin@ksnpc.com |
| Kevin S. Neiman | |
| | on behalf of Counter-Defendant Plains Marketing L.P. kevin@ksnpc.com |
| Kevin S. Neiman | |
| | on behalf of Creditor Plains Marketing L.P. kevin@ksnpc.com |
| Laurie Spindler | |
| | on behalf of Creditor Rusk County laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie Spindler | |
| | on behalf of Creditor Smith County laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie Spindler | |

| | |
|---|---|
| | on behalf of Creditor Atlanta ISD laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie Spindler | on behalf of Creditor Franklin County laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie Spindler | on behalf of Creditor McLeod ISD laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie Spindler | on behalf of Creditor Beckville ISD laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie Spindler | on behalf of Creditor Gregg County laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie Spindler | on behalf of Creditor Wood County laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie Spindler | on behalf of Creditor Upshur County laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie Spindler | on behalf of Creditor Linden-Kildate CISD laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie Spindler | on behalf of Creditor Marion County laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie Spindler | on behalf of Creditor Camp CAD laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie Spindler | on behalf of Creditor Frankston ISD laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Lee M. Kutner | on behalf of Debtor Sklar Exploration Company LLC vlm@kutnerlaw.com |
| Lee M. Kutner | on behalf of Debtor Sklarco LLC vlm@kutnerlaw.com |
| Lloyd A. Lim | on behalf of Defendant CSI Compressco Operating LLC lloyd.lim@keanmiller.com, rachel.kubanda@keanmiller.com;mack.wilson@keanmiller.com;teresa.miller@keanmiller.com |
| Lloyd A. Lim | on behalf of Creditor CSI Compressco Operating LLC lloyd.lim@keanmiller.com, rachel.kubanda@keanmiller.com;mack.wilson@keanmiller.com;teresa.miller@keanmiller.com |
| Louis Matthew Grossman | on behalf of Creditor CSI Compressco Operating LLC louis.grossman@keanmiller.com, kathy.ballard@keanmiller.com |
| Louis Matthew Grossman | on behalf of Defendant CSI Compressco Operating LLC louis.grossman@keanmiller.com, kathy.ballard@keanmiller.com |
| Madison M. Tucker | on behalf of Creditor FPCC USA Inc. mtucker@joneswalker.com, madison-tucker-7703@ecf.pacerpro.com |
| Mario A Lamar | on behalf of Creditor NexTier Completion Solutions Inc. mlamar@allenbrysonlaw.com |
| Matthew Okin | on behalf of Creditor Kodiak Gas Services LLC mokin@okinadams.com |
| Matthew D. Skeen, Jr. | on behalf of Defendant KCS Automation LLC jrskeen@skeen-skeen.com |
| Matthew J Ochs | on behalf of Plaintiff Pruet Production Co. mjochs@hollandhart.com tldevlin@hollandhart.com |
| Matthew J Ochs | on behalf of Creditor Pruet Production Co. mjochs@hollandhart.com tldevlin@hollandhart.com |
| Matthew J Ochs | on behalf of Creditor Pruet Oil Company LLC mjochs@hollandhart.com, tldevlin@hollandhart.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 9 of 11 |
| Date Rcvd: May 16, 2022 | Form ID: pdf904 | Total Noticed: 51 |

| | |
|---|---|
| Matthew J Ochs | on behalf of Defendant RAPAD Well Service Co. Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Matthew J Ochs | on behalf of Debtor Sklarco LLC mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Matthew J Ochs | on behalf of Creditor RAPAD Well Service Co. Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Megan M. Adeyemo | on behalf of Defendant Planning Thru Completion LLC madeyemo@gordonrees.com, asoto@grsm.com |
| Megan M. Adeyemo | on behalf of Defendant Scientific Drilling International Inc. madeyemo@gordonrees.com, asoto@grsm.com |
| Michael Niles | on behalf of Creditor Fletcher Exploration LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael Niles | on behalf of Creditor Fletcher Petroleum Company LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael Niles | on behalf of Creditor Fletcher Petroleum Corp. mniles@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael Schuster | on behalf of Interested Party Louisiana Tower Operating LLC schusterm@ballardspahr.com henningc@ballardspahr.com;LitDocket_West@ballardspahr.com |
| Michael D Rubenstein | on behalf of Interested Party BPX Properties (NA) LP mdrubenstein@liskow.com |
| Michael D Rubenstein | on behalf of Interested Party BP America Production Company mdrubenstein@liskow.com |
| Michael J. Guyerson | on behalf of Creditor Estate of Pamela Page Deceased , Gabriel@kjblawoffice.com |
| Michael J. Guyerson | on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com Gabriel@kjblawoffice.com |
| Mitchell E Ayer | on behalf of Defendant Gravity Oilfield Services LLC mayer@dorelaw.com, chymel@dorelaw.com;csmith@dorelaw.com |
| P. Matthew Cox | on behalf of Creditor Ally Bank pmc@scmlaw.com mw@scmlaw.com |
| Paul Moss | on behalf of U.S. Trustee US Trustee Paul.Moss@usdoj.gov |
| R. J. Shannon | on behalf of Defendant Capstar Drilling Inc. rshannon@parkinslee.com |
| Robert Lantz | on behalf of Creditor Roosth 806 LTD. rlantz@clmatty.com, dweber@clmatty.com |
| Robert Padjen | on behalf of Creditor Colorado Department of Law Robert.padjen@coag.gov deanna.westfall@coag.gov |
| Robert L Paddock | on behalf of Creditor Strago Petroleum Corporation rpaddock@buckkeenan.com myers@buckkeenan.com |
| Robert L Paddock | on behalf of Creditor Gateway Exploration LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Robert L Paddock | on behalf of Creditor Meritage Energy Ltd rpaddock@buckkeenan.com myers@buckkeenan.com |
| Robert L Paddock | on behalf of Creditor Harvest Gas Management LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Robert L Paddock | on behalf of Creditor GCREW Properties LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Ryan Lorenz | on behalf of Creditor Juno Financial LLC RLorenz@ClarkHill.com |
| Ryan Seidemann | on behalf of Creditor State of Louisiana Depatment of Natural Resources, Office of Mineral Resources seidemannr@ag.louisiana.gov |

| District/off: 1082-1 | User: admin | Page 10 of 11 |
|---|---|---|
| Date Rcvd: May 16, 2022 | Form ID: pdf904 | Total Noticed: 51 |

Ryco Exploration, LLC.
rsmith.ryco@att.net

Shay L. Denning
on behalf of Creditor Tauber Exploration & Production Company sdenning@axishealthsystem.org

Shay L. Denning
on behalf of Creditor I & L Miss I LP sdenning@axishealthsystem.org

Shay L. Denning
on behalf of Creditor CTM 2005 Ltd. sdenning@axishealthsystem.org

Shay L. Denning
on behalf of Creditor Pickens Financial Group LLC sdenning@axishealthsystem.org

Stephen K. Lecholop, II
on behalf of Creditor McCombs Energy Ltd. slecholop@rpsalaw.com, dtrevino@rpsalaw.com;ddoonkeen@rpsalaw.com

Stephen K. Lecholop, II
on behalf of Creditor McCombs Exploration LLC slecholop@rpsalaw.com, dtrevino@rpsalaw.com;ddoonkeen@rpsalaw.com

Stephen T Loden
on behalf of Plaintiff Thomas M. Kim sloden@diamondmccarthy.com

Steven T Mulligan
on behalf of Defendant GE Oil & Gas Pressure Control LP smulligan@cp2law.com jcampbell@cp2law.com;smulligan_66544@ecf.courtdrive.com

Steven T Mulligan
on behalf of Defendant Baker Hughes Company f/k/a Baker Hughes a GE company smulligan@cp2law.com jcampbell@cp2law.com;smulligan_66544@ecf.courtdrive.com

Steven T Mulligan
on behalf of Defendant Baker Hughes Oilfield Operations LLC smulligan@cp2law.com jcampbell@cp2law.com;smulligan_66544@ecf.courtdrive.com

Theodore J. Hartl
on behalf of Interested Party Louisiana Tower Operating LLC hartlt@ballardspahr.com blessingb@ballardspahr.com

Thomas H Shipps
on behalf of Creditor Rudman Partnership tshipps@mbssllp.com

Thomas H Shipps
on behalf of Creditor MER Energy LTD tshipps@mbssllp.com

Thomas H Shipps
on behalf of Creditor I & L Miss I LP tshipps@mbssllp.com

Thomas H Shipps
on behalf of Creditor The Rudman Partnership tshipps@mbssllp.com

Thomas H Shipps
on behalf of Creditor CTM 2005 Ltd. tshipps@mbssllp.com

Thomas H Shipps
on behalf of Creditor MR Oil & Gas LLC tshipps@mbssllp.com

Thomas H Shipps
on behalf of Plaintiff The Rudman Partnership tshipps@mbssllp.com

Timothy C. Mohan
on behalf of Creditor Baker Hughes Holdings LLC FKA Baker Hughes, a GE Company LLC tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan
on behalf of Cross Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan
on behalf of Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan
on behalf of Creditor Lufkin Industries LLC tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan
on behalf of Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com

Timothy C. Mohan
on behalf of Creditor Baker Petrolite LLC tmohan@foley.com tim.mohan4@gmail.com

Timothy C. Mohan
on behalf of Creditor GE Oil & Gas Pressure Control US tmohan@foley.com tim.mohan4@gmail.com

Timothy C. Mohan

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 11 of 11 |
| Date Rcvd: May 16, 2022 | Form ID: pdf904 | Total Noticed: 51 |

| | |
|---|---|
| | on behalf of Creditor Baker Hughes Oilfield Operations LLC tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Cross Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Defendant Baker Hughes Oilfield Operations Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Kudzo Oil Properties LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;heather.otto@moyewhite.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Apple River Investments LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;heather.otto@moyewhite.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Alabama Oil & Gas LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;heather.otto@moyewhite.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Kudzu Oil Properties LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;heather.otto@moyewhite.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company LLC and Sklarco, LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;heather.otto@moyewhite.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Alabama Oil Company tim.swanson@moyewhite.com rachael.cotner@moyewhite.com;heather.otto@moyewhite.com |
| Timothy Michael Riley | |
| | on behalf of Attorney Hopping Green & Sams triley@deanmead.com |
| Troy L Hales, II | |
| | on behalf of Defendant Ulterra Drilling Technologies LP thales@bellnunnally.com, nsummerville@bellnunnally.com |
| Troy L Hales, II | |
| | on behalf of Counter-Claimant Ulterra Drilling Technologies LP thales@bellnunnally.com, nsummerville@bellnunnally.com |
| Tyler Lee Weidlich | |
| | on behalf of Creditor Pro-Tek Field Services LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com |
| Tyler Lee Weidlich | |
| | on behalf of Creditor Pioneer Wireline Services LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com |
| US Trustee | |
| | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 223

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-12377-EEB |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Chapter 11 |
| EIN: 72-1417930 | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO CLAIM OBJECTION**

THIS MATTER having come before the Court on Claimant, Roosth 806, Ltd. ("Roosth"), Unopposed Motion for Extension of Time to respond to Debtors Objection to Claim Number 181, being duly advised in the premises and finding good cause for granting the relief requested, hereby:

**ORDERS** that Roosth may have through May 25, 2022 to file its response to the Objection.

**DATED** this __16th__ day of May 2022.

BY THE COURT

_Elizabeth E. Brown_
Judge Elizabeth E. Brown