IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | § § § | Chapter 11 |
| SKLAR EXPLORATION COMPANY, *et al.*,[1] | § § § § | Case No. 20-12380-EEB |
| Debtors. | § § | (Jointly Administered) |
| THOMAS M. KIM, CREDITOR TRUSTEE, <br> Plaintiff. <br> vs. <br> R & R RENTALS & HOT SHOT, INC. <br> Defendant. | § § § § § § § § § § § | ADV. NO. 22-01080 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for R & R RENTALS & HOT SHOT, INC ("***Defendant***"), and, pursuant to Bankruptcy Rules 2002, 9007 and 9010 *inter alia*, requests that all notices given or required to be given in this bankruptcy case, and all papers served or required to be served in this bankruptcy case, be given to and served upon:

**Paul J. Hammer**
**BARRON & NEWBURGER, P.C.**
5555 West Loop South, Suite 235
Bellaire, TX 77401

(832) 271-4003

phammer@bn-lawyers.com

---

    PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, or otherwise (1) that affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this bankruptcy case with respect to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in possession, custody, or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by R & R RENTALS & HOT SHOT, INC

    PLEASE TAKE FURTHER NOTICE that R & R RENTALS & HOT SHOT, INC intends that neither this entry of appearance nor any later appearance, pleading, claim, or suit shall waive (1) the right of R & R RENTALS & HOT SHOT, INC to trial by jury in any proceeding so triable in this bankruptcy case or any case, controversy, or proceeding related to this bankruptcy case, or (2) any other rights, claims, actions, defenses, set-offs, or recoupments to which R & R RENTALS & HOT SHOT, INC, is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

    DATED: May 19, 2022.

Respectfully submitted,

**Paul J. Hammer**

**BARRON & NEWBURGER, P.C.**
5555 West Loop South., Suite 235
Bellaire, Texas 77401
*Tel*: (832) 271-4003 / Fax: (512) 476-9253

By: */s/ Paul J. Hammer*

Paul J. Hammer, SBN 24089307

**ATTORNEY FOR DEFENDANT,
R & R RENTALS & HOT SHOT, INC.**