UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br><br>Debtor. | ) <br> ) Case No. 20-12377-EEB <br> ) <br> ) Chapter 11 <br> ) <br> ) |
| In re:<br><br>SKLARCO, LLC,<br><br>Debtor. | ) <br> ) Case No. 20-12380-EEB <br> ) <br> ) Chapter 11 <br> ) |

**STONEHAM DRILLING CORPORATION'S *EX PARTE* CONSENT
MOTION TO EXTEND DEADLINE TO RESPOND TO CLAIM OBJECTION**

Stoneham Drilling Corporation ("Stoneham") hereby moves the Court for an extension of time for filing its response to Sklar Exploration Company, LLC's and Sklarco, LLC's (collectively, the "Debtors") Objection to Claim No. 244 [Docket No. 1729] (the "Objection"), as follows:

1. The Debtors filed the Objection on April 5, 2022.

2. On April 21, 2022, the Debtors provided notice that the deadline for any response to the Objection is May 23, 2022.  *See* Docket No. 1784.

3. The undersigned counsel for Stoneham has conferred with Debtors' counsel regarding resolution of the Objection, and the parties agreed to a 14-day extension of the response deadline.

4. The agreed deadline for Stoneham to file its response to the Objection is June 6, 2022.

**WHEREFORE**, Stoneham Drilling Corporation respectfully requests that the Court enter an order, in substantially the form attached hereto, extending Stoneham's deadline to file its response to the Objection through and including June 6, 2022.

1

Dated: May 20, 2022

By:       /s/ *James B. Bailey*
BRADLEY ARANT BOULT CUMMINGS LLP
James B. Bailey
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Email: jbailey@bradley.com

*Counsel for Stoneham Drilling Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul Moss
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294
Email: Paul.Moss@usdoj.gov

Keri L. Riley
1660 Lincoln St., Ste.1850
Denver, CO 80202
303-832-2400
Email: klr@kutnerlaw.com

*/s/ James B. Bailey*
OF COUNSEL

2