# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br><br>    Debtor. | )<br>)  Case No. 20-12377-EEB<br>)<br>)  Chapter 11<br>)<br>) |
| In re:<br><br>SKLARCO, LLC,<br><br>    Debtor. | )<br>)  Case No. 20-12380-EEB<br>)<br>)  Chapter 11<br>) |

## ORDER GRANTING STONEHAM DRILLING CORPORATION'S *EX PARTE* CONSENT MOTION TO EXTEND DEADLINE TO RESPOND TO CLAIM OBJECTION

This cause came to be considered on Stoneham Drilling Corporation's *Ex Parte* Consent Motion to Extend Deadline to Respond to Claim Objection (the "Motion"). The Court having considered the Motion finds there is sufficient basis for the relief sought. Accordingly, the Court finds said Motion is well taken and it is:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED** and Stoneham Drilling Corporation shall have until June 6, 2022 to file its response to the Objection to Claim No. 244 [Docket No. 1729].

**DONE AND ORDERED** this the 23rd day of May, 2022.

*Elizabeth E. Brown*
_____
UNITED STATES BANKRUPTCY JUDGE

1