# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-12377-EEB |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC<br>EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO CLAIM OBJECTION

Claimant, Roosth 806, Ltd. ("Roosth"), by and through its undersigned counsel, hereby requests that the Court extend the deadline to respond to Debtors Objection to Claim Number 181 (the "Objection"), and states as follows:

1. Debtors filed their Objection on April 5, 2022.

2. The undersigned counsel conferred with Debtors counsel and the parties agreed to a 9-day extension.

3. The agreed upon deadline for Roosth, to file its Response to the Objection, is June 3, 2022.

**WHEREFORE**, Roosth requests an extension of time through June 3, 2022 to respond to the Objection, and for such other and further relief as this Court may deem just and proper.

**DATED** this 25th day of May 2022.

        Respectfully Submitted,

        **CASTLE LANTZ MARICLE, LLC**

        By: */s/ Robert D. Lantz*
        Robert D. Lantz, # 30825
        4100 E. Mississippi Ave., Ste. 410
        Denver, Colorado 80426
        T: 720-613-1383
        F: 720-613-1399
        E: rlantz@clmatty.com
        *Counsel for Claimant, Roosth 806, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 25, 2022, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO CLAIM OBJECTION** was e-served via CM/ECF upon all active counsel and parties of record.

        By: *Dustin Weber*
        Dustin Weber, Sr. Paralegal