**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**STONEHAM DRILLING CORPORATION'S SECOND *EX PARTE* CONSENT MOTION TO EXTEND DEADLINE TO RESPOND TO CLAIM OBJECTION**

Stoneham Drilling Corporation ("Stoneham") hereby moves the Court for a second extension of time for filing its response to Sklar Exploration Company, LLC's and Sklarco, LLC's (collectively, the "Debtors") Objection to Claim No. 244 [Docket No. 1729] (the "Objection"), as follows:

1. The Debtors filed the Objection on April 5, 2022.

2. On April 21, 2022, the Debtors provided notice that the deadline for any response to the Objection is May 23, 2022. *See* Docket No. 1784.

3. Based upon the agreement of the parties, the Court granted an initial 14-day extension of the response deadline through and including June 6, 2022. *See* Docket No. 1811.

4. The undersigned counsel for Stoneham has conferred with Debtors' counsel regarding resolution of the Objection, and the parties agreed to a further 7-day extension of the response deadline.

5. The agreed deadline for Stoneham to file its response to the Objection is June 13, 2022.

1

**WHEREFORE**, Stoneham Drilling Corporation respectfully requests that the Court enter an order, in substantially the form attached hereto, extending Stoneham's deadline to file its response to the Objection through and including June 13, 2022.

Dated: June 3, 2022

By: _____/s/ *James B. Bailey*_____
BRADLEY ARANT BOULT CUMMINGS LLP
James B. Bailey
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama  35203
Telephone:  (205) 521-8000
Email: jbailey@bradley.com

*Counsel for Stoneham Drilling Corporation*

### CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul Moss
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294
Email: Paul.Moss@usdoj.gov

Keri L. Riley
1660 Lincoln St., Ste.1850
Denver, CO 80202
303-832-2400
Email: klr@kutnerlaw.com

*/s/ James B. Bailey*_____
OF COUNSEL