UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
 )        Case No. 20-12377-EEB
SKLAR EXPLORATION COMPANY, LLC )
EIN: 72-1417930 )        Chapter 11
 )
 Debtor. )
 )
_____ )
 )        Case No. 20-12380-EEB
SKLARCO, LLC )
EIN:  72-1425432 )        Chapter 11
 Debtor. )

**ORDER GRANTING UNOPPOSED MOTION TO FURTHER EXTEND TIME TO
RESPOND TO MOTION OF HOWARD F. SKLAR FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. §§ 503(a),
(b)(1)(A), AND (b)(3)(D) AND COMPLAINT IN ADVERSARY PROCEEDING**

THIS MATTER, having come before the Court on the Debtors' *Unopposed Motion to Further Extend Time to Respond to Motion of Howard F. Sklar for Allowance and Payment of Administrative Expense Pursuant to 11 U.S.C. §§ 503(a), (b)(1)(A), and (b)(3)(D) and Complaint in Adversary Proceeding* (the "Motion")[1], the Court having reviewed the Motion, being fully advised in the premises and finding good cause for granting the requested relief does hereby

ORDER THAT

1.      The Motion is GRANTED;

2.      The date by which the Reorganized Debtors are required to respond to the Sklar Admin Motion is hereby extended through and including June 17, 2022; and

3.      The date by which the Reorganized Debtors, the Creditor Trust, and East West Bank are required to Answer or otherwise respond to the Complaint filed in *Howard Sklar v. Sklar Exploration Company, LLC et al.*, Adversary Proceeding No. 22-01022-EEB is hereby extended through and including June 17, 2022.

---

[1] Capitalized terms shall have the same meaning as defined in the Stipulation unless otherwise defined herein.

2

DONE and entered this _____ day of June, 2022 at Denver, Colorado.


_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge

2