UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**ORDER GRANTING STONEHAM DRILLING CORPORATION'S SECOND**
***EX PARTE* CONSENT MOTION TO EXTEND DEADLINE TO**
**RESPOND TO CLAIM OBJECTION**

This cause came to be considered on Stoneham Drilling Corporation's Second *Ex Parte* Consent Motion to Extend Deadline to Respond to Claim Objection (the "Motion"). The Court having considered the Motion finds there is sufficient basis for the relief sought. Accordingly, the Court finds said Motion is well taken and it is:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED** and Stoneham Drilling Corporation shall have until June 13, 2022 to file its response to the Objection to Claim No. 244 [Docket No. 1729].

**DONE AND ORDERED** this the 3rd day of June, 2022.

*Elizabeth E. Brown*
_____
UNITED STATES BANKRUPTCY JUDGE

1