UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

**Sklar Exploration Company, LLC and Sklarco, LLC**

Debtor(s).

Bankruptcy Case No. 20-12377-EEB,

Chapter 11 ,

## NOTICE OF CHANGE OF ADDRESS

**FRANKS EXPLORATION COMPANY, LLC**

**Creditor**

<u>Address Change Information</u>     <u>Old Address/Phone</u>

FRANKS EXPLORATION COMPANY, LLC
    P. O. Box 7655
    Shreveport, LA 71137-7655
    318-221-2688

FILED
CLERK OF COURT
JUL - 1 2022
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

New Address (Street, City/State/Zip, Telephone):

**FRANKS EXPLORATION COMPANY, LLC**
    **P. O. Box 7726**
    **Shreveport, LA 71137-7726**
    **318-221-2688**

Date:   June 27, 2022

Filed By: _Edward T Yarbrough Jr_
    Signature of Filing Party
Printed Name:     Edward Yarbrough, Jr.
Mailing Address:     P. O. Box 7726
        Shreveport, LA 71137-7726

Telephone number: 318-221-2688
Email:     edward@fmcllc.com