United States Bankruptcy Court
District of Colorado

In re:                                                                          Case No. 20-12377-EEB

Sklar Exploration Company, LLC                                                  Chapter 11

Sklarco, LLC

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 1 of 12 |
| Date Rcvd: Jul 19, 2022 | Form ID: pdf904 | Total Noticed: 54 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Sklar Exploration Company, LLC, Sklarco, LLC, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301-2541 |
| aty | + | Cook, Yancey, King & Galloway, APLC, 333 Texas Street, Suite 1700, P.O. Box 22260, Shreveport, LA 71120-2260 |
| aty | + | Rachel T. Kubanda, 711 Louisiana St., Ste. 1800, Houston, TX 77002-2832 |
| cr | + | AEEC II, LLC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | AEH Investments, LLC, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| cr | + | Anderson Exploration Energy Company, LC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Baker Hughes Holdings, LLC FKA Baker Hughes, a GE, C/O Christopher J. Ryan, 17021 Aldine Westfield Road, Houston, TX 77073-5101 |
| cr | + | Barbara P Lawrence, 55 Hill Circle, Evergreen, CO 80439-4618 |
| cr | + | Barnette & Benefield, Inc., PO Box 550, Haynesville, LA 71038-0550 |
| cr | + | Bettye LaCour, 128 Ella Hill Street, Maurice, LA 70555-3266 |
| cr | + | Bundero Investment Company, LLC, 401 Edwards Street, Suite 820, Shreveport, LA 71101-5521 |
| cr | + | Estate of Pamela Page, Deceased, P.O. Box 374, Evergreen, CO 80437-0374 |
| cr | + | Foote Oil and Gas Properties, LLC, 1655 Prudential Drive, #161B, Jacksonville, FL 32207-8105 |
| cr | | Franks Exploration Company, LLC, P.O. Box 7726, Shreveport, LA 71137-7726 |
| cr | + | Hughes Oil South, LLC, P.O. Box 608, Oxford, MS 38655-0608 |
| cr | + | I & L Miss I, LP, 4761 Frank Luck Dr, Addison, TX 75001-3202 |
| cr | + | J&A Harris, LP, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| intp | #+ | J. Marshall Jones, 920 Arapahoe, Louisville, CO 80027-1092 |
| cr | + | John H. Smith, c/o Quitman Tank Solutions, LLC, PO Box 90, Quitman, MS 39355-0090 |
| cr | + | KMR Investments, LLC, P.O. Box 417, Homer, LA 71040-0417 |
| cr | + | Kingston, LLC, 2790 South Thompson Street, Suite 102, Springdale, AR 72764-6303 |
| cr | + | Kodiak Gas Services, LLC, 15320 Hwy. 105, Suite 210, Montgomery, TX 77356-2602 |
| cr | + | NexTier Completion Solutions, Inc., c/o Allen Bryson, PLLC, 211 N. Center St., Longview, TX 75601-7221 |
| cr | + | Pearl Parkway, LLC, 2595 Canyon Blvd., Ste 230, Boulder, CO 80302-6737 |
| cr | + | Pickens Financial Group, LLC, 10100 N. Central Expressway, Suite 200, Dallas, TX 75231-4169 |
| cr | + | Stoneham Drilling Corporation, c/o Bradley, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | + | Sugar Oil Properties, L.P., 625 Market Street, Suite 100, Shreveport, LA 71101-5392 |
| cr | + | TCP Cottonwood, L.P., 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Tauber Exploration & Production Company, 55 Waugh Drive, Suite 700, Houston, TX 77007-5837 |
| intp | | The Juneau Group, 2386A Rice Blvd. #232, Houston, TX 77005 |
| cr | + | Ulterra Drilling Technologies, LP, c/o Bell Nunnally & Martin LLP, 2323 Ross Avenue, Suite 1900, Dallas, TX 75201, UNTIED STATES 75201-2721 |
| 18754408 | + | Anderson Investment Holdings, LP, AEEC II, LLC, 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |
| 18754411 | + | Apple River Investments, L.L.C., Attn Robert M. Boeve, President, 1503 Garfield Road North, Traverse City, MI 49696-1111 |
| 18754484 | + | East West Bank Treasury Department, 135 North Los Robles Avenue, Suite 600, ATTN Linda Cox, Pasadena, CA 91101-4549 |
| 18754510 | + | FPCC USA, Inc., ATTN: William Hu, Alex Chen, 1235 N. Loop W., Ste. 930, Houston, TX 77008-4710 |
| 18754497 | + | Fant Energy Limited, P.O. Box 55205, Houston, TX 77255-5205 |
| 18754529 | + | H&H Construction, LLC, Ladon E. Hall, Sole Manager, P.O. Box 850, Flomaton, AL 36441-0850 |
| 18754560 | | JD Fields & Company, Inc., P.O. Box 134401, Houston, TX 77219-4401 |
| 18754567 | + | JJS Working Interest LLC, 2001 Kirby Dr, Suite 1110, Houston, TX 77019-6081 |
| 18754578 | + | Kelley Brothers Contractors, Inc., P.O. Drawer 1079, Waynesboro, MS 39367-1079 |

| District/off: 1082-1 | User: admin | Page 2 of 12 |
|---|---|---|
| Date Rcvd: Jul 19, 2022 | Form ID: pdf904 | Total Noticed: 54 |

| | | |
|---|---|---|
| 18754588 | + | Kudzu Oil Properties, LLC, 300 Concourse Blvd, Suite 101, Ridgeland, MS 39157-2091 |
| 18754612 | + | Meritage Energy, Ltd., C/O BKD, LLP, 2700 Post Oak Blvd, Ste 1500, Houston, TX 77056-5829 |
| 18754613 | | Mesa Fluids, LLC, c/o Juno Financial, P.O. Box 173928, Denver, CO 80217-3928 |
| 18754664 | | Pro-Tek Field Services, LLC, P.O. Box 919269, Dallas, TX 75391-9269 |
| 18754666 | + | Pruet Oil Company, LLC, 217 West Capitol St. Ste 201, Jackson, MS 39201-2099 |
| 18754673 | + | Rapad Well Service Co., Inc., 217 West Capitol Street, Jackson, MS 39201-2004 |
| 18754735 | + | TCP Cottonwood, L.P., 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |
| 18754760 | + | Union Oilfield Supply, Inc., 12 John Dykes Road, Waynesboro, MS 39367-8371 |

TOTAL: 48

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Jul 19 2022 22:30:00 | Atlanta ISD, Linebarger Goggan Blair & Sampson, LLP, c/o Elizabeth Weller, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | + | Email/Text: cmccord@mccordprod.com | Jul 19 2022 22:30:00 | CTM 2005, Ltd., 55 Waugh Drive, Suite 515, Houston, TX 77007-5840 |
| cr | + | Email/PDF: dor_tac_bankruptcy@state.co.us | Jul 19 2022 22:38:23 | Colorado Department Of Revenue, 1881 Pierce St., Bankruptcy Unit, Room 104, Lakewood, CO 80214-3503 |
| cr | + | Email/Text: bankruptcy@coag.gov | Jul 19 2022 22:30:00 | Colorado Department of Law, 1300 Broadway, 8th Floor, Denver, CO 80203-2104 |
| cr | | Email/Text: tim.swanson@moyewhite.com | Jul 19 2022 22:30:16 | Kudzu Oil Properties, LLC, c/o Timothy M. Swanson, Moye White LLP, 1400 16th Street, 6th Floor, Denver, CO 80202 |
| intp | + | Email/Text: aodonnell@r2llc.com | Jul 19 2022 22:30:00 | Thomas M. Kim, r2 advisors llc, 1518 Blake Street, Denver, CO 80202-1322 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Hall Management, LLC, 4913 Oak Point Drive |
| 18754598 | ## | Lucas Petroleum Group, Inc., 327 Congress Avenue, Suite 500, Austin, TX 78701-3656 |
| 18754720 | ##+ | Stoneham Drilling Corporation, 707 17th Street, Suite 3250, Denver, CO 80202-3433 |
| 18754721 | ## | Strago Petroleum Corporation, 3209 Hamm Road, Pearland, TX 77581-5503 |

TOTAL: 1 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 21, 2022 | Signature: | /s/Gustava Winters |

District/off: 1082-1      User: admin      Page 3 of 12
Date Rcvd: Jul 19, 2022      Form ID: pdf904      Total Noticed: 54

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Adam L. Hirsch | on behalf of Interested Party Howard F. Sklar adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |
| Adam L. Hirsch | on behalf of Interested Party Howard Sklar Trust adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |
| Adam L. Hirsch | on behalf of Plaintiff Howard F. Sklar adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |
| Amy Vazquez | on behalf of Creditor FPCC USA  Inc. avazquez@joneswalker.com |
| Andrew James Shaver | on behalf of Creditor Premium Oilfield Services  LLC ashaver@bradley.com |
| Andrew M. Toft | on behalf of Plaintiff Thomas Kim  Trustee of the Sklar Creditors Trust atoft@hn-colaw.com, andrewmtoft@yahoo.com |
| Armistead Mason Long | on behalf of Creditor Pine Island Chemical Solutions  L.L.C. along@gamb.com |
| Barnet B Skelton, Jr | on behalf of Creditor CTM 2005  Ltd. barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Plaintiff The Rudman Partnership barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor Rudman Partnership barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor MER Energy  LTD barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor MR Oil & Gas  LLC barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor I & L Miss I  LP barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor The Rudman Partnership barnetbjr@msn.com |
| Belinda Harrison | belindapittsharrison@gmail.com  belindapittsharrison@gmail.com |
| Benjamin Young Ford | on behalf of Spec. Counsel Armbrecht Jackson  LLP byf@ajlaw.com, chs@ajlaw.com |
| Brent R. Cohen | on behalf of Creditor Fant Energy Limited bcohen@lewisroca.com  brent-cohen-8759@ecf.pacerpro.com,jeastin@lrrc.com |
| Brian Rich | on behalf of Creditor Fletcher Exploration  LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Brian Rich | on behalf of Creditor Fletcher Petroleum Company  LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Brian Rich | on behalf of Creditor Fletcher Petroleum Corp. brich@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Brian A. Baker | on behalf of Defendant National Oilwell Varco LP brian.baker@stacybakerlaw.com |
| Brian A. Baker | on behalf of Defendant National Oilwell Varco DHT  LP brian.baker@stacybakerlaw.com |
| Bryce Suzuki | on behalf of Creditor East-West Bank bsuzuki@swlaw.com  tina.daniels@bclplaw.com |
| Bryce Suzuki | on behalf of Defendant East West Bank bsuzuki@swlaw.com  tina.daniels@bclplaw.com |

Bryce Suzuki
on behalf of Intervenor East West Bank bsuzuki@swlaw.com  tina.daniels@bclplaw.com

Charles Murnane
on behalf of Defendant Steel Service Oilfield Tubular  Inc. cmurnane@bn-lawyers.com

Charles Murnane
on behalf of Defendant R & R Rentals & Hot Shot  Inc. cmurnane@bn-lawyers.com

Charles Michael Rubio
on behalf of Defendant Capstar Drilling  Inc. crubio@parkinsrubio.com, 7485062420@filings.docketbird.com

Christopher Meredith
on behalf of Creditor Coastal Exploration  Inc. cmeredith@cctb.com,
bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
on behalf of Defendant Quality Drilling Fluids  Inc. cmeredith@cctb.com,
bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
on behalf of Attorney Copeland  Cook, Taylor & Bush, P.A. cmeredith@cctb.com,
bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
on behalf of Creditor Eastern Fishing & Rental Tool Company  Inc. cmeredith@cctb.com,
bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
on behalf of Creditor Fletcher Petroleum Corp. cmeredith@cctb.com
bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
on behalf of Creditor PAR Minerals Corporation cmeredith@cctb.com
bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher D. Johnson
on behalf of Creditor Committee The Official Committee of Unsecured Creditors chris.johnson@diamondmccarthy.com
nan.sauter@diamondmccarthy.com

Christopher D. Johnson
on behalf of Interested Party Thomas M. Kim chris.johnson@diamondmccarthy.com  nan.sauter@diamondmccarthy.com

Christopher D. Johnson
on behalf of Defendant Thomas Kim  Trustee of the Sklar Creditors Trust chris.johnson@diamondmccarthy.com,
nan.sauter@diamondmccarthy.com

Christopher D. Johnson
on behalf of Plaintiff Thomas M. Kim chris.johnson@diamondmccarthy.com  nan.sauter@diamondmccarthy.com

Christopher M. Crowley
on behalf of Creditor Liquid Gold Well Service  Inc. christopher@burnhamlaw.com, kim@burnhamlaw.com

Cody Carol Bailey
on behalf of Defendant Oilfield Partners Energy Services  LLC cbailey@brunini.com

Daniel L. Bray
on behalf of Creditor Weatherford U.S.  L.P. daniel.bray@huschblackwell.com,
ann.stolfa@huschblackwell.com;daniel-bray-5348@ecf.pacerpro.com

David M. Miller
on behalf of Creditor Bri-Chem Supply Corp.  LLC dmiller@spencerfane.com, cweaver@spencerfane.com

David R Taggart
on behalf of Creditor JH Howell Interests  LP dtaggart@bradleyfirm.com,
kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

David R Taggart
on behalf of Creditor JF Howell Interests  LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

David R Taggart
on behalf of Interested Party JF Howell Interests  LP dtaggart@bradleyfirm.com,
kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

David W. Drake
on behalf of Creditor Ford Motor Credit Company  LLC co.ecf@bdfgroup.com

David W. Hall
davidwendallhall@gmail.com

Deanna L. Westfall
on behalf of Creditor Colorado Department Of Revenue deanna.westfall@coag.gov
Robert.padjen@coag.gov;jade.darnell@coag.gov

Deirdre Carey Brown
on behalf of Creditor Maren Silberstein Revocable Trust dbrown@forsheyprostok.com

Douglas D. Koktavy
on behalf of Defendant Btech Service & Supply  Inc Doug@coloradocreditorlaw.com

Duane Brescia
on behalf of Creditor Seitel Data  Ltd. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com

Duane Brescia
on behalf of Creditor Lucas Petroleum Group  Inc. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com

Duane Brescia
on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com  djaenike@clarkhill.com;ckclark@clarkhill.com

Elizabeth Helen Weller
on behalf of Creditor McLeod ISD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Helen Weller
on behalf of Creditor Atlanta ISD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Helen Weller
on behalf of Creditor Linden-Kildare CISD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Epiq Systems
on behalf of Claims Agent Epiq Corporate Restructuring  LLC rjacobs@ecf.epiqsystems.com

Florence Bonaccorso-Saenz
on behalf of Creditor Louisiana Department of Revenue FBS-ECFNotices@la.gov

Glenn Taylor
on behalf of Creditor Coastal Exploration  Inc. gtaylor@cctb.com

Glenn Taylor
on behalf of Creditor PAR Minerals Corporation gtaylor@cctb.com

Glenn Taylor
on behalf of Creditor Eastern Fishing & Rental Tool Company  Inc. gtaylor@cctb.com

Grant Matthew Beiner
on behalf of Creditor Committee The Official Committee of Unsecured Creditors gbeiner@munsch.com hvalentine@munsch.com

Grant Matthew Beiner
on behalf of Interested Party Thomas Kim gbeiner@munsch.com  hvalentine@munsch.com

J. Eric Lockridge
on behalf of Creditor Sugar Oil Properties  L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge
on behalf of Creditor Anderson Exploration Energy Company  L.C. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge
on behalf of Creditor TCP Cottonwood  L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge
on behalf of Creditor AEEC II  LLC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge
on behalf of Creditor Anderson Exploration Energy Company  LC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Jack Lazarus
on behalf of Defendant White Resources  LLC jacklaz45@gmail.com

James B. Bailey
on behalf of Defendant Stoneham Drilling Corporation jbailey@bradley.com  ashaver@bradley.com,jbailey@ecf.courtdrive.com

James B. Bailey
on behalf of Creditor Stoneham Drilling Corporation jbailey@bradley.com  ashaver@bradley.com,jbailey@ecf.courtdrive.com

Jason Buchman
on behalf of Defendant Stratum Reservoir  LLC jason.buchman@stratumreservoir.com

Jeffery Dayne Carruth
on behalf of Creditor Halliburton Energy Services  Inc. jcarruth@wkpz.com

Jeffery Dayne Carruth
on behalf of Defendant Halliburton Energy Services  LLC jcarruth@wkpz.com

Jeffrey R. Barber
on behalf of Creditor FPCC USA  Inc. jbarber@joneswalker.com, jmaxey@joneswalker.com;mgreen@joneswalker.com

District/off: 1082-1
Date Rcvd: Jul 19, 2022

User: admin
Form ID: pdf904

Page 6 of 12
Total Noticed: 54

Jeffrey Reid Burley
on behalf of Counter-Claimant Ulterra Drilling Technologies LP rburley@bellnunnally.com, nblum@bellnunnally.com

Jeffrey S. Brinen
on behalf of Debtor Sklar Exploration Company LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jeffrey S. Brinen
on behalf of Debtor Sklarco LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jennifer Hardy
on behalf of Creditor JJS Interests Steele Kings LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
on behalf of Creditor JJS Working Interests LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
on behalf of Creditor JJS Interests North Beach LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
on behalf of Creditor JJS Interests Escambia LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
on behalf of Creditor JJS Interests West Arcadia LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Norris Soto
on behalf of Creditor Barnette & Benefield Inc. jennifersoto@arklatexlaw.com, curtisshelton@arklatexlaw.com,

Jenny M.F. Fujii
on behalf of Defendant Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
on behalf of Debtor Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
on behalf of Cross-Claimant Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
on behalf of Debtor Sklarco LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jeremy L Retherford
on behalf of Interested Party Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
on behalf of Defendant Rapad Drilling Company LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
on behalf of Creditor RAPAD Well Service Co. Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
on behalf of Creditor Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
on behalf of Plaintiff Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
on behalf of Creditor Pruet Oil Company LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
on behalf of Defendant RAPAD Well Service Co. Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jim F Spencer, Jr
on behalf of Creditor Landmark Exploration LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
on behalf of Creditor Lexington Investments LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
on behalf of Creditor Landmark Oil and Gas LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
on behalf of Creditor Stone Development LLC jspencer@watkinseager.com, mryan@watkinseager.com

John Cornwell
on behalf of Creditor Committee The Official Committee of Unsecured Creditors jcornwell@munsch.com
hvalentine@munsch.com;john-cornwell-6088@ecf.pacerpro.com

John H Bernstein
on behalf of Creditor Pearl Parkway LLC john.bernstein@kutakrock.com, trina.rioux@kutakrock.com

John Thomas Oldham
on behalf of Creditor Kodiak Gas Services LLC joldham@okinadams.com, bmoore@okinadams.com

Jonathan Dickey

on behalf of Creditor Foote Oil & Gas Properties  LLC jmd@kutnerlaw.com, vlm@kutnerlaw.com

Jordan B. Bird

on behalf of Creditor Kingston  LLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor AEH Investments  LLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor KMR Investments  LLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor Bundero Investment Company  LLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Attorney Cook  Yancey, King & Galloway, APLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor J&A Harris  LP jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor Hughes Oil South  LLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor Franks Exploration Company  LLC jordan.bird@cookyancey.com

Jordan B. Bird

on behalf of Creditor Hall Management  LLC jordan.bird@cookyancey.com

Joseph D. DeGiorgio

on behalf of Creditor Ford Motor Credit Company  LLC josephde@bdfgroup.com

Joseph Eric Bain

on behalf of Creditor FPCC USA  Inc. jbain@joneswalker.com, joseph-bain-8368@ecf.pacerpro.com

Katherine A Ross

on behalf of Creditor Bureau of Land Management katherine.ross@usdoj.gov
USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov

Katherine A Ross

on behalf of Creditor Office of Natural Resources Revenue katherine.ross@usdoj.gov
USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov

Katherine A Ross

on behalf of Creditor Internal Revenue Service katherine.ross@usdoj.gov
USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov

Katherine Guidry Douthitt

on behalf of Creditor Dickson Oil & Gas  L.L.C. kdouthitt@bwor.com

Katherine Guidry Douthitt

on behalf of Creditor C. Bickham Dickson  III kdouthitt@bwor.com

Keith D. Tooley

on behalf of Defendant Baker Hughes Oilfield Operations  Inc. ktooley@wsmtlaw.com

Keith D. Tooley

on behalf of Defendant Kelley Brothers Contractors  Inc. ktooley@wsmtlaw.com

Keith D. Tooley

on behalf of Defendant GE Oil & Gas Pressure Control LP ktooley@wsmtlaw.com

Keith D. Tooley

on behalf of Defendant Sklar Exploration Company  LLC ktooley@wsmtlaw.com

Keith D. Tooley

on behalf of Plaintiff Southeast Alabama Gas District ktooley@wsmtlaw.com

Kelsey Jamie Buechler

on behalf of Creditor Bettye LaCour jamie@kjblawoffice.com  Sharon@kjblawoffice.com

Kelsey Jamie Buechler

on behalf of Creditor Foote Oil and Gas Properties  LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com

Kelsey Jamie Buechler

on behalf of Creditor Foote Oil & Gas Properties  LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com

Keri L. Riley

on behalf of Defendant Sklar Exploration Company  LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Keri L. Riley

on behalf of Debtor Sklarco  LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

District/off: 1082-1                  User: admin                        Page 8 of 12
Date Rcvd: Jul 19, 2022               Form ID: pdf904                     Total Noticed: 54

Keri L. Riley
                on behalf of Defendant Sklarco  LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Keri L. Riley
                on behalf of Debtor Sklar Exploration Company  LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Kevin S. Neiman
                on behalf of Creditor Plains Gas Solutions  LLC kevin@ksnpc.com

Kevin S. Neiman
                on behalf of Plaintiff Plains Marketing  L.P. kevin@ksnpc.com

Kevin S. Neiman
                on behalf of Counter-Defendant Plains Marketing  L.P. kevin@ksnpc.com

Kevin S. Neiman
                on behalf of Creditor Plains Marketing  L.P. kevin@ksnpc.com

Laurie Spindler
                on behalf of Creditor Frankston ISD laurie.spindler@lgbs.com
                Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
                on behalf of Creditor Rusk County laurie.spindler@lgbs.com
                Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
                on behalf of Creditor Smith County laurie.spindler@lgbs.com
                Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
                on behalf of Creditor Atlanta ISD laurie.spindler@lgbs.com
                Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
                on behalf of Creditor Franklin County laurie.spindler@lgbs.com
                Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
                on behalf of Creditor McLeod ISD laurie.spindler@lgbs.com
                Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
                on behalf of Creditor Beckville ISD laurie.spindler@lgbs.com
                Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
                on behalf of Creditor Gregg County laurie.spindler@lgbs.com
                Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
                on behalf of Creditor Wood County laurie.spindler@lgbs.com
                Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
                on behalf of Creditor Upshur County laurie.spindler@lgbs.com
                Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
                on behalf of Creditor Linden-Kildate CISD laurie.spindler@lgbs.com
                Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
                on behalf of Creditor Marion County laurie.spindler@lgbs.com
                Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
                on behalf of Creditor Camp CAD laurie.spindler@lgbs.com
                Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Lee M. Kutner
                on behalf of Debtor Sklar Exploration Company  LLC vlm@kutnerlaw.com

Lee M. Kutner
                on behalf of Debtor Sklarco  LLC vlm@kutnerlaw.com

Lloyd A. Lim
                on behalf of Defendant CSI Compressco Operating  LLC lloyd.lim@keanmiller.com,
                rachel.kubanda@keanmiller.com;mack.wilson@keanmiller.com;teresa.miller@keanmiller.com

Lloyd A. Lim
                on behalf of Creditor CSI Compressco Operating  LLC lloyd.lim@keanmiller.com,
                rachel.kubanda@keanmiller.com;mack.wilson@keanmiller.com;teresa.miller@keanmiller.com

District/off: 1082-1            User: admin            Page 9 of 12
Date Rcvd: Jul 19, 2022            Form ID: pdf904            Total Noticed: 54

Louis Matthew Grossman
on behalf of Creditor CSI Compressco Operating  LLC louis.grossman@keanmiller.com, kathy.ballard@keanmiller.com

Louis Matthew Grossman
on behalf of Defendant CSI Compressco Operating  LLC louis.grossman@keanmiller.com, kathy.ballard@keanmiller.com

Madison M. Tucker
on behalf of Creditor FPCC USA  Inc. mtucker@joneswalker.com, madison-tucker-7703@ecf.pacerpro.com

Mario A Lamar
on behalf of Creditor NexTier Completion Solutions  Inc. mlamar@allenbrysonlaw.com

Matthew Okin
on behalf of Creditor Kodiak Gas Services  LLC mokin@okinadams.com

Matthew D. Skeen, Jr.
on behalf of Defendant KCS Automation  LLC jrskeen@skeen-skeen.com

Matthew J Ochs
on behalf of Plaintiff Pruet Production Co. mjochs@hollandhart.com  tldevlin@hollandhart.com

Matthew J Ochs
on behalf of Creditor Pruet Production Co. mjochs@hollandhart.com  tldevlin@hollandhart.com

Matthew J Ochs
on behalf of Creditor Pruet Oil Company  LLC mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J Ochs
on behalf of Defendant RAPAD Well Service Co.  Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J Ochs
on behalf of Debtor Sklarco  LLC mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J Ochs
on behalf of Creditor RAPAD Well Service Co.  Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com

Megan M. Adeyemo
on behalf of Defendant Planning Thru Completion  LLC madeyemo@gordonrees.com, asoto@grsm.com

Megan M. Adeyemo
on behalf of Defendant Scientific Drilling International  Inc. madeyemo@gordonrees.com, asoto@grsm.com

Michael Niles
on behalf of Creditor Fletcher Exploration  LLC mniles@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Niles
on behalf of Creditor Fletcher Petroleum Company  LLC mniles@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Niles
on behalf of Creditor Fletcher Petroleum Corp. mniles@bergersingerman.com
efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Schuster
on behalf of Interested Party Louisiana Tower Operating LLC schusterm@ballardspahr.com
henningc@ballardspahr.com;LitDocket_West@ballardspahr.com

Michael D Rubenstein
on behalf of Interested Party BPX Properties (NA) LP mdrubenstein@liskow.com

Michael D Rubenstein
on behalf of Interested Party BP America Production Company mdrubenstein@liskow.com

Michael J. Guyerson
on behalf of Creditor Estate of Pamela Page  Deceased , Gabriel@kjblawoffice.com

Michael J. Guyerson
on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com  Gabriel@kjblawoffice.com

Mitchell E Ayer
on behalf of Defendant Gravity Oilfield Services  LLC mayer@dorelaw.com, chymel@dorelaw.com;csmith@dorelaw.com

P. Matthew Cox
on behalf of Creditor Ally Bank pmc@scmlaw.com  mw@scmlaw.com

Patrick R. Akers
on behalf of Defendant Northstar Drillstem Testers  Inc. patrick.akers@moyewhite.com,
rachael.cotner@moyewhite.com;brenda.sussman@moyewhite.com

Paul Moss
on behalf of U.S. Trustee US Trustee Paul.Moss@usdoj.gov

Paul James Hammer
on behalf of Defendant Steel Service Oilfield Tubular  Inc. phammer@bn-lawyers.com

Paul James Hammer
on behalf of Defendant R & R Rentals & Hot Shot  Inc. phammer@bn-lawyers.com

R. J. Shannon
on behalf of Defendant Capstar Drilling  Inc. rshannon@shannonpllc.com

Robert Lantz
on behalf of Creditor Roosth 806  LTD. rlantz@clmatty.com, dweber@clmatty.com

Robert Padjen
on behalf of Creditor Colorado Department of Law Robert.padjen@coag.gov  deanna.westfall@coag.gov

Robert L Paddock
on behalf of Creditor Strago Petroleum Corporation rpaddock@buckkeenan.com  myers@buckkeenan.com

Robert L Paddock
on behalf of Creditor Gateway Exploration  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock
on behalf of Creditor Meritage Energy Ltd rpaddock@buckkeenan.com  myers@buckkeenan.com

Robert L Paddock
on behalf of Creditor Harvest Gas Management  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock
on behalf of Creditor GCREW Properties  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Ryan Lorenz
on behalf of Creditor Juno Financial LLC RLorenz@ClarkHill.com

Ryan Seidemann
on behalf of Creditor State of Louisiana  Depatment of Natural Resources, Office of Mineral Resources
seidemannr@ag.louisiana.gov

Ryco Exploration, LLC.
rsmith.ryco@att.net

Shay L. Denning
on behalf of Creditor Tauber Exploration & Production Company sdenning@axishealthsystem.org

Shay L. Denning
on behalf of Creditor I & L Miss I  LP sdenning@axishealthsystem.org

Shay L. Denning
on behalf of Creditor CTM 2005  Ltd. sdenning@axishealthsystem.org

Shay L. Denning
on behalf of Creditor Pickens Financial Group  LLC sdenning@axishealthsystem.org

Stephen K. Lecholop, II
on behalf of Creditor McCombs Energy  Ltd. slecholop@rpsalaw.com, dtrevino@rpsalaw.com;ddoonkeen@rpsalaw.com

Stephen K. Lecholop, II
on behalf of Creditor McCombs Exploration  LLC slecholop@rpsalaw.com, dtrevino@rpsalaw.com;ddoonkeen@rpsalaw.com

Stephen T Loden
on behalf of Plaintiff Thomas M. Kim sloden@diamondmccarthy.com

Stephen W. Sather
on behalf of Defendant R & R Rentals & Hot Shot  Inc. ssather@bn-lawyers.com, lbagley@bn-lawyers.com

Stephen W. Sather
on behalf of Defendant Steel Service Oilfield Tubular  Inc. ssather@bn-lawyers.com, lbagley@bn-lawyers.com

Steven T Mulligan
on behalf of Defendant GE Oil & Gas Pressure Control LP smulligan@cp2law.com
jcampbell@cp2law.com;smulligan_66544@ecf.courtdrive.com

Steven T Mulligan
on behalf of Defendant Baker Hughes Company f/k/a Baker Hughes a GE company smulligan@cp2law.com
jcampbell@cp2law.com;smulligan_66544@ecf.courtdrive.com

Steven T Mulligan
on behalf of Defendant Baker Hughes Oilfield Operations LLC smulligan@cp2law.com
jcampbell@cp2law.com;smulligan_66544@ecf.courtdrive.com

Theodore J. Hartl
on behalf of Interested Party Louisiana Tower Operating LLC hartlt@ballardspahr.com  blessingb@ballardspahr.com

Thomas H Shipps

District/off: 1082-1

Date Rcvd: Jul 19, 2022

User: admin

Form ID: pdf904

Page 11 of 12

Total Noticed: 54

on behalf of Creditor Rudman Partnership tshipps@mbssllp.com

Thomas H Shipps

   on behalf of Creditor MER Energy  LTD tshipps@mbssllp.com

Thomas H Shipps

   on behalf of Creditor I & L Miss I  LP tshipps@mbssllp.com

Thomas H Shipps

   on behalf of Creditor The Rudman Partnership tshipps@mbssllp.com

Thomas H Shipps

   on behalf of Creditor CTM 2005  Ltd. tshipps@mbssllp.com

Thomas H Shipps

   on behalf of Creditor MR Oil & Gas  LLC tshipps@mbssllp.com

Thomas H Shipps

   on behalf of Plaintiff The Rudman Partnership tshipps@mbssllp.com

Timothy C. Mohan

   on behalf of Defendant Baker Hughes Oilfield Operations  Inc. tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan

   on behalf of Creditor Baker Hughes Holdings  LLC FKA Baker Hughes, a GE Company LLC tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan

   on behalf of Cross Defendant Kelley Brothers Contractors  Inc. tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan

   on behalf of Defendant Kelley Brothers Contractors  Inc. tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan

   on behalf of Creditor Lufkin Industries  LLC tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan

   on behalf of Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com  tim.mohan4@gmail.com

Timothy C. Mohan

   on behalf of Creditor Baker Petrolite LLC tmohan@foley.com  tim.mohan4@gmail.com

Timothy C. Mohan

   on behalf of Creditor GE Oil & Gas Pressure Control US tmohan@foley.com  tim.mohan4@gmail.com

Timothy C. Mohan

   on behalf of Creditor Baker Hughes Oilfield Operations LLC tmohan@foley.com  tim.mohan4@gmail.com

Timothy C. Mohan

   on behalf of Cross Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com  tim.mohan4@gmail.com

Timothy M. Swanson

   on behalf of Creditor Kudzo Oil Properties  LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;heather.otto@moyewhite.com

Timothy M. Swanson

   on behalf of Creditor Apple River Investments  LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;heather.otto@moyewhite.com

Timothy M. Swanson

   on behalf of Creditor Alabama Oil & Gas  LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;heather.otto@moyewhite.com

Timothy M. Swanson

   on behalf of Creditor Kudzu Oil Properties  LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;heather.otto@moyewhite.com

Timothy M. Swanson

   on behalf of Creditor Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company  LLC and Sklarco, LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;heather.otto@moyewhite.com

Timothy M. Swanson

   on behalf of Creditor Alabama Oil Company tim.swanson@moyewhite.com rachael.cotner@moyewhite.com;heather.otto@moyewhite.com

Timothy Michael Riley

   on behalf of Attorney Hopping Green & Sams triley@deanmead.com

Troy L Hales, II

   on behalf of Defendant Ulterra Drilling Technologies  LP thales@bellnunnally.com, nsummerville@bellnunnally.com

Troy L Hales, II

   on behalf of Counter-Claimant Ulterra Drilling Technologies  LP thales@bellnunnally.com, nsummerville@bellnunnally.com

District/off: 1082-1                          User: admin                              Page 12 of 12
Date Rcvd: Jul 19, 2022                       Form ID: pdf904                           Total Noticed: 54

Troy L Hales, II
                          on behalf of Creditor Ulterra Drilling Technologies  LP thales@bellnunnally.com, nsummerville@bellnunnally.com

Tyler Lee Weidlich
                          on behalf of Creditor Pro-Tek Field Services  LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com

Tyler Lee Weidlich
                          on behalf of Creditor Pioneer Wireline Services  LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com

US Trustee
                          USTPRegion19.DV.ECF@usdoj.gov


TOTAL: 234

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| Debtor. | ) | |

**ORDER GRANTING UNOPPOSED MOTION TO FURTHER EXTEND TIME TO
RESPOND TO MOTION OF HOWARD F. SKLAR FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. §§ 503(a),
(b)(1)(A), AND (b)(3)(D) AND COMPLAINT IN ADVERSARY PROCEEDING**

THIS MATTER, having come before the Court on the Debtors' *Unopposed Motion to
Further Extend Time to Respond to Motion of Howard F. Sklar for Allowance and Payment of
Administrative Expense Pursuant to 11 U.S.C. §§ 503(a), (b)(1)(A), and (b)(3)(D) and Complaint
in Adversary Proceeding* (the "Motion")[1], the Court having reviewed the Motion, being fully
advised in the premises and finding good cause for granting the requested relief does hereby

ORDER THAT

1.      The Motion is GRANTED;

2.      The date by which the Reorganized Debtors are required to respond to the Sklar
Admin Motion is hereby extended through and including August 8, 2022; and

3.      The date by which the Reorganized Debtors, the Creditor Trust, and East West
Bank are required to Answer or otherwise respond to the Complaint filed in *Howard Sklar v. Sklar
Exploration Company, LLC et al.*, Adversary Proceeding No. 22-01022-EEB is hereby extended
through and including August 8, 2022.

---

[1] Capitalized terms shall have the same meaning as defined in the Stipulation unless otherwise
defined herein.

DONE and entered this 19th day of July, 2022 at Denver, Colorado.

Honorable Elizabeth E. Brown
United States Bankruptcy Judge