# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
The Honorable Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br>EIN NO: 72-1417930<br><br>Debtor. | Bankruptcy Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>SKLARCO, LLC,<br>EIN NO: 72-1425432<br><br>Debtor. | Bankruptcy Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under Case No. 20-12377 EEB** |

## NOTICE AND ORDER SETTING NON-EVIDENTIARY ZOOM HEARING

**THIS MATTER** is before the Court on Maren Silberstein Revocable Trust's Application for Allowance of Administrative Claim and Cure Claim filed on October 22, 2021, Sklar Exploration Company, LLC and Sklarco, LLC's Objection, the Limited Response Of Howard F. Sklar, Individually and as Trustee and Executor to Maren Silberstein Revocable Trust, and the Maren Silberstein Revocable Trust's Reply.

**IT IS HEREBY ORDERED** that a non-evidentiary Zoom hearing is set for **Wednesday, September 7, 2022, at 1:30 p.m.** Mountain Standard Time, before Judge Elizabeth E. Brown in the United States Bankruptcy Court for the District of Colorado.

**To Join the Zoom Hearing:**

https://www.zoomgov.com/j/1600022136?pwd=UlZ5STVVbGlCNkNRUFg4eHlpeFR3UT09

**Meeting ID:** 160 002 2136     **Password:** 727908

One tap mobile
+16692545252,,1600022136#,,,,,,0#,,727908# US (San Jose)
+16468287666,,1600022136#,,,,,,0#,,727908# US (New York)

Dial by your location:

　　　+1 669 254 5252 US (San Jose)
　　　+1 669 216 1590 US (San Jose)
　　　+1 551 285 1373 US
　　　+1 646 828 7666 US (New York)
　　　833 435 1820 US Toll-free
　　　833 568 8864 US Toll-free

1. <u>Zoom Video Conferences:</u>

    a. It is counsel's and/or the parties' responsibility to ensure that they and their witnesses have the proper equipment to attend the Zoom video conference and that they and their witnesses possess complete copies of all marked exhibits prior to the Zoom video conference.

    b. Participants should ensure that their equipment is connected to strong WIFI signal or internet connection during the hearing.

    c. If counsel/parties intend to present exhibits and/or otherwise refer to written documents at the hearing, the Court prefers that they do so by using the "Share Screen" function in Zoom.   Counsel/parties should make themselves familiar with this function prior to the hearing.

    d. The Court encourages anyone who will be speaking during the trial to use a headset (headphones with mic) and not rely on an internal microphone built into a computer or webcam.   Using a headset will to ensure that you can be heard by other participants and in the Court's official recording.

    e. Parties should check into the Zoom video conference at least 15 minutes prior to the scheduled start time of the trial.

    f. Zoom displays a screen name for each participant in a video conference.   Typically, Zoom will default to the name you gave at the time you initially set up your Zoom account (e.g. smithj or XYZCorp) or the phone number or device name from which you are calling.   To enable the Judge to identify participants, each participant should ensure that their screen name is their full first name and last name (e.g. John Smith).   You can change your screen name after being admitted to the video conference by using the rename function in Zoom.   To rename, hover your cursor over your picture and either right click or click the blue button in the upper right corner of your picture and select "Rename" and then type your first name and last name into the box that appears.   If you fail to identify yourself in this manner by the start of the trial, you may be removed from the video conference.

    g. The Court will not provide any type of support on Zoom for participants or attendees.   For assistance, please contact the Zoom Help Center, your local IT support, or seek other online guidance

    h. The Court's general guidelines regarding Zoom hearings are available at: https://www.cob.uscourts.gov/zoom-video-conferences.

Dated this 27th day of July, 2022.

BY THE COURT:

_____
Elizabeth E. Brown,
United States Bankruptcy Court