## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re: Sklar Exploration Company, LLC; Sklarco, LLC

Debtor(s)

Case No. 20-12377

Lead Case No. 20-12377

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2021

Petition Date: 04/01/2020

Plan Confirmed Date: 09/07/2021

Plan Effective Date: 09/07/2021

This Post-confirmation Report relates to: ● Reorganized Debtor

○ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

Bradford C Walker  *Bradford C. Walker*
Signature of Responsible Party

07/20/2022
Date

Brad Walker
Printed Name of Responsible Party

5395 Pearl Parkway, #200, Boulder, CO 80301
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)    1

Debtor's Name Sklar Exploration Company, LLC; Sklarco, LLC        Case No. 20-12377

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $5,435,652 | $5,435,652 |
| b. Non-cash securities transferred [1] | $0 | $0 |
| c. Other non-cash property transferred | $-3,908,507 | $-3,908,507 |
| d. Total transferred (a+b+c) | $1,527,145 | $1,527,145 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor   *Aggregate Total* | | | | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Kutner Brinen | Lead Counsel | | | $0 | $0 |
| ii | Munsch Hardt Kopf & Harr, P.C. | Special Counsel | | | $0 | $0 |
| iii | Armbrecht Jackson | Special Counsel | | | $0 | $0 |
| iv | Snell & Wilmer | Special Counsel | | | $0 | $0 |
| v | Epiq | Financial Professional | | | $0 | $0 |
| vi | CR-3 Partners | Financial Professional | | | $0 | $0 |
| vii | US Trustee Fees | Other | | | $0 | $0 |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

1 - Amounts listed as non-cash transfers are distributions of revenue for wells in Alabama and Florida that recognize an ownership-in-place theory

Debtor's Name Sklar Exploration Company, LLC; Sklarco, LLC　　　　　　　　　　Case No. 20-12377

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 | $0 |

### Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $650,000 | $0 | $0 | $650,000 | 0% |
| b. Secured claims | $19,425,535 | $0 | $0 | $19,425,535 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $2,500,000 | $0 | $0 | $19,000,000 | 0% |
| e. Equity interests | $215,840 | $0 | $0 | | |

### Part 4: Questionnaire

a. Is this a final report?　　　　　　　　　　　　　　　　　　　　　　　　　　Yes ○　No ●

　　If yes, give date Final Decree was entered: _____

　　If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?　　Yes ○　No ●

UST Form 11-PCR (12/01/2021)　　　　　　7

Debtor's Name Sklar Exploration Company, LLC; Sklarco, LLC          Case No. 20-12377

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| Bradford C Walker   *Bradford C. Walker* | Brad Walker |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Independent Manager | 07/20/2022 |
| Title | Date |

UST Form 11-PCR (12/01/2021)                  8