# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re: Sklar Exploration Company, LLC; Sklarco, LLC

Debtor(s)

Case No. 20-12377

Lead Case No. 20-12377

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 12/31/2021

Petition Date: 04/01/2020

Plan Confirmed Date: 09/07/2021

Plan Effective Date: 09/07/2021

This Post-confirmation Report relates to: ⦿ Reorganized Debtor

◯ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

Bradford C Walker   *Bradford C. Walker*
Signature of Responsible Party

Brad Walker
Printed Name of Responsible Party

07/20/2022
Date

5395 Pearl Parkway, #200, Boulder, CO 80301
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Sklar Exploration Company, LLC; Sklarco, LLC　　　　　　Case No. 20-12377

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $20,316,695 | $25,752,347 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred[1] | $-11,668,969 | $-15,577,476 |
| d. Total transferred (a+b+c) | $8,647,726 | $10,174,871 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | | | $600,358 | $600,358 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Kutner Brinen | Lead Counsel | | | $216,816 | $216,816 |
| | ii | Munsch Hardt Kopf & Harr, P.C | Special Counsel | | | $274,704 | $274,704 |
| | iii | Armbrecht Jackson | Special Counsel | | | $0 | $0 |
| | iv | Snell & Wilmer | Special Counsel | | | $31,850 | $31,850 |
| | v | Epiq | Financial Professional | | | $0 | $0 |
| | vi | CR-3 Partners | Financial Professional | | | $0 | $0 |
| | vii | US Trustee Fees | Other | | | $76,988 | $76,988 |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

1 - Amounts listed as non-cash transfers are distributions of revenue for wells in Alabama and Florida that recognize an ownership-in-place theory

Debtor's Name Sklar Exploration Company, LLC; Sklarco, LLC

Case No. 20-12377

|   |        |   |   |   |   |   |   |
|---|--------|---|---|---|---|---|---|
|   | xci    |   |   |   |   |   |   |
|   | xcii   |   |   |   |   |   |   |
|   | xciii  |   |   |   |   |   |   |
|   | xciv   |   |   |   |   |   |   |
|   | xcv    |   |   |   |   |   |   |
|   | xcvi   |   |   |   |   |   |   |
|   | xcvii  |   |   |   |   |   |   |
|   | xcviii |   |   |   |   |   |   |
|   | xcix   |   |   |   |   |   |   |
|   | c      |   |   |   |   |   |   |
|   | ci     |   |   |   |   |   |   |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 | $0 |

### Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

|   | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $650,000 | $523,369 | $523,369 | $650,000 | 81% |
| b. Secured claims | $19,425,535 | $1,800,000 | $1,800,000 | $19,425,535 | 9% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $2,500,000 | $400,000 | $400,000 | $19,000,000 | 2% |
| e. Equity interests | $215,840 | $20,000 | $20,000 | | |

### Part 4: Questionnaire

a. Is this a final report?   Yes ◯   No ●

   If yes, give date Final Decree was entered: _____

   If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◯   No ●

Debtor's Name Sklar Exploration Company, LLC; Sklarco, LLC					Case No. 20-12377

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

Bradford C Walker     *Bradford C. Walker*                      Brad Walker
Signature of Responsible Party                                  Printed Name of Responsible Party

Independent Manager                                             07/20/2022
Title                                                           Date

UST Form 11-PCR (12/01/2021)                    8