# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re: Sklar Exploration Company, LLC; Sklarco, LLC §
§
§
Debtor(s) §

Case No. 20-12377

Lead Case No. 20-12377

☒ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 03/31/2022

Petition Date: 04/01/2020

Plan Confirmed Date: 09/07/2021

Plan Effective Date: 09/07/2021

This Post-confirmation Report relates to: ⦿ Reorganized Debtor

○ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

Bradford C Walker   *Bradford C. Walker*
Signature of Responsible Party

Brad Walker
Printed Name of Responsible Party

07/20/2022
Date

5395 Pearl Parkway, #200, Boulder, CO 80301
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)

1

Debtor's Name Sklar Exploration Company, LLC; Sklarco, LLC					Case No. 20-12377

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $4,657,657 | $30,410,004 |
| b. Non-cash securities transferred [1] | $0 | $0 |
| c. Other non-cash property transferred | $-219,253 | $-15,796,729 |
| d. Total transferred (a+b+c) | $4,438,404 | $14,613,275 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | Aggregate Total | $0 | $0 | $229,261 | $829,619 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Kutner Brinen | Lead Counsel | $0 | | $0 | $216,816 |
| | ii | Munsch Hardt Kopf & Harr, P.C. | Special Counsel | $0 | | $0 | $274,704 |
| | iii | Armbrecht Jackson | Special Counsel | $0 | $0 | $96,674 | $96,674 |
| | iv | Snell & Wilmer | Special Counsel | | $0 | $0 | $31,850 |
| | v | Epiq | Financial Professional | | | $0 | $0 |
| | vi | CR-3 Partners | Financial Professional | | | $0 | |
| | vii | US Trustee Fees | Other | | | $132,587 | $209,575 |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

1 - Amounts listed as non-cash transfers are distributions of revenue for wells in Alabama and Florida that recognize an ownership-in-place theory

Debtor's Name Sklar Exploration Company, LLC; Sklarco, LLC          Case No. 20-12377

| | | | | | | |
|---|---|---|---|---|---|---|
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 | $0 |

### Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $650,000 | $96,674 | $620,043 | $650,000 | 95% |
| b. Secured claims | $19,425,535 | $810,000 | $2,610,000 | $19,425,535 | 13% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $2,500,000 | $140,000 | $540,000 | $19,000,000 | 3% |
| e. Equity interests | $215,840 | $9,000 | $29,000 | | |

### Part 4: Questionnaire

a. Is this a final report?          Yes ◯   No ◉

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?          Yes ◯   No ◉

Debtor's Name Sklar Exploration Company, LLC; Sklarco, LLC												Case No. 20-12377

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

Bradford C Walker      *Bradford C. Walker*            Brad Walker
Signature of Responsible Party                          Printed Name of Responsible Party

Independent Manager                                     07/20/2022
Title                                                   Date

UST Form 11-PCR (12/01/2021)                8