United States Bankruptcy Court
District of Colorado

In re:  
Sklar Exploration Company, LLC  
Sklarco, LLC  
    Debtors

Case No. 20-12377-EEB  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 1082-1      User: admin      Page 1 of 12  
Date Rcvd: Jul 27, 2022      Form ID: pdf904      Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Sklar Exploration Company, LLC, Sklarco, LLC, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301-2541 |
| aty | + | Benjamin Y. Ford, RSA Tower, 27th Floor, 11 North Water Street, Mobile, AL 36602-3809 |
| aty | + | Cook, Yancey, King & Galloway, APLC, 333 Texas Street, Suite 1700, P.O. Box 22260, Shreveport, LA 71120-2260 |
| aty | + | Rachel T. Kubanda, 711 Louisiana St., Ste. 1800, Houston, TX 77002-2832 |
| cr | + | AEEC II, LLC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | AEH Investments, LLC, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| cr | + | Anderson Exploration Energy Company, LC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Baker Hughes Holdings, LLC FKA Baker Hughes, a GE, C/O Christopher J. Ryan, 17021 Aldine Westfield Road, Houston, TX 77073-5101 |
| cr | + | Barbara P Lawrence, 55 Hill Circle, Evergreen, CO 80439-4618 |
| cr | + | Barnette & Benefield, Inc., PO Box 550, Haynesville, LA 71038-0550 |
| cr | + | Bettye LaCour, 128 Ella Hill Street, Maurice, LA 70555-3266 |
| cr | + | Bundero Investment Company, LLC, 401 Edwards Street, Suite 820, Shreveport, LA 71101-5521 |
| cr | + | Estate of Pamela Page, Deceased, P.O. Box 374, Evergreen, CO 80437-0374 |
| cr | + | Foote Oil and Gas Properties, LLC, 1655 Prudential Drive, #161B, Jacksonville, FL 32207-8105 |
| cr | | Franks Exploration Company, LLC, P.O. Box 7726, Shreveport, LA 71137-7726 |
| cr | + | Hughes Oil South, LLC, P.O. Box 608, Oxford, MS 38655-0608 |
| cr | + | I & L Miss I, LP, 4761 Frank Luck Dr, Addison, TX 75001-3202 |
| cr | + | J&A Harris, LP, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| intp | #+ | J. Marshall Jones, 920 Arapahoe, Louisville, CO 80027-1092 |
| cr | + | John H. Smith, c/o Quitman Tank Solutions, LLC, PO Box 90, Quitman, MS 39355-0090 |
| cr | + | KMR Investments, LLC, P.O. Box 417, Homer, LA 71040-0417 |
| cr | + | Kingston, LLC, 2790 South Thompson Street, Suite 102, Springdale, AR 72764-6303 |
| cr | + | Kodiak Gas Services, LLC, 15320 Hwy. 105, Suite 210, Montgomery, TX 77356-2602 |
| cr | + | NexTier Completion Solutions, Inc., c/o Allen Bryson, PLLC, 211 N. Center St., Longview, TX 75601-7221 |
| cr | + | Pearl Parkway, LLC, 2595 Canyon Blvd., Ste 230, Boulder, CO 80302-6737 |
| cr | + | Pickens Financial Group, LLC, 10100 N. Central Expressway, Suite 200, Dallas, TX 75231-4169 |
| cr | + | Stoneham Drilling Corporation, c/o Bradley, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | + | Sugar Oil Properties, L.P., 625 Market Street, Suite 100, Shreveport, LA 71101-5392 |
| cr | + | TCP Cottonwood, L.P., 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Tauber Exploration & Production Company, 55 Waugh Drive, Suite 700, Houston, TX 77007-5837 |
| intp | | The Juneau Group, 2386A Rice Blvd. #232, Houston, TX 77005 |
| cr | + | Ulterra Drilling Technologies, LP, c/o Bell Nunnally & Martin LLP, 2323 Ross Avenue, Suite 1900, Dallas, TX 75201, UNTIED STATES 75201-2721 |
| 18754408 | + | Anderson Investment Holdings, LP, AEEC II, LLC, 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |
| 18754411 | + | Apple River Investments, L.L.C., Attn Robert M. Boeve, President, 1503 Garfield Road North, Traverse City, MI 49696-1111 |
| 18754484 | + | East West Bank Treasury Department, 135 North Los Robles Avenue, Suite 600, ATTN Linda Cox, Pasadena, CA 91101-4549 |
| 18754510 | + | FPCC USA, Inc., ATTN: William Hu, Alex Chen, 1235 N. Loop W., Ste. 930, Houston, TX 77008-4710 |
| 18754497 | + | Fant Energy Limited, P.O. Box 55205, Houston, TX 77255-5205 |
| 18754529 | + | H&H Construction, LLC, Ladon E. Hall, Sole Manager, P.O. Box 850, Flomaton, AL 36441-0850 |
| 18754560 | | JD Fields & Company, Inc., P.O. Box 134401, Houston, TX 77219-4401 |
| 18754567 | + | JJS Working Interest LLC, 2001 Kirby Dr, Suite 1110, Houston, TX 77019-6081 |

| District/off: 1082-1 | User: admin | Page 2 of 12 |
|---|---|---|
| Date Rcvd: Jul 27, 2022 | Form ID: pdf904 | Total Noticed: 54 |

| | | |
|---|---|---|
| 18754578 | + | Kelley Brothers Contractors, Inc., P.O. Drawer 1079, Waynesboro, MS 39367-1079 |
| 18754588 | + | Kudzu Oil Properties, LLC, 300 Concourse Blvd, Suite 101, Ridgeland, MS 39157-2091 |
| 18754612 | + | Meritage Energy, Ltd., C/O BKD, LLP, 2700 Post Oak Blvd, Ste 1500, Houston, TX 77056-5829 |
| 18754613 | | Mesa Fluids, LLC, c/o Juno Financial, P.O. Box 173928, Denver, CO 80217-3928 |
| 18754664 | | Pro-Tek Field Services, LLC, P.O. Box 919269, Dallas, TX 75391-9269 |
| 18754666 | + | Pruet Oil Company, LLC, 217 West Capitol St. Ste 201, Jackson, MS 39201-2099 |
| 18754673 | + | Rapad Well Service Co., Inc., 217 West Capitol Street, Jackson, MS 39201-2004 |
| 18754735 | + | TCP Cottonwood, L.P., 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |
| 18754760 | + | Union Oilfield Supply, Inc., 12 John Dykes Road, Waynesboro, MS 39367-8371 |

TOTAL: 49

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: cmccord@mccordprod.com | Jul 27 2022 22:15:00 | CTM 2005, Ltd., 55 Waugh Drive, Suite 515, Houston, TX 77007-5840 |
| cr | + | Email/PDF: dor_tac_bankruptcy@state.co.us | Jul 27 2022 22:18:18 | Colorado Department Of Revenue, 1881 Pierce St., Bankruptcy Unit, Room 104, Lakewood, CO 80214-3503 |
| cr | + | Email/Text: bankruptcy@coag.gov | Jul 27 2022 22:15:00 | Colorado Department of Law, 1300 Broadway, 8th Floor, Denver, CO 80203-2104 |
| cr | | Email/Text: tim.swanson@moyewhite.com | Jul 27 2022 22:15:00 | Kudzu Oil Properties, LLC, c/o Timothy M. Swanson, Moye White LLP, 1400 16th Street, 6th Floor, Denver, CO 80202 |
| intp | + | Email/Text: aodonnell@r2llc.com | Jul 27 2022 22:15:00 | Thomas M. Kim, r2 advisors llc, 1518 Blake Street, Denver, CO 80202-1322 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Hall Management, LLC, 4913 Oak Point Drive |
| 18754598 | ## | Lucas Petroleum Group, Inc., 327 Congress Avenue, Suite 500, Austin, TX 78701-3656 |
| 18754720 | ##+ | Stoneham Drilling Corporation, 707 17th Street, Suite 3250, Denver, CO 80202-3433 |
| 18754721 | ## | Strago Petroleum Corporation, 3209 Hamm Road, Pearland, TX 77581-5503 |

TOTAL: 1 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2022 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 3 of 12 |
| Date Rcvd: Jul 27, 2022 | Form ID: pdf904 | Total Noticed: 54 |

| Name | Email Address |
|---|---|
| Adam L. Hirsch | on behalf of Interested Party Howard F. Sklar adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |
| Adam L. Hirsch | on behalf of Interested Party Howard Sklar Trust adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |
| Adam L. Hirsch | on behalf of Plaintiff Howard F. Sklar adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |
| Amy Vazquez | on behalf of Creditor FPCC USA  Inc. avazquez@joneswalker.com |
| Andrew James Shaver | on behalf of Creditor Premium Oilfield Services  LLC ashaver@bradley.com |
| Andrew M. Toft | on behalf of Plaintiff Thomas Kim  Trustee of the Sklar Creditors Trust atoft@hn-colaw.com, andrewmtoft@yahoo.com |
| Armistead Mason Long | on behalf of Creditor Pine Island Chemical Solutions  L.L.C. along@gamb.com |
| Barnet B Skelton, Jr | on behalf of Creditor CTM 2005  Ltd. barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Plaintiff The Rudman Partnership barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor Rudman Partnership barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor MER Energy  LTD barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor MR Oil & Gas  LLC barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor I & L Miss I  LP barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor The Rudman Partnership barnetbjr@msn.com |
| Belinda Harrison | belindapittsharrison@gmail.com  belindapittsharrison@gmail.com |
| Benjamin Young Ford | on behalf of Spec. Counsel Armbrecht Jackson  LLP byf@ajlaw.com, chs@ajlaw.com |
| Brent R. Cohen | on behalf of Creditor Fant Energy Limited bcohen@lewisroca.com  brent-cohen-8759@ecf.pacerpro.com,jeastin@lrrc.com |
| Brian Rich | on behalf of Creditor Fletcher Exploration  LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Brian Rich | on behalf of Creditor Fletcher Petroleum Company  LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Brian Rich | on behalf of Creditor Fletcher Petroleum Corp. brich@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Brian A. Baker | on behalf of Defendant National Oilwell Varco LP brian.baker@stacybakerlaw.com |
| Brian A. Baker | on behalf of Defendant National Oilwell Varco DHT  LP brian.baker@stacybakerlaw.com |
| Bryce Suzuki | on behalf of Creditor East-West Bank bsuzuki@swlaw.com  tina.daniels@bclplaw.com |
| Bryce Suzuki | on behalf of Defendant East West Bank bsuzuki@swlaw.com  tina.daniels@bclplaw.com |
| Bryce Suzuki | on behalf of Intervenor East West Bank bsuzuki@swlaw.com  tina.daniels@bclplaw.com |
| Charles Murnane | on behalf of Defendant Steel Service Oilfield Tubular  Inc. cmurnane@bn-lawyers.com |
| Charles Murnane | |

| | |
|---|---|
| District/off: 1082-1 | User: admin | Page 4 of 12 |
| Date Rcvd: Jul 27, 2022 | Form ID: pdf904 | Total Noticed: 54 |

on behalf of Defendant R & R Rentals & Hot Shot Inc. cmurnane@bn-lawyers.com

Charles Michael Rubio
    on behalf of Defendant Capstar Drilling Inc. crubio@parkinsrubio.com, 7485062420@filings.docketbird.com

Christopher Meredith
    on behalf of Creditor Coastal Exploration Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
    on behalf of Defendant Quality Drilling Fluids Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
    on behalf of Attorney Copeland Cook, Taylor & Bush, P.A. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
    on behalf of Creditor Eastern Fishing & Rental Tool Company Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
    on behalf of Creditor Fletcher Petroleum Corp. cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
    on behalf of Creditor PAR Minerals Corporation cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher D. Johnson
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors chris.johnson@diamondmccarthy.com nan.sauter@diamondmccarthy.com

Christopher D. Johnson
    on behalf of Interested Party Thomas M. Kim chris.johnson@diamondmccarthy.com nan.sauter@diamondmccarthy.com

Christopher D. Johnson
    on behalf of Defendant Thomas Kim Trustee of the Sklar Creditors Trust chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

Christopher D. Johnson
    on behalf of Plaintiff Thomas M. Kim chris.johnson@diamondmccarthy.com nan.sauter@diamondmccarthy.com

Christopher M. Crowley
    on behalf of Creditor Liquid Gold Well Service Inc. christopher@burnhamlaw.com, kim@burnhamlaw.com

Cody Carol Bailey
    on behalf of Defendant Oilfield Partners Energy Services LLC cbailey@brunini.com

Daniel L. Bray
    on behalf of Creditor Weatherford U.S. L.P. daniel.bray@huschblackwell.com, ann.stolfa@huschblackwell.com;daniel-bray-5348@ecf.pacerpro.com

David M. Miller
    on behalf of Creditor Bri-Chem Supply Corp. LLC dmiller@spencerfane.com, cweaver@spencerfane.com

David R Taggart
    on behalf of Creditor JH Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

David R Taggart
    on behalf of Creditor JF Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

David R Taggart
    on behalf of Interested Party JF Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

David W. Drake
    on behalf of Creditor Ford Motor Credit Company LLC co.ecf@bdfgroup.com

David W. Hall
    davidwendallhall@gmail.com

Deanna L. Westfall
    on behalf of Creditor Colorado Department Of Revenue deanna.westfall@coag.gov Robert.padjen@coag.gov;jade.darnell@coag.gov

Deirdre Carey Brown
    on behalf of Creditor Maren Silberstein Revocable Trust dbrown@forsheyprostok.com

Douglas D. Koktavy
    on behalf of Defendant Btech Service & Supply Inc Doug@coloradocreditorlaw.com

| District/off: 1082-1 | User: admin | Page 5 of 12 |
|---|---|---|
| Date Rcvd: Jul 27, 2022 | Form ID: pdf904 | Total Noticed: 54 |

Duane Brescia
    on behalf of Creditor Seitel Data  Ltd. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com

Duane Brescia
    on behalf of Creditor Lucas Petroleum Group  Inc. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com

Duane Brescia
    on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com djaenike@clarkhill.com;ckclark@clarkhill.com

Elizabeth Helen Weller
    on behalf of Creditor McLeod ISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Helen Weller
    on behalf of Creditor Atlanta ISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Helen Weller
    on behalf of Creditor Linden-Kildare CISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Epiq Systems
    on behalf of Claims Agent Epiq Corporate Restructuring  LLC rjacobs@ecf.epiqsystems.com

Florence Bonaccorso-Saenz
    on behalf of Creditor Louisiana Department of Revenue FBS-ECFNotices@la.gov

Glenn Taylor
    on behalf of Creditor Coastal Exploration  Inc. gtaylor@cctb.com

Glenn Taylor
    on behalf of Creditor PAR Minerals Corporation gtaylor@cctb.com

Glenn Taylor
    on behalf of Creditor Eastern Fishing & Rental Tool Company  Inc. gtaylor@cctb.com

Grant Matthew Beiner
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors gbeiner@munsch.com hvalentine@munsch.com

Grant Matthew Beiner
    on behalf of Interested Party Thomas Kim gbeiner@munsch.com  hvalentine@munsch.com

J. Eric Lockridge
    on behalf of Creditor Sugar Oil Properties  L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge
    on behalf of Creditor Anderson Exploration Energy Company  L.C. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge
    on behalf of Creditor TCP Cottonwood  L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge
    on behalf of Creditor AEEC II  LLC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge
    on behalf of Creditor Anderson Exploration Energy Company  LC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Jack Lazarus
    on behalf of Defendant White Resources  LLC jacklaz45@gmail.com

James B. Bailey
    on behalf of Defendant Stoneham Drilling Corporation jbailey@bradley.com ashaver@bradley.com,jbailey@ecf.courtdrive.com

James B. Bailey
    on behalf of Creditor Stoneham Drilling Corporation jbailey@bradley.com ashaver@bradley.com,jbailey@ecf.courtdrive.com

Jason Buchman
    on behalf of Defendant Stratum Reservoir  LLC jason.buchman@stratumreservoir.com

Jeffery Dayne Carruth
    on behalf of Creditor Halliburton Energy Services  Inc. jcarruth@wkpz.com

Jeffery Dayne Carruth
    on behalf of Defendant Halliburton Energy Services  LLC jcarruth@wkpz.com

Jeffrey R. Barber
    on behalf of Creditor FPCC USA  Inc. jbarber@joneswalker.com, jmaxey@joneswalker.com;mgreen@joneswalker.com

Jeffrey Reid Burley
    on behalf of Counter-Claimant Ulterra Drilling Technologies  LP rburley@bellnunnally.com, nblum@bellnunnally.com

Jeffrey S. Brinen
    on behalf of Debtor Sklar Exploration Company  LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 6 of 12 |
| Date Rcvd: Jul 27, 2022 | Form ID: pdf904 | Total Noticed: 54 |

Jeffrey S. Brinen
    on behalf of Debtor Sklarco  LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jennifer Hardy
    on behalf of Creditor JJS Interests Steele Kings  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
    on behalf of Creditor JJS Working Interests  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
    on behalf of Creditor JJS Interests North Beach  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
    on behalf of Creditor JJS Interests Escambia  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
    on behalf of Creditor JJS Interests West Arcadia  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Norris Soto
    on behalf of Creditor Barnette & Benefield  Inc. jennifersoto@arklatexlaw.com, curtisshelton@arklatexlaw.com,

Jenny M.F. Fujii
    on behalf of Defendant Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
    on behalf of Debtor Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
    on behalf of Cross-Claimant Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
    on behalf of Debtor Sklarco  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jeremy L Retherford
    on behalf of Interested Party Pruet Production Co. jretherford@balch.com  kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Defendant Rapad Drilling Company  LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Creditor RAPAD Well Service Co.  Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Creditor Pruet Production Co. jretherford@balch.com  kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Plaintiff Pruet Production Co. jretherford@balch.com  kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Creditor Pruet Oil Company  LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Defendant RAPAD Well Service Co.  Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jim F Spencer, Jr
    on behalf of Creditor Landmark Exploration  LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
    on behalf of Creditor Lexington Investments  LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
    on behalf of Creditor Landmark Oil and Gas  LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
    on behalf of Creditor Stone Development  LLC jspencer@watkinseager.com, mryan@watkinseager.com

John Cornwell
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors jcornwell@munsch.com hvalentine@munsch.com;john-cornwell-6088@ecf.pacerpro.com

John H Bernstein
    on behalf of Creditor Pearl Parkway  LLC john.bernstein@kutakrock.com, trina.rioux@kutakrock.com

John Thomas Oldham
    on behalf of Creditor Kodiak Gas Services  LLC joldham@okinadams.com, bmoore@okinadams.com

Jonathan Dickey
    on behalf of Creditor Foote Oil & Gas Properties  LLC jmd@kutnerlaw.com, vlm@kutnerlaw.com

Jordan B. Bird
    on behalf of Creditor Kingston  LLC jordan.bird@cookyancey.com

Jordan B. Bird

|  |  |
|---|---|
| | on behalf of Creditor AEH Investments LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor KMR Investments LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor Bundero Investment Company LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Attorney Cook Yancey, King & Galloway, APLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor J&A Harris LP jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor Hughes Oil South LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor Franks Exploration Company LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor Hall Management LLC jordan.bird@cookyancey.com |
| Joseph D. DeGiorgio | |
| | on behalf of Creditor Ford Motor Credit Company LLC josephde@bdfgroup.com |
| Joseph Eric Bain | |
| | on behalf of Creditor FPCC USA Inc. jbain@joneswalker.com, joseph-bain-8368@ecf.pacerpro.com |
| Katherine A Ross | |
| | on behalf of Creditor Bureau of Land Management katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine A Ross | |
| | on behalf of Creditor Office of Natural Resources Revenue katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine A Ross | |
| | on behalf of Creditor Internal Revenue Service katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine Guidry Douthitt | |
| | on behalf of Creditor Dickson Oil & Gas L.L.C. kdouthitt@bwor.com |
| Katherine Guidry Douthitt | |
| | on behalf of Creditor C. Bickham Dickson III kdouthitt@bwor.com |
| Keith D. Tooley | |
| | on behalf of Defendant Baker Hughes Oilfield Operations Inc. ktooley@wsmtlaw.com |
| Keith D. Tooley | |
| | on behalf of Defendant Kelley Brothers Contractors Inc. ktooley@wsmtlaw.com |
| Keith D. Tooley | |
| | on behalf of Defendant GE Oil & Gas Pressure Control LP ktooley@wsmtlaw.com |
| Keith D. Tooley | |
| | on behalf of Defendant Sklar Exploration Company LLC ktooley@wsmtlaw.com |
| Keith D. Tooley | |
| | on behalf of Plaintiff Southeast Alabama Gas District ktooley@wsmtlaw.com |
| Kelsey Jamie Buechler | |
| | on behalf of Creditor Bettye LaCour jamie@kjblawoffice.com Sharon@kjblawoffice.com |
| Kelsey Jamie Buechler | |
| | on behalf of Creditor Foote Oil and Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com |
| Kelsey Jamie Buechler | |
| | on behalf of Creditor Foote Oil & Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com |
| Keri L. Riley | |
| | on behalf of Defendant Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Keri L. Riley | |
| | on behalf of Debtor Sklarco LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Keri L. Riley | |
| | on behalf of Defendant Sklarco LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Keri L. Riley | |
| | on behalf of Debtor Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 8 of 12 |
| Date Rcvd: Jul 27, 2022 | Form ID: pdf904 | Total Noticed: 54 |

Kevin S. Neiman
        on behalf of Creditor Plains Gas Solutions LLC kevin@ksnpc.com

Kevin S. Neiman
        on behalf of Plaintiff Plains Marketing L.P. kevin@ksnpc.com

Kevin S. Neiman
        on behalf of Counter-Defendant Plains Marketing L.P. kevin@ksnpc.com

Kevin S. Neiman
        on behalf of Creditor Plains Marketing L.P. kevin@ksnpc.com

Laurie Spindler
        on behalf of Creditor Frankston ISD laurie.spindler@lgbs.com
        Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
        on behalf of Creditor Rusk County laurie.spindler@lgbs.com
        Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
        on behalf of Creditor Smith County laurie.spindler@lgbs.com
        Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
        on behalf of Creditor Atlanta ISD laurie.spindler@lgbs.com
        Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
        on behalf of Creditor Franklin County laurie.spindler@lgbs.com
        Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
        on behalf of Creditor McLeod ISD laurie.spindler@lgbs.com
        Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
        on behalf of Creditor Beckville ISD laurie.spindler@lgbs.com
        Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
        on behalf of Creditor Gregg County laurie.spindler@lgbs.com
        Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
        on behalf of Creditor Wood County laurie.spindler@lgbs.com
        Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
        on behalf of Creditor Upshur County laurie.spindler@lgbs.com
        Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
        on behalf of Creditor Linden-Kildate CISD laurie.spindler@lgbs.com
        Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
        on behalf of Creditor Marion County laurie.spindler@lgbs.com
        Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
        on behalf of Creditor Camp CAD laurie.spindler@lgbs.com
        Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Lee M. Kutner
        on behalf of Debtor Sklar Exploration Company LLC vlm@kutnerlaw.com

Lee M. Kutner
        on behalf of Debtor Sklarco LLC vlm@kutnerlaw.com

Lloyd A. Lim
        on behalf of Defendant CSI Compressco Operating LLC lloyd.lim@keanmiller.com,
        rachel.kubanda@keanmiller.com;mack.wilson@keanmiller.com;teresa.miller@keanmiller.com

Lloyd A. Lim
        on behalf of Creditor CSI Compressco Operating LLC lloyd.lim@keanmiller.com,
        rachel.kubanda@keanmiller.com;mack.wilson@keanmiller.com;teresa.miller@keanmiller.com

Louis Matthew Grossman
        on behalf of Creditor CSI Compressco Operating LLC louis.grossman@keanmiller.com, kathy.ballard@keanmiller.com

Louis Matthew Grossman
        on behalf of Defendant CSI Compressco Operating LLC louis.grossman@keanmiller.com, kathy.ballard@keanmiller.com

Case:20-12377-MER   Doc#:1835   Filed:07/29/22   Entered:07/29/22 22:14:17   Page9 of 14

| District/off: 1082-1 | User: admin | Page 9 of 12 |
|---|---|---|
| Date Rcvd: Jul 27, 2022 | Form ID: pdf904 | Total Noticed: 54 |

| | |
|---|---|
| Madison M. Tucker | on behalf of Creditor FPCC USA Inc. mtucker@joneswalker.com, madison-tucker-7703@ecf.pacerpro.com |
| Mario A Lamar | on behalf of Creditor NexTier Completion Solutions Inc. mlamar@allenbrysonlaw.com |
| Matthew Okin | on behalf of Creditor Kodiak Gas Services LLC mokin@okinadams.com |
| Matthew D. Skeen, Jr. | on behalf of Defendant KCS Automation LLC jrskeen@skeen-skeen.com |
| Matthew J Ochs | on behalf of Plaintiff Pruet Production Co. mjochs@hollandhart.com tldevlin@hollandhart.com |
| Matthew J Ochs | on behalf of Creditor Pruet Production Co. mjochs@hollandhart.com tldevlin@hollandhart.com |
| Matthew J Ochs | on behalf of Creditor Pruet Oil Company LLC mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Matthew J Ochs | on behalf of Defendant RAPAD Well Service Co. Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Matthew J Ochs | on behalf of Debtor Sklarco LLC mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Matthew J Ochs | on behalf of Creditor RAPAD Well Service Co. Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Megan M. Adeyemo | on behalf of Defendant Planning Thru Completion LLC madeyemo@gordonrees.com, asoto@grsm.com |
| Megan M. Adeyemo | on behalf of Defendant Scientific Drilling International Inc. madeyemo@gordonrees.com, asoto@grsm.com |
| Michael Niles | on behalf of Creditor Fletcher Exploration LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael Niles | on behalf of Creditor Fletcher Petroleum Company LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael Niles | on behalf of Creditor Fletcher Petroleum Corp. mniles@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael Schuster | on behalf of Interested Party Louisiana Tower Operating LLC schusterm@ballardspahr.com henningc@ballardspahr.com;LitDocket_West@ballardspahr.com |
| Michael D Rubenstein | on behalf of Interested Party BPX Properties (NA) LP mdrubenstein@liskow.com |
| Michael D Rubenstein | on behalf of Interested Party BP America Production Company mdrubenstein@liskow.com |
| Michael J. Guyerson | on behalf of Creditor Estate of Pamela Page Deceased , Gabriel@kjblawoffice.com |
| Michael J. Guyerson | on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com Gabriel@kjblawoffice.com |
| Mitchell E Ayer | on behalf of Defendant Gravity Oilfield Services LLC mayer@dorelaw.com, chymel@dorelaw.com;csmith@dorelaw.com |
| P. Matthew Cox | on behalf of Creditor Ally Bank pmc@scmlaw.com mw@scmlaw.com |
| Patrick R. Akers | on behalf of Defendant Northstar Drillstem Testers Inc. patrick.akers@moyewhite.com, rachael.cotner@moyewhite.com;brenda.sussman@moyewhite.com |
| Paul Moss | on behalf of U.S. Trustee US Trustee Paul.Moss@usdoj.gov |
| Paul James Hammer | on behalf of Defendant Steel Service Oilfield Tubular Inc. phammer@bn-lawyers.com |
| Paul James Hammer | on behalf of Defendant R & R Rentals & Hot Shot Inc. phammer@bn-lawyers.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 10 of 12 |
| Date Rcvd: Jul 27, 2022 | Form ID: pdf904 | Total Noticed: 54 |

R. J. Shannon
    on behalf of Defendant Capstar Drilling Inc. rshannon@shannonpllc.com

Robert Lantz
    on behalf of Creditor Roosth 806 LTD. rlantz@clmatty.com, dweber@clmatty.com

Robert Padjen
    on behalf of Creditor Colorado Department of Law Robert.padjen@coag.gov deanna.westfall@coag.gov

Robert L Paddock
    on behalf of Creditor Strago Petroleum Corporation rpaddock@buckkeenan.com myers@buckkeenan.com

Robert L Paddock
    on behalf of Creditor Gateway Exploration LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock
    on behalf of Creditor Meritage Energy Ltd rpaddock@buckkeenan.com myers@buckkeenan.com

Robert L Paddock
    on behalf of Creditor Harvest Gas Management LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock
    on behalf of Creditor GCREW Properties LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Ryan Lorenz
    on behalf of Creditor Juno Financial LLC RLorenz@ClarkHill.com

Ryan Seidemann
    on behalf of Creditor State of Louisiana Depatment of Natural Resources, Office of Mineral Resources seidemannr@ag.louisiana.gov

Ryco Exploration, LLC.
    rsmith.ryco@att.net

Shay L. Denning
    on behalf of Creditor Tauber Exploration & Production Company sdenning@axishealthsystem.org

Shay L. Denning
    on behalf of Creditor I & L Miss I LP sdenning@axishealthsystem.org

Shay L. Denning
    on behalf of Creditor CTM 2005 Ltd. sdenning@axishealthsystem.org

Shay L. Denning
    on behalf of Creditor Pickens Financial Group LLC sdenning@axishealthsystem.org

Stephen K. Lecholop, II
    on behalf of Creditor McCombs Energy Ltd. slecholop@rpsalaw.com, dtrevino@rpsalaw.com;ddoonkeen@rpsalaw.com

Stephen K. Lecholop, II
    on behalf of Creditor McCombs Exploration LLC slecholop@rpsalaw.com, dtrevino@rpsalaw.com;ddoonkeen@rpsalaw.com

Stephen T Loden
    on behalf of Plaintiff Thomas M. Kim sloden@diamondmccarthy.com

Stephen W. Sather
    on behalf of Defendant R & R Rentals & Hot Shot Inc. ssather@bn-lawyers.com, lbagley@bn-lawyers.com

Stephen W. Sather
    on behalf of Defendant Steel Service Oilfield Tubular Inc. ssather@bn-lawyers.com, lbagley@bn-lawyers.com

Steven T Mulligan
    on behalf of Defendant GE Oil & Gas Pressure Control LP smulligan@cp2law.com jcampbell@cp2law.com;smulligan_66544@ecf.courtdrive.com

Steven T Mulligan
    on behalf of Defendant Baker Hughes Company f/k/a Baker Hughes a GE company smulligan@cp2law.com jcampbell@cp2law.com;smulligan_66544@ecf.courtdrive.com

Steven T Mulligan
    on behalf of Defendant Baker Hughes Oilfield Operations LLC smulligan@cp2law.com jcampbell@cp2law.com;smulligan_66544@ecf.courtdrive.com

Theodore J. Hartl
    on behalf of Interested Party Louisiana Tower Operating LLC hartlt@ballardspahr.com blessingb@ballardspahr.com

Thomas H Shipps
    on behalf of Creditor Rudman Partnership tshipps@mbssllp.com

Thomas H Shipps
    on behalf of Creditor MER Energy LTD tshipps@mbssllp.com

Thomas H Shipps

District/off: 1082-1　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　Page 11 of 12
Date Rcvd: Jul 27, 2022　　　　　　　　　　　Form ID: pdf904　　　　　　　　　　　Total Noticed: 54

| | |
|---|---|
| | on behalf of Creditor I & L Miss I LP tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor The Rudman Partnership tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor CTM 2005 Ltd. tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Creditor MR Oil & Gas LLC tshipps@mbssllp.com |
| Thomas H Shipps | |
| | on behalf of Plaintiff The Rudman Partnership tshipps@mbssllp.com |
| Timothy C. Mohan | |
| | on behalf of Defendant Baker Hughes Oilfield Operations Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Creditor Baker Hughes Holdings LLC FKA Baker Hughes, a GE Company LLC tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Cross Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Creditor Lufkin Industries LLC tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Creditor Baker Petrolite LLC tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Creditor GE Oil & Gas Pressure Control US tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Creditor Baker Hughes Oilfield Operations LLC tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | |
| | on behalf of Cross Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Kudzo Oil Properties LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;heather.otto@moyewhite.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Apple River Investments LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;heather.otto@moyewhite.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Alabama Oil & Gas LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;heather.otto@moyewhite.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Kudzu Oil Properties LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;heather.otto@moyewhite.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company LLC and Sklarco, LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;heather.otto@moyewhite.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Alabama Oil Company tim.swanson@moyewhite.com rachael.cotner@moyewhite.com;heather.otto@moyewhite.com |
| Timothy Michael Riley | |
| | on behalf of Attorney Hopping Green & Sams triley@deanmead.com |
| Troy L Hales, II | |
| | on behalf of Defendant Ulterra Drilling Technologies LP thales@bellnunnally.com, nsummerville@bellnunnally.com |
| Troy L Hales, II | |
| | on behalf of Counter-Claimant Ulterra Drilling Technologies LP thales@bellnunnally.com, nsummerville@bellnunnally.com |
| Troy L Hales, II | |
| | on behalf of Creditor Ulterra Drilling Technologies LP thales@bellnunnally.com, nsummerville@bellnunnally.com |
| Tyler Lee Weidlich | |
| | on behalf of Creditor Pro-Tek Field Services LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com |

District/off: 1082-1 User: admin Page 12 of 12
Date Rcvd: Jul 27, 2022 Form ID: pdf904 Total Noticed: 54

Tyler Lee Weidlich on behalf of Creditor Pioneer Wireline Services LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com

US Trustee
    USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 234

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
The Honorable Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br>EIN NO: 72-1417930<br><br>Debtor. | Bankruptcy Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>SKLARCO, LLC,<br>EIN NO: 72-1425432<br><br>Debtor. | Bankruptcy Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. 20-12377 EEB** |

**NOTICE AND ORDER SETTING NON-EVIDENTIARY ZOOM HEARING**

**THIS MATTER** is before the Court on Maren Silberstein Revocable Trust's Application for Allowance of Administrative Claim and Cure Claim filed on October 22, 2021, Sklar Exploration Company, LLC and Sklarco, LLC's Objection, the Limited Response Of Howard F. Sklar, Individually and as Trustee and Executor to Maren Silberstein Revocable Trust, and the Maren Silberstein Revocable Trust's Reply.

**IT IS HEREBY ORDERED** that a non-evidentiary Zoom hearing is set for **Wednesday, September 7, 2022, at 1:30 p.m.** Mountain Standard Time, before Judge Elizabeth E. Brown in the United States Bankruptcy Court for the District of Colorado.

---

**To Join the Zoom Hearing:**

https://www.zoomgov.com/j/1600022136?pwd=UlZ5STVVbGlCNkNRUFg4eHlpeFR3UT09

**Meeting ID:** 160 002 2136          **Password:** 727908

One tap mobile
+16692545252,,1600022136#,,,,,,0#,,727908# US (San Jose)
+16468287666,,1600022136#,,,,,,0#,,727908# US (New York)

Dial by your location:

+1 669 254 5252 US (San Jose)
+1 669 216 1590 US (San Jose)
+1 551 285 1373 US
+1 646 828 7666 US (New York)
833 435 1820 US Toll-free
833 568 8864 US Toll-free

1. <u>Zoom Video Conferences:</u>

    a. It is counsel's and/or the parties' responsibility to ensure that they and their witnesses have the proper equipment to attend the Zoom video conference and that they and their witnesses possess complete copies of all marked exhibits prior to the Zoom video conference.

    b. Participants should ensure that their equipment is connected to strong WIFI signal or internet connection during the hearing.

    c. If counsel/parties intend to present exhibits and/or otherwise refer to written documents at the hearing, the Court prefers that they do so by using the "Share Screen" function in Zoom.   Counsel/parties should make themselves familiar with this function prior to the hearing.

    d. The Court encourages anyone who will be speaking during the trial to use a headset (headphones with mic) and not rely on an internal microphone built into a computer or webcam.   Using a headset will to ensure that you can be heard by other participants and in the Court's official recording.

    e. Parties should check into the Zoom video conference at least 15 minutes prior to the scheduled start time of the trial.

    f. Zoom displays a screen name for each participant in a video conference.   Typically, Zoom will default to the name you gave at the time you initially set up your Zoom account (e.g. smithj or XYZCorp) or the phone number or device name from which you are calling.   To enable the Judge to identify participants, each participant should ensure that their screen name is their full first name and last name (e.g. John Smith).   You can change your screen name after being admitted to the video conference by using the rename function in Zoom.   To rename, hover your cursor over your picture and either right click or click the blue button in the upper right corner of your picture and select "Rename" and then type your first name and last name into the box that appears.   If you fail to identify yourself in this manner by the start of the trial, you may be removed from the video conference.

    g. The Court will not provide any type of support on Zoom for participants or attendees.   For assistance, please contact the Zoom Help Center, your local IT support, or seek other online guidance

    h. The Court's general guidelines regarding Zoom hearings are available at: https://www.cob.uscourts.gov/zoom-video-conferences.

Dated this 27th day of July, 2022.

BY THE COURT:

_Elizabeth E. Brown_
Elizabeth E. Brown,
United States Bankruptcy Court