UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

*Minute Order*

Date: August 23, 2022                               **Honorable Elizabeth E. Brown, Presiding**
                                                                         Ryan L. Blansett, Law Clerk

| | |
|---|---|
| In re:   Sklar Exploration Company, LLC<br>                    Debtor. | **Case. No. 20-12377 EEB**<br>Chapter 11 |
| Sklarco, LLC,<br>                    Debtor. | **Case No. 20-12380 EEB**<br>Chapter 11 |
| | **Jointly Administered under 20-12377 EEB** |
| Howard F. Sklar,<br><br>               Movant,<br>v.<br><br>Sklar Exploration Company, LLC,<br>Sklarco, LLC,<br>East West Bank, and<br>Thomas Kim, Trustee of the Sklar Creditors Trust.<br><br>               Respondents. | |

| | | | Appearances |
|---|---|---|---|
| Movant | Howard F. Sklar | Counsel | Adam L. Hirsch* |
| Respondent | Sklar Exploration Company, LLC | Counsel | Keri L. Riley* |
| Respondent | Sklarco, LLC | Counsel | Michael J. Pankow* |
| Respondent | East West Bank | Counsel | Bryce A. Suzuki*<br>James G. Florentine* |
| Respondent | Thomas Kim, Trustee of the Sklar Creditors Trust | Counsel | Christopher D. Johnson*<br>Stephen T. Loden* |

*Appearance via Videoconference Technology

Proceedings: Non-Evidentiary Hearing on the Unopposed Motion to Further Extend Time to Respond to Motion of Howard F. Sklar for Allowance and Payment of Administrative Expense Pursuant to 11 U.S.C. §§ 503(a), (b)(1)(A), and (b)(3)(D).

☐ Witnesses Sworn     ☐ See Attached List     ☐ Exhibits Entered     ☒ Evidentiary Hearing[1]
☒ The Court posed questions, and the parties, through counsel, discussed.

Orders:

---

[1] This hearing is considered evidentiary for statistical purposes.

☒  For the reasons stated on the record, the Unopposed Motion to Further Extend Time to Respond to Motion of Howard F. Sklar for Allowance and Payment of Administrative Expense Pursuant to 11 U.S.C. §§ 503(a), (b)(1)(A), and (b)(3)(D). is hereby GRANTED.  Respondents Sklar Exploration Company, LLC and Sklarco, LLC shall file their operative pleadings **on or before September 2, 2022.**  If Respondents Sklar Exploration Company, LLC, and Sklarco, LLC reach a settlement with Movant Howard F. Sklar, they shall file the proposed settlement, along with a motion to approve, in case number 20-12377-EEB **on or before September 2, 2022.**

☒  For the reasons stated on the record, the Court exercised its discretion to consolidate the contested motion filed by Howard F. Sklar at doc. #1602 for the allowance and payment of an administrative expense claim in case number 20-12377-EEB with the two related adversary proceedings – case numbers 22-1106-EEB and 22-1022-EEB.  Counsel for Respondent Thomas Kim, Trustee of the Sklar Creditors Trust, shall prepare and submit a proposed order of consolidation **on or before September 2, 2022.**

☒  Parties opposed to the consolidation, contemplated in the immediately preceding paragraph, shall file any motions for reconsideration **on or before September 2, 2022**.

_____

Date: August 23, 2022

BY THE COURT:

*Elizabeth E. Brown*

_____
Elizabeth E. Brown, U.S. Bankruptcy Judge