# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| **In re:** § § **SKLAR EXPLORATION COMPANY,** § **LLC,** *et al.,* § § **Debtors** § | | **Chapter 11** **Case No. 20-12377-EEB** **(Jointly Administered)** |
| **THOMAS M. KIM, CREDITOR** § **TRUSTEE,** § **Plaintiff,** § § **v.** § § **HOWARD F. SKLAR,** § **INDIVIDUALLY,** *et al.,* § **Defendants.** § | | **Adv. Proc. No. 22-01106-EEB** |
| **HOWARD F. SKLAR,** § **Plaintiff,** § § **v.** § § **SKLAR EXPLORATION** § **COMPANYT, LLC,** *et al.,* § **Defendants.** § | | **Adv. Proc. No. 22-01022-EEB** |

## [PROPOSED] ORDER CONSOLIDATING RELATED PROCEEDINGS

On August 23, 2022, the Court held a non-evidentiary hearing (the "Hearing") concerning the Debtors' Unopposed Motion to Further Extend Time to Respond to Motion of Howard F. Sklar for Allowance and Payment of Administrative Expense Pursuant to 11 U.S.C. § 503(a), (b)(1)(A), and (B)(3)(D) (the "Administrative Expense Motion"), and the deadline for the Debtors to respond to the complaint in Adversary Proceeding No. 22-01022 entitled *Howard F. Sklar v. Sklar Exploration Company, LLC et al.* (the "Administrative Expense Adversary Proceeding").

During the Hearing, the Court inquired whether the Administrative Expense Motion and the Administrative Expense Adversary Proceeding (collectively, the "Administrative Expense Matters") should be consolidated, and further inquired whether another matter, Adversary

Proceeding No. 22-01106, entitled *Thomas M. Kim, as Creditor Trustee of the Sklar Creditor Trust v. Howard F. Sklar, Individually, et al.* (the "Insider Adversary Proceeding") should also be consolidated with the Administrative Expense Matters.

Following a review of the factual and legal bases for relief set forth in the Administrative Expense Matters and the Insider Adversary Proceeding (collectively, the "Related Matters"), and upon consideration of the procedural and substantive posture of these chapter 11 cases, and upon consideration of the statements of counsel at the properly noticed and conducted Hearing, the Court FINDS, for the reasons stated on the record of the Hearing and as set forth below, as follows:

1. Resolution of the Related Matters involves common issues of law and fact that may require the Court to consider and apply the terms of the Agency Services Agreement to determine whether, how much, and to whom any amounts may be owed pursuant to that agreement;

2. Resolution of the Related Matters involves common issues of law and fact that may require the Court to determine whether principles of equitable subordination concerning the pre- and post-petition actions of the Debtors' management should be included in the Court's consideration and resolution of the Related Matters; and

3. Consolidation of the Related Matters into a single proceeding, as set forth herein, will promote an expeditious and economical resolution of those matters, thereby avoiding unnecessary cost and delay.

**IT IS THEREFORE ORDERED THAT:**

Pursuant to 11 U.S.C. §§ 105(a) and 105(d)(2), and Rules 7042 and 9014(c) of the Federal Rules of Bankruptcy Procedure, the Related Matters shall be and hereby are consolidated for all purposes including, but not limited to, administration, discovery, and trial; and it is further

ORDERED that all motions, pleadings, and other documents filed in the Related Matters shall bear a combined caption as set forth above, and shall be filed, docketed, and processed in the Insider Adversary Proceeding (Adversary Proceeding No. 22-01106-EEB); and it is further

ORDERED that any party may file a motion to reconsider the relief granted herein on or before 5:00 p.m. MDT on Friday, September 2, 2022, with responses to any such motions to be filed no later than 5:00 p.m. MDT on Friday, September 16, 2022.

**Dated**: _____

                                        **BY THE COURT:**

                                        _____
                                        **Elizabeth E. Brown**
                                        **United States Bankruptcy Judge**