UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930<br><br>Debtor.<br><br>SKLARCO, LLC<br>EIN:  72-1425432<br>Debtor. | Case No. 20-12377-EEB<br>Chapter 11<br><br><br><br>Case No. 20-12380-EEB<br>Chapter 11 |

### MOTION FOR ENTRY OF ORDER APPROVING STIPULATION FOR SETTLEMENT AND DISMISSAL OF ADVERSARY PROCEEDING AND ADMINISTRATIVE CLAIM  FILED BY THE RUDMAN PARTNERSHIP

Plaintiff, The Rudman Partnership ("Plaintiff"), by and though its undersigned counsel, move the Court for entry of an order approving the Stipulation for Settlement and Dismissal of Adversary Proceeding[1] and Administrative Claim of The Rudman Partnership ("Stipulation") between Plaintiff and Defendants Sklar Exploration Company LLC ("SEC") and Sklarco LLC ("Sklarco") (collectively, the "Debtors"), East West Bank, a California state banking corporation ("EWB"), in its capacity as a lender and the administrative agent under the Credit Agreement dated June 15, 2018 with the Debtors, and Thomas M. Kim, Trustee of the Sklar Creditors Trust ("Trustee", and together with the Debtors and EWB, the "Defendants"), as follows:

1. Following the Court's Minute Order at Dkt. No. 32 (the "Briefing Order") in the Adversary Proceeding ordering that (i) Defendants file their motion(s) for summary judgment on or before June 24, 2022, (ii) Plaintiff file a response to Defendants' motion(s) for summary judgment on or before July 29, 2022, and (iii) permitting Defendants to file a reply to Plaintiff's response on or before August 5, 2022, and subsequent Stipulations and Orders extending the briefing deadlines (*see* Dkt. Nos. 34, 39, 43, 44, 46, and 47), the Parties have engaged in settlement

---

[1] Adv. No. 22-01020-EEB, *The Rudman Partnership v. Sklar Exploration Company, LLC, Sklarco LLC, East West Bank and Thomas M. Kim, Trustee of the Sklar Creditors' Trust*, in the United States Bankruptcy Court for the District of Colorado. Plaintiff and Defendants shall be referred to as the "Parties".

Case:20-12377-MER   Doc#:1849   Filed:08/30/22   Entered:08/30/22 14:15:33   Page2 of 2

negotiations aimed at resolving the Adversary Proceeding and the remaining administrative claim (*see* Jointly Administered Case No. 12377-EEB Dkt. 1148 ("the Admin Claim Motion")) of Plaintiff.

2. The Parties have reached a settlement that resolves all claims and causes of action that were at issue in this Adversary Proceeding and the Admin Claim Motion pursuant to the terms and conditions set forth in the Stipulation attached hereto. The settlement resolves difficult issues of law and fact, including possibly unsettled issues of Alabama law, and the time and uncertainty of protracted litigation. Plaintiff submits that the settlement satisfies the standards set forth in *In re Kaiser Steel Corp.*, 105 B.R. 971, 976 (D. Colo. 1989). Accordingly, Plaintiff hereby requests that the Court enter an Order in the proposed form attached hereto approving the Stipulation and authorizing the Parties to take the actions required to implement the settlement contained therein.

WHEREFORE, Plaintiff requests that the Court enter an order approving the attached Stipulation and for such other relief as is appropriate under the circumstances.

Dated: August 30, 2022    Respectfully submitted,

**Maynes, Bradford, Shipps & Sheftel, LLP**
*/s/ Thomas H. Shipps*
Thomas H. Shipps
835 E. Second Ave., Suite 123
Durango, CO 81301
Telephone: (970) 247-1755
Facsimile: (970) 247-8827
Email: tshipps@mbssllp.com

*And*

*/s/ Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.
815 Walker, Suite 1502
Houston, TX 77002
Telephone:: (713) 516-7450
Facsimile: (713)659-8764
Email: barnetbjr@msn.com

*Attorneys for the Rudman Partnership,*

2