## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br>EIN:  72-1417930<br><br>    Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| SKLARCO, LLC,<br>EIN:  72-1425432<br><br><br>    Debtor. | Case No. 20-12380-EEB<br><br>Chapter 11 |
| THE RUDMAN PARTNERSHIP,<br><br>    Plaintiff,<br><br>v.<br><br>SKLAR EXPLORATION COMPANY, LLC,<br>SKLARCO, LLC, EAST WEST BANK, AND<br>THOMAS M. KIM, TRUSTEE OF THE<br>SKLAR CREDITORS TRUST,<br><br>    Defendants. | Adversary No. 22-01020-EEB |

## STIPULATION FOR SETTLEMENT AND DISMISSAL OF THIS ADVERSARY PROCEEDING AND ADMINISTRATIVE CLAIM OF THE RUDMAN PARTNERSHIP

Plaintiff The Rudman Partnership ("Plaintiff") and Defendants Sklar Exploration Company LLC ("SEC") and Sklarco LLC ("Sklarco") (collectively, the "Debtors"), East West Bank, a California state banking corporation ("EWB"), in its capacity as a lender and the administrative agent under the Credit Agreement dated June 15, 2018 with the Debtors, and Thomas M. Kim, Trustee of the Sklar Creditors Trust ("Trustee", and together with the Debtors and EWB, the "Defendants"), by and though their undersigned counsel, state

their Stipulation for Settlement and Dismissal of this Adversary Proceeding and Administrative Claim of The Rudman Partnership, as follows:

1.      Following the Court's Minute Order at Dkt. No. 32 (the "Briefing Order") ordering that (i) Defendants file their motion(s) for summary judgment on or before June 24, 2022, (ii) Plaintiff file a response to Defendants' motion(s) for summary judgment on or before July 29, 2022, and (iii) permitting Defendants to file a reply to Plaintiff's response on or before August 5, 2022, and subsequent Stipulations and Orders extending the briefing deadlines (*see* Dkt. Nos. 34, 39, 43, 44, 46, and 47), the Parties have engaged in settlement negotiations aimed at resolving this Adversary Proceeding and the remaining administrative claim (*see* Jointly Administered Case No. 12377-EEB Dkt. 1148 ("the Admin Claim Motion"))[1] of Plaintiff.

2.      The Parties have reached a settlement that resolves all claims and causes of action that were at issue in this Adversary Proceeding and the Admin Claim Motion pursuant to the following terms and conditions:

a.      Within three (3) business days after the Court enters an Order approving this Stipulation (or the soonest business day thereafter if such time shall fall on a weekend day or Federal holiday), Debtors shall pay The Rudman Partnership $172,500.00 in immediately available funds as per wiring instructions to be provided by Plaintiff's counsel.

b.      Further, upon entry of the Order approving this Stipulation, The Rudman Partnership shall have an allowed Class 6 unsecured claim in the amount of $100,000.00 for unpaid working interest revenue which shall be treated and paid in

---

[1] Plaintiff sought an allowed administrative expense claim for the funds held in suspense for (a) the Abbyville gas plant management fee disputed by the "Rudman Parties" ("Gas Plant Claim") and (b) for The Rudman Partnership's working interest owner production revenues that were either in the SEC Revenue Account at EWB on the Petition Date or thereafter deposited in the Revenue Account, which funds The Rudman Partnership alleged were used by Debtors to pay expenses of administration of the bankruptcy estate ("Revenue Claim"). The Gas Plant Claim was resolved pursuant a Stipulation filed in the main case at Dkt. No. 1408.

accordance with the  Second Amended and Restated Joint Plan of Reorganization (Jointly Administered Case No. 12377-EEB Dkt. No. 1251) confirmed by Order entered August 24, 2021 (Jointly Administered Case No. 12377-EEB Dkt No. 1433).

c.      The payment of the $172,500.00 and the allowance of the $100,000.00 unsecured claim shall be in full satisfaction of all claims and causes of action asserted in this adversary proceeding.

d.      Within one (1) business day after receipt of payment of the $172,500.00, Plaintiff shall file a motion to dismiss this adversary proceeding and its Admin Claim Motion with prejudice.

WHEREFORE, the parties pray the Court make and enter an Order approving this Stipulation, and for such other further and additional relief may appear just and proper.

DATED this 18th day of August, 2022.

By: /s/Thomas H. Shipps
Thomas H. Shipps
**MAYNES, BRADFORD, SHIPPS &
SHEFTEL, LLP**
835 E. Second Ave., Suite 123
Durango, CO 81301
Phone:  970-247-1755
Email:  tshipps@mbsllp.com

*and*

By: /s/Barnet B. Skelton, Jr.
Barnet B. Skelton Jr.
815 Walker, Ste. 1502
Houston, TX 77002
Phone:  713-516-7450
Email:  barnetbjr@msn.com
*Attorneys for the Rudman Partnership*

By: /s/ Keri L. Riley
Keri L. Riley
**KUTNER BRINEN DICKEY
RILEY, P.C.**
1600 Lincoln Street, Suite 1720
Denver, CO 80264
Phone:  303-832-2400
Email:  klr@kutnerlaw.com
*Attorneys for the Debtors*

By: /s/Bryce A. Suzuki
Bryce A. Suzuki
**SNELL & WILMER LLP**
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Phone:  602-382-6000
Email:  bsuzuki@swlaw.com
*Attorneys for East West Bank*

By: /s/Christopher D. Johnson
Christopher D. Johnson
**DIAMOND MCCARTHY LLP**
909 Fannin Street, Suite 3700
Houston, TX 77002
Phone:  713-333-5199
Email:
chris.johnson@diamondmccarthy.com
*Attorneys for Thomas Kim, Trustee of
the Sklar Creditors Trust*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of August 2022, a copy of the foregoing document was filed via ECF and was served by electronic transmission to all registered ECF users appearing in this adversary proceeding.


*/s/ Barnet B. Skelton, Jr.*