UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

**L.B.R. FORM 9013-1.1 NOTICE OF:**
**MOTION FOR ENTRY OF ORDER APPROVING STIPULATION FOR**
**SETTLEMENT AND DISMISSAL OF ADVERSARY PROCEEDING AND**
**ADMINISTRATIVE CLAIM FILED BY THE RUDMAN PARTNERSHIP**

**Part 1:** **Objection Deadline**

Objection Deadline: September 20, 2022.

**Part 2:** **Notice**

NOTICE IS HEREBY GIVEN that The Rudman Partnership has filed a Motion with the Court and requests the following relief:

Entry of Order approving Stipulation among the parties to Adv. No. 22-01020-EEB, *The Rudman Partnership v. Sklar Exploration Company, LLC, Sklarco LLC, East West Bank and Thomas M. Kim, Trustee of the Sklar Creditors' Trust*, in the United States Bankruptcy Court for the District of Colorado, providing for settlement of the Plaintiff's claims in said adversary proceeding and the Motion of The Rudman Partnership to allow administrative claim [Dkt. 1148] ("the Admin Claim Motion")). A copy of the Stipulation and proposed Order is attached to the Motion filed herewith.

**If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for such objections. The Court will not consider general objections.**

**In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.**

Dated: August 30, 2022

        Respectfully submitted,

        **Maynes, Bradford, Shipps & Sheftel, LLP**
        <u>*/s/ Thomas H. Shipps*</u>
        Thomas H. Shipps
        Maynes, Bradford, Shipps & Sheftel, LLP
        835 E. Second Ave., Suite 123
        Durango, CO 81301
        Telephone: (970) 247-1755
        Facsimile: (970) 247-8827
        Email: tshipps@mbssllp.com

        *and*

        <u>*/s/ Barnet B. Skelton, Jr.*</u>
        Barnet B. Skelton, Jr.
        815 Walker, Suite 1502
        Houston, TX 77002
        Telephone:: (713) 516-7450
        Facsimile: (713)659-8764
        Email: barnetbjr@msn.com

        *Attorneys for the Rudman Partnership,*
        *Plaintiff and Movant*