UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

## CERTIFICATE OF SERVICE

**Part 1**  **L.B.R. 9013-1 Certificate of Service of Motion, Notice, Stipulation and Proposed Order**

I certify that on August 30, 2022, I served a complete copy of the Motion to Approve Stipulation, the Stipulation, the Proposed Order and the L.B.R. 9013-1.1 Notice on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

The parties listed on the attached Creditor Address Mailing Matrix, which was obtained from the Court's docket on August 25, 2022 were served by U.S. Mail, Postage Prepaid to the persons listed at the addresses shown.

I further certify that on the 30th day of August 2022, complete copies of the foregoing documents were filed via ECF and were served by electronic transmission to all registered ECF users appearing in this adversary proceeding.

**Part 2**  **L.B.R. 2002-1 Certificate of Service of Notice**

I certify that on August 30, 2022, I served a complete copy of the Motion to Approve Stipulation, the Stipulation, the Proposed Order and the L.B.R. 9013-1.1 Notice on the following parties on the attached Creditor Address Mailing Matrix, which was obtained from the Court's docket on August 25, 2022, in accordance with 11 U.S.C. § 342(c) and Fed. R. Bankr. P. 2002.

### Part 3  Signature

Dated: August 30, 2022

>*/s/ Barnet B. Skelton, Jr.*
>Barnet B. Skelton, Jr.
>815 Walker, Suite 1502
>Houston, TX 77002
>Telephone:: (713) 516-7450
>Facsimile: (713)659-8764
>Email: barnetbjr@msn.com
>ATTORNEY FOR THE RUDMAN
>PARTNERSHIP