# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br>EIN: 72-1417930<br>         Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| SKLARCO, LLC,<br>EIN: 72-1425432<br>         Debtor. | Case No. 20-12380-EEB<br><br>Chapter 11 |
| HOWARD F. SKLAR, FOR HIMSELF AND AS TRUSTEE,<br><br>         Plaintiff,<br><br>v.<br><br>SKLAR EXPLORATION COMPANY, LLC; SKLARCO, LLC; EAST WEST BANK; AND THOMAS M. KIM, AS TRUSTEE OF THE CREDITOR TRUST FORMED PURSUANT TO THE REORGANIZED DEBTORS' CONFIRMED PLAN,<br><br>         Defendants. | Adversary No. 22-01022-EEB |
| THOMAS M. KIM, AS CREDITOR TRUSTEE OF THE SKLARCO CREDITOR TRUST,<br><br>         Plaintiff,<br><br>v.<br><br>HOWARD F. SKLAR, INDIVIDUALLY; MIRIAM SKLAR, L.C.; HOWARD F. SKLAR AS INDEPENDENT EXECUTOR OF THE SUCCESSION OF MIRIAM MANDEL SKLAR; AND HOWARD F. SKLAR AS TRUSTEE OF THE HOWARD TRUST, THE ALAN GRANTOR TRUST, AND THE JACOB GRANTOR TRUST,<br><br>         Defendants. | Adversary No. 22-01106-EEB |

**ORDER GRANTING MOTION OF HOWARD F. SKLAR TO RECONSIDER CONSOLIDATION OF ADMINISTRATIVE EXPENSE MOTION AND DECLARATORY JUDGMENT ACTION WITH UNRELATED ADVERSARY PROCEEDING**

Upon the Motion of Howard F. Sklar, (i) for himself, and (ii) as trustee for the (x) Howard Trust, an irrevocable *inter vivos* trust created under the laws of the State of Louisiana, (y) Alan Grantor Trust, an *inter vivos* trust created under the laws of the State of Louisiana, and (z) the Jacob Grantor Trust, an irrevocable *inter vivos* trust created under the laws of the State of Louisiana ("HFS"), to reconsider the consolidation of proceedings on (i) the Motion of Howard F. Sklar for Allowance and Payment of Administrative Expenses Pursuant to 11 U.S.C. §§ 503(a), (b)(1)(A), and (b)(3)(D), filed in the above-captioned chapter 11 cases on January 31, 2022 [Docket No. 1602] (the "Administrative Expense Motion") and the adversary proceeding commenced by HFS's contemporaneous complaint against Sklar Exploration Company, LLC; Sklarco, LLC; East West Bank; and Thomas M. Kim, as trustee of the Creditor Trust formed pursuant to the Reorganized Debtors' confirmed Plan (the "Trustee"), Case No. 22-01022-EEB (the "HFS Adversary Proceeding" and together with the Administrative Expense Motion, the "Outside Investment Litigation"), with (ii) the unrelated adversary proceeding commenced by the Trustee's filing a complaint on March 31, 2022, against HFS, Miriam Sklar, L.C., and the Succession of Miriam Mandel Sklar, Case No. 22-01106-EEB (the "Trustee Adversary Proceeding" and such motion, the "Motion"); having reviewed the Motion; no objection to the Motion having been filed or any objection to the Motion having been withdrawn, resolved, or overruled; having determined and finding that the Outside Investment Litigation and the Trustee Adversary Proceeding do not involve common questions of law or fact; having determined and finding that consolidation of the Outside Investment Litigation with the Trustee Adversary Proceeding would not be in the interest of judicial economy, would delay adjudication of the matters, and would increase the expenses of the parties; and finding good cause exists to

reconsider the consolidation of the Outside Investment Litigation with the Trustee Adversary Proceeding as set forth in the Motion, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion shall be and is hereby GRANTED.

2. Upon reconsideration of the Court's decision to consolidate the Outside Investment Litigation with the Trustee Adversary Proceeding, the Outside Investment Litigation shall not be consolidated with the Trustee Adversary Proceeding, and any order to the contrary is hereby VACATED.

3. Pursuant to Fed. R. Civ. P. 42(a), applicable under Fed. R. Bankr. P. 7042 and 9014(c), the Administrative Expense Motion and the HFS Adversary Proceeding shall remain consolidated as previously ordered.

DATED: September __, 2022.          BY THE COURT:

 

The Honorable Elizabeth E. Brown
United States Bankruptcy Court Judge