## AGREEMENT REGARDING OUTSIDE INVESTMENTS

This Agreement is entered into as of this 2nd of September 2022 by and among Howard F. Sklar, for himself and as trustee for the trusts set forth below, on one hand, and Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco").

## RECITALS

A. Sklarco and SEC each commenced a case under chapter 11 of title 11 of the United States Code on April 1, 2020. Their cases are jointly administered for procedural purposes only at case number, 20-12377-EEB (the "Chapter 11 Cases"), pending in the United States Bankruptcy Court for the District of Colorado (the "Bankruptcy Court"). The Chapter 11 Cases are not substantively consolidated.

B. Sklarco and SEC proposed a Second Amended and Restated Joint Plan of Reorganization, dated December 18, 2020, which plan was confirmed as modified (the "Plan").

C. Howard F. Sklar is trustee for the Howard Trust (TIN: 72-6094620), an irrevocable *inter vivos* trust created under the laws of the State of Louisiana (the "Howard Trust"); the Alan Grantor Trust (TIN: 72- 6157679), an irrevocable *inter vivos* trust created under the laws of the State of Louisiana; and the Jacob Grantor Trust (TIN: 72-6094619), an irrevocable *inter vivos* trust created under the laws of the State of Louisiana (individually and in capacity as trustee for each of the afore-mentioned trusts, "HFS"). Subject to the Plan, the Howard Trust directly owns 100% of the membership interests in SEC and directly owns 100% of the membership interests in Sklarco.

D. Sklarco holds equity interests in certain non-public entities, including Boulders on Fern, L.L.C., LTP Opportunity Fund I, LP; LTP Timberquest Fund, LP; and Trout Creek Ventures, LP (collectively, the "Outside Investments").

E. HFS contends that Sklarco holds the Outside Investments as agent and nominee for HFS pursuant to the Agency Services Agreement dated as of May 1, 2010.

F. During the course of the Chapter 11 Cases, Sklarco collected distributions from the Outside Investments in the ordinary course. Prior to the effective date of the Plan (the "Plan Effective Date"), Sklarco spent the funds collected in respect of such distributions on operations and administrative expenses of the Chapter 11 Cases. Since the Plan Effective Date, Sklarco, through the Independent Manager appointed pursuant to the Plan (the "Independent Manager"), has held the funds pending agreement or judicial determination of the beneficial claims of HFS. As of August 26, 2022, funds collected and held by the Independent Manager in respect of the Outside Investments total $622,843.72.

G. HFS has commenced an adversary proceeding and has filed a motion for allowance of administrative expenses. The adversary proceeding is styled *Howard F. Sklar, for*

*himself and as trustee v. Sklar Exploration Company, LLC, et al,* Case No. 22-01022-EEB. HFS seeks, among other things, a determination that the Outside Investments and their proceeds are held for the benefit of HFS as beneficial owner. HFS also seeks allowance of an administrative expense claim in the amount of funds collected in respect of the Outside Investments and spent during the Chapter 11 Cases as set forth above.

   H. The Outside Investments are Disputed Assets as defined in the Plan. Pursuant to Section 7.2 of the Plan, "The parties shall cooperate to resolve their disputes with respect to the Disputed Assets, and any resolution shall be subject to the Section 8.13 of this Plan if not sooner resolved in accordance with Bankruptcy Rule 9019."

   I. Sklarco and SEC, each acting through its Independent Manager, and HFS have worked to resolve the above-described disputes as directed by the Plan. After investigation, the parties desire to avoid the risk, delay and expense of litigation.

## AGREEMENT

Based upon the foregoing, the parties hereby stipulate and agree as follows:

1. This Agreement shall in all respects be subject to entry of an order by the Bankruptcy Court approving this Agreement. If the Bankruptcy Court does not enter an order approving this Agreement on or before November 30, 2022, unless extended by agreement of the parties to this Agreement, this Agreement shall be null and void. The parties to this Agreement shall cooperate to seek and prosecute a motion to approve this Agreement.

2. HFS shall be deemed the beneficial owner of the Outside Investments held in the name of Sklarco.

3. Sklarco shall remit to HFS all distributions it has received in respect of the Outside Investments from and after the Plan Effective Date (the "Post Effective Date Distributions"). Sklarco shall further remit to HFS any and all additional distributions it receives in respect of the Outside Investments.

4. Upon receipt of all Post Effective Date Distributions, HFS shall withdraw any and all administrative expense claims asserted in the Chapter 11 Cases; *provided*, for avoidance of doubt, that HFS does not withdraw or waive any administrative expense claims until such time as this Agreement is approved by the Court and HFS receives all of the Post Effective Date Distributions.

5. HFS shall pay all unpaid taxes attributable to the Outside Investments.

6. This Agreement may be executed in counterparts.

Dated as set forth above.

SKLAR EXPLORATION COMPANY, LLC

By /s/ Brad Walker
Its Brad Walker

SKLARCO, LLC

By /s/ Brad Walker
Its Brad Walker

_____
Howard F. Sklar, in his individual capacity and
as trustee for the Howard Trust (TIN: 72-6094620),
an irrevocable inter vivos trust created under the
laws of the State of Louisiana; the Alan Grantor
Trust (TIN: 72- 6157679), an irrevocable inter vivos
trust created under the laws of the State of Louisiana;
and the Jacob Grantor Trust (TIN: 72-6094619), an
irrevocable inter vivos trust created under the laws of
the State of Louisiana

SKLAR EXPLORATION COMPANY, LLC

By_____
Its_____

SKLARCO, LLC

By_____
Its_____

_____
Howard F. Sklar, in his individual capacity and as trustee for the Howard Trust (TIN: 72-6094620), an irrevocable inter vivos trust created under the laws of the State of Louisiana; the Alan Grantor Trust (TIN: 72- 6157679), an irrevocable inter vivos trust created under the laws of the State of Louisiana; and the Jacob Grantor Trust (TIN: 72-6094619), an irrevocable inter vivos trust created under the laws of the State of Louisiana

3

24627663