United States Bankruptcy Court
District of Colorado

| | |
|---|---|
| In re: | Case No. 20-12377-EEB |
| Sklar Exploration Company, LLC | Chapter 11 |
| Sklarco, LLC | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 1 of 10 |
| Date Rcvd: Aug 31, 2022 | Form ID: 237 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/db | + Sklar Exploration Company, LLC, Sklarco, LLC, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301-2541 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2022                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam L. Hirsch | on behalf of Interested Party Howard F. Sklar adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |
| Adam L. Hirsch | on behalf of Interested Party Howard Sklar Trust adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |
| Adam L. Hirsch | on behalf of Plaintiff Howard F. Sklar adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |
| Amy Vazquez | on behalf of Creditor FPCC USA  Inc. avazquez@joneswalker.com |
| Andrew James Shaver | on behalf of Creditor Premium Oilfield Services  LLC ashaver@bradley.com |
| Andrew M. Toft | |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 2 of 10 |
| Date Rcvd: Aug 31, 2022 | Form ID: 237 | Total Noticed: 1 |

on behalf of Plaintiff Thomas Kim Trustee of the Sklar Creditors Trust atoft@hn-colaw.com, andrewmtoft@yahoo.com

Armistead Mason Long

    on behalf of Creditor Pine Island Chemical Solutions L.L.C. along@gamb.com

Barnet B Skelton, Jr

    on behalf of Plaintiff The Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr

    on behalf of Creditor Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr

    on behalf of Creditor MER Energy LTD barnetbjr@msn.com

Barnet B Skelton, Jr

    on behalf of Creditor MR Oil & Gas LLC barnetbjr@msn.com

Barnet B Skelton, Jr

    on behalf of Creditor I & L Miss I LP barnetbjr@msn.com

Barnet B Skelton, Jr

    on behalf of Creditor The Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr

    on behalf of Creditor CTM 2005 Ltd. barnetbjr@msn.com

Belinda Harrison

    belindapittsharrison@gmail.com belindapittsharrison@gmail.com

Benjamin Young Ford

    on behalf of Spec. Counsel Armbrecht Jackson LLP byf@ajlaw.com, chs@ajlaw.com

Brent R. Cohen

    on behalf of Creditor Fant Energy Limited bcohen@lewisroca.com brent-cohen-8759@ecf.pacerpro.com,jeastin@lrrc.com

Brian Rich

    on behalf of Creditor Fletcher Petroleum Company LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich

    on behalf of Creditor Fletcher Exploration LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich

    on behalf of Creditor Fletcher Petroleum Corp. brich@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian A. Baker

    on behalf of Defendant National Oilwell Varco LP brian.baker@stacybakerlaw.com

Brian A. Baker

    on behalf of Defendant National Oilwell Varco DHT LP brian.baker@stacybakerlaw.com

Bryce Suzuki

    on behalf of Creditor East-West Bank bsuzuki@swlaw.com tina.daniels@bclplaw.com

Bryce Suzuki

    on behalf of Defendant East West Bank bsuzuki@swlaw.com tina.daniels@bclplaw.com

Bryce Suzuki

    on behalf of Intervenor East West Bank bsuzuki@swlaw.com tina.daniels@bclplaw.com

Charles Murnane

    on behalf of Defendant Steel Service Oilfield Tubular Inc. cmurnane@bn-lawyers.com

Charles Murnane

    on behalf of Defendant R & R Rentals & Hot Shot Inc. cmurnane@bn-lawyers.com

Charles Michael Rubio

    on behalf of Defendant Capstar Drilling Inc. crubio@parkinsrubio.com, 7485062420@filings.docketbird.com

Christopher Meredith

    on behalf of Attorney Copeland Cook, Taylor & Bush, P.A. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith

    on behalf of Creditor Eastern Fishing & Rental Tool Company Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith

    on behalf of Creditor Fletcher Petroleum Corp. cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 3 of 10 |
| Date Rcvd: Aug 31, 2022 | Form ID: 237 | Total Noticed: 1 |

Christopher Meredith
    on behalf of Creditor PAR Minerals Corporation cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
    on behalf of Creditor Coastal Exploration Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
    on behalf of Defendant Quality Drilling Fluids Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher D. Johnson
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors chris.johnson@diamondmccarthy.com nan.sauter@diamondmccarthy.com

Christopher D. Johnson
    on behalf of Defendant Thomas Kim Trustee of the Sklar Creditors Trust chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

Christopher D. Johnson
    on behalf of Interested Party Thomas M. Kim chris.johnson@diamondmccarthy.com nan.sauter@diamondmccarthy.com

Christopher D. Johnson
    on behalf of Plaintiff Thomas M. Kim chris.johnson@diamondmccarthy.com nan.sauter@diamondmccarthy.com

Christopher M. Crowley
    on behalf of Creditor Liquid Gold Well Service Inc. christopher@burnhamlaw.com, julie@burnhamlaw.com

Cody Carol Bailey
    on behalf of Defendant Oilfield Partners Energy Services LLC cbailey@brunini.com

Daniel L. Bray
    on behalf of Creditor Weatherford U.S. L.P. daniel.bray@huschblackwell.com, ann.stolfa@huschblackwell.com;daniel-bray-5348@ecf.pacerpro.com

David M. Miller
    on behalf of Creditor Bri-Chem Supply Corp. LLC dmiller@spencerfane.com, cweaver@spencerfane.com

David R Taggart
    on behalf of Interested Party JF Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

David R Taggart
    on behalf of Creditor JH Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

David R Taggart
    on behalf of Creditor JF Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com,nmobley@bradleyfirm.com

David W. Drake
    on behalf of Creditor Ford Motor Credit Company LLC co.ecf@bdfgroup.com

David W. Hall
    davidwendallhall@gmail.com

Deanna L. Westfall
    on behalf of Creditor Colorado Department Of Revenue deanna.westfall@coag.gov Robert.padjen@coag.gov;jade.darnell@coag.gov

Deirdre Carey Brown
    on behalf of Creditor Maren Silberstein Revocable Trust dbrown@forsheyprostok.com

Douglas D. Koktavy
    on behalf of Defendant Btech Service & Supply Inc Doug@coloradocreditorlaw.com

Duane Brescia
    on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com djaenike@clarkhill.com;ckclark@clarkhill.com

Duane Brescia
    on behalf of Creditor Seitel Data Ltd. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com

Duane Brescia
    on behalf of Creditor Lucas Petroleum Group Inc. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com

Elizabeth Helen Weller
    on behalf of Creditor McLeod ISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Helen Weller
    on behalf of Creditor Linden-Kildare CISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Helen Weller
    on behalf of Creditor Atlanta ISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 4 of 10 |
| Date Rcvd: Aug 31, 2022 | Form ID: 237 | Total Noticed: 1 |

Epiq Systems
    on behalf of Claims Agent Epiq Corporate Restructuring LLC rjacobs@ecf.epiqsystems.com

Florence Bonaccorso-Saenz
    on behalf of Creditor Louisiana Department of Revenue FBS-ECFNotices@la.gov

Glenn Taylor
    on behalf of Creditor Coastal Exploration Inc. gtaylor@cctb.com

Glenn Taylor
    on behalf of Creditor PAR Minerals Corporation gtaylor@cctb.com

Glenn Taylor
    on behalf of Creditor Eastern Fishing & Rental Tool Company Inc. gtaylor@cctb.com

Grant Matthew Beiner
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors gbeiner@munsch.com hvalentine@munsch.com

Grant Matthew Beiner
    on behalf of Interested Party Thomas Kim gbeiner@munsch.com hvalentine@munsch.com

J. Eric Lockridge
    on behalf of Creditor Sugar Oil Properties L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge
    on behalf of Creditor Anderson Exploration Energy Company L.C. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge
    on behalf of Creditor TCP Cottonwood L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge
    on behalf of Creditor AEEC II LLC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge
    on behalf of Creditor Anderson Exploration Energy Company LC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Jack Lazarus
    on behalf of Defendant White Resources LLC jacklaz45@gmail.com

James B. Bailey
    on behalf of Creditor Stoneham Drilling Corporation jbailey@bradley.com ashaver@bradley.com,jbailey@ecf.courtdrive.com

James B. Bailey
    on behalf of Defendant Stoneham Drilling Corporation jbailey@bradley.com ashaver@bradley.com,jbailey@ecf.courtdrive.com

Jason Buchman
    on behalf of Defendant Stratum Reservoir LLC jason.buchman@stratumreservoir.com

Jeffery Dayne Carruth
    on behalf of Creditor Halliburton Energy Services Inc. jcarruth@wkpz.com

Jeffery Dayne Carruth
    on behalf of Defendant Halliburton Energy Services LLC jcarruth@wkpz.com

Jeffrey R. Barber
    on behalf of Creditor FPCC USA Inc. jbarber@joneswalker.com, jmaxey@joneswalker.com;mgreen@joneswalker.com

Jeffrey Reid Burley
    on behalf of Counter-Claimant Ulterra Drilling Technologies LP jburley@bellnunnally.com, nblum@bellnunnally.com

Jeffrey S. Brinen
    on behalf of Debtor Sklar Exploration Company LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jeffrey S. Brinen
    on behalf of Debtor Sklarco LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jennifer Hardy
    on behalf of Creditor JJS Interests Escambia LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
    on behalf of Creditor JJS Interests West Arcadia LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
    on behalf of Creditor JJS Interests Steele Kings LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
    on behalf of Creditor JJS Working Interests LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
    on behalf of Creditor JJS Interests North Beach LLC jhardy2@willkie.com, mao@willkie.com

District/off: 1082-1                    User: admin                           Page 5 of 10
Date Rcvd: Aug 31, 2022                 Form ID: 237                          Total Noticed: 1

| | |
|---|---|
| Jennifer Norris Soto | on behalf of Creditor Barnette & Benefield  Inc. jennifer.uscourts@gmail.com, curtisshelton@arklatexlaw.com, |
| Jenny M.F. Fujii | on behalf of Defendant Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com |
| Jenny M.F. Fujii | on behalf of Debtor Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com |
| Jenny M.F. Fujii | on behalf of Cross-Claimant Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com |
| Jenny M.F. Fujii | on behalf of Debtor Sklarco  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com |
| Jeremy L Retherford | on behalf of Creditor Pruet Production Co. jretherford@balch.com  kskelton@balch.com,skynerd@pruet.com |
| Jeremy L Retherford | on behalf of Plaintiff Pruet Production Co. jretherford@balch.com  kskelton@balch.com,skynerd@pruet.com |
| Jeremy L Retherford | on behalf of Creditor Pruet Oil Company  LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com |
| Jeremy L Retherford | on behalf of Defendant RAPAD Well Service Co.  Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com |
| Jeremy L Retherford | on behalf of Interested Party Pruet Production Co. jretherford@balch.com  kskelton@balch.com,skynerd@pruet.com |
| Jeremy L Retherford | on behalf of Defendant Rapad Drilling Company  LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com |
| Jeremy L Retherford | on behalf of Creditor RAPAD Well Service Co.  Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com |
| Jim F Spencer, Jr | on behalf of Creditor Landmark Exploration  LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| Jim F Spencer, Jr | on behalf of Creditor Lexington Investments  LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| Jim F Spencer, Jr | on behalf of Creditor Landmark Oil and Gas  LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| Jim F Spencer, Jr | on behalf of Creditor Stone Development  LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| John Cornwell | on behalf of Creditor Committee The Official Committee of Unsecured Creditors jcornwell@munsch.com  hvalentine@munsch.com;john-cornwell-6088@ecf.pacerpro.com |
| John H Bernstein | on behalf of Creditor Pearl Parkway  LLC john.bernstein@kutakrock.com, trina.rioux@kutakrock.com |
| John Thomas Oldham | on behalf of Creditor Kodiak Gas Services  LLC joldham@okinadams.com, bmoore@okinadams.com |
| Jonathan Dickey | on behalf of Creditor Foote Oil & Gas Properties  LLC jmd@kutnerlaw.com, vlm@kutnerlaw.com |
| Jordan B. Bird | on behalf of Creditor Bundero Investment Company  LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Attorney Cook  Yancey, King & Galloway, APLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor J&A Harris  LP jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor Franks Exploration Company  LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor Hall Management  LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor Kingston  LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor AEH Investments  LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |

Case:20-12377-MER Doc#:1856 Filed:09/02/22 Entered:09/02/22 22:14:41 Page6 of 11

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 6 of 10 |
| Date Rcvd: Aug 31, 2022 | Form ID: 237 | Total Noticed: 1 |

Jordan B. Bird
    on behalf of Creditor KMR Investments LLC jordan.bird@cookyancey.com

    on behalf of Creditor Hughes Oil South LLC jordan.bird@cookyancey.com

Joseph D. DeGiorgio
    on behalf of Creditor Ford Motor Credit Company LLC josephde@bdfgroup.com

Joseph Eric Bain
    on behalf of Creditor FPCC USA Inc. jbain@joneswalker.com, joseph-bain-8368@ecf.pacerpro.com

Katherine A Ross
    on behalf of Creditor Bureau of Land Management katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov

Katherine A Ross
    on behalf of Creditor Office of Natural Resources Revenue katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov

Katherine A Ross
    on behalf of Creditor Internal Revenue Service katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov

Katherine Guidry Douthitt
    on behalf of Creditor Dickson Oil & Gas L.L.C. kdouthitt@bwor.com

Katherine Guidry Douthitt
    on behalf of Creditor C. Bickham Dickson III kdouthitt@bwor.com

Keith D. Tooley
    on behalf of Defendant Sklar Exploration Company LLC ktooley@wsmtlaw.com

Keith D. Tooley
    on behalf of Plaintiff Southeast Alabama Gas District ktooley@wsmtlaw.com

Keith D. Tooley
    on behalf of Defendant Baker Hughes Oilfield Operations Inc. ktooley@wsmtlaw.com

Keith D. Tooley
    on behalf of Defendant Kelley Brothers Contractors Inc. ktooley@wsmtlaw.com

Keith D. Tooley
    on behalf of Defendant GE Oil & Gas Pressure Control LP ktooley@wsmtlaw.com

Kelsey Jamie Buechler
    on behalf of Creditor Foote Oil and Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com

Kelsey Jamie Buechler
    on behalf of Creditor Foote Oil & Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com

Kelsey Jamie Buechler
    on behalf of Creditor Bettye LaCour jamie@kjblawoffice.com Sharon@kjblawoffice.com

Keri L. Riley
    on behalf of Defendant Sklarco LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Keri L. Riley
    on behalf of Debtor Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Keri L. Riley
    on behalf of Defendant Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Keri L. Riley
    on behalf of Debtor Sklarco LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Kevin S. Neiman
    on behalf of Counter-Defendant Plains Marketing L.P. kevin@ksnpc.com

Kevin S. Neiman
    on behalf of Creditor Plains Marketing L.P. kevin@ksnpc.com

Kevin S. Neiman
    on behalf of Creditor Plains Gas Solutions LLC kevin@ksnpc.com

Kevin S. Neiman
    on behalf of Plaintiff Plains Marketing L.P. kevin@ksnpc.com

Laurie Spindler
    on behalf of Creditor Atlanta ISD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie Spindler
    on behalf of Creditor Franklin County Dora.Casiano-Perez@lgbs.com

District/off: 1082-1     User: admin     Page 7 of 10
Date Rcvd: Aug 31, 2022     Form ID: 237     Total Noticed: 1

| | |
|---|---|
| | Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie Spindler | on behalf of Creditor McLeod ISD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie Spindler | on behalf of Creditor Beckville ISD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie Spindler | on behalf of Creditor Gregg County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie Spindler | on behalf of Creditor Wood County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie Spindler | on behalf of Creditor Upshur County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie Spindler | on behalf of Creditor Linden-Kildate CISD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie Spindler | on behalf of Creditor Marion County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie Spindler | on behalf of Creditor Camp CAD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie Spindler | on behalf of Creditor Frankston ISD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie Spindler | on behalf of Creditor Rusk County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie Spindler | on behalf of Creditor Smith County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Lee M. Kutner | on behalf of Debtor Sklar Exploration Company LLC vlm@kutnerlaw.com |
| Lee M. Kutner | on behalf of Debtor Sklarco LLC vlm@kutnerlaw.com |
| Lloyd A. Lim | on behalf of Creditor CSI Compressco Operating LLC lloyd.lim@keanmiller.com, rachel.kubanda@keanmiller.com;mack.wilson@keanmiller.com;teresa.miller@keanmiller.com |
| Lloyd A. Lim | on behalf of Defendant CSI Compressco Operating LLC lloyd.lim@keanmiller.com, rachel.kubanda@keanmiller.com;mack.wilson@keanmiller.com;teresa.miller@keanmiller.com |
| Louis Matthew Grossman | on behalf of Creditor CSI Compressco Operating LLC louis.grossman@keanmiller.com, kathy.ballard@keanmiller.com |
| Louis Matthew Grossman | on behalf of Defendant CSI Compressco Operating LLC louis.grossman@keanmiller.com, kathy.ballard@keanmiller.com |
| Madison M. Tucker | on behalf of Creditor FPCC USA Inc. mtucker@joneswalker.com, madison-tucker-7703@ecf.pacerpro.com |
| Mario A Lamar | on behalf of Creditor NexTier Completion Solutions Inc. mlamar@allenbrysonlaw.com |
| Matthew Okin | on behalf of Creditor Kodiak Gas Services LLC mokin@okinadams.com |
| Matthew D. Skeen, Jr. | on behalf of Defendant KCS Automation LLC jrskeen@skeen-skeen.com |
| Matthew J Ochs | on behalf of Creditor RAPAD Well Service Co. Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Matthew J Ochs | on behalf of Creditor Pruet Production Co. mjochs@hollandhart.com tldevlin@hollandhart.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 8 of 10 |
| Date Rcvd: Aug 31, 2022 | Form ID: 237 | Total Noticed: 1 |

Matthew J Ochs
 on behalf of Creditor Pruet Oil Company LLC mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J Ochs
 on behalf of Defendant RAPAD Well Service Co. Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J Ochs
 on behalf of Debtor Sklarco LLC mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J Ochs
 on behalf of Plaintiff Pruet Production Co. mjochs@hollandhart.com tldevlin@hollandhart.com

Megan M. Adeyemo
 on behalf of Defendant Scientific Drilling International Inc. madeyemo@gordonrees.com, asoto@grsm.com

Megan M. Adeyemo
 on behalf of Defendant Planning Thru Completion LLC madeyemo@gordonrees.com, asoto@grsm.com

Michael Niles
 on behalf of Creditor Fletcher Petroleum Company LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Niles
 on behalf of Creditor Fletcher Exploration LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Niles
 on behalf of Creditor Fletcher Petroleum Corp. mniles@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Schuster
 on behalf of Interested Party Louisiana Tower Operating LLC schusterm@ballardspahr.com henningc@ballardspahr.com;LitDocket_West@ballardspahr.com

Michael D Rubenstein
 on behalf of Interested Party BPX Properties (NA) LP mdrubenstein@liskow.com

Michael D Rubenstein
 on behalf of Interested Party BP America Production Company mdrubenstein@liskow.com

Michael J. Guyerson
 on behalf of Creditor Estate of Pamela Page Deceased , Gabriel@kjblawoffice.com

Michael J. Guyerson
 on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com Gabriel@kjblawoffice.com

Mitchell E Ayer
 on behalf of Defendant Gravity Oilfield Services LLC mayer@dorelaw.com, chymel@dorelaw.com;csmith@dorelaw.com

P. Matthew Cox
 on behalf of Creditor Ally Bank pmc@scmlaw.com mw@scmlaw.com

Patrick R. Akers
 on behalf of Defendant Northstar Drillstem Testers Inc. patrick.akers@moyewhite.com, rachael.cotner@moyewhite.com;brenda.sussman@moyewhite.com

Paul Moss
 on behalf of U.S. Trustee US Trustee Paul.Moss@usdoj.gov

Paul James Hammer
 on behalf of Defendant Steel Service Oilfield Tubular Inc. phammer@bn-lawyers.com

Paul James Hammer
 on behalf of Defendant R & R Rentals & Hot Shot Inc. phammer@bn-lawyers.com

R. J. Shannon
 on behalf of Defendant Capstar Drilling Inc. rshannon@shannonpllc.com

Robert Lantz
 on behalf of Creditor Roosth 806 LTD. rlantz@clmatty.com, lmarcell@clmatty.com

Robert Padjen
 on behalf of Creditor Colorado Department of Law Robert.padjen@coag.gov deanna.westfall@coag.gov

Robert L Paddock
 on behalf of Creditor Strago Petroleum Corporation rpaddock@buckkeenan.com myers@buckkeenan.com

Robert L Paddock
 on behalf of Creditor Gateway Exploration LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock
 on behalf of Creditor Meritage Energy Ltd rpaddock@buckkeenan.com myers@buckkeenan.com

Case:20-12377-MER   Doc#:1856   Filed:09/02/22   Entered:09/02/22 22:14:41   Page9 of 11

| District/off: 1082-1 | User: admin | Page 9 of 10 |
|---|---|---|
| Date Rcvd: Aug 31, 2022 | Form ID: 237 | Total Noticed: 1 |

Robert L Paddock
 on behalf of Creditor Harvest Gas Management LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock
 on behalf of Creditor GCREW Properties LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Ryan Lorenz
 on behalf of Creditor Juno Financial LLC RLorenz@ClarkHill.com

Ryan Seidemann
 on behalf of Creditor State of Louisiana Depatment of Natural Resources, Office of Mineral Resources seidemannr@ag.louisiana.gov

Ryco Exploration, LLC.
 rsmith.ryco@att.net

Shay L. Denning
 on behalf of Creditor I & L Miss I LP sdenning@axishealthsystem.org

Shay L. Denning
 on behalf of Creditor CTM 2005 Ltd. sdenning@axishealthsystem.org

Shay L. Denning
 on behalf of Creditor Pickens Financial Group LLC sdenning@axishealthsystem.org

Shay L. Denning
 on behalf of Creditor Tauber Exploration & Production Company sdenning@axishealthsystem.org

Stephen K. Lecholop, II
 on behalf of Creditor McCombs Energy Ltd. slecholop@rpsalaw.com, dtrevino@rpsalaw.com;ddoonkeen@rpsalaw.com

Stephen K. Lecholop, II
 on behalf of Creditor McCombs Exploration LLC slecholop@rpsalaw.com, dtrevino@rpsalaw.com;ddoonkeen@rpsalaw.com

Stephen T Loden
 on behalf of Plaintiff Thomas M. Kim sloden@diamondmccarthy.com

Stephen W. Sather
 on behalf of Defendant R & R Rentals & Hot Shot Inc. ssather@bn-lawyers.com, lbagley@bn-lawyers.com

Stephen W. Sather
 on behalf of Defendant Steel Service Oilfield Tubular Inc. ssather@bn-lawyers.com, lbagley@bn-lawyers.com

Steven T Mulligan
 on behalf of Defendant Baker Hughes Company f/k/a Baker Hughes a GE company smulligan@cp2law.com jcampbell@cp2law.com;smulligan_66544@ecf.courtdrive.com

Steven T Mulligan
 on behalf of Defendant Baker Hughes Oilfield Operations LLC smulligan@cp2law.com jcampbell@cp2law.com;smulligan_66544@ecf.courtdrive.com

Steven T Mulligan
 on behalf of Defendant GE Oil & Gas Pressure Control LP smulligan@cp2law.com jcampbell@cp2law.com;smulligan_66544@ecf.courtdrive.com

Theodore J. Hartl
 on behalf of Interested Party Louisiana Tower Operating LLC hartlt@ballardspahr.com blessingb@ballardspahr.com

Thomas H Shipps
 on behalf of Creditor I & L Miss I LP tshipps@mbssllp.com

Thomas H Shipps
 on behalf of Creditor The Rudman Partnership tshipps@mbssllp.com

Thomas H Shipps
 on behalf of Creditor CTM 2005 Ltd. tshipps@mbssllp.com

Thomas H Shipps
 on behalf of Creditor MR Oil & Gas LLC tshipps@mbssllp.com

Thomas H Shipps
 on behalf of Plaintiff The Rudman Partnership tshipps@mbssllp.com

Thomas H Shipps
 on behalf of Creditor Rudman Partnership tshipps@mbssllp.com

Thomas H Shipps
 on behalf of Creditor MER Energy LTD tshipps@mbssllp.com

Timothy Aaron Million
 on behalf of Defendant Weatherford US LP tim.million@huschblackwell.com

Timothy C. Mohan

Case:20-12377-MER Doc#:1856 Filed:09/02/22 Entered:09/02/22 22:14:41 Page10 of 11

| District/off: 1082-1 | User: admin | Page 10 of 10 |
|---|---|---|
| Date Rcvd: Aug 31, 2022 | Form ID: 237 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor Baker Petrolite LLC tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor GE Oil & Gas Pressure Control US tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor Baker Hughes Oilfield Operations LLC tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Cross Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Defendant Baker Hughes Oilfield Operations Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor Baker Hughes Holdings LLC FKA Baker Hughes, a GE Company LLC tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Cross Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor Lufkin Industries LLC tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy M. Swanson | on behalf of Creditor Alabama Oil & Gas LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;heather.otto@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Kudzu Oil Properties LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;heather.otto@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company LLC and Sklarco, LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;heather.otto@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Alabama Oil Company tim.swanson@moyewhite.com rachael.cotner@moyewhite.com;heather.otto@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Kudzo Oil Properties LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;heather.otto@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Apple River Investments LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;heather.otto@moyewhite.com |
| Timothy Michael Riley | on behalf of Attorney Hopping Green & Sams triley@deanmead.com |
| Troy L Hales, II | on behalf of Counter-Claimant Ulterra Drilling Technologies LP thales@bellnunnally.com, nsummerville@bellnunnally.com |
| Troy L Hales, II | on behalf of Creditor Ulterra Drilling Technologies LP thales@bellnunnally.com, nsummerville@bellnunnally.com |
| Troy L Hales, II | on behalf of Defendant Ulterra Drilling Technologies LP thales@bellnunnally.com, nsummerville@bellnunnally.com |
| Tyler Lee Weidlich | on behalf of Creditor Pro-Tek Field Services LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com |
| Tyler Lee Weidlich | on behalf of Creditor Pioneer Wireline Services LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 235

(COB #237 NtcFilTrans)(09/08)

# UNITED STATES BANKRUPTCY COURT
## District of Colorado

In re: Sklar Exploration Company, LLC and Sklarco, LLC

Debtor(s)

Case No. **20−12377−EEB**

NOTICE OF FILING OF TRANSCRIPT
AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION[1]

A transcript of the proceeding held on 8/23/2022 was filed on 8/31/2022 . The following deadlines apply:

The parties have until 9/7/2022 to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *Request for Redaction* is 9/21/2022 .

If a request for redaction is filed, the *Redacted Transcript* is due 10/3/2022 . If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 11/29/2022 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber:

eScribers, LLC
7227 North 16th Street
Suite 207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

---

[1] The Judiciary's privacy policy provides for limiting Social Security and Financial Account numbers to the last four digits, using only initials for the names of minor children, and limiting dates of birth to the year. If such personal identifier information is elicited within court proceedings, this information will appear on the transcript and will become available to the public unless action is take to redact this information.