UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

### NOTICE OF MOTION TO APPROVE SETTLEMENT AGREEMENT REGARDING OUTSIDE INVESTMENTS

### OBJECTION DEADLINE: SEPTEMBER 27, 2022

**YOU ARE HEREBY NOTIFIED** that the Debtors, Sklar Exploration Company, LLC and Sklarco, LLC have filed a *Motion to Approve Settlement Agreement Regarding Outside Investments* and requests the following relief: entry of an Order approving the Debtors' Settlement Agreement with Howard Sklar, individually and as trustee of the Howard Sklar Trust, Alan Sklar Grantor Trust, and Jacob Sklar Grantor Trust (collectively the "HFS Parties"). Approval of the Settlement Agreement will resolve administrative expense claim asserted by the HFS parties waiving such claims and receiving the post-confirmation income derived from the Disputed Assets, as defined in the confirmed *Second Amended and Restated Joint Plan of Reorganization Dated December 18, 2020*.

A copy of the pleading is available for inspection in the Bankruptcy Court Clerk's Office, 721 -19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney. If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: September 6, 2022         Respectfully submitted,

By: */s/ Keri L. Riley*
    Keri L. Riley, #47605
    **KUTNER BRINEN DICKEY RILEY, P.C.**
    1660 Lincoln Street, Suite 1720
    Denver, CO 80264
    Telephone: (303) 832-2400
    E-Mail: klr@kutnerlaw.com