IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

---------------------------------------------------------------x
: 
In re :
:
SKLAR EXPLORATION COMPANY, LLC, : Case No. 20-12377 (EEB)
EIN: 72-1417930 : Chapter 11
:
Debtor. :
:
:
---------------------------------------------------------------x
:
In re :
:
SKLARCO, LLC : Case No. 20-12380 (EEB)
EIN: 72-1425432 : Chapter 11
:
:
Debtor. :
:
: Ref Docket No. 1857
:
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                 ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 6, 2022, I caused to be served the "Notice of Motion to Approve Settlement Agreement Regarding Outside Investments," dated September 6, 2022, [Docket No. 1857] by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
7th day of September, 2022
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2027

# EXHIBIT A

# SKLAR EXPLORATION COMPANY, LLC

## Service List

| Claimant | Address Information |
|---|---|
| AEEC II LLC | C/O KEAN MILLER LLP ATTN J ERIC LOCKRIDGE, ESQ 400 CONVENTION ST, STE 700 BATON ROUGE, LA 70802 |
| AEH INVESTMENTS LLC | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD, ESQ 333 TEXAS ST, STE 1700 PO BOX 22260 SHREVEPORT, LA 71120-2260 |
| ALABAMA OIL & GAS LLC | C/O MOYE WHITE LLP ATTN TIMOTHY M SWANSON, ESQ 1400 16TH ST, 6TH FL DENVER, CO 80202-1486 |
| ALABAMA OIL COMPANY | C/O LAW OFFICE OF CRAIG M GENO PLLC ATTN CRAIG M GENO, ESQ 587 HIGHLAND COLONY PKWY RIDGELAND, MS 39157 |
| ANDERSON EXPLORATION ENERGY COMPANY LC | C/O KEAN MILLER LLP ATTN J ERIC LOCKRIDGE, ESQ 400 CONVENTION ST, STE 700 BATON ROUGE, LA 70802 |
| ANDERSON INVESTMENT HOLDINGS LP | C/O AEEC II LLC 333 TEXAS ST, STE 2020 SHREVEPORT, LA 71101-3680 |
| APPLE OIL & GAS LLC | C/O MOYE WHITE LLP ATTN TIMOTHY M SWANSON, ESQ 1400 16TH ST, 6TH FL DENVER, CO 80202-1486 |
| APPLE RIVER INVESTMENTS LLC | ATTN ROBERT M BOEVE, PRESIDENT 1503 GARFIELD RD N TRAVERSE CITY, MI 49696-1111 |
| APPLE RIVER INVESTMENTS LLC | C/O LAW OFFICE OF CRAIG M GENO PLLC ATTN CRAIG M GENO, ESQ 587 HIGHLAND COLONY PKWY RIDGELAND, MS 39157 |
| BAKER HUGHES COMPANY | ATTN CHRISTOPHER J RYAN 2001 RANKIN RD HOUSTON, TX 77073 |
| BAKER HUGHES HOLDING LLC | C/O FOLEY & LARDNER LLP ATTN TIMOTHY C MOHAN, ESQ 600 17TH ST, STE 2020S DENVER, CO 80202 |
| BAKER HUGHES OILFIELD OPERATIONS LLC | C/O FOLEY & LARDNER LLP ATTN TIMOTHY C MOHAN, ESQ 600 17TH ST, STE 2020S DENVER, CO 80202 |
| BAKER HUGHES, A GE COMPANY LLC | C/O FOLEY & LARDNER LLP ATTN TIMOTHY C MOHAN, ESQ 600 17TH ST, STE 2020S DENVER, CO 80202 |
| BAKER PETROLITE LLC | C/O FOLEY & LARDNER LLP ATTN TIMOTHY C MOHAN, ESQ 600 17TH ST, STE 2020S DENVER, CO 80202 |
| BARNETTE & BENEFIELD INC | C/O AYRES SHELTON WILLIAMS BENSON & PAINE LLC ATTN CURTIS R SHELTON & JENNIFER NORRIS SOTO, ESQ 333 TEXAS ST, STE 1400 PO BOX 1764 SHREVEPORT, LA 71160 |
| BP AMERICA PRODUCTION COMPANY | C/O LISKOW & LEWIS ATTN MICHAEL D RUBENSTEIN, ESQ 1001 FANNIN ST, STE 1800 HOUSTON, TX 77002 |
| BPX PROPERTIES NA LP | C/O LISKOW & LEWIS ATTN MICHAEL D RUBENSTEIN, ESQ 1001 FANNIN ST, STE 1800 HOUSTON, TX 77002 |
| BRI-CHEM SUPPLY CORP LLC | C/O SPENCER FANE LLP ATTN DAVID M MILLER, ESQ 1700 LINCOLN ST, STE 2000 DENVER, CO 80203 |
| BUNDERO INVESTMENT COMPANY LLC | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD, ESQ 333 TEXAS ST, STE 1700 PO BOX 22260 SHREVEPORT, LA 71120-2260 |
| C BICKHAM DICKSON III | C/O BLANCHARD WALKER O'QUIN & ROBERTS ATTN KATHERINE GUIDRY DOUTHITT, ESQ REGIONS TOWER 333 TEXAS ST, STE 700 SHREVEPORT, LA 71101 |
| CASTLE LANTZ MARICLE, LLC | (COUNSEL FOR ROOSH 806, LTD.) ATTN ROBERT D. LANTZ 4100 E. MISSISSIPPI AVE., STE 410 DENVER, CO 80426 |
| COASTAL EXPLORATION INC | C/O COPELAND COOK TAYLOR & BUSH PA ATTN GLENN GATES TAYLOR, ESQ 1076 HIGHLAND COLONY PKWY RIDGELAND, MS 39157 |
| COASTAL EXPLORATION INC | C/O COPELAND COOK TAYLOR & BUSH PA ATTN GLENN GATES TAYLOR, ESQ 600 CONCOURSE, STE 200 PO BOX 6020 RIDGELAND, MS 39158-6020 |
| COLORADO DEPARTMENT OF REVENUE | C/O COLORADO DEPARTMENT OF LAW ATTN DEANNA LEE WESTFALL, ASST ATTY GEN 1300 BROADWAY, 8TH FL DENVER, CO 80203 |
| COLORADO DEPARTMENT OF REVENUE | C/O COLORADO DEPARTMENT OF LAW ATTN ROBERT PADJEN, ASST ATTY GEN 1300 BROADWAY, 8TH FL DENVER, CO 80203 |
| CTM 2005 LTD | C/O BARNET B SKELTON JR ATTN BARNET B SKELTON JR, ESQ 815 WALKER, STE 1502 HOUSTON, TX 77002 |

| Claimant | Address Information |
|---|---|
| CTM 2005 LTD | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN SHAY L DENNING, ESQ 835 E 2ND AVE, STE 123 DURANGO, CO 81301 |
| CTM 2005 LTD | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN THOMAS H SHIPPS, ESQ 835 E 2ND AVE, STE 123 DURANGO, CO 81301 |
| DICKSON OIL & GAS LLC | C/O BLANCHARD WALKER O'QUIN & ROBERTS ATTN MICHAEL E RIDDICK REGIONS TOWER 333 TEXAS ST, STE 700 SHREVEPORT, LA 71101 |
| EAST WEST BANK TREASURY DEPARTMENT | ATTN LINDA COX 135 N LOS ROBLES AVE, STE 600 PASADENA, CA 91101-0000 |
| EAST-WEST BANK | C/O BRYAN CAVE LEIGHTON PAISNER LLP ATTN BRYCE A SUZUKI, ESQ TWO N CENTRAL AVE, STE 2100 PHOENIX, AZ 85004-4406 |
| EAST-WEST BANK | C/O BRYAN CAVE LEIGHTON PAISNER LLP ATTN CRAIG K SCHUENEMANN, ESQ 1700 LINCOLN ST, STE 4100 DENVER, CO 80203 |
| EASTERN FISHING & RENTAL TOOL COMPANY INC | C/O COPELAND COOK TAYLOR & BUSH PA ATTN CHRISTOPHER H MEREDITH, ESQ 1076 HIGHLAND COLONY PKWY RIDGELAND, MS 39157 |
| EASTERN FISHING & RENTAL TOOL COMPANY INC | C/O COPELAND COOK TAYLOR & BUSH PA ATTN CHRISTOPHER H MEREDITH, ESQ 600 CONCOURSE, STE 200 PO BOX 6020 RIDGELAND, MS 39158-6020 |
| EASTERN FISHING & RENTAL TOOL COMPANY INC | C/O COPELAND COOK TAYLOR & BUSH PA ATTN GLENN GATES TAYLOR, ESQ 1076 HIGHLAND COLONY PKWY RIDGELAND, MS 39157 |
| EASTERN FISHING & RENTAL TOOL COMPANY INC | C/O COPELAND COOK TAYLOR & BUSH PA ATTN GLENN GATES TAYLOR, ESQ 600 CONCOURSE, STE 200 PO BOX 6020 RIDGELAND, MS 39158-6020 |
| ESTATE OF PAMELA PAGE | C/O BUECHLER LAW OFFICE LLC ATTN MICHAEL J GUYERSON, ESQ 999 18TH ST, STE 1230-S DENVER, CO 80202 |
| FANT ENERGY LIMITED | C/O JACKSON WALKER LLP ATTN ELIZABETH C FREEMAN & VICTORIA AERGEROPLOS, ESQ 1401 MCKINNEY ST, STE 1900 HOUSTON, TX 77010 |
| FANT ENERGY LIMITED | C/O WILLKIE FARR & GALLAGHER LLP ATTN JENNIFER J HARDY, ESQ 600 TRAVIS ST HOUSTON, TX 77002 |
| FANT ENERGY LIMITED | PO BOX 55205 HOUSTON, TX 77255-5205 |
| FLETCHER EXPLORATION LLC | C/O BERGER SINGERMAN LLP ATTN BRIAN G RICH, ESQ 313 N MONROE ST, STE 301 TALLAHASSEE, FL 32301 |
| FLETCHER EXPLORATION LLC | C/O BERGER SINGERMAN LLP ATTN MICHAEL J NILES, ESQ 313 N MONROE ST, STE 301 TALLAHASSEE, FL 32301 |
| FLETCHER PETROLEUM COMPANY LLP | C/O BERGER SINGERMAN LLP ATTN BRIAN G RICH, ESQ 313 N MONROE ST, STE 301 TALLAHASSEE, FL 32301 |
| FLETCHER PETROLEUM COMPANY LLP | C/O BERGER SINGERMAN LLP ATTN MICHAEL J NILES, ESQ 313 N MONROE ST, STE 301 TALLAHASSEE, FL 32301 |
| FLETCHER PETROLEUM CORP | C/O BERGER SINGERMAN LLP ATTN BRIAN G RICH, ESQ 313 N MONROE ST, STE 301 TALLAHASSEE, FL 32301 |
| FLETCHER PETROLEUM CORP | C/O BERGER SINGERMAN LLP ATTN MICHAEL J NILES, ESQ 313 N MONROE ST, STE 301 TALLAHASSEE, FL 32301 |
| FPCC USA INC | 1235 N LOOP W, STE 930 HOUSTON, TX 77008-4710 |
| FPCC USA INC | C/O JONES WALKER LLP ATTN AMY L VAZQUEZ & JOSEPH E BAIN, ESQS 811 MAIN ST, STE 2900 HOUSTON, TX 77002 |
| FPCC USA INC | C/O JONES WALKER LLP ATTN MADISON M TUCKER, ESQ 201 ST CHARLES AVE, STE 5100 NEW ORLEANS, LA 70170 |
| FRANKS EXPLORATION COMPANY LLC | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD, ESQ 333 TEXAS ST, STE 1700 PO BOX 22260 SHREVEPORT, LA 71120-2260 |
| GATEWAY EXPLORATION LLC | C/O BUCK KEENAN LLP ATTN ROBERT L PADDOCK, ESQ 2229 SAN FELIPE, STE 1000 HOUSTON, TX 77019 |
| GCREW PROPERTIES LLC | C/O BUCK KEENAN LLP ATTN ROBERT L PADDOCK, ESQ 2229 SAN FELIPE, STE 1000 HOUSTON, TX 77019 |

# SKLAR EXPLORATION COMPANY, LLC

## Service List

| Claimant | Address Information |
| --- | --- |
| GE OIL & GAS PRESSURE CONTROL US | C/O FOLEY & LARDNER LLP ATTN TIMOTHY C MOHAN, ESQ 600 17TH ST, STE 2020S DENVER, CO 80202 |
| H&H CONSTRUCTION LLC | ATTN LADON E HALL, SOLE MANAGER PO BOX 850 FLOMATON, AL 36441-0850 |
| HALL MANAGEMENT LLC | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD, ESQ 333 TEXAS ST, STE 1700 PO BOX 22260 SHREVEPORT, LA 71120-2260 |
| HARRISON, BELINDA | 58 COUNTY RD 5033 HEIDELBERG, MS 39439 |
| HARVEST GAS MANAGEMENT LLC | C/O BUCK KEENAN LLP ATTN ROBERT L PADDOCK, ESQ 2229 SAN FELIPE, STE 1000 HOUSTON, TX 77019 |
| HOPPING GREEN & SAMS PA | ATTN TIMOTHY M RILEY PO BOX 6526 TALLAHASSEE, FL 32314 |
| HUGHES OIL SOUTH LLC | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD, ESQ 333 TEXAS ST, STE 1700 PO BOX 22260 SHREVEPORT, LA 71120-2260 |
| I & L MISS I LP | C/O BARNET B SKELTON JR ATTN BARNET B SKELTON JR, ESQ 815 WALKER, STE 1502 HOUSTON, TX 77002 |
| I & L MISS I LP | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN SHAY L DENNING, ESQ 835 E 2ND AVE, STE 123 DURANGO, CO 81301 |
| I & L MISS I LP | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN THOMAS H SHIPPS, ESQ 835 E 2ND AVE, STE 123 DURANGO, CO 81301 |
| J & A HARRIS LP | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD, ESQ 333 TEXAS ST, STE 1700 PO BOX 22260 SHREVEPORT, LA 71120-2260 |
| JD FIELDS & COMPANY INC | PO BOX 134401 HOUSTON, TX 77219-4401 |
| JF HOWELL INTERESTS LP | C/O BRADLEY MURCHISON KELLY & SHEA LLC ATTN DAVID R TAGGART, ESQ 401 EDWARDS ST, STE 1000 SHREVEPORT, LA 71101 |
| JJS INTERESTS ESCAMBIA LLC | C/O WILLKIE FARR & GALLAGHER LLP ATTN JENNIFER J HARDY, ESQ 600 TRAVIS ST HOUSTON, TX 77002 |
| JJS INTERESTS STEELE KINGS LLC | C/O WILLKIE FARR & GALLAGHER LLP ATTN JENNIFER J HARDY, ESQ 600 TRAVIS ST HOUSTON, TX 77002 |
| JJS WORKING INTEREST LLC | 2001 KIRBY DR, STE 1110 HOUSTON, TX 77019-6081 |
| JJS WORKING INTERESTS LLC | C/O WILLKIE FARR & GALLAGHER LLP ATTN JENNIFER J HARDY, ESQ 600 TRAVIS ST HOUSTON, TX 77002 |
| JUNO FINANCIAL LLC | C/O CLARK HILL PLC ATTN RYAN J LORENZ, ESQ 14850 N SCOTTSDALE RD, STE 500 SCOTTSDALE, AZ 85254 |
| KELLEY BROTHERS CONTRACTORS INC | ATTN JERRY KELLWY 401 COUNTY FARM RD WAYNESBORO, MS 39367 |
| KELLEY BROTHERS CONTRACTORS INC | PO DRAWER 1079 WAYNESBORO, MS 39367-1079 |
| KINGSTON LLC | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD, ESQ 333 TEXAS ST, STE 1700 PO BOX 22260 SHREVEPORT, LA 71120-2260 |
| KMR INVESTMENTS LLC | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD, ESQ 333 TEXAS ST, STE 1700 PO BOX 22260 SHREVEPORT, LA 71120-2260 |
| KODIAK GAS SERVICES LLC | C/O OKIN ADAMS LLP ATTN MATTHEW S OKIN & JOHN THOMAS OLDHAM, ESQ 1113 VINE ST, STE 240 HOUSTON, TX 77002 |
| KUDZU OIL & GAS LLC | C/O MOYE WHITE LLP ATTN TIMOTHY M SWANSON, ESQ 1400 16TH ST, 6TH FL DENVER, CO 80202-1486 |
| KUDZU OIL PROPERTIES LLC | 300 CONCOURSE BLVD, STE 101 RIDGELAND, MS 39157-2091 |
| KUDZU OIL PROPERTIES LLC | C/O LAW OFFICE OF CRAIG M GENO PLLC ATTN CRAIG M GENO, ESQ 587 HIGHLAND COLONY PKWY RIDGELAND, MS 39157 |
| LANDMARK EXPLORATION LLC | C/O WATKINS & EAGER PLLC ATTN PAUL H STEPEHSON III & JIM F SPENCER JR, ESQ PO BOX 650 JACKSON, MS 39205 |
| LANDMARK OIL AND GAS LLC | C/O WATKINS & EAGER PLLC ATTN PAUL H STEPEHSON III & JIM F SPENCER JR, ESQ PO BOX 650 JACKSON, MS 39205 |

# SKLAR EXPLORATION COMPANY, LLC
## Service List

| Claimant | Address Information |
|---|---|
| LAWRENCE, BARBARA PAGE | C/O BUECHLER LAW OFFICE LLC ATTN MICHAEL J GUYERSON, ESQ 999 18TH ST, STE 1230-S DENVER, CO 80202 |
| LEXINGTON INVESTMENTS LLC | C/O WATKINS & EAGER PLLC ATTN PAUL H STEPEHSON III & JIM F SPENCER JR, ESQ PO BOX 650 JACKSON, MS 39205 |
| LOUISIANA TOWER OPERATING LLC | C/O BALLARD SHAHR LLP ATTN THEODORE J HARTL & MICHAEL L SCHUSTER, ESQS 1225 17TH ST, STE 2300 DENVER, CO 80202-5596 |
| LUCAS PETROLEUM GROUP INC | 2303 RIO GRANDE ST AUSTIN, TX 78705-5131 |
| LUCAS PETROLEUM GROUP INC | C/O CLARK HILL STRASBURGER ATTN DUANE J BRESCIA 720 BRAZOS, STE 700 AUSTIN, TX 78701 |
| LUFKIN INDUSTRIES LLC | C/O FOLEY & LARDNER LLP ATTN TIMOTHY C MOHAN, ESQ 600 17TH ST, STE 2020S DENVER, CO 80202 |
| MCCOMBS ENERGY LTD | C/O ROSENTHAL PAUERSTEIN SANDOLOSKI AGATHER LLP ATTN STEPHEN K LECHOLOP II, ESQ 755 E MULBERRY, STE 200 SAN ANTONIO, TX 78212 |
| MCCOMBS EXPLORATION LLC | C/O ROSENTHAL PAUERSTEIN SANDOLOSKI AGATHER LLP ATTN STEPHEN K LECHOLOP II, ESQ 755 E MULBERRY, STE 200 SAN ANTONIO, TX 78212 |
| MERITAGE ENERGY LTD | C/O BKD LLP 2700 POST OAK BLVD, STE 1500 HOUSTON, TX 77056-5829 |
| MERITAGE ENERGY LTD | C/O BUCK KEENAN LLP ATTN ROBERT L PADDOCK, ESQ 2229 SAN FELIPE, STE 1000 HOUSTON, TX 77019 |
| MESA FLUIDS LLC | ATTN AARON W MERRELL 1669 S 580 E AMERICAN FORK, UT 84057 |
| MESA FLUIDS LLC | C/O JUNO FINANCIAL PO BOX 173928 DENVER, CO 80217-3928 |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE DISTRICT OF COLORADO ATTN PAUL MOSS, ESQ BYRON G ROGERS FEDERAL BLDG 1961 STOUT ST, STE 12-200 DENVER, CO 80294 |
| PAR MINERALS CORPORATION | C/O COPELAND COOK TAYLOR & BUSH PA ATTN CHRISTOPHER H MEREDITH, ESQ 1076 HIGHLAND COLONY PKWY RIDGELAND, MS 39157 |
| PAR MINERALS CORPORATION | C/O COPELAND COOK TAYLOR & BUSH PA ATTN CHRISTOPHER H MEREDITH, ESQ 600 CONCOURSE, STE 200 PO BOX 6020 RIDGELAND, MS 39158-6020 |
| PAR MINERALS CORPORATION | C/O COPELAND COOK TAYLOR & BUSH PA ATTN GLENN GATES TAYLOR, ESQ 1076 HIGHLAND COLONY PKWY RIDGELAND, MS 39157 |
| PAR MINERALS CORPORATION | C/O COPELAND COOK TAYLOR & BUSH PA ATTN GLENN GATES TAYLOR, ESQ 600 CONCOURSE, STE 200 PO BOX 6020 RIDGELAND, MS 39158-6020 |
| PICKENS FINANCIAL GROUP LLC | C/O BARNET B SKELTON JR ATTN BARNET B SKELTON JR, ESQ 815 WALKER, STE 1502 HOUSTON, TX 77002 |
| PICKENS FINANCIAL GROUP LLC | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN SHAY L DENNING, ESQ 835 E 2ND AVE, STE 123 DURANGO, CO 81301 |
| PICKENS FINANCIAL GROUP LLC | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN THOMAS H SHIPPS, ESQ 835 E 2ND AVE, STE 123 DURANGO, CO 81301 |
| PINE ISLAND CHEMICAL SOLUTIONS LLC | C/O GORDON ARATA MONTGOMERY BARNETT MCCOLLAM DUPLANTIS & EAGAN LLC ATTN ARMISTEAD M LONG, ESQ 400 E KALISTE SALOOM RD, STE 4200 LAFAYETTE, LA 70508 |
| PLAINS GAS SOLUTIONS LLC | C/O LAW OFFICES OF KEVIN S NEIMAN PC ATTN KEVIN S NEIMAN, ESQ 999 18TH ST, STE 1230 S DENVER, CO 80202 |
| PLAINS MARKETING LP | C/O LAW OFFICES OF KEVIN S NEIMAN PC ATTN KEVIN S NEIMAN, ESQ 999 18TH ST, STE 1230 S DENVER, CO 80202 |
| PREMIUM OILFIELD SERVICES LLC | C/O BRADLEY ARANT BOULT CUMMINGS LLP ATTN ANDREW J SHAVER, ESQ 1 FEDERAL PL 1819 5TH AVE N BIRMINGHAM, AL 35203 |
| PRO-TEK FIELD SERVICES LLC | PO BOX 919269 DALLAS, TX 75391-9269 |
| PRUET OIL COMPANY | C/O BALCH & BINGHAM LLP ATTN JEREMY L RETHERFORD, ESQ PO BOX 306 BIRMINGHAM, AL 35201-0306 |
| PRUET OIL COMPANY | C/O HOLLAND & HART LLP ATTN MATTHEW J OCHS, ESQ 555 17TH ST, STE 3200 DENVER, |

# SKLAR EXPLORATION COMPANY, LLC

## Service List

| Claimant | Address Information |
|---|---|
| | CO 80201-8749 |
| PRUET OIL COMPANY LLC | 217 W CAPITOL ST, STE 201 JACKSON, MS 39201-2004 |
| PRUET PRODUCTION CO | C/O BALCH & BINGHAM LLP ATTN JEREMY L RETHERFORD, ESQ PO BOX 306 BIRMINGHAM, AL 35201-0306 |
| PRUET PRODUCTION CO | C/O HOLLAND & HART LLP ATTN MATTHEW J OCHS, ESQ 555 17TH ST, STE 3200 DENVER, CO 80201-8749 |
| RAPAD WELL SERVICE CO INC | 217 WCAPITOL ST JACKSON, MS 39201-2004 |
| RAPAD WELL SERVICE CO INC | C/O BALCH & BINGHAM LLP ATTN JEREMY L RETHERFORD, ESQ PO BOX 306 BIRMINGHAM, AL 35201-0306 |
| RAPAD WELL SERVICE COMPANY INC | C/O BALCH & BINGHAM LLP ATTN JEREMY L RETHERFORD 1901 6TH AVE N, STE 1500 BIRMINGHAM, AL 35203-4642 |
| RAPAID WELL SERVICE CO INC | C/O HOLLAND & HART LLP ATTN MATTHEW J OCHS, ESQ 555 17TH ST, STE 3200 DENVER, CO 80201-8749 |
| RYCO EXPLORATION LLC | ATTN M ROBIN SMITH 40 GOLF CLUB DR HAUGHTON, LA 71037 |
| RYCO EXPLORATION LLC | ATTN M ROBIN SMITH 401 EDWARDS ST, STE 915 SHREVEPORT, LA 71101 |
| SEITEL DATA LTD | C/O CLARK HILL STRASBURGER ATTN ANDREW G EDSON, ESQ 901 MAIN ST, STE 6000 DALLAS, TX 75202 |
| SEITEL DATA LTD | C/O CLARK HILL STRASBURGER ATTN DUANE J BRESCIA, ESQ 720 BRAZOS, STE 700 AUSTIN, TX 78701 |
| SMITH, JOHN H | PO BOX 90 QUITMAN, MS 39355 |
| SOUTHEAST ALABAMA GAS DISTRICT, THE | C/O WELBORN SULLIVAN MECK & TOOLEY PC ATTN CASEY C BREESE, ESQ 1125 17TH ST, STE 2200S DENVER, CO 80202 |
| STATE OF LOUISIANA, DEPT OF NATURAL RESOURCES | C/O CIVIL DIVISION/LANDS & NATURAL RESOURCES ATTN RYAN M SEIDEMANN, ESQ PO BOX 94005 BATON ROUGE, LA 70804-9005 |
| STONE DEVELOPMENT LLC | C/O WATKINS & EAGER PLLC ATTN PAUL H STEPEHSON III & JIM F SPENCER JR, ESQ PO BOX 650 JACKSON, MS 39205 |
| STONEHAM DRILLING CORPORATION | 999 18TH ST, STE 3000 DENVER, CO 80202 |
| STONEHAM DRILLING CORPORATION | C/O BRADLEY ARANT BOULT CUMMINGS LLP ATTN JAMES B BAILEY 1819 5TH AVE N BIRMINGHAM, AL 35203 |
| STRAGO PETROLEUM CORPORATION | C/O BUCK KEENAN LLP ATTN ROBERT L PADDOCK, ESQ 2229 SAN FELIPE, STE 1000 HOUSTON, TX 77019 |
| STRAGO PETROLEUM CORPORATION | PO BOX 1242 FRIENDSWOOD, TX 77549-1242 |
| SUGAR OIL PROPERTIES LP | C/O KEAN MILLER LLP ATTN J ERIC LOCKRIDGE, ESQ 400 CONVENTION ST, STE 700 BATON ROUGE, LA 70802 |
| TAUBER EXPLORATION & PRODUCTION COMPANY | C/O BARNET B SKELTON JR ATTN BARNET B SKELTON JR, ESQ 815 WALKER, STE 1502 HOUSTON, TX 77002 |
| TAUBER EXPLORATION & PRODUCTION COMPANY | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN SHAY L DENNING, ESQ 835 E 2ND AVE, STE 123 DURANGO, CO 81301 |
| TAUBER EXPLORATION & PRODUCTION COMPANY | C/O MAYNES BRADFORD SHIPPS & SHEFTEL LLP ATTN THOMAS H SHIPPS, ESQ 835 E 2ND AVE, STE 123 DURANGO, CO 81301 |
| TCP COTTONWOOD LP | 333 TEXAS ST, STE 2020 SHREVEPORT, LA 71101-3680 |
| TCP COTTONWOOD LP | C/O ERIC LOCKRIDGE ATTN J ERIC LOCKRIDGE, ESQ 400 CONVENTION ST, STE 700 BATON ROUGE, LA 70802 |
| TCP COTTONWOOD LP | C/O KEAN MILLER LLP ATTN J ERIC LOCKRIDGE, ESQ 400 CONVENTION ST, STE 700 BATON ROUGE, LA 70802 |
| TOMMY YOUNGBLOOD | C/O COOK YANCEY KING & GALLOWAY ATTN JORDAN B BIRD, ESQ 333 TEXAS ST, STE 1700 PO BOX 22260 SHREVEPORT, LA 71120-2260 |

# SKLAR EXPLORATION COMPANY, LLC

## Service List

| Claimant | Address Information |
|---|---|
| UNION OILFIELD SUPPLY INC | 12 JOHN DYKES RD WAYNESBORO, MS 39367-8371 |
| UNITED STATES TRUSTEE FOR REGION 19 | C/O PAUL MOSS, ESQ BRYON G ROGERS FEDERAL BLDG 1961 STOUT ST, STE 12-200 DENVER, CO 80294 |
| UNSECURED CREDITORS OF SKLAR EXPLORATION CO LLC | C/O MUNSCH HARDT KOPF & HARR PC ATTN CHRISTOPHER D JOHNSON, ESQ 700 MILAM ST, STE 2700 HOUSTON, TX 77002 |
| UNSECURED CREDITORS OF SKLAR EXPLORATION CO LLC | C/O MUNSCH HARDT KOPF & HARR PC ATTN GRANT M BEINER, ESQ 700 MILAM ST, STE 2700 HOUSTON, TX 77002 |
| UNSECURED CREDITORS OF SKLAR EXPLORATION CO LLC | C/O MUNSCH HARDT KOPF & HARR PC ATTN JOHN D CORNWELL, ESQ 700 MILAM ST, STE 2700 HOUSTON, TX 77002 |
| USA AND THE DEPT OF INTERIOR | C/O US ATTY OFFICE FOR THE DISTRICT OF COLORADO ATTN KATHERINE A ROSS, ASST ATTY 1801 CALIFORNIA ST, STE 1600 DENVER, CO 80202 |

**Total Creditor count: 140**