UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minute Order*

Date: September 7, 2022 **Honorable Elizabeth E. Brown, Presiding**
Ryan L. Blansett, Law Clerk

| In re: | Sklar Exploration Company, LLC | **Case. No. 20-12377 EEB** |
| | Debtor. | Chapter 11 |
| | Sklarco, LLC, | **Case No. 20-12380 EEB** |
| | Debtor. | Chapter 11 |
| | | **Jointly Administered under 20-12377 EEB** |

Appearances

| Creditor | Maren Silberstein Revocable Trust | Counsel | Deirdre C. Brown* |
| Debtor | Sklar Exploration Company, LLC | Counsel | Keri L. Riley* |
| Debtor | Sklarco, LLC | Counsel | Keri L. Riley* |
| Creditor | Howard F. Sklar | Counsel | Adam L. Hirsch* |
| Creditor | East West Bank | Counsel | Bryce Suzuki* |

*Appearance via Videoconference Technology

Proceedings: Non-Evidentiary Hearing on Maren Silberstein Revocable Trust's Application for Allowance of Administrative Claim and Cure Claim filed on October 22, 2021; Sklar Exploration Company, LLC, and Sklarco, LLC's Objection thereto; the Limited Response thereto of Howard F. Sklar, Individually and as Trustee and Executor to Maren Silberstein Revocable Trust; and the Maren Silberstein Revocable Trust's Reply.

☐ Witnesses Sworn    ☐ See Attached List    ☐ Exhibits Entered    ☒ Evidentiary Hearing[1]
☒ The Court posed questions, and the parties, through counsel, discussed.

Orders:

☒ On or before **September 21, 2022**, The Maren Silberstein Revocable Trust and the Debtors shall jointly file a proposed scheduling order setting forth pretrial deadlines to govern the contested matter of the Maren Silberstein Revocable Trust's Application for Allowance of Administrative Claim and Cure Claim filed on October 22, 2021, and the Debtors' Objection thereto.

Date: September 7, 2022

BY THE COURT:

*Elizabeth E. Brown*

_____
Elizabeth E. Brown, U.S. Bankruptcy Judge

---

[1] This hearing is considered evidentiary for statistical purposes.