## 2UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br>EIN:  72-1417930<br><br>    Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11<br><br>(Jointly Administered) |
| SKLARCO LLC,<br>EIN:  72-1425432<br><br>    Debtor. | Case No. 20-12380-EEB |

## ENTRY OF APPEARANCE, REQUEST FOR
## NOTICES AND RESERVATION OF RIGHTS

Pursuant to Fed. R. Bankr. Pro. 9010, the undersigned hereby enters his appearance on behalf of Sklarco, LLC ("Sklarco"), as counsel to Sklarco, and requests that copies of all notices, pleadings, motions, applications, responses, objections, financial reports, and other documents filed or served in this case be sent to or served on:

Michael J. Pankow, #21212
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202-4432
Tel:  (303) 223-1100
Fax: (303) 223-1111
E-mail: mpankow@bhfs.com

24664945

DATED: September 14, 2022.

                Respectfully submitted,

                **BROWNSTEIN HYATT FARBER SCHRECK, LLP**

                */s/ Michael J. Pankow*
                Michael J. Pankow, #21212
                410 17th Street, Suite 2200
                Denver, CO 80202-4432
                Tel: (303) 223-1100
                Fax: (303) 223-1111
                mpankow@bhfs.com

                *Attorney for Sklarco, LLC*

24664945

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2022, a true and correct copy of the foregoing **ENTRY OF APPEARANCE, REQUEST FOR NOTICES AND RESERVATION OF RIGHTS** was transmitted by electronic means on the parties noted in the Court's ECF transmission facilities.

                                          *s/Genie L. Passow*
                                 Genie L. Passow, Legal Practice Assistant

24664945