UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN:  72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

**<u>Local Bankruptcy Form 9013-1.3</u>**
**The Rudman Partnership's Certificate of Non-Contested Matter and Request for Entry of Order**

**Part 1  Certificate**

On August 30, 2022, The Rudman Partnership (the "Movant"), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled, Motion to Approve Stipulation between The Rudman Partnership, Debtors, East West Bank and Thomas K. Kim, Trustee of the Sklar Creditors' Trust (the "Motion") at docket no. 1849.  Movant hereby certifies that the following is true and correct:

1. Service of the Motion, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Motion on August 30, 2022.
    a. Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 (or in the manner permitted by Court order, a copy of which is attached), as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice on August 30, 2022.
2. The docket numbers for each of the following relevant documents are:
    a. the Motion and all documents attached thereto and served therewith, docket no., 1849;
    b. the Notice, docket no.1850;
    c. the Certificate of Service of the Motion and the Notice, docket no. 1851;
    d. the Proposed Order, docket no. 1849-2; and
3. No objections to or requests for hearing on the Motion were received by the undersigned, or filed with the Court by the date designated in the Notice.

Accordingly, Movant requests that the Court enter an order granting the requested relief.

**Part 2** **Signature of Movant's Attorney or Movant (if unrepresented)**

Dated: September 23, 2022

**Maynes, Bradford, Shipps & Sheftel, LLP**
*/s/ Thomas H. Shipps*
Thomas H. Shipps
Maynes, Bradford, Shipps & Sheftel, LLP
835 E. Second Ave., Suite 123
Durango, CO 81301
Telephone: (970) 247-1755
Facsimile: (970) 247-8827
Email: tshipps@mbssllp.com

*and*

*/s/ Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.
815 Walker, Suite 1502
Houston, TX 77002
Telephone:: (713) 516-7450
Facsimile: (713)659-8764
Email: barnetbjr@msn.com

ATTORNEYS FOR THE RUDMAN PARTNERSHIP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on September 23, 2022, the foregoing instrument was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

/s// *Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.