# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br>EIN NO: 72-1417930<br><br>Debtor. | Bankruptcy Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>SKLARCO, LLC,<br>EIN NO: 72-1425432<br><br>Debtor. | Bankruptcy Case No. 20-12380 EEB<br>Chapter 11<br><br><br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |

## ORDER APPROVING, IN PART, PROPOSED SCHEDULE OF DEADLINES

THIS MATTER comes before the Court on the Stipulated Scheduling Order filed by Maren Silberstein Revocable Trust and Maren Silberstein Irrevocable Trust, Sklar Exploration Company LLC, Sklarco LLC, and Howard F Sklar and related Trusts, on September 21, 2022. The Court, having reviewed the file and being advised in the premises,

HEREBY ORDERS that the provisions of Fed.R.Civ.P. 26, as amended effective December 1, 2015, shall apply to this proceeding, subject to the provisions of this order concerning timing. The Court

FURTHER ORDERS that the deadlines in the Stipulated Scheduling Order are APPROVED, in part. Parties shall adhere to the following deadlines:

1. <u>Expert Witnesses</u>. Disclosures and written reports required by Fed.R.Civ.P. 26(a)(2) must be made and exchanged **on or before November 1, 2022**. If evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Fed.R.Civ.P. 26(a)(2)(B), disclosure must be made **on or before December 1, 2022**.

2. <u>Discovery.</u>  All fact discovery shall be <u>COMPLETED</u> **on or before November 1, 2022**. "Completed" means that all depositions are concluded and that responses to written discovery are due on or before the discovery completion date. Responses to

written discovery shall be due no later than **thirty (30) days** after service of the discovery request.  The special provisions regarding limited and simplified discovery as specified in Local Bankruptcy Rule 7026-2 **shall apply** in this adversary proceeding. Parties shall adhere to this Court's "No Written Discovery Motions" procedures, available at http://www.cob.uscourts.gov/content/judge-elizabeth-e-brown-eeb.

3. <u>Dispositive Motions.</u>  Dispositive motions, if any, shall be filed **on or before November 14, 2022**. Any response to a dispositive motion shall be filed with the court and served on interested parties within **fourteen (14) days** after mailing of the dispositive motion. Reply briefs are due within seven (7) days of the filing of any response.  The foregoing will control the procedure for filing responsive briefs.  No further order will issue governing the briefing schedule on any dispositive motion filed.

   IT IS FURTHER ORDERED that a pretrial conference and trial date will be set, if necessary, after expiration of all pretrial deadlines and after the Court has ruled upon any dispositive motions or upon request of the parties.

   IT IS FURTHER ORDERED that, unless a party requests amendments to this Order on or before **fourteen (14) days** from the date of this Order, no modifications will be entertained by the Court.  Failure to comply with this Order may result in imposition of appropriate sanctions pursuant to Fed.R.Bankr.P. 7016 and 7037 (Fed.R.Civ.P. 16 and 37).

   DATED: this 23rd day of September, 2022.

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, Bankruptcy Judge