UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930<br><br>   Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| SKLARCO, LLC<br>EIN: 72-1425432<br>   Debtor. | Case No. 20-12380-EEB<br><br>Chapter 11 |
| THOMAS M. KIM, AS CREDITOR TRUSTEE OF THE POST-CONFIRMATION CREDITOR TRUST,<br><br>   Plaintiff,<br>v.<br><br>HOWARD F. SKLAR, INDIVIDUALLY, ET AL.<br><br>   DEFENDANTS. | Adversary No. 22-01106 |
| HOWARD F. SKLAR, FOR HIMSELF AND AS TRUSTEE,<br><br>   Plaintiff,<br>v.<br><br>SKLAR EXPLORATION COMPANY, LLC<br><br>   DEFENDANTS. | Adversary No. 22-01022 |

**REPLY TO CREDITOR TRUSTEE'S RESPONSE TO HOWARD F. SKLAR'S MOTION TO RECONSIDER AND RESERVATION OF RIGHTS**

The Reorganized Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together the "Reorganized Debtors"), by and through their undersigned attorneys, state their Reply to the *Creditor Trustee's Response to Howard F. Sklar's Motion to Reconsider* and states its Reservation of Rights as follows:

1. The Reorganized Debtors filed their respective voluntary petitions for relief pursuant to Chapter 11 of the Bankruptcy Code on April 1, 2020. The Reorganized Debtors' *Second Amended and Restated Joint Plan of Reorganization* ("Plan") (Docket No. 1251) was confirmed on August 24, 2021 and became effective on September 7, 2021.

2. The Plan provides, in Section 7.2, that the parties shall cooperate to attempt to resolve their disputes with respect to certain assets identified as "Disputed Assets" under the Plan, and further preserves the right to commence an adversary proceeding and take such further action as is necessary to determine any party's rights with respect to the Disputed Assets.[1]

3. Consistent with the terms of the Plan, the Reorganized Debtors negotiated a settlement with Howard Sklar, individually and as the Trustee for the Howard Sklar Trust, the Alan Grantor Trust, and the Jacob Grantor Trust (together with the Howard Sklar Trust and Alan Grantor Trust, the "Sklar Trusts") that resolves issues related to the administrative expense claim asserted by Howard Sklar, and further resolves issues related to the disposition of funds from the Disputed Assets in accordance with the Plan. To effectuate the settlement, on September 2, 2022, the Reorganized Debtors filed a *Motion to Approve Settlement Agreement Regarding Outside Investments* (Docket No. 1855

4. ) ("Settlement Motion"), which is currently pending before the court.

5. Prior to the Reorganized Debtors filing their Settlement Motion, at a status conference on August 23, 2022 the Court ordered the consolidation of Howard Sklar's *Motion for Allowance and Payment of Administrative Expense Pursuant to 11 U.S.C. §§ 503(a), (b)(1)(A), and (b)(3)(D)* ("Sklar Admin Motion") and the declaratory judgment action initiated by Howard Sklar, Adversary No. 22-01022 ("Sklar AP"), with the Adversary Proceeding initiated by the Creditor Trust, Adversary No. 22-01106 ("Insider Litigation"). Howard Sklar filed his Motion to Reconsider on September 2, 2022.

6. In its Response, the Creditor Trust asserts that "Mr. Sklar is standing alone in his opposition to consolidation[.]" This is an incorrect statement of the Reorganized Debtors' position.

7. The Reorganized Debtors support their Settlement Motion and the proposed settlement of the administrative expense claim and the Disputed Assets with Howard Sklar. Approval of the proposed settlement and granting the Settlement Motion would obviate the need

---

[1] "Disputed Assets" as used herein shall have the same meaning ascribed to it as Section 7.2 of the Plan.

for consolidation, as the Sklar Admin Motion and the Sklar AP would be fully resolved without the need for further litigation.

8. Absent approval of the Settlement Motion, the Reorganized Debtors oppose the consolidation of the Sklar AP and the Sklar Admin Motion with the Insider Litigation. The Sklar Admin Motion and Sklar AP involve factually distinct issues from the Insider Litigation and factually distinct parties, as the Reorganized Debtors are not parties to the Insider Litigation but are essential parties to the Sklar AP and Sklar Admin Motion.

9. Pursuant to Fed. R. Civ. P. 42(a), actions that involve a "common question of law or fact" may be consolidated in order to "avoid unnecessary cost or delay." Given the factually distinct nature of the Sklar Admin Motion and the Sklar AP from the Insider Litigation, consolidation is not warranted. Furthermore, consolidation of the matters will cause significant delay, as the Insider Litigation is not yet at issue and will undoubtedly involve lengthy and extensive discovery that will significantly delay a determination on the Sklar Admin Motion and the Sklar AP, and will further add significant addition expense for the Reorganized Debtors, as they will become a party to litigation to which they were not otherwise a party.

10. Accordingly, the Reorganized Debtors support the Settlement Motion, and reserve their rights to further oppose consolidation of the Sklar Admin Motion and Sklar AP with the Insider Litigation in the event the Settlement Motion is not granted.

**[remainder of page intentionally left blank]**

WHEREFORE, the Reorganized Debtors pray the Court make and enter an Order granting the *Motion to Approve Settlement Agreement Regarding Outside Investments*, denying the consolidation of the Sklar Admin Motion and the Sklar AP with the Insider Litigation, and for such further and additional relief as to the Court may appear just and proper.

DATED: September 23, 2022     Respectfully submitted,

By: /s/ Keri L. Riley
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln St., Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
E-Mail: klr@kutnerlaw.com
*Attorneys for Sklar Exploration Company, LLC*

-and-

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

/s/ Michael J. Pankow
Michael J. Pankow, #21212
Amalia Y. Sax-Bolder, #54959
410 17th Street, Suite 2200
Denver, CO 80202-4432
Tel: (303) 223-1100
Fax: (303) 223-1111
mpankow@bhfs.com
asax-bolder@bhfs.com
*Attorneys for Sklarco, LLC*

## CERTIFICATE OF SERVICE

I certify that on September 23, 2022, I served a complete copy of the foregoing **REPLY TO CREDITOR TRUSTEE'S RESPONSE TO HOWARD F. SKLAR'S MOTION TO RECONSIDER AND RESERVATION OF RIGHTS** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Stoneham Drilling Corporation
(Representative: Heather Stickel)
c/o James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Mesa Fluids, LLC
(Representative: Aaron W. Merrell)
1669 South 580 East
American Fork, UT 84057

TCP Cottonwood, L.P.
(Representative: Kyle C. McInnis)
c/o Eric Lockridge
400 Convention Street
Suite 700
Baton Rouge, LA 70801

Rapad Well Service Company, Inc.
(Representative: Chesley James)
c/o Jeremy Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203-4642

Kelley Brothers Contractors, Inc.
(Representative: Jerry Kelley)
401 County Farm Road
Waynesboro, MS 39367

Baker Hughes Company
(Representative: Christopher J. Ryan)
2001 Rankin Road
Houston, TX 77073

Timothy C. Mohan, Esq.
Foley & Lardner, LLP
600 17th Street
Suite 2020 South
Denver, CO 80202

J. Eric Lockridge, Esq.
Kean Miller LLP
400 Convention Street
Suite 700
P.O. Box 3513
Baton Rouge, LA 70802

Craig K. Schuenemann, Esq.
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Giovanni M. Ruscitti, Esq.
Berg Hill Greenleaf Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302

Bryce A. Suzuki, Esq.
Bryan Cave Leighton Paisner, LLP
Two North Central Avenue
Suite 2100
Phoenix, AZ 85004-4406

James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Timothy M. Riley, Esq.
Hopping Green & Sams, P.A.
P.O. Box 6526
Tallahassee, FL 32314

Michel D. Rubenstein, Esq.
Liskow & Lewis
1001 Fannin Street
Suite 1800
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos
Suite 700
Austin, TX 78701

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, P.C.
999 18th Street
Suite 1230 South
Denver, CO 80202

Robert L. Paddock, Esq.
Buck Keenan LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Jeremy L. Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203

Matthew J. Ochs, Esq.
Holland & Hart, LLP
555 Seventeenth Street
Suite 3200
P.O. Box 8749
Denver, CO 80201-8749

Shay L. Denning, Esq.
Thomas H. Shipps, Esq.
Maynes, Bradford, Shipps & Sheftel, LLP
835 East Second Avenue
Suite 123
Durango, CO 81301

Robert Padjen, Esq.
Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202-1486

Joseph E. Bain, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Madison Tucker, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, Louisiana 70170

Barnet B. Skelton, Jr., Esq.
815 Walker
Suite 1502
Houston, TX 77002

Amy L. Vazquez, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams, LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Christopher H. Meredith, Esq.
Copeland Cook Taylor & Bush, P.A.
1076 Highland Colony Parkway
600 Concourse, Suite 200
P.O. Box 6020
Ridgeland, Mississippi 39158-6020

Michael L. Niles, Esq.
Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Victoria Argeroplos, Esq.
Jackson Walker LLP
1401 McKinney Street
Suite 1900
Houston, TX 77010

David R. Taggart, Esq.
Bradley Murchison Kelly & Shea, LLC
401 Edwards Street
Suite 1000
Shreveport, Louisiana 71101

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
P.O Box 22260
Shreveport, Louisiana 71120-2260

Paul H. Stephenson III, Esq.
Jim F. Spencer, Jr., Esq.
Watkins & Eager, PLLC
P.O. Box 650
Jackson, Mississippi 39205

John D. Cornwell, Esq.
Grant M. Beiner, Esq.
Munsch Hardt Kopf & Harr, P.C.
700 Milam Street
Suite 2700
Houston, TX 77002

Christopher D. Johnson, Esq.
Diamond McCarthy, LLP
909 Fannin Street
Suite 3700
Houston, TX 77010

Michael J. Guyerson, Esq.
Buechler Law Office, LLC
999 18th Street
Suite 1230 South
Denver, CO 80202

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
Shreveport, Louisiana 71120-2260

Robert L. Paddock, Esq.
Buck Keenan, LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Ryan M. Seidemann, Esq.
Assistant Attorney General
Civil Division/Lands and Natural Resources
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005

David M. Miller, Esq.
Spencer Fane LLP
1700 Lincoln Street
Suite 2000
Denver, CO 80203

Jennifer J. Hardy, Esq.
Willkie Farr & Gallagher, LLP
600 Travis Street
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos Street
Suite 700
Austin, TX 78701

Andrew G. Edson, Esq.
Clark Hill Strasburger
901 Main Street
Suite 6000
Dallas, TX 75202

Craig M. Geno, Esq.
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157

Christopher H. Meredith, Esq.
Glenn Gates Taylor, Esq.
Copeland Cook Taylor & Bush, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Curtis R. Shelton, Esq.
Jennifer Norris Soto, Esq.
Ayres Shelton Williams Benson & Paine, LLC
333 Texas Street, Suite 1400
P.O. Box 1764
Shreveport, Louisiana 71166

Armistead M. Long, Esq.
Gordon Arata Montgomery Barnett
McCollam Duplantis & Eagan, LLC
400 East Kaliste Saloon Road
Suite 4200
Lafayette, Louisiana 70508

Ryan J. Lorenz, Esq.
Clark Hill PLC
14850 North Scottsdale Road
Suite 500
Scottsdale, Arizona 85254

Brian G. Rich, Esq.
Michael J. Niles, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Katherine A. Ross, Esq.
U.S. Attorney's Office for the
  District of Colorado
Assistant United States Attorney
1801 California Street
Suite 1600
Denver, CO 80202

Ryco Exploration, LLC
401 Edwards Street
Suite 915
Shreveport, LA 71101
ATTN: M. Robin Smith

Ryco Exploration, LLC
40 Golf Club Drive
Haughton, LA 71037
ATTN: M. Robin Smith

Stephen K. Lecholop II, Esq.
Rosenthal Pauerstein, Esq.
Sandoloski Agather LLP
755 East Mulberry
Suite 200
San Antonio, TX 78212

Katherine Guidry Douthitt, Esq.
Blanchard Walker O'Quin & Roberts
P.O. Box 1126
Shreveport, Louisiana 71163

Andrew J. Shaver, Esq.
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Theodore J. Hartl, Esq.
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202-5596

John H. Smith
Quitman Tank Solutions, LLC
P.O. Box 90
Quitman, MS 39355

Belinda Harrison
58 County Road 5033
Heidelberg, MS 39439

Casey C. Breese, Esq.
Welborn Sullivan Meck & Tooley, P.C.
1125 17th Street
Suite 2200 South
Denver, CO 80202

Jeff Carruth, Esq.
Weycer Kaplan Pulaski & Zuber, P.C.
11 Greenway Plaza
Suite 1400
Houston, TX 77046

Michael E. Riddick, Esq.
Katherine Guidry Douthill, Esq.
Blanchard Walker O'Quin & Roberts, P.C.
333 Texas Street
Regions Tower
Suite 700
Shreveport, Louisiana 71101

Chris Crowley, Esq.
Feldmann Nagel Cantafio, PLLC
1875 Lawrence Street
Suite 730
Denver, CO 80202

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
Suite 600
Denver, CO 80206

Adam L. Hirsch, Esq.
Davis Graham & Stubbs LLP
1550 Seventeenth Street
Suite 500
Denver, CO 80202

Elizabeth Weller, Esq.
Linebarger Goggan Blair and Sampson, LLP
2777 North Stemmons Freeway
Suite 1000
Dallas, TX 75207

P. Matthew Cox, Esq.
Snow Christensen & Martineau
10 Exchange Place, Eleventh Floor
P.O. Box 45000
Salt Lake City, UT 84111

Michael L. Schuster, Esq.
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202-5596

Deirdre Carey Brown, Esq.
Forshey & Prostok LLP
1990 Post Oak Blvd.
Suite 2400
Houston, TX 77056

Nex Tier Completion Solutions, Inc.
c/o Allen Bryson, PLLC
1920 McKinney Avenue
7th Floor
Dallas, Texas 75201

Mario A. Lamar, Esq.
Allen Bryson PLLC
1920 McKinney Avenue
7th Floor
Dallas, TX 75201

John H. Bernstein, Esq.
Kutak Rock LLP
1801 California Street
Suite 3000
Denver, CO 80202

Laurie A. Spindler, Esq.
Linebarger Goggan Blair & Sampson, LLP
2777 North Stemmons Freeway
Suite 1000
Dallas, TX 75207

Daniel L. Bray, Esq.
1801 Wewatta Street
Suite 1000
Denver, CO 80202

The Juneau Group
2386A Rice Blvd.
Suite 232
Houston, TX 77005

Tyler Lee Weidlich, Esq.
Beatty & Wozniak, P.C.
1675 Broadway Street
Suite 600
Denver, CO 80202

Florence Bonaccorso-Saenz, Esq.
617 North Third Street
Baton Rouge, LA 70802

J. Marshall Jones
920 Arapahoe
Louisville, CO 80027

David W. Hall
482 Merritt Road
Benton, LA 71006

Joseph D. DeGiorgio, Esq.
David W. Drake, Esq.
Barrett Frappier Weisserman, LLP
1391 North Speer Blvd.
Suite 700
Denver, CO 80204

Brent R. Cohen, Esq.
Lewis Roca Rothgerber Christie LLP
1601 19th Street
Suite 1000
Denver, CO 80202

John Childers, Esq.
8150 North Central Expressway
10th Floor
Dallas, TX 75206

Epiq Systems
757 Third Avenue
3rd Floor
New York, NY 10017

Jeffrey R. Barber, Esq.
Jones Walker LLP
P.O. Box 427
1901 East Capitol Street
Suite 800
Jackson, MS 39205-0427

Benjamin Young Ford, Esq.
Armbrecht Jackson
P.O. Box 290
Mobile, AL 36601

Kelsey James Buechler, Esq.
999 18th Street
Suite 1230 South
Denver, CO 80202

Louis M. Grossman, Esq.
Kean Miller LLP
First Bank and Trust Tower
909 Poydras Street
Suite 3600
New Orleans, LA 70112

Lloyd A. Lim, Esq.
Rachel T. Kubanda, Esq.
Kean Miller LLP
711 Louisiana Street
Suite 1800
Houston, TX 77002

Robert D. Lantz, Esq.
Castle Lantz Maricle, LLC
4100 East Mississippi Avenue
Suite 410
Denver, CO 80426

Troy "T.J." Hales, Esq.
Bell Nunnally & Martin LLP
2323 Ross Avenue
Suite 1900
Dallas, Texas 75201

Paul J. Hammer, Esq.
Barron & Newburger, P.C.
5555 West Loop South
Suite 235
Bellaire, TX 77401

Michael J. Pankow, Esq.
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202-4432


/s/Vicky Martina

**Vicky Martina**