# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br>EIN:  72-1417930<br><br>    Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| SKLARCO, LLC,<br>EIN:  72-1425432<br><br>    Debtor. | Case No. 20-12380-EEB<br><br>Chapter 11 |
| THE RUDMAN PARTNERSHIP,<br><br>    Plaintiff,<br><br>v.<br><br>SKLAR EXPLORATION COMPANY, LLC, SKLARCO, LLC, EAST WEST BANK, AND THOMAS M. KIM, TRUSTEE OF THE SKLAR CREDITORS TRUST,<br><br>    Defendants. | Adversary No. 22-01020-EEB |

**ORDER APPROVING STIPULATION FOR SETTLEMENT AND DISMISSAL OF THIS ADVERSARY PROCEEDING AND ADMINISTRATIVE CLAIM OF THE RUDMAN PARTNERSHIP**

THIS MATTER, having come before the Court on the Stipulation by and between Plaintiff, The Rudman Partnership, and Defendants, the Debtors, East West Bank, and the Official Committee of Unsecured Creditors ("Stipulation"), the Court having reviewed the Stipulation and finding good cause for granting the requested relief, does hereby

ORDER

1. That the Stipulation filed on August 18, 2022 is APPROVED; and

2. That this Adversary Proceeding and the remaining administrative claim (*see* Jointly Administered Case No. 12377-EEB Dkt. 1148 ("the Admin Claim Motion")) of Plaintiff shall be compromised and settled in accordance with the following agreement of the Parties as set forth in the Stipulation:

    a. Within three (3) business days after the Court enters this Order (or the soonest business day thereafter if such time shall fall on a weekend day or Federal holiday), Debtors shall pay The Rudman Partnership $172,500.00 in immediately available funds as per wiring instructions to be provided by The Rudman Partnership's counsel.

    b. Further, The Rudman Partnership is granted an allowed Class 6 unsecured claim in the amount of $100,000.00 for unpaid working interest revenue which shall be treated and paid in accordance with the Second Amended and Restated Joint Plan of Reorganization (Jointly Administered Case No. 12377-EEB Dkt. No. 1251) confirmed by Order entered August 24, 2021 (Jointly Administered Case No. 12377-EEB Dkt No. 1433).

    c. The payment of the $172,500.00 and the allowance of the $100,000.00 unsecured claim shall be in full satisfaction of all claims and causes of action asserted in this adversary proceeding and the Admin Claim Motion.

    d. Within one (1) business day after receipt of payment of the $172,500.00, The Rudman Partnership shall file a motion to dismiss this adversary proceeding and its Admin Claim Motion with prejudice.

**Dated: September 26, 2022**

                                            **By the Court:**

                                            */s/ Elizabeth E. Brown*
                                            _____
                                            **Elizabeth E. Brown**
                                            **United States Bankruptcy Judge**