UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930<br><br>   Debtor.<br><br>SKLARCO, LLC<br>EIN: 72-1425432<br>   Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11<br><br><br><br>Case No. 20-12380-EEB<br><br>Chapter 11 |

## MOTION FOR DISMISSAL OF ADMINISTRATIVE CLAIM FILED BY THE RUDMAN PARTNERSHIP

The Rudman Partnership ("Movant") files this Motion to Dismiss Administrative Claim With Prejudice, and represents as follow:

1. In accordance with the Stipulation for Settlement and Dismissal of Adversary Proceeding[1] and Administrative Claim of The Rudman Partnership (Adversary Proceeding Dkt. No. 54) between Plaintiff and Defendants Sklar Exploration Company LLC ("SEC") and Sklarco LLC ("Sklarco") (collectively, the "Debtors"), East West Bank, a California state banking corporation ("EWB"), in its capacity as a lender and the administrative agent under the Credit Agreement dated June 15, 2018 with the Debtors, and Thomas M. Kim, Trustee of the Sklar Creditors Trust ("Trustee"}, and together with the Debtors and EWB, the "Defendants"), approved by the Court in an Order entered September 26 2022 (Dkt. No. 1869), The Rudman Partnership hereby moves for dismissal with prejudice its remaining administrative claim (*see* Dkt. 1148 ("the Admin Claim Motion")) arising from alleged unpaid production revenues.

2. Accordingly, Movant requests that the Admin Claim Motion and the remaining administrative claim arising from alleged unpaid production revenues, be dismissed with prejudice.

---

[1] Adv. No. 22-01020-EEB, *The Rudman Partnership v. Sklar Exploration Company, LLC, Sklarco LLC, East West Bank and Thomas M. Kim, Trustee of the Sklar Creditors' Trust*, in the United States Bankruptcy Court for the District of Colorado ("Adversary Proceeding").

Date: September 29, 2022.

        Respectfully submitted,

        **Maynes, Bradford, Shipps & Sheftel, LLP**
        */s/ Thomas H. Shipps*
        Thomas H. Shipps
        Maynes, Bradford, Shipps & Sheftel, LLP
        835 E. Second Ave., Suite 123
        Durango, CO 81301
        Telephone: (970) 247-1755
        Facsimile: (970) 247-8827
        Email: tshipps@mbssllp.com

        *and*

        */s/ Barnet B. Skelton, Jr.*
        Barnet B. Skelton, Jr.
        815 Walker, Suite 1502
        Houston, TX 77002
        Telephone:: (713) 516-7450
        Facsimile: (713)659-8764
        Email: barnetbjr@msn.com

        ATTORNEYS FOR THE RUDMAN
        PARTNERSHIP, PLAINTIFF

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this  day of September 29, 2022, a copy of the foregoing document was filed via ECF and was served by electronic transmission to all registered ECF users appearing in this case.

        */s/Barnet B. Skelton, Jr.*
        Barnet B. Skelton, Jr.

.

2