UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| Debtor. ) | |

**ORDER GRANTING MOTION FOR DISMISSAL WITH PREJUDICE OF ADMINISTRATIVE CLAIM FILED BY THE RUDMAN PARTNERSHIP**

THIS MATTER, having come before the Court on The Rudman Partnership's Motion for Dismissal with Prejudice of Administrative Claim, the Court having reviewed the Motion and finding good cause for granting the requested relief, does hereby

ORDER

1. That the Motion filed on September 29, 2022 is GRANTED; and

2. The remaining administrative claim of The Rudman Partnership (*see* Dkt. 1148)

arising from alleged unpaid production revenues is hereby dismissed with prejudice.

**Dated: September 29, 2022**

By the Court:

*Elizabeth E. Brown*

**Elizabeth E. Brown**
**United States Bankruptcy Judge**