**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br><br>Debtor. | Bankruptcy Case No. 20-12377 EEB<br><br>Chapter 11 |
| SKLARCO, LLC,<br><br>Debtor. | Bankruptcy Case No. 20-12380 EEB<br><br>Chapter 11<br><br>Jointly Administered under 20-12377 EEB |

### ORDER FOR STATUS REPORT

THIS MATTER comes before the Court *sua sponte* concerning Epiq Corporate Restructuring, LLC's ("Epiq") appointment as the claims, noticing, and solicitation agent in the above-captioned jointly administered chapter 11 cases.

The Court has learned that Epiq has been designated as an Interested Party to a miscellaneous proceeding in the United States Bankruptcy Court for the Southern District of New York before the Honorable Sean H. Lane. Misc. Pro. No. 22-00401 (Bankr. S.D.N.Y.). Pursuant to order entered by that court, Epiq has been directed to publicly file all information about their relationship with one Xclaim Inc. ("Xclaim") concerning an alleged improper business relationship through which Epiq synchronizes claims registers and proofs of claim to Xclaim's website for purposes of posting such claims for sale in exchange for compensation. *Id.*, at Doc. 1.

In the above-captioned jointly administered chapter 11 cases, Epiq was appointed as the claims, noticing, and solicitation agent by Court Order dated July 17, 2020. Doc. 481. To the extent Epiq has engaged in similar commercial transactions with Xclaim Inc. or any other entity, that information must be disclosed. Accordingly, the Court hereby

ORDERS that Epiq Corporate Restructing, LLC shall file a status report **on or before October 28, 2022,** informing the Court of any business transactions with Xclaim, Inc. or any other entity in connection with the above-captioned jointly administered

chapter 11 cases for the sharing of claims registers and proofs of claim in exchange for compensation and whether a hearing shall be set by the Court. Failure to respond may result in monetary sanctions and/or termination of Epiq Corporate Restructuring, LLC's employment.

DATED this 14th day of October, 2022.

BY THE COURT:

_____
Elizabeth E. Brown, Bankruptcy Judge