# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br><br>Debtor. | )<br>)  Case No. 20-12377-EEB<br>)<br>)  Chapter 11<br>)<br>) |
| In re:<br><br>SKLARCO, LLC,<br><br>Debtor. | )<br>)  Case No. 20-12380-EEB<br>)<br>)  Chapter 11<br>) |

## STIPULATION FOR SETTLEMENT AND ALLOWANCE OF CLAIM FILED BY STONEHAM DRILLING CORPORATION

Stoneham Drilling Corporation ("Stoneham"), Sklar Exploration Company, LLC and Sklarco, LLC (collectively, the "Debtors"), and Thomas M. Kim, solely in his capacity as the creditor trustee ("Creditor Trustee" and, together with Stoneham and the Debtors, the "Parties"), by and through their respective undersigned counsel, hereby stipulate to the settlement of the Debtors' Objection to Claim No. 244 [Docket No. 1729] (the "Objection"), as follows:

1. Stoneham filed claims against the Debtors in the amount of $1,600,141.65 that are identified as Claim Numbers 243, 244, and 269 (collectively, the "Stoneham Claims") on the claims register maintained by the Debtors' claims agent.

2. The Debtors filed the Objection on April 5, 2022 contesting the amount of the Stoneham Claims.

3. On March 29, 2022, the Creditor Trustee filed a Complaint against Stoneham in Adversary Proceeding No. 22-01089-EBB (the "Trustee Complaint") seeking, among other things, avoidance of certain transfers to Stoneham and disallowance of the Stoneham Claims.

4. Stoneham and the Debtors have settled all matters raised in the Objection. Stoneham and the Trustee have settled the claims made in the Trustee Complaint.  The Plan

requires the Trustee's consent to settle any claim objection, and after consultation with the Reorganized Debtors the Trustee consents to the proposed settlement of the Objection.

5. Among other things, the Parties have agreed that Stoneham is entitled to an allowed unsecured claim against Sklar Exploration Company, LLC in the amount of **$1,482,146.23**.

6. The Parties submit that the settlement of the Objection and allowance of Stoneham's unsecured claim as provided herein satisfies the standards set forth in *In re Kaiser Steel Corp.*, 105 B.R. 971, 976 (D. Colo. 1989).

**WHEREFORE**, the Parties respectfully requests that the Court enter an order, in substantially the form attached hereto, approving this Stipulation and allowing Stoneham Drilling Corporation an unsecured claim in the amount of **$1,482,146.23**.

Dated: November 4, 2022

By: /s/ *James B. Bailey*
BRADLEY ARANT BOULT CUMMINGS LLP
James B. Bailey
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Email: jbailey@bradley.com

*Counsel for Stoneham Drilling Corporation*

By: /s/ *Andrew M. Toft (with permission)*
HOFFMAN NIES DAVE & MEYER LLP
Andrew M. Toft
5350 S. Roslyn St., Ste. 100
Greenwood Village, CO 80111
(303) 860-7140
atoft@hn-colaw.com

*Counsel for Thomas M. Kim, Creditor Trustee*

2

By:       /s/ *Keri L. Riley (with permission)*
KUTNER BRINEN DICKEY RILEY, P.C.
Keri L. Riley
1600 Lincoln Street, Suite 1720
Denver, CO 80264
Phone: 303-832-2400
Email: klr@kutnerlaw.com

*Counsel for the Debtors*

# CERTIFICATE OF SERVICE

      I hereby certify that on November 4, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Paul Moss<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294<br>Email: Paul.Moss@usdoj.gov | Keri L. Riley<br>1660 Lincoln St., Ste.1850<br>Denver, CO 80202<br>303-832-2400<br>Email: klr@kutnerlaw.com |

      */s/ James B. Bailey*
      OF COUNSEL