**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br>EIN NO: 72-1417930<br><br>Debtor. | Bankruptcy Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>SKLARCO, LLC,<br>EIN NO: 72-1425432<br><br>Debtor. | Bankruptcy Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under Case No. 20-12377 EEB** |

**ORDER TO FILE AND ORDER FOR COMPLIANCE WITH LOCAL BANKRUPTCY RULE 9013-1 OR OTHER APPLICABLE RULES OF PROCEDURE REGARDING SERVICE AND NOTICE**

THIS MATTER comes before the Court on Stipulation for Settlement and Allowance of Claim Filed by Stoneham Drilling Corporation on November 4, 2022. The Court,

FINDS that based on the terms of the Stipulation, the parties have agreed to and desire entry of an order approving a Stipulation. The Court concludes that this matter requires additional notice pursuant to F.R.B.P. Rules 2002, 9019, and L.B.R. 9013-1. The Court therefore

ORDERS that the Stoneham Drilling Corporation shall file a Motion to Approve the Stipulation and a 9013 Notice of the Stipulation and serve the notice upon the United States Trustee, the debtor, indenture trustees, and all creditors and parties in interest **no later than November 21, 2022.** The notice shall provide at least 21 days to object. **If Movant fails to timely file and serve the Motion and Notice, the Court will not enter an Order approving the Stipulation.**

DATED: this 7th day of November, 2022.

BY THE COURT:

_Elizabeth E. Brown_
Elizabeth E. Brown, Bankruptcy Judge