UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) <br> ) <br> SKLAR EXPLORATION COMPANY, LLC, ) <br> ) <br> Debtor. ) <br> ) | Case No. 20-12377-EEB <br><br> Chapter 11 |
| In re: ) <br> ) <br> SKLARCO, LLC, ) <br> ) <br> Debtor. ) | Case No. 20-12380-EEB <br><br> Chapter 11 |

**EX PARTE MOTION FOR RELIEF FROM ORDER TO FILE AND ORDER FOR COMPLIANCE WITH LOCAL BANKRUPTCY RULE 9013-1 OR OTHER APPLICABLE RULES OF PROCEDURE REGARDING SERVICE AND NOTICE**

Stoneham Drilling Corporation ("Stoneham"), pursuant to L.B.R. 2002-1, moves for ex parte relief from the Court's *Order to File and Order for Compliance with Local Bankruptcy Rule 9013-1 or Other Applicable Rules of Procedure Regarding Service and Notice* [Docket No. 1881] (the "Order for Compliance") relating to the *Stipulation for Settlement and Allowance of Claim Filed by Stoneham Drilling Corporation* [Docket No. 1880] (the "Claim Stipulation"), as follows:

1. Stoneham filed claims against the Sklar Exploration Company, LLC and Sklarco, LLC (collectively, the "Debtors") in the amount of $1,600,141.65 that are identified as Claim Numbers 243, 244, and 269 (collectively, the "Stoneham Claims") on the claims register maintained by the Debtors' claims agent.

2. The Debtors filed their Objection to Claim No. 244 [Docket No. 1729] (the "Objection") on April 5, 2022 contesting the amount of the Stoneham Claims.

3. On March 29, 2022, the Creditor Trustee filed a Complaint against Stoneham in Adversary Proceeding No. 22-01089-EBB (the "Trustee Complaint") seeking, among other things, avoidance of certain transfers to Stoneham and disallowance of the Stoneham Claims.

1

4. On November 4, 2022, Stoneham filed the Claim Stipulation with the consent of the Debtors and the Trustee.

5. As set forth in the Claim Stipulation, Stoneham and the Debtors have settled all matters raised in the Objection. Stoneham and the Trustee have also settled the claims made in the Trustee Complaint.

6. Among other things, the parties have agreed that Stoneham is entitled to an allowed unsecured claim against Sklar Exploration Company, LLC in the amount of **$1,482,146.23**.

7. Pursuant to Section 8.13 of the confirmed *Second Amended and Restated Joint Plan of Reorganization Dated December 18, 2020* [Docket No. 1251] (the "Plan"), the Debtors and Creditor Trustee have discretion to settle the Objection without notice to creditors (emphasis added):

> **8.13 - Objections to and Resolution of Claims.**
>
> From and after the Effective Date, ***the Reorganized Debtors and the Creditor Trust shall have the authority, in their discretion, to file, settle, compromise, withdraw, or litigate to judgment all objections, if any, to Administrative Claims and Claims***, except the EWB Secured Claim, which Claim is Allowed under this Plan. Unless otherwise ordered by the Court, objections to, or other proceedings concerning, the allowance of Claims (other than objections to Administrative Claims, as provided in Article III.) shall be filed and served upon the Holders of the Claims as to which the objection is made or otherwise commenced as soon as practicable, but in no event later than one hundred and twenty (120) days after the Effective Date.
>
> ***Objections to, or other proceedings contesting the allowance of, Claims may be litigated to judgment, settled or withdrawn, in the Creditor Trustee's sole discretion***.

8. On November 4, 2022, with the consent of the Debtors and the Creditor Trustee, Stoneham filed the Claim Stipulation and a form of proposed order to reflect the settlement among the parties.

9. The Claim Stipulation requested an order reflecting the settlement so that the record would be clear on the docket regarding the allowance of the Stoneham Claims for distributions under the Plan.

10. On November 7, 2022, the Court entered the Order for Compliance requiring Stoneham to "file a Motion to Approve the Stipulation and a 9013 Notice of the Stipulation and serve the notice upon the United States Trustee, the debtor, indenture trustees, and all creditors and parties in interest **no later than November 21, 2022**." Order for Compliance (emphasis in original).

11. Stoneham hereby requests relief from the Order for Compliance pursuant to L.B.R. 2002-1. In particular, notice to all creditors and parties in interest is not necessary or appropriate under the terms of the Plan. The Debtors and Creditor Trustee are the only parties that must approve of the settlement among the parties as set forth in the Claim Stipulation.

12. Counsel for Stoneham has discussed this ex parte motion with counsel for the Debtors and the Creditor Trustee and they do not object to the requested relief.

**WHEREFORE**, Stoneham respectfully requests that the Court enter an order, in substantially the form attached hereto, granting Stoneham relief from the Order for Compliance.

Dated: November 8, 2022              By:  /s/ *James B. Bailey*
                                     BRADLEY ARANT BOULT CUMMINGS LLP
                                     James B. Bailey
                                     One Federal Place
                                     1819 Fifth Avenue North
                                     Birmingham, Alabama  35203
                                     Telephone:  (205) 521-8000

Email: jbailey@bradley.com

*Counsel for Stoneham Drilling Corporation*

### CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul Moss
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294
Email: Paul.Moss@usdoj.gov

Keri L. Riley
1660 Lincoln St., Ste.1850
Denver, CO 80202
303-832-2400
Email: klr@kutnerlaw.com

*/s/ James B. Bailey*
OF COUNSEL

4