UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                     )
                                           )      Case No. 20-12377-EEB
SKLAR EXPLORATION COMPANY, LLC             )
EIN: 72-1417930                            )      Chapter 11
                                           )
  Debtor.                                  )
                                           )
_____    )
                                           )      Case No. 20-12380-EEB
SKLARCO, LLC                               )
EIN:  72-1425432                           )      Chapter 11
                     Debtor.

**MOTION FOR EXTENSION OF TIME TO FILE  MOTION FOR SUMMARY
JUDGMENT WITH RESPECT TO THE MAREN SILBERSTEIN REVOCABLE
TRUST'S APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM
AND CURE CLAIM**

The Reorganized Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together "Debtors"), by and through their attorneys, Kutner Brinen Dickey Riley, P.C., moves the Court for entry of an Order extending the date by which the Debtors and The Maren Silberstein Revocable Trust ("Maren Trust") are required to file any Motions for Summary Judgment by two (2) days, through and including November 16, 2022, and in support thereof state as follows:

1.      The Debtors filed their voluntary petitions pursuant to Chapter 11 of the Bankruptcy Code on April 1, 2020 ("Petition Date"). The Reorganized Debtors' *Second Amended and Restated Joint Plan of Reorganization* ("Plan") (Docket No. 1251) was confirmed on August 24, 2021 and became effective on September 7, 2021.

2.      On October 22, 2021, the Maren Trust filed its *Application for Allowance of Administrative Claim and Cure Claim* ("Maren Trust Motion"), seeking allowance and payment of it alleged administrative expense and/or cure claim.

3.      The Debtors timely filed their Objection on November 4, 2021.

4.      On September 7, 2022, the Court set November 14, 2022 as the date by which the Debtor and the Maren Trust are required to file Motions for Summary Judgment with respect to the Maren Trust Motion.

1

5.      The Debtors have been working diligently to complete their Motion for Summary Judgment, however, due to the press of other business, the Debtors need additional time to fully brief their Motion for Summary Judgment. Accordingly, the Debtors respectfully request and extension of two (2) days, through and including November 16, 2022, of the date by which the Debtors and Maren Trust are required to file any Motions for Summary Judgment.

6.      No prejudice to either party will occur.  The Debtors previously agreed to extend the discovery period for the Maren Trust due to time required to transmit voluminous documents produced in discovery to the Maren Trust, and the Debtors are further seeking the extension as to both parties.

7.      Granting the brief extension will ensure that the Debtors have sufficient time to fully brief the issues on summary judgment and fully address all of the legal issues raised in the Maren Trust Motion and compile all documents in support of summary judgment.

WHEREFORE, the Debtors pray the Court make and enter an Order extending the date by which the Debtors and the Maren Trust are required to file any Motions for Summary Judgment with respect to the Maren Trust Motion by two (2) days, through and including November 16, 2022, and for such further and additional relief as to the Court may appear just and proper.

DATED:  November 14, 2022                    Respectfully Submitted,


By:     *s/ Keri L. Riley*
        Keri L. Riley, #47605
        **KUTNER BRINEN DICKEY RILEY, P.C.**
        1660 Lincoln Street, Suite 1720
        Denver, CO 80264
        Telephone:  (303) 832-2400
        Telephone: (303) 832-2910
        Email: klr@kutnerlaw.com