UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| Debtor. | | |

# ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO THE MAREN SILBERSTEIN REVOCABLE TRUST'S APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM AND CURE CLAIM

THIS MATTER, having come before the Court on the Debtors' Motion for Extension of Time to File Motion for Summary Judgment with Respect to the Maren Silberstein Revocable Trust's Application for Administrative Expense Claim and Cure Claim, the Court having reviewed the Motion and finding good cause for granting the requested relief, does hereby

ORDER THAT

The Motion is GRANTED. The Debtors and the Maren Silberstein Revocable Trust shall have through and including November 16, 2022 to file any Motions for Summary Judgment

Dated: November __, 2022

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge

3