# EXHIBIT A

| | |
|---|---|
| **From:** | Keri Riley |
| **To:** | Deirdre Brown |
| **Subject:** | RE: [External] Sklarco - Discovery Requests |
| **Date:** | Tuesday, November 1, 2022 4:30:20 PM |

Deirdre,

I have been putting out fires on another matter and haven't gotten to the stipulation yet, but will endeavor to do so later tonight.

I also wanted to provide some additional background on what you will be receiving. The FedEx package will have 3 thumb drives and an external hard drive. The thumb drives all contain the same information and it is the monthly bills sent to the Maren Trust. This is so that you have a copy and can also easily provide a copy to the Trustee and beneficiary, or whomever you choose. The external hard drive has all of the JIB backup data.

Please let me know if you have any questions.

Thanks,

Keri L. Riley, Esq.
Kutner Brinen Dickey Riley, P.C.
1660 Lincoln St., Suite 1720
Denver, CO  80264
303-832-2910 Direct
303-832-2400 Main



E-MAIL CONFIDENTIALITY NOTICE:
The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

**From:** Deirdre Brown <dbrown@forsheyprostok.com>
**Sent:** Monday, October 31, 2022 11:10 PM
**To:** Keri Riley <klr@kutnerlaw.com>
**Subject:** RE: Sklarco - Discovery Requests

Can you put together a stipulation regarding same? I can also send a Dropbox link to upload the records.

**From:** Keri Riley <klr@kutnerlaw.com>
**Sent:** Monday, October 31, 2022 11:41 PM

**To:** Deirdre Brown <dbrown@forsheyprostok.com>
**Subject:** [External] RE: Sklarco - Discovery Requests

Deirdre,

Attached please find the discovery responses.  Because of file size issues, Sklarco is loading the files onto a USB drive and will overnight it to you tomorrow.  We are fine with extending the discovery cutoff date to ensure that you receive it and have a chance to review it before and applicable cutoffs.

Thanks,

Keri L. Riley, Esq.
Kutner Brinen Dickey Riley, P.C.
1660 Lincoln St., Suite 1720
Denver, CO  80264
303-832-2910 Direct
303-832-2400 Main



E-MAIL CONFIDENTIALITY NOTICE:
The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

---

**From:** Deirdre Brown <dbrown@forsheyprostok.com>
**Sent:** Monday, October 31, 2022 5:52 PM
**To:** Keri Riley <klr@kutnerlaw.com>
**Subject:** Sklarco - Discovery Requests
**Importance:** High

Dear Keri –

I still have not received any production which was due on Friday. Are you producing today?

The next step is to request a hearing with the Court.  I would like to send that request today if the responses are not going to be produced.

Given the pending November 14, 2022 deadline and 7 day notice required for a hearing with discovery deadline tomorrow, I would need to reach out to the court by tomorrow under the expedited procedures.

Thank you -



*Deirdre Carey Brown, pllc*
**FORSHEYPROSTOK LLP**
**Partner   | P 832.367.5722**
**1990 Post Oak, Suite 2400 Houston, TX 77056**

dbrown@forsheyprostok.com

CONFIDENTIALITY STATEMENT | VIRUS WARNING
Unless otherwise indicated or obvious from the nature of this transmittal, the information contained in this email message is attorney-client privileged and confidential, intended for the sole use of the intended recipient(s).  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by email and destroy all copies of the original message.  Although this email and any attachments are believed to be free of any virus or other defects that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Forshey & Prostok LLP and Deirdre Carey Brown, pllc for any loss or damage arising in any way from its use.

TAX DISCLAIMER
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing, or recommending to another party any tax-related matters addressed.

| | |
|---|---|
| **From:** | Deirdre Brown |
| **To:** | Keri Riley |
| **Subject:** | Conferring Re Discovery - Sklarco LLC - Maren Trust Administrative Claim |
| **Date:** | Saturday, October 29, 2022 4:37:00 PM |
| **Attachments:** | Sklarco LLC - Maren Trust Administrative Claim.msg |
| | RE External Sklarco LLC - Maren Trust Administrative Claim.msg |
| **Importance:** | High |

Dear Keri –

The date for the response to the discovery to your client was October 28, 2022. Please see attached. This was never disputed. When I was informed the production would be hybrid, I suggested going to Shreveport on October 31 as that would
give me time to review what was provided electronically before reviewing the physical files. Then, I was told the entire production would be electronic.

The date for Howard Sklar and trusts he manages was October 31 as those discovery requests were sent later.

Please send the link today.

Thank you –

Deirdre Carey Brown

**From:** Keri Riley <klr@kutnerlaw.com>
**Sent:** Saturday, October 29, 2022 4:28 PM
**To:** Deirdre Brown <dbrown@forsheyprostok.com>
**Subject:** Re: [External] Conferring Re Discovery - Sklarco LLC - Maren Trust Administrative Claim

Deirdre,

The date for production on the subpoena is October 31, which is Monday.

Yours truly,
Keri

Get Outlook for iOS

**From:** Deirdre Brown <dbrown@forsheyprostok.com>
**Sent:** Saturday, October 29, 2022 5:20:37 PM
**To:** Keri Riley <klr@kutnerlaw.com>
**Subject:** Conferring Re Discovery - Sklarco LLC - Maren Trust Administrative Claim

Dear Keri –

I did not receive the responses to discovery or any production of records. Please advise.

If you sent a link, it did not get transmitted to me.

Best regards –



*Deirdre Carey Brown, pllc*
**FORSHEYPROSTOK LLP**
**Partner   | P 832.367.5722**
**1990 Post Oak, Suite 2400 Houston, TX 77056**
dbrown@forsheyprostok.com

CONFIDENTIALITY STATEMENT | VIRUS WARNING
Unless otherwise indicated or obvious from the nature of this transmittal, the information contained in this email message is attorney-client privileged and confidential, intended for the sole use of the intended recipient(s).  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by email and destroy all copies of the original message.  Although this email and any attachments are believed to be free of any virus or other defects that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Forshey & Prostok LLP and Deirdre Carey Brown, pllc for any loss or damage arising in any way from its use.

TAX DISCLAIMER
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing, or recommending to another party any tax-related matters addressed.

**From:** Deirdre Brown
**Sent:** Thursday, October 20, 2022 9:55 AM
**To:** 'Keri Riley' <klr@kutnerlaw.com>
**Subject:** RE: [External] Sklarco LLC - Maren Trust Administrative Claim



*Deirdre Carey Brown, pllc*
**FORSHEYPROSTOK LLP**
**Partner   | P 832.367.5722**
**1990 Post Oak, Suite 2400 Houston, TX 77056**
dbrown@forsheyprostok.com

CONFIDENTIALITY STATEMENT | VIRUS WARNING
Unless otherwise indicated or obvious from the nature of this transmittal, the information contained in this email message is attorney-client privileged and confidential, intended for the sole use of the intended recipient(s).  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by email and destroy all copies of the original message.  Although this email and any attachments are believed to be free of any virus or other defects that might affect any computer system into which it is received and opened, it is the responsibility of the

recipient to ensure that it is virus free and no responsibility is accepted by Forshey & Prostok LLP and Deirdre Carey Brown, pllc for any loss or damage arising in any way from its use.

TAX DISCLAIMER

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing, or recommending to another party any tax-related matters addressed.

---

**From:** Keri Riley <klr@kutnerlaw.com>
**Sent:** Thursday, October 20, 2022 9:50 AM
**To:** Deirdre Brown <dbrown@forsheyprostok.com>
**Subject:** RE: [External] Sklarco LLC - Maren Trust Administrative Claim

Can you please send me a word copy of the discovery requests?

Thanks,

Keri L. Riley, Esq.
Kutner Brinen Dickey Riley, P.C.
1660 Lincoln St., Suite 1720
Denver, CO  80264
303-832-2910 Direct
303-832-2400 Main



E-MAIL CONFIDENTIALITY NOTICE:
The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

---

**From:** Deirdre Brown <dbrown@forsheyprostok.com>
**Sent:** Thursday, October 20, 2022 8:43 AM
**To:** Keri Riley <klr@kutnerlaw.com>
**Subject:** RE: [External] Sklarco LLC - Maren Trust Administrative Claim

Ok. I would like to go ahead and arrange to go to Shreveport on October 31, 2022. As to copies of anything inspected, I can work with a local copy service and want to make sure you are ok with me just flagging items and having them come in to make the copies.

Please confirm October 31, 2022 works and the times.

There is no easy way to fly there from Houston, so I would have to drive up from Houston. This

actually would give me the benefit of being able to visit the judge I clerked for whose local office is in Many, Louisiana.



*Deirdre Carey Brown, pllc*
**FORSHEYPROSTOK LLP**
Partner   | P 832.367.5722
**1990 Post Oak, Suite 2400 Houston, TX 77056**
dbrown@forsheyprostok.com

CONFIDENTIALITY STATEMENT | VIRUS WARNING

Unless otherwise indicated or obvious from the nature of this transmittal, the information contained in this email message is attorney-client privileged and confidential, intended for the sole use of the intended recipient(s).  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by email and destroy all copies of the original message.  Although this email and any attachments are believed to be free of any virus or other defects that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Forshey & Prostok LLP and Deirdre Carey Brown, pllc for any loss or damage arising in any way from its use.

TAX DISCLAIMER

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing, or recommending to another party any tax-related matters addressed.

**From:** Keri Riley <klr@kutnerlaw.com>
**Sent:** Thursday, October 20, 2022 9:38 AM
**To:** Deirdre Brown <dbrown@forsheyprostok.com>
**Subject:** RE: [External] Sklarco LLC - Maren Trust Administrative Claim

Deirdre,

I don't think we have any issues with the timeline, but if you could send a word version of the requests it would be much appreciated.

By and large the production of documents will be electronic. Certain requests will allow for inspection at the Shreveport offices.

With respect to the settlement offer, we are working on verifying some information on our end, and I hope to have a response later today.

Thanks,

Keri L. Riley, Esq.
Kutner Brinen Dickey Riley, P.C.
1660 Lincoln St., Suite 1720
Denver, CO  80264
303-832-2910 Direct
303-832-2400 Main



E-MAIL CONFIDENTIALITY NOTICE:

The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

**From:** Deirdre Brown <dbrown@forsheyprostok.com>
**Sent:** Thursday, October 20, 2022 8:32 AM
**To:** Keri Riley <klr@kutnerlaw.com>
**Subject:** RE: Sklarco LLC - Maren Trust Administrative Claim

Keri – I wanted to follow up on the discovery requests to make sure there are no disputes given the timeline. Also, please advise if the production will be electronic or if you need a local address for production.



*Deirdre Carey Brown, pllc*
**FORSHEYPROSTOK LLP**
**Partner   | P 832.367.5722**
**1990 Post Oak, Suite 2400 Houston, TX 77056**
dbrown@forsheyprostok.com

CONFIDENTIALITY STATEMENT | VIRUS WARNING

Unless otherwise indicated or obvious from the nature of this transmittal, the information contained in this email message is attorney-client privileged and confidential, intended for the sole use of the intended recipient(s).  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by email and destroy all copies of the original message.  Although this email and any attachments are believed to be free of any virus or other defects that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Forshey & Prostok LLP and Deirdre Carey Brown, pllc for any loss or damage arising in any way from its use.

TAX DISCLAIMER

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing, or recommending to another party any tax-related matters addressed.

**From:** Deirdre Brown
**Sent:** Wednesday, September 28, 2022 10:33 PM
**To:** Keri Riley <klr@kutnerlaw.com>
**Cc:** 'Hirsch, Adam' <Adam.Hirsch@dgslaw.com>
**Subject:** Sklarco LLC - Maren Trust Administrative Claim

Dear Keri –

Attached please find discovery to Sklarco LLC. Please let me know if you have any questions.



*Deirdre Carey Brown, pllc*
**FORSHEYPROSTOK LLP**
**Partner   | P 832.367.5722**
**1990 Post Oak, Suite 2400 Houston, TX 77056**
dbrown@forsheyprostok.com

CONFIDENTIALITY STATEMENT | VIRUS WARNING
Unless otherwise indicated or obvious from the nature of this transmittal, the information contained in this email message is attorney-client privileged and confidential, intended for the sole use of the intended recipient(s).  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by email and destroy all copies of the original message.  Although this email and any attachments are believed to be free of any virus or other defects that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Forshey & Prostok LLP and Deirdre Carey Brown, pllc for any loss or damage arising in any way from its use.

TAX DISCLAIMER
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing, or recommending to another party any tax-related matters addressed.