**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER DENYING MOTION TO EXTEND TIME (ECF 1886)**

The *Motion for Extension of Time to File Motion for Summary Judgment with Respect to the Maren Silberstein Revocable Trust's Application for Administrative Expense Claim and Cure Claim* (ECF 1886) ("Motion") came upon to be considered, the Court having reviewed the file, finds and Orders as follows:

IT IS HEREBY ORDERED that the Motion is denied.

DONE and entered this _____ day of November, 2022 at Denver, Colorado.

BY THE COURT:

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Court