# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br><br>Debtor. | Bankruptcy Case No. 20-12377 EEB<br><br>Chapter 11 |
| SKLARCO, LLC,<br><br>Debtor. | Bankruptcy Case No. 20-12380 EEB<br><br>Chapter 11<br><br>Jointly Administered under 20-12377 EEB |

**ORDER GRANTING DEBTORS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO THE MAREN SILBERSTEIN REVOCABLE TRUST'S APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM AND CURE CLAIM**

THIS MATTER comes before the Court on the Debtors' Motion for Extension of Time to File Motion for Summary Judgment with Respect to the Maren Silberstein Revocable Trust's Application for Administrative Expense Claim and Cure Claim (the "Motion") and the Maren Silberstein Revocable Trust's (the "Trust") Objection thereto. The Court, having reviewed the Motion and finding good cause for granting the requested relief, does hereby

ORDER that the Trust's Objection is OVERRULED.

FURTHER ORDER that the Motion is GRANTED. The Debtors and the Trust shall have through and including November 16, 2022, to file any motions for summary judgment.

DATED this 15th day of November, 2022.

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, Bankruptcy Judge