---------- Forwarded message ---------
From: **Marshall Jones** <jmjones@sklarexploration.com>
Date: Tue, Jan 19, 2021 at 10:50 AM
Subject: Re: Call
To: Howard G-mail <hfsklar@gmail.com>


Maren-
How about 10 am your time tomorrow morning for a call?

Best-Marshall


> On Jan 16, 2021, at 2:47 PM, Marshall Jones <jmjones@sklarexploration.com> wrote:
>
>
> Best-JMJ
>
> Begin forwarded message:
>
>> From: "Maren Silberstein (Watson)" <msilberstein412@gmail.com>
>> Date: January 16, 2021 at 10:01:13 AM MST
>> To: Marshall Jones <jmjones@sklarexploration.com>
>> Subject: Re: Call
>>
>> Absolutely sounds great. Thank you marshall!
>>
>> Macklin is in school from 9-12 so sometime around 10am either day would be great. Thank you!
>>
>> Sent from my iPhone
>>
>> On Jan 16, 2021, at 10:38 AM, Marshall Jones <jmjones@sklarexploration.com> wrote:
>>
>> Hey Maren-
>>
>> Happy New Year.  Why don't we get on a call at some point next week to get up to speed and discuss options.  I'll touch base on Monday or Tuesday and see when a good time is for everyone.
>>
>>
>> Best-JMJ

1

HFS 000680

On Jan 16, 2021, at 8:33 AM, Maren Silberstein (Watson) <msilberstein412@gmail.com> wrote:

Hey Marshall,

Good morning I hope you had a great holiday season and stayed healthy this past year!!

So I was emailing Steven because for a while now we've wanted to get our properties out from under Howard. We were in negotiation talks and then Howard went into bankruptcy and getting it out was nearly impossible.

Is there a way to still do this and proceed? I don't know what the next process is with everything going on and I'm paying him a fortune for just to wait this out.

Would love your advice! We are obviously still willing to sell it, but now is also probably not the best time for it anyway.

Thank you!!

Maren

Sent from my iPhone

On Jun 12, 2020, at 5:10 PM, Marshall Jones <jmjones@sklarexploration.com> wrote:

Maren-

Steven is no longer with us.  If you and Michael would like to catch up, please give me a call.

Best-Marshall

J. Marshall Jones, III

Vice President & Chief Operating Officer

5395 Pearl Parkway, Suite 200 .  Boulder, CO 80301

HFS 000681

direct 303.647.6011 . mobile 318.401.1773 . fax 303.443.1551

jmjones@sklarexploration.com .
www.sklarexploration.com

-----Original Message-----

From: Maren Silberstein (Watson) [mailto:msilberstein412@gmail.com]

Sent: Thursday, June 11, 2020 9:30 PM

To: Steven Hatcher <SHatcher@sklarexploration.com>

Subject: Call

Hi Steven,

I hope you have been safe and well!

Can you please call me at your earliest convenience?

Thank you,

Maren

Sent from my iPhone