UNITED STATES BANKRUPTCY
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, | ) | Case No. 20-12377-EEB |
| LLC AND SKLARCO, LLC | ) | (Chapter 11) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| THE RUDMAN PARTNERSHIP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, | ) | |
| LLC, EAST WEST BANK, AND | ) | Adversary No. 22-01020-EEB |
| THOMAS H. KIM, TRUSTEE OF THE | ) | |
| SKLAR CREDITORS TRUST | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF BRAD WALKER IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT**

I, Brad Walker, as the Independent Manager of Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together, "Debtors") makes this Declaration in support of the Debtors' Motion for Summary Judgment under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1. I was appointed as the Independent Manager of SEC in accordance with the confirmed *Second Amended and Restated Joint Plan of Reorganization* ("Plan") (Docket 1251).

2. Since I was appointed as the Independent Manager on September 7, 2021, I have been the primary person in charge of the Debtors and their respective operations. I was also working with the Debtors prior to confirmation of the Plan.

3. As Independent Manager, I have become familiar with the Debtors' books and records, and their post-confirmation operations. I have also conducted an extensive review of the pre-confirmation and pre-petition operations.

4. In addition to acting as the Independent Manager of SEC, I have extensive experience working with oil and gas companies, including acting as a Chief Restructuring Officer of oil and gas companies both in and out of bankruptcy cases, and am familiar with the operations of family offices for the holders of oil and gas interests.

5. I have reviewed the Agency Services Agreement with the Judy Trust for the Benefit of Maren Silberstein n/k/a The Maren Silberstein Revocable Trust ("Maren Trust") dated April 1, 2008.

6. I have also reviewed the statements issued to the Maren Trust on a pre- and post-Petition Date basis, as well as the accounting information for the interests attributed to the Maren Trust.

7. Sklarco provides management services to the Maren Trust for the management of oil and gas interests, including engineering, landman, and accounting services.

8. To the best of my knowledge, information, or belief, all of the interests attributed to the Maren Trust are in wells that have, at all times relevant hereto, been operated by third parties. SEC was not the operator for any of the wells in which there was or is an interest attributed to the Maren Trust.

9. Each month the Maren Trust was provided with a statement detailing the revenue generated by the interests attributed to the Maren Trust, and the expenses related thereto. All of the statements included significant detail of the joint interest billing obligations, lease operating expenses, and other charges assessed against the interests by the third party operators. No expenses were assessed to the interests attributed to the Maren Trust without first receiving an invoice or bill from the third party operator.

10. The statements also included the assessment of the Agency Services Fee in the amount of $15,000 in accordance with the Agency Services Agreement.

11. Sklarco maintained all of the interests attributed to the Maren Trust during the pendency of the bankruptcy case, including paying all expenses associated therewith.

12. During the bankruptcy case, revenue generated by such interests was insufficient to pay of the expenses and the Agency Services Fee, resulting in an accruing balanced owed to Sklarco by the Maren Trust during the case.

13. To the best of my knowledge, information and belief, at no time prior to confirmation of the Plan did the Maren Trust send a notice of default to Sklarco, or otherwise assert a default under the Agency Services Agreement by Sklarco.

14. To the best of my knowledge, information and belief, at no time prior to confirmation of the Plan did the Maren Trust object to or otherwise assert a defense to the assessment of the Agency Services Fee by Sklarco.

15. To the best of my knowledge, information and belief, at no time prior to confirmation of the Plan did the Maren Trust object to or otherwise assert a defense to lease operating expenses assessed against the interests and reflected on the monthly statements.

16. Post-confirmation, Sklarco continues to provide management services to the Maren Trust in accordance with the Agency Services Agreement, and, under the terms of the Agency Services Agreement, remains contractually entitled to the Agency Services Fee.

I declare under penalty of perjury that the foregoing Declaration is true and correct.

Dated: November 18, 2022                SKLARCO, LLC

By: /s/ *Bradford C. Walker*
Brad Walker, Independent Manager