# EXHIBIT C

| | |
|---|---|
| **From:** | Deirdre Brown |
| **To:** | Keri Riley |
| **Cc:** | Sarah A. Covell |
| **Subject:** | RE: Sklar - Maren Silberstein Revocable Trust ("Trust") |
| **Date:** | Tuesday, August 31, 2021 2:53:00 PM |

Dear Keri –

I am following up on the below. Can we get the information informally or should we engage in discovery?

Also, I previously requested access to the documents provided to the Committee and Skelton – will you provide us a link to those documents.

Thank you –

Deirdre Carey Brown

**From:** Deirdre Brown
**Sent:** Thursday, August 26, 2021 9:16 PM
**To:** Keri Riley <klr@kutnerlaw.com>
**Subject:** RE: Sklar - Maren Silberstein Revocable Trust ("Trust")
**Importance:** High

Dear Keri –

Following up on the email below to see about getting access to the records and confirming the addresses were updated. Ms. Silberstein Watson has reached out to the Sklar staff to get records before confirmation but was told it needed to go through legal. We need to evaluate the admin, cure, and other remaining issues which were preserved and wanted to reach out before sending discovery or filing anything.

Many thanks –

Deirdre Carey Brown