**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **In re:**  ) | **Case No. 20-12377-EEB** |
| ) | **Chapter 11** |
| **Sklar Exploration Company, LLC,**  ) | |
| ) | |
| Debtor.  ) | |
| ) | |
| **In re:**  ) | **Case No. 20-12380-EEB** |
| ) | **Chapter 11** |
| **Sklarco, LLC,**  ) | |
| ) | **Jointly Administered Under** |
| Debtor.  ) | **Case No. 20-12377-EEB** |
| ) | |

**STIPULATION TO PROTECTIVE ORDER**

The Reorganized Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together with SEC, the "Debtors"), and the Sklar Creditor Trust ("Creditor Trust" and together with the Debtors, the "Parties") stipulate that disclosure and discovery activity related the Trust's Objection to Reorganized Debtors' Motion to Approve Settlement With Howard Sklar ("Sklar Settlement Motion") is likely to involve the production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than the litigation concerning the Sklar Settlement Motion is warranted. Accordingly, the Parties stipulate as follows:

1.  As used in this Stipulation, the following terms shall have the meanings described below:

    (a)  "Attorneys" means counsel of record, any lawyer regularly employed by a Party, and any such lawyer's staff.

    (b)  "Bankruptcy Court" means the United States Bankruptcy Court for the District of Colorado.

4852034.2

(c) "Chapter 11 Cases" means the above-captioned cases, pending under chapter 11 of the U.S. Bankruptcy Code.

(d) "Confidential Information" means any document, file, portions of files, transcribed testimony, or response to a discovery request containing confidential information, but not including the "Ownership Deck" previously produced by Howard F. Sklar ("HFS"), marked as HFS 00001-614, or any other documents produced by HFS in these Chapter 11 Cases to any party in interest, to the extent not covered by a previously entered protective order in the Chapter 11 Cases or other confidentiality agreement or understanding.

(e) "Outside Vendor" means any provider of messenger, copying, coding, or other clerical-services that is not employed by a Party or its Attorneys.

(f) "Oversight Committee Members" means any member of the oversight committee for the Creditor Trust.

(g) "Written Assurance" means an executed document in the form attached as **Exhibit A**.

2. Documents that contain Confidential Information shall be stamped or labeled "CONFIDENTIAL." Deposition testimony that contains Confidential Information may be designated as such if counsel, the witness, or the Party or non-party whose Confidential Information is to be or was disclosed, states on the record that the portion of the deposition is to be treated as Confidential Information.

3. Confidential Information shall not be used, transferred, disclosed, or communicated in any way to any person or entity other than:

a) the Bankruptcy Court and its staff;

      b) Attorneys, their law firms, and their Outside Vendors;

      c) persons shown on the face of a document containing Confidential Information to have authored or received it;

      d) court reporters retained to transcribe testimony;

      e) the Parties and in the case of the Creditor Trust, the trustee of the Creditor Trust and the Oversight Committee Members but not beneficiaries of the Creditor Trust or representatives thereof; *provided* that before any Oversight Committee Member can receive any Confidential Information designated as "CONFIDENTIAL" by HFS (in any capacity), the Creditor Trust shall provide HFS with prior written notice (which notice may be by email), and if HFS does not agree to such transfer, disclosure, or communication within three (3) business days of such notice, the Creditor may move the Court for appropriate relief in accordance with applicable procedures for resolving discovery disputes;

      f) persons who are retained by the Parties, a Party, or Attorney to furnish consulting, technical, or expert services; and

      g) any other person executing and delivering a Written Assurance.

4. All Confidential Information produced or disclosed in connection with the Sklar Settlement Motion shall be used solely for the purpose of litigation over the Sklar Settlement Motion, including any appeals of final orders therefrom, and shall not be used for any other purpose.

5. Nothing in this Stipulation shall restrict the right of a Party to use or disclose its own Confidential Information for any purpose.

6. Each person appropriately designated pursuant to paragraph 3 to receive Confidential Information shall execute a "Written Assurance" in the form attached as **Exhibit A**.

7. Any Party who inadvertently fails to designate Confidential Information as "CONFIDENTIAL" shall promptly provide written notice of the error and substitute appropriately-designated Confidential Information. Any Party receiving such improperly-designated Confidential Information shall take immediate steps to retrieve such Confidential Information from any persons not entitled to receive that Confidential Information under Paragraph 3 of Stipulation, and, upon receipt, shall return or destroy the improperly-designated Confidential Information.

8. If a Party wishes to file with the Court any document or information designated by another Party or a non-party as "CONFIDENTIAL," the document or information must be filed under seal in accord with the rules of the Bankruptcy Court.

9. Any Party may challenge the designation of any document or information as Confidential Information by providing written notice identifying the specific document or information to which the objection is made, and the specific basis for such objection. Any such document or information shall be treated as Confidential Information until the designation is withdrawn or the Court determines that the document or information is not confidential. If the requested change in designation is not agreed to within fourteen (14) days of the notice being received, the Party seeking to remove the designation may move the Court for appropriate relief in accordance with applicable procedures for resolving discovery disputes, providing notice to any non-party whose Confidential Information may be affected.

10. If a Party inadvertently discloses a document or information that contains privileged information, or information otherwise immune from discovery, that Party shall promptly advise

the receiving Party, and request that the document or information be returned or destroyed. The receiving Party shall return or destroy such inadvertently produced document or information, including any copies, within seven (7) days of receiving such written request. The Party returning or destroying such inadvertently produced document or information may thereafter seek re-production of the document or information pursuant to applicable law. Further, if a Party receives documents or information it reasonably believes to be privileged, it will notify the producing Party in writing within seven (7) days to determine whether a claim of privilege will be asserted.

11. Pursuant to F.R.E. 502(d), a Party's inadvertent disclosure or production of any privileged document or information shall not, for the purposes of these Chapter 11 Cases or any other proceeding in any other court, constitute a waiver by that Party of any privilege or protection applicable to the document or information, including the attorney-client privilege, work product protection, and any other privilege or protection recognized by law.

12. Within sixty (60) days of entry of a final order on the Sklar Settlement Motion, each Party shall either destroy or return to the producing Party all documents and information designated as Confidential Information, and any copies of such documents or information, and shall destroy all extracts and/or data containing Confidential Information. Each Party shall provide a certification as to such return or destruction within the 60-day period. However, Attorneys shall be entitled to retain a set of all documents filed with the Court and all correspondence generated in connection with the Sklar Settlement Motion.

13. Any Party may apply to the Court for a modification of this Stipulation, and nothing in this Stipulation shall be construed to prevent a Party from seeking such further provisions enhancing or limiting confidentiality as may be appropriate.

14. No action taken in accordance with this Stipulation shall be construed as a waiver of any claim or defense raised in connection with the Sklar Settlement Motion or of any position as to discoverability or admissibility of evidence.

15. Entry of an Order approving this Stipulation and limiting the disclosure of Confidential Information in connection with the Sklar Settlement Motion, the Court does not intend to preclude another court from finding that documents or information designated as Confidential Information in this Chapter 11 Case may be relevant and subject to disclosure in another case. Any person or Party subject to this Stipulation who becomes subject to a motion or order to disclose another Party's or a non-party's Confidential Information subject to this Stipulation shall promptly notify that Party or non-party of the motion or order so that the Party or non-party may have an opportunity to appear and be heard on whether the Confidential Information should be disclosed.

16. The obligations imposed by this Stipulation shall survive the entry of a final order on the Sklar Settlement Motion.

**STIPULATED AND AGREED:**

By: */s/Keri L. Riley*
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln Street, Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
Email: klr@kutnerlaw.com
*Attorneys for Reorganized Debtors, Sklar Exploration Company, LLC*

By: */s/ Stephen Loden*
Stephen T. Loden, Co. Reg. No. 45592
Christopher D. Johnson,
**DIAMOND McCARTHY LLP**
909 Fannin Street, Suite 3700
Houston, Texas 77010
Tel. (713) 333-5100
Fax: (713) 333-5155
Sloden@diamondmccarthy.com
chris.johnson@diamondmccarthy.com
*Attorneys for Thomas M. Kim,*
*Trustee of the Sklarco Creditor Trust*

# EXHIBIT A

## Written Assurance

_____ declares that:

I reside at _____ in the City of _____, County of _____, State of _____. My telephone number is _____.

I am currently employed by _____, located at _____, and my current job title is _____.

I have read and I understand the terms of the Stipulation dated _____, filed in Case No. 20-12377-EEB, pending in the United States Bankruptcy Court for the District of Colorado. I agree to comply with and be bound by the provisions of the Stipulation. I understand that any violation of the Stipulated Protective Order may subject me to sanctions by the Court.

    I shall not divulge any information, documents, or copies of documents, designated as "CONFIDENTIAL" under the Stipulation, or the contents of such documents, to any person other than those specifically authorized by the Stipulation. I shall not copy or use such Confidential Information except for in use in connection with the Sklar Settlement Motion and under the terms of the Stipulation.

    As soon as practical, but no later than twenty-eight (28) days after entry of a final order on the Sklar Settlement Motion, I shall return to the attorney from whom I have received them, any documents or information in my possession designated as "CONFIDENTIAL," including any copies, excerpts, summaries, notes, digests, abstracts, or indices reflecting such Confidential Information.

    I submit myself to the jurisdiction of the United States Bankruptcy Court for the District of Colorado for the purpose of enforcing or otherwise providing relief relating to the Stipulation.

Executed on _____
        (Date)

_____
        (Signature)

## CERTIFICATE OF SERVICE

      I certify that on December 1, 2022, I served a complete copy of the foregoing **STIPULATION TO PROTECTIVE ORDER** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Paul Moss, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Stoneham Drilling Corporation
(Representative: Heather Stickel)
c/o James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Mesa Fluids, LLC
(Representative: Aaron W. Merrell)
1669 South 580 East
American Fork, UT 84057

TCP Cottonwood, L.P.
(Representative: Kyle C. McInnis)
c/o Eric Lockridge
400 Convention Street
Suite 700
Baton Rouge, LA 70801

Rapad Well Service Company, Inc.
(Representative: Chesley James)
c/o Jeremy Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203-4642

Kelley Brothers Contractors, Inc.
(Representative: Jerry Kelley)
401 County Farm Road
Waynesboro, MS 39367

Baker Hughes Company
(Representative: Christopher J. Ryan)
2001 Rankin Road
Houston, TX 77073

Timothy C. Mohan, Esq.
Foley & Lardner, LLP
600 17th Street
Suite 2020 South
Denver, CO 80202

J. Eric Lockridge, Esq.
Kean Miller LLP
400 Convention Street
Suite 700
P.O. Box 3513
Baton Rouge, LA 70802

Craig K. Schuenemann, Esq.
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Giovanni M. Ruscitti, Esq.
Berg Hill Greenleaf Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302

Bryce A. Suzuki, Esq.
Bryan Cave Leighton Paisner, LLP
Two North Central Avenue
Suite 2100
Phoenix, AZ 85004-4406

James B. Bailey, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Timothy M. Riley, Esq.
Hopping Green & Sams, P.A.
P.O. Box 6526
Tallahassee, FL 32314

Michel D. Rubenstein, Esq.
Liskow & Lewis
1001 Fannin Street
Suite 1800
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos
Suite 700
Austin, TX 78701

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, P.C.
999 18th Street
Suite 1230 South
Denver, CO 80202

Robert L. Paddock, Esq.
Buck Keenan LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Jeremy L. Retherford, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203

Matthew J. Ochs, Esq.
Holland & Hart, LLP
555 Seventeenth Street
Suite 3200
P.O. Box 8749
Denver, CO 80201-8749

Shay L. Denning, Esq.
Thomas H. Shipps, Esq.
Maynes, Bradford, Shipps & Sheftel, LLP
835 East Second Avenue
Suite 123
Durango, CO 81301

Robert Padjen, Esq.
Deanna Lee Westfall, Esq.
Assistant Attorney General
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202-1486

Joseph E. Bain, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

Madison Tucker, Esq.
Jones Walker LLP
201 St. Charles Avenue
Suite 5100
New Orleans, Louisiana 70170

Barnet B. Skelton, Jr., Esq.
815 Walker
Suite 1502
Houston, TX 77002

Amy L. Vazquez, Esq.
Jones Walker LLP
811 Main Street
Suite 2900
Houston, TX 77002

9

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams, LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Christopher H. Meredith, Esq.
Copeland Cook Taylor & Bush, P.A.
1076 Highland Colony Parkway
600 Concourse, Suite 200
P.O. Box 6020
Ridgeland, Mississippi 39158-6020

Michael L. Niles, Esq.
Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Victoria Argeroplos, Esq.
Jackson Walker LLP
1401 McKinney Street
Suite 1900
Houston, TX 77010

David R. Taggart, Esq.
Bradley Murchison Kelly & Shea, LLC
401 Edwards Street
Suite 1000
Shreveport, Louisiana 71101

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
P.O Box 22260
Shreveport, Louisiana 71120-2260

Paul H. Stephenson III, Esq.
Jim F. Spencer, Jr., Esq.
Watkins & Eager, PLLC
P.O. Box 650
Jackson, Mississippi 39205

John D. Cornwell, Esq.
Grant M. Beiner, Esq.
Munsch Hardt Kopf & Harr, P.C.
700 Milam Street
Suite 2700
Houston, TX 77002

Christopher D. Johnson, Esq.
Diamond McCarthy, LLP
909 Fannin Street
Suite 3700
Houston, TX 77010

Michael J. Guyerson, Esq.
Buechler Law Office, LLC
999 18th Street
Suite 1230 South
Denver, CO 80202

Jordan B. Bird, Esq.
Cook Yancey King & Galloway, APLC
333 Texas Street
Suite 1700
Shreveport, Louisiana 71120-2260

Robert L. Paddock, Esq.
Buck Keenan, LLP
2229 San Felipe
Suite 1000
Houston, TX 77019

Ryan M. Seidemann, Esq.
Assistant Attorney General
Civil Division/Lands and Natural Resources
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005

David M. Miller, Esq.
Spencer Fane LLP
1700 Lincoln Street
Suite 2000
Denver, CO 80203

Jennifer J. Hardy, Esq.
Willkie Farr & Gallagher, LLP
600 Travis Street
Houston, TX 77002

Duane J. Brescia, Esq.
Clark Hill Strasburger
720 Brazos Street
Suite 700
Austin, TX 78701

Andrew G. Edson, Esq.
Clark Hill Strasburger
901 Main Street
Suite 6000
Dallas, TX 75202

Craig M. Geno, Esq.
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157

Christopher H. Meredith, Esq.
Glenn Gates Taylor, Esq.
Copeland Cook Taylor & Bush, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Matthew S. Okin, Esq.
John Thomas Oldham, Esq.
Okin Adams LLP
1113 Vine Street
Suite 240
Houston, TX 77002

Curtis R. Shelton, Esq.
Jennifer Norris Soto, Esq.
Ayres Shelton Williams Benson & Paine, LLC
333 Texas Street, Suite 1400
P.O. Box 1764
Shreveport, Louisiana 71166

Armistead M. Long, Esq.
Gordon Arata Montgomery Barnett
McCollam Duplantis & Eagan, LLC
400 East Kaliste Saloon Road
Suite 4200
Lafayette, Louisiana 70508

Ryan J. Lorenz, Esq.
Clark Hill PLC
14850 North Scottsdale Road
Suite 500
Scottsdale, Arizona 85254

Brian G. Rich, Esq.
Michael J. Niles, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Katherine A. Ross, Esq.
U.S. Attorney's Office for the
  District of Colorado
Assistant United States Attorney
1801 California Street
Suite 1600
Denver, CO 80202

Ryco Exploration, LLC
401 Edwards Street
Suite 915
Shreveport, LA 71101
ATTN: M. Robin Smith

Ryco Exploration, LLC
40 Golf Club Drive
Haughton, LA 71037
ATTN: M. Robin Smith

Stephen K. Lecholop II, Esq.
Rosenthal Pauerstein, Esq.
Sandoloski Agather LLP
755 East Mulberry
Suite 200
San Antonio, TX 78212

11

Katherine Guidry Douthitt, Esq.
Blanchard Walker O'Quin & Roberts
P.O. Box 1126
Shreveport, Louisiana 71163

Andrew J. Shaver, Esq.
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Theodore J. Hartl, Esq.
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202-5596

John H. Smith
Quitman Tank Solutions, LLC
P.O. Box 90
Quitman, MS 39355

Belinda Harrison
58 County Road 5033
Heidelberg, MS 39439

Casey C. Breese, Esq.
Welborn Sullivan Meck & Tooley, P.C.
1125 17th Street
Suite 2200 South
Denver, CO 80202

Jeff Carruth, Esq.
Weycer Kaplan Pulaski & Zuber, P.C.
11 Greenway Plaza
Suite 1400
Houston, TX 77046

Michael E. Riddick, Esq.
Katherine Guidry Douthill, Esq.
Blanchard Walker O'Quin & Roberts, P.C.
333 Texas Street
Regions Tower
Suite 700
Shreveport, Louisiana 71101

Chris Crowley, Esq.
Feldmann Nagel Cantafio, PLLC
1875 Lawrence Street
Suite 730
Denver, CO 80202

Timothy M. Swanson, Esq.
Moye White LLP
1400 16th Street
Suite 600
Denver, CO 80206

Adam L. Hirsch, Esq.
Davis Graham & Stubbs LLP
1550 Seventeenth Street
Suite 500
Denver, CO 80202

Elizabeth Weller, Esq.
Linebarger Goggan Blair and Sampson, LLP
2777 North Stemmons Freeway
Suite 1000
Dallas, TX 75207

P. Matthew Cox, Esq.
Snow Christensen & Martineau
10 Exchange Place, Eleventh Floor
P.O. Box 45000
Salt Lake City, UT 84111

Michael L. Schuster, Esq.
Ballard Spahr LLP
1225 17th Street
Suite 2300
Denver, CO 80202-5596

Deirdre Carey Brown, Esq.
Forshey & Prostok LLP
1990 Post Oak Blvd.
Suite 2400
Houston, TX 77056

Nex Tier Completion Solutions, Inc.
c/o Allen Bryson, PLLC
1920 McKinney Avenue
7th Floor
Dallas, Texas 75201

Mario A. Lamar, Esq.
Allen Bryson PLLC
1920 McKinney Avenue
7th Floor
Dallas, TX 75201

John H. Bernstein, Esq.
Kutak Rock LLP
1801 California Street
Suite 3000
Denver, CO 80202

Laurie A. Spindler, Esq.
Linebarger Goggan Blair & Sampson, LLP
2777 North Stemmons Freeway
Suite 1000
Dallas, TX 75207

Daniel L. Bray, Esq.
1801 Wewatta Street
Suite 1000
Denver, CO 80202

The Juneau Group
2386A Rice Blvd.
Suite 232
Houston, TX 77005

Tyler Lee Weidlich, Esq.
Beatty & Wozniak, P.C.
1675 Broadway Street
Suite 600
Denver, CO 80202

Florence Bonaccorso-Saenz, Esq.
617 North Third Street
Baton Rouge, LA 70802

J. Marshall Jones
920 Arapahoe
Louisville, CO 80027

David W. Hall
482 Merritt Road
Benton, LA 71006

Joseph D. DeGiorgio, Esq.
David W. Drake, Esq.
Barrett Frappier Weisserman, LLP
1391 North Speer Blvd.
Suite 700
Denver, CO 80204

Brent R. Cohen, Esq.
Lewis Roca Rothgerber Christie LLP
1601 19th Street
Suite 1000
Denver, CO 80202

John Childers, Esq.
8150 North Central Expressway
10th Floor
Dallas, TX 75206

Epiq Systems
757 Third Avenue
3rd Floor
New York, NY 10017

Jeffrey R. Barber, Esq.
Jones Walker LLP
P.O. Box 427
1901 East Capitol Street
Suite 800
Jackson, MS 39205-0427

Benjamin Young Ford, Esq.
Armbrecht Jackson
P.O. Box 290
Mobile, AL 36601

Kelsey James Buechler, Esq.
999 18th Street
Suite 1230 South
Denver, CO 80202

Louis M. Grossman, Esq.
Kean Miller LLP
First Bank and Trust Tower
909 Poydras Street
Suite 3600
New Orleans, LA 70112

Lloyd A. Lim, Esq.
Rachel T. Kubanda, Esq.
Kean Miller LLP
711 Louisiana Street
Suite 1800
Houston, TX 77002

Robert D. Lantz, Esq.
Castle Lantz Maricle, LLC
4100 East Mississippi Avenue
Suite 410
Denver, CO 80426

Troy "T.J." Hales, Esq.
Bell Nunnally & Martin LLP
2323 Ross Avenue
Suite 1900
Dallas, Texas 75201

Paul J. Hammer, Esq.
Barron & Newburger, P.C.
5555 West Loop South
Suite 235
Bellaire, TX 77401

Michael J. Pankow, Esq.
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202-4432

**/s/Vicky Martina**
**Vicky Martina**
**Kutner Brinen Dickey Riley PC**