UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
|    Debtor. | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN:  72-1425432 | ) | Chapter 11 |
|    Debtor. | ) | |

**ORDER GRANTING MOTION FOR ENTRY OF PROTECTIVE ORDER AND
APPROVING STIPULATION TO PROTECTIVE ORDER**

THIS MATTER, having come before the Court on the Reorganized Debtors' *Motion for Entry of Protective Order* (Docket No. 1895) ("Motion") and the *Stipulation to Protective Order* (Docket No. ___) ("Stipulation"), the Court having reviewed the Motion and Stipulation, no notice having been required, being fully apprised in the premises, does hereby

ORDER

That the Motion is GRANTED, and the Stipulation is hereby APPROVED and made an Order of the Court.

DONE and entered this _____ day of December, 2022 at Denver, Colorado.

                                                        _____
                                                        Honorable Elizabeth E. Brown
                                                        United States Bankruptcy Judge