UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. | |

**UNSWORN DECLARATION OF MAREN SILBERSTEIN**

I hereby declare as follows under penalty of perjury pursuant to 28 U.S.C. § 1746.

"My name is Maren Silberstein. I am over the age of 18 years. I am competent to make this declaration, and I have personal knowledge of the facts stated herein. Each and every statement contained herein is true and correct to the best of my knowledge, information and belief."

"I was the beneficiary of the Judy Trust for the Benefit of Maren Silberstein ("Judy Trust"). The Judy Trust had an agency services agreement with the Debtor, Sklarco. A copy of the Agency Services Agreement is attached as **Exhibit A**. This is from the books and records of the Maren Trust."

"Judy Trust was replaced with The Maren Silberstein Revocable Trust" ("Maren Trust")."

"I was never informed that Sklarco was in bankruptcy or that the Bankruptcy of Sklarco or Sklar Exploration Company would impact the Maren Trust's rights in any way. The Agency Services Agreement ("ASA") for the Maren Trust assets was solely with Sklarco."

"I stayed with my aunt during Spring 2020 because of the COVID pandemic. At that time, I was told Howard Sklar was involved in a bankruptcy. I was never informed by anyone with Sklarco that any bankruptcy Howard Sklar was involved in could impact the Maren Trust assets."

"At no time did anyone SEC or Sklarco tell me Sklarco was in bankruptcy and the ASA was subject to bankruptcy court administration. I relied on Sklarco as the agent for the Maren Trust to manage the assets as its agent who had a duty to the Maren Trust to act honestly, faithfully and with due care."

"I had a call with Howard Sklar in January 2021. My husband was also listening to the call. Again, I was reassured that the Maren Trust assets were not impacted in any way by whatever bankruptcy issues he was having."

"I learned of the Sklarco bankruptcy from Sarah Covell, a Trustee of the Maren Trust. Ms. Covell informed me she had been contacted by Barnet Skelton who I learned is an attorney for the Rudman Partnership, a creditor in the bankruptcy. I was informed he reached out to the former Trustee for the Judy Trust who put him in touch with Sarah A. Covell."

"After learning of the Sklarco bankruptcy in July 2021, myself and Ms. Covell worked to retain counsel for the Maren Trust in the bankruptcy."

"The Maren Trust never received any notices in the bankruptcy prior to the call from Mr. Skelton. I was never contacted by the Chief Restructuring Officer, counsel for the Debtors, or anyone else regarding a Sklarco bankruptcy before Mr. Skelton reached out to Ms. Covell."

"In or around July 2021, I also discovered I was not getting the monthly account statements. With the assistance of my husband, I tried to get monthly statements from Sklarco because they were not being mailed to me anymore. Electronic copies were provided. I noticed that my address was incorrectly reflected on the statements."

"After receiving the statements, I discussed questionable expenses with my husband. My husband has some oil and gas experience."

"The Maren Trust's counsel reached out to the Debtors' counsel on July 26, 2021 noting she had just been retained, requesting records, and raising potential concerns about expenses charged to the Maren Trust under the ASA. *See,* **Exhibit B**."

"In response to the Maren Trust's concerns regarding improper expenses, the Debtor's counsel assured the Maren Trust, through its counsel, that the Maren Trust's rights with respect to any of the assets are 'fully preserved' via the Plan and this included the issue regarding expenses given that was the first issue the Maren Trust raised via counsel. *See,* **Exhibit B** (addresses are redacted for privacy reasons and emphasis added)."

"The Maren Trust's counsel continued to follow up on document requests from the Debtors' counsel given the concerns raised in the statements and to determine the amount to cure the defaults for the assumption of the ASA. *See,* **Exhibit C.**"

"The Debtors at all times after the Maren Trust learned of the Bankruptcy knew that the Trust had concerns with the expenses charged to the Trust, the lack of notice of the bankruptcy, and the failure to provide timely statements."

"The statements which were provided by Sklarco for the period of the bankruptcy are attached as **Exhibit D**. The statements clearly reflect unsupported expenses including several line item transfers to SEC."

"Post-Confirmation the Maren Trust has raised concerns with the mishandling of the accounts which are not part of the administrative claim or cure claim as they are issues that were incurred after confirmation of the Debtors' Plan and not outstanding as of the date of confirmation. The Maren Trust reserves all rights to pursue claims related to the post-confirmation handling of the assets. The Maren Trust, through counsel, reached out to the Reorganized Debtors showing the discrepancies in the records and received no response to the accounting irregularities."

"I declare under penalty of perjury that the foregoing declaration is correct and true to the best of my knowledge, information and belief."

_____
Maren Silberstein