# EXHIBIT B

| From: | Keri Riley |
|---|---|
| To: | Deirdre Brown; Jeffrey Brinen |
| Subject: | [External] RE: Sklar - Maren Silberstein Revocable Trust ("Trust") |
| Date: | Tuesday, July 27, 2021 6:13:48 PM |
| Attachments: | Amended Sklarco Schedules_rev_6.30.pdf |
| | second amended and restated joint plan of reorganization.pdf |
| | Amended SEC Schedules.pdf |
| | 101~JUD_20210131.pdf |
| | 2.ASA AGREEMENT.pdf |

Deidre,

Thank you for reaching out. I will give you a call tomorrow morning to discuss this matter further, but in the interim, I have attached a copy of the most recent amended schedules filed by Sklarco and the schedules filed by Sklar Exploration Company (referred to in pleadings as "SEC"), as well as a copy of the Second Amended and Restated Chapter 11 Plan, which is currently pending before the bankruptcy court, but which has not been confirmed.

Specifically with respect to the assets to which the Maren Trust may assert an interest, I have attached a copy of the January JIB statement here. I am working on getting an updated copy from the company. Last week we were also advised that the Maren Trust may be a party to a separate Agency Services Agreement, which I have attached here for your reference. We have not taken any action with respect to this particular agreement, as we were only recently advised of its existence.

We are still working to verify that notice was provided previously. In the interim, if you can provide an address for the trustees, we will certainly ensure that all future notices go to them as well. As you will see from the Plan, all rights with respect to any of the assets in which the Maren Trust may have an interest are fully preserved.

Happy to provide any additional information that you would like as well, and I will be more than happy to provide some additional background on the phone tomorrow. In the interim, please let me know if I can provide anything further.

Thanks,

Keri L. Riley, Esq.
Kutner Brinen Dickey Riley, P.C.
1660 Lincoln St., Suite 1720
Denver, CO 80264
303-832-2910 Direct
303-832-2400 Main



E-MAIL CONFIDENTIALITY NOTICE:
The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use,

dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

**From:** Deirdre Brown <dbrown@forsheyprostok.com>
**Sent:** Monday, July 26, 2021 6:01 PM
**To:** Jeffrey Brinen <jsb@kutnerlaw.com>; Keri Riley <klr@kutnerlaw.com>
**Subject:** Sklar - Maren Silberstein Revocable Trust ("Trust")
**Importance:** High

Dear Jeff and Keri –

I have just been retained by the Maren Silberstein Revocable Trust.
I have to do a comprehensive pull of the docket still, but have reviewed the minutes on the docket. I am aware that the confirmation hearing was continued to August 16.
Maren Silberstein and the co-Trustee of the Trust are not aware of receiving any notice of the Bankruptcy.
They only learned of the bankruptcy because Mr. Skelton tracked down the Trustee in New York.

As such, we are at a huge disadvantage with the timing.
Do you have anything isolating all the interests and contracts between the Debtor and the Maren Silberstein Revocable Trust that you can provide and/or any slide decks showing all of the Debtors' interests.

I understand that there have been expenses charged to accounts which Skelton alleges were not used for the alleged purpose. I have no opinion on whether that is accurate or not at this time. However, can you provide me whatever records you have provided to the Committee and Skelton so that I can try to get up to speed quickly. I am aware of substantial expenses charged to the Trust's accounts.

I have spoken with Committee Counsel John Cornwall, Mr. Skelton, and Ms. Hardy just to touch base that I have been retained as I begin this fact finding mission.

I look forward to working with you.

Best regards -



*Deirdre Carey Brown, pllc*
**FORSHEYPROSTOK LLP**
Partner   | P 832.367.5722
**1990 Post Oak, Suite 2400 Houston, TX 77056**
dbrown@forsheyprostok.com

Unless otherwise indicated or obvious from the nature of this transmittal, the information contained in this email message is attorney-client privileged and confidential, intended for the sole use of the intended recipient(s).  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by email and destroy all copies of the original message.  Although this email and any attachments are believed to be free of any virus or

other defects that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Forshey Prostok LLP or Deirdre Carey Brown, pllc. for any loss or damage arising in any way from its use.

TAX DISCLAIMER

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing, or recommending to another party any tax-related matters addressed.