# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SKLAR EXPLORATION COMPANY, LLC ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 ) | |
| ) | Chapter 11 |
| Debtor-in-Possession. ) | |
| ) | |
| IN RE: ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | |
| ) | Chapter 11 |
| Debtor-in-Possession. ) | |

## ORDER GRANTING
## KHCD PROPERTIES, LLC AND C. DENZIL BLOUNT CHARITABLE REMAINDER TRUST'S MOTION TO LIFT ANY REMAINING STAY OF PROCEEDINGS

KHCD Properties, LLC and C. Denzil Blount Charitable Remainder Trust (together, "**Movant**") has filed herein a motion for relief from stay to prosecute Case No. C-1609212 before the 26th Judicial District Court in and for Bossier Parish, Louisiana.

The Court, being duly advised, and any objections having been resolved, withdrawn, or overruled, hereby orders that the relief sought by the motion should be granted, and Movant is hereby granted relief from stay in order to proceed to take possession of, by way of the appointment of a receiver and otherwise, and to foreclose on the collateral above described, or if applicable, to proceed with the above described litigation (but not to seek to enforce any judgment Movant may obtain against the debtor personally or the debtor's post-petition property.) If applicable, the chapter 13 trustee will make no more distributions on Movant's secured claim.

The Court further orders that the 14-day stay under F.R.B.P. 4001(a)(3) is waived.

Dated: _____    _____
                                          United States Bankruptcy Judge

4895-0058-2470.v1