# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930<br><br>        Debtor-in-Possession.<br><br>IN RE:<br><br>SKLARCO, LLC<br>EIN: 72-1425432<br><br>        Debtor-in-Possession. | Case No. 20-12377-EEB<br><br>Chapter 11<br><br><br><br><br>Case No. 20-12380-EEB<br><br>Chapter 11 |

## NOTICE OF
## KHCD PROPERTIES, LLC AND C. DENZIL BLOUNT CHARITABLE REMAINDER TRUST'S MOTION TO LIFT ANY REMAINING STAY OF PROCEEDINGS

**Part 1. Objection Deadline**

OBJECTION DEADLINE: January 12, 2023

**Part 2. Notice**

NOTICE IS HEREBY GIVEN that a Motion for Relief from Stay has been filed, a copy of which is attached hereto.

A hearing on the Motion has been set for January 19, 2023, at 1:30 PM MT at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom F, Fifth Floor, Denver, Colorado 80202. The hearing will be conducted in accordance with the provisions of L.B.R. 4001-1.

If you desire to oppose the Motion, you must file with this Court a written objection to the Motion on or before the objection deadline stated above and serve a copy upon movant's attorney, whose address is listed below.

If you file an objection, you are required to comply with L.B.R. 4001-1 regarding hearing procedures, including (i) the timely submission and exchange of witness lists and exhibits and (ii) attendance at the above-scheduled hearing in person or through counsel, if represented.

4895-0058-2470.v1

If you fail to file an objection, the scheduled hearing will be vacated, and an order granting the relief requested may be granted without further notice to you.

**Part 3.  Signature of Movant's Attorney**

Dated: December 22, 2022

/s/Timothy M. Swanson
Timothy M. Swanson (47267)
Patrick R. Akers (54803)
MOYE WHITE LLP
1400 16th Street, 6th Floor
Denver, Colorado 80202
 (303) 292-2900
 (303) 292 4510 (facsimile)
tim.swanson@moyewhite.com
patrick.akers@moyewhite.com

David R. Taggart (Texas Bar # 00793102)
BRADLEY MURCHISON KELLY & SHEA LLC
401 Edwards Street, Suite 1000
Shreveport, Louisiana 71101
(318) 227-1131
(318) 227-1141 (facsimile)
dtaggart@bradleyfirm.com

*Counsel to KHCD PROPERTIES, LLC and C. DENZIL BLOUNT CHARITABLE REMAINDER TRUST*

4895-0058-2470.v1