## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 | ) | |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |

## **AMENDED CERTIFICATE OF SERVICE**

I certify that on December 23, 2022, I served complete copies of (i) *KHCD Properties, LLC and C. Denzil Blount Charitable Remainder Trust's Motion to Lift Any Remaining Stay of Proceedings* [Docket No. 1907] and (ii) *Notice of KHCD Properties, LLC and C. Denzil Blount Charitable Remainder Trust's Motion to Lift Any Remaining Stay of Proceedings* [Docket No. 1908] on the following parties via CM/ECF and regular U.S. mail in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Jeffrey S. Brinen
Jenny M.F. Fujii
Keri L. Riley
1660 Lincoln Street, Suite 1720
Denver, CO 80264

Benjamin Y. Ford
RSA Tower, 27th Floor
11 North Water Street
Mobile, AL 36602

Matthew J. Ochs
555 17th Street, Suite 3200
Denver, CO 80202

Michael J. Pankow
410 17th Street, 22nd Floor
Denver, CO 80202

Paul Moss
Byron G. Rogers Federal Building
1961 Stout Street, Suite 12-200
Denver, CO 80294

Grant Matthew Beiner
John Cornwell
Munsch Hardt Kopf & Harr, PC
700 Milam Street, Suite 2700
Houston, TX 77002

Christopher D. Johnson
Diamond McCarthy LLP
909 Fannin Street, Suite 3700
Houston, TX 77002

Dated: December 23, 2022

/s/ *Timothy M. Swanson*
Timothy M. Swanson (47267)
Patrick R. Akers (54803)
MOYE WHITE LLP
1400 16th Street, 6th Floor
Denver, Colorado 80202
 (303) 292-2900
 (303) 292 4510 (facsimile)
tim.swanson@moyewhite.com
patrick.akers@moyewhite.com

David R. Taggart (Texas Bar # 00793102)
BRADLEY MURCHISON KELLY & SHEA LLC
401 Edwards Street, Suite 1000
Shreveport, Louisiana 71101
(318) 227-1131
(318) 227-1141 (facsimile)
dtaggart@bradleyfirm.com

*Counsel to KHCD PROPERTIES, LLC and C. DENZIL BLOUNT CHARITABLE REMAINDER TRUST*