# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930<br><br>   Debtor-in-Possession. | )<br>)<br>) Case No. 20-12377-EEB<br>)<br>) Chapter 11<br>)<br>) |
| IN RE:<br><br>SKLARCO, LLC<br>EIN: 72-1425432<br><br>   Debtor-in-Possession. | )<br>)<br>)<br>) Case No. 20-12380-EEB<br>)<br>) Chapter 11<br>)<br>)<br>)<br>) |

## NOTICE OF SUBSTITUTION

**Part 1. Notice**

Please be advised that David R. Taggart of Bradley Murchison Kelly & Shea LLC hereby withdraws as attorney of record for KHCD Properties, LLC and C. Denzil Blount Charitable Remainder Trust (together, "**KHCD**"), and Timothy M. Swanson and Patrick R. Akers of Moye White LLP will continue to act as attorneys of record for KHCD. Pursuant to L.B.R. 9010-4(b), the Clerk is authorized to terminate the involvement of the withdrawing attorney.

**Part 2. Signature of KHCD's Withdrawing Attorney and KHCD's Continuing Attorney**

Dated: January 6, 2023

/s/ *David R. Taggart*
Signature of Withdrawing Attorney

David R. Taggart (Texas Bar # 00793102)
BRADLEY MURCHISON KELLY & SHEA LLC
401 Edwards Street, Suite 1000
Shreveport, Louisiana 71101
(318) 227-1131
(318) 227-1141 (facsimile)
dtaggart@bradleyfirm.com

Dated: January 6, 2023 /s/ *Patrick R. Akers*
Signature of Continuing Attorney

Timothy M. Swanson (47267)
Patrick R. Akers (54803)
MOYE WHITE LLP
1400 16th Street, 6th Floor
Denver, Colorado 80202
(303) 292-2900
(303) 292-4510 (facsimile)
tim.swanson@moyewhite.com
patrick.akers@moyewhite.com

2

## **CERTIFICATE OF SERVICE**

I certify that on January 6, 2023, I served a complete copy of *Notice of Substitution* on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

- KHCD Properties, LLC via email
- C. Denzil Blount Charitable Remainder Trust via email
- Jeffrey S. Brinen via CM/ECF
- Jenny M.F. Fujii via CM/ECF
- Keri L. Riley via CM/ECF
- Benjamin Y. Ford via CM/ECF
- Matthew J. Ochs via CM/ECF
- Michael J. Pankow via CM/ECF
- Paul Moss, U.S. Trustee, via CM/ECF
- Grant Matthew Beiner via CM/ECF
- John Cornwell via CM/ECF
- Christopher D. Johnson via CM/ECF
- All parties who have entered an appearance in the case or proceeding via CM/ECF

/s/ Patrick R. Akers
Patrick R. Akers (54803)

*Counsel for KHCD*