## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SKLAR EXPLORATION COMPANY, LLC ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 ) | |
| ) | Chapter 11 |
| Debtor-in-Possession. ) | |
| ) | |
| ) | |
| IN RE: ) | |
| ) | |
| SKLARCO, LLC ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 ) | |
| ) | Chapter 11 |
| ) | |
| ) | |
| Debtor-in-Possession. ) | |
| ) | |

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER (RE: MOTION FOR RELIEF FROM STAY)**

**Part 1.  Certificate and Request**

On December 22, 2022, KHCD Properties, LLC and C. Denzil Blount Charitable Remainder Trust (together, "**Movant**") filed a motion pursuant to L.B.R. 4001-1 entitled, *Motion to Lift Any Remaining Stay of Proceedings* [Docket No. 1907] (the "**Motion**"). Movant hereby certifies and shows the Court:

1. Service of the Notice [Docket No. 1908] and Motion were timely made on all parties against whom relief is sought pursuant to L.B.R. 4001-1(a), or in the manner permitted by an order of the Court, as is shown on the Amended Certificate of Service [Docket No. 1910] previously filed with the Notice.

2. A hearing on said Motion was scheduled for January 19, 2023 at 1:30 PM MT.

3. No objections to or requests for hearing on the Motion were received by the undersigned or filed with the Court or if filed, were withdrawn.

WHEREFORE, Movant prays that the Court forthwith enter an order, a form of which was submitted to the Court with the Motion [Docket No. 1907-1] granting the requested relief.

**Part 2.  Signature of Movant's Attorney**

Dated: January 19, 2023

/s/ *Patrick R. Akers*
Timothy M. Swanson (47267)
Patrick R. Akers (54803)
MOYE WHITE LLP
1400 16th Street, 6th Floor
Denver, Colorado 80202
(303) 292-2900
(303) 292-4510 (facsimile)
tim.swanson@moyewhite.com
patrick.akers@moyewhite.com

*Counsel for Movant*

2