# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**ORDER APPROVING STIPULATION FOR SETTLEMENT AND ALLOWANCE OF CLAIM FILED BY STONEHAM DRILLING CORPORATION**

THIS MATTER having come before the Court on the Stipulation by and between Stoneham Drilling Corporation ("Stoneham"), Sklar Exploration Company, LLC and Sklarco, LLC (collectively, the "Debtors"), and Thomas M. Kim, solely in his capacity as the creditor trustee ("Creditor Trustee" and, together with Stoneham and the Debtors, the "Parties"), and the Court having reviewed the Stipulation and finding good cause for granting the requested relief, does hereby **ORDER** as follows:

1. The Stipulation is hereby **APPROVED**.

2. Stoneham Drilling Corporation is hereby **ALLOWED** an unsecured claim in the amount of **$1,482,146.23** (the "Allowed Stoneham Claim").

3. The Allowed Stoneham Claim shall be treated under the confirmed *Second Amended and Restated Joint Plan of Reorganization Dated December 18, 2020* [Docket No. 1251] (the "Plan") as a class B.1 Claim and paid as a Class 6 general unsecured claim of Sklar Exploration Company, LLC, as more particularly provided in the Plan.

1

4. This Order resolves the Debtors' Objection to Claim No. 244 [Docket No. 1729].

**DONE AND ORDERED** this the 23rd day of January, 2023.

_____
UNITED STATES BANKRUPTCY JUDGE