# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br><br>    Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| In re:<br><br>SKLARCO, LLC,<br><br>    Debtor. | Case No. 20-12380-EEB<br><br>Chapter 11 |

### ORDER GRANTING EX PARTE MOTION FOR RELIEF FROM ORDER TO FILE AND ORDER FOR COMPLIANCE WITH LOCAL BANKRUPTCY RULE 9013-1 OR OTHER APPLICABLE RULES OF PROCEDURE <u>REGARDING SERVICE AND NOTICE</u>

THIS MATTER having come before the Court on the *Ex Parte Motion for Relief from Order to File and Order for Compliance With Local Bankruptcy Rule 9013-1 or Other Applicable Rules of Procedure Regarding Service and Notice* (the "Motion for Relief") filed by Stoneham Drilling Corporation ("Stoneham"), and the Court having reviewed the Motion for Relief and finding good cause for granting the requested relief, does hereby **ORDER** as follows:

1. The Motion for Relief is hereby **GRANTED**.

2. The Court's *Order to File and Order for Compliance with Local Bankruptcy Rule 9013-1 or Other Applicable Rules of Procedure Regarding Service and Notice* [Docket No. 1881] is hereby **VACATED**.

3. The Court will enter a separate order regarding the *Stipulation for Settlement and Allowance of Claim Filed by Stoneham Drilling Corporation* [Docket No. 1880].

1

**DONE AND ORDERED** this the 23rd day of January, 2023.

*Elizabeth E. Brown*
_____
UNITED STATES BANKRUPTCY JUDGE