IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SKLAR EXPLORATION COMPANY, LLC, *et al.*, | § § § | Case No. 20-12377-EEB |
| | § | Jointly Administered |
| Debtors. | § § | |

CREDITOR TRUSTEE'S QUARTERLY REPORT
FOR PERIOD ENDING DECEMBER 31, 2022

Thomas M. Kim, the Trustee of the Sklarco Creditor Trust (the "Trustee") files this *Quarterly Report of the Period Ending December 31, 2022.*

During the reporting period, the Creditor Trust received, and distributed funds as follows:

| Receipts | 4Q2022 | Cumulative |
|---|---:|---:|
| Preference Settlements | $288,001.00 | $1,862,560.60 |
| Available Cash Distribution (from Debtor) | $521,523.91 | $944,523.91 |
| Trust Administration Funds (from Debtor) | $0.00 | $250,000.00 |
| Total | $809,524.91 | $3,057,084.51 |

| Disbusements - Administration | 4Q2022 | Cummulative |
|---|---:|---:|
| r2 advisors llc - Trustee | $27,120.02 | $154,329.19 |
| Diamond McCarthy - Counsel | $183,287.12 | $510,778.05 |
| Hoffman Nies Dave & Meyer - Counsel | $27,860.00 | $68,860.00 |
| Jones Walker - Counsel | $4,189.50 | $4,189.50 |
| Lain Falkner & Co. - Accountant | $39,481.17 | $230,545.20 |
| GlassRatner - Accountant | $56,192.50 | $56,192.50 |
| Stretto - Bank Fees | $1,650.00 | $6,100.00 |
| Munsch Hardt Kopf & Harr - Counsel | $0.00 | $58,783.39 |
| Total | $339,780.31 | $1,089,777.83 |

Net Cash Flow for the Reporting Period:  $469,744.60

Net Cash Flow since the Effective Date:  $1,967,306.68

**Creditor Distributions.** As of the end of the reporting period, the Creditor Trust has not made distribution to trust beneficiaries. The Reorganized Debtors are currently in the process of reviewing, objecting to, and resolving objections to certain claims. Until this claims resolution process is complete, the distribution to beneficiaries is premature. Once the Reorganized Debtors have completed the claims resolution process, the Trustee will determine whether there are sufficient funds to make an interim distribution.

Dated: January 30, 2023

By:   */s/ Thomas M. Kim*
      Thomas M. Kim
      Trustee of the Sklar Creditor Trust