UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. | |

**MAREN TRUST'S NOTICE FILING CORRECTED
<u>EXHIBIT TO DECLARATION</u>**

The Maren Silberstein Revocable Trust ("Maren Trust") files this notice to correct an exhibit to the Maren Silberstein Declaration at ECF 1903-2. It appears Exhibit C was uploaded twice and the entire Exhibit D was not uploaded. As such, Exhibit D in its entirety is attached hereto in four parts.

DATED: February 8, 2023

Respectfully submitted,

By: <u>/s/ Deirdre Carey Brown</u>
DEIRDRE CAREY BROWN, pllc
FORSHEY & PROSTOK LLP

1990 Post Oak Blvd Suite 2400
Houston, Texas 77056
Telephone: 832.367.5722
dbrown@forsheyprostok.com

ATTORNEY FOR MAREN SILBERSTEIN
REVOCABLE TRUST

1

## CERTIFICATE OF SERVICE

On February 8, 2023, the foregoing objection to declaration was served on all parties registered to receive ECF in this case.

*/s/ Deirdre Carey Brown*
DEIRDRE CAREY BROWN

2