**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY,<br>LLC,<br>EIN NO: 72-1417930<br><br><br>Debtor. | Bankruptcy Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>SKLARCO, LLC,<br>EIN NO: 72-1425432<br><br>Debtor. | Bankruptcy Case No. 20-12380 EEB<br>Chapter 11<br><br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |

## ORDER AND NOTICE OF SCHEDULING CONFERENCE

IT IS HEREBY ORDERED that the contested matter of the Maren Silberstein Trust's Application for Allowance of Administrative Claims and Cure Claims, and the Objection thereto filed by the Debtors is set for a scheduling conference on a trailing docket before Judge Elizabeth E. Brown on **Thursday, April 13, 2023, at 10:00 a.m., in Courtroom F**, United States Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202.

Parties shall appear telephonically and shall call 833-435-1820 or 833-568-8864 **immediately before** the scheduled time of the hearing.  The Meeting Access Code for the conference call is 160 929 3959, followed by the # sign, then press # again if/when prompted to enter participant ID.   Please state your name clearly.  Please stay on the line until the court operator takes the roll call and the hearing begins. **The Court will not contact parties by telephone.  If a party has not called in to the conference line or is not present in court, it will be deemed a failure to appear, and be subject to imposition of sanctions as appropriate.**  Use of a cellular telephone is not permitted at this time due to technical difficulties it creates with the court's conference call equipment.  Please use a land line.

Counsel shall be prepared at the scheduling conference to discuss (1) the anticipated subject matter of witness testimony; (2) whether certain witnesses will testify remotely; and (3) other matters related to an evidentiary hearing.

Failure of the parties, or a party, to comply with, or otherwise respond to, this Order, or to appear at the scheduling conference, may result in the imposition of

sanctions, unilateral disposition of the within contested matter, or entry of judgment, if warranted and appropriate.

DATED: this 20th day of March, 2023

BY THE COURT:

_Elizabeth E. Brown_

Elizabeth E. Brown, Bankruptcy Judge