United States Bankruptcy Court

District of Colorado

| | |
|---|---|
| In re: | Case No. 20-12377-EEB |
| Sklar Exploration Company, LLC | Chapter 11 |
| Sklarco, LLC | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 1 of 13 |
| Date Rcvd: Mar 20, 2023 | Form ID: pdf904 | Total Noticed: 87 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Sklar Exploration Company, LLC, Sklarco, LLC, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301-2541 |
| aty | + | Benjamin Y. Ford, RSA Tower, 27th Floor, 11 North Water Street, Mobile, AL 36602-3809 |
| aty | + | Casey Carlton Breese, Lathrop GPM LLP, 675 15th Street, Suite 2650, 80202 Denver, CO 80202-4224 |
| aty | + | Clark Hill Strasburger, ATTN: Duane J. Brescia, 720 Brazos, Suite 700, Austin, TX 78701-2531 |
| aty | + | Cook, Yancey, King & Galloway, APLC, 333 Texas Street, Suite 1700, P.O. Box 22260, Shreveport, LA 71120-2260 |
| aty | + | Hopping Green & Sams, Hopping Green & Sams, P.A., 119 S. Monroe Street, Suite 300, Tallahassee, FL 32301 UNITED STATES 32301-1591 |
| aty | + | John Childers, 8150 N. Central Expressway, 10th Floor, Dallas, TX 75206-1815 |
| aty | + | Rachel T. Kubanda, 711 Louisiana St., Ste. 1800, Houston, TX 77002-2832 |
| cr | + | AEEC II, LLC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | AEH Investments, LLC, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| cr | + | Anderson Exploration Energy Company, LC, 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Baker Hughes Holdings, LLC FKA Baker Hughes, a GE, C/O Christopher J. Ryan, 17021 Aldine Westfield Road, Houston, TX 77073-5101 |
| cr | + | Barbara P Lawrence, 55 Hill Circle, Evergreen, CO 80439-4618 |
| cr | + | Barnette & Benefield, Inc., PO Box 550, Haynesville, LA 71038-0550 |
| cr | + | Bettye LaCour, 128 Ella Hill Street, Maurice, LA 70555-3266 |
| cr | + | Bundero Investment Company, LLC, 401 Edwards Street, Suite 820, Shreveport, LA 71101-5521 |
| cr | + | C. Bickham Dickson, III, 307 Deborah Drive, Shreveport, LA 71106-6009 |
| cr | + | Dickson Oil & Gas, L.L.C., 307 Deborah Drive, Shreveport, LA 71106-6009 |
| cr | + | Estate of Pamela Page, Deceased, P.O. Box 374, Evergreen, CO 80437-0374 |
| cr | + | Fant Energy Limited, c/o Jackson Walker, 1401 McKinney Street, Suite 1900, Houston, TX 77010-4037 |
| cr | + | Foote Oil and Gas Properties, LLC, 1655 Prudential Drive, #161B, Jacksonville, FL 32207-8105 |
| cr | | Franks Exploration Company, LLC, P.O. Box 7726, Shreveport, LA 71137-7726 |
| cr | + | Hughes Oil South, LLC, P.O. Box 608, Oxford, MS 38655-0608 |
| cr | + | I & L Miss I, LP, 4761 Frank Luck Dr, Addison, TX 75001-3202 |
| cr | + | J&A Harris, LP, 333 Texas Street, Suite 1414, Shreveport, LA 71101-3678 |
| cr | + | John H. Smith, c/o Quitman Tank Solutions, LLC, PO Box 90, Quitman, MS 39355-0090 |
| cr | + | KMR Investments, LLC, P.O. Box 417, Homer, LA 71040-0417 |
| cr | + | Kingston, LLC, 2790 South Thompson Street, Suite 102, Springdale, AR 72764-6303 |
| cr | + | Kodiak Gas Services, LLC, 15320 Hwy. 105, Suite 210, Montgomery, TX 77356-2602 |
| cr | + | Lucas Petroleum Group, Inc., c/o Duane J. Brescia, Clark Hill Strasburger, 720 Brazos, Suite 700, Austin, TX 78701-2531 |
| cr | + | McCombs Energy, Ltd., 755 E Mulberry Ave, Ste 200, San Antonio, TX 78212-4285 |
| cr | + | McCombs Exploration, LLC, 755 E Mulberry Ave, Ste 200, San Antonio, TX 78212-4285 |
| cr | + | NexTier Completion Solutions, Inc., c/o Allen Bryson, PLLC, 211 N. Center St., Longview, TX 75601-7221 |
| cr | + | Pearl Parkway, LLC, 2595 Canyon Blvd., Ste 230, Boulder, CO 80302-6737 |
| cr | + | Pickens Financial Group, LLC, 10100 N. Central Expressway, Suite 200, Dallas, TX 75231-4169 |
| cr | + | Pine Island Chemical Solutions, L.L.C., c/o Armistead M. Long, Gordon, Arata, Montgomery, Barnett, 400 East Kaliste Saloom Road, Suite 4200 Lafayette, LA 70508-8522 |
| cr | + | Seitel Data, Ltd., c/o Duane J. Brescia, Clark Hill Strasburger, 720 Brazos, Suite 700, Austin, TX 78701-2531 |
| cr | + | Stoneham Drilling Corporation, c/o Bradley, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | + | Sugar Oil Properties, L.P., 625 Market Street, Suite 100, Shreveport, LA 71101-5392 |
| cr | + | TCP Cottonwood, L.P., 333 Texas Street, #2020, Shreveport, LA 71101-3680 |
| cr | + | Tauber Exploration & Production Company, 55 Waugh Drive, Suite 700, Houston, TX 77007-5837 |

| District/off: 1082-1 | User: admin | Page 2 of 13 |
|---|---|---|
| Date Rcvd: Mar 20, 2023 | Form ID: pdf904 | Total Noticed: 87 |

| | | |
|---|---|---|
| intp | | The Juneau Group, 2386A Rice Blvd. #232, Houston, TX 77005 |
| crcm | + | The Official Committee of Unsecured Creditors, Munsch Hardt Kopf & Harr PC, 700 Milam St., Suite 2700, Houston, TX 77002-2730 |
| cr | + | Ulterra Drilling Technologies, LP, c/o Bell Nunnally & Martin LLP, 2323 Ross Avenue, Suite 1900, Dallas, TX 75201, UNTIED STATES 75201-2721 |
| cr | + | Weatherford U.S., L.P., Attn: Greg Koush, 2000 St. James Place, Houston, TX 77056-4123 |
| 18754408 | + | Anderson Investment Holdings, LP, AEEC II, LLC, 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |
| 18754411 | + | Apple River Investments, L.L.C., Attn Robert M. Boeve, President, 1503 Garfield Road North, Traverse City, MI 49696-1111 |
| 18754484 | + | East West Bank Treasury Department, 135 North Los Robles Avenue, Suite 600, ATTN Linda Cox, Pasadena, CA 91101-4549 |
| 18754510 | + | FPCC USA, Inc., ATTN: William Hu, Alex Chen, 1235 N. Loop W., Ste. 930, Houston, TX 77008-4710 |
| 18754497 | + | Fant Energy Limited, P.O. Box 55205, Houston, TX 77255-5205 |
| 18754529 | + | H&H Construction, LLC, Ladon E. Hall, Sole Manager, P.O. Box 850, Flomaton, AL 36441-0850 |
| 18754560 | | JD Fields & Company, Inc., P.O. Box 134401, Houston, TX 77219-4401 |
| 18754567 | + | JJS Working Interest LLC, 2001 Kirby Dr, Suite 1110, Houston, TX 77019-6081 |
| 18754578 | + | Kelley Brothers Contractors, Inc., P.O. Drawer 1079, Waynesboro, MS 39367-1079 |
| 18754588 | + | Kudzu Oil Properties, LLC, 300 Concourse Blvd, Suite 101, Ridgeland, MS 39157-2091 |
| 18754612 | + | Meritage Energy, Ltd., C/O BKD, LLP, 2700 Post Oak Blvd, Ste 1500, Houston, TX 77056-5829 |
| 18754613 | | Mesa Fluids, LLC, c/o Juno Financial, P.O. Box 173928, Denver, CO 80217-3928 |
| 18754664 | | Pro-Tek Field Services, LLC, P.O. Box 919269, Dallas, TX 75391-9269 |
| 18754666 | + | Pruet Oil Company, LLC, 217 West Capitol St. Ste 201, Jackson, MS 39201-2099 |
| 18754673 | + | Rapad Well Service Co., Inc., 217 West Capitol Street, Jackson, MS 39201-2004 |
| 18754735 | + | TCP Cottonwood, L.P., 333 Texas Street, Suite 2020, Shreveport, LA 71101-3680 |
| 18754760 | + | Union Oilfield Supply, Inc., 12 John Dykes Road, Waynesboro, MS 39367-8371 |

TOTAL: 62

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: tim.swanson@moyewhite.com | Mar 20 2023 22:30:00 | Alabama Oil Company, c/o Timothy M Swanson, Moye White LLP, 1400 16th Street, 6th Floor, Denver, CO 80202 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Mar 20 2023 22:29:00 | Atlanta ISD, Linebarger Goggan Blair & Sampson, LLP, c/o Elizabeth Weller, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Mar 20 2023 22:29:00 | Beckville ISD, Linebarger Goggan Blair & Sampson, LLP, c/o Laurie A Spindler, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | + | Email/Text: cmccord@mccordprod.com | Mar 20 2023 22:29:00 | CTM 2005, Ltd., 55 Waugh Drive, Suite 515, Houston, TX 77007-5840 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Mar 20 2023 22:29:00 | Camp CAD, Linebarger Goggan Blair & Sampson, LLP, c/o Laurie A Spindler, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | + | Email/PDF: dor_tac_bankruptcy@state.co.us | Mar 20 2023 22:38:19 | Colorado Department Of Revenue, 1881 Pierce St., Bankruptcy Unit, Room 104, Lakewood, CO 80214-3503 |
| cr | + | Email/Text: bankruptcy@coag.gov | Mar 20 2023 22:30:00 | Colorado Department of Law, 1300 Broadway, 8th Floor, Denver, CO 80203-2104 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Mar 20 2023 22:29:00 | Franklin County, Linebarger Goggan Blair & Sampson, LLP, c/o Laurie A Spindler, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Mar 20 2023 22:29:00 | Frankston ISD, Linebarger Goggan Blair & Sampson, LLP, c/o Laurie A Spindler, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Mar 20 2023 22:29:00 | Gregg County, Linebarger Goggan Blair & Sampson, LLP, c/o Laurie A Spindler, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: tim.swanson@moyewhite.com | Mar 20 2023 22:30:00 | Kudzu Oil Properties, LLC, c/o Timothy M. Swanson, Moye White LLP, 1400 16th Street, 6th Floor, Denver, CO 80202 |
| cr | | Email/Text: Bankruptcynotifications@watkinseager.com | | |

District/off: 1082-1      User: admin      Page 3 of 13

Date Rcvd: Mar 20, 2023      Form ID: pdf904      Total Noticed: 87

| | | | |
|---|---|---|---|
| | | Mar 20 2023 22:29:00 | Landmark Exploration, LLC, C/O Jim F. Spencer, Jr., Esq., Watkins & Eager PLLC, PO Box 650, PO Box 650, Jackson, MS 39205-0650 |
| cr | Email/Text: Bankruptcynotifications@watkinseager.com | Mar 20 2023 22:29:00 | Landmark Oil and Gas, LLC, C/O Jim F. Spencer, Jr., Esq., Watkins & Eager PLLC, PO Box 650, PO Box 650, Jackson, MS 39205-0650 |
| cr | Email/Text: Bankruptcynotifications@watkinseager.com | Mar 20 2023 22:29:00 | Lexington Investments, LLC, C/O Jim F. Spencer, Jr., Esq., Watkins & Eager PLLC, PO Box 650, PO Box 650, Jackson, MS 39205-0650 |
| cr | + Email/Text: dallas.bankruptcy@LGBS.com | Mar 20 2023 22:29:00 | Linden-Kildare CISD, Linebarger Goggan Blair & Sampson, LLP, c/o Elizabeth Weller, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | + Email/Text: dallas.bankruptcy@LGBS.com | Mar 20 2023 22:29:00 | Linden-Kildate CISD, Linebarger Goggan Blair & Sampson, LLP, c/o Laurie A Spindler, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | + Email/Text: LDRBankruptcy.EBN@la.gov | Mar 20 2023 22:29:00 | Louisiana Department of Revenue, Senior Bankruptcy Counsel, Litigation Division, 617 N. Third Street, Office 780, Baton Rouge, LA 70802, UNITED STATES OF AMERICA 70802-5431 |
| cr | + Email/Text: dallas.bankruptcy@LGBS.com | Mar 20 2023 22:29:00 | Marion County, Linebarger Goggan Blair & Sampson, LLP, c/o Laurie A Spindler, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | + Email/Text: dallas.bankruptcy@LGBS.com | Mar 20 2023 22:29:00 | McLeod ISD, Linebarger Goggan Blair & Sampson, LLP, c/o Elizabeth Weller, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | + Email/Text: dallas.bankruptcy@LGBS.com | Mar 20 2023 22:29:00 | Rusk County, Linebarger Goggan Blair & Sampson, LLP, c/o Laurie A Spindler, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | + Email/Text: dallas.bankruptcy@LGBS.com | Mar 20 2023 22:29:00 | Smith County, Linebarger Goggan Blair & Sampson, LLP, c/o Laurie A Spindler, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | Email/Text: Bankruptcynotifications@watkinseager.com | Mar 20 2023 22:29:00 | Stone Development, LLC, C/O Jim F. Spencer, Jr., Esq., Watkins & Eager PLLC, PO Box 650, PO Box 650, Jackson, MS 39205-0650 |
| intp | + Email/Text: aodonnell@r2llc.com | Mar 20 2023 22:29:00 | Thomas M. Kim, r2 advisors llc, 1518 Blake Street, Denver, CO 80202-1322 |
| cr | + Email/Text: dallas.bankruptcy@LGBS.com | Mar 20 2023 22:29:00 | Upshur County, Linebarger Goggan Blair & Sampson, LLP, c/o Laurie A Spindler, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | + Email/Text: dallas.bankruptcy@LGBS.com | Mar 20 2023 22:29:00 | Wood County, Linebarger Goggan Blair & Sampson, LLP, c/o Laurie A Spindler, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | | Berg Hill Greenleaf & Ruscitti, LLP |
| consult | | CR3 Partners |
| cr | | Hall Management, LLC, 4913 Oak Point Drive |
| intp | ##+ | J. Marshall Jones, 920 Arapahoe, Louisville, CO 80027-1092 |
| 18754598 | ## | Lucas Petroleum Group, Inc., 327 Congress Avenue, Suite 500, Austin, TX 78701-3656 |
| 18754720 | ##+ | Stoneham Drilling Corporation, 707 17th Street, Suite 3250, Denver, CO 80202-3433 |
| 18754721 | ## | Strago Petroleum Corporation, 3209 Hamm Road, Pearland, TX 77581-5503 |

TOTAL: 3 Undeliverable, 0 Duplicate, 4 Out of date forwarding address

| District/off: 1082-1 | User: admin | Page 4 of 13 |
|---|---|---|
| Date Rcvd: Mar 20, 2023 | Form ID: pdf904 | Total Noticed: 87 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2023                     Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam L. Hirsch | on behalf of Defendant Howard F. Sklar adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |
| Adam L. Hirsch | on behalf of Interested Party Howard F. Sklar adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |
| Adam L. Hirsch | on behalf of Interested Party Howard Sklar Trust adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |
| Adam L. Hirsch | on behalf of Plaintiff Howard F. Sklar adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |
| Amy Vazquez | on behalf of Creditor FPCC USA  Inc. avazquez@joneswalker.com |
| Andrew James Shaver | on behalf of Creditor Premium Oilfield Services  LLC ashaver@bradley.com |
| Andrew M. Toft | on behalf of Plaintiff Thomas Kim  Trustee of the Sklar Creditors Trust atoft@hn-colaw.com |
| Armistead Mason Long | on behalf of Creditor Pine Island Chemical Solutions  L.L.C. along@gamb.com |
| Barnet B Skelton, Jr | on behalf of Creditor The Rudman Partnership barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor CTM 2005  Ltd. barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Plaintiff The Rudman Partnership barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor Rudman Partnership barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor MER Energy  LTD barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor MR Oil & Gas  LLC barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor I & L Miss I  LP barnetbjr@msn.com |
| Belinda Harrison | belindapittsharrison@gmail.com  belindapittsharrison@gmail.com |
| Benjamin Young Ford | on behalf of Spec. Counsel Armbrecht Jackson  LLP byf@ajlaw.com, chs@ajlaw.com |
| Brent R. Cohen | on behalf of Creditor Fant Energy Limited bcohen@lewisroca.com  brent-cohen-8759@ecf.pacerpro.com,jeastin@lrrc.com |

District/off: 1082-1        User: admin        Page 5 of 13

Date Rcvd: Mar 20, 2023        Form ID: pdf904        Total Noticed: 87

Brian Rich
> on behalf of Creditor Fletcher Petroleum Corp. brich@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich
> on behalf of Creditor Fletcher Exploration LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich
> on behalf of Creditor Fletcher Petroleum Company LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian A. Baker
> on behalf of Defendant National Oilwell Varco LP brian.baker@stacybakerlaw.com

Brian A. Baker
> on behalf of Defendant National Oilwell Varco DHT LP brian.baker@stacybakerlaw.com

Bryce Suzuki
> on behalf of Creditor East-West Bank bsuzuki@swlaw.com

Bryce Suzuki
> on behalf of Defendant East West Bank bsuzuki@swlaw.com

Bryce Suzuki
> on behalf of Intervenor East West Bank bsuzuki@swlaw.com

Charles Murnane
> on behalf of Defendant Steel Service Oilfield Tubular Inc. cmurnane@bn-lawyers.com

Charles Murnane
> on behalf of Defendant R & R Rentals & Hot Shot Inc. cmurnane@bn-lawyers.com

Charles Michael Rubio
> on behalf of Defendant Capstar Drilling Inc. crubio@parkinsrubio.com, 7485062420@filings.docketbird.com

Christopher Meredith
> on behalf of Creditor PAR Minerals Corporation cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
> on behalf of Creditor Coastal Exploration Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
> on behalf of Defendant Quality Drilling Fluids Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
> on behalf of Attorney Copeland Cook, Taylor & Bush, P.A. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
> on behalf of Creditor Eastern Fishing & Rental Tool Company Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
> on behalf of Creditor Fletcher Petroleum Corp. cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher D. Johnson
> on behalf of Defendant Thomas Kim Trustee of the Sklar Creditors Trust chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

Christopher D. Johnson
> on behalf of Plaintiff Thomas M. Kim chris.johnson@diamondmccarthy.com nan.sauter@diamondmccarthy.com

Christopher D. Johnson
> on behalf of Creditor Committee The Official Committee of Unsecured Creditors chris.johnson@diamondmccarthy.com nan.sauter@diamondmccarthy.com

Christopher D. Johnson
> on behalf of Interested Party Thomas M. Kim chris.johnson@diamondmccarthy.com nan.sauter@diamondmccarthy.com

Christopher M. Crowley
> on behalf of Creditor Liquid Gold Well Service Inc. christopher@burnhamlaw.com, julie@burnhamlaw.com

Cody Carol Bailey
> on behalf of Defendant Oilfield Partners Energy Services LLC cbailey@brunini.com

Daniel L. Bray
> on behalf of Creditor Weatherford U.S. L.P. daniel.bray@huschblackwell.com, ann.stolfa@huschblackwell.com;daniel-bray-5348@ecf.pacerpro.com

District/off: 1082-1           User: admin           Page 6 of 13

Date Rcvd: Mar 20, 2023           Form ID: pdf904           Total Noticed: 87

David M. Miller

on behalf of Creditor Bri-Chem Supply Corp.  LLC dmiller@spencerfane.com, cweaver@spencerfane.com

David R Taggart

on behalf of Creditor JH Howell Interests  LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com

David R Taggart

on behalf of Creditor JF Howell Interests  LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com

David R Taggart

on behalf of Interested Party JF Howell Interests  LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com

David W. Drake

on behalf of Creditor Ford Motor Credit Company  LLC co.ecf@bdfgroup.com

David W. Hall

davidwendallhall@gmail.com

Deanna L. Westfall

on behalf of Creditor Colorado Department Of Revenue deanna.westfall@coag.gov
Robert.padjen@coag.gov;jade.darnell@coag.gov

Deirdre Carey Brown

on behalf of Creditor Maren Silberstein Revocable Trust dbrown@forsheyprostok.com

Douglas D. Koktavy

on behalf of Defendant Btech Service & Supply  Inc Doug@coloradocreditorlaw.com

Duane Brescia

on behalf of Creditor Seitel Data  Ltd. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com

Duane Brescia

on behalf of Creditor Lucas Petroleum Group  Inc. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com

Duane Brescia

on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com  djaenike@clarkhill.com;ckclark@clarkhill.com

Elizabeth Helen Weller

on behalf of Creditor Linden-Kildare CISD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Helen Weller

on behalf of Creditor McLeod ISD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Helen Weller

on behalf of Creditor Atlanta ISD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Epiq Systems

on behalf of Claims Agent Epiq Corporate Restructuring  LLC rjacobs@ecf.epiqsystems.com

Florence Bonaccorso-Saenz

on behalf of Creditor Louisiana Department of Revenue FBS-ECFNotices@la.gov

Glenn Taylor

on behalf of Creditor Coastal Exploration  Inc. gtaylor@cctb.com

Glenn Taylor

on behalf of Creditor PAR Minerals Corporation gtaylor@cctb.com

Glenn Taylor

on behalf of Creditor Eastern Fishing & Rental Tool Company  Inc. gtaylor@cctb.com

Grant Matthew Beiner

on behalf of Creditor Committee The Official Committee of Unsecured Creditors gbeiner@munsch.com
hvalentine@munsch.com

Grant Matthew Beiner

on behalf of Interested Party Thomas Kim gbeiner@munsch.com  hvalentine@munsch.com

J. Eric Lockridge

on behalf of Creditor Anderson Exploration Energy Company  LC eric.lockridge@keanmiller.com,
Stephanie.gray@keanmiller.com

J. Eric Lockridge

on behalf of Creditor Sugar Oil Properties  L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge

on behalf of Creditor Anderson Exploration Energy Company  L.C. eric.lockridge@keanmiller.com,
Stephanie.gray@keanmiller.com

J. Eric Lockridge

on behalf of Creditor TCP Cottonwood  L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge

on behalf of Creditor AEEC II  LLC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Jack Lazarus

on behalf of Defendant White Resources  LLC jacklaz45@gmail.com

James B. Bailey

on behalf of Creditor Stoneham Drilling Corporation jbailey@bradley.com  ashaver@bradley.com,jbailey@ecf.courtdrive.com

James B. Bailey

on behalf of Defendant Stoneham Drilling Corporation jbailey@bradley.com  ashaver@bradley.com,jbailey@ecf.courtdrive.com

Jason Buchman

on behalf of Defendant Stratum Reservoir  LLC jason.buchman@stratumreservoir.com

Jeffery Dayne Carruth

on behalf of Defendant Halliburton Energy Services  LLC jcarruth@wkpz.com

Jeffery Dayne Carruth

on behalf of Creditor Halliburton Energy Services  Inc. jcarruth@wkpz.com

Jeffrey R. Barber

on behalf of Creditor FPCC USA  Inc. jbarber@joneswalker.com, jmaxey@joneswalker.com;mgreen@joneswalker.com

Jeffrey Reid Burley

on behalf of Counter-Claimant Ulterra Drilling Technologies  LP jburley@bellnunnally.com, nblum@bellnunnally.com

Jeffrey S. Brinen

on behalf of Debtor Sklar Exploration Company  LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jeffrey S. Brinen

on behalf of Debtor Sklarco  LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jennifer Hardy

on behalf of Creditor JJS Interests Steele Kings  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy

on behalf of Creditor JJS Working Interests  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy

on behalf of Creditor JJS Interests North Beach  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy

on behalf of Creditor JJS Interests Escambia  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy

on behalf of Creditor JJS Interests West Arcadia  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Norris Soto

on behalf of Creditor Barnette & Benefield  Inc. jennifer.uscourts@gmail.com, curtisshelton@arklatexlaw.com,

Jenny M.F. Fujii

on behalf of Defendant Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii

on behalf of Debtor Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii

on behalf of Cross-Claimant Sklar Exploration Company  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii

on behalf of Debtor Sklarco  LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jeremy L Retherford

on behalf of Interested Party Pruet Production Co. jretherford@balch.com  kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford

on behalf of Defendant Rapad Drilling Company  LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford

on behalf of Creditor RAPAD Well Service Co.  Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford

on behalf of Creditor Pruet Production Co. jretherford@balch.com  kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford

on behalf of Plaintiff Pruet Production Co. jretherford@balch.com  kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford

on behalf of Creditor Pruet Oil Company  LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford

on behalf of Defendant RAPAD Well Service Co.  Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

District/off: 1082-1        User: admin        Page 8 of 13

Date Rcvd: Mar 20, 2023        Form ID: pdf904        Total Noticed: 87

Jim F Spencer, Jr
> on behalf of Creditor Landmark Exploration LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
> on behalf of Creditor Lexington Investments LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
> on behalf of Creditor Landmark Oil and Gas LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
> on behalf of Creditor Stone Development LLC jspencer@watkinseager.com, mryan@watkinseager.com

John Cornwell
> on behalf of Creditor Committee The Official Committee of Unsecured Creditors jcornwell@munsch.com hvalentine@munsch.com;john-cornwell-6088@ecf.pacerpro.com

John H Bernstein
> on behalf of Creditor Pearl Parkway LLC john.bernstein@kutakrock.com, trina.rioux@kutakrock.com

John Thomas Oldham
> on behalf of Creditor Kodiak Gas Services LLC joldham@okinadams.com, bmoore@okinadams.com

Jonathan Dickey
> on behalf of Creditor Foote Oil & Gas Properties LLC jmd@kutnerlaw.com, vlm@kutnerlaw.com

Jordan B. Bird
> on behalf of Creditor Hughes Oil South LLC jordan.bird@cookyancey.com

Jordan B. Bird
> on behalf of Creditor Franks Exploration Company LLC jordan.bird@cookyancey.com

Jordan B. Bird
> on behalf of Creditor Hall Management LLC jordan.bird@cookyancey.com

Jordan B. Bird
> on behalf of Creditor Kingston LLC jordan.bird@cookyancey.com

Jordan B. Bird
> on behalf of Creditor AEH Investments LLC jordan.bird@cookyancey.com

Jordan B. Bird
> on behalf of Creditor KMR Investments LLC jordan.bird@cookyancey.com

Jordan B. Bird
> on behalf of Creditor Bundero Investment Company LLC jordan.bird@cookyancey.com

Jordan B. Bird
> on behalf of Attorney Cook Yancey, King & Galloway, APLC jordan.bird@cookyancey.com

Jordan B. Bird
> on behalf of Creditor J&A Harris LP jordan.bird@cookyancey.com

Joseph D. DeGiorgio
> on behalf of Creditor Ford Motor Credit Company LLC josephde@bdfgroup.com

Joseph Eric Bain
> on behalf of Creditor FPCC USA Inc. jbain@joneswalker.com, joseph-bain-8368@ecf.pacerpro.com

Katherine A Ross
> on behalf of Creditor Internal Revenue Service katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov

Katherine A Ross
> on behalf of Creditor Bureau of Land Management katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov

Katherine A Ross
> on behalf of Creditor Office of Natural Resources Revenue katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov

Katherine Guidry Douthitt
> on behalf of Creditor Dickson Oil & Gas L.L.C. kdouthitt@bwor.com

Katherine Guidry Douthitt
> on behalf of Creditor C. Bickham Dickson III kdouthitt@bwor.com

Keith D. Tooley
> on behalf of Defendant Sklar Exploration Company LLC ktooley@wsmtlaw.com

Keith D. Tooley
> on behalf of Plaintiff Southeast Alabama Gas District ktooley@wsmtlaw.com

Keith D. Tooley

District/off: 1082-1                     User: admin                          Page 9 of 13
Date Rcvd: Mar 20, 2023                  Form ID: pdf904                       Total Noticed: 87

on behalf of Defendant Baker Hughes Oilfield Operations Inc. ktooley@wsmtlaw.com

Keith D. Tooley

on behalf of Defendant Kelley Brothers Contractors Inc. ktooley@wsmtlaw.com

Keith D. Tooley

on behalf of Defendant GE Oil & Gas Pressure Control LP ktooley@wsmtlaw.com

Kelsey Jamie Buechler

on behalf of Creditor Bettye LaCour jamie@kjblawoffice.com Sharon@kjblawoffice.com

Kelsey Jamie Buechler

on behalf of Creditor Foote Oil and Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com

Kelsey Jamie Buechler

on behalf of Creditor Foote Oil & Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com

Keri L. Riley

on behalf of Debtor Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Keri L. Riley

on behalf of Defendant Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Keri L. Riley

on behalf of Debtor Sklarco LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Keri L. Riley

on behalf of Defendant Sklarco LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Kevin S. Neiman

on behalf of Creditor Plains Marketing L.P. kevin@ksnpc.com

Kevin S. Neiman

on behalf of Creditor Plains Gas Solutions LLC kevin@ksnpc.com

Kevin S. Neiman

on behalf of Plaintiff Plains Marketing L.P. kevin@ksnpc.com

Kevin S. Neiman

on behalf of Counter-Defendant Plains Marketing L.P. kevin@ksnpc.com

Laurie A Spindler

on behalf of Creditor Wood County Dora.Casiano-Perez@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

on behalf of Creditor Gregg County Dora.Casiano-Perez@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

on behalf of Creditor Smith County Dora.Casiano-Perez@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

on behalf of Creditor Atlanta ISD Dora.Casiano-Perez@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

on behalf of Creditor Rusk County Dora.Casiano-Perez@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

on behalf of Creditor Linden-Kildate CISD Dora.Casiano-Perez@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

on behalf of Creditor Franklin County Dora.Casiano-Perez@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

on behalf of Creditor Beckville ISD Dora.Casiano-Perez@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

on behalf of Creditor Camp CAD Dora.Casiano-Perez@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

on behalf of Creditor Upshur County Dora.Casiano-Perez@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler

on behalf of Creditor Marion County Dora.Casiano-Perez@lgbs.com

District/off: 1082-1 | User: admin | Page 10 of 13
Date Rcvd: Mar 20, 2023 | Form ID: pdf904 | Total Noticed: 87

Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
on behalf of Creditor Frankston ISD Dora.Casiano-Perez@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
on behalf of Creditor McLeod ISD Dora.Casiano-Perez@lgbs.com
Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Lee M. Kutner
on behalf of Debtor Sklar Exploration Company LLC vlm@kutnerlaw.com

Lee M. Kutner
on behalf of Debtor Sklarco LLC vlm@kutnerlaw.com

Lloyd A. Lim
on behalf of Defendant CSI Compressco Operating LLC lloyd.lim@keanmiller.com,
rachel.kubanda@keanmiller.com;mack.wilson@keanmiller.com;teresa.miller@keanmiller.com

Lloyd A. Lim
on behalf of Creditor CSI Compressco Operating LLC lloyd.lim@keanmiller.com,
rachel.kubanda@keanmiller.com;mack.wilson@keanmiller.com;teresa.miller@keanmiller.com

Louis Matthew Grossman
on behalf of Defendant CSI Compressco Operating LLC louis.grossman@keanmiller.com, kathy.ballard@keanmiller.com

Louis Matthew Grossman
on behalf of Creditor CSI Compressco Operating LLC louis.grossman@keanmiller.com, kathy.ballard@keanmiller.com

Madison M. Tucker
on behalf of Creditor FPCC USA Inc. mtucker@joneswalker.com, madison-tucker-7703@ecf.pacerpro.com

Mario A Lamar
on behalf of Creditor NexTier Completion Solutions Inc. mlamar@allenbrysonlaw.com

Matthew Okin
on behalf of Creditor Kodiak Gas Services LLC mokin@okinadams.com

Matthew D. Skeen, Jr.
on behalf of Defendant KCS Automation LLC jrskeen@skeen-skeen.com

Matthew J Ochs
on behalf of Creditor RAPAD Well Service Co. Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J Ochs
on behalf of Plaintiff Pruet Production Co. mjochs@hollandhart.com tldevlin@hollandhart.com

Matthew J Ochs
on behalf of Creditor Pruet Production Co. mjochs@hollandhart.com tldevlin@hollandhart.com

Matthew J Ochs
on behalf of Creditor Pruet Oil Company LLC mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J Ochs
on behalf of Defendant RAPAD Well Service Co. Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J Ochs
on behalf of Debtor Sklarco LLC mjochs@hollandhart.com, tldevlin@hollandhart.com

Megan M. Adeyemo
on behalf of Defendant Planning Thru Completion LLC madeyemo@gordonrees.com, asoto@grsm.com

Megan M. Adeyemo
on behalf of Defendant Scientific Drilling International Inc. madeyemo@gordonrees.com, asoto@grsm.com

Michael Niles
on behalf of Creditor Fletcher Petroleum Company LLC mniles@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Niles
on behalf of Creditor Fletcher Petroleum Corp. mniles@bergersingerman.com
efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Niles
on behalf of Creditor Fletcher Exploration LLC mniles@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Schuster
on behalf of Interested Party Louisiana Tower Operating LLC schusterm@ballardspahr.com
henningc@ballardspahr.com;LitDocket_West@ballardspahr.com;wagnerj@ballardspahr.com

Michael D Rubenstein

District/off: 1082-1                          User: admin                          Page 11 of 13
Date Rcvd: Mar 20, 2023                       Form ID: pdf904                       Total Noticed: 87

|  |  |
|---|---|
| | on behalf of Interested Party BP America Production Company mdrubenstein@liskow.com |
| Michael D Rubenstein | |
| | on behalf of Interested Party BPX Properties (NA) LP mdrubenstein@liskow.com |
| Michael J. Guyerson | |
| | on behalf of Creditor Estate of Pamela Page  Deceased , Gabriel@kjblawoffice.com |
| Michael J. Guyerson | |
| | on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com  Gabriel@kjblawoffice.com |
| Michael J. Pankow | |
| | on behalf of Debtor Sklarco  LLC mpankow@bhfs.com, sgrisham@bhfs.com,theld@bhfs.com |
| Mitchell E Ayer | |
| | on behalf of Defendant Gravity Oilfield Services  LLC mayer@dorelaw.com, chymel@dorelaw.com;csmith@dorelaw.com |
| P. Matthew Cox | |
| | on behalf of Creditor Ally Bank pmc@scmlaw.com  mw@scmlaw.com |
| Patrick R. Akers | |
| | on behalf of Interested Party KHCD Properties  LLC patrick.akers@moyewhite.com, rachael.cotner@moyewhite.com;stephanie.macdonald@moyewhite.com;brenda.sussman@moyewhite.com |
| Patrick R. Akers | |
| | on behalf of Defendant Northstar Drillstem Testers  Inc. patrick.akers@moyewhite.com, rachael.cotner@moyewhite.com;stephanie.macdonald@moyewhite.com;brenda.sussman@moyewhite.com |
| Patrick R. Akers | |
| | on behalf of Interested Party Denzil Blount Charitable Remainder Trust patrick.akers@moyewhite.com rachael.cotner@moyewhite.com;stephanie.macdonald@moyewhite.com;brenda.sussman@moyewhite.com |
| Paul Moss | |
| | on behalf of U.S. Trustee US Trustee Paul.Moss@usdoj.gov |
| Paul James Hammer | |
| | on behalf of Defendant Steel Service Oilfield Tubular  Inc. phammer@bn-lawyers.com |
| Paul James Hammer | |
| | on behalf of Defendant R & R Rentals & Hot Shot  Inc. phammer@bn-lawyers.com |
| R. J. Shannon | |
| | on behalf of Defendant Capstar Drilling  Inc. rshannon@shannonpllc.com |
| Robert Lantz | |
| | on behalf of Creditor Roosth 806  LTD. rlantz@clmatty.com, lmarcell@clmatty.com |
| Robert Padjen | |
| | on behalf of Creditor Colorado Department of Law Robert.padjen@coag.gov  deanna.westfall@coag.gov |
| Robert L Paddock | |
| | on behalf of Creditor Harvest Gas Management  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Robert L Paddock | |
| | on behalf of Creditor GCREW Properties  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Robert L Paddock | |
| | on behalf of Creditor Strago Petroleum Corporation rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L Paddock | |
| | on behalf of Creditor Gateway Exploration  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Robert L Paddock | |
| | on behalf of Creditor Meritage Energy Ltd rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Ryan Lorenz | |
| | on behalf of Creditor Juno Financial LLC RLorenz@ClarkHill.com |
| Ryan Seidemann | |
| | on behalf of Creditor State of Louisiana  Depatment of Natural Resources, Office of Mineral Resources seidemannr@ag.louisiana.gov |
| Ryco Exploration, LLC. | |
| | rsmith.ryco@att.net |
| Shay L. Denning | |
| | on behalf of Creditor Tauber Exploration & Production Company sdenning@axishealthsystem.org |
| Shay L. Denning | |
| | on behalf of Creditor I & L Miss I  LP sdenning@axishealthsystem.org |
| Shay L. Denning | |
| | on behalf of Creditor CTM 2005  Ltd. sdenning@axishealthsystem.org |

Shay L. Denning
on behalf of Creditor Pickens Financial Group LLC sdenning@axishealthsystem.org

Stephen K. Lecholop, II
on behalf of Creditor McCombs Exploration LLC slecholop@rpsalaw.com, dtrevino@rpsalaw.com;ddoonkeen@rpsalaw.com

Stephen K. Lecholop, II
on behalf of Creditor McCombs Energy Ltd. slecholop@rpsalaw.com, dtrevino@rpsalaw.com;ddoonkeen@rpsalaw.com

Stephen T Loden
on behalf of Plaintiff Thomas M. Kim sloden@diamondmccarthy.com

Stephen T Loden
on behalf of Interested Party Thomas M. Kim sloden@diamondmccarthy.com

Stephen T Loden
on behalf of Defendant Thomas Kim Trustee of the Sklar Creditors Trust sloden@diamondmccarthy.com

Stephen W. Sather
on behalf of Defendant Steel Service Oilfield Tubular Inc. ssather@bn-lawyers.com, lbagley@bn-lawyers.com

Stephen W. Sather
on behalf of Defendant R & R Rentals & Hot Shot Inc. ssather@bn-lawyers.com, lbagley@bn-lawyers.com

Steven T Mulligan
on behalf of Defendant GE Oil & Gas Pressure Control LP smulligan@cp2law.com
jcampbell@cp2law.com;smulligan_66544@ecf.courtdrive.com

Steven T Mulligan
on behalf of Defendant Baker Hughes Company f/k/a Baker Hughes a GE company smulligan@cp2law.com
jcampbell@cp2law.com;smulligan_66544@ecf.courtdrive.com

Steven T Mulligan
on behalf of Defendant Baker Hughes Oilfield Operations LLC smulligan@cp2law.com
jcampbell@cp2law.com;smulligan_66544@ecf.courtdrive.com

Theodore J. Hartl
on behalf of Interested Party Louisiana Tower Operating LLC hartlt@ballardspahr.com blessingb@ballardspahr.com

Thomas H Shipps
on behalf of Creditor Rudman Partnership tshipps@mbssllp.com

Thomas H Shipps
on behalf of Creditor MER Energy LTD tshipps@mbssllp.com

Thomas H Shipps
on behalf of Creditor I & L Miss I LP tshipps@mbssllp.com

Thomas H Shipps
on behalf of Creditor The Rudman Partnership tshipps@mbssllp.com

Thomas H Shipps
on behalf of Creditor CTM 2005 Ltd. tshipps@mbssllp.com

Thomas H Shipps
on behalf of Creditor MR Oil & Gas LLC tshipps@mbssllp.com

Thomas H Shipps
on behalf of Plaintiff The Rudman Partnership tshipps@mbssllp.com

Timothy Aaron Million
on behalf of Defendant Weatherford US LP tim.million@huschblackwell.com

Timothy C. Mohan
on behalf of Cross Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com

Timothy C. Mohan
on behalf of Defendant Baker Hughes Oilfield Operations Inc. tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan
on behalf of Creditor Baker Hughes Holdings LLC FKA Baker Hughes, a GE Company LLC tmohan@foley.com,
tim.mohan4@gmail.com

Timothy C. Mohan
on behalf of Cross Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan
on behalf of Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan
on behalf of Creditor Lufkin Industries LLC tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan

District/off: 1082-1                                    User: admin                                    Page 13 of 13
Date Rcvd: Mar 20, 2023                          Form ID: pdf904                          Total Noticed: 87

on behalf of Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com  tim.mohan4@gmail.com

Timothy C. Mohan

on behalf of Creditor Baker Petrolite LLC tmohan@foley.com  tim.mohan4@gmail.com

Timothy C. Mohan

on behalf of Creditor GE Oil & Gas Pressure Control US tmohan@foley.com  tim.mohan4@gmail.com

Timothy C. Mohan

on behalf of Creditor Baker Hughes Oilfield Operations LLC tmohan@foley.com  tim.mohan4@gmail.com

Timothy M. Swanson

on behalf of Interested Party Denzil Blount Charitable Remainder Trust tim.swanson@moyewhite.com
rachael.cotner@moyewhite.com;stephanie.macdonald@moyewhite.com;elisabeth.mason@moyewhite.com

Timothy M. Swanson

on behalf of Creditor Kudzo Oil Properties  LLC tim.swanson@moyewhite.com,
rachael.cotner@moyewhite.com;stephanie.macdonald@moyewhite.com;elisabeth.mason@moyewhite.com

Timothy M. Swanson

on behalf of Creditor Apple River Investments  LLC tim.swanson@moyewhite.com,
rachael.cotner@moyewhite.com;stephanie.macdonald@moyewhite.com;elisabeth.mason@moyewhite.com

Timothy M. Swanson

on behalf of Creditor Alabama Oil & Gas  LLC tim.swanson@moyewhite.com,
rachael.cotner@moyewhite.com;stephanie.macdonald@moyewhite.com;elisabeth.mason@moyewhite.com

Timothy M. Swanson

on behalf of Creditor Kudzu Oil Properties  LLC tim.swanson@moyewhite.com,
rachael.cotner@moyewhite.com;stephanie.macdonald@moyewhite.com;elisabeth.mason@moyewhite.com

Timothy M. Swanson

on behalf of Creditor Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company  LLC and Sklarco, LLC
tim.swanson@moyewhite.com,
rachael.cotner@moyewhite.com;stephanie.macdonald@moyewhite.com;elisabeth.mason@moyewhite.com

Timothy M. Swanson

on behalf of Creditor Alabama Oil Company tim.swanson@moyewhite.com
rachael.cotner@moyewhite.com;stephanie.macdonald@moyewhite.com;elisabeth.mason@moyewhite.com

Timothy M. Swanson

on behalf of Interested Party KHCD Properties  LLC tim.swanson@moyewhite.com,
rachael.cotner@moyewhite.com;stephanie.macdonald@moyewhite.com;elisabeth.mason@moyewhite.com

Timothy Michael Riley

on behalf of Attorney Hopping Green & Sams triley@deanmead.com

Troy L Hales, II

on behalf of Defendant Ulterra Drilling Technologies  LP thales@bellnunnally.com, nsummerville@bellnunnally.com

Troy L Hales, II

on behalf of Counter-Claimant Ulterra Drilling Technologies  LP thales@bellnunnally.com, nsummerville@bellnunnally.com

Troy L Hales, II

on behalf of Creditor Ulterra Drilling Technologies  LP thales@bellnunnally.com, nsummerville@bellnunnally.com

Tyler Lee Weidlich

on behalf of Creditor Pro-Tek Field Services  LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com

Tyler Lee Weidlich

on behalf of Creditor Pioneer Wireline Services  LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com

US Trustee

USTPRegion19.DV.ECF@usdoj.gov


TOTAL: 243

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br>EIN NO: 72-1417930<br><br><br>Debtor. | Bankruptcy Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>SKLARCO, LLC,<br>EIN NO: 72-1425432<br><br><br>Debtor. | Bankruptcy Case No. 20-12380 EEB<br>Chapter 11<br><br><br><br>**Jointly Administered Under**<br>**Case No. 20-12377 EEB** |

---

**ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT**

---

THIS MATTER is before the Court on:

1. The Maren Silberstein ("Silberstein") Revocable Trust's Application for Allowance of Administrative Claim and Cure Claim (the "**Admin Claim**"), Docket No. 1495;
2. Debtors' Objection to same, No. 1534;
3. Debtors' Motion for Summary Judgment ("**Debtors' Motion**"), No. 1890;
4. Silberstein's "Second Amended Partial Motion for Summary Judgment that Debtor Sklarco was in Breach of Contract Giving Rise to a Duty to Cure and/or Administrative Claim" (the "**Cross Motion**"), No. 1891;
5. Notice of Submission of Exhibit A [to Debtors' Motion], No. 1894;
6. Debtors' Response to Cross Motion, No. 1896;
7. [Corrected] Silberstein's Objection [of Silberstein] to Reorganized Debtors' Motion for Summary Judgment, No. 1900;
8. Silberstein's Objection to Declaration of Brad Walker, No. 1903; and
9. Debtors' Reply to Cross Motion, No. 1905.

Federal Rule of Civil Procedure 56(c), made applicable to these proceedings by Fed. R. Bankr. P. 7056 and Fed. R. Bankr. P. 9014(c), provides that a court may award summary judgment only when there is no material issue of fact to be tried, and the movant is entitled to judgment as a matter of law. *Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986). In applying this standard, the court examines the factual record and reasonable inferences therefrom in the light most favorable to the party opposing summary judgment. *Schwartz v. Bhd. Of Maint. Of Way Employees*, 264 F.3d 1181, 1183 (10th Cir. 2001). The movant bears the burden of showing that no genuine issue

of material fact exists. *Sports Unlimited, Inc. v. Lankford Enter., Inc.*, 275 F.3d 996, 999 (10th Cir. 2002). If the moving party makes a prima facie case, the burden then shifts to the non-moving party to set forth specific facts demonstrated by evidence, "from which a rational trier of fact" could find in its favor. *Whitesel v. Sengenberger*, 222 F.3d 861, 866 (10th Cir. 2000).

Silberstein is a beneficiary to a trust that contracted with Sklarco, LLC, for the maintenance of certain oil and gas interests for Silberstein. In consideration for Sklarco's management of the interests, Silberstein was obligated to pay Sklarco $15,000.00 on a monthly basis as a servicing fee. This arrangement was governed by an Agency Services Agreement ("ASA"). Silberstein alleges that Sklarco breached the ASA in two ways and thus argues entitlement to a cure claim. First, when Sklarco filed bankruptcy, Sklarco failed to give Silberstein notice of the case's commencement. Silberstein argues that this was a material issue of fact that Sklarco deliberately concealed. Second, Silberstein alleges that Sklarco failed to give proper accounting records. Third, Silberstein maintains that Sklarco stood as a fiduciary and failed to provide services consistent with that standard.

Debtors counter that at all times Sklarco abided by the terms of the ASA. Moreover, Debtors contend that as of the petition date, Silberstein was in arrears on the monthly servicing fees, and, therefore, Silberstein was in breach of the ASA. Debtors further contend that Silberstein made a payment to Sklarco on May 4, 2020, but thereafter failed to make any additional payments as obligated under the ASA.

Additionally, Silberstein maintains that it is entitled to an administrative expense claim for two reasons. First, Silberstein states that the servicing fees that were paid to Sklarco post-petition qualify for administrative expense priority. Second, Silberstein argues that the revenue generated on the oil and gas interests postpetition was misappropriated by Sklarco for unrelated purposes. Silberstein maintains that these funds should be returned on an administrative expense priority.

Debtors contend that Silberstein does not have a direct ownership interest in any oil and gas interests. Rather, the assets are held by Sklarco and attributed to Silberstein in accordance with the ASA. Debtors also argue that the interests that Sklarco maintained for Silberstein failed to generate a profit after the petition date. Concerning the propriety of the expenses assessed, Debtors argue that Sklarco was afforded full autonomy over the management of the revenue and payment of expenses. Debtors further contend that to the extent Silberstein disputes the validity of the expenses, her time to raise such an objection has lapsed under the terms of the ASA.

In review of the above, as well as the record in this matter, the Court finds that there are too many genuine disputes of material fact to further indulge the motions for summary judgment. In line with the same, the Parties have failed to present incontrovertible evidence that would empower the Court to reject their counterparty's account of the relevant events and grant summary judgment. *Scott v. Harris*, 550 U.S. 372, 380-81 (2007). The Court views the Parties' respective adherence to the terms of

the ASA to be the chief outstanding factual dispute that precludes summary judgment. Therefore, under the disputed facts presented here, the Court hereby

ORDERS that Debtors' Motion is DENIED.

FURTHER ORDERS that the Cross Motion is DENIED.

By separate order, the Court will set a scheduling conference at which time the Court will set an evidentiary hearing date in this matter.

DATED this 20th day of March, 2022.

BY THE COURT:

_____
Elizabeth E. Brown, Bankruptcy Judge