# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

**In Re:**

**Sklar Exploration Company, LLC**
                                **Debtor**

**Ally Bank**
                                **Movant**

**Sklar Exploration Company, LLC**
                                **Debtor**

                        **Respondent(s)**

**Case No. 20-12377-EEB**

**Chapter 11**

**Judge- Elizabeth E. Brown**

## ORDER ON MOTION TO TERMINATE STAY

Ally Bank, Movant, has filed herein a motion to terminate stay.

1. [X] to foreclose on and/or take possession and control of property described as follows: 2018 Ford Tru F-150, VIN 1FTEW1CP6JKE16174.

2. [ ] to proceed with the liquidation of claims involving the debtor or the debtor's estate pursuant to certain proceedings presently pending in: _____ _____.

3. [X] other: to waive the 14-day stay under Rule 4001(a)(3) for the order granting relief from the automatic stay.

    The court, being duly advised, and any objections having been resolved, withdrawn, or overruled, hereby orders that the relief sought by the motion should be granted, and Ally Bank, is hereby granted relief from automatic stay in order to proceed to take possession of, by way of the appointment of a receiver and otherwise, and to foreclose on the collateral above described, or if applicable, to proceed with the above described litigation (but not to

seek to enforce any judgment Ally Bank may obtain against the debtor personally or the debtor's post-petition property).

Dated: _____   BY THE COURT:

                                                         _____
                                                         United States Bankruptcy Judge

4871-5447-0234, v. 1