UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

*Minute Order*

Date: April 13, 2023 **Honorable Elizabeth E. Brown, Presiding**
Ryan L. Blansett, Law Clerk

In re:  Sklar Exploration Company, LLC
Debtor.

**Case. No. 20-12377 EEB**
Chapter 11

Sklarco, LLC,
Debtor.

**Case No. 20-12380 EEB**
Chapter 11

**Jointly Administered under 20-12377 EEB**

Appearances

| | | | | |
|---|---|---|---|---|
| Creditor | Maren Silberstein Revocable Trust | Counsel | Deirdre C. Brown* | |
| Debtor | Sklar Exploration Company, LLC | Counsel | Keri L. Riley* | |
| Debtor | Sklarco, LLC | Counsel | Keri L. Riley* | |
| Creditor | Howard F. Sklar | Counsel | Adam L. Hirsch* | |
| Creditor | East West Bank | Counsel | Bryce Suzuki* | |

*Appearance via telephone

Proceedings: Pre-Trial Scheduling Conference in the Contested Matter of Maren Silberstein Revocable Trust's Application for Allowance of Administrative Claim and Cure Claim filed on October 22, 2021; Sklar Exploration Company, LLC, and Sklarco, LLC's Objection thereto; the Limited Response thereto of Howard F. Sklar, Individually and as Trustee and Executor to Maren Silberstein Revocable Trust.

☐ Witnesses Sworn    ☐ See Attached List    ☐ Exhibits Entered    ☒ Evidentiary Hearing[1]
☒  The Court posed questions, and the parties, through counsel, discussed.

Orders:
☒  The Court will hold a 1-day evidentiary hearing in this matter commencing on **Wednesday, May 10, 2023, at 9:30 a.m.,** before the Honorable Elizabeth E. Brown, in Courtroom F, United States Bankruptcy Court, 721 19th Street, Denver, CO 80202**.**

1. **On or before April 26, 2023,** the parties shall:

    a. Exchange pre-marked exhibits with one another.  Plaintiff/Movant shall use numbers. Defendant/Respondent shall use letters.  For every exhibit exceeding ten (10) pages in length, the party shall sequentially number each page of that exhibit at the bottom of the page.  *Do not file the exhibits on the Court's docket*, except as provided in paragraph 2(a)(i) below.

---

[1] This hearing is considered evidentiary for statistical purposes.

    b. File with the Court and serve on opposing party(parties) a List of Witnesses and Exhibits, substantially in the form of L.B.F. 9070-1.1 and an index of Exhibits, in the form of Attachment 1 to this Minute Order.

    c. Provide two (2) USB drives containing the List of Witnesses and Exhibits and electronic copies of all evidence to courtroom staff. All exhibits should be saved in PDF format and named as follows, "Exhibit Marker – Exhibit Name" (e.g., "A – Contract"). If a particular exhibit will be referred to throughout the hearing/trial, such as a key contract or a summary exhibit, parties should consider providing a paper copy of that exhibit to the Court.

2. **On or before May 3, 2023,** the parties shall:

    a. File with the Court and serve on opposing party(parties) any written objections to the opposing party's exhibits.

        (i) If written objections are filed, the objector must attach a copy of the contested exhibit for the Court's review, unless the nature of the objection involves the fact that the party proffering the exhibit has failed to adequately identify and/or exchange it.

        (ii) If written objections are not filed, then all objections except as to relevancy will be deemed waived.

        (iii) The parties should be aware, however, that if the party offering the exhibit never refers to the exhibit either during testimony or in closing argument, then in the Court's discretion, it may not review or consider the exhibit, despite its admission into evidence.

3. **After the hearing,** the parties shall retain custody of their own exhibits in accordance with Local Bankruptcy Rule 9070-1(a)(3).

---

Date: April 13, 2023

                                      BY THE COURT:

                                      *Elizabeth E. Brown*

                                      _____
                                      Elizabeth E. Brown, U.S. Bankruptcy Judge