IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SKLAR EXPLORATION COMPANY, LLC, *et al.*, | § § | Case No. 20-12377-EEB |
| | § | Jointly Administered |
| Debtors. | § § | |

**CREDITOR TRUSTEE'S QUARTERLY REPORT
FOR PERIOD ENDING MARCH 31, 2023**

Thomas M. Kim, the Trustee of the Sklarco Creditor Trust (the "Trustee") files this *Quarterly Report of the Period Ending March 31, 2023*.

During the reporting period, the Creditor Trust received, and distributed funds as follows:

| Receipts | 1Q2023 | Cumulative |
|---|---:|---:|
| Preference Settlements | $256,442.39 | $2,119,002.99 |
| Available Cash Distribution (from Debtor) | $225,772.27 | $1,170,296.18 |
| Trust Administration Funds (from Debtor) | | $250,000.00 |
| | | |
| **TOTAL** | **$482,214.66** | **$3,539,299.17** |

| Firm Name | Role | Paid Current Quarter | Paid Cumulative |
|---|---|---:|---:|
| R2 advisors llc | Trustee | $65,620.00 | $219,949.19 |
| Diamond McCarthy LLP | Counsel | $115,400.46 | $626,178.51 |
| Hoffman Nies Dave & Meyer LLP | Counsel | $550.00 | $69,410.00 |
| Jones Walker | Counsel | $106.20 | $4,295.70 |
| Lain Falkner & Co. | Accountant | $4,295.40 | $234,840.60 |
| GlassRatner | Accountant | $121,166.00 | $177,358.50 |
| Stretto | Bank Fees | $1,650.00 | $7,750.00 |
| Munsch Hardt Kopf & Harr | Counsel | | $58,783.39 |
| **TOTAL** | | **$308,788.06** | **$1,398,565.89** |
| | | | |
| **Net Cash Flow** | | **$173,426.60** | **$2,140,733.28** |

**Creditor Distributions.** As of the end of the reporting period, the Creditor Trust has not made distribution to trust beneficiaries. The Reorganized Debtors are currently in the process of reviewing, objecting to, and resolving objections to certain claims. Until this claims resolution process is complete, the distribution to beneficiaries is premature. Once the Reorganized Debtors have completed the claims resolution process, the Trustee will determine whether there are sufficient funds to make an interim distribution.

Dated: April 13, 2023

By:    */s/ Thomas M. Kim*
        Thomas M. Kim
        Trustee of the Sklar Creditor Trust