| Fill in this information to identify your case | | | | | |
|---|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | | | |
| Debtor 1: | Sklarco, LLC | | | Case #: | 1:20-bk-12377 |
| | First Name | Middle Name | Last Name | | |
| Debtor 2: | Sklar Exploration Company, LLC | | | Chapter: | 11 |
| | First Name | Middle Name | Last Name | | |

## Local Bankruptcy Form 9070-1.1
## List of Witnesses and Exhibits for Maren Silberstein Revocable Trust

**Maren Silberstein Revocable Trust ("Trust")** hereby designates the following witnesses and exhibits for the hearing or trial on the Maren Trust's Administrative/Cure Claim set for **May 10, 2023 at 9:30 am** at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom **F**, Fifth Floor, Denver, Colorado 80202.

### Part 1  Witnesses

Party **will call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| Sarah Abram Covell | Co-Trustee of the Maren Silberstein Revocable Trust and knowledge regarding when Mr. Skelton reached out informing the Trust of the bankruptcy, the failure of the Sklarco to meet its obligations under the Agency Services Agreement ("ASA"), breach of the ASA, representations that the Trust was overcharged expenses, as well as post-confirmation statements that show financial inconsistencies are ongoing. |
| Brad Walker | Plan Manager who responded to discovery |
| | |

Party **may call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| James Katchadurian | CRO appointed due to need of Debtors to provide additional adequate protection to lender |
| Maren Silberstein | Co-Trustee and beneficiary of the Maren Silberstein Revocable Trust and knowledge regarding when Mr. Skelton reached out informing the Trust of the bankruptcy, the failure of the Sklarco to meet its obligations under the Agency Services Agreement ("ASA"), breach of the ASA, representations that the Trust was |

|  |  |
|---|---|
|  | overcharged expenses, as well as post-confirmation statements that show financial inconsistencies are ongoing. |
| Keri Riley (only in the event exhibits are objected to and a motion to allow the witness is approved) | Factual information related to the administration of the Agency Services Agreement during the bankruptcy |
| Mike Watson | Communications with Debtors' staff and Mr. Sklar |
| Howard Sklar | Pre and post involvement in the Debtors |
|  |  |
| Any witness for the purpose of foundation or impeachment |  |
| Any witness listed or used by any other party |  |
| Any witness necessary to rebut the testimony of a witness called or designated by another party |  |
|  |  |
|  |  |
|  |  |

## Part 2  Exhibits

| Exhibit number ("TRUST") | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| 1 | Docket as of April 26, 2023 |  |  |  |
| 2 | Agency Services Agreement |  |  |  |
| 3 | Pre-Confirmation Monthly Statements (en globo) (ECF 1921) |  |  |  |
| 4 | Reorganized Debtors' Responses to Discovery |  |  |  |
| 5 | Howard Sklar's Responses to Discovery |  |  |  |
| 6 | Order Appointing CR3 (ECF 429) |  |  |  |
| 7 | Debtors' Counsel Application for Compensation (ECF 1497) |  |  |  |
| 8 | Correspondence from Keri Riley that the Debtor including statement "We have not taken any action with respect to this particular agreement, as |  |  |  |

|   |   | we were only recently advised of its existence" |   |   |   |
|---|---|---|---|---|---|
|   | 9 | 2022-2023 Statements |   |   |   |
|   | 10 | Demonstrative Chart |   |   |   |
|   | 11 | Email from SEC |   |   |   |
|   | 12 | ECF 166 Certified |   |   |   |
|   | 13 | ECF 324 Certified |   |   |   |
|   | 14 | ECF 420 certified |   |   |   |
|   | 15 | ECF 469 certified |   |   |   |
|   | 16 | ECF 554 certified |   |   |   |
|   | 17 | ECF 560 certified |   |   |   |
|   | 18 | ECF 577 certified |   |   |   |
|   | 19 | ECF 588 certified |   |   |   |
|   | 20 | ECF 740 certified |   |   |   |
|   | 21 | ECF 925 certified |   |   |   |
|   | 22 | ECF 1080 certified |   |   |   |
|   | 23 | ECF 1174 certified |   |   |   |
|   | 24 | ECF 1189 certified |   |   |   |
|   | 25 | ECF 1196 certifed |   |   |   |
|   | 26 | ECF 1251 certified |   |   |   |
|   | 27 | ECF 1281 certified |   |   |   |
|   | 28 | ECF 1286 certified |   |   |   |
|   | 29 | ECF 1347 certified |   |   |   |
|   | 30 | ECF 1388 certified |   |   |   |
|   | 31 | ECF 1393 certified |   |   |   |
|   | 32 | ECF 1397 certified |   |   |   |
|   | 33 | ECF 1398 certified |   |   |   |
|   | 34 | Order Confirming Plan ECF 1433 |   |   |   |
|   | 35 | Plan |   |   |   |
|   |   |   |   |   |   |
|   |   | Demonstratives |   |   |   |
|   |   | Any exhibit for purposes of rebuttal or impeachment |   |   |   |
|   |   | Any pleading, order, or document filed or entered in this case |   |   |   |
|   |   | Any exhibit offered or listed by another party |   |   |   |

| Part 3 | Signature |
|---|---|

Dated: April 26, 2023                                              By: /s/Deirdre Carey Brown
                                                                              Signature

                                                                              Bar Number (if applicable): 24049116
                                                                              Mailing Address:  1990 Post Oak Blvd Suite 2400
                                                                              Telephone number: 8323675722
                                                                              E-mail address:  dbrown@forsheyprostok.com

## Certificate of Service

I hereby certify that on this 26th day of April, 2023, I caused the foregoing Witness and Exhibit List to be served via CM/ECF to all parties that have filed electronic appearances and requested service in this case.

                                        /s/ Deirdre Carey Brown
                                        Deirdre Carey Brown