UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN:  72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. | |

**MAREN SILBERSTEIN REVOCABLE TRUST'S NOTICE OF INTENT TO USE RESIDUAL HERESAY EXCEPTION AND REQUEST TO TAKE JUDICIAL NOTICE**

Comes now The Maren Silberstein Revocable Trust ("Trust"),  pursuant to Federal Rules of Evidence 807 and hereby notifies the Sklarco LLC of its intention to rely upon the residual exception to the hearsay rule for the statements made by the Debtor or its counsel in any of the documents listed on the Trust's exhibit list (ECF 1958) or any documents listed on the Court's docket for the captioned case which may be relied upon for rebuttal or impeachment to the extent other exceptions to hearsay may not apply.  The Trust further requests that the Court take judicial notice of the Trust's exhibits which were filed by the Debtors or its counsel and any such docketed filings which may be needed for impeachment or rebuttal pursuant to Federal Rules of Evidence 201. Judicial notice is not requested for the truth of the matter asserted in the records, but that the records existed without notice to the Trust and allegations were contained in those records which the Trust was not advised of during the majority of the case until after counsel was retained.

.

1

DATED. May 3, 2023

Respectfully submitted,

By: <u>*/s/ Deirdre Carey Brown*</u>
DEIRDRE CAREY BROWN,pllc
FORSHEY & PROSTOK LLP
1990 Post Oak Blvd Suite 2400
Houston, Texas 77056
Telephone: 832.367.5722
dbrown@forsheyprostok.com

ATTORNEY FOR MAREN SILBERSTEIN REVOCABLE TRUST

**<u>CERTIFICATE OF SERVICE</u>**

On May 3, 2023, this notice was served electronically via the Court's CM/ECF notice system to all parties of record registered to receive ECF notice.

<u>*/s/ Deirdre Carey Brown*</u>
DEIRDRE CAREY BROWN