UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | | |

**MAREN SILBERSTEIN REVOCABLE TRUST'S LIMITED MOTION FOR LEAVE TO CALL KERI RILEY AS A WITNESS, ONLY IF NEEDED, DURING TRIAL ON ITS ADMINISTRATIVE/CURE CLAIM**

Comes now The Maren Silberstein Revocable Trust ("Trust"), who files this limited motion for leave to call Keri Rile as a witness, if needed, during trial on the administrative/cure claim, and with respect represents as follows:

1. The Trust listed three exhibits that relate to Ms. Riley, as a fact witness. Two email chains and ECF 1497, which is the Application for Professional Compensation filed by the Debtor's counsel.

2. The parties conferred on May 3, 2023, regarding any objections to the exhibits. The Debtor's counsel indicated that there was no objection to the emails, but that the Debtor was reserving a relevance objection to ECF 1497 which is the Debtors' counsel application for compensation.[1]

---

[1] The Parties came to agreements on other exhibits to remove objections, such as the Debtor agreed to redact bank account information from an exhibit with checks.

1

3. To the extent the Court needs testimony in order to allow the admission of ECF 1497 as an exhibit, the Trust requests leave to call Ms. Riley as a witness.

4. ECF 1497 has statements directly relevant to the disputes in this case including:

a. numerous time entries referencing "Trust" including the "Judy Trust", which is the predecessor to the Maren Trust, such as the following time entry: -

```
Oct  6/2020  Lawyer: KLR  2.20 Hrs X 350.00             KLR  - Keri L. Riley         2.20    770.00 12631    Billed
     796007  extensive review of documents and analysis re: SMMS and Judy Trust (1.8) review add'l 2004 examinations and
             email re the same (0.2) review emails re representation in LA O&G case and email re the same (0.2)
```

b. numerous time entries referencing "ASA" including the motion to assume the ASA; and,

c. a narrative explaining work completed which included analyzing issues related to the Agency Services Agreement and assumption of agreements.

DATED. May 3, 2023

Respectfully submitted,

By: _/s/ Deirdre Carey Brown_
    DEIRDRE CAREY BROWN,pllc
    FORSHEY & PROSTOK LLP
    1990 Post Oak Blvd Suite 2400
    Houston, Texas 77056
    Telephone: 832.367.5722
    dbrown@forsheyprostok.com

ATTORNEY FOR MAREN SILBERSTEIN REVOCABLE TRUST

**CERTIFICATE OF SERVICE**

On May 3, 2023, this notice was served electronically via the Court's CM/ECF notice system to all parties of record registered to receive ECF notice.

_/s/ Deirdre Carey Brown_
DEIRDRE CAREY BROWN

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC | ) | |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| | ) | Case No. 20-12380-EEB |
| SKLARCO, LLC | ) | |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | | |

**ORDER GRANTING MAREN SILBERSTEIN REVOCABLE TRUST'S LIMITED MOTION FOR LEAVE TO CALL KERI RILEY AS A WITNESS**

THIS MATTER, came for a final hearing on the The Maren Silberstein Revocable Trust's Application for Administrative Expense Claim and Cure Claim on May 10, 2023, and during the trial of the matter an issue arose regarding the admissibility of ECF 1497 as an exhibit which was objected to by the Reorganized Debtors;

The Court having reviewed the Motion, considering argument of counsel during the hearing, and finding good cause for granting the requested relief, does hereby ORDER THAT The Motion is GRANTED.

Dated: May___, 2023

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge