UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. | |

**ORDER GRANTING MAREN SILBERSTEIN REVOCABLE TRUST'S LIMITED MOTION FOR LEAVE TO CALL KERI RILEY AS A WITNESS**

THIS MATTER, came for a final hearing on the The Maren Silberstein Revocable Trust's Application for Administrative Expense Claim and Cure Claim on May 10, 2023, and during the trial of the matter an issue arose regarding the admissibility of ECF 1497 as an exhibit which was objected to by the Reorganized Debtors;

The Court having reviewed the Motion, considering argument of counsel during the hearing, and finding good cause for granting the requested relief, does hereby ORDER THAT The Motion is GRANTED.

Dated: May__, 2023

_____
Honorable Elizabeth E. Brown
United States Bankruptcy Judge