UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## Minute Order

Date: May 10, 2023  **Honorable Elizabeth E. Brown, Presiding**
Ruth S. Mares, Law Clerk

| | | |
|---|---|---|
| In re: | Sklar Exploration Company, LLC<br>Debtor. | **Case. No. 20-12377 EEB**<br>Chapter 11 |
| | Sklarco, LLC,<br>Debtor. | **Case No. 20-12380 EEB**<br>Chapter 11 |
| | | **Jointly Administered under 20-12377 EEB** |

Appearances

| | | | |
|---|---|---|---|
| Creditor | Maren Silberstein Revocable Trust | Counsel | Deirdre C. Brown |
| Debtor | Sklar Exploration Company, LLC | Counsel | Keri L. Riley, Jeffrey Brinen |
| Debtor | Sklarco, LLC | Counsel | Keri L. Riley, Jeffrey Brinen |
| Creditor | Howard F. Sklar, Howard Sklar Trust | Counsel | Adam L. Hirsch* |
| Creditor | East West Bank | Counsel | Bryce Suzuki |
| Creditor | Thomas M. Kim, Trustee of the Sklar Creditors' Trust | Counsel | Christopher Johnson*, Scott Carruthers* |

*Appearance via telephone

Proceedings: Evidentiary Hearing on the Maren Silberstein Revocable Trust's Application for Allowance of Administrative Claim and Cure Claim filed on October 22, 2021; Sklar Exploration Company, LLC, and Sklarco, LLC's Objection thereto; the Limited Response thereto of Howard F. Sklar, Individually and as Trustee and Executor to Maren Silberstein Revocable Trust.

☐ Witnesses Sworn    ☐ See Attached List
☒ Exhibits Entered:  Creditor's Exhibits 1-9, 11-35; Debtor's Exhibits A-K
☒ Evidentiary Hearing[1]
☒ After the parties' opening statements, the Court recessed so the parties could discuss settlement.  The parties advised the Court that they will continue their discussions and, if necessary, will request the matter to be reset for trial in mid-July.

Orders:
☒  If a further evidentiary hearing is necessary, the parties shall file a request to reset the matter after June 30, 2023, when this case will be transferred to another division of the Court.

Date: May 10, 2023

BY THE COURT:

_____
Elizabeth E. Brown, U.S. Bankruptcy Judge

---

[1] This hearing is considered evidentiary for statistical purposes.