# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br>EIN NO: 72-1417930<br><br>Debtor. | Bankruptcy Case No. 20-12377 EEB<br>Chapter 11 |
| In re:<br><br>SKLARCO, LLC,<br>EIN NO: 72-1425432<br><br>Debtor. | Bankruptcy Case No. 20-12380 EEB<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377 EEB** |

**ORDER DENYING WITHOUT PREJUDICE HOWARD F. SKLAR'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES**

THIS MATTER comes before the Court on the Motion for Allowance and Payment of Administrative Expenses ("Motion"), filed by Howard F. Sklar on his own behalf and on behalf of certain family trusts (collectively, the "Movants") and the Objections filed by Thomas M. Kim, Trustee and East West Bank. The Court having reviewed the Motion and the file in this matter, and being otherwise advised, hereby

FINDS that, in the Motion, Movants seek an administrative expense claim due to the Debtors' post-petition use of funds generated from certain assets that they claim to own. They assert that, by allowing the Debtors' use of these funds, they have made a substantial contribution to the Debtors' reorganizational efforts. The Motion was timely filed, preserving their opportunity to seek a priority claim, but shortly after filing the Motion, the Movants commenced an adversary proceeding, *Sklar v. Sklar Exploration Co., LLC et al.*, Adv. No. 22-01022-EEB ("Adversary Proceeding"). In the Adversary Proceeding, they seek, among other things, this identical relief. Since the claim for an administrative expense claim is joined in the Adversary Proceeding, the Motion is now duplicative. In addition, as the Court intends to seek withdrawal of the reference of the Adversary Proceeding, dismissal of the duplicative Motion will avoid the necessity of transferring part of the main case to the district court as well. On the other hand, there should be no prejudice suffered by the Movants with dismissal of the Motion. Accordingly, the Court hereby

ORDERS that the Motion is DENIED without prejudice.

DATED this 31st day of May, 2023.

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, Bankruptcy Judge