| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: Sklar Exploration Company, LLC <br> Debtor Name | Case #: | 20-12377-EEB |
| Debtor 2: | Chapter: | 11 |

## Local Bankruptcy Form 9010-4.1
## Notice of Substitution

### Part 1  Notice

Please be advised that Paul Moss, hereby withdraws as attorney of record in the above-captioned case for Patrick S. Layng, the United States Trustee for Region 19 (the "United States Trustee") and Alan K. Motes is hereby substituted as attorney of record for the United States Trustee. Pursuant to L.B.R. 9010-4(b), the Clerk is authorized to terminate the involvement of the withdrawing attorney in the case.

### Part 2  Signature of United States Trustee's Withdrawing Attorney and United States Trustee's Entering Attorney

Dated: June 1, 2023

PATRICK S. LAYNG
United States Trustee for Region 19

By: /s/ Paul Moss
Paul Moss, #26903
Trial Attorney for the U.S. Trustee
Byron G. Rogers Federal Building
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
(303) 312-7995 telephone
(303) 312-7259 facsimile
Paul.Moss@usdoj.gov
(Withdrawing Attorney)

Dated: June 1, 2023

PATRICK S. LAYNG
United States Trustee for Region 19

/s/  Alan K. Motes
By: Alan K. Motes, #33997
Trial Attorney for the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
(303) 312-7999 telephone
(303) 312-7259 facsimile
Alan.Motes@usdoj.gov
(Entering Attorney)

**CERTIFICATE OF SERVICE**

I hereby certify on the 1st day of June 2023, that a copy of **NOTICE OF SUBSTITUTION OF COUNSEL** was served on the following parties (and any party who requested electronic notice in the above-captioned case) in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

*Via CM/ECF to Attorneys:*

- Patrick R. Akers
- James B. Bailey
- Joseph Eric Bain
- Jeffrey R. Barber
- Grant Matthew Beiner
- John H. Bernstein
- Jordan B. Bird
- Florence Bonaccorso-Saenz
- Daniel L. Bray
- Casey Carlton Breese
- Duane Brescia
- Jeffrey S. Brinen
- Deirdre Carey Brown
- Kelsey Jamie Buechler
- Jeffrey Dayne Carruth
- John Childers
- Brent R. Cohen
- John Cornwell
- P. Matthew Cox
- Christopher M. Crowley
- Joseph D. DeGiorgio
- Katherine Guidry Douthitt
- David W. Drake
- Benjamin Young Ford
- Jenny M.F. Fujii
- Sid Garabato
- Louis Matthew Grossman
- Michael J. Guyerson
- Troy L. Hales, II
- Theodore J. Hartl
- Adam L. Hirsch
- Christopher D. Johnson
- Rachel T. Kubanda
- Lee M. Kutner
- Mario A. Lamar
- Robert Lantz
- Stephen K. Lecholop, II
- Lloyd A. Lim
- J. Eric Lockridge
- Stephen T. Loden
- Armistead Mason Long
- Ryan Lorenz
- Christopher Meredith
- David M. Miller
- Timothy C. Mohan
- Kevin S. Neiman
- Michael Niles
- Jennifer Norris Soto
- Matthew J. Ochs
- Matthew Okin
- John Thomas Oldham
- Robert L. Paddock
- Robert Padjen
- Michael J. Pankow
- Jeremy L. Retherford
- Brian Rich
- Keri L. Riley
- Timothy Michael Riley
- Katherine A. Ross
- Michael D. Rubenstein
- Michael Schuster
- Ryan Seidemann
- Andrew James Shaver
- Jim F. Spencer, Jr.
- Laurie A. Spindler
- Bryce Suzuki
- Timothy M. Swanson
- David R. Taggart
- Glenn Taylor
- Madison M. Tucker
- Amy Vazquez
- Tyler Lee Weidlich
- Elizabeth Helen Weller
- Deanna L. Westfall

/s/ Alan K. Motes
Office of the United States Trustee