IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SKLAR EXPLORATION COMPANY, LLC, *et al.*, | § § § | Case No. 20-12377-EEB |
| | § | Jointly Administered |
| Debtors. | § § | |

**CREDITOR TRUSTEE'S QUARTERLY REPORT
FOR PERIOD ENDING JUNE 30, 2023**

Thomas M. Kim, the Trustee of the Sklarco Creditors' Trust (the "Trustee") files this *Quarterly Report of the Period Ending June 30, 2023*.

During the reporting period, the Creditor Trust received and distributed funds as follows:

| | 2Q2023 | Cumulative |
|---|---:|---:|
| **Receipts** | | |
| Preference Settlements | $ 165,000.00 | $ 2,284,002.99 |
| Available Cash Distribution (from Debtor) | 89,537.22 | 1,259,833.40 |
| Trust Administration Funds (from Debtor) | - | 250,000.00 |
| | $ 254,537.22 | $ 3,793,836.39 |
| | | |
| **Disbursements** | | |
| Diamond McCarthy LLP - Counsel | $ 140,964.75 | $ 767,143.26 |
| r2 advisors llc - Trustee | 82,584.75 | 302,533.94 |
| GlassRatner - Accountant | 13,132.50 | 190,491.00 |
| Lain Falkner & Co - Accountant | 4,616.00 | 239,456.60 |
| S. Mayer Law PLLC - Mediator | 3,000.00 | 3,000.00 |
| Stretto - Bank fees | 1,650.00 | 9,400.00 |
| Hoffman Nies Dave & Meyer LLP - Counsel | 320.00 | 69,730.00 |
| Jones Walker - Counsel | 1,096.50 | 6,453.80 |
| Munsch Hardt Kopf & Harr - Counsel | - | 58,783.39 |
| | $ 247,364.50 | $ 1,646,991.99 |
| | | |
| **Net Cash Flow** | $ 7,172.72 | $ 2,146,844.40 |

**Creditor Distributions.** As of the end of the reporting period, the Creditor Trust has not made distribution to trust beneficiaries. The Reorganized Debtors are currently in the process of reviewing, objecting to, and resolving objections to certain claims. Until this claims resolution process is complete, the distribution to beneficiaries is premature. Once the Reorganized Debtors

have completed the claims resolution process, the Trustee will determine whether there are sufficient funds to make an interim distribution.

Dated: July 6, 2023

By:   */s/ Thomas M. Kim*
Thomas M. Kim
Trustee of the Sklar Creditor Trust