# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: )<br>)<br>SKLAR EXPLORATION COMPANY, LLC AND )<br>SKLARCO, LLC )<br>)<br>Debtors. )<br>) | Case No. 20-12377-MER<br>Chapter 11 |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to L.B.R. 9010-4(b), please be advised that Michael L. Schuster, Esq., hereby withdraws as attorney of record for Louisiana Tower Operating LLC, and Theodore J. Hartl, Esq., is hereby substituted as attorney of record for this party. Attorney Hartl previously appeared in the case on June 18, 2020 [ECF No. 444].

Pursuant to L.B.R. 9010-4(b), the Clerk is authorized to terminate the involvement of Michael L. Schuster, Esq., in this case.

| | |
|---|---|
| **BALLARD SPAHR LLP** | **BALLARD SPAHR LLP** |
| By: /s/ Michael L. Schuster<br>Michael L. Schuster, # 51773<br>1225 17th Street, Suite 2300<br>Denver, CO 80202-5596<br>Direct 303.454.0528<br>Fax 303.573.1956<br>schusterm@ballardspahr.com | By: /s/ Theodore J. Hartl<br>Theodore J. Hartl, # 32409<br>1225 17th Street, Suite 2300<br>Denver, CO 80202-5596<br>Tel 303.292.2400<br>Fax 303.296.3956<br>hartlt@ballardspahr.com |
| *Withdrawing Counsel* | *Counsel for Louisiana Tower Operating LLC* |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on July 18, 2023, true and correct copies of the foregoing were served electronically via the Court's CM/ECF notice system to all parties registered to receive such notices in this case.

*/s/ Brandon Blessing*