IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

In re:

Sklar Exploration Company, LLC

    Debtor.

Case No. 20-12377 MER

Chapter 11

**ORDER**

THIS MATTER comes before the Court on the Notice of Filing of Epiq Corporate Restructuring, LLC's Amended Application for Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) (ECF #1966) ("Notice"). The Court finds that the Notice is deficient, as the Certificate of Service was not signed.

Accordingly, IT IS HEREBY ORDERED that Movant must cure the above-noted deficiency by the cure date listed below, failing which the Application will be denied without further notice.

Deficiency Cure Date: **August 2, 2023.**

DATED July 27, 2023

BY THE COURT:

_____
Michael E. Romero, Judge
United States Bankruptcy Court