**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
The Honorable Michael E. Romero

In re:

SKLAR EXPLORATION COMPANY, LLC
*et al.*,

Debtors.

Case No. 20-12377 MER

Chapter 11

**ORDER DENYING MOTION**

    THIS MATTER comes before the Court on Epiq Corporate Restructuring, LLC's Amended Application for Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) (the "Motion"). On July 27, 2023, this Court entered an Order for Compliance noting the certificate of service attached to the notice was not signed. A further review of the application and notice reflects they were also not signed, and no "Exhibit A" (the Master Service List) was attached to the notice. No corrective filing has been received. Accordingly,

    THE COURT DENIES the Motion without prejudice.

DATED August 3, 2023

BY THE COURT:

_____
Michael E. Romero, Judge
United States Bankruptcy Court