| Fill in this information to identify your case | | | |
|---|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | | |
| Debtor : | SKLAR EXPLORATION COMPANY, LLC | Case #: | 20-12377-MER |
| | SKLARCO, LLC | Chapter: | 11 |

## Local Bankruptcy Form 9013-1.3
## Movant's Certificate of Non-Contested Matter and Request for Entry of Order

**Complete applicable sections.**

### Part 1  Certificate

On April 5, 2022, Sklar Exploration Company, LLC and Sklarco, LLC (the "Movant"), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled Objection to Priority Claim of Vincent Zito (the "Motion") at docket no. 1720. Movant hereby certifies that the following is true and correct:

1. Service of the Motion, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Motion on April 5, 2022 and April 18, 2022.
    a. Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 (or in the manner permitted by Court order, a copy of which is attached), as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice on April 5, 2022, April 11, 2022 and April 18, 2022.
2. The docket numbers for each of the following relevant documents are:
    a. the Motion and all documents attached thereto and served therewith, docket no. 1720
    b. the Notice, docket no. 1748
    c. the Certificate of Service of the Motion and Notice, docket nos. 1720, 1748, and 1774;
    d. the Proposed Order, docket No. 1720.
3. No objections to or requests for hearing on the Motion were received by the undersigned, or filed with the Court by the date designated in the Notice, or all objections have been resolved by Court order, docket no. 1720.

Accordingly, Movant requests that the Court enter an order granting the requested relief.

### Part 2  Signature of Movant's Attorney or Movant (if unrepresented)

Dated: August 8, 2023                           Respectfully submitted,

                                                By:   /s/Keri L. Riley
                                                      Keri L. Riley #47605
                                                      **KUTNER BRINEN DICKEY RILEY, P.C.**
                                                      1660 Lincoln Street, Suite 1720
                                                      Denver, CO  80264
                                                      Telephone:  (303) 832-2400
                                                      E-Mail: klr@kutnerlaw.com