UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING OBJECTION TO PRIORITY CLAIM OF VINCENT A. ZITO**

THIS MATTER having come before the Court on the Debtors' Objection to Priority Claim of Vincent A. Zito (the "Objection"), notice having been provided and no substantiated responses having been received, cause being shown to the Court for the granting of the requested relief, it is hereby

**ORDERED THAT:**

1. The Objection is GRANTED;

2. Mr. Zito's priority claim shall be allowed in the amount of $13,650.00 in accordance with 11 U.S.C. § 507(a)(4);

3. Mr. Zito shall have an allowed unsecured claim in the amount of $7,408.00; and

4. The claims agent is authorized and directed to take such action as is necessary to modify and updated the claims register to reflect the relief granted in this Order.

DONE and entered this 10th day of August, 2023.

_____
Honorable Michael E. Romero
United States Bankruptcy Judge