# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| **In re:**<br>Sklar Exploration Company, LLC<br><br>**Debtor(s)** | **Case No.** 20-12377-MER<br><br>**Chapter 11**<br><br>**Judge:** Michael E. Romero |

## WITHDRAWAL OF ALLY BANK'S MOTION FOR ENTRY OF ORDER PURSUANT TO DEFAULT IN CONFIRMED SECOND AMENDED CHAPTER 11 PLAN

PLEASE TAKE NOTICE that Ally Bank ("Movant"), a movant in the above-captioned proceeding, hereby withdraws its Motion for Entry of Order pursuant to Default in confirmed Second Amended Chapter 11 Plan (Doc. 1934) filed on March 29, 2023 without prejudice.

DATED this 11th day of August, 2023    Snow, Christensen & Martineau

/s/ P. Matthew Cox_____
**P. Matthew Cox (#9879 UT)**
10 Exchange Place, 11th Floor
P.O. Box 45000
Salt Lake City, UT 84145
Telephone: (801) 521-9000 Fax: (801) 363-0400
pmc@scmlaw.com

Attorney for Movant
Ally Bank

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2023, a true and correct copy of the above Notice of Withdrawal Motion for Entry of Order Pursuant to Default in Confirmed Second Amended Plan has been served via electronic means, if available, otherwise by the service indicated below, to:

***Debtor(s) via USMail:*** Sklar Exploration Company, LLC, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301

***Counsel for Debtor(s) via US Mail:*** Keri L. Riley, Kutner Brinen Dickey Riley, P.C., 1660 Lincoln Street, Suite 1720, Denver, CO 80264

***US Trustee via US Mail:*** Byron G. Rogers Federal Building, 1961 Stout St. Ste. 12-200, Denver, CO 80294

***Unsecured Creditors via US Mail***:

Stoneham Drilling Corporation
(Representative: Heather Stickel)
c/o James B. Bailey
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Mesa Fluids, LLC
(Representative: Aaron W. Merrell)
1669 S. 580 East
American Fork, UT, 84057

TCP Cottonwood, L.P.
(Representative: Kyle C. McInnis)
c/o Eric Lockridge 400 Convention St., Suite700
Baton Rouge, LA 70802

Kelley Brothers Contractors, Inc.
(Representative: Jerry Kelley)
401 County Farm Rd.
Waynesboro, MS 39367

Baker Hughes Company
(Representative: Christopher J. Ryan)
2001 Rankin Road
Houston, TX 77073

*/s/ Cathy Bush*
4515 N. Santa Fe Ave.
Oklahoma City OK 73118