United States Bankruptcy Court
District of Colorado

In re:     Case No. 20-12377-MER
Sklar Exploration Company, LLC     Chapter 11
Sklarco, LLC
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 1082-1 | User: admin | Page 1 of 11 |
|---|---|---|
| Date Rcvd: Aug 10, 2023 | Form ID: pdf904 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Sklar Exploration Company, LLC, Sklarco, LLC, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301-2541 |
| 18754765 | + | Vincent A. Zito Petroleum Landman, 505 Bear Drive, Gulf Breeze, FL 32561-4221 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2023      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2023 at the address(es) listed below:

**Name**     **Email Address**

Adam L. Hirsch
    on behalf of Interested Party Howard F. Sklar adam.hirsch@dgslaw.com robin.anderson@dgslaw.com

Adam L. Hirsch
    on behalf of Interested Party Howard Sklar Trust adam.hirsch@dgslaw.com robin.anderson@dgslaw.com

Adam L. Hirsch
    on behalf of Plaintiff Howard F. Sklar adam.hirsch@dgslaw.com robin.anderson@dgslaw.com

Adam L. Hirsch
    on behalf of Defendant Howard F. Sklar adam.hirsch@dgslaw.com robin.anderson@dgslaw.com

Alan K. Motes
    on behalf of U.S. Trustee US Trustee Alan.Motes@usdoj.gov

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 2 of 11 |
| Date Rcvd: Aug 10, 2023 | Form ID: pdf904 | Total Noticed: 2 |

Amy Vazquez
    on behalf of Creditor FPCC USA Inc. avazquez@joneswalker.com

Andrew James Shaver
    on behalf of Creditor Premium Oilfield Services LLC ashaver@bradley.com

Andrew M. Toft
    on behalf of Plaintiff Thomas Kim Trustee of the Sklar Creditors Trust atoft@hn-colaw.com

Armistead Mason Long
    on behalf of Creditor Pine Island Chemical Solutions L.L.C. along@gamb.com

Barnet B Skelton, Jr
    on behalf of Plaintiff The Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor MER Energy LTD barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor MR Oil & Gas LLC barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor I & L Miss I LP barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor The Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr
    on behalf of Creditor CTM 2005 Ltd. barnetbjr@msn.com

Belinda Harrison
    belindapittsharrison@gmail.com belindapittsharrison@gmail.com

Benjamin Young Ford
    on behalf of Spec. Counsel Armbrecht Jackson LLP byf@ajlaw.com, chs@ajlaw.com

Brent R. Cohen
    on behalf of Creditor Fant Energy Limited bcohen@lewisroca.com brent-cohen-8759@ecf.pacerpro.com,jeastin@lrrc.com

Brian Rich
    on behalf of Creditor Fletcher Petroleum Corp. brich@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich
    on behalf of Creditor Fletcher Petroleum Company LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich
    on behalf of Creditor Fletcher Exploration LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian A. Baker
    on behalf of Defendant National Oilwell Varco LP brian.baker@stacybakerlaw.com

Brian A. Baker
    on behalf of Defendant National Oilwell Varco DHT LP brian.baker@stacybakerlaw.com

Bryce Suzuki
    on behalf of Creditor East-West Bank bsuzuki@swlaw.com

Bryce Suzuki
    on behalf of Defendant East West Bank bsuzuki@swlaw.com

Bryce Suzuki
    on behalf of Intervenor East West Bank bsuzuki@swlaw.com

Charles Murnane
    on behalf of Defendant Steel Service Oilfield Tubular Inc. cmurnane@bn-lawyers.com

Charles Murnane
    on behalf of Defendant R & R Rentals & Hot Shot Inc. cmurnane@bn-lawyers.com

Charles Michael Rubio
    on behalf of Defendant Capstar Drilling Inc. crubio@parkinsrubio.com, 7485062420@filings.docketbird.com

Christopher Meredith
    on behalf of Attorney Copeland Cook, Taylor & Bush, P.A. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith

| | |
|---|---|
| District/off: 1082-1 | User: admin | Page 3 of 11 |
| Date Rcvd: Aug 10, 2023 | Form ID: pdf904 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor Eastern Fishing & Rental Tool Company Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher Meredith | |
| | on behalf of Creditor Fletcher Petroleum Corp. cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher Meredith | |
| | on behalf of Creditor PAR Minerals Corporation cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher Meredith | |
| | on behalf of Creditor Coastal Exploration Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher Meredith | |
| | on behalf of Defendant Quality Drilling Fluids Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher D. Johnson | |
| | on behalf of Creditor Committee The Official Committee of Unsecured Creditors chris.johnson@diamondmccarthy.com nan.sauter@diamondmccarthy.com |
| Christopher D. Johnson | |
| | on behalf of Interested Party Thomas M. Kim chris.johnson@diamondmccarthy.com nan.sauter@diamondmccarthy.com |
| Christopher D. Johnson | |
| | on behalf of Defendant Thomas Kim Trustee of the Sklar Creditors Trust chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com |
| Christopher D. Johnson | |
| | on behalf of Plaintiff Thomas M. Kim chris.johnson@diamondmccarthy.com nan.sauter@diamondmccarthy.com |
| Christopher M. Crowley | |
| | on behalf of Creditor Liquid Gold Well Service Inc. christopher@burnhamlaw.com, julie@burnhamlaw.com |
| Cody Carol Bailey | |
| | on behalf of Defendant Oilfield Partners Energy Services LLC cbailey@brunini.com |
| Daniel L. Bray | |
| | on behalf of Creditor Weatherford U.S. L.P. daniel.bray@huschblackwell.com, ann.stolfa@huschblackwell.com;daniel-bray-5348@ecf.pacerpro.com |
| David M. Miller | |
| | on behalf of Creditor Bri-Chem Supply Corp. LLC dmiller@spencerfane.com, kdominguez@spencerfane.com |
| David R Taggart | |
| | on behalf of Interested Party JF Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com |
| David R Taggart | |
| | on behalf of Creditor JH Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com |
| David R Taggart | |
| | on behalf of Creditor JF Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com |
| David W. Drake | |
| | on behalf of Creditor Ford Motor Credit Company LLC co.ecf@bdfgroup.com |
| David W. Hall | |
| | davidwendallhall@gmail.com |
| Deanna L. Westfall | |
| | on behalf of Creditor Colorado Department Of Revenue deanna.westfall@coag.gov Robert.padjen@coag.gov;jade.darnell@coag.gov |
| Deirdre Carey Brown | |
| | on behalf of Creditor Maren Silberstein Revocable Trust dbrown@forsheyprostok.com kdelany@forsheyprostok.com |
| Douglas D. Koktavy | |
| | on behalf of Defendant Btech Service & Supply Inc Doug@coloradocreditorlaw.com |
| Duane Brescia | |
| | on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com djaenike@clarkhill.com;ckclark@clarkhill.com |
| Duane Brescia | |
| | on behalf of Creditor Seitel Data Ltd. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com |
| Duane Brescia | |
| | on behalf of Creditor Lucas Petroleum Group Inc. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com |
| Elizabeth Helen Weller | |
| | on behalf of Creditor McLeod ISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 4 of 11 |
| Date Rcvd: Aug 10, 2023 | Form ID: pdf904 | Total Noticed: 2 |

Elizabeth Helen Weller
    on behalf of Creditor Linden-Kildare CISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Helen Weller
    on behalf of Creditor Atlanta ISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Florence Bonaccorso-Saenz
    on behalf of Creditor Louisiana Department of Revenue FBS-ECFNotices@la.gov

Glenn Taylor
    on behalf of Creditor Coastal Exploration Inc. gtaylor@cctb.com

Glenn Taylor
    on behalf of Creditor PAR Minerals Corporation gtaylor@cctb.com

Glenn Taylor
    on behalf of Creditor Eastern Fishing & Rental Tool Company Inc. gtaylor@cctb.com

Grant Matthew Beiner
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors gbeiner@munsch.com hvalentine@munsch.com

Grant Matthew Beiner
    on behalf of Interested Party Thomas Kim gbeiner@munsch.com hvalentine@munsch.com

J. Eric Lockridge
    on behalf of Creditor Sugar Oil Properties L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge
    on behalf of Creditor Anderson Exploration Energy Company L.C. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge
    on behalf of Creditor TCP Cottonwood L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge
    on behalf of Creditor AEEC II LLC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge
    on behalf of Creditor Anderson Exploration Energy Company LC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Jack Lazarus
    on behalf of Defendant White Resources LLC jacklaz45@gmail.com

James B. Bailey
    on behalf of Creditor Stoneham Drilling Corporation jbailey@bradley.com ashaver@bradley.com,jbailey@ecf.courtdrive.com

James B. Bailey
    on behalf of Defendant Stoneham Drilling Corporation jbailey@bradley.com ashaver@bradley.com,jbailey@ecf.courtdrive.com

Jason Buchman
    on behalf of Defendant Stratum Reservoir LLC jason.buchman@stratumreservoir.com

Jeffery Dayne Carruth
    on behalf of Creditor Halliburton Energy Services Inc. jcarruth@wkpz.com

Jeffery Dayne Carruth
    on behalf of Defendant Halliburton Energy Services LLC jcarruth@wkpz.com

Jeffrey R. Barber
    on behalf of Creditor FPCC USA Inc. jbarber@joneswalker.com, jmaxey@joneswalker.com;mgreen@joneswalker.com

Jeffrey Reid Burley
    on behalf of Counter-Claimant Ulterra Drilling Technologies LP rburley@bellnunnally.com, nblum@bellnunnally.com

Jeffrey S. Brinen
    on behalf of Debtor Sklar Exploration Company LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jeffrey S. Brinen
    on behalf of Debtor Sklarco LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jennifer Hardy
    on behalf of Creditor JJS Interests North Beach LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
    on behalf of Creditor JJS Interests Escambia LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
    on behalf of Creditor JJS Interests West Arcadia LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
    on behalf of Creditor JJS Interests Steele Kings LLC jhardy2@willkie.com, mao@willkie.com

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 5 of 11 |
| Date Rcvd: Aug 10, 2023 | Form ID: pdf904 | Total Noticed: 2 |

Jennifer Hardy
    on behalf of Creditor JJS Working Interests LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Norris Soto
    on behalf of Creditor Barnette & Benefield Inc. jennifer.uscourts@gmail.com, curtisshelton@arklatexlaw.com,

Jenny M.F. Fujii
    on behalf of Defendant Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
    on behalf of Debtor Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
    on behalf of Cross-Claimant Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
    on behalf of Debtor Sklarco LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jeremy L Retherford
    on behalf of Creditor Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Plaintiff Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Creditor Pruet Oil Company LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Defendant RAPAD Well Service Co. Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Interested Party Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Defendant Rapad Drilling Company LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Creditor RAPAD Well Service Co. Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jim F Spencer, Jr
    on behalf of Creditor Landmark Exploration LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
    on behalf of Creditor Lexington Investments LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
    on behalf of Creditor Landmark Oil and Gas LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
    on behalf of Creditor Stone Development LLC jspencer@watkinseager.com, mryan@watkinseager.com

John Cornwell
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors jcornwell@munsch.com hvalentine@munsch.com;john-cornwell-6088@ecf.pacerpro.com

John H Bernstein
    on behalf of Creditor Pearl Parkway LLC john.bernstein@kutakrock.com, trina.rioux@kutakrock.com

John Thomas Oldham
    on behalf of Creditor Kodiak Gas Services LLC joldham@okinadams.com, bmoore@okinadams.com

Jonathan Dickey
    on behalf of Creditor Foote Oil & Gas Properties LLC jmd@kutnerlaw.com, vlm@kutnerlaw.com

Jordan B. Bird
    on behalf of Creditor Bundero Investment Company LLC jordan.bird@cookyancey.com

Jordan B. Bird
    on behalf of Attorney Cook Yancey, King & Galloway, APLC jordan.bird@cookyancey.com

Jordan B. Bird
    on behalf of Creditor J&A Harris LP jordan.bird@cookyancey.com

Jordan B. Bird
    on behalf of Creditor Franks Exploration Company LLC jordan.bird@cookyancey.com

Jordan B. Bird
    on behalf of Creditor Hall Management LLC jordan.bird@cookyancey.com

Jordan B. Bird
    on behalf of Creditor Kingston LLC jordan.bird@cookyancey.com

Jordan B. Bird

Case:20-12377-MER    Doc#:1983    Filed:08/12/23    Entered:08/12/23 22:13:38    Page6 of 12

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 6 of 11 |
| Date Rcvd: Aug 10, 2023 | Form ID: pdf904 | Total Noticed: 2 |

| | |
|---|---|
| Jordan B. Bird | on behalf of Creditor AEH Investments LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor KMR Investments LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor Hughes Oil South LLC jordan.bird@cookyancey.com |
| Joseph D. DeGiorgio | on behalf of Creditor Ford Motor Credit Company LLC josephde@bdfgroup.com |
| Joseph Eric Bain | on behalf of Creditor FPCC USA Inc. jbain@joneswalker.com, joseph-bain-8368@ecf.pacerpro.com |
| Katherine A Ross | on behalf of Creditor Bureau of Land Management katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine A Ross | on behalf of Creditor Office of Natural Resources Revenue katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine A Ross | on behalf of Creditor Internal Revenue Service katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine Guidry Douthitt | on behalf of Creditor Dickson Oil & Gas L.L.C. kdouthitt@bwor.com |
| Katherine Guidry Douthitt | on behalf of Creditor C. Bickham Dickson III kdouthitt@bwor.com |
| Keith D. Tooley | on behalf of Defendant Sklar Exploration Company LLC ktooley@wsmtlaw.com |
| Keith D. Tooley | on behalf of Plaintiff Southeast Alabama Gas District ktooley@wsmtlaw.com |
| Keith D. Tooley | on behalf of Defendant Baker Hughes Oilfield Operations Inc. ktooley@wsmtlaw.com |
| Keith D. Tooley | on behalf of Defendant Kelley Brothers Contractors Inc. ktooley@wsmtlaw.com |
| Keith D. Tooley | on behalf of Defendant GE Oil & Gas Pressure Control LP ktooley@wsmtlaw.com |
| Kelsey Jamie Buechler | on behalf of Creditor Foote Oil and Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com |
| Kelsey Jamie Buechler | on behalf of Creditor Foote Oil & Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com |
| Kelsey Jamie Buechler | on behalf of Creditor Bettye LaCour jamie@kjblawoffice.com Sharon@kjblawoffice.com |
| Keri L. Riley | on behalf of Defendant Sklarco LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Keri L. Riley | on behalf of Debtor Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Keri L. Riley | on behalf of Defendant Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Keri L. Riley | on behalf of Debtor Sklarco LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Kevin S. Neiman | on behalf of Counter-Defendant Plains Marketing L.P. kevin@ksnpc.com |
| Kevin S. Neiman | on behalf of Creditor Plains Marketing L.P. kevin@ksnpc.com |
| Kevin S. Neiman | on behalf of Creditor Plains Gas Solutions LLC kevin@ksnpc.com |
| Kevin S. Neiman | on behalf of Plaintiff Plains Marketing L.P. kevin@ksnpc.com |
| Laurie A Spindler | on behalf of Creditor Linden-Kildate CISD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |

Case:20-12377-MER Doc#:1983 Filed:08/12/23 Entered:08/12/23 22:13:38 Page7 of 12

| District/off: 1082-1 | User: admin | Page 7 of 11 |
|---|---|---|
| Date Rcvd: Aug 10, 2023 | Form ID: pdf904 | Total Noticed: 2 |

| | | |
|---|---|---|
| Laurie A Spindler | | |
| | on behalf of Creditor Franklin County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com | |
| Laurie A Spindler | | |
| | on behalf of Creditor Wood County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com | |
| Laurie A Spindler | | |
| | on behalf of Creditor Gregg County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com | |
| Laurie A Spindler | | |
| | on behalf of Creditor Beckville ISD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com | |
| Laurie A Spindler | | |
| | on behalf of Creditor Camp CAD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com | |
| Laurie A Spindler | | |
| | on behalf of Creditor Upshur County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com | |
| Laurie A Spindler | | |
| | on behalf of Creditor Marion County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com | |
| Laurie A Spindler | | |
| | on behalf of Creditor Smith County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com | |
| Laurie A Spindler | | |
| | on behalf of Creditor Frankston ISD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com | |
| Laurie A Spindler | | |
| | on behalf of Creditor McLeod ISD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com | |
| Laurie A Spindler | | |
| | on behalf of Creditor Atlanta ISD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com | |
| Laurie A Spindler | | |
| | on behalf of Creditor Rusk County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com | |
| Lee M. Kutner | | |
| | on behalf of Debtor Sklar Exploration Company LLC vlm@kutnerlaw.com | |
| Lee M. Kutner | | |
| | on behalf of Debtor Sklarco LLC vlm@kutnerlaw.com | |
| Lloyd A. Lim | | |
| | on behalf of Creditor CSI Compressco Operating LLC lloyd.lim@keanmiller.com, rachel.kubanda@keanmiller.com;mack.wilson@keanmiller.com;teresa.miller@keanmiller.com | |
| Lloyd A. Lim | | |
| | on behalf of Defendant CSI Compressco Operating LLC lloyd.lim@keanmiller.com, rachel.kubanda@keanmiller.com;mack.wilson@keanmiller.com;teresa.miller@keanmiller.com | |
| Louis Matthew Grossman | | |
| | on behalf of Creditor CSI Compressco Operating LLC louis.grossman@keanmiller.com, kathy.ballard@keanmiller.com | |
| Louis Matthew Grossman | | |
| | on behalf of Defendant CSI Compressco Operating LLC louis.grossman@keanmiller.com, kathy.ballard@keanmiller.com | |
| Madison M. Tucker | | |
| | on behalf of Creditor FPCC USA Inc. mtucker@joneswalker.com, madison-tucker-7703@ecf.pacerpro.com | |
| Mario A Lamar | | |
| | on behalf of Creditor NexTier Completion Solutions Inc. mlamar@allenbrysonlaw.com | |
| Matthew Okin | | |
| | on behalf of Creditor Kodiak Gas Services LLC mokin@okinadams.com | |
| Matthew D. Skeen, Jr. | | |
| | on behalf of Defendant KCS Automation LLC jrskeen@skeen-skeen.com | |
| Matthew J Ochs | | |
| | on behalf of Creditor Pruet Production Co. mjochs@hollandhart.com tldevlin@hollandhart.com | |

Case:20-12377-MER   Doc#:1983   Filed:08/12/23   Entered:08/12/23 22:13:38   Page8 of 12

| District/off: 1082-1 | User: admin | Page 8 of 11 |
|---|---|---|
| Date Rcvd: Aug 10, 2023 | Form ID: pdf904 | Total Noticed: 2 |

| | |
|---|---|
| Matthew J Ochs | on behalf of Creditor RAPAD Well Service Co. Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Matthew J Ochs | on behalf of Creditor Pruet Oil Company LLC mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Matthew J Ochs | on behalf of Defendant RAPAD Well Service Co. Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Matthew J Ochs | on behalf of Debtor Sklarco LLC mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Matthew J Ochs | on behalf of Plaintiff Pruet Production Co. mjochs@hollandhart.com tldevlin@hollandhart.com |
| Megan M. Adeyemo | on behalf of Defendant Scientific Drilling International Inc. madeyemo@gordonrees.com, asoto@grsm.com |
| Megan M. Adeyemo | on behalf of Defendant Planning Thru Completion LLC madeyemo@gordonrees.com, asoto@grsm.com |
| Michael Niles | on behalf of Creditor Fletcher Exploration LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael Niles | on behalf of Creditor Fletcher Petroleum Company LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael Niles | on behalf of Creditor Fletcher Petroleum Corp. mniles@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael D Rubenstein | on behalf of Interested Party BPX Properties (NA) LP mdrubenstein@liskow.com |
| Michael D Rubenstein | on behalf of Interested Party BP America Production Company mdrubenstein@liskow.com |
| Michael J. Guyerson | on behalf of Creditor Estate of Pamela Page Deceased , Gabriel@kjblawoffice.com |
| Michael J. Guyerson | on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com Gabriel@kjblawoffice.com |
| Michael J. Pankow | on behalf of Debtor Sklarco LLC mpankow@bhfs.com, sgrisham@bhfs.com,aciabattoni@bhfs.com |
| Mitchell E Ayer | on behalf of Defendant Gravity Oilfield Services LLC mayer@dorelaw.com, chymel@dorelaw.com;csmith@dorelaw.com |
| P. Matthew Cox | on behalf of Creditor Ally Bank pmc@scmlaw.com mw@scmlaw.com |
| Patrick R. Akers | on behalf of Defendant Northstar Drillstem Testers Inc. patrick.akers@moyewhite.com, rachael.cotner@moyewhite.com;caryl.septon@moyewhite.com;kim.shanley@moyewhite.com |
| Patrick R. Akers | on behalf of Interested Party Denzil Blount Charitable Remainder Trust patrick.akers@moyewhite.com rachael.cotner@moyewhite.com;caryl.septon@moyewhite.com;kim.shanley@moyewhite.com |
| Patrick R. Akers | on behalf of Interested Party KHCD Properties LLC patrick.akers@moyewhite.com, rachael.cotner@moyewhite.com;caryl.septon@moyewhite.com;kim.shanley@moyewhite.com |
| Paul James Hammer | on behalf of Defendant Steel Service Oilfield Tubular Inc. phammer@bn-lawyers.com |
| Paul James Hammer | on behalf of Defendant R & R Rentals & Hot Shot Inc. phammer@bn-lawyers.com |
| R. J. Shannon | on behalf of Defendant Capstar Drilling Inc. rshannon@shannonpllc.com |
| Robert Lantz | on behalf of Creditor Roosth 806 LTD. rlantz@clmatty.com |
| Robert Padjen | on behalf of Creditor Colorado Department of Law Robert.padjen@coag.gov deanna.westfall@coag.gov |
| Robert L Paddock | on behalf of Creditor Strago Petroleum Corporation rpaddock@buckkeenan.com myers@buckkeenan.com |

Case:20-12377-MER    Doc#:1983    Filed:08/12/23    Entered:08/12/23 22:13:38    Page9 of 12

| District/off: 1082-1 | User: admin | Page 9 of 11 |
|---|---|---|
| Date Rcvd: Aug 10, 2023 | Form ID: pdf904 | Total Noticed: 2 |

| | |
|---|---|
| Robert L Paddock | on behalf of Creditor Gateway Exploration  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Robert L Paddock | on behalf of Creditor Meritage Energy Ltd rpaddock@buckkeenan.com  myers@buckkeenan.com |
| Robert L Paddock | on behalf of Creditor Harvest Gas Management  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Robert L Paddock | on behalf of Creditor GCREW Properties  LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Ryan Lorenz | on behalf of Creditor Juno Financial LLC RLorenz@ClarkHill.com |
| Ryan Seidemann | on behalf of Creditor State of Louisiana  Depatment of Natural Resources, Office of Mineral Resources seidemannr@ag.louisiana.gov |
| Ryco Exploration, LLC. | rsmith.ryco@att.net |
| Shay L. Denning | on behalf of Creditor I & L Miss I  LP sdenning@axishealthsystem.org |
| Shay L. Denning | on behalf of Creditor CTM 2005  Ltd. sdenning@axishealthsystem.org |
| Shay L. Denning | on behalf of Creditor Pickens Financial Group  LLC sdenning@axishealthsystem.org |
| Shay L. Denning | on behalf of Creditor Tauber Exploration & Production Company sdenning@axishealthsystem.org |
| Sid Garabato | on behalf of Claims Agent Epiq Corporate Restructuring  LLC rjacobs@ecf.epiqsystems.com |
| Stephen K. Lecholop, II | on behalf of Creditor McCombs Energy  Ltd. slecholop@rpsalaw.com, dtrevino@rpsalaw.com;ddoonkeen@rpsalaw.com |
| Stephen K. Lecholop, II | on behalf of Creditor McCombs Exploration  LLC slecholop@rpsalaw.com, dtrevino@rpsalaw.com;ddoonkeen@rpsalaw.com |
| Stephen T Loden | on behalf of Interested Party Thomas M. Kim sloden@diamondmccarthy.com |
| Stephen T Loden | on behalf of Defendant Thomas Kim  Trustee of the Sklar Creditors Trust sloden@diamondmccarthy.com |
| Stephen T Loden | on behalf of Plaintiff Thomas M. Kim sloden@diamondmccarthy.com |
| Stephen W. Sather | on behalf of Defendant R & R Rentals & Hot Shot  Inc. ssather@bn-lawyers.com |
| Stephen W. Sather | on behalf of Defendant Steel Service Oilfield Tubular  Inc. ssather@bn-lawyers.com |
| Steven T Mulligan | on behalf of Defendant Baker Hughes Company f/k/a Baker Hughes a GE company smulligan@cp2law.com smulligan_66544@ecf.courtdrive.com;agarcia_523@ecf.courtdrive.com |
| Steven T Mulligan | on behalf of Defendant Baker Hughes Oilfield Operations LLC smulligan@cp2law.com smulligan_66544@ecf.courtdrive.com;agarcia_523@ecf.courtdrive.com |
| Steven T Mulligan | on behalf of Defendant GE Oil & Gas Pressure Control LP smulligan@cp2law.com smulligan_66544@ecf.courtdrive.com;agarcia_523@ecf.courtdrive.com |
| Theodore J. Hartl | on behalf of Interested Party Louisiana Tower Operating LLC hartlt@ballardspahr.com  blessingb@ballardspahr.com |
| Thomas H Shipps | on behalf of Creditor I & L Miss I  LP tshipps@mbssllp.com |
| Thomas H Shipps | on behalf of Creditor The Rudman Partnership tshipps@mbssllp.com |
| Thomas H Shipps | on behalf of Creditor CTM 2005  Ltd. tshipps@mbssllp.com |
| Thomas H Shipps | |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 10 of 11 |
| Date Rcvd: Aug 10, 2023 | Form ID: pdf904 | Total Noticed: 2 |

|  |  |
|---|---|
|  | on behalf of Creditor MR Oil & Gas LLC tshipps@mbssllp.com |
| Thomas H Shipps | |
|  | on behalf of Plaintiff The Rudman Partnership tshipps@mbssllp.com |
| Thomas H Shipps | |
|  | on behalf of Creditor Rudman Partnership tshipps@mbssllp.com |
| Thomas H Shipps | |
|  | on behalf of Creditor MER Energy LTD tshipps@mbssllp.com |
| Timothy Aaron Million | |
|  | on behalf of Defendant Weatherford US LP tim.million@huschblackwell.com |
| Timothy C. Mohan | |
|  | on behalf of Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | |
|  | on behalf of Creditor Baker Petrolite LLC tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | |
|  | on behalf of Creditor GE Oil & Gas Pressure Control US tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | |
|  | on behalf of Creditor Baker Hughes Oilfield Operations LLC tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | |
|  | on behalf of Cross Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | |
|  | on behalf of Defendant Baker Hughes Oilfield Operations Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | |
|  | on behalf of Creditor Baker Hughes Holdings LLC FKA Baker Hughes, a GE Company LLC tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | |
|  | on behalf of Cross Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | |
|  | on behalf of Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | |
|  | on behalf of Creditor Lufkin Industries LLC tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy M. Swanson | |
|  | on behalf of Creditor Alabama Oil & Gas LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com |
| Timothy M. Swanson | |
|  | on behalf of Creditor Kudzu Oil Properties LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com |
| Timothy M. Swanson | |
|  | on behalf of Interested Party Denzil Blount Charitable Remainder Trust tim.swanson@moyewhite.com rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com |
| Timothy M. Swanson | |
|  | on behalf of Creditor Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company LLC and Sklarco, LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com |
| Timothy M. Swanson | |
|  | on behalf of Creditor Alabama Oil Company tim.swanson@moyewhite.com rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com |
| Timothy M. Swanson | |
|  | on behalf of Interested Party KHCD Properties LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com |
| Timothy M. Swanson | |
|  | on behalf of Creditor Kudzo Oil Properties LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com |
| Timothy M. Swanson | |
|  | on behalf of Creditor Apple River Investments LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com |
| Timothy Michael Riley | |
|  | on behalf of Attorney Hopping Green & Sams triley@deanmead.com |
| Troy L Hales, II | |
|  | on behalf of Counter-Claimant Ulterra Drilling Technologies LP thales@bellnunnally.com, nsummerville@bellnunnally.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 11 of 11 |
| Date Rcvd: Aug 10, 2023 | Form ID: pdf904 | Total Noticed: 2 |

Troy L Hales, II
    on behalf of Creditor Ulterra Drilling Technologies  LP thales@bellnunnally.com, nsummerville@bellnunnally.com

Troy L Hales, II
    on behalf of Defendant Ulterra Drilling Technologies  LP thales@bellnunnally.com, nsummerville@bellnunnally.com

Tyler Lee Weidlich
    on behalf of Creditor Pro-Tek Field Services  LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com

Tyler Lee Weidlich
    on behalf of Creditor Pioneer Wireline Services  LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com

US Trustee
    USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 242

UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SKLAR EXPLORATION COMPANY, LLC | ) | Case No. 20-12377-EEB |
| EIN: 72-1417930 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| SKLARCO, LLC | ) | Case No. 20-12380-EEB |
| EIN: 72-1425432 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING OBJECTION TO PRIORITY CLAIM OF VINCENT A. ZITO**

THIS MATTER having come before the Court on the Debtors' Objection to Priority Claim of Vincent A. Zito (the "Objection"), notice having been provided and no substantiated responses having been received, cause being shown to the Court for the granting of the requested relief, it is hereby

**ORDERED THAT:**

1. The Objection is GRANTED;

2. Mr. Zito's priority claim shall be allowed in the amount of $13,650.00 in accordance with 11 U.S.C. § 507(a)(4);

3. Mr. Zito shall have an allowed unsecured claim in the amount of $7,408.00; and

4. The claims agent is authorized and directed to take such action as is necessary to modify and updated the claims register to reflect the relief granted in this Order.

DONE and entered this 10th day of August, 2023.

Honorable Michael E. Romero
United States Bankruptcy Judge