United States Bankruptcy Court
District of Colorado

In re:  
Sklar Exploration Company, LLC  
Sklarco, LLC  
    Debtors

Case No. 20-12377-MER  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 1082-1      User: admin      Page 1 of 11  
Date Rcvd: Aug 10, 2023      Form ID: pdf904      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Sklar Exploration Company, LLC, Sklarco, LLC, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301-2541 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 18757995 | | Email/Text: EBNBKNOT@ford.com | Aug 10 2023 21:41:00 | Ford Motor Credit Company, LLC, PO Box 6275, Dearborn, MI 48121 |
| 19208544 | | Email/Text: EBNBKNOT@ford.com | Aug 10 2023 21:41:00 | Ford Motor Credit Company, LLC, Dept 55953, P.O. Box 55000, Detroit MI, 48255-0953 |
| 18754507 | + | Email/Text: EBNBKNOT@ford.com | Aug 10 2023 21:41:00 | Ford Motor Company, P.O. Box 650575, Dallas, TX 75265-0575 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18758062 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company, LLC, PO Box 6275, Dearborn, MI 48121 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2023      Signature:      /s/Gustava Winters

District/off: 1082-1 | User: admin | Page 2 of 11
Date Rcvd: Aug 10, 2023 | Form ID: pdf904 | Total Noticed: 4

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam L. Hirsch | on behalf of Interested Party Howard F. Sklar adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |
| Adam L. Hirsch | on behalf of Interested Party Howard Sklar Trust adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |
| Adam L. Hirsch | on behalf of Defendant Howard F. Sklar adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |
| Adam L. Hirsch | on behalf of Plaintiff Howard F. Sklar adam.hirsch@dgslaw.com  robin.anderson@dgslaw.com |
| Alan K. Motes | on behalf of U.S. Trustee US Trustee Alan.Motes@usdoj.gov |
| Amy Vazquez | on behalf of Creditor FPCC USA  Inc. avazquez@joneswalker.com |
| Andrew James Shaver | on behalf of Creditor Premium Oilfield Services  LLC ashaver@bradley.com |
| Andrew M. Toft | on behalf of Plaintiff Thomas Kim  Trustee of the Sklar Creditors Trust atoft@hn-colaw.com |
| Armistead Mason Long | on behalf of Creditor Pine Island Chemical Solutions  L.L.C. along@gamb.com |
| Barnet B Skelton, Jr | on behalf of Plaintiff The Rudman Partnership barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor Rudman Partnership barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor MER Energy  LTD barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor MR Oil & Gas  LLC barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor I & L Miss I  LP barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor The Rudman Partnership barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor CTM 2005  Ltd. barnetbjr@msn.com |
| Belinda Harrison | belindapittsharrison@gmail.com  belindapittsharrison@gmail.com |
| Benjamin Young Ford | on behalf of Spec. Counsel Armbrecht Jackson  LLP byf@ajlaw.com, chs@ajlaw.com |
| Brent R. Cohen | on behalf of Creditor Fant Energy Limited bcohen@lewisroca.com  brent-cohen-8759@ecf.pacerpro.com,jeastin@lrrc.com |
| Brian Rich | on behalf of Creditor Fletcher Petroleum Corp. brich@bergersingerman.com  efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Brian Rich | on behalf of Creditor Fletcher Petroleum Company  LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Brian Rich | on behalf of Creditor Fletcher Exploration  LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Brian A. Baker | on behalf of Defendant National Oilwell Varco LP brian.baker@stacybakerlaw.com |
| Brian A. Baker | on behalf of Defendant National Oilwell Varco DHT  LP brian.baker@stacybakerlaw.com |
| Bryce Suzuki | |

District/off: 1082-1 User: admin Page 3 of 11
Date Rcvd: Aug 10, 2023 Form ID: pdf904 Total Noticed: 4

| | |
|---|---|
| Bryce Suzuki | on behalf of Creditor East-West Bank bsuzuki@swlaw.com |
| Bryce Suzuki | on behalf of Defendant East West Bank bsuzuki@swlaw.com |
| Bryce Suzuki | on behalf of Intervenor East West Bank bsuzuki@swlaw.com |
| Charles Murnane | on behalf of Defendant Steel Service Oilfield Tubular Inc. cmurnane@bn-lawyers.com |
| Charles Murnane | on behalf of Defendant R & R Rentals & Hot Shot Inc. cmurnane@bn-lawyers.com |
| Charles Michael Rubio | on behalf of Defendant Capstar Drilling Inc. crubio@parkinsrubio.com, 7485062420@filings.docketbird.com |
| Christopher Meredith | on behalf of Attorney Copeland Cook, Taylor & Bush, P.A. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher Meredith | on behalf of Creditor Eastern Fishing & Rental Tool Company Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher Meredith | on behalf of Creditor Fletcher Petroleum Corp. cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher Meredith | on behalf of Creditor PAR Minerals Corporation cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher Meredith | on behalf of Creditor Coastal Exploration Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher Meredith | on behalf of Defendant Quality Drilling Fluids Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher D. Johnson | on behalf of Creditor Committee The Official Committee of Unsecured Creditors chris.johnson@diamondmccarthy.com nan.sauter@diamondmccarthy.com |
| Christopher D. Johnson | on behalf of Interested Party Thomas M. Kim chris.johnson@diamondmccarthy.com nan.sauter@diamondmccarthy.com |
| Christopher D. Johnson | on behalf of Defendant Thomas Kim Trustee of the Sklar Creditors Trust chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com |
| Christopher D. Johnson | on behalf of Plaintiff Thomas M. Kim chris.johnson@diamondmccarthy.com nan.sauter@diamondmccarthy.com |
| Christopher M. Crowley | on behalf of Creditor Liquid Gold Well Service Inc. christopher@burnhamlaw.com, julie@burnhamlaw.com |
| Cody Carol Bailey | on behalf of Defendant Oilfield Partners Energy Services LLC cbailey@brunini.com |
| Daniel L. Bray | on behalf of Creditor Weatherford U.S. L.P. daniel.bray@huschblackwell.com, ann.stolfa@huschblackwell.com;daniel-bray-5348@ecf.pacerpro.com |
| David M. Miller | on behalf of Creditor Bri-Chem Supply Corp. LLC dmiller@spencerfane.com, kdominguez@spencerfane.com |
| David R Taggart | on behalf of Interested Party JF Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com |
| David R Taggart | on behalf of Creditor JH Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com |
| David R Taggart | on behalf of Creditor JF Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com |
| David W. Drake | on behalf of Creditor Ford Motor Credit Company LLC co.ecf@bdfgroup.com |
| David W. Hall | davidwendallhall@gmail.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 4 of 11 |
| Date Rcvd: Aug 10, 2023 | Form ID: pdf904 | Total Noticed: 4 |

| | |
|---|---|
| Deanna L. Westfall | on behalf of Creditor Colorado Department Of Revenue deanna.westfall@coag.gov Robert.padjen@coag.gov;jade.darnell@coag.gov |
| Deirdre Carey Brown | on behalf of Creditor Maren Silberstein Revocable Trust dbrown@forsheyprostok.com kdelany@forsheyprostok.com |
| Douglas D. Koktavy | on behalf of Defendant Btech Service & Supply Inc Doug@coloradocreditorlaw.com |
| Duane Brescia | on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com djaenike@clarkhill.com;ckclark@clarkhill.com |
| Duane Brescia | on behalf of Creditor Seitel Data Ltd. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com |
| Duane Brescia | on behalf of Creditor Lucas Petroleum Group Inc. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com |
| Elizabeth Helen Weller | on behalf of Creditor McLeod ISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com |
| Elizabeth Helen Weller | on behalf of Creditor Linden-Kildare CISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com |
| Elizabeth Helen Weller | on behalf of Creditor Atlanta ISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com |
| Florence Bonaccorso-Saenz | on behalf of Creditor Louisiana Department of Revenue FBS-ECFNotices@la.gov |
| Glenn Taylor | on behalf of Creditor Coastal Exploration Inc. gtaylor@cctb.com |
| Glenn Taylor | on behalf of Creditor PAR Minerals Corporation gtaylor@cctb.com |
| Glenn Taylor | on behalf of Creditor Eastern Fishing & Rental Tool Company Inc. gtaylor@cctb.com |
| Grant Matthew Beiner | on behalf of Creditor Committee The Official Committee of Unsecured Creditors gbeiner@munsch.com hvalentine@munsch.com |
| Grant Matthew Beiner | on behalf of Interested Party Thomas Kim gbeiner@munsch.com hvalentine@munsch.com |
| J. Eric Lockridge | on behalf of Creditor Sugar Oil Properties L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com |
| J. Eric Lockridge | on behalf of Creditor Anderson Exploration Energy Company L.C. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com |
| J. Eric Lockridge | on behalf of Creditor TCP Cottonwood L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com |
| J. Eric Lockridge | on behalf of Creditor AEEC II LLC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com |
| J. Eric Lockridge | on behalf of Creditor Anderson Exploration Energy Company LC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com |
| Jack Lazarus | on behalf of Defendant White Resources LLC jacklaz45@gmail.com |
| James B. Bailey | on behalf of Creditor Stoneham Drilling Corporation jbailey@bradley.com ashaver@bradley.com,jbailey@ecf.courtdrive.com |
| James B. Bailey | on behalf of Defendant Stoneham Drilling Corporation jbailey@bradley.com ashaver@bradley.com,jbailey@ecf.courtdrive.com |
| Jason Buchman | on behalf of Defendant Stratum Reservoir LLC jason.buchman@stratumreservoir.com |
| Jeffery Dayne Carruth | on behalf of Creditor Halliburton Energy Services Inc. jcarruth@wkpz.com |
| Jeffery Dayne Carruth | on behalf of Defendant Halliburton Energy Services LLC jcarruth@wkpz.com |
| Jeffrey R. Barber | |

| | |
|---|---|
| District/off: 1082-1 | User: admin | Page 5 of 11 |
| Date Rcvd: Aug 10, 2023 | Form ID: pdf904 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Creditor FPCC USA Inc. jbarber@joneswalker.com, jmaxey@joneswalker.com;mgreen@joneswalker.com |
| Jeffrey Reid Burley | on behalf of Counter-Claimant Ulterra Drilling Technologies LP rburley@bellnunnally.com, nblum@bellnunnally.com |
| Jeffrey S. Brinen | on behalf of Debtor Sklar Exploration Company LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com |
| Jeffrey S. Brinen | on behalf of Debtor Sklarco LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com |
| Jennifer Hardy | on behalf of Creditor JJS Working Interests LLC jhardy2@willkie.com, mao@willkie.com |
| Jennifer Hardy | on behalf of Creditor JJS Interests North Beach LLC jhardy2@willkie.com, mao@willkie.com |
| Jennifer Hardy | on behalf of Creditor JJS Interests Escambia LLC jhardy2@willkie.com, mao@willkie.com |
| Jennifer Hardy | on behalf of Creditor JJS Interests West Arcadia LLC jhardy2@willkie.com, mao@willkie.com |
| Jennifer Hardy | on behalf of Creditor JJS Interests Steele Kings LLC jhardy2@willkie.com, mao@willkie.com |
| Jennifer Norris Soto | on behalf of Creditor Barnette & Benefield Inc. jennifer.uscourts@gmail.com, curtisshelton@arklatexlaw.com, |
| Jenny M.F. Fujii | on behalf of Defendant Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com |
| Jenny M.F. Fujii | on behalf of Debtor Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com |
| Jenny M.F. Fujii | on behalf of Cross-Claimant Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com |
| Jenny M.F. Fujii | on behalf of Debtor Sklarco LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com |
| Jeremy L Retherford | on behalf of Creditor RAPAD Well Service Co. Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com |
| Jeremy L Retherford | on behalf of Creditor Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com |
| Jeremy L Retherford | on behalf of Plaintiff Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com |
| Jeremy L Retherford | on behalf of Creditor Pruet Oil Company LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com |
| Jeremy L Retherford | on behalf of Defendant RAPAD Well Service Co. Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com |
| Jeremy L Retherford | on behalf of Interested Party Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com |
| Jeremy L Retherford | on behalf of Defendant Rapad Drilling Company LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com |
| Jim F Spencer, Jr | on behalf of Creditor Landmark Exploration LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| Jim F Spencer, Jr | on behalf of Creditor Lexington Investments LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| Jim F Spencer, Jr | on behalf of Creditor Landmark Oil and Gas LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| Jim F Spencer, Jr | on behalf of Creditor Stone Development LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| John Cornwell | on behalf of Creditor Committee The Official Committee of Unsecured Creditors jcornwell@munsch.com hvalentine@munsch.com;john-cornwell-6088@ecf.pacerpro.com |
| John H Bernstein | on behalf of Creditor Pearl Parkway LLC john.bernstein@kutakrock.com, trina.rioux@kutakrock.com |
| John Thomas Oldham | on behalf of Creditor Kodiak Gas Services LLC joldham@okinadams.com, bmoore@okinadams.com |

District/off: 1082-1 | User: admin | Page 6 of 11
Date Rcvd: Aug 10, 2023 | Form ID: pdf904 | Total Noticed: 4

| | |
|---|---|
| Jonathan Dickey | on behalf of Creditor Foote Oil & Gas Properties LLC jmd@kutnerlaw.com, vlm@kutnerlaw.com |
| Jordan B. Bird | on behalf of Creditor Bundero Investment Company LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Attorney Cook Yancey, King & Galloway, APLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor Hughes Oil South LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor J&A Harris LP jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor Franks Exploration Company LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor Hall Management LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor Kingston LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor AEH Investments LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor KMR Investments LLC jordan.bird@cookyancey.com |
| Joseph D. DeGiorgio | on behalf of Creditor Ford Motor Credit Company LLC josephde@bdfgroup.com |
| Joseph Eric Bain | on behalf of Creditor FPCC USA Inc. jbain@joneswalker.com, joseph-bain-8368@ecf.pacerpro.com |
| Katherine A Ross | on behalf of Creditor Bureau of Land Management katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine A Ross | on behalf of Creditor Office of Natural Resources Revenue katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine A Ross | on behalf of Creditor Internal Revenue Service katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine Guidry Douthitt | on behalf of Creditor Dickson Oil & Gas L.L.C. kdouthitt@bwor.com |
| Katherine Guidry Douthitt | on behalf of Creditor C. Bickham Dickson III kdouthitt@bwor.com |
| Keith D. Tooley | on behalf of Defendant Baker Hughes Oilfield Operations Inc. ktooley@wsmtlaw.com |
| Keith D. Tooley | on behalf of Defendant Sklar Exploration Company LLC ktooley@wsmtlaw.com |
| Keith D. Tooley | on behalf of Defendant Kelley Brothers Contractors Inc. ktooley@wsmtlaw.com |
| Keith D. Tooley | on behalf of Plaintiff Southeast Alabama Gas District ktooley@wsmtlaw.com |
| Keith D. Tooley | on behalf of Defendant GE Oil & Gas Pressure Control LP ktooley@wsmtlaw.com |
| Kelsey Jamie Buechler | on behalf of Creditor Foote Oil and Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com |
| Kelsey Jamie Buechler | on behalf of Creditor Foote Oil & Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com |
| Kelsey Jamie Buechler | on behalf of Creditor Bettye LaCour jamie@kjblawoffice.com Sharon@kjblawoffice.com |
| Keri L. Riley | on behalf of Defendant Sklarco LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Keri L. Riley | on behalf of Debtor Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |

District/off: 1082-1          User: admin          Page 7 of 11
Date Rcvd: Aug 10, 2023          Form ID: pdf904          Total Noticed: 4

Keri L. Riley
     on behalf of Defendant Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Keri L. Riley
     on behalf of Debtor Sklarco LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Kevin S. Neiman
     on behalf of Counter-Defendant Plains Marketing L.P. kevin@ksnpc.com

Kevin S. Neiman
     on behalf of Creditor Plains Marketing L.P. kevin@ksnpc.com

Kevin S. Neiman
     on behalf of Creditor Plains Gas Solutions LLC kevin@ksnpc.com

Kevin S. Neiman
     on behalf of Plaintiff Plains Marketing L.P. kevin@ksnpc.com

Laurie A Spindler
     on behalf of Creditor Linden-Kildate CISD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
     on behalf of Creditor Franklin County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
     on behalf of Creditor Wood County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
     on behalf of Creditor Beckville ISD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
     on behalf of Creditor Camp CAD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
     on behalf of Creditor Gregg County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
     on behalf of Creditor Upshur County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
     on behalf of Creditor Marion County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
     on behalf of Creditor Frankston ISD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
     on behalf of Creditor McLeod ISD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
     on behalf of Creditor Smith County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
     on behalf of Creditor Atlanta ISD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
     on behalf of Creditor Rusk County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Lee M. Kutner
     on behalf of Debtor Sklar Exploration Company LLC vlm@kutnerlaw.com

Lee M. Kutner
     on behalf of Debtor Sklarco LLC vlm@kutnerlaw.com

Lloyd A. Lim
     on behalf of Creditor CSI Compressco Operating LLC lloyd.lim@keanmiller.com, rachel.kubanda@keanmiller.com;mack.wilson@keanmiller.com;teresa.miller@keanmiller.com

Lloyd A. Lim
     on behalf of Defendant CSI Compressco Operating LLC lloyd.lim@keanmiller.com, rachel.kubanda@keanmiller.com;mack.wilson@keanmiller.com;teresa.miller@keanmiller.com

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 8 of 11 |
| Date Rcvd: Aug 10, 2023 | Form ID: pdf904 | Total Noticed: 4 |

Louis Matthew Grossman
    on behalf of Creditor CSI Compressco Operating  LLC louis.grossman@keanmiller.com, kathy.ballard@keanmiller.com

Louis Matthew Grossman
    on behalf of Defendant CSI Compressco Operating  LLC louis.grossman@keanmiller.com, kathy.ballard@keanmiller.com

Madison M. Tucker
    on behalf of Creditor FPCC USA  Inc. mtucker@joneswalker.com, madison-tucker-7703@ecf.pacerpro.com

Mario A Lamar
    on behalf of Creditor NexTier Completion Solutions  Inc. mlamar@allenbrysonlaw.com

Matthew Okin
    on behalf of Creditor Kodiak Gas Services  LLC mokin@okinadams.com

Matthew D. Skeen, Jr.
    on behalf of Defendant KCS Automation  LLC jrskeen@skeen-skeen.com

Matthew J Ochs
    on behalf of Debtor Sklarco  LLC mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J Ochs
    on behalf of Creditor Pruet Production Co. mjochs@hollandhart.com  tldevlin@hollandhart.com

Matthew J Ochs
    on behalf of Creditor Pruet Oil Company  LLC mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J Ochs
    on behalf of Creditor RAPAD Well Service Co.  Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J Ochs
    on behalf of Defendant RAPAD Well Service Co.  Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J Ochs
    on behalf of Plaintiff Pruet Production Co. mjochs@hollandhart.com  tldevlin@hollandhart.com

Megan M. Adeyemo
    on behalf of Defendant Planning Thru Completion  LLC madeyemo@gordonrees.com, asoto@grsm.com

Megan M. Adeyemo
    on behalf of Defendant Scientific Drilling International  Inc. madeyemo@gordonrees.com, asoto@grsm.com

Michael Niles
    on behalf of Creditor Fletcher Exploration  LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Niles
    on behalf of Creditor Fletcher Petroleum Company  LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Niles
    on behalf of Creditor Fletcher Petroleum Corp. mniles@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael D Rubenstein
    on behalf of Interested Party BPX Properties (NA) LP mdrubenstein@liskow.com

Michael D Rubenstein
    on behalf of Interested Party BP America Production Company mdrubenstein@liskow.com

Michael J. Guyerson
    on behalf of Creditor Estate of Pamela Page  Deceased , Gabriel@kjblawoffice.com

Michael J. Guyerson
    on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com  Gabriel@kjblawoffice.com

Michael J. Pankow
    on behalf of Debtor Sklarco  LLC mpankow@bhfs.com, sgrisham@bhfs.com,aciabattoni@bhfs.com

Mitchell E Ayer
    on behalf of Defendant Gravity Oilfield Services  LLC mayer@dorelaw.com, chymel@dorelaw.com;csmith@dorelaw.com

P. Matthew Cox
    on behalf of Creditor Ally Bank pmc@scmlaw.com  mw@scmlaw.com

Patrick R. Akers
    on behalf of Defendant Northstar Drillstem Testers  Inc. patrick.akers@moyewhite.com, rachael.cotner@moyewhite.com;caryl.septon@moyewhite.com;kim.shanley@moyewhite.com

Patrick R. Akers
    on behalf of Interested Party Denzil Blount Charitable Remainder Trust patrick.akers@moyewhite.com rachael.cotner@moyewhite.com;caryl.septon@moyewhite.com;kim.shanley@moyewhite.com

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 9 of 11 |
| Date Rcvd: Aug 10, 2023 | Form ID: pdf904 | Total Noticed: 4 |

Patrick R. Akers
    on behalf of Interested Party KHCD Properties LLC patrick.akers@moyewhite.com, rachael.cotner@moyewhite.com;caryl.septon@moyewhite.com;kim.shanley@moyewhite.com

Paul James Hammer
    on behalf of Defendant Steel Service Oilfield Tubular Inc. phammer@bn-lawyers.com

Paul James Hammer
    on behalf of Defendant R & R Rentals & Hot Shot Inc. phammer@bn-lawyers.com

R. J. Shannon
    on behalf of Defendant Capstar Drilling Inc. rshannon@shannonpllc.com

Robert Lantz
    on behalf of Creditor Roosth 806 LTD. rlantz@clmatty.com

Robert Padjen
    on behalf of Creditor Colorado Department of Law Robert.padjen@coag.gov deanna.westfall@coag.gov

Robert L Paddock
    on behalf of Creditor Strago Petroleum Corporation rpaddock@buckkeenan.com myers@buckkeenan.com

Robert L Paddock
    on behalf of Creditor Gateway Exploration LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock
    on behalf of Creditor Meritage Energy Ltd rpaddock@buckkeenan.com myers@buckkeenan.com

Robert L Paddock
    on behalf of Creditor Harvest Gas Management LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock
    on behalf of Creditor GCREW Properties LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Ryan Lorenz
    on behalf of Creditor Juno Financial LLC RLorenz@ClarkHill.com

Ryan Seidemann
    on behalf of Creditor State of Louisiana Depatment of Natural Resources, Office of Mineral Resources seidemannr@ag.louisiana.gov

Ryco Exploration, LLC.
    rsmith.ryco@att.net

Shay L. Denning
    on behalf of Creditor I & L Miss I LP sdenning@axishealthsystem.org

Shay L. Denning
    on behalf of Creditor CTM 2005 Ltd. sdenning@axishealthsystem.org

Shay L. Denning
    on behalf of Creditor Pickens Financial Group LLC sdenning@axishealthsystem.org

Shay L. Denning
    on behalf of Creditor Tauber Exploration & Production Company sdenning@axishealthsystem.org

Sid Garabato
    on behalf of Claims Agent Epiq Corporate Restructuring LLC rjacobs@ecf.epiqsystems.com

Stephen K. Lecholop, II
    on behalf of Creditor McCombs Exploration LLC slecholop@rpsalaw.com, dtrevino@rpsalaw.com;ddoonkeen@rpsalaw.com

Stephen K. Lecholop, II
    on behalf of Creditor McCombs Energy Ltd. slecholop@rpsalaw.com, dtrevino@rpsalaw.com;ddoonkeen@rpsalaw.com

Stephen T Loden
    on behalf of Interested Party Thomas M. Kim sloden@diamondmccarthy.com

Stephen T Loden
    on behalf of Defendant Thomas Kim Trustee of the Sklar Creditors Trust sloden@diamondmccarthy.com

Stephen T Loden
    on behalf of Plaintiff Thomas M. Kim sloden@diamondmccarthy.com

Stephen W. Sather
    on behalf of Defendant R & R Rentals & Hot Shot Inc. ssather@bn-lawyers.com

Stephen W. Sather
    on behalf of Defendant Steel Service Oilfield Tubular Inc. ssather@bn-lawyers.com

Steven T Mulligan
    on behalf of Defendant Baker Hughes Company f/k/a Baker Hughes a GE company smulligan@cp2law.com smulligan_66544@ecf.courtdrive.com;agarcia_523@ecf.courtdrive.com

| | |
|---|---|
| Steven T Mulligan | on behalf of Defendant Baker Hughes Oilfield Operations LLC smulligan@cp2law.com smulligan_66544@ecf.courtdrive.com;agarcia_523@ecf.courtdrive.com |
| Steven T Mulligan | on behalf of Defendant GE Oil & Gas Pressure Control LP smulligan@cp2law.com smulligan_66544@ecf.courtdrive.com;agarcia_523@ecf.courtdrive.com |
| Theodore J. Hartl | on behalf of Interested Party Louisiana Tower Operating LLC hartlt@ballardspahr.com blessingb@ballardspahr.com |
| Thomas H Shipps | on behalf of Creditor I & L Miss I LP tshipps@mbssllp.com |
| Thomas H Shipps | on behalf of Creditor The Rudman Partnership tshipps@mbssllp.com |
| Thomas H Shipps | on behalf of Creditor CTM 2005 Ltd. tshipps@mbssllp.com |
| Thomas H Shipps | on behalf of Creditor MR Oil & Gas LLC tshipps@mbssllp.com |
| Thomas H Shipps | on behalf of Plaintiff The Rudman Partnership tshipps@mbssllp.com |
| Thomas H Shipps | on behalf of Creditor Rudman Partnership tshipps@mbssllp.com |
| Thomas H Shipps | on behalf of Creditor MER Energy LTD tshipps@mbssllp.com |
| Timothy Aaron Million | on behalf of Defendant Weatherford US LP tim.million@huschblackwell.com |
| Timothy C. Mohan | on behalf of Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor Baker Petrolite LLC tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor GE Oil & Gas Pressure Control US tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor Baker Hughes Oilfield Operations LLC tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Cross Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Defendant Baker Hughes Oilfield Operations Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor Baker Hughes Holdings LLC FKA Baker Hughes, a GE Company LLC tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Cross Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor Lufkin Industries LLC tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy M. Swanson | on behalf of Creditor Alabama Oil & Gas LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Kudzu Oil Properties LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company LLC and Sklarco, LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com |
| Timothy M. Swanson | on behalf of Interested Party Denzil Blount Charitable Remainder Trust tim.swanson@moyewhite.com rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com |
| Timothy M. Swanson | |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 11 of 11 |
| Date Rcvd: Aug 10, 2023 | Form ID: pdf904 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Creditor Alabama Oil Company tim.swanson@moyewhite.com rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com |
| Timothy M. Swanson | |
| | on behalf of Interested Party KHCD Properties LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Kudzo Oil Properties LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com |
| Timothy M. Swanson | |
| | on behalf of Creditor Apple River Investments LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com |
| Timothy Michael Riley | |
| | on behalf of Attorney Hopping Green & Sams triley@deanmead.com |
| Troy L Hales, II | |
| | on behalf of Counter-Claimant Ulterra Drilling Technologies LP thales@bellnunnally.com, nsummerville@bellnunnally.com |
| Troy L Hales, II | |
| | on behalf of Creditor Ulterra Drilling Technologies LP thales@bellnunnally.com, nsummerville@bellnunnally.com |
| Troy L Hales, II | |
| | on behalf of Defendant Ulterra Drilling Technologies LP thales@bellnunnally.com, nsummerville@bellnunnally.com |
| Tyler Lee Weidlich | |
| | on behalf of Creditor Pro-Tek Field Services LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com |
| Tyler Lee Weidlich | |
| | on behalf of Creditor Pioneer Wireline Services LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com |
| US Trustee | |
| | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 242

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER DISALLOWING CLAIMS FILED BY FORD MOTOR COMPANY, LLC**

THIS MATTER having come before the Court on the Debtors' Objection to Claims Filed by Ford Motor Company, LLC (the "Objection"), notice having been provided and no substantiated responses having been received, cause being shown to the Court for the granting of the requested relief, it is hereby

**ORDERED THAT:**

1. The Objection is GRANTED;

2. The following claims shall be disallowed and expunged in their entirety:

| Claim No. | Vehicle | VIN No. | Claim Amount |
|---|---|---|---|
| 166 | 2020 Ford F-150 | #1FTEW1E55LFA69055 | $52,191.88 |
| 19 | 2019 Ford F-150 | #1FTEW1E47KKD42980 | $45,777.55 |
| 20 | 2018 Ford F-150 | #1FTEW1EGXJFC11026 | $26,909.72 |
| 21 | 2020 Ford F-150 | #1FTEW1E46LFA82470 | $45,390.86 |
| 22 | 2020 Ford F-250 | #1FT7W2B61LEC27148 | $46,174.15 |
| 23 | 2018 Ford F-150 | #1FTEW1E50JKF99213 | $37,489.44 |
| 26 | 2020 Ford Ranger Super | #1FTER1FH6KLA66276 | $30,425.16 |
| 28 | 2019 Ford F-250 | #1FT7W2BT3KEE99379 | $40,744.57 |
| 48 | 2017 Ford -150 | #1FTEW1EF5HFA31230 | $26,447.24 |
| 49 | 2019 Ford Expedition | #1FMJU1JT6KEA01985 | $33,556/16 |

| 81  | 2016 Ford F-150 | #1FTEW1EF0GFD50856 | $15,652.22 |
| --- | --- | --- | --- |
| 105 | 2016 Ford F-150 | #1FTEW1EF5GFD35009 | $21,403.09 |

DONE and entered this 10th day of August, 2023

_____
Honorable Michael E. Romero
United States Bankruptcy Judge