IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **SKLAR EXPLORATION COMPANY, LLC** | ) | Case No. 20-12377-EEB |
| **and SKLARCO, LLC** | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| **SKLARCO, LLC** | ) | Case No. 20-12380-EEB |
| | ) | |
| | ) | Chapter 11 |
| | ) | |

**NOTICE OF FILING OF EPIQ CORPORATE RESTRUCTURING, LLC'S AMENDED APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)**

TO ALL PARTIES IN INTEREST:

1. PLEASE TAKE NOTICE that on October 21, 2021, Epiq Corporate Restructuring, LLC ("Epiq") filed an Application for Administrative Expense Claims Pursuant to 11 U.S.C. § 503(b) (the Application"), then subsequently received the Order for Compliance with Local Bankruptcy Rule 9013-1 and Other Applicable Rules of Procedure Regarding Service and Notice, via regular mail on October 29, 2021, with a cure deadline of October 29, 2021.

2. PLEASE TAKE NOTICE that on November 5, 2021, an Amended Application for Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) (the "Amended Application") was filed by Epiq, as Noticing, Solicitation, and Administrative Agent for Debtor and Debtors in Possession.

3. PLEASE TAKE NOTICE that on August 15, 2023, an Amended Application for Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) (the "Amended Application") was filed by Epiq, as Noticing, Solicitation, and Administrative Agent for Debtor and Debtors in Possession.

4.  RELIEF SOUGHT: Epiq hereby requests that, based on the statements made above, the parties respectfully reconsider allowing this Amended Application.

5.  COMPENSATION SOUGHT: The Amended Application seeks expenses in the amount of $117,680.24, which does not include the retainer held by Epiq in the amount of $10,000.00, for the provision of noticing, solicitation services, as well as serving as administrative agent to the Debtor and Debtors in Possession during the Chapter 11 proceedings.

6.  NOTICE IS FURTHER GIVEN that objections to this Application, if any, must be filed within twenty-one (21) days with the Bankruptcy Clerk for the United States Bankruptcy Court for the District of Colorado, at 721 19th Street, Denver, CO 80202. A copy of any objection must be served on the undersigned. If no objections are filed, the Court may, in its discretion, enter an order approving the Application without a hearing.

7.      Parties in interest with questions may contact the undersigned.


Date of Notice: August 15, 2023


                                        Respectfully submitted,


        .


                        Signature: _____
                        Name:      Katherine A. Huiskamp
                        Title:     Corporate Counsel
                        Address:   11880 College Blvd.
                                   Suite 200
                                   Overland Park, KS 66210
                        E-Mail:    Katherine.Huiskamp@epiqglobal.com

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **SKLAR EXPLORATION COMPANY, LLC** | ) | Case No. 20-12377-EEB |
| **and SKLARCO, LLC** | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| **SKLARCO, LLC** | ) | Case No. 20-12380-EEB |
| | ) | |
| | ) | Chapter 11 |
| | ) | |

---

**EPIQ CORPORATE RESTRUCTURING, LLC'S AMENDED APPLICATION FOR
ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)**

---

Epiq Corporate Restructuring LLC, ("Epiq"), hereby files its Amended Application for Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) ("Amended Application") and respectfully represents as follows:

**I.**

**OVERVIEW**

1.      On April 1, 2020, Sklar Exploration Company, LLC and Sklarco, LLC (the "Debtors") filed petitions in the United States Bankruptcy Court for the District of Colorado (the "Court") seeking relief under chapter 11 of the United States Bankruptcy Code. The Debtors' cases have been assigned to Judge Elizabeth E. Brown. The Debtors' cases have been jointly administered for procedural purposes, meaning that all pleadings will be maintained on the case docket for Sklar Exploration Company, LLC, Case No. 20-12377 (the "Main Case Docket").

2.      Epiq provides claims, noticing, solicitation and administrative services.

3.      On July 16, 2020, Debtors filed an Amended Debtors' Application for Order Appointing Epiq Corporate Restructuring, LLC as Claims, noticing, Solicitation, and Administrative Agent [Docket entry No. 474]. On July 17, 2020, the Court issued an Order Appointing Epiq Corporate Restructuring, LLC as Claims, Noticing, Solicitation, and Administrative Agent [Docket entry No.481].

4.      On October 21, 2021, Epiq filed with the Court Epiq Corporate Restructuring, LLC's Application for Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) in the amount of $27,308.62 [Docket entry No. 1473]. Then, due to a document defect and delayed delivery of notification of said defect, on November 5, 2021, Epiq filed with the Court Epiq Corporate Restructuring, LLC's Amended Application for Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [Docket entry No. 1519]. As of the date of this request, Epiq has received payment for services performed in the amount of $213,811.85. To date, Epiq has and continues to perform these services and herby requests that the Court considers allowing additional payment in the amount of $107,680.24, which does not include the retainer in the amount of $10,000.00 currently being held, under this Amended Application. While the cure date has passed, Epiq pleads with the Court to allow the Amended Application to be paid.

## II.

## JURISDICTION AND VENUE

5.      The United States Bankruptcy Court for the District of Colorado
has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). This Court has constitutional authority to enter a final order regarding this matter.

6.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

7.     The basis for the relief requested herein is §§ 105(a) and 503(b) of title 11 of the United States Code ("**Bankruptcy Code**").

## III.

## ARGUMENT AND AUTHORITIES

8.     The Bankruptcy Code defines administrative expenses non-exclusively, to include "actual and necessary costs and expenses of preserving the estate." 11 U.S.C. § 503(b)(1)(A). The Supreme Court further explained that administrative expenses should also include "costs ordinarily incident to operation of a business, and not be limited to costs without which rehabilitation would be impossible." *Reading Co. v. Brown*, 391 U.S. 471, 483 (1968). Whether Epiq is entitled to an administrative claim is determined by a two-part test: (1) there must be a post-petition transaction between the creditor and the debtor; and (2) the estate must receive a benefit from the transaction. *See, e.g.*, *In re Jack/Wade Drilling, Inc.*, 258 F.3d 385, 387 (5th Cir. 2001); *In re TransAmerican Nat. Gas Corp.*, 978 F.2d 1409, 1416 (5th Cir. 1992); *In re O'Brien Environmental Energy, Inc.*, 181 F.3d 527, 532–33 (3d Cir. 1999); *In re Mid-American Waste Sys.*, 228 B.R. 816 (Bankr. D. Del. 1999).

## PRAYER FOR RELIEF

9.     Epiq respectfully requests that the Court grant its request for the payment of the administrative expense claim for services performed in the amount of $107,680.24, which does not include the retainer in the amount of $10,000.00 currently being Epiq.

*[Signature page follows]*

8

Respectfully submitted,

Date: <u>August 15, 2023</u>

Signature: _____
Name:      Katherine A. Huiskamp
Title:     Corporate Counsel
Address:   11880 College Blvd.
           Suite 200
           Overland Park, KS 66210
E-Mail:    Katherine.Huiskamp@epiqglobal.com

8

# **EXHIBIT A**

## **OUTSTANDING INVOICES**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on August  15   ,2023, the foregoing instrument was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing.

.

_____

9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COLORADO

In Re: )
 )
**SKLAR EXPLORATION COMPANY, LLC** )  Case No. 20-12377-EEB
**and SKLARCO, LLC** )
 )  Chapter 11
 Debtors. )
 )
 )
 )
_____ )
**SKLARCO, LLC** )  Case No. 20-12380-EEB
 )
 )  Chapter 11
 )

---

**ORDER GRANTING EPIQ CORPORATE RESTRUCTURING, LLC'S AMENDED
APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §
503(b)**

---

The Court has considered the Application for Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) and finds that the relief requested should be granted. It is, therefore,

ORDERED that Epiq Corporate Restructuring, LLC shall have an allowed administrative expense priority claim against the Debtors' estate under 11 U.S.C. § 503(b) in the amount of $107,680.24, which does not include the retainer in the amount of $10,000.00 currently being held by Epiq.

**DATED:**_____.

                              **BY THE COURT:**


                              _____
                              **Elizabeth E Brown**
                              **United States Bankruptcy Judge**

## EXHIBIT A

## OUTSTANDING INVOICES

**Invoices Provided in Administrative Claim**

**EPIQ CORPORATE RESTRUCTURING LLC**
**Customer Statement**
**Sklar Exploration Company LLC # 3012830**

| SKR(Claims) | Invoice # | Month | Amount | Retainer | Payments | Payment Date | Net Balance |
|---|---|---|---|---|---|---|---|
| **40043379** | 90467723 | Jul-20 | 14,317.39 | 0.00 | (14,317.39) | 10/13/2020 | 0.00 |
| | 90475397 | Aug-20 | 12,593.53 | 0.00 | (12,593.53) | 10/13/2020 | 0.00 |
| | 90482887 | Sep-20 | 15,743.88 | 0.00 | (15,743.88) | 11/6/2020 | 0.00 |
| | 90491181 | Oct-20 | 16,445.16 | 0.00 | (16,445.16) | 12/3/2020 | 0.00 |
| | 90500302 | Nov-20 | 3,261.33 | 0.00 | (3,261.33) | 1/11/2021 | 0.00 |
| | 90509140 | Dec-20 | 7,571.35 | 0.00 | (7,571.35) | 2/5/2021 | 0.00 |
| | 90516842 | Jan-21 | 1,870.35 | 0.00 | (1,870.35) | 4/6/2021 | 0.00 |
| | 90524660 | Feb-21 | 15,120.18 | 0.00 | (15,120.18) | 5/7/2021 | 0.00 |
| | 90532810 | Mar-21 | 59,547.64 | 0.00 | (47,638.11) | 6/1/2021 | 11,909.53 |
| | 90541003 | Apr-21 | 7,748.72 | 0.00 | (7,748.72) | 7/15/2021 | 0.00 |
| | 90549098 | May-21 | 1,587.77 | 0.00 | 0.00 | | 1,587.77 |
| | 90557233 | Jun-21 | 3,549.55 | 0.00 | 0.00 | | 3,549.55 |
| | 90565294 | Jul-21 | 5,156.94 | 0.00 | 0.00 | | 5,156.94 |
| | 90573371 | Aug-21 | 1,398.53 | 0.00 | 0.00 | | 1,398.53 |
| | 90581627 | Sep-21 | 3,706.30 | 0.00 | 0.00 | | 3,706.30 |
| | 90589934 | Oct-21 | 16,663.38 | 0.00 | 0.00 | | 16,663.38 |
| | 90598357 | Nov-21 | 6,090.23 | 0.00 | 0.00 | | 6,090.23 |
| | 90606900 | Dec-21 | 1,243.84 | 0.00 | 0.00 | | 1,243.84 |
| | 90615162 | Jan-22 | 1,675.97 | 0.00 | 0.00 | | 1,675.97 |
| | 90623443 | Feb-22 | 964.14 | 0.00 | 0.00 | | 964.14 |
| | 90632120 | Mar-22 | 7,113.88 | 0.00 | 0.00 | | 7,113.88 |
| | 90640531 | Apr-22 | 6,626.29 | 0.00 | 0.00 | | 6,626.29 |
| | 90648905 | May-22 | 3,756.20 | 0.00 | 0.00 | | 3,756.20 |
| | 90657413 | Jun-22 | 4,684.65 | 0.00 | 0.00 | | 4,684.65 |
| | 90665730 | Jul-22 | 2,203.75 | 0.00 | 0.00 | | 2,203.75 |
| | 90674138 | Aug-22 | 2,211.09 | 0.00 | 0.00 | | 2,211.09 |
| | 90683059 | Sep-22 | 7,619.75 | 0.00 | 0.00 | | 7,619.75 |
| | 90691574 | Oct-22 | 3,967.37 | 0.00 | 0.00 | | 3,967.37 |
| | 90700084 | Nov-22 | 1,631.22 | 0.00 | 0.00 | | 1,631.22 |
| | 90708617 | Dec-22 | 1,411.99 | 0.00 | 0.00 | | 1,411.99 |
| | 90717277 | Jan-23 | 992.71 | 0.00 | 0.00 | | 992.71 |
| | 90726026 | Feb-23 | 802.03 | 0.00 | 0.00 | | 802.03 |
| | 90734890 | Mar-23 | 995.95 | 0.00 | 0.00 | | 995.95 |
| | 90743738 | Apr-23 | 817.87 | 0.00 | 0.00 | | 817.87 |
| | 90752363 | May-23 | 882.13 | 0.00 | 0.00 | | 882.13 |
| | **Total** | | **241,973.06** | **0.00** | **(142,310.00)** | | **99,663.06** |

| SKR2(Claims) | Invoice # | Month | Amount | Retainer | Payments | Payment Date | Net Balance |
|---|---|---|---|---|---|---|---|
| **40043598** | 90483721 | July 2020 FA | 10,734.30 | 0.00 | (8,587.44) | 11/20/2020 | 2,146.86 |
| | 90483722 | Aug 2020 FA | 3,797.55 | 0.00 | (3,038.04) | 11/20/2020 | 759.51 |
| | 90483723 | Sept 2020 FA | 2,251.35 | 0.00 | (1,801.08) | 11/20/2020 | 450.27 |
| | 90492902 | Oct 2020 FA | 7,950.15 | 0.00 | (6,360.12) | 12/22/2020 | 1,590.03 |
| | 90500464 | Nov 2020 FA 12/14/20 | 1,352.25 | 0.00 | (301.61) | 9/20/2021 | 1,050.64 |
| | 90509197 | Dec 2020 FA | 2,024.10 | 0.00 | (1,619.28) | 3/31/2021 | 404.82 |
| | 90517344 | Jan 2021 FA | 863.28 | 0.00 | (690.62) | 4/16/2021 | 172.66 |
| | 90524851 | Feb 2021 FA | 10,099.08 | 0.00 | (8,079.26) | 5/11/2021 | 2,019.82 |
| | 90533113 | Mar 2021 FA 4/15/21 | 22,592.16 | 0.00 | (18,073.73) | 8/9/2021 | 4,518.43 |
| | 90541170 | Apr 2021 FA 5/14/21 | 11,189.88 | 0.00 | (8,951.90) | 7/1/2021 | 2,237.98 |
| | 90549244 | May 2021 FA 6/14/21 | 3,748.86 | 0.00 | (2,999.09) | 9/20/2021 | 749.77 |
| | 90557946 | Jun 2021 FA 7/26/2021 | 2,845.98 | 0.00 | (2,276.78) | 9/20/2021 | 569.20 |
| | 90565591 | Jul 2021 FA 8/18/2021 | 1,473.66 | 0.00 | (1,178.93) | 9/20/2021 | 294.73 |
| | 90573557 | Aug 2021 FA | 1,052.46 | 0.00 | 0.00 | | 1,052.46 |
| | **Total** | | **81,975.06** | **0.00** | **(63,957.88)** | | **18,017.18** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Grand Total** | | **323,948.12** | **0.00** | **(206,267.88)** | | **117,680.24** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this ⎽15⎽ day of August 2023, I caused a copy of the foregoing to be served by mail on the Master Service List, in the form attached hereto as <u>Exhibit B</u>, via ECF

_____