IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br>SKLAR EXPLORATION COMPANY, LLC,<br>EIN: 72-1417930<br><br>  Debtor. | Case No. 20-12377-EEB<br>Chapter 11 |
| SKLARCO, LLC,<br>EIN: 72-1425432<br><br>  Debtor | Case No. 20-12380-EEB<br>Chapter 11 |

**CREDITOR TRUSTEE'S REQUEST FOR IN-PERSON COURT STATUS CONFERENCE REGARDING THE SEPTEMBER 7, 2023 MONETIZING EVENT DEADLINE UNDER THE CONFIRMED SECOND AMENDED PLAN**

Thomas M. Kim, trustee of the Sklar Creditor Trust (the "Creditor Trustee"), files this *Request for In-Person Court Status Conference Regarding the September 7, 2023 Monetizing Event Deadline Under the Confirmed Second Amended Plan*, and respectfully states as follows:

**Background**

1. On August 24, 2021, the Court entered its *Order Confirming Second Amended and Restated Plan of Reorganization Dated December 18, 2020, As Amended* [Dkt. No. 1433], thereby confirming the Debtors' Second Amended and Restated Plan of Reorganization [Dkt. No. 1251] (the "Plan").

2. The Effective Date of the Plan was September 7, 2021. *See* Notice of Occurrence of Effective Date, Dkt. No. 1457. Section 5.1(d) of the Plan provides that the EWB Secured Claim[1] "shall become due and payable on the second anniversary of the Effective Date of the Plan, which amount shall be paid through sale of assets or refinance of the EWB Secured Claim." *See* Plan,

---

[1]  Unless otherwise defined, capitalized terms are used herein as defined in the Plan.

1

Dkt. No. 1251, p. 14, § 5.1(d).  As such, the EWB Secured Claim is set to become due and payable by the Reorganized Debtors on September 7, 2023 (the "Monetizing Event Deadline").

3. Section 5.1(d) of the Plan states that "[a]ny sale, refinance, or foreclosure [in satisfaction of the EWB Secured Claim] shall be considered a Monetizing Event, and the proceeds shall be distributed in accordance with Section 8.8 hereof."  *See* Plan, Dkt. No. 1251, p. 14, § 5.1(d).  Section 8.8 of the Plan, entitled "Distributions Upon Occurrence of a Monetizing Event," describes how the proceeds from a Monetizing Event shall be applied to the Reorganized Debtor's Plan obligations to EWB, the Creditor Trust, and other parties in interest.  *See* Plan, Dkt. No. 1251, pps. 21-22, § 8.8.

4. To the extent the Reorganized Debtors intend to pursue a refinance or asset sale in order to satisfy the EWB Secured Claim, the deadline to close that transaction is thus September 7, 2023 – the Monetizing Event Deadline.  The Plan provides that the EWB Loan and Security Documents remain in full force and effect following confirmation of the Plan.  *See* Plan, p. 15, § 5.1(h).  As such, if the EWB Secured Claim remains unpaid after the Monetizing Event Deadline, EWB may attempt to foreclose on the Reorganized Debtor's assets.

### Request for Court Status Conference

5. The Creditor Trustee believes that a foreclosure of the EWB Secured Claim on the Monetizing Event Deadline would be severely detrimental to both the Reorganized Debtors and the Creditor Trust.  The Creditor Trustee has thus been in direct discussions with the Reorganized Debtors, EWB, and Howard Sklar for several months, in an effort to reach consensus on the terms of a proposed sale or refinance transaction prior to the Monetizing Event Deadline.  While those efforts have produced consensus on several points, they have also identified at least one area where the Creditor Trustee, the Reorganized Debtors and Howard Sklar have fundamental disagreements.

Specifically, the parties disagree on the interpretation of section 8.8(b) and related provisions of the Plan, describing how the Creditor Trust is to participate in the distribution of proceeds from a refinance of the EWB Secured Claim or sale of the Reorganized Debtor's assets.

6. Although the talks are continuing, and the Creditor Trustee remains hopeful that a negotiated resolution is attained, the Monetizing Event Deadline is now a mere three weeks away. Without an agreement on how to proceed, or an extension of the Monetizing Event Deadline, the Creditor Trustee has serious concerns that EWB may commence foreclosure efforts, which would work serious harm to both the Creditor Trust and the Reorganized Debtors.

7. The Creditor Trustee thus asks the Court to set this matter for an in-person status conference on August 30, 2023 – roughly one week prior to the Monetizing Event Deadline – so the parties can update the Court on their efforts to reach consensus, and if necessary ask the Court to set an expedited briefing schedule to submit any areas of Plan interpretation disagreement for resolution by the Court.

Dated this 18th day of August, 2023.   Respectfully Submitted,

**DIAMOND McCARTHY LLP**

By: */s/ Stephen T. Loden*
Stephen T. Loden, Co. Reg. No. 45592
909 Fannin Street, Suite 3700
Houston, Texas 77010
Tel. (713) 333-5100
Fax: (713) 333-5155
Sloden@diamondmccarthy.com

*Attorneys for Thomas M. Kim,*
*Trustee of the Sklarco Creditor Trust*

## **CERTIFICATE OF SERVICE**

The Undersigned hereby certifies that on August 18, 2023, the forgoing was filed on the Court's electronic filing system CM/ECF and was electronically served upon all parties receiving electronic notice.

                                          */s/ Stephen T. Loden*
                                          Stephen T. Loden