# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377 EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | Case No. 20-12380 EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

## FANT ENERGY'S JOINDER IN CREDITOR TRUSTEE'S REQUEST FOR IN-PERSON COURT STATUS CONFERENCE

Fant Energy Limited ("Fant Energy"), by and through its undersigned attorneys, hereby joins in the Creditor Trustee's Request for In-Person Court Status Conference Regarding the September 7, 2023 Monetizing Event Deadline Under the Confirmed Second Amended Plan [ECF No. 1988], and states as follows:

1. Fant Energy is a working interest owner with a prepetition claim against Sklar Exploration representing unpaid distributions owed pursuant to various operating agreements and participating agreements, under which Sklar Exploration served as operator. Since confirmation of the Debtors' Second Amended and Restated Plan of Reorganization (the "Plan") [ECF No. 1251], Fant Energy has served as a member on the Sklar Creditor Trust Oversight Committee.

2. Fant Energy and others have expressed an interest in acquiring substantially all of the Reorganized Debtors' assets for an amount at least sufficient to meet the Debtors' obligations coming due under the Amended Plan on September 7, 2023. However, Fant Energy's efforts in

122156537.1

this regard have been thwarted by the Reorganized Debtors, who refuse to allow Fant to conduct due diligence for such a transaction. The Reorganized Debtors have indicated that they are only willing to provide information relevant to a refinancing transaction, not an asset sale.

3. In addition to the expedited briefing schedule requested by the Trustee, Fant Energy also requests that the Court order the Reorganized Debtors to cooperate in providing information regarding their assets or submit to examinations conducted pursuant to Fed.R.Bankr.P 2004 for that purpose. Use of Rule 2004 is authorized after plan confirmation with respect to matters related to the administration of the case. *In re Cinderella Clothing Industries*, 93, B.R. 373, 377 (Bankr. E.D. Pa. 1988); *In re Express One International, Inc.*, 217 B.R. 215, 216-217 (Bankr. E.D. Tex. 1998).

Dated this 21st day of August, 2023.

Respectfully submitted,

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

*/s/ Brent R. Cohen*
Brent R. Cohen, No. 11297
1601 19th Street, Suite 1000
Denver, CO 80202
Tel: (303) 623-9000
Email: bcohen@lewisroca.com

*Counsel for Fant Energy Limited*

122156537.1

## CERTIFICATE OF SERVICE

  I hereby certify that, on August 23, 2023, a true and correct copy of the foregoing **FANT ENERGY'S JOINDER IN CREDITOR TRUSTEE'S REQUEST FOR IN-PERSON COURT STATUS CONFERENCE** was filed and served electronically via email and via U.S. Mail to the following:

| | | |
|---|---|---|
| Keri L. Riley, Esq.<br>Kutner Brinen Dickey Riley, P.C.<br>1660 Lincoln St., Ste. 1720<br>Denver, CO 80264<br>Via: CM/ECF<br><br>*Attorneys for Debtor* | Timothy M. Swanson, Esq.<br>Law Offices of Moye White LLP<br>1400 16th Street, Ste. 600<br>Denver, CO 80206<br>Via: CM/ECF<br><br>*Attorneys for Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company, LLC and Sklarco, LLC* | Adam L. Hirsch, Esq.<br>Davis Graham & Stubbs LLP<br>1550 17th St., Ste. 500<br>Denver, CO 80202<br>Via: CM/ECF<br><br>*Attorneys for Howard F. Sklar and the Howard Sklar Trust* |
| Elizabeth Weller, Esq.<br>Linebarger Googan Blair & Sampson, LLP<br>2777 N. Stemmons Fwy., #1000<br>Dallas, TX 75207<br>Via: CM/ECF<br><br>*Attorneys for Atlanta ISD, McLeod ISD, and Linden-Kildare CISD* | P. Matthew Cox, Esq.<br>Snow, Chirstensen & Martineau<br>10 Exchange Pl., 11th Fl.<br>PO Box 45000<br>Salt Lake City, UT 84111<br>Via: CM/ECF<br><br>*Attorneys for Ally Bank* | Michael L. Schuster, Esq.<br>Ballard Spahr LLP<br>1225 17th St., Ste. 2300<br>Denver, CO 80202<br>Via: CM/ECF<br><br>*Attorneys for Louisiana Tower Operating LLC* |
| Deirdre Carey Brown, Esq.<br>1990 Post Oak Blvd.<br>Suite 2400<br>Houston, TX 77056<br>Via: CM/ECF<br><br>*Attorneys for Maren Silberstein Revocable Trust* | Mario A. Lamar, Esq.<br>Allen Bryson, PLLC<br>211 N. Center Street<br>Longview, TX 75601<br>Via: CM/ECF<br><br>*Attorneys for NexTier Completion Services Inc.* | John H. Bernstein, Esq.<br>Kutak Rock LLP<br>1801 California St., #3000<br>Denver, CO 80202<br>Via: CM/ECF<br><br>*Attorneys for Pearl Parkway, LLC* |

122156537.1

| | | |
|---|---|---|
| Christopher D. Johnson, Esq.<br>Diamond McCarthy LLP<br>909 Fannin St., Ste. 3700<br>Houston, TX 77010<br>Via: CM/ECF<br><br>*Attorneys for Thomas M. Kim, Trustee of the Sklar Creditor Trust* | Robert D. Lantz, Esq.<br>Castle Lantz Maricle, LLC<br>4100 E. Mississippi Ave.<br>Suite 410<br>Denver, CO 80426<br>Via: CM/ECF<br><br>*Attorneys for Roosth 806, Ltd.* | Troy "T.J." Hales, Esq.<br>Bell Nunnally & Martin LLP<br>2323 Ross Ave., Ste. 1900<br>Dallas, TX 75201<br>Via: CM/ECF<br><br>*Attorneys for Ulterra Drilling Technologies, LP* |
| Paul J. Hammer, Esq.<br>Barron & Newburger, P.C.<br>5555 W. Loop S., Ste. 235<br>Bellaire, TX 77401<br>Via: CM/ECF<br><br>*Attorneys for R & R Rentals & Hot Shot, Inc.* | Michael J. Pankow, Esq.<br>Brownstein Hyatt Farber Schreck, LLP<br>410 17th St., Ste. 2200<br>Denver, CO 80202<br>Via: CM/ECF<br><br>*Attorneys for Sklarco, LLC* | Laurie A. Spindler, Esq.<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207<br>Via: CM/ECF<br><br>*Attorneys for Camp Cad, Smith County, Franklin County, Frankston ISD, Linden-Kildare CISD, Rusk County, Wood County, McLeod ISD, Beckville ISD, Upshur County, Atlanta ISD, Gregg County, and Marion County* |
| Louis M. Grossman, Esq.<br>Kean Miller LLP<br>First Bank and Trust Tower<br>909 Poydras St., Ste. 3600<br>New Orleans, LA 70012<br>Via: CM/ECF<br><br>and<br><br>Lloyd A. Lim, Esq.<br>Rachel T. Kubanda, Esq.<br>Kean Miller LLP<br>711 Louisiana St., Ste. 1800<br>Houston, TX 77002<br>Via: CM/ECF<br><br>*Attorneys for CSI Compressco Operating, LLC* | | |

 

                                                */s/ Jennifer Eastin*
                                                Of: Lewis Roca Rothgerber Christie LLP

122156537.1