**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**The Honorable Michael E. Romero**

In re:

                                            Case No. 20-12377 MER

Sklar Exploration Company, LLC

                                            Chapter 11

    Debtor.

In re:

                                            Case No. 20-12380 MER

Sklarco, LLC

                                            Chapter 11

    Debtor.

**NOTICE OF HEARING**

       PLEASE TAKE NOTICE that the Court will hold an in-person status conference **Wednesday, August 30, 2023, at 2:30 p.m.** in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado.

DATED: August 23, 2023          BY ORDER OF THE COURT:

                                          KENNETH S. GARDNER, CLERK

                                          By: Deborah L. Beatty, Deputy Clerk
                                              United States Bankruptcy Court
                                              U.S. Custom House
                                              721 19th Street
                                              Denver, Colorado 80202-2508