# EXHIBIT A

**Pankow, Michael J.**

| | |
|---|---|
| **From:** | Pankow, Michael J. |
| **Sent:** | Tuesday, March 7, 2023 6:36 AM |
| **To:** | Suzuki, Bryce; Chris Johnson; Hirsch, Adam |
| **Cc:** | Keri Riley |
| **Subject:** | FW: Sklar marketing and sale process |

Bryce, Chris and Adam,

Below, fyi, is an email that Brad sent to each of your clients last night regarding a marketing and sale process.

As Brad notes below, we intend to confer further with EWB and the Creditor Trust regarding the next election to be made pursuant to section 5.1(d) of the plan.   In that regard, we have received initial feedback from TenOaks.   We'd like to share more detailed information with you.   However, given the confidential nature of the information and analysis, we think it best to obtain an NDA first.   We'll send around a hopefully straightforward draft of one in the next couple of days.

We'd be happy to discuss the draft once circulated.   We'd also be happy to discuss conceptual questions or issues you'd like to bring up in advance of that.   Just let me know.

Best,
Mike

*Michael J. Pankow*
**Brownstein Hyatt Farber Schreck, LLP**
410 Seventeenth Street, Suite 2200
Denver, CO 80202
303.223.1106 tel
MPankow@BHFS.com

*Brownstein - we're all in.*

> Begin forwarded message:
>
> **From:** Brad Walker <bwalker@riverbendssg.com>
> **Subject: Sklar marketing and sale process**
> **Date:** March 6, 2023 at 8:04:45 PM CST
> **To:** Tom Kim <tkim@r2llc.com>, Scott Caruthers <scaruthers@r2llc.com>, Stuart Bonomo <Stuart.Bonomo@EastWestBank.com>, Mary Lou Allen <MaryLou.Allen@eastwestbank.com>, Howard G-mail <hfsklar@gmail.com>
> **Cc:** Stuart Morton <smorton@st-cap.com>
>
> All-
>
> The purpose of this email is to give the notification of the Debtors' determination, which, per Section 5.1(d) of the Second Amended and Restated Plan of Reorganization, as confirmed by the Bankruptcy Court, is to be made 18 months after the Effective Date.
>
> After consultation with EWB and the Creditor Trust, the Debtors have determined that a marketing and sale process shall be commenced.   We have engaged TenOaks Energy Advisors and have received some

1

initial feedback we plan to share. We intend to confer with EWB and the Creditor Trust further regarding the election to be made next month.

Contact me should you have any questions.

Thank you.

_____

**Brad Walker**
Managing Director
Riverbend Special Situations Group
12400 Coit Rd | Suite 900 | Dallas, TX | 75251
214-616-6256
bwalker@riverbendssg.com

2