# EXHIBIT B

## Pankow, Michael J.

| | |
|---|---|
| **From:** | Pankow, Michael J. |
| **Sent:** | Thursday, April 6, 2023 8:09 AM |
| **To:** | Suzuki, Bryce; Chris Johnson; Steve Loden; Hirsch, Adam |
| **Cc:** | Keri Riley (klr@kutnerlaw.com) |
| **Subject:** | FW: Plan Election |

FYI, please see the email below that Brad Walker sent to each of your clients.

Best,
Mike

*Michael J. Pankow*
**Brownstein Hyatt Farber Schreck, LLP**
410 Seventeenth Street, Suite 2200
Denver, CO 80202
303.223.1106 tel
MPankow@BHFS.com

*Brownstein - we're all in.*

Begin forwarded message:

**From:** Brad Walker <bwalker@riverbendssg.com>
**Subject: Plan Election**
**Date:** April 6, 2023 at 8:52:58 AM CDT
**To:** Tom Kim <tkim@r2llc.com>, Scott Caruthers <scaruthers@r2llc.com>, Stuart Bonomo <Stuart.Bonomo@EastWestBank.com>, Mary Lou Allen <MaryLou.Allen@eastwestbank.com>, Howard G-mail <hfsklar@gmail.com>
**Cc:** Stuart Morton <smorton@st-cap.com>

All,

This will follow up regarding the process set forth in Section 5.1(d) of the Second Amended and Restated Joint Plan of Reorganization, dated December 18, 2020, as confirmed by the United States Bankruptcy Court for the District of Colorado.

As you know, the Reorganized Debtors had previously determined that a marketing and sale process must be commenced, and have taken steps to implement a process.

In furtherance of the process set forth in the Section 5.1(d), and after consultation with EWB and the Creditor Trustee, the Reorganized Debtors believe that there is a commercially reasonable likelihood that a refinancing of the EWB Secured Claim will occur. Accordingly, the Reorganized Debtors provide notice that they elect to pursue a refinancing.

Contact me should you have any questions.

Thank you.

_____

Brad Walker

1

Managing Director
Riverbend Special Situations Group
12400 Coit Rd | Suite 900 | Dallas, TX | 75251
214-616-6256
bwalker@riverbendssg.com

On Mar 6, 2023, at 8:04 PM, Brad Walker <bwalker@riverbendssg.com> wrote:

All-

The purpose of this email is to give the notification of the Debtors' determination, which, per Section 5.1(d) of the Second Amended and Restated Plan of Reorganization, as confirmed by the Bankruptcy Court, is to be made 18 months after the Effective Date.

After consultation with EWB and the Creditor Trust, the Debtors have determined that a marketing and sale process shall be commenced.   We have engaged TenOaks Energy Advisors and have received some initial feedback we plan to share.  We intend to confer with EWB and the Creditor Trust further regarding the election to be made next month.

Contact me should you have any questions.

Thank you.

_____

Brad Walker
Managing Director
Riverbend Special Situations Group
12400 Coit Rd | Suite 900 | Dallas, TX | 75251
214-616-6256
bwalker@riverbendssg.com