# EXHIBIT C

## Pankow, Michael J.

| | |
|---|---|
| From: | Pankow, Michael J. |
| Sent: | Wednesday, August 16, 2023 4:18 PM |
| To: | bcohen@lewisroca.com |
| Cc: | Keri Riley |
| Subject: | Sklar |

Brent,

In Fant Energy's role as a member of the Plan Oversight Committee, Fant has signed an NDA limiting use of the information provided to carrying out its role as an oversight committee member.

I understand that Fant would like access to the data room at RedOaks in order to make a proposal. The NDA for committee members does not fit that situation very well so we think it would be appropriate for Fant to sign the same form NDA as other interested parties.

Also note that some of the information we have provided the Committee and its members will not be put in the data room, in particular some of the analysis by RedOaks and TenOaks. Accordingly, use of such information would remain subject to the initial NDA and appropriate use is limited to Fant's role as an Oversight Committee Member even if Fant were to sign the RedOaks NDA and access the data room.

Further note that the Company is running a process for refinancing, not for sale, and is only entertaining proposals for refinance. The information in the data room is geared toward a refinance.

I would be happy to discuss if this is unclear or problematic from your perspective. I appreciate your attention and care regarding these issues.

Best,
Mike

*Michael J. Pankow*
**Brownstein Hyatt Farber Schreck, LLP**
675 15th Street, Suite 2900
Denver, CO 80202
303.223.1106 tel
MPankow@BHFS.com

*WE HAVE MOVED: Our new address is: 675 15th Street, Suite 2900, Denver, CO 80202*

1