**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

| | |
|---|---|
| In re: | Case No. 20-12377 MER |
| Sklar Exploration Company, LLC | Chapter 11 |
| Debtor. | |
| In re: | Case No. 20-12377 MER |
| Sklarco, LLC | Chapter 11 |
| | Jointly Administered |
| Debtor. | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the status conference currently scheduled at 2:30 p.m. on Wednesday, August 30, 2023, will be accessible by telephone for parties located outside the Denver Metro area. The telephone number and all other relevant information is available on the Court's website at https://www.cob.uscourts.gov/content/judge-michael-e-romero-mer.

DATED: August 25, 2023

BY ORDER OF THE COURT:

KENNETH S. GARDNER, CLERK

By:  Deborah L. Beatty, Deputy Clerk
     United States Bankruptcy Court
     U.S. Custom House
     721 19th Street
     Denver, Colorado 80202-2508