United States Bankruptcy Court
District of Colorado

In re:                                                                  Case No. 20-12377-MER
Sklar Exploration Company, LLC                       Chapter 11
Sklarco, LLC
        Debtors

# CERTIFICATE OF NOTICE

District/off: 1082-1                                      User: admin                                                    Page 1 of 11
Date Rcvd: Aug 23, 2023                            Form ID: pdf904                                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2023:**

**Recip ID            Recipient Name and Address**
db/db               +   Sklar Exploration Company, LLC, Sklarco, LLC, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301-2541

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2023                                     Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2023 at the address(es) listed below:

**Name                                Email Address**

Adam L. Hirsch
                             on behalf of Interested Party Howard F. Sklar adam.hirsch@dgslaw.com robin.anderson@dgslaw.com

Adam L. Hirsch
                             on behalf of Interested Party Howard Sklar Trust adam.hirsch@dgslaw.com robin.anderson@dgslaw.com

Adam L. Hirsch
                             on behalf of Plaintiff Howard F. Sklar adam.hirsch@dgslaw.com robin.anderson@dgslaw.com

Adam L. Hirsch
                             on behalf of Defendant Howard F. Sklar adam.hirsch@dgslaw.com robin.anderson@dgslaw.com

Alan K. Motes
                             on behalf of U.S. Trustee US Trustee Alan.Motes@usdoj.gov

Amy Vazquez

|  |  |
|---|---|
|  | on behalf of Creditor FPCC USA Inc. avazquez@joneswalker.com |
| Andrew James Shaver | on behalf of Creditor Premium Oilfield Services LLC ashaver@bradley.com |
| Andrew M. Toft | on behalf of Plaintiff Thomas Kim Trustee of the Sklar Creditors Trust atoft@hn-colaw.com |
| Armistead Mason Long | on behalf of Creditor Pine Island Chemical Solutions L.L.C. along@gamb.com |
| Barnet B Skelton, Jr | on behalf of Plaintiff The Rudman Partnership barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor Rudman Partnership barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor MER Energy LTD barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor MR Oil & Gas LLC barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor I & L Miss I LP barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor The Rudman Partnership barnetbjr@msn.com |
| Barnet B Skelton, Jr | on behalf of Creditor CTM 2005 Ltd. barnetbjr@msn.com |
| Belinda Harrison | belindapittsharrison@gmail.com belindapittsharrison@gmail.com |
| Benjamin Young Ford | on behalf of Spec. Counsel Armbrecht Jackson LLP byf@ajlaw.com, chs@ajlaw.com |
| Brent R. Cohen | on behalf of Creditor Fant Energy Limited bcohen@lewisroca.com brent-cohen-8759@ecf.pacerpro.com,jeastin@lrrc.com |
| Brian Rich | on behalf of Creditor Fletcher Petroleum Company LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Brian Rich | on behalf of Creditor Fletcher Exploration LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Brian Rich | on behalf of Creditor Fletcher Petroleum Corp. brich@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Brian A. Baker | on behalf of Defendant National Oilwell Varco LP brian.baker@stacybakerlaw.com |
| Brian A. Baker | on behalf of Defendant National Oilwell Varco DHT LP brian.baker@stacybakerlaw.com |
| Bryce Suzuki | on behalf of Creditor East-West Bank bsuzuki@swlaw.com |
| Bryce Suzuki | on behalf of Defendant East West Bank bsuzuki@swlaw.com |
| Bryce Suzuki | on behalf of Intervenor East West Bank bsuzuki@swlaw.com |
| Charles Murnane | on behalf of Defendant Steel Service Oilfield Tubular Inc. cmurnane@bn-lawyers.com |
| Charles Murnane | on behalf of Defendant R & R Rentals & Hot Shot Inc. cmurnane@bn-lawyers.com |
| Charles Michael Rubio | on behalf of Defendant Capstar Drilling Inc. crubio@parkinsrubio.com, 7485062420@filings.docketbird.com |
| Christopher Meredith | on behalf of Attorney Copeland Cook, Taylor & Bush, P.A. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher Meredith | on behalf of Creditor Eastern Fishing & Rental Tool Company Inc. cmeredith@cctb.com, |

| | |
|---|---|
| | bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher Meredith | on behalf of Creditor Fletcher Petroleum Corp. cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher Meredith | on behalf of Creditor PAR Minerals Corporation cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher Meredith | on behalf of Creditor Coastal Exploration  Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher Meredith | on behalf of Defendant Quality Drilling Fluids  Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher D. Johnson | on behalf of Creditor Committee The Official Committee of Unsecured Creditors chris.johnson@diamondmccarthy.com nan.sauter@diamondmccarthy.com |
| Christopher D. Johnson | on behalf of Interested Party Thomas M. Kim chris.johnson@diamondmccarthy.com  nan.sauter@diamondmccarthy.com |
| Christopher D. Johnson | on behalf of Defendant Thomas Kim  Trustee of the Sklar Creditors Trust chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com |
| Christopher D. Johnson | on behalf of Plaintiff Thomas M. Kim chris.johnson@diamondmccarthy.com  nan.sauter@diamondmccarthy.com |
| Christopher M. Crowley | on behalf of Creditor Liquid Gold Well Service  Inc. christopher@burnhamlaw.com, julie@burnhamlaw.com |
| Cody Carol Bailey | on behalf of Defendant Oilfield Partners Energy Services  LLC cbailey@brunini.com |
| Daniel L. Bray | on behalf of Creditor Weatherford U.S.  L.P. daniel.bray@huschblackwell.com, ann.stolfa@huschblackwell.com;daniel-bray-5348@ecf.pacerpro.com |
| David M. Miller | on behalf of Creditor Bri-Chem Supply Corp.  LLC dmiller@spencerfane.com, kdominguez@spencerfane.com |
| David R Taggart | on behalf of Interested Party JF Howell Interests  LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com |
| David R Taggart | on behalf of Creditor JH Howell Interests  LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com |
| David R Taggart | on behalf of Creditor JF Howell Interests  LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com |
| David W. Drake | on behalf of Creditor Ford Motor Credit Company  LLC co.ecf@bdfgroup.com |
| David W. Hall | davidwendallhall@gmail.com |
| Deanna L. Westfall | on behalf of Creditor Colorado Department Of Revenue deanna.westfall@coag.gov Robert.padjen@coag.gov;jade.darnell@coag.gov |
| Deirdre Carey Brown | on behalf of Creditor Maren Silberstein Revocable Trust dbrown@forsheyprostok.com |
| Douglas D. Koktavy | on behalf of Defendant Btech Service & Supply  Inc Doug@coloradocreditorlaw.com |
| Duane Brescia | on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com  djaenike@clarkhill.com;ckclark@clarkhill.com |
| Duane Brescia | on behalf of Creditor Seitel Data  Ltd. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com |
| Duane Brescia | on behalf of Creditor Lucas Petroleum Group  Inc. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com |
| Elizabeth Helen Weller | on behalf of Creditor McLeod ISD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com |
| Elizabeth Helen Weller | |

District/off: 1082-1 | User: admin | Page 4 of 11
Date Rcvd: Aug 23, 2023 | Form ID: pdf904 | Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Linden-Kildare CISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com |
| Elizabeth Helen Weller | |
| | on behalf of Creditor Atlanta ISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com |
| Florence Bonaccorso-Saenz | |
| | on behalf of Creditor Louisiana Department of Revenue FBS-ECFNotices@la.gov |
| Glenn Taylor | |
| | on behalf of Creditor Coastal Exploration  Inc. gtaylor@cctb.com |
| Glenn Taylor | |
| | on behalf of Creditor PAR Minerals Corporation gtaylor@cctb.com |
| Glenn Taylor | |
| | on behalf of Creditor Eastern Fishing & Rental Tool Company  Inc. gtaylor@cctb.com |
| Grant Matthew Beiner | |
| | on behalf of Creditor Committee The Official Committee of Unsecured Creditors gbeiner@munsch.com hvalentine@munsch.com |
| Grant Matthew Beiner | |
| | on behalf of Interested Party Thomas Kim gbeiner@munsch.com  hvalentine@munsch.com |
| J. Eric Lockridge | |
| | on behalf of Creditor Sugar Oil Properties  L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com |
| J. Eric Lockridge | |
| | on behalf of Creditor Anderson Exploration Energy Company  L.C. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com |
| J. Eric Lockridge | |
| | on behalf of Creditor TCP Cottonwood  L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com |
| J. Eric Lockridge | |
| | on behalf of Creditor AEEC II  LLC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com |
| J. Eric Lockridge | |
| | on behalf of Creditor Anderson Exploration Energy Company  LC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com |
| Jack Lazarus | |
| | on behalf of Defendant White Resources  LLC jacklaz45@gmail.com |
| James B. Bailey | |
| | on behalf of Creditor Stoneham Drilling Corporation jbailey@bradley.com ashaver@bradley.com,jbailey@ecf.courtdrive.com |
| James B. Bailey | |
| | on behalf of Defendant Stoneham Drilling Corporation jbailey@bradley.com ashaver@bradley.com,jbailey@ecf.courtdrive.com |
| Jason Buchman | |
| | on behalf of Defendant Stratum Reservoir  LLC jason.buchman@stratumreservoir.com |
| Jeffery Dayne Carruth | |
| | on behalf of Creditor Halliburton Energy Services  Inc. jcarruth@wkpz.com |
| Jeffery Dayne Carruth | |
| | on behalf of Defendant Halliburton Energy Services  LLC jcarruth@wkpz.com |
| Jeffrey R. Barber | |
| | on behalf of Creditor FPCC USA  Inc. jbarber@joneswalker.com, jmaxey@joneswalker.com;mgreen@joneswalker.com |
| Jeffrey Reid Burley | |
| | on behalf of Counter-Claimant Ulterra Drilling Technologies  LP rburley@bellnunnally.com, nblum@bellnunnally.com |
| Jeffrey S. Brinen | |
| | on behalf of Debtor Sklar Exploration Company  LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com |
| Jeffrey S. Brinen | |
| | on behalf of Debtor Sklarco  LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com |
| Jennifer Hardy | |
| | on behalf of Creditor JJS Interests Escambia  LLC jhardy2@willkie.com, mao@willkie.com |
| Jennifer Hardy | |
| | on behalf of Creditor JJS Interests West Arcadia  LLC jhardy2@willkie.com, mao@willkie.com |
| Jennifer Hardy | |
| | on behalf of Creditor JJS Interests Steele Kings  LLC jhardy2@willkie.com, mao@willkie.com |
| Jennifer Hardy | |
| | on behalf of Creditor JJS Working Interests  LLC jhardy2@willkie.com, mao@willkie.com |

District/off: 1082-1                          User: admin                                   Page 5 of 11
Date Rcvd: Aug 23, 2023                 Form ID: pdf904                              Total Noticed: 1

| | |
|---|---|
| Jennifer Hardy | on behalf of Creditor JJS Interests North Beach LLC jhardy2@willkie.com, mao@willkie.com |
| Jennifer Norris Soto | on behalf of Creditor Barnette & Benefield Inc. jennifer.uscourts@gmail.com, curtisshelton@arklatexlaw.com, |
| Jenny M.F. Fujii | on behalf of Defendant Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com |
| Jenny M.F. Fujii | on behalf of Debtor Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com |
| Jenny M.F. Fujii | on behalf of Cross-Claimant Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com |
| Jenny M.F. Fujii | on behalf of Debtor Sklarco LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com |
| Jeremy L Retherford | on behalf of Creditor Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com |
| Jeremy L Retherford | on behalf of Plaintiff Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com |
| Jeremy L Retherford | on behalf of Creditor Pruet Oil Company LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com |
| Jeremy L Retherford | on behalf of Defendant RAPAD Well Service Co. Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com |
| Jeremy L Retherford | on behalf of Interested Party Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com |
| Jeremy L Retherford | on behalf of Defendant Rapad Drilling Company LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com |
| Jeremy L Retherford | on behalf of Creditor RAPAD Well Service Co. Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com |
| Jim F Spencer, Jr | on behalf of Creditor Landmark Exploration LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| Jim F Spencer, Jr | on behalf of Creditor Lexington Investments LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| Jim F Spencer, Jr | on behalf of Creditor Landmark Oil and Gas LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| Jim F Spencer, Jr | on behalf of Creditor Stone Development LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| John Cornwell | on behalf of Creditor Committee The Official Committee of Unsecured Creditors jcornwell@munsch.com hvalentine@munsch.com;john-cornwell-6088@ecf.pacerpro.com |
| John H Bernstein | on behalf of Creditor Pearl Parkway LLC john.bernstein@kutakrock.com, trina.rioux@kutakrock.com |
| John Thomas Oldham | on behalf of Creditor Kodiak Gas Services LLC joldham@okinadams.com, bmoore@okinadams.com |
| Jonathan Dickey | on behalf of Creditor Foote Oil & Gas Properties LLC jmd@kutnerlaw.com, vlm@kutnerlaw.com |
| Jordan B. Bird | on behalf of Creditor Bundero Investment Company LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Attorney Cook Yancey, King & Galloway, APLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor J&A Harris LP jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor Franks Exploration Company LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor Hall Management LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | on behalf of Creditor Kingston LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |

District/off: 1082-1        User: admin        Page 6 of 11
Date Rcvd: Aug 23, 2023        Form ID: pdf904        Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor AEH Investments LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor KMR Investments LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor Hughes Oil South LLC jordan.bird@cookyancey.com |
| Joseph D. DeGiorgio | |
| | on behalf of Creditor Ford Motor Credit Company LLC josephde@bdfgroup.com |
| Joseph Eric Bain | |
| | on behalf of Creditor FPCC USA Inc. jbain@joneswalker.com, joseph-bain-8368@ecf.pacerpro.com |
| Katherine A Ross | |
| | on behalf of Creditor Bureau of Land Management katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine A Ross | |
| | on behalf of Creditor Office of Natural Resources Revenue katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine A Ross | |
| | on behalf of Creditor Internal Revenue Service katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine Guidry Douthitt | |
| | on behalf of Creditor Dickson Oil & Gas L.L.C. kdouthitt@bwor.com |
| Katherine Guidry Douthitt | |
| | on behalf of Creditor C. Bickham Dickson III kdouthitt@bwor.com |
| Keith D. Tooley | |
| | on behalf of Defendant Sklar Exploration Company LLC ktooley@wsmtlaw.com |
| Keith D. Tooley | |
| | on behalf of Plaintiff Southeast Alabama Gas District ktooley@wsmtlaw.com |
| Keith D. Tooley | |
| | on behalf of Defendant Baker Hughes Oilfield Operations Inc. ktooley@wsmtlaw.com |
| Keith D. Tooley | |
| | on behalf of Defendant Kelley Brothers Contractors Inc. ktooley@wsmtlaw.com |
| Keith D. Tooley | |
| | on behalf of Defendant GE Oil & Gas Pressure Control LP ktooley@wsmtlaw.com |
| Kelsey Jamie Buechler | |
| | on behalf of Creditor Foote Oil and Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com |
| Kelsey Jamie Buechler | |
| | on behalf of Creditor Foote Oil & Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com |
| Kelsey Jamie Buechler | |
| | on behalf of Creditor Bettye LaCour jamie@kjblawoffice.com Sharon@kjblawoffice.com |
| Keri L. Riley | |
| | on behalf of Defendant Sklarco LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Keri L. Riley | |
| | on behalf of Debtor Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Keri L. Riley | |
| | on behalf of Defendant Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Keri L. Riley | |
| | on behalf of Debtor Sklarco LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Kevin S. Neiman | |
| | on behalf of Counter-Defendant Plains Marketing L.P. kevin@ksnpc.com |
| Kevin S. Neiman | |
| | on behalf of Creditor Plains Marketing L.P. kevin@ksnpc.com |
| Kevin S. Neiman | |
| | on behalf of Creditor Plains Gas Solutions LLC kevin@ksnpc.com |
| Kevin S. Neiman | |
| | on behalf of Plaintiff Plains Marketing L.P. kevin@ksnpc.com |
| Laurie A Spindler | |
| | on behalf of Creditor Linden-Kildate CISD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 7 of 11 |
| Date Rcvd: Aug 23, 2023 | Form ID: pdf904 | Total Noticed: 1 |

Laurie A Spindler
    on behalf of Creditor Wood County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
    on behalf of Creditor Franklin County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
    on behalf of Creditor Gregg County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
    on behalf of Creditor Beckville ISD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
    on behalf of Creditor Camp CAD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
    on behalf of Creditor Upshur County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
    on behalf of Creditor Marion County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
    on behalf of Creditor Smith County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
    on behalf of Creditor Frankston ISD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
    on behalf of Creditor McLeod ISD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
    on behalf of Creditor Atlanta ISD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
    on behalf of Creditor Rusk County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Lee M. Kutner
    on behalf of Debtor Sklar Exploration Company LLC vlm@kutnerlaw.com

Lee M. Kutner
    on behalf of Debtor Sklarco LLC vlm@kutnerlaw.com

Lloyd A. Lim
    on behalf of Creditor CSI Compressco Operating LLC lloyd.lim@keanmiller.com, rachel.kubanda@keanmiller.com;mack.wilson@keanmiller.com;teresa.miller@keanmiller.com

Lloyd A. Lim
    on behalf of Defendant CSI Compressco Operating LLC lloyd.lim@keanmiller.com, rachel.kubanda@keanmiller.com;mack.wilson@keanmiller.com;teresa.miller@keanmiller.com

Louis Matthew Grossman
    on behalf of Creditor CSI Compressco Operating LLC louis.grossman@keanmiller.com, kathy.ballard@keanmiller.com

Louis Matthew Grossman
    on behalf of Defendant CSI Compressco Operating LLC louis.grossman@keanmiller.com, kathy.ballard@keanmiller.com

Madison M. Tucker
    on behalf of Creditor FPCC USA Inc. mtucker@joneswalker.com, madison-tucker-7703@ecf.pacerpro.com

Mario A Lamar
    on behalf of Creditor NexTier Completion Solutions Inc. mlamar@allenbrysonlaw.com

Matthew Okin
    on behalf of Creditor Kodiak Gas Services LLC mokin@okinadams.com

Matthew D. Skeen, Jr.
    on behalf of Defendant KCS Automation LLC jrskeen@skeen-skeen.com

Matthew J Ochs
    on behalf of Creditor Pruet Production Co. mjochs@hollandhart.com tldevlin@hollandhart.com

Case:20-12377-MER   Doc#:1995   Filed:08/25/23   Entered:08/25/23 22:16:14   Page8 of 12

| District/off: 1082-1 | User: admin | Page 8 of 11 |
|---|---|---|
| Date Rcvd: Aug 23, 2023 | Form ID: pdf904 | Total Noticed: 1 |

Matthew J Ochs
　　　　　on behalf of Creditor RAPAD Well Service Co. Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J Ochs
　　　　　on behalf of Creditor Pruet Oil Company LLC mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J Ochs
　　　　　on behalf of Defendant RAPAD Well Service Co. Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J Ochs
　　　　　on behalf of Debtor Sklarco LLC mjochs@hollandhart.com, tldevlin@hollandhart.com

Matthew J Ochs
　　　　　on behalf of Plaintiff Pruet Production Co. mjochs@hollandhart.com tldevlin@hollandhart.com

Megan M. Adeyemo
　　　　　on behalf of Defendant Scientific Drilling International Inc. madeyemo@gordonrees.com, asoto@grsm.com

Megan M. Adeyemo
　　　　　on behalf of Defendant Planning Thru Completion LLC madeyemo@gordonrees.com, asoto@grsm.com

Michael Niles
　　　　　on behalf of Creditor Fletcher Exploration LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Niles
　　　　　on behalf of Creditor Fletcher Petroleum Company LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael Niles
　　　　　on behalf of Creditor Fletcher Petroleum Corp. mniles@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael D Rubenstein
　　　　　on behalf of Interested Party BPX Properties (NA) LP mdrubenstein@liskow.com

Michael D Rubenstein
　　　　　on behalf of Interested Party BP America Production Company mdrubenstein@liskow.com

Michael J. Guyerson
　　　　　on behalf of Creditor Estate of Pamela Page Deceased , Gabriel@kjblawoffice.com

Michael J. Guyerson
　　　　　on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com Gabriel@kjblawoffice.com

Michael J. Pankow
　　　　　on behalf of Debtor Sklarco LLC mpankow@bhfs.com, sgrisham@bhfs.com,aciabattoni@bhfs.com

Mitchell E Ayer
　　　　　on behalf of Defendant Gravity Oilfield Services LLC mayer@dorelaw.com, chymel@dorelaw.com;csmith@dorelaw.com

P. Matthew Cox
　　　　　on behalf of Creditor Ally Bank pmc@scmlaw.com mw@scmlaw.com

Patrick R. Akers
　　　　　on behalf of Defendant Northstar Drillstem Testers Inc. patrick.akers@moyewhite.com, rachael.cotner@moyewhite.com;caryl.septon@moyewhite.com;kim.shanley@moyewhite.com

Patrick R. Akers
　　　　　on behalf of Interested Party Denzil Blount Charitable Remainder Trust patrick.akers@moyewhite.com rachael.cotner@moyewhite.com;caryl.septon@moyewhite.com;kim.shanley@moyewhite.com

Patrick R. Akers
　　　　　on behalf of Interested Party KHCD Properties LLC patrick.akers@moyewhite.com, rachael.cotner@moyewhite.com;caryl.septon@moyewhite.com;kim.shanley@moyewhite.com

Paul James Hammer
　　　　　on behalf of Defendant Steel Service Oilfield Tubular Inc. phammer@bn-lawyers.com

Paul James Hammer
　　　　　on behalf of Defendant R & R Rentals & Hot Shot Inc. phammer@bn-lawyers.com

R. J. Shannon
　　　　　on behalf of Defendant Capstar Drilling Inc. rshannon@shannonpllc.com

Robert Lantz
　　　　　on behalf of Creditor Roosth 806 LTD. rlantz@clmatty.com

Robert Padjen
　　　　　on behalf of Creditor Colorado Department of Law Robert.padjen@coag.gov deanna.westfall@coag.gov

Robert L Paddock
　　　　　on behalf of Creditor Strago Petroleum Corporation rpaddock@buckkeenan.com myers@buckkeenan.com

Case:20-12377-MER    Doc#:1995    Filed:08/25/23    Entered:08/25/23 22:16:14    Page9 of 12

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 9 of 11 |
| Date Rcvd: Aug 23, 2023 | Form ID: pdf904 | Total Noticed: 1 |

| | |
|---|---|
| Robert L Paddock | on behalf of Creditor Gateway Exploration LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Robert L Paddock | on behalf of Creditor Meritage Energy Ltd rpaddock@buckkeenan.com myers@buckkeenan.com |
| Robert L Paddock | on behalf of Creditor Harvest Gas Management LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Robert L Paddock | on behalf of Creditor GCREW Properties LLC rpaddock@buckkeenan.com, myers@buckkeenan.com |
| Ryan Lorenz | on behalf of Creditor Juno Financial LLC RLorenz@ClarkHill.com |
| Ryan Seidemann | on behalf of Creditor State of Louisiana Depatment of Natural Resources, Office of Mineral Resources seidemannr@ag.louisiana.gov |
| Ryco Exploration, LLC. | rsmith.ryco@att.net |
| Shay L. Denning | on behalf of Creditor I & L Miss I LP sdenning@axishealthsystem.org |
| Shay L. Denning | on behalf of Creditor CTM 2005 Ltd. sdenning@axishealthsystem.org |
| Shay L. Denning | on behalf of Creditor Pickens Financial Group LLC sdenning@axishealthsystem.org |
| Shay L. Denning | on behalf of Creditor Tauber Exploration & Production Company sdenning@axishealthsystem.org |
| Sid Garabato | on behalf of Claims Agent Epiq Corporate Restructuring LLC ecr@ecf.epiqsystems.com |
| Stephen K. Lecholop, II | on behalf of Creditor McCombs Energy Ltd. slecholop@rpsalaw.com, dtrevino@rpsalaw.com;ddoonkeen@rpsalaw.com |
| Stephen K. Lecholop, II | on behalf of Creditor McCombs Exploration LLC slecholop@rpsalaw.com, dtrevino@rpsalaw.com;ddoonkeen@rpsalaw.com |
| Stephen T Loden | on behalf of Interested Party Thomas M. Kim sloden@diamondmccarthy.com |
| Stephen T Loden | on behalf of Defendant Thomas Kim Trustee of the Sklar Creditors Trust sloden@diamondmccarthy.com |
| Stephen T Loden | on behalf of Plaintiff Thomas M. Kim sloden@diamondmccarthy.com |
| Stephen W. Sather | on behalf of Defendant R & R Rentals & Hot Shot Inc. ssather@bn-lawyers.com |
| Stephen W. Sather | on behalf of Defendant Steel Service Oilfield Tubular Inc. ssather@bn-lawyers.com |
| Steven T Mulligan | on behalf of Defendant Baker Hughes Company f/k/a Baker Hughes a GE company smulligan@cp2law.com smulligan_66544@ecf.courtdrive.com;agarcia_523@ecf.courtdrive.com |
| Steven T Mulligan | on behalf of Defendant Baker Hughes Oilfield Operations LLC smulligan@cp2law.com smulligan_66544@ecf.courtdrive.com;agarcia_523@ecf.courtdrive.com |
| Steven T Mulligan | on behalf of Defendant GE Oil & Gas Pressure Control LP smulligan@cp2law.com smulligan_66544@ecf.courtdrive.com;agarcia_523@ecf.courtdrive.com |
| Theodore J. Hartl | on behalf of Interested Party Louisiana Tower Operating LLC hartlt@ballardspahr.com blessingb@ballardspahr.com |
| Thomas H Shipps | on behalf of Creditor I & L Miss I LP tshipps@mbssllp.com |
| Thomas H Shipps | on behalf of Creditor The Rudman Partnership tshipps@mbssllp.com |
| Thomas H Shipps | on behalf of Creditor CTM 2005 Ltd. tshipps@mbssllp.com |
| Thomas H Shipps | |

District/off: 1082-1     User: admin     Page 10 of 11
Date Rcvd: Aug 23, 2023     Form ID: pdf904     Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor MR Oil & Gas LLC tshipps@mbssllp.com |
| Thomas H Shipps | on behalf of Plaintiff The Rudman Partnership tshipps@mbssllp.com |
| Thomas H Shipps | on behalf of Creditor Rudman Partnership tshipps@mbssllp.com |
| Thomas H Shipps | on behalf of Creditor MER Energy LTD tshipps@mbssllp.com |
| Timothy Aaron Million | on behalf of Defendant Weatherford US LP tim.million@huschblackwell.com |
| Timothy C. Mohan | on behalf of Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor Baker Petrolite LLC tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor GE Oil & Gas Pressure Control US tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor Baker Hughes Oilfield Operations LLC tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Cross Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Defendant Baker Hughes Oilfield Operations Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor Baker Hughes Holdings LLC FKA Baker Hughes, a GE Company LLC tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Cross Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy C. Mohan | on behalf of Creditor Lufkin Industries LLC tmohan@foley.com, tim.mohan4@gmail.com |
| Timothy M. Swanson | on behalf of Creditor Alabama Oil & Gas LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Kudzu Oil Properties LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com |
| Timothy M. Swanson | on behalf of Interested Party Denzil Blount Charitable Remainder Trust tim.swanson@moyewhite.com rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company LLC and Sklarco, LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Alabama Oil Company tim.swanson@moyewhite.com rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com |
| Timothy M. Swanson | on behalf of Interested Party KHCD Properties LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Kudzo Oil Properties LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com |
| Timothy M. Swanson | on behalf of Creditor Apple River Investments LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com |
| Timothy Michael Riley | on behalf of Attorney Hopping Green & Sams triley@deanmead.com |
| Troy L Hales, II | on behalf of Counter-Claimant Ulterra Drilling Technologies LP thales@bellnunnally.com, nsummerville@bellnunnally.com |

District/off: 1082-1        User: admin        Page 11 of 11
Date Rcvd: Aug 23, 2023        Form ID: pdf904        Total Noticed: 1

Troy L Hales, II
         on behalf of Creditor Ulterra Drilling Technologies  LP thales@bellnunnally.com, nsummerville@bellnunnally.com

Troy L Hales, II
         on behalf of Defendant Ulterra Drilling Technologies  LP thales@bellnunnally.com, nsummerville@bellnunnally.com

Tyler Lee Weidlich
         on behalf of Creditor Pro-Tek Field Services  LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com

Tyler Lee Weidlich
         on behalf of Creditor Pioneer Wireline Services  LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com

US Trustee
         USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 242

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

| | |
|---|---|
| In re: | Case No. 20-12377 MER |
| Sklar Exploration Company, LLC | Chapter 11 |
| Debtor. | |
| In re: | Case No. 20-12380 MER |
| Sklarco, LLC | Chapter 11 |
| Debtor. | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the Court will hold an in-person status conference **Wednesday, August 30, 2023, at 2:30 p.m.** in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado.

DATED: August 23, 2023          BY ORDER OF THE COURT:

KENNETH S. GARDNER, CLERK

By: Deborah L. Beatty, Deputy Clerk
    United States Bankruptcy Court
    U.S. Custom House
    721 19th Street
    Denver, Colorado 80202-2508