UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

**MOTION TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE**

The Reorganized Debtors, Sklar Exploration Company, LLC ("SEC") and Sklarco, LLC ("Sklarco" and together the "Debtors"), by and through their attorneys, Kutner Brinen Dickey Riley, P.C., move the Court for entry of an Order allowing counsel for the Debtors to appear telephonically at the in person status conference set for August 30, 2023 at 2:30 p.m. and in support thereof, state as follows:

    1.    On August 21, 2023, the Post-Confirmation Creditor Trust ("Creditor Trust") filed a Request seeking to set an in-person status conference.

    2.    On August 23, 2023, the Court entered an Order setting an in-person status conference for August 30, 2023 at 2:30 p.m., and subsequently issued a notice of hearing providing telephonic call-in information for "parties located outside the Denver Metro area."

    3.    Following the entry of the Order setting the Status Conference, the Debtors filed a detailed Status Report to fully apprise the Court of relevant background in the case.

    4.    On the evening of August 29, 2023, a member of undersigned counsel's household tested positive for COVID-19. As a result, in accordance with applicable CDC guidelines and the Court's Operation Status Guidelines dated May 9, 2022, undersigned counsel cannot appear in person.

    5.    Undersigned counsel therefore requests authorization to appear telephonically in order to comply with applicable CDC guidelines.

6. No party will be prejudiced by counsel's telephonic appearance. Co-counsel for the Debtors, Michael Pankow, will be appearing in-person at the status conference.

WHEREFORE, the Debtor's pray the Court make and enter an Order authorizing undersigned counsel to appear telephonically, and for such further and additional relief as to the Court may appear just and proper.

Dated: August 30, 2023.                    Respectfully submitted,

By: */s/ Keri L. Riley*
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln St., Suite 1720
Denver, CO  80264
Telephone:  (303) 832-2400
E-Mail: klr@kutnerlaw.com

Case:20-12377-MER Doc#:1997 Filed:08/30/23 Entered:08/30/23 09:46:37 Page3 of 3