UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|   Debtor. ) | |
| ) | |
| ) | Case No. 20-12380-EEB |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
|   Debtor. ) | |

**ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY
AT STATUS CONFERENCE**

THIS MATTER, having come before the Court on the Reorganized Debtors' Motion to Appear Telephonically at Status Conference ("Motion"), the Court having reviewed the Motion and finding good cause for granting the requested relief, does hereby

ORDER

That the Motion is GRANTED. Keri Riley, Esq. of Kutner Brinen Dickey Riley, P.C. is hereby authorized to appear telephonically at the status conference set for August 30, 2023.

Done and entered this 30th day of August, 2023 at Denver, Colorado.

Honorable Michael E. Romero
United States Bankruptcy Judge