UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

**Minutes of Proceeding**

| August 30, 2023 | Honorable Michael E. Romero, Presiding Courtroom C |
|---|---|
| In re: Sklar Exploration Company, LLC, Sklarco, LLC  Debtors. | Case No. 20-12377 MER  Chapter 11 |

Appearances:

| | | | |
|---|---|---|---|
| US Trustee | | Counsel | Alan Motes |
| Reorganized Sklar Exploration Co. | | Counsel | Keri Riley |
| Reorganized Sklarco | Brad Walker | Counsel | Michael Pankow |
| Creditor Trust | Tom Kim | Counsel | Stephen Loden |
| Creditor | East West Bank | Counsel | Bryce Suzuki |
| Creditor | Howard Sklar | Counsel | Adam Hirsch |
| Creditor | Fant Energy | Counsel | Brent Cohen |
| Creditor | Pruet Oil Co. | Counsel | Matt Ochs |
| Creditor | | Counsel | |

Proceedings:   Status Conference

Orders:

☒ The parties provided a status report.

BY THE COURT:
KENNETH S. GARDNER, CLERK

By: _____
Deputy Clerk