# UNITED STATES BANKRUPTCY COURT FOR THE
# DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377 MER |
| SKLAR EXPLORATION COMPANY, ) | |
| LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | Case No. 20-12380 MER |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

## ORDER GRANTING FANT ENERGY'S *EX PARTE* MOTION FOR EXAMINATION OF REORGANIZED DEBTORS PURSUANT TO FED.R.BANKR.P. 2004 AND L.B.R. 2004-1

The above-entitled matter having come before the Court on a Fant Energy's Ex Parte Motion for Examination of Reorganized Debtors Pursuant to Fed.R.Bankr.P. 2004 and L.B.R. 2004-1 ("Motion"); the Court, having reviewed the pleadings filed herein and being otherwise advised in the premises:

NOW THEREFORE, IT IS HEREBY ORDERED that the Motion shall be, and hereby is granted;

IT IS FURTHER ORDERED that Fant Energy Limited is authorized to conduct an examination pursuant to Fed. R. Bankr. P. 2004 and L.B.R. 2004-1 and may compel the production of documents specified in Exhibit B of the Motion in the manner prescribed by Fed. R. Bankr. P. 2004 and 9016.

DATED this __ day of _____, 2023.

BY THE COURT:

_____
Michael E. Romero
U.S. Bankruptcy Court Judge

122471372.1

Case:20-12377-MER Doc#:2014-1 Filed:09/22/23 Entered:09/22/23 15:48:38 Page3 of 3

122471372.1