# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SKLAR EXPLORATION COMPANY, LLC,<br>EIN: 72-1417930<br><br>Debtor. | Case No. 20-12377-MER<br><br>Chapter 11<br><br>(Jointly Administered) |
| SKLARCO LLC,<br>EIN: 72-1425432<br><br>Debtor. | Case No. 20-12380-MER |

**ORDER DENYING *EX PARTE* MOTION FOR EXAMINATION OF REORGANIZED DEBTORS PURSUANT TO FED.R.BANKR.P. 2004 AND L.B.R. 2004-1**

THIS MATTER comes before the Court on Reorganized Debtors Sklar Exploration Company, LLC's and Sklarco, LLC's Motion for Reconsideration of Order Granting Motion for 2004 Examination Pursuant to Fed.R.Bankr.P. 2004 and L.B.R. 2004-1 (the "**Motion**"). The Court has considered the Motion and is informed of the premises. As cause was shown to the Court for the granting of the requested relief,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED; and

2. The Order Granting 2004 Examination (Docket No. 2015) has been reconsidered and is vacated.

Dated: _____, 2023

BY THE COURT:

_____
The Honorable Michael E. Romero
United States Bankruptcy Judge

26083603.1