IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

In re:

Sklar Exploration Company, LLC

    Debtor.

Case No. 20-12377 MER

Chapter 11

**ORDER**

    On August 3, 2023, this Court entered an Order denying the Amended Application for Administrative Expense Claim of Epiq Corporate Restructuring, LLC ("Epiq") for several procedural issues with the Application. On August 15, Epic filed another Amended Application for Administrative Expenses. The new application was not signed by counsel, the certificate of service was not signed, the "Master Service List" described in the certificate of service was not attached, and the Notice filed by Epiq at ECF #1986 did not conform to Local Bankruptcy Form 9013-1.1. Based on these continuing deficiencies,

    THE COURT DENIES Epiq Corporate Restructuring, LLC's Amended Application for Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) filed August 15, 2023, at ECF #1987.

Dated September 25, 2023

BY THE COURT:

Michael E. Romero, Judge
United States Bankruptcy Court