c

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

| Debtor 1: | Sklar Exploration Company, LLC | Case #: | 20-12377-EEB |
|---|---|---|---|
| | Name | | Chapter 11 |
| Debtor 2: | Sklarco, LLC | Case #: | 20-12380-EEB |
| | | | Chapter 11 |

## Local Bankruptcy Form 9013-1.3
## Movant's Certificate of Non-Contested Matter and Request for Entry of Order

**Complete applicable sections.**

**Part 1   Certificate**

On October 21, 2021, Pearl Parkway, LLC, a Colorado limited liability company (the "Movant"), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled, Motion for Allowance of Administrative Expense and for Immediate Payment Pursuant to 11 U.S.C. Section 503(b) (the "Motion") at Docket No. 1475.  Movant hereby certifies that the following is true and correct:

1. Service of the Motion, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Motion on October 21, 2021 and on October 22, 2021.
   a. Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 (or in the manner permitted by Court order, a copy of which is attached), as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice on October 21, 2021 and on October 22, 2021.
2. The docket numbers for each of the following relevant documents are:
   a. the Motion and all documents attached thereto and served therewith, Docket No. 1475;
   b. the Notice, Docket Nos. 1476 and 1484;
   c. the Certificate of Service of the Motion and the Notice, Docket Nos. 1477 and 1485;
   d. the Proposed Order,  Docket No., 1475-3; and
3. No objections to or requests for hearing on the Motion were received by the undersigned, or filed with the Court by the date designated in the Notice.

Accordingly, Movant requests that the Court enter an order granting the requested relief.

**Part 2   Signature of Movant's Attorney or Movant (if unrepresented)**

|  | KUTAK ROCK LLP |
|---|---|
| Dated: October 11, 2023 | *s/ John H. Bernstein* |
| | John H. Bernstein, #17358 |
| | 2001 16th Street, Suite 1800 |
| | Denver, Colorado  80202 |
| | Telephone:  (303) 297-2400 |
| | Facsimile:  (303) 292-7799 |
| | john.bernstein@kutakrock.com |