## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377 MER |
| SKLAR EXPLORATION COMPANY, LLC ) | |
| EIN: 72-1417930 ) | Chapter 11 |
| ) | |
|     Debtor. ) | |
| ) | |
| ) | Case No. 20-12380 MER |
| SKLARCO, LLC ) | |
| EIN: 72-1425432 ) | Chapter 11 |
| ) | |
|     Debtor. ) | |

### FANT ENERGY LIMITED'S CERTIFICATE OF CONTESTED MATTER AND REQUEST FOR NON-EVIDENTIARY HEARING

On September 25, 2023, Reorganized Debtors Sklar Exploration Company LLC ("SEC") and Sklarco LLC ("Sklarco") filed their Motion for Reconsideration of Order Granting Motion for 2004 Examination Pursuant to FED.R.BANKR.P. 2004 and L.B.R. 2004-1 [ECF 2016] (the "Motion"). On September 27, 2023, Fant Energy Limited ("Fant") filed its Objection to Motion for Reconsideration of Order Granting Motion for 2004 Examination of Reorganized Debtors Pursuant to FED.R.BANKR.P. 2004 and L.B.R. 2004-1 [ECF 2026]. On October 11, 2023, the Creditor Trustee filed his Statement Concerning Motion by Fant Energy Limited for Rule 2004 Examination of the Reorganized Debtors [ECF 2030].

    1.    The relevant pleadings and docket numbers are as follows:

        a.    *Ex Parte* Motion for Examination of Reorganized Debtors Pursuant to Fed.R.Bankr.P. 2004 and L.B.R. 2004-1 [ECF No. 2014];

        b.    Order Granting Motion for 2004 Examination [ECF No. 2015];

        c.    Motion for Reconsideration of Order Granting Motion for 2004 Examination Pursuant to Fed.R.Bankr.P. 2004 and L.B.R. 2004-1 [ECF No. 2016];

        d.    Fant Energy's Objection to Motion for Reconsideration of Order Granting Motion for 2004 Examination Pursuant to Fed.R.Bankr.P. 2004 and L.B.R. 2004-1 [ECF No. 2026]; and

        e.    Creditor Trustee's Statement Concerning Motion by Fant Energy Limited for Rule 2004 Examination of the Reorganized Debtors [ECF No. 2030].

2.  The parties have made good faith efforts to resolve this matter without the necessity of a hearing, but have determined that a settlement is likely not achievable.

3.  Resolution of this contested matter will not require an evidentiary hearing.

Accordingly, Fant requests that the Court set this matter for a non-evidentiary, telephonic hearing pursuant to L.B.R. 9013-1. Fant estimates that the hearing will take one hour.

Respectfully submitted this 12th day of October 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*s/ Brent R. Cohen*
Brent R. Cohen, No. 11297
1601 19th Street, Suite 1000
Denver, CO 80202
Tel:   303-628-9583
Fax:   303-623-9222
bcohen@lewisroca.com

*Attorneys for Fant Energy Limited*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2023, a true and correct copy of the foregoing **CERTIFICATE OF CONTESTED MATTER AND REQUEST FOR NON-EVIDENTIARY HEARING** was electronically filed with the Court and served via CM/ECF pursuant to L.B.R. 9036-1 and 2082 1(a) and (b) on all counsel of record.

*s/Jennifer Eastin*
LEWIS ROCA ROTHGERBER CHRISTIE LLP