## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | Case No. 20-12377-EEB |
| SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930 | Chapter 11 |
| Debtor. | |
| | Case No. 20-12380-EEB |
| SKLARCO, LLC<br>EIN: 72-1425432 | Chapter 11 |
| Debtor. | |

## ORDER GRANTING PEARL PARKWAY LLC'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE AND FOR IMMEDIATE PAYMENT PURSUANT TO 11 U.S.C. SECTION 503(b)

Upon the Motion For Allowance of Administrative Expense And For Immediate Payment Pursuant to 11 U.S.C. Section 503(b) (the "**Motion**") of Pearl Parkway, LLC, a Colorado limited liability company, and as successor in title to 5395 Pearl Parkway, LLC ("**Pearl Parkway**") the Court hereby

ORDERS as follows:

1. The Motion is GRANTED.

2. Pearl Parkway shall have and is hereby granted an allowed administrative claim against Debtors Sklar Exploration Company, LLC and Sklarco, LLC (collectively, the "**Reorganized Debtors**") in the amount of $53,873.49 pursuant to Sections 503(b)(1)(A) and 507(a) of the Bankruptcy Code.

3. The Reorganized Debtors shall promptly pay all Unpaid Rent (as defined in the Motion) to Pearl Parkway but in no event no later than 30 days following the entry of this Order.

4. The Reorganized Debtors shall pay Pearl Parkway the Gross Rent (Base Rent plus Additional Rent as defined in the Lease) on the first day of each month on and after November 1, 2021 to the extent the Reorganized Debtors continue to possess and occupy the Premises.

5. This Court shall retain jurisdiction over all matters arising from the interpretation or implementation of this Order.

Dated this 12th day of October, 2023.

BY THE COURT:

United States Bankruptcy Judge

2