United States Bankruptcy Court
District of Colorado

In re:  
Sklar Exploration Company, LLC  
Sklarco, LLC  
    Debtors

Case No. 20-12377-MER  
Chapter 11

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 1 of 11 |
| Date Rcvd: Oct 12, 2023 | Form ID: pdf904 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Sklar Exploration Company, LLC, Sklarco, LLC, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301-2541 |
| cr | + | Pearl Parkway, LLC, 2595 Canyon Blvd., Ste 230, Boulder, CO 80302-6737 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam L. Hirsch | on behalf of Interested Party Howard F. Sklar adam.hirsch@dgslaw.com robin.anderson@dgslaw.com |
| Adam L. Hirsch | on behalf of Interested Party Howard Sklar Trust adam.hirsch@dgslaw.com robin.anderson@dgslaw.com |
| Adam L. Hirsch | on behalf of Plaintiff Howard F. Sklar adam.hirsch@dgslaw.com robin.anderson@dgslaw.com |
| Adam L. Hirsch | on behalf of Defendant Howard F. Sklar adam.hirsch@dgslaw.com robin.anderson@dgslaw.com |
| Alan K. Motes | on behalf of U.S. Trustee US Trustee Alan.Motes@usdoj.gov |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 2 of 11 |
| Date Rcvd: Oct 12, 2023 | Form ID: pdf904 | Total Noticed: 2 |

Amy Vazquez
on behalf of Creditor FPCC USA Inc. avazquez@joneswalker.com

Andrew James Shaver
on behalf of Creditor Premium Oilfield Services LLC ashaver@bradley.com

Andrew M. Toft
on behalf of Plaintiff Thomas Kim Trustee of the Sklar Creditors Trust atoft@hn-colaw.com

Armistead Mason Long
on behalf of Creditor Pine Island Chemical Solutions L.L.C. along@gamb.com

Barnet B Skelton, Jr
on behalf of Plaintiff The Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr
on behalf of Creditor Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr
on behalf of Creditor MER Energy LTD barnetbjr@msn.com

Barnet B Skelton, Jr
on behalf of Creditor MR Oil & Gas LLC barnetbjr@msn.com

Barnet B Skelton, Jr
on behalf of Creditor I & L Miss I LP barnetbjr@msn.com

Barnet B Skelton, Jr
on behalf of Creditor The Rudman Partnership barnetbjr@msn.com

Barnet B Skelton, Jr
on behalf of Creditor CTM 2005 Ltd. barnetbjr@msn.com

Belinda Harrison
belindapittsharrison@gmail.com belindapittsharrison@gmail.com

Benjamin Young Ford
on behalf of Spec. Counsel Armbrecht Jackson LLP byf@ajlaw.com, chs@ajlaw.com

Brent R. Cohen
on behalf of Creditor Fant Energy Limited bcohen@lewisroca.com brent-cohen-8759@ecf.pacerpro.com,jeastin@lrrc.com

Brian Rich
on behalf of Creditor Fletcher Petroleum Corp. brich@bergersingerman.com
efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich
on behalf of Creditor Fletcher Petroleum Company LLC brich@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian Rich
on behalf of Creditor Fletcher Exploration LLC brich@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com

Brian A. Baker
on behalf of Defendant National Oilwell Varco LP brian.baker@stacybakerlaw.com

Brian A. Baker
on behalf of Defendant National Oilwell Varco DHT LP brian.baker@stacybakerlaw.com

Bryce Suzuki
on behalf of Creditor East-West Bank bsuzuki@swlaw.com

Bryce Suzuki
on behalf of Defendant East West Bank bsuzuki@swlaw.com

Bryce Suzuki
on behalf of Intervenor East West Bank bsuzuki@swlaw.com

Charles Murnane
on behalf of Defendant Steel Service Oilfield Tubular Inc. cmurnane@bn-lawyers.com

Charles Murnane
on behalf of Defendant R & R Rentals & Hot Shot Inc. cmurnane@bn-lawyers.com

Charles Michael Rubio
on behalf of Defendant Capstar Drilling Inc. crubio@parkinsrubio.com, 7485062420@filings.docketbird.com

Christopher Meredith
on behalf of Attorney Copeland Cook, Taylor & Bush, P.A. cmeredith@cctb.com,
bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 3 of 11 |
| Date Rcvd: Oct 12, 2023 | Form ID: pdf904 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor Eastern Fishing & Rental Tool Company Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher Meredith | on behalf of Creditor Fletcher Petroleum Corp. cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher Meredith | on behalf of Creditor PAR Minerals Corporation cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher Meredith | on behalf of Creditor Coastal Exploration Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher Meredith | on behalf of Defendant Quality Drilling Fluids Inc. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher D. Johnson | on behalf of Creditor Committee The Official Committee of Unsecured Creditors chris.johnson@diamondmccarthy.com nan.sauter@diamondmccarthy.com |
| Christopher D. Johnson | on behalf of Interested Party Thomas M. Kim chris.johnson@diamondmccarthy.com nan.sauter@diamondmccarthy.com |
| Christopher D. Johnson | on behalf of Defendant Thomas Kim Trustee of the Sklar Creditors Trust chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com |
| Christopher D. Johnson | on behalf of Plaintiff Thomas M. Kim chris.johnson@diamondmccarthy.com nan.sauter@diamondmccarthy.com |
| Christopher M. Crowley | on behalf of Creditor Liquid Gold Well Service Inc. christopher@burnhamlaw.com, julie@burnhamlaw.com |
| Cody Carol Bailey | on behalf of Defendant Oilfield Partners Energy Services LLC cbailey@brunini.com |
| Daniel L. Bray | on behalf of Creditor Weatherford U.S. L.P. daniel.bray@huschblackwell.com, ann.stolfa@huschblackwell.com;daniel-bray-5348@ecf.pacerpro.com |
| David M. Miller | on behalf of Creditor Bri-Chem Supply Corp. LLC dmiller@spencerfane.com, kdominguez@spencerfane.com |
| David R Taggart | on behalf of Interested Party JF Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com |
| David R Taggart | on behalf of Creditor JH Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com |
| David R Taggart | on behalf of Creditor JF Howell Interests LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com |
| David W. Drake | on behalf of Creditor Ford Motor Credit Company LLC co.ecf@bdfgroup.com |
| David W. Hall | davidwendallhall@gmail.com |
| Deanna L. Westfall | on behalf of Creditor Colorado Department Of Revenue deanna.westfall@coag.gov Robert.padjen@coag.gov;jade.darnell@coag.gov |
| Deirdre Carey Brown | on behalf of Creditor Maren Silberstein Revocable Trust dbrown@forsheyprostok.com |
| Douglas D. Koktavy | on behalf of Defendant Btech Service & Supply Inc Doug@coloradocreditorlaw.com |
| Duane Brescia | on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com djaenike@clarkhill.com;ckclark@clarkhill.com |
| Duane Brescia | on behalf of Creditor Seitel Data Ltd. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com |
| Duane Brescia | on behalf of Creditor Lucas Petroleum Group Inc. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com |
| Elizabeth Helen Weller | on behalf of Creditor McLeod ISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com |

District/off: 1082-1 | User: admin | Page 4 of 11
Date Rcvd: Oct 12, 2023 | Form ID: pdf904 | Total Noticed: 2

Elizabeth Helen Weller
    on behalf of Creditor Linden-Kildare CISD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Helen Weller
    on behalf of Creditor Atlanta ISD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Florence Bonaccorso-Saenz
    on behalf of Creditor Louisiana Department of Revenue FBS-ECFNotices@la.gov

Glenn Taylor
    on behalf of Creditor Coastal Exploration  Inc. gtaylor@cctb.com

Glenn Taylor
    on behalf of Creditor PAR Minerals Corporation gtaylor@cctb.com

Glenn Taylor
    on behalf of Creditor Eastern Fishing & Rental Tool Company  Inc. gtaylor@cctb.com

Grant Matthew Beiner
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors gbeiner@munsch.com hvalentine@munsch.com

Grant Matthew Beiner
    on behalf of Interested Party Thomas Kim gbeiner@munsch.com  hvalentine@munsch.com

J. Eric Lockridge
    on behalf of Creditor Sugar Oil Properties  L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge
    on behalf of Creditor Anderson Exploration Energy Company  L.C. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge
    on behalf of Creditor TCP Cottonwood  L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge
    on behalf of Creditor AEEC II  LLC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge
    on behalf of Creditor Anderson Exploration Energy Company  LC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Jack Lazarus
    on behalf of Defendant White Resources  LLC jacklaz45@gmail.com

James B. Bailey
    on behalf of Creditor Stoneham Drilling Corporation jbailey@bradley.com  ashaver@bradley.com,jbailey@ecf.courtdrive.com

James B. Bailey
    on behalf of Defendant Stoneham Drilling Corporation jbailey@bradley.com  ashaver@bradley.com,jbailey@ecf.courtdrive.com

Jason Buchman
    on behalf of Defendant Stratum Reservoir  LLC jason.buchman@stratumreservoir.com

Jeffery Dayne Carruth
    on behalf of Creditor Halliburton Energy Services  Inc. jcarruth@wkpz.com

Jeffery Dayne Carruth
    on behalf of Defendant Halliburton Energy Services  LLC jcarruth@wkpz.com

Jeffrey R. Barber
    on behalf of Creditor FPCC USA  Inc. jbarber@joneswalker.com, jmaxey@joneswalker.com;mgreen@joneswalker.com

Jeffrey Reid Burley
    on behalf of Counter-Claimant Ulterra Drilling Technologies  LP rburley@bellnunnally.com, nblum@bellnunnally.com

Jeffrey S. Brinen
    on behalf of Debtor Sklar Exploration Company  LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jeffrey S. Brinen
    on behalf of Debtor Sklarco  LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jennifer Hardy
    on behalf of Creditor JJS Interests North Beach  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
    on behalf of Creditor JJS Interests Escambia  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
    on behalf of Creditor JJS Interests West Arcadia  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
    on behalf of Creditor JJS Interests Steele Kings  LLC jhardy2@willkie.com, mao@willkie.com

District/off: 1082-1 User: admin Page 5 of 11
Date Rcvd: Oct 12, 2023 Form ID: pdf904 Total Noticed: 2

Jennifer Hardy
 on behalf of Creditor JJS Working Interests LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Norris Soto
 on behalf of Creditor Barnette & Benefield Inc. jennifer.uscourts@gmail.com, curtisshelton@arklatexlaw.com,

Jenny M.F. Fujii
 on behalf of Defendant Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
 on behalf of Debtor Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
 on behalf of Cross-Claimant Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
 on behalf of Debtor Sklarco LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jeremy L Retherford
 on behalf of Creditor Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
 on behalf of Plaintiff Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
 on behalf of Creditor Pruet Oil Company LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
 on behalf of Defendant RAPAD Well Service Co. Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
 on behalf of Interested Party Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
 on behalf of Defendant Rapad Drilling Company LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
 on behalf of Creditor RAPAD Well Service Co. Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jim F Spencer, Jr
 on behalf of Creditor Landmark Exploration LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
 on behalf of Creditor Lexington Investments LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
 on behalf of Creditor Landmark Oil and Gas LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
 on behalf of Creditor Stone Development LLC jspencer@watkinseager.com, mryan@watkinseager.com

John Cornwell
 on behalf of Creditor Committee The Official Committee of Unsecured Creditors jcornwell@munsch.com hvalentine@munsch.com;john-cornwell-6088@ecf.pacerpro.com

John H Bernstein
 on behalf of Creditor Pearl Parkway LLC john.bernstein@kutakrock.com, trina.rioux@kutakrock.com

John Thomas Oldham
 on behalf of Creditor Kodiak Gas Services LLC joldham@okinadams.com, bmoore@okinadams.com

Jonathan Dickey
 on behalf of Creditor Foote Oil & Gas Properties LLC jmd@kutnerlaw.com, vlm@kutnerlaw.com

Jordan B. Bird
 on behalf of Creditor Bundero Investment Company LLC jordan.bird@cookyancey.com

Jordan B. Bird
 on behalf of Attorney Cook Yancey, King & Galloway, APLC jordan.bird@cookyancey.com

Jordan B. Bird
 on behalf of Creditor J&A Harris LP jordan.bird@cookyancey.com

Jordan B. Bird
 on behalf of Creditor Franks Exploration Company LLC jordan.bird@cookyancey.com

Jordan B. Bird
 on behalf of Creditor Hall Management LLC jordan.bird@cookyancey.com

Jordan B. Bird
 on behalf of Creditor Kingston LLC jordan.bird@cookyancey.com

Jordan B. Bird

Case:20-12377-MER   Doc#:2036   Filed:10/14/23   Entered:10/14/23 22:13:14   Page6 of 13

| District/off: 1082-1 | User: admin | Page 6 of 11 |
|---|---|---|
| Date Rcvd: Oct 12, 2023 | Form ID: pdf904 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor AEH Investments LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor KMR Investments LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor Hughes Oil South LLC jordan.bird@cookyancey.com |
| Joseph D. DeGiorgio | |
| | on behalf of Creditor Ford Motor Credit Company LLC josephde@bdfgroup.com |
| Joseph Eric Bain | |
| | on behalf of Creditor FPCC USA Inc. jbain@joneswalker.com, joseph-bain-8368@ecf.pacerpro.com |
| Katherine A Ross | |
| | on behalf of Creditor Bureau of Land Management katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine A Ross | |
| | on behalf of Creditor Office of Natural Resources Revenue katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine A Ross | |
| | on behalf of Creditor Internal Revenue Service katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine Guidry Douthitt | |
| | on behalf of Creditor Dickson Oil & Gas L.L.C. kdouthitt@bwor.com |
| Katherine Guidry Douthitt | |
| | on behalf of Creditor C. Bickham Dickson III kdouthitt@bwor.com |
| Keith D. Tooley | |
| | on behalf of Defendant Sklar Exploration Company LLC ktooley@wsmtlaw.com |
| Keith D. Tooley | |
| | on behalf of Plaintiff Southeast Alabama Gas District ktooley@wsmtlaw.com |
| Keith D. Tooley | |
| | on behalf of Defendant Baker Hughes Oilfield Operations Inc. ktooley@wsmtlaw.com |
| Keith D. Tooley | |
| | on behalf of Defendant Kelley Brothers Contractors Inc. ktooley@wsmtlaw.com |
| Keith D. Tooley | |
| | on behalf of Defendant GE Oil & Gas Pressure Control LP ktooley@wsmtlaw.com |
| Kelsey Jamie Buechler | |
| | on behalf of Creditor Foote Oil and Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com |
| Kelsey Jamie Buechler | |
| | on behalf of Creditor Foote Oil & Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com |
| Kelsey Jamie Buechler | |
| | on behalf of Creditor Bettye LaCour jamie@kjblawoffice.com Sharon@kjblawoffice.com |
| Keri L. Riley | |
| | on behalf of Defendant Sklarco LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Keri L. Riley | |
| | on behalf of Debtor Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Keri L. Riley | |
| | on behalf of Defendant Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Keri L. Riley | |
| | on behalf of Debtor Sklarco LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Kevin S. Neiman | |
| | on behalf of Counter-Defendant Plains Marketing L.P. kevin@ksnpc.com |
| Kevin S. Neiman | |
| | on behalf of Creditor Plains Marketing L.P. kevin@ksnpc.com |
| Kevin S. Neiman | |
| | on behalf of Creditor Plains Gas Solutions LLC kevin@ksnpc.com |
| Kevin S. Neiman | |
| | on behalf of Plaintiff Plains Marketing L.P. kevin@ksnpc.com |
| Laurie A Spindler | |
| | on behalf of Creditor Linden-Kildate CISD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |

District/off: 1082-1 User: admin Page 7 of 11
Date Rcvd: Oct 12, 2023 Form ID: pdf904 Total Noticed: 2

| | |
|---|---|
| Laurie A Spindler | on behalf of Creditor Franklin County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A Spindler | on behalf of Creditor Wood County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A Spindler | on behalf of Creditor Gregg County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A Spindler | on behalf of Creditor Beckville ISD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A Spindler | on behalf of Creditor Camp CAD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A Spindler | on behalf of Creditor Upshur County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A Spindler | on behalf of Creditor Marion County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A Spindler | on behalf of Creditor Smith County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A Spindler | on behalf of Creditor Frankston ISD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A Spindler | on behalf of Creditor McLeod ISD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A Spindler | on behalf of Creditor Atlanta ISD Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A Spindler | on behalf of Creditor Rusk County Dora.Casiano-Perez@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com |
| Lee M. Kutner | on behalf of Debtor Sklar Exploration Company LLC vlm@kutnerlaw.com |
| Lee M. Kutner | on behalf of Debtor Sklarco LLC vlm@kutnerlaw.com |
| Lloyd A. Lim | on behalf of Creditor CSI Compressco Operating LLC lloyd.lim@keanmiller.com, rachel.kubanda@keanmiller.com;mack.wilson@keanmiller.com;teresa.miller@keanmiller.com |
| Lloyd A. Lim | on behalf of Defendant CSI Compressco Operating LLC lloyd.lim@keanmiller.com, rachel.kubanda@keanmiller.com;mack.wilson@keanmiller.com;teresa.miller@keanmiller.com |
| Louis Matthew Grossman | on behalf of Creditor CSI Compressco Operating LLC louis.grossman@keanmiller.com, kathy.ballard@keanmiller.com |
| Louis Matthew Grossman | on behalf of Defendant CSI Compressco Operating LLC louis.grossman@keanmiller.com, kathy.ballard@keanmiller.com |
| Madison M. Tucker | on behalf of Creditor FPCC USA Inc. mtucker@joneswalker.com, madison-tucker-7703@ecf.pacerpro.com |
| Mario A Lamar | on behalf of Creditor NexTier Completion Solutions Inc. mlamar@allenbrysonlaw.com |
| Matthew Okin | on behalf of Creditor Kodiak Gas Services LLC mokin@okinadams.com |
| Matthew D. Skeen, Jr. | on behalf of Defendant KCS Automation LLC jrskeen@skeen-skeen.com |
| Matthew J Ochs | on behalf of Creditor Pruet Production Co. mjochs@hollandhart.com tldevlin@hollandhart.com |

Case:20-12377-MER Doc#:2036 Filed:10/14/23 Entered:10/14/23 22:13:14 Page8 of 13

| District/off: 1082-1 | User: admin | Page 8 of 11 |
|---|---|---|
| Date Rcvd: Oct 12, 2023 | Form ID: pdf904 | Total Noticed: 2 |

| | |
|---|---|
| Matthew J Ochs | on behalf of Creditor RAPAD Well Service Co. Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Matthew J Ochs | on behalf of Creditor Pruet Oil Company LLC mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Matthew J Ochs | on behalf of Defendant RAPAD Well Service Co. Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Matthew J Ochs | on behalf of Debtor Sklarco LLC mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Matthew J Ochs | on behalf of Plaintiff Pruet Production Co. mjochs@hollandhart.com tldevlin@hollandhart.com |
| Megan M. Adeyemo | on behalf of Defendant Scientific Drilling International Inc. madeyemo@gordonrees.com, asoto@grsm.com |
| Megan M. Adeyemo | on behalf of Defendant Planning Thru Completion LLC madeyemo@gordonrees.com, asoto@grsm.com |
| Michael Niles | on behalf of Creditor Fletcher Exploration LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael Niles | on behalf of Creditor Fletcher Petroleum Company LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael Niles | on behalf of Creditor Fletcher Petroleum Corp. mniles@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael D Rubenstein | on behalf of Interested Party BPX Properties (NA) LP mdrubenstein@liskow.com |
| Michael D Rubenstein | on behalf of Interested Party BP America Production Company mdrubenstein@liskow.com |
| Michael J. Guyerson | on behalf of Creditor Estate of Pamela Page Deceased , Gabriel@kjblawoffice.com |
| Michael J. Guyerson | on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com Gabriel@kjblawoffice.com |
| Michael J. Pankow | on behalf of Debtor Sklarco LLC mpankow@bhfs.com, sgrisham@bhfs.com,aciabattoni@bhfs.com |
| Mitchell E Ayer | on behalf of Defendant Gravity Oilfield Services LLC mayer@dorelaw.com, chymel@dorelaw.com;csmith@dorelaw.com |
| P. Matthew Cox | on behalf of Creditor Ally Bank pmc@scmlaw.com mw@scmlaw.com |
| Patrick R. Akers | on behalf of Defendant Northstar Drillstem Testers Inc. patrick.akers@moyewhite.com, rachael.cotner@moyewhite.com;caryl.septon@moyewhite.com;kim.shanley@moyewhite.com |
| Patrick R. Akers | on behalf of Interested Party Denzil Blount Charitable Remainder Trust patrick.akers@moyewhite.com rachael.cotner@moyewhite.com;caryl.septon@moyewhite.com;kim.shanley@moyewhite.com |
| Patrick R. Akers | on behalf of Interested Party KHCD Properties LLC patrick.akers@moyewhite.com, rachael.cotner@moyewhite.com;caryl.septon@moyewhite.com;kim.shanley@moyewhite.com |
| Paul James Hammer | on behalf of Defendant Steel Service Oilfield Tubular Inc. phammer@bn-lawyers.com |
| Paul James Hammer | on behalf of Defendant R & R Rentals & Hot Shot Inc. phammer@bn-lawyers.com |
| R. J. Shannon | on behalf of Defendant Capstar Drilling Inc. rshannon@shannonpllc.com |
| Robert Lantz | on behalf of Creditor Roosth 806 LTD. rlantz@lantzlawgroup.com |
| Robert Padjen | on behalf of Creditor Colorado Department of Law Robert.padjen@coag.gov deanna.westfall@coag.gov |
| Robert L Paddock | on behalf of Creditor Strago Petroleum Corporation rpaddock@buckkeenan.com myers@buckkeenan.com |

Case:20-12377-MER Doc#:2036 Filed:10/14/23 Entered:10/14/23 22:13:14 Page9 of 13

| District/off: 1082-1 | User: admin | Page 9 of 11 |
| --- | --- | --- |
| Date Rcvd: Oct 12, 2023 | Form ID: pdf904 | Total Noticed: 2 |

Robert L Paddock
    on behalf of Creditor Gateway Exploration LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock
    on behalf of Creditor Meritage Energy Ltd rpaddock@buckkeenan.com myers@buckkeenan.com

Robert L Paddock
    on behalf of Creditor Harvest Gas Management LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock
    on behalf of Creditor GCREW Properties LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Ryan Lorenz
    on behalf of Creditor Juno Financial LLC RLorenz@ClarkHill.com

Ryan Seidemann
    on behalf of Creditor State of Louisiana Depatment of Natural Resources, Office of Mineral Resources seidemannr@ag.louisiana.gov

Ryco Exploration, LLC.
    rsmith.ryco@att.net

Shay L. Denning
    on behalf of Creditor I & L Miss I LP sdenning@axishealthsystem.org

Shay L. Denning
    on behalf of Creditor CTM 2005 Ltd. sdenning@axishealthsystem.org

Shay L. Denning
    on behalf of Creditor Pickens Financial Group LLC sdenning@axishealthsystem.org

Shay L. Denning
    on behalf of Creditor Tauber Exploration & Production Company sdenning@axishealthsystem.org

Sid Garabato
    on behalf of Claims Agent Epiq Corporate Restructuring LLC ecr@ecf.epiqsystems.com

Stephen K. Lecholop, II
    on behalf of Creditor McCombs Energy Ltd. slecholop@rpsalaw.com, dtrevino@rpsalaw.com;ddoonkeen@rpsalaw.com

Stephen K. Lecholop, II
    on behalf of Creditor McCombs Exploration LLC slecholop@rpsalaw.com, dtrevino@rpsalaw.com;ddoonkeen@rpsalaw.com

Stephen T Loden
    on behalf of Interested Party Thomas M. Kim sloden@diamondmccarthy.com nan.sauter@diamondmccarthy.com

Stephen T Loden
    on behalf of Defendant Thomas Kim Trustee of the Sklar Creditors Trust sloden@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

Stephen T Loden
    on behalf of Plaintiff Thomas M. Kim sloden@diamondmccarthy.com nan.sauter@diamondmccarthy.com

Stephen W. Sather
    on behalf of Defendant R & R Rentals & Hot Shot Inc. ssather@bn-lawyers.com

Stephen W. Sather
    on behalf of Defendant Steel Service Oilfield Tubular Inc. ssather@bn-lawyers.com

Steven T Mulligan
    on behalf of Defendant Baker Hughes Company f/k/a Baker Hughes a GE company smulligan@cp2law.com smulligan_66544@ecf.courtdrive.com;agarcia_523@ecf.courtdrive.com

Steven T Mulligan
    on behalf of Defendant Baker Hughes Oilfield Operations LLC smulligan@cp2law.com smulligan_66544@ecf.courtdrive.com;agarcia_523@ecf.courtdrive.com

Steven T Mulligan
    on behalf of Defendant GE Oil & Gas Pressure Control LP smulligan@cp2law.com smulligan_66544@ecf.courtdrive.com;agarcia_523@ecf.courtdrive.com

Theodore J. Hartl
    on behalf of Interested Party Louisiana Tower Operating LLC hartlt@ballardspahr.com blessingb@ballardspahr.com

Thomas H Shipps
    on behalf of Creditor I & L Miss I LP tshipps@mbssllp.com

Thomas H Shipps
    on behalf of Creditor The Rudman Partnership tshipps@mbssllp.com

Thomas H Shipps
    on behalf of Creditor CTM 2005 Ltd. tshipps@mbssllp.com

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 10 of 11 |
| Date Rcvd: Oct 12, 2023 | Form ID: pdf904 | Total Noticed: 2 |

Thomas H Shipps
    on behalf of Creditor MR Oil & Gas LLC tshipps@mbssllp.com

Thomas H Shipps
    on behalf of Plaintiff The Rudman Partnership tshipps@mbssllp.com

Thomas H Shipps
    on behalf of Creditor Rudman Partnership tshipps@mbssllp.com

Thomas H Shipps
    on behalf of Creditor MER Energy LTD tshipps@mbssllp.com

Timothy Aaron Million
    on behalf of Defendant Weatherford US LP tim.million@huschblackwell.com

Timothy C. Mohan
    on behalf of Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com  tim.mohan4@gmail.com

Timothy C. Mohan
    on behalf of Creditor Baker Petrolite LLC tmohan@foley.com  tim.mohan4@gmail.com

Timothy C. Mohan
    on behalf of Creditor GE Oil & Gas Pressure Control US tmohan@foley.com  tim.mohan4@gmail.com

Timothy C. Mohan
    on behalf of Creditor Baker Hughes Oilfield Operations LLC tmohan@foley.com  tim.mohan4@gmail.com

Timothy C. Mohan
    on behalf of Cross Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com  tim.mohan4@gmail.com

Timothy C. Mohan
    on behalf of Defendant Baker Hughes Oilfield Operations Inc. tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan
    on behalf of Creditor Baker Hughes Holdings LLC FKA Baker Hughes, a GE Company LLC tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan
    on behalf of Cross Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan
    on behalf of Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan
    on behalf of Creditor Lufkin Industries LLC tmohan@foley.com, tim.mohan4@gmail.com

Timothy M. Swanson
    on behalf of Creditor Alabama Oil & Gas LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com

Timothy M. Swanson
    on behalf of Creditor Kudzu Oil Properties LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com

Timothy M. Swanson
    on behalf of Interested Party Denzil Blount Charitable Remainder Trust tim.swanson@moyewhite.com rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com

Timothy M. Swanson
    on behalf of Creditor Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company LLC and Sklarco, LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com

Timothy M. Swanson
    on behalf of Creditor Alabama Oil Company tim.swanson@moyewhite.com rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com

Timothy M. Swanson
    on behalf of Interested Party KHCD Properties LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com

Timothy M. Swanson
    on behalf of Creditor Kudzo Oil Properties LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com

Timothy M. Swanson
    on behalf of Creditor Apple River Investments LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com

Timothy Michael Riley
    on behalf of Attorney Hopping Green & Sams triley@deanmead.com

Troy L Hales, II
    on behalf of Counter-Claimant Ulterra Drilling Technologies LP thales@bellnunnally.com, nsummerville@bellnunnally.com

| District/off: 1082-1 | User: admin | Page 11 of 11 |
|---|---|---|
| Date Rcvd: Oct 12, 2023 | Form ID: pdf904 | Total Noticed: 2 |

Troy L Hales, II
    on behalf of Creditor Ulterra Drilling Technologies  LP thales@bellnunnally.com, nsummerville@bellnunnally.com

Troy L Hales, II
    on behalf of Defendant Ulterra Drilling Technologies  LP thales@bellnunnally.com, nsummerville@bellnunnally.com

Tyler Lee Weidlich
    on behalf of Creditor Pro-Tek Field Services  LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com

Tyler Lee Weidlich
    on behalf of Creditor Pioneer Wireline Services  LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com

US Trustee
    USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 242

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>SKLAR EXPLORATION COMPANY, LLC<br>EIN: 72-1417930<br><br>Debtor. | Case No. 20-12377-EEB<br><br>Chapter 11 |
| SKLARCO, LLC<br>EIN: 72-1425432<br><br>Debtor. | Case No. 20-12380-EEB<br><br>Chapter 11 |

## ORDER GRANTING PEARL PARKWAY LLC'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE AND FOR IMMEDIATE PAYMENT PURSUANT TO 11 U.S.C. SECTION 503(b)

Upon the Motion For Allowance of Administrative Expense And For Immediate Payment Pursuant to 11 U.S.C. Section 503(b) (the "**Motion**") of Pearl Parkway, LLC, a Colorado limited liability company, and as successor in title to 5395 Pearl Parkway, LLC ("**Pearl Parkway**") the Court hereby

ORDERS as follows:

1. The Motion is GRANTED.

2. Pearl Parkway shall have and is hereby granted an allowed administrative claim against Debtors Sklar Exploration Company, LLC and Sklarco, LLC (collectively, the "**Reorganized Debtors**") in the amount of $53,873.49 pursuant to Sections 503(b)(1)(A) and 507(a) of the Bankruptcy Code.

3. The Reorganized Debtors shall promptly pay all Unpaid Rent (as defined in the Motion) to Pearl Parkway but in no event no later than 30 days following the entry of this Order.

4. The Reorganized Debtors shall pay Pearl Parkway the Gross Rent (Base Rent plus Additional Rent as defined in the Lease) on the first day of each month on and after November 1, 2021 to the extent the Reorganized Debtors continue to possess and occupy the Premises.

5. This Court shall retain jurisdiction over all matters arising from the interpretation or implementation of this Order.

Dated this 12th day of October, 2023.

BY THE COURT:

United States Bankruptcy Judge

2