United States Bankruptcy Court
District of Colorado

| | |
|---|---|
| In re: | Case No. 20-12377-MER |
| Sklar Exploration Company, LLC | Chapter 11 |
| Sklarco, LLC | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 1 of 11 |
| Date Rcvd: Oct 23, 2023 | Form ID: pdf904 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/db | + Sklar Exploration Company, LLC, Sklarco, LLC, 5395 Pearl Parkway, Suite 200, Boulder, CO 80301-2541 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 25, 2023 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam L. Hirsch | on behalf of Interested Party Howard F. Sklar adam.hirsch@dgslaw.com robin.anderson@dgslaw.com |
| Adam L. Hirsch | on behalf of Interested Party Howard Sklar Trust adam.hirsch@dgslaw.com robin.anderson@dgslaw.com |
| Adam L. Hirsch | on behalf of Plaintiff Howard F. Sklar adam.hirsch@dgslaw.com robin.anderson@dgslaw.com |
| Adam L. Hirsch | on behalf of Defendant Howard F. Sklar adam.hirsch@dgslaw.com robin.anderson@dgslaw.com |
| Alan K. Motes | on behalf of U.S. Trustee US Trustee Alan.Motes@usdoj.gov |
| Amy Vazquez | |

Case:20-12377-MER Doc#:2039 Filed:10/25/23 Entered:10/25/23 22:15:49 Page2 of 15

| District/off: 1082-1 | User: admin | Page 2 of 11 |
| --- | --- | --- |
| Date Rcvd: Oct 23, 2023 | Form ID: pdf904 | Total Noticed: 1 |

| | |
| --- | --- |
| | on behalf of Creditor FPCC USA Inc. avazquez@joneswalker.com |
| Andrew James Shaver | |
| | on behalf of Creditor Premium Oilfield Services LLC ashaver@bradley.com |
| Andrew M. Toft | |
| | on behalf of Plaintiff Thomas Kim Trustee of the Sklar Creditors Trust atoft@hn-colaw.com |
| Armistead Mason Long | |
| | on behalf of Creditor Pine Island Chemical Solutions L.L.C. along@gamb.com |
| Barnet B Skelton, Jr | |
| | on behalf of Plaintiff The Rudman Partnership barnetbjr@msn.com |
| Barnet B Skelton, Jr | |
| | on behalf of Creditor Rudman Partnership barnetbjr@msn.com |
| Barnet B Skelton, Jr | |
| | on behalf of Creditor MER Energy LTD barnetbjr@msn.com |
| Barnet B Skelton, Jr | |
| | on behalf of Creditor MR Oil & Gas LLC barnetbjr@msn.com |
| Barnet B Skelton, Jr | |
| | on behalf of Creditor I & L Miss I LP barnetbjr@msn.com |
| Barnet B Skelton, Jr | |
| | on behalf of Creditor The Rudman Partnership barnetbjr@msn.com |
| Barnet B Skelton, Jr | |
| | on behalf of Creditor CTM 2005 Ltd. barnetbjr@msn.com |
| Belinda Harrison | |
| | belindapittsharrison@gmail.com belindapittsharrison@gmail.com |
| Benjamin Young Ford | |
| | on behalf of Spec. Counsel Armbrecht Jackson LLP byf@ajlaw.com, chs@ajlaw.com |
| Brent R. Cohen | |
| | on behalf of Creditor Fant Energy Limited bcohen@lewisroca.com brent-cohen-8759@ecf.pacerpro.com,jeastin@lrrc.com |
| Brian Rich | |
| | on behalf of Creditor Fletcher Petroleum Company LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Brian Rich | |
| | on behalf of Creditor Fletcher Exploration LLC brich@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Brian Rich | |
| | on behalf of Creditor Fletcher Petroleum Corp. brich@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Brian A. Baker | |
| | on behalf of Defendant National Oilwell Varco LP brian.baker@stacybakerlaw.com |
| Brian A. Baker | |
| | on behalf of Defendant National Oilwell Varco DHT LP brian.baker@stacybakerlaw.com |
| Bryce Suzuki | |
| | on behalf of Creditor East-West Bank bsuzuki@swlaw.com |
| Bryce Suzuki | |
| | on behalf of Defendant East West Bank bsuzuki@swlaw.com |
| Bryce Suzuki | |
| | on behalf of Intervenor East West Bank bsuzuki@swlaw.com |
| Charles Murnane | |
| | on behalf of Defendant Steel Service Oilfield Tubular Inc. cmurnane@bn-lawyers.com |
| Charles Murnane | |
| | on behalf of Defendant R & R Rentals & Hot Shot Inc. cmurnane@bn-lawyers.com |
| Charles Michael Rubio | |
| | on behalf of Defendant Capstar Drilling Inc. crubio@parkinsrubio.com, 7485062420@filings.docketbird.com |
| Christopher Meredith | |
| | on behalf of Attorney Copeland Cook, Taylor & Bush, P.A. cmeredith@cctb.com, bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| Christopher Meredith | |
| | on behalf of Creditor Eastern Fishing & Rental Tool Company Inc. cmeredith@cctb.com, |

Case:20-12377-MER   Doc#:2039   Filed:10/25/23   Entered:10/25/23 22:15:49   Page3 of 15

| District/off: 1082-1 | User: admin | Page 3 of 11 |
|---|---|---|
| Date Rcvd: Oct 23, 2023 | Form ID: pdf904 | Total Noticed: 1 |

bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
    on behalf of Creditor Fletcher Petroleum Corp. cmeredith@cctb.com
bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
    on behalf of Creditor PAR Minerals Corporation cmeredith@cctb.com
bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
    on behalf of Creditor Coastal Exploration  Inc. cmeredith@cctb.com,
bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher Meredith
    on behalf of Defendant Quality Drilling Fluids  Inc. cmeredith@cctb.com,
bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

Christopher D. Johnson
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors chris.johnson@diamondmccarthy.com
nan.sauter@diamondmccarthy.com

Christopher D. Johnson
    on behalf of Interested Party Thomas M. Kim chris.johnson@diamondmccarthy.com  nan.sauter@diamondmccarthy.com

Christopher D. Johnson
    on behalf of Defendant Thomas Kim  Trustee of the Sklar Creditors Trust chris.johnson@diamondmccarthy.com,
nan.sauter@diamondmccarthy.com

Christopher D. Johnson
    on behalf of Plaintiff Thomas M. Kim chris.johnson@diamondmccarthy.com  nan.sauter@diamondmccarthy.com

Christopher M. Crowley
    on behalf of Creditor Liquid Gold Well Service  Inc. christopher@burnhamlaw.com, julie@burnhamlaw.com

Cody Carol Bailey
    on behalf of Defendant Oilfield Partners Energy Services  LLC cbailey@brunini.com

Daniel L. Bray
    on behalf of Creditor Weatherford U.S.  L.P. daniel.bray@huschblackwell.com,
ann.stolfa@huschblackwell.com;daniel-bray-5348@ecf.pacerpro.com

David M. Miller
    on behalf of Creditor Bri-Chem Supply Corp.  LLC dmiller@spencerfane.com, kdominguez@spencerfane.com

David R Taggart
    on behalf of Interested Party JF Howell Interests  LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com

David R Taggart
    on behalf of Creditor JH Howell Interests  LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com

David R Taggart
    on behalf of Creditor JF Howell Interests  LP dtaggart@bradleyfirm.com, kburnley@bradleyfirm.com

David W. Drake
    on behalf of Creditor Ford Motor Credit Company  LLC co.ecf@bdfgroup.com

David W. Hall
    davidwendallhall@gmail.com

Deanna L. Westfall
    on behalf of Creditor Colorado Department Of Revenue deanna.westfall@coag.gov
Robert.padjen@coag.gov;jade.darnell@coag.gov

Deirdre Carey Brown
    on behalf of Creditor Maren Silberstein Revocable Trust dbrown@forsheyprostok.com

Douglas D. Koktavy
    on behalf of Defendant Btech Service & Supply  Inc Doug@coloradocreditorlaw.com

Duane Brescia
    on behalf of Attorney Clark Hill Strasburger dbrescia@clarkhill.com  djaenike@clarkhill.com;ckclark@clarkhill.com

Duane Brescia
    on behalf of Creditor Seitel Data  Ltd. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com

Duane Brescia
    on behalf of Creditor Lucas Petroleum Group  Inc. dbrescia@clarkhill.com, djaenike@clarkhill.com;ckclark@clarkhill.com

Elizabeth Helen Weller
    on behalf of Creditor McLeod ISD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

Elizabeth Helen Weller

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 4 of 11 |
| Date Rcvd: Oct 23, 2023 | Form ID: pdf904 | Total Noticed: 1 |

        on behalf of Creditor Linden-Kildare CISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Helen Weller
        on behalf of Creditor Atlanta ISD Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Florence Bonaccorso-Saenz
        on behalf of Creditor Louisiana Department of Revenue FBS-ECFNotices@la.gov

Glenn Taylor
        on behalf of Creditor Coastal Exploration  Inc. gtaylor@cctb.com

Glenn Taylor
        on behalf of Creditor PAR Minerals Corporation gtaylor@cctb.com

Glenn Taylor
        on behalf of Creditor Eastern Fishing & Rental Tool Company  Inc. gtaylor@cctb.com

Grant Matthew Beiner
        on behalf of Creditor Committee The Official Committee of Unsecured Creditors gbeiner@munsch.com hvalentine@munsch.com

Grant Matthew Beiner
        on behalf of Interested Party Thomas Kim gbeiner@munsch.com  hvalentine@munsch.com

J. Eric Lockridge
        on behalf of Creditor Sugar Oil Properties  L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge
        on behalf of Creditor Anderson Exploration Energy Company  L.C. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge
        on behalf of Creditor TCP Cottonwood  L.P. eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge
        on behalf of Creditor AEEC II  LLC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

J. Eric Lockridge
        on behalf of Creditor Anderson Exploration Energy Company  LC eric.lockridge@keanmiller.com, Stephanie.gray@keanmiller.com

Jack Lazarus
        on behalf of Defendant White Resources  LLC jacklaz45@gmail.com

James B. Bailey
        on behalf of Creditor Stoneham Drilling Corporation jbailey@bradley.com ashaver@bradley.com,jbailey@ecf.courtdrive.com

James B. Bailey
        on behalf of Defendant Stoneham Drilling Corporation jbailey@bradley.com ashaver@bradley.com,jbailey@ecf.courtdrive.com

Jason Buchman
        on behalf of Defendant Stratum Reservoir  LLC jason.buchman@stratumreservoir.com

Jeffery Dayne Carruth
        on behalf of Creditor Halliburton Energy Services  Inc. jcarruth@wkpz.com

Jeffery Dayne Carruth
        on behalf of Defendant Halliburton Energy Services  LLC jcarruth@wkpz.com

Jeffrey R. Barber
        on behalf of Creditor FPCC USA  Inc. jbarber@joneswalker.com, jmaxey@joneswalker.com;mgreen@joneswalker.com

Jeffrey Reid Burley
        on behalf of Counter-Claimant Ulterra Drilling Technologies  LP rburley@bellnunnally.com, nblum@bellnunnally.com

Jeffrey S. Brinen
        on behalf of Debtor Sklar Exploration Company  LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jeffrey S. Brinen
        on behalf of Debtor Sklarco  LLC jsb@kutnerlaw.com, vlm@kutnerlaw.com

Jennifer Hardy
        on behalf of Creditor JJS Interests Escambia  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
        on behalf of Creditor JJS Interests West Arcadia  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
        on behalf of Creditor JJS Interests Steele Kings  LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Hardy
        on behalf of Creditor JJS Working Interests  LLC jhardy2@willkie.com, mao@willkie.com

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 5 of 11 |
| Date Rcvd: Oct 23, 2023 | Form ID: pdf904 | Total Noticed: 1 |

Jennifer Hardy
    on behalf of Creditor JJS Interests North Beach LLC jhardy2@willkie.com, mao@willkie.com

Jennifer Norris Soto
    on behalf of Creditor Barnette & Benefield Inc. jennifer.uscourts@gmail.com, curtisshelton@arklatexlaw.com,

Jenny M.F. Fujii
    on behalf of Defendant Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
    on behalf of Debtor Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
    on behalf of Cross-Claimant Sklar Exploration Company LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jenny M.F. Fujii
    on behalf of Debtor Sklarco LLC jmf@kutnerlaw.com, vlm@kutnerlaw.com

Jeremy L Retherford
    on behalf of Creditor Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Plaintiff Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Creditor Pruet Oil Company LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Defendant RAPAD Well Service Co. Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Interested Party Pruet Production Co. jretherford@balch.com kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Defendant Rapad Drilling Company LLC jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jeremy L Retherford
    on behalf of Creditor RAPAD Well Service Co. Inc. jretherford@balch.com, kskelton@balch.com,skynerd@pruet.com

Jim F Spencer, Jr
    on behalf of Creditor Landmark Exploration LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
    on behalf of Creditor Lexington Investments LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
    on behalf of Creditor Landmark Oil and Gas LLC jspencer@watkinseager.com, mryan@watkinseager.com

Jim F Spencer, Jr
    on behalf of Creditor Stone Development LLC jspencer@watkinseager.com, mryan@watkinseager.com

John Cornwell
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors jcornwell@munsch.com hvalentine@munsch.com;john-cornwell-6088@ecf.pacerpro.com

John H Bernstein
    on behalf of Creditor Pearl Parkway LLC john.bernstein@kutakrock.com, trina.rioux@kutakrock.com

John Thomas Oldham
    on behalf of Creditor Kodiak Gas Services LLC joldham@okinadams.com, bmoore@okinadams.com

Jonathan Dickey
    on behalf of Creditor Foote Oil & Gas Properties LLC jmd@kutnerlaw.com, vlm@kutnerlaw.com

Jordan B. Bird
    on behalf of Creditor Bundero Investment Company LLC jordan.bird@cookyancey.com

Jordan B. Bird
    on behalf of Attorney Cook Yancey, King & Galloway, APLC jordan.bird@cookyancey.com

Jordan B. Bird
    on behalf of Creditor J&A Harris LP jordan.bird@cookyancey.com

Jordan B. Bird
    on behalf of Creditor Franks Exploration Company LLC jordan.bird@cookyancey.com

Jordan B. Bird
    on behalf of Creditor Hall Management LLC jordan.bird@cookyancey.com

Jordan B. Bird
    on behalf of Creditor Kingston LLC jordan.bird@cookyancey.com

Jordan B. Bird

| | |
|---|---|
| | on behalf of Creditor AEH Investments LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor KMR Investments LLC jordan.bird@cookyancey.com |
| Jordan B. Bird | |
| | on behalf of Creditor Hughes Oil South LLC jordan.bird@cookyancey.com |
| Joseph D. DeGiorgio | |
| | on behalf of Creditor Ford Motor Credit Company LLC josephde@bdfgroup.com |
| Joseph Eric Bain | |
| | on behalf of Creditor FPCC USA Inc. jbain@joneswalker.com, joseph-bain-8368@ecf.pacerpro.com |
| Katherine A Ross | |
| | on behalf of Creditor Bureau of Land Management katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine A Ross | |
| | on behalf of Creditor Office of Natural Resources Revenue katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine A Ross | |
| | on behalf of Creditor Internal Revenue Service katherine.ross@usdoj.gov USACO.ECFCivil@usdoj.gov;caseview.ecf@usdoj.gov;megan.ingebrigtsen@usdoj.gov |
| Katherine Guidry Douthitt | |
| | on behalf of Creditor Dickson Oil & Gas L.L.C. kdouthitt@bwor.com |
| Katherine Guidry Douthitt | |
| | on behalf of Creditor C. Bickham Dickson III kdouthitt@bwor.com |
| Keith D. Tooley | |
| | on behalf of Defendant Sklar Exploration Company LLC ktooley@wsmtlaw.com |
| Keith D. Tooley | |
| | on behalf of Plaintiff Southeast Alabama Gas District ktooley@wsmtlaw.com |
| Keith D. Tooley | |
| | on behalf of Defendant Baker Hughes Oilfield Operations Inc. ktooley@wsmtlaw.com |
| Keith D. Tooley | |
| | on behalf of Defendant Kelley Brothers Contractors Inc. ktooley@wsmtlaw.com |
| Keith D. Tooley | |
| | on behalf of Defendant GE Oil & Gas Pressure Control LP ktooley@wsmtlaw.com |
| Kelsey Jamie Buechler | |
| | on behalf of Creditor Foote Oil and Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com |
| Kelsey Jamie Buechler | |
| | on behalf of Creditor Foote Oil & Gas Properties LLC jamie@kjblawoffice.com, Sharon@kjblawoffice.com |
| Kelsey Jamie Buechler | |
| | on behalf of Creditor Bettye LaCour jamie@kjblawoffice.com Sharon@kjblawoffice.com |
| Keri L. Riley | |
| | on behalf of Interested Party Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Keri L. Riley | |
| | on behalf of Defendant Sklarco LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Keri L. Riley | |
| | on behalf of Debtor Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Keri L. Riley | |
| | on behalf of Defendant Sklar Exploration Company LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Keri L. Riley | |
| | on behalf of Debtor Sklarco LLC klr@kutnerlaw.com, vlm@kutnerlaw.com |
| Kevin S. Neiman | |
| | on behalf of Counter-Defendant Plains Marketing L.P. kevin@ksnpc.com |
| Kevin S. Neiman | |
| | on behalf of Creditor Plains Marketing L.P. kevin@ksnpc.com |
| Kevin S. Neiman | |
| | on behalf of Creditor Plains Gas Solutions LLC kevin@ksnpc.com |
| Kevin S. Neiman | |
| | on behalf of Plaintiff Plains Marketing L.P. kevin@ksnpc.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 7 of 11 |
| Date Rcvd: Oct 23, 2023 | Form ID: pdf904 | Total Noticed: 1 |

Laurie A Spindler
 on behalf of Creditor Linden-Kildate CISD Dora.Casiano-Perez@lgbs.com
 Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
 on behalf of Creditor Wood County Dora.Casiano-Perez@lgbs.com
 Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
 on behalf of Creditor Franklin County Dora.Casiano-Perez@lgbs.com
 Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
 on behalf of Creditor Gregg County Dora.Casiano-Perez@lgbs.com
 Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
 on behalf of Creditor Beckville ISD Dora.Casiano-Perez@lgbs.com
 Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
 on behalf of Creditor Camp CAD Dora.Casiano-Perez@lgbs.com
 Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
 on behalf of Creditor Upshur County Dora.Casiano-Perez@lgbs.com
 Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
 on behalf of Creditor Marion County Dora.Casiano-Perez@lgbs.com
 Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
 on behalf of Creditor Smith County Dora.Casiano-Perez@lgbs.com
 Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
 on behalf of Creditor Frankston ISD Dora.Casiano-Perez@lgbs.com
 Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
 on behalf of Creditor McLeod ISD Dora.Casiano-Perez@lgbs.com
 Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
 on behalf of Creditor Atlanta ISD Dora.Casiano-Perez@lgbs.com
 Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Laurie A Spindler
 on behalf of Creditor Rusk County Dora.Casiano-Perez@lgbs.com
 Dora.Casiano-Perez@lgbs.com;Olivia.Salvatierra@lgbs.com;dallas.bankruptcy@lgbs.com

Lee M. Kutner
 on behalf of Debtor Sklar Exploration Company LLC vlm@kutnerlaw.com

Lee M. Kutner
 on behalf of Debtor Sklarco LLC vlm@kutnerlaw.com

Lloyd A. Lim
 on behalf of Creditor CSI Compressco Operating LLC lloyd.lim@keanmiller.com,
 rachel.kubanda@keanmiller.com;mack.wilson@keanmiller.com;teresa.miller@keanmiller.com

Lloyd A. Lim
 on behalf of Defendant CSI Compressco Operating LLC lloyd.lim@keanmiller.com,
 rachel.kubanda@keanmiller.com;mack.wilson@keanmiller.com;teresa.miller@keanmiller.com

Louis Matthew Grossman
 on behalf of Creditor CSI Compressco Operating LLC louis.grossman@keanmiller.com, kathy.ballard@keanmiller.com

Louis Matthew Grossman
 on behalf of Defendant CSI Compressco Operating LLC louis.grossman@keanmiller.com, kathy.ballard@keanmiller.com

Madison M. Tucker
 on behalf of Creditor FPCC USA Inc. mtucker@joneswalker.com, madison-tucker-7703@ecf.pacerpro.com

Mario A Lamar
 on behalf of Creditor NexTier Completion Solutions Inc. mlamar@allenbrysonlaw.com

Matthew Okin
 on behalf of Creditor Kodiak Gas Services LLC mokin@okinadams.com

Matthew D. Skeen, Jr.
 on behalf of Defendant KCS Automation LLC jrskeen@skeen-skeen.com

Case:20-12377-MER   Doc#:2039   Filed:10/25/23   Entered:10/25/23 22:15:49   Page8 of 15

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 8 of 11 |
| Date Rcvd: Oct 23, 2023 | Form ID: pdf904 | Total Noticed: 1 |

| | |
|---|---|
| Matthew J Ochs | on behalf of Creditor Pruet Production Co. mjochs@hollandhart.com tldevlin@hollandhart.com |
| Matthew J Ochs | on behalf of Creditor RAPAD Well Service Co. Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Matthew J Ochs | on behalf of Creditor Pruet Oil Company LLC mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Matthew J Ochs | on behalf of Defendant RAPAD Well Service Co. Inc. mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Matthew J Ochs | on behalf of Debtor Sklarco LLC mjochs@hollandhart.com, tldevlin@hollandhart.com |
| Matthew J Ochs | on behalf of Plaintiff Pruet Production Co. mjochs@hollandhart.com tldevlin@hollandhart.com |
| Megan M. Adeyemo | on behalf of Defendant Scientific Drilling International Inc. madeyemo@gordonrees.com, asoto@grsm.com |
| Megan M. Adeyemo | on behalf of Defendant Planning Thru Completion LLC madeyemo@gordonrees.com, asoto@grsm.com |
| Michael Niles | on behalf of Creditor Fletcher Exploration LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael Niles | on behalf of Creditor Fletcher Petroleum Company LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael Niles | on behalf of Creditor Fletcher Petroleum Corp. mniles@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Michael D Rubenstein | on behalf of Interested Party BPX Properties (NA) LP mdrubenstein@liskow.com |
| Michael D Rubenstein | on behalf of Interested Party BP America Production Company mdrubenstein@liskow.com |
| Michael J. Guyerson | on behalf of Creditor Estate of Pamela Page Deceased , Gabriel@kjblawoffice.com |
| Michael J. Guyerson | on behalf of Creditor Barbara P Lawrence mike@kjblawoffice.com Gabriel@kjblawoffice.com |
| Michael J. Pankow | on behalf of Debtor Sklarco LLC mpankow@bhfs.com, sgrisham@bhfs.com,aciabattoni@bhfs.com |
| Mitchell E Ayer | on behalf of Defendant Gravity Oilfield Services LLC mayer@dorelaw.com, chymel@dorelaw.com;csmith@dorelaw.com |
| P. Matthew Cox | on behalf of Creditor Ally Bank pmc@scmlaw.com mw@scmlaw.com |
| Patrick R. Akers | on behalf of Defendant Northstar Drillstem Testers Inc. patrick.akers@moyewhite.com, rachael.cotner@moyewhite.com;caryl.septon@moyewhite.com;kim.shanley@moyewhite.com |
| Patrick R. Akers | on behalf of Interested Party Denzil Blount Charitable Remainder Trust patrick.akers@moyewhite.com rachael.cotner@moyewhite.com;caryl.septon@moyewhite.com;kim.shanley@moyewhite.com |
| Patrick R. Akers | on behalf of Interested Party KHCD Properties LLC patrick.akers@moyewhite.com, rachael.cotner@moyewhite.com;caryl.septon@moyewhite.com;kim.shanley@moyewhite.com |
| Paul James Hammer | on behalf of Defendant Steel Service Oilfield Tubular Inc. phammer@bn-lawyers.com |
| Paul James Hammer | on behalf of Defendant R & R Rentals & Hot Shot Inc. phammer@bn-lawyers.com |
| R. J. Shannon | on behalf of Defendant Capstar Drilling Inc. rshannon@shannonpllc.com |
| Robert Lantz | on behalf of Creditor Roosth 806 LTD. rlantz@lantzlawgroup.com |
| Robert Padjen | on behalf of Creditor Colorado Department of Law Robert.padjen@coag.gov deanna.westfall@coag.gov |

District/off: 1082-1            User: admin            Page 9 of 11
Date Rcvd: Oct 23, 2023            Form ID: pdf904            Total Noticed: 1

Robert L Paddock
  on behalf of Creditor Strago Petroleum Corporation rpaddock@buckkeenan.com myers@buckkeenan.com

Robert L Paddock
  on behalf of Creditor Gateway Exploration LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock
  on behalf of Creditor Meritage Energy Ltd rpaddock@buckkeenan.com myers@buckkeenan.com

Robert L Paddock
  on behalf of Creditor Harvest Gas Management LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Robert L Paddock
  on behalf of Creditor GCREW Properties LLC rpaddock@buckkeenan.com, myers@buckkeenan.com

Ryan Lorenz
  on behalf of Creditor Juno Financial LLC RLorenz@ClarkHill.com

Ryan Seidemann
  on behalf of Creditor State of Louisiana Depatment of Natural Resources, Office of Mineral Resources seidemannr@ag.louisiana.gov

Ryco Exploration, LLC.
  rsmith.ryco@att.net

Shay L. Denning
  on behalf of Creditor I & L Miss I LP sdenning@axishealthsystem.org

Shay L. Denning
  on behalf of Creditor CTM 2005 Ltd. sdenning@axishealthsystem.org

Shay L. Denning
  on behalf of Creditor Pickens Financial Group LLC sdenning@axishealthsystem.org

Shay L. Denning
  on behalf of Creditor Tauber Exploration & Production Company sdenning@axishealthsystem.org

Sid Garabato
  on behalf of Claims Agent Epiq Corporate Restructuring LLC ecr@ecf.epiqsystems.com

Stephen K. Lecholop, II
  on behalf of Creditor McCombs Energy Ltd. slecholop@rpsalaw.com, dtrevino@rpsalaw.com;ddoonkeen@rpsalaw.com

Stephen K. Lecholop, II
  on behalf of Creditor McCombs Exploration LLC slecholop@rpsalaw.com, dtrevino@rpsalaw.com;ddoonkeen@rpsalaw.com

Stephen T Loden
  on behalf of Interested Party Thomas M. Kim sloden@diamondmccarthy.com nan.sauter@diamondmccarthy.com

Stephen T Loden
  on behalf of Defendant Thomas Kim Trustee of the Sklar Creditors Trust sloden@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

Stephen T Loden
  on behalf of Plaintiff Thomas M. Kim sloden@diamondmccarthy.com nan.sauter@diamondmccarthy.com

Stephen W. Sather
  on behalf of Defendant R & R Rentals & Hot Shot Inc. ssather@bn-lawyers.com

Stephen W. Sather
  on behalf of Defendant Steel Service Oilfield Tubular Inc. ssather@bn-lawyers.com

Steven T Mulligan
  on behalf of Defendant Baker Hughes Company f/k/a Baker Hughes a GE company smulligan@cp2law.com smulligan_66544@ecf.courtdrive.com;agarcia_523@ecf.courtdrive.com

Steven T Mulligan
  on behalf of Defendant Baker Hughes Oilfield Operations LLC smulligan@cp2law.com smulligan_66544@ecf.courtdrive.com;agarcia_523@ecf.courtdrive.com

Steven T Mulligan
  on behalf of Defendant GE Oil & Gas Pressure Control LP smulligan@cp2law.com smulligan_66544@ecf.courtdrive.com;agarcia_523@ecf.courtdrive.com

Theodore J. Hartl
  on behalf of Interested Party Louisiana Tower Operating LLC hartlt@ballardspahr.com blessingb@ballardspahr.com

Thomas H Shipps
  on behalf of Creditor I & L Miss I LP tshipps@mbssllp.com

Thomas H Shipps
  on behalf of Creditor The Rudman Partnership tshipps@mbssllp.com

Thomas H Shipps
           on behalf of Creditor CTM 2005 Ltd. tshipps@mbssllp.com

Thomas H Shipps
           on behalf of Creditor MR Oil & Gas LLC tshipps@mbssllp.com

Thomas H Shipps
           on behalf of Plaintiff The Rudman Partnership tshipps@mbssllp.com

Thomas H Shipps
           on behalf of Creditor Rudman Partnership tshipps@mbssllp.com

Thomas H Shipps
           on behalf of Creditor MER Energy LTD tshipps@mbssllp.com

Timothy Aaron Million
           on behalf of Defendant Weatherford US LP tim.million@huschblackwell.com

Timothy C. Mohan
           on behalf of Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com

Timothy C. Mohan
           on behalf of Creditor Baker Petrolite LLC tmohan@foley.com tim.mohan4@gmail.com

Timothy C. Mohan
           on behalf of Creditor GE Oil & Gas Pressure Control US tmohan@foley.com tim.mohan4@gmail.com

Timothy C. Mohan
           on behalf of Creditor Baker Hughes Oilfield Operations LLC tmohan@foley.com tim.mohan4@gmail.com

Timothy C. Mohan
           on behalf of Cross Defendant GE Oil & Gas Pressure Control LP tmohan@foley.com tim.mohan4@gmail.com

Timothy C. Mohan
           on behalf of Defendant Baker Hughes Oilfield Operations Inc. tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan
           on behalf of Creditor Baker Hughes Holdings LLC FKA Baker Hughes, a GE Company LLC tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan
           on behalf of Cross Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan
           on behalf of Defendant Kelley Brothers Contractors Inc. tmohan@foley.com, tim.mohan4@gmail.com

Timothy C. Mohan
           on behalf of Creditor Lufkin Industries LLC tmohan@foley.com, tim.mohan4@gmail.com

Timothy M. Swanson
           on behalf of Creditor Alabama Oil & Gas LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com

Timothy M. Swanson
           on behalf of Creditor Kudzu Oil Properties LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com

Timothy M. Swanson
           on behalf of Interested Party Denzil Blount Charitable Remainder Trust tim.swanson@moyewhite.com rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com

Timothy M. Swanson
           on behalf of Creditor Ad Hoc Committee of Working Interest Holders of Sklar Exploration Company LLC and Sklarco, LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com

Timothy M. Swanson
           on behalf of Creditor Alabama Oil Company tim.swanson@moyewhite.com rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com

Timothy M. Swanson
           on behalf of Interested Party KHCD Properties LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com

Timothy M. Swanson
           on behalf of Creditor Kudzo Oil Properties LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com

Timothy M. Swanson
           on behalf of Creditor Apple River Investments LLC tim.swanson@moyewhite.com, rachael.cotner@moyewhite.com;kim.shanley@moyewhite.com;elisabeth.mason@moyewhite.com

Timothy Michael Riley
           on behalf of Attorney Hopping Green & Sams triley@deanmead.com

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 11 of 11 |
| Date Rcvd: Oct 23, 2023 | Form ID: pdf904 | Total Noticed: 1 |

Troy L Hales, II
    on behalf of Counter-Claimant Ulterra Drilling Technologies LP thales@bellnunnally.com, nsummerville@bellnunnally.com

Troy L Hales, II
    on behalf of Creditor Ulterra Drilling Technologies LP thales@bellnunnally.com, nsummerville@bellnunnally.com

Troy L Hales, II
    on behalf of Defendant Ulterra Drilling Technologies LP thales@bellnunnally.com, nsummerville@bellnunnally.com

Tyler Lee Weidlich
    on behalf of Creditor Pro-Tek Field Services LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com

Tyler Lee Weidlich
    on behalf of Creditor Pioneer Wireline Services LLC tweidlich@bwenergylaw.com, efile@bwenergylaw.com

US Trustee
    USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 243

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

| | |
|---|---|
| In re:<br><br>Sklar Exploration Company, LLC,<br>Debtor. | Case No. 20-12377 MER<br>Chapter 11 |
| In re:<br><br>Sklarco, LLC,<br><br>Debtor | Case No. 20-12380 MER<br>Chapter 11<br><br>**Jointly Administered Under<br>Case No. 20-12377 MER** |

**ORDER GRANTING MOTION TO RECONSIDER**

THIS MATTER comes before the Court on the Motion for Reconsideration of Order Granting Motion for 2004 Examination ("Motion to Reconsider") filed by the Reorganized Debtors, Sklar Exploration Co., Inc. and Sklarco LLC (collectively "Reorganized Debtors") and the response filed by Fant Energy Limited ("Fant").

On September 22, 2023, Fant filed a Motion for 2004 Examination ("2004 Motion") seeking authority to examine the Reorganized Debtors pursuant to Fed. R. Bankr. P. 2004.[1] Fant seeks documents from the Reorganized Debtors relating to their current oil and gas assets. Fant asks for this information because it is interested in buying those assets and is hoping to perform "due diligence" prior to making an offer. Reorganized Debtors argue this is an improper use of Rule 2004, especially in the post-confirmation context.

Rule 2004 provides, in relevant part, that the scope of an examination "may relate only to the acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right of discharge."[2] The scope of Rule 2004 is usually considered quite broad. However, that scope becomes more circumscribed in the post-confirmation context because there is no longer any bankruptcy estate and the Court's jurisdiction

---

[1] ECF No. 2014. Unless otherwise noted, all references to "Section," "§," "Bankruptcy Code" and "Code" and "Rules" refer to the U.S. Bankruptcy Code, 11 U.S.C. § 101, *et seq.* and the Federal Rules of Bankruptcy Procedure, Rule 1001, *et seq.*

[2] Fed. R. Bankr. P. 2004(b).

becomes more limited.[3] As such, a Rule 2004 examination must be limited to issues that a bankruptcy court "still has the power to entertain . . . [t]hat is, it is restricted to the administration of the case post-confirmation."[4]

In this case, the Reorganized Debtors confirmed their chapter 11 plan (the "Plan") over two years ago.[5] The Plan provided for the creation of a "Creditor Trust," funded with certain assets of the Debtors. All unsecured creditors received a beneficial interest in the Creditor Trust in exchange for their claims. The Creditor Trust and the Creditor Trustee are tasked with receiving and distributing certain funds to trust beneficiaries in accordance with the Plan. Fant, who formerly held an unsecured claim against the Debtors, is a beneficiary of the Creditor Trust.

Fant argues its 2004 Motion is related to administration of the post-confirmation case because it was "necessitated by the Reorganized Debtors' default" of the Plan.[6] This Court has not determined, and has not been asked to determine, whether the Reorganized Debtors are in default of their Plan obligations. Nor has any party sought enforcement of the Plan under 11 U.S.C. § 1142. Nevertheless, Fant contends the Reorganized Debtors have breached § 5.1(d) of the Plan. That section describes the treatment of the secured claim held by East West Bank ("EWB"). Section 5.1(d) states that "[t]he EWB Secured Claim shall become due and payable on [September 7, 2023], which amount shall be paid through sale of assets or refinance of the EWB Secured Claim."[7] It further provides the Reorganized Debtors "shall make an election no later than [April 7, 2023] either to pursue a refinancing based on a commercially reasonable likelihood that a refinancing will occur, or to market and sell the Reorganized Debtors' assets."[8] Whether the Reorganized Debtors elect a sale or refinance or allow foreclosure, that event is defined to be a "Monetizing Event" with the proceeds to be distributed in accordance with § 8.8 of the Plan. Section 8.8 describes a four-level "waterfall" for the proceeds, which are to be paid: "[f]irst to EWB up to $21 million, less any [payments already received];" and "[s]econd to the Creditor Trust up to the amount of $3 million flowing from the agreed allocation of the EWB Secured Claim […];" and third and fourth in a manner not relevant here.

The Reorganized Debtors have represented to this Court they timely elected to pursue a refinancing of EWB's claim—not a sale of assets. Reorganized Debtors admit they have not yet completed a refinance and have therefore not yet paid off the EWB Secured Claim, even though that debt is now due and payable. Regardless, when the refinance is complete, Reorganized Debtors indicate they intend to honor the waterfall

---

[3] *In re Cinderella Clothing Indus., Inc.*, 93 B.R. 373, 377-78 (Bankr. E.D. Pa. 1988).

[4] *Id.* at 377.

[5] ECF No. 1251.

[6] 2004 Motion, ECF No. 2014, at 7.

[7] Plan, § 5.1(d).

[8] *Id.*

2

provision.  Reorganized Debtors anticipate proceeds reaching only the first level of the waterfall, *i.e.*, payment to EWB.  There will likely be no proceeds paid to the Creditor Trust.[9]

Fant argues the Reorganized Debtors defaulted under the Plan by not paying EWB's claim by the September 7 deadline and that the Reorganized Debtors' statements about possible payments or lack thereof of the Creditor Trust amount to an "anticipatory repudiation" of the Plan.  Fant contends it wants to offer to buy the Reorganized Debtors' assets to "enable the Reorganized Debtors to meet their plan obligations."[10]

Although the Court need not decide the issue for purposes of the Motion to Reconsider, the Court has doubts about Fant's interpretation of § 5.1(d) and § 8.8 of the Plan, neither of which appear to guarantee payment of $3 million to the Creditor Trust.  Fant's argument is based largely on language contained in a supporting brief, not the Plan itself.  Regardless, § 5.1(d) gives the Reorganized Debtors—not the Creditor Trust—sole discretion to elect between a refinance and a sale of assets.  Nothing in the Plan requires the Reorganized Debtors to consider sale offers once it has made the election to seek a refinance.  In fact, § 5.1(d) specifically states the Creditor Trust "does not have the ability or authority to veto the decisions made by the Reorganized Debtor."[11]  Nor does the Plan require the Reorganized Debtors to obtain Court approval of their election.  Given these provisions, Fant's desire to pursue a sale of assets is irrelevant to the post-confirmation case.  Neither Fant nor the Creditor Trust have the power to force a sale of assets.

Once the Reorganized Debtors complete a refinance, they will have to distribute the proceeds in accordance with the waterfall provision.   Whether the Reorganized Debtors ultimately honor the waterfall provision in the Plan is an issue for another day.  If, at some point in the future, the Creditor Trust believes the Reorganized Debtors have not honored the waterfall provision, the Creditor Trust may pursue remedies for that breach.  Fant, as a mere beneficiary of the Creditor Trust, is not the appropriate party to seek such relief.[12]

For these reasons, the Reorganized Debtors' Motion to Reconsider is GRANTED.  Fant's Rule 2004 Motion is DENIED.  This Court's prior order granting the Rule 2004 Motion (ECF No. 2015) is hereby VACATED.

---

[9] *See* Reorganized Debtors' Status Report, ECF No. 1993, ¶ 34.

[10] 2004 Motion, ECF No. 2014, at 5.

[11] Plan § 5.1(d).

[12] *See* Creditor Trust Agreement, ECF No. 1247, § 3.3 ("No Creditor Trust Beneficiary shall have any right by virtue of any provision of this Creditor Trust Agreement to institute any action or proceeding, at law or in equity, against any person, including the Creditor Trustee, with respect to the Trust Assets.").

Dated: October 23, 2023

BY THE COURT:

Michael E. Romero, Judge
United States Bankruptcy Court

4