# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377 MER |
| SKLAR EXPLORATION COMPANY, ) | Chapter 11 |
| LLC ) | |
| EIN: 72-1417930 ) | |
| ) | |
| Debtor. ) | |
| ) | |
| ) | Case No. 20-12380 MER |
| SKLARCO, LLC ) | Chapter 11 |
| EIN: 72-1425432 ) | |
| ) | |
| Debtor. ) | |

## MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL FOR CREDITOR FANT ENERGY LIMITED

Brent R. Cohen, counsel for Creditor Fant Energy Limited ("Fant"), hereby moves for an order authorizing his withdrawal pursuant to Local Rule 9010-4(B), and state as follows:

1. Brent R. Cohen, counsel of record for Fant, will retire from the practice of law, effective December 31, 2023.

2. Chad S. Caby has entered an appearance on behalf of Fant and will continue to represent it in this matter.

3. Pursuant to Local Rule 9010-4(B), withdrawal is authorized upon entry of appearance by a substitute attorney. In this case, Chad S. Caby's continued representation satisfies Local Rule 9010-4(B).

**WHEREFORE,** Brent R. Cohen respectfully requests the Court enter its order authorizing his withdrawal as counsel for Fant, and for such and further relief as is appropriate.

Respectfully submitted December 20, 2023.

                                                                           LEWIS ROCA ROTHGERBER CHRISTIE LLP

                                                                           */s/ Brent R. Cohen*
                                                                           Brent R. Cohen, No. 11297
                                                                           1601 19th Street, Suite 1000
                                                                           Denver, CO 80202
                                                                           (303) 623-9000
                                                                           bcohen@lewisroca.com

                                                                           *Counsel for Fant Energy Limited*

# CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2023 I caused the **MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL FOR FANT ENERGY LIMITED** to be served via email to all counsel that have filed electronic appearances and requested service in this case and was served upon the following by depositing same in the U.S. Mail, first-class postage prepaid to as follows:

**James B. Bailey**
jbailey@bradley.com

**Joseph Eric Bain**
jbain@joneswalker.com

**Grant Matthew Beiner**
Munsch Hardt Kopf & Harr, PC
gbeiner@munsch.com

**Jordan B. Bird**
Cook, Yancey, King & Galloway
jordan.bird@cookyancey.com

**Duane Brescia**
Clark Hill Strasburger
dbrescia@clarkhill.com

**Jeffrey S. Brinen**
jsb@kutnerlaw.com

**John Cornwell**
Munsch Hardt Kopf & Harr PC
jcornwell@munsch.com

**Shay L. Denning**
sdenning@mbssllp.com

**Benjamin Y. Ford**
RSA Tower, 27th Floor
11 North Water Street
Mobile, AL 36602

**Craig M. Geno**
Law Offices of Craig M. Geno, PLLC
cmgeno@cmgenolaw.com

**Michael J. Guyerson**
mike@kjblawoffice.com

**Christopher D. Johnson**
Munsch Hardt Kopf & Harr PC
cjohnson@munsch.com

**Stephen K. Lecholop, II**
Rosenthal Pauerstein Sandoloski Agather LLP
slecholop@rpsalaw.com

**Eric Lockridge**
eric.lockridge@keanmiller.com

**Armistead Mason Long**
Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC
along@gamb.law

**Ryan Lorenz**
RLorenz@ClarkHill.com

**Christopher Meredith**
Copeland, Cook, Taylor & Bush P.A.
cmeredith@cctb.com

**David M. Miller**
Spencer Fane LLP
dmiller@spencerfane.com

**Timothy C. Mohan**
tmohan@foley.com

**Paul Moss**
Byron G. Rogers Federal Building
Paul.Moss@usdoj.gov

123287491.1

**Kevin S. Neiman**
kevin@ksnpc.com

**Jennifer Norris Soto**
Ayres, Shelton, Williams, Benson & Paine, LLC
jennifersoto@arklatexlaw.com

**Matthew J. Ochs**
mjochs@hollandhart.com

**Matthew Okin**
Okin Adams LLP
mokin@okinadams.com

**John Thomas Oldham**
joldham@okinadams.com

**Robert L Paddock**
Buck Keenan
rpaddock@buckkeenan.com

**Robert Padjen**
Robert.padjen@coag.gov

**Jeremy L Retherford**
Balch & Bingham
jretherford@balch.com

**Brian Rich**
Berger Singerman LLP
brich@bergersingerman.com

**Keri L. Riley**
klr@kutnerlaw.com

**Timothy Michael Riley**
Hopping Green & Sams
timothyr@hgslaw.com

**Katherine A Ross**
katherine.ross@usdoj.gov

**Michael D Rubenstein**
Liskow and Lewis
mdrubenstein@liskow.com

**Craig K. Schuenemann**
craig.schuenemann@bryancave.com

**Ryan Seidemann**
Louisiana Department of Justice
seidemannr@ag.louisiana.gov

**Thomas H Shipps**
Maynes, Bradford, Shipps & Sheftel, LLP
tshipps@mbsllp.com

**Barnet B Skelton, Jr**
Barnet B. Skelton, Jr.,
barnetbjr@msn.com

**Jim F Spencer, Jr**
Watkins & Eager PLLC
jspencer@watkinseager.com

**Bryce Suzuki**
Bryce Suzuki
bryce.suzuki@bclplaw.com

**Timothy M. Swanson**
tim.swanson@moyewhite.com

**David R Taggart**
Bradley Murchison Kelly & Shea
dtaggart@bradleyfirm.com

**Glenn Taylor**
Copeland, Cook, Taylor & Bush P.A.
gtaylor@cctb.com

**Madison M. Tucker**
Jones Walker LLP
mtucker@joneswalker.com

**Amy Vazquez**
Jones Walker LLP
avazquez@joneswalker.com

123287491.1

**Deanna L. Westfall**
Office of the Colorado Atty. General
Deanna.westfall@coag.gov

                                                    *s/Jennifer Eastin*
                                                    OF: LEWIS ROCA ROTHGERBER CHRISTIE LLP

123287491.1