## UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-12377 MER |
| SKLAR EXPLORATION COMPANY, ) | Chapter 11 |
| LLC ) | |
| EIN: 72-1417930 ) | |
| ) | |
|    Debtor. ) | |
| ) | |
| ) | Case No. 20-12380 MER |
| SKLARCO, LLC ) | Chapter 11 |
| EIN: 72-1425432 ) | |
| ) | |
|    Debtor. ) | |

### ORDER AUTHORIZING WITHDRAWAL OF COUNSEL FOR CREDITOR FANT ENERGY LIMITED

The above entitled matter having come before the court on a Motion for Order Authorizing Withdrawal of Counsel; the Court, having reviewed the pleadings filed herein and being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Brent R. Cohen is authorized to withdraw as counsel for Fant Energy Limited.

Dated: December 21, 2023.

BY THE COURT:

Honorable Michael E. Romero
United States Bankruptcy Judge

123288448.1